Defendant: **Global Product Resources Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221533 | 6/8/18 | $2,886.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221527 | 6/8/18 | $1,645.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221524 | 6/11/18 | $9,150.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221522 | 6/11/18 | $6,659.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221521 | 6/11/18 | $3,648.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221531 | 6/11/18 | $3,389.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221523 | 6/11/18 | $2,479.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221538 | 6/11/18 | $2,015.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221534 | 6/11/18 | $1,117.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221528 | 6/11/18 | $363.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 222029 | 6/14/18 | $971.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 222030 | 6/14/18 | $364.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 221529 | 6/15/18 | $3,570.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 222096 | 6/18/18 | $131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 223390 | 6/25/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 8361AD070818AZ6 | 7/6/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 8361AD070818AZ7 | 7/6/18 | -$29.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | 8361AD070818AZ8 | 7/6/18 | -$64.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982005 | $38,192.03 | 7/20/18 | VPASN993116851 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 218516 | 5/4/18 | $106.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 221526 | 6/11/18 | $1,918.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 221532 | 6/11/18 | $557.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 222028 | 6/14/18 | $802.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 222025 | 6/14/18 | $441.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 222026 | 6/14/18 | $234.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 222027 | 6/14/18 | $88.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 223136 | 6/21/18 | $151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 222097 | 7/3/18 | $885.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 8361AD071518AW8 | 7/13/18 | -$3.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 8361AD071518AW9 | 7/13/18 | -$26.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985375 | $5,074.50 | 7/27/18 | 8361AD071518AX0 | 7/13/18 | -$80.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987273 | $598.78 | 8/1/18 | 223133 | 6/21/18 | $288.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987273 | $598.78 | 8/1/18 | 223132 | 6/21/18 | $131.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987273 | $598.78 | 8/1/18 | 223131 | 6/21/18 | $101.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987273 | $598.78 | 8/1/18 | 223129 | 6/21/18 | $76.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988192 | $367.83 | 8/2/18 | 223128 | 6/21/18 | $233.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988192 | $367.83 | 8/2/18 | 223130 | 6/21/18 | $181.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988192 | $367.83 | 8/2/18 | 8361AD072218AX7 | 7/20/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988192 | $367.83 | 8/2/18 | 8361AD072218AX8 | 7/20/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988192 | $367.83 | 8/2/18 | 8361AD072218AX9 | 7/20/18 | -$36.52 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | 224273 | 7/3/18 | $1,506.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | 224272 | 7/3/18 | $101.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | 224740 | 7/6/18 | $725.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | 224774 | 7/6/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | VPASN993117242 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | VPASN993117240 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990778 | $2,137.30 | 8/10/18 | VPASN993117241 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | 8361AD072918AZ4 | 7/27/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | 8361AD072918AZ5 | 7/27/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | 8361AD072918AZ6 | 7/27/18 | -$56.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | VPASN993117992 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | CD3102967ED | 8/2/18 | $5,744.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | CD3102967ED | 8/2/18 | $2,519.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993640 | $9,520.09 | 8/16/18 | CD3102967ED | 8/2/18 | $1,471.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224097 | 6/29/18 | $1,187.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224096 | 6/29/18 | $1,042.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224093 | 6/29/18 | $398.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224094 | 6/29/18 | $394.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224098 | 6/29/18 | $283.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224095 | 6/29/18 | $152.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224747 | 7/6/18 | $2,385.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224745 | 7/6/18 | $2,183.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224748 | 7/6/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 224743 | 7/6/18 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 225357 | 7/16/18 | $433.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994654 | $9,151.62 | 8/17/18 | 225355 | 7/16/18 | $233.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 224746 | 7/6/18 | $193.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 224739 | 7/6/18 | $101.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 226724 | 7/20/18 | $4,183.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | VPLB990101643 | 8/1/18 | -$231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 8361AD080518A08 | 8/3/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 8361AD080518A07 | 8/3/18 | -$7.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995992 | $4,156.99 | 8/20/18 | 8361AD080518A09 | 8/3/18 | -$77.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996542 | $6,205.57 | 8/21/18 | 224744 | 7/6/18 | $80.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996542 | $6,205.57 | 8/21/18 | 224741 | 7/6/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996542 | $6,205.57 | 8/21/18 | 224960 | 7/10/18 | $3,438.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996542 | $6,205.57 | 8/21/18 | 224964 | 7/10/18 | $2,635.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997029 | $296.70 | 8/22/18 | 224092 | 6/29/18 | $124.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997029 | $296.70 | 8/22/18 | 224742 | 7/6/18 | $172.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 218515 | 5/11/18 | $49.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 218515 | 5/11/18 | -$52.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 224966 | 7/10/18 | $4,412.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 224959 | 7/10/18 | $2,578.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 225037 | 7/16/18 | $1,375.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 225337 | 7/16/18 | $600.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 225344 | 7/16/18 | $133.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 225349 | 7/16/18 | $101.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998407 | $9,249.08 | 8/28/18 | 225338 | 7/16/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999295 | $598.93 | 8/29/18 | 226728 | 7/24/18 | $334.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999295 | $598.93 | 8/29/18 | 226730 | 7/24/18 | $321.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999295 | $598.93 | 8/29/18 | 8361AD081218AW4 | 8/10/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999295 | $598.93 | 8/29/18 | 8361AD081218AW5 | 8/10/18 | -$51.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999884 | $956.32 | 8/30/18 | 225341 | 7/16/18 | $597.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999884 | $956.32 | 8/30/18 | 225353 | 7/16/18 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999884 | $956.32 | 8/30/18 | 226729 | 7/20/18 | $104.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999884 | $956.32 | 8/30/18 | 226726 | 7/20/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000369 | $755.14 | 8/31/18 | 225356 | 7/16/18 | $385.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000369 | $755.14 | 8/31/18 | 225351 | 7/16/18 | $369.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001165 | $199.84 | 9/3/18 | 219675 | 5/17/18 | $8.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001165 | $199.84 | 9/3/18 | 219675 | 5/17/18 | -$9.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001165 | $199.84 | 9/3/18 | 225343 | 7/16/18 | $149.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001165 | $199.84 | 9/3/18 | 225340 | 7/16/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226721 | 7/20/18 | $932.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226723 | 7/20/18 | $896.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226722 | 7/20/18 | $466.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226725 | 7/20/18 | $270.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226731 | 7/20/18 | $193.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 226727 | 7/20/18 | $152.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 228329 | 7/27/18 | $630.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 228334 | 7/27/18 | $152.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001874 | $3,694.37 | 9/4/18 | 7705052293 | 8/16/18 | -$0.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002811 | $20,987.94 | 9/5/18 | 228435 | 8/2/18 | $15,570.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002811 | $20,987.94 | 9/5/18 | 228434 | 8/2/18 | $5,453.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002811 | $20,987.94 | 9/5/18 | 8361AD081918AQ3 | 8/17/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002811 | $20,987.94 | 9/5/18 | 8361AD081918AQ4 | 8/17/18 | -$25.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003386 | $9,295.55 | 9/6/18 | 226740 | 7/25/18 | $7,691.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003386 | $9,295.55 | 9/6/18 | 226743 | 7/25/18 | $1,604.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003861 | $210.56 | 9/7/18 | 226742 | 7/25/18 | $210.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004596 | $18,579.36 | 9/10/18 | 226746 | 7/25/18 | $18,579.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226741 | 7/25/18 | $8,147.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226745 | 7/25/18 | $7,499.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226739 | 7/25/18 | $6,736.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226744 | 7/25/18 | $2,887.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226738 | 7/25/18 | $2,566.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226733 | 7/25/18 | $992.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226734 | 7/25/18 | $385.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226734 | 7/25/18 | $246.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226732 | 7/25/18 | $150.40 |

Global Product Resources Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                                   Exhibit A                                                   P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226736 | 7/25/18 | $61.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005298 | $29,724.50 | 9/11/18 | 226737 | 7/25/18 | $50.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 228323 | 7/27/18 | $283.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 228325 | 7/27/18 | $108.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 228336 | 7/27/18 | $101.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 228331 | 7/27/18 | $99.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 8361AD082618A29 | 8/24/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 8361AD082618A30 | 8/24/18 | -$36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006196 | $481.40 | 9/12/18 | 8361AD082618A31 | 8/24/18 | -$61.39 |

Totals:    22 transfer(s),  $170,434.40