Defendant: **Gold Coast Beverage, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 970071918 | $3,586.15 | 7/19/18 | 305762 | 7/3/18 | $3,586.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072518 | $1,520.50 | 7/25/18 | 312048 | 7/10/18 | $1,520.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072618 | $3,700.25 | 7/26/18 | 313279 | 7/11/18 | $2,264.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970072718 | $6,382.65 | 7/27/18 | 314775 | 7/12/18 | $5,688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970080218 | $3,294.30 | 8/2/18 | 320645 | 7/18/18 | $2,734.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081318 | $2,877.00 | 8/13/18 | 327584 | 7/25/18 | $2,877.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970081718 | $2,150.90 | 8/17/18 | 332959 | 7/31/18 | $2,150.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082118 | $3,697.95 | 8/21/18 | 335651 | 8/2/18 | $3,697.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970082818 | $968.70 | 8/28/18 | 340091 | 8/7/18 | $968.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970083118 | $3,540.75 | 8/31/18 | 344052 | 8/10/18 | $3,540.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090418 | $399.10 | 9/4/18 | 347533 | 8/14/18 | $399.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090518 | $5,407.45 | 9/5/18 | 348293 | 8/15/18 | $2,038.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090618 | $3,816.25 | 9/6/18 | 349611 | 8/16/18 | $3,816.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970090718 | $694.15 | 9/7/18 | 350913 | 8/17/18 | $694.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091118 | $1,417.05 | 9/11/18 | 354650 | 8/21/18 | $1,417.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091218 | $2,255.55 | 9/12/18 | 355500 | 8/22/18 | $2,255.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091318 | $1,245.90 | 9/13/18 | 356800 | 8/23/18 | $1,245.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970091918 | $1,524.50 | 9/19/18 | 362443 | 8/29/18 | $1,524.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970092118 | $5,446.70 | 9/21/18 | 363706 | 8/30/18 | $3,059.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100118 | $974.80 | 10/1/18 | 372292 | 9/10/18 | $974.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100218 | $564.90 | 10/2/18 | 374553 | 9/11/18 | $564.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100318 | $6,165.65 | 10/3/18 | 375389 | 9/12/18 | $526.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 970100418 | $1,472.25 | 10/4/18 | 376753 | 9/13/18 | $1,472.25 |

Totals:    23 transfer(s),   $63,103.40