Defendant: **Graphic Team Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082702 | $9,110.28 | 8/21/18 | 44958927 | 5/28/18 | $9,110.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082979 | $1,860.00 | 8/21/18 | 44958928 | 5/31/18 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082979 | $1,860.00 | 8/21/18 | 44958931 | 5/31/18 | $534.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082979 | $1,860.00 | 8/21/18 | 44958930 | 5/31/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082979 | $1,860.00 | 8/21/18 | 44958929 | 5/31/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082979 | $1,860.00 | 8/21/18 | 44958932 | 5/31/18 | $209.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083459 | $25,499.21 | 8/21/18 | 44958934 | 6/8/18 | $15,547.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083459 | $25,499.21 | 8/21/18 | 44958933 | 6/8/18 | $9,951.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085070 | $11,085.60 | 8/21/18 | 44958936 | 6/27/18 | $11,085.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958937 | 7/16/18 | $3,474.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958942 | 7/16/18 | $2,046.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958947 | 7/16/18 | $1,674.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958941 | 7/16/18 | $1,023.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958939 | 7/16/18 | $511.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958940 | 7/16/18 | $511.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958945 | 7/16/18 | $418.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958944 | 7/16/18 | $418.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958948 | 7/16/18 | $418.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958950 | 7/16/18 | $418.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958946 | 7/16/18 | $418.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958943 | 7/16/18 | $325.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958958 | 7/17/18 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958959 | 7/17/18 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958954 | 7/17/18 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958973 | 7/17/18 | $469.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958951 | 7/17/18 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958966 | 7/17/18 | $325.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958955 | 7/17/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958953 | 7/17/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958952 | 7/17/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958968 | 7/17/18 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958964 | 7/17/18 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958967 | 7/17/18 | $265.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958974 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958962 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958975 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958972 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958971 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958970 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958960 | 7/17/18 | $162.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958963 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085710 | $17,596.77 | 9/4/18 | 44958969 | 7/17/18 | $162.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087434 | $27,831.66 | 10/2/18 | 44958982 | 8/14/18 | $9,800.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087434 | $27,831.66 | 10/2/18 | 44958984 | 8/14/18 | $9,683.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087434 | $27,831.66 | 10/2/18 | 44958983 | 8/14/18 | $8,347.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084413 | $8,294.21 | 10/10/18 | 44958935 | 6/25/18 | $8,294.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085779 | $8,397.44 | 10/10/18 | 44958977 | 7/18/18 | $8,397.44 |

Totals:    8 transfer(s),  $109,675.17