Defendant: **GSD International Enterprises Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4299 | $118,627.96 | 8/10/18 | 201819529175 | 6/14/18 | $65,162.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4299 | $118,627.96 | 8/10/18 | 201819529337 | 6/16/18 | $53,465.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820284746 | 7/7/18 | $45,098.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820281396 | 7/7/18 | $40,636.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820284746 | 7/7/18 | $28,705.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820284746 | 7/7/18 | $26,235.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820281396 | 7/7/18 | $23,494.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4300 | $185,174.61 | 9/4/18 | 201820284746 | 7/7/18 | $21,004.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281190 | 7/9/18 | $62,867.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281316 | 7/9/18 | $49,975.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281190 | 7/9/18 | $35,225.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281190 | 7/9/18 | $31,672.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281316 | 7/9/18 | $28,599.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4301 | $234,115.29 | 9/6/18 | 201820281190 | 7/9/18 | $25,775.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-4302 | $6,852.48 | 9/11/18 | 201820433608 | 7/13/18 | $6,852.48 |

Totals:    4 transfer(s),  $544,770.34