| Defendant: | **Guam Publication Pacific Daily News** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994671 | $45,822.00 | 8/17/18 | 518105159 | 6/1/18 | $45,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010138 | $36,657.60 | 9/19/18 | 618105159 | 7/2/18 | $36,657.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011488 | $10,170.00 | 9/21/18 | 3623731 | 5/31/18 | $5,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011488 | $10,170.00 | 9/21/18 | 3647198 | 6/30/18 | $4,520.00 |

**Totals:** **3 transfer(s), $92,649.60**