| | |
|---|---|
| Defendant: | **Harris Paints** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979814 | $298.36 | 7/17/18 | 83957 | 5/3/18 | $149.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979814 | $298.36 | 7/17/18 | 83968 | 5/3/18 | $149.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 84345 | 5/18/18 | $1,747.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 85317 | 6/21/18 | $4,472.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 85312 | 6/21/18 | $2,806.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 85322 | 6/21/18 | $1,377.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 85320 | 6/21/18 | $763.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981412 | $11,310.04 | 7/19/18 | 85319 | 6/21/18 | $141.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982030 | $328.19 | 7/20/18 | 84056 | 5/8/18 | $328.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983128 | $179.01 | 7/24/18 | 84134 | 5/10/18 | $179.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983834 | $23,986.03 | 7/25/18 | 85440 | 6/26/18 | $1,312.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983834 | $23,986.03 | 7/25/18 | 85453 | 6/27/18 | $21,621.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983834 | $23,986.03 | 7/25/18 | 85454 | 6/27/18 | $1,051.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984808 | $7,371.17 | 7/26/18 | 85521 | 6/28/18 | $3,768.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984808 | $7,371.17 | 7/26/18 | 85510 | 6/28/18 | $3,602.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985404 | $334.68 | 7/27/18 | 84260 | 5/15/18 | $334.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986571 | $374.56 | 7/31/18 | 84305 | 5/17/18 | $447.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986571 | $374.56 | 7/31/18 | 85884 | 7/13/18 | -$72.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987293 | $956.05 | 8/1/18 | 84373 | 5/18/18 | $447.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987293 | $956.05 | 8/1/18 | 84393 | 5/18/18 | $215.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987293 | $956.05 | 8/1/18 | 84380 | 5/18/18 | $203.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987293 | $956.05 | 8/1/18 | 84377 | 5/18/18 | $89.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990018 | $54.50 | 8/9/18 | 84521 | 5/24/18 | $54.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990796 | $12,953.31 | 8/10/18 | 78764 | 8/30/17 | $147.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990796 | $12,953.31 | 8/10/18 | 85726 | 7/9/18 | $5,138.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990796 | $12,953.31 | 8/10/18 | 85723 | 7/9/18 | $1,954.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990796 | $12,953.31 | 8/10/18 | 85761 | 7/10/18 | $2,989.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990796 | $12,953.31 | 8/10/18 | 85766 | 7/10/18 | $2,724.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991703 | $2,897.06 | 8/13/18 | 85831 | 7/12/18 | $2,897.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992350 | $2,757.96 | 8/14/18 | 85892 | 7/13/18 | $2,768.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992350 | $2,757.96 | 8/14/18 | 86175 | 7/27/18 | -$10.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 84783 | 6/1/18 | $119.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 85900 | 7/16/18 | $5,236.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 85884 | 7/16/18 | $5,044.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 85942 | 7/17/18 | $1,727.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 85943 | 7/17/18 | $560.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994685 | $12,031.80 | 8/17/18 | 86146 | 7/25/18 | -$656.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996575 | $3,536.48 | 8/21/18 | 86044 | 7/20/18 | $3,321.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996575 | $3,536.48 | 8/21/18 | 86045 | 7/20/18 | $215.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997056 | $215.34 | 8/22/18 | 84864 | 6/6/18 | $215.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998423 | $1,868.90 | 8/28/18 | 83376 | 4/10/18 | $683.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998423 | $1,868.90 | 8/28/18 | 86145 | 7/25/18 | $1,055.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998423 | $1,868.90 | 8/28/18 | 86146 | 7/25/18 | $939.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998423 | $1,868.90 | 8/28/18 | 86177 | 7/27/18 | -$637.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998423 | $1,868.90 | 8/28/18 | 86441 | 8/3/18 | -$171.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999301 | $12,042.68 | 8/29/18 | 84989 | 6/11/18 | $233.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999301 | $12,042.68 | 8/29/18 | 86175 | 7/26/18 | $6,246.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999301 | $12,042.68 | 8/29/18 | 86189 | 7/26/18 | $2,783.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999301 | $12,042.68 | 8/29/18 | 86177 | 7/26/18 | $1,867.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999301 | $12,042.68 | 8/29/18 | 86181 | 7/26/18 | $912.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001174 | $443.55 | 9/3/18 | 85125 | 6/14/18 | $443.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001891 | $1,315.15 | 9/4/18 | 86319 | 7/31/18 | $1,315.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003421 | $3,224.35 | 9/6/18 | 86441 | 8/3/18 | $3,224.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004608 | $752.38 | 9/10/18 | 85323 | 6/21/18 | $304.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004608 | $752.38 | 9/10/18 | 85321 | 6/21/18 | $179.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004608 | $752.38 | 9/10/18 | 85318 | 6/21/18 | $149.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004608 | $752.38 | 9/10/18 | 85313 | 6/21/18 | $119.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006209 | $1,358.60 | 9/12/18 | 86549 | 8/9/18 | $1,358.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007344 | $596.70 | 9/14/18 | 85455 | 6/27/18 | $596.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008110 | $4,627.92 | 9/17/18 | 85517 | 6/28/18 | $3,904.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008110 | $4,627.92 | 9/17/18 | 85511 | 6/28/18 | $352.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008110 | $4,627.92 | 9/17/18 | 85518 | 6/28/18 | $185.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008110 | $4,627.92 | 9/17/18 | 85522 | 6/28/18 | $185.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008929 | $1,669.16 | 9/18/18 | 86625 | 8/13/18 | $1,029.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008929 | $1,669.16 | 9/18/18 | 86682 | 8/15/18 | $2,141.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008929 | $1,669.16 | 9/18/18 | 87038 | 8/28/18 | -$97.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008929 | $1,669.16 | 9/18/18 | 87043C | 8/29/18 | -$25.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008929 | $1,669.16 | 9/18/18 | 87043 | 8/29/18 | -$1,378.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010150 | $6,536.61 | 9/19/18 | 86727 | 8/16/18 | $3,766.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010150 | $6,536.61 | 9/19/18 | 86714 | 8/16/18 | $2,770.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012892 | $6,038.74 | 9/25/18 | 86786 | 8/20/18 | $3,210.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012892 | $6,038.74 | 9/25/18 | 86849 | 8/21/18 | $2,828.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013786 | $325.80 | 9/26/18 | 85727 | 7/9/18 | $325.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014404 | $4,835.10 | 9/27/18 | 85762 | 7/10/18 | $304.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014404 | $4,835.10 | 9/27/18 | 86975 | 8/24/18 | $2,617.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014404 | $4,835.10 | 9/27/18 | 86968 | 8/24/18 | $1,912.62 |

Totals:     30 transfer(s),   $125,220.18