Defendant: **Henry C Wood**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986579 | $4,046.00 | 7/23/18 | 825Z26181976026 | 7/16/18 | $4,046.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990027 | $4,361.00 | 7/30/18 | 825Z26182046026 | 7/23/18 | $4,361.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993670 | $4,051.00 | 8/6/18 | 825Z26182116026 | 7/30/18 | $4,051.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997743 | $4,582.00 | 8/13/18 | 825Z26182186026 | 8/6/18 | $4,582.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001181 | $4,083.00 | 8/20/18 | 825Z26182256026 | 8/13/18 | $4,083.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004615 | $4,839.00 | 8/27/18 | 825Z26182326026 | 8/20/18 | $4,839.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008117 | $3,916.00 | 9/3/18 | 825Z26182396026 | 8/27/18 | $3,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012151 | $5,742.00 | 9/10/18 | 825Z26182466026 | 9/3/18 | $5,742.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015596 | $3,391.00 | 9/17/18 | 825Z26182536026 | 9/10/18 | $3,391.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019049 | $1,517.00 | 9/24/18 | 825Z26182606026 | 9/17/18 | $1,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022563 | $3,300.00 | 10/1/18 | 825Z26182676026 | 9/24/18 | $3,300.00 |

Totals:   11 transfer(s),   $43,828.00