Defendant: **Hunt & Sons, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913960 | $7,110.01 | 7/27/18 | 869516 | 7/15/18 | $7,110.01 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914184 | $11,216.30 | 8/10/18 | 878275 | 7/31/18 | $11,216.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914415 | $11,019.45 | 8/24/18 | 889011 | 8/15/18 | $11,019.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914873 | $10,896.66 | 9/21/18 | 903599 | 8/31/18 | $10,896.66 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914959 | $8,335.69 | 9/28/18 | 909320 | 9/15/18 | $8,335.69 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915078 | $9,337.16 | 10/9/18 | 919088 | 9/30/18 | $9,337.16 |

Totals:   6 transfer(s),  $57,915.27