Defendant: **Iberia Foods Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4188878 | 6/28/18 | $607.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4188278 | 6/28/18 | $461.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 922529 | 6/28/18 | $444.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4189656 | 6/29/18 | $446.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4001118 | 6/29/18 | $438.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 1049671 | 6/29/18 | $372.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4001118 | 6/29/18 | $6.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 1049671 | 6/29/18 | -$17.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4190954 | 7/2/18 | $543.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 1050351 | 7/2/18 | $242.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | C4190963 | 7/2/18 | -$17.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4002648 | 7/3/18 | $694.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4191715 | 7/3/18 | $276.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4191754 | 7/3/18 | $252.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4191758 | 7/3/18 | -$15.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982513 | $4,668.04 | 7/23/18 | 4193049 | 7/5/18 | -$68.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 919367 | 3/13/18 | $184.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4192407 | 7/5/18 | $788.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4193044 | 7/5/18 | $699.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4192182 | 7/5/18 | $297.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4006186 | 7/6/18 | $1,053.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4193344 | 7/6/18 | $205.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4006186 | 7/6/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4194679 | 7/9/18 | $354.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | C4194681 | 7/9/18 | -$25.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4008635 | 7/11/18 | $2,419.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4008635 | 7/11/18 | -$14.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | C4009295 | 7/12/18 | -$6.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 4010709 | 7/13/18 | -$5.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985900 | $5,924.68 | 7/30/18 | 1052726 | 7/13/18 | -$14.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4197196 | 7/12/18 | $242.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4009294 | 7/12/18 | $235.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4010708 | 7/13/18 | $1,152.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 1052941 | 7/13/18 | $551.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4198134 | 7/13/18 | $149.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4010708 | 7/13/18 | $20.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 1052941 | 7/13/18 | -$28.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4199218 | 7/16/18 | $481.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | C4199225 | 7/16/18 | -$15.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4200068 | 7/17/18 | $181.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4200862 | 7/18/18 | $838.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | C44191732 | 7/18/18 | -$46.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | C4200833 | 7/18/18 | -$53.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 4201602 | 7/19/18 | -$1.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | C9000770 | 7/20/18 | -$8.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | 9000971 | 7/20/18 | -$140.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989329 | $3,555.28 | 8/8/18 | C4203426 | 7/23/18 | -$3.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 3836145B | 10/18/17 | $525.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 3836145A | 10/18/17 | $525.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4201057 | 7/19/18 | $506.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4201597 | 7/19/18 | $265.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 9000882 | 7/20/18 | $980.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 9000789 | 7/20/18 | $855.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4015013 | 7/20/18 | $614.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 9000789 | 7/20/18 | $24.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 9000882 | 7/20/18 | -$12.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4203421 | 7/23/18 | $293.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 1055052 | 7/24/18 | $271.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 1054785 | 7/24/18 | -$11.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 9003208 | 7/25/18 | $1,223.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4205238 | 7/25/18 | $474.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4205186 | 7/25/18 | $423.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4205281 | 7/25/18 | -$18.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 1026956 | 7/26/18 | -$2.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 4205923 | 7/26/18 | -$6.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992886 | $6,919.01 | 8/15/18 | 1055753 | 7/27/18 | -$12.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 4205521 | 7/26/18 | $581.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 4205928 | 7/26/18 | $263.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 9005473 | 7/27/18 | $657.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 1055865 | 7/27/18 | $485.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 9004502 | 7/27/18 | $293.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 9005473 | 7/27/18 | $9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 1055865 | 7/27/18 | -$17.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 4208044 | 7/30/18 | $243.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 4208917 | 7/31/18 | $534.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 923591 | 8/1/18 | $756.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997091 | $4,276.90 | 8/22/18 | 4209876 | 8/1/18 | $468.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 9009324 | 8/2/18 | $230.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 9011346 | 8/3/18 | $683.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 9011346 | 8/3/18 | $10.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 4212002 | 8/6/18 | $483.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | C4212005 | 8/6/18 | -$26.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | C4210927 | 8/6/18 | -$73.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 4212669 | 8/7/18 | $165.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 4213492 | 8/8/18 | $218.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 9014689 | 8/9/18 | -$3.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | C9014388 | 8/9/18 | -$16.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000441 | $1,667.04 | 8/31/18 | 1059164 | 8/10/18 | -$4.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 9014688 | 8/9/18 | $1,847.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 923892 | 8/9/18 | $1,811.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 9014690 | 8/9/18 | $485.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 9014387 | 8/9/18 | $223.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 9014688 | 8/9/18 | $30.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 923892 | 8/9/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 1059268 | 8/10/18 | $492.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 1059268 | 8/10/18 | -$26.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 4216323 | 8/13/18 | $703.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 4216327 | 8/13/18 | -$15.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 1060121 | 8/14/18 | $301.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 4217157 | 8/14/18 | $270.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003931 | $6,083.68 | 9/7/18 | 1059764 | 8/14/18 | -$26.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4217618 | 8/14/18 | $42.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4218310 | 8/16/18 | $891.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 9018917 | 8/16/18 | $587.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 9018917 | 8/16/18 | $7.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 924082 | 8/17/18 | $795.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 9012044 | 8/17/18 | $791.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4217790 | 8/17/18 | $53.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 9012044 | 8/17/18 | -$7.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4221750 | 8/21/18 | $543.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4221246 | 8/21/18 | $275.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | C4220553 | 8/21/18 | -$36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4221358 | 8/22/18 | $929.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | 4221362 | 8/22/18 | -$74.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007385 | $4,585.94 | 9/14/18 | C4224146 | 8/27/18 | -$213.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4217789 | 8/23/18 | $1,142.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 9024087 | 8/23/18 | $450.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4223018 | 8/23/18 | $382.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4222165 | 8/23/18 | $381.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 9023598 | 8/23/18 | $255.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4222176 | 8/23/18 | $62.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 9023598 | 8/23/18 | $13.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 1062374 | 8/24/18 | $394.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 1062374 | 8/24/18 | -$40.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4224755 | 8/27/18 | $2,033.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4224887 | 8/27/18 | $601.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4224086 | 8/27/18 | $417.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4224756 | 8/27/18 | $282.24 |

Iberia Foods Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | C4224892 | 8/27/18 | -$26.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | 4225499 | 8/28/18 | $200.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011546 | $6,524.46 | 9/21/18 | C924610 | 8/31/18 | -$28.71 |

Totals:    9 transfer(s),  $44,205.03