Defendant: **Icee USA**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980564 | $74.87 | 7/18/18 | 4888551 | 5/21/18 | $342.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980564 | $74.87 | 7/18/18 | 21615645 | 5/24/18 | -$267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $296.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $275.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $273.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $272.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $272.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $272.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $271.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $271.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $271.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $270.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $270.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $266.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $254.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $254.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $244.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $242.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $242.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $242.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $242.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $241.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $241.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $240.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $239.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $239.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |

Icee USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | 21678881 | 6/8/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982514 | $23,659.66 | 7/23/18 | KM161640 | 7/3/18 | -$447.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985413 | $7,167.06 | 7/27/18 | 4833376 | 4/16/18 | $7,630.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985413 | $7,167.06 | 7/27/18 | 21743575 | 6/19/18 | -$225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985413 | $7,167.06 | 7/27/18 | 21743567 | 6/19/18 | -$238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991709 | $211.12 | 8/13/18 | 4919862 | 6/12/18 | $211.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $3,775.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $3,403.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $2,669.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,793.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,779.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,524.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,476.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,450.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,268.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,249.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,131.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,088.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,088.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $1,078.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $922.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $897.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $856.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $830.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $798.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $790.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $771.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $755.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $748.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $718.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $689.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $683.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $665.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $648.15 |

Icee USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $639.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $607.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $527.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $527.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $517.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $517.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $465.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $464.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $450.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $437.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $431.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $428.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $425.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $399.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $396.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $385.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $377.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $325.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $319.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $317.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $316.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $316.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $316.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $311.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $296.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $295.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $280.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $275.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $273.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $273.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $272.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $272.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $271.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $271.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $271.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $270.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $270.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $270.31 |

Icee USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $269.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $266.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $263.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $254.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $254.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $247.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $244.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $244.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $244.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $244.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $244.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.56 |

Icee USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $242.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $242.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $242.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $242.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $241.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $241.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $240.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $240.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $239.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $239.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 21804438A | 7/11/18 | $225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $213.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $205.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $180.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $174.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $164.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $164.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $131.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $105.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $105.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999311 | $71,306.00 | 8/29/18 | 7112018A | 7/11/18 | $105.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001914 | $164.98 | 9/4/18 | 4944100 | 7/2/18 | $164.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007386 | $263.90 | 9/14/18 | 4960969 | 7/12/18 | $263.90 |

Totals:     7 transfer(s),  $102,847.59

Icee USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A