| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171542 | $194,364.22 | 7/30/18 | 0000072618 | 7/26/18 | $194,364.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171540 | $31,536.26 | 7/30/18 | 0000072618 | 7/26/18 | $24,547.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $23,787.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $5,773.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171540 | $31,536.26 | 7/30/18 | 0000072618 | 7/26/18 | $3,939.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171540 | $31,536.26 | 7/30/18 | 0000072618 | 7/26/18 | $2,569.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $689.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171540 | $31,536.26 | 7/30/18 | 0000072618 | 7/26/18 | $480.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $328.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $167.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $75.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171541 | $30,832.09 | 7/30/18 | 0000072618 | 7/26/18 | $9.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122472 | $7,566.87 | 8/9/18 | 0000097453 | 7/23/18 | $7,566.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172937 | $194,364.22 | 8/28/18 | 0000082618 | 8/26/18 | $194,364.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172935 | $35,942.84 | 8/28/18 | 0000082618 | 8/26/18 | $28,953.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $23,787.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $5,773.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172935 | $35,942.84 | 8/28/18 | 0000082618 | 8/26/18 | $3,939.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172935 | $35,942.84 | 8/28/18 | 0000082618 | 8/26/18 | $2,569.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $689.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172935 | $35,942.84 | 8/28/18 | 0000082618 | 8/26/18 | $480.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $328.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $167.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172936 | $30,756.76 | 8/28/18 | 0000082618 | 8/26/18 | $9.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124736 | $7,566.87 | 9/6/18 | 0000098050 | 8/22/18 | $7,566.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174281 | $194,364.22 | 9/27/18 | 0000092518 | 9/25/18 | $194,364.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174279 | $35,942.84 | 9/27/18 | 0000092518 | 9/25/18 | $28,953.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $24,501.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $5,773.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174279 | $35,942.84 | 9/27/18 | 0000092518 | 9/25/18 | $3,939.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174279 | $35,942.84 | 9/27/18 | 0000092518 | 9/25/18 | $2,569.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $710.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174279 | $35,942.84 | 9/27/18 | 0000092518 | 9/25/18 | $480.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $328.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $167.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174280 | $31,491.09 | 9/27/18 | 0000092518 | 9/25/18 | $9.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126906 | $7,566.87 | 10/11/18 | 0000098432 | 9/24/18 | $7,566.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 127077 | $182,954.67 | 10/11/18 | 0000098503 | 9/25/18 | $182,954.67 |

Totals:    13 transfer(s),  $985,249.82