| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Integrity Home Service Corp.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983856 | $6,624.52 | 7/17/18 | 615180712186045 | 7/12/18 | $855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983856 | $6,624.52 | 7/17/18 | 615180713186045 | 7/13/18 | $5,769.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984823 | $5,783.51 | 7/18/18 | 615180714186045 | 7/14/18 | $5,783.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987318 | $5,467.25 | 7/24/18 | 615180719186045 | 7/19/18 | $2,514.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987318 | $5,467.25 | 7/24/18 | 615180720186045 | 7/20/18 | $2,952.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988220 | $4,309.07 | 7/25/18 | 615180721186045 | 7/21/18 | $3,968.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988220 | $4,309.07 | 7/25/18 | 615180722186045 | 7/22/18 | $340.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989352 | $3,571.50 | 7/27/18 | 615180724186045 | 7/24/18 | $3,571.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990815 | $2,059.09 | 7/31/18 | 615180726186045 | 7/26/18 | $773.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990815 | $2,059.09 | 7/31/18 | 615180727186045 | 7/27/18 | $1,285.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991712 | $7,361.08 | 8/1/18 | 615180728186045 | 7/28/18 | $753.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991712 | $7,361.08 | 8/1/18 | 615180729186045 | 7/29/18 | $6,607.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992915 | $242.43 | 8/3/18 | 615180731186045 | 7/31/18 | $242.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993683 | $4,047.49 | 8/6/18 | 615180801186045 | 8/1/18 | $4,047.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994731 | $4,390.10 | 8/7/18 | 615180802186045 | 8/2/18 | $1,834.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994731 | $4,390.10 | 8/7/18 | 615180803186045 | 8/3/18 | $2,555.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997116 | $2,674.85 | 8/10/18 | 615180807186045 | 8/7/18 | $2,674.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997752 | $1,565.47 | 8/13/18 | 615180808186045 | 8/8/18 | $1,565.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998443 | $6,771.31 | 8/14/18 | 615180809186045 | 8/9/18 | $3,456.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998443 | $6,771.31 | 8/14/18 | 615180810186045 | 8/10/18 | $3,314.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999316 | $1,670.08 | 8/15/18 | 615180811186045 | 8/11/18 | $1,670.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001923 | $1,875.95 | 8/21/18 | 615180816186045 | 8/16/18 | $1,621.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001923 | $1,875.95 | 8/21/18 | 615180817186045 | 8/17/18 | $254.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002836 | $2,507.39 | 8/22/18 | 615180818186045 | 8/18/18 | $2,163.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002836 | $2,507.39 | 8/22/18 | 615180819186045 | 8/19/18 | $344.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003959 | $6,649.01 | 8/24/18 | 615180821186045 | 8/21/18 | $6,649.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005337 | $10,070.42 | 8/28/18 | 615180823186045 | 8/23/18 | $6,540.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005337 | $10,070.42 | 8/28/18 | 615180824186045 | 8/24/18 | $3,530.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006225 | $615.34 | 8/29/18 | 615180825186045 | 8/25/18 | $615.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007416 | $4,298.36 | 8/31/18 | 615180828186045 | 8/28/18 | $4,298.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008962 | $990.35 | 9/4/18 | 615180830186045 | 8/30/18 | $990.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012163 | $1,204.37 | 9/10/18 | 615180905186045 | 9/5/18 | $1,204.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012912 | $1,556.22 | 9/11/18 | 615180906186045 | 9/6/18 | $1,556.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013800 | $4,073.80 | 9/12/18 | 615180908186045 | 9/8/18 | $4,073.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014950 | $548.83 | 9/14/18 | 615180911186045 | 9/11/18 | $548.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016312 | $3,255.67 | 9/18/18 | 615180914186045 | 9/14/18 | $3,255.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017221 | $4,863.85 | 9/19/18 | 615180916186045 | 9/16/18 | $4,863.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018412 | $2,020.90 | 9/21/18 | 615180918186045 | 9/18/18 | $2,020.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019061 | $572.69 | 9/24/18 | 615180919186045 | 9/19/18 | $572.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019780 | $146.49 | 9/25/18 | 615180920186045 | 9/20/18 | $146.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020710 | $465.30 | 9/26/18 | 615180922186045 | 9/22/18 | $465.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021890 | $4,485.43 | 9/28/18 | 615180925186045 | 9/25/18 | $4,485.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022579 | $56.70 | 10/1/18 | 615180926186045 | 9/26/18 | $56.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023408 | $2,802.82 | 10/2/18 | 615180927186045 | 9/27/18 | $164.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023408 | $2,802.82 | 10/2/18 | 615180928186045 | 9/28/18 | $2,638.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024485 | $6,038.89 | 10/3/18 | 615180930186045 | 9/30/18 | $6,038.89 |

Totals:    35 transfer(s),  $115,636.53