Defendant: **International Airport Center Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171549 | $35,837.31 | 8/6/18 | 0000072618 | 7/26/18 | $32,821.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171549 | $35,837.31 | 8/6/18 | 0000072618 | 7/26/18 | $2,701.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171549 | $35,837.31 | 8/6/18 | 0000072618 | 7/26/18 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122473 | $6,011.00 | 8/9/18 | 0000097426 | 7/23/18 | $6,011.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172942 | $35,837.31 | 9/4/18 | 0000082618 | 8/26/18 | $32,821.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172942 | $35,837.31 | 9/4/18 | 0000082618 | 8/26/18 | $2,701.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172942 | $35,837.31 | 9/4/18 | 0000082618 | 8/26/18 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124736 | $6,011.00 | 9/6/18 | 0000098022 | 8/22/18 | $6,011.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174287 | $35,837.31 | 10/9/18 | 0000092518 | 9/25/18 | $32,821.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174287 | $35,837.31 | 10/9/18 | 0000092518 | 9/25/18 | $2,701.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174287 | $35,837.31 | 10/9/18 | 0000092518 | 9/25/18 | $315.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126906 | $6,011.00 | 10/11/18 | 0000098403 | 9/24/18 | $6,011.00 |

Totals:   6 transfer(s),   $125,544.93