| | | |
|---|---|---|
| Defendant: | **International Packaging Supplies LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90009 | $24,716.71 | 7/17/18 | 0000180001 | 6/22/18 | $10,226.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90009 | $24,716.71 | 7/17/18 | 0000181001 | 6/22/18 | $10,226.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90009 | $24,716.71 | 7/17/18 | 0000145001 | 6/22/18 | $4,263.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93044 | $15,934.02 | 7/23/18 | 0000182001 | 6/26/18 | $10,226.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93044 | $15,934.02 | 7/23/18 | 0000165001 | 6/27/18 | $5,707.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98116 | $4,434.93 | 7/31/18 | 0000192001 | 7/6/18 | $4,434.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01025 | $26,671.68 | 8/6/18 | 0000184001 | 7/10/18 | $6,667.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01025 | $26,671.68 | 8/6/18 | 0000183001 | 7/10/18 | $6,667.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01025 | $26,671.68 | 8/6/18 | 0000185001 | 7/12/18 | $6,667.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01025 | $26,671.68 | 8/6/18 | 0000181001 | 7/12/18 | $6,667.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01978 | $19,881.46 | 8/7/18 | 0000163001 | 7/13/18 | $9,940.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01978 | $19,881.46 | 8/7/18 | 0000161001 | 7/13/18 | $9,940.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03438 | $7,634.36 | 8/9/18 | 0000175001 | 6/14/18 | $3,370.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03438 | $7,634.36 | 8/9/18 | 0000144001 | 6/22/18 | $4,263.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04070 | $6,667.92 | 8/10/18 | 0000182001 | 7/18/18 | $6,667.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 0000748996 | 6/14/18 | $3,439.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 0000748996 | 6/14/18 | $3,439.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 000082B001 | 7/18/18 | $7,193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 0000183001 | 7/18/18 | $7,193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 0000184001 | 7/18/18 | $7,193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04878 | $35,653.88 | 8/13/18 | 0000181001 | 7/19/18 | $7,193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08066 | $7,193.75 | 8/17/18 | 0000185001 | 7/23/18 | $7,193.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08889 | $49,657.49 | 8/20/18 | 0000218001 | 7/25/18 | $14,187.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08889 | $49,657.49 | 8/20/18 | 0000219001 | 7/25/18 | $10,640.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08889 | $49,657.49 | 8/20/18 | 0000220001 | 7/25/18 | $10,640.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08889 | $49,657.49 | 8/20/18 | 0000217001 | 7/25/18 | $7,093.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08889 | $49,657.49 | 8/20/18 | 0000216001 | 7/25/18 | $7,093.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14684 | $21,238.56 | 8/29/18 | 0000000101 | 7/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14684 | $21,238.56 | 8/29/18 | 0000000103 | 7/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14684 | $21,238.56 | 8/29/18 | 0000000104 | 7/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14684 | $21,238.56 | 8/29/18 | 0000000100 | 7/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15469 | $14,100.79 | 8/30/18 | 0000000102 | 7/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15469 | $14,100.79 | 8/30/18 | 0000184001 | 7/26/18 | $8,791.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16903 | $57,075.20 | 9/4/18 | 0000203001 | 8/7/18 | $17,122.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16903 | $57,075.20 | 9/4/18 | 0000201001 | 8/10/18 | $17,122.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16903 | $57,075.20 | 9/4/18 | 0000199001 | 8/10/18 | $11,415.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16903 | $57,075.20 | 9/4/18 | 0000200001 | 8/10/18 | $11,415.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17956 | $11,862.90 | 9/5/18 | 0000181001 | 7/20/18 | $5,931.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17956 | $11,862.90 | 9/5/18 | 0000182001 | 7/20/18 | $5,931.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18690 | $11,415.04 | 9/6/18 | 0000202001 | 8/12/18 | $11,415.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19882 | $8,791.15 | 9/10/18 | 000083D001 | 7/26/18 | $8,791.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20819 | $26,548.20 | 9/11/18 | 0000228001 | 8/17/18 | $15,928.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20819 | $26,548.20 | 9/11/18 | 0000230001 | 8/17/18 | $10,619.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23570 | $112,821.76 | 9/17/18 | 0000185001 | 7/26/18 | $8,791.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23570 | $112,821.76 | 9/17/18 | 0000223001 | 8/22/18 | $93,411.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23570 | $112,821.76 | 9/17/18 | 0000229001 | 8/22/18 | $10,619.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24457 | $5,309.64 | 9/18/18 | 0000227001 | 8/24/18 | $5,309.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27168 | $50,318.93 | 9/24/18 | 0000751987 | 7/24/18 | $5,418.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27168 | $50,318.93 | 9/24/18 | 0000751987 | 7/24/18 | -$5,418.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27168 | $50,318.93 | 9/24/18 | 0000753500 | 7/26/18 | -$1,790.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27168 | $50,318.93 | 9/24/18 | 0000751988 | 7/26/18 | -$1,790.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27168 | $50,318.93 | 9/24/18 | 0000221001 | 8/28/18 | $53,899.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28735 | $74,720.65 | 9/26/18 | 0000224001 | 9/1/18 | $61,093.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28735 | $74,720.65 | 9/26/18 | 0000224003 | 9/1/18 | $7,267.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28735 | $74,720.65 | 9/26/18 | 0000224002 | 9/1/18 | $6,359.81 |

**Totals:**     21 transfer(s),  $592,649.02