| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **International Packaging Supplies LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50121 | 5/10/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50121 | 5/10/18 | -$10,435.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50154001 | 6/12/18 | $3,370.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50171 | 6/13/18 | $3,370.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50155 | 6/13/18 | $3,370.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985934 | $13,273.90 | 7/20/18 | 50157 | 6/13/18 | $3,370.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989356 | $8,027.97 | 7/27/18 | 50167 | 6/25/18 | $2,675.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989356 | $8,027.97 | 7/27/18 | 50168 | 6/25/18 | $2,675.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989356 | $8,027.97 | 7/27/18 | 50166001 | 6/27/18 | $2,675.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | 50156 | 6/13/18 | $3,370.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPASN993117947 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPASN993117948 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPASN993117949 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPASN993117950 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPASN993117946 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPOT991484850 | 7/29/18 | -$203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | VPOT991485106 | 7/29/18 | -$280.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996593 | $2,345.99 | 8/9/18 | CD3102929ED | 7/31/18 | $208.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | 50189b | 7/18/18 | $7,193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPOTR991485106 | 8/12/18 | $280.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPOTR991484850 | 8/12/18 | $203.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPASNR993117947 | 8/12/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPASNR993117950 | 8/12/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPASNR993117948 | 8/12/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPASNR993117946 | 8/12/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999320 | $8,427.11 | 8/15/18 | VPASNR993117949 | 8/12/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999935 | $7,193.75 | 8/16/18 | 50186b | 7/18/18 | $7,193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000477 | $7,193.75 | 8/17/18 | 50188b | 7/18/18 | $7,193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001190 | $6,804.00 | 8/20/18 | 50215a | 7/28/18 | $6,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002839 | $28,126.35 | 8/22/18 | 50191d | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002839 | $28,126.35 | 8/22/18 | 50189B001 | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002839 | $28,126.35 | 8/22/18 | 50195 | 7/25/18 | $11,906.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003435 | $33,335.54 | 8/23/18 | 50886C001 | 7/18/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003435 | $33,335.54 | 8/23/18 | 50191c | 7/18/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003435 | $33,335.54 | 8/23/18 | 50190c | 7/19/18 | $3,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003435 | $33,335.54 | 8/23/18 | 50186d | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003435 | $33,335.54 | 8/23/18 | 50188D001 | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003963 | $16,894.42 | 8/24/18 | 50189c001 | 7/19/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003963 | $16,894.42 | 8/24/18 | 50209 | 7/26/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50190b | 7/18/18 | $7,193.75 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50187C001 | 7/18/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50187d001 | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50190d | 7/20/18 | $8,109.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50187a | 7/20/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004627 | $47,297.66 | 8/27/18 | 50193 | 7/25/18 | $11,906.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005339 | $26,627.00 | 8/28/18 | 50190c | 7/19/18 | $2,887.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005339 | $26,627.00 | 8/28/18 | 50210 | 7/25/18 | $3,546.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005339 | $26,627.00 | 8/28/18 | 50207 | 7/26/18 | $9,965.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005339 | $26,627.00 | 8/28/18 | 50206 | 7/28/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006227 | $31,586.49 | 8/29/18 | 50191b001 | 7/18/18 | $7,193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006227 | $31,586.49 | 8/29/18 | 105 | 7/24/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006227 | $31,586.49 | 8/29/18 | 106 | 7/24/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006227 | $31,586.49 | 8/29/18 | 50214 | 7/25/18 | $3,546.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006227 | $31,586.49 | 8/29/18 | 50205 | 7/28/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | 50187b | 7/18/18 | $7,193.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | 50215 | 7/25/18 | $3,546.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | 50208 | 7/28/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | 50215a | 7/28/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | 50215a | 7/28/18 | -$6,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | VPASN993119672 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006849 | $20,531.13 | 8/30/18 | VPASN993119673 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007425 | $24,392.74 | 8/31/18 | 50211 | 7/25/18 | $3,546.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007425 | $24,392.74 | 8/31/18 | 50188a | 8/2/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007425 | $24,392.74 | 8/31/18 | 50204 | 8/4/18 | $10,226.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007425 | $24,392.74 | 8/31/18 | 50186a | 8/4/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008126 | $23,884.21 | 9/3/18 | 50188c | 7/19/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008126 | $23,884.21 | 9/3/18 | 107 | 7/24/18 | $5,309.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008126 | $23,884.21 | 9/3/18 | 50194 | 8/4/18 | $11,906.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010189 | $6,667.92 | 9/5/18 | 501214 | 7/28/18 | $6,667.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011127 | $11,607.22 | 9/6/18 | 50197 | 8/4/18 | $11,607.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016314 | $11,906.65 | 9/18/18 | 50196 | 8/15/18 | $11,906.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018416 | $11,906.65 | 9/21/18 | 50198001 | 8/17/18 | $11,906.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019063 | $190,220.94 | 9/24/18 | 50231 | 8/22/18 | $95,110.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019063 | $190,220.94 | 9/24/18 | 50232 | 8/22/18 | $95,110.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023412 | $32,618.13 | 10/2/18 | 50235 | 8/25/18 | $14,186.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023412 | $32,618.13 | 10/2/18 | 50234 | 8/29/18 | $9,215.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023412 | $32,618.13 | 10/2/18 | 50233 | 8/30/18 | $9,215.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024489 | $17,930.32 | 10/3/18 | 50245 | 9/6/18 | $7,172.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024489 | $17,930.32 | 10/3/18 | 50244 | 9/6/18 | $7,172.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024489 | $17,930.32 | 10/3/18 | 50243 | 9/6/18 | $3,586.06 |

Totals:    23 transfer(s),  $588,799.84