Defendant: **Island Wines & Spirits**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082104 | $3,032.00 | 7/2/18 | 156604 | 6/1/18 | $3,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 156760 | 6/5/18 | $1,129.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 155826A | 6/5/18 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 156808 | 6/6/18 | $2,786.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 156848 | 6/6/18 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 156965 | 6/8/18 | $1,936.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 156956 | 6/8/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 10027 | 6/19/18 | -$26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 10019 | 6/19/18 | -$525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082500 | $5,174.95 | 7/9/18 | 10028 | 6/19/18 | -$1,074.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157191 | 6/12/18 | $967.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157193 | 6/12/18 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157198 | 6/12/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157401 | 6/15/18 | $1,654.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157371 | 6/15/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083069 | $3,659.75 | 7/16/18 | 157400 | 6/15/18 | $183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | 157603 | 6/19/18 | $1,717.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | 157812 | 6/22/18 | $3,039.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | 9854 | 7/3/18 | -$17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | KM161674 | 7/3/18 | -$162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | KM161675 | 7/3/18 | -$814.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083454 | $3,740.51 | 7/23/18 | 9859 | 7/6/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083838 | $3,983.60 | 7/30/18 | 157982 | 6/26/18 | $1,328.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083838 | $3,983.60 | 7/30/18 | 158163 | 6/29/18 | $2,654.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084218 | $4,135.68 | 8/8/18 | 158343 | 7/3/18 | $955.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084218 | $4,135.68 | 8/8/18 | 158521 | 7/6/18 | $3,180.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084786 | $3,687.47 | 8/15/18 | 158684 | 7/10/18 | $1,072.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084786 | $3,687.47 | 8/15/18 | 158911 | 7/13/18 | $2,285.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084786 | $3,687.47 | 8/15/18 | 158927 | 7/14/18 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085117 | $3,690.50 | 8/22/18 | 159057 | 7/17/18 | $2,331.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085117 | $3,690.50 | 8/22/18 | 159242 | 7/19/18 | $761.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085117 | $3,690.50 | 8/22/18 | 159351 | 7/23/18 | $614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085117 | $3,690.50 | 8/22/18 | 9131 | 7/31/18 | -$16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085488 | $5,147.68 | 8/31/18 | 159401 | 7/24/18 | $1,858.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085488 | $5,147.68 | 8/31/18 | 159605 | 7/27/18 | $2,959.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085488 | $5,147.68 | 8/31/18 | 159630 | 7/27/18 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085868 | $3,064.25 | 9/7/18 | 159747 | 7/31/18 | $1,305.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085868 | $3,064.25 | 9/7/18 | 159987 | 8/3/18 | $1,934.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085868 | $3,064.25 | 9/7/18 | 9155 | 8/14/18 | -$26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085868 | $3,064.25 | 9/7/18 | 9165 | 8/20/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086316 | $2,828.55 | 9/14/18 | 160111 | 8/7/18 | $1,143.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086316 | $2,828.55 | 9/14/18 | 160331 | 8/10/18 | $1,685.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086891 | $3,762.30 | 9/21/18 | 160507 | 8/14/18 | $867.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086891 | $3,762.30 | 9/21/18 | 160713 | 8/17/18 | $2,803.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086891 | $3,762.30 | 9/21/18 | 160814 | 8/20/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086891 | $3,762.30 | 9/21/18 | 9170 | 8/28/18 | -$58.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087249 | $3,828.85 | 9/28/18 | 160817 | 8/23/18 | $1,369.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087249 | $3,828.85 | 9/28/18 | 161032 | 8/24/18 | $2,459.00 |

Totals:    13 transfer(s),  $49,736.09