Defendant: **Journal Registrar Newspaper**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994757 | $23,450.27 | 8/17/18 | 518940268 | 6/2/18 | $23,450.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010206 | $20,779.96 | 9/19/18 | 618940268 | 7/2/18 | $20,779.96 |

Totals: 2 transfer(s), $44,230.23