Defendant: **Jump Design Group Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 34250 | 6/19/18 | $971.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 34250 | 6/19/18 | -$1,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 35448 | 7/5/18 | $441.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 35450 | 7/5/18 | $325.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 35449 | 7/5/18 | $325.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 35451 | 7/5/18 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 35447 | 7/5/18 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 8361D006339036 | 7/11/18 | -$921.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 8710K88479142 | 7/13/18 | -$64.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983881 | $266.37 | 7/17/18 | 8710K88479155 | 7/13/18 | -$196.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984832 | $3,747.60 | 7/18/18 | 35483 | 7/6/18 | $888.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984832 | $3,747.60 | 7/18/18 | 35480 | 7/6/18 | $888.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984832 | $3,747.60 | 7/18/18 | 35481 | 7/6/18 | $888.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984832 | $3,747.60 | 7/18/18 | 35482 | 7/6/18 | $888.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984832 | $3,747.60 | 7/18/18 | 35479 | 7/6/18 | $192.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985438 | $219.92 | 7/19/18 | 35322 | 6/29/18 | $219.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35313 | 6/29/18 | $1,233.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35320 | 6/29/18 | $360.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35320 | 6/29/18 | -$392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35313 | 6/29/18 | -$1,341.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35771 | 7/10/18 | $1,357.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35772 | 7/10/18 | $1,004.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35773 | 7/10/18 | $1,004.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35769 | 7/10/18 | $292.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35768 | 7/10/18 | $292.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 35770 | 7/10/18 | $160.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987333 | $3,953.94 | 7/24/18 | 8710K88486424 | 7/19/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990068 | $1,054.00 | 7/30/18 | 36199 | 7/16/18 | $368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990068 | $1,054.00 | 7/30/18 | 36198 | 7/16/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990068 | $1,054.00 | 7/30/18 | 36200 | 7/16/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990068 | $1,054.00 | 7/30/18 | 36202 | 7/16/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990068 | $1,054.00 | 7/30/18 | 36201 | 7/16/18 | $134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36380 | 7/20/18 | $1,346.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36383 | 7/20/18 | $993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36381 | 7/20/18 | $993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36469 | 7/20/18 | $932.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36471 | 7/20/18 | $932.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36470 | 7/20/18 | $932.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 36382 | 7/20/18 | $576.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 8710K88491467 | 7/27/18 | -$22.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991724 | $6,665.10 | 8/1/18 | 8710K88492083 | 7/28/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM1098417IN811 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773110IN215 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9559950IN646 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773133IN219 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773151IN217 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773133IN644 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773143IN284 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773226IN216 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9559950IN221 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9772445IN161 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9954575IN218 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9954592IN645 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9773143IN711 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9954575IN643 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9916073IN166 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9916130IN164 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9916367IN165 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | ITM9954592IN220 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 35767 | 7/10/18 | $292.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 35767 | 7/10/18 | -$318.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 36538 | 7/24/18 | $2,689.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 36539 | 7/24/18 | $1,460.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 36537 | 7/24/18 | $1,229.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 36540 | 7/24/18 | $1,119.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994761 | $3,177.04 | 8/7/18 | 36541 | 7/24/18 | $304.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998456 | $876.94 | 8/14/18 | 36377 | 7/20/18 | $993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998456 | $876.94 | 8/14/18 | 36378 | 7/20/18 | $645.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998456 | $876.94 | 8/14/18 | 36378 | 7/20/18 | -$702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998456 | $876.94 | 8/14/18 | 8710K88496835 | 8/9/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998456 | $876.94 | 8/14/18 | 8710K88498544 | 8/10/18 | -$38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36474 | 7/23/18 | $993.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36475 | 7/23/18 | $645.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36476 | 7/23/18 | $287.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36476 | 7/23/18 | -$312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36475 | 7/23/18 | -$702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 36474 | 7/23/18 | -$1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88502196 | 8/15/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88507299 | 8/16/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88504605 | 8/16/18 | -$72.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88509744 | 8/18/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 41898 | 8/20/18 | $56,175.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | MA18235716267 | 8/23/18 | -$5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88514384 | 8/25/18 | -$22.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8361D006390758 | 8/27/18 | -$854.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88516418 | 8/30/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88516906 | 8/30/18 | -$63.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88525247 | 9/12/18 | -$83.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88527251 | 9/13/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88527699 | 9/13/18 | -$44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016331 | $49,615.10 | 9/18/18 | 8710K88526195 | 9/13/18 | -$157.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021355 | $46,100.08 | 9/27/18 | 46736 | 9/12/18 | $29,196.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021355 | $46,100.08 | 9/27/18 | 46737 | 9/12/18 | $16,903.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021948 | $1,363.44 | 9/28/18 | 48727 | 9/24/18 | $932.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021948 | $1,363.44 | 9/28/18 | 48726 | 9/24/18 | $287.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021948 | $1,363.44 | 9/28/18 | 48725 | 9/24/18 | $143.52 |

Totals:    11 transfer(s),  $117,039.53