Defendant: **Kid Galaxy Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-14085 | $0.85 | 8/27/18 | 201819283461 | 5/28/18 | $0.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14086 | $3,358.20 | 8/30/18 | 201819180964 | 5/29/18 | $3,358.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $27,767.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $13,321.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $11,443.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $10,726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $9,941.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $8,449.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-14087 | $89,148.40 | 9/24/18 | 201820033127 | 6/25/18 | $7,499.20 |

Totals:    3 transfer(s),  $92,507.45