Defendant: **Krause Watch Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986626 | $4,022.00 | 7/23/18 | 825226181976026 | 7/16/18 | $4,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990079 | $3,858.00 | 7/30/18 | 825226182046026 | 7/23/18 | $3,858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993718 | $3,540.00 | 8/6/18 | 825226182116026 | 7/30/18 | $3,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997780 | $5,189.00 | 8/13/18 | 825226182186026 | 8/6/18 | $5,189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001213 | $3,986.00 | 8/20/18 | 825226182256026 | 8/13/18 | $3,986.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004654 | $3,752.00 | 8/27/18 | 825226182326026 | 8/20/18 | $3,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008158 | $3,861.00 | 9/3/18 | 825226182396026 | 8/27/18 | $3,861.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012198 | $4,486.00 | 9/10/18 | 825226182466026 | 9/3/18 | $4,486.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015636 | $3,376.00 | 9/17/18 | 825226182536026 | 9/10/18 | $3,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019097 | $3,130.00 | 9/24/18 | 825226182606026 | 9/17/18 | $3,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022618 | $3,560.00 | 10/1/18 | 825226182676026 | 9/24/18 | $3,560.00 |

Totals:    11 transfer(s),  $42,760.00