Defendant: **L 3 Sales And Sourcing Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-22337 | $42,555.36 | 8/3/18 | 201817697983 | 5/8/18 | $42,555.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-22338 | $96,926.66 | 9/20/18 | 201820671364 | 8/7/18 | $96,926.66 |

Totals:    2 transfer(s),  $139,482.02