Defendant: **Lopex Express, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132578 | $4,988.00 | 6/28/18 | 7 | 6/4/18 | $2,780.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132578 | $4,988.00 | 6/28/18 | 6 | 6/11/18 | $2,208.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132614 | $9,353.62 | 7/12/18 | 8 | 6/4/18 | $1,713.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132614 | $9,353.62 | 7/12/18 | 9 | 6/11/18 | $5,382.62 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132614 | $9,353.62 | 7/12/18 | 10 | 6/18/18 | $2,258.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132798 | $10,704.75 | 8/9/18 | 13 | 7/9/18 | $4,895.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132798 | $10,704.75 | 8/9/18 | 14 | 7/16/18 | $5,809.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132858 | $17,131.00 | 8/23/18 | 11 | 6/25/18 | $8,328.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132858 | $17,131.00 | 8/23/18 | 12 | 7/2/18 | $5,167.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 132858 | $17,131.00 | 8/23/18 | 15 | 7/23/18 | $3,636.00 |

Totals:    4 transfer(s),  $42,177.37