| | |
|---|---|
| Defendant: | **Luen Fung Enterprises** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221526 | 6/5/18 | $749.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221527 | 6/5/18 | $231.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222153 | 6/6/18 | $2,769.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221876 | 6/6/18 | $916.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221878 | 6/6/18 | $634.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222174 | 6/6/18 | $577.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221996 | 6/6/18 | $192.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221877 | 6/6/18 | $156.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2221941 | 6/6/18 | $125.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222217 | 6/7/18 | $1,233.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222219 | 6/7/18 | $113.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222218 | 6/7/18 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222606 | 6/8/18 | $1,121.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222607 | 6/8/18 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222669 | 6/8/18 | $153.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222608 | 6/8/18 | $22.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222919 | 6/9/18 | $1,509.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2222920 | 6/9/18 | $280.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2223302 | 6/11/18 | $1,287.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2223567 | 6/11/18 | $412.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2223301 | 6/11/18 | $140.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228466 | 6/28/18 | $1,722.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228475 | 6/28/18 | $977.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228501 | 6/28/18 | $391.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228523 | 6/28/18 | $363.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228502 | 6/28/18 | $32.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2228796 | 6/29/18 | $3,268.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2229144 | 6/30/18 | $131.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2229852 | 7/3/18 | $29.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230181 | 7/4/18 | $10,292.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230183 | 7/4/18 | $2,550.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230182 | 7/4/18 | $897.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230204 | 7/4/18 | $625.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230137 | 7/4/18 | $228.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982688 | $34,681.87 | 7/23/18 | 2230182 | 7/4/18 | $131.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2223586 | 6/12/18 | $1,519.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2223585 | 6/12/18 | $206.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2224274 | 6/13/18 | $1,322.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2223923 | 6/13/18 | $1,025.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2224225 | 6/13/18 | $480.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2223922 | 6/13/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 224010 | 6/13/18 | $126.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2224271 | 6/14/18 | $1,060.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2224609 | 6/15/18 | $895.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2224610 | 6/15/18 | $122.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225044 | 6/16/18 | $1,822.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225043 | 6/16/18 | $221.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225718 | 6/18/18 | $1,330.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225664 | 6/18/18 | $788.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225354 | 6/18/18 | $708.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225351 | 6/18/18 | $157.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225353 | 6/18/18 | $66.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2225352 | 6/18/18 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2230587 | 7/6/18 | $282.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2230587 | 7/6/18 | $13.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231474 | 7/9/18 | $4,174.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231476 | 7/9/18 | $2,070.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231464 | 7/9/18 | $415.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231467 | 7/9/18 | $216.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231477 | 7/9/18 | $151.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231476 | 7/9/18 | $131.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2231142 | 7/9/18 | $119.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2232090 | 7/11/18 | $7,765.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2232092 | 7/11/18 | $4,733.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986074 | $32,731.09 | 7/30/18 | 2232049 | 7/11/18 | $537.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2225668 | 6/19/18 | $1,255.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2225669 | 6/19/18 | $140.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2225726 | 6/19/18 | $62.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226027 | 6/20/18 | $1,314.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226299 | 6/20/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226023 | 6/20/18 | $162.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226407 | 6/21/18 | $1,177.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226313 | 6/21/18 | $1,054.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226399 | 6/21/18 | $73.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226624 | 6/22/18 | $994.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226623 | 6/22/18 | $140.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226949 | 6/23/18 | $1,548.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2226947 | 6/23/18 | $280.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2227220 | 6/25/18 | $964.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2227221 | 6/25/18 | $140.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232177 | 7/12/18 | $3,631.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232155 | 7/12/18 | $698.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232156 | 7/12/18 | $380.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232365 | 7/12/18 | $143.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232155 | 7/12/18 | $35.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2232812 | 7/13/18 | $407.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233434 | 7/16/18 | $11,396.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233432 | 7/16/18 | $1,791.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233108 | 7/16/18 | $805.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233321 | 7/16/18 | $126.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233192 | 7/16/18 | $64.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233473 | 7/17/18 | $1,004.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233969 | 7/18/18 | $5,841.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233986 | 7/18/18 | $915.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2234060 | 7/18/18 | $272.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233971 | 7/18/18 | $163.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 2233985 | 7/18/18 | $137.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 198665 | 7/18/18 | -$43.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989495 | $36,644.79 | 8/8/18 | 198664 | 7/18/18 | -$726.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227613 | 6/26/18 | $1,299.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227522 | 6/26/18 | $806.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227521 | 6/26/18 | $276.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227610 | 6/26/18 | $166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227520 | 6/26/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227523 | 6/26/18 | $56.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228217 | 6/27/18 | $1,051.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228219 | 6/27/18 | $664.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228149 | 6/27/18 | $577.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228141 | 6/28/18 | $938.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228140 | 6/28/18 | $226.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228138 | 6/28/18 | $111.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228139 | 6/28/18 | $10.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228464 | 6/29/18 | $1,034.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2227916 | 6/29/18 | $244.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228465 | 6/29/18 | $94.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228861 | 6/30/18 | $1,610.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228859 | 6/30/18 | $280.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2228860 | 6/30/18 | $117.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2229195 | 7/2/18 | $913.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2229196 | 7/2/18 | $52.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2234139 | 7/19/18 | $334.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235241 | 7/23/18 | $11,528.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235242 | 7/23/18 | $3,736.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235243 | 7/23/18 | $2,790.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235197 | 7/23/18 | $1,117.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2234907 | 7/23/18 | $630.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235158 | 7/23/18 | $560.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2234914 | 7/23/18 | $152.76 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235243 | 7/23/18 | $131.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235932 | 7/25/18 | $9,653.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235931 | 7/25/18 | $5,873.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235862 | 7/25/18 | $832.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235861 | 7/25/18 | $502.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993089 | $48,604.73 | 8/15/18 | 2235821 | 7/25/18 | $147.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229895 | 7/3/18 | $1,317.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229486 | 7/3/18 | $1,238.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229487 | 7/3/18 | $249.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229840 | 7/4/18 | $1,076.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230136 | 7/4/18 | $476.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229923 | 7/4/18 | $173.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2229841 | 7/4/18 | $140.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230116 | 7/5/18 | $1,412.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2227891 | 7/5/18 | $935.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2227889 | 7/5/18 | $398.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230117 | 7/5/18 | $178.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2227890 | 7/5/18 | $40.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230415 | 7/6/18 | $1,193.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230499 | 7/6/18 | $168.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230416 | 7/6/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230852 | 7/7/18 | $1,258.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2230851 | 7/7/18 | $165.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2231113 | 7/9/18 | $953.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2231465 | 7/9/18 | $367.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2236340 | 7/27/18 | $757.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2236813 | 7/28/18 | $323.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2237371 | 7/31/18 | $187.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2238017 | 8/1/18 | $10,026.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2238018 | 8/1/18 | $3,625.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2238019 | 8/1/18 | $2,066.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2237967 | 8/1/18 | $749.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2237945 | 8/1/18 | $180.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997262 | $29,785.37 | 8/22/18 | 2238018 | 8/1/18 | $17.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231418 | 7/10/18 | $1,790.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231419 | 7/10/18 | $204.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231420 | 7/10/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231747 | 7/11/18 | $1,004.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232091 | 7/11/18 | $973.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231748 | 7/11/18 | $813.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 223250 | 7/11/18 | $380.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2231805 | 7/11/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 223059 | 7/12/18 | $1,140.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232058 | 7/12/18 | $145.30 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232420 | 7/13/18 | $849.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232418 | 7/13/18 | $298.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232828 | 7/14/18 | $1,674.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2232827 | 7/14/18 | $204.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2233435 | 7/16/18 | $2,174.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2233055 | 7/16/18 | $1,320.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2238058 | 8/2/18 | $334.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239272 | 8/6/18 | $15,288.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239221 | 8/6/18 | $1,155.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239273 | 8/6/18 | $955.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239224 | 8/6/18 | $285.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239369 | 8/7/18 | $1,348.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239404 | 8/7/18 | $53.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2240029 | 8/8/18 | $3,705.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2240027 | 8/8/18 | $3,382.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2239967 | 8/8/18 | $1,199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2240022 | 8/8/18 | $706.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 2240020 | 8/8/18 | $387.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000628 | $41,392.90 | 8/31/18 | 199245 | 8/8/18 | -$615.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2242748 | 8/18/17 | $278.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233439 | 7/17/18 | $1,132.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233440 | 7/17/18 | $64.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233441 | 7/17/18 | $37.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233970 | 7/18/18 | $1,664.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233751 | 7/18/18 | $1,348.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233766 | 7/18/18 | $147.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234033 | 7/19/18 | $772.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234034 | 7/19/18 | $157.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234375 | 7/20/18 | $2,619.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234377 | 7/20/18 | $351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234579 | 7/20/18 | $175.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234492 | 7/20/18 | $172.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234376 | 7/20/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2233761 | 7/21/18 | $2,137.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234891 | 7/23/18 | $995.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2234890 | 7/23/18 | $33.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2240638 | 8/10/18 | $1,391.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241246 | 8/13/18 | $13,210.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241243 | 8/13/18 | $861.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241247 | 8/13/18 | $836.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241281 | 8/13/18 | $324.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241291 | 8/13/18 | $193.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241929 | 8/15/18 | $6,331.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241914 | 8/15/18 | $996.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241928 | 8/15/18 | $347.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241968 | 8/15/18 | $303.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241838 | 8/15/18 | $58.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 2241915 | 8/15/18 | $11.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004090 | $36,148.98 | 9/7/18 | 199444 | 8/16/18 | -$915.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235173 | 7/24/18 | $1,760.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235171 | 7/24/18 | $227.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235172 | 7/24/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235933 | 7/25/18 | $1,723.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235535 | 7/25/18 | $588.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235536 | 7/25/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235652 | 7/25/18 | $341.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235601 | 7/25/18 | $152.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235946 | 7/26/18 | $905.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2235947 | 7/26/18 | $183.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236009 | 7/26/18 | $41.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236213 | 7/27/18 | $1,274.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236199 | 7/27/18 | $864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236402 | 7/27/18 | $351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236458 | 7/27/18 | $196.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236611 | 7/28/18 | $1,366.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236608 | 7/28/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236609 | 7/28/18 | $129.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236714 | 7/28/18 | $87.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236959 | 7/30/18 | $1,476.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2236960 | 7/30/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243199 | 8/20/18 | $1,695.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243251 | 8/20/18 | $1,199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243211 | 8/20/18 | $283.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243197 | 8/20/18 | $203.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243316 | 8/21/18 | $78.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243924 | 8/22/18 | $16,785.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243923 | 8/22/18 | $4,396.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243899 | 8/22/18 | $830.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243961 | 8/22/18 | $506.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007582 | $39,371.76 | 9/14/18 | 2243901 | 8/22/18 | $371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237287 | 7/31/18 | $1,531.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237380 | 7/31/18 | $845.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237288 | 7/31/18 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237573 | 8/1/18 | $1,018.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237574 | 8/1/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237946 | 8/1/18 | $493.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237758 | 8/1/18 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237668 | 8/1/18 | $195.70 |

Luen Fung Enterprises

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                      Exhibit A                                      P. 6

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237725 | 8/1/18 | $151.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2232832 | 8/1/18 | $114.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237989 | 8/2/18 | $1,059.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237723 | 8/2/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2237988 | 8/2/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238251 | 8/3/18 | $1,014.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238250 | 8/3/18 | $176.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238374 | 8/3/18 | $156.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238651 | 8/4/18 | $1,632.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238673 | 8/4/18 | $65.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2238940 | 8/6/18 | $1,297.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2239271 | 8/6/18 | $717.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2239222 | 8/6/18 | $191.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2245935 | 8/29/18 | $7,924.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2245933 | 8/29/18 | $2,765.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2246011 | 8/29/18 | $742.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 2245927 | 8/29/18 | $251.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011708 | $23,733.91 | 9/21/18 | 199782 | 8/30/18 | -$297.00 |

Totals:    9 transfer(s),  $323,095.40