Defendant: **Made4U Studio, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $26,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $16,070.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $14,803.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $13,852.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $13,572.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201819206796 | 7/3/18 | $13,084.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $11,602.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $10,389.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $8,458.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $6,636.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $6,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $6,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $5,892.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $5,602.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820127523 | 7/3/18 | $4,662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $1,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $1,218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $1,209.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $1,132.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $954.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $710.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $441.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $421.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23817 | $174,626.02 | 9/17/18 | 201820153669 | 7/3/18 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23818 | $22,299.77 | 9/24/18 | 201820169453 | 7/10/18 | $14,499.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-23818 | $22,299.77 | 9/24/18 | 201820169453 | 7/10/18 | $7,800.00 |

Totals: 2 transfer(s), $196,925.79