| | | |
|---|---|---|
| Defendant: | **Medtech Products Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979898 | $88,202.45 | 7/17/18 | 90885112 | 5/31/18 | $55,871.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979898 | $88,202.45 | 7/17/18 | 90885111 | 5/31/18 | $45,395.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979898 | $88,202.45 | 7/17/18 | 8361D006343919 | 7/3/18 | -$13,064.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 90892877 | 6/13/18 | $4,097.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 4809035516 | 7/2/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 4371035048 | 7/2/18 | -$11.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 7788028876 | 7/2/18 | -$18.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 9124021301 | 7/5/18 | -$18.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | VPPS00000635129 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | VPPS00000639277 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040042931 | 7/9/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040042923 | 7/9/18 | -$5.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3405020644 | 7/10/18 | -$4.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 9394026001 | 7/11/18 | -$34.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040042993 | 7/12/18 | -$7.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043015 | 7/13/18 | -$3.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043071 | 7/16/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043079 | 7/16/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043064 | 7/16/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043044 | 7/16/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043094 | 7/17/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043102 | 7/17/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043105 | 7/17/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986135 | $3,659.61 | 7/30/18 | 3040043118 | 7/17/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987375 | $32,393.13 | 8/1/18 | 90896479 | 6/18/18 | $32,412.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987375 | $32,393.13 | 8/1/18 | 7098021417 | 6/23/18 | -$11.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987375 | $32,393.13 | 8/1/18 | 3059047616 | 7/16/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987375 | $32,393.13 | 8/1/18 | 3483001894 | 7/18/18 | -$2.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 3725032317 | 6/20/18 | -$14.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 90902983 | 6/25/18 | $60,483.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 9274017116 | 7/18/18 | -$12.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | VPASN993117310 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | VPOT991484231 | 7/22/18 | -$1,906.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 3040043176 | 7/23/18 | -$4.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 706640KW | 7/25/18 | -$164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 708470KW | 7/25/18 | -$387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 706790KW | 7/25/18 | -$551.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 708311KW | 7/25/18 | -$1,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 708478KW | 7/25/18 | -$1,268.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 9153028604 | 7/26/18 | -$3.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | 7471036821 | 7/27/18 | -$3.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | VPASN993118128 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991751 | $52,319.64 | 8/13/18 | VPOT991485041 | 7/29/18 | -$2,328.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994850 | $7,244.54 | 8/17/18 | 90905298 | 6/29/18 | $7,381.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994850 | $7,244.54 | 8/17/18 | 4421040020 | 7/27/18 | -$74.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994850 | $7,244.54 | 8/17/18 | 20180838KPW | 8/2/18 | -$62.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160079 | 4/26/18 | -$425.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160080 | 4/26/18 | -$643.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160081 | 4/26/18 | -$715.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160082 | 4/26/18 | -$965.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160075 | 4/26/18 | -$1,294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160076 | 4/26/18 | -$1,351.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160083 | 4/26/18 | -$1,442.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160077 | 4/26/18 | -$1,788.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160078 | 4/26/18 | -$4,462.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 9521023738 | 7/17/18 | -$12.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 90914836 | 7/18/18 | $26,842.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 4371035082 | 7/26/18 | -$3.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 7021028133 | 7/26/18 | -$12.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 9153028607 | 7/27/18 | -$6.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3873019400 | 7/30/18 | -$4.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | PRK160245 | 7/30/18 | -$849.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 7195058983 | 7/31/18 | -$11.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3737034486 | 7/31/18 | -$14.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 9153028621 | 8/4/18 | -$6.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3040043371 | 8/10/18 | -$3.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3873019438 | 8/10/18 | -$10.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 4751015569 | 8/11/18 | -$8.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPASN993119075 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPOT991486080 | 8/12/18 | -$670.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3040043383 | 8/13/18 | -$8.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 3040043396 | 8/14/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 4762028137 | 8/14/18 | -$11.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 9153028646 | 8/16/18 | -$3.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | 7065016743 | 8/17/18 | -$4.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPASN993119443 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPASN993119442 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPASN993119441 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004164 | $9,190.31 | 9/7/18 | VPOT991486661 | 8/19/18 | -$2,315.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004690 | $68,579.67 | 9/10/18 | 90915779 | 7/19/18 | $48,608.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004690 | $68,579.67 | 9/10/18 | 90915778 | 7/19/18 | $19,971.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005397 | $29,972.61 | 9/11/18 | 90916995 | 7/20/18 | $20,647.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005397 | $29,972.61 | 9/11/18 | 90916994 | 7/20/18 | $9,348.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005397 | $29,972.61 | 9/11/18 | 4844097532 | 8/18/18 | -$23.33 |

Medtech Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 90921785 | 7/30/18 | $21,729.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 3225013121 | 8/7/18 | -$11.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 4810083619 | 8/10/18 | -$6.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 9621020244 | 8/16/18 | -$12.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | VPASN993119790 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | VPOT991487199 | 8/26/18 | -$207.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 3483002004 | 8/29/18 | -$3.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009042 | $4,162.71 | 9/18/18 | 8361D006405603 | 8/29/18 | -$17,176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011182 | $975.72 | 9/20/18 | 90879217 | 5/29/18 | $979.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011182 | $975.72 | 9/20/18 | 3873019464 | 8/29/18 | -$3.84 |

Totals:        10 transfer(s),  $296,700.39

Medtech Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A