Defendant: **Mid Continent Btlg. Co. Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3546403131B | 5/21/18 | $16.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3546403131B | 5/21/18 | $11.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3081603096 | 6/5/18 | $621.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3447802717 | 6/5/18 | $410.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3446001995 | 6/5/18 | $162.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3081603096 | 6/5/18 | $44.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3447802717 | 6/5/18 | $20.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3446001995 | 6/5/18 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 576303266A | 6/6/18 | $859.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3444003594 | 6/6/18 | $288.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3444003594 | 6/6/18 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3018702896 | 6/7/18 | $642.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3338003437 | 6/7/18 | $281.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3618403210 | 6/8/18 | $626.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3314200720 | 6/8/18 | $419.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3021902976 | 6/8/18 | $380.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3446903068 | 6/8/18 | $294.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3446903068 | 6/8/18 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3018602712 | 6/11/18 | $583.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3546403592 | 6/11/18 | $162.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3546403592 | 6/11/18 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3009203849 | 7/6/18 | -$2.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982764 | $5,793.60 | 7/23/18 | 3009203849 | 7/6/18 | -$113.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3021903026 | 6/12/18 | $359.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3444003753 | 6/13/18 | $178.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3444003753 | 6/13/18 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3021903053 | 6/14/18 | $561.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3574302756 | 6/14/18 | $203.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3338003585 | 6/14/18 | $181.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3338003585 | 6/14/18 | -$5.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3616703852 | 6/15/18 | $505.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3576804129 | 6/15/18 | $403.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3021903073 | 6/15/18 | $276.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3046203336 | 6/15/18 | $153.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3015602829 | 6/18/18 | $445.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3546403746 | 6/18/18 | $180.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3546403746 | 6/18/18 | $12.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3021703662 | 7/10/18 | -$16.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3081603760 | 7/10/18 | -$26.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3616904210 | 7/10/18 | -$31.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3018703542 | 7/12/18 | -$64.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986151 | $3,324.45 | 7/30/18 | 3018603301 | 7/16/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3447802974 | 6/19/18 | $549.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3021903141 | 6/19/18 | $449.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3081603384 | 6/19/18 | $256.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3446002160 | 6/19/18 | $185.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3081603384 | 6/19/18 | $19.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3447802974 | 6/19/18 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3446002160 | 6/19/18 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3021903141 | 6/19/18 | -$6.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3576804201 | 6/20/18 | $586.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3444003913 | 6/20/18 | $196.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3444003913 | 6/20/18 | $13.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3021903191 | 6/21/18 | $294.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3566500063 | 6/21/18 | $236.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3018703158 | 6/21/18 | $230.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3338003744 | 6/21/18 | $185.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3563401675 | 6/21/18 | $0.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3021903211 | 6/22/18 | $532.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3446903291 | 6/22/18 | $348.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3314200812 | 6/22/18 | $327.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3618403472 | 6/22/18 | $235.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3446903291 | 6/22/18 | $30.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3615902817 | 6/25/18 | $456.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3546403910 | 6/25/18 | $318.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3018602942 | 6/25/18 | $310.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3546403910 | 6/25/18 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3618403996 | 7/20/18 | -$3.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3021703858 | 7/20/18 | -$253.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989589 | $5,521.22 | 8/8/18 | 3616904514 | 7/23/18 | -$23.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3081603514 | 6/26/18 | $346.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 321703416 | 6/26/18 | $294.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3081603514 | 6/26/18 | $16.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3577103209 | 6/27/18 | $639.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3444004071 | 6/27/18 | $371.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3444004071 | 6/27/18 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3021903305 | 6/28/18 | $434.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3018703302 | 6/28/18 | $344.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3338003901 | 6/28/18 | $155.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3574502518 | 6/28/18 | $107.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3314200893 | 6/29/18 | $629.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3021800248 | 6/29/18 | $377.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3622302801 | 7/2/18 | $879.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3616703616 | 7/2/18 | $637.04 |

Mid Continent Btlg. Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3021703519 | 7/2/18 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3018603069 | 7/2/18 | $206.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3446002318 | 7/2/18 | $183.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3546404063 | 7/2/18 | $171.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3446002318 | 7/2/18 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3546404063 | 7/2/18 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993180 | $6,163.50 | 8/15/18 | 3616703616 | 7/2/18 | -$15.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3616502815 | 7/3/18 | $732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3616502815 | 7/3/18 | -$13.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3576804529 | 7/5/18 | $1,165.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3009203848 | 7/6/18 | $319.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3338004055 | 7/6/18 | $173.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3009203848 | 7/6/18 | $12.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3546404208 | 7/9/18 | $142.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3546404208 | 7/9/18 | $11.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3009204329 | 7/31/18 | -$13.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3009204329 | 7/31/18 | -$133.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 357703913 | 8/1/18 | -$47.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3446904040 | 8/3/18 | -$4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3618404298 | 8/3/18 | -$100.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997345 | $2,127.88 | 8/22/18 | 3446904040 | 8/3/18 | -$116.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3021703660 | 7/10/18 | $966.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3616904209 | 7/10/18 | $713.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3021703661 | 7/10/18 | $594.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3081603759 | 7/10/18 | $157.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3081603759 | 7/10/18 | $11.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3021703661 | 7/10/18 | -$13.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3577103429 | 7/11/18 | $468.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3018703541 | 7/12/18 | $305.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3566400083 | 7/12/18 | $247.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3338004179 | 7/12/18 | $205.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3018703540 | 7/12/18 | $58.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3018703540 | 7/12/18 | -$22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 344693650 | 7/13/18 | $318.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3021703729 | 7/13/18 | $273.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 305 | 7/13/18 | $136.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 344693650 | 7/13/18 | $35.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3621302656 | 7/16/18 | $551.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3018603300 | 7/16/18 | $369.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3621302656 | 7/16/18 | -$73.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3621404583 | 8/7/18 | -$283.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3338004781 | 8/9/18 | -$17.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000715 | $4,980.06 | 8/31/18 | 3021904255 | 8/10/18 | -$22.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3546403593 | 6/11/18 | $15.20 |

Mid Continent Btlg. Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3546403592A | 6/11/18 | -$15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 9803112356 | 7/2/18 | $51.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3447803417 | 7/17/18 | $793.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 2596769 | 7/17/18 | $294.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3021703793 | 7/17/18 | $238.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3446002490 | 7/17/18 | $199.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3447803417 | 7/17/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3446002490 | 7/17/18 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3021703793 | 7/17/18 | -$21.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3576304081 | 7/18/18 | $711.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3444004565 | 7/18/18 | $159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3444004565 | 7/18/18 | $7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3021903754 | 7/19/18 | $1,206.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3018703687 | 7/19/18 | $326.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3338004344 | 7/19/18 | $202.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3021703857 | 7/20/18 | $272.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3618403995 | 7/20/18 | $166.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3021703857 | 7/20/18 | -$10.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3563602807 | 7/23/18 | $1,755.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3616904513 | 7/23/18 | $621.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3018603410 | 7/23/18 | $375.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3446002816 | 8/14/18 | -$3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3446002816 | 8/14/18 | -$28.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004183 | $7,347.02 | 9/7/18 | 3018704216 | 8/17/18 | -$18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3081604022 | 7/24/18 | $384.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3446903780 | 7/24/18 | $195.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3081604022 | 7/24/18 | $29.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3446903780 | 7/24/18 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3577103765 | 7/25/18 | $913.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3566600826 | 7/25/18 | $482.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3444004734 | 7/25/18 | $212.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3444004734 | 7/25/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3021903907 | 7/26/18 | $234.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3018703825 | 7/26/18 | $182.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3338004453 | 7/26/18 | $169.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3021903948 | 7/27/18 | $207.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3018603528 | 7/30/18 | $217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3616905187 | 8/21/18 | -$4.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3018704331 | 8/23/18 | -$25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3021904532 | 8/24/18 | -$113.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3618404686 | 8/24/18 | -$254.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007674 | $2,814.16 | 9/14/18 | 3018603987 | 8/27/18 | -$43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3081604170 | 7/31/18 | $240.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3447803663 | 7/31/18 | $159.09 |

Mid Continent Btlg. Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                   Exhibit A                                   P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3009204328 | 7/31/18 | $91.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3081604170 | 7/31/18 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3447803663 | 7/31/18 | $15.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3009204328 | 7/31/18 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3577103912 | 8/1/18 | $503.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3566600851 | 8/1/18 | $219.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3444004894 | 8/1/18 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3444004894 | 8/1/18 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3576104317 | 8/2/18 | $898.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3338004621 | 8/2/18 | $406.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3021904064 | 8/2/18 | $277.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3618404297 | 8/3/18 | $447.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3446904039 | 8/3/18 | $192.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3446904039 | 8/3/18 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3621404561 | 8/6/18 | $670.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011779 | $4,687.53 | 9/21/18 | 3018603653 | 8/6/18 | $376.44 |

Totals:    9 transfer(s),  $42,759.42