Defendant: **Midwest Can Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66426 | 5/31/18 | $1,770.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66297 | 5/31/18 | $1,177.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66427 | 5/31/18 | $781.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66425 | 6/4/18 | $2,670.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66600 | 6/7/18 | $3,537.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66602 | 6/7/18 | $1,080.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 66424 | 6/7/18 | $1,000.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | 8361AD070818BH7 | 7/6/18 | -$19.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | MA18188711870 | 7/7/18 | -$162.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982767 | $10,585.95 | 7/23/18 | MA18188711871 | 7/7/18 | -$1,250.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986156 | $5,141.94 | 7/30/18 | 66604 | 6/7/18 | $2,198.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986156 | $5,141.94 | 7/30/18 | 66603 | 6/7/18 | $2,187.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986156 | $5,141.94 | 7/30/18 | 8361AD071518BD6 | 7/13/18 | -$15.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986156 | $5,141.94 | 7/30/18 | CD3102848ED | 7/18/18 | $771.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66423 | 6/7/18 | $703.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66653 | 6/14/18 | $2,049.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66601 | 6/14/18 | $1,002.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66654 | 6/14/18 | $826.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66652 | 6/14/18 | $766.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66770 | 6/21/18 | $938.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 66651 | 6/21/18 | $895.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 7705050597 | 7/18/18 | -$9.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989594 | $7,095.17 | 8/8/18 | 8361AD072218BG7 | 7/20/18 | -$77.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 66773 | 6/21/18 | $1,562.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 66650 | 6/21/18 | $1,317.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 66775 | 6/21/18 | $852.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 66774 | 6/21/18 | $650.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 66771 | 6/28/18 | $9,646.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993183 | $13,911.20 | 8/15/18 | 8361AD072918BH5 | 7/27/18 | -$118.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997349 | $2,446.03 | 8/22/18 | 66899 | 6/28/18 | $3,572.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997349 | $2,446.03 | 8/22/18 | 66896 | 6/29/18 | $1,105.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997349 | $2,446.03 | 8/22/18 | 8361AD080518BL9 | 8/3/18 | -$91.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997349 | $2,446.03 | 8/22/18 | MA18216711870 | 8/4/18 | -$125.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997349 | $2,446.03 | 8/22/18 | MA18216711871 | 8/4/18 | -$2,015.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 66900 | 6/29/18 | $3,199.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 67022 | 7/6/18 | $1,567.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 67026 | 7/6/18 | $1,377.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 66897 | 7/6/18 | $1,056.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 66898 | 7/6/18 | $1,006.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 67025 | 7/6/18 | $656.83 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 67027 | 7/6/18 | $579.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 67024 | 7/12/18 | $823.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000719 | $10,244.05 | 8/31/18 | 8361AD081218BB7 | 8/10/18 | -$22.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | 67112 | 7/12/18 | $2,765.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | 67111 | 7/12/18 | $1,533.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | 67023 | 7/12/18 | $919.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | 67113 | 7/12/18 | $625.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | CD3103026ED | 8/17/18 | $165.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | 8361AD081918A34 | 8/17/18 | -$31.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004186 | $6,316.54 | 9/7/18 | CD3103039ED | 8/21/18 | $339.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 66772 | 6/29/18 | $1,393.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67204 | 7/19/18 | $6,920.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67109 | 7/19/18 | $2,577.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67190 | 7/19/18 | $2,171.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67110 | 7/19/18 | $1,071.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67191 | 7/19/18 | $704.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67187 | 7/19/18 | $649.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67192 | 7/19/18 | $522.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67188 | 7/26/18 | $8,456.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67189 | 7/26/18 | $1,294.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 67279 | 7/26/18 | $685.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007678 | $26,286.84 | 9/14/18 | 8361AD082618BO3 | 8/24/18 | -$160.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 67283 | 7/26/18 | $2,911.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 67280 | 7/26/18 | $2,261.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 67284 | 7/26/18 | $1,537.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 67205 | 7/27/18 | $21,344.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 67282 | 8/2/18 | $1,250.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | CD3103067ED | 8/30/18 | $144.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | 8361AD090218BJ4 | 8/31/18 | -$63.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | MA18244711870 | 9/1/18 | -$156.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011781 | $27,997.28 | 9/21/18 | MA18244711871 | 9/1/18 | -$1,231.99 |

Totals:    9 transfer(s),  $110,025.00