**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

## AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on April 2, 2020 a copy

of the *Order On Motion For An Order Establishing Streamlined Procedures Governing Adversary*

*Proceedings With Total In Controversy Less Than Or Equal To $500,000 Brought By The Debtors*

*Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* and *Order On Motion For*

*An Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total In*

*Controversy Greater Than $500,000 Brought By The Debtors Pursuant To Sections 502, 547, 548*

*And 550 Of The Bankruptcy Code* were caused to be served via first class mail to those parties

listed on the attached service list.

Dated: April 2, 2020                    ASK LLP

                                        By: */s/ Brigette G. McGrath*
                                        Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
                                        Brigette G. McGrath, Esq. NY SBN 4962379
                                        2600 Eagan Woods Drive, Suite 400
                                        St. Paul, MN  55121
                                        Telephone: 651-289-3845
                                        Fax: (651) 406-9676
                                        Email: bmcgrath@askllp.com

                                        -and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 1928 Watch Company dba 1928 Jewelry Company | 20-08209 |
| 24 Seven, LLC | 20-08210 |
| 4Imprint, Inc. | 20-08575 |
| A S Caribe Drywall Inc. | 20-08576 |
| AA Roofing Contractor Corp. | 20-08577 |
| AAD Garage Door Solutions Inc. | 20-08578 |
| Aaron S Floor Covering Inc. | 20-08579 |
| Abella's Heating & Air | 20-08855 |
| Ability Maintenance, Inc. | 20-08211 |
| Abraham Custom Creations, Inc. | 20-08580 |
| Absolute Heating & Airconditioning Inc. | 20-08856 |
| Accounting Principals, Inc. D/B/A Ajilon | 20-08581 |
| Aceves Roofing Services, Inc. | 20-08212 |
| Adesso-Madden, Inc. | 20-08213 |
| ADT LLC dba Protection One fdba Cam Connections, Inc. | 20-08252 |
| Advance Local Media LLC D/B/A Advance Ohio Media LLC | 20-08582 |
| Advance Publications, Inc. dba The Republican | 20-08215 |
| Advanced Air Conditioning, Inc. | 20-08583 |
| Advanced Building Controls, Inc. | 20-08584 |
| Advanced Surfaces, Inc. | 20-08217 |
| Affinity Kitchen Design Group, Inc. | 20-08218 |
| Affordable Granite Concepts Inc. | 20-08857 |
| Air Experts Inc. | 20-08585 |
| Air Master Awning LLC | 20-08220 |
| Air Pro Heating & Cooling | 20-08858 |
| Air Specialities of OK LLC | 20-08586 |
| Aire Pure Inc. | 20-08587 |
| AK Studio, LLC | 20-08588 |
| Alban Gaba Inc | 20-08226 |
| All Interiors, Inc. | 20-08227 |
| All Market Media, Inc. dba Money Mailer of San Diego | 20-08427 |
| Allway Tools, Inc. | 20-08589 |
| Altaba Inc. fdba Yahoo! Inc. | 20-08228 |
| Amazon Advertising LLC fdba Amazon Media Group LLC | 20-08230 |
| American Door And Dock Inc. | 20-08859 |

| | |
|---|---|
| American Health Kennels, Inc. | 20-08590 |
| American Oak Preserving Company, Inc. | 20-08232 |
| American Telecast Products, LLC | 20-08234 |
| American Textile Company, Inc. | 20-08235 |
| Anda, Inc. | 20-08237 |
| Andrew Campanella | 20-08591 |
| Angie's List, Inc. | 20-08239 |
| Appliance And Refrigeration Services Inc. | 20-08860 |
| Appliance Installations by Special D, LLC | 20-08241 |
| Appliance Parts Imports Inc. | 20-08592 |
| Applied Staffing Solutions, LLC | 20-08593 |
| APR Supply Co. | 20-08594 |
| Archon Energy Solutions | 20-08861 |
| Archway Incorporated | 20-08242 |
| Artic Glacier U.S.A., Inc. | 20-08243 |
| ASG Technologies Group fdba Allen Systems Group, Inc. | 20-08244 |
| ASPAC Distributors Inc. | 20-08595 |
| Aspen Marketing Services, LLC | 20-08246 |
| ASW, LLC dba American Sportworks | 20-08248 |
| B & M Seasonal Services LLC | 20-08596 |
| B L Intimate Apparel Canada Inc | 20-08249 |
| B. Fernandez & Hnos., Inc. | 20-08251 |
| Bacon-Universal Company, Inc. | 20-08253 |
| Baggs Landscaping & Maintenance Inc. | 20-08597 |
| Bankers Warranty Group D/B/A Centricity | 20-08598 |
| Bay Custom Countertops Inc. | 20-08255 |
| BBT Logistics, Inc. | 20-08257 |
| BCI Acrylic, Inc. fdba BCI Acrylic Bath Systems, Inc. | 20-08258 |
| Beaux Merzon, Inc. | 20-08261 |
| Beeline Settlement Company LLC | 20-08263 |
| Beiersdorf, Inc. | 20-08265 |
| Bella Stones, Inc. | 20-08599 |
| Bellows International Ltd | 20-08266 |
| Benitez Hermanos, Inc. | 20-08268 |
| Benoit Construction Group LLC | 20-08600 |
| Bertch Cabinet Mfg., Inc. | 20-08208 |
| BFG Supply Co., LLC. | 20-08269 |
| Bienes Construction LLC | 20-08601 |
| Bill Nourse | 20-08602 |

| | |
|---|---|
| Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc. | 20-08270 |
| Biofilm, Inc. | 20-08271 |
| Birmingham Industrial Enterprises LLC | 20-08946 |
| Blue Wheel Media LLC | 20-08272 |
| Bon-Aire Industries, Inc. | 20-08273 |
| BP Lubricants USA Inc. | 20-08274 |
| Brandy Nicole Oberpriller | 20-08603 |
| Brendan Goldman, Inc. dba Corporate Resources Inc | 20-08276 |
| Brightedge Technologies Inc. | 20-08604 |
| Briscoe Air & Heating LLC | 20-08605 |
| Brooks Beverages Management Company | 20-08606 |
| Brown Management Group, Inc. D/B/A BMG Model And Talent | 20-08607 |
| Bryan C Zuck | 20-08608 |
| BT Granite Run LP | 20-08609 |
| Build4You LLC | 20-08610 |
| Bulova Watch Company, Inc. fdba Bulova Corporation | 20-08279 |
| Bush Roofing Inc. | 20-08611 |
| C & C Sage, Inc | 20-08283 |
| C & D Contracting, LLC | 20-08284 |
| C & M Landscape & Design Inc. | 20-08612 |
| C.H. Robinson Worldwide, Inc. | 20-08286 |
| California Heating and Cooling Inc. | 20-08613 |
| Cam Lincoln LLC | 20-08614 |
| Capgemini America, Inc. | 20-08288 |
| Capital Building Services Group, Inc. | 20-08290 |
| CareerBuilder, LLC | 20-08292 |
| Carlos Hernandez | 20-08615 |
| Carmelo's Custom Marble & Tile Inc. | 20-08862 |
| Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service | 20-08863 |
| Cascade Flooring Pros, Inc. | 20-08616 |
| Castle Alliance, Inc. | 20-08293 |
| Catalyst Career Group, LLC | 20-08294 |
| Caveys Garage Systems Inc. | 20-08617 |
| Central Arizona Supply, Inc. | 20-08864 |
| Central Mills, Inc. | 20-08296 |
| Century Frozen Foods, LLC | 20-08618 |
| Cfm Equipment Distributors, Inc. | 20-08619 |

| | |
|---|---|
| ChannelAdvisor Corporation | 20-08298 |
| Chevez HVAC Inc. | 20-08620 |
| Chicago Aerosol, LLC dba Elco Laboratories | 20-08301 |
| Chicago Beverage Systems, LLC | 20-08621 |
| Chivino Surfaces LLC | 20-08622 |
| Christian Mello | 20-08623 |
| Christian Wilfredo Soto Elias | 20-08624 |
| Christopher Brabham | 20-08625 |
| Christopher Volny | 20-08626 |
| Church & Dwight Co. Inc. | 20-08302 |
| CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. | 20-08304 |
| Citizen Watch Company of America, Inc. | 20-08307 |
| Clackamas Heating & Cooling LLC | 20-08627 |
| Clean A Way LLC | 20-08628 |
| Clearwater Paper Corporation | 20-08311 |
| ClickSoftware, Inc. | 20-08312 |
| C-Life Group Ltd. | 20-08313 |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | 20-08943 |
| Coast To Coast Computer Products, Inc. | 20-08865 |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | 20-08629 |
| Coastal Staffing Service, Inc. | 20-08315 |
| Coco Jos | 20-08630 |
| Colin Etienne | 20-08631 |
| College Concepts, LLC | 20-08316 |
| Concept Windows Siding & Roofing LLC | 20-08632 |
| Connexity, Inc. | 20-08320 |
| Conopco, Inc. | 20-08321 |
| Consumers Unified LLC D/B/A Consumeraffairs.com | 20-08633 |
| Container Systems, Inc. | 20-08634 |
| Copley Ohio Newspapers, Inc. | 20-08322 |
| Coral Way Associates Ltd. | 20-08635 |
| Coral-Cs / Ltd. Associates | 20-08866 |
| Corley Construction, Inc. D/B/A Corley Heating & Air | 20-08867 |
| Counter - vation Inc. | 20-08324 |
| Counter Impressions, LLC | 20-08326 |
| Countertops Unlimited Of Texas, Inc. | 20-08636 |

| | |
|---|---|
| Countrywide Pipe Restoration, LLC | 20-08327 |
| County Restaurant Supply | 20-08329 |
| Cox Media Group, LLC dba Cox Newspapers | 20-08331 |
| Crayola LLC | 20-08332 |
| Curran Renovations LLC | 20-08637 |
| Custom Air Services, Inc. | 20-08336 |
| CW Joint Venture LLC | 20-08638 |
| Cynergy Trading Corp. | 20-08337 |
| D & A Contracting | 20-08868 |
| Dallas Independent School District | 20-08340 |
| Dan Post Boot Company | 20-08639 |
| Daniel J. Edelman, Inc. dba Edelman Digital | 20-08345 |
| Danken Building Materials Distribution, Inc. | 20-08348 |
| Dariusz Borkowski | 20-08640 |
| Dart Container Corporation | 20-08349 |
| DataSpan Holdings, Inc. | 20-08350 |
| Dave Mancia | 20-08641 |
| David L Marble | 20-08642 |
| Declue Construction LLC | 20-08643 |
| Deel and Carter Heat and Air "LLC" | 20-08351 |
| Defined Countertops Inc. | 20-08644 |
| Delta Packaging Inc. | 20-08645 |
| Dem Holdings, Inc. | 20-08352 |
| Dennemeyer & Co. LLC | 20-08646 |
| Dentalcare Partners Inc. | 20-08647 |
| Detroit Newspaper Partnership, L.P. fdba Detroit Newspaper Agency | 20-08353 |
| DGS Heartland Woodcraft LLC | 20-08869 |
| Dice Career Solutions, Inc. | 20-08648 |
| Dickinson Wright PLLC | 20-08354 |
| Dimar USA, Inc. fdba DCT (Special Projects) Inc. | 20-08355 |
| Discover Marble and Granite Inc. | 20-08649 |
| DisMart LLC | 20-08214 |
| Distribution Integrated Services, LLC | 20-08216 |
| Donerightsidingandwindows Inc. | 20-08870 |
| DS Services of America, Inc. dba Standard Coffee Service | 20-08207 |
| Dukers Appliance Co., USA Ltd | 20-08650 |
| Dunn Carney Allen Higgins & Tongue LLP | 20-08871 |
| Duracell Distributing LLC | 20-08219 |

| | |
|---|---|
| Dxd Investments, LLC | 20-08651 |
| Dylan Parish | 20-08652 |
| E&E Co. Ltd. | 20-08223 |
| E.T. Browne Drug Co., Inc. | 20-08224 |
| Earthgrains Baking Companies, LLC | 20-08229 |
| East-Gate Electric | 20-08872 |
| Echo Bridge Acquisition Corp. LLC | 20-08231 |
| ECM Publishers, Inc. | 20-08233 |
| ECS Tunning, LLC | 20-08236 |
| Edealszone, Inc. | 20-08238 |
| Edgewell Personal Care Puerto Rico, Inc. | 20-08245 |
| Edwin Samayoa | 20-08653 |
| Eforcity Corporation | 20-08654 |
| Elite Enterprises Inc. | 20-08655 |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | 20-08656 |
| EMAC Construction LLC | 20-08657 |
| Empire Countertops, LLC | 20-08658 |
| EmployBridge, LLC dba Select Staffing | 20-08247 |
| Employment Solutions, Inc. | 20-08250 |
| Enchante Accessories Inc. | 20-08254 |
| Endeavor Tool Company LLC | 20-08659 |
| Endless Games, Incorporated | 20-08256 |
| Energizer Holdings, Inc. dba Armored AutoGroup Inc. | 20-08259 |
| Energy Solution Group | 20-08873 |
| Entercom Communications Corp. | 20-08262 |
| Environmental Waste Services LLC | 20-08660 |
| EOS Products LLC | 20-08661 |
| Epsilon Data Management, LLC | 20-08264 |
| Equifax Information Services LLC | 20-08267 |
| Evergreen USA LLC | 20-08662 |
| Exist, Inc. | 20-08278 |
| EZ Maintenance Services, LLC | 20-08280 |
| Facility Products and Services LLC | 20-08663 |
| Factory Outlet Store II LLC dba FactoryOutletStore.com | 20-08281 |
| Fanatics Licensed Sports Group, LLC fdba VF Licensed Sports Group LLC | 20-08282 |
| Fast Forward, LLC | 20-08285 |
| FCR Roofing & Construction, LLC | 20-08664 |

| | |
|---|---|
| Field Manufacturing Corporation | 20-08289 |
| Fila U.S.A., Inc. | 20-08291 |
| Financial-Information-Technologies, LLC dba Fintech | 20-08295 |
| Fingerprint Communications, LLC | 20-08665 |
| Fisher Unitech, LLC | 20-08297 |
| Florida Atlantic Air Conditioning and Repair Corp. | 20-08666 |
| Florida Roof, LLC | 20-08667 |
| FLP, LLC fdba Frontline Products Inc. | 20-08300 |
| Footwear Specialties International, L.L.C. | 20-08305 |
| Foundation Consumer Healthcare LLC | 20-08668 |
| Franke Kitchen Systems, LLC | 20-08306 |
| Front Range Electric Inc. | 20-08669 |
| G & J Pepsi-Cola Bottlers, Inc. | 20-08309 |
| G & M Appliance Supply Inc. | 20-08672 |
| Gannett Co. Inc. D/B/A Commercial Appeal | 20-08670 |
| Garcia Family Enterprises, LLC | 20-08310 |
| GateHouse Media, LLC dba Watertown Public Opinion | 20-08323 |
| Gensco, Inc. | 20-08328 |
| Georgia Subsequent Injury Trust Fund | 20-08673 |
| Gerali Custom Design, Inc. | 20-08330 |
| Gerardo Almaguer | 20-08674 |
| Gerber Childrenswear LLC | 20-08333 |
| Ghirardelli Chocolate Company | 20-08335 |
| Gildan Branded Apparel SRL LLC | 20-08338 |
| Gipson Heating and Cooling Inc. | 20-08675 |
| Giraldo Quintana | 20-08676 |
| GK Preferred Income II (Ridgmar) SPE, LLC | 20-08342 |
| Glamour Corporation | 20-08344 |
| GMA CGM (America) LLC | 20-08346 |
| GMG HVAC Inc. | 20-08677 |
| Goodtimes Brand Inc. | 20-08347 |
| Gordon Sinift | 20-08678 |
| Goscha Enterprises, L.L.C. D/B/A GE Goscha | 20-08874 |
| GR Electrical Services, Inc. | 20-08356 |
| Granite America Ohio LLC | 20-08679 |
| Graypoint Construction Inc. | 20-08680 |
| Greenhill Inc. dba American Bakery | 20-08357 |
| Greg Watkins | 20-08681 |
| GTT Communications, Inc. | 20-08359 |

| | |
|---|---|
| Guahan Waste Control Inc. dba Mr. Rubbishmann | 20-08360 |
| Gulf Coast Building Products, Inc. | 20-08361 |
| H T R Mechanical LLC | 20-08682 |
| H. Best, Ltd. | 20-08362 |
| Habegger-Meyers HVAC Distribution, Inc. | 20-08363 |
| Hairstylists Management Systems, Inc. | 20-08683 |
| Halifax Media Group, LLC | 20-08364 |
| Hana Financial, Inc. | 20-08684 |
| Harmony Homes, Inc. | 20-08365 |
| Havas Formula, LLC | 20-08366 |
| Havas Media Group USA LLC | 20-08367 |
| Hearthmark, LLC dba Jarden Home Brands | 20-08368 |
| Heaven S Breeze A C & Heating LLC | 20-08685 |
| Heely-Brown Company | 20-08686 |
| Helen Andrews, Inc. | 20-08369 |
| Herbert Meyer | 20-08687 |
| Hoffmaster Group, Inc. | 20-08370 |
| Holsum De Puerto Rico, Inc. | 20-08371 |
| Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks | 20-08372 |
| Home Improvements By Duane And Adam LLC D/B/A Home Improvements By Duane | 20-08875 |
| Home Products International - North America, Inc. | 20-08373 |
| HomeCare Labs, Inc. | 20-08374 |
| HOS II, L.L.C. | 20-08375 |
| Houston Chronicle | 20-08376 |
| Howen Enterprise | 20-08876 |
| Huguenot Laboratories, Inc. | 20-08377 |
| Hunters Ridge of Ocala Ltd. | 20-08688 |
| HVAC Repairs LLC | 20-08689 |
| Hy Ko Products Company | 20-08690 |
| Hye Class Carpet Contractor | 20-08877 |
| Ibertile Ceramic | 20-08878 |
| Ibrahim Khwaja | 20-08879 |
| Ideal Floorcovering LLC | 20-08691 |
| Ideal Marble, Inc. | 20-08692 |
| Ikeddi Imports LLC | 20-08378 |
| Importique Corp. | 20-08379 |
| Indeed, Inc. | 20-08380 |

| | |
|---|---|
| Infinite Peripherals, Inc. | 20-08693 |
| Infinitude Creative Group, LLC | 20-08694 |
| Infoblox Inc. | 20-08381 |
| Installation Corp. & Construction LLC | 20-08695 |
| Integrated Merchandising Solutions LLC fdba Integrated Merchandising Systems LLC | 20-08382 |
| Intelex Technologies Inc. | 20-08696 |
| Interactive Communications International, Inc. | 20-08697 |
| International Paper Company | 20-08383 |
| Intralinks, Inc. | 20-08384 |
| Iolani Sportswear Limited | 20-08698 |
| iPROMOTEu.com, Inc. | 20-08385 |
| IQ Accessories Inc. | 20-08699 |
| Irish Downs, Inc. | 20-08700 |
| Iron City Construction LLC | 20-08701 |
| Ischolar, Inc. | 20-08386 |
| Isidro Ramirez | 20-08702 |
| J & L Installs, LLC | 20-08387 |
| J Cee Air Conditioning and Heating LLC | 20-08703 |
| J.K. Marketing Corporation of Illinois fdba J.K. Marketing Corp. | 20-08388 |
| Jack Ochodnicky Electric LLC | 20-08704 |
| James W. Penn | 20-08880 |
| James Youngs | 20-08705 |
| Jane Y Li O.D. | 20-08706 |
| Jason McBride | 20-08707 |
| Javier Hernandez | 20-08708 |
| Jay Blass | 20-08881 |
| Jay Franco & Sons Incorporated | 20-08389 |
| JC Heating & Air Conditioning LLC | 20-08710 |
| Jeffrey Allen Oliphant dba All American Tree & Lawn | 20-08390 |
| Jemmys HVAC Corp. | 20-08709 |
| Jenkins R W Heating | 20-08882 |
| Jimmy Q Vu O.D. | 20-08883 |
| Johnson & Johnson Consumer Inc. | 20-08391 |
| Jorge Hosegera | 20-08884 |
| Jose Rivera Mandes Ingenieria, P.S.C. D/B/A Ing Jose Rivera Mandes | 20-08885 |
| JPHowell and Associates Inc. | 20-08711 |

| | |
|---|---|
| JRF Properties, LLC | 20-08712 |
| Juan Manuel Estrada | 20-08713 |
| Juan Olivas | 20-08714 |
| Kalil Bottling Co. | 20-08715 |
| Kamp-Rite Tent Cot Inc. | 20-08392 |
| Kandy Koehn Reddoch | 20-08716 |
| Kazoo, Inc. | 20-08717 |
| KB Air & Heating, LLC | 20-08718 |
| KC Pharmaceuticals, Inc. | 20-08393 |
| Kellogg Sales Company | 20-08394 |
| Kendall Q Carter Contracting LLC | 20-08719 |
| Kent International Inc. | 20-08396 |
| Khanh Cong Pham | 20-08720 |
| Kings Construction | 20-08886 |
| KMR Print, Inc. | 20-08397 |
| Knickerbocker Bed Company | 20-08572 |
| Koa USA, Inc. dba Koa Brands Company | 20-08398 |
| Kofax, Inc. | 20-08399 |
| KS Design Remodeling Inc. | 20-08721 |
| KS Heating and Air Conditioning, Inc. | 20-08722 |
| Kung Chae | 20-08723 |
| KW Home Improvement Ltd. | 20-08724 |
| KX Technologies LLC | 20-08400 |
| Larry Methvin Installation Inc. | 20-08725 |
| Lavish Clothing, Inc. | 20-08401 |
| Lawrence Williams | 20-08726 |
| Leader Electrical Contractors Inc. D/B/A Leader Electrical | 20-08887 |
| Ledvance LLC | 20-08573 |
| Legare Investments, Inc. | 20-08574 |
| Leick Furniture, Inc. | 20-08727 |
| Leif J. Ostberg, Inc. | 20-08402 |
| Lester Schoenherr | 20-08728 |
| Liberty Coca-Cola Beverages LLC | 20-08404 |
| Lift Trucks & Parts, Inc. | 20-08888 |
| LiquidPlanner, Inc. | 20-08405 |
| Lithographix, Inc. | 20-08406 |
| Liviu Irimia | 20-08729 |
| Loomis Armored US, LLC | 20-08407 |

| | |
|---|---|
| Los Angeles Times Communications LLC dba Los Angeles Times | 20-08408 |
| Luce, Schwab & Kase, Incorporated | 20-08409 |
| Luis Miguel Ibarra 1618 | 20-08889 |
| Luv N' Care International, Inc. fdba Luv N' Care, Inc. | 20-08410 |
| Luxe Media Group LLC | 20-08730 |
| M.Z. Berger & Co. Inc. | 20-08411 |
| Mackey Investments Sears, LLC | 20-08731 |
| Magic Air Heating, Air Conditioning & Refrigeration Of WVa LLC D/B/A Magic Air | 20-08890 |
| Maintain It Roof Systems | 20-08891 |
| Majdi Benachour | 20-08732 |
| Mann + Hummell Purolator Filters LLC | 20-08733 |
| Mardan Services Group Corp. | 20-08734 |
| Mars Petcare US Inc. | 20-08413 |
| Marvic Corp. | 20-08414 |
| Mcdermott Top Shop LLC | 20-08735 |
| McLane Manufacturing, Inc. | 20-08415 |
| Mdm Garage Doors, LLC | 20-08736 |
| Mead Johnson Nutrition (Puerto Rico), Inc. | 20-08416 |
| Mechanical Design & Service LC | 20-08417 |
| Mechanics Time Savers, Inc. | 20-08418 |
| Meier Supply Company, Inc. | 20-08420 |
| Melissa & Doug, LLC | 20-08421 |
| Melitta Inc. | 20-08737 |
| Melo Construction NW LLC | 20-08422 |
| Michael's Flooring Service LLC | 20-08944 |
| Michael's Greenhouses, Inc. | 20-08423 |
| Micheal A. Simmonds, Co. | 20-08892 |
| Michelin Star, Inc. | 20-08424 |
| Mike Hunger | 20-08893 |
| Mile High Home Maintenance Inc. | 20-08738 |
| Milk Industry Management Corporation dba Balford Farms | 20-08425 |
| Mitchell Okerlund | 20-08739 |
| ML Installers NY, Inc. | 20-08740 |
| MMC Mechanical Contractors, Inc. | 20-08741 |
| Mogi Branding LLC | 20-08742 |
| Mondelez Global LLC | 20-08426 |

| | |
|---|---|
| Moore Granite & Tile LLC D/B/A Crowne Kitchen And Bath | 20-08894 |
| Morales Distributors Inc. | 20-08428 |
| Morgan John Spake dba A Good Company aka AGC | 20-08429 |
| Morrow Meadows Corp. | 20-08743 |
| Moses A C | 20-08895 |
| MR2D Global Trading, LLC | 20-08430 |
| Munch's Supply Co. | 20-08432 |
| NAPC, Inc. | 20-08744 |
| Nationwide Lift Trucks Inc. | 20-08745 |
| Nature's Mark LLC | 20-08746 |
| Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling | 20-08896 |
| NCR Corporation | 20-08433 |
| Neil Kravitz Group Sales, Inc. | 20-08747 |
| Neographics, Corp. | 20-08434 |
| Netmining LLC | 20-08435 |
| Neuco, Inc. | 20-08436 |
| New Horizons Computer Learning Centers, Inc. | 20-08897 |
| NewAge Products Inc. | 20-08437 |
| Neway International Inc. | 20-08748 |
| Newman Services, Inc. | 20-08438 |
| Niagara Bottling, LLC | 20-08439 |
| Nikole S De Bole | 20-08749 |
| Nilima Online Services Inc. | 20-08898 |
| Nir Roof Care, Inc. | 20-08440 |
| Noma Enterprises LLC | 20-08750 |
| Nora Figueroa - Ceron | 20-08899 |
| Norcell, Inc. | 20-08441 |
| Northern Bottling Co. | 20-08442 |
| Northwest Pallet Services, LLC | 20-08443 |
| Northwest Permit Inc. | 20-08751 |
| Northwest Remodel Guys, LLC | 20-08752 |
| Nu Vision Contracting Services, LLC | 20-08753 |
| Nuwave Heating & Cooling, Inc. | 20-08900 |
| NYL Holdings, LLC | 20-08754 |
| Oeffinger Crone Heating & Cooling Inc. D/B/A Oeffinger And Crone | 20-08901 |
| Office Depot, Inc. | 20-08444 |

| | |
|---|---|
| One Planet OPS Inc. | 20-08755 |
| Onix Networking Corp. | 20-08445 |
| Openers Plus Inc. | 20-08756 |
| Orban's Nursery, Inc. | 20-08757 |
| Original Gourmet Food Company, LLC | 20-08446 |
| Outsell Consulting, Inc. | 20-08758 |
| Owen W. Brunk | 20-08759 |
| Pagacat Inc. dba Wondershopping | 20-08447 |
| Pahoua Vue O D | 20-08902 |
| Pallet Consultants Corp. | 20-08448 |
| Parfums de Coeur, Ltd. | 20-08449 |
| Partney Heating and Cooling LLC | 20-08760 |
| Pathfinder, Inc. dba PSS Pathfinders Inc. | 20-08450 |
| Paul Carte | 20-08761 |
| Pavel Villagomez | 20-08762 |
| Payless Construction, Inc. | 20-08763 |
| Peirce-Phelps LLC | 20-08451 |
| Pennsylvania Joint Board dba Pennsylvania Joint Board Workers United | 20-08452 |
| Penny Power, Ltd. | 20-08453 |
| PeopleReady, Inc. fdba Labor Ready Midwest Inc. | 20-08455 |
| Perio, Inc. | 20-08764 |
| Permission Data, LLC dba AdQuire Media | 20-08456 |
| Perry Kessler | 20-08903 |
| Peterson Technology Partners, Inc. | 20-08457 |
| Pfizer Inc. fdba Wyeth Consumer Healthcare | 20-08458 |
| Philco Installation LLC | 20-08904 |
| Phillip J. Dewhurst | 20-08765 |
| Pierson Tops | 20-08905 |
| PINNACLE Express, Inc. | 20-08460 |
| Plaza Provision Company (Puerto Rico) | 20-08461 |
| Plum Group, LLC | 20-08766 |
| PR Newswire Association LLC fdba PR Newswire, Inc. | 20-08463 |
| Prairie Mountain Publishing Company LLP dba Praire Mountain Media | 20-08464 |
| Precision Air Comfort LLC | 20-08767 |
| Pressman Toy Corporation | 20-08465 |
| Pro Cabinets And Refacing LLC | 20-08906 |
| Project Resource Solutions, LLC | 20-08907 |

| | |
|---|---|
| PROTECH Delivery & Assembly | 20-08466 |
| PTS Consulting Services LLC dba ProcureTechStaff | 20-08462 |
| Puerto Rico Supplies Group Inc. | 20-08467 |
| PVH Corp. dba Warner's | 20-08468 |
| Quality Handyman | 20-08908 |
| Quality HVAC Systems LLC | 20-08945 |
| Quality Mechanical Professionals Inc. | 20-08768 |
| Quality Roofing And Services Inc. | 20-08769 |
| Quest Products, LLC fdba Quest Products, Inc. | 20-08469 |
| QuinStreet, Inc. | 20-08470 |
| R & W Leasing Inc. | 20-08770 |
| R.C. Temperature Control Heating & Air Conditioning D/B/A R.C. Temperature Control | 20-08909 |
| Rainbow Cotton Candy LLC | 20-08771 |
| Raman K. Patel dba Aviram Properties LLC | 20-08471 |
| Rasmussen Exteriors | 20-08910 |
| Rawlings Sporting Goods Company, Inc. | 20-08473 |
| Red Ventures, LLC | 20-08911 |
| Reddy Ice LLC | 20-08474 |
| Redguard LLC | 20-08772 |
| Reebok U.S.A. Limited, Inc. | 20-08475 |
| Reed Group Management LLC | 20-08476 |
| Refresco Beverages US Inc. fdba Cott Beverages USA Inc. | 20-08477 |
| Regal Home Collections Inc. | 20-08478 |
| Renfro Corporation | 20-08479 |
| Republic National Distributor Co. LLC | 20-08773 |
| Resilion, LLC | 20-08480 |
| Revimedia, Inc. | 20-08850 |
| Revise Clothing Inc. | 20-08481 |
| Revlon (Puerto Rico) Inc. | 20-08482 |
| Revlon Consumer Products Corporation | 20-08483 |
| Reynolds Consumer Products LLC fdba Reynolds Consumer Products Inc. | 20-08484 |
| Reynolds Presto Products Inc. | 20-08485 |
| RGIS, LLC fdba RGIS Inventory  Specialists, LLC | 20-08486 |
| Rich Knapp LLC | 20-08774 |
| Richline Group, Inc. | 20-08487 |
| Ricola Inc. | 20-08775 |

| | |
|---|---|
| Ringgold Growers | 20-08912 |
| Roanld P. Sorce, A.I.A., Architects, P.C. dba Sorce Architecture, P.C., a Professional Corporation | 20-08488 |
| Robert Murowsky | 20-08776 |
| Robin Apple LLC | 20-08777 |
| Robyn L. Dragoo | 20-08778 |
| Rock Content dba ScribbleLive fdba I-On Interactive Inc. | 20-08490 |
| Rockstep Capital Opportunity Fund I LLC | 20-08913 |
| Rockstep Janesville LLC | 20-08779 |
| Rockstep Meridian LLC | 20-08914 |
| Roger D. Mckinley Jr | 20-08780 |
| Roofconnect | 20-08915 |
| S&P Global Inc. dba S&P Global Ratings | 20-08492 |
| Sam Mechanical Inc. | 20-08781 |
| Sandhills Comm Lawn Services Inc. | 20-08782 |
| Sandu Inc. | 20-08495 |
| Sasha Handbags, Inc. | 20-08496 |
| Scents of Worth, Inc. | 20-08497 |
| Schneider & Onofry, P.C. | 20-08783 |
| Schumacher Electric Corporation | 20-08498 |
| Scott Allen Walsh | 20-08784 |
| Securosis LLC | 20-08851 |
| SEKO Enterprises, LLC fdba SEKO Worldwide | 20-08499 |
| Select Systems Technology, Inc. | 20-08785 |
| Sennco Solutions, Inc. | 20-08786 |
| Serrano Heating And Air, LLC | 20-08916 |
| ServiceBench, LLC | 20-08500 |
| Shannon Heights Heating Inc. | 20-08787 |
| Shanti Corporation dba Vijay Gold Designs USA | 20-08501 |
| Shareasale.com Inc. | 20-08788 |
| Shaw Industries, Inc. | 20-08503 |
| Shelia Hudman | 20-08789 |
| Sherie Marsh | 20-08790 |
| Sherman Square | 20-08917 |
| ShopChimney.com, Inc. | 20-08504 |
| Shoreline Const LLC | 20-08791 |
| Sid Harvey Industries, Inc. | 20-08505 |
| Sierra Select Distributors, Inc. | 20-08506 |
| Sign & Lighting Services LLC | 20-08792 |

| | |
|---|---|
| Sith Ma | 20-08918 |
| Sixto De Pena | 20-08919 |
| SJC Resources, Inc. | 20-08793 |
| SJK Development, Inc. | 20-08507 |
| Smart AC Services LLC | 20-08794 |
| Smart Direct LLC | 20-08795 |
| Smart Surplus Inc. | 20-08796 |
| Software One, Inc. | 20-08797 |
| Soho Corporation | 20-08508 |
| Solid Choice Inc. | 20-08920 |
| Soteer Limited | 20-08798 |
| South Central GWB Co., Inc. | 20-08509 |
| South Mountain Air Conditioning & Heating, Inc. | 20-08922 |
| Southern Exchange, L.P. | 20-08510 |
| Southern Refrigeration Corporation | 20-08511 |
| Southwest Kitchen & Bath | 20-08923 |
| Southwest Material Handling, Inc. | 20-08512 |
| Speer Mechanical | 20-08924 |
| Spencers Air Conditioning & Appl. Inc. | 20-08799 |
| Sphere Consulting, Inc. | 20-08513 |
| Sprayco | 20-08925 |
| Springs Window Fashions, LLC | 20-08514 |
| SRS Distribution Inc. dba Bill Wahl Supply | 20-08515 |
| Star Roofing Corp. | 20-08800 |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | 20-08926 |
| Steamboat Pilot | 20-08927 |
| Steiner Construction Inc. | 20-08801 |
| Stephen D. Kwan | 20-08802 |
| Steven Vardi, Inc. | 20-08516 |
| Stone & Beyond, Inc. | 20-08517 |
| Stone Edge Countertops, LLC | 20-08803 |
| Stone Interiors New Orleans LLC | 20-08804 |
| Stoner Inc. | 20-08805 |
| Storm General Builders Inc. | 20-08806 |
| Stuck's Heating And Cooling | 20-08928 |
| Suiza Dairy Corporation | 20-08518 |
| Sumskie Bro Construction Corp. | 20-08807 |
| Sun Coast Media Group, Inc. | 20-08808 |

| | |
|---|---|
| Sun Community News | 20-08929 |
| Sun Image Distributors, Inc. | 20-08519 |
| Sunbeam Products, Inc. dba Jarden Consumer Solutions | 20-08520 |
| Sung Taek Kim | 20-08809 |
| Sunny 84, LLC fdba Ora Interactive, LLC | 20-08521 |
| Sunny Days Entertainment LLC | 20-08810 |
| Sunshine Landscaping Maintenance, LLC | 20-08811 |
| Sunvalley Mechanical LLC | 20-08812 |
| Superior Granite, Inc. | 20-08813 |
| Superior Lawnmower Center Inc. | 20-08814 |
| Swim 'N' Play, Inc. | 20-08523 |
| Swon Exterior Solutions Inc. | 20-08815 |
| T Lex, Inc. | 20-08816 |
| Taylor Installation Service, LLC D/B/A Taylor Installations | 20-08930 |
| Tecumseh Heating And Air | 20-08931 |
| Teczia It Services LLC | 20-08817 |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | 20-08932 |
| Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air | 20-08933 |
| Temperature Equipment Corporation | 20-08525 |
| Tempur-Pedic North America, LLC | 20-08526 |
| Tenmark Industrial LLC | 20-08818 |
| Texas Community Media LLC dba Longview News-Journal | 20-08527 |
| Textiles From Europe, Inc. | 20-08528 |
| Thao-Thanh Pham O.D., Inc. | 20-08819 |
| The Best Deals For You LLC | 20-08820 |
| The Brandt Companies, LLC | 20-08529 |
| The Climatic Corporation dba EHP Direct South | 20-08530 |
| The Counter-Fitters Incorporated | 20-08531 |
| The Countertop Company, Inc. | 20-08821 |
| The Daily Interlake D/B/A Daily Intake | 20-08934 |
| The McClatchy Company D/B/A The Charlotte Observer | 20-08671 |
| The Mibro Group, L.C. | 20-08935 |
| The ServiceMaster Company, LLC dba ServiceMaster Clean | 20-08533 |
| The Waldinger Corporation | 20-08534 |
| Thief River Falls Times, Inc. | 20-08936 |
| Thomas Gilligan | 20-08822 |

| | |
|---|---|
| Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc | 20-08535 |
| TMC Marketing, Inc. dba FixMyToys | 20-08536 |
| Tom C. Construction, Inc. | 20-08823 |
| Tommie L. Talmadge | 20-08824 |
| Tracy Bell | 20-08825 |
| Trane U.S. Inc. | 20-08539 |
| Travel Concepts, Inc. | 20-08540 |
| TRC Environmental Corporation | 20-08541 |
| Tri Sales Marketing LLC | 20-08826 |
| Trib Real Estate Company, LLC fdba Tribune Review Publishing Company | 20-08543 |
| Trimark ERF Inc. | 20-08827 |
| Tyree-Little's Heating & Cooling, LLC | 20-08828 |
| U.S. Nonwovens Corp. | 20-08544 |
| Unique Air Conditioning Inc. | 20-08829 |
| Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc. | 20-08545 |
| Unique Sports Products Inc. | 20-08546 |
| United Building Contractors LLC | 20-08830 |
| Up North Trucking Inc. | 20-08831 |
| Upstart Group, LLC | 20-08832 |
| URS Corporation | 20-08548 |
| US Air Comfort A/K/A. Union Express, Inc. | 20-08937 |
| Valassis Direct Mail, Inc. | 20-08549 |
| Valley Fabricators, LLC | 20-08550 |
| Valpak Direct Marketing Systems, Inc. | 20-08551 |
| Valvoline LLC | 20-08552 |
| Ventura TV Video Appliance Center Inc. | 20-08833 |
| VF Jeanswear Limited Partnership | 20-08553 |
| Viacheslav Kutsar | 20-08834 |
| Vincent Alfaro | 20-08835 |
| Viniteck International Inc. | 20-08836 |
| Vinson Advertising | 20-08938 |
| VIP III, L.L.C. | 20-08554 |
| Vision Construction & Developers, LLC | 20-08837 |
| Visual Land Inc. | 20-08838 |
| W J O Neil Chicago LLC | 20-08839 |
| W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W.W. Gay Mechanical Contractor Of GA | 20-08939 |

| | |
|---|---|
| Wally Florring LLC | 20-08841 |
| Welcome Industrial Corporation | 20-08840 |
| Westport Corporation | 20-08555 |
| Westrock Mechanical Corp. | 20-08842 |
| WEX Inc. dba WEX Bank | 20-08556 |
| White Mountain Tissue, LLC dba Gorham Paper and Tissue | 20-08557 |
| William Baiden | 20-08940 |
| William R. Farnell | 20-08558 |
| William R. Meixner & Sons | 20-08559 |
| William Robin Palmer | 20-08560 |
| Window Right Brothers LLC | 20-08843 |
| Winplus North America Inc. | 20-08844 |
| Woodstream Corporation | 20-08845 |
| Works Construction, Inc. | 20-08941 |
| World Tech Toys, Inc. | 20-08562 |
| Yelnats, Inc. fdba Stanley Creations, Inc. fdba SGG Inc. ; and Istar Jewelery LLC | 20-08564 |
| YJ USA Corp. dba Jump King | 20-08566 |
| Yoss Heating & Cooling LLC | 20-08846 |
| YRC Inc. dba YRC Freight | 20-08567 |
| Yuwen Lee, O.D., Optometric Professional Corporation | 20-08847 |
| Zebra Technologies International, LLC | 20-08568 |
| Zeno Group, Inc. | 20-08569 |
| Zeno Group, Inc. D/B/A The Zeno Group | 20-08942 |
| ZG Apparel Group LLC | 20-08570 |
| ZIM American Integrated Shipping Services Company, LLC | 20-08571 |
| Zircon Corporation | 20-08848 |
| Zuckerfan Limited | 20-08849 |

Eric Olson, Esq.
BAKER, OLSON, LECROY &
DANIELIAN
Glendale Galleria Office Tower
100 West Broadway, Suite 990
Glendale, California 91210

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
525 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Jerry Hannah, RegAgt/Owner
Ability Maintenance, Inc.
17259 Hesperian Boulevard
#4
San Lorenzo, California 94580

Daniela Aceves, Owner
Aceves Roofing Services, Inc.
12508 Bromwich Street
Pacoima, California 91331

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Jim DeVries, President
ADT LLC dba Protection One fdba Cam
Connections, Inc.
1501 Yamato Road
Boca Raton, Florida 33431

Pamela A. Bosswick, Esq.
Duane Morris LLP & Affiliates
230 Park Avenue
New York, New York 10169

William Hurney, President
Advanced Surfaces, Inc.
6960 Hermosa Circle
Buena Park, California 90620

Gary A. Drummond, Esq.
Sallquist & Drummond, P.C.
4747 North 7th Street
Suite 402
Phoenix, Arizona 85014

Anothy L. Bini Del Valle, Esq.
Attorney at Law
Centro Internacional de Mercadeo
90 Carr 165, Suite 309
Guaynabo, PR, 00968-8064

Robert Marshall, Esq.
Marshall & Quentzel, L.L.C.
155 Willowbrook Boulevard
Wayne, New Jersey 7470

William S. Gannon, Esq.
William S. Gannon PLLC
889 Elm Street
4th Floor
Manchester, New Hampshire 3101

Officer, Managing or General Agent
All Market Media, Inc. dba Money Mailer
of San Diego
9340 Carmel Mountain Road
Suite A
San Diego, California 92129

Bryan Glover, Esq.
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, Washington 98101

Charles K. Vorm,  RegAgt/President
American Oak Preserving Company, Inc.
601 Mulberry Street
North Judson, Indiana 46366

James E. McFadden, President/CEO
American Telecast Products, LLC
835 Springdale Drive
Suite 206
Exton, Pennsylvania 19341

Daniel P. Branagan, Esq.
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, Pennsylvania 15222

Megan W. Murray, Esq.
BUCHANAN INGERSOLL & ROONEY
PC
401 East Jackson Street
Suite 2400
Tampa, Florida 33602-5236

Dawn Kirby, Esq.
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, New York 10583

Jonathan L. Gold, Esq.
Michael Best & Friedrich LLP
1000 Main Avenue SW
The Wharf, Suite 400
Washington, District of Columbia 20024

Gary M. Snider, Officer
Appliance Installations by Special D, LLC
21138 Kings March Court
Kingwood, Texas 77339

Archway Incorporated
P.O. Box 25867
Barrigada,  96921, Guam

Jill B. Bienstock, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, New Jersey 7601

Shannon M. Jost, Esq.
Stokes Lawrence, P.S.
1420 Fifth Avenue
Suite 3000
Seattle, Washington 98101-2393

Kathleen Aiello, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178

Jared A. Doden, Esq.
Ambassador Enterprises
2845 East Dupont Road
Fort Wayne, Indiana 46825

William George Newton, President
B L Intimate Apparel Canada Inc
9500 Rue Meilleur
Bureau 111
Montreal, QC,  H2N 2B7

Phillip J. Silich, CEO
Bacon-Universal Company, Inc.
1856 Haleaukana Street
Lihue, Hawaii 96766

Officer, Managing or General Agent
Bay Custom Countertops Inc.
37330 Cedar Boulevard
Suite D
Newark, California 94560

Philip Gigante, Esq.
BBT Logistics, Inc.
329 Doremus Avenue
Newark, New Jersey 7105

Scott M. Rosenbach, President
BCI Acrylic, Inc. fdba BCI Acrylic Bath
Systems, Inc.
1800 Industrial
Libertyville, Illinois 60048

Adam Merzon, RegAgt/President
Beaux Merzon, Inc.
1050 Valley Brook Road
Suite B
Lyndhurst, New Jersey 7071


Jamie W. Olinto, Esq.
Adams and Reese LLP
501 Riverside Avenue
Suite 601
Jacksonville, Florida 32202

Geoffrey C. Williams, Esq.
Alston & Bird
90 Park Avenue
New York, New York 10016

Bellows International Ltd
P O BOX 2695
ST THOMAS,  803

Edwin Rivera Cintron, Esq.
Abogado
PO Box 1098
Las Piedras, Puerto Rico,  771

Gary M. Bertch, President
Bertch Cabinet Mfg., Inc.
4935 Young Road
Elk Run Heights
Waterloo, Iowa 50701

Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004

Gary Prince, President
Bimbo Bakeries USA, Inc fdba Bimbo
Foods Inc.
4801 Cox Road
Suite 1
Glen Allen, Virginia 23060

Michael Breslauer, Esq.
Solomon, Ward & Seidenwurm & Smith
401 B Street
Suite 1200
San Diego, California 92101

Marc M. Bakst, Esq.
Bodman LLP
1901 St. Antoine Street
6th Floor at Ford Field
Detroit, Michigan 48226

Michael J. Venditto, ESq.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

Michael Conway, Esq.
Offit Kurman
10 East 40th Street
Suite 3500
New York, New York 10016

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Anthony Ciccone, Esq.
Bollier Ciccone, LLP
611 West 14th Street
Austin, Texas 78701

Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004

Kevin P. Kitchen, Esq.
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402

Traci A. Zalinski, Esq.
Capgemini North America
Assistant General Counsel
400 Broadacres Drive
Suite 410, New Jersey 7003

David M. Zinder, Esq.
Law Offices of David M. Zinder
40 Skokie Boulevard
Suite 105
Northbrook, Illinois 60062

Irina Novoselsky, CEO
CareerBuilder, LLC
200 North LaSalle Street
Suite 1100
Chicago, Illinois 60601

Gregory J. Jordan, Esq.
Jordan & Zito LLC
55 West Monroe Street
Suite 3600
Chicago, Illinois 60603

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Jeffrey R. Straub, Officer
Catalyst Career Group, LLC
801 Prairie Ridge Road
Woodstock, Illinois 60098

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Emily Mather, Esq.
K&L Gates LLP
4350 Lassiter at North Hills Avenue
Suite 300
Raleigh, North Carolina 27609

Matthew Farrel, CEO
Church & Dwight Co. Inc.
500 Charles Ewing Boulevard
Ewing, New Jersey 8628

Bryan Jung, Esq.
Fung Group
Legal Counsel
Robert Franklin, Esq.
CIT Group Inc.
Assistant General Counsel
201 South Tryon Street
Charlotte, North Carolina 28202

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Linda K. Massman, CEO
Clearwater Paper Corporation
601 West Riverside Avenue
Suite 1100
Spokane, Washington 99201

Gaye Nell Heck, Esq.
Bialson, Bergen & Schwab, PC
633 Menlo Avenue, Suite 100
Menlo Park, California 94025

David L. Going, Esq.
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, Missouri 63105

Lisamariel Rodriquez, Esq.
C-Life Group, Ltd.
Corporate Counsel
1385 Broadway, Suite 300
New York, New York 10018

Jeffrey Dove, Esq.
Barclay Damon LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202

Laura Ketcham, Esq.
Miller & Martin
Volunteer Building, Suite 1200
832 Georgia Avenue
Chattanooga, Tennessee 37402

Bill Glass, CEO
Connexity, Inc.
2120 Colorado Avenue
Suite 400
Santa Monica, California 90404

Joseph H. Lemkin, Esq.
Stark & Stark
P.O. Box 5315
Princeton, New Jersey 8543

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Lawrence D. Ambrogi, RegAgt/CFO
Counter - vation Inc.
10427 Dow Gil Road
Ashland, Virginia 23005

Joseph Patillo, Officer
Countrywide Pipe Restoration, LLC
4614 VZCR 2301
Canton, Texas 75103

Mark Krampert, CEO
County Restaurant Supply
711 Old County Road
San Carlos, California 94070

Alison Elko Franklin, Esq.
Greenberg Traurig, LLP
3333 Piedmont Road NE
Suite 2500
Atlanta, Georgia 30305

Smith Holland, President/CEO
Crayola LLC
1100 Church Lane
Easton, Pennsylvania 18044-0431

Officer, Managing or General Agent
Custom Air Services, Inc.
2634 Pennington Drive
Wilmington, Delaware 19810

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Beth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 North Stemmons Freeway, Suite 1000
Dallas, Texas 75207

Richard W. Edelman, President
Daniel J. Edelman, Inc. dba Edelman Digital
250 Hudson Street
New York, New York 10013

Frank J. DiVittorio, Esq.
Chehardy Sherman Williams Murray Recile
Stakelum & Hayes, LLP
111 North Oak Street
Suite 200
Hammond, Louisiana 70401

James D. Lammers, President
Dart Container Corporation
500 Hogsback Road
Mason, Michigan 48854

Paul Zaidins, CEO
DataSpan Holdings, Inc.
13755 Hutton Drive
Suite 300
Farmers Branch, Texas 75234

Robbie K. Deel, RegAgt/Officer
Deel and Carter Heat and Air "LLC"
106 Dillard Court
Eden, North Carolina 27288

Jessica Bagdanov, Esq.`
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367-4911

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Anthony DeHart, CEO
Dimar USA, Inc. fdba DCT (Special
Projects) Inc.
1375 LR Boulevard SE
Suite 110
Hickory, North Carolina 28603

Juan A. Cuyar Cobb, Esq.
FernÃ¡ndez Cuyar Rovira & PlÃ¡ LLC
P.O. Box 9023905
San Juan, PR,  00902-3905

Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
New York, New York 10119

Heiko Faass, RegAgt/President
Distribution Integrated Services, LLC
270 Munoz Rivera
Oficina 506
San Juan,  918

Joseph N. Argentina, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, Delaware 19801

Lauren Newman, Esq.
Thompson Coburn LLP
55 East Monroe Street, 37th Floor
Chicago, Illinois 60603

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
525 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Travis Powers, Esq.
K&L Gates LLP
One Newark Center
10th Floor
Newark, New Jersey 7102

Officer, Managing or General Agent
Earthgrains Baking Companies, LLC
255 Business Center Drive
Horsham, Pennsylvania 19044

Micheal Rosenblatt, CEO
Echo Bridge Acquisition Corp. LLC
3089 Airport Road
La Crosse, Wisconsin 54603

Mark Adams, CEO
ECM Publishers, Inc.
4095 Coon Rapids Boulevard
Coon Rapids, Minnesota 55433

David J. Lewis, Esq.
Krugliak, Wilkins, Griffiths & Dougherty
Co., LPA
50 South Main Street
Suite 501
Akron, Ohio 44308

Karan H. Shah, RegAgt/Officer
Edealszone, Inc.
13336 Rusty Fig Circlel
Cerritos, California 90703

Thomas R. Lehman, Esq.
Levine Kellogg Lehman Schneider +
Grossman LLP
201 South Biscayne Boulevard
22nd Floor, Citigroup Center
Miami, Florida 33131

Lazaro E. Fernandez, Esq.
Law Office of Lazaro E. Fernandez, Inc.
3600 Lime Street
Suite 326
Riverside, California 92501

Howard Kerker, Esq.
Howard J. Kerker, P.C.
25 Kensington Circle
North Hills, New York 11030

Micheal Gasser, Principal
Endless Games, Incorporated
35 Main Street
Suite B
Matawan, New Jersey 7747

Cullen Kuhn, Esq.
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102

Laura McCarthy, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 2110

Kathleen Aiello, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178

Kent Mast, Officer
Equifax Information Services LLC
1550 Peachtree Street, NW
#H46
Atlanta, Georgia 30309-2402

Thomas L. Abrams, Esq.
Thomas L. Abrams P.A.
633 South Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Bernard Schenkler, Esq.
Woods Oviatt Gilman LLP
1900 Main Place Tower 350 Main Street
Buffalo, New York 14202

Laura McCarthy, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, Massachusetts 2110

Jeffrey S. Dweck, Esq.
The Law Firm Of Jeffrey S. Dweck, P.C.
43 West 33rd Street, Suite 304
New York, New York 10001

Magdalena Izabela Zalewski, Esq.
The Law Office of Magdalena Izabela
Zalewski
1250 Broadway
36th Floor
New York, New York 10001

Lauren Baio, Esq.
Gray Robinson, P.A.
401 East Jackson Street
Suite 2700
Tampa, Florida 33602

Matt Wise, CEO
Fisher Unitech, LLC
404 East 10 Mile Road
#150
Pleasant Ridge, Michigan 48069

Mark H. Ralston, Esq.
Fishman Jackson Ronquillo PLLC
13155 Noel Road
L.B. 13, Suite 700
Dallas, Texas 75240

Henry P. Ritz, Officer
Footwear Specialties International, L.L.C.
13136 NE Airport Way
Portland, Oregon 97230-1035

Officer, Managing or General Agent
Franke Kitchen Systems, LLC
800 Aviation Parkway
Smyrna, Tennessee 37167

Alex E. Wallin, Esq.
Taft Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, Ohio 45202-3957

Ana Garcia, RegAgt/Officer
Garcia Family Enterprises, LLC
5757 W. Pecan Road
Laveen, Arizona 85339

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Chery Hernandez, Esq.
Jones & Associates
1325 Avenue of the Americas
28th Floor
New York, New York 10019

David Gerali, Presidenet
Gerali Custom Design, Inc.
1482 Sheldon Drive
Elgin, Illinois 60120

Ronald Bruckmann, Esq.
Shumaker, Loop & Kendrick, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280

Michael D. Fielding, Esq.
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Jonathan Edwards, Esq.
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Garo Kholamian, President
GK Preferred Income II (Ridgmar) SPE,
LLC
257 East Main Street
Suite 100
Barrington, Illinois 60010

Kristi Thompson, Esq.
CMA CGM
5701 Lake Wright Drive
Norfolk, Virginia 23502

Michael Mellon, CEO
Goodtimes Brand Inc.
5958 Ambler Drive
Mississauga, ON,  L4W 2N3

Ramon Ramon, RegAgt/President
GR Electrical Services, Inc.
16201 SW 61st Lane
Miami, Florida 33193

Michael J. Berman, Esq.
Berman O'Connor & Mann
111 Chalan Santo Papa
Hagatna, Guam,  96910

Richard D. Calder, CEO
GTT Communications, Inc.
7900 Tysons One Place
Suite 1450
McLean, Virginia 22102

Richard L. Johnson, Esq.
Blair Sterling Johnson Martinez
238 Archbishop Flores Street
Suite 1008
Hagatna, Guam,  96910

Raymond P. Mayer, RegAgt/President
Gulf Coast Building Products, Inc.
3350 McLemore Drive
Pensacola, Florida 32514

Michael Tawil, CEO
H. Best, Ltd.
285 Ridge Road
Suite 3
Dayton, New Jersey 8810

Brian J. Habegger, Prsident
Habegger-Meyers HVAC Distribution, Inc.
1020 Duquesne Boulevard
Duquesne, Pennsylvania 15110-1404

Sharon M. Beausoleil, Esq.
Foley & Lardner LLP
1000 Louisiana Street
Suite 2000
Houston, Texas 77002-2099

Sarah K. Suter, Esq.
Suter Law & Advocacy LLC
9205 West Russell Road
Suite 240
Las Vegas, Nevada 89148

Andrew Rosenblatt, Esq.
Norton Rose Fullbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

Andrew Rosenblatt, Esq.
Norton Rose Fullbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

Jamie S. Cassel, Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107

Rory Leyden, CEO
Hoffmaster Group, Inc.
2920 N. Main Street
Oshkosh, Wisconsin 54901

Ramon Calderon, President
Holsum De Puerto Rico, Inc.
Carr, #2, KM 20.1
Toa Baja,  951

Christopher M. Candon, Esq.
Sheehan Phinney Bass & Green
1000 Elm Street, 17th Floor
Manchester, New Hampshire 3101

Matthew J. Stockl, Esq.
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60654-5313

HomeCare Labs, Inc.
101 Macintosh Boulevard
Concord, Ontario,  L4K 4R5

Audra Anderson, Manager
HOS II, L.L.C.
c/o Meredith's  Commercial Prop Inc.
2309 E. Empire Street, Suite 600
Bloomington, Illinois 61704

Nathaniel S. Boyer, Esq.
The Hearst Corporation
Office of General Counsel
300 West 57th Street
40th Floor, New York 10019

Tim O'Leary, CEO
Huguenot Laboratories, Inc.
101 Riverdale Road
Port Jervis, New York 12771

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Joseph Kubbany, RegAgt/President
Importique Corp.
Carr. 863 KM 1.5 Edif. M #6
Bo. Palmas
Catano,  963

Chris Hyams, President
Indeed, Inc.
177 Broad Street
4th Floor
Stamford, Connecticut 6901

Christopher A. Lynch, Esq.
Reed Smith LLP
599 Lexington Aveune
24th Floor
New York, New York 10022

Randall F. Scherck, Esq.
GREENSFELDER, HEMKER & GALE,
P.C.
Keara Waldron, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

Ross S. Silverstein, RegAgt/President
iPROMOTEu.com, Inc.
321 Commonwealth Road
Suite 101
Wayland, Massachusetts 1778

Gary Shroff, CEO
Ischolar, Inc.
250 Heartland Boulevard
Edgewood, New York 11717

Officer, Managing or General Agent
J & L Installs, LLC
1506 Theil Road
Hayward, California 94544

John K. Morrow, President
J.K. Marketing Corporation of Illinois fdba
J.K. Marketing Corp.
801 North Beverly Lane
Arlington Heights, Illinois 60004

Mark Franco, RegAgt/Officer
Jay Franco & Sons Incorporated
115 Kennedy Drive
Sayreville, New Jersey 8872

Jeff Oliphant, Owner
Jeffrey Allen Oliphant dba All American
Tree & Lawn
481 West Mesa Avenue
Apartment 13
Clovis, California 93612-0758

Kathleen Widmer, President
Johnson & Johnson Consumer Inc.
199 Grandview Road
Skillman, New Jersey 8558

Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004

Joseph Sutedjo, President
KC Pharmaceuticals, Inc.
3201 Producer Way
Pomona, California 91768-3916

Jill B. Bienstock, Esq.
Cole Schotz P.C.
25 Main Street
Hackensack, New Jersey 7601

David M. Grogan, Esq.
Attorney at Law
2580 Flintshire Lane
Gastonia, North Carolina 28056

Kelly Rudnicki, CEO
KMR Print, Inc.
55 Calle Akelia
San Clemente, California 92673

Milton Polevoy, RegAgt/CEO
Knickerbocker Bed Company
770 Commercial Avenue
Carlstadt, New Jersey 7072

Louis Solimine, Esq.
Thompson Hine LLP
312 Walnut Street
Suite 1400
Cincinnati, Ohio 45202

Mohammed Bayati, Officer
KX Technologies LLC
1890 Woodlane Drive
Woodbury, Minnesota 55125

Song Kyung Choi, RegAgt/President
Lavish Clothing, Inc.
245 W. 28th Street
Los Angeles, California 90007

Timothy J. Durken, Esq.
LEDVANCE LLC
Legal Department
200 Ballardvale Street
Wilmington, Maryland 1887

Officer, Managing or General Agent
Legare Investments, Inc.
7265 Peppermill Parkway
Charleston, South Carolina 29418

Keara Waldron, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

Francis McGorry, President
Liberty Coca-Cola Beverages LLC
725 East Erie Avenue
Philadelphia, Pennsylvania 19134

John S. Kaplan, Esq.
Perkins & Coie, LLP
1201 Third Avenue
Suite 4900
Seattle, Washington 98101-3099

Herb Zebrack,President
Lithographix, Inc.
12250 S. Crenshaw Boulevard
Hawthorne, California 90250

Kelli Stephenson Norfleet, Esq.
Haynes and Boone, LLP
1221 McKinney Street
Suite 2100
Houston, Texas 77010

Dr. Patrick Soon-Shiong, President
Los Angeles Times Communications LLC
dba Los Angeles Times
2300 E. Imperial Highway
El Segundo, California 90245

James F. Luce, CEO
Luce, Schwab & Kase, Incorporated
9 Gloria Lane
P.O. Box 779
Fairfield, New Jersey 07007-0779

Lindsay Biggs, Esq.
Law Firm of Russell R. Johnson III, PLC
14890 Washington Street
First Floor
Haymarket, Virginia 20169

Bernard Mermelstein, CEO
M.Z. Berger & Co. Inc.
353 Lexington Avenue
14th Floor
New York, New York 10016-0941

Martin Kedziora, Esq.
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

Elmer Malchow, Officer
McLane Manufacturing, Inc.
42-215 Washington Street
Suite A #174
Palm Desert, California 92211

Nathan Alan Lewis, CEO
McLane Manufacturing, Inc.
6814 Foster Bridge Boulevard
Bell Gardens, California 90201-2032

Nick J. Cirignano, Esq.
Ziemer, Stayman, Weitzel & Shoulders,
LLP
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 47706-0916

Matthew M. Boley, Esq.
Cohne Kinghorn, P.C.
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Stanley D. Winnard, RegAgt/President
Mechanics Time Savers, Inc.
10715 N. Stemmons Freeway
Dallas, Texas 75220

Frank A. Meier, Jr., CEO
Meier Supply Company, Inc.
275 Broome Corporate Parkway
Conklin, New York 13748

Doug Bernstein, CEO
Melissa & Doug, LLC
141 Danbury Road
Wilton, Connecticut 6897

Rodrigo Melo, RegAgt/Owner
Melo Construction NW LLC
19818 SE 296th Street
Kent, Washington 98042

Thomas J. Sanone, Esq.
Carmody Torrance Sandak & Hennessey
LLP
195 Church Street
New Haven, Connecticut 06509-1950

Officer, Managing or General Agent
Michelin Star, Inc.
1407 Broadway
Room 3501
New York, New York 10018

Howard N. Sobel, Esq.
Howard N. Sobel, P.A.
507 Kresson Road
P.O. Box 1525
Voorhees, New Jersey 8043

Glenn C. Thompson, Esq.
Hamilton Stephens Steele + Martin, PLLC
525 North Tryon Street, Suite 1400
Charlotte, North Carolina 28202

Luis R. Morales Caro, RegAgt/President
Morales Distributors Inc.
Zona Industrial Guanajibo
Calle W. Brennan
Mayaguez, Puerto Rico,  680

Morgan John Spake, Owner
Morgan John Spake dba A Good Company
aka AGC
388 Market Street
Suite 854
San Francisco, California 94111-5378

Robert Munch, President
Munch's Supply Co.
300 North Mannheim Road
Hillside, Illinois 60162

Todd Atkinson, Esq.
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448

Dennis D. Cardona, President
Neographics, Corp.
URB Segrado Corazon
352 San Claudio
San Juan,  926

Dean Vegliante, President
Netmining LLC
1545 Peachtree Street
5th Floor
Atlanta, Georgia 30309

J. Matthew Pfeiffer, Esq.
Pfeiffer Law Offices, P.C.
1725 South Naperville Road, Suite 205
Wheaton, Illinois 60189

George Murti, Esq.
NewAge Products Inc.
Legal
111 Creaditview Road, 2nd Floor
Vaughan, ON,  L4L 9T1

Lisa S. Gretchko, Esq.
Howard & Howard Attorneys PLLC
450 West Fourth Street
Royal Oak, Michigan 48067

David Newman, Owner
Newman Services, Inc.
2641 Rainbow Lake Road
Inman, South Carolina 29349

Caroline Djang, Esq.
Best Best & Krieger LLP
1801 Von Karman Avenue
Suite 1000
Irvine, California 92612

Timothy K. Lynn, President/CEO
Nir Roof Care, Inc.
12191 Regency Parkway
Huntley, Illinois 60142

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Jim Ragain, Esq.
Ragain & Clark, PC
3936 Ave. B
Suite A-2
Billings, Montana 59102

Walter Pollack, President
Northwest Pallet Services, LLC
3648 Morriem Drive
Belvidere, Illinois 61008

Gerry Smith, CEO
Office Depot, Inc.
6600 North Military Trail
Boca Raton, Florida 33496

Richard A. Alimenti, President
Original Gourmet Food Company, LLC
52 Stiles Road
Suite 201
Salem, New Hampshire 3079

Haiyan Zhang, Officer
Pagacat Inc. dba Wondershopping
99 Washington Avenue
Albany, New York 12210

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Scott M. Harrington, Esq.
Diserio Martin O'Connor & Castiglioni,
LLP
One Atlantic Street
Stamford, Connecticut 6901

José Luis Barrios Ramos, Esq.
Prestige Legal Services, LLC
278 Avenue César González
San Juan, PR,  918

Brian G. Peirce, President/CEO
Peirce-Phelps LLC
516 Township Line Road
Blue Bell, Pennsylvania 19422

David Melman, Officer
Pennsylvania Joint Board dba Pennsylvania
Joint Board Workers United
1017 West Hamilton Street
Allentown, Pennsylvania 18101

James L. Bromley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004-2498

John R. Knapp, Jr., Esq.
Miller Nash Graham & Dunn LLP
Pier 70
2801 Alaskan Way, Suite 300
Seattle, Washington 98121

Shelley A. Kinsella, Esq.
Elliott Greenleaf, P.C.
1105 North Market Street, 17th Floor
Wilmington, Delaware 19801

Al J. Daniel, Jr., Esq.
Daniel Law PLLC
305 Broadway
7th Floor
New York, New York 10007

Sue L. Chin, Esq.
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, New York 11791

Roy S. Kobert, Esq.
Gray Robinson
301 East Pine Street
Suite 1400
Orlando, Florida 32801

Robert A. Cimino, CEO
Plaza Provision Company (Puerto Rico)
Carretera 165 Esquina
Carretera 28
Guaynabo, PR,  965

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Pressman Toy Corporation
P.O. Box 95000-2475
Philadelphia, Pennsylvania 19195

George Gaorfal, III, Owner
PROTECH Delivery & Assembly
406 Andromeda Circle
Middletown, Delaware 19709

Biplab Chadhuri, President
PTS Consulting Services LLC dba
ProcureTechStaff
1700 Park Street
Suite 212
Naperville, Illinois 60563

Myrna L. Ruiz-Olmo, Esq.
MRO Attorneys at Law, LLC
PO Box 367819
San Juan, PR,  00936-7819

Emanuel Chirico, CEO
PVH Corp. dba Warner's
200 Madison Avenue
New  York, New York 10016

Don Ryan, Owner
Quest Products, LLC fdba Quest Products,
Inc.
8201 104th Street
Suite 200
Pleasant Prairie, Wisconsin 53158

Brent D. Meyer, Esq.
Meyer Law Group LLP
268 Bush Street
Suite 3639
San Francisco, California 94104

Craig V. Winslow, Esq.
Law Offices of Craig V. Winslow
630 N. San Mateo Drive
San Mateo, California 94401

Raman Patel
Raman K. Patel dba Aviram Properties LLC
16145 Northup Way
Bellevue, Washington 98008-2542

Michael F. Zlaket, CEO/President
Rawlings Sporting Goods Company, Inc.
510 Maryville University Drive
Suite 110
St. Louis, Missouri 53141

Kelly Conlan, Esq.
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801

Jay R. Indyke, Esq.
Cooley LLP
55 Hudson Yards
New York, New York 10001-2157

Sandy Callahan, CEO
Reed Group Management LLC
10355  Westmoor Drive
Westminster, Colorado 80021

Thomas J. Lasater, Esq.
Fleeson, Gooing, Coulson & Kitch L.L.C.
1900 Epic Center
301 North Main
Wichita, Kansas 67202

Doan T. Phan, Esq.
McGuire Woods LLP
1750 Tysons Boulevard
Suite 1800
Tysons, Virginia 22102-4215

Dan Rowley, General Manager
Resilion, LLC
7080 Donlon Way
Suite 208
Dublin, California 94568

Todd Strassberg, Esq.
Strassberg & Strassberg, P.C.
7 West 36th Street, 16th Floor
New York, New York 10018

Genna L. Ghaul, Esq.
Jones Day
250 Vesey Street
New York, New York 10281-1047

Genna L. Ghaul, Esq.
Jones Day
250 Vesey Street
New York, New York 10281-1047

Brian Jackiw, Esq.
Goldstein & McClintock LLLP
111 W. Washington, Suite 1221
Chicago, Illinois 60602

Brian Jackiw, Esq.
Goldstein & McClintock LLLP
111 W. Washington, Suite 1221
Chicago, Illinois 60602

Shannon L. Deeby, Esq.
Clark Hill PLC
151 S. Old Woodward Avenue , Suite 200
Birmingham, Michigan 48009

Sherri D. Lydell, Esq.
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, New York 10018

Ronald P. Source, President
Roanld P. Sorce, A.I.A., Architects, P.C.
dba Sorce Architecture, P.C., a Professional
Corporation
3030 W. Salt Creek Lane
Arlington Heights, Illinois 60005

Diego Gomes, CEO
Rock Content dba ScribbleLive fdba I-On
Interactive Inc.
1095 Broken Sound Parkway Northwest
Suite 200
Boca Raton, Florida 33487

John Berisford, President
S&P Global Inc. dba S&P Global Ratings
55 Water Street
New York, New York 10041

John Sandu, RegAgt/Officer
Sandu Inc.
2406 NE 387th Avenue
Washougal, Washington 98671

Frederick E. Schmidt, Jr., Esq.
Cozen O'Connor
277 Park Avenue
20th Floor
New York, New York 10172

Mark D. Silverschotz, Esq.
Anderson Kill P.C.
1251 Avenue of the Americas
New York, New York 10020

Steven D. Mroczkowski, Esq.
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606

Charlie Cook, Esq.
Adams and Reese LLP
424 Church Street
Suite 2700
Nashville, Tennessee 37219

Suresh Kothari, CEO
Shanti Corporation dba Vijay Gold Designs
USA
1212 Avenue of the Americas
9th Floor
New York, New York 10036

Mark Duedall, Esq.
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
One Atlantic Center
Atlanta, Georgia 30309

Dan Shaked, Esq.
Shaked Law Group, P.C.
14 Harwood Court
Suite 415
Scarsdale, New York 10583

Michael Amato, Esq.
Ruskin Moscou Faltischek P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556

Officer, Managing or General Agent
Sierra Select Distributors, Inc.
4320 Roseville Road
North Highlands, California 95660

Sean Keighran, RegAgt/President
SJK Development, Inc.
1717 17th Street
Suite 105
San Franisco, California 94103

Officer/Managing Agent
Soho Corporation
3120 West Lake Avenue
Glenview, Illinois 60026

Nicholas D. Strom, Esq.
Krieg DeVault LLP
8001 Broadway
Suite 400
Merrillville, Indiana 46410-5552

Ronald D. Ramsey, RegAgt/Officer
Southern Exchange, L.P.
1332 Conrad Sauer Drive
Houston, Texas 77043-4309

Jack Lane, President
Southern Refrigeration Corporation
3140 Shenandoah Avenue NW
Roanoke, Virginia 24017

Leon Ginsburg, President
Sphere Consulting, Inc.
2121 2nd Street
Northbrook, Illinois 60062

Dawn Kirby, Esq.
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, New York 10583

Jonathan L. Gold, Esq.
Michael Best & Friedrich LLP
1000 Main Avenue SW
The Wharf, Suite 400
Washington, District of Columbia 20024

Jarom Yates, Esq.
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219-7672

Stephanie R. Sweeney, Esq.
Klestadt Winters Jureller  Southard &
Stevens, LLP
200 West 41st Street
17th Floor
New York, New York 10036

Judy Ye  Lay, RegAgt/President
Stone & Beyond, Inc.
830 Professor Lane
Suite 100
Sacramento, California 95834

Jose A. Moscoso, Officer
Suiza Dairy Corporation
San Patricio Avenue & Avenue de Diego
San Juan,  921

Thomas E. Ashburn, President
Sun Image Distributors, Inc.
809 A Seaboard Street
Myrtle Beach, South Carolina 29577

Jamie S. Cassel, Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107

Alan M. Kindred, Esq.
LeechTishman Fuscaldo & Lampl, LLC
525 Fifth Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Raymond Ventrice, President
Swim 'N' Play, Inc.
P.O. Box 428
Martinsville, New Jersey 08836-0428

Samuel Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
2nd Floor
Milwaukee, Wisconsin 53212-1059

Richard W. Anderson, President
Tempur-Pedic North America, LLC
1000 Tempur Way
Lexington, Kentucky 40511

Hasekl Cohen, President
Textiles From Europe, Inc.
2053 Ocean Parkway
Brooklyn, New York 11223

Barry Moore, CEO/President
The Brandt Companies, LLC
1728 Briercroft Court
Carrollton, Texas 75006

Daniel P. Winikka, Esq.
Loewinsohn Flegle Deary Simon LLP
12377 Merit Drive
Suite 900
Dallas, Texas 75251

Officer, Managing or General Agent
The Climatic Corporation dba EHP Direct
South
1074 Pinnacle Point Drive
Columbia, South Carolina 29223

Roland Jones, Esq.
Jones & Associates
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Nikhil Varty, CEO
The ServiceMaster Company, LLC dba
ServiceMaster Clean
150 Peabody Place
Memphis, Tennessee 38103

Thomas K. Koehn, President
The Waldinger Corporation
2601 Bell Avenue
Des Moines, Iowa 50321

Russell Raynor Robinson, CEO
Titan Manufacturing and Distributing, Inc.
dba Titan Distributors, Inc
3839 Forest Hill Irene Road
Memphis, Tennessee 38125

Joseph R. Owens, Esq.
Dickinson Wright PLLC
2600 W. Big Beaver Rd.
Suite 300
Troy, Michigan 48084

Will Esser, Partner
Parker Poe Adams & Bernstein LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202

Rigo Mediavilla, President
Travel Concepts, Inc.
1007 Avenue Munoz Rivera Local 3
San Juan,  925

Christopher P. Vincze, CEO
TRC Environmental Corporation
650 Suffolk Street
Wannalancit Mills
Lowell, Massachusetts 1854

Jennifer Bertetto, President
Trib Real Estate Company, LLC fdba
Tribune Review Publishing Company
530 Martindale Street
Pittsburgh, Pennsylvania 15212-5746

Shervin Mehdizadeh, CEO
U.S. Nonwovens Corp.
100 Emjay Boulevard
Brentwood, New York 11717

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Michael S. Burke, CEO
URS Corporation
1999 Avenue of the Stars
Suite 2600
Los Angeles, California 90067

Ronald A. Spinner, Esq.
Miller Canfield
150 West Jefferson, Suite 2500
Detroit, Michigan 48226

Leonid Malinovskiy, Officer
Valley Fabricators, LLC
130 County Line Road SE
#103
Pacific, Washington 98047-2302

Michael A. Davis, President
Valpak Direct Marketing Systems, Inc.
805 Executive Center Drive West
#100
St. Petersburg, Florida 33702


Sam Mitchell, CEO
Valvoline LLC
100 Valvoline Way
Lexington, Kentucky 40509

Jay R. Indyke, Esq.
Cooley LLP
55 Hudson Yards
New York, New York 10001-2157


Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Richard Florin, CEO
Westport Corporation
331 Changeridge Road
Pine Brook, New Jersey 7058

Melissa D. Smith, CEO
WEX Inc. dba WEX Bank
1 Hancock Street
Portland, Maine 4101

Wayne Johnson, CFO
White Mountain Tissue, LLC dba Gorham
Paper and Tissue
72 Cascade Flats
Gorham, New Hampshire 3581

William Farnell
William R. Farnell
7349 Cartilla Avenue
Rancho Cucamonga, California 91730-1707

Officer, Managing or General Agent
William R. Meixner & Sons
5316 Cliffside Circle
Ventura, California 93003

William Robin Palmer
P.O. Box 6
Boonville, California 95415-0006

Charles X. Gormally, Esq.
Brach Eichler, LLC
101 Eisenhower Parkway
Roseland, New Jersey 7068

Randy Needles, CEO
Yelnats, Inc. fdba Stanley Creations, Inc.
fdba SGG Inc.
1414 Willow Avenue
Melrose Park, Pennsylvania 19027

Yao-Hsin Lin, RegAgt/President
YJ USA Corp. dba Jump King
3970 Lindbergh Drive
Addison, Texas 75001

John F. Kostelnik, Esq.
Frantz Ward, LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114

Isaac M. Gabriel, Esq.
Quarles & Brady Streich Lang LLP
Two North Central Avenue
One Renaissance Square
Phoenix, Arizona 85004

Barby Siegel, President
Zeno Group, Inc.
200 East Randolph
32nd Floor
Chicago, Illinois 60601

Robert D. Nosek, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554

Kaspar Kielland, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
24th Floor
New York, New York 10022

Mark E. Newcomb, Esq.
ZIM Amercian Integrated Shipping Services
Company, LLC
Claims & Insurance
5801 Lake Wright Drive
Norfolk, Virginia 23502

| Company Name | Contact | Address_1 | City | State | Zip |
|---|---|---|---|---|---|
| 4Imprint, Inc. | Attn: Officer, Managing or General Agent | 101 Commerce Street | Oshkosh | WI | 54901 |
| 4Imprint, Inc. | Attn: Officer, Managing or General Agent | 25303 Network Pl. | Chicago | IL | 60673 |
| A S Caribe Drywall Inc. | Attn: Officer, Managing or General Agent | 428 Calle 4 | Catano | PR | 00962 |
| A S Caribe Drywall Inc. | Attn: Officer, Managing or General Agent | P.O. Box 363782 | San Juan | PR | 00936 |
| AA Roofing Contractor Corp. | Attn: Officer, Managing or General Agent | Calle D 144 Bo Puento Blanco | Catano | PR | 00962 |
| AA Roofing Contractor Corp. | Attn: Officer, Managing or General Agent | P.O. Box 1273 | Catano | PR | 00963 |
| AAD Garage Door Solutions Inc. | Attn: Officer, Managing or General Agent | 1050 Farm To Market Road 1460 | Georgetown | TX | 78626 |
| Aaron S Floor Covering Inc. | Attn: Officer, Managing or General Agent | 1589 Skeet Club Rd, Ste 102-13 | High Point | NC | 27265 |
| Aaron S Floor Covering Inc. | Attn: Officer, Managing or General Agent | 329 Habersham Rd. | High Point | NC | 27260 |
| Abella's Heating & Air | Attn: Officer, Managing or General Agent | 7429 West Parkway | Sacramento | CA | 95823 |
| Abraham Custom Creations, Inc. | Attn: Officer, Managing or General Agent | 10550 47th Street North | Clearwater | FL | 33762 |
| Absolute Heating & Airconditioning Inc. | Attn: Officer, Managing or General Agent | 374 Adirondack Dr. | Farmingville | NY | 11738 |
| Absolute Heating & Airconditioning Inc. | Attn: Officer, Managing or General Agent | P.O. Box 348 | Farmingville | NY | 11738 |
| Accounting Principals, Inc. D/B/A Ajilon | Attn: Officer, Managing or General Agent | Dept Ch 14031 | Palatine | IL | 60055 |
| Accounting Principals, Inc. D/B/A Ajilon | Attn: Registered or Authorized Agent | 208 So Lasalle St., Suite 814 | Chicago | IL | 60604 |
| Accounting Principals, Inc. D/B/A Ajilon | Attn: Officer, Managing or General Agent | 150 N Martingale Rd., Suite 250 | Schaumburg | IL | 60173 |
| Advance Local Media LLC D/B/A Advance Ohio Media LLC | Attn: Officer, Managing or General Agent | One Harmon Plaza, 9th Floor | Secaucus | NJ | 07094 |
| Advance Local Media LLC D/B/A Advance Ohio Media LLC | Attn: Officer, Managing or General Agent | 1801 Superior Ave, #100 | Cleveland | OH | 44114 |
| Advanced Air Conditioning, Inc. | Attn: Officer, Managing or General Agent | 650 W Terrace Dr | San Dimas | CA | 91773 |
| Advanced Air Conditioning, Inc. | Attn: Registered or Authorized Agent | 1690 N Alessandro | Banning | CA | 92220 |
| Advanced Building Controls, Inc. | Attn: Officer, Managing or General Agent | 339 Changebridge Rd, Suite 2G | Pine Brook | NJ | 07058 |
| Advanced Building Controls, Inc. | Attn: Officer, Managing or General Agent | P.O. Box 387 | Pequannock | NJ | 07440 |
| Advanced Building Controls, Inc. | Attn: Officer, Managing or General Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
| Affordable Granite Concepts Inc. | Attn: Officer, Managing or General Agent | 1025 Miller Drive, Suite 139 | Altamonte Springs | FL | 32701 |
| Air Experts Inc. | Attn: Officer, Managing or General Agent | 7159 Harlan Lane | Sykesville | MD | 21784 |
| Air Pro Heating & Cooling | Attn: Officer, Managing or General Agent | 931 3rd St. | Oakmont | PA | 15139 |
| Air Specialties of OK LLC | Attn: Officer, Managing or General Agent | 728 Oak Hill Court | Mobile | AL | 36609 |
| Aire Pure Inc. | Attn: Officer, Managing or General Agent | 1080 Old Lincoln Highway | Langhorne | PA | 19047 |
| Aire Pure Inc. | Attn: Officer, Managing or General Agent | 1435 Freeport Rd. | Cheswick | PA | 15024 |
| AK Studio, LLC | Attn: Officer, Managing or General Agent | 1729 E Osborn Rd | Phoenix | AZ | 85016 |
| AK Studio, LLC | Attn: Registered or Authorized Agent | 10910 N Tatum Blvd., #106 | Phoenix | AZ | 85028 |
| Allway Tools, Inc. | Attn: Officer, Managing or General Agent | 1255 Seabury Avenue, P.O. Box 777 | Bronx | NY | 10462 |
| Allway Tools, Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 |
| American Door And Dock Inc. | Attn: Officer, Managing or General Agent | 2125 Hammond Drive | Schaumburg | IL | 60173 |
| American Health Kennels, Inc. | Attn: Officer, Managing or General Agent | 4351 NE 11th Avenue | Pompano Beach | FL | 33064 |
| Andrew Campanella | Attn: Officer, Managing or General Agent | 14120 Cedar Niles Rd | Olathe | KS | 66061 |
| Appliance And Refrigeration Services Inc. | Attn: Officer, Managing or General Agent | 1164 Ave. Hostos, #1 | Ponce | PR | 00717 |
| Appliance And Refrigeration Services Inc. | Attn: Officer, Managing or General Agent | P.O. Box 10346 | Ponce | PR | 00732 |
| Appliance Parts Imports Inc. | Attn: Officer, Managing or General Agent | GQ-11 Campo Rico Ave | Carolina | PR | 00982 |
| Appliance Parts Imports Inc. | Attn: Registered or Authorized Agent | Ave. Campo Rico Gq-11 Country Club | Carolina | PR | 00981 |
| Applied Staffing Solutions, LLC | Attn: Officer, Managing or General Agent | 890 E Patriot Blvd, Suite E | Reno | NV | 89511 |
| Applied Staffing Solutions, LLC | Attn: Registered or Authorized Agent | 701 S Carson St, Suite 200 | Carson City | NV | 89701 |
| APR Supply Co. | Attn: Officer, Managing or General Agent | 749 Gulford Street | Lebanon | PA | 17046 |
| APR Supply Co. | Attn: Registered or Authorized Agent | 718 Stanton Christiana Rd | Newark | DE | 19713 |
| Archon Energy Solutions | Attn: Officer, Managing or General Agent | 607 Elmira Rd. No. 293 | Vacaville | CA | 95687 |
| Archon Energy Solutions | Attn: Officer, Managing or General Agent | 875 Cotting Ln., Suite H | Vacaville | CA | 95688 |
| ASPAC Distributors Inc. | Attn: Officer, Managing or General Agent | 174 Kotla Drive | Agana Heights | GU | 96910 |
| B & M Seasonal Services LLC | Attn: Officer, Managing or General Agent | Rr 6 Box 251 Chapel Rd Pittston | Luzerne | PA | 18640 |

| | | | | | |
|---|---|---|---|---|---|
| Baggs Landscaping & Maintenance Inc. | Attn: Officer, Managing or General Agent | 73-4179 Eluna Pl | Kailua Kona | HI | 96740 |
| Bankers Warranty Group D/B/A Centricity | Attn: Officer, Managing or General Agent | 11101 Roosevelt Blvd N | Stpetersburg | FL | 33716 |
| Bankers Warranty Group D/B/A Centricity | Attn: Registered or Authorized Agent | 2419 E Commercial Blvd., Suite 300 | Fort Lauderdale | FL | 33308 |
| Bella Stones, Inc. | Attn: Officer, Managing or General Agent | 1201 E Ball Rd Ste T | Anaheim | CA | 92805 |
| Bella Stones, Inc. | Attn: Registered or Authorized Agent | 8753 Moody St. | Cypress | CA | 90630 |
| Benoit Construction Group LLC | Attn: Officer, Managing or General Agent | 1080 New Haven Ave Apt 82 | Milford | CT | 06460 |
| Benoit Construction Group LLC | Attn: Officer, Managing or General Agent | C/O Benjamin Gold & Troyb, Pc, 350 Beford Street, Suite 403 | Stamford | CT | 06901 |
| Bienes Construction LLC | Attn: Officer, Managing or General Agent | 2111 W Rio Vista Ave | Tampa | FL | 33612 |
| Bill Nourse | Attn: Officer, Managing or General Agent | 432 Macmaster St | Deptford | NJ | 08096 |
| Birmingham Industrial Enterprises LLC | Attn: Officer, Managing or General Agent | 2101 Highland Avenue South | Birmingham | AL | 35205 |
| Birmingham Industrial Enterprises LLC | Attn: Officer, Managing or General Agent | 2100 3Rd Ave North, Suite 700 | Birmingham | AL | 35203 |
| Birmingham Industrial Enterprises LLC | Attn: Officer, Managing or General Agent | P.O. Box 530487 | Birmingham | AL | 35253 |
| Brandy Nicole Oberpriller | Attn: Officer, Managing or General Agent | 23123 Canyon Lake Dr | Spring | TX | 77373 |
| Brightedge Technologies Inc. | Attn: Officer, Managing or General Agent | 989 E Hillsdale Blvd, Suite 300 | Foster City | CA | 94404 |
| Brightedge Technologies Inc. | Attn: Officer, Managing or General Agent | 160 Greentree Dr., Suite 101 | Dover | DE | 19904 |
| Brightedge Technologies Inc. | Attn: Registered or Authorized Agent | C/O National Registered Agents Inc, 160 Greentree Drive, Suite 101 | Dover | DE | 19904 |
| Briscoe Air & Heating LLC | Attn: Officer, Managing or General Agent | 5700 Blue Ridge Blvd | Raytown | MO | 64133 |
| Briscoe Air & Heating LLC | Attn: Registered or Authorized Agent | 6501 NW Daggett Road | Kansas City | MO | 64151 |
| Brooks Beverages Management Company | Attn: Officer, Managing or General Agent | 545 E 32nd St | Holland | MI | 49423 |
| Brooks Beverages Management Company | Attn: Officer, Managing or General Agent | 777 Brooks Ave. | Holland | MI | 49423 |
| Brown Management Group, Inc. D/B/A BMG Model And Talent | Attn: Officer, Managing or General Agent | 2255 S Michigan Avenue, 2W | Chicago | IL | 60616 |
| Brown Management Group, Inc. D/B/A BMG Model And Talent | Attn: Registered or Authorized Agent | 1503 W Estes | Chicago | IL | 60626 |
| Bryan C Zuck | Attn: Officer, Managing or General Agent | 13765 Walker Rd | Mcloud | OK | 74851 |
| BT Granite Run LP | Attn: Officer, Managing or General Agent | 200 Dryden Road Suite 2000 | Dresher | PA | 19025 |
| BT Granite Run LP | Attn: Registered or Authorized Agent | 401 S 2nd Street, Suite 200 | Philadelphia | PA | 19147 |
| BT Granite Run LP | Attn: Officer, Managing or General Agent | 200 Witmer Road, Suite 200 | Horsham | PA | 19044 |
| Build4You LLC | Attn: Officer, Managing or General Agent | 11 Franklin Ave | Feasterville | PA | 19053 |
| Bush Roofing Inc. | Attn: Officer, Managing or General Agent | 6422 Raymond Dr | South Weber | UT | 84405 |
| C & M Landscape & Design Inc. | Attn: Officer, Managing or General Agent | 2245 S San Antonio Ave | Ontario | CA | 91762 |
| California Heating and Cooling Inc. | Attn: Officer, Managing or General Agent | 1814 Verne Roberts Cir | Antioch | CA | 94509 |
| California Heating and Cooling Inc. | Attn: Registered or Authorized Agent | 4951 Mission Street | San Francisco | CA | 94112 |
| Cam Lincoln LLC | Attn: Officer, Managing or General Agent | 11800 W Ripley Ave | Wauwatosa | WI | 53226 |
| Cam Lincoln LLC | Attn: Officer, Managing or General Agent | 2601 South Bayshore Dr, Suite 1500 | Miami | FL | 33133 |
| Carlos Hernandez | Attn: Officer, Managing or General Agent | Urbvalle Verde Call Paseo Real 10 | Ponce | PR | 00716 |
| Carmelo's Custom Marble & Tile Inc. | Attn: Officer, Managing or General Agent | 4235 Alcott St. | Denver | CO | 80211 |
| Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service | Attn: Officer, Managing or General Agent | 2904 Allansford Ln. | Raleigh | NC | 27613 |
| Carolina Green Lawn Care, LLC D/B/A Carolina Green Lawn Service | Attn: Registered or Authorized Agent | P.O. Box 90785 | Raleigh | NC | 27675 |
| Cascade Flooring Pros, Inc. | Attn: Officer, Managing or General Agent | 16006 SE Main St. | Portland | OR | 97233 |
| Caveys Garage Systems Inc. | Attn: Officer, Managing or General Agent | 20884 Flora St | Roseville | MI | 48066 |
| Caveys Garage Systems Inc. | Attn: Registered or Authorized Agent | 33515 Kelly Rd. | Fraser | MI | 48026 |
| Central Arizona Supply, Inc. | Attn: Officer, Managing or General Agent | 208 S Country Club | Mesa | AZ | 85210 |
| Century Frozen Foods, LLC | Attn: Officer, Managing or General Agent | Street 185 Km 0.8 | Canovanas | PR | 00729 |
| Century Frozen Foods, LLC | Attn: Officer, Managing or General Agent | P.O. Box 51985 | Toa Baja | PR | 00950-1985 |
| Cfm Equipment Distributors, Inc. | Attn: Officer, Managing or General Agent | 1644 Main Ave, Suite 1 | Sacramento | CA | 95826 |

| | | | | | |
|---|---|---|---|---|---|
| Chevez HVAC Inc. | Attn: Officer, Managing or General Agent | 4005 Underwood St | University Park | MD | 20782 |
| Chicago Beverage Systems, LLC | Attn: Officer, Managing or General Agent | 441 Kilbourn Avenue | Chicago | IL | 60624 |
| Chicago Beverage Systems, LLC | Attn: Officer, Managing or General Agent | 6250 River Road, Suite 9000 | Rosemont | IL | 60018 |
| Chicago Beverage Systems, LLC | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company, 1209 Orange | Wilmington | DE | 19801 |
| Chicago Beverage Systems, LLC | Attn: Registered or Authorized Agent | C/O CT Corporation System, 208 S LaSalle Street, Suite 814 | Chicago | IL | 60604 |
| Chivino Surfaces LLC | Attn: Officer, Managing or General Agent | 1055 S County Club Dr. | Mesa | AZ | 85210 |
| Chivino Surfaces LLC | Attn: Registered or Authorized Agent | 22023 N 20th Ave | Phoenix | AZ | 85027 |
| Christian Mello | Attn: Officer, Managing or General Agent | 1842 Green Drive Sw | Marietta | GA | 30064-4126 |
| Christian Mello | Attn: Officer, Managing or General Agent | 2990 Walker Dr. | Marietta | GA | 30062 |
| Christian Wilfredo Soto Elias | Attn: Officer, Managing or General Agent | 811 O Street | Antioch | CA | 94509 |
| Christopher Brabham | Attn: Officer, Managing or General Agent | 656 Pine Needle Dr | Ellabell | GA | 31308 |
| Christopher Volny | Attn: Officer, Managing or General Agent | 37 E Heatherlea Drive | Palatine | IL | 60067 |
| Clackamas Heating & Cooling LLC | Attn: Officer, Managing or General Agent | 15115 Se Penny Lee Ct | Clackamas | OR | 97015 |
| Clean A Way LLC | Attn: Officer, Managing or General Agent | 2775 N Airport Rd Unit 111 | Fort Myers | FL | 33907 |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | Attn: Officer, Managing or General Agent | 2606 Lee Avenue | So El Monte | CA | 91733 |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | Attn: Officer, Managing or General Agent | 10680 Mulberry Ave. | Fontana | CA | 92337 |
| Coast Appliance Parts Company D/B/A Coast Appliance Parts | Attn: Officer, Managing or General Agent | 1001 Avenida Loma Vista | San Dimas | CA | 91733 |
| Coast To Coast Computer Products, Inc. | Attn: Officer, Managing or General Agent | 4277 Valley Fair Street | Simi Valley | CA | 93063 |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | Attn: Officer, Managing or General Agent | 461 North Corporate Dr | Wilmington | NC | 28401 |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | Attn: Registered or Authorized Agent | 301 Harley Dr. | Wilmington | NC | 28405 |
| Coastal Beverage Company, Inc. D/B/A Coastal Beverage Wilmington | Attn: Officer, Managing or General Agent | P.O. Box 10159 | Wilmington | NC | 28404 |
| Coco Jos | Attn: Officer, Managing or General Agent | 2676 Agana | Hagatna | GU | 96932 |
| Coco Jos | Attn: Officer, Managing or General Agent | P.O. Box 2676 | Hagatna | GU | 96932 |
| Colin Etienne | Attn: Officer, Managing or General Agent | 145 Whitecaps Ct | Pingree Grove | IL | 60140 |
| Concept Windows Siding & Roofing LLC | Attn: Officer, Managing or General Agent | 11535 Isla Way | San Antonio | TX | 78253 |
| Concept Windows Siding & Roofing LLC | Attn: Officer, Managing or General Agent | 9901 IH 10, STE. 800 | San Antonio | TX | 78230 |
| Concept Windows Siding & Roofing LLC | Attn: Officer, Managing or General Agent | 9900 Spectrum Dr. | Austin | TX | 78717 |
| Consumers Unified LLC D/B/A Consumeraffairs.com | Attn: Officer, Managing or General Agent | 297 Kingsbury Grade, Suite 1025, Mailbox 4470 | Lake Tahoe | NV | 89449 |
| Consumers Unified LLC D/B/A Consumeraffairs.com | Attn: Officer, Managing or General Agent | 701 S Carson St., Ste. 200 | Carson City | NV | 89701 |
| Consumers Unified LLC D/B/A Consumeraffairs.com | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company, 1209 Orange | Wilmington | DE | 19801 |
| Container Systems, Inc. | Attn: Officer, Managing or General Agent | 205 E Burlington Ave POB 366 | Westmont | IL | 60559 |
| Container Systems, Inc. | Attn: Officer, Managing or General Agent | Dept 20 5020, P.O. Box 5988 | Carol Stream | IL | 60197 |
| Container Systems, Inc. | Attn: Registered or Authorized Agent | 1013 Centre Rd., Ste. 403-A | Wilmington | DE | 19805 |
| Coral Way Associates Ltd. | Attn: Officer, Managing or General Agent | 2913 NE 157Th Street | Vancouver | WA | 98686 |
| Coral-Cs / Ltd. Associates | Attn: Officer, Managing or General Agent | 225 W Washington Street | Indianapolis | IN | 46204 |
| Coral-Cs / Ltd. Associates | Attn: Officer, Managing or General Agent | 867520 Reliable Parkway | Chicago | IL | 60686-0075 |
| Corley Construction, Inc. D/B/A Corley Heating & Air | Attn: Officer, Managing or General Agent | 2309 S Ola Road | Locust Grove | GA | 30248 |
| Countertops Unlimited Of Texas, Inc. | Attn: Officer, Managing or General Agent | 21606 Tomball Pkwy Ste A | Houston | TX | 77070 |
| Countertops Unlimited Of Texas, Inc. | Attn: Registered or Authorized Agent | 11202 Olde Mint House Lane | Tomball | TX | 77375 |
| Countertops Unlimited Of Texas, Inc. | Attn: Officer, Managing or General Agent | 1501 Eagle Ct., Suite 1102 | Lewisville | TX | 75057 |
| Curran Renovations LLC | Attn: Officer, Managing or General Agent | 4482 Carl Booker Rd | Milton | FL | 32583 |
| CW Joint Venture LLC | Attn: Officer, Managing or General Agent | 212 East Third Street, Suite 300 | Cinc.Innati | OH | 45202 |

| CW Joint Venture LLC | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
|---|---|---|---|---|---|
| CW Joint Venture LLC | Attn: Officer, Managing or General Agent | P.O. Box 5543 | Carol Stream | IL | 60197 |
| D & A Contracting | Attn: Officer, Managing or General Agent | 4119 W 6480 S | Salt Lake City | UT | 84129 |
| Dan Post Boot Company | Attn: Officer, Managing or General Agent | 1751 Alpine Dr | Clarksville | TN | 37040 |
| Dan Post Boot Company | Attn: Officer, Managing or General Agent | C/O Fidelity Bank, 207 North Main Street | Mount Gilead | NC | 27306 |
| Dariusz Borkowski | Attn: Officer, Managing or General Agent | 61 Taylor St | Chicopee | MA | 01020 |
| Dave Mancia | Attn: Officer, Managing or General Agent | 11938 Sierra Sky Dr | Whittier | CA | 90601 |
| David L Marble | Attn: Officer, Managing or General Agent | 13511 Greenway Dr | Sugar Land | TX | 77498 |
| Declue Construction LLC | Attn: Officer, Managing or General Agent | 1434 Viking Dr | Holiday | FL | 34691 |
| Defined Countertops Inc. | Attn: Officer, Managing or General Agent | 5264 Independence St | Maple Plain | MN | 55359 |
| Delta Packaging Inc. | Attn: Officer, Managing or General Agent | 5414 Brendlynn Drive | Suwanee | GA | 30024 |
| Delta Packaging Inc. | Attn: Registered or Authorized Agent | 593 Main Street | Suwanee | GA | 30024 |
| Dennemeyer & Co. LLC | Attn: Officer, Managing or General Agent | 2 North Riverside Plaza, Suite 1500 | Chicago | IL | 60606 |
| Dennemeyer & Co. LLC | Attn: Registered or Authorized Agent | 208 So Lasalle St., Suite 814 | Chicago | IL | 60604 |
| Dentalcare Partners Inc. | Attn: Officer, Managing or General Agent | 5875 Landerbrook Dr Ste 250 | Mayfield Heights | OH | 44124 |
| DGS Heartland Woodcraft LLC | Attn: Officer, Managing or General Agent | 529 North River Road | West Bend | WI | 53090 |
| Dice Career Solutions, Inc. | Attn: Officer, Managing or General Agent | 6465 S. Greenwood Plaza Blvd, Suite 400 | Centennial | CO | 80111 |
| Dice Career Solutions, Inc. | Attn: Officer, Managing or General Agent | 7700 E Arapahoe Rd., Ste. 220 | Centennial | CO | 80112-1268 |
| Dice Career Solutions, Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company, 1209 Orange | Wilmington | DE | 19801 |
| Discover Marble and Granite Inc. | Attn: Officer, Managing or General Agent | 4 Latti Farm Rd | Millbury | MA | 01527 |
| Discover Marble and Granite Inc. | Attn: Registered or Authorized Agent | 259 SW Cutoff | Millbury | MA | 01527 |
| Donerightsidingandwindows, Inc. | Attn: Officer, Managing or General Agent | 2515 Edwardsville Rd. | Hardy | VA | 24101 |
| Dukers Appliance Co., USA Ltd | Attn: Officer, Managing or General Agent | 2488 Peck Road | City Of Industry | CA | 90601 |
| Dukers Appliance Co., USA Ltd | Attn: Registered or Authorized Agent | 651 N Broad St., Suite 206 | Middletown | DE | 19709 |
| Dukers Appliance Co., USA Ltd | Attn: Officer, Managing or General Agent | 2856 Wagon Train Lane | Diamond Bar | CA | 91765 |
| Dunn Carney Allen Higgins & Tongue LLP | Attn: Officer, Managing or General Agent | 851 SW 6th Ave, Ste. 1500 | Portland | OR | 97204 |
| Dxd Investments, LLC | Attn: Officer, Managing or General Agent | 12705 Robin Ln | Brookfield | WI | 53005 |
| Dxd Investments, LLC | Attn: Registered or Authorized Agent | 14230 Wisconsin Ave | Elm Grove | WI | 53122 |
| Dxd Investments, LLC | Attn: Officer, Managing or General Agent | P.O. Box 5011 | Elm Grove | WI | 53122 |
| Dylan Parish | Attn: Officer, Managing or General Agent | 8212 Clubview Dr | Olive Branch | MS | 38654 |
| East-Gate Electric | Attn: Officer, Managing or General Agent | 1854 NE 127th Ave. | Portland | OR | 97230 |
| East-Gate Electric | Attn: Officer, Managing or General Agent | 1122 NE 122nd Ave. | Portland | OR | 97230 |
| East-Gate Electric | Attn: Officer, Managing or General Agent | P.O. Box 30581 | Portland | OR | 97030 |
| Edwin Samayoa | Attn: Officer, Managing or General Agent | 7722 N Palafox St | Pensacola | FL | 32534 |
| Eforcity Corporation | Attn: Officer, Managing or General Agent | 12336 Lower Azusa Rd | Arcadia | CA | 91006 |
| Elite Enterprises Inc. | Attn: Officer, Managing or General Agent | 3838 Williams St | Denver | CO | 80205-3455 |
| Elite Enterprises Inc. | Attn: Officer, Managing or General Agent | 3551 South Monaco Parkway | Denver | CO | 80237 |
| Elite Enterprises Inc. | Attn: Registered or Authorized Agent | 13918 E Mississippi Ave, Suite 301 | Aurora | CO | 80012 |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | Attn: Officer, Managing or General Agent | 15362 190th Ave | Elk River | MN | 55330 |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | Attn: Registered or Authorized Agent | 20605 County Road 15 | Elk River | MN | 55330 |
| EMAC Construction LLC | Attn: Officer, Managing or General Agent | 5807 East Pine Drive | Riverdale | MD | 20737 |
| EMAC Construction LLC | Attn: Officer, Managing or General Agent | 5607 Monroe St. | Hyattsville | MD | 20784 |
| Empire Countertops, LLC | Attn: Officer, Managing or General Agent | 1137 Enterprise Drive | Pilot Point | TX | 76258 |
| Endeavor Tool Company LLC | Attn: Officer, Managing or General Agent | 18 Worcester Street | West Boylston | MA | 01583 |
| Energy Solution Group | Attn: Officer, Managing or General Agent | 13053 Avenida Del General | San Diego | CA | 92129 |
| Environmental Waste Services LLC | Attn: Officer, Managing or General Agent | 3375 W 74th St | Tulsa | OK | 74132 |
| Environmental Waste Services LLC | Attn: Officer, Managing or General Agent | P.O. Box 66 | Oakhurst | OK | 74050 |

| | | | | | |
|---|---|---|---|---|---|
| EOS Products LLC | Attn: Officer, Managing or General Agent | 19 West 44th Street, Suite 811 | New York | NY | 10036 |
| Evergreen USA LLC | Attn: Officer, Managing or General Agent | 380 Mountain Road, UNIT 206 | Union City | NJ | 07087 |
| Evergreen USA LLC | Attn: Registered or Authorized Agent | 2711 Centerville Rd, Ste 400 | Wilmington | DE | 19808 |
| Facility Products and Services LLC | Attn: Officer, Managing or General Agent | 330 Newton St | Canfield | OH | 44406 |
| Facility Products and Services LLC | Attn: Officer, Managing or General Agent | P.O. Box 3822 | Boardman | OH | 44513 |
| FCR Roofing & Construction, LLC | Attn: Officer, Managing or General Agent | 3604 W 156th St | Overland Park | KS | 66224 |
| Fingerprint Communications, LLC | Attn: Officer, Managing or General Agent | 1017 N La Cienega Blvd, Ste 300 | West Hollywood | CA | 90069 |
| Fingerprint Communications, LLC | Attn: Officer, Managing or General Agent | 107 N Swall Dr., Apt 105 | Los Angeles | CA | 90048 |
| Florida Atlantic Air Conditioning and Repair Corp. | Attn: Officer, Managing or General Agent | 11740 SW 110th Ln | Miami | FL | 33186 |
| Florida Roof, LLC | Attn: Officer, Managing or General Agent | 224 S Highway 97 | Cantonment | FL | 32533 |
| Foundation Consumer Healthcare LLC | Attn: Officer, Managing or General Agent | 1190 Omega Dr | Pittsburgh | PA | 15205 |
| Foundation Consumer Healthcare LLC | Attn: Registered or Authorized Agent | 850 New Burton Road, Suite 201 | Dover | DE | 19904 |
| Foundation Consumer Healthcare LLC | Attn: Officer, Managing or General Agent | P.O. Box 826614 | Philadelphia | PA | 19182 |
| Front Range Electric Inc. | Attn: Officer, Managing or General Agent | 1360 Rangely Dr | Colorado Springs | CO | 80921 |
| G & M Appliance Supply Inc. | Attn: Officer, Managing or General Agent | 1119 Ordway Street | Albany | CA | 94706 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Officer, Managing or General Agent | 7950 Jones Branch Drive | Mclean | VA | 22107 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Officer, Managing or General Agent | Memphis Commercial Appeal, 651 N Boonville | Springfield | MO | 65806 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Officer, Managing or General Agent | 495 Union Avenue | Memphis | TN | 38103 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Officer, Managing or General Agent | 119 S Main Street, Suite 300 | Memphis | TN | 38103 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Registered or Authorized Agent | C/O CT Corporation System, 300 Montvue Road | Knoxville | TN | 37919 |
| Georgia Subsequent Injury Trust Fund | Attn: Officer, Managing or General Agent | 285 Peachtree Center Avenue NE | Atlanta | GA | 30303 |
| Georgia Subsequent Injury Trust Fund | Attn: Officer, Managing or General Agent | Marquis Two Tower, Suite 1250, 285 Peachtree Center Ave. NE | Atlanta | GA | 30303 |
| Georgia Subsequent Injury Trust Fund | Attn: Officer, Managing or General Agent | P.O. Box 100111 | Atlanta | GA | 30384 |
| Gerardo Almaguer | Attn: Officer, Managing or General Agent | 6802 Belle Glen Dr. | Houston | TX | 77072 |
| Gipson Heating and Cooling Inc. | Attn: Officer, Managing or General Agent | 58112 36th Ave. | Bangor | MI | 49013 |
| Giraldo Quintana | Attn: Officer, Managing or General Agent | 2550 S. Douglas Road | Coral Cables | FL | 33134 |
| Giraldo Quintana | Attn: Officer, Managing or General Agent | 1625 NW 107th Ave. | Miami | FL | 33172 |
| GMG HVAC Inc. | Attn: Officer, Managing or General Agent | 1218 Hyman Avenue | Bay Shore | NY | 11706 |
| GMG HVAC Inc. | Attn: Officer, Managing or General Agent | 1055 Stewart Ave., Ste. 4 | Bethpage | NY | 11714 |
| Gordon Sinift | Attn: Officer, Managing or General Agent | 32603 Weston Court | Fulshear | TX | 77441 |
| Goscha Enterprises, L.L.C. D/B/A GE Goscha | Attn: Officer, Managing or General Agent | 11590 West 175th Street | Olathe | KS | 66062 |
| Granite America Ohio LLC | Attn: Officer, Managing or General Agent | 111 Terrace Dr. | Cincinnati | OH | 45215 |
| Graypoint Construction Inc. | Attn: Officer, Managing or General Agent | 1592 N Tustin St., Unit B | Orange | CA | 92867 |
| Graypoint Construction Inc. | Attn: Officer, Managing or General Agent | 2923 Saturn St., Suite H | Brea | CA | 92821 |
| Graypoint Construction Inc. | Attn: Registered or Authorized Agent | 19975 Via Monita | Yorba Linda | CA | 92887 |
| Greg Watkins | Attn: Officer, Managing or General Agent | 25929 E 58th St. S | Broken Arrow | OK | 74014 |
| H T R Mechanical LLC | Attn: Officer, Managing or General Agent | 34 Twin Leaf Ln. | Levittown | PA | 19054 |
| Hairstylists Management Systems, Inc. | Attn: Officer, Managing or General Agent | 12700 Industrial Park Blvd 10 | Minneapolis | MN | 55441 |
| Hana Financial, Inc. | Attn: Officer, Managing or General Agent | 1000 Wilshire Blvd., 20th Fl. | Los Angeles | CA | 90017 |
| Heaven S Breeze A C & Heating LLC | Attn: Officer, Managing or General Agent | 4822 N Hale Ave. | Tampa | FL | 33614 |
| Heely-Brown Company | Attn: Officer, Managing or General Agent | 1280 Chattahoochee Ave. NW | Atlanta | GA | 30318 |
| Herbert Meyer | Attn: Officer, Managing or General Agent | 4326 Wingate Rd. | Louisville | KY | 40207 |
| Home Improvements By Duane And Adam LLC D/B/A Home Improvements By Duane | Attn: Officer, Managing or General Agent | 8144 Gina Dr. | Racine | WI | 53406 |
| Howen Enterprise | Attn: Officer, Managing or General Agent | 590B Dillingham Boulevard | Honolulu | HI | 96817 |
| Hunters Ridge of Ocala Ltd. | Attn: Officer, Managing or General Agent | 2603 SE 17th Street, Suite A | Ocala | FL | 34471 |
| HVAC Repairs LLC | Attn: Officer, Managing or General Agent | 217 Crestwood Arch | Lexington | SC | 29073 |
| Hy Ko Products Company | Attn: Officer, Managing or General Agent | 60 Meadow Lane | Northfield | OH | 44067 |
| Hye Class Carpet Contractor | Attn: Officer, Managing or General Agent | 7262 N Ila Ave. | Fresno | CA | 93711 |
| Ibertile Ceramic | Attn: Officer, Managing or General Agent | Ave. De Diego 256 Puerto Nuevo | San Juan | PR | 00920 |

| | | | | | |
|---|---|---|---|---|---|
| Ibrahim Khwaja | Attn: Officer, Managing or General Agent | 718 Walt Whitman Road | Melville | NY | 11747 |
| Ibrahim Khwaja | Attn: Officer, Managing or General Agent | 425 N Broadway, Unit 685 | Jericho | NY | 11753 |
| Ideal Floorcovering LLC | Attn: Officer, Managing or General Agent | 1498 Greenview Dr. | Woodburn | OR | 97071 |
| Ideal Floorcovering LLC | Attn: Registered or Authorized Agent | 1523 Audrey Way | Woodburn | OR | 97071 |
| Ideal Marble, Inc. | Attn: Officer, Managing or General Agent | 3411 3rd Ave. NW | Naples | FL | 34120 |
| Ideal Marble, Inc. | Attn: Officer, Managing or General Agent | 2100 Trade Center Way, Unit G | Naples | FL | 34109 |
| Ideal Marble, Inc. | Attn: Registered or Authorized Agent | 12355 Collier Blvd, Suite H | Naples | FL | 34116 |
| Infinite Peripherals, Inc. | Attn: Officer, Managing or General Agent | 2312 Touhy Ave. | Elk Grove Village | IL | 60007 |
| Infinite Peripherals, Inc. | Attn: Registered or Authorized Agent | 500 W Madison St, #3700 | Chicago | IL | 60661 |
| Infinite Peripherals, Inc. | Attn: Officer, Managing or General Agent | 3104 N Arlington Height Rd, | Arlington Heights | IL | 60004 |
| Infinite Peripherals, Inc. | Attn: Officer, Managing or General Agent | C/O Goldstein & Mcclintock LLLP, 375 Park Avenue | New York | NY | 10152 |
| Infinite Peripherals, Inc. | Attn: Officer, Managing or General Agent | 2312 Tuohy Avenue | Elk Grove Village | IL | 60007 |
| Infinitude Creative Group, LLC | Attn: Officer, Managing or General Agent | 1820 Preston Park Blvd, Ste. 2100 | Plano | TX | 75093 |
| Installation Corp. & Construction LLC | Attn: Officer, Managing or General Agent | 630 Longdale Ave. | Longwood | FL | 32750 |
| Intelex Technologies Inc. | Attn: Officer, Managing or General Agent | 2000 S Colorado Boulevard, Tower 1, Suite 2000 | Denver | CO | 80222 |
| Intelex Technologies Inc. | Attn: Officer, Managing or General Agent | 70 University Avenue, Suite 800 | Toronto | ON | M5J 2M4 |
| Intelex Technologies Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
| Intelex Technologies Inc. | Attn: Registered or Authorized Agent | C/O Capitol Corporate Services, Inc., 36 South 18th Avenue, Suite D | Brighton | CO | 80601 |
| Interactive Communications International, Inc. | Attn: Officer, Managing or General Agent | 250 Williams Street, Ste. M | Atlanta | GA | 30303 |
| Interactive Communications International, Inc. | Attn: Officer, Managing or General Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
| Interactive Communications International, Inc. | Attn: Officer, Managing or General Agent | P.O. Box 935359 | Atlanta | GA | 31193 |
| Interactive Communications International, Inc. | Attn: Officer, Managing or General Agent | 250 Williams St. NW | Atlanta | GA | 30303 |
| Interactive Communications International, Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 40 Technology Parkway South, Suite 300 | Norcross | GA | 30092 |
| Iolani Sportswear Limited | Attn: Officer, Managing or General Agent | 1234 Kona St. | Honolulu | HI | 96814 |
| IQ Accessories Inc. | Attn: Officer, Managing or General Agent | 10799 Bren Road East | Minnetonka | MN | 55343 |
| Irish Downs, Inc. | Attn: Officer, Managing or General Agent | 1429 N Market Blvd. #9 | Sacramento | CA | 95834 |
| Iron City Construction LLC | Attn: Officer, Managing or General Agent | 1501 Medford Ave. | Youngstown | OH | 44514 |
| Isidro Ramirez | Attn: Officer, Managing or General Agent | 3802 Key West Way | Converse | TX | 78109 |
| J Cee Air Conditioning and Heating LLC | Attn: Officer, Managing or General Agent | 10A Charles St. | Lodi | NJ | 07644 |
| Jack Ochodnicky Electric LLC | Attn: Officer, Managing or General Agent | 12855 Harvard Ave. NE | Cedar Springs | MI | 49319 |
| James W. Penn | Attn: Officer, Managing or General Agent | 2192 Parkway Lake Dr., Ste. J | Hoover | AL | 35244 |
| James Youngs | Attn: Officer, Managing or General Agent | 19534 Silver Ranch Rd, | Conifer | CO | 80433 |
| Jane Y Li O.D. | Attn: Officer, Managing or General Agent | 6411 Grant Wood Street | Bakersfield | CA | 93312 |
| Jason McBride | Attn: Officer, Managing or General Agent | 26 Kathy Ct. | Saint Peters | MO | 63376 |
| Javier Hernandez | Attn: Officer, Managing or General Agent | 116 W Main St. | Pen Argyl | PA | 18072 |
| Jay Blass | Attn: Officer, Managing or General Agent | 2910 Barrister La. | Bowie | MD | 20715 |
| JC Heating & Air Conditioning LLC | Attn: Officer, Managing or General Agent | 4275 River Road | Clinton | LA | 70722 |
| JC Heating & Air Conditioning LLC | Attn: Registered or Authorized Agent | Box 44 | Denham Springs | LA | 70727 |
| JC Heating & Air Conditioning LLC | Attn: Officer, Managing or General Agent | 900 Commercial Way #E | Santa Cruz | LA | 95060 |
| Jemmys HVAC Corp. | Attn: Officer, Managing or General Agent | 76 Lodi St. | Hackensack | NJ | 07601 |
| Jenkins R W Heating | Attn: Officer, Managing or General Agent | 14302 Boydton Plank Road | Dinwiddie | VA | 23841 |
| Jimmy Q Vu O.D. | Attn: Officer, Managing or General Agent | 11322 Lakeport Drive | Riverside | CA | 92505 |
| Jorge Hosegera | Attn: Officer, Managing or General Agent | 15627 Horace Street | Granada Hills | CA | 91344-5431 |
| Jose Rivera Mandes Ingenieria, P.S.C. D/B/A Ing Jose Rivera Mandes | Attn: Officer, Managing or General Agent | 2 Via Pedregal, Apt. 2603 | Trujillo Alto | PR | 00976 |
| JPHowell and Associates Inc. | Attn: Officer, Managing or General Agent | 14884 Aster Ave. | Allen Park | MI | 48101 |
| JRF Properties, LLC | Attn: Officer, Managing or General Agent | 116 Agnes Rd. | Knoxville | TN | 37919 |
| Juan Manuel Estrada | Attn: Officer, Managing or General Agent | 109 Sally Ln. | Brownsville | TX | 78521 |

| | | | | | |
|---|---|---|---|---|---|
| Juan Manuel Estrada | Attn: Officer, Managing or General Agent | 109 Sally Ln. | Brownsville | TX | 78521 |
| Juan Olivas | Attn: Officer, Managing or General Agent | 11868 Keough Dr. | Northglenn | CO | 80233 |
| Kalil Bottling Co. | Attn: Officer, Managing or General Agent | 931 S Highland Ave. | Tucscon | AZ | 85719 |
| Kalil Bottling Co. | Attn: Officer, Managing or General Agent | P.O. Box 26888 | Tucson | AZ | 85726 |
| Kalil Bottling Co. | Attn: Officer, Managing or General Agent | 931 S Highland Ave. | Tucson | AZ | 85726 |
| Kandy Koehn Reddoch | Attn: Officer, Managing or General Agent | 24118 Anchor Ranch | Hockley | TX | 77447 |
| Kazoo, Inc. | Attn: Officer, Managing or General Agent | 4900 S 9th Street | Kalamazoo | MI | 49009 |
| KB Air & Heating, LLC | Attn: Officer, Managing or General Agent | 20427 Quinlan St. | Orlando | FL | 32833 |
| Kendall Q Carter Contracting LLC | Attn: Officer, Managing or General Agent | 528 Rockets St. | Galloway | OH | 43119 |
| Khanh Cong Pham | Attn: Officer, Managing or General Agent | 901 US 27 NO Ste. 130 | Sebring | FL | 33870 |
| Kings Construction | Attn: Officer, Managing or General Agent | 240 N 7th St. | Harrisburg | OR | 97446 |
| Kings Construction | Attn: Registered or Authorized Agent | 36387 Pine Grove Ln. | Ocean View | DE | 19970 |
| Kings Construction | Attn: Officer, Managing or General Agent | 210 Sarah Lane | Lakeside | OR | 97449 |
| KS Design Remodeling Inc. | Attn: Officer, Managing or General Agent | 13317 Tivoli Fountain Ct. | Germantown | MD | 20874 |
| KS Design Remodeling Inc. | Attn: Officer, Managing or General Agent | 1063 Little Patuexent Parkway, Suite 249 | Columbia | MD | 21044 |
| KS Heating and Air Conditioning, Inc. | Attn: Officer, Managing or General Agent | 14925 Baker Creek Rd. | McMinnville | OR | 97128 |
| Kung Chae | Attn: Officer, Managing or General Agent | 1012 Worsham Green Terr. | Midlothian | VA | 23114 |
| Kw Home Improvement Ltd. | Attn: Officer, Managing or General Agent | 203 Doddridge Rd. | Heath | OH | 43056 |
| KW Home Improvement Ltd. | Attn: Registered or Authorized Agent | 131 Orchard St. | Newark | OH | 43055 |
| Larry Methvin Installation Inc. | Attn: Officer, Managing or General Agent | 501 Kettering Drive | Ontario | CA | 91761 |
| Lawrence Williams | Attn: Officer, Managing or General Agent | 6571 Misslow CV. | Millington | TN | 38053 |
| Leader Electrical Contractors Inc. D/B/A Leader Electrical | Attn: Officer, Managing or General Agent | 50 Banta Pl. | Berganfield | NJ | 07621 |
| Leick Furniture, Inc. | Attn: Officer, Managing or General Agent | 2219 South 19th Street | Sheboygan | WI | 53081 |
| Lester Schoenherr | Attn: Officer, Managing or General Agent | 428 N Arlington Heights Rd. | Itasca | IL | 60143 |
| Lift Trucks & Parts, Inc. | Attn: Officer, Managing or General Agent | 1753 Ave. Jesus T. Pinero | San Juan | PR | 00920 |
| Liviu Irimia | Attn: Officer, Managing or General Agent | 13971 Morgan Dr. | Splendora | TX | 77372 |
| Luis Miguel Ibarra 1618 | Attn: Officer, Managing or General Agent | 100 Vintage Faire Mall | Modesto | CA | 95356 |
| Luxe Media Group LLC | Attn: Officer, Managing or General Agent | 3731 NW 8th Ave. | Boca Raton | FL | 33431 |
| Luxe Media Group LLC | Attn: Officer, Managing or General Agent | P.O. Box 844651 | Boston | MA | 02284-4651 |
| Mackey Investments Sears, LLC | Attn: Officer, Managing or General Agent | 2087 E. 250 N | Layton | UT | 84040 |
| Magic Air Heating, Air Conditioning & Refrigeration Of WVa LLC D/B/A Magic Air | Attn: Officer, Managing or General Agent | 1414 Avery Street | Parkersburg | WV | 26101 |
| Maintain It Roof Systems | Attn: Officer, Managing or General Agent | 11280 W 81st St. S | Sapulpa | OK | 74066 |
| Majdi Benachour | Attn: Officer, Managing or General Agent | 6881 Dogwood Cliff Ln. | Dickinson | TX | 77539 |
| Mann + Hummell Purolator Filters LLC | Attn: Officer, Managing or General Agent | 3200 Natal Street | Fayetteville | NC | 28306 |
| Mardan Services Group Corp. | Attn: Officer, Managing or General Agent | 10542 W 63Rd., Apt. 1 | Arvada | CO | 80004 |
| Mardan Services Group Corp. | Attn: Registered or Authorized Agent | 5694 Kipling Parkway, #206 | Arvada | CO | 80002 |
| Mcdermott Top Shop LLC | Attn: Officer, Managing or General Agent | 200 A Main Street | Sullivan | WI | 53178 |
| Mcdermott Top Shop LLC | Attn: Officer, Managing or General Agent | 420 Generac Way | Jefferson | WI | 53549 |
| Mdm Garage Doors, LLC | Attn: Officer, Managing or General Agent | 200 Chauecer Ln. | Matthews | NC | 28104 |
| Melitta Inc. | Attn: Officer, Managing or General Agent | 13925 58th Street N | Clearwater | FL | 33760 |
| Melitta Inc. | Attn: Officer, Managing or General Agent | P.O. Box 102986 | Atlanta | GA | 30368 |
| Michael's Flooring Service LLC | Attn: Officer, Managing or General Agent | 5714 134th Pl. SE, Suite A18 | Everett | WA | 98208 |
| Michael's Flooring Service LLC | Attn: Registered or Authorized Agent | 13922 54th Ave. SE | Everett | WA | 98208 |
| Micheal A. Simmonds, Co. | Attn: Officer, Managing or General Agent | 1920 Bassin Triangle | Christiansted | VI | 00820 |
| Micheal A. Simmonds, Co. | Attn: Officer, Managing or General Agent | P.O. Box 6160 | St Thomas | VI | 00804 |
| Mike Hunger | Attn: Officer, Managing or General Agent | 38 Westerly Dr. | Sicklerville | NJ | 08081 |
| Mile High Home Maintenance Inc. | Attn: Officer, Managing or General Agent | 8682 S Sandy Parkway | Sandy | UT | 84070 |
| Mile High Home Maintenance Inc. | Attn: Officer, Managing or General Agent | 8827 South Pagoda Tree Lane | West Jordan | UT | 84088 |

| | | | | | |
|---|---|---|---|---|---|
| Mitchell Okerlund | Attn: Officer, Managing or General Agent | 37 Lakeview | Stansbury Park | UT | 84074 |
| ML Installers NY, Inc. | Attn: Officer, Managing or General Agent | 105 Richmond Street | Brockton | MA | 02301 |
| ML Installers NY, Inc. | Attn: Officer, Managing or General Agent | 36 Ames St. | Brockton | MA | 02301 |
| MMC Mechanical Contractors, Inc. | Attn: Officer, Managing or General Agent | 9751 S 142nd Street | Omaha | NE | 68138 |
| MMC Mechanical Contractors, Inc. | Attn: Officer, Managing or General Agent | 13800 Wayandotte St. | Kansas City | MO | 64145 |
| Mogi Branding LLC | Attn: Officer, Managing or General Agent | 2158 Cumberland Pkwy SE #7307 | Atlanta | GA | 30339 |
| Moore Granite & Tile LLC D/B/A Crowne Kitchen And Bath | Attn: Officer, Managing or General Agent | 9317 S Eastern Ave. | Moore | OK | 73160 |
| Morrow Meadows Corp. | Attn: Officer, Managing or General Agent | 231 Benton Court | City Of Industry | CA | 91789 |
| Moses A C | Attn: Officer, Managing or General Agent | 5307 Havenwoods Dr. | Houston | TX | 77066 |
| NAPC, Inc. | Attn: Officer, Managing or General Agent | 307 Waverley Oaks Rd., Ste. 105 | Waltham | MA | 02452 |
| Nationwide Lift Trucks Inc. | Attn: Officer, Managing or General Agent | 3900 N 28th Ter. | Hollywood | FL | 33020 |
| Nationwide Lift Trucks Inc. | Attn: Officer, Managing or General Agent | 6341 Arc Way | Ft Myers | FL | 33966 |
| Nature's Mark LLC | Attn: Officer, Managing or General Agent | 2358 East Walnut Ave. | Fullerton | CA | 92831 |
| Nature's Mark LLC | Attn: Officer, Managing or General Agent | 9999 Bellair Blvd., Suite 908 | Houston | TX | 77036 |
| Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling | Attn: Officer, Managing or General Agent | 4335 E Wood St. | Phoenix | AZ | 85040 |
| Naumann/Hobbs Material Handling Corporation II, Inc. D/B/A Naumann Hobbs Material Handling | Attn: Officer, Managing or General Agent | Dept 710007, P.O. Box 514670 | Los Angeles | CA | 90051-4670 |
| Neil Kravitz Group Sales, Inc. | Attn: Officer, Managing or General Agent | 412 S Cooper Ave. | Cincinnati | OH | 45215 |
| New Horizons Computer Learning Centers, Inc. | Attn: Officer, Managing or General Agent | 100 South Pine Island Road, Suite 200 | Plantation | FL | 33324 |
| New Horizons Computer Learning Centers, Inc. | Attn: Officer, Managing or General Agent | 8211 W Broward Blvd, Ste. 210 | Plantation | FL | 33324 |
| New Horizons Computer Learning Centers, Inc. | Attn: Registered or Authorized Agent | 1201 Hays Street | Tallahassee | FL | 32301 |
| Neway International Inc. | Attn: Officer, Managing or General Agent | 915 South Azusa Avenue | City Of Industry | CA | 91748 |
| Nikole S De Bole | Attn: Officer, Managing or General Agent | 120 Lockmeade Way | Fayetteville | GA | 30215 |
| Nilima Online Services Inc. | Attn: Officer, Managing or General Agent | 3422 Old Capitol Trail, #411 | Wilmington | DE | 19808 |
| Nilima Online Services Inc. | Attn: Officer, Managing or General Agent | 10 Cambridge Dr. | Howell | NJ | 07731 |
| Nilima Online Services Inc. | Attn: Registered or Authorized Agent | 3422 Old Capitol Trl., Ste. 700 | Wilmington | DE | 19808 |
| Noma Enterprises LLC | Attn: Officer, Managing or General Agent | 4136 Georgia Avenue, Apt. B | Kenner | LA | 70065 |
| Noma Enterprises LLC | Attn: Officer, Managing or General Agent | 6525 Park Manor Dr.,Apt 45 | Metairie | LA | 70003 |
| Nora Figueroa - Ceron | Attn: Officer, Managing or General Agent | 8422 Glen Shadow | San Antonio | TX | 78239 |
| Northwest Permit Inc. | Attn: Officer, Managing or General Agent | 9808 31St. Ave. SE | Everett | WA | 98208 |
| Northwest Permit Inc. | Attn: Officer, Managing or General Agent | 1026 SW 151St St. | Burien | WA | 98166 |
| Northwest Remodel Guys, LLC | Attn: Officer, Managing or General Agent | 11416 19th Ave. Ct. S | Tacoma | WA | 98444 |
| Northwest Remodel Guys, LLC | Attn: Officer, Managing or General Agent | 11416 19th Avenue, Ct. S | Tacoma | WA | 98444 |
| Nu Vision Contracting Services, LLC | Attn: Officer, Managing or General Agent | 5568 Green Brothers Blvd. | Galloway | OH | 43119 |
| Nuwave Heating & Cooling, Inc. | Attn: Officer, Managing or General Agent | 4789 Main St., Suite 2 | Springfield | OR | 97478 |
| Nuwave Heating & Cooling, Inc. | Attn: Officer, Managing or General Agent | P.O. Box 111 | Springfield | OR | 97477 |
| NYL Holdings, LLC | Attn: Officer, Managing or General Agent | 99 W Hawthorne Ave. #202 | Valley Stream | NY | 11580 |
| Oeffinger Crone Heating & Cooling Inc. D/B/A Oeffinger And Crone | Attn: Officer, Managing or General Agent | 1601 Beechwood Ave. | New Albany | IN | 47150 |
| One Planet OPS Inc. | Attn: Officer, Managing or General Agent | 1820 Bonanza St. | Walnut Creek | CA | 94596 |
| Openers Plus Inc. | Attn: Officer, Managing or General Agent | 486 Sanborn Ave. | Rochester | NY | 14609 |
| Orban's Nursery, Inc. | Attn: Officer, Managing or General Agent | 9601 9th Ave. NW | Bradenton | FL | 34209 |
| Orban's Nursery, Inc. | Attn: Officer, Managing or General Agent | 9607 9th Ave NW | Bradenton | FL | 34209 |
| Outsell Consulting, Inc. | Attn: Officer, Managing or General Agent | 289 Corona Ave. | Long Beach | CA | 90803 |
| Outsell Consulting, Inc. | Attn: Registered or Authorized Agent | 5318 E 2nd Street, #408 | Long Beach | CA | 90803 |
| Owen W. Brunk | Attn: Officer, Managing or General Agent | 5752 Taneytown Pike | Taneytown | MD | 21787 |
| Pahoua Vue O D | Attn: Officer, Managing or General Agent | 473 Brookdale Dr. | Merced | CA | 95340 |
| Partney Heating and Cooling LLC | Attn: Officer, Managing or General Agent | 422 Huntington Trails Dr. | Festus | MO | 63028 |
| Partney Heating and Cooling LLC | Attn: Officer, Managing or General Agent | 1359 Mcnutt St. | Herculaneum | MO | 63048 |

| | | | | | |
|---|---|---|---|---|---|
| Partney Heating and Cooling LLC | Attn: Registered or Authorized Agent | 1104 Truman | Crystal City | MO | 63019 |
| Paul Carte | Attn: Officer, Managing or General Agent | 251 W Neff St., PO Box 22 | Morral | OH | 43337 |
| Pavel Villagomez | Attn: Officer, Managing or General Agent | 14229 Industry St. | Houston | TX | 77053 |
| Payless Construction, Inc. | Attn: Officer, Managing or General Agent | 12213 Graystone Ave. | Norwalk | CA | 90650 |
| Perio, Inc. | Attn: Officer, Managing or General Agent | 6156 Wilcox Rd. | Dublin | OH | 43016 |
| Perio, Inc. | Attn: Officer, Managing or General Agent | 6156 Wilcox Rd. | Dublin | OH | 43016 |
| Perry Kessler | Attn: Officer, Managing or General Agent | 6505 W 134th Street | Overland Park | KS | 66209 |
| Philco Installation LLC | Attn: Officer, Managing or General Agent | 4719 W Granada Hills Ct. | West Jordan | UT | 84088 |
| Phillip J. Dewhurst | Attn: Officer, Managing or General Agent | 1152 Hill Rd. N | Pickerington | OH | 43147 |
| Pierson Tops | Attn: Officer, Managing or General Agent | 10720 Bethel Burley Rd. SE | Pot Orchard | WA | 98367 |
| Plum Group, LLC | Attn: Officer, Managing or General Agent | 5041 South State Road 7, #424 | Davie | FL | 33314 |
| Precision Air Comfort LLC | Attn: Officer, Managing or General Agent | 178 Birch Ave. | Northfield | OH | 44067 |
| Pro Cabinets And Refacing LLC | Attn: Officer, Managing or General Agent | 1206 S Park | Gonzales | LA | 70737 |
| Project Resource Solutions, LLC | Attn: Officer, Managing or General Agent | 1133 W Vanburen | Chicago | IL | 60607 |
| Quality Handyman | Attn: Officer, Managing or General Agent | 22547 Welborne Manor Sq. | Ashburn | VA | 20148 |
| Quality HVAC Systems LLC | Attn: Officer, Managing or General Agent | 205 Michigan Ave. | Paterson | NJ | 07503 |
| Quality Mechanical Professionals Inc. | Attn: Officer, Managing or General Agent | 1536 Fayette St. | El Cajon | CA | 92020 |
| Quality Roofing And Services Inc. | Attn: Officer, Managing or General Agent | Calle Sosua No 44 Urb Estacios Del Bosque | Bayamon | PR | 00956 |
| Quality Roofing And Services Inc. | Attn: Registered or Authorized Agent | Urb. Estancias Del Bosque Calle Susua, # 44 | Bayamon | PR | 00956 |
| R & W Leasing Inc. | Attn: Officer, Managing or General Agent | 9104 Davenport St. | Omaha | NE | 68114 |
| R & W Leasing Inc. | Attn: Officer, Managing or General Agent | 8712 W Dodge Rd., Suite 300 | Omaha | NE | 68114 |
| R.C. Temperature Control Heating & Air Conditioning D/B/A R.C. Temperature Control | Attn: Officer, Managing or General Agent | 15 Harrison Place | Sparks | NV | 89436 |
| Rainbow Cotton Candy LLC | Attn: Officer, Managing or General Agent | 1335 N Mondel Dr. | Gilbert | AZ | 85233 |
| Rasmussen Exteriors | Attn: Officer, Managing or General Agent | 2914 3 Mile Rd. NW Suite 1 | Walker | MI | 49534 |
| Rasmussen Exteriors | Attn: Officer, Managing or General Agent | 1550 Taylor Ave. N | Grand Rapids | MI | 49505 |
| Rasmussen Exteriors | Attn: Registered or Authorized Agent | 18505 92nd Ave. | Coopersville | MI | 49404 |
| Red Ventures, LLC | Attn: Officer, Managing or General Agent | 1101 521 Corporate Ctr. Dr. | Fort Mill | SC | 29707 |
| Red Ventures, LLC | Attn: Officer, Managing or General Agent | 1101 Red Ventures Drive | Fort Mill | SC | 29707 |
| Red Ventures, LLC | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
| Red Ventures, LLC | Attn: Officer, Managing or General Agent | 1703 Laurel Street | Columbia | SC | 29201 |
| Redguard LLC | Attn: Officer, Managing or General Agent | 4340 S West St. | Wichita | KS | 67217 |
| Redguard LLC | Attn: Officer, Managing or General Agent | P.O. Box 733895 | Dallas | TX | 75391 |
| Republic National Distributor Co. LLC | Attn: Officer, Managing or General Agent | 441 Sw 12 Ave. | Deerfield Beach | FL | 33442 |
| Revimedia, Inc. | Attn: Officer, Managing or General Agent | 44 Wall Street, Suite 505 | New York | NY | 01005 |
| Revimedia, Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 |
| Rich Knapp LLC | Attn: Officer, Managing or General Agent | 14 E Church St. | Jamesburg | NJ | 08831 |
| Ricola Inc. | Attn: Officer, Managing or General Agent | 6 Campus Drive, #1 | Parsippany | NJ | 07054 |
| Ringgold Growers | Attn: Officer, Managing or General Agent | 526 Buchanan Hwy. | Dallas | GA | 30157 |
| Ringgold Growers | Attn: Registered or Authorized Agent | 279 Tucker Blvd. | Dallas | GA | 30157 |
| Ringgold Growers | Attn: Officer, Managing or General Agent | 526 Buchanan Highway | Dallas | GA | 30157 |
| Robert Murowsky | Attn: Officer, Managing or General Agent | 278 North Main St. | Thomaston | CT | 06787 |
| Robin Apple LLC | Attn: Officer, Managing or General Agent | 10206 Rockview Terrace | Cheltenham | MD | 20623 |
| Robyn L. Dragoo | Attn: Officer, Managing or General Agent | 27600 Novi Road Optic #1760 | Novi | MI | 48377 |
| Rockstep Capital Opportunity Fund I LLC | Attn: Officer, Managing or General Agent | 4501 Central Avenue | Hot Springs | AR | 71913 |
| Rockstep Capital Opportunity Fund I LLC | Attn: Registered or Authorized Agent | 850 New Burton Road, Suite 201 | Dover | DE | 19904 |
| Rockstep Janesville LLC | Attn: Officer, Managing or General Agent | 2500 Milton Ave. | Janesville | WI | 53545 |
| Rockstep Janesville LLC | Attn: Registered or Authorized Agent | 301 S Bedford Street, Suite 1 | Madison | WI | 53703 |
| Rockstep Meridian LLC | Attn: Officer, Managing or General Agent | 1201 Bonita Lakes Circle | Meridian | MS | 39301 |
| Rockstep Meridian LLC | Attn: Registered or Authorized Agent | 645 Lakeland East Drive, Suite 101 | Flowood | MS | 39232 |
| Roger D. Mckinley Jr | Attn: Officer, Managing or General Agent | 30262 Charles King Rd. | Albany | LA | 70711 |

| | | | | | |
|---|---|---|---|---|---|
| Roofconnect | Attn: Officer, Managing or General Agent | 44 Grant 65 | Sheridan | AR | 72150 |
| Roofconnect | Attn: Officer, Managing or General Agent | P.O. Box 908, 44 Grant 65 | Sheridan | AR | 72150 |
| Sam Mechanical Inc. | Attn: Officer, Managing or General Agent | 154 Remington Blvd., Ste. 1 | Ronkonkoma | NY | 11779 |
| Sandhills Comm Lawn Services Inc. | Attn: Officer, Managing or General Agent | 748 South River Road | Lillington | NC | 27546 |
| Schneider & Onofry, P.C. | Attn: Officer, Managing or General Agent | 365 E Coronado Road | Phoenix | AZ | 85004 |
| Scott Allen Walsh | Attn: Officer, Managing or General Agent | 604 Monnens Ave. | Shakopee | MN | 55379 |
| Securosis LLC | Attn: Officer, Managing or General Agent | 515 E Carefree Highway, Suite 766 | Phoenix | AR | 85085 |
| Securosis LLC | Attn: Registered or Authorized Agent | 9590 E Ironwood Sq. Dr., #105 | Scottsdale | AR | 85258 |
| Select Systems Technology, Inc. | Attn: Officer, Managing or General Agent | 390 Amapola Ave., Unit 5 | Torrance | CA | 90501 |
| Select Systems Technology, Inc. | Attn: Officer, Managing or General Agent | 23601 Moulton Pkwy., Suite 220 | Laguna Hils | CA | 92653 |
| Select Systems Technology, Inc. | Attn: Registered or Authorized Agent | 2529 Foothill Blvd., Suite 106 | La Crescenta | CA | 91214 |
| Sennco Solutions, Inc. | Attn: Officer, Managing or General Agent | 1311 Butterfield Rd., Ste. 308 | Downers Grove | IL | 60515 |
| Sennco Solutions, Inc. | Attn: Registered or Authorized Agent | 14407 Coil Plus Dr., Ste A | Plainfield | IL | 60544 |
| Serrano Heating And Air, LLC | Attn: Officer, Managing or General Agent | 5690 Rightwood Way | Sacramento | CA | 95823 |
| Serrano Heating And Air, LLC | Attn: Officer, Managing or General Agent | 1036 9th St. | Sacramento | CA | 95814 |
| Serrano Heating And Air, LLC | Attn: Officer, Managing or General Agent | 5690 Righwood Way | Sacramento | CA | 95823 |
| Shannon Heights Heating Inc. | Attn: Officer, Managing or General Agent | 18933 59Th Ave. NE, No. 107 | Arlington | WA | 98223 |
| Shareasale.com Inc. | Attn: Officer, Managing or General Agent | 15 W Hubbard St., Ste. 500 | Chicago | IL | 60654 |
| Shareasale.com Inc. | Attn: Officer, Managing or General Agent | 600 S Second Street, Suite 104 | Springfield | IL | 62704 |
| Shareasale.com Inc. | Attn: Registered or Authorized Agent | C/O Business Filings Incorporated, 118 W Edwards Street, Suite 200 | Springfield | IL | 62704 |
| Shelia Hudman | Attn: Officer, Managing or General Agent | 4541 Hempstead 2 | Hope | AR | 71801 |
| Sherie Marsh | Attn: Officer, Managing or General Agent | 265 Country Woods Road | Hayden | AL | 35079 |
| Sherman Square | Attn: Officer, Managing or General Agent | 4308 Genyth Ave. | Memphis | TN | 38128 |
| Shoreline Const LLC | Attn: Officer, Managing or General Agent | 157 Hanover Road | Newtown | CT | 06470 |
| Shoreline Const LLC | Attn: Registered or Authorized Agent | 28238 Cannon St. | Millsboror | DE | 19966 |
| Sign & Lighting Services LLC | Attn: Officer, Managing or General Agent | 530 State Route 104, PO Box 597 | Ontario | NY | 14519 |
| Sith Ma | Attn: Officer, Managing or General Agent | 7215 225th Ave Court E | Buckley | WA | 98321 |
| Sixto De Pena | Attn: Officer, Managing or General Agent | 9838 57th Ave., Apt 1J | Flushing | NY | 11368 |
| SJC Resources, Inc. | Attn: Officer, Managing or General Agent | 2849 Sweet Clover Way | Wauconda | IL | 60084 |
| SJC Resources, Inc. | Attn: Registered or Authorized Agent | 1904 Old Mill Ln. | Mchenry | IL | 60050 |
| Smart AC Services LLC | Attn: Officer, Managing or General Agent | 13955 Murphy Rd., Ste. 203 | Stafford | TX | 77477 |
| Smart Direct LLC | Attn: Officer, Managing or General Agent | 14-4851 Kapoho Beach Rd. | Pahoa | HI | 96778 |
| Smart Direct LLC | Attn: Officer, Managing or General Agent | P.O. Box 4819 | Hilo | HI | 96720 |
| Smart Surplus Inc. | Attn: Officer, Managing or General Agent | 180 Earland Dr., Bldg. 8 | New Holland | PA | 17557 |
| Smart Surplus Inc. | Attn: Officer, Managing or General Agent | P.O. Box 504 | New Holland | PA | 17557 |
| Software One, Inc. | Attn: Officer, Managing or General Agent | 20875 Crossroads Circle, Suite 1 | Waukesha | WI | 63186 |
| Software One, Inc. | Attn: Registered or Authorized Agent | 301 S Bedford Street, Ste. 1 | Madison | WI | 53703-3691 |
| Solid Choice Inc. | Attn: Officer, Managing or General Agent | 35300 SE Kelso Road | Boring | OR | 97009 |
| Solid Choice Inc. | Attn: Officer, Managing or General Agent | 11935 SE 272nd Ave. | Boring | OR | 97009 |
| Solid Choice Inc. | Attn: Officer, Managing or General Agent | 35300 SE Kelso Rd. | Boring | OR | 97009 |
| Solid Choice Inc. | Attn: Registered or Authorized Agent | C/O United States Corporation Agent, 300 Delaware Avenue, Suite 210-A | Wilmington | DE | 19801 |
| Soteer Limited | Attn: Officer, Managing or General Agent | 1194 S Rifle Cir. | Aurora | CO | 80017 |
| Soteer Limited | Attn: Registered or Authorized Agent | 1013 Centre Road , Ste. 403S | Wilmington | DE | 19805 |
| South Mountain Air Conditioning & Heating, Inc. | Attn: Officer, Managing or General Agent | 3145 E Chandler Blvd., Ste. 110, Unit 318 | Phoenix | AZ | 85048 |
| South Mountain Air Conditioning & Heating, Inc. | Attn: Registered or Authorized Agent | 4001 E Mountain Sky Ave., #202 | Phoenix | AZ | 85044 |
| Southwest Kitchen & Bath | Attn: Officer, Managing or General Agent | 7780 N Oracle Rd. Suite 150 | Tucson | AZ | 85704 |
| Speer Mechanical | Attn: Officer, Managing or General Agent | 5255 Sinclair Road | Columbus | OH | 43229 |
| Speer Mechanical | Attn: Officer, Managing or General Agent | P.O. Box 931307 | Cleveland | OH | 44193 |

| | | | | | |
|---|---|---|---|---|---|
| Spencers Air Conditioning & Appl. Inc. | Attn: Officer, Managing or General Agent | 525 W 21St St. | Tempe | AZ | 85282 |
| Spencers Air Conditioning & Appl. Inc. | Attn: Registered or Authorized Agent | 115 W 1st Ave. | Mesa | AZ | 85210 |
| Sprayco | Attn: Officer, Managing or General Agent | 35601 Veronica St. | Livonia | MI | 48150 |
| Sprayco | Attn: Officer, Managing or General Agent | P.O. Box 9069 | Farmington Hills | MI | 48333 |
| Sprayco | Attn: Officer, Managing or General Agent | 25800 Northwestern Highway, Suite 500 | Southfield | MI | 48075 |
| Sprayco | Attn: Officer, Managing or General Agent | 35601 Veronica St. | Livonia | MI | 48150 |
| Star Roofing Corp. | Attn: Officer, Managing or General Agent | 100 Plaza Pradera SC, Ste. 20 Pub. 411 | Toa Baja | PR | 00949 |
| Star Roofing Corp. | Attn: Officer, Managing or General Agent | Calle Zambeze 172-B Rio Piedras Heights | San Juan | PR | 00949 |
| Star Roofing Corp. | Attn: Registered or Authorized Agent | PMB Suite 411, 90 Ave. Rio Hondo | Bayamon | PR | 00961 |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | Attn: Officer, Managing or General Agent | 1 Proctor St., P.O. Box 888 | Statesboro | GA | 30458 |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | Attn: Registered or Authorized Agent | 3300 First National Bank Tower | Atlanta | GA | 30303 |
| Statesboro Herald Publishing Company D/B/A Statesboro Herald | Attn: Officer, Managing or General Agent | P.O. Box 888 | Statesboro | GA | 30458 |
| Steamboat Pilot | Attn: Officer, Managing or General Agent | 32 10th St., Ste. C1-C | Steamboat Springs | CO | 80487 |
| Steamboat Pilot | Attn: Officer, Managing or General Agent | P.O. Box 4827 | Steamboat Springs | CO | 80477 |
| Steiner Construction Inc. | Attn: Officer, Managing or General Agent | 2267 Deer Ridge Dr. | Stone Mountain | GA | 30087 |
| Steiner Construction Inc. | Attn: Officer, Managing or General Agent | 6497 City West Parkway | Eden Prairie | MN | 55344 |
| Steiner Construction Inc. | Attn: Registered or Authorized Agent | 3614 Co. Rd. 101 | Wayzata | MN | 55391 |
| Stephen D. Kwan | Attn: Officer, Managing or General Agent | 7103 Democracy Blvd. | Bethesda | MA | 20817 |
| Stone Edge Countertops, LLC | Attn: Officer, Managing or General Agent | 2271 N Masch Branch Rd., Bldg. 1 | Denton | TX | 76207 |
| Stone Edge Countertops, LLC | Attn: Registered or Authorized Agent | 13410 Holly Park | Houston | TX | 77015 |
| Stone Edge Countertops, LLC | Attn: Officer, Managing or General Agent | 10251 Woodedge Dr. | Houston | TX | 77070 |
| Stone Interiors New Orleans LLC | Attn: Officer, Managing or General Agent | 191 James Dr. W | Saint Rose | LA | 70087 |
| Stoner Inc. | Attn: Officer, Managing or General Agent | 1070 Robert Fulton Hwy. | Quarryville | PA | 17566 |
| Stoner Inc. | Attn: Officer, Managing or General Agent | P.O. Box 65, 1070 Robert Fulton Hwy | Quarryville | PA | 17566 |
| Storm General Builders Inc. | Attn: Officer, Managing or General Agent | 2869 Ridgeway Dr. | National City | CA | 91950 |
| Stuck's Heating And Cooling | Attn: Officer, Managing or General Agent | 3802 Perrin Road | Independence | MO | 64058 |
| Sumskie Bro Construction Corp. | Attn: Officer, Managing or General Agent | 16523 SE Crst. | Portland | OR | 97236 |
| Sumskie Bro Construction Corp. | Attn: Officer, Managing or General Agent | P.O. Box 697 | Gresham | OR | 97030 |
| Sun Coast Media Group, Inc. | Attn: Officer, Managing or General Agent | 200 E Venice Ave. | Venice | FL | 34285 |
| Sun Coast Media Group, Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company, 1209 Orange | Wilmington | DE | 19801 |
| Sun Coast Media Group, Inc. | Attn: Officer, Managing or General Agent | 1200 South Pine Island Rd. | Plantation | FL | 33324 |
| Sun Coast Media Group, Inc. | Attn: Officer, Managing or General Agent | Dept. 11120, P.O. Box 31792 | Tampa | FL | 33631 |
| Sun Coast Media Group, Inc. | Attn: Officer, Managing or General Agent | 200 E Venice Ave. | Venice | FL | 34285 |
| Sun Community News | Attn: Officer, Managing or General Agent | 102 Montcalm Street, Ste. 2 | Ticonderoga | NY | 12883 |
| Sun Community News | Attn: Officer, Managing or General Agent | P.O. Box 338 | Elizabethtown | NY | 12932 |
| Sun Community News | Attn: Officer, Managing or General Agent | 14 Hand Avenue, P.O. Box 338 | Elizabethtown | NY | 12932 |
| Sung Taek Kim | Attn: Officer, Managing or General Agent | 4512 Kathy Dr. | La Palma | CA | 90623 |
| Sunny Days Entertainment LLC | Attn: Officer, Managing or General Agent | 208 Chancellors Park Court | Simpsonville | SC | 29681 |
| Sunny Days Entertainment LLC | Attn: Registered or Authorized Agent | 1591 Savannah Highway, Suite 201 | Charleston | SC | 29407 |
| Sunny Days Entertainment LLC | Attn: Officer, Managing or General Agent | 208 Chancellors Park Ct. | Simpsonville | SC | 29681 |
| Sunshine Landscaping Maintenance, LLC | Attn: Officer, Managing or General Agent | 7330 PoincIana Ct. | Miami Lakes | FL | 33014 |
| Sunshine Landscaping Maintenance, LLC | Attn: Registered or Authorized Agent | 19010 W Oakmont Dr. | Miami Lakes | FL | 33015 |
| Sunshine Landscaping Maintenance, LLC | Attn: Officer, Managing or General Agent | 7330 Poinciana Ct. | Miami Lakes | FL | 33014 |
| Sunvalley Mechanical LLC | Attn: Officer, Managing or General Agent | 3465 Lee Blvd., Ste. 244 | El Paso | TX | 79936 |
| Sunvalley Mechanical LLC | Attn: Officer, Managing or General Agent | 11426 Rojas, Ste. A-1 | El Paso | TX | 79936 |
| Sunvalley Mechanical LLC | Attn: Registered or Authorized Agent | 10520 Eaglestone Way | El Paso | TX | 79925 |
| Superior Granite, Inc. | Attn: Officer, Managing or General Agent | 7011 Pine Forest Road | Pensacola | FL | 32526 |
| Superior Granite, Inc. | Attn: Registered or Authorized Agent | 8544 Foxtail Loop | Pensacola | FL | 32526 |

| | | | | | |
|---|---|---|---|---|---|
| Superior Lawnmower Center Inc. | Attn: Officer, Managing or General Agent | 17968 San Bernadino Ave. | Fontana | CA | 92335 |
| Superior Lawnmower Center Inc. | Attn: Officer, Managing or General Agent | 400 N Mountain Ave., Suite 215B | Upland | CA | 91786 |
| Swon Exterior Solutions Inc. | Attn: Officer, Managing or General Agent | 10456 Tintinhull Drive | Fort Mill | SC | 29707 |
| T Lex, Inc. | Attn: Officer, Managing or General Agent | 105 Babcock St. | Brookline | MA | 02446 |
| Taylor Installation Service, LLC D/B/A Taylor Installations | Attn: Officer, Managing or General Agent | 150 Fairfield Circle | Fayetteville | GA | 30214 |
| Tecumseh Heating And Air | Attn: Officer, Managing or General Agent | 5305 Manfield Rd. | Manquin | VA | 23106 |
| Teczia It Services LLC | Attn: Officer, Managing or General Agent | 34 Balsam Dr. | Hicksville | NY | 11801 |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | Attn: Officer, Managing or General Agent | 8527 Camby Road | Camby | IN | 46113 |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls Dr. | Wilmington | DE | 19808 |
| Temperature Control Specialties, Inc. D/B/A Temperature Control | Attn: Officer, Managing or General Agent | 8527 Camby Rd. | Camby | IN | 46113 |
| Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air | Attn: Officer, Managing or General Agent | 6275 Barrington Run | Alpharetta | GA | 30005 |
| Temperature Design Heating And Air, LLC D/B/A Temperature Design Heating And Air | Attn: Officer, Managing or General Agent | 220 Century Parkway NE, Suite 800 | Atlanta | GA | 30345 |
| Tenmark Industrial LLC | Attn: Officer, Managing or General Agent | 41623 Margarita Road, Suite 100 | Temecula | CA | 92591 |
| Tenmark Industrial LLC | Attn: Officer, Managing or General Agent | 12424 Wilshire Blvd., 12th Floor | Los Angelas | CA | 90025 |
| Thao-Thanh Pham O.D., Inc. | Attn: Officer, Managing or General Agent | 21520 G Yorba Linda Blvd. 256 | Yorba Linda | CA | 92887 |
| The Best Deals For You LLC | Attn: Officer, Managing or General Agent | 820 Grandview Dr. | Commerce | MI | 48390 |
| The Best Deals For You LLC | Attn: Officer, Managing or General Agent | 90 Merrick Ave., 9th Floor | East Meadow | NY | 11554 |
| The Countertop Company, Inc. | Attn: Officer, Managing or General Agent | 140 Engel Street | Escondido | CA | 92029 |
| The Daily Interlake D/B/A Daily Intake | Attn: Officer, Managing or General Agent | 727 E Idaho St. | Kalispell | MT | 59901 |
| The Daily Interlake D/B/A Daily Intake | Attn: Officer, Managing or General Agent | P.O. Box 7610 | Kalispell | MT | 59904 |
| The McClatchy Company D/B/A The Charlotte Observer | Attn: Officer, Managing or General Agent | 2100 Q Street | Sacramento | CA | 95816 |
| The McClatchy Company D/B/A The Charlotte Observer | Attn: Officer, Managing or General Agent | 550S Caldwell St. | Charlotte | NC | 28202 |
| The Mibro Group, L.C. | Attn: Officer, Managing or General Agent | 4039 Genesee St. | Buffalo | NY | 14225 |
| The Mibro Group, L.C. | Attn: Officer, Managing or General Agent | P.O. Box 8000 Dep # 89 | Buffalo | NY | 14267 |
| Thief River Falls Times, Inc. | Attn: Officer, Managing or General Agent | 324 N Main St. | Thief River Fls | MN | 56701 |
| Thief River Falls Times, Inc. | Attn: Officer, Managing or General Agent | P.O. Box 100, 324 Main Avenue North | Thief River Falls | MN | 56701 |
| Thomas Gilligan | Attn: Officer, Managing or General Agent | 7 Gardenia Rd. | Mount Sinai | NY | 11766 |
| Tom C. Construction, Inc. | Attn: Officer, Managing or General Agent | 660 Lance Dr. | Des Plaines | IL | 60016 |
| Tommie L. Talmadge | Attn: Officer, Managing or General Agent | 4316 Lake Harbor Road | Muskegon | MI | 49441 |
| Tracy Bell | Attn: Officer, Managing or General Agent | 67800 Mall Ring. Optic 2104 | St Clairsville | OH | 43950 |
| Tri Sales Marketing LLC | Attn: Officer, Managing or General Agent | 247 Route 100 | Somers | NY | 10589 |
| Trimark ERF Inc. | Attn: Officer, Managing or General Agent | 415 Richards Blvd. | Sacramento | CA | 95811 |
| Trimark ERF Inc. | Attn: Registered or Authorized Agent | 9 E Loockerman Street, Suite 311 | Dover | DE | 19901 |
| Trimark ERF Inc. | Attn: Officer, Managing or General Agent | 1220 S St., Suite 150 | Sacramento | CA | 95811 |
| Tyree-Little's Heating & Cooling, LLC | Attn: Officer, Managing or General Agent | 32441 US Hwy. 29 | Gretna | VA | 24557 |
| Tyree-Little's Heating & Cooling, LLC | Attn: Registered or Authorized Agent | 525 Seventh Street | Altavista | VA | 24517 |
| Unique Air Conditioning Inc. | Attn: Officer, Managing or General Agent | 2672 Nw 31St Ave. | Lauderdale Lakes | FL | 33311 |
| Unique Air Conditioning Inc. | Attn: Registered or Authorized Agent | 624 Laurel Way | N. Lauderdale | FL | 33068 |
| United Building Contractors LLC | Attn: Officer, Managing or General Agent | 3410 156th St. | W Rosemount | MN | 55068 |
| United Building Contractors LLC | Attn: Registered or Authorized Agent | 14100 Dane Ave. | Rosemount | MN | 55068 |
| Up North Trucking Inc. | Attn: Officer, Managing or General Agent | 5361 Jean Duluth Rd | Duluth | MN | 55803 |
| Upstart Group, LLC | Attn: Officer, Managing or General Agent | 704 228th Avenue NE, #281 | Sammamish | WA | 98074 |
| Upstart Group, LLC | Attn: Registered or Authorized Agent | 2214 247th Ct. NE | Redmond | WA | 980743342 |

| | | | | | |
|---|---|---|---|---|---|
| US Air Comfort A/K/A. Union Express, Inc. | Attn: Officer, Managing or General Agent | 3300 Bristol Rd. | Bensalem | PA | 19020 |
| Ventura TV Video Appliance Center Inc. | Attn: Officer, Managing or General Agent | 3619 E Ventura | Fresno | CA | 93702 |
| Ventura TV Video Appliance Center Inc. | Attn: Registered or Authorized Agent | 2106 W Fir Ave. | Fresno | CA | 93711 |
| Viacheslav Kutsar | Attn: Officer, Managing or General Agent | 9736 Everbloom Way | Sacramento | CA | 95829 |
| Vincent Alfaro | Attn: Officer, Managing or General Agent | 6707 Towerwood Dr. | Arlington | TX | 76001 |
| Viniteck International Inc. | Attn: Officer, Managing or General Agent | 700 Lavaca St., 1401 | Austin | TX | 78701 |
| Viniteck International Inc. | Attn: Registered or Authorized Agent | 5900 Balcones Dr, Suite 100 | Austin | TX | 78731 |
| Vinson Advertising | Attn: Officer, Managing or General Agent | 5317 Santa Teresa Ave. | Santa Rosa | CA | 95409 |
| Vinson Advertising | Attn: Officer, Managing or General Agent | P.O. Box 3723 | Santa Rosa | CA | 95402 |
| Vision Construction & Developers, LLC | Attn: Officer, Managing or General Agent | 9711 Washingtonian Blvd., Ste. 550 | Gaithersburg | MD | 20878 |
| Vision Construction & Developers, LLC | Attn: Registered or Authorized Agent | 4 Scarlet Sage Ct. | Burtonsville | MD | 20866 |
| Visual Land Inc. | Attn: Officer, Managing or General Agent | 17785 Center Court Dr. 305 | Cerritos | CA | 90703 |
| W J O Neil Chicago LLC | Attn: Officer, Managing or General Agent | 224 North Justine Street | Chicago | IL | 60607 |
| W J O Neil Chicago LLC | Attn: Registered or Authorized Agent | 35457 Industrial Dr. | Livonia | MI | 48150 |
| W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W.W. Gay Mechanical Contractor Of GA | Attn: Officer, Managing or General Agent | 515 S E 11th Place | Gainesville | FL | 32601 |
| W. W. Gay Mechanical Contractor Of Gainesville, Inc. D/B/A W.W. Gay Mechanical Contractor Of GA | Attn: Registered or Authorized Agent | One Independent Dr., Suite 2301 | Jacksonville | FL | 32202 |
| Wally Florring LLC | Attn: Officer, Managing or General Agent | 11209 N 131St East Pl. | Owasso | OK | 74055 |
| Welcome Industrial Corporation | Attn: Officer, Managing or General Agent | 717 North Park Avenue | Burlington | NC | 27217 |
| Westrock Mechanical Corp. | Attn: Officer, Managing or General Agent | 329 Spook Rock Road, P.O. Box. 56 | Tallman | NY | 10982-0056 |
| Westrock Mechanical Corp. | Attn: Officer, Managing or General Agent | P.O. Box 56 | Tallman | NY | 10982 |
| William Baiden | Attn: Officer, Managing or General Agent | 4281 Express Lane Suite | Sarasota | FL | 34238 |
| Window Right Brothers LLC | Attn: Officer, Managing or General Agent | 4840 235th Ln. NE | East Bethel | MN | 55005 |
| Window Right Brothers LLC | Attn: Officer, Managing or General Agent | 820 South Wanamaker Ave. | Ontario | CA | 91761 |
| Winplus North America Inc. | Attn: Registered or Authorized Agent | 111 8th Ave, 13th FL | New York | NY | 10011 |
| Woodstream Corporation | Attn: Officer, Managing or General Agent | 1985 Solutions Center | Chicago | IL | 60677 |
| Woodstream Corporation | Attn: Officer, Managing or General Agent | P.O. Box 1200 | Lititz | PA | 17543 |
| Woodstream Corporation | Attn: Officer, Managing or General Agent | 69 N Locust Street | Lititz | PA | 17543 |
| Woodstream Corporation | Attn: Officer, Managing or General Agent | 29 King Street | Lancaster | PA | 17602 |
| Woodstream Corporation | Attn: Registered or Authorized Agent | 7000 W 111th St., Ste. 205 | Worth | IL | 60482 |
| Works Construction, Inc. | Attn: Officer, Managing or General Agent | 126 2nd St. | Pawnee | IL | 62558 |
| Yoss Heating & Cooling LLC | Attn: Officer, Managing or General Agent | 833 River Ridge | Waterford | WI | 53185 |
| Yoss Heating & Cooling LLC | Attn: Registered or Authorized Agent | 501 E Main St. | Waterford | WI | 53185 |
| Yuwen Lee, O.D., Optometric Professional Corporation | Attn: Officer, Managing or General Agent | 111 W Reese Ave. | Visalia | CA | 93277 |
| Yuwen Lee, O.D., Optometric Professional Corporation | Attn: Registered or Authorized Agent | C/O Scott Lyons, Attorney At Law, 1010 West Main Street | Visalia | CA | 93291 |
| Zeno Group, Inc. D/B/A The Zeno Group | Attn: Officer, Managing or General Agent | 130 E Randolph, Ste. 30 | Chicago | IL | 60601 |
| Zeno Group, Inc. D/B/A The Zeno Group | Attn: Registered or Authorized Agent | 208 So Lasalle St., Ste. 814 | Chicago | IL | 60604 |
| Zeno Group, Inc. D/B/A The Zeno Group | Attn: Officer, Managing or General Agent | 22048 Network Place | Chicago | IL | 60673 |
| Zeno Group, Inc. D/B/A The Zeno Group | Attn: Officer, Managing or General Agent | 140 Broadway, 39th Fl. | New York | NY | 10005 |
| Zircon Corporation | Attn: Officer, Managing or General Agent | 1580 Dell Avenue | Campbell | CA | 95008 |
| Zuckerfan Limited | Attn: Officer, Managing or General Agent | 8085 Eagleview Dr. | Littleton | CO | 80125 |
| Nuwave Heating & Cooling, Inc. | Attn: Officer, Managing or General Agent | 4739 Main St, Ste 2 | Springfield | OR | 97478 |
| Yoss Heating & Cooling LLC | Attn: Officer, Managing or General Agent | 833 River Ridge Cir | Waterford | WI | 53185 |
| Lift Trucks & Parts, Inc. | Attn: Officer, Managing or General Agent | PO Box 6779 | Caguas | PR | 00726 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Registered or Authorized Agent | C/O Corporation Service Company, 251 Little Falls | Wilmington | DE | 19808 |
| Cam Lincoln LLC | Attn: Registered or Authorized Agent | C/O Festival Eau Claire 3, LLC,11800 W Ripley Ave | Wauwatosa | WI | 53226 |

| Bankers Warranty Group D/B/A Centricity | Attn: Steven M. Berman | C/O Shumaker, Bank of America Plaza Ste 2800, 101 East Kennedy Blvd | Tampa | FL | 33602 |
|---|---|---|---|---|---|
| Sprayco | Attn: Howard S. Sher | C/O Jacob & Weingarten, 25800 Northwestern Highway, Suite 500 | Southfield | MI | 48075 |
| BT Granite Run LP | Attn: Jeffrey Kurtzman, Esq. | C/O Kurtzman Steady, LLC, 401 S. 2nd Street, STE | Philadelphia | PA | 19147 |
| Century Frozen Foods, LLC | Attn: Nylca J. Munoz Sosa | C/O Munoz Sosa Law Offices, PS, 100 Grand Paseo Blvd. Ste 112 | San Juan | PR | 00926 |
| Consumers Unified LLC D/B/A Consumeraffairs.com | Attn: Sara Tesoriero, Esq. | C/O Law Office of Cameron Stracher, 51 Astor Place, 9th Floor | New York | NY | 10003 |
| Container Systems, Inc. | Attn: Thomas G. Oddo | C/O Lillig & Thorsness, Ltd., 1900 Spring Road, Ste | Oak Brook | IL | 60523 |
| DGS Heartland Woodcraft LLC | Attn: David J. Espin | C/O Petrie + Petit, 250 E Wisconsin Ave, Ste 1000 | Milwaukee | WI | 53202 |
| Elk River Greenhouse LLC D/B/A Becks Elk River Greenhouse | Attn: Christopher A. Camardello | C/O Manty & Associates, P.A., 401 Second Ave N, Ste 400 | Minneapolis | MN | 55401 |
| FCR Roofing & Construction, LLC | Attn: Court T. Kennedy | C/O Gates Shields, 10990 Quivira, Ste 200 | Overland Park | KS | 66210 |
| Florida Roof, LLC | Attn: T.A. Borowski, Jr. | C/O Borowski & Traylor, P.A., 4300 Bayou Boulevard, Ste 14 | Pensacola | FL | 32503 |
| Gannett Co. Inc. D/B/A Commercial Appeal | Attn: Shannon D. Humiston | C/O McCarter & English, LLP, Renaissance Centre, 405 N. King Street, 8th Floor | Wilmington | DE | 19801 |
| Hairstylists Management Systems, Inc. | Attn: Ryan Murphy | C/O Fredrikson & Bryon, P.A., 200 South Sixth Street, Ste 4000 | Minneapolis | MN | 55402 |
| Heely-Brown Company | Attn: William H. Ferguson | C/O Krevolin Horst LLC, 1201 W. Peachtree St NW, Ste 3250 | Atlanta | GA | 30309 |
| Infinite Peripherals, Inc. | Attn: Thomas R. Fawkes, Esq. | C/O Goldstein & McClintock LLLP | Chicago | IL | 60602 |
| Infinitude Creative Group, LLC | Attn: Court D. Smith | C/O Plunk Smith, PLLC, 1701 Legacy Drive Ste 2000 | Frisco | TX | 75034 |
| Jack Ochodnicky Electric LLC | Attn: David Schoolenberg, Esq. | C/O Twohey Maggini, PLC, 161 Ottawa Ave. NW, Suite 212 Waters Building | Grand Rapids | MI | 49503 |
| JRF Properties, LLC | Attn: Caesar Stair IV | C/O Bernstein, Stair & McAdams, LLP, 116 Agnes | Knoxville | TN | 37919 |
| Leick Furniture, Inc. | Attn: David Gass | C/O Rohde Dales LLP, 909 N 8th Street Suite 100 | Sheboygan | WI | 53081 |
| Lift Trucks & Parts, Inc. | Attn: Carla S Loubriel Carrior | C/O Casellas Alcover & Burgos P.S.C, 208 Ponce de Leon Ave. Suite 1133 | San Juan | PR | 00918 |
| Mackey Investments Sears, LLC | Attn: Blake Miller | C/O AK Law Firm, 50 West Broadway Suite 700 | Salt Lake City | UT | 84101 |
| Mann + Hummell Purolator Filters LLC | Attn: John J Kane | C/O Kane Russell Coleman Logan PC (KRCL), 901 Main Street Suite 5200 | Dallas | TX | 75202 |
| NAPC, Inc. | Attn: Norman Greenberg | C/O Law Office of Norman Greenberg, 233 Needham St. Suite 500 | Newton | MA | 02464 |
| Perry Kessler | Attn: Chris M Troppito | C/O Troppito Miller Griffin LLC, 105 East Fifth Street Suite 500 | Kansas City | MO | 64106 |
| Rockstep Capital Opportunity Fund I LLC | Attn: Jeffrey Horowitz | C/O Crain, Caton & James, 1401 Mckinney St. Suite | Houston | TX | 77010 |
| Rockstep Meridian LLC | Attn: Jeffrey Horowitz | C/O Crain, Caton & James, 1401 Mckinney St. Suite | Houston | TX | 77010 |
| Securosis LLC | Attn: Edward Ribadeneira | C/O Ribadeneira Law Offices, P.C., 9590 E Ironwood Sq. Dr., #105 | Scottsdale | AR | 85258 |
| Select Systems Technology, Inc. | Attn: Steven Brower | C/O Brower Law Group, 23601 Moulton Pkwy Suite | Laguna Hils | CA | 92653 |
| Sprayco | Attn: Howard Sher | C/O Jacob & Weingarten, P.C, 23601 Moulton Pkwy Suite 220 | Southfield | MI | 48075 |
| Superior Lawnmower Center Inc. | Attn: W. Derek May | C/O Law Office of W. Derek May, 400 N Mountain Ave. Suite 215B | Upland | CA | 91786 |
| Tenmark Industrial LLC | Attn: Nathan Meyer | C/O Russ August & Kabat, 12424 Wilshire Boulevard, 12th Floor | Los Angeles | CA | 90025 |
| Welcome Industrial Corporation | Attn: John Meadows | C/O Meadows & Aderhold, P.A, 2596 Reynolda Road Suite C | Winston-Salem | NC | 27106 |

| Winplus North America Inc. | Attn: Myles Macdonald | C/O Lowenstein Sandler LLP, 1251 Avenue of the Americas | New York | NY | 10020 |
|---|---|---|---|---|---|