**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

1

# AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on April 2, 2020 a copy of the *Order On Motion For An Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: April 2, 2020

ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 361 Fujian Sports Goods Co. Ltd. dba Fujian Sports Goods Co. Ltd. | 20-08988 |
| ABC Hosiery Corp. | 20-08952 |
| Accutime Watch Corp. | 20-08953 |
| Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills | 20-08990 |
| Advanced Merchandising Industries Co., Ltd. | 20-08991 |
| Alex Toys LLC | 20-08954 |
| Alliance Wholesale Corp. | 20-08992 |
| Bektrom Foods Inc. | 20-08955 |
| Berkshire Fashions Inc. | 20-08956 |
| Berwick Offray (Hong Kong) Ltd. | 20-08993 |
| Best Corporation (P) Limited aka Best Corporation Private Limited | 20-08994 |
| Calvin Davenport | 20-08957 |
| Calzado Mi Lord, S.A. De C.V. | 20-08995 |
| Chris Dounelis | 20-08958 |
| Cormin Air LLC | 20-08959 |
| Daniel Beineke | 20-08960 |
| David L. Poulter | 20-08961 |
| Dewayne L. Holbrook | 20-08962 |
| Dileep Industries Pvt. Ltd. | 20-08996 |
| Elliott Auto Supply Co., Inc. dba Splash Products Inc. | 20-08998 |
| Entrematic | 20-08963 |
| Evenflo Feeding Inc. | 20-08964 |
| Exchange Inc. | 20-08965 |
| F & P Mechanical | 20-08966 |
| Forum Analytics, L.L.C. | 20-09000 |
| Gaia Group USA, LLC | 20-09001 |
| Gannett Co., Inc. dba El Paso Times Inc. | 20-09002 |
| Gannett Co., Inc. dba Knoxville News Sentinel | 20-09003 |
| Genesis Jewellery Co. | 20-09020 |
| Henkel Consumer Adhesives | 20-08967 |
| Herbert Goldstein | 20-08968 |
| Hylands Inc. | 20-08969 |
| Jacob Carrasquillo | 20-08970 |
| Jmh Home Improvement Inc. | 20-08971 |
| Kierston Motley | 20-08972 |
| KIK International Inc. | 20-09004 |
| LG Electronics Alabama, Inc. | 20-09005 |
| Liting Universal (HK) Co., Ltd. | 20-09006 |

| | |
|---|---|
| Luxor Capital Group, LP | 20-09007 |
| Metro Plumbing | 20-08973 |
| Metro Puerto Rico LLC | 20-08974 |
| MHI Ohio Commerce Center | 20-08975 |
| Mindsinsync Inc. | 20-08976 |
| Nautilus, Inc. | 20-09008 |
| Neopost | 20-08977 |
| Nestle USA, Inc. | 20-09009 |
| Orchid Recycling Services | 20-08978 |
| Peggs Co. | 20-08979 |
| Pepsi-Cola Bottling Company of the Dalles, Inc. | 20-09010 |
| Promociones Coqui | 20-08980 |
| Protokulture LLC | 20-08981 |
| S L Distribution Company Inc. | 20-08982 |
| Sanitary Trashmoval Services Inc. | 20-08983 |
| Shin Crest Pte., Ltd. | 20-09011 |
| Smart Zone (HK) Limited | 20-09012 |
| Sumxing Co., Ltd. | 20-09013 |
| Sutton Home Fashions LLC | 20-08984 |
| Suzanne Anderson | 20-08985 |
| Technical Rubber Company, Inc. dba Tech International | 20-09014 |
| Tian Yu International Trading Co., Ltd. | 20-09015 |
| Tianjin Panyam Garden & Horticultural Products Co. Ltd. | 20-09016 |
| Verdis Crane | 20-08986 |
| Verizon Communications Inc. | 20-09017 |
| VMI LLC | 20-08987 |
| Westrend, LLC | 20-09018 |
| WowWee USA, Inc. | 20-09019 |

Officer, Managing or General Agent
361 Fujian Sports Goods Co. Ltd. dba
Fujian Sports Goods Co. Ltd.
Jiangtou Industrial Zone
Chendai Town
Jinjiang City, Quangzhou,  362211

Forrest Kelly Clay, President
Admiral Beverage Corporation dba Pepsi-Cola Bottling Company of Black Hills
821 Pulliam Avenue
Worland, Wyoming 82401

Officer, Managing or General Agent
Advanced Merchandising Industries Co., Ltd.
Flat C, 23/F, Lucky Plaza
315-321 Lockhart Road
Wanchai,

Rick Bosch, President
Alliance Wholesale Corp.
10 West 33rd Street
Suite 1002
New York, New York 10001

Michael A. Santivasci, Esq.
CSS Industries, Inc.
Associate General Counsel
450 Plymouth Road, Suite 300
Plymouth Meeting, Pennsylvania 19462

Officer, Managing or General Agent
Best Corporation (P) Limited aka Best Corporation Private Limited
89/2, Avinashi Road
Padmavathipuram
Tirupur - 641 603 - Tamil Nadu,

Officer, Managing or General Agent
Calzado Mi Lord, S.A. De C.V.
Av. De La Juventud, #149-B
Col Guanajuatito
Purisima Del Rincon, Guanajuato,  36400

Sam Osborne, Esq.
Atom Law Group, LLC
770 North LaSalle Street
Suite 700
Chicago, Illinois 60654

Sarah E. Doerr, Esq.
Moss & Barnett, P.A.
150 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402

Paul Sill, Officer
Forum Analytics, L.L.C.
770 N. Halsted
Suite 503
Chicago, Illinois 60642

Lema Khorshid, Registered Agent/Officer
Gaia Group USA, LLC
70 W. Erie Street
Floor 2
Chicago, Illinois 60654

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Officer, Managing or General Agent
KIK International Inc.
780 West Army Trial Road 209
Carol Stream, Illinois 60188

Officer, Managing or General Agent
Liting Universal (HK) Co., Ltd.
3 Fl., No. 1525
Caoan Road
Shanghai,

Lindsay Zahradka Milne, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street
PO Box 9729
Portland, Maine 04104-5029

Wayne Bolio, Officer
Nautilus, Inc.
17750 SE 6th Way
Vancouver, Washington 98683-7565

Steven Presley, CEO
Nestle USA, Inc.
1812 N. Moore Street
Arlington, Virginia 22209

Rodger D. Noel, President
Pepsi-Cola Bottling Company of the Dalles, Inc.
1001 S. First Street
Yakima, Washington 98901


Officer, Managing or General Agent
Shin Crest Pte., Ltd.
Flat/Rm A, 20/F, Wing Yee Commercial Bldg.
No. 3-7 Wing Kut STreet
Sheung Wan,

Officer, Managing or General Agent
Smart Zone (HK) Limited
Block E, 19/F, Koon Wo Industrial Building
63-75 Ta Chuen Ping Street
Kwai Chung, N.T.,

Officer, Managing or General Agent
Sumxing Co., Ltd.
Flat/Rm 1405, 14/F, Lucky Centre
165-171 Wanchai Road
Wanchai,

Dan Layne, RegAgt/President
Technical Rubber Company, Inc. dba Tech International
200 E. Coshocton Street
Johnstown, Ohio 43031

Officer, Managing or General Agent
Tian Yu International Trading Co., Ltd.
No. 494, Corner of Padauk Street & U Aung Thu Street
Shwe Lin Pan Industrial Zone
Yangon,  95-1685129

Officer, Managing or General Agent
Tianjin Panyam Garden & Horticultural Products Co. Ltd.
No. 33 Jizhao Road
Economic Development Area Dagang
Tianjin,  300270

Darrell W. Clark, Esq.
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, District of Columbia 20006-4605

Officer, Managing or General Agent
Westrend, LLC
1896 East 4th Street
Brooklyn, New York 11223

Jeannette Litos, Esq.
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022

| Company Name | Contact | Address_1 | City | State | Zip |
|---|---|---|---|---|---|
| ABC Hosiery Corp. | Attn: Chief Legal Officer Or Chief Financial Officer | 640 Park Avenue | Youngsville | NC | 27596 |
| ABC Hosiery Corp. | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 218, 404 S. Cross Street | Youngsville | NC | 27596 |
| Accutime Watch Corp. | Attn: Chief Legal Officer Or Chief Financial Officer | 1001 Avenue Of The Americas 6th Fl. | New York | NY | 10018 |
| Accutime Watch Corp. | Attn: Jon Jordan | C/O King & Spalding LLP, 1180 Peachtree Street NE, Suite 1600 | Atlanta | GA | 30309 |
| Alex Toys LLC | Attn: Chief Legal Officer Or Chief Financial Officer | 40 Lane Road | Fairfield | NJ | 07004 |
| Alex Toys LLC | Attn: Registered Or Authorized Agent | C/O Corporation Service Company, 251 Little Falls Drive | Wilmington | DE | 19808 |
| Bektrom Foods Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 15610 S Telegraph Road | Monroe | MI | 48161 |
| Bektrom Foods Inc. | Attn: Dean Despotovich | C/O Law Office Of Dean J. Despotovich, 328 Clifton Ave. | Clifton | NJ | 07011 |
| Bektrom Foods Inc. | Attn: Registered Or Authorized Agent | C/O Silver State Legal, 4625 West Nevso Drive, Suite 2 & 3 | Las Vegas | NV | 89103 |
| Berkshire Fashions Inc. | Attn: Registered Or Authorized Agent | 10 Woodbridge Center Dr. | Woodbridge | NJ | 07095 |
| Berkshire Fashions Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 420 5th Avenue | New York | NY | 10018 |
| Calvin Davenport | Attn: Chief Legal Officer Or Chief Financial Officer | 3540 Hunter Hill Rd. | Rocky Mount | NC | 27804 |
| Chris Dounelis | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 6196 | North Babylon | NY | 11703 |
| Cormin Air LLC | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 20535 | Mesa | AZ | 85277 |
| Cormin Air LLC | Attn: Chief Legal Officer Or Chief Financial Officer | 1443 E Hearne Way | Gilbert | AZ | 85234 |
| Daniel Beineke | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 193 | Hazleton | IA | 50641 |
| David L. Poulter | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 31 | Jennings | OK | 74038 |
| Dewayne L. Holbrook | Attn: Chief Legal Officer Or Chief Financial Officer | 216 Chapman St. | Wiggins | CO | 80654 |
| Entrematic | Attn: Chief Legal Officer Or Chief Financial Officer | 165 Carriage Ct. | Winston-Salem | NC | 27105 |
| Evenflo Feeding Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 9277 Centre Pointe Drive, Suite 160 | West Chester | OH | 45069 |
| Evenflo Feeding Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 7411 Solution Center | Chicago | IL | 60677 |
| Exchange Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 408 South Main, PO Box 490 | Fayetteville | TN | 37334 |
| Exchange Inc. | Attn: William Johnson | 1201 Main St. 22nd Floor | Columbia | SC | 29201 |
| F & P Mechanical | Attn: Chief Legal Officer Or Chief Financial Officer | 2559 Seymour Ave | Bronx | NY | 10469 |
| Henkel Consumer Adhesives | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 752112 | Charlotte | NC | 28275 |
| Herbert Goldstein | Attn: Chief Legal Officer Or Chief Financial Officer | 11594 Briarwood Circle #1 | Boynton Beach | FL | 33437 |
| Hylands Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 61067 | Los Angeles | CA | 90061 |
| Hylands Inc. | Attn: Registered Or Authorized Agent | 108 W Walnut Street | Gardena | CA | 90248 |
| Jacob Carrasquillo | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 926 | Juncos | PR | 00777 |
| Jmh Home Improvement Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 6240 E Waltann Ln. | Scottsdale | AZ | 85254 |
| Kierston Motley | Attn: Chief Legal Officer Or Chief Financial Officer | 3268 Mission Dr. Apt C | Santa Cruz | CA | 95065 |
| Metro Plumbing | Attn: Chief Legal Officer Or Chief Financial Officer | Cii 21, Urb. Magnolia Gardens | Bayamon | PR | 00956 |
| Metro Plumbing | Attn: Chief Legal Officer Or Chief Financial Officer | Pmb 123, PO Box 607071 | Bayamon | PR | 00960-7071 |
| Metro Plumbing | Attn: Victor Gratacos Diaz | C/O Gratacos Law Firm, PSC, PO Box 7571 | Caguas | PR | 00726 |
| Metro Puerto Rico LLC | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 1187 | Guaynabo | PR | 00970 |
| Metro Puerto Rico LLC | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 363135 | San Juan | PR | 00936 |
| MHI Ohio Commerce Center | Attn: Chief Legal Officer Or Chief Financial Officer | C/O Colliers International, PO Box 181300 - Dept. 8502-36 | Fairfield | OH | 45018 |
| Mindsinsync Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 261 Fifth Avenue, Suite 1414 | New York | NY | 10016 |
| Mindsinsync Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 276 Fifth Avenue, Suite 505 | New York City | NY | 10001 |
| Neopost | Attn: Chief Legal Officer Or Chief Financial Officer | 120 N Lasalle Street | Chicago | IL | 60602 |
| Orchid Recycling Services | Attn: Chief Legal Officer Or Chief Financial Officer | 48 West 48th Street, Suite 304 | New York | NY | 10036 |

| Name | Attn | Address | City | State | Zip |
|---|---|---|---|---|---|
| Peggs Co. | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 907 | Mira Loma | CA | 91752 |
| Peggs Co. | Attn: Chief Legal Officer Or Chief Financial Officer | 4851 Felspar St. | Riverside | CA | 92509 |
| Promociones Coqui | Attn: Peter Anthony Santiago Gonzalez | C/O Santiago Quinones & Asociados, Carr 102 KM 38.5, Barrio Minillas | San German | PR | 00683 |
| Promociones Coqui | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 719 | Mayaguez | PR | 00681 |
| Promociones Coqui | Attn: Chief Legal Officer Or Chief Financial Officer | 20 Oeste Calle De La Candelaria, Ste. 201 | Mayaguez | PR | 00680 |
| Protokulture LLC | Attn: Chief Legal Officer Or Chief Financial Officer | 70 W Erie, Floor 4 | Chicago | IL | 60654 |
| S L Distribution Company Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 6917 | Hanover | PA | 17331 |
| S L Distribution Company Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | C/O Campbell Soup Company , 1 Campbell Place | Camden | NJ | 08103 |
| Sanitary Trashmoval Services Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | PO Box 1523 | St Thomas | VI | 00804 |
| Sanitary Trashmoval Services Inc. | Attn: Chief Legal Officer Or Chief Financial Officer | 3 Lower John Dunkoe | Charlotte Amalie | VI | 00804 |
| Sutton Home Fashions LLC | Attn: Chief Legal Officer Or Chief Financial Officer | 295 5th Avenue, Suite 1514 | New York | NY | 10016 |
| Sutton Home Fashions LLC | Attn: Chief Legal Officer Or Chief Financial Officer | 295 5th Ave., Suite 1019 | New York | NY | 10016 |
| Suzanne Anderson | Attn: Chief Legal Officer Or Chief Financial Officer | 6301 Nw Loop 410 | San Antonio | TX | 78238 |
| Verdis Crane | Attn: Chief Legal Officer Or Chief Financial Officer | 16 Taylor Ave. | Bethel | CT | 06801 |
| VMI LLC | Attn: Chief Legal Officer Or Chief Financial Officer | E 5944 Railroad Grade Road | Weyauwega | WI | 54983 |