Defendant: **Midwest Snow Technicians Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982768 | $335.00 | 7/23/18 | 15422 | 5/11/18 | $335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 12092 | 8/22/17 | $860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 12194 | 9/28/17 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 12256 | 11/14/17 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 12457 | 12/6/17 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 12778 | 1/11/18 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986158 | $6,445.00 | 7/30/18 | 15379 | 4/27/18 | $860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13364 | 2/5/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13427 | 2/5/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13429 | 2/5/18 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13417 | 2/5/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13419 | 2/5/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13420 | 2/5/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13363 | 2/5/18 | $308.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13418 | 2/5/18 | $308.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13366 | 2/5/18 | $265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13365 | 2/5/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 13428 | 2/5/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989596 | $6,467.50 | 8/8/18 | 15427 | 5/22/18 | $2,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15429 | 5/25/18 | $6,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15434 | 5/30/18 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15435 | 5/30/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15440 | 5/30/18 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15432 | 5/30/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15438 | 5/30/18 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15436 | 5/30/18 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15436 | 5/30/18 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15437 | 5/30/18 | $725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15439 | 5/30/18 | $725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15423 | 5/30/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15453 | 5/30/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15431 | 5/30/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15454 | 5/30/18 | $370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15452 | 5/30/18 | $315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15479 | 6/1/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993186 | $21,770.00 | 8/15/18 | 15478 | 6/1/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12723 | 1/11/17 | $3,468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12045 | 8/2/17 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12079 | 8/19/17 | $2,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12093 | 8/22/17 | $2,815.00 |

Midwest Snow Technicians Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12907 | 8/22/17 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12096 | 8/22/17 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12095 | 8/22/17 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12090 | 8/22/17 | $1,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12088 | 8/22/17 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12084 | 8/22/17 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12086 | 8/22/17 | $672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12087 | 8/22/17 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12091 | 8/22/17 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12083 | 8/22/17 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12085 | 8/22/17 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12142 | 9/19/17 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12145 | 9/19/17 | $725.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12298 | 11/6/17 | $3,468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 14932 | 11/6/17 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12257 | 11/14/17 | $5,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12297 | 11/16/17 | $8,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12296 | 11/16/17 | $8,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12295 | 11/16/17 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12291 | 11/16/17 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12402 | 12/6/17 | $8,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12401 | 12/6/17 | $8,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12400 | 12/6/17 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12396 | 12/6/17 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12458 | 12/6/17 | $5,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12403 | 12/6/17 | $3,468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12722 | 1/11/18 | $8,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12721 | 1/11/18 | $8,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12720 | 1/11/18 | $7,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12716 | 1/11/18 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 12779 | 1/11/18 | $5,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13793 | 2/13/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13795 | 2/13/18 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13783 | 2/13/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13785 | 2/13/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13786 | 2/13/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13784 | 2/13/18 | $308.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13794 | 2/13/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13873 | 2/14/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13875 | 2/14/18 | $510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13864 | 2/14/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13866 | 2/14/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13867 | 2/14/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13865 | 2/14/18 | $308.75 |

Midwest Snow Technicians Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13874 | 2/14/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13653 | 2/15/18 | $1,235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13635 | 2/15/18 | $960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13637 | 2/15/18 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13651 | 2/15/18 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13641 | 2/15/18 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13646 | 2/15/18 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13647 | 2/15/18 | $355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13654 | 2/15/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13655 | 2/15/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13650 | 2/15/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13636 | 2/15/18 | $324.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13648 | 2/15/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13649 | 2/15/18 | $293.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13643 | 2/15/18 | $280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13645 | 2/15/18 | $235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13642 | 2/15/18 | $219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13644 | 2/15/18 | $215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 13652 | 2/15/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15415 | 5/10/18 | $2,815.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15416 | 5/10/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15418 | 5/10/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15417 | 5/10/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15420 | 5/10/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15419 | 5/10/18 | $915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15433 | 5/10/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15472 | 6/15/18 | $2,815.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15477 | 6/15/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15474 | 6/15/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15475 | 6/15/18 | $2,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15470 | 6/15/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000722 | $177,862.50 | 8/31/18 | 15476 | 6/15/18 | $915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004188 | $345.00 | 9/7/18 | 15486 | 6/18/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15495 | 6/29/18 | $2,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15496 | 6/29/18 | $2,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15502 | 6/29/18 | $1,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15501 | 6/29/18 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15493 | 6/29/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15514 | 6/29/18 | $740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15499 | 6/29/18 | $672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15497 | 6/29/18 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15498 | 6/29/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15500 | 6/29/18 | $580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15512 | 6/29/18 | $420.00 |

Midwest Snow Technicians Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15494 | 6/29/18 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007681 | $12,212.00 | 9/14/18 | 15492 | 6/29/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011782 | $1,425.00 | 9/21/18 | 15522 | 7/6/18 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011782 | $1,425.00 | 9/21/18 | 15521 | 7/6/18 | $345.00 |

**Totals:**     **8 transfer(s),  $226,862.00**