Defendant: **Msg Services Corporation**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170711 | $65.31 | 7/3/18 | 0000606453 | 6/26/18 | $65.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170745 | $211.86 | 7/5/18 | 0000645374 | 6/28/18 | $211.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170769 | $1,271.77 | 7/6/18 | 0000664690 | 6/29/18 | $1,271.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170803 | $1,290.97 | 7/9/18 | 0000678080 | 6/30/18 | $1,290.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170837 | $1,017.89 | 7/10/18 | 0000715725 | 7/3/18 | $1,017.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000443237 | 4/3/18 | $406.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000461042 | 4/4/18 | $330.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000480009 | 4/6/18 | $152.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000496380 | 4/7/18 | $164.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000518773 | 4/10/18 | $398.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000547735 | 4/12/18 | $35.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000560066 | 4/13/18 | $11.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000659983 | 4/21/18 | $861.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000704978 | 4/25/18 | $20.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000814945 | 5/3/18 | $696.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000831259 | 5/4/18 | $748.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000846633 | 5/5/18 | $28.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000876173 | 5/8/18 | $514.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000899081 | 5/9/18 | $9.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000915321 | 5/10/18 | $955.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000932318 | 5/11/18 | $84.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000997491 | 5/16/18 | $976.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000011927 | 5/17/18 | $161.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000027335 | 5/18/18 | $42.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000045607 | 5/19/18 | $387.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000079318 | 5/22/18 | $152.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000099552 | 5/23/18 | $291.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000118271 | 5/24/18 | $295.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000133146 | 5/25/18 | $404.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000148791 | 5/26/18 | $140.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000196269 | 5/30/18 | $1,500.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000214107 | 5/31/18 | $338.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000227306 | 6/1/18 | $3,936.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000241701 | 6/2/18 | $994.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000277489 | 6/5/18 | $46.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000300775 | 6/6/18 | $420.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000326213 | 6/7/18 | $201.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000341076 | 6/8/18 | $1,213.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000358660 | 6/9/18 | $982.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000393605 | 6/12/18 | $462.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000412697 | 6/13/18 | $1,378.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000507178 | 6/19/18 | $947.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000527419 | 6/20/18 | $2,797.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000543300 | 6/21/18 | $2,349.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000560678 | 6/22/18 | $402.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000739462 | 7/4/18 | $850.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170900 | $790.77 | 7/12/18 | 0000009688 | 7/9/18 | -$26,302.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170923 | $872.39 | 7/13/18 | 0000767174 | 7/6/18 | $872.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170961 | $547.40 | 7/16/18 | 0000794263 | 7/7/18 | $547.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170994 | $744.05 | 7/17/18 | 0000842130 | 7/10/18 | $744.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171016 | $491.53 | 7/18/18 | 0000871062 | 7/11/18 | $491.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171050 | $831.84 | 7/19/18 | 0000894773 | 7/12/18 | $831.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171115 | $893.45 | 7/23/18 | 0000940602 | 7/14/18 | $893.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171169 | $1,280.44 | 7/24/18 | 0000002928 | 7/17/18 | $1,280.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171195 | $570.33 | 7/25/18 | 0000037847 | 7/18/18 | $570.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171226 | $801.53 | 7/26/18 | 0000076172 | 7/19/18 | $801.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171248 | $1,230.91 | 7/27/18 | 0000103301 | 7/20/18 | $1,230.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171704 | $882.33 | 7/30/18 | 0000132670 | 7/21/18 | $882.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172142 | $1,188.37 | 7/31/18 | 0000190789 | 7/24/18 | $1,188.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172157 | $765.60 | 8/1/18 | 0000232693 | 7/25/18 | $765.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172183 | $1,486.49 | 8/2/18 | 0000262844 | 7/26/18 | $1,486.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172211 | $996.56 | 8/3/18 | 0000292498 | 7/27/18 | $996.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172242 | $1,273.41 | 8/6/18 | 0000321200 | 7/28/18 | $1,273.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172276 | $1,043.68 | 8/7/18 | 0000381352 | 7/31/18 | $1,043.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172295 | $635.59 | 8/8/18 | 0000419912 | 8/1/18 | $635.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172322 | $793.81 | 8/9/18 | 0000452950 | 8/2/18 | $793.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172341 | $4,964.14 | 8/10/18 | 0000484134 | 8/3/18 | $4,964.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172379 | $746.23 | 8/13/18 | 0000524763 | 8/4/18 | $746.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172408 | $55.32 | 8/14/18 | 0000592418 | 8/7/18 | $55.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172462 | $143.60 | 8/16/18 | 0000665681 | 8/9/18 | $143.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172651 | $211.86 | 8/27/18 | 0000958247 | 8/18/18 | $211.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173570 | $2,705.59 | 8/30/18 | 0000110924 | 8/23/18 | $2,705.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173589 | $1,252.06 | 8/31/18 | 0000152147 | 8/24/18 | $1,252.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173621 | $2,131.26 | 9/4/18 | 0000179854 | 8/25/18 | $1,861.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173621 | $2,131.26 | 9/4/18 | 0000253400 | 8/28/18 | $269.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173654 | $1,080.47 | 9/5/18 | 0000304733 | 8/29/18 | $1,080.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173676 | $164.78 | 9/6/18 | 0000335383 | 8/30/18 | $164.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173688 | $665.02 | 9/7/18 | 0000367917 | 8/31/18 | $665.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173762 | $664.88 | 9/12/18 | 0000522641 | 9/5/18 | $664.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173792 | $886.47 | 9/13/18 | 0000577178 | 9/6/18 | $886.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173835 | $1,101.47 | 9/17/18 | 0000670327 | 9/8/18 | $1,101.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173861 | $661.43 | 9/18/18 | 0000758321 | 9/11/18 | $661.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173879 | $382.83 | 9/19/18 | 0000821041 | 9/12/18 | $382.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173914 | $944.38 | 9/21/18 | 0000940380 | 9/14/18 | $944.38 |

Msg Services Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                             Exhibit A                                             P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173942 | $390.76 | 9/24/18 | 0000971137 | 9/15/18 | $390.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173999 | $396.55 | 9/26/18 | 0000144422 | 9/19/18 | $396.55 |

**Totals:** 44 transfer(s),  $41,527.38