| | |
|---|---|
| Defendant: | **National Health Info Network** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984879 | $28,346.20 | 7/26/18 | INV7991 | 6/18/18 | $28,346.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990888 | $31,016.02 | 8/10/18 | LDDM0283930 | 7/1/18 | $31,016.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999377 | $39,285.77 | 8/29/18 | INV8495 | 6/29/18 | $72.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999377 | $39,285.77 | 8/29/18 | INV8405 | 6/29/18 | -$87.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999377 | $39,285.77 | 8/29/18 | INV8817 | 7/16/18 | $39,300.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007700 | $30,929.17 | 9/14/18 | INV9600 | 7/26/18 | -$11.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007700 | $30,929.17 | 9/14/18 | INV9027 | 8/1/18 | $30,941.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10563 | 8/13/18 | $31,463.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10852A | 8/28/18 | -$0.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10852A | 8/28/18 | -$2.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10852A | 8/28/18 | -$2.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10852A | 8/28/18 | -$8.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013860 | $31,423.71 | 9/26/18 | INV10852A | 8/28/18 | -$25.48 |

**Totals:** 5 transfer(s), $161,000.87