Defendant: **Nelson Staffing Solutions**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913862 | $2,695.80 | 7/20/18 | 6237429 | 7/12/18 | $2,695.80 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913964 | $1,894.85 | 7/27/18 | 6238220 | 7/19/18 | $1,894.85 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914077 | $6,571.02 | 8/3/18 | 6239904 | 7/26/18 | $3,555.07 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914077 | $6,571.02 | 8/3/18 | 6240149 | 8/2/18 | $3,015.95 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914544 | $4,009.65 | 8/31/18 | 6243168 | 8/23/18 | $4,009.65 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914652 | $3,708.10 | 9/7/18 | 6244539 | 8/30/18 | $3,708.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914752 | $5,228.89 | 9/14/18 | 6245151 | 9/7/17 | $5,228.89 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914877 | $3,289.98 | 9/21/18 | 6246149 | 9/13/18 | $3,289.98 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914963 | $9,320.65 | 9/28/18 | 6241117 | 8/9/18 | $3,027.67 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914963 | $9,320.65 | 9/28/18 | 6242298 | 8/16/18 | $3,205.88 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914963 | $9,320.65 | 9/28/18 | 6247072 | 9/20/18 | $3,087.10 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915081 | $5,114.31 | 10/9/18 | 6248017 | 9/27/18 | $2,957.81 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915081 | $5,114.31 | 10/9/18 | 6248994 | 10/4/18 | $2,156.50 |

Totals:    9 transfer(s),  $41,833.25