Defendant: **O'Brien & Gere Engineers Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084931 | $115,705.06 | 8/16/18 | 687591 | 5/30/18 | $10,764.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084931 | $115,705.06 | 8/16/18 | 690031 | 5/31/18 | $104,940.41 |

Totals:   1 transfer(s),  $115,705.06