Defendant: **Olympia Tools International, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3018 | $19,081.94 | 7/18/18 | 201817850997 | 4/24/18 | $19,081.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3019 | $44,479.09 | 7/24/18 | 201817850528 | 4/28/18 | $32,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3019 | $44,479.09 | 7/24/18 | 201817850528 | 4/28/18 | $6,358.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3019 | $44,479.09 | 7/24/18 | 201817850528 | 4/28/18 | $5,189.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3019 | $44,479.09 | 7/24/18 | 201817850528 | 4/28/18 | $531.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3020 | $5,476.26 | 7/30/18 | 201817925228 | 5/4/18 | $2,936.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3020 | $5,476.26 | 7/30/18 | 201817925228 | 5/4/18 | $2,540.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3021 | $7,327.80 | 8/10/18 | 201818440927 | 5/16/18 | $2,988.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3021 | $7,327.80 | 8/10/18 | 201818440927 | 5/16/18 | $2,332.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3021 | $7,327.80 | 8/10/18 | 201818440927 | 5/16/18 | $2,007.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3022 | $88,156.36 | 8/30/18 | 201818835692 | 5/30/18 | $19,840.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3022 | $88,156.36 | 8/30/18 | 201818835692 | 5/30/18 | $1,766.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3022 | $88,156.36 | 8/30/18 | 201818835113 | 5/31/18 | $52,717.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3022 | $88,156.36 | 8/30/18 | 201818836439 | 5/31/18 | $13,832.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819426423 | 6/11/18 | $54,836.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819425747 | 6/11/18 | $19,338.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819426423 | 6/11/18 | $10,039.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819425747 | 6/11/18 | $9,527.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819426423 | 6/11/18 | $6,616.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3023 | $103,519.07 | 9/10/18 | 201819426423 | 6/11/18 | $3,159.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3024 | $5,051.57 | 9/11/18 | 201819427184 | 6/12/18 | $5,051.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3025 | $8,641.36 | 9/18/18 | 201819530997 | 6/19/18 | $8,641.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3026 | $37,576.13 | 10/2/18 | 201819583498 | 6/26/18 | $13,036.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3026 | $37,576.13 | 10/2/18 | 201819583498 | 6/26/18 | $10,428.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3026 | $37,576.13 | 10/2/18 | 201819583498 | 6/26/18 | $7,639.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-3026 | $37,576.13 | 10/2/18 | 201819583498 | 6/26/18 | $6,471.36 |

Totals: 9 transfer(s), $319,309.58