Defendant: **Olympia Tools International, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-17421 | $4,868.45 | 8/10/18 | 201818441502 | 5/16/18 | $2,524.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17421 | $4,868.45 | 8/10/18 | 201818441502 | 5/16/18 | $2,343.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17422 | $2,039.49 | 8/21/18 | 201818654786 | 5/23/18 | $2,039.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17423 | $8,036.44 | 8/30/18 | 201818834643 | 5/30/18 | $4,407.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17423 | $8,036.44 | 8/30/18 | 201818834643 | 5/30/18 | $3,628.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17424 | $14,571.20 | 9/18/18 | 201819530876 | 6/19/18 | $10,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17424 | $14,571.20 | 9/18/18 | 201819530876 | 6/19/18 | $3,931.20 |

Totals:    4 transfer(s),  $29,515.58