Defendant: **OND JV LLC DBA OND Property LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171744 | $125,093.19 | 7/30/18 | 0000072618 | 7/26/18 | $115,056.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171744 | $125,093.19 | 7/30/18 | 0000072618 | 7/26/18 | $10,036.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122083 | $32,635.73 | 8/9/18 | 0000097300 | 7/17/18 | $32,635.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122498 | $9,512.78 | 8/9/18 | 0000097376 | 7/23/18 | $9,512.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173121 | $125,093.19 | 8/28/18 | 0000082618 | 8/26/18 | $115,056.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173121 | $125,093.19 | 8/28/18 | 0000082618 | 8/26/18 | $10,036.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124775 | $9,512.78 | 9/6/18 | 0000097973 | 8/22/18 | $9,512.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174468 | $125,093.19 | 9/27/18 | 0000092518 | 9/25/18 | $115,056.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174468 | $125,093.19 | 9/27/18 | 0000092518 | 9/25/18 | $10,036.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126929 | $9,512.78 | 10/11/18 | 0000098349 | 9/24/18 | $9,512.78 |

Totals:   7 transfer(s),  $436,453.64