Defendant: **Onespace Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989638 | $118,440.00 | 8/8/18 | INV00000050 | 2/1/18 | $118,440.00 |
| Totals: | 1 transfer(s), $118,440.00 | | | | | | |