**Defendant:** Physicians Formula Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980082 | $7,464.93 | 7/17/18 | 204319 | 4/27/18 | $7,501.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980082 | $7,464.93 | 7/17/18 | 7471036744 | 6/21/18 | -$8.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980082 | $7,464.93 | 7/17/18 | 3699052020 | 6/21/18 | -$17.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980082 | $7,464.93 | 7/17/18 | 7065016698 | 6/25/18 | -$9.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986842 | $9,919.21 | 7/31/18 | 206393 | 5/11/18 | $9,969.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986842 | $9,919.21 | 7/31/18 | 4751015505 | 7/8/18 | -$9.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986842 | $9,919.21 | 7/31/18 | 4809035523 | 7/9/18 | -$9.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986842 | $9,919.21 | 7/31/18 | 3059047592 | 7/9/18 | -$30.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990295 | $93,570.50 | 8/9/18 | 207428 | 5/22/18 | $79,283.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990295 | $93,570.50 | 8/9/18 | 207427 | 5/22/18 | $14,318.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990295 | $93,570.50 | 8/9/18 | 3059047630 | 7/16/18 | -$9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990295 | $93,570.50 | 8/9/18 | 3040043157 | 7/20/18 | -$7.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990295 | $93,570.50 | 8/9/18 | 3040043219 | 7/24/18 | -$15.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 208193 | 5/24/18 | $6,647.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 3405020663 | 7/25/18 | -$9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 3059047683 | 7/25/18 | -$9.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 8361D006371757 | 7/26/18 | -$3,586.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 707525KW | 7/27/18 | -$114.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993960 | $2,457.78 | 8/16/18 | 708362KW | 7/27/18 | -$470.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997976 | $2,631.05 | 8/23/18 | 143986 | 4/12/17 | $2,640.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997976 | $2,631.05 | 8/23/18 | 4751015552 | 8/2/18 | -$9.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001414 | $11,449.65 | 9/3/18 | 210169 | 6/8/18 | $16,405.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001414 | $11,449.65 | 9/3/18 | 4421040069 | 8/7/18 | -$18.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001414 | $11,449.65 | 9/3/18 | 3483001963 | 8/12/18 | -$209.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001414 | $11,449.65 | 9/3/18 | VPOT991486001 | 8/12/18 | -$723.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001414 | $11,449.65 | 9/3/18 | VPOT991486000 | 8/12/18 | -$4,004.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004855 | $15,454.61 | 9/10/18 | 211159 | 6/18/18 | $15,595.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004855 | $15,454.61 | 9/10/18 | 4215020061 | 8/6/18 | -$11.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004855 | $15,454.61 | 9/10/18 | 4160023150 | 8/10/18 | -$59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004855 | $15,454.61 | 9/10/18 | 9348034291 | 8/16/18 | -$50.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004855 | $15,454.61 | 9/10/18 | 7471036877 | 8/22/18 | -$19.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008385 | $7,856.62 | 9/17/18 | 211851 | 6/21/18 | $8,395.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008385 | $7,856.62 | 9/17/18 | 3059047745 | 8/15/18 | -$5.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008385 | $7,856.62 | 9/17/18 | 3990024237 | 8/21/18 | -$523.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008385 | $7,856.62 | 9/17/18 | 4423030296 | 8/22/18 | -$9.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012407 | $4,718.54 | 9/24/18 | 212809 | 6/28/18 | $4,729.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012407 | $4,718.54 | 9/24/18 | 4160023188 | 8/29/18 | -$11.20 |

**Totals:** 9 transfer(s),  $155,522.89