Defendant: **Platte Valley Investments LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170936 | $2,472.67 | 7/23/18 | 0000071218 | 7/12/18 | $2,472.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170985 | $22,222.23 | 7/24/18 | 0000071518 | 7/15/18 | $22,222.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171302 | $22,664.98 | 8/15/18 | 0000072618 | 7/26/18 | $18,813.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171302 | $22,664.98 | 8/15/18 | 0000072618 | 7/26/18 | $3,851.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172494 | $22.00 | 8/24/18 | 0000081618 | 8/16/18 | $22.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172712 | $22,664.98 | 9/5/18 | 0000082618 | 8/26/18 | $18,813.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172712 | $22,664.98 | 9/5/18 | 0000082618 | 8/26/18 | $3,851.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173783 | $55.02 | 9/19/18 | 0000091118 | 9/11/18 | $55.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174059 | $22,664.98 | 10/10/18 | 0000092518 | 9/25/18 | $18,813.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174059 | $22,664.98 | 10/10/18 | 0000092518 | 9/25/18 | $3,851.04 |

Totals:    7 transfer(s),  $92,766.86