**Defendant:** Power Technology Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983391 | $307.32 | 7/24/18 | 281785 | 2/1/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983391 | $307.32 | 7/24/18 | 281785 | 2/1/18 | $13.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983391 | $307.32 | 7/24/18 | 281786 | 3/1/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983391 | $307.32 | 7/24/18 | 281786 | 3/1/18 | $13.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990319 | $5,536.10 | 8/9/18 | 232434 | 5/24/18 | $5,536.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 276951 | 1/10/18 | $949.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 285402 | 1/11/18 | $9,042.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 287027 | 2/8/18 | $1,144.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 232444 | 5/31/18 | $2,843.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $541.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $426.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $383.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $383.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $368.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $333.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $316.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $313.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $311.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $284.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $270.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $244.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $233.33 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $210.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $210.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $205.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $132.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $120.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $120.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $108.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $108.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $102.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $89.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $46.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $30.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $13.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $4.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993982 | $27,491.62 | 8/16/18 | 263097 | 6/1/18 | $1.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 267672 | 6/7/18 | $30,723.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 286115 | 6/11/18 | $1,321.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 274938 | 6/11/18 | $1,221.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281135 | 6/11/18 | $949.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281642 | 6/11/18 | $884.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 286023 | 6/11/18 | $821.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 285965 | 6/11/18 | $769.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281490 | 6/11/18 | $723.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281533 | 6/11/18 | $659.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 280812 | 6/11/18 | $474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 274158 | 6/11/18 | $474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281372 | 6/11/18 | $474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 283726 | 6/11/18 | $474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 287067 | 6/11/18 | $474.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 283349 | 6/11/18 | $465.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 280964 | 6/11/18 | $429.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 274185 | 6/11/18 | $429.09 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 283586 | 6/11/18 | $365.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 255074 | 6/11/18 | $358.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281520 | 6/11/18 | $358.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 255057 | 6/11/18 | $358.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281346 | 6/11/18 | $305.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281519 | 6/11/18 | $298.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281368 | 6/11/18 | $296.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281469 | 6/11/18 | $293.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281458 | 6/11/18 | $238.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 281516 | 6/11/18 | $238.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997999 | $45,121.45 | 8/23/18 | 287096 | 6/11/18 | $237.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 286239 | 4/25/18 | $2,571.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 281365 | 5/9/18 | $4,781.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 286185 | 5/21/18 | $3,791.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 273865 | 5/31/18 | $2,759.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 231651 | 6/13/18 | $6,089.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 281416 | 6/15/18 | $4,939.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 281153 | 6/16/18 | $1,573.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 281170 | 6/26/18 | $4,781.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004871 | $35,842.00 | 9/10/18 | 275226 | 6/26/18 | $4,554.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442512 | 6/1/18 | $193.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442515 | 6/1/18 | $146.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442511 | 6/1/18 | $37.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442516 | 6/1/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442513 | 6/1/18 | $24.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442514 | 6/1/18 | $17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2442517 | 6/1/18 | $8.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $541.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $535.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $426.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $383.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $383.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $368.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $333.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $316.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $313.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $311.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $300.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $288.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $284.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $270.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $244.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $237.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $233.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $210.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $210.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $205.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578792 | 7/1/18 | $193.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578795 | 7/1/18 | $146.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $132.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $120.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $120.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $108.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $108.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $102.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $89.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $46.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578791 | 7/1/18 | $37.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578796 | 7/1/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $30.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578793 | 7/1/18 | $24.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578794 | 7/1/18 | $17.00 |

Power Technology Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $13.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 2578797 | 7/1/18 | $8.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $4.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008406 | $14,437.12 | 9/17/18 | 257878 | 7/1/18 | $1.67 |

**Totals:**     6 transfer(s),  $128,735.61