Defendant: **Prestige Maintenance USA Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $4,988.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $4,101.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $4,041.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $3,981.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $3,981.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $3,981.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $3,897.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $3,840.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $3,246.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $3,219.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $3,219.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,911.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,911.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,911.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,911.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,911.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965 | 6/1/18 | $2,883.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299965B | 6/1/18 | $1,730.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299966 | 6/1/18 | $541.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 299966 | 6/1/18 | $535.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300294A | 7/1/18 | -$1.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300294A | 7/1/18 | -$2.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300294A | 7/1/18 | -$4.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300294A | 7/1/18 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300293A | 7/1/18 | -$6.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300264A | 7/1/18 | -$26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300264A | 7/1/18 | -$27.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$83.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263A | 7/1/18 | -$141.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263A | 7/1/18 | -$159.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$188.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$191.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$195.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$198.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$201.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$248.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263A | 7/1/18 | -$286.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263A | 7/1/18 | -$316.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263C | 7/1/18 | -$391.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995031 | $59,641.02 | 8/17/18 | 300263A | 7/1/18 | -$429.12 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---:|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $4,968.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $4,033.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,974.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,915.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,915.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,915.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,829.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $3,773.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $3,190.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $3,163.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $3,163.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,860.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,860.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,860.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,860.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,860.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263 | 7/1/18 | $2,833.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300263B | 7/1/18 | $1,674.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300264 | 7/1/18 | $541.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300264 | 7/1/18 | $535.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300294 | 7/1/18 | $126.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300293 | 7/1/18 | $126.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300294 | 7/1/18 | $84.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300294 | 7/1/18 | $47.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300294 | 7/1/18 | $31.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300265 | 7/1/18 | $8.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300265 | 7/1/18 | -$165.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300536 | 8/1/18 | -$10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300439 | 8/1/18 | -$170.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300439 | 8/1/18 | -$882.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300440 | 8/1/18 | -$1,356.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009125 | $57,925.75 | 9/18/18 | 300440 | 8/1/18 | -$1,643.66 |

Totals:    2 transfer(s),  $117,566.77