| | |
|---|---|
| Defendant: | **Pro Installs Appliance Installations** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914213 | $5,700.00 | 8/10/18 | 125 | 7/31/18 | $3,500.00 |
| StarWest, LLC | StarWest, LLC | 914213 | $5,700.00 | 8/10/18 | PRO112 | 8/1/18 | $900.00 |
| StarWest, LLC | StarWest, LLC | 914213 | $5,700.00 | 8/10/18 | PRO111BKCH | 8/1/18 | $700.00 |
| StarWest, LLC | StarWest, LLC | 914213 | $5,700.00 | 8/10/18 | PRO111 | 8/1/18 | $300.00 |
| StarWest, LLC | StarWest, LLC | 914213 | $5,700.00 | 8/10/18 | PRO116 | 8/8/18 | $300.00 |
| StarWest, LLC | StarWest, LLC | 914296 | $9,000.00 | 8/17/18 | PRO108 | 6/28/18 | $3,000.00 |
| StarWest, LLC | StarWest, LLC | 914296 | $9,000.00 | 8/17/18 | 1361 SO31742963 | 8/13/18 | $6,000.00 |
| StarWest, LLC | StarWest, LLC | 914489 | $8,270.00 | 8/24/18 | 143-SYNERGY | 7/30/18 | $2,870.00 |
| StarWest, LLC | StarWest, LLC | 914442 | $17,295.00 | 8/24/18 | 1360 | 8/1/18 | $11,330.00 |
| StarWest, LLC | StarWest, LLC | 914442 | $17,295.00 | 8/24/18 | 1361-31818618 | 8/7/18 | $5,665.00 |
| StarWest, LLC | StarWest, LLC | 914489 | $8,270.00 | 8/24/18 | POR115-FIGUEROA | 8/8/18 | $3,600.00 |
| StarWest, LLC | StarWest, LLC | 914489 | $8,270.00 | 8/24/18 | PRO117-FIGUEROA | 8/8/18 | $1,800.00 |
| StarWest, LLC | StarWest, LLC | 914442 | $17,295.00 | 8/24/18 | PRO121-31822106 | 8/16/18 | $300.00 |
| StarWest, LLC | StarWest, LLC | 914564 | $780.00 | 8/31/18 | 1365 | 8/28/18 | $780.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | 1364 | 8/28/18 | $8,125.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | 126 | 8/29/18 | $7,500.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | 1368-31742966 | 9/4/18 | $6,300.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | 1369 | 9/5/18 | $2,090.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | BACK-CHARGE MILLENIA | 9/5/18 | $1,437.50 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | 1366 | 9/5/18 | $1,365.00 |
| StarWest, LLC | StarWest, LLC | 914688 | $27,117.50 | 9/7/18 | WOODBRIDGE DELIVERY | 9/5/18 | $300.00 |
| StarWest, LLC | StarWest, LLC | 914793 | $12,287.00 | 9/14/18 | 1370 | 9/5/18 | $10,777.00 |
| StarWest, LLC | StarWest, LLC | 914793 | $12,287.00 | 9/14/18 | 1370-1 | 9/5/18 | $1,510.00 |
| StarWest, LLC | StarWest, LLC | 914854 | $16,655.00 | 9/21/18 | 1374 | 9/18/18 | $1,315.00 |
| StarWest, LLC | StarWest, LLC | 914854 | $16,655.00 | 9/21/18 | 1373 | 9/19/18 | $15,340.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1375-31742968 | 9/24/18 | $6,000.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1376-31743035 | 9/26/18 | $7,500.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1377-31826237 | 9/27/18 | $455.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1377-31826239 | 9/27/18 | $455.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1377-31826223 | 9/27/18 | $455.00 |
| StarWest, LLC | StarWest, LLC | 914982 | $15,255.00 | 9/28/18 | 1377-31826238 | 9/27/18 | $390.00 |
| StarWest, LLC | StarWest, LLC | 915154 | $15,235.00 | 10/10/18 | 127 | 10/1/18 | $7,500.00 |
| StarWest, LLC | StarWest, LLC | 915154 | $15,235.00 | 10/10/18 | 1380-31820232 | 10/2/18 | $195.00 |
| StarWest, LLC | StarWest, LLC | 915154 | $15,235.00 | 10/10/18 | 1379-31738481 | 10/4/18 | $7,540.00 |
| StarWest, LLC | StarWest, LLC | 915166 | $16,720.00 | 10/12/18 | 1378-31828351 | 10/2/18 | $3,090.00 |
| StarWest, LLC | StarWest, LLC | 915166 | $16,720.00 | 10/12/18 | 1381-31738519 | 10/4/18 | $5,220.00 |
| StarWest, LLC | StarWest, LLC | 915166 | $16,720.00 | 10/12/18 | 1382-31743040 | 10/8/18 | $2,900.00 |
| StarWest, LLC | StarWest, LLC | 915166 | $16,720.00 | 10/12/18 | 1384-31743037 | 10/8/18 | $2,900.00 |
| StarWest, LLC | StarWest, LLC | 915166 | $16,720.00 | 10/12/18 | 1383-31743039 | 10/8/18 | $2,610.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | **11 transfer(s), $144,314.50** | | | | | | |