Defendant: **Pro Installs Appliance Installations**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913896 | $5,776.00 | 7/20/18 | 1354 | 7/17/18 | $5,776.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914010 | $14,104.00 | 7/27/18 | 1355 | 7/23/18 | $5,472.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914010 | $14,104.00 | 7/27/18 | 1357 | 7/25/18 | $8,632.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914123 | $11,412.00 | 8/3/18 | 1356 | 7/25/18 | $3,648.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914123 | $11,412.00 | 8/3/18 | 1358 | 8/1/18 | $5,244.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914123 | $11,412.00 | 8/3/18 | 1359 | 8/1/18 | $2,520.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914362 | $15,604.00 | 8/17/18 | 1362 | 8/14/18 | $10,132.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914362 | $15,604.00 | 8/17/18 | 1363 | 8/14/18 | $5,472.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914576 | $5,700.00 | 8/31/18 | 1365 | 8/29/18 | $5,700.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914665 | $7,296.00 | 9/7/18 | 1367-31743279 | 9/4/18 | $7,296.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914768 | $2,520.00 | 9/14/18 | 1373-31739100 | 9/11/18 | $2,520.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914901 | $4,275.00 | 9/21/18 | 1371-31815540 | 9/17/18 | $4,275.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915009 | $3,425.00 | 9/28/18 | 1377-31828403 | 9/25/18 | $3,425.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915118 | $4,560.00 | 10/9/18 | 1382-31815541 | 10/1/18 | $4,560.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915181 | $7,200.00 | 10/12/18 | 1390-31830217 | 10/10/18 | $7,200.00 |

Totals:     11 transfer(s),  $81,872.00