| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Profoot Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980123 | $12,434.91 | 7/17/18 | 100246346 | 5/25/18 | $3,117.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980123 | $12,434.91 | 7/17/18 | 100246601 | 6/4/18 | $9,317.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986873 | $7,129.36 | 7/31/18 | 100246783 | 6/7/18 | $5,292.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986873 | $7,129.36 | 7/31/18 | 100247003 | 6/14/18 | $1,875.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986873 | $7,129.36 | 7/31/18 | MA18188707685 | 7/7/18 | -$38.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990338 | $3,317.30 | 8/9/18 | 100247205 | 6/21/18 | $3,395.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990338 | $3,317.30 | 8/9/18 | VPOT991484214 | 7/22/18 | -$77.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994005 | $2,436.53 | 8/16/18 | 100247492 | 6/29/18 | $2,769.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994005 | $2,436.53 | 8/16/18 | 8361D006371792 | 7/26/18 | -$333.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998017 | $1,736.14 | 8/23/18 | 100247660 | 7/5/18 | $2,886.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998017 | $1,736.14 | 8/23/18 | MA18216715064 | 8/4/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998017 | $1,736.14 | 8/23/18 | VPASN993118746 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001449 | $7,523.87 | 9/3/18 | 100247710 | 7/9/18 | $7,779.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001449 | $7,523.87 | 9/3/18 | 100247870 | 7/12/18 | $2,396.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001449 | $7,523.87 | 9/3/18 | MA18223715065 | 8/11/18 | -$2,493.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001449 | $7,523.87 | 9/3/18 | VPOT991486077 | 8/12/18 | -$159.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004890 | $6,019.71 | 9/10/18 | 100248098 | 7/19/18 | $6,019.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008430 | $1,039.58 | 9/17/18 | 100248425 | 7/30/18 | $1,309.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008430 | $1,039.58 | 9/17/18 | VPOT991487188 | 8/26/18 | -$270.01 |

Totals:   8 transfer(s),  $41,637.40