**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400    151 West 46th Street, 4th Floor
St. Paul, MN 55121    New York, NY 10036
651-406-9665    212-267-7342

| | |
|---|---|
| Defendant: | **FORTUNE CREATION COMPANY LIMITED** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period and Post Petition

**Preference Period Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $74,218.08 | 09/04/2018 | 201820918358-1 | 08/10/2018 | $20,430.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $74,218.08 | 09/04/2018 | 201820918358-2 | 08/10/2018 | $19,851.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $74,218.08 | 09/04/2018 | 201820918358-3 | 08/10/2018 | $13,504.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $74,218.08 | 09/04/2018 | 201820918358-4 | 08/10/2018 | $20,430.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $89,258.40 | 09/11/2018 | 201820921040-1 | 08/17/2018 | $22,459.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $89,258.40 | 09/11/2018 | 201820921040-2 | 08/17/2018 | $21,879.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $89,258.40 | 09/11/2018 | 201820921040-3 | 08/17/2018 | $22,459.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $89,258.40 | 09/11/2018 | 201820921040-4 | 08/17/2018 | $22,459.50 |

**2 Preference Period transfer(s), $163,476.48**