**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **FORTUNE CREATION COMPANY LIMITED** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period and Post Petition

**Preference Period Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $48,132.69 | 07/17/2018 | 201819583090-1 | 06/26/2018 | $23,292.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $48,132.69 | 07/17/2018 | 201819583090-2 | 06/26/2018 | $24,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $168,381.40 | 09/11/2018 | 201821111983-1 | 08/15/2018 | $54,390.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $168,381.40 | 09/11/2018 | 201821111983-2 | 08/15/2018 | $50,571.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $168,381.40 | 09/11/2018 | 201821111983-3 | 08/15/2018 | $63,420.00 |

**2 Preference Period transfer(s), $216,514.09**