Defendant: **Ryad Consulting, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980716 | $68,144.94 | 7/18/18 | 6543 | 5/4/18 | $21,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980716 | $68,144.94 | 7/18/18 | 6544 | 5/4/18 | $8,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980716 | $68,144.94 | 7/18/18 | 6545 | 5/6/18 | $15,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980716 | $68,144.94 | 7/18/18 | 6546 | 5/6/18 | $12,909.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980716 | $68,144.94 | 7/18/18 | 6547 | 5/6/18 | $9,745.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982854 | $14,792.00 | 7/23/18 | 6548 | 5/9/18 | $14,792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986959 | $40,800.00 | 7/31/18 | 6551 | 5/17/18 | $16,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986959 | $40,800.00 | 7/31/18 | 6549 | 5/17/18 | $15,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986959 | $40,800.00 | 7/31/18 | 6550 | 5/17/18 | $8,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990437 | $2,635.00 | 8/9/18 | 6532 | 3/23/18 | $2,635.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990969 | $9,620.00 | 8/10/18 | 6552 | 5/25/18 | $4,867.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990969 | $9,620.00 | 8/10/18 | 6553 | 5/25/18 | $4,753.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6555 | 6/10/18 | $17,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6556 | 6/10/18 | $15,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6554 | 6/10/18 | $9,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6557 | 6/10/18 | $5,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6558 | 6/10/18 | $1,379.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000079 | $56,420.29 | 8/30/18 | 6559 | 6/11/18 | $6,641.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002960 | $48,115.00 | 9/5/18 | 6563 | 6/18/18 | $16,854.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002960 | $48,115.00 | 9/5/18 | 6562 | 6/18/18 | $10,723.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002960 | $48,115.00 | 9/5/18 | 6560 | 6/18/18 | $9,291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002960 | $48,115.00 | 9/5/18 | 6564 | 6/18/18 | $7,814.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002960 | $48,115.00 | 9/5/18 | 6561 | 6/18/18 | $3,433.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005498 | $34,700.00 | 9/11/18 | 6567 | 6/22/18 | $22,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005498 | $34,700.00 | 9/11/18 | 6568 | 6/22/18 | $11,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007007 | $10,100.00 | 9/13/18 | 6569 | 6/26/18 | $10,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008531 | $11,483.00 | 9/17/18 | 6570 | 6/28/18 | $11,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013068 | $6,393.25 | 9/25/18 | 6573 | 7/6/18 | $4,218.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013068 | $6,393.25 | 9/25/18 | 6574 | 7/7/18 | $2,174.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013913 | $14,200.00 | 9/26/18 | 6575 | 7/9/18 | $14,200.00 |

Totals:    12 transfer(s),  $317,403.48