Defendant: **Safavieh Intl. LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90094 | $100.75 | 7/17/18 | 00003832AA | 6/12/18 | $52.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90094 | $100.75 | 7/17/18 | 00002263AA | 6/12/18 | $48.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00001182AA | 5/14/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00004537AA | 5/14/18 | $126.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00003432AA | 5/14/18 | $76.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00003096AA | 5/14/18 | $51.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00003320AA | 6/13/18 | $123.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90884 | $579.68 | 7/18/18 | 00005090AA | 6/13/18 | $71.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91760 | $321.22 | 7/19/18 | 00004975AA | 5/15/18 | $170.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91760 | $321.22 | 7/19/18 | 00003019AA | 5/15/18 | $93.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91760 | $321.22 | 7/19/18 | 00000528AA | 5/15/18 | $35.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91760 | $321.22 | 7/19/18 | 00005554AA | 5/15/18 | $22.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00003766AA | 5/16/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00003313AA | 5/16/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00002357AA | 5/16/18 | $85.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00009716AA | 5/16/18 | $54.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00004173AA | 6/15/18 | $102.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00005596AA | 6/15/18 | $75.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92329 | $628.91 | 7/20/18 | 00000226AA | 6/15/18 | $63.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00005516AA | 5/17/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00006170AA | 5/17/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00008578AA | 5/17/18 | $22.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00005734AA | 5/18/18 | $92.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00004939AA | 5/18/18 | $82.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00001227AA | 5/18/18 | $81.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00005531AA | 5/18/18 | $53.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00008112AA | 5/18/18 | $28.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00006535AA | 5/18/18 | $3.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00002435AA | 5/19/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00004434AA | 5/19/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00000517AA | 5/19/18 | $45.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00000074AA | 6/16/18 | $185.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00002746AA | 6/16/18 | $104.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00004756AA | 6/18/18 | $85.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93412 | $1,210.95 | 7/23/18 | 00000005AA | 6/18/18 | $54.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94249 | $275.25 | 7/24/18 | 00007437AA | 5/20/18 | $85.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94249 | $275.25 | 7/24/18 | 00006834AA | 6/19/18 | $190.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00006130AA | 5/21/18 | $54.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00007645AA | 5/21/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00009205AA | 5/21/18 | $45.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00007159AA | 5/21/18 | $44.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00004391AA | 5/21/18 | $42.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00007646AA | 5/21/18 | $37.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00004390AA | 5/21/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00002364AA | 5/21/18 | $32.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00008813AA | 5/21/18 | $17.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00007887AA | 5/21/18 | $11.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00005317AA | 6/20/18 | $201.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95033 | $675.21 | 7/25/18 | 00004280AA | 6/20/18 | $102.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00005302AA | 5/22/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00004459AA | 5/22/18 | $72.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00009454AA | 5/22/18 | $32.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00007739AA | 5/22/18 | $22.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00002048AA | 5/22/18 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00009393AA | 6/21/18 | $126.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95869 | $525.03 | 7/26/18 | 00009902AA | 6/21/18 | $125.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96436 | $121.38 | 7/27/18 | 00002242AA | 6/22/18 | $121.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00009503AA | 5/24/18 | $315.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00004304AA | 5/24/18 | $65.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00009504AA | 5/24/18 | $21.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00003296AA | 5/24/18 | $16.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00001646AA | 5/25/18 | $259.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00008580AA | 5/25/18 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00006564AA | 5/25/18 | $71.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00009352AA | 5/25/18 | $54.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00001047AA | 5/25/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00007856AA | 5/26/18 | $113.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00005699AA | 5/26/18 | $90.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00007311AA | 5/26/18 | $71.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00009960AA | 5/26/18 | $60.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00009575AA | 5/26/18 | $57.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97448 | $1,383.81 | 7/30/18 | 00000657AA | 5/26/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99001 | $283.24 | 8/1/18 | 00000476AA | 5/28/18 | $94.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99001 | $283.24 | 8/1/18 | 00009230AA | 5/28/18 | $76.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99001 | $283.24 | 8/1/18 | 00006562AA | 5/28/18 | $45.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99001 | $283.24 | 8/1/18 | 00003447AA | 5/28/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99001 | $283.24 | 8/1/18 | 00007341AA | 5/28/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00002568AA | 5/29/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00009024AA | 5/29/18 | $153.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00000850AA | 5/29/18 | $93.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00003546AA | 5/29/18 | $79.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00002206AA | 5/29/18 | $59.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00006575AA | 5/29/18 | $33.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99812 | $717.79 | 8/2/18 | 00002207AA | 5/29/18 | $24.00 |

Safavieh Intl. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                              Exhibit A                              P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00009088AA | 5/30/18 | $254.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00003572AA | 5/30/18 | $175.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00000475AA | 5/30/18 | $66.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00006855AA | 5/30/18 | $19.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00002957AA | 5/30/18 | $15.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00363 | $542.66 | 8/3/18 | 00004783AA | 5/30/18 | $11.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00006444AA | 5/31/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00009317AA | 5/31/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00007753AA | 5/31/18 | $62.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00003713AA | 5/31/18 | $46.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00001576AA | 6/1/18 | $29.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01383 | $419.28 | 8/6/18 | 00003468AA | 6/2/18 | $32.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00001699AA | 6/4/18 | $422.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00001696AA | 6/4/18 | $279.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005240AA | 6/4/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005239AA | 6/4/18 | $94.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00006850AA | 6/4/18 | $49.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00001697AA | 6/4/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00008955AA | 6/4/18 | $29.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005791AA | 6/4/18 | $22.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005241AA | 6/4/18 | $18.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005242AA | 6/4/18 | $18.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00004156AA | 6/4/18 | $7.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00004157AA | 6/4/18 | $7.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02874 | $1,132.42 | 8/8/18 | 00005839AA | 6/4/18 | $6.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03658 | $101.41 | 8/9/18 | 00004198AA | 6/5/18 | $43.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03658 | $101.41 | 8/9/18 | 00000802AA | 6/5/18 | $29.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03658 | $101.41 | 8/9/18 | 00008586AA | 6/5/18 | $20.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03658 | $101.41 | 8/9/18 | 00008587AA | 6/5/18 | $7.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04211 | $162.12 | 8/10/18 | 00000878AA | 6/6/18 | $94.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04211 | $162.12 | 8/10/18 | 00004112AA | 6/6/18 | $44.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04211 | $162.12 | 8/10/18 | 00004830AA | 6/6/18 | $22.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00004724AA | 6/7/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00006455AA | 6/7/18 | $48.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00008179AA | 6/7/18 | $42.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00009733AA | 6/7/18 | $20.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00004852AA | 6/8/18 | $277.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00002535AA | 6/8/18 | $30.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00001089AA | 6/9/18 | $36.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05229 | $618.37 | 8/13/18 | 00004934AA | 6/9/18 | $30.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06814 | $239.37 | 8/15/18 | 00007071AA | 6/11/18 | $82.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06814 | $239.37 | 8/15/18 | 00006343AA | 6/11/18 | $74.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06814 | $239.37 | 8/15/18 | 00002662AA | 6/11/18 | $31.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06814 | $239.37 | 8/15/18 | 00006344AA | 6/11/18 | $30.60 |

Safavieh Intl. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                      Exhibit A                                      P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06814 | $239.37 | 8/15/18 | 00000910AA | 6/11/18 | $20.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00000384AA | 6/12/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00004353AA | 6/12/18 | $82.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00009464AA | 6/12/18 | $51.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00001083AA | 6/12/18 | $32.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00003831AA | 6/12/18 | $29.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07635 | $355.21 | 8/16/18 | 00008016AA | 6/12/18 | $28.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08209 | $575.00 | 8/17/18 | 00006373AA | 6/13/18 | $275.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08209 | $575.00 | 8/17/18 | 00007851AA | 6/13/18 | $240.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08209 | $575.00 | 8/17/18 | 00004470AA | 6/13/18 | $59.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00005896AA | 6/14/18 | $128.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00002532AA | 6/14/18 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00004094AA | 6/14/18 | $103.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00005535AA | 6/14/18 | $92.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00001138AA | 6/15/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00003046AA | 6/16/18 | $137.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00001302AA | 6/16/18 | $79.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00008902AA | 6/16/18 | $55.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00001301AA | 6/16/18 | $47.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00001862AA | 6/16/18 | $42.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00002358AA | 6/16/18 | $35.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09239 | $902.35 | 8/20/18 | 00000617AA | 6/16/18 | $28.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00008975AA | 6/18/18 | $440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00000004AA | 6/18/18 | $422.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00001007AA | 6/18/18 | $176.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00009373AA | 6/18/18 | $72.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00000853AA | 6/18/18 | $57.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00004344AA | 6/18/18 | $36.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00002090AA | 6/18/18 | $24.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10859 | $1,233.98 | 8/22/18 | 00005164AA | 6/18/18 | $3.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11562 | $289.93 | 8/23/18 | 00006835AA | 6/19/18 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11562 | $289.93 | 8/23/18 | 00008812AA | 6/19/18 | $92.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11562 | $289.93 | 8/23/18 | 00001652AA | 6/19/18 | $49.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11562 | $289.93 | 8/23/18 | 00003615AA | 6/19/18 | $28.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12174 | $182.83 | 8/24/18 | 00007063AA | 6/20/18 | $90.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12174 | $182.83 | 8/24/18 | 00007062AA | 6/20/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12174 | $182.83 | 8/24/18 | 00000315AA | 6/20/18 | $33.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12174 | $182.83 | 8/24/18 | 00006671AA | 6/20/18 | $7.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00008276AA | 6/21/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00005446AA | 6/21/18 | $59.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00006766AA | 6/21/18 | $30.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00008351AA | 6/22/18 | $130.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00002243AA | 6/22/18 | $32.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00009113AA | 6/22/18 | $30.60 |

Safavieh Intl. LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                    Exhibit A                                    P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13270 | $436.51 | 8/27/18 | 00003015AA | 6/22/18 | $21.25 |
| **Totals:** | **26 transfer(s),  $14,014.66** | | | | | | |