Defendant: **Schawk Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995111 | $136,106.00 | 8/17/18 | 91527449 | 5/31/18 | $108,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995111 | $136,106.00 | 8/17/18 | 91527448 | 5/31/18 | $20,010.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995111 | $136,106.00 | 8/17/18 | 91527450 | 5/31/18 | $7,346.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634777 | 6/30/18 | $25,690.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634780 | 6/30/18 | $15,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634779 | 6/30/18 | $12,564.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634775 | 6/30/18 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634778 | 6/30/18 | $2,351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009180 | $60,657.61 | 9/18/18 | 91634772 | 6/30/18 | $2,100.00 |

Totals:   2 transfer(s),  $196,763.61