Defendant: **Select Beverages Inc.**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3230202793 | 6/5/18 | $749.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3458102276 | 6/5/18 | $652.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3799002630 | 6/6/18 | $402.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 11193960 | 6/6/18 | $352.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3471294038 | 6/7/18 | $493.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3795003238 | 6/7/18 | $330.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3152002606 | 6/7/18 | $267.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3474203424 | 6/7/18 | $244.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3783601836 | 6/8/18 | $1,300.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3150402623 | 6/8/18 | $520.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3230202903 | 6/8/18 | $339.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3205003060 | 6/8/18 | $246.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3470704020 | 6/28/18 | -$27.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980751 | $5,838.54 | 7/18/18 | 3796000712 | 6/28/18 | -$33.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3209503519 | 6/11/18 | $478.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3209503519 | 6/11/18 | -$45.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3797102269 | 6/13/18 | $935.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3152002723 | 6/14/18 | $433.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3470703778 | 6/14/18 | $309.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3471204218 | 6/14/18 | $254.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3209503614 | 6/14/18 | $167.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3470703778 | 6/14/18 | -$19.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3780402115 | 6/15/18 | $582.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3468603432 | 6/15/18 | $434.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3457503593 | 6/15/18 | $209.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | KM161597 | 7/3/18 | -$1,139.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3801701967 | 7/5/18 | -$126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984076 | $2,273.01 | 7/25/18 | 3457902966 | 7/10/18 | -$202.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 144632627 | 6/18/18 | $511.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3713702219 | 6/18/18 | $10.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 144632627 | 6/18/18 | -$46.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3455903632 | 6/19/18 | $252.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3455903632 | 6/19/18 | -$18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3801802082 | 6/20/18 | $369.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3207203680 | 6/20/18 | $265.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3267302724 | 6/20/18 | $261.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3801802082 | 6/20/18 | -$7.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3783601931 | 6/21/18 | $1,071.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3470703898 | 6/21/18 | $741.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3471204413 | 6/21/18 | $488.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3152002844 | 6/21/18 | $364.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3474203724 | 6/21/18 | $207.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3470703898 | 6/21/18 | -$18.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3230203219 | 6/22/18 | $1,669.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3778502747 | 6/22/18 | $722.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3780402205 | 6/22/18 | $707.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3150402842 | 6/22/18 | $664.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3205003329 | 6/22/18 | $367.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3780402205 | 6/22/18 | -$14.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3230203219 | 6/22/18 | -$24.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 4423030256 | 6/27/18 | -$1.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 379503266 | 7/13/18 | -$18.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987507 | $8,435.88 | 8/1/18 | 3799003072 | 7/16/18 | -$90.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3797901908 | 6/26/18 | $1,119.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3458600817 | 6/26/18 | $771.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3455903806 | 6/26/18 | $143.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3797000231 | 6/27/18 | $974.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3796000711 | 6/28/18 | $961.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3471204605 | 6/28/18 | $380.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3474203883 | 6/28/18 | $304.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3470704019 | 6/28/18 | $228.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3470704019 | 6/28/18 | -$12.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3796000711 | 6/28/18 | -$49.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3205003462 | 6/29/18 | $224.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3230203754 | 7/20/18 | -$127.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3799003164 | 7/23/18 | -$32.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991017 | $4,849.74 | 8/10/18 | 3797303648 | 7/25/18 | -$36.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3780702149 | 7/2/18 | $2,109.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3230203385 | 7/2/18 | $768.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3152003032 | 7/2/18 | $173.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3230203385 | 7/2/18 | -$23.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3793502633 | 7/3/18 | $580.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 345903971 | 7/3/18 | $175.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3471204792 | 7/5/18 | $301.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3152003087 | 7/5/18 | $281.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3801701966 | 7/5/18 | $280.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3267302987 | 7/5/18 | $222.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3207204019 | 7/5/18 | $181.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3801701966 | 7/5/18 | -$8.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3152003087 | 7/5/18 | -$77.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3150403064 | 7/6/18 | $585.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3230203480 | 7/6/18 | $507.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3205003589 | 7/6/18 | $225.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3474204465 | 7/26/18 | -$23.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995157 | $6,253.73 | 8/17/18 | 3802203544 | 7/31/18 | -$6.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3797303369 | 7/9/18 | $630.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3795003690 | 7/9/18 | $400.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3799002900 | 7/9/18 | $179.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3797303369 | 7/9/18 | -$8.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3457902965 | 7/10/18 | $802.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3779700918 | 7/10/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3802203197 | 7/10/18 | $198.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3457902965 | 7/10/18 | -$10.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3783602179 | 7/12/18 | $1,243.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3778503021 | 7/12/18 | $519.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3474204153 | 7/12/18 | $510.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3470500214 | 7/12/18 | $320.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3783602179 | 7/12/18 | -$39.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3795203266 | 7/13/18 | $607.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3471204997 | 7/13/18 | $541.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3020203619 | 7/13/18 | $381.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3457504227 | 7/13/18 | $265.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3205003721 | 7/13/18 | $177.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3471205456 | 8/2/18 | -$63.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3150403502 | 8/3/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3230204054 | 8/3/18 | -$8.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998644 | $7,014.83 | 8/28/18 | 3778503424 | 8/3/18 | -$50.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3799003071 | 7/16/18 | $455.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3777202716 | 7/16/18 | $208.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3209504361 | 7/17/18 | $581.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3801702104 | 7/17/18 | $307.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3455904272 | 7/17/18 | $305.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3455904272 | 7/17/18 | -$13.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3209504361 | 7/17/18 | -$18.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3797303530 | 7/18/18 | $1,018.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3270203122 | 7/18/18 | $221.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3797303530 | 7/18/18 | -$124.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3470704121 | 7/19/18 | $540.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3474204311 | 7/19/18 | $340.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3778503162 | 7/19/18 | $287.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3470704121 | 7/19/18 | -$22.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3150403272 | 7/20/18 | $691.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3457504367 | 7/20/18 | $515.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3471205130 | 7/20/18 | $481.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3230203753 | 7/20/18 | $442.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3795203393 | 7/20/18 | $294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3457504368 | 7/20/18 | $220.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3230203753 | 7/20/18 | -$5.09 |

Select Beverages Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002139 | $6,698.97 | 9/4/18 | 3457504367 | 7/20/18 | -$31.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3795003986 | 7/23/18 | $374.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3799003163 | 7/23/18 | $200.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3801903446 | 7/24/18 | $462.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3801903446 | 7/24/18 | -$6.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3797303647 | 7/25/18 | $767.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3797303647 | 7/25/18 | -$5.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3471205284 | 7/26/18 | $373.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3474204464 | 7/26/18 | $350.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3151603213 | 7/26/18 | $257.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3778503259 | 7/26/18 | $187.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3230203897 | 7/27/18 | $851.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3795103432 | 7/27/18 | $606.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3150403390 | 7/27/18 | $417.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3205004007 | 7/27/18 | $285.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3470002891 | 7/27/18 | $211.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3801802359 | 8/16/18 | -$22.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3795103797 | 8/17/18 | -$24.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005545 | $5,272.46 | 9/11/18 | 3797304143 | 8/22/18 | -$16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3457903280 | 7/30/18 | $682.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3778703255 | 7/30/18 | $643.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3799003321 | 7/30/18 | $181.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3455904612 | 7/31/18 | $266.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3802203543 | 7/31/18 | $258.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3802203543 | 7/31/18 | -$6.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3455904612 | 7/31/18 | -$13.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3797303756 | 8/1/18 | $614.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3797303756 | 8/1/18 | -$12.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3471205455 | 8/2/18 | $428.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3474204615 | 8/2/18 | $427.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3470704292 | 8/2/18 | $418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3152003562 | 8/2/18 | $324.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3209504747 | 8/2/18 | $130.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3795103532 | 8/3/18 | $917.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3230204053 | 8/3/18 | $647.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3778503423 | 8/3/18 | $364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3150403501 | 8/3/18 | $335.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3457504664 | 8/3/18 | $272.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3230204053 | 8/3/18 | -$9.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3778503778 | 8/23/18 | -$18.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3470704492 | 8/23/18 | -$25.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3470003229 | 8/23/18 | -$328.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3230204442 | 8/24/18 | -$6.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009219 | $6,414.70 | 9/18/18 | 3150403808 | 8/24/18 | -$78.16 |

Select Beverages Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3779303710 | 8/6/18 | $524.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3793503157 | 8/6/18 | $434.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3795004296 | 8/6/18 | $311.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3795004296 | 8/6/18 | -$5.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3802203691 | 8/7/18 | $407.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3797303878 | 8/8/18 | $1,455.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3267303503 | 8/8/18 | $305.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3474204758 | 8/9/18 | $366.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3470704401 | 8/9/18 | $259.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3778503520 | 8/9/18 | $158.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3795203790 | 8/10/18 | $668.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3230204173 | 8/10/18 | $501.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3150403601 | 8/10/18 | $323.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3205004266 | 8/10/18 | $177.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013119 | $5,880.86 | 9/25/18 | 3209505419 | 8/30/18 | -$9.20 |

**Totals:**     **10 transfer(s),  $58,932.72**

Select Beverages Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A