Defendant: **Select Salons Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985558 | $14,904.00 | 7/19/18 | AAE003181976003 | 7/16/18 | $14,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988988 | $14,689.00 | 7/26/18 | AAE003182046003 | 7/23/18 | $14,689.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992531 | $12,798.00 | 8/2/18 | AAE003182116003 | 7/30/18 | $12,798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996757 | $20,695.00 | 8/9/18 | AAE003182186003 | 8/6/18 | $20,695.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000089 | $14,666.00 | 8/16/18 | AAE003182256003 | 8/13/18 | $14,666.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003575 | $15,217.00 | 8/23/18 | AAE003182326003 | 8/20/18 | $15,217.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007021 | $12,418.00 | 8/30/18 | AAE003182396003 | 8/27/18 | $12,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011271 | $19,321.00 | 9/6/18 | AAE003182466003 | 9/3/18 | $19,321.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014587 | $14,484.00 | 9/13/18 | AAE003182536003 | 9/10/18 | $14,484.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018023 | $14,070.00 | 9/20/18 | AAE003182606003 | 9/17/18 | $14,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021499 | $13,567.00 | 9/27/18 | AAE003182676003 | 9/24/18 | $13,567.00 |

Totals:   11 transfer(s),   $166,829.00