Defendant: **Singer Sewing**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000395893 | 6/11/18 | -$4,970.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000719741 | 6/19/18 | $28,616.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000719739 | 6/19/18 | $25,872.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000719738 | 6/19/18 | $8,232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000719740 | 6/19/18 | $8,036.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000180820 | 7/6/18 | -$100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000509050 | 7/10/18 | -$3,436.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94288 | $57,687.46 | 7/24/18 | 0000433471 | 7/12/18 | -$4,561.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99847 | $49,000.00 | 8/2/18 | 0000720795 | 6/28/18 | $14,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99847 | $49,000.00 | 8/2/18 | 0000720793 | 6/28/18 | $12,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99847 | $49,000.00 | 8/2/18 | 0000720796 | 6/28/18 | $11,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99847 | $49,000.00 | 8/2/18 | 0000720794 | 6/28/18 | $4,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99847 | $49,000.00 | 8/2/18 | 0000720797 | 6/28/18 | $4,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07673 | $8,036.00 | 8/16/18 | 0000719737 | 6/19/18 | $8,036.00 |

Totals:    3 transfer(s),  $114,723.46