Defendant: **Specialized Transportation Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980810 | $13,591.66 | 7/18/18 | SCSO180625T | 6/23/18 | $3,739.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980810 | $13,591.66 | 7/18/18 | SLDC180625T | 6/25/18 | $9,231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980810 | $13,591.66 | 7/18/18 | SOTL180625T | 6/25/18 | $621.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984141 | $20,146.90 | 7/25/18 | SCSO180702T | 6/30/18 | $2,914.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984141 | $20,146.90 | 7/25/18 | SLDC180702T | 7/2/18 | $13,312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984141 | $20,146.90 | 7/25/18 | SEARS180702 | 7/2/18 | $1,951.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984141 | $20,146.90 | 7/25/18 | SEARS180702 | 7/2/18 | $1,284.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984141 | $20,146.90 | 7/25/18 | SEARS180702 | 7/2/18 | $685.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987569 | $11,729.05 | 8/1/18 | SCSO180709T | 7/7/18 | $3,679.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987569 | $11,729.05 | 8/1/18 | SLDC180709T | 7/9/18 | $7,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987569 | $11,729.05 | 8/1/18 | SEARS180709 | 7/9/18 | $470.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991076 | $11,527.18 | 8/10/18 | SLDC180716T | 7/16/18 | $10,267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991076 | $11,527.18 | 8/10/18 | SEARS180716 | 7/16/18 | $1,260.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995236 | $14,546.02 | 8/17/18 | SCSO180723T | 7/21/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995236 | $14,546.02 | 8/17/18 | SLDC180723T | 7/23/18 | $8,669.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995236 | $14,546.02 | 8/17/18 | SEARS180723 | 7/23/18 | $1,077.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998702 | $16,981.41 | 8/28/18 | SCSO180730T | 7/28/18 | $4,190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998702 | $16,981.41 | 8/28/18 | SLDC180730T | 7/30/18 | $10,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998702 | $16,981.41 | 8/28/18 | SEARS180730 | 7/30/18 | $981.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998702 | $16,981.41 | 8/28/18 | SEARS180730 | 7/30/18 | $709.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998702 | $16,981.41 | 8/28/18 | SEARS180730 | 7/30/18 | $571.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002197 | $20,548.00 | 9/4/18 | SCSO180806T | 8/4/18 | $9,203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002197 | $20,548.00 | 9/4/18 | SLDC180806T | 8/6/18 | $11,345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005601 | $42,303.48 | 9/11/18 | SCSO180813T | 8/11/18 | $10,393.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005601 | $42,303.48 | 9/11/18 | SLDC180813T | 8/13/18 | $20,371.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005601 | $42,303.48 | 9/11/18 | SEARS180813 | 8/13/18 | $6,327.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005601 | $42,303.48 | 9/11/18 | SEARS180813 | 8/13/18 | $5,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009290 | $26,233.29 | 9/18/18 | SCSO180820T | 8/18/18 | $7,078.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009290 | $26,233.29 | 9/18/18 | SLDC180820T | 8/20/18 | $17,054.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009290 | $26,233.29 | 9/18/18 | SEARS180820 | 8/20/18 | $2,101.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013181 | $36,012.17 | 9/25/18 | SCSO180827T | 8/25/18 | $10,339.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013181 | $36,012.17 | 9/25/18 | SLDC180827T | 8/27/18 | $25,673.17 |

Totals:    10 transfer(s),  $213,619.16