Defendant: **Studio 1 DBA Studio 1 Div. of Shazdeh Fashions**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88469037 | 6/20/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88468137 | 6/20/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88468670 | 6/20/18 | -$42.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88471446 | 6/22/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88470990 | 6/22/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364973 | 6/25/18 | $56,186.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364991 | 6/27/18 | $2,088.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364990 | 6/27/18 | $1,044.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364992 | 6/27/18 | $1,044.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364993 | 6/27/18 | $1,044.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364995 | 6/27/18 | $1,044.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364994 | 6/27/18 | $1,044.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 364996 | 6/27/18 | $741.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | MA18183713537 | 7/2/18 | -$35,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88474678 | 7/4/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88473807 | 7/4/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88475908 | 7/6/18 | -$30.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88477189 | 7/11/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88477338 | 7/12/18 | -$100.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88480479 | 7/13/18 | -$44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88478535 | 7/13/18 | -$86.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88478627 | 7/13/18 | -$124.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88482502 | 7/14/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88481356 | 7/14/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88480586 | 7/14/18 | -$91.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88484019 | 7/18/18 | -$116.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88485976 | 7/19/18 | -$33.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88487652 | 7/25/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88489219 | 7/25/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88488050 | 7/25/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88488332 | 7/25/18 | -$54.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88489650 | 7/27/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88490693 | 7/27/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88490947 | 7/27/18 | -$47.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991851 | $28,111.86 | 8/1/18 | 8710K88491695 | 7/28/18 | -$22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 359237 | 2/26/18 | $272.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 359235 | 2/26/18 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 362138 | 4/24/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | ITM1287963IN557 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 364972 | 6/25/18 | $61,701.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | ITM3266531IN213 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | ITM1636691IN031 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | ITM1288256IN417 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | ITM6795620IN212 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 8710K88493587 | 8/1/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996159 | $61,441.12 | 8/8/18 | 8710K88494580 | 8/4/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 365239 | 7/17/18 | $81,799.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88495992 | 8/9/18 | -$39.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88495676 | 8/10/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88499091 | 8/10/18 | -$118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88500774 | 8/11/18 | -$20.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88499562 | 8/11/18 | -$66.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88502491 | 8/15/18 | -$34.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88507864 | 8/16/18 | -$24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88504935 | 8/16/18 | -$36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005035 | $81,404.78 | 8/27/18 | 8710K88505519 | 8/16/18 | -$39.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 365283 | 7/23/18 | $88,688.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 365284 | 7/23/18 | $29,230.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | MA18235716208 | 8/23/18 | -$25,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88513590 | 8/24/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88514264 | 8/25/18 | -$36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88516858 | 8/30/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88515796 | 8/30/18 | -$24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88519926 | 8/31/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011290 | $92,747.67 | 9/6/18 | 8710K88518389 | 8/31/18 | -$39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 366359 | 8/13/18 | $27,878.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8710K88521356 | 9/7/18 | -$82.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8361D006413412 | 9/10/18 | -$203.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | MA18253716208 | 9/10/18 | -$25,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8710K88523890 | 9/12/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8710K88527675 | 9/13/18 | -$43.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8710K88526199 | 9/13/18 | -$369.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017375 | $2,099.19 | 9/19/18 | 8710K88529878 | 9/14/18 | -$53.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020893 | $169,141.68 | 9/26/18 | ITM9889936IN638 | 8/6/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020893 | $169,141.68 | 9/26/18 | 366841 | 8/17/18 | $88,120.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020893 | $169,141.68 | 9/26/18 | 366842 | 8/17/18 | $81,269.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020893 | $169,141.68 | 9/26/18 | 8710K88534968 | 9/21/18 | -$48.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022265 | $164,459.52 | 9/28/18 | 366843 | 8/17/18 | $82,682.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022265 | $164,459.52 | 9/28/18 | 366844 | 8/17/18 | $81,776.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367283 | 8/27/18 | $967.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367286 | 8/27/18 | $552.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367284 | 8/27/18 | $552.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367285 | 8/27/18 | $552.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367281 | 8/27/18 | $552.96 |

Studio 1 DBA Studio 1 Div. of Shazdeh Fashions

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367287 | 8/27/18 | $518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367280 | 8/27/18 | $414.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367282 | 8/27/18 | $276.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 367282 | 8/27/18 | -$288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 8710K88535420 | 9/27/18 | -$116.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023767 | $3,963.62 | 10/2/18 | 8710K88539078 | 9/28/18 | -$20.90 |

**Totals:**    8 transfer(s),  $603,369.44