| | |
|---|---|
| Defendant: | **Summit Construction LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913837 | $42,194.00 | 7/19/18 | 2237 | 7/14/18 | $12,774.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913837 | $42,194.00 | 7/19/18 | 2240 | 7/14/18 | $9,100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913837 | $42,194.00 | 7/19/18 | 2239 | 7/14/18 | $7,200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913837 | $42,194.00 | 7/19/18 | 2236 | 7/14/18 | $6,820.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913837 | $42,194.00 | 7/19/18 | 2238 | 7/14/18 | $6,300.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2241 | 7/20/18 | $9,200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2246 | 7/20/18 | $8,160.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2242 | 7/20/18 | $7,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2245 | 7/20/18 | $1,150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2243 | 7/20/18 | $450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913926 | $26,360.00 | 7/26/18 | 2244 | 7/20/18 | $400.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914048 | $28,764.00 | 8/2/18 | 2249 | 7/30/18 | $27,455.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914048 | $28,764.00 | 8/2/18 | 2247 | 7/30/18 | $959.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914048 | $28,764.00 | 8/2/18 | 2248 | 7/30/18 | $350.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914161 | $16,340.00 | 8/9/18 | 2250 | 8/6/18 | $8,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914161 | $16,340.00 | 8/9/18 | 2251 | 8/6/18 | $8,160.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2253 | 8/13/18 | $9,138.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2252 | 8/13/18 | $150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2255 | 8/14/18 | $7,344.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2254 | 8/14/18 | $250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2257 | 8/15/18 | $7,959.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914277 | $25,741.00 | 8/16/18 | 2256 | 8/15/18 | $900.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002258-31736652 | 8/19/18 | $8,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002260-31707491 | 8/19/18 | $7,250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002263-31822839 | 8/19/18 | $3,580.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002259-31823486-2 | 8/19/18 | $2,112.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002261-31820167 | 8/19/18 | $290.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914396 | $21,702.00 | 8/23/18 | 0002262-31707635 | 8/19/18 | $290.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914509 | $34,748.00 | 8/30/18 | 0002267-31824792 | 8/25/18 | $15,918.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914509 | $34,748.00 | 8/30/18 | 0002264-31736654 | 8/25/18 | $8,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914509 | $34,748.00 | 8/30/18 | 0002265-31736655 | 8/25/18 | $8,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914509 | $34,748.00 | 8/30/18 | 0002266-31734951 | 8/25/18 | $2,470.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914625 | $28,980.00 | 9/6/18 | 0002271-31825580 | 9/1/18 | $17,390.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914625 | $28,980.00 | 9/6/18 | 2270 | 9/1/18 | $7,410.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914625 | $28,980.00 | 9/6/18 | 0002268-31734951-2 | 9/1/18 | $4,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914655 | $7,250.00 | 9/7/18 | 0002269-31707498 | 9/1/18 | $7,250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002273-31736703 | 9/8/18 | $9,138.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002274-31736704 | 9/8/18 | $9,138.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002272-31722201 | 9/8/18 | $6,120.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002277-31736655-1 | 9/8/18 | $958.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002275-31736652-1 | 9/8/18 | $958.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914723 | $27,270.00 | 9/12/18 | 0002276-31736654-1 | 9/8/18 | $958.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2284-31827201 | 9/15/18 | $12,754.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2279-31827047 | 9/15/18 | $7,100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2281-31736705 | 9/15/18 | $5,175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2278-31804274 | 9/15/18 | $2,880.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2282-31817476 | 9/15/18 | $622.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2283-31744880 | 9/15/18 | $350.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914835 | $29,081.00 | 9/20/18 | 2280-31827064 | 9/15/18 | $200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914937 | $24,906.00 | 9/27/18 | 2285-31804280 | 9/22/18 | $8,160.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914937 | $24,906.00 | 9/27/18 | 2287-31736706 | 9/22/18 | $7,338.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914937 | $24,906.00 | 9/27/18 | 2286-31736705 | 9/22/18 | $5,763.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914937 | $24,906.00 | 9/27/18 | 2288-31828198 | 9/22/18 | $3,520.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914937 | $24,906.00 | 9/27/18 | 2289-31825998 | 9/22/18 | $125.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2298-31829072 | 9/29/18 | $12,754.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2299-31829072 | 9/29/18 | $4,080.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2290-31736707 | 9/29/18 | $3,375.00 |

Summit Construction LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2291-31736708 | 9/29/18 | $3,375.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2295-31719251 | 9/29/18 | $2,150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2296-31826299 | 9/29/18 | $2,150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2297-31820166 | 9/29/18 | $1,984.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2293-31826299 | 9/29/18 | $1,050.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2294-31826300 | 9/29/18 | $1,050.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915050 | $32,493.00 | 10/4/18 | 2292-31719251 | 9/29/18 | $525.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2304-31830107 | 10/5/18 | $17,138.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2301-31736708-1 | 10/5/18 | $5,763.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2300-31723707-1 | 10/5/18 | $5,763.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2302-31719251-1 | 10/5/18 | $2,150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2303-31819808 | 10/5/18 | $321.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915159 | $32,191.00 | 10/11/18 | 2305-318330204 | 10/9/18 | $1,056.00 |

Totals:     14 transfer(s),  $378,020.00