Defendant: **Sun Industrial Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993346 | $4,840.00 | 8/15/18 | 2018043 | 5/30/18 | $4,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999475 | $1,000.00 | 8/29/18 | 192402 | 7/11/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000900 | $858.00 | 8/31/18 | 120402DOOR | 6/13/18 | $858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 194401 | 6/27/18 | $326,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 194401 | 6/27/18 | $202,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 194401 | 6/27/18 | $77,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 194401 | 6/27/18 | $34,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 192401 | 6/27/18 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 192401 | 6/27/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007840 | $585,270.00 | 9/14/18 | 194401 | 6/27/18 | -$64,030.00 |

Totals:     4 transfer(s),  $591,968.00