Defendant: **Sundance International Inc, DBA Sundance Holdings Group, LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8208 | $85,635.77 | 7/18/18 | 201817835657 | 4/25/18 | $85,635.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8209 | $443,524.50 | 8/10/18 | 201818121341 | 5/17/18 | $250,059.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8209 | $443,524.50 | 8/10/18 | 201818121341 | 5/17/18 | $193,464.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-8210 | $143,993.37 | 8/30/18 | 201818599468 | 5/31/18 | $143,993.37 |

Totals:    3 transfer(s),  $673,153.64

Defendant: **Sundance International Inc, DBA Sundance Holdings Group, LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20259 | $57,117.33 | 7/18/18 | 201817834820 | 4/25/18 | $57,117.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20260 | $57,075.84 | 7/27/18 | 201817835122 | 5/3/18 | $28,648.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20260 | $57,075.84 | 7/27/18 | 201817835122 | 5/3/18 | $28,427.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20261 | $245,522.29 | 8/6/18 | 201818121566 | 5/11/18 | $245,522.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20262 | $57,149.56 | 8/10/18 | 201818598319 | 5/17/18 | $57,149.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $57,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $57,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $57,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $57,002.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $28,648.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20263 | $286,190.12 | 8/21/18 | 201818599027 | 5/24/18 | $28,648.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20264 | $228,929.98 | 8/30/18 | 201819080690 | 5/31/18 | $228,929.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20265 | $222,060.68 | 9/5/18 | 201819079987 | 6/8/18 | $114,594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20265 | $222,060.68 | 9/5/18 | 201819079987 | 6/8/18 | $107,466.68 |

Totals:    7 transfer(s),   $1,154,045.80