Defendant: **Sunshine Mills, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222037 | 6/21/18 | $10,213.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222047 | 6/21/18 | $7,012.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222036 | 6/22/18 | $11,753.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222039 | 6/22/18 | $10,188.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222048 | 6/22/18 | $7,012.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980272 | $47,798.25 | 7/17/18 | 222049 | 6/22/18 | $1,618.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222052 | 6/22/18 | $7,184.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222038 | 6/25/18 | $16,126.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222050 | 6/25/18 | $7,782.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222046 | 6/25/18 | $7,012.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222073 | 6/26/18 | $7,684.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222067 | 6/26/18 | $7,684.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222027 | 6/26/18 | $5,058.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980862 | $63,114.27 | 7/18/18 | 222025 | 6/26/18 | $4,580.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | 222786 | 6/21/18 | $1,056.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | 222034 | 6/25/18 | $828.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | MA18188697823 | 7/7/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | MA18188714598 | 7/7/18 | -$285.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | MA18188707270 | 7/7/18 | -$2,364.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478290 | 7/8/18 | $664.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479315 | 7/8/18 | $541.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476810 | 7/8/18 | $490.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476992 | 7/8/18 | $431.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476382 | 7/8/18 | $392.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479411 | 7/8/18 | $392.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479414 | 7/8/18 | $392.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476383 | 7/8/18 | $381.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479738 | 7/8/18 | $373.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479075 | 7/8/18 | $373.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479872 | 7/8/18 | $373.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479076 | 7/8/18 | $373.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476811 | 7/8/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476054 | 7/8/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476813 | 7/8/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476814 | 7/8/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476385 | 7/8/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478598 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479077 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476812 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479080 | 7/8/18 | $341.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476991 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479074 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479081 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479078 | 7/8/18 | $341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479871 | 7/8/18 | $330.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478291 | 7/8/18 | $266.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478289 | 7/8/18 | $256.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476384 | 7/8/18 | $211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479413 | 7/8/18 | $161.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPPSR0000183696 | 7/8/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASNR993112162 | 7/8/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPPSR0000180959 | 7/8/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPPSR0000166366 | 7/8/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991476990 | 7/8/18 | $125.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478288 | 7/8/18 | $107.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991475711 | 7/8/18 | $65.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991475712 | 7/8/18 | $61.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991478724 | 7/8/18 | $55.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479079 | 7/8/18 | $53.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOTR991479412 | 7/8/18 | $46.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116839 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116840 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116837 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116833 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116836 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116835 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116834 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPASN993116838 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483553 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483570 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483569 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483565 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483918 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483554 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483564 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483557 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483559 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483560 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483562 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483566 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483550 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483568 | 7/8/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483558 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483919 | 7/8/18 | -$347.98 |

Sunshine Mills, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483920 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483552 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483555 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483551 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483563 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483556 | 7/8/18 | -$347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483561 | 7/8/18 | -$366.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981615 | $1,294.06 | 7/19/18 | VPOT991483567 | 7/8/18 | -$778.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982899 | $31,459.55 | 7/23/18 | 222059 | 6/25/18 | $18,124.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982899 | $31,459.55 | 7/23/18 | 222030 | 6/28/18 | $13,334.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983552 | $14,696.87 | 7/24/18 | 222043 | 6/27/18 | $7,684.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983552 | $14,696.87 | 7/24/18 | 222045 | 6/29/18 | $7,012.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | 222042 | 6/27/18 | $7,684.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | 221391 | 7/2/18 | $4,992.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | 221392 | 7/2/18 | $4,992.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | 222051 | 7/2/18 | $2,660.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | VPTRAN81918001 | 7/13/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | VPTRAN81918006 | 7/13/18 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | VPTRAN81918005 | 7/13/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984199 | $21,070.30 | 7/25/18 | VPTRAN81918002 | 7/13/18 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984987 | $1,568.00 | 7/26/18 | VPLB990101584 | 7/13/18 | $1,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984987 | $1,568.00 | 7/26/18 | VPLB990101585 | 7/13/18 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984987 | $1,568.00 | 7/26/18 | VPLB990101587 | 7/13/18 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984987 | $1,568.00 | 7/26/18 | VPLB990101586 | 7/13/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987024 | $13,264.32 | 7/31/18 | 222032 | 7/3/18 | $11,058.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987024 | $13,264.32 | 7/31/18 | 222075 | 7/6/18 | $2,210.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987024 | $13,264.32 | 7/31/18 | 3380035070 | 7/16/18 | -$4.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 8361AD072218AO1 | 7/20/18 | -$1.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117217 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117544 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117546 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117543 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117545 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPSPA0000001835 | 7/22/18 | -$266.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPSPA0000001833 | 7/22/18 | -$304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPSPA0000001834 | 7/22/18 | -$305.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991483983 | 7/22/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991483982 | 7/22/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 3088042907 | 7/26/18 | -$2.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 8361AD072918AO1 | 7/27/18 | -$121.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117979 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117980 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117982 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117981 | 7/29/18 | -$150.00 |

Sunshine Mills, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117978 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117977 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117974 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117975 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPASN993117976 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991485080 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484784 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484783 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484786 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484782 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484779 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484781 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484785 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484787 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPOT991484780 | 7/29/18 | -$341.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 223623 | 7/31/18 | $5,100.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 225653 | 7/31/18 | $1,250.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 227789 | 8/1/18 | $8,842.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 227791 | 8/2/18 | $866.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 226933 | 8/2/18 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | 8361AD080518AP8 | 8/3/18 | -$30.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | MA18216707270 | 8/4/18 | -$127.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000113 | $8,337.63 | 8/30/18 | VPTRAN80818027 | 8/10/18 | -$714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001600 | $3,143.03 | 9/3/18 | 227786 | 7/31/18 | $1,886.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001600 | $3,143.03 | 9/3/18 | 226934 | 7/31/18 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001600 | $3,143.03 | 9/3/18 | 227790 | 7/31/18 | $275.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001600 | $3,143.03 | 9/3/18 | 226939 | 7/31/18 | $275.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001600 | $3,143.03 | 9/3/18 | 226217 | 8/2/18 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 225650 | 7/30/18 | $704.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 226207 | 7/30/18 | $704.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 227787 | 7/31/18 | $590.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 226937 | 8/2/18 | $7,012.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 225651 | 8/2/18 | $3,506.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 227792 | 8/3/18 | $2,250.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 226940 | 8/3/18 | $416.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002245 | $23,452.74 | 9/4/18 | 226206 | 8/7/18 | $8,268.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 226935 | 8/8/18 | $1,608.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 227788 | 8/8/18 | $1,608.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 225649 | 8/8/18 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 226215 | 8/8/18 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 225652 | 8/8/18 | $275.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | 229597 | 8/16/18 | $590.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | VPASN993119353 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | VPOT991486313 | 8/19/18 | -$315.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | VPOT991486315 | 8/19/18 | -$317.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | VPOT991486316 | 8/19/18 | -$317.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005641 | $3,368.49 | 9/11/18 | VPOT991486314 | 8/19/18 | -$317.85 |

**Totals:** 12 transfer(s), $232,567.51