Defendant: **SW Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88174 | 5/4/18 | $453.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518745 | 5/4/18 | $186.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88175 | 5/4/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518746 | 5/4/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518747 | 5/4/18 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88180 | 5/7/18 | $896.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518772 | 5/7/18 | $360.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518774 | 5/7/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88181 | 5/7/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518773 | 5/7/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88195 | 5/9/18 | $793.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518843 | 5/9/18 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88196 | 5/9/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 518844 | 5/9/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 519914 | 7/2/18 | -$2.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980866 | $3,185.07 | 7/18/18 | 88442 | 7/2/18 | -$5.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 518913 | 5/12/18 | $255.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 518914 | 5/12/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 88206 | 5/12/18 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 518915 | 5/12/18 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 88417 | 7/9/18 | -$7.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 88473 | 7/9/18 | -$69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 520081 | 7/10/18 | -$1.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 88474 | 7/10/18 | -$15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 520082 | 7/11/18 | -$2.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984209 | $314.99 | 7/25/18 | 88486 | 7/11/18 | -$3.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 88238 | 5/21/18 | $1,011.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 519100 | 5/21/18 | $268.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 519102 | 5/21/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 519101 | 5/21/18 | $37.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 88247 | 5/23/18 | $843.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 88248 | 5/23/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 519168 | 5/23/18 | $148.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 519167 | 5/23/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 88512 | 7/16/18 | -$1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987621 | $2,784.75 | 8/1/18 | 520209 | 7/16/18 | -$1.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88207 | 5/24/18 | $1,665.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519046 | 5/24/18 | $322.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519048 | 5/24/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88228 | 5/24/18 | $110.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519047 | 5/24/18 | $45.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519049 | 5/24/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88269 | 5/25/18 | $795.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519238 | 5/25/18 | $139.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88268 | 5/25/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519239 | 5/25/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519240 | 5/25/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88272 | 5/28/18 | $852.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519265 | 5/28/18 | $242.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519269 | 5/28/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519268 | 5/28/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519266 | 5/28/18 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519267 | 5/28/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88285 | 5/30/18 | $587.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519323 | 5/30/18 | $102.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 519324 | 5/30/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88527 | 7/20/18 | -$4.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 520286 | 7/21/18 | -$3.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 520285 | 7/21/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 520388 | 7/23/18 | -$1.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88551 | 7/23/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991128 | $5,362.77 | 8/10/18 | 88562 | 7/25/18 | -$34.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88291 | 6/1/18 | $831.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519378 | 6/1/18 | $314.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519380 | 6/1/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519379 | 6/1/18 | $63.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519381 | 6/1/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88295 | 6/4/18 | $809.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519402 | 6/4/18 | $211.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519406 | 6/4/18 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519404 | 6/4/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519405 | 6/4/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519403 | 6/4/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88304 | 6/6/18 | $749.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519458 | 6/6/18 | $241.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 519459 | 6/6/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88587 | 7/27/18 | -$21.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 520534 | 7/31/18 | -$4.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88591 | 7/31/18 | -$10.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 88603 | 8/1/18 | -$3.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995315 | $3,724.40 | 8/17/18 | 520611 | 8/1/18 | -$26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88320 | 6/8/18 | $1,008.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519521 | 6/8/18 | $143.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88324 | 6/8/18 | $72.00 |

SW Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88329 | 6/11/18 | $935.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88306 | 6/11/18 | $183.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519549 | 6/11/18 | $75.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519551 | 6/11/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519550 | 6/11/18 | $37.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88336 | 6/13/18 | $613.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519594 | 6/13/18 | $155.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 519595 | 6/13/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88628 | 8/3/18 | -$5.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998748 | $3,281.08 | 8/28/18 | 88633 | 8/6/18 | -$14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88356 | 6/15/18 | $770.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88357 | 6/15/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519638 | 6/15/18 | $154.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519639 | 6/15/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88361 | 6/18/18 | $857.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519670 | 6/18/18 | $345.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88360 | 6/19/18 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519673 | 6/19/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519671 | 6/19/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519672 | 6/19/18 | $24.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88375 | 6/20/18 | $586.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519727 | 6/20/18 | $104.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 519728 | 6/20/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 520879 | 8/14/18 | -$2.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88681 | 8/14/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002249 | $3,430.89 | 9/4/18 | 88702 | 8/15/18 | -$3.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 88392 | 6/22/18 | $969.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519778 | 6/22/18 | $160.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519779 | 6/22/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519780 | 6/22/18 | $27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519781 | 6/22/18 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 88398 | 6/25/18 | $895.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519801 | 6/25/18 | $291.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519804 | 6/25/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519803 | 6/25/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 519802 | 6/25/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 88722 | 8/20/18 | -$6.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 521046 | 8/20/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 88735 | 8/22/18 | -$1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005646 | $2,621.11 | 9/11/18 | 521100 | 8/22/18 | -$5.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88416 | 6/28/18 | $648.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519850 | 6/28/18 | $77.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88420 | 6/28/18 | $56.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519852 | 6/28/18 | $27.00 |

SW Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88440 | 6/29/18 | $1,109.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519910 | 6/29/18 | $180.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88447 | 7/2/18 | $932.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519928 | 7/2/18 | $254.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519913 | 7/2/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88441 | 7/2/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519911 | 7/2/18 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88464 | 7/4/18 | $497.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519994 | 7/4/18 | $289.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 519995 | 7/4/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009346 | $4,256.42 | 9/18/18 | 88765 | 8/29/18 | -$8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88446 | 7/5/18 | $198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 519930 | 7/5/18 | $105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 519931 | 7/5/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 519929 | 7/5/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88472 | 7/6/18 | $1,093.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520051 | 7/6/18 | $178.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88475 | 7/9/18 | $625.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520079 | 7/9/18 | $288.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88471 | 7/9/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520052 | 7/9/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520053 | 7/9/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520080 | 7/10/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88485 | 7/11/18 | $961.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520125 | 7/11/18 | $593.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520127 | 7/11/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88484 | 7/11/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 520126 | 7/11/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88796 | 9/3/18 | -$6.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013233 | $4,760.16 | 9/25/18 | 88809 | 9/5/18 | -$3.25 |

Totals:    10 transfer(s),  $33,721.64