| Defendant: | **Swire Coca Cola USA** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984212 | $1,247.71 | 7/17/18 | 3042534912 | 6/15/18 | $661.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984212 | $1,247.71 | 7/17/18 | 3042525731 | 6/15/18 | $533.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984212 | $1,247.71 | 7/17/18 | 3042525731 | 6/15/18 | $52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 3042760769 | 6/18/18 | $612.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 3042779278 | 6/18/18 | $261.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 422574145 | 6/19/18 | $1,726.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 1651207741 | 6/19/18 | $1,140.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 3042826926 | 6/19/18 | $364.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 422574145 | 6/19/18 | -$212.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 8412649015 | 7/12/18 | -$4.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 8412641955 | 7/12/18 | -$32.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 8412649015 | 7/12/18 | -$39.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 8412647448 | 7/12/18 | -$49.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | 8412711294 | 7/13/18 | -$390.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | MA18195715215 | 7/14/18 | -$11.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | MA18195715216 | 7/14/18 | -$16.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985575 | $2,955.69 | 7/19/18 | MA18195715208 | 7/14/18 | -$395.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986310 | $1,937.03 | 7/20/18 | 3043025766 | 6/20/18 | $1,374.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986310 | $1,937.03 | 7/20/18 | 3042981285 | 6/20/18 | $327.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986310 | $1,937.03 | 7/20/18 | 3043050598 | 6/20/18 | $268.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986310 | $1,937.03 | 7/20/18 | 8412731617 | 7/16/18 | -$32.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3043071712 | 6/21/18 | $1,099.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3042988031 | 6/21/18 | $1,016.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3042996129 | 6/21/18 | $602.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3043208282 | 6/21/18 | $406.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3043071926 | 6/21/18 | $403.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3040348498 | 6/21/18 | $335.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3043071712 | 6/21/18 | $145.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 3043071926 | 6/21/18 | $44.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987029 | $4,011.47 | 7/23/18 | 8412800000 | 7/17/18 | -$42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987624 | $1,464.83 | 7/24/18 | 3043193384 | 6/22/18 | $864.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987624 | $1,464.83 | 7/24/18 | 3043284810 | 6/22/18 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987624 | $1,464.83 | 7/24/18 | 8412797282 | 7/18/18 | -$119.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 3043449043 | 6/25/18 | $386.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 3043428267 | 6/25/18 | $265.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 8412814864 | 7/20/18 | -$3.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 8412814864 | 7/20/18 | -$44.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 8412853638 | 7/20/18 | -$71.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988395 | $282.64 | 7/25/18 | 8412904920 | 7/20/18 | -$249.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989759 | $1,505.08 | 7/27/18 | 3043767653 | 6/27/18 | $865.63 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989759 | $1,505.08 | 7/27/18 | 3043666277 | 6/27/18 | $423.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989759 | $1,505.08 | 7/27/18 | 3043753421 | 6/27/18 | $167.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989759 | $1,505.08 | 7/27/18 | 3043773192 | 6/27/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990512 | $4,335.96 | 7/30/18 | 3043756730 | 6/28/18 | $1,350.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990512 | $4,335.96 | 7/30/18 | 3043879748 | 6/28/18 | $1,319.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990512 | $4,335.96 | 7/30/18 | 3043899385 | 6/28/18 | $949.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990512 | $4,335.96 | 7/30/18 | 3043764305 | 6/28/18 | $510.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990512 | $4,335.96 | 7/30/18 | 3043756730 | 6/28/18 | $205.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3043890342 | 6/29/18 | $2,103.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3043800973 | 6/29/18 | $1,490.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3044032501 | 6/29/18 | $1,380.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 1651207823 | 6/29/18 | $576.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3044032501 | 6/29/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3043800973 | 6/29/18 | $107.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 3043890342 | 6/29/18 | -$109.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991132 | $5,653.49 | 7/31/18 | 8412997763 | 7/25/18 | -$24.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 3044013332 | 7/2/18 | $2,145.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 3044013597 | 7/2/18 | $1,091.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 3044146229 | 7/2/18 | $650.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 3044035284 | 7/2/18 | $398.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 8412863404 | 7/24/18 | -$230.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991852 | $4,045.32 | 8/1/18 | 8413001698 | 7/26/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992565 | $1,071.05 | 8/2/18 | 3044144916 | 7/3/18 | $694.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992565 | $1,071.05 | 8/2/18 | 3044343728 | 7/3/18 | $376.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8411265138 | 5/18/18 | -$52.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8411341902 | 5/18/18 | -$103.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3040668333 | 5/24/18 | $499.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8411485332 | 5/24/18 | -$14.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8411488451 | 5/24/18 | -$110.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3040777303 | 5/25/18 | $667.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8411484465 | 5/25/18 | -$54.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044481371 | 7/5/18 | $1,014.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044425232 | 7/5/18 | $485.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044318075 | 7/5/18 | $483.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044302495 | 7/5/18 | $379.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044452948 | 7/5/18 | $344.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044481371 | 7/5/18 | $162.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 3044318075 | 7/5/18 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8413077501 | 7/30/18 | -$7.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994190 | $3,711.60 | 8/6/18 | 8413145002 | 7/31/18 | -$31.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995318 | $742.30 | 8/7/18 | 3044399046 | 7/6/18 | $760.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995318 | $742.30 | 8/7/18 | 8413188311 | 8/1/18 | -$17.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996163 | $474.62 | 8/8/18 | 3044730583 | 7/9/18 | $350.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996163 | $474.62 | 8/8/18 | 3044719855 | 7/9/18 | $286.80 |

Swire Coca Cola USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996163 | $474.62 | 8/8/18 | 8413235812 | 8/3/18 | -$15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996163 | $474.62 | 8/8/18 | 8413255305 | 8/3/18 | -$66.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996163 | $474.62 | 8/8/18 | 8413235812 | 8/3/18 | -$80.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997501 | $1,369.22 | 8/10/18 | 3045017661 | 7/11/18 | $1,369.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998157 | $1,808.27 | 8/13/18 | 3045042660 | 7/12/18 | $1,197.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998157 | $1,808.27 | 8/13/18 | 3045048085 | 7/12/18 | $465.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998157 | $1,808.27 | 8/13/18 | 3045042660 | 7/12/18 | $145.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045264420 | 7/13/18 | $2,559.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045015919 | 7/13/18 | $1,151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 1651207924 | 7/13/18 | $773.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045276719 | 7/13/18 | $546.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045275484 | 7/13/18 | $268.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045015919 | 7/13/18 | $149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 3045276719 | 7/13/18 | -$179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998752 | $5,230.27 | 8/14/18 | 8413337917 | 8/8/18 | -$38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 3045403874 | 7/16/18 | $709.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 3045299218 | 7/16/18 | $696.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 3045403512 | 7/16/18 | $178.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 8413370331 | 8/9/18 | -$0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 8413370331 | 8/9/18 | -$11.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 8413397320 | 8/9/18 | -$37.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | 8413397110 | 8/9/18 | -$62.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | MA18223715562 | 8/11/18 | -$8.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | MA18223715561 | 8/11/18 | -$169.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999477 | $964.17 | 8/15/18 | MA18223715563 | 8/11/18 | -$330.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000117 | $1,803.83 | 8/16/18 | 3045459179 | 7/17/18 | $1,578.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000117 | $1,803.83 | 8/16/18 | 3045417308 | 7/17/18 | $116.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000117 | $1,803.83 | 8/16/18 | 3045576021 | 7/17/18 | $109.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000902 | $3,422.59 | 8/17/18 | 3045572490 | 7/18/18 | $2,109.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000902 | $3,422.59 | 8/17/18 | 3045571634 | 7/18/18 | $774.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000902 | $3,422.59 | 8/17/18 | 3045578685 | 7/18/18 | $539.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001606 | $955.58 | 8/20/18 | 3045687602 | 7/19/18 | $517.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001606 | $955.58 | 8/20/18 | 31248826 | 7/19/18 | $376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001606 | $955.58 | 8/20/18 | 3045687602 | 7/19/18 | $62.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045700921 | 7/20/18 | $1,444.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045662659 | 7/20/18 | $845.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045774879 | 7/20/18 | $577.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045905819 | 7/20/18 | $323.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 4097202029 | 7/20/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045700921 | 7/20/18 | $167.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002252 | $3,691.03 | 8/21/18 | 3045662659 | 7/20/18 | $63.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 3046031012 | 7/23/18 | $641.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413533299 | 8/16/18 | -$22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413516067 | 8/16/18 | -$37.86 |

Swire Coca Cola USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413583357 | 8/16/18 | -$42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413533299 | 8/16/18 | -$113.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 2093209866 | 8/17/18 | -$1.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413583716 | 8/17/18 | -$16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 2093209866 | 8/17/18 | -$27.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 4113559276 | 8/17/18 | -$83.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003009 | $23.98 | 8/22/18 | 8413583716 | 8/17/18 | -$273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003595 | $1,725.67 | 8/23/18 | 3046049867 | 7/24/18 | $903.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003595 | $1,725.67 | 8/23/18 | 3045787136 | 7/24/18 | $822.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004361 | $1,843.72 | 8/24/18 | 30462842 | 7/25/18 | $752.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004361 | $1,843.72 | 8/24/18 | 3046234221 | 7/25/18 | $688.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004361 | $1,843.72 | 8/24/18 | 3046346082 | 7/25/18 | $403.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005044 | $2,971.88 | 8/27/18 | 3046340324 | 7/26/18 | $2,672.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005044 | $2,971.88 | 8/27/18 | 3045419779 | 7/26/18 | $299.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046575865 | 7/27/18 | $1,857.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046262779 | 7/27/18 | $1,275.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 1651208043 | 7/27/18 | $924.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046612570 | 7/27/18 | $629.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046575865 | 7/27/18 | $373.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046282218 | 7/27/18 | $270.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046262779 | 7/27/18 | $169.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046612570 | 7/27/18 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005650 | $5,692.41 | 8/28/18 | 3046282218 | 7/27/18 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006375 | $883.68 | 8/29/18 | 3046722622 | 7/30/18 | $585.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006375 | $883.68 | 8/29/18 | 3046577329 | 7/30/18 | $338.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006375 | $883.68 | 8/29/18 | 8413728052 | 8/23/18 | -$1.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006375 | $883.68 | 8/29/18 | 8413689582 | 8/23/18 | -$14.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006375 | $883.68 | 8/29/18 | 8413728052 | 8/23/18 | -$24.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007047 | $1,090.76 | 8/30/18 | 3046698271 | 7/31/18 | $575.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007047 | $1,090.76 | 8/30/18 | 3046849197 | 7/31/18 | $515.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 8410741069 | 4/25/18 | -$14.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3038589707 | 5/2/18 | $830.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3039481941 | 5/11/18 | $731.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3040376732 | 5/23/18 | $623.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 8411413942 | 5/23/18 | -$184.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3041325974 | 6/1/18 | $9,119.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3046998461 | 8/1/18 | $763.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3046891779 | 8/1/18 | $457.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 8413188311 | 8/1/18 | $17.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007843 | $12,250.98 | 8/31/18 | 3046891779 | 8/1/18 | -$94.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 3035685625 | 3/28/18 | $453.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 3035687714 | 3/28/18 | $108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 3035664163 | 3/30/18 | $1,032.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 3036193015 | 4/3/18 | $1,308.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 3038010486 | 4/25/18 | $835.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008593 | $3,714.45 | 9/3/18 | 1619208297 | 8/28/18 | -$22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047240114 | 8/3/18 | $3,107.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047225419 | 8/3/18 | $1,446.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046922071 | 8/3/18 | $920.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046945359 | 8/3/18 | $418.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047166058 | 8/3/18 | $393.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047167263 | 8/3/18 | $378.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046990360 | 8/3/18 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046922071 | 8/3/18 | $121.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047167263 | 8/3/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046945359 | 8/3/18 | $39.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3046990360 | 8/3/18 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009348 | $6,781.68 | 9/4/18 | 3047240114 | 8/3/18 | -$262.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 3047395798 | 8/6/18 | $449.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 3047369402 | 8/6/18 | $278.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413916284 | 8/30/18 | -$6.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413917986 | 8/30/18 | -$9.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413876614 | 8/30/18 | -$14.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413916284 | 8/30/18 | -$33.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413917986 | 8/30/18 | -$61.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413966380 | 8/30/18 | -$84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010587 | $494.46 | 9/5/18 | 8413938849 | 8/31/18 | -$24.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011295 | $268.32 | 9/6/18 | 3047442386 | 8/7/18 | $268.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 33220654082 | 4/17/18 | $201.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8410808132 | 4/26/18 | -$131.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 309380095 | 5/10/18 | $502.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8411311076 | 5/17/18 | -$122.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8411948321 | 6/14/18 | -$24.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8411873947 | 6/14/18 | -$56.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3042692910 | 6/15/18 | $971.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8411982278 | 6/15/18 | -$171.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3043195745 | 6/21/18 | $469.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3043195745 | 6/21/18 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3043347980 | 6/22/18 | $950.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3043347980 | 6/22/18 | $106.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8412211710 | 6/22/18 | -$38.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3043904334 | 6/29/18 | $146.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3044586064 | 7/6/18 | $189.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3044586064 | 7/6/18 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3045146890 | 7/13/18 | $319.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8910203886 | 7/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3045766618 | 7/20/18 | $584.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3045766618 | 7/20/18 | $70.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8412861185 | 7/20/18 | -$38.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 8932202530 | 7/25/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3046696888 | 7/31/18 | $700.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3046696888 | 7/31/18 | $96.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3046696888 | 7/31/18 | -$5.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3047689344 | 8/8/18 | $924.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011884 | $6,340.95 | 9/7/18 | 3047642637 | 8/8/18 | $629.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041218572 | 5/31/18 | $464.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041100577 | 6/1/18 | $890.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041340605 | 6/1/18 | $316.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041205702 | 6/1/18 | $278.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041731614 | 6/7/18 | $1,314.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041894761 | 6/7/18 | $611.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041872157 | 6/7/18 | $325.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041873823 | 6/7/18 | $314.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041884761 | 6/7/18 | -$611.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3041992591 | 6/8/18 | $437.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3042419450 | 6/15/18 | $999.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3042534324 | 6/15/18 | $347.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3042419450 | 6/15/18 | $109.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3042534324 | 6/15/18 | $51.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3043081712 | 6/20/18 | -$134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3043890342 | 6/29/18 | $109.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 8412863404 | 7/24/18 | -$30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3046419779 | 7/26/18 | $299.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3045419779 | 7/26/18 | -$299.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3046891778 | 8/1/18 | $363.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3047785472 | 8/9/18 | $1,153.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3047649069 | 8/9/18 | $1,080.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3047768530 | 8/9/18 | $396.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012612 | $8,918.79 | 9/10/18 | 3047649069 | 8/9/18 | $128.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047952831 | 8/10/18 | $1,566.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047866967 | 8/10/18 | $1,067.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047774071 | 8/10/18 | $385.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047952831 | 8/10/18 | $163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047774071 | 8/10/18 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413402821 | 8/10/18 | -$2.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413402101 | 8/10/18 | -$4.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413402821 | 8/10/18 | -$10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413394463 | 8/10/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413402101 | 8/10/18 | -$21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413394463 | 8/10/18 | -$68.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 3047866967 | 8/10/18 | -$71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413576148 | 8/17/18 | -$31.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013236 | $2,977.84 | 9/11/18 | 8413685933 | 8/27/18 | -$27.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8408813476A | 1/31/18 | $66.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8408856712A | 2/1/18 | $166.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8408898594A | 2/1/18 | $125.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8408852413A | 2/1/18 | $71.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3031342369A | 2/1/18 | -$427.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3031348965AA | 2/1/18 | -$1,560.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3031457384A | 2/1/18 | -$2,313.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034062657A | 3/8/18 | -$890.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034580252A | 3/14/18 | -$480.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034727358A | 3/15/18 | -$165.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034725845A | 3/15/18 | -$308.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034685346A | 3/15/18 | -$1,216.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3034840025A | 3/16/18 | -$456.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035096836A | 3/21/18 | -$341.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035125099A | 3/22/18 | -$988.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410037617A | 3/26/18 | $1,013.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035430838A | 3/26/18 | -$589.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410139932A | 3/29/18 | $255.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410145384A | 3/29/18 | $43.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410093418A | 3/29/18 | $40.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035844901A | 3/29/18 | -$165.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035854856A | 3/29/18 | -$201.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035823805A | 3/29/18 | -$417.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035788230A | 3/29/18 | -$735.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3035730566A | 3/29/18 | -$877.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410311145A | 4/5/18 | $124.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036407325A | 4/5/18 | -$175.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036444221A | 4/5/18 | -$382.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036283694A | 4/5/18 | -$1,290.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410337604A | 4/6/18 | $97.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036535468A | 4/6/18 | -$1,081.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410437389A | 4/12/18 | $129.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410467883A | 4/12/18 | $88.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036961877A | 4/12/18 | -$203.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036866056A | 4/12/18 | -$327.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8410493967A | 4/13/18 | $164.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3036876475A | 4/13/18 | -$896.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3037470993 | 4/20/18 | $60.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 7631278068A | 4/26/18 | $252.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8411341902A | 5/18/18 | $103.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8411265138A | 5/18/18 | $52.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8411488451A | 5/24/18 | $110.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3040668333A | 5/24/18 | -$499.18 |

Swire Coca Cola USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8411484465A | 5/25/18 | $54.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3040777303A | 5/25/18 | -$667.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3041884761A | 6/7/18 | -$611.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8411946208 | 6/15/18 | -$50.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 422574145 | 6/19/18 | $212.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3045276719 | 7/13/18 | $179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048024469 | 8/13/18 | $358.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048100637 | 8/14/18 | $372.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048092377 | 8/14/18 | $79.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048336902 | 8/15/18 | $805.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048209154 | 8/15/18 | $356.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048346522 | 8/15/18 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048353130 | 8/16/18 | $1,181.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048230740 | 8/16/18 | $566.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048425247 | 8/16/18 | $553.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048510593 | 8/16/18 | $515.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048353130 | 8/16/18 | $144.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048510593 | 8/16/18 | $55.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048443033 | 8/17/18 | $771.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048511825 | 8/17/18 | $489.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048436895 | 8/17/18 | $106.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048511825 | 8/17/18 | $48.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048443033 | 8/17/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 1651208234 | 8/20/18 | $1,579.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048724825 | 8/20/18 | $682.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048677558 | 8/21/18 | $1,144.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048840785 | 8/21/18 | $274.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048677558 | 8/21/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049014513 | 8/23/18 | $1,209.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3048875537 | 8/23/18 | $515.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049014513 | 8/23/18 | $145.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049298830 | 8/24/18 | $1,127.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049290344 | 8/24/18 | $683.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049147570 | 8/24/18 | $337.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049298830 | 8/24/18 | $110.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049147570 | 8/24/18 | $45.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8413769286 | 8/24/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8413769286 | 8/24/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049382168 | 8/28/18 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049585432 | 8/28/18 | $459.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049507448 | 8/28/18 | $268.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049715027 | 8/29/18 | $414.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049879312 | 8/30/18 | $1,151.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049695868 | 8/30/18 | $846.29 |

Swire Coca Cola USA

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049756791 | 8/30/18 | $480.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049514867 | 8/30/18 | $397.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049695868 | 8/30/18 | $135.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3049756791 | 8/30/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3041872157KW | 9/7/18 | -$325.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | MA18251716316 | 9/8/18 | -$8.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | MA18251716317 | 9/8/18 | -$21.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | MA18251716315 | 9/8/18 | -$149.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | MA18251716318 | 9/8/18 | -$217.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414260619 | 9/13/18 | -$36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414260619 | 9/13/18 | -$287.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414258090 | 9/14/18 | -$26.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414252826 | 9/14/18 | -$65.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 3356206918 | 9/14/18 | -$101.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414317245 | 9/14/18 | -$117.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414258090 | 9/14/18 | -$186.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414437010 | 9/19/18 | -$209.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414422725 | 9/20/18 | -$23.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414224074 | 9/20/18 | -$57.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414431187 | 9/21/18 | -$7.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414440210 | 9/21/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414431187 | 9/21/18 | -$32.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023047 | $2,936.06 | 10/1/18 | 8414440210 | 9/21/18 | -$91.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049942366 | 8/31/18 | $2,383.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049692929 | 8/31/18 | $483.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049841170 | 8/31/18 | $428.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049845550 | 8/31/18 | $249.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049692929 | 8/31/18 | $62.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 3049942366 | 8/31/18 | -$9.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023791 | $3,453.30 | 10/2/18 | 8414616380 | 9/26/18 | -$145.32 |

Totals:        39 transfer(s),  $115,052.68