WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| SEARS HOLDINGS CORPORATION, *et al.*, : | Case No. 18-23538 (RDD) |
| : | |
| Debtors.[1] : | (Jointly Administered) |
| : | |

------------------------------------------------------------x

# NOTICE OF AMENDMENT TO EXHIBIT A TO
# DEBTORS' SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on March 31, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Seventeenth Omnibus Objection to Claims (Satisfied)* (ECF No. 7543) (the "**Seventeenth Omnibus Objection**").[2]

**PLEASE TAKE FURTHER NOTICE** the Seventeenth Omnibus Objection contained a schedule of the Satisfied Landlord Claims attached thereto as **Exhibit A**, certain details of which are hereby amended according to the below, in bold and red (the "**Amended Claims**").

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount / Claim Amount | Amount to be Expunged | Reason for Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 12. | GS Portfolio Holding II, LLC | 16051 | 182353801018153 | ~~$139,142.64~~ **$121,281.56** | ~~$139,142.64~~ **$121,281.56** | The Ballot Amount was paid by the Debtors or Transform Holdings |
| 34. | SPHEAR INVESTMENTS, LLC | 10681 | 182353801018428 | ~~$38,861.14~~ **$65,203.23** | ~~$38,861.14~~ **$65,203.23** | The Ballot Amount was paid by the Debtors or Transform Holdings |

**PLEASE TAKE FURTHER NOTICE** that, other than the correction of the Amended Claims as provided above, the Seventeenth Omnibus Objection remains otherwise unaffected.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Seventeenth Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that this notice will be provided to the affected claimants in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405). The Debtors submit that no other or further notice need be provided.

Dated: April 2, 2020
      New York, New York

/s/ Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*