Defendant: **Tavano Team**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992566 | $42,080.00 | 8/2/18 | 7690 | 7/3/18 | $42,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008595 | $32,184.00 | 9/3/18 | 7754 | 8/2/18 | $32,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023050 | $31,840.00 | 10/1/18 | 7861 | 8/30/18 | $31,840.00 |

Totals:    3 transfer(s),  **$106,104.00**