| Defendant: | **Tdbbs LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 579109 | 10/4/17 | $4,855.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 579108 | 10/4/17 | $4,541.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 579104 | 10/4/17 | $3,113.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 579107 | 10/4/17 | $2,541.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 579105 | 10/4/17 | $2,056.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | INV7364 | 5/22/18 | $25,239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | INV7366 | 5/22/18 | $19,197.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | INV8069 | 5/23/18 | $46,452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | INV8072 | 5/23/18 | $9,915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 8361AD060318AP5 | 6/1/18 | -$15.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | MA18153697824 | 6/2/18 | -$354.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 8361AD061018AT2 | 6/8/18 | -$54.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | VPASN993115552 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | VPASN993115551 | 6/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 8361AD061718AP7 | 6/15/18 | -$8.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | VPASN993115930 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 8361AD062418AW8 | 6/22/18 | -$106.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 20180792KPW | 6/28/18 | -$115.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | 8361AD070118A21 | 6/29/18 | -$272.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | VPASN993116525 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $16,639.30 | 7/25/18 | 8361AD070818AX8 | 7/6/18 | -$16.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984222 | $115,639.30 | 7/25/18 | MA18188697824 | 7/7/18 | -$727.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987631 | $65,184.80 | 8/1/18 | INV7365 | 5/22/18 | $40,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987631 | $65,184.80 | 8/1/18 | INV7363 | 5/22/18 | $22,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987631 | $65,184.80 | 8/1/18 | INV7367 | 6/22/18 | $1,733.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987631 | $65,184.80 | 8/1/18 | 8361AD071518AV4 | 7/13/18 | -$64.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991141 | $2,784.28 | 8/10/18 | 579106 | 10/4/17 | $2,913.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991141 | $2,784.28 | 8/10/18 | 8361AD072218AW3 | 7/20/18 | -$128.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998762 | $1,689.77 | 8/28/18 | 591198 | 11/30/17 | $2,204.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998762 | $1,689.77 | 8/28/18 | 8361AD072918AX7 | 7/27/18 | -$91.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998762 | $1,689.77 | 8/28/18 | 8361AD080518AZ2 | 8/3/18 | -$123.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998762 | $1,689.77 | 8/28/18 | VPASN993118586 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998762 | $1,689.77 | 8/28/18 | VPASN993118587 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV32250 | 7/25/18 | $2,604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV32824 | 7/26/18 | $5,859.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV32825 | 7/26/18 | $4,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV32822 | 7/26/18 | $4,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV33242 | 7/27/18 | $6,789.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | INV33260 | 7/27/18 | $6,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | 8361AD081218AU5 | 8/10/18 | -$20.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | 8361AD081918AO9 | 8/17/18 | -$10.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | VPASN993119369 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | VPASN993119368 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | VPASN993119367 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009361 | $29,615.83 | 9/18/18 | 8361AD082618A06 | 8/24/18 | -$224.21 |

**Totals:** **5 transfer(s), $214,913.98**