| | |
|---|---|
| Defendant: | **Tforce** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984235 | $16,792.34 | 7/17/18 | GRN063018 | 6/30/18 | $5,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984235 | $16,792.34 | 7/17/18 | GRN063018 | 6/30/18 | $842.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984235 | $16,792.34 | 7/17/18 | GRN063018 | 6/30/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984235 | $16,792.34 | 7/17/18 | 201807040 | 7/1/18 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | 72018016 | 7/1/18 | $290.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN070718 | 7/7/18 | $4,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN070718 | 7/7/18 | $517.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN070718 | 7/7/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN070718 | 7/7/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GB070718 | 7/7/18 | -$3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN071418 | 7/14/18 | $6,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN071418 | 7/14/18 | $605.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GRN071418 | 7/14/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | GB071418 | 7/14/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991154 | $4,026.54 | 7/31/18 | 7212018GTT | 7/21/18 | -$1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995348 | $6,731.39 | 8/7/18 | GRN072118 | 7/21/18 | $5,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995348 | $6,731.39 | 8/7/18 | GRN072118 | 7/21/18 | $713.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995348 | $6,731.39 | 8/7/18 | GRN072118 | 7/21/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998771 | $6,447.56 | 8/14/18 | GRN072818 | 7/28/18 | $5,678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998771 | $6,447.56 | 8/14/18 | GRN072818 | 7/28/18 | $671.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998771 | $6,447.56 | 8/14/18 | GRN072818 | 7/28/18 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998771 | $6,447.56 | 8/14/18 | GRN072818 | 7/28/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000122 | $6,487.13 | 8/16/18 | RASI072818 | 7/28/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000122 | $6,487.13 | 8/16/18 | 7282018GTT | 7/28/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000122 | $6,487.13 | 8/16/18 | 201808040 | 8/1/18 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000122 | $6,487.13 | 8/16/18 | 82018016 | 8/1/18 | $287.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002275 | $6,418.41 | 8/21/18 | GRN080418 | 8/4/18 | $5,814.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002275 | $6,418.41 | 8/21/18 | GRN080418 | 8/4/18 | $604.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005668 | $2,837.59 | 8/28/18 | 8042018GTT | 8/4/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005668 | $2,837.59 | 8/28/18 | GRN081118 | 8/11/18 | $5,610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005668 | $2,837.59 | 8/28/18 | GRN081118 | 8/11/18 | $623.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005668 | $2,837.59 | 8/28/18 | GRN081118 | 8/11/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005668 | $2,837.59 | 8/28/18 | GRN081118 | 8/11/18 | $68.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009376 | $2,207.40 | 9/4/18 | GRN081818 | 8/18/18 | $5,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009376 | $2,207.40 | 9/4/18 | GRN081818 | 8/18/18 | $609.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009376 | $2,207.40 | 9/4/18 | GRN081818 | 8/18/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009376 | $2,207.40 | 9/4/18 | GRN081818 | 8/18/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009376 | $2,207.40 | 9/4/18 | 8112018GTT | 8/27/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011888 | $1,630.93 | 9/7/18 | 882018008 | 8/1/18 | $1,630.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013256 | $6,133.98 | 9/11/18 | GRN082518 | 8/25/18 | $5,134.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013256 | $6,133.98 | 9/11/18 | GRN082518 | 8/25/18 | $534.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013256 | $6,133.98 | 9/11/18 | GRN082518 | 8/25/18 | $431.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013256 | $6,133.98 | 9/11/18 | GRN082518 | 8/25/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | 201809040 | 9/1/18 | $12,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | GRN090118 | 9/1/18 | $5,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | GRN090118 | 9/1/18 | $519.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | 92018016 | 9/1/18 | $382.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | GRN090118 | 9/1/18 | $136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | 8182018GTTA | 9/7/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016665 | $11,942.62 | 9/18/18 | 8252018GTT | 9/12/18 | -$3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020139 | $2,276.47 | 9/25/18 | GRN090818 | 9/8/18 | $5,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020139 | $2,276.47 | 9/25/18 | GRN090818 | 9/8/18 | $508.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020139 | $2,276.47 | 9/25/18 | GRN090818 | 9/8/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020139 | $2,276.47 | 9/25/18 | GRN090818 | 9/8/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020139 | $2,276.47 | 9/25/18 | 9012018GTT | 9/17/18 | -$3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023819 | $630.73 | 10/2/18 | GRN091518 | 9/15/18 | $2,890.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023819 | $630.73 | 10/2/18 | GRN091518 | 9/15/18 | $338.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023819 | $630.73 | 10/2/18 | GRN091518 | 9/15/18 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023819 | $630.73 | 10/2/18 | 9082018GTT | 9/25/18 | -$2,700.00 |

Totals:    13 transfer(s),  $74,563.09