Defendant: **The Mibro Group**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000081169 | 4/17/18 | $4,096.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000081171 | 4/17/18 | $2,675.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000081168 | 4/17/18 | $2,377.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000081170 | 4/17/18 | $1,751.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000081167 | 4/17/18 | $543.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000741120 | 4/17/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000741120 | 4/17/18 | -$110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93197 | $11,435.58 | 7/23/18 | 0000482536 | 7/12/18 | -$9.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000081387 | 4/24/18 | $2,253.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000081389 | 4/24/18 | $1,367.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000081386 | 4/24/18 | $1,139.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000081388 | 4/24/18 | $1,036.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000081385 | 4/24/18 | $266.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000489245 | 7/23/18 | -$0.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000488543 | 7/23/18 | -$5.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97248 | $6,057.06 | 7/30/18 | 0000491700 | 7/25/18 | -$1.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000081489 | 4/30/18 | $819.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000081492 | 4/30/18 | $654.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000081490 | 4/30/18 | $435.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000081491 | 4/30/18 | $390.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000081488 | 4/30/18 | $199.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000492660 | 7/30/18 | -$0.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00295 | $2,494.70 | 8/3/18 | 0000493409 | 7/30/18 | -$2.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04132 | $1,053.40 | 8/10/18 | 0000081743 | 5/7/18 | $439.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04132 | $1,053.40 | 8/10/18 | 0000081742 | 5/7/18 | $252.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04132 | $1,053.40 | 8/10/18 | 0000081740 | 5/7/18 | $252.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04132 | $1,053.40 | 8/10/18 | 0000081741 | 5/7/18 | $110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04132 | $1,053.40 | 8/10/18 | 0000494134 | 8/3/18 | -$0.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000081870 | 5/16/18 | $1,034.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000081869 | 5/16/18 | $1,026.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000081867 | 5/16/18 | $876.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000081868 | 5/16/18 | $623.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082129 | 5/22/18 | $8,237.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082131 | 5/22/18 | $7,187.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082128 | 5/22/18 | $4,849.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082130 | 5/22/18 | $4,444.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082138 | 5/22/18 | $1,169.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082123 | 5/22/18 | $1,121.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082122 | 5/22/18 | $459.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000082124 | 5/22/18 | $403.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000744463 | 5/22/18 | $349.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000744463 | 5/22/18 | -$349.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000609046 | 8/7/18 | -$900.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000604459 | 8/9/18 | -$6,159.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000504992 | 8/13/18 | -$0.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000502324 | 8/13/18 | -$5.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000507233 | 8/14/18 | -$1.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000510240 | 8/16/18 | -$7.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000510639 | 8/20/18 | -$0.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000512994 | 8/22/18 | -$0.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13071 | $24,332.59 | 8/27/18 | 0000513406 | 8/22/18 | -$25.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082322 | 5/30/18 | $2,001.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082320 | 5/30/18 | $1,822.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082324 | 5/30/18 | $1,573.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082319 | 5/30/18 | $1,184.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082321 | 5/30/18 | $1,016.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082323 | 5/30/18 | $706.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082325 | 5/30/18 | $627.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082326 | 5/30/18 | $527.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000082318 | 5/30/18 | $465.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000517491 | 8/28/18 | -$2.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000517138 | 8/28/18 | -$2.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000520297 | 8/29/18 | -$0.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17066 | $9,918.06 | 9/4/18 | 0000520120 | 8/29/18 | -$2.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082621 | 6/6/18 | $18,547.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082643 | 6/6/18 | $16,907.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082624 | 6/6/18 | $13,946.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082625 | 6/6/18 | $11,564.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082637 | 6/6/18 | $3,281.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082622 | 6/6/18 | $277.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082618 | 6/6/18 | $114.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082623 | 6/6/18 | $57.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082641 | 6/6/18 | $57.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000082642 | 6/6/18 | $50.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000748793 | 6/6/18 | -$50.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000748135 | 6/6/18 | -$110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000745994 | 6/6/18 | -$136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000746072 | 6/6/18 | -$277.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20032 | $63,789.07 | 9/10/18 | 0000746215 | 6/6/18 | -$440.00 |

Totals:    7 transfer(s),  $119,080.46