| Defendant: | **Trixxi Clothing Company Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | ITM8528381IN307 | 6/1/17 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | ITM8509738IN443 | 6/1/17 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | ITM6217440IN084 | 6/1/17 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | ITM1415153IN444 | 6/1/17 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78222703 | 6/14/17 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | VPASN993100702 | 6/18/17 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78228321 | 6/22/17 | -$72.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78233728 | 6/24/17 | -$50.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78235118 | 7/1/17 | -$87.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | VPASN993101102 | 7/2/17 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | VPASN993101101 | 7/2/17 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78239512 | 7/7/17 | -$111.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78243408 | 7/14/17 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | VPASN993101362 | 7/16/17 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78246723 | 7/18/17 | -$126.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78249487 | 7/22/17 | -$93.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78254306 | 7/28/17 | -$41.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78258471 | 8/1/17 | -$90.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78259254 | 8/3/17 | -$78.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78264065 | 8/8/17 | -$14.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78264960 | 8/11/17 | -$101.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78269460 | 8/15/17 | -$41.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78272424 | 8/18/17 | -$76.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78278938 | 8/19/17 | -$43.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78280239 | 8/24/17 | -$42.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78286579 | 8/30/17 | -$80.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78288727 | 9/1/17 | -$59.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78291374 | 9/2/17 | -$54.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78294519 | 9/8/17 | -$81.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78300341 | 9/14/17 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78301993 | 9/15/17 | -$78.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78305504 | 9/21/17 | -$50.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78308101 | 9/23/17 | -$72.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78310842 | 9/28/17 | -$64.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78313572 | 9/30/17 | -$56.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78316601 | 10/5/17 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78319049 | 10/10/17 | -$68.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78322421 | 10/14/17 | -$60.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78326622 | 10/24/17 | -$73.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78329192 | 10/26/17 | -$82.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8361AD102917CD7 | 10/27/17 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78331979 | 10/28/17 | -$69.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78333913 | 11/2/17 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78335275 | 11/3/17 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78337818 | 11/7/17 | -$43.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78340049 | 11/10/17 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78342087 | 11/18/17 | -$80.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78344771 | 11/25/17 | -$78.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78348961 | 12/2/17 | -$14.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78349702 | 12/5/17 | -$38.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78353453 | 12/15/17 | -$46.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K78355773 | 12/29/17 | -$31.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88358459 | 1/11/18 | -$109.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88360110 | 1/13/18 | -$27.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88363071 | 1/17/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88365880 | 1/19/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88367690 | 1/24/18 | -$55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88369850 | 1/26/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88372013 | 1/31/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88374912 | 2/3/18 | -$26.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88376816 | 2/9/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88379792 | 2/16/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88383860 | 3/1/18 | -$33.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88387225 | 3/7/18 | -$14.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88392734 | 3/14/18 | -$32.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88397068 | 3/28/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88399381 | 3/30/18 | -$105.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88405817 | 4/4/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88407352 | 4/5/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88408140 | 4/5/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88406627 | 4/5/18 | -$57.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88410195 | 4/6/18 | -$57.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88414870 | 4/13/18 | -$38.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88413778 | 4/13/18 | -$94.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88414451 | 4/14/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88416324 | 4/14/18 | -$191.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88420182 | 4/26/18 | -$142.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88422901 | 4/27/18 | -$87.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88426601 | 5/2/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88426182 | 5/3/18 | -$37.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88430243 | 5/5/18 | -$52.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88428013 | 5/5/18 | -$53.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88429020 | 5/5/18 | -$238.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88442919 | 5/26/18 | -$13.70 |

Trixxi Clothing Company Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                    Exhibit A                                    P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88435022 | 5/26/18 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88440425 | 5/26/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88432668 | 5/26/18 | -$57.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88437595 | 5/26/18 | -$67.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88432629 | 5/26/18 | -$281.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88444271 | 5/31/18 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88444533 | 5/31/18 | -$29.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88447350 | 6/1/18 | -$11.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88448593 | 6/6/18 | -$12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88451475 | 6/7/18 | -$89.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88452343 | 6/8/18 | -$15.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88450608 | 6/8/18 | -$32.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88454505 | 6/9/18 | -$302.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88458040 | 6/13/18 | -$64.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88462811 | 6/15/18 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88464413 | 6/15/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88465601 | 6/16/18 | -$12.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88464949 | 6/16/18 | -$38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88467029 | 6/16/18 | -$55.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88473101 | 6/27/18 | -$12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 383251 | 6/28/18 | $41,186.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 384117 | 7/3/18 | $15,548.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88475026 | 7/4/18 | -$28.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88476456 | 7/6/18 | -$16.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88479153 | 7/13/18 | -$57.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88482941 | 7/14/18 | -$287.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88486057 | 7/19/18 | -$13.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084398 | $49,578.96 | 8/9/18 | 8710K88489355 | 7/25/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084783 | $71,235.86 | 8/14/18 | 383670 | 6/29/18 | $55,462.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084783 | $71,235.86 | 8/14/18 | 383671 | 6/29/18 | $15,801.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084783 | $71,235.86 | 8/14/18 | 8710K88491909 | 7/28/18 | -$27.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085055 | $206.10 | 8/20/18 | 384117 | 7/3/18 | $206.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085404 | $29,093.50 | 8/29/18 | 384801 | 7/17/18 | $23,295.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085404 | $29,093.50 | 8/29/18 | 384802 | 7/17/18 | $5,814.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085404 | $29,093.50 | 8/29/18 | 8710K88500729 | 8/11/18 | -$17.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085760 | $30,371.35 | 9/4/18 | 384871 | 7/26/18 | $23,999.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085760 | $30,371.35 | 9/4/18 | 384872 | 7/26/18 | $6,383.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085760 | $30,371.35 | 9/4/18 | 8710K88506803 | 8/16/18 | -$11.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086095 | $4,933.49 | 9/10/18 | CD3103049ED | 8/23/18 | $4,933.49 |

Totals:   6 transfer(s),   $185,419.26