| | |
|---|---|
| Defendant: | **U.S. Security Associates, Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980941 | $5,658.40 | 7/18/18 | 2143924 | 4/26/18 | $4,878.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980941 | $5,658.40 | 7/18/18 | 2156415 | 5/3/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984293 | $8,167.90 | 7/25/18 | 2101336 | 3/26/18 | $4,979.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984293 | $8,167.90 | 7/25/18 | 2164567 | 5/10/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984293 | $8,167.90 | 7/25/18 | 2169134 | 5/14/18 | $1,873.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984293 | $8,167.90 | 7/25/18 | 2169135 | 5/14/18 | $535.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987048 | $6,960.89 | 7/31/18 | 2177571 | 5/24/18 | $4,250.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987048 | $6,960.89 | 7/31/18 | 2177571 | 5/24/18 | $1,115.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987048 | $6,960.89 | 7/31/18 | 2177571 | 5/24/18 | $1,062.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987048 | $6,960.89 | 7/31/18 | 2177571 | 5/24/18 | $531.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987699 | $14,380.59 | 8/1/18 | 2174078 | 5/17/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987699 | $14,380.59 | 8/1/18 | 2169781 | 5/18/18 | $13,600.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177566 | 5/24/18 | $49,630.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177826 | 5/24/18 | $36,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177556 | 5/24/18 | $33,644.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177533 | 5/24/18 | $30,198.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177832 | 5/24/18 | $26,263.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177572 | 5/24/18 | $22,709.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177568 | 5/24/18 | $21,764.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177578 | 5/24/18 | $21,757.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177587 | 5/24/18 | $21,479.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177544 | 5/24/18 | $21,320.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177532 | 5/24/18 | $21,221.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177553 | 5/24/18 | $20,126.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177573 | 5/24/18 | $19,174.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177537 | 5/24/18 | $18,899.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177547 | 5/24/18 | $18,799.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177825 | 5/24/18 | $18,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177536 | 5/24/18 | $18,389.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177542 | 5/24/18 | $17,919.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177534 | 5/24/18 | $17,481.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177559 | 5/24/18 | $16,750.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177549 | 5/24/18 | $15,981.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177541 | 5/24/18 | $15,539.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177579 | 5/24/18 | $15,538.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177569 | 5/24/18 | $14,010.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177563 | 5/24/18 | $12,793.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177540 | 5/24/18 | $12,685.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177596 | 5/24/18 | $12,432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177538 | 5/24/18 | $12,159.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177535 | 5/24/18 | $12,012.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177552 | 5/24/18 | $11,878.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177598 | 5/24/18 | $11,600.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177558 | 5/24/18 | $11,546.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177597 | 5/24/18 | $11,500.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177555 | 5/24/18 | $11,077.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177570 | 5/24/18 | $10,709.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177616 | 5/24/18 | $10,235.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177551 | 5/24/18 | $9,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177589 | 5/24/18 | $9,429.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177822 | 5/24/18 | $9,281.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177835 | 5/24/18 | $9,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177557 | 5/24/18 | $9,018.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177539 | 5/24/18 | $8,520.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177580 | 5/24/18 | $8,287.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177567 | 5/24/18 | $7,872.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177834 | 5/24/18 | $7,566.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177592 | 5/24/18 | $7,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177591 | 5/24/18 | $7,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177593 | 5/24/18 | $7,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177586 | 5/24/18 | $7,102.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177600 | 5/24/18 | $7,010.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177839 | 5/24/18 | $6,756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177548 | 5/24/18 | $6,526.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177588 | 5/24/18 | $6,415.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177550 | 5/24/18 | $6,399.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177545 | 5/24/18 | $6,211.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177594 | 5/24/18 | $6,154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177599 | 5/24/18 | $6,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177604 | 5/24/18 | $5,959.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177603 | 5/24/18 | $5,173.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177607 | 5/24/18 | $5,084.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177576 | 5/24/18 | $4,990.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177830 | 5/24/18 | $4,971.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177590 | 5/24/18 | $4,446.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177585 | 5/24/18 | $4,240.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177582 | 5/24/18 | $4,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177577 | 5/24/18 | $3,845.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177581 | 5/24/18 | $3,658.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177564 | 5/24/18 | $3,536.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177840 | 5/24/18 | $3,355.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2169720 | 5/24/18 | $3,259.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177601 | 5/24/18 | $3,112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177562 | 5/24/18 | $3,094.26 |

U.S. Security Associates, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177546 | 5/24/18 | $3,092.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177612 | 5/24/18 | $3,012.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177606 | 5/24/18 | $2,853.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177560 | 5/24/18 | $2,670.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177611 | 5/24/18 | $2,582.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177844 | 5/24/18 | $2,375.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177565 | 5/24/18 | $2,341.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177575 | 5/24/18 | $2,240.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177820 | 5/24/18 | $2,083.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177595 | 5/24/18 | $1,928.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177574 | 5/24/18 | $1,909.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177837 | 5/24/18 | $1,815.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177583 | 5/24/18 | $1,674.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177584 | 5/24/18 | $1,602.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177561 | 5/24/18 | $1,197.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177605 | 5/24/18 | $1,189.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2182110 | 5/24/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177610 | 5/24/18 | $608.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177602 | 5/24/18 | $575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177613 | 5/24/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177608 | 5/24/18 | $513.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177615 | 5/24/18 | $479.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2177614 | 5/24/18 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2184065 | 5/24/18 | $57.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185426 | 5/26/18 | $6,184.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185428 | 5/26/18 | $4,954.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185414 | 5/29/18 | $26,449.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185398 | 5/29/18 | $24,482.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185412 | 5/29/18 | $13,896.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185423 | 5/29/18 | $9,088.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185416 | 5/29/18 | $7,566.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185431 | 5/29/18 | $2,206.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991213 | $1,031,412.08 | 8/10/18 | 2185438 | 5/29/18 | $108.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2193290 | 5/31/18 | $819.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2201778 | 6/7/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2203963 | 6/12/18 | $12,608.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2203956 | 6/12/18 | $5,775.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2203960 | 6/12/18 | $3,046.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2203957 | 6/12/18 | $1,728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2203961 | 6/12/18 | $529.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2228890CR | 7/9/18 | -$800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998830 | $18,086.55 | 8/28/18 | 2228889CR | 7/9/18 | -$6,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001624 | $2,243.76 | 9/3/18 | 2212786 | 6/21/18 | $741.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001624 | $2,243.76 | 9/3/18 | 2212786 | 6/21/18 | $706.07 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001624 | $2,243.76 | 9/3/18 | 2212786 | 6/21/18 | $443.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001624 | $2,243.76 | 9/3/18 | 2212786 | 6/21/18 | $353.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002328 | $780.00 | 9/4/18 | 2209003 | 6/14/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212781 | 6/21/18 | $61,709.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212771 | 6/21/18 | $36,515.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212788 | 6/21/18 | $29,450.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212794 | 6/21/18 | $27,640.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212747 | 6/21/18 | $26,784.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212804 | 6/21/18 | $26,655.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212768 | 6/21/18 | $26,019.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212789 | 6/21/18 | $24,140.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212752 | 6/21/18 | $22,997.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212751 | 6/21/18 | $22,541.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212783 | 6/21/18 | $22,115.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212764 | 6/21/18 | $20,253.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212749 | 6/21/18 | $19,957.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212756 | 6/21/18 | $19,877.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212762 | 6/21/18 | $19,267.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212795 | 6/21/18 | $19,165.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212784 | 6/21/18 | $17,892.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212757 | 6/21/18 | $17,361.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212755 | 6/21/18 | $15,879.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212774 | 6/21/18 | $15,836.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212753 | 6/21/18 | $15,256.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212750 | 6/21/18 | $15,108.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212767 | 6/21/18 | $15,002.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212770 | 6/21/18 | $14,815.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212796 | 6/21/18 | $14,769.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212814 | 6/21/18 | $14,361.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212819 | 6/21/18 | $14,349.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212785 | 6/21/18 | $13,664.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212822 | 6/21/18 | $13,175.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212821 | 6/21/18 | $11,784.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212772 | 6/21/18 | $11,433.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212813 | 6/21/18 | $11,433.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212542 | 6/21/18 | $11,318.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212754 | 6/21/18 | $11,279.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212828 | 6/21/18 | $11,198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212844 | 6/21/18 | $10,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212766 | 6/21/18 | $10,244.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212823 | 6/21/18 | $9,780.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212829 | 6/21/18 | $9,682.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212809 | 6/21/18 | $9,388.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212811 | 6/21/18 | $9,187.60 |

U.S. Security Associates, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212803 | 6/21/18 | $9,050.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212812 | 6/21/18 | $8,295.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212807 | 6/21/18 | $8,274.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212765 | 6/21/18 | $8,126.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212805 | 6/21/18 | $8,124.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212782 | 6/21/18 | $8,107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212830 | 6/21/18 | $7,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212833 | 6/21/18 | $7,512.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212825 | 6/21/18 | $7,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212799 | 6/21/18 | $6,959.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212763 | 6/21/18 | $6,666.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212831 | 6/21/18 | $6,364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212760 | 6/21/18 | $6,330.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212792 | 6/21/18 | $6,262.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212808 | 6/21/18 | $6,070.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212817 | 6/21/18 | $5,732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212801 | 6/21/18 | $5,340.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212820 | 6/21/18 | $5,264.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212798 | 6/21/18 | $5,118.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212793 | 6/21/18 | $4,924.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212797 | 6/21/18 | $4,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212779 | 6/21/18 | $4,528.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212827 | 6/21/18 | $4,134.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212775 | 6/21/18 | $3,601.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2172818 | 6/21/18 | $3,122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212832 | 6/21/18 | $3,034.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212761 | 6/21/18 | $2,902.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212791 | 6/21/18 | $2,847.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212838 | 6/21/18 | $2,812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212780 | 6/21/18 | $2,747.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212816 | 6/21/18 | $2,514.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212790 | 6/21/18 | $2,386.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212777 | 6/21/18 | $2,125.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212815 | 6/21/18 | $2,110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212800 | 6/21/18 | $2,065.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212835 | 6/21/18 | $1,989.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212839 | 6/21/18 | $1,725.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212837 | 6/21/18 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212776 | 6/21/18 | $1,508.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212841 | 6/21/18 | $1,503.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212834 | 6/21/18 | $1,200.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212842 | 6/21/18 | $849.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2214510 | 6/21/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212840 | 6/21/18 | $703.58 |

U.S. Security Associates, Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212824 | 6/21/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212810 | 6/21/18 | $490.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212843 | 6/21/18 | $336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212836 | 6/21/18 | $250.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212806 | 6/21/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212826 | 6/21/18 | $159.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212892 | 6/25/18 | $36,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212891 | 6/25/18 | $26,748.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212907 | 6/25/18 | $26,323.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212902 | 6/25/18 | $22,270.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212884 | 6/25/18 | $18,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212903 | 6/25/18 | $11,353.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212900 | 6/25/18 | $10,654.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212888 | 6/25/18 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212908 | 6/25/18 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212894 | 6/25/18 | $7,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212886 | 6/25/18 | $7,566.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212909 | 6/25/18 | $7,566.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212887 | 6/25/18 | $5,005.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212898 | 6/25/18 | $2,206.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212885 | 6/25/18 | $2,206.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005724 | $1,151,419.68 | 9/11/18 | 2212896 | 6/25/18 | $663.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009445 | $1,521.92 | 9/18/18 | 2064705 | 2/19/18 | $161.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009445 | $1,521.92 | 9/18/18 | 2101340 | 3/26/18 | $416.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009445 | $1,521.92 | 9/18/18 | 2142876 | 4/23/18 | $107.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009445 | $1,521.92 | 9/18/18 | 2221673 | 6/28/18 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009445 | $1,521.92 | 9/18/18 | 2227803 | 6/28/18 | $57.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228590 | 7/5/18 | $36,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228594 | 7/5/18 | $26,430.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228581 | 7/5/18 | $18,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228593 | 7/5/18 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228586 | 7/5/18 | $9,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228589 | 7/5/18 | $7,566.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228582 | 7/5/18 | $4,979.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228584 | 7/5/18 | $2,190.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2230505 | 7/5/18 | $858.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2228901 | 7/8/18 | $71.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013305 | $116,123.21 | 9/25/18 | 2238033 | 7/10/18 | $107.36 |

Totals:    11 transfer(s),    $2,356,754.98