Defendant: **Unified Marine**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5892026 | 4/19/18 | $288.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5894941 | 4/25/18 | $3,307.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900435 | 5/3/18 | $5,085.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900449 | 5/3/18 | $1,887.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900434 | 5/3/18 | $1,292.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900450 | 5/3/18 | $982.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900433 | 5/3/18 | $968.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5900451 | 5/3/18 | $383.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 8361AD070118BV0 | 6/29/18 | -$24.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | VPASN993116636 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | VPASN993116637 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | VPASN993116635 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980947 | $13,704.28 | 7/18/18 | 5371395000-1 | 7/3/18 | -$16.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5901997 | 5/7/18 | $1,444.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5902768 | 5/7/18 | $644.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5902714 | 5/7/18 | $476.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5904180 | 5/8/18 | $206.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5905740 | 5/10/18 | $539.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 5905773 | 5/10/18 | $96.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | 8361AD070818BL6 | 7/6/18 | -$45.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | MA18188712032 | 7/7/18 | -$1,738.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | VPASN993116939 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | VPPS00000213015 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984298 | $1,165.22 | 7/25/18 | VPOT991483605 | 7/8/18 | -$160.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5905816 | 5/10/18 | $1,270.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5905708 | 5/10/18 | $472.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5909685 | 5/15/18 | $8,700.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5909486 | 5/15/18 | $749.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5909051 | 5/15/18 | $174.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5911707 | 5/17/18 | $11,784.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5911215 | 5/17/18 | $1,408.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5911195 | 5/17/18 | $429.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5911369 | 5/17/18 | $264.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5911353 | 5/17/18 | $68.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5913117 | 5/21/18 | $994.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5913297 | 5/21/18 | $866.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5913298 | 5/21/18 | $620.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5913138 | 5/21/18 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 5915469 | 5/22/18 | $10,763.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987702 | $38,556.39 | 8/1/18 | 8361AD071518BG9 | 7/13/18 | -$34.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5909695 | 5/15/18 | $415.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5910720 | 5/16/18 | $8,226.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5910724 | 5/16/18 | $6,652.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5911299 | 5/17/18 | $824.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5911218 | 5/17/18 | $762.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5912380 | 5/18/18 | $5,779.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5912377 | 5/18/18 | $3,530.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5912381 | 5/18/18 | $3,310.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5912378 | 5/18/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5914985 | 5/22/18 | $758.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5915274 | 5/22/18 | $359.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5915010 | 5/22/18 | $196.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5915910 | 5/23/18 | $823.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5917075 | 5/24/18 | $760.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5916984 | 5/24/18 | $518.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5916986 | 5/24/18 | $499.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5917422 | 5/24/18 | $312.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5917350 | 5/24/18 | $71.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 5916985 | 5/24/18 | $55.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | 8361AD072218BK7 | 7/20/18 | -$99.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | VPPS00000271090 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991218 | $33,689.29 | 8/10/18 | VPPS00000213926 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5911711 | 5/17/18 | $21,952.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5912385 | 5/18/18 | $9,606.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5915923 | 5/23/18 | $93.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5917014 | 5/24/18 | $672.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5918524 | 5/25/18 | $916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5918526 | 5/25/18 | $916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5918498 | 5/25/18 | $647.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5917949 | 5/25/18 | $343.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919220 | 5/29/18 | $1,052.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919421 | 5/29/18 | $681.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919180 | 5/29/18 | $574.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919162 | 5/29/18 | $359.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919147 | 5/29/18 | $143.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5919420 | 5/29/18 | $143.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5921004 | 5/30/18 | $4,444.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5920978 | 5/30/18 | $2,786.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5920961 | 5/30/18 | $2,181.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5920960 | 5/30/18 | $605.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5923283 | 5/31/18 | $149.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5923388 | 6/1/18 | $3,853.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5923431 | 6/1/18 | $95.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5925042 | 6/4/18 | $95.70 |

Unified Marine

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5926099 | 6/5/18 | $5,312.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 5926108 | 6/5/18 | $1,827.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | 8361AD072918BL1 | 7/27/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | VPOT991484818 | 7/29/18 | -$8.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995435 | $59,372.45 | 8/17/18 | VPOT991484817 | 7/29/18 | -$72.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5920975 | 5/30/18 | $3,304.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921489 | 5/30/18 | $2,756.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921505 | 5/30/18 | $2,367.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921492 | 5/30/18 | $1,154.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921490 | 5/30/18 | $1,125.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921536 | 5/30/18 | $916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921537 | 5/30/18 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921517 | 5/30/18 | $304.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921523 | 5/30/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921535 | 5/30/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921552 | 5/30/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921491 | 5/30/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5921542 | 5/30/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5923175 | 5/31/18 | $191.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5925989 | 6/5/18 | $243.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5929151 | 6/7/18 | $951.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 5932231 | 6/12/18 | $536.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 3911028861 | 8/2/18 | -$8.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | 8361AD080518BQ3 | 8/3/18 | -$50.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | MA18216712032 | 8/4/18 | -$2,717.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | VPOT991485260 | 8/5/18 | -$49.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998835 | $12,330.42 | 8/28/18 | VPOT991485259 | 8/5/18 | -$70.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5925973 | 6/5/18 | $455.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5927416 | 6/6/18 | $775.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5932346 | 6/12/18 | $1,697.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5932276 | 6/12/18 | $779.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5932286 | 6/12/18 | $180.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5937154 | 6/18/18 | $293.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 5936983 | 6/18/18 | $83.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | VPLB990101651 | 8/9/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 8361AD081218BE6 | 8/10/18 | -$71.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | VPOT991485894 | 8/12/18 | -$17.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 7229019315 | 8/13/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002334 | $4,112.60 | 9/4/18 | 3828049687 | 8/16/18 | -$3.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921799 | 5/30/18 | $802.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921806 | 5/30/18 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921810 | 5/30/18 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921795 | 5/30/18 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921813 | 5/30/18 | $229.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921791 | 5/30/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5921818 | 5/30/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5927392 | 6/6/18 | $529.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5932226 | 6/12/18 | $1,191.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5931952 | 6/12/18 | $343.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5935064 | 6/14/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5935073 | 6/14/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5936960 | 6/18/18 | $599.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5937258 | 6/18/18 | $470.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5936921 | 6/18/18 | $350.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 5943986 | 6/25/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 8361AD081918A62 | 8/17/18 | -$25.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPOT991486708 | 8/19/18 | -$91.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPASN993119446 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPASN993119449 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPASN993119447 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPASN993119445 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPASN993119448 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | VPOT991486707 | 8/19/18 | -$265.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005729 | $6,016.55 | 9/11/18 | 3828049695 | 8/21/18 | -$3.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5931947 | 6/12/18 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5931953 | 6/12/18 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5935048 | 6/14/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5935057 | 6/14/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5935082 | 6/14/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5937213 | 6/18/18 | $1,189.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5940339 | 6/20/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5945734 | 6/26/18 | $802.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5948134 | 6/28/18 | $465.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5948158 | 6/28/18 | $432.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 5948360 | 6/28/18 | $427.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 8361AD082618BS9 | 8/24/18 | -$115.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009450 | $4,685.54 | 9/18/18 | 7788029082 | 8/27/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5940333 | 6/20/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5940329 | 6/20/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5940337 | 6/20/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5948322 | 6/28/18 | $1,555.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5948144 | 6/28/18 | $755.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5952451 | 7/3/18 | $514.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5952621 | 7/3/18 | $282.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5954332 | 7/5/18 | $1,091.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5954117 | 7/5/18 | $508.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 5957201 | 7/9/18 | $186.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 8361AD090218BN2 | 8/31/18 | -$108.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | MA18244712032 | 9/1/18 | -$2,071.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | 7768047256 | 9/2/18 | -$8.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013308 | $2,899.29 | 9/25/18 | VPPS00000221698 | 9/2/18 | -$150.00 |

Totals: 10 transfer(s), $176,532.03