Defendant: **Variety Accessories, LLC**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 245804 | 8/10/17 | $22.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 245804 | 8/10/17 | -$22.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD101517BE0 | 10/13/17 | -$140.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD102217BG1 | 10/20/17 | -$448.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD102917BG1 | 10/27/17 | -$376.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705036222 | 11/2/17 | -$6.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | VPTRAN71118018 | 11/3/17 | -$60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD110517BK2 | 11/3/17 | -$773.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD111217BH2 | 11/10/17 | -$469.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705036738 | 11/11/17 | -$3.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705036872 | 11/14/17 | -$20.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD111917BA0 | 11/17/17 | -$225.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705037124 | 11/19/17 | -$2.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD112617A58 | 11/24/17 | -$164.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705037381 | 11/25/17 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 50984 | 11/27/17 | -$6.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705037563 | 11/27/17 | -$25.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705037710 | 11/29/17 | -$3.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705037885 | 11/30/17 | -$15.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD120317A89 | 12/1/17 | -$505.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD121017A88 | 12/8/17 | -$576.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD121717BE1 | 12/15/17 | -$1,566.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705038970 | 12/16/17 | -$15.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705039146 | 12/18/17 | -$2.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD122417BK3 | 12/22/17 | -$2,396.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705039647 | 12/23/17 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD123117BC9 | 12/29/17 | -$1,003.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705040141 | 12/30/17 | -$3.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 7705040562 | 1/5/18 | -$3.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD010718BH5 | 1/5/18 | -$2,104.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD011418A56 | 1/12/18 | -$1,073.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD012118BB7 | 1/19/18 | -$1,016.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD012818BH7 | 1/26/18 | -$2,281.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD020418BI3 | 2/2/18 | -$1,655.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD021118BB4 | 2/9/18 | -$829.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD021818A50 | 2/16/18 | -$219.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD022518BA7 | 2/23/18 | -$486.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD030418BF2 | 3/2/18 | -$748.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | VTWAMF182321 | 3/6/18 | -$100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD031118BD1 | 3/9/18 | -$737.86 |

Variety Accessories, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD031818BE4 | 3/16/18 | -$915.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD032518BI3 | 3/23/18 | -$829.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 20180142KPW | 3/27/18 | -$688.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD040118AZ7 | 3/30/18 | -$332.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD040818BE9 | 4/6/18 | -$425.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD041518BM4 | 4/13/18 | -$705.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD042218BI2 | 4/20/18 | -$236.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD042918BJ4 | 4/27/18 | -$862.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD050618BG8 | 5/4/18 | -$122.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD051318BC3 | 5/11/18 | -$85.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD052018BG9 | 5/18/18 | -$238.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD052718BH9 | 5/25/18 | -$55.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD060318A29 | 6/1/18 | -$16.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD061018A90 | 6/8/18 | -$11.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD061718A36 | 6/15/18 | -$24.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 20180720KPW | 6/21/18 | -$482.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD062418BF2 | 6/22/18 | -$9.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD070118BO6 | 6/29/18 | -$40.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD070818BG5 | 7/6/18 | -$17.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD071518BC4 | 7/13/18 | -$19.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD072218BF4 | 7/20/18 | -$3.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 265067 | 7/25/18 | $22,754.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 265068 | 7/25/18 | $12,641.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994224 | $9,175.43 | 8/16/18 | 8361AD072918BG3 | 7/27/18 | -$24.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995473 | $55,622.65 | 8/17/18 | 265147 | 7/26/18 | $36,407.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995473 | $55,622.65 | 8/17/18 | 265148 | 7/26/18 | $19,215.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996794 | $60,363.10 | 8/21/18 | 265209 | 7/26/18 | $18,928.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996794 | $60,363.10 | 8/21/18 | 265737 | 7/30/18 | $41,464.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996794 | $60,363.10 | 8/21/18 | 8361AD080518BK6 | 8/3/18 | -$29.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997533 | $4,393.42 | 8/22/18 | 265210 | 7/25/18 | $4,393.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001629 | $6,135.14 | 9/3/18 | 266394 | 8/7/18 | $4,994.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001629 | $6,135.14 | 9/3/18 | 266391 | 8/7/18 | $1,149.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001629 | $6,135.14 | 9/3/18 | 8361AD081218BA6 | 8/10/18 | -$8.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002364 | $101,575.82 | 9/4/18 | 267580 | 8/3/18 | $5,432.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002364 | $101,575.82 | 9/4/18 | 266390 | 8/7/18 | $42,251.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002364 | $101,575.82 | 9/4/18 | 266392 | 8/7/18 | $36,497.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002364 | $101,575.82 | 9/4/18 | 266393 | 8/7/18 | $17,394.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003034 | $25,923.07 | 9/5/18 | 265208 | 8/1/18 | $22,023.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003034 | $25,923.07 | 9/5/18 | 267239 | 8/9/18 | $3,914.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003034 | $25,923.07 | 9/5/18 | 8361AD081918A25 | 8/17/18 | -$14.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 266395 | 8/7/18 | $23,917.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267236 | 8/8/18 | $30,811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267237 | 8/8/18 | $13,754.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267238 | 8/9/18 | $66,885.00 |

Variety Accessories, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267280 | 8/10/18 | $21,403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267279 | 8/10/18 | $19,327.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003622 | $195,205.86 | 9/6/18 | 267282 | 8/10/18 | $19,106.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004393 | $19,106.47 | 9/7/18 | 266345 | 8/3/18 | $19,106.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005073 | $72,118.13 | 9/10/18 | 267281 | 8/10/18 | $53,717.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005073 | $72,118.13 | 9/10/18 | 267329 | 8/13/18 | $18,400.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005758 | $89,386.87 | 9/11/18 | 267278 | 8/10/18 | $44,602.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005758 | $89,386.87 | 9/11/18 | 267277 | 8/10/18 | $28,357.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005758 | $89,386.87 | 9/11/18 | 267973 | 8/17/18 | $8,908.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005758 | $89,386.87 | 9/11/18 | 267975 | 8/17/18 | $7,518.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006405 | $80,397.16 | 9/12/18 | 268518 | 8/10/18 | $80,416.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006405 | $80,397.16 | 9/12/18 | 8361AD082618BN0 | 8/24/18 | -$19.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007072 | $11,811.27 | 9/13/18 | 267976 | 8/17/18 | $11,811.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 267581 | 8/15/18 | $12,704.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268016 | 8/21/18 | $72,758.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268018 | 8/21/18 | $68,650.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268025 | 8/21/18 | $64,627.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268020 | 8/21/18 | $38,492.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268022 | 8/21/18 | $23,661.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268019 | 8/21/18 | $16,578.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007874 | $310,311.23 | 9/14/18 | 268024 | 8/21/18 | $12,836.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 267239 | 8/9/18 | $15,192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 267977 | 8/17/18 | $1,591.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 268021 | 8/21/18 | $63,016.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 268015 | 8/21/18 | $56,607.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 268023 | 8/21/18 | $38,837.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008628 | $205,010.94 | 9/17/18 | 268017 | 8/21/18 | $29,766.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009477 | $26,737.54 | 9/18/18 | 269201 | 8/20/18 | $26,737.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010642 | $81,372.61 | 9/19/18 | 268517 | 8/10/18 | $71,058.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010642 | $81,372.61 | 9/19/18 | 269209 | 8/23/18 | $10,314.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010642 | $81,372.61 | 9/19/18 | 8361AD090218BI4 | 8/31/18 | -$0.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011322 | $11,221.57 | 9/20/18 | 269203 | 8/22/18 | $10,126.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011322 | $11,221.57 | 9/20/18 | 269204 | 8/22/18 | $1,094.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011905 | $7,606.37 | 9/21/18 | 271355 | 8/27/18 | $7,606.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012647 | $18,209.18 | 9/24/18 | 267978 | 8/17/18 | $18,209.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013341 | $32,009.79 | 9/25/18 | 271354 | 8/27/18 | $21,551.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013341 | $32,009.79 | 9/25/18 | 271352 | 8/27/18 | $6,798.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013341 | $32,009.79 | 9/25/18 | 271351 | 8/27/18 | $2,679.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013341 | $32,009.79 | 9/25/18 | 271353 | 8/27/18 | $979.61 |

**Totals:**    **21 transfer(s),  $1,423,693.62**

Variety Accessories, LLC

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020

Exhibit A