Defendant: **Variety International Enterprises**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082698 | $6,994.74 | 7/18/18 | 60334 | 6/1/18 | $3,488.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082698 | $6,994.74 | 7/18/18 | 60344 | 6/4/18 | $1,651.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082698 | $6,994.74 | 7/18/18 | 60369 | 6/5/18 | $670.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082698 | $6,994.74 | 7/18/18 | 60384 | 6/6/18 | $1,183.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60390 | 6/7/18 | $1,103.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60399 | 6/8/18 | $2,141.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60405 | 6/11/18 | $1,571.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60424 | 6/12/18 | $937.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60443 | 6/13/18 | $1,008.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60560 | 6/28/18 | -$5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60573 | 7/2/18 | -$3.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083285 | $6,750.13 | 7/25/18 | 60586 | 7/3/18 | -$3.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60450 | 6/14/18 | $1,540.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60456 | 6/15/18 | $2,248.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60465 | 6/18/18 | $1,230.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60484 | 6/19/18 | $1,107.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60496 | 6/20/18 | $1,285.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60599 | 7/5/18 | -$4.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60610 | 7/6/18 | -$4.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 61621 | 7/9/18 | -$1.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083596 | $7,400.33 | 8/3/18 | 60656 | 7/11/18 | -$2.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084069 | $4,789.98 | 8/10/18 | 60505 | 6/21/18 | $889.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084069 | $4,789.98 | 8/10/18 | 60516 | 6/22/18 | $2,322.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084069 | $4,789.98 | 8/10/18 | 60522 | 6/25/18 | $1,578.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60559 | 6/28/18 | $1,947.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60569 | 6/29/18 | $1,875.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60572 | 7/2/18 | $1,406.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60585 | 7/3/18 | $1,080.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60536 | 7/4/18 | $924.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60717 | 7/19/18 | -$10.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60725 | 7/23/18 | -$117.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60741 | 7/24/18 | -$4.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084407 | $7,085.26 | 8/21/18 | 60757 | 7/25/18 | -$16.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084958 | $7,137.39 | 8/29/18 | 60598 | 7/5/18 | $1,998.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084958 | $7,137.39 | 8/29/18 | 60609 | 7/6/18 | $2,109.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084958 | $7,137.39 | 8/29/18 | 60620 | 7/9/18 | $1,610.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084958 | $7,137.39 | 8/29/18 | 60657 | 7/11/18 | $1,419.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085280 | $5,635.14 | 9/4/18 | 60662 | 7/12/18 | $884.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085280 | $5,635.14 | 9/4/18 | 60671 | 7/13/18 | $2,222.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085280 | $5,635.14 | 9/4/18 | 60676 | 7/16/18 | $1,632.54 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085280 | $5,635.14 | 9/4/18 | 60693 | 7/17/18 | $899.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085280 | $5,635.14 | 9/4/18 | 60848 | 8/7/18 | -$4.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085706 | $5,943.68 | 9/13/18 | 60176 | 7/19/18 | $2,765.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085706 | $5,943.68 | 9/13/18 | 60724 | 7/23/18 | $1,868.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085706 | $5,943.68 | 9/13/18 | 60740 | 7/24/18 | $495.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085706 | $5,943.68 | 9/13/18 | 60756 | 7/25/18 | $1,001.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085706 | $5,943.68 | 9/13/18 | 60875 | 8/10/18 | -$187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60764 | 7/26/18 | $707.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60771 | 7/27/18 | $2,066.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60778 | 7/30/18 | $2,192.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60794 | 7/31/18 | $1,004.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60808 | 8/1/18 | $819.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60932 | 8/20/18 | -$1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086105 | $6,787.98 | 9/19/18 | 60944 | 8/21/18 | -$2.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60816 | 8/2/18 | $984.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60828 | 8/3/18 | $2,125.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60832 | 8/6/18 | $981.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60847 | 8/7/18 | $656.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60860 | 8/8/18 | $946.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 60991 | 8/27/18 | -$4.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 61007 | 8/28/18 | -$4.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086705 | $5,674.22 | 9/24/18 | 61031 | 8/29/18 | -$11.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087042 | $4,756.88 | 10/4/18 | 60874 | 8/10/18 | $2,596.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087042 | $4,756.88 | 10/4/18 | 60879 | 8/13/18 | $515.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087042 | $4,756.88 | 10/4/18 | 60893 | 8/14/18 | $993.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087042 | $4,756.88 | 10/4/18 | 60907 | 8/15/18 | $715.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087042 | $4,756.88 | 10/4/18 | 61061 | 9/4/18 | -$64.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 60915 | 8/16/18 | $637.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 60928 | 8/17/18 | $1,834.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 60931 | 8/20/18 | $987.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 60943 | 8/21/18 | $849.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 61117 | 9/7/18 | -$11.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087431 | $4,295.69 | 10/11/18 | 61122 | 9/10/18 | -$2.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 60965 | 8/23/18 | $6,625.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 60978 | 8/24/18 | $1,964.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 61006 | 8/28/18 | $1,323.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 60992 | 8/29/18 | $2,366.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 61030 | 8/29/18 | $1,111.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087727 | $13,380.84 | 10/17/18 | 61162 | 9/14/18 | -$9.75 |

Totals:    13 transfer(s),  $86,632.26