Defendant: **Varouj Appliances Services Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170851 | $615.12 | 7/17/18 | 000007N78V | 6/27/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170979 | $424.15 | 7/24/18 | 000007NL9T | 7/3/18 | $424.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171029 | $772.43 | 7/24/18 | 000007NRPQ | 7/5/18 | $412.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171029 | $772.43 | 7/24/18 | 000007NRMB | 7/5/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171062 | $1,231.12 | 7/25/18 | 000007NUTJ | 7/6/18 | $1,231.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171144 | $2,709.82 | 7/31/18 | 000007NZT7 | 7/9/18 | $423.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171144 | $2,709.82 | 7/31/18 | 000007O0I0 | 7/9/18 | $412.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171144 | $2,709.82 | 7/31/18 | 000007O00Y | 7/9/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171144 | $2,709.82 | 7/31/18 | 000007O3YW | 7/10/18 | $936.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171144 | $2,709.82 | 7/31/18 | 000007O425 | 7/10/18 | $577.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171179 | $412.51 | 7/31/18 | 000007O7FJ | 7/11/18 | $412.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171207 | $615.12 | 7/31/18 | 000007OBKG | 7/12/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171253 | $560.15 | 8/3/18 | 000007OFNB | 7/14/18 | $560.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172040 | $728.64 | 8/8/18 | 000007OI85 | 7/16/18 | $368.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172040 | $728.64 | 8/8/18 | 000007OIGL | 7/16/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172194 | $1,434.89 | 8/8/18 | 000007OYHW | 7/20/18 | $635.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172194 | $1,434.89 | 8/8/18 | 000007OYFA | 7/20/18 | $416.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172194 | $1,434.89 | 8/8/18 | 000007OY3P | 7/20/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172256 | $2,861.54 | 8/13/18 | 000007P205 | 7/23/18 | $477.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172256 | $2,861.54 | 8/13/18 | 000007P3EA | 7/23/18 | $397.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172256 | $2,861.54 | 8/13/18 | 000007P3EB | 7/23/18 | $395.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172256 | $2,861.54 | 8/13/18 | 000007P7KN | 7/24/18 | $1,231.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172256 | $2,861.54 | 8/13/18 | 000007P6PS | 7/24/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172280 | $288.91 | 8/14/18 | 000007P9KA | 7/25/18 | $579.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172280 | $288.91 | 8/14/18 | 000007P9BY | 7/25/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172303 | $449.92 | 8/14/18 | 000007PCTP | 7/26/18 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172280 | $288.91 | 8/14/18 | 0000596425 | 8/2/18 | -$248.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172280 | $288.91 | 8/14/18 | 0000596415 | 8/2/18 | -$425.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172329 | $1,477.22 | 8/15/18 | 000007PFD0 | 7/27/18 | $1,081.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172329 | $1,477.22 | 8/15/18 | 000007PEZS | 7/27/18 | $395.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172396 | $1,941.28 | 8/20/18 | 000007PKD0 | 7/30/18 | $571.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172396 | $1,941.28 | 8/20/18 | 000007PLGE | 7/30/18 | $439.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172396 | $1,941.28 | 8/20/18 | 000007PKD1 | 7/30/18 | $377.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172396 | $1,941.28 | 8/20/18 | 000007PP0N | 7/31/18 | $553.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172415 | $1,076.21 | 8/21/18 | 000007PR5X | 8/1/18 | $626.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172415 | $1,076.21 | 8/21/18 | 000007PRTO | 8/1/18 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172445 | $898.45 | 8/21/18 | 000007PUTY | 8/2/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172445 | $898.45 | 8/21/18 | 000007PUXG | 8/2/18 | $424.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q40B | 8/6/18 | $687.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q40C | 8/6/18 | $388.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q3FH | 8/6/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q268 | 8/6/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q1G9 | 8/6/18 | $227.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172521 | $2,301.30 | 8/27/18 | 000007Q8BK | 8/7/18 | $254.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172535 | $915.62 | 8/27/18 | 000007QBD1 | 8/8/18 | $463.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172535 | $915.62 | 8/27/18 | 000007QAHE | 8/8/18 | $452.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172619 | $483.12 | 8/31/18 | 000007QHKX | 8/11/18 | $483.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QOG1 | 8/13/18 | $418.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QLGE | 8/13/18 | $398.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QSW0 | 8/14/18 | $923.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QQW5 | 8/14/18 | $464.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QQW6 | 8/14/18 | $430.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172666 | $3,005.13 | 9/4/18 | 000007QSSW | 8/14/18 | $369.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173413 | $1,535.70 | 9/5/18 | 000007QVP3 | 8/15/18 | $1,143.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173413 | $1,535.70 | 9/5/18 | 000007QUNA | 8/15/18 | $392.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173551 | $2,121.10 | 9/5/18 | 000007QXQ6 | 8/16/18 | $1,231.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173551 | $2,121.10 | 9/5/18 | 000007QXQ7 | 8/16/18 | $459.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173551 | $2,121.10 | 9/5/18 | 000007QXQ8 | 8/16/18 | $430.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173577 | $98.25 | 9/5/18 | 000007R0HT | 8/17/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173577 | $98.25 | 9/5/18 | 000007R16K | 8/17/18 | $423.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173577 | $98.25 | 9/5/18 | 0000603833 | 8/27/18 | -$799.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R7GI | 8/20/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R5VT | 8/20/18 | $496.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R7UL | 8/20/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R5GC | 8/20/18 | $459.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R5VU | 8/20/18 | $454.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R5VV | 8/20/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007R5VS | 8/20/18 | $369.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RAG4 | 8/21/18 | $570.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RAIO | 8/21/18 | $427.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RATW | 8/21/18 | $418.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RB7C | 8/21/18 | $398.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RB2Q | 8/21/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RDSN | 8/22/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RDSO | 8/22/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173635 | $6,584.67 | 9/10/18 | 000007RDX8 | 8/22/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173683 | $147.17 | 9/11/18 | 000007RG1R | 8/23/18 | $297.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173683 | $147.17 | 9/11/18 | 000007RIQQ | 8/24/18 | $420.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173683 | $147.17 | 9/11/18 | 0000605378 | 8/31/18 | -$571.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RPXK | 8/27/18 | $654.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RP7N | 8/27/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RONI | 8/27/18 | $393.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007ROZV | 8/27/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RP7O | 8/27/18 | $219.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RT4A | 8/28/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RT4B | 8/28/18 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 000007RTV7 | 8/28/18 | $422.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173723 | $3,449.39 | 9/17/18 | 0000606389 | 9/5/18 | -$227.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173775 | $535.89 | 9/18/18 | 000007RZ1W | 8/30/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173775 | $535.89 | 9/18/18 | 000007RZN4 | 8/30/18 | $228.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173775 | $535.89 | 9/18/18 | 000007RZN5 | 8/30/18 | $210.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173775 | $535.89 | 9/18/18 | 0000607210 | 9/7/18 | -$430.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173805 | $1,581.36 | 9/19/18 | 000007S28D | 8/31/18 | $1,581.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SBOB | 9/4/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SAEL | 9/4/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SAEJ | 9/4/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SAEI | 9/4/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SAEK | 9/4/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007SAEM | 9/4/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007S8ZX | 9/4/18 | $397.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007S8ZZ | 9/4/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007S8ZY | 9/4/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173850 | $4,803.91 | 9/25/18 | 000007S900 | 9/4/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173867 | $449.77 | 9/25/18 | 000007SFK9 | 9/5/18 | $281.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173867 | $449.77 | 9/25/18 | 000007SFK8 | 9/5/18 | $168.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173885 | $382.80 | 9/25/18 | 000007SIHS | 9/6/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174005 | $1,481.11 | 10/2/18 | 000007T23G | 9/13/18 | $1,052.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174005 | $1,481.11 | 10/2/18 | 000007T1KO | 9/13/18 | $428.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSLV | 9/10/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSCC | 9/10/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SQKS | 9/10/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSLW | 9/10/18 | $483.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSLX | 9/10/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSWO | 9/10/18 | $465.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SRLE | 9/10/18 | $422.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SREF | 9/10/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SRLC | 9/10/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SRLF | 9/10/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SRLD | 9/10/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SSLY | 9/10/18 | $280.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SVI6 | 9/11/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 000007SVI7 | 9/11/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173966 | $6,339.36 | 10/3/18 | 0000610512 | 9/19/18 | -$38.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174758 | $1,765.28 | 10/10/18 | 000007T4M9 | 9/14/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174758 | $1,765.28 | 10/10/18 | 000007T4SK | 9/14/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174758 | $1,765.28 | 10/10/18 | 000007T4PZ | 9/14/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174758 | $1,765.28 | 10/10/18 | 000007T4Z0 | 9/14/18 | $315.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007T9XP | 9/17/18 | $733.92 |

Varouj Appliances Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020    Exhibit A    P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007T93Y | 9/17/18 | $628.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TARQ | 9/17/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TA2Y | 9/17/18 | $420.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TBK0 | 9/17/18 | $227.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TEMG | 9/18/18 | $2,419.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TEJH | 9/18/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TEJG | 9/18/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 000007TEMH | 9/18/18 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174901 | $31.86 | 10/10/18 | 000007TGW0 | 9/19/18 | $483.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174901 | $31.86 | 10/10/18 | 000007THRS | 9/19/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 0000612657 | 9/26/18 | -$88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174888 | $3,927.94 | 10/10/18 | 0000612767 | 9/26/18 | -$2,287.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174901 | $31.86 | 10/10/18 | 0000613071 | 9/27/18 | -$157.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174901 | $31.86 | 10/10/18 | 0000613209 | 9/27/18 | -$293.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174901 | $31.86 | 10/10/18 | 0000613012 | 9/27/18 | -$474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174919 | $861.65 | 10/12/18 | 000007TK23 | 9/20/18 | $449.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174919 | $861.65 | 10/12/18 | 000007TJP6 | 9/20/18 | $411.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TMWF | 9/21/18 | $674.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TN0L | 9/21/18 | $615.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TN0M | 9/21/18 | $562.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TMY3 | 9/21/18 | $483.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TMWG | 9/21/18 | $423.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TNC4 | 9/21/18 | $382.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TMTW | 9/21/18 | $377.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 000007TMTX | 9/21/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174935 | $3,395.26 | 10/12/18 | 0000614046 | 10/1/18 | -$483.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173986 | $420.85 | 10/16/18 | 000007SZO6 | 9/12/18 | $420.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRID | 9/24/18 | $764.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRIF | 9/24/18 | $631.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRIC | 9/24/18 | $510.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRP1 | 9/24/18 | $509.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TR6O | 9/24/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRP2 | 9/24/18 | $474.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRIE | 9/24/18 | $439.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRAT | 9/24/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRIH | 9/24/18 | $297.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TRIG | 9/24/18 | $293.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TWOJ | 9/25/18 | $1,107.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TWD7 | 9/25/18 | $682.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 000007TVH4 | 9/25/18 | $359.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174995 | $1,506.58 | 10/16/18 | 000007U0AS | 9/26/18 | $719.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174995 | $1,506.58 | 10/16/18 | 000007U0AT | 9/26/18 | $527.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174995 | $1,506.58 | 10/16/18 | 000007TZHQ | 9/26/18 | $391.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174982 | $6,281.81 | 10/16/18 | 0000614665 | 10/3/18 | -$623.03 |

Varouj Appliances Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

April 1, 2020                                           Exhibit A                                           P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174995 | $1,506.58 | 10/16/18 | 0000615159 | 10/4/18 | -$132.00 |
| Totals: | 42 transfer(s), $72,904.36 | | | | | | |