Defendant: **Young's Holdings, Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170547 | $19,337.55 | 7/26/18 | 0000062518 | 6/25/18 | $18,593.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170547 | $19,337.55 | 7/26/18 | 0000062518 | 6/25/18 | $743.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172088 | $19,337.55 | 8/30/18 | 0000072618 | 7/26/18 | $18,593.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172088 | $19,337.55 | 8/30/18 | 0000072618 | 7/26/18 | $743.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173461 | $19,337.55 | 9/14/18 | 0000082618 | 8/26/18 | $18,593.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173461 | $19,337.55 | 9/14/18 | 0000082618 | 8/26/18 | $743.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174802 | $19,337.55 | 10/17/18 | 0000092518 | 9/25/18 | $18,593.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174802 | $19,337.55 | 10/17/18 | 0000092518 | 9/25/18 | $743.75 |

Totals:    4 transfer(s),  $77,350.20