Defendant: **Zuru LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26524 | $15,005.64 | 7/26/18 | 201818152234 | 4/30/18 | $8,432.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26524 | $15,005.64 | 7/26/18 | 201818152389 | 4/30/18 | $6,573.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26525 | $1,892.23 | 8/10/18 | 201817926352 | 5/15/18 | $1,892.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26526 | $16,809.92 | 8/21/18 | 201818735743 | 5/22/18 | $16,809.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201818903016 | 5/28/18 | $36,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201818807303 | 5/28/18 | $26,701.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201818807930 | 5/28/18 | $13,902.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201817925865 | 5/28/18 | $11,875.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201818735959 | 5/28/18 | $11,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26527 | $101,634.28 | 8/27/18 | 201818859067 | 5/28/18 | $1,156.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26528 | $26,986.99 | 9/4/18 | 201818945478 | 6/7/18 | $15,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26528 | $26,986.99 | 9/4/18 | 201818829912 | 6/7/18 | $11,486.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26529 | $65,673.94 | 9/11/18 | 201819247131 | 6/12/18 | $37,374.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26529 | $65,673.94 | 9/11/18 | 201819247131 | 6/12/18 | $28,299.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26530 | $16,591.20 | 9/17/18 | 201819247739 | 6/18/18 | $11,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26530 | $16,591.20 | 9/17/18 | 201819248102 | 6/18/18 | $4,651.20 |

Totals:    7 transfer(s),   $244,594.20