**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
(973) 228-5700
Attorneys for Creditor, iStar Jewelry LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | |
|---|---|
| In Re:<br><br>SEARS HOLDINGS CORPORATION, et. al.<br><br>Debtor. | Case No.: 18-23538 (RDD)<br>(Jointly Administered)<br><br>Chapter 11 Proceeding<br>Hon. Robert D. Drain, U.S.B.J.<br><br>Hearing Date: April 29, 2020 at 10:00 a.m. |

## CERTIFICATION OF CARL J. SORANNO, ESQ.

I, **CARL J. SORANNO, ESQ.**, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice law *pro hac vice* in this Bankruptcy pursuant to this Court's November 9, 2018 Order *[Docket Entry # 581]*, and a Member of the law firm Brach Eichler LLC, attorneys for iStar Jewelry LLC ("iStar"). I make this Certification in opposition to Sears Holding Corporation and its affiliates' (collectively, the "Debtors") Fourteenth Omnibus Objection to Ballots.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of the relevant portions of iStar's Proof of Claim # 6767.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of the Scanned Based Trading Agreement between iStar and the Debtors, dated August 27, 2018.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the relevant portions of iStar's Proof of Claim # 6744.

5. Attached hereto as **Exhibit "D"** is a true and correct copy of the relevant portions of iStar's Proof of Claim # 6597.

6. Attached hereto as **Exhibit "E"** is a true and correct copy of iStar's Opt-In Ballot filed on November 20, 2019 in connection with the Debtor's Administrative Claims Consent Program.

7. Attached hereto as **Exhibit "F"** is a true and correct copy of an e-mail received from Debtors' counsel, dated December 12, 2019.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment


Dated: April 3, 2020                     By: /s Carl J. Soranno
                                             Carl J. Soranno