UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23560) | ☐ Wally Labs LLC (18-23563) |
| ☐ Sears, Roebuck and Co. 18-23537 | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, (18-23564) |
| ☐ Kmart Holding Corporation 18-23539 | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) |
| ☐ Kmart Operations LLC 18-23540 | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. 18-23567 |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. 18-23568 |
| ☐ A&E Factory Service, LLC 18-23543 | ☐ Sears Insurance Services, L.L.C. 18-23556 | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) |
| ☐ A&E Home Delivery, LLC 18-23544 | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC 18-23570 |
| ☐ A&E Lawn & Garden, LLC 18-23545 | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC 18-23571 |
| ☐ A&E Signature Service, LLC 18-23546 | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC 18-23572 |
| ☐ FBA Holdings Inc. 18-23547 | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC 18-23573 |
| ☐ Innovel Solutions, Inc. 18-23548 | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) |
| ☑ Kmart Corporation 18-23549 | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575 |

| |
|---|
| ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ SOE, Inc. (18-23578) |
| ☐ StarWest, LLC (18-23579) |
| ☐ STI Merchandising, Inc. (18-23580) |
| ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ BlueLight.com, Inc. (18-23582) |
| ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ Kmart.com LLC 18-23585 |
| ☐ Sears Brands Management Corporation (18-23586) |
| ☐ SHC Licensed Business LLC (18-23616) |
| ☐ SHC Promotions LLC 18-23630 |

RECEIVED

DEC 20 2018

PRIME CLERK LLC

182353880002859

## Modified Official Form 410

[ ] Date Stamped Copy Returned
[X] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | iStar Jewelry LLC | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor   SGG, Inc. / Stanley Creations, Inc. | |
| 2. Has this claim been acquired from someone else? | ☑ No ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?  Carl J. Sorannno, Esq. Brach Eichler LLC 101 Eisenhower Parkway Roseland, NJ  07068 | Where should payments to the creditor be sent? (if different) |
| | Contact phone  (973) 228-5700 | Contact phone _____ |
| | Contact email  csoranno@bracheichler.com | Contact email _____ |
| 4. Does this claim amend one already filed? | ☑ No ☐ Yes.   Claim number on court claims registry (if known) _____   Filed on ____/____/____  MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ | |

Claim Number: 6597

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
| --- | --- |

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

**7. How much is the claim?**    $ _____ 54,922.18    **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☑ Other. Describe:    Various Items of Jewelry, Proceeds of Sales of Jewelry

**Basis for perfection:**    Reclamation Demand

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $ _____ 54,922.18

**Amount of the claim that is secured:**    $ _____ 43,420.64

**Amount of the claim that is unsecured:**  $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $ _____ 54,922.18

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $ _____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | | | **Amount entitled to priority** |
|---|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ Yes. *Check one:* | | | |
| | | ☐ | Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | | ☐ | Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | | ☐ | Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | | ☐ | Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | | ☐ | Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | | ☑ | Other. Specify subsection of 11 U.S.C. § 507(a)(2  ) that applies. | $    21,092.58 |
| | | | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
|---|---|---|
| | ☑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $    21,092.58 |

---

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/05/2018          (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| Name | Carl J. Soranno, Esq. | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Member | | |
| Company | Brach Eichler LLC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 101 Eisenhower Parkway | | |
| | Number          Street | | |
| | Roseland | NJ | 07068 |
| | City | State | ZIP Code |
| Contact phone | 973-228-5700 | Email | csoranno@bracheichler.com |

# iStar Jewelry LLC
## Proof of Claim:  Exhibit "A"

**Debtor:**                     **Kmart Corporation**
**Bk. No.:**                    **18-23549**
**Chapter:**                  **11**

**Monies Due For Goods Sold to Kmart Corporation**

| Debt | Amounts Due | |
|------|-------------|--|
| Pre-Petition Sale of Goods to Kmart Within 20 Days of Bankruptcy - (503(b)(9) Claim | $21,092.58 | (See Ex. "B") |
| Pre-Petition Sale of Goods to Kmart Before 20 Days of Bankruptcy | $33,829.60 | (See Ex. "C") |

**Total Proof of Claim (Asset Sales)**      **$54,922.18**

**Amount Subject to Reclaimation Claim**      **$43,420.64**   **(See Exhibit "D"**

\

BE:10021427.1/CHE228-270469

Exhibit B

| INV/CR | ACCT | INV # | DUE | SHIP DATE / INVOICE DATE | DUE DATE |
|--------|------|-------|-----|--------------------------|----------|
| INVOICE | JKMART | 18098915 | 6,320.00 | 10/2/2018 | 12/1/2018 |
| INVOICE | JKMART | 18099220 | 13,205.02 | 10/2/2018 | 12/1/2018 |
| INVOICE | JKMART | 18098793 | 325.25 | 9/28/2018 | 11/27/2018 |
| INVOICE | JKMART | 18098692 | 1,242.31 | 9/28/2018 | 11/27/2018 |

**Total 503(b)(9) Claim (Asset)**            **21,092.58**

Exhibit C

| INV/CR | ACCT | INV # | DUE | SHIP DATE / INVOICE DATE | DUE DATE |
|--------|------|-------|-----|--------------------------|----------|
| INVOICE | JKMART | 18097732 | 2,122.50 | 9/19/2018 | 11/18/2018 |
| INVOICE | JKMART | 18097355 | 1,228.79 | 9/18/2018 | 11/17/2018 |
| INVOICE | JKMART | 18400173 | 16,988.87 | 9/13/2018 | 11/12/2018 |
| INVOICE | JKMART | 18096538 | 1,987.90 | 9/7/2018 | 11/6/2018 |
| INVOICE | JKMART | 18095767 | 1,957.80 | 8/30/2018 | 10/29/2018 |
| INVOICE | JKMART | 18094825 | 1,770.37 | 8/21/2018 | 10/20/2018 |
| INVOICE | JKMART | 18093958 | 2,953.21 | 8/15/2018 | 10/14/2018 |
| INVOICE | JKMART | 18093363 | 2,681.62 | 8/6/2018 | 9/5/2018 |
| INVOICE | JKMAR. | 18093223 | 7.00 | 7/19/2018 | 8/18/2018 |
| INVOICE | JKMAR. | 18093227 | 7.21 | 7/19/2018 | 8/18/2018 |
| INVOICE | JKMAR. | 18093226 | 10.57 | 7/19/2018 | 8/18/2018 |
| INVOICE | JKMAR. | 18093225 | 10.58 | 7/19/2018 | 8/18/2018 |
| INVOICE | JKMAR. | 18093224 | 38.32 | 7/19/2018 | 8/18/2018 |
| INVOICE | JKMAR. | 18090561 | 6.17 | 7/17/2018 | 8/16/2018 |
| INVOICE | JKMAR. | 18090562 | 18.24 | 7/17/2018 | 8/16/2018 |
| INVOICE | JKMAR. | 18090044 | 7.00 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090046 | 7.00 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090041 | 9.30 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090042 | 11.29 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090045 | 12.12 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090043 | 40.38 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090048 | 43.51 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090049 | 43.85 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090047 | 50.06 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18090050 | 61.69 | 7/16/2018 | 8/15/2018 |
| INVOICE | JKMAR. | 18089627 | 7.00 | 7/13/2018 | 8/12/2018 |
| INVOICE | JKMAR. | 18089626 | 24.85 | 7/13/2018 | 8/12/2018 |
| INVOICE | JKMAR. | 18089628 | 35.43 | 7/13/2018 | 8/12/2018 |
| INVOICE | JKMAR. | 18089625 | 61.69 | 7/13/2018 | 8/12/2018 |
| INVOICE | JKMAR. | 18089500 | 11.91 | 7/12/2018 | 8/11/2018 |
| INVOICE | JKMART | 18079578 | 1,580.53 | 6/12/2018 | 8/11/2018 |
| INVOICE | JKMAR. | 16178718 | 26.61 | 12/5/2016 | 1/4/2017 |
| INVOICE | JKMAR. | 16174182 | 6.23 | 11/28/2016 | 12/28/2016 |

**TOTAL**          **33,829.60**

Exhibit D

# B R A C H | E I C H L E R llc

Carl J. Soranno
Direct Dial: 973-403-3127
Direct Fax: 973-618-5527
E-mail: csoranno@bracheichler.com

October 24, 2018

## VIA OVERNIGHT DELIVERY & E-MAIL

Jacqueline Marcus, Esq.
Ray Schrock, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

> Re:    Sears Holding Corp, et. al.
> Chapter 11 Case No.: 18-23538(RDD)
> Demand for Reclamation of Goods Pursuant to 11 U.S.C. § 546(c).

Counsel:

This office represents creditor, iStar Jewelry LLC d/b/a Stanley Creations ("Stanley Creations") in connection with the above referenced matter currently pending before the United States Bankruptcy Court, Southern District of New York.

I am writing to you with respect to certain goods sold by Stanley Creations to Sears Holding Corp. and its subsidiaries/affiliates within the forty-five (45) day period preceding the Debtors' Chapter 11 Bankruptcy Petition filed on Monday, October 15, 2018 (the "Goods"). In total, Stanley Creations sold $173,944.36 in Goods to Sears and another $43,420.64 to Kmart within the forty-five day period preceding the Debtors' bankruptcy. True and correct copies of spreadsheets reflecting the goods invoiced, Invoice Nos. and sale dates for all goods sold are enclosed herein.

These goods were sold to the Debtors on credit and received by the Debtors during the period that they were insolvent.[1] Pursuant to 11 U.S.C. § 546(c), demand is hereby made for the immediate return of these goods.

---

5 Penn Plaza, 23rd Floor
New York, New York 10001
212 866.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

2875 South Ocean Blvd., Suite 200
Palm Beach, Florida 33480
561.899.0177

www.bracheichler.com

BE:9994332.1/CHE228-270469

BRACH|EICHLER LLC

Jadqueline Marcus, Esq.
Ray Schrock, Esq.
October 24, 2018
Page 2

You are further notified that all goods subject to Stanley Creations' reclamation rights should be protected and segregated, and are not to be used for any purpose whatsoever except by agreement of the parties or following notice and hearing before the United States Bankruptcy Court.

Upon your receipt of this letter, please contact my office for instructions concerning the return of the goods to Stanley Creations and to confirm that Sears and its subsidiaries shall take all required steps to segregate the goods subject to this reclamation demand pending their return to Stanley Creations and that your client has been advised accordingly.

Thank you for your anticipated courtesies regarding the foregoing. Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Carl J. Soranno

CJS:jpm
Enclosures:

---

[1] Stanley Creations also sells goods to Sears and its subsidiaries on consignment, which are secured by a UCC-1 financing statement. Stanley Creations is not demanding return of the consigned goods, as any goods by the Debtors will constitute an administrative expense claim of the Debtors' bankruptcy estate.

18-23538-shl    Doc 7777-6    Filed 04/03/20    Entered 04/03/20 15:12:38    Exhibit D to
Soranno Cert.    Pg 13 of 13

1/2

ORIGIN ID:MMUA    (973) 364-8323
JOHN MARTIN
BRACH EICHLER L.L.C.
101 EISENHOWER PARKWAY

ROSELAND, NJ 07068
UNITED STATES US

SHIP DATE: 19DEC18
ACTWGT: 1.00 LB
CAD: 107013092/INET4040

BILL SENDER

TO PRIME CLERK, LLC

SEARS HOLDING CORP. CLAIMS PROCESSI

850 3RD AVENUE

SUITE 412

BROOKLYN NY 11232

(212) 257-5450        REF: CHE228-270469
INV:
PO:                          DEPT:

5S2.02/E4AF/DCA5



FedEx
Express

THU - 20 DEC 3:00P
STANDARD OVERNIGHT

TRK#
0201   **7740 2481 7782**

**E2 FBTA**       11232
         NY-US  EWR



RECEIVED

DEC 20 2018

PRIME CLERK LLC

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipmentConfirmationAction.handle?method=doContinue