## Martin, John P.

| | |
|---|---|
| **From:** | Fail, Garrett <Garrett.Fail@weil.com> |
| **Sent:** | Thursday, December 12, 2019 10:23 PM |
| **To:** | Martin, John P. |
| **Cc:** | Project Blue Admin Team |
| **Subject:** | RE: Sears Bankruptcy (Admin Claims Consent Program) |

The Debtors were able to reconcile and allow the claims listed on the notice that was filed with the Court but were not able to reconcile all claims that have been asserted.  Following the initial distribution, the Debtors will be working to resolve the remaining claims in the most efficient manner for the benefit of all creditors.  The Debtors will be providing a general update to the Court tomorrow morning at the 10 am omnibus hearing in advance of the initial distribution tomorrow.

Regards,

Garrett



**Garrett Fail**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Garrett.Fail@weil.com
+1 212 310 8451 Direct
+1 516 642 4031 Mobile
+1 212 310 8007 Fax

---

**From:** Martin, John P. <jpmartin@bracheichler.com>
**Sent:** Thursday, December 12, 2019 3:15 PM
**To:** Fail, Garrett <Garrett.Fail@weil.com>
**Subject:** Sears Bankruptcy (Admin Claims Consent Program)

Mr. Fail,

Please find the attached letter and enclosures on behalf of Carl Soranno in connection with the Administrative Claims Consent program.

**John P Martin**
**Paralegal, Litigation Practice Group**
BRACH EICHLERᴸᴸᶜ
101 Eisenhower Parkway | Roseland, New Jersey 07068
Direct: 973-364-8370 | Firm: 973-228-5700 | Fax: 973-618-5970
email | website

New York City | Roseland | Palm Beach

This email is from Brach Eichler LLC, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute this e-mail or any attachments. Instead, please notify the sender and delete this e-mail and any attachments.

-

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.