**BRACH EICHLER L.L.C.**
101 Eisenhower Parkway
Roseland, New Jersey  07068-1067
(973) 228-5700
Attorneys for Creditor, iStar Jewelry LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)

| | |
|---|---|
| In Re:<br><br>SEARS HOLDINGS CORPORATION, et. al.<br><br>Debtor. | Case No.: 18-23538 (RDD)<br>(Jointly Administered)<br><br>Chapter 11 Proceeding<br>Hon. Robert D. Drain, U.S.B.J.<br><br>Hearing Date:  April 29, 2020 at 10:00 a.m. |

## CERTIFICATION OF BRIAN ROTH

I, **BRIAN ROTH**, of full age, hereby certify as follows:

1. I am the Vice President of the Stanley Creations and SGG divisions of iStar Jewelry LLC ("iStar"). I make this Certification in opposition to Sears Holding Corporation and its affiliates' (collectively, the "Debtors") Fourteenth Omnibus Objection to Ballots filed on March 13, 2020.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of a spreadsheet reflecting the unpaid invoices for goods shipped to, delivered to and sold by Kmart within the twenty (20) day period before the filing of Debtors' bankruptcy, which reflect the 503(b)(9) portion of iStar's Proof of Claim # 6597, in the amount of $21,092.58.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of a spreadsheet reflecting the goods shipped to and delivered to the Debtors under the parties' Scanned Based Trading Agreement within the twenty (20) day period before the filing of the Debtor's bankruptcy. To date, iStar has not been paid for the value of these goods, which total $10,246.61. This total value of the goods set forth in this spreadsheet are included within the 503(b)(9) portion of iStar's Proofs of Claim # 6744 and # 6767, asserting administrative priority of iStar's goods sold by the Debtors within the twenty (20) day period before the filing of the Debtor's bankruptcy.

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment

Dated: April 3, 2020                      By: /s/ Brian Roth
                                                         Brian Roth