| INV/CR | ACCT | INV # | DUE | SHIP DATE / INVOICE DATE | DUE DATE |
|---|---|---|---|---|---|
| INVOICE | JKMART | 18098915 | 6,320.00 | 10/2/2018 | 12/1/2018 |
| INVOICE | JKMART | 18099220 | 13,205.02 | 10/2/2018 | 12/1/2018 |
| INVOICE | JKMART | 18098793 | 325.25 | 9/28/2018 | 11/27/2018 |
| INVOICE | JKMART | 18098692 | 1,242.31 | 9/28/2018 | 11/27/2018 |
| **Total 503(b)(9) Claim (Asset)** | | | **21,092.58** | | |