| Ship Date | Receipt Date | PO# | Invoice | Bill of Lading | Value |
|---|---|---|---|---|---|
| 9/27/2018 | 10/1/2018 | 422155 | 1630241 | 006146110012362416 | $79.97 |
| 9/27/2018 | 10/1/2018 | 422156 | 1630242 | 006146110012362423 | $39.67 |
| 9/27/2018 | 10/1/2018 | 422157 | 1630243 | 006146110012362430 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422158 | 1630244 | 006146110012362447 | $92.62 |
| 9/27/2018 | 10/1/2018 | 422159 | 1630245 | 006146110012362454 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422162 | 1630246 | 006146110012362461 | $51.62 |
| 9/27/2018 | 10/1/2018 | 422165 | 1630247 | 006146110012362478 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422166 | 1630248 | 006146110012362485 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422167 | 1630249 | 006146110012362492 | $47.76 |
| 9/27/2018 | 10/1/2018 | 422168 | 1630250 | 006146110012362508 | $13.21 |
| 9/27/2018 | 10/1/2018 | 422169 | 1630251 | 006146110012362515 | $68.80 |
| 9/27/2018 | 10/1/2018 | 422173 | 1630252 | 006146110012362522 | $30.42 |
| 9/27/2018 | 10/1/2018 | 422179 | 1630253 | 006146110012362539 | $39.67 |
| 9/27/2018 | 10/1/2018 | 422180 | 1630254 | 006146110012362546 | $13.21 |
| 9/27/2018 | 10/1/2018 | 422183 | 1630255 | 006146110012362553 | $47.76 |
| 9/27/2018 | 10/1/2018 | 422184 | 1630256 | 006146110012362560 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422185 | 1630257 | 006146110012362577 | $15.72 |
| 9/27/2018 | 10/1/2018 | 422189 | 1630258 | 006146110012362584 | $69.87 |
| 9/27/2018 | 10/1/2018 | 422191 | 1630259 | 006146110012362591 | $82.61 |
| 9/27/2018 | 10/1/2018 | 422192 | 1630260 | 006146110012362607 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422194 | 1630261 | 006146110012362614 | $48.65 |
| 9/27/2018 | 10/1/2018 | 422197 | 1630262 | 006146110012362621 | $86.09 |
| 9/27/2018 | 10/1/2018 | 422198 | 1630263 | 006146110012362638 | $91.32 |
| 9/27/2018 | 10/1/2018 | 494687 | 1630264 | 006146110012362645 | $47.76 |
| 9/27/2018 | 10/1/2018 | 494690 | 1630265 | 006146110012362652 | $103.35 |
| 9/27/2018 | 10/1/2018 | 560628 | 1630266 | 006146110012362669 | $64.37 |
| 9/27/2018 | 10/1/2018 | 560630 | 1630267 | 006146110012362676 | $15.72 |
| 9/27/2018 | 10/1/2018 | 560631 | 1630268 | 006146110012362683 | $151.35 |
| 9/27/2018 | 10/1/2018 | 560635 | 1630269 | 006146110012362690 | $98.56 |
| 9/27/2018 | 10/1/2018 | 560636 | 1630270 | 006146110012362706 | $15.72 |
| 9/27/2018 | 10/1/2018 | 560637 | 1630271 | 006146110012362713 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560638 | 1630272 | 006146110012362720 | $15.72 |
| 9/27/2018 | 10/1/2018 | 560639 | 1630273 | 006146110012362737 | $88.32 |
| 9/27/2018 | 10/1/2018 | 560641 | 1630274 | 006146110012362744 | $48.65 |
| 9/27/2018 | 10/1/2018 | 560642 | 1630275 | 006146110012362751 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560643 | 1630276 | 006146110012362768 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560644 | 1630277 | 006146110012362775 | $178.72 |
| 9/27/2018 | 10/1/2018 | 560645 | 1630278 | 006146110012362782 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560646 | 1630279 | 006146110012362799 | $47.76 |
| 9/27/2018 | 10/1/2018 | 560650 | 1630280 | 006146110012362805 | $13.21 |
| 9/27/2018 | 10/1/2018 | 560651 | 1630281 | 006146110012362812 | $28.34 |
| 9/27/2018 | 10/1/2018 | 560662 | 1630282 | 006146110012362829 | $48.65 |
| 9/27/2018 | 10/1/2018 | 560668 | 1630283 | 006146110012362836 | $48.65 |
| 9/27/2018 | 10/1/2018 | 560669 | 1630284 | 006146110012362843 | $16.05 |
| 9/27/2018 | 10/1/2018 | 560671 | 1630285 | 006146110012362850 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560672 | 1630286 | 006146110012362867 | $88.32 |

| | | | | | |
|---|---|---|---|---|---|
| 9/27/2018 | 10/1/2018 | 560673 | 1630287 | 006146110012362874 | $47.76 |
| 9/27/2018 | 10/1/2018 | 560675 | 1630288 | 006146110012362881 | $39.67 |
| 9/27/2018 | 10/1/2018 | 560677 | 1630289 | 006146110012362898 | $48.65 |
| 9/27/2018 | 10/1/2018 | 673896 | 1630290 | 006146110012362904 | $47.99 |
| 9/27/2018 | 10/1/2018 | 673897 | 1630291 | 006146110012362911 | $47.76 |
| 9/27/2018 | 10/1/2018 | 710341 | 1630292 | 006146110012362928 | $16.05 |
| 9/27/2018 | 10/1/2018 | 710344 | 1630293 | 006146110012362935 | $48.65 |
| 9/27/2018 | 10/1/2018 | 710352 | 1630294 | 006146110012362942 | $11.35 |
| 9/27/2018 | 10/1/2018 | 710356 | 1630295 | 006146110012362959 | $48.65 |
| 9/27/2018 | 10/1/2018 | 710357 | 1630296 | 006146110012362966 | $39.67 |
| 9/27/2018 | 10/1/2018 | 710364 | 1630297 | 006146110012362973 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712585 | 1630298 | 006146110012362980 | $166.53 |
| 9/27/2018 | 10/1/2018 | 712586 | 1630299 | 006146110012362997 | $222.92 |
| 9/27/2018 | 10/1/2018 | 712587 | 1630300 | 006146110012363000 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712588 | 1630301 | 006146110012363017 | $39.67 |
| 9/27/2018 | 10/1/2018 | 712589 | 1630302 | 006146110012363024 | $60.97 |
| 9/27/2018 | 10/1/2018 | 712591 | 1630303 | 006146110012363031 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712593 | 1630304 | 006146110012363048 | $61.86 |
| 9/27/2018 | 10/1/2018 | 712597 | 1630305 | 006146110012363055 | $48.65 |
| 9/27/2018 | 10/1/2018 | 712599 | 1630306 | 006146110012363062 | $47.76 |
| 9/27/2018 | 10/1/2018 | 712601 | 1630307 | 006146110012363079 | $55.35 |
| 9/27/2018 | 10/1/2018 | 712604 | 1630308 | 006146110012363086 | $48.65 |
| 9/27/2018 | 10/1/2018 | 712606 | 1630309 | 006146110012363093 | $118.42 |
| 9/27/2018 | 10/1/2018 | 712607 | 1630310 | 006146110012363109 | $55.59 |
| 9/27/2018 | 10/1/2018 | 712608 | 1630311 | 006146110012363116 | $77.11 |
| 9/27/2018 | 10/1/2018 | 712609 | 1630312 | 006146110012363123 | $47.76 |
| 9/27/2018 | 10/1/2018 | 712610 | 1630313 | 006146110012363130 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712613 | 1630314 | 006146110012363147 | $60.97 |
| 9/27/2018 | 10/1/2018 | 712617 | 1630315 | 006146110012363154 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712621 | 1630316 | 006146110012363161 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712622 | 1630317 | 006146110012363178 | $47.76 |
| 9/27/2018 | 10/1/2018 | 712623 | 1630318 | 006146110012363185 | $47.99 |
| 9/27/2018 | 10/1/2018 | 712624 | 1630319 | 006146110012363192 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712626 | 1630320 | 006146110012363208 | $67.34 |
| 9/27/2018 | 10/1/2018 | 712630 | 1630321 | 006146110012363215 | $77.96 |
| 9/27/2018 | 10/1/2018 | 712631 | 1630322 | 006146110012363222 | $11.35 |
| 9/27/2018 | 10/1/2018 | 712632 | 1630323 | 006146110012363239 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712633 | 1630324 | 006146110012363246 | $68.80 |
| 9/27/2018 | 10/1/2018 | 712634 | 1630325 | 006146110012363253 | $16.99 |
| 9/27/2018 | 10/1/2018 | 712635 | 1630326 | 006146110012363260 | $55.59 |
| 9/27/2018 | 10/1/2018 | 712636 | 1630327 | 006146110012363277 | $30.42 |
| 9/27/2018 | 10/1/2018 | 712637 | 1630328 | 006146110012363284 | $96.41 |
| 9/27/2018 | 10/1/2018 | 712638 | 1630329 | 006146110012363291 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712640 | 1630330 | 006146110012363307 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712641 | 1630331 | 006146110012363314 | $13.21 |
| 9/27/2018 | 10/1/2018 | 712645 | 1630332 | 006146110012363321 | $39.67 |
| 9/27/2018 | 10/1/2018 | 712646 | 1630333 | 006146110012363338 | $48.65 |

| | | | | | |
|---|---|---|---|---|---|
| 9/27/2018 | 10/1/2018 | 712649 | 1630334 | 006146110012363345 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712650 | 1630335 | 006146110012363352 | $16.05 |
| 9/27/2018 | 10/1/2018 | 712651 | 1630336 | 006146110012363369 | $11.35 |
| 9/27/2018 | 10/1/2018 | 712654 | 1630337 | 006146110012363376 | $133.34 |
| 9/27/2018 | 10/1/2018 | 731325 | 1630338 | 006146110012363383 | $48.65 |
| 9/27/2018 | 10/1/2018 | 731326 | 1630339 | 006146110012363390 | $39.67 |
| 9/27/2018 | 10/1/2018 | 731330 | 1630340 | 006146110012363406 | $83.58 |
| 9/27/2018 | 10/1/2018 | 731332 | 1630341 | 006146110012363413 | $86.09 |
| 9/27/2018 | 10/1/2018 | 731333 | 1630342 | 006146110012363420 | $55.59 |
| 9/27/2018 | 10/1/2018 | 731334 | 1630343 | 006146110012363437 | $48.65 |
| 9/27/2018 | 10/1/2018 | 731335 | 1630344 | 006146110012363444 | $32.21 |
| 9/27/2018 | 10/1/2018 | 731336 | 1630345 | 006146110012363451 | $13.21 |
| 9/27/2018 | 10/1/2018 | 731339 | 1630346 | 006146110012363468 | $113.99 |
| 9/27/2018 | 10/1/2018 | 731341 | 1630347 | 006146110012363475 | $48.65 |
| 9/27/2018 | 10/1/2018 | 731342 | 1630348 | 006146110012363482 | $61.86 |
| 9/27/2018 | 10/1/2018 | 731343 | 1630349 | 006146110012363499 | $47.76 |
| 9/27/2018 | 10/1/2018 | 731344 | 1630350 | 006146110012363505 | $37.44 |
| 9/27/2018 | 10/1/2018 | 731346 | 1630351 | 006146110012363512 | $13.21 |
| 9/27/2018 | 10/1/2018 | 731347 | 1630352 | 006146110012363529 | $15.72 |
| 9/27/2018 | 10/1/2018 | 731349 | 1630353 | 006146110012363536 | $13.21 |
| 9/27/2018 | 10/1/2018 | 731350 | 1630354 | 006146110012363543 | $27.70 |
| 9/27/2018 | 10/1/2018 | 731355 | 1630355 | 006146110012363550 | $16.99 |
| 10/4/2018 | 10/8/2018 | 426843 | 1631003 | 006146110012368128 | $47.99 |
| 10/4/2018 | 10/8/2018 | 426844 | 1631004 | 006146110012368135 | $55.59 |
| 10/4/2018 | 10/8/2018 | 426845 | 1631005 | 006146110012368142 | $15.72 |
| 10/4/2018 | 10/8/2018 | 426846 | 1631006 | 006146110012368159 | $29.26 |
| 10/4/2018 | 10/8/2018 | 426847 | 1631007 | 006146110012368166 | $42.97 |
| 10/4/2018 | 10/8/2018 | 426848 | 1631008 | 006146110012368173 | $34.78 |
| 10/4/2018 | 10/8/2018 | 426849 | 1631009 | 006146110012368180 | $16.05 |
| 10/4/2018 | 10/8/2018 | 426850 | 1631010 | 006146110012368197 | $112.13 |
| 10/4/2018 | 10/8/2018 | 426851 | 1631011 | 006146110012368203 | $42.97 |
| 10/4/2018 | 10/8/2018 | 426853 | 1631012 | 006146110012368210 | $81.41 |
| 10/4/2018 | 10/8/2018 | 426854 | 1631013 | 006146110012368227 | $21.02 |
| 10/4/2018 | 10/8/2018 | 426855 | 1631014 | 006146110012368234 | $134.67 |
| 10/4/2018 | 10/8/2018 | 426856 | 1631015 | 006146110012368241 | $15.72 |
| 10/4/2018 | 10/8/2018 | 426859 | 1631016 | 006146110012368258 | $28.34 |
| 10/4/2018 | 10/8/2018 | 426860 | 1631017 | 006146110012368265 | $11.35 |
| 10/4/2018 | 10/8/2018 | 564562 | 1631018 | 006146110012368272 | $15.72 |
| 10/4/2018 | 10/8/2018 | 564563 | 1631019 | 006146110012368289 | $41.58 |
| 10/4/2018 | 10/8/2018 | 564564 | 1631020 | 006146110012368296 | $48.65 |
| 10/4/2018 | 10/8/2018 | 564565 | 1631021 | 006146110012368302 | $21.02 |
| 10/4/2018 | 10/8/2018 | 564566 | 1631022 | 006146110012368319 | $24.56 |
| 10/4/2018 | 10/8/2018 | 564567 | 1631023 | 006146110012368326 | $13.21 |
| 10/4/2018 | 10/8/2018 | 564568 | 1631024 | 006146110012368333 | $74.67 |
| 10/4/2018 | 10/8/2018 | 564569 | 1631025 | 006146110012368340 | $48.65 |
| 10/4/2018 | 10/8/2018 | 564570 | 1631026 | 006146110012368357 | $102.70 |
| 10/4/2018 | 10/8/2018 | 564572 | 1631027 | 006146110012368364 | $13.21 |

| | | | | | |
|---|---|---|---|---|---|
| 10/4/2018 | 10/8/2018 | 564573 | 1631028 | 006146110012368371 | $37.44 |
| 10/4/2018 | 10/8/2018 | 564574 | 1631029 | 006146110012368388 | $120.79 |
| 10/4/2018 | 10/8/2018 | 564576 | 1631030 | 006146110012368395 | $47.76 |
| 10/4/2018 | 10/8/2018 | 564577 | 1631031 | 006146110012368401 | $21.02 |
| 10/4/2018 | 10/8/2018 | 564578 | 1631032 | 006146110012368418 | $16.99 |
| 10/4/2018 | 10/8/2018 | 564581 | 1631033 | 006146110012368425 | $50.65 |
| 10/4/2018 | 10/8/2018 | 564582 | 1631034 | 006146110012368432 | $54.43 |
| 10/4/2018 | 10/8/2018 | 564583 | 1631035 | 006146110012368449 | $16.05 |
| 10/4/2018 | 10/8/2018 | 564584 | 1631036 | 006146110012368456 | $32.21 |
| 10/4/2018 | 10/8/2018 | 564585 | 1631037 | 006146110012368463 | $16.99 |
| 10/4/2018 | 10/8/2018 | 674493 | 1631038 | 006146110012368470 | $53.65 |
| 10/4/2018 | 10/8/2018 | 674494 | 1631039 | 006146110012368487 | $93.32 |
| 10/4/2018 | 10/8/2018 | 674495 | 1631040 | 006146110012368494 | $146.27 |
| 10/4/2018 | 10/8/2018 | 712607 | 1631041 | 006146110012368500 | $42.97 |
| 10/4/2018 | 10/8/2018 | 712608 | 1631042 | 006146110012368517 | $71.40 |
| 10/4/2018 | 10/8/2018 | 712609 | 1631043 | 006146110012368524 | $69.67 |
| 10/4/2018 | 10/8/2018 | 712610 | 1631044 | 006146110012368531 | $37.44 |
| 10/4/2018 | 10/8/2018 | 712611 | 1631045 | 006146110012368548 | $48.79 |
| 10/4/2018 | 10/8/2018 | 712612 | 1631046 | 006146110012368555 | $47.76 |
| 10/4/2018 | 10/8/2018 | 712614 | 1631047 | 006146110012368562 | $22.61 |
| 10/4/2018 | 10/8/2018 | 712615 | 1631048 | 006146110012368579 | $51.02 |
| 10/4/2018 | 10/8/2018 | 719755 | 1631049 | 006146110012368586 | $68.78 |
| 10/4/2018 | 10/8/2018 | 719757 | 1631050 | 006146110012368593 | $48.65 |
| 10/4/2018 | 10/8/2018 | 719758 | 1631051 | 006146110012368609 | $55.59 |
| 10/4/2018 | 10/8/2018 | 719759 | 1631052 | 006146110012368616 | $36.74 |
| 10/4/2018 | 10/8/2018 | 719760 | 1631053 | 006146110012368623 | $61.86 |
| 10/4/2018 | 10/8/2018 | 719761 | 1631054 | 006146110012368630 | $54.79 |
| 10/4/2018 | 10/8/2018 | 719762 | 1631055 | 006146110012368647 | $55.59 |
| 10/4/2018 | 10/8/2018 | 719764 | 1631056 | 006146110012368654 | $48.65 |
| 10/4/2018 | 10/8/2018 | 719765 | 1631057 | 006146110012368661 | $71.26 |
| 10/4/2018 | 10/8/2018 | 719766 | 1631058 | 006146110012368678 | $13.21 |
| 10/4/2018 | 10/8/2018 | 719769 | 1631059 | 006146110012368685 | $38.01 |
| 10/4/2018 | 10/8/2018 | 719770 | 1631060 | 006146110012368692 | $37.44 |
| 10/4/2018 | 10/8/2018 | 719771 | 1631061 | 006146110012368708 | $54.79 |
| 10/4/2018 | 10/8/2018 | 719772 | 1631062 | 006146110012368715 | $22.61 |
| 10/4/2018 | 10/8/2018 | 719775 | 1631063 | 006146110012368722 | $55.35 |
| 10/4/2018 | 10/8/2018 | 719776 | 1631064 | 006146110012368739 | $53.65 |
| 10/4/2018 | 10/8/2018 | 719778 | 1631065 | 006146110012368746 | $13.21 |
| 10/4/2018 | 10/8/2018 | 719779 | 1631066 | 006146110012368753 | $21.02 |
| 10/4/2018 | 10/8/2018 | 719781 | 1631067 | 006146110012368760 | $27.70 |
| 10/4/2018 | 10/8/2018 | 719783 | 1631068 | 006146110012368777 | $27.70 |
| 10/4/2018 | 10/8/2018 | 719784 | 1631069 | 006146110012368784 | $27.70 |
| 10/4/2018 | 10/8/2018 | 719785 | 1631070 | 006146110012368791 | $16.99 |
| 10/4/2018 | 10/8/2018 | 719787 | 1631071 | 006146110012368807 | $21.02 |
| 10/4/2018 | 10/8/2018 | 719789 | 1631072 | 006146110012368814 | $68.78 |
| 10/4/2018 | 10/8/2018 | 719791 | 1631073 | 006146110012368821 | $37.44 |
| 10/4/2018 | 10/8/2018 | 719792 | 1631074 | 006146110012368838 | $47.76 |

| 10/4/2018 | 10/8/2018 | 719794 | 1631075 | 006146110012368845 | $81.02 |
|---|---|---|---|---|---|
| 10/4/2018 | 10/8/2018 | 719795 | 1631076 | 006146110012368852 | $21.02 |
| 10/4/2018 | 10/8/2018 | 733394 | 1631077 | 006146110012368869 | $41.58 |
| 10/4/2018 | 10/8/2018 | 733396 | 1631078 | 006146110012368876 | $24.56 |
| 10/4/2018 | 10/8/2018 | 733397 | 1631079 | 006146110012368883 | $250.77 |
| 10/4/2018 | 10/8/2018 | 733398 | 1631080 | 006146110012368890 | $48.65 |
| 10/4/2018 | 10/8/2018 | 733400 | 1631081 | 006146110012368906 | $48.65 |
| 10/4/2018 | 10/8/2018 | 733401 | 1631082 | 006146110012368913 | $102.70 |
| 10/4/2018 | 10/8/2018 | 733402 | 1631083 | 006146110012368920 | $300.77 |
| 10/4/2018 | 10/8/2018 | 733403 | 1631084 | 006146110012368937 | $53.65 |
| 10/4/2018 | 10/8/2018 | 733404 | 1631085 | 006146110012368944 | $15.72 |
| 10/4/2018 | 10/8/2018 | 733405 | 1631086 | 006146110012368951 | $64.83 |
| 10/4/2018 | 10/8/2018 | 733406 | 1631087 | 006146110012368968 | $64.37 |
| 10/4/2018 | 10/8/2018 | 733407 | 1631088 | 006146110012368975 | $41.58 |
| 10/4/2018 | 10/8/2018 | 733408 | 1631089 | 006146110012368982 | $21.02 |