**Defendant:** Glamour Prestige Corp.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000164982 | 5/8/18 | $588.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000746492 | 5/8/18 | -$588.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165195 | 5/15/18 | $6,660.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165184 | 5/15/18 | $5,068.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165178 | 5/15/18 | $2,956.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165177 | 5/15/18 | $2,718.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165183 | 5/15/18 | $2,333.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165171 | 5/15/18 | $1,606.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165186 | 5/15/18 | $1,229.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000165201 | 5/15/18 | $354.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000094097 | 5/15/18 | -$370.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91444 | $20,505.55 | 7/19/18 | 0000509161 | 7/10/18 | -$2,051.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92150 | $650.40 | 7/20/18 | 0000165280 | 5/16/18 | $650.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165418 | 5/23/18 | $4,330.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165449 | 5/23/18 | $3,506.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165454 | 5/23/18 | $3,209.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165421 | 5/23/18 | $3,102.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165460 | 5/23/18 | $2,850.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165422 | 5/23/18 | $2,627.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165451 | 5/23/18 | $1,646.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165448 | 5/23/18 | $1,615.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165420 | 5/23/18 | $1,257.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165444 | 5/23/18 | $1,153.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165424 | 5/23/18 | $1,153.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165443 | 5/23/18 | $1,104.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165450 | 5/23/18 | $942.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165455 | 5/23/18 | $833.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165447 | 5/23/18 | $628.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165446 | 5/23/18 | $613.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165462 | 5/23/18 | $487.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165453 | 5/23/18 | $471.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165425 | 5/23/18 | $471.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165458 | 5/23/18 | $442.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165456 | 5/23/18 | $330.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165457 | 5/23/18 | $314.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000165461 | 5/23/18 | $314.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000094414 | 5/23/18 | -$114.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000094519 | 5/23/18 | -$119.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000094415 | 5/23/18 | -$175.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96243 | $32,054.87 | 7/27/18 | 0000747430 | 5/23/18 | -$942.79 |

Glamour Prestige Corp.
Bankruptcy Case: Sears Holding Corporation, et al.
April 1, 2020     Exhibit A     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165626 | 5/30/18 | $3,011.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165633 | 5/30/18 | $2,164.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165767 | 5/30/18 | $2,160.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165771 | 5/30/18 | $1,979.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165687 | 5/30/18 | $1,891.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165759 | 5/30/18 | $1,796.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165781 | 5/30/18 | $1,790.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165632 | 5/30/18 | $1,694.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165665 | 5/30/18 | $1,607.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165773 | 5/30/18 | $1,505.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165768 | 5/30/18 | $1,447.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165761 | 5/30/18 | $1,308.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165693 | 5/30/18 | $1,064.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165630 | 5/30/18 | $908.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165788 | 5/30/18 | $817.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165697 | 5/30/18 | $659.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165760 | 5/30/18 | $588.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165730 | 5/30/18 | $461.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165775 | 5/30/18 | $330.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165691 | 5/30/18 | $255.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165689 | 5/30/18 | $230.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000165731 | 5/30/18 | $230.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000094962 | 5/30/18 | -$64.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000094627 | 5/30/18 | -$129.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000094880 | 5/30/18 | -$300.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000094626 | 5/30/18 | -$515.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000476693 | 7/30/18 | -$207.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000476691 | 7/30/18 | -$298.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00186 | $25,723.05 | 8/3/18 | 0000476695 | 7/30/18 | -$665.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00923 | $2,129.06 | 8/6/18 | 0000165881 | 5/31/18 | $1,505.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00923 | $2,129.06 | 8/6/18 | 0000165880 | 5/31/18 | $688.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00923 | $2,129.06 | 8/6/18 | 0000094845 | 5/31/18 | -$64.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02598 | $1,024.34 | 8/8/18 | 0000165885 | 5/31/18 | $2,759.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02598 | $1,024.34 | 8/8/18 | 0000748770 | 5/31/18 | -$2,759.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02598 | $1,024.34 | 8/8/18 | 0000165977 | 6/4/18 | $934.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02598 | $1,024.34 | 8/8/18 | 0000165970 | 6/4/18 | $90.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03362 | $4,886.71 | 8/9/18 | 0000166000 | 6/5/18 | $3,155.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03362 | $4,886.71 | 8/9/18 | 0000166044 | 6/5/18 | $1,154.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03362 | $4,886.71 | 8/9/18 | 0000166043 | 6/5/18 | $600.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03362 | $4,886.71 | 8/9/18 | 0000094899 | 6/5/18 | -$24.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166107 | 6/6/18 | $14,890.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166154 | 6/6/18 | $10,191.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166114 | 6/6/18 | $5,462.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166091 | 6/6/18 | $3,216.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166098 | 6/6/18 | $2,269.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166085 | 6/6/18 | $1,646.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166113 | 6/6/18 | $1,313.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166139 | 6/6/18 | $1,274.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166149 | 6/6/18 | $725.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166090 | 6/6/18 | $725.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166089 | 6/6/18 | $649.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166069 | 6/6/18 | $322.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000166087 | 6/6/18 | $182.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000749111 | 6/6/18 | -$182.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000094964 | 6/6/18 | -$515.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04021 | $40,313.75 | 8/10/18 | 0000094963 | 6/6/18 | -$1,858.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166186 | 6/7/18 | $1,523.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166196 | 6/7/18 | $1,366.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166192 | 6/7/18 | $666.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166188 | 6/7/18 | $631.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166198 | 6/7/18 | $509.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166250 | 6/8/18 | $471.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04769 | $5,325.22 | 8/13/18 | 0000166245 | 6/8/18 | $157.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166275 | 6/11/18 | $3,624.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166271 | 6/11/18 | $1,531.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166288 | 6/11/18 | $1,236.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166287 | 6/11/18 | $814.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166280 | 6/11/18 | $813.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166285 | 6/11/18 | $552.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166293 | 6/11/18 | $476.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166273 | 6/11/18 | $55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166290 | 6/11/18 | $55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166286 | 6/11/18 | $55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000166269 | 6/11/18 | $55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000749586 | 6/11/18 | -$55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000749584 | 6/11/18 | -$55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000749585 | 6/11/18 | -$55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000749583 | 6/11/18 | -$55.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000095184 | 6/11/18 | -$118.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06502 | $7,754.70 | 8/15/18 | 0000609185 | 8/7/18 | -$1,176.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08024 | $8,596.47 | 8/17/18 | 0000166387 | 6/13/18 | $3,747.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08024 | $8,596.47 | 8/17/18 | 0000166376 | 6/13/18 | $2,287.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08024 | $8,596.47 | 8/17/18 | 0000166393 | 6/13/18 | $1,738.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08024 | $8,596.47 | 8/17/18 | 0000166385 | 6/13/18 | $823.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166403 | 6/14/18 | $1,167.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166405 | 6/14/18 | $672.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166401 | 6/14/18 | $672.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166427 | 6/14/18 | $672.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166406 | 6/14/18 | $672.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166425 | 6/14/18 | $672.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166402 | 6/14/18 | $397.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166421 | 6/14/18 | $198.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166426 | 6/14/18 | $198.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08780 | $5,523.44 | 8/20/18 | 0000166429 | 6/14/18 | $198.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10548 | $4,939.04 | 8/22/18 | 0000166496 | 6/18/18 | $5,070.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10548 | $4,939.04 | 8/22/18 | 0000095727 | 6/18/18 | -$24.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10548 | $4,939.04 | 8/22/18 | 0000095726 | 6/18/18 | -$106.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166519 | 6/20/18 | $5,175.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166516 | 6/20/18 | $4,639.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166517 | 6/20/18 | $4,080.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166522 | 6/20/18 | $2,160.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166523 | 6/20/18 | $2,123.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166515 | 6/20/18 | $1,927.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166524 | 6/20/18 | $1,258.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166520 | 6/20/18 | $763.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000166521 | 6/20/18 | $735.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000095548 | 6/20/18 | -$22.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000095451 | 6/20/18 | -$33.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000095467 | 6/20/18 | -$100.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000751397 | 6/20/18 | -$735.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11948 | $21,505.99 | 8/24/18 | 0000604560 | 8/22/18 | -$466.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166649 | 6/29/18 | $1,440.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166647 | 6/29/18 | $1,385.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166651 | 6/29/18 | $1,215.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166652 | 6/29/18 | $1,213.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166644 | 6/29/18 | $962.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166646 | 6/29/18 | $839.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000166650 | 6/29/18 | $372.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000476850 | 8/27/18 | -$502.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16777 | $5,608.98 | 9/4/18 | 0000476849 | 8/27/18 | -$1,317.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166648 | 6/29/18 | $4,539.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166645 | 6/29/18 | $2,541.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000753033 | 6/29/18 | -$2,541.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000753034 | 6/29/18 | -$4,539.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166679 | 7/3/18 | $3,858.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166703 | 7/3/18 | $2,938.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166673 | 7/3/18 | $2,375.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166676 | 7/3/18 | $2,246.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166675 | 7/3/18 | $1,923.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166674 | 7/3/18 | $1,832.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000166692 | 7/3/18 | $897.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000095728 | 7/3/18 | -$194.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18630 | $15,604.39 | 9/6/18 | 0000748719 | 7/3/18 | -$273.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19202 | $1,338.59 | 9/7/18 | 0000166792 | 7/4/18 | $869.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19202 | $1,338.59 | 9/7/18 | 0000166804 | 7/4/18 | $469.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166812 | 7/5/18 | $1,312.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166805 | 7/5/18 | $469.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166806 | 7/5/18 | $234.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166813 | 7/5/18 | $186.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166808 | 7/5/18 | $186.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19788 | $6,138.06 | 9/10/18 | 0000166824 | 7/6/18 | $3,747.28 |

**Totals:**    18 transfer(s),  $209,622.61