**ENTWISTLE & CAPPUCCI LLP**
Andrew J. Entwistle
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, NY 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272

*Attorney for Platte Valley Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, et al.[1], | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors-in-Possession. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |

**WITHDRAWAL OF NOTICE OF APPEARANCE**
**AND REQUEST TO BE DELETED FROM SERVICE LISTS**

PLEASE TAKE NOTICE that Entwistle & Cappucci LLP, which appeared on behalf of

PLATTE VALLEY INVESTMENT, LLC in the above-captioned cases, hereby withdraws its

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

EC.00104164.2

notice of appearance and requests that the Clerk of the Court and all parties in interest remove

Entwistle & Cappucci LLP from all service lists. The creditor, PLATTE VALLEY

INVESTMENT, LLC, does not believe it will be a party in interest in these cases going forward

and, therefore, there is no reason to continue to receive copies of the many filings in this case.


Dated: April 3, 2020

/s/ Andrew J. Entwistle
Andrew J. Entwistle
Joshua K. Porter
**ENTWISTLE & CAPPUCCI LLP**
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
Emails:  aentwistle@entwistle-law.com
              jporter@entwistle-law.com

*Counsel for Platte Valley Investment, LLC*