# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation

Case No. 18-23538

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Fragrance Acquisitions LLC
Name of Transferor

Court Claim # (if known): 6484
Non-Opt-Out Ballot ID: 182353801042318
**Administrative Claim**
**Amount being transferred:** USD$26,812.40
Allowed Admin Amount Per Docket 7453: USD$17,057.20
Date Original Claim Filed: 12/19/2018
Phone: (845) 534-9172
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

Fragrance Acquisitions LLC
1900 Corporate Blvd
Newburgh, NY 12550

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Terrel Ross
Transferee/Transferee's Agent

Date: April 6, 2020

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Kmart Corporation, (Debtor)
Case No. 18-23549
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #6484
Transferring the USD$26,812.40 Administrative Expense 503(b) Amount Only

**Fragrance Acquisitions LLC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Administrative Claim in the amount of USD$26,812.40 and Allowed in the amount of USD$17,057.20** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __31__ DAY OF __March__, 2020.

ASSIGNOR: Fragrance Acquisitions LLC
_____
(Signature)

_Michael Corrigan_
(Print Name)

_Controller_
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

**Prime Clerk** | A Division of DUFF&PHELPS

Proof of Claim PDF  Email PDF

## Creditor Data Details - Claim # 6484

**Creditor**
Fragrance Acquisitions LLC
1900 Corporate Blvd
Newburgh, NY 12550

**Debtor Name**
Kmart Corporation

**Date Filed**
12/19/2018

**Claim Number**
6484

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $361,737.91 | | $361,737.91 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $26,812.40 | | $26,812.40 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $388,550.31 | | $388,550.31 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Debtors' Fourteenth Omnibus Objection
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Claims to be Reduced* | | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Non-Opt-Out Claim Amount | Final Allowed Amount | |
| 51. | EXCEL BUILDING SERVICES LLC | 182353801042227 | $925,443.64 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 52. | EXCEL BUILDING SERVICES LLC | 182353801042226 | $750,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 53. | Exquisite Apparel Corp. | 182353801042233 | $85,512.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 54. | FOLSOM SERVICES INC | 182353801042304 | $64,297.56 | $12,449.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 55. | Fox Appliance Parts of Augusta, Inc | 182353801042315 | $14,891.91 | $2,926.37 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 56. | Fragrance Acquisitions LLC | 182353801042318 | $26,812.40 | $17,057.20 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 57. | FRANCISCO VEGA OTERO INC | 182353801015533 | $50,724.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 58. | FRIEND SMITH & CO INC | 182353801015564 | $50,199.29 | $29,722.93 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 59. | FULL POWER ELECTRICAL CORP. | 182353801042325 | $53,309.79 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 60. | GARY MONDS | 182353801015632 | $22,287.41 | $2,897.59 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

6