FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ERRATA REGARDING MEMORANDUM OF LAW ON PUERTO RICO'S INSURANCE LAW IN COMPLIANCE WITH COURT ORDER**
(Related Docket No. 7531)

**PLEASE TAKE NOTICE** that on March 7, 2020, Santa Rosa Mall, LLC ("Santa Rosa"), by and through its undersigned counsel, filed a *Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* (the "Memorandum") on (Docket No. 7531). The copy of the Memorandum that was uploaded contained the following inadvertent clerical error: Paragraph 13 referred to Paragraph 51 of the Certificate of Insurance when it should have referred to Paragraph 51 of the Contract of Insurance.

**PLEASE TAKE FURTHER NOTICE** that an identical copy of the Memorandum with the error corrected, and which makes no other change, is attached hereto as **Exhibit A**.

[Signatures on next page]

Respectfully submitted.
Dated: April 6, 2020

**Ferraiuoli** LLC

390 N. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

and

Ríos Gautier & Cestero, C.S.P.
27 Calle González Giusti, Ste, 300
Guaynabo, P.R. 00968-3076
Telephone (787) 753-7750
Facsimile (787) 759-6768

*/s/ Carlos Ríos Gautier*
Carlos Ríos Gautier
USDC-PR No. 112606
Admitted *Pro Hac Vice*
riosgautierlaw@yahoo.com

Attorneys for
*Santa Rosa Mall, LLC*

**EXHIBIT A**

Corrected Filing