## Exhibit A

**Schedule of Accounts**

| Customer Number | Transformco Acct Number | DUNS | Transform Comments | Past Due |
|---|---|---|---|---|
| 402330-BRM | 402330BRM | 652560 | Past Due to be paid | $141,970.66 |
| 604696-BRM | 604696BRM | 652560 | Past Due to be paid | $67,643.38 |
| 5205121500576-CRISC | 5205121500576 | #N/A | Past Due to be paid | $30,947.06 |
| 206Z100175846 | 206Z100175846 | #N/A | Past Due to be paid | $31,043.46 |
| 4807534653646-CRISC | 4807534653646 | 611558 | Past Due to be paid | $23,074.51 |
| 311256334 | 311256334 | #N/A | Past Due to be paid | $19,827.32 |
| 311167255 | 311167255 | 814723 | Past Due to be paid | $19,633.49 |
| 0205318411-GC | 205318411 | Keep (Duns TBD) | Past Due to be paid | $16,669.10 |
| 3036540054444-CRISC | 3036540054444 | #N/A | Past Due to be paid | $12,950.62 |
| 5205701900235-CRISC | 5205701900235 | #N/A | Past Due to be paid | $11,860.71 |
| 312311397 | 312311397 | #N/A | Past Due to be paid | $12,115.60 |
| 313852541 | 313852541 | 814723 | Past Due to be paid | $9,887.41 |
| 2066588498778 | 2066588498778 | #N/A | Past Due to be paid | $7,136.21 |
| 3193956200813 | 3193956200813 | #N/A | Past Due to be paid | $6,748.91 |
| 3034261156772-CRISC | 3034261156772 | #N/A | Past Due to be paid | $6,257.29 |
| 503Z100130596 | 503Z100130596 | #N/A | Past Due to be paid | $5,211.39 |
| 836627P-BWA | 836627P | Keep (Duns TBD) | Past Due to be paid | $3,986.66 |
| 6123795600975 | 6123795600975 | #N/A | Past Due to be paid | $4,306.06 |
| J4804031336044-CRISC | 4804031336044 | 611558 | Past Due to be paid | $4,044.29 |
| 6023538393007-CRISC | 6023538393007 | #N/A | Past Due to be paid | $3,860.78 |
| 309508327 | 309508327 | Keep (Duns TBD) | Past Due to be paid | $3,237.90 |
| J4808939714645-CRISC | 4808939714645 | 611558 | Past Due to be paid | $3,561.31 |
| 313202082 | 313202082 | #N/A | Past Due to be paid | $3,532.95 |
| 61483174 | 61483174 | #N/A | Past Due to be paid | $3,353.55 |
| 206T328940777 | 206T328940777 | #N/A | Past Due to be paid | $3,371.55 |
| J4808939715992-CRISC | 4808939715992 | 611558 | Past Due to be paid | $3,190.34 |
| J5207450944558-CRISC | 5207450944558 | 611558 | Past Due to be paid | $2,881.60 |
| J5207450946570-CRISC | 5207450946570 | 611558 | Past Due to be paid | $2,881.60 |
| J5207450942546-CRISC | 5207450942546 | 611558 | Past Due to be paid | $2,881.60 |
| J5207450943552-CRISC | 5207450943552 | 611558 | Past Due to be paid | $2,881.60 |
| J5207450945564-CRISC | 5207450945564 | 611558 | Past Due to be paid | $2,881.60 |
| K3032521040771-CRISC | 3032521040771 | 611558 | Past Due to be paid | $2,832.78 |
| 042744P-BWA | 042744P | Keep (Duns TBD) | Past Due to be paid | $2,925.04 |
| 313100822 | 313100822 | 691252 | Past Due to be paid | $2,382.46 |
| 1008154972 | 1008154972 | Keep (Duns TBD) | Past Due to be paid | $2,879.01 |
| J5207454030648-CRISC | 5207454030648 | 611558 | Past Due to be paid | $2,122.73 |
| J4808923174370-CRISC | 4808923174370 | 611558 | Past Due to be paid | $1,963.21 |
| J4808923172380-CRISC | 4808923172380 | 611558 | Past Due to be paid | $1,961.38 |
| J5207455141134-CRISC | 5207455141134 | 611558 | Past Due to be paid | $1,956.02 |
| 309868123 | 309868123 | 691252 | Past Due to be paid | $1,903.11 |
| 310255049 | 310255049 | #N/A | Past Due to be paid | $1,935.03 |
| 206Z100078954 | 206Z100078954 | #N/A | Past Due to be paid | $1,475.53 |
| 313601618 | 313601618 | 691252 | Past Due to be paid | $1,532.99 |
| 4809614299435-CRISC | 4809614299435 | #N/A | Past Due to be paid | $1,238.72 |
| 6023952855779-CRISC | 6023952855779 | #N/A | Past Due to be paid | $1,057.29 |
| 4062654720107-CRISC | 4062654720107 | #N/A | Past Due to be paid | $1,214.47 |
| 9525400646377 | 9525400646377 | #N/A | Past Due to be paid | $952.66 |
| 9525446512882 | 9525446512882 | #N/A | Past Due to be paid | $772.91 |
| 3037292900816-CRISC | 3037292900816 | #N/A | Past Due to be paid | $795.41 |
| 9528541593264 | 9528541593264 | #N/A | Past Due to be paid | $762.67 |
| 4062526287695-CRISC | 4062526287695 | #N/A | Past Due to be paid | $740.11 |

| | | | | |
|---:|---:|:---:|:---:|---:|
| 311705410 | 311705410 | #N/A | Past Due to be paid | $607.65 |
| 80985066 | 80985066 | #N/A | Past Due to be paid | $469.69 |
| 6024940588411-CRISC | 6024940588411 | #N/A | Past Due to be paid | $508.63 |
| 5094571545397 | 5094571545397 | #N/A | Past Due to be paid | $506.55 |
| 3076721817587-CRISC | 3076721817587 | #N/A | Past Due to be paid | $512.49 |
| 7635490539977 | 7635490539977 | #N/A | Past Due to be paid | $510.34 |
| 3202533559365 | 3202533559365 | #N/A | Past Due to be paid | $491.70 |
| 3036595268035-CRISC | 3036595268035 | #N/A | Past Due to be paid | $395.65 |
| 4062526095606-CRISC | 4062526095606 | #N/A | Past Due to be paid | $378.21 |
| 5633869335764 | 5633869335764 | Keep (Duns TBD) | Past Due to be paid | $374.06 |
| 9285226420335-CRISC | 9285226420335 | #N/A | Past Due to be paid | $323.77 |
| 7017752223085 | 7017752223085 | #N/A | Past Due to be paid | $266.94 |
| 4806322095790-CRISC | 4806322095790 | #N/A | Past Due to be paid | $262.33 |
| 5153314611135 | 5153314611135 | #N/A | Past Due to be paid | $238.54 |
| 3039044814077-CRISC | 3039044814077 | #N/A | Past Due to be paid | $261.32 |
| 309681443 | 309681443 | 814723 | Past Due to be paid | $181.40 |
| 8047141 | 8047141 | Keep (Duns TBD) | Past Due to be paid | $24.05 |
| 89178709 | 89178709 | Keep (Duns TBD) | Past Due to be paid | $0.00 |
| 313289493 | 313289493 | Keep (Duns TBD) | Past Due to be paid | $0.00 |
| 1-8MSW50-A | 1-8MSW50-A | Keep (Duns TBD) | Past Due to be paid | ($34.70) |
| 311580368 | 311580368 | Keep (Duns TBD) | Past Due to be paid | $0.00 |
| 308107013 | 308107013 | Keep (Duns TBD) | Past Due to be paid | $0.00 |
| 309573327 | 309573327 | Keep (Duns TBD) | Past Due to be paid | $0.00 |
| 20101000 | 20101000 | | Past Due Balance | $1,312.50 |
| 20123200 | 20123200 | | Past Due Balance | $672.00 |
| 27209100 | 27209100 | | Past Due Balance | $290.08 |
| 28442400 | 28442400 | | Past Due Balance | $416.37 |
| 60585677 | 60585677 | | Past Due to be paid | $7,362.48 |
| 62077532 | 62077532 | | Past Due Balance | $306.00 |
| 62077534 | 62077534 | | Past Due Balance | $122.40 |
| 62077546 | 62077546 | | Past Due Balance | $212.45 |
| 62081687 | 62081687 | | Past Due Balance | $144.00 |
| 62081690 | 62081690 | | Past Due Balance | $31.77 |
| 62081696 | 62081696 | | Past Due Balance | $336.00 |
| 62081749 | 62081749 | | Past Due Balance | $61.20 |
| 300245077 | 300245077 | | Past Due Balance | $0.00 |
| 300744551 | 300744551 | | Past Due Balance | $200.16 |
| 300971493 | 300971493 | | Past Due Balance | $33.00 |
| 304005963 | 304005963 | | Past Due Balance | $4.73 |
| 308423936 | 308423936 | | Past Due Balance | $6.39 |
| 313065890 | 313065890 | | Past Due Balance | $19.10 |
| 314139300 | 314139300 | | Past Due Balance | $12.74 |
| 314151944 | 314151944 | | Past Due Balance | $0.00 |
| 314180316 | 314180316 | | Past Due Balance | $23.83 |
| 320150765 | 320150765 | | Past Due Balance | $0.39 |
| 320358632 | 320358632 | | Past Due Balance | $230.70 |
| 413718853 | 413718853 | | Past Due Balance | $1,969.92 |
| 417750771 | 417750771 | | Past Due Balance | $0.00 |
| 420050226 | 420050226 | | Past Due Balance | $0.00 |
| 424602766 | 424602766 | | Past Due Balance | $0.00 |
| 443662837 | 443662837 | | Past Due Balance | $0.00 |
| 444969737 | 444969737 | | To be Researched | $136.36 |

| | | | | |
|---|---|---|---|---|
| 455251357 | 455251357 | | Past Due Balance | $26.99 |
| 459844170 | 459844170 | | Past Due Balance | $205.72 |
| 468488859 | 468488859 | | Past Due Balance | $101.56 |
| K3034238507477-CRISC | 3034238507477 | | Past Due to be paid | $28,352.17 |
| 3192325881585 | 3192325881585 | | Disconnected Site | $1,178.84 |
| 4804977701227-CRISC | 4804977701227 | | Past Due to be paid | $9,825.90 |
| 5158325524160 | 5158325524160 | | Disconnected Site | $2,025.24 |
| 5204520682500-CRISC | 5204520682500 | | Disconnected Site | $1,976.74 |
| 6123319042863 | 6123319042863 | | Past Due to be paid | $379.76 |
| 6512910935093 | 6512910935093 | | Disconnected Site | $306.31 |
| 9283170591575-CRISC | 9283170591575 | | Disconnected Site | $2,906.52 |
| 9702472423183-CRISC | 9702472423183 | | Past Due to be paid | $814.84 |
| 319D163427811 | 319D163427811 | | Disconnected Site | $2,324.66 |
| 5163X158S3 | 5163X158S3 | | To be Researched | $471.41 |
| | | | | $578,313.89 |