Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for Exacme c/o Newacme, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION, et al., Debtors2. | Chapter 11  Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION *et al*, Movants,  v.  EXACME C/O NEWACME, LLC., Respondents. | Related Docket No. 7477  Hearing Date:  April 29, 2020, at 10:00 a.m. (EST)  Objection Deadline: April 8, 2020 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2020, a true and correct copy of the Response to the Motion to Allow Claims : Debtors' Motion (I) to Allow Administrative Claims and (II) Granting Other Related Relief was served upon all parties on the list via email upon the parties that receive electronic notice in these cases pursuant to the Court's ECF Filing system and upon the following via email:

Garrett A. Fail
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: garrett.fail@weil.com

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
Email: jacqueline.marcus@weil.com

Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com

Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: sunny.singh@weil.com

                                                Respectfully submitted,

Dated: April 8, 2020                            Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
***Counsel for Exacme c/o Newacme, LLC***