18-23538-shl    Doc 7795    Filed 04/08/20    Entered 04/08/20 21:34:06    Main Document
Pg 1 of 2

Ferraiuoli LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsels for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 6, 2020, I electronically filed the *Statement Submitting Errata Sheet Regarding Memorandum of Law [ ] in Compliance with Court Order* (the "*Notice of Errata*", Docket No. 7785), on behalf of Santa Rosa Mall, LLC, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

     I FURTHER CERTIFY, that on April 6, 2020, BK Attorney Services LLC, an approved bankruptcy notice provider, pursuant to Rule 2002(g)(4), caused on my behalf, a true and correct copy of the *Notice of Errata* to be served via Priority Mail listed on the attached **Exhibit A**, pursuant to the *Amended Case Management Order* (Docket No. 405).

     I FURTHER CERTIFY, that on April 6, 2020, I caused a true and correct copy of the *Notice of Errata* to be served via electronic mail to the parties listed on the attached **Exhibit B**, pursuant to the *Amended Case Management Order* (Docket No. 405).

[Signatures on next page]

| | |
|---|---|
| Respectfully submitted.<br>Dated: April 8, 2020. | **Ferraiuoli** LLC<br>390 N. Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Telephone: (407) 982-7310<br>Facsimile: (787) 766-7001<br><br>*/s/ Sonia E. Colón Colón*<br>Sonia E. Colón Colón<br>Admitted *Pro Hac Vice*<br>USDC-PR No. 213809<br>scolon@ferraiuoli.com<br><br>*/s/ Gustavo A. Chico-Barris*<br>Gustavo A. Chico-Barris<br>NY State Bar No. 929147<br>USDC-PR No. 224205<br>gchico@ferraiuoli.com<br><br>Attorneys for<br>*Santa Rosa Mall, LLC* |