UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  SEARS HOLDINGS CORPORATION, et al., | CASE NO: 18-23538 (RDD)<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 7785 |

On 4/6/2020, I did cause a copy of the following documents, described below,

Notice of Errata on Memorandum of Law [ ] in Compliance with Court Order (Related ECF No. 7531) ECF Docket Reference No. 7785

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/6/2020

/s/ Sonia E. Colon
Sonia E. Colon  213809
Attorney's for Santa Rosa Mall, LLC
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801
407 982 7310

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARS HOLDINGS CORPORATION, et al., | CASE NO: 18-23538 (RDD) |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 7785 |

On 4/6/2020, a copy of the following documents, described below,

Notice of Errata on Memorandum of Law [ ] in Compliance with Court Order (Related ECF No. 7531) ECF Docket Reference No. 7785

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/6/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sonia E. Colon
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| PRIORITY | PRIORITY | PRIORITY |
|---|---|---|
| BST INTERNATIONAL FASHION LTD<br>ATTN AR SHRINIVASAN<br>39 WANG KWONG RD<br>39 WANG KWONG RD STE 2301B SKYLINE TOWER KOWLOON BAY | BORAH GOLDSTEIN ALTSCHULER NAHINS GOIDEL PC<br>ATTN JEFFREY C CHANCAS<br>377 BROADWAY<br>NEW YORK NY 10013 | BROOKFIELD PROPERTY REIT INC<br>ATTN KRISTEN N PATE<br>350 N ORLEANS ST<br>SUITE 300<br>CHICAGO IL 60654-1607 |
| **PRIORITY**<br>FEIN SUCH CRANE LLP<br>ATTN TAMMY L TERRELL BENOZA ESQ<br>1400 OLD COUNTRY ROAD<br>SUITE C103<br>WESTBURY NY 11590 | **PRIORITY**<br>FEIN SUCH CRANE LLP<br>ATTN TAMMY L TERRELL BENOZA ESQ<br>7 CENTURY DRIVE<br>SUITE 201<br>PARSIPPANY NJ 07054 | **PRIORITY**<br>FRENKEL LAMBERT WEISS WEISMAN GORDON LLP<br>ATTN MICHELLE C MARANS ESQ<br>53 GIBSON STREET<br>BAY SHORE NY 11706 |
| **PRIORITY**<br>LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN DIANE WADE SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760 | **PRIORITY**<br>MILBANK TWEED HADLEY MCCLOY LLP<br>ATTN ANDREW M LEBLANC<br>1850 K STREET NW<br>SUITE 1100<br>WASHINGTON DC 20006 | **PRIORITY**<br>LECLAIRRYAN PLLC<br>ATTN ILAN MARKUS AND NICLAS A FERLAND<br>545 LONG WHARF DRIVE<br>9TH FLOOR<br>NEW HAVEN CT 06511 |
| **PRIORITY**<br>LECLAIRRYAN PLLC<br>ATTN JANICE B GRUBIN ALEX J CHASE<br>885 THIRD AVENUE<br>16TH FLOOR<br>NEW YORK NY 10022 | **PRIORITY**<br>THE BANK OF NEW YORK MELLON TRUST COMPANY<br>ATTN CORPORATE TRUST ADMINISTRATION<br>101 BARCLAY ST FLOOR 8W<br>NEW YORK NY 10286 | **PRIORITY**<br>WILMINGTON TRUST NATIONAL ASSOCIATION<br>ATTN SEARS HOLDINGS CORP ADMINISTRATOR<br>CORPORATE CAPITAL MARKETS<br>50 SOUTH SIXTH STREET SUITE 1290<br>MINNEAPOLIS MN 55402 |
| **PRIORITY**<br>WILMORITE MANAGEMENT GROUP LLC<br>ATTN DONALD C COWAN JR<br>1265 SCOTTSVILLE ROAD<br>ROCHESTER NY 14624 | **PRIORITY**<br>FRENKEL LAMBERT WEISS WEISMAN GORDON LLP<br>ATTN MICHELLE C MARANS ESQ<br>53 GIBSON STREET<br>BAY SHORE NY 11706 | **PRIORITY**<br>MONTEE ASSOCIATES<br>ATTN KEVIN P MONTEE ESQ<br>1250-I NEWELL AVE<br>SUITE 149<br>WALNUT CREEK CA 94596 |
| **PRIORITY**<br>OHIO DEPARTMENT OF TAXATION<br>ATTN OFFICE OF THE OHIO ATTORNEY GENERAL<br>1600 CAREW TOWER<br>441 VINE STREET<br>CINCINNATI OH 45202 | **PRIORITY**<br>GROSS POLOWY LLC<br>ATTN COURTNEY R WILLIAMS<br>1775 WEHRLE DRIVE SUITE 100<br>WILLIAMSVILLE NY 14221 | **PRIORITY**<br>JAWLAKIAN LAW GROUP APC<br>ATTN GEORGE K JAWLAKIAN<br>16130 VENTURA BLVD<br>SUITE 500<br>ENCINO CA 91436 |
| **PRIORITY**<br>LEONARD OBRIEN SPENCER GALE SAYRE LTD<br>ATTN JAMES M JORISSEN<br>100 SOUTH FIFTH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402 | **PRIORITY**<br>OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2<br>ATTN PAUL SCHWARTZBERG RICHARD MORRISSEY<br>201 VARICK ST<br>SUITE 1006<br>NEW YORK NY 10014 | **PRIORITY**<br>UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK<br>CHAMBERS OF HONORABLE ROBERT D DRAIN<br>US BANKRUPTCY COURT SDNY<br>300 QUARROPAS STREET ROOM 248<br>WHITE PLAINS NY 10601 |

PRIORITY

SEARS HOLDING CORPORATION
ATTN STEPHEN SITLEY ESQ LUKE J VALENTINO ESQ ROB RIECKER
3333 BEVERLY ROAD
HOFFMAN ESTATES IL 60179