# Exhibit A

| **Defendant Name** | **Adversary Number** |
|---|---|
| 3M Company | 20-06055 |
| 6 Sigma Construction, LLC | 20-06098 |
| About Time Snow Removal | 20-06099 |
| Achim Importing Company Inc. | 20-06056 |
| Adaptly, Inc. | 20-06100 |
| Adsemble Inc. | 20-06101 |
| Advanced Technology Services Inc. | 20-06102 |
| Alcon Laboratories Inc. | 20-06103 |
| Alta-Dena Certified Dairy, LLC | 20-06104 |
| American Exchange Time LLC | 20-06057 |
| Appliance Parts Depot LLC | 20-06105 |
| AR North America Inc. | 20-06106 |
| Aramark Management Services Limited Partnership | 20-06010 |
| Aramark Services, Inc. | 20-06011 |
| Arizona Beverages USA LLC | 20-06107 |
| Arundel Crossing II LLC | 20-06108 |
| Associated Hygienic Products | 20-06109 |
| AT&T Global Network Services LLC | 20-06012 |
| AT&T Mobility LLC | 20-06013 |
| Atos It Solutions and Services, Inc. | 20-06110 |
| Baby Trend, Inc. | 20-06058 |
| Beauty Gem, Inc. | 20-06111 |
| Becker Logistics, Inc. | 20-06112 |
| Bell Sports Inc. | 20-06113 |
| Berkshire Fashions Inc. | 20-06114 |
| Blackstone Industries LLC | 20-06115 |
| Blanco Velez Stores Inc. | 20-06116 |
| Blue Star Fashion NY Inc. | 20-06117 |
| Bolymax International Corporation | 20-06118 |
| Briggs & Stratton Power Products Group, LLC | 20-06059 |
| Buddy's Newco, LLC | 20-06119 |
| California Costume Collections, Inc. | 20-06120 |
| California Innovations (U.S.) Inc. | 20-06121 |
| California Newspaper Partnership | 20-06122 |
| CAP Barbell, Inc. | 20-06060 |
| Carrier Corporation | 20-06061 |
| Centerview Partners LLC | 20-06014 |
| Centrex Plastics LLC | 20-06123 |

18-23538-shl    Doc 7796-1    Filed 04/09/20    Entered 04/09/20 12:35:22    Exhibit A -
Case List    Pg 3 of 7

| | |
|---|---|
| Cheng Yen Enterprises Co. Ltd. | 20-06124 |
| Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Rico | 20-06015 |
| Coca-Cola Beverages Florida, LLC | 20-06016 |
| Coefficient Mechanical Systems | 20-06125 |
| Cole Road Distribution Center | 20-06126 |
| Colgate-Palmolive Company | 20-06017 |
| Colgate-Palmolive Company Distr. LLC | 20-06018 |
| Conair Corporation | 20-06062 |
| Continental Tire The Americas, LLC | 20-06019 |
| Coqui Net | 20-06127 |
| CPP International, LLC | 20-06128 |
| Creative Artists Agency, LLC | 20-06020 |
| Creative Circle LLC | 20-06129 |
| Cristalia Acquisition Corp. | 20-06130 |
| CS Packaging Inc. | 20-06131 |
| CSC Covansys Corporation | 20-06021 |
| Cushman & Wakefield, Inc. | 20-06022 |
| Davco Mechanical Services LLC | 20-06132 |
| Dynamic Ventures Inc. | 20-06133 |
| Eagle Mere Services LLC | 20-06134 |
| Ecolab Inc. | 20-06063 |
| Electroline Wholesale Electronics | 20-06135 |
| eScreen, Inc. | 20-06064 |
| Esi Cases & Accessories Inc. | 20-06136 |
| Ethan Conrad | 20-06137 |
| Experian PLC dba Experian Consumer Direct | 20-06023 |
| Fabrica De Jabon La Corona | 20-06138 |
| Fantasia Accessories, Ltd. | 20-06139 |
| Ferrara Candy Company | 20-06024 |
| Fibrix, LLC | 20-06140 |
| Fidelity Information Services, LLC | 20-06025 |
| Finsbury LLC | 20-06065 |
| Fortune Creation Company Limited | 20-06201 |
| Forward Air Solutions Inc. | 20-06141 |
| Franco Mfg. Co. Inc. | 20-06142 |
| Fridge and Appliance Corp DBA Refrigeration and Appliances Corp. | 20-06143 |
| Friedmans Appliance Center | 20-06144 |
| Full Power Electrical Corp. | 20-06145 |
| GA Communications, Inc. | 20-06146 |

| | |
|---|---|
| Gannett Co., Inc. dba USA Today Network | 20-06066 |
| General Electric Company | 20-06095 |
| General Marketing Solutions, LLC | 20-06067 |
| Generis Tek Inc. | 20-06147 |
| Genpro International Inc. | 20-06148 |
| Glamour Prestige Corp. | 20-06236 |
| Global Logistics Inc. | 20-06149 |
| Global Product Resources Inc. | 20-06150 |
| Gold Coast Beverage, LLC | 20-06151 |
| Graphic Team Inc. | 20-06152 |
| Great American Merchandise DBA Great American Merchandise & Events, LLC | 20-06153 |
| Great Lakes Coca-Cola Distribution, L.L.C. | 20-06026 |
| GSD International Enterprises Inc. | 20-06154 |
| Guam Publication Pacific Daily News | 20-06155 |
| Hanesbrands Inc. | 20-06027 |
| Harris Paints | 20-06156 |
| Henry C Wood | 20-06157 |
| HFC Prestige International Puerto Rico LLC | 20-06028 |
| HFC Prestige International U.S. LLC | 20-06029 |
| Hireright, LLC | 20-06068 |
| Hunt & Sons, Inc. | 20-06158 |
| Iberia Foods Corp. | 20-06159 |
| Icee USA | 20-06160 |
| ICON Eyewear Inc. | 20-06161 |
| ICON Health & Fitness, Inc. | 20-06069 |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | 20-06162 |
| iCrossing, Inc. | 20-06070 |
| Imagination Publishing L.L.C. | 20-06071 |
| Integrity Home Service Corp. | 20-06163 |
| Intermodal Sales Corporation | 20-06030 |
| International Airport Center Inc. | 20-06164 |
| International Packaging Supplies LLC | 20-06165 |
| Island Wines & Spirits | 20-06166 |
| Johnson Controls Security Solutions LLC fdba Tyco Integrated Security | 20-06031 |
| Journal Registrar Newspaper | 20-06167 |
| JS Products, Inc. | 20-06032 |
| Jump Design Group Inc. | 20-06168 |
| Kid Galaxy Inc. | 20-06169 |

| | |
|---|---|
| Kimberly-Clark Corporation | 20-06033 |
| Kimberly-Clark Puerto Rico, Inc. | 20-06034 |
| Kobi Katz, Inc. dba Baguette World | 20-06072 |
| Koolatron, Inc. | 20-06073 |
| Krause Watch Company | 20-06170 |
| L & J Accessories | 20-06171 |
| L 3 Sales And Sourcing Inc. | 20-06172 |
| Levi Strauss & Co., Inc. | 20-06173 |
| Lipsey Logistics Worldwide, LLC | 20-06174 |
| Lopex Express, LLC | 20-06175 |
| Luen Fung Enterprises | 20-06176 |
| Made4U Studio, LLC | 20-06177 |
| ManpowerGroup Inc. fdba Manpower Inc. | 20-06074 |
| Market Partner Sr. Inc. DBA Overstock.com | 20-06178 |
| Maxmark Inc. | 20-06179 |
| Medtech Products Inc. | 20-06180 |
| Mid Continent Btlg. Co. Inc. | 20-06181 |
| Midwest Can Company | 20-06182 |
| Midwest Snow Technicians Inc. | 20-06183 |
| MKK Enterprises, Corp. | 20-06035 |
| Mode Distributing, LLC | 20-06075 |
| Msg Services Corporation | 20-06184 |
| National Health Info Network | 20-06185 |
| Nelson Staffing Solutions | 20-06186 |
| Newacme LLC DBA Exacme | 20-06187 |
| O'Brien & Gere Engineers Inc. | 20-06188 |
| Olympia Tools International, Inc. | 20-06189 |
| OND JV LLC DBA OND Property LLC | 20-06190 |
| Onespace Inc. | 20-06191 |
| Ontel Products Corporation | 20-06076 |
| Optimum Fulfillment LLC | 20-06077 |
| P & A Development Associates | 20-06192 |
| Paradies Gifts, Inc. | 20-06193 |
| Pepsi Bottling Ventures LLC | 20-06036 |
| Pepsico Caribbean, Inc. | 20-06038 |
| Pepsico Puerto Rico, Inc. fdba Pepsi Cola Bottling Company Puerto Rico | 20-06037 |
| Pepsi-Cola Bottling Company of New York, Inc. | 20-06039 |
| Phoenix Energy Technologies Inc. | 20-06194 |
| Physicians Formula Inc. | 20-06195 |

| | |
|---|---|
| Pilot Automotive, Inc. | 20-06078 |
| Platte Valley Investments LLC | 20-06196 |
| Positec USA, Inc. | 20-06079 |
| Power Technology Inc. | 20-06197 |
| Prestige Maintenance USA Ltd. | 20-06198 |
| Prizer-Painter Stove Works, Inc. | 20-06096 |
| Pro Installs Appliance Installations | 20-06199 |
| Profoot Inc. | 20-06200 |
| Propel Trampolines LLC | 20-06080 |
| Pulsar Products, Inc. | 20-06081 |
| R. G. Barry Corporation | 20-06202 |
| Reyes Coca-Cola Bottling, L.L.C. | 20-06040 |
| Ryad Consulting, Inc. | 20-06203 |
| Safavieh Intl. LLC | 20-06204 |
| Sakar International, Inc. | 20-06082 |
| SBC Global Services, Inc. dba AT & T Global Services | 20-06041 |
| Schawk Inc. | 20-06205 |
| Select Beverages Inc. | 20-06206 |
| Select Salons Inc. | 20-06207 |
| Shakespeare Company, LLC | 20-06208 |
| Shoezoo.com, LLC | 20-06210 |
| Singer Sewing | 20-06211 |
| Snelling Employment, LLC | 20-06083 |
| Specialized Transportation Inc. | 20-06212 |
| Springs Global US, Inc. | 20-06084 |
| Staples, Inc. dba Staples National Advantage | 20-06042 |
| Studio 1 DBA Studio 1 Div. of Shazdeh Fashions | 20-06213 |
| Summit Construction LLC | 20-06214 |
| Sun Industrial Inc. | 20-06215 |
| Sundance International Inc, DBA Sundance Holdings Group, LLC | 20-06216 |
| Sunshine Mills, Inc. | 20-06217 |
| SW Corporation | 20-06218 |
| Swimways Corp. | 20-06043 |
| Swire Coca Cola USA | 20-06219 |
| Tavano Team | 20-06220 |
| Tdbbs LLC | 20-06221 |
| Tforce | 20-06222 |
| The Clorox Sales Company | 20-06044 |
| The Coca-Cola Company dba Coca-Cola Puerto Rico Bottlers | 20-06045 |

| | |
|---|---|
| The Coleman Company, Inc. | 20-06085 |
| The Goodyear Tire & Rubber Company | 20-06046 |
| The Kraft Heinz Company fdba Kraft General Foods Inc. | 20-06047 |
| The Mibro Group | 20-06223 |
| The Nature's Bounty Co. fdba NBTY, Inc. | 20-06048 |
| The Northwest Company LLC | 20-06224 |
| The Ohio Bell Telephone Company dba AT & T Ohio | 20-06049 |
| The Quaker Oats Company | 20-06050 |
| Timex Group USA, Inc fbda Timex Corporation | 20-06086 |
| TNG GP SBT DSD | 20-06225 |
| Totes Isotoner Corporation | 20-06087 |
| Trademark Global, LLC fdba Trademark Games, LLC | 20-06088 |
| Tri-Coastal Design Services, LLC | 20-06089 |
| Trixxi Clothing Company Inc. | 20-06226 |
| True Value Company dba General Paint & Manufacturing | 20-06090 |
| U.S. Metro Group, Inc. | 20-06091 |
| U.S. Security Associates, Inc. | 20-06227 |
| Ultra Logistics Inc. | 20-06228 |
| Unified Marine | 20-06229 |
| Universal Studios Home Entertainment LLC | 20-06051 |
| Variety Accessories, LLC | 20-06230 |
| Variety International Enterprises | 20-06231 |
| Varouj Appliances Services Inc. | 20-06232 |
| Veronica Landaverde LLC | 20-06233 |
| Viking Range, LLC dba Viking Distributing East | 20-06097 |
| Walgreen Co. | 20-06052 |
| Werner Enterprises, Inc. | 20-06053 |
| Workiva Inc. | 20-06054 |
| Xiamen Luxinjia Import & Export Co. Ltd. | 20-06092 |
| Young's Holdings, Inc. | 20-06234 |
| YPM, Inc. | 20-06093 |
| Zephyr Corporation | 20-06094 |
| Zuru LLC | 20-06235 |

\* 226 Adversary Proceedings