**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |
|---|---|

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

1

**AFFIDAVIT OF SERVICE**

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on April 9, 2020 a copy of the *Fourth Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: April 9, 2020                                ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

Paul Finney, Officer
Pepsi Bottling Ventures LLC
4141 Parklake Avenue
Suite 600
Raleigh, North Carolina 27612-2380

Christopher C. Lewi, Esq.
Lewi Law
979 Osos Street
Suite C1
San Luis Obispo, California 93401

Lee Elkinson, CEO
Snelling Employment, LLC
2360 Campbell Creek Boulevard
Suite 550
Richardson, Texas 75082

Ed Tseng, RegAgt/President
CAP Barbell, Inc.
10820 Westpark Drive
Houston, Texas 77042

Deborah L. Fletcher, Esq.
FisherBroyes, LLP
6000 Fairview Road
Suite 1200
Charlotte, North Carolina 28210

A. Jay Norton, Esq.
Law Offices of A. Jay Norton
4010 Watson Plaza Drive
#270
Lakewood, California 90712

Yimar Carrion, Vice President
HFC Prestige International Puerto Rico LLC
Metro Office Park Street 1
Colgate Palmolive Building, Suite 100
Guaynabo, 00968-1717

Marton B. Grossman, President
Achim Importing Company Inc.
58 Second Avenue
Brooklyn, New York 11215

Benjamin R. King, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067

Eric Foss, President
Aramark Services, Inc.
2400 Market Street
Philadelphia, Pennsylvania 19103

Christopher Nelson, President
Carrier Corporation
13995 Pasteur Boulevard
Palm Beach, Florida 33418

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Robert Chapman, Officer
Optimum Fulfillment LLC
4800 Industrial Drive
Doors 31-33
Peru, Illinois 61354

Alen Mamrout, Officer
American Exchange Time LLC
1441 Broadway
27th Floor
New York, New York 10018

George Oliver, CEO
Johnson Controls Security Solutions LLC
fdba Tyco Integrated Security
6600 Congress Avenue
Boca Raton, Florida 33487-1213

H.C. Charles Diao, President
CSC Covansys Corporation
1775 Tysons Boulevard
Tysons, Virginia 22102

Jeff Laschen, CEO
Great Lakes Coca-Cola Distribution, L.L.C.
6250 N. River Road
#9000
Rosemont, Illinois 60018

Amar Khubani, RegAgt/President
Ontel Products Corporation
21 Law Drive
Fairfield, New Jersey 7004

Jonas Prising, CEO
ManpowerGroup Inc. fdba Manpower Inc.
100 W. Manpower Place
Milwaukee, Wisconsin 53212-4030

Tobias Reiss-Schmidt, President/CEO
Timex Group USA, Inc fbda Timex Corporation
555 Christian Road
Middlebury, Connecticut 6762

Devon J. Eggert, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

Scott E. Blakeley, Esq.
Blakeley LLP
18500 Von Karman Avenue
5th Floor
Irvine, California 92612

Joseph Frank, Esq.
FrankGecker LLP
1327 West Washington Boulevard
Suite 5 G-H
Chicago, Illinois 60607

John Snowden, CEO
Trademark Global, LLC fdba Trademark Games, LLC
7951 West Erie Avenue
Lorain, Ohio 44053

Keith T. Appleby, Esq.
Banker Lopez Gassler P.A.
501 East Kennedy Bouelvard
Suite 1700
Tampa, Florida 33602

Officer, Managing or General Agent
SBC Global Services, Inc. dba AT & T Global Services
225 W. Randolph Street
Chicago, Illinois 60606

Ryan J. Works, Esq.
McDONALD CARANO
2300 West Sahara Avenue
Suite 1200
Las Vegas, Nevada 89102

Zachary A. Portin, Esq.
Abbott Laboratories
Abbott Rapid Diagnostics Legal
100 Abbott Park Road, Bldg. AP6A-1
Abbott Park, Illinois 60064-6011

Douglas M. Baker, Jr., CEO
Ecolab Inc.
1 Ecolab Place
St. Paul, Minnesota 55102

Nimia Roca, RegAgt/Officer
Pepsico Caribbean, Inc.
Corporate Office Park
42 Carr. 20, Suite 205
San Juan, 936

Officer, Managing or General Agent
The Ohio Bell Telephone Company dba AT & T Ohio
45 Erieview Plaza
Cleveland, Ohio 44114

William W. Wilson, CEO
Pepsi-Cola Bottling Company of New York, Inc.
650 Brush Avenue
Bronx, New York 10465

Gordon Pringle, Officer
Koolatron, Inc.
4330 Commerce Drive
Batavia, New York 14020

Gary A. Norcross, President
Fidelity Information Services, LLC
601 Riverside Avenue
Tower - 12th Floor
Jacksonville, Florida 32204

Guy Abramo, CEO
Hireright, LLC
3349 Michelson Drive
Suite 150
Irvine, California 92612

Michael Mastrangelo, CEO
Tri-Coastal Design Services, LLC
40 Harry Shupe Boulevard
Wharton, New Jersey 7885

Fernando Mercenair, CEO
General Marketing Solutions, LLC
240 Crandon Boulevard
Suite 115
Key Biscayne, Florida 33149

Karen M. Fine, Esq.
Walgreen Co.
104 Wilmot Road
MS#144P
Deerfiled, Illinois 60015

David Aris, President
Swimways Corp.
5816 Ward Court
Virginia Beach, Virginia 23455

Elliot Moskowitz, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017

Robert Edgar Rietbroek, President
The Quaker Oats Company
555 W. Monroe Street
Chicago, Illinois 60661-3716

Nimia Roca, President
Pepsico Puerto Rico, Inc. fdba Pepsi Cola Bottling Company Puerto Rico
Calle Cubita #668
Guaynabo, 969

Michael Trapp, President
Prizer-Painter Stove Works, Inc.
600 Arlington Street
Reading, Pennsylvania 19611

Roger Peterson, President
Aramark Management Services Limited
Partnership
1101 Market Street
Philadelphia, Pennsylvania 19107

Alberto De la Cruz, CEO
The Coca-Cola Company dba Coca-Cola
Puerto Rico Bottlers
Suite 1801
654 Munoz Rivera Ave.
San Juan, PR, 918

Todd Siwak, President
Ferrara Candy Company
404 W. Harrison Street
Suite 650
Chicago, Illinois 60607

Scott Webb, CEO
Pilot Automotive, Inc.
13000 Temple Avenue
City of Industry, California 91746


David Christopher, President
AT&T Mobility LLC
1025 Lenox Park Boulevard NE
Atlanta, Georgia 30319

Officer, Managing or General Agent
Fortune Creation Company Limited
Fuxiang Ltd Nan-Sir, New Industrial Zone
Cha-Shan Town
Dongguan, Guangdong, 523391

Luke Siow, President
Zephyr Corporation
2277 Alamed Street
San Francisco, California 94103

Paul L. Sturman, CEO
The Nature's Bounty Co. fdba NBTY, Inc.
2100 Smithtown Avenue
Ronkonkoma, New York 11779

Nathan Q. Rugg, Esq.
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

Richard Han, RegAgt/CEO
Pulsar Products, Inc.
5721 Santa Ana Street
Unit A
Ontario, California 91761

Richard Wuerthele, President
The Coleman Company, Inc.
180 North LaSalle Street
Suite 700
Chicago, Illinois 60601

Miguel Patricio, CEO
The Kraft Heinz Company fdba Kraft
General Foods Inc.
One PPG Place
Pittsburgh, Pennsylvania 15222

| | |
|---|---|
| Edward L. Schnitzer, Esq.<br>Montgomery McCracken Walker & Rhoads LLP<br>437 Madison Avenue<br>New York, New York 10022 | Bridget A. Franklin, Esq.<br>Brouse McDowell PA<br>388 South Main Street<br>Suite 500<br>Akron, Ohio 44311 |
| Noel Wallace, Officer<br>Colgate-Palmolive Company Distr. LLC<br>Metro Office Park<br>Suite 400<br>Guaynabo, PR, 968 | Noel Wallace, President/CEO<br>Colgate-Palmolive Company<br>300 Park Avenue<br>New York, New York 10022 |
| Jeffrey L. Trousdale, Esq.<br>Cohne Kinghorn<br>111 East Broadway, 11th Floor<br>Salt Lake City, Utah 84111 | Nancy S. Loewe, Officer<br>Kimberly-Clark Puerto Rico, Inc.<br>Marginal Carr. #165 KM 2.8<br>Pueblo Veijo<br>Guaynabo, 970 |
| Ronald T. Diamond, President<br>Conair Corporation<br>One Cummings Point Road<br>Stamford, Connecticut 6902 | Amanda Kosowsky, Esq.<br>Centerview Partners LLC<br>31 West 52nd Street<br>22nd Floor<br>New York, New York 10019 |
| George B. Goeke, Officer<br>AT&T Global Network Services LLC<br>208 S. Akard Street<br>Dallas, Texas 75202 | David Reyes, CEO<br>Reyes Coca-Cola Bottling, L.L.C.<br>6250 N. Road<br>Suite 9000<br>Rosemont, Illinois 60018 |
| Christopher J. Knapp, Esq.<br>Barnes & Thornburg LLP<br>225 South Sixth Street, Suite 2800<br>Minneaplis, Minnesota 55402-4662 | Daniel Rajczak, CEO<br>Totes Isotoner Corporation<br>9655 International Boulevard<br>Cincinnati, Ohio 45246 |
| Fred Neufeld, Esq.<br>Stradling Yocca Carlson & Rauth, P.C.<br>100 Wilshire Boulevard<br>4th Floor<br>Santa Monica, California 90401 | Adam Levy, Esq.<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, New York 10019 |

Peter Clark, Esq.
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833

Patrice De Talhouet, Officer
HFC Prestige International U.S. LLC
350 5th Avenue
New York, New York 10018

Officer, Managing or General Agent
Springs Global US, Inc.
205 N. White STreet
Fort Mill, South Carolina 29715

George W. Shuster, Jr., Esq.
Wilmer Cutler Pickering Hale and Door, LLP
60 State Street
Boston, Massachusetts 2109

Peter J. Roberts, Esq.
Fox Rothschild LLP
321 North Clark Street
Suite 1600
Chicago, Illinois 60654

Officer, Managing or General Agent
Xiamen Luxinjia Import & Export Co. Ltd.
Unit B, 1/F Hongsheng Building
No. 4 Hexiang West Road, Siming Dist.
Xiamen,  361012

Thomas J. Falk, CEO
Kimberly-Clark Corporation
351 Phelps Drive
Irving, Texas 75038

Brian J. Koenig, Esq.
Koley Jessen P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, Nebraska 68124

Vincent J. Roldan, Esq.
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019

Devon J. Eggert, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

Jennifer L. Marines, Esq.
Morrison & Foerster LLP
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601

Michael P. Parker, CEO
iCrossing, Inc.
300 West 57th Street
New York, New York 10019

Paul Stewart, Esq.
Paul Stewart Logisitics Law Firm
8469 Wood Briar Drive
Germantown, Tennessee 38138

Gerald W. Evans, Jr., CEO
Hanesbrands Inc.
1000 East Hanes Mill Road
Winston Salem, North Carolina 27105-1384

| Defendant Name | Contact | Address_Line_1 | Address_Line_2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 6 Sigma Construction, LLC | Attn: Officer, Managing or General Agent | 1417 Edwards Ave. | Suite A | Harahan | LA | 70123 |
| About Time Snow Removal | Attn: Officer, Managing or General Agent | 45 Buck Rd. | | Huntington Valley | PA | 19006 |
| Adaptly, Inc. | Attn: Officer, Managing or General Agent | 22 West 19th Street | 3rd Floor | New York | NY | 10011 |
| Adsemble Inc. | Attn: Officer, Managing or General Agent | PO Box 154 | | Los Gatos | CA | 95054 |
| Adsemble Inc. | Attn: Officer, Managing or General Agent | 1300 White Oaks Rd. | | Campbell | CA | 95008 |
| Advanced Technology Services Inc. | Attn: Officer, Managing or General Agent | 8201 N University | | Peoria | IL | 61615 |
| Advanced Technology Services Inc. | Attn: Officer, Managing or General Agent | 2157 Paysphere Cir. | | Chicago | IL | 60676 |
| Advanced Technology Services Inc. | Attn: Registered or Authorized Agent | C/O Illinois Corporation Service C | 801 Adlai Stevenson Dr. | Springfield | IL | 62703 |
| Alcon Laboratories Inc. | Attn: Officer, Managing or General Agent | 6201 South Freeway | | Fort Worth | TX | 76134 |
| Alcon Laboratories Inc. | Attn: Officer, Managing or General Agent | PO Box 951125 | | Dallastte | TX | 75385 |
| Alcon Laboratories Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 251 Little Falls Dr. | Wilmington | DE | 19808 |
| Alta-Dena Certified Dairy, LLC | Attn: Officer, Managing or General Agent | 17637 E Valley Blvd. | | City Of Industry | CA | 91744 |
| Appliance Parts Depot LLC | Attn: Officer, Managing or General Agent | 4754 Almond Avenue | | Dallas | TX | 75247 |
| Appliance Parts Depot LLC | Attn: Registered or Authorized Agent | 211 E. 7th Street | Suite 620 | Austin | TX | 78701 |
| AR North America Inc. | Attn: Officer, Managing or General Agent | 140 81 St. Ave. NE | | Fridley | MN | 55432 |
| AR North America Inc. | Attn: Officer, Managing or General Agent | C/O Cherokee Debt Acquisition, LLC | 1325 Avenue of the Americas, 28th Floor | New York | NY | 10019 |
| Arizona Beverages USA LLC | Attn: Officer, Managing or General Agent | 60 Crossways Park West | | Woodbury | NY | 11797 |
| Arizona Beverages USA LLC | Attn: Registered or Authorized Agent | C/O National Registered Agents Inc. | 1209 Orange Street | Wilmington | DE | 19801 |
| Arundel Crossing II LLC | Attn: Officer, Managing or General Agent | 275 East Broad Street | | Columbus | OH | 43215 |
| Arundel Crossing II LLC | Attn: Officer, Managing or General Agent | PO Box 633864 | | Cincinnati | OH | 45263 |
| Arundel Crossing II LLC | Attn: Registered or Authorized Agent | 251 Little Falls Drive | | Wilmington | DE | 19808 |
| Arundel Crossing II LLC | Attn: Ryan Wagner | C/O Greenberg Traurig | MetLife Building, 200 Park Ave | New York | NY | 10166 |
| Associated Hygienic Products | Attn: Officer, Managing or General Agent | 8081 Arco Corporate Dr. | Suite 1 | Raleigh | NC | 27617 |
| Associated Hygienic Products | Attn: Registered or Authorized Agent | C/O National Registered Agents Inc | 1209 Orange Street | Wilmington | DE | 19801 |
| Atos It Solutions and Services, Inc. | Attn: Officer, Managing or General Agent | Dept. 781177 | PO Box 78000 | Detroit | MI | 48278 |
| Atos It Solutions and Services, Inc. | Attn: Registered or Authorized Agent | C/O CSC Lawyers Incorporating Service | 601 Abbot Road | East Lansing | MI | 48823 |
| Atos It Solutions and Services, Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 251 Little Falls Drive | Wilmington | DE | 19808 |
| Beauty Gem, Inc. | Attn: Officer, Managing or General Agent | 1200 Avenue of the Americas | 4th Floor | New York | NY | 10036 |
| Becker Logistics, Inc. | Attn: Officer, Managing or General Agent | PO Box 88126 | | Carol Stream | IL | 60188 |
| Becker Logistics, Inc. | Attn: Officer, Managing or General Agent | 2198 Gladstone Ct | | Glendale Heights | IL | 60139 |
| Becker Logistics, Inc. | Attn: Registered or Authorized Agent | C/O Jim Becker | 6174 N Mende | Chicago | IL | 60646 |
| Bell Sports Inc. | Attn: Officer, Managing or General Agent | 1924 County Rd. | 3000 North | Rantoul | IL | 61866 |
| Bell Sports Inc. | Attn: Registered or Authorized Agent | C/O CT Corporation System | 208 SO Lasalle St. Ste 814 | Chicago | IL | 60604 |
| Berkshire Fashions Inc. | Attn: Officer, Managing or General Agent | 10 Woodbrige Ctr. Dr. | Suite 600 | Woodbrige | NJ | 07095 |
| Blackstone Industries LLC | Attn: Officer, Managing or General Agent | 16 Stony Hill Rd. | | Bethel | CT | 06801 |
| Blackstone Industries LLC | Attn: Registered or Authorized Agent | 700 State Street | Suite 100 | New Haven | CT | 06511 |
| Blanco Velez Stores Inc. | Attn: Officer, Managing or General Agent | PO Box 1619 | | Bayamon | PR | 00960 |
| Blanco Velez Stores Inc. | Attn: Officer, Managing or General Agent | Road 5 KM 5.5 Luchetti Industrial Zone | | Bayamon | PR | 00960 |
| Blue Star Fashion NY Inc. | Attn: Officer, Managing or General Agent | 265 West 37th St. | Suite 1802 | New York | NY | 10018 |
| Bolymax International Corporation | Attn: Officer, Managing or General Agent | 3377 Farrington Street | | Flushing | NY | 11354 |
| Bolymax International Corporation | Attn: Officer, Managing or General Agent | 8933 S. La Cienega Blvd | | Ingelwood | CA | 90301 |
| Buddy's Newco, LLC | Attn: Officer, Managing or General Agent | 4705 Apopka Vineland Rd. 206 | | Orlando | FL | 32819 |
| California Costume Collections, Inc. | Attn: Officer, Managing or General Agent | 2030 Vista Bella Way | | Rancho Dominguez | CA | 90220 |
| California Costume Collections, Inc. | Attn: Registered or Authorized Agent | 210 Anderson Street | | Los Angeles | CA | 90033 |
| California Innovations (U.S.) Inc. | Attn: Officer, Managing or General Agent | PO Box 35155 | | Seattle | WA | 98124 |
| California Innovations (U.S.) Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 251 Little Falls Drive | Wilmington | DE | 19808 |
| California Newspaper Partnership | Attn: Officer, Managing or General Agent | 750 Ridder Park Dr. | | San Jose | CA | 95190 |
| Centrex Plastics LLC | Attn: Officer, Managing or General Agent | 814 West Lima St. | | Findlay | OH | 45840 |
| Cheng Yen Enterprises Co. Ltd. | Attn: Officer, Managing or General Agent | PO Box 9608 | | Tamuning | GU | 96931 |
| Coefficient Mechanical Systems | Attn: Officer, Managing or General Agent | 2706 E Yandell Dr. | | El Paso | TX | 79903 |
| Cole Road Distribution Center | Attn: Officer, Managing or General Agent | 7225 Bethel Street | | Boise | ID | 83704 |
| Coqui Net | Attn: Officer, Managing or General Agent | PO Box 70366 | | San Juan | PR | 00936 |
| Coqui Net | Attn: Registered or Authorized Agent | 1515 Roosevelt Avenue | 10th Floor | Guaynabo | PR | 00968 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| CPP International, LLC | Attn: Officer, Managing or General Agent | 9144 Arrowpoint Blvd. | #200 | Charlotte | NC | 28273 |
| Creative Circle LLC | Attn: Officer, Managing or General Agent | 5900 Wilshire Blvd. | Suite 1100 | Los Angeles | CA | 90036 |
| Creative Circle LLC | Attn: Registered or Authorized Agent | C/O CT Corporation System | 208 So LaSalle St. Ste 814 | Chicago | IL | 60604 |
| Creative Circle LLC | Attn: Officer, Managing or General Agent | 5900 Wilshire Blvd. | Suite 1100 | Los Angeles | CA | 90036 |
| Cristalia Acquisition Corp. | Attn: Officer, Managing or General Agent | PO Box 9046 | | Carolina | PR | 00988 |
| Cristalia Acquisition Corp. | Attn: Officer, Managing or General Agent | Po Box 815002 | | Carolina | PR | 00981 |
| Cristalia Acquisition Corp. | Attn: Officer, Managing or General Agent | CARR 190 KM 1.7 CHRLN IND STREET CA | | CAROLINA | PR | 00984 |
| CS Packaging Inc. | Attn: Officer, Managing or General Agent | 155 International Blvd. | | Glendale Heights | IL | 60139 |
| CS Packaging Inc. | Attn: Officer, Managing or General Agent | C/O Steven S Potts | 2349 Walters Ave. | Northbrook | IL | 60062 |
| Davco Mechanical Services LLC | Attn: Officer, Managing or General Agent | PO Box 3469 | | Springfield | MO | 65808 |
| Davco Mechanical Services LLC | Attn: Officer, Managing or General Agent | 5905 W US Hwy 60 | | Brookline | MO | 65619 |
| Davco Mechanical Services LLC | Attn: Registered or Authorized Agent | C/O David Sullivan | 6498 S Farm Road 15 | Billings | MO | 65610 |
| Dynamic Ventures Inc. | Attn: Officer, Managing or General Agent | PO Box 8780 | | Tamuning | GU | 96931 |
| Dynamic Ventures Inc. | Attn: Registered or Authorized Agent | C/O Blumberexcelsior Corporate Service | 1013 Centre Road, Ste 403S | Wilmington | DE | 19805 |
| Eagle Mere Services LLC | Attn: Officer, Managing or General Agent | 23 Malcolm Street | Ste. 2 | Morristown | NJ | 07960 |
| Electroline Wholesale Electronics | Attn: Officer, Managing or General Agent | 1322 W 12th St. | | Los Angeles | CA | 90015 |
| Esi Cases & Accessories Inc. | Attn: Officer, Managing or General Agent | 650 College Rd. E. | Suite 2005 | Princeton | NJ | 08540 |
| Esi Cases & Accessories Inc. | Attn: Officer, Managing or General Agent | 44 East 32nd Street | 6th Flr. | New York | NY | 08540 |
| Ethan Conrad | Attn: Officer, Managing or General Agent | 1300 National Drive | Ste 100 | Sacramento | CA | 95834 |
| Fabrica De Jabon La Corona | Attn: Officer, Managing or General Agent | 3311 81st | Suite P | Lubbock | TX | 79453 |
| Fantasia Accessories, Ltd. | Attn: Officer, Managing or General Agent | 31 West 34th St. | | New York | NY | 10001 |
| Fibrix, LLC | Attn: Officer, Managing or General Agent | 3307 Walden Avenue | | Depew | NY | 14043 |
| Forward Air Solutions Inc. | Attn: Officer, Managing or General Agent | Department 888155 | | Knoxville | TN | 37995 |
| Franco Mfg. Co. Inc. | Attn: Officer, Managing or General Agent | 555 Prospect Street | | Metuchen | NJ | 08840 |
| Fridge and Appliance Corp DBA Refrigeration | Attn: Officer, Managing or General Agent | 24 Calle Pueblo Nuevo | | San German | PR | 00683 |
| Friedmans Appliance Center | Attn: Officer, Managing or General Agent | 1827 E Spring Street | | Long Beach | CA | 90806 |
| Full Power Electrical Corp. | Attn: Officer, Managing or General Agent | PO Box 3873 | | Carolina | PR | 00984 |
| Full Power Electrical Corp. | Attn: Officer, Managing or General Agent | CARR. 887KM 2/7 BO M G STREET CA | | CAROLINA | PR | 00987 |
| GA Communications, Inc. | Attn: Officer, Managing or General Agent | 2196 West Park Ct. | | Stone Mountain | GA | 30087 |
| GA Communications, Inc. | Attn: Registered or Authorized Agent | C/O CT Corporation | 1201 Peachtree Street NE | Atlanta | GA | 30362 |
| Generis Tek Inc. | Attn: Officer, Managing or General Agent | 988 Indigo Court | | Hanover Park | IL | 60133 |
| Genpro International Inc. | Attn: Officer, Managing or General Agent | 213 Harmon Industrial Park Ave. | | Harmon | GU | 96913 |
| Glamour Prestige Corp. | Attn: Officer, Managing or General Agent | KM 2/6 Amelia Ind. RR 165 | | Guaynabo | PR | 00965 |
| Glamour Prestige Corp. | Attn: Officer, Managing or General Agent | PO Box 11908 | | San Juan | PR | 00922 |
| Global Logistics Inc. | Attn: Officer, Managing or General Agent | PO Box 51912 | | Toa Baja | PR | 00952 |
| Global Logistics Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | 1209 Orange Street | Wilmington | DE | 19801 |
| Global Product Resources Inc. | Attn: Officer, Managing or General Agent | 43350 Business Park Dr | | Temecula | CA | 92590 |
| Gold Coast Beverage, LLC | Attn: Officer, Managing or General Agent | 10055 NW 12 Street | | Doral | FL | 33172 |
| Gold Coast Beverage, LLC | Attn: Registered or Authorized Agent | C/O CT Corporation System | 1200 South Pine Island Road | Plantation | FL | 33324 |
| Gold Coast Beverage, LLC | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Coporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| Graphic Team Inc. | Attn: Officer, Managing or General Agent | PO Box 3028 | | Guaynabo | PR | 00970 |
| Graphic Team Inc. | Attn: Registered or Authorized Agent | C/O URB Munoz Rivera | C/ Los Frailes 1110 | Guaynabo | PR | 00969 |
| Great American Merchandise DBA Great Amer | Attn: Officer, Managing or General Agent | 16043 N 82nd St. | | Scottsdale | AZ | 85260 |
| Great American Merchandise DBA Great Amer | Attn: Registered or Authorized Agent | C/O C T Corporation System | 3600 N Central Avenue, Suite 460 | Phoenix | AZ | 85012 |
| GSD International Enterprises Inc. | Attn: Officer, Managing or General Agent | 8 Milton Court | | Princeton | NJ | 08550 |
| GSD International Enterprises Inc. | Attn: Registered or Authorized Agent | 35525 Peregrine Road | | Lewes | DE | 19958 |
| Guam Publication Pacific Daily News | Attn: Officer, Managing or General Agent | PO Box DN | | Agana | GU | 96932 |
| Harris Paints | Attn: Officer, Managing or General Agent | PO Box 364723 | | San Juan | PR | 00936 |
| Harris Paints | Attn: Registered or Authorized Agent | Reina Isabel 89 | La Villa de Torrimar | Guaynabo | PR | 00966 |
| Harris Paints | Attn: Registered or Authorized Agent | C/O Corporation Trust Center | 1209 Orange St. | Wilmington | DE | 19801 |
| Henry C Wood | Attn: Officer, Managing or General Agent | PO Box 31203 | | Raliegh | NC | 27622 |
| Hunt & Sons, Inc. | Attn: Officer, Managing or General Agent | PO Box 277670 | | Sacramento | CA | 95827 |
| Iberia Foods Corp. | Attn: Officer, Managing or General Agent | 12300 NW 32nd Ave. | | Miami | FL | 33167 |
| Icee USA | Attn: Officer, Managing or General Agent | Dept LA 21078 | | Pasadena | CA | 91185 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Icee USA | Attn: Registered or Authorized Agent | 1330 Knollwood Circle | | Anaheim | CA | 92801 |
| Icee USA | Attn: Officer, Managing or General Agent | 1205 SOUTH DUPONT STREET | | ONTARIO | CANADA | 91761 |
| ICON Eyewear Inc. | Attn: Officer, Managing or General Agent | 5 Empire Blvd. | | South Hackensack | NJ | 07606 |
| ICON Eyewear Inc. | Attn: Officer, Managing or General Agent | 75 Seaview Drive | | Secaucus | NJ | 07094 |
| Icon Newco Pool DBA Icon Owner Pool 4 Nort | Attn: Officer, Managing or General Agent | 2 North Riverside Plaza | | Chicago | IL | 60606 |
| Icon Newco Pool DBA Icon Owner Pool 4 Nort | Attn: Lauren C Kiss | C/O Klestadt Winters Jureller Southard & | 200 West 41st Street, 17th Floor | New York | NY | 10036 |
| Icon Newco Pool DBA Icon Owner Pool 4 Nort | Attn: Registered or Authorized Agent | C/O C T Corporation System | 208 SO Lasalle St, Suite 814 | Chicago | IL | 60604 |
| Icon Newco Pool DBA Icon Owner Pool 4 Nort | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | Wilmington | DE | 19801 |
| Icon Newco Pool DBA Icon Owner Pool 4 Nort | Attn: Officer, Managing or General Agent | PO Box 934506 | | Atlanta | GA | 31193 |
| Integrity Home Service Corp. | Attn: Officer, Managing or General Agent | 3404 Oakcliff Rd. | Ste C-9 | Doraville | GA | 30340 |
| Integrity Home Service Corp. | Attn: Registered or Authorized Agent | C/O Emory Potter | 3945 Holcomb Bridge Rd. Ste 300 | Peachtree Corners | GA | 30092 |
| International Airport Center Inc. | Attn: Officer, Managing or General Agent | 300 N LaSalle St. | Suite 5450 | Chicago | IL | 60654 |
| International Airport Center Inc. | Attn: Officer, Managing or General Agent | 4 Embarcadero Center | Suite 3300 | San Francisco | CA | 94111 |
| International Airport Center Inc. | Attn: Deborah M Perry | C/O MUNSCH HARDT KOPF & HARR | 500 N. AKARD STREET,SUITE 3800 | DALLAS | TX | 75201 |
| International Packaging Supplies LLC | Attn: Officer, Managing or General Agent | 4219 Northshore Drive | | Fenton | MI | 48430 |
| Island Wines & Spirits | Attn: Officer, Managing or General Agent | PO Box 11439 | | Tamuning | GU | 96931 |
| Journal Registrar Newspaper | Attn: Officer, Managing or General Agent | PO Box 94559 | | Cleveland | OH | 44101 |
| Jump Design Group Inc. | Attn: Officer, Managing or General Agent | 1400 Broadway | FL2 | New York | NY | 10018 |
| Kid Galaxy Inc. | Attn: Officer, Managing or General Agent | 150 Dow Street | Tower 2 Unite 425B | Manchester | NH | 03103 |
| Kid Galaxy Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Krause Watch Company | Attn: Officer, Managing or General Agent | 3103 Pga Blvd. | | Palm Beach Gardens | FL | 33410 |
| L & J Accessories | Attn: Officer, Managing or General Agent | 366 5th Ave. | #609 | New York | NY | 10001 |
| L & J Accessories | Attn: Officer, Managing or General Agent | PO Box 173939 | | Denver | CO | 80217 |
| L 3 Sales And Sourcing Inc. | Attn: Officer, Managing or General Agent | 700 Eight Twenty Blvd. | Suite 101 | Fort Worth | TX | 76106 |
| Levi Strauss & Co., Inc. | Attn: Officer, Managing or General Agent | 3125 Chad Drive | | Eugene | OR | 97408 |
| Levi Strauss & Co., Inc. | Attn: Officer, Managing or General Agent | 2313 Collection Center Dr | | Chicago | IL | 60693 |
| Levi Strauss & Co., Inc. | Attn: Officer, Managing or General Agent | 1155 Battery St | | San Francisco | CA | 94111 |
| Levi Strauss & Co., Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 1127 Broadway Street NE, Suite 210 | Salem | OR | 97301 |
| Lipsey Logistics Worldwide, LLC | Attn: Officer, Managing or General Agent | 5600 Brainerd Rd., Suite 2 | | Chattanooga | TN | 37411 |
| Lopex Express, LLC | Attn: Officer, Managing or General Agent | 3633 Maiden Ln. | | Modesto | CA | 95355 |
| Luen Fung Enterprises | Attn: Officer, Managing or General Agent | 169 D Tun Joaquin Guerrero Street | Apt. 169D | Tamuning | GU | 96913 |
| Luen Fung Enterprises | Attn: Officer, Managing or General Agent | PO Box 6699 | | Tamuning | GU | 96913 |
| Made4U Studio, LLC | Attn: Officer, Managing or General Agent | 5341 N Sabino View Pl. | | Tucson | AZ | 85749 |
| Made4U Studio, LLC | Attn: Registered or Authorized Agent | C/O GRB Service LLC | 3507 N Campbell Ste 111 | Tucson | AZ | 85719 |
| Market Partner Sr. Inc. DBA Overstock.com | Attn: Officer, Managing or General Agent | 799 Coliseum Way | | Midvale | UT | 84047 |
| Market Partner Sr. Inc. DBA Overstock.com | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center,1209 Orange St | Wilmington | DE | 19801 |
| Maxmark Inc. | Attn: Officer, Managing or General Agent | 5 S Wabash Ave, Suite 1728 | | Chicago | IL | 60603 |
| Medtech Products Inc. | Attn: Officer, Managing or General Agent | 660 White Plains Rd. | Ste. 205 | Tarrytown | NY | 10591 |
| Medtech Products Inc. | Attn: Officer, Managing or General Agent | PO Box 202493 | | Dallas | TX | 75320 |
| Mid Continent Btlg. Co. Inc. | Attn: Officer, Managing or General Agent | 23214 Network Place | | Chicago | IL | 60673 |
| Midwest Can Company | Attn: Officer, Managing or General Agent | 10800 W Belmont Ave | #200 | Franklin Park | IL | 60131 |
| Midwest Can Company | Attn: Registered or Authorized Agent | 801 Aldai Stevenson Drive | | Springfield | IL | 62703 |
| Midwest Can Company | Attn: Registered or Authorized Agent | 460 Greentree Drive | Ste 101 | Dover | DE | 19904 |
| Midwest Snow Technicians Inc. | Attn: Officer, Managing or General Agent | 2000 Bloomingdale Rd Ste 115 | | Glendale Heights | IL | 60139 |
| Midwest Snow Technicians Inc. | Attn: Officer, Managing or General Agent | PO Box 1561 | | Wheaton | IL | 60187 |
| Midwest Snow Technicians Inc. | Attn: Registered or Authorized Agent | 2N048 Diane Ave | | Glenn Ellyn | IL | 60137 |
| Msg Services Corporation | Attn: Officer, Managing or General Agent | 205 S Westgate Dr. | | Greensboro | NC | 27407 |
| National Health Info Network | Attn: Officer, Managing or General Agent | 101 Jim Wright Fwy. S | Suite 200 | Fort Worth | TX | 76108 |
| Nelson Staffing Solutions | Attn: Officer, Managing or General Agent | PO Box 49195 | | San Jose | CA | 95161 |
| Newacme LLC DBA Exacme | Attn: Officer, Managing or General Agent | 13515 Streamside Dr. | | Lake Oswego | OR | 97035 |
| O'Brien & Gere Engineers Inc. | Attn: Officer, Managing or General Agent | 2000 Cannonball Rd. | | Pompton Lakes | NJ | 07442 |
| O'Brien & Gere Engineers Inc. | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 251 Little Falls Drive | Wilmington | DE | 19808 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Olympia Tools International, Inc. | Attn: Officer, Managing or General Agent | 929 N Grand Ave | | Covina | CA | 91724 |
| Olympia Tools International, Inc. | Attn: Officer, Managing or General Agent | 18051 Arenth Avenue | | City of Industry | CA | 91748 |
| OND JV LLC DBA OND Property LLC | Attn: Officer, Managing or General Agent | 33297 Collections Center Drive | | Chicago | IL | 60693 |
| OND JV LLC DBA OND Property LLC | Attn: Registered or Authorized Agent | 1209 Orange Street | | Wilmington | DE | 19809 |
| Onespace Inc. | Attn: Officer, Managing or General Agent | 33 Bronze Pointe Blvd. | | Swansea | IL | 62226 |
| Onespace Inc. | Attn: Registered or Authorized Agent | C/O CT Corp | 208 SO Lasalle Street, Ste 814 | Chicago | IL | 60604 |
| P & A Development Associates | Attn: Officer, Managing or General Agent | 20-25 130th Avenue | | College Point | NY | 11356 |
| Paradies Gifts, Inc. | Attn: Officer, Managing or General Agent | 2305 W. Airport Blvd. | | Sanford | FL | 32771 |
| Paradies Gifts, Inc. | Attn: Registered or Authorized Agent | 1044 Bearded Oaks Ter | | Longwood | FL | 32779 |
| Phoenix Energy Technologies Inc. | Attn: Officer, Managing or General Agent | 165 Technology Dr. | Suite 150 | Irvine | CA | 92618 |
| Phoenix Energy Technologies Inc. | Attn: Officer, Managing or General Agent | 25172 Arctic Ocean Dr | Suite 108 | Lake Forest | CA | 92630 |
| Physicians Formula Inc. | Attn: Officer, Managing or General Agent | 1055 West 8th Street | | Azusa | CA | 91702 |
| Physicians Formula Inc. | Attn: Officer, Managing or General Agent | PO Box 31303 | | Carol Stream | IL | 60132 |
| Physicians Formula Inc. | Attn: Registered or Authorized Agent | 22067 Ferrero Parkway | | City of Industry | CA | 91789 |
| Platte Valley Investments LLC | Attn: Officer, Managing or General Agent | 700 W 47th Street # 200 | | Kansas City | MO | 64112 |
| Power Technology Inc. | Attn: Officer, Managing or General Agent | PO Box 782 | | Wilkes Barre | PA | 18703 |
| Power Technology Inc. | Attn: Registered or Authorized Agent | C/O CT Corp | 101 Federal Street | Boston | MA | 02110 |
| Prestige Maintenance USA Ltd. | Attn: Officer, Managing or General Agent | PO Box 941249 | | Plano | TX | 75094 |
| Prestige Maintenance USA Ltd. | Attn: Officer, Managing or General Agent | 1808 10th Street | Suite 300 | Plano | TX | 32779 |
| Prestige Maintenance USA Ltd. | Attn: Registered or Authorized Agent | 473 Main Street South of Building | | Texarcana | TX | 75007 |
| Pro Installs Appliance Installations | Attn: Officer, Managing or General Agent | 7674 Alderwood Ave | | Corona | CA | 92880 |
| Pro Installs Appliance Installations | Attn: Registered or Authorized Agent | 603 Miliken Ave Ste D | | Ontario | CA | 91761 |
| Profoot Inc. | Attn: Officer, Managing or General Agent | 74 20th Street | | Brooklyn | NY | 11232 |
| R. G. Barry Corporation | Attn: Officer, Managing or General Agent | 13405 Yarmouth Rd. | | Pickerington | OH | 43147 |
| R. G. Barry Corporation | Attn: Registered or Authorized Agent | C/O CT Corp | 4400 Easton Common Way Ste 125 | Columbus | OH | 43219 |
| R. G. Barry Corporation | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Ryad Consulting, Inc. | Attn: Officer, Managing or General Agent | 10421 Big Canoe | | Jasper | GA | 30143 |
| Ryad Consulting, Inc. | Attn: Officer, Managing or General Agent | 4876 Township Trace | | Marietta | GA | 30066 |
| Safavieh Intl. LLC | Attn: Officer, Managing or General Agent | 40 Harbor Park Dr. | | Port Washington | NY | 11050 |
| Schawk Inc. | Attn: Officer, Managing or General Agent | 23704 Network Place | | Chicago | IL | 60673 |
| Schawk Inc. | Attn: Officer, Managing or General Agent | 170 E 70th Street | | New York | NY | 10021 |
| Schawk Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Schawk Inc. | Attn: Officer, Managing or General Agent | Schawk USA Inc. C/O Matthews Interna | 2 Northshore Center | Pittsburgh | PA | 15212 |
| Select Beverages Inc. | Attn: Officer, Managing or General Agent | 21431 Network Place | | Chicago | IL | 60673 |
| Select Salons Inc. | Attn: Officer, Managing or General Agent | Olimpic Ville A31 | Calle Amster | Las Piedras | PR | 00771 |
| Shakespeare Company, LLC | Attn: Officer, Managing or General Agent | PO Box 532454 | | Atlanta | GA | 30353 |
| Shakespeare Company, LLC | Attn: Officer, Managing or General Agent | 499 Peachtree St. NE | | Atlanta | GA | 30308 |
| Shakespeare Company, LLC | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Shoezoo.com, LLC | Attn: Officer, Managing or General Agent | 727 E. Kingshill Place | | Carson | CA | 90746 |
| Singer Sewing | Attn: Officer, Managing or General Agent | 1714 Heil Quaker Blvd. | Suite 130 | Lavergne | TN | 37086 |
| Singer Sewing | Attn: Registered or Authorized Agent | 1209 Orange Street | | Wilmington | DE | 19801 |
| Specialized Transportation Inc. | Attn: Officer, Managing or General Agent | PO Box 71279 | | Chicago | IL | 60694 |
| Specialized Transportation Inc. | Attn: Registered or Authorized Agent | C/O Anastasiya Rubtsova | 525 N Broadway, Unit 4247 | Aurora | IL | 60507 |
| Specialized Transportation Inc. | Attn: Registered or Authorized Agent | C/O Thiery Noel Severin | 2335 Pacific Coast Highway #3 | Lomita | CA | 90717 |
| Studio 1 DBA Studio 1 Div. of Shazdeh Fashion | Attn: Officer, Managing or General Agent | 1450 Broadway | 17th Floor | New York | NY | 10018 |
| Summit Construction LLC | Attn: Officer, Managing or General Agent | 4444 St. Andrews | | Stockton | CA | 95219 |
| Sun Industrial Inc. | Attn: Officer, Managing or General Agent | 100 Richeyville Road | | Richeyville | PA | 15358 |
| Sun Industrial Inc. | Attn: Officer, Managing or General Agent | 7 West State Street | Ste 100 | Sharon | PA | 16146 |
| Sundance International Inc, DBA Sundance Hol | Attn: Officer, Managing or General Agent | 3865 West 2400 South | | Salt Lake City | UT | 84120 |
| Sundance International Inc, DBA Sundance Hol | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | 1108 E South Union Ave | Midvale | UT | 84047 |
| Sunshine Mills, Inc. | Attn: Officer, Managing or General Agent | PO Box 676 | | Red Bay | AL | 32258 |
| Sunshine Mills, Inc. | Attn: Officer, Managing or General Agent | 402 West Fire Tower Rd | | Greenville | NC | 28590 |

| Name | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Sunshine Mills, Inc. | Attn: Officer, Managing or General Agent | Dept #40311 | P.O. Box 2153 | Birmingham | AL | 35287 |
| Sunshine Mills, Inc. | Attn: Registered or Authorized Agent | C/O Cogency Global Inc | 2 North Jackson St. Suite 605 | Montgomery | AL | 36104 |
| Sunshine Mills, Inc. | Attn: Registered or Authorized Agent | c/o Cogency Global Inc | 850 New Burton Road Suite 201 | Dover | DE | 19904 |
| SW Corporation | Attn: Officer, Managing or General Agent | PO Box 218033 | | Barrigada | GU | 96921 |
| Swire Coca Cola USA | Attn: Officer, Managing or General Agent | 12634 South 265 West | | Draper | UT | 84020 |
| Swire Coca Cola USA | Attn: Registered or Authorized Agent | C/O CT Corporation System | 1108 E South Union Ave | Midvale | UT | 84047 |
| Tavano Team | Attn: Officer, Managing or General Agent | 6718 NW 72nd Ave. | Suite 19587 | Miami | FL | 33166 |
| Tavano Team | Attn: Registered or Authorized Agent | 848 Brickell Ave | Suite 300 | Miami | FL | 33131 |
| Tdbbs LLC | Attn: Officer, Managing or General Agent | 5701 East Port Blvd. | | Richmond | VA | 23231 |
| Tdbbs LLC | Attn: Registered or Authorized Agent | 251 Little Falls Dr. | | Wilmington | DE | 19808 |
| Tforce | Attn: Officer, Managing or General Agent | 5429 LBJ Freeway, Ste 900 | | Dallas | TX | 75240 |
| The Mibro Group | Attn: Officer, Managing or General Agent | 4039 Gennesee St. | | Buffalo | NY | 14267 |
| The Northwest Company LLC | Attn: Officer, Managing or General Agent | 49 Bryant Ave. | | Roslyn | NY | 11576 |
| The Northwest Company LLC | Attn: Officer, Managing or General Agent | PO Box 263 | | Roslyn | NY | 11576 |
| TNG GP SBT DSD | Attn: Officer, Managing or General Agent | 1955 Lake Park Drive | Suite 400 | Smyrna | GA | 30080 |
| TNG GP SBT DSD | Attn: Registered or Authorized Agent | C/O Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Trixxi Clothing Company Inc. | Attn: Officer, Managing or General Agent | 6817 E Acco St. | | Commerce | CA | 90040 |
| U.S. Security Associates, Inc. | Attn: Officer, Managing or General Agent | 200 Mansell CT E | | Roswell | GA | 30076 |
| U.S. Security Associates, Inc. | Attn: David Buckman | C/O Allied Universal | 161 Washington Street, Suite 600 | Conshohocken | PA | 19428 |
| U.S. Security Associates, Inc. | Attn: Registered or Authorized Agent | C/O C T Corporation System | 289 S Culver St | Lawrenceville | GA | 30046 |
| U.S. Security Associates, Inc. | Attn: Registered or Authorized Agent | C/O The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | Wilmington | DE | 19801 |
| Ultra Logistics Inc. | Attn: Officer, Managing or General Agent | 17-17 Route 208 North | | Fairlawn | NJ | 07410 |
| Unified Marine | Attn: Officer, Managing or General Agent | 1190 Old Asheville Hwy. | | Newport | TN | 37821 |
| Variety Accessories, LLC | Attn: Officer, Managing or General Agent | 223 SE 1st Ave. | PO Box 550 | Clara City | MN | 56222 |
| Variety Accessories, LLC | Attn: Registered or Authorized Agent | C/O Corporation Service Company | 2345 Rice Street Ste 230 | Roseville | MN | 55113 |
| Variety International Enterprises | Attn: Officer, Managing or General Agent | PO Box 7598 | | Tamuning | GU | 96931 |
| Varouj Appliances Services Inc. | Attn: Officer, Managing or General Agent | 6454 Lankershim Boulevard | | North Hollywood | CA | 91606 |
| Veronica Landaverde LLC | Attn: Officer, Managing or General Agent | 277 Santos Street | | San Francisco | CA | 94134 |
| Veronica Landaverde LLC | Attn: Officer, Managing or General Agent | 301 France Ave | | San Francisco | CA | 94112 |
| Young's Holdings, Inc. | Attn: Officer, Managing or General Agent | 14402 Franklin Avenue | | Tustin | CA | 92780 |
| Young's Holdings, Inc. | Attn: Registered or Authorized Agent | C/O Registered Agent Solutions, Inc. | 1220 S Street, Ste 150 | Sacramento | CA | 95811 |
| Young's Holdings, Inc. | Attn: Officer, Managing or General Agent | 9 East Lockerman St. | Ste 311 | Dover | DE | 19901 |
| Young's Holdings, Inc. | Attn: Registered or Authorized Agent | C/O Registered Agent Solutions, Inc. | 9 E Lockerman Street, Ste 311 | Dover | DE | 19901 |
| Zuru LLC | Attn: Officer, Managing or General Agent | 228 and 230 Nevada Street | | El Segundo | CA | 90245 |