Doron Yitzchaki, Esq.
Dickinson Wright PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: 734-623-1947
Fax:  844-670-6009
*Attorneys for Combine International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*,[1] | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Doron Yitzchaki, request admission to practice *pro hac vice* before the Honorable Robert D. Drain to represent Combine International, Inc., a creditor in the above-referenced case. I certify that I am a member in good standing of the bar of the State of Michigan and admitted to practice in the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   April 9, 2020

                                                     DICKINSON WRIGHT PLLC

                                                     By: /s/ Doron Yitzchaki
                                                     Doron Yitzchaki, Esq. (Michigan Bar #P72044)
                                                     350 S. Main Street, Suite 300
                                                     Ann Arbor, MI 48104
                                                     Tel: 734-623-1947
                                                     Fax:  844-670-6009
                                                     Email: dyitzchaki@dickinsonwright.com
                                                     *Attorneys for Combine International, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E

Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Doron Yitzchaki, Esq., to be admitted, *pro hac vice*, to represent Combine International, Inc. (the "Client"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Michigan and admitted to practice in the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan, it is hereby,

ORDERED, that Doron Yitzchaki, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

White Plains, New York         /s/_____
                                            UNITED STATES BANKRUPTCY JUDGE