**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:                                                                          Chapter 11

Sears Holdings Corporation, *et al.*,                       Case No. 18-23538-RDD

                    Debtors.                                              (Jointly Administered)

## <u>ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*</u>

Upon the motion of Doron Yitzchaki to be admitted, *pro hac vice*, to represent Combine International, Inc. (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Michigan and admitted to practice in the U.S. District Court for the Eastern District of Michigan and the U.S. District Court for the Western District of Michigan, it is hereby,

ORDERED, that Doron Yitzchaki, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
           April 9, 2020

                                                        */s/Robert D. Drain*
                                                        UNITED STATES BANKRUPTCY JUDGE