**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Craig A. Wolfe, Esq.

*Counsel to Kimco Realty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re                                                    :

                                                         :    **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,[1]    :

                                                         :    **Case No. 18-23538 (RDD)**

                                                         :

                             Debtors.           :    **(Jointly Administered)**

---------------------------------------------------------------x

<u>**NOTICE OF SUBSTITUTION OF COUNSEL**</u>

 PLEASE WITHDRAW THE APPEARANCE of Neil E. Herman as attorney for Kimco

Realty Corporation as he is no longer associated with Morgan, Lewis & Bockius LLP.

 PLEASE ENTER THE APPEARANCE of Craig A. Wolfe of Morgan, Lewis & Bockius

LLP as attorney for Kimco Realty Corporation.

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Craig A. Wolfe, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178
Ph:   212-309-6000
Fax:  212-309-6001
Email:  craig.wolfe@morganlewis.com

.

Dated: New York, New York       **MORGAN, LEWIS & BOCKIUS LLP**
      April 10, 2020       *Attorneys for Kimco Realty Corporation*


By:    */s/ Craig A. Wolfe*
      Craig A. Wolfe

      101 Park Avenue
      New York, New York 10178
      Tel:  212-309-6000
      Fax:  212-309-6001
      E-mail: craig.wolfe@morganlewis.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 10th day of April, 2020, a true and correct copy of the foregoing *Notice of Substitution of Counsel* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

<u>/s/ *Craig A. Wolfe*</u>
Craig A. Wolfe