**Kmart Invoice - Claim #14250**                                          **EXHIBIT A**

**Invoice Details By Invoice Range**          **10/15/2018 Date of filing**

| Man Id | Cl Id | Doc Type | Inv Num | Inv Date | # of Days | Store | PO | Total Cost | Voided |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595092 | 09/25/2018 | 20 | 3059 | 03059012377 | $45.90 | False |
| CMB | KME | X | 1595093 | 09/25/2018 | 20 | 3131 | 03131012377 | $11.20 | False |
| CMB | KME | X | 1595094 | 09/25/2018 | 20 | 3142 | 03142012377 | $56.20 | False |
| CMB | KME | X | 1595095 | 09/25/2018 | 20 | 3147 | 03147012377 | $32.80 | False |
| CMB | KME | X | 1595096 | 09/25/2018 | 20 | 3175 | 03175012377 | $10.50 | False |
| CMB | KME | X | 1595097 | 09/25/2018 | 20 | 3223 | 03223012377 | $11.85 | False |
| CMB | KME | X | 1595098 | 09/25/2018 | 20 | 3286 | 03286012377 | $29.80 | False |
| CMB | KME | X | 1595099 | 09/25/2018 | 20 | 3301 | 03301012377 | $10.50 | False |
| CMB | KME | X | 1595100 | 09/25/2018 | 20 | 3368 | 03368012377 | $11.85 | False |
| CMB | KME | X | 1595101 | 09/25/2018 | 20 | 3390 | 03390012377 | $11.85 | False |
| CMB | KME | X | 1595102 | 09/25/2018 | 20 | 3396 | 03396012377 | $24.45 | False |
| CMB | KME | X | 1595103 | 09/25/2018 | 20 | 3424 | 03424012377 | $87.31 | False |
| CMB | KME | X | 1595104 | 09/25/2018 | 20 | 3438 | 03438012377 | $9.85 | False |
| CMB | KME | X | 1595105 | 09/25/2018 | 20 | 3592 | 03592012377 | $29.20 | False |
| CMB | KME | X | 1595106 | 09/25/2018 | 20 | 3819 | 03819012377 | $10.50 | False |
| CMB | KME | X | 1595107 | 09/25/2018 | 20 | 3828 | 03828012377 | $59.13 | False |
| CMB | KME | X | 1595108 | 09/25/2018 | 20 | 3841 | 03841012377 | $9.85 | False |
| CMB | KME | X | 1595109 | 09/25/2018 | 20 | 3842 | 03842012377 | $10.80 | False |
| CMB | KME | X | 1595110 | 09/25/2018 | 20 | 3862 | 03862012377 | $43.50 | False |
| CMB | KME | X | 1595111 | 09/25/2018 | 20 | 3888 | 03888012377 | $58.95 | False |
| CMB | KME | X | 1595112 | 09/25/2018 | 20 | 3911 | 03911012377 | $11.65 | False |
| CMB | KME | X | 1595113 | 09/25/2018 | 20 | 3941 | 03941012377 | $13.00 | False |
| CMB | KME | X | 1595114 | 09/25/2018 | 20 | 4057 | 04057012377 | $44.45 | False |
| CMB | KME | X | 1595115 | 09/25/2018 | 20 | 4150 | 04150012377 | $41.41 | False |
| CMB | KME | X | 1595116 | 09/25/2018 | 20 | 4206 | 04206012377 | $29.90 | False |
| CMB | KME | X | 1595117 | 09/25/2018 | 20 | 4214 | 04214012377 | $77.50 | False |
| CMB | KME | X | 1595118 | 09/25/2018 | 20 | 4215 | 04215012377 | $21.40 | False |
| CMB | KME | X | 1595119 | 09/25/2018 | 20 | 4257 | 04257012377 | $10.50 | False |
| CMB | KME | X | 1595120 | 09/25/2018 | 20 | 4355 | 04355012377 | $13.00 | False |
| CMB | KME | X | 1595121 | 09/25/2018 | 20 | 4381 | 04381012377 | $11.25 | False |
| CMB | KME | X | 1595122 | 09/25/2018 | 20 | 4389 | 04389012377 | $18.70 | False |
| CMB | KME | X | 1595123 | 09/25/2018 | 20 | 4395 | 04395012377 | $169.20 | False |
| CMB | KME | X | 1595124 | 09/25/2018 | 20 | 4421 | 04421012377 | $11.50 | False |
| CMB | KME | X | 1595125 | 09/25/2018 | 20 | 4453 | 04453012377 | $18.70 | False |
| CMB | KME | X | 1595126 | 09/25/2018 | 20 | 4455 | 04455012377 | $60.20 | False |
| CMB | KME | X | 1595127 | 09/25/2018 | 20 | 4470 | 04470012377 | $10.50 | False |
| CMB | KME | X | 1595128 | 09/25/2018 | 20 | 4857 | 04857012377 | $43.50 | False |
| CMB | KME | X | 1595129 | 09/25/2018 | 20 | 4871 | 04871012377 | $17.95 | False |
| CMB | KME | X | 1595130 | 09/25/2018 | 20 | 4893 | 04893012377 | $37.55 | False |
| CMB | KME | X | 1595131 | 09/25/2018 | 20 | 4928 | 04928012377 | $135.25 | False |
| CMB | KME | X | 1595132 | 09/25/2018 | 20 | 7016 | 07016012377 | $11.85 | False |
| CMB | KME | X | 1595133 | 09/25/2018 | 20 | 7035 | 07035012377 | $9.85 | False |
| CMB | KME | X | 1595134 | 09/25/2018 | 20 | 7042 | 07042012377 | $18.35 | False |
| CMB | KME | X | 1595135 | 09/25/2018 | 20 | 7043 | 07043012377 | $9.85 | False |
| CMB | KME | X | 1595136 | 09/25/2018 | 20 | 7083 | 07083012377 | $32.80 | False |
| CMB | KME | X | 1595137 | 09/25/2018 | 20 | 7175 | 07175012377 | $11.85 | False |
| CMB | KME | X | 1595138 | 09/25/2018 | 20 | 7208 | 07208012377 | $95.65 | False |
| CMB | KME | X | 1595139 | 09/25/2018 | 20 | 7294 | 07294012377 | $60.20 | False |
| CMB | KME | X | 1595140 | 09/25/2018 | 20 | 7329 | 07329012377 | $48.45 | False |
| CMB | KME | X | 1595141 | 09/25/2018 | 20 | 7383 | 07383012377 | $22.10 | False |
| CMB | KME | X | 1595142 | 09/25/2018 | 20 | 7390 | 07390012377 | $11.85 | False |
| CMB | KME | X | 1595143 | 09/25/2018 | 20 | 7419 | 07419012377 | $11.50 | False |
| CMB | KME | X | 1595144 | 09/25/2018 | 20 | 7460 | 07460012377 | $12.40 | False |
| CMB | KME | X | 1595145 | 09/25/2018 | 20 | 7477 | 07477012377 | $24.85 | False |

| CMB | KME | X | 1595146 | 09/25/2018 | 20 | 7570 | 07570012377 | $11.50 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595147 | 09/25/2018 | 20 | 7616 | 07616012377 | $11.85 | False |
| CMB | KME | X | 1595148 | 09/25/2018 | 20 | 7619 | 07619012377 | $11.80 | False |
| CMB | KME | X | 1595149 | 09/25/2018 | 20 | 7639 | 07639012377 | $33.85 | False |
| CMB | KME | X | 1595150 | 09/25/2018 | 20 | 7644 | 07644012377 | $70.05 | False |
| CMB | KME | X | 1595151 | 09/25/2018 | 20 | 7654 | 07654012377 | $21.30 | False |
| CMB | KME | X | 1595152 | 09/25/2018 | 20 | 7717 | 07717012377 | $18.35 | False |
| CMB | KME | X | 1595153 | 09/25/2018 | 20 | 7741 | 07741012377 | $34.35 | False |
| CMB | KME | X | 1595154 | 09/25/2018 | 20 | 7752 | 07752012377 | $77.50 | False |
| CMB | KME | X | 1595155 | 09/25/2018 | 20 | 7784 | 07784012377 | $26.90 | False |
| CMB | KME | X | 1595156 | 09/25/2018 | 20 | 7788 | 07788012377 | $71.90 | False |
| CMB | KME | X | 1595157 | 09/25/2018 | 20 | 9381 | 09381012377 | $41.41 | False |
| CMB | KME | X | 1595158 | 09/25/2018 | 20 | 9394 | 09394012377 | $12.60 | False |
| CMB | KME | X | 1595159 | 09/25/2018 | 20 | 9420 | 09420012377 | $59.13 | False |
| CMB | KME | X | 1595160 | 09/25/2018 | 20 | 9438 | 09438012377 | $17.95 | False |
| CMB | KME | X | 1595161 | 09/25/2018 | 20 | 9520 | 09520012377 | $10.80 | False |
| CMB | KME | X | 1595162 | 09/25/2018 | 20 | 9557 | 09557012377 | $13.00 | False |
| CMB | KME | X | 1595163 | 09/25/2018 | 20 | 9608 | 09608012377 | $83.20 | False |
| CMB | KME | X | 1595164 | 09/25/2018 | 20 | 9711 | 09711012377 | $30.20 | False |
| CMB | KME | X | 1595165 | 09/25/2018 | 20 | 9761 | 09761012377 | $13.00 | False |
| CMB | KME | X | 1595166 | 09/25/2018 | 20 | 9794 | 09794012377 | $54.50 | False |
| CMB | KME | X | 1595167 | 09/28/2018 | 17 | 3040 | 03040012416 | $11.95 | False |
| CMB | KME | X | 1595168 | 09/28/2018 | 17 | 3059 | 03059012416 | $11.95 | False |
| CMB | KME | X | 1595169 | 09/28/2018 | 17 | 3074 | 03074012416 | $11.95 | False |
| CMB | KME | X | 1595170 | 09/28/2018 | 17 | 3127 | 03127012416 | $24.35 | False |
| CMB | KME | X | 1595171 | 09/28/2018 | 17 | 3155 | 03155012416 | $49.15 | False |
| CMB | KME | X | 1595172 | 09/28/2018 | 17 | 3172 | 03172012416 | $37.20 | False |
| CMB | KME | X | 1595173 | 09/28/2018 | 17 | 3174 | 03174012416 | $36.30 | False |
| CMB | KME | X | 1595174 | 09/28/2018 | 17 | 3251 | 03251012416 | $11.95 | False |
| CMB | KME | X | 1595175 | 09/28/2018 | 17 | 3368 | 03368012416 | $23.90 | False |
| CMB | KME | X | 1595176 | 09/28/2018 | 17 | 3371 | 03371012416 | $59.75 | False |
| CMB | KME | X | 1595177 | 09/28/2018 | 17 | 3405 | 03405012416 | $24.35 | False |
| CMB | KME | X | 1595178 | 09/28/2018 | 17 | 3415 | 03415012416 | $23.90 | False |
| CMB | KME | X | 1595179 | 09/28/2018 | 17 | 3424 | 03424012416 | $36.30 | False |
| CMB | KME | X | 1595180 | 09/28/2018 | 17 | 3483 | 03483012416 | $11.95 | False |
| CMB | KME | X | 1595181 | 09/28/2018 | 17 | 3486 | 03486012416 | $24.35 | False |
| CMB | KME | X | 1595182 | 09/28/2018 | 17 | 3499 | 03499012416 | $24.35 | False |
| CMB | KME | X | 1595183 | 09/28/2018 | 17 | 3592 | 03592012416 | $11.95 | False |
| CMB | KME | X | 1595184 | 09/28/2018 | 17 | 3600 | 03600012416 | $36.30 | False |
| CMB | KME | X | 1595185 | 09/28/2018 | 17 | 3654 | 03654012416 | $35.85 | False |
| CMB | KME | X | 1595186 | 09/28/2018 | 17 | 3678 | 03678012416 | $11.95 | False |
| CMB | KME | X | 1595187 | 09/28/2018 | 17 | 3699 | 03699012416 | $59.75 | False |
| CMB | KME | X | 1595188 | 09/28/2018 | 17 | 3707 | 03707012416 | $35.85 | False |
| CMB | KME | X | 1595189 | 09/28/2018 | 17 | 3793 | 03793012416 | $11.95 | False |
| CMB | KME | X | 1595190 | 09/28/2018 | 17 | 3839 | 03839012416 | $24.35 | False |
| CMB | KME | X | 1595191 | 09/28/2018 | 17 | 3862 | 03862012416 | $11.95 | False |
| CMB | KME | X | 1595192 | 09/28/2018 | 17 | 3888 | 03888012416 | $11.95 | False |
| CMB | KME | X | 1595193 | 09/28/2018 | 17 | 3945 | 03945012416 | $24.35 | False |
| CMB | KME | X | 1595194 | 09/28/2018 | 17 | 3954 | 03954012416 | $73.95 | False |
| CMB | KME | X | 1595195 | 09/28/2018 | 17 | 3993 | 03993012416 | $24.35 | False |
| CMB | KME | X | 1595196 | 09/28/2018 | 17 | 4016 | 04016012416 | $35.85 | False |
| CMB | KME | X | 1595197 | 09/28/2018 | 17 | 4034 | 04034012416 | $11.95 | False |
| CMB | KME | X | 1595198 | 09/28/2018 | 17 | 4123 | 04123012416 | $24.35 | False |
| CMB | KME | X | 1595199 | 09/28/2018 | 17 | 4206 | 04206012416 | $24.35 | False |
| CMB | KME | X | 1595200 | 09/28/2018 | 17 | 4257 | 04257012416 | $24.35 | False |
| CMB | KME | X | 1595201 | 09/28/2018 | 17 | 4304 | 04304012416 | $47.80 | False |
| CMB | KME | X | 1595202 | 09/28/2018 | 17 | 4381 | 04381012416 | $24.35 | False |
| CMB | KME | X | 1595203 | 09/28/2018 | 17 | 4399 | 04399012416 | $24.35 | False |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595204 | 09/28/2018 | 17 | 4407 | 04407012416 | $24.35 | False |
| CMB | KME | X | 1595205 | 09/28/2018 | 17 | 4421 | 04421012416 | $36.75 | False |
| CMB | KME | X | 1595206 | 09/28/2018 | 17 | 4453 | 04453012416 | $11.95 | False |
| CMB | KME | X | 1595207 | 09/28/2018 | 17 | 4457 | 04457012416 | $24.35 | False |
| CMB | KME | X | 1595208 | 09/28/2018 | 17 | 4494 | 04494012416 | $36.30 | False |
| CMB | KME | X | 1595209 | 09/28/2018 | 17 | 4706 | 04706012416 | $36.30 | False |
| CMB | KME | X | 1595210 | 09/28/2018 | 17 | 4725 | 04725012416 | $11.95 | False |
| CMB | KME | X | 1595211 | 09/28/2018 | 17 | 4728 | 04728012416 | $11.95 | False |
| CMB | KME | X | 1595212 | 09/28/2018 | 17 | 4751 | 04751012416 | $11.95 | False |
| CMB | KME | X | 1595213 | 09/28/2018 | 17 | 4810 | 04810012416 | $24.35 | False |
| CMB | KME | X | 1595214 | 09/28/2018 | 17 | 4819 | 04819012416 | $11.95 | False |
| CMB | KME | X | 1595215 | 09/28/2018 | 17 | 4844 | 04844012416 | $36.30 | False |
| CMB | KME | X | 1595216 | 09/28/2018 | 17 | 4893 | 04893012416 | $24.35 | False |
| CMB | KME | X | 1595217 | 09/28/2018 | 17 | 4928 | 04928012416 | $49.15 | False |
| CMB | KME | X | 1595218 | 09/28/2018 | 17 | 7016 | 07016012416 | $11.95 | False |
| CMB | KME | X | 1595219 | 09/28/2018 | 17 | 7017 | 07017012416 | $36.30 | False |
| CMB | KME | X | 1595220 | 09/28/2018 | 17 | 7062 | 07062012416 | $73.05 | False |
| CMB | KME | X | 1595221 | 09/28/2018 | 17 | 7175 | 07175012416 | $36.30 | False |
| CMB | KME | X | 1595222 | 09/28/2018 | 17 | 7177 | 07177012416 | $11.95 | False |
| CMB | KME | X | 1595223 | 09/28/2018 | 17 | 7255 | 07255012416 | $11.95 | False |
| CMB | KME | X | 1595224 | 09/28/2018 | 17 | 7274 | 07274012416 | $24.35 | False |
| CMB | KME | X | 1595225 | 09/28/2018 | 17 | 7321 | 07321012416 | $24.35 | False |
| CMB | KME | X | 1595226 | 09/28/2018 | 17 | 7383 | 07383012416 | $24.35 | False |
| CMB | KME | X | 1595227 | 09/28/2018 | 17 | 7390 | 07390012416 | $11.95 | False |
| CMB | KME | X | 1595228 | 09/28/2018 | 17 | 7397 | 07397012416 | $24.35 | False |
| CMB | KME | X | 1595229 | 09/28/2018 | 17 | 7460 | 07460012416 | $59.75 | False |
| CMB | KME | X | 1595230 | 09/28/2018 | 17 | 7471 | 07471012416 | $59.75 | False |
| CMB | KME | X | 1595231 | 09/28/2018 | 17 | 7626 | 07626012416 | $11.95 | False |
| CMB | KME | X | 1595232 | 09/28/2018 | 17 | 7654 | 07654012416 | $11.95 | False |
| CMB | KME | X | 1595233 | 09/28/2018 | 17 | 7713 | 07713012416 | $24.35 | False |
| CMB | KME | X | 1595234 | 09/28/2018 | 17 | 7768 | 07768012416 | $24.35 | False |
| CMB | KME | X | 1595235 | 09/28/2018 | 17 | 7783 | 07783012416 | $11.95 | False |
| CMB | KME | X | 1595236 | 09/28/2018 | 17 | 7784 | 07784012416 | $24.35 | False |
| CMB | KME | X | 1595237 | 09/28/2018 | 17 | 7788 | 07788012416 | $12.40 | False |
| CMB | KME | X | 1595238 | 09/28/2018 | 17 | 9348 | 09348012416 | $24.35 | False |
| CMB | KME | X | 1595239 | 09/28/2018 | 17 | 9381 | 09381012416 | $24.35 | False |
| CMB | KME | X | 1595240 | 09/28/2018 | 17 | 9385 | 09385012416 | $11.95 | False |
| CMB | KME | X | 1595241 | 09/28/2018 | 17 | 9392 | 09392012416 | $48.70 | False |
| CMB | KME | X | 1595242 | 09/28/2018 | 17 | 9394 | 09394012416 | $36.30 | False |
| CMB | KME | X | 1595243 | 09/28/2018 | 17 | 9413 | 09413012416 | $24.35 | False |
| CMB | KME | X | 1595244 | 09/28/2018 | 17 | 9549 | 09549012416 | $48.25 | False |
| CMB | KME | X | 1595245 | 09/28/2018 | 17 | 9608 | 09608012416 | $11.95 | False |
| CMB | KME | X | 1595246 | 09/28/2018 | 17 | 9614 | 09614012416 | $48.25 | False |
| CMB | KME | X | 1595247 | 09/28/2018 | 17 | 9746 | 09746012416 | $11.95 | False |
| CMB | KME | X | 1595248 | 09/28/2018 | 17 | 3059 | 03059012405 | $35.21 | False |
| CMB | KME | X | 1595249 | 09/28/2018 | 17 | 3074 | 03074012405 | $35.21 | False |
| CMB | KME | X | 1595250 | 09/28/2018 | 17 | 3086 | 03086012405 | $35.21 | False |
| CMB | KME | X | 1595251 | 09/28/2018 | 17 | 3088 | 03088012405 | $35.21 | False |
| CMB | KME | X | 1595252 | 09/28/2018 | 17 | 3127 | 03127012405 | $35.21 | False |
| CMB | KME | X | 1595253 | 09/28/2018 | 17 | 3155 | 03155012405 | $35.21 | False |
| CMB | KME | X | 1595254 | 09/28/2018 | 17 | 3172 | 03172012405 | $35.21 | False |
| CMB | KME | X | 1595255 | 09/28/2018 | 17 | 3216 | 03216012405 | $35.21 | False |
| CMB | KME | X | 1595256 | 09/28/2018 | 17 | 3251 | 03251012405 | $35.21 | False |
| CMB | KME | X | 1595257 | 09/28/2018 | 17 | 3269 | 03269012405 | $35.21 | False |
| CMB | KME | X | 1595258 | 09/28/2018 | 17 | 3301 | 03301012405 | $35.21 | False |
| CMB | KME | X | 1595259 | 09/28/2018 | 17 | 3317 | 03317012405 | $35.21 | False |
| CMB | KME | X | 1595260 | 09/28/2018 | 17 | 3345 | 03345012405 | $35.21 | False |
| CMB | KME | X | 1595261 | 09/28/2018 | 17 | 3379 | 03379012405 | $35.21 | False |

| CMB | KME | X | 1595262 | 09/28/2018 | 17 | 3412 | 03412012405 | $35.21 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595263 | 09/28/2018 | 17 | 3415 | 03415012405 | $35.21 | False |
| CMB | KME | X | 1595264 | 09/28/2018 | 17 | 3424 | 03424012405 | $35.21 | False |
| CMB | KME | X | 1595265 | 09/28/2018 | 17 | 3483 | 03483012405 | $35.21 | False |
| CMB | KME | X | 1595266 | 09/28/2018 | 17 | 3486 | 03486012405 | $35.21 | False |
| CMB | KME | X | 1595267 | 09/28/2018 | 17 | 3499 | 03499012405 | $35.21 | False |
| CMB | KME | X | 1595268 | 09/28/2018 | 17 | 3600 | 03600012405 | $35.21 | False |
| CMB | KME | X | 1595269 | 09/28/2018 | 17 | 3678 | 03678012405 | $35.21 | False |
| CMB | KME | X | 1595270 | 09/28/2018 | 17 | 3699 | 03699012405 | $35.21 | False |
| CMB | KME | X | 1595271 | 09/28/2018 | 17 | 3713 | 03713012405 | $35.21 | False |
| CMB | KME | X | 1595272 | 09/28/2018 | 17 | 3725 | 03725012405 | $35.21 | False |
| CMB | KME | X | 1595273 | 09/28/2018 | 17 | 3785 | 03785012405 | $35.21 | False |
| CMB | KME | X | 1595274 | 09/28/2018 | 17 | 3834 | 03834012405 | $35.21 | False |
| CMB | KME | X | 1595275 | 09/28/2018 | 17 | 3839 | 03839012405 | $35.21 | False |
| CMB | KME | X | 1595276 | 09/28/2018 | 17 | 3842 | 03842012405 | $35.21 | False |
| CMB | KME | X | 1595277 | 09/28/2018 | 17 | 3862 | 03862012405 | $35.21 | False |
| CMB | KME | X | 1595278 | 09/28/2018 | 17 | 3882 | 03882012405 | $35.21 | False |
| CMB | KME | X | 1595279 | 09/28/2018 | 17 | 3884 | 03884012405 | $35.21 | False |
| CMB | KME | X | 1595280 | 09/28/2018 | 17 | 3888 | 03888012405 | $35.21 | False |
| CMB | KME | X | 1595281 | 09/28/2018 | 17 | 3993 | 03993012405 | $35.21 | False |
| CMB | KME | X | 1595282 | 09/28/2018 | 17 | 4016 | 04016012405 | $35.21 | False |
| CMB | KME | X | 1595283 | 09/28/2018 | 17 | 4034 | 04034012405 | $35.21 | False |
| CMB | KME | X | 1595284 | 09/28/2018 | 17 | 4047 | 04047012405 | $35.21 | False |
| CMB | KME | X | 1595285 | 09/28/2018 | 17 | 4057 | 04057012405 | $35.21 | False |
| CMB | KME | X | 1595286 | 09/28/2018 | 17 | 4123 | 04123012405 | $35.21 | False |
| CMB | KME | X | 1595287 | 09/28/2018 | 17 | 4141 | 04141012405 | $35.21 | False |
| CMB | KME | X | 1595288 | 09/28/2018 | 17 | 4188 | 04188012405 | $35.21 | False |
| CMB | KME | X | 1595289 | 09/28/2018 | 17 | 4206 | 04206012405 | $35.21 | False |
| CMB | KME | X | 1595290 | 09/28/2018 | 17 | 4215 | 04215012405 | $35.21 | False |
| CMB | KME | X | 1595291 | 09/28/2018 | 17 | 4257 | 04257012405 | $35.21 | False |
| CMB | KME | X | 1595292 | 09/28/2018 | 17 | 4349 | 04349012405 | $35.21 | False |
| CMB | KME | X | 1595293 | 09/28/2018 | 17 | 4355 | 04355012405 | $35.21 | False |
| CMB | KME | X | 1595294 | 09/28/2018 | 17 | 4381 | 04381012405 | $35.21 | False |
| CMB | KME | X | 1595295 | 09/28/2018 | 17 | 4399 | 04399012405 | $35.21 | False |
| CMB | KME | X | 1595296 | 09/28/2018 | 17 | 4421 | 04421012405 | $35.21 | False |
| CMB | KME | X | 1595297 | 09/28/2018 | 17 | 4442 | 04442012405 | $35.21 | False |
| CMB | KME | X | 1595298 | 09/28/2018 | 17 | 4453 | 04453012405 | $35.21 | False |
| CMB | KME | X | 1595299 | 09/28/2018 | 17 | 4457 | 04457012405 | $35.21 | False |
| CMB | KME | X | 1595300 | 09/28/2018 | 17 | 4490 | 04490012405 | $35.21 | False |
| CMB | KME | X | 1595301 | 09/28/2018 | 17 | 4494 | 04494012405 | $35.21 | False |
| CMB | KME | X | 1595302 | 09/28/2018 | 17 | 4706 | 04706012405 | $35.21 | False |
| CMB | KME | X | 1595303 | 09/28/2018 | 17 | 4807 | 04807012405 | $35.21 | False |
| CMB | KME | X | 1595304 | 09/28/2018 | 17 | 4810 | 04810012405 | $35.21 | False |
| CMB | KME | X | 1595305 | 09/28/2018 | 17 | 4893 | 04893012405 | $35.21 | False |
| CMB | KME | X | 1595306 | 09/28/2018 | 17 | 4928 | 04928012405 | $35.21 | False |
| CMB | KME | X | 1595307 | 09/28/2018 | 17 | 7016 | 07016012405 | $35.21 | False |
| CMB | KME | X | 1595308 | 09/28/2018 | 17 | 7017 | 07017012405 | $35.21 | False |
| CMB | KME | X | 1595309 | 09/28/2018 | 17 | 7062 | 07062012405 | $35.21 | False |
| CMB | KME | X | 1595310 | 09/28/2018 | 17 | 7165 | 07165012405 | $35.21 | False |
| CMB | KME | X | 1595311 | 09/28/2018 | 17 | 7175 | 07175012405 | $35.21 | False |
| CMB | KME | X | 1595312 | 09/28/2018 | 17 | 7208 | 07208012405 | $35.21 | False |
| CMB | KME | X | 1595313 | 09/28/2018 | 17 | 7223 | 07223012405 | $35.21 | False |
| CMB | KME | X | 1595314 | 09/28/2018 | 17 | 7229 | 07229012405 | $35.21 | False |
| CMB | KME | X | 1595315 | 09/28/2018 | 17 | 7255 | 07255012405 | $35.21 | False |
| CMB | KME | X | 1595316 | 09/28/2018 | 17 | 7274 | 07274012405 | $35.21 | False |
| CMB | KME | X | 1595317 | 09/28/2018 | 17 | 7321 | 07321012405 | $35.21 | False |
| CMB | KME | X | 1595318 | 09/28/2018 | 17 | 7397 | 07397012405 | $35.21 | False |
| CMB | KME | X | 1595319 | 09/28/2018 | 17 | 7419 | 07419012405 | $35.21 | False |

| CMB | KME | X | 1595320 | 09/28/2018 | 17 | 7446 | 07446012405 | $35.21 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595321 | 09/28/2018 | 17 | 7460 | 07460012405 | $35.21 | False |
| CMB | KME | X | 1595322 | 09/28/2018 | 17 | 7471 | 07471012405 | $35.21 | False |
| CMB | KME | X | 1595323 | 09/28/2018 | 17 | 7570 | 07570012405 | $35.21 | False |
| CMB | KME | X | 1595324 | 09/28/2018 | 17 | 7626 | 07626012405 | $35.21 | False |
| CMB | KME | X | 1595325 | 09/28/2018 | 17 | 7644 | 07644012405 | $35.21 | False |
| CMB | KME | X | 1595326 | 09/28/2018 | 17 | 7665 | 07665012405 | $35.21 | False |
| CMB | KME | X | 1595327 | 09/28/2018 | 17 | 7705 | 07705012405 | $35.21 | False |
| CMB | KME | X | 1595328 | 09/28/2018 | 17 | 7713 | 07713012405 | $35.21 | False |
| CMB | KME | X | 1595329 | 09/28/2018 | 17 | 7741 | 07741012405 | $35.21 | False |
| CMB | KME | X | 1595330 | 09/28/2018 | 17 | 7783 | 07783012405 | $35.21 | False |
| CMB | KME | X | 1595331 | 09/28/2018 | 17 | 7788 | 07788012405 | $35.21 | False |
| CMB | KME | X | 1595332 | 09/28/2018 | 17 | 9328 | 09328012405 | $35.21 | False |
| CMB | KME | X | 1595333 | 09/28/2018 | 17 | 9348 | 09348012405 | $35.21 | False |
| CMB | KME | X | 1595334 | 09/28/2018 | 17 | 9394 | 09394012405 | $35.21 | False |
| CMB | KME | X | 1595335 | 09/28/2018 | 17 | 9416 | 09416012405 | $35.21 | False |
| CMB | KME | X | 1595336 | 09/28/2018 | 17 | 9549 | 09549012405 | $35.21 | False |
| CMB | KME | X | 1595337 | 09/28/2018 | 17 | 9761 | 09761012405 | $35.21 | False |
| CMB | KME | X | 1595338 | 10/04/2018 | 11 | 3013 | 03013012440 | $34.60 | False |
| CMB | KME | X | 1595339 | 10/04/2018 | 11 | 3029 | 03029012440 | $13.00 | False |
| CMB | KME | X | 1595340 | 10/04/2018 | 11 | 3040 | 03040012440 | $60.20 | False |
| CMB | KME | X | 1595341 | 10/04/2018 | 11 | 3059 | 03059012440 | $41.65 | False |
| CMB | KME | X | 1595342 | 10/04/2018 | 11 | 3086 | 03086012440 | $9.85 | False |
| CMB | KME | X | 1595343 | 10/04/2018 | 11 | 3127 | 03127012440 | $11.25 | False |
| CMB | KME | X | 1595344 | 10/04/2018 | 11 | 3172 | 03172012440 | $9.85 | False |
| CMB | KME | X | 1595345 | 10/04/2018 | 11 | 3216 | 03216012440 | $13.00 | False |
| CMB | KME | X | 1595346 | 10/04/2018 | 11 | 3223 | 03223012440 | $11.20 | False |
| CMB | KME | X | 1595347 | 10/04/2018 | 11 | 3225 | 03225012440 | $21.75 | False |
| CMB | KME | X | 1595348 | 10/04/2018 | 11 | 3235 | 03235012440 | $18.35 | False |
| CMB | KME | X | 1595349 | 10/04/2018 | 11 | 3251 | 03251012440 | $9.85 | False |
| CMB | KME | X | 1595350 | 10/04/2018 | 11 | 3286 | 03286012440 | $10.50 | False |
| CMB | KME | X | 1595351 | 10/04/2018 | 11 | 3288 | 03288012440 | $11.85 | False |
| CMB | KME | X | 1595352 | 10/04/2018 | 11 | 3301 | 03301012440 | $34.60 | False |
| CMB | KME | X | 1595353 | 10/04/2018 | 11 | 3345 | 03345012440 | $9.85 | False |
| CMB | KME | X | 1595354 | 10/04/2018 | 11 | 3379 | 03379012440 | $34.60 | False |
| CMB | KME | X | 1595355 | 10/04/2018 | 11 | 3380 | 03380012440 | $32.95 | False |
| CMB | KME | X | 1595356 | 10/04/2018 | 11 | 3390 | 03390012440 | $33.55 | False |
| CMB | KME | X | 1595357 | 10/04/2018 | 11 | 3405 | 03405012440 | $34.60 | False |
| CMB | KME | X | 1595358 | 10/04/2018 | 11 | 3483 | 03483012440 | $9.85 | False |
| CMB | KME | X | 1595359 | 10/04/2018 | 11 | 3484 | 03484012440 | $60.20 | False |
| CMB | KME | X | 1595360 | 10/04/2018 | 11 | 3486 | 03486012440 | $18.35 | False |
| CMB | KME | X | 1595361 | 10/04/2018 | 11 | 3527 | 03527012440 | $10.80 | False |
| CMB | KME | X | 1595362 | 10/04/2018 | 11 | 3597 | 03597012440 | $34.60 | False |
| CMB | KME | X | 1595363 | 10/04/2018 | 11 | 3600 | 03600012440 | $48.40 | False |
| CMB | KME | X | 1595364 | 10/04/2018 | 11 | 3678 | 03678012440 | $32.80 | False |
| CMB | KME | X | 1595365 | 10/04/2018 | 11 | 3699 | 03699012440 | $11.85 | False |
| CMB | KME | X | 1595366 | 10/04/2018 | 11 | 3748 | 03748012440 | $10.30 | False |
| CMB | KME | X | 1595367 | 10/04/2018 | 11 | 3793 | 03793012440 | $35.21 | False |
| CMB | KME | X | 1595368 | 10/04/2018 | 11 | 3819 | 03819012440 | $32.80 | False |
| CMB | KME | X | 1595369 | 10/04/2018 | 11 | 3978 | 03978012440 | $34.60 | False |
| CMB | KME | X | 1595370 | 10/04/2018 | 11 | 4016 | 04016012440 | $13.00 | False |
| CMB | KME | X | 1595371 | 10/04/2018 | 11 | 4026 | 04026012440 | $12.90 | False |
| CMB | KME | X | 1595372 | 10/04/2018 | 11 | 4034 | 04034012440 | $9.85 | False |
| CMB | KME | X | 1595373 | 10/04/2018 | 11 | 4047 | 04047012440 | $23.85 | False |
| CMB | KME | X | 1595374 | 10/04/2018 | 11 | 4057 | 04057012440 | $10.50 | False |
| CMB | KME | X | 1595375 | 10/04/2018 | 11 | 4113 | 04113012440 | $34.60 | False |
| CMB | KME | X | 1595376 | 10/04/2018 | 11 | 4141 | 04141012440 | $20.80 | False |
| CMB | KME | X | 1595377 | 10/04/2018 | 11 | 4188 | 04188012440 | $11.20 | False |

| CMB | KME | X | 1595378 | 10/04/2018 | 11 | 4206 | 04206012440 | $60.20 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595379 | 10/04/2018 | 11 | 4214 | 04214012440 | $41.41 | False |
| CMB | KME | X | 1595380 | 10/04/2018 | 11 | 4215 | 04215012440 | $10.50 | False |
| CMB | KME | X | 1595381 | 10/04/2018 | 11 | 4257 | 04257012440 | $10.80 | False |
| CMB | KME | X | 1595382 | 10/04/2018 | 11 | 4297 | 04297012440 | $29.50 | False |
| CMB | KME | X | 1595383 | 10/04/2018 | 11 | 4304 | 04304012440 | $12.90 | False |
| CMB | KME | X | 1595384 | 10/04/2018 | 11 | 4349 | 04349012440 | $34.60 | False |
| CMB | KME | X | 1595385 | 10/04/2018 | 11 | 4355 | 04355012440 | $9.85 | False |
| CMB | KME | X | 1595386 | 10/04/2018 | 11 | 4389 | 04389012440 | $18.85 | False |
| CMB | KME | X | 1595387 | 10/04/2018 | 11 | 4455 | 04455012440 | $35.21 | False |
| CMB | KME | X | 1595388 | 10/04/2018 | 11 | 4728 | 04728012440 | $104.41 | False |
| CMB | KME | X | 1595389 | 10/04/2018 | 11 | 4819 | 04819012440 | $45.71 | False |
| CMB | KME | X | 1595390 | 10/04/2018 | 11 | 4844 | 04844012440 | $0.00 | True |
| CMB | KME | X | 1595391 | 10/04/2018 | 11 | 4858 | 04858012440 | $34.60 | False |
| CMB | KME | X | 1595392 | 10/04/2018 | 11 | 4871 | 04871012440 | $11.85 | False |
| CMB | KME | X | 1595393 | 10/04/2018 | 11 | 4893 | 04893012440 | $18.85 | False |
| CMB | KME | X | 1595394 | 10/04/2018 | 11 | 7006 | 07006012440 | $34.60 | False |
| CMB | KME | X | 1595395 | 10/04/2018 | 11 | 7016 | 07016012440 | $29.20 | False |
| CMB | KME | X | 1595396 | 10/04/2018 | 11 | 7017 | 07017012440 | $11.25 | False |
| CMB | KME | X | 1595397 | 10/04/2018 | 11 | 7031 | 07031012440 | $24.35 | False |
| CMB | KME | X | 1595398 | 10/04/2018 | 11 | 7033 | 07033012440 | $10.80 | False |
| CMB | KME | X | 1595399 | 10/04/2018 | 11 | 7035 | 07035012440 | $34.95 | False |
| CMB | KME | X | 1595400 | 10/04/2018 | 11 | 7042 | 07042012440 | $21.75 | False |
| CMB | KME | X | 1595401 | 10/04/2018 | 11 | 7062 | 07062012440 | $59.13 | False |
| CMB | KME | X | 1595402 | 10/04/2018 | 11 | 7098 | 07098012440 | $29.50 | False |
| CMB | KME | X | 1595403 | 10/04/2018 | 11 | 7169 | 07169012440 | $77.50 | False |
| CMB | KME | X | 1595404 | 10/04/2018 | 11 | 7177 | 07177012440 | $76.62 | False |
| CMB | KME | X | 1595405 | 10/04/2018 | 11 | 7208 | 07208012440 | $11.85 | False |
| CMB | KME | X | 1595406 | 10/04/2018 | 11 | 7223 | 07223012440 | $100.46 | False |
| CMB | KME | X | 1595407 | 10/04/2018 | 11 | 7274 | 07274012440 | $12.90 | False |
| CMB | KME | X | 1595408 | 10/04/2018 | 11 | 7321 | 07321012440 | $24.45 | False |
| CMB | KME | X | 1595409 | 10/04/2018 | 11 | 7329 | 07329012440 | $46.41 | False |
| CMB | KME | X | 1595410 | 10/04/2018 | 11 | 7390 | 07390012440 | $11.50 | False |
| CMB | KME | X | 1595411 | 10/04/2018 | 11 | 7419 | 07419012440 | $34.60 | False |
| CMB | KME | X | 1595412 | 10/04/2018 | 11 | 7471 | 07471012440 | $10.80 | False |
| CMB | KME | X | 1595413 | 10/04/2018 | 11 | 7477 | 07477012440 | $17.95 | False |
| CMB | KME | X | 1595414 | 10/04/2018 | 11 | 7570 | 07570012440 | $65.90 | False |
| CMB | KME | X | 1595415 | 10/04/2018 | 11 | 7616 | 07616012440 | $171.67 | False |
| CMB | KME | X | 1595416 | 10/04/2018 | 11 | 7639 | 07639012440 | $17.95 | False |
| CMB | KME | X | 1595417 | 10/04/2018 | 11 | 7644 | 07644012440 | $24.10 | False |
| CMB | KME | X | 1595418 | 10/04/2018 | 11 | 7654 | 07654012440 | $24.85 | False |
| CMB | KME | X | 1595419 | 10/04/2018 | 11 | 7665 | 07665012440 | $18.85 | False |
| CMB | KME | X | 1595420 | 10/04/2018 | 11 | 7741 | 07741012440 | $53.05 | False |
| CMB | KME | X | 1595421 | 10/04/2018 | 11 | 7784 | 07784012440 | $0.00 | True |
| CMB | KME | X | 1595422 | 10/04/2018 | 11 | 7788 | 07788012440 | $57.25 | False |
| CMB | KME | X | 1595423 | 10/04/2018 | 11 | 9096 | 09096012440 | $43.50 | False |
| CMB | KME | X | 1595424 | 10/04/2018 | 11 | 9122 | 09122012440 | $35.21 | False |
| CMB | KME | X | 1595425 | 10/04/2018 | 11 | 9354 | 09354012440 | $0.00 | True |
| CMB | KME | X | 1595426 | 10/04/2018 | 11 | 9394 | 09394012440 | $99.15 | False |
| CMB | KME | X | 1595427 | 10/04/2018 | 11 | 9416 | 09416012440 | $30.70 | False |
| CMB | KME | X | 1595428 | 10/04/2018 | 11 | 9520 | 09520012440 | $9.85 | False |
| CMB | KME | X | 1595429 | 10/04/2018 | 11 | 9551 | 09551012440 | $24.45 | False |
| CMB | KME | X | 1595430 | 10/04/2018 | 11 | 9608 | 09608012440 | $22.65 | False |
| CMB | KME | X | 1595431 | 10/04/2018 | 11 | 9735 | 09735012440 | $30.55 | False |
| CMB | KME | X | 1595432 | 10/04/2018 | 11 | 9794 | 09794012440 | $13.00 | False |
| CMB | KME | X | 1595433 | 10/04/2018 | 11 | 9394 | 09394012466 | $112.10 | False |
| CMB | KME | X | 1595434 | 10/04/2018 | 11 | 4844 | 04844012440 | $46.10 | False |
| CMB | KME | X | 1595435 | 10/04/2018 | 11 | 9354 | 09354012440 | $34.60 | False |

| CMB | KME | X | 1595436 | 10/09/2018 | 6 | 3013 | 03013012478 | $0.00 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595437 | 10/09/2018 | 6 | 3040 | 03040012478 | $0.00 | False |
| CMB | KME | X | 1595438 | 10/09/2018 | 6 | 3059 | 03059012478 | $0.00 | False |
| CMB | KME | X | 1595439 | 10/09/2018 | 6 | 3086 | 03086012478 | $0.00 | False |
| CMB | KME | X | 1595440 | 10/09/2018 | 6 | 3147 | 03147012478 | $0.00 | False |
| CMB | KME | X | 1595441 | 10/09/2018 | 6 | 3155 | 03155012478 | $0.00 | False |
| CMB | KME | X | 1595442 | 10/09/2018 | 6 | 3216 | 03216012478 | $0.00 | False |
| CMB | KME | X | 1595443 | 10/09/2018 | 6 | 3235 | 03235012478 | $0.00 | False |
| CMB | KME | X | 1595444 | 10/09/2018 | 6 | 3269 | 03269012478 | $0.00 | False |
| CMB | KME | X | 1595445 | 10/09/2018 | 6 | 3471 | 03471012478 | $0.00 | False |
| CMB | KME | X | 1595446 | 10/09/2018 | 6 | 3499 | 03499012478 | $0.00 | False |
| CMB | KME | X | 1595447 | 10/09/2018 | 6 | 3501 | 03501012478 | $0.00 | False |
| CMB | KME | X | 1595448 | 10/09/2018 | 6 | 3592 | 03592012478 | $0.00 | False |
| CMB | KME | X | 1595449 | 10/09/2018 | 6 | 3597 | 03597012478 | $0.00 | False |
| CMB | KME | X | 1595450 | 10/09/2018 | 6 | 3744 | 03744012478 | $0.00 | False |
| CMB | KME | X | 1595451 | 10/09/2018 | 6 | 3785 | 03785012478 | $0.00 | False |
| CMB | KME | X | 1595452 | 10/09/2018 | 6 | 3793 | 03793012478 | $0.00 | False |
| CMB | KME | X | 1595453 | 10/09/2018 | 6 | 3818 | 03818012478 | $0.00 | False |
| CMB | KME | X | 1595454 | 10/09/2018 | 6 | 3819 | 03819012478 | $0.00 | False |
| CMB | KME | X | 1595455 | 10/09/2018 | 6 | 3851 | 03851012478 | $0.00 | False |
| CMB | KME | X | 1595456 | 10/09/2018 | 6 | 3862 | 03862012478 | $0.00 | False |
| CMB | KME | X | 1595457 | 10/09/2018 | 6 | 3886 | 03886012478 | $0.00 | False |
| CMB | KME | X | 1595458 | 10/09/2018 | 6 | 3888 | 03888012478 | $0.00 | False |
| CMB | KME | X | 1595459 | 10/09/2018 | 6 | 3982 | 03982012478 | $0.00 | False |
| CMB | KME | X | 1595460 | 10/09/2018 | 6 | 4022 | 04022012478 | $0.00 | False |
| CMB | KME | X | 1595461 | 10/09/2018 | 6 | 4047 | 04047012478 | $0.00 | False |
| CMB | KME | X | 1595462 | 10/09/2018 | 6 | 4048 | 04048012478 | $0.00 | False |
| CMB | KME | X | 1595463 | 10/09/2018 | 6 | 4141 | 04141012478 | $0.00 | False |
| CMB | KME | X | 1595464 | 10/09/2018 | 6 | 4150 | 04150012478 | $0.00 | False |
| CMB | KME | X | 1595465 | 10/09/2018 | 6 | 4304 | 04304012478 | $0.00 | False |
| CMB | KME | X | 1595466 | 10/09/2018 | 6 | 4455 | 04455012478 | $0.00 | False |
| CMB | KME | X | 1595467 | 10/09/2018 | 6 | 4457 | 04457012478 | $0.00 | False |
| CMB | KME | X | 1595468 | 10/09/2018 | 6 | 4494 | 04494012478 | $0.00 | False |
| CMB | KME | X | 1595469 | 10/09/2018 | 6 | 4728 | 04728012478 | $0.00 | False |
| CMB | KME | X | 1595470 | 10/09/2018 | 6 | 4732 | 04732012478 | $0.00 | False |
| CMB | KME | X | 1595471 | 10/09/2018 | 6 | 4741 | 04741012478 | $0.00 | False |
| CMB | KME | X | 1595472 | 10/09/2018 | 6 | 4751 | 04751012478 | $0.00 | False |
| CMB | KME | X | 1595473 | 10/09/2018 | 6 | 4782 | 04782012478 | $0.00 | False |
| CMB | KME | X | 1595474 | 10/09/2018 | 6 | 4844 | 04844012478 | $0.00 | False |
| CMB | KME | X | 1595475 | 10/09/2018 | 6 | 4996 | 04996012478 | $0.00 | False |
| CMB | KME | X | 1595476 | 10/09/2018 | 6 | 7033 | 07033012478 | $0.00 | False |
| CMB | KME | X | 1595477 | 10/09/2018 | 6 | 7042 | 07042012478 | $0.00 | False |
| CMB | KME | X | 1595478 | 10/09/2018 | 6 | 7109 | 07109012478 | $0.00 | False |
| CMB | KME | X | 1595479 | 10/09/2018 | 6 | 7169 | 07169012478 | $0.00 | False |
| CMB | KME | X | 1595480 | 10/09/2018 | 6 | 7175 | 07175012478 | $0.00 | False |
| CMB | KME | X | 1595481 | 10/09/2018 | 6 | 7229 | 07229012478 | $0.00 | False |
| CMB | KME | X | 1595482 | 10/09/2018 | 6 | 7329 | 07329012478 | $0.00 | False |
| CMB | KME | X | 1595483 | 10/09/2018 | 6 | 7372 | 07372012478 | $0.00 | False |
| CMB | KME | X | 1595484 | 10/09/2018 | 6 | 7383 | 07383012478 | $0.00 | False |
| CMB | KME | X | 1595485 | 10/09/2018 | 6 | 7419 | 07419012478 | $0.00 | False |
| CMB | KME | X | 1595486 | 10/09/2018 | 6 | 7471 | 07471012478 | $0.00 | False |
| CMB | KME | X | 1595487 | 10/09/2018 | 6 | 7477 | 07477012478 | $0.00 | False |
| CMB | KME | X | 1595488 | 10/09/2018 | 6 | 7570 | 07570012478 | $0.00 | False |
| CMB | KME | X | 1595489 | 10/09/2018 | 6 | 7616 | 07616012478 | $0.00 | False |
| CMB | KME | X | 1595490 | 10/09/2018 | 6 | 7626 | 07626012478 | $0.00 | False |
| CMB | KME | X | 1595491 | 10/09/2018 | 6 | 7639 | 07639012478 | $0.00 | False |
| CMB | KME | X | 1595492 | 10/09/2018 | 6 | 7644 | 07644012478 | $0.00 | False |
| CMB | KME | X | 1595493 | 10/09/2018 | 6 | 7653 | 07653012478 | $0.00 | False |

| CMB | KME | X | 1595494 | 10/09/2018 | 6 | 7717 | 07717012478 | $0.00 | False |
|---|---|---|---|---|---|---|---|---|---|
| CMB | KME | X | 1595495 | 10/09/2018 | 6 | 7741 | 07741012478 | $0.00 | False |
| CMB | KME | X | 1595496 | 10/09/2018 | 6 | 7788 | 07788012478 | $0.00 | False |
| CMB | KME | X | 1595497 | 10/09/2018 | 6 | 9392 | 09392012478 | $0.00 | False |
| CMB | KME | X | 1595498 | 10/09/2018 | 6 | 9394 | 09394012478 | $0.00 | False |
| CMB | KME | X | 1595499 | 10/09/2018 | 6 | 9438 | 09438012478 | $0.00 | False |
| CMB | KME | X | 1595500 | 10/09/2018 | 6 | 9520 | 09520012478 | $0.00 | False |
| CMB | KME | X | 1595501 | 10/09/2018 | 6 | 9551 | 09551012478 | $0.00 | False |
| CMB | KME | X | 1595502 | 10/09/2018 | 6 | 9621 | 09621012478 | $0.00 | False |
| CMB | KME | X | 1595503 | 10/09/2018 | 6 | 9735 | 09735012478 | $0.00 | False |

$10,866.99