**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No.: 18-23538-rdd |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Chapter 11 |
| | : | |
| Debtor. | : | (Joint Administration) |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND REQUEST FOR REMOVAL FROM SERVICE LIST AND ECF

**PLEASE TAKE NOTICE** that the undersigned attorney has appeared as counsel for landlord/creditor and interested party CM Grayson, LLC in the above-referenced case.

**PLEASE TAKE NOTICE** that the undersigned now withdraws his appearance. The undersigned counsel certifies there is no controversy currently pending before the Court and that CM Grayson, LLC consents to this withdrawal as counsel.

**PLEASE TAKE NOTICE** that the undersigned requests to be removed from all service lists, the mailing matrix, and the Court's electronic notice (ECF) system in this matter.

Dated this 13th day of April, 2020.

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Attorneys for CM Grayson, LLC*
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL  33301
Telephone: (954) 462-8000
Facsimile:  (954) 462-4300

By: /s/ Chad P. Pugatch
    CHAD P. PUGATCH
    Florida Bar No. 220582
    cpugatch@rprslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties receiving notice via the Court's CM/ECF system on this 13th day of April, 2020.

By: /s/ Chad P. Pugatch
CHAD P. PUGATCH