JONES & WALDEN, LLC
Leon S. Jones
Georgia Bar No. 003980
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
ljones@joneswalden.com
*Attorney for Defendant Hi-Tech Pharmaceuticals, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>**Sears Holdings Corporation, et. al,**[1]<br><br>Debtors. | **CHAPTER 11**<br><br>**CASE NO. 18-23538 (RDD)**<br>**Jointly Administered** |

**WITHDRAWAL OF NOTICE OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Leon S. Jones of Jones & Walden, LLC, hereby withdraws his appearance as counsel for party-in-interest Hi-Tech Pharmaceuticals, Inc. in the above-styled chapter 11 cases and requests to be removed from all service lists involved in same. The Clerk is authorized and requested to remove the undersigned from the mailing matrix in this case and discontinue service

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holding Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

of any notices via the Bankruptcy Court's Electronic Case Filing program.

    Respectfully submitted this 13th day of April, 2020.

**JONES & WALDEN, LLC**

/s/ *Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Withdrawing Counsel for Hi-Tech
Pharmaceuticals, Inc.
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
LJones@joneswalden.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, I electronically filed the foregoing *Withdrawal of Notice of Appearance of Counsel and Request for Removal from Service List* with the United States Bankruptcy Court for the Southern District of New York using the CM/ECF system which sent a notice of and an accompanying link to this document to all counsel of record.

Respectfully submitted this 13th day of April, 2020.

**JONES & WALDEN, LLC**

/s/ *Leon S. Jones*
Leon S. Jones
Georgia Bar No. 003980
Withdrawing Counsel for Hi-Tech
Pharmaceuticals, Inc.
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
LJones@joneswalden.com