Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow Esq.
DUANE MORRIS LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

*Attorneys for International Business Machines Corporation
and Advance Magazine Publishers Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------------X

### NOTICE OF CHANGE OF LAW FIRM NAME AND E-MAIL ADDRESSES

**PLEASE TAKE NOTICE** that the law firm SATTERLEE STEPHENS LLP, attorneys for International Business Machines Corporation and Advance Magazine Publishers Inc., has combined with and changed its name to DUANE MORRIS LLP. The address, phone numbers, and facsimile number of the firm will remain the same. The email addresses for Christopher R. Belmonte, Pamela A. Bosswick and Abigail Snow have changed to the following:

| | |
|---|---|
| Christopher R. Belmonte, Esq. | CRBelmonte@duanemorris.com |
| Pamela A. Bosswick, Esq. | PABosswick@duanemorris.com |
| Abigail Snow, Esq. | AESnow@duanemorris.com |

-2-

Dated: New York, New York
April 13, 2020

DUANE MORRIS LLP

By: /s/ Christopher R. Belmonte
Christopher R. Belmonte
Pamela A. Bosswick
Abigail Snow
230 Park Avenue
New York, New York 10169
Phone: (212) 818-9200
Fax: (212) 818-9606
Email: CRBelmonte@duanemorris.com
PABosswick@duanemorris.com
AESnow@duanemorris.com

*Attorneys for International Business Machines Corporation and Advance Magazine Publishers Inc.*