**BOYAMIAN LAW, INC.**
Michael H. Boyamian, *Pro Hac Vice Application Pending*
*California State Bar No. 256107*
Armand R. Kizirian, *Pro Hac Vice Application Pending*
*California State Bar No. 293992*
550 N. Brand Blvd., Suite 1500
Glendale, California 91203
Telephone: (818) 547-5300
Facsimile: (818) 547-5678
E-mail: michael@boyamianlaw.com,
      armand@boyamianlaw.com

*Attorneys for Creditors Massoud Afzal and*
*Oswaldo Cruz, Individuals*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                               :

| | | |
|---|---|---|
| **In re:** | : | Case No.: 18-23538 (RDD) |
| | : | |
| **SEARS HOLDING CORPORATION,** *et al.*, | : | Chapter 11 |
| | : | |
| **Debtors**[1] | : | (*Jointly Administered*) |
| | : | |

----------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

    I, Armand R. Kizirian, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Massoud Afzal and Oswaldo Cruz, creditors in the above-referenced case.

    ***I certify that I am a member in good standing*** of the bar in the State of California and the bar of the U.S. District Court for the Central District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 15, 2020        **BOYAMIAN LAW, INC.**

Glendale, California        /s/ Armand R. Kizirian
                                             Armand R. Kizirian

*Mailing Address:*
Boyamian Law, Inc.
550 N. Brand Blvd., Suite 1500
Glendale, California 91203
Telephone: (818) 547-5300
Facsimile: (818) 547-5678
E-mail: armand@boyamianlaw.com