**Hearing Date and Time: May 14, 2020 at 10:00 a.m. (Eastern Time)**
          **Objection Date and Time: May 7, 2020 at 4:00 p.m. (Eastern Time)**

FIDELITY NATIONAL LAW GROUP
Anastasia Filopoulos, Esquire
1515 Market Street, Suite 1410
Philadelphia, PA 19102
Tel. (267) 608-1734
Fax: (215) 241-8794

FIDELITY NATIONAL LAW GROUP
David J. Wolkenstein, Esquire
350 Fifth Avenue, Suite 3000
New York, NY 10118
Tel. (646) 708-8085
Fax (646) 219-2136

*Counsel for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation ("Movant")*

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE:** | **NO. 18-23538 (RDD)** |
| **SEARS HOLDINGS CORPORATION, et al.** | **CHAPTER 11** |
| **Debtors** | **(Jointly Administered)** |

### NOTICE OF HEARING ON MOTION BY CHICAGO TITLE INSURANCE COMPANY, FOR RELIEF FROM THE AUTOMATIC STAY FOR THE PURPOSE OF FILING AND PROSECUTING TO FINAL DISPOSITION A PENNSYLVANIA STATE COURT INTERPLEADER ACTION INVOLVING <u>SEARS LOGISTICS SERVICES, INC.</u>

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Chicago Title Insurance Company, for entry of an order granting relief from the automatic stay, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at

the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the " Bankruptcy Court") on **May 14, 2020 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M- 399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures,* entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **May 7, 2020 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the above-captioned Movant may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: New York, New York
      April 17, 2020

                                FIDELITY NATIONAL LAW GROUP

                                By: /s/Anastasia Filopoulos
                                Anastasia Filopoulos, Esquire
                                1515 Market Street, Suite 1410
                                Philadelphia, PA 19102
                                Tel. (267) 608-1734
                                Fax: (215) 241-8794
                                stacv.filopoulos@fnf.com

                                By: /s/ David J. Wolkenstein
                                David J. Wolkenstein, Esquire
                                350 Fifth Avenue, Suite 3000
                                New York, NY 10118
                                Tel. (646) 708-8085
                                Fax (646) 219-2136
                                David.Wolkenstein@fnf.com

                                *Counsel for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation*