# EXHIBIT B



# Commonwealth Land Title Insurance Company
1700 Market Street, Ste. 2100, Philadelphia, PA 19103
Phone: (215)568-9690

## Single Ledger Balance
*By Trust Accounting Date, With Adjustments*

**Ledger ID:** PHI943402R
**Trust Account:** NCSCWPAWF9557 / NCS PA Wells Fargo CW (Acct NCS PA Wells Fargo CW)
**Trust Accounting Date:** All
**Format / Sort Options:** Sort by reference number; include pending transactions

**Ledger ID:** PHI943402R
**Branch:** PACW-241 - Commonwealth Land Title Insurance Company
**Trust Account:** NCSCWPAWF9557 / NCS PA Wells Fargo CW (Acct NCS PA Wells
**Settlement Date:**  **Property:** 3820 North 2nd Street, Philadelphia, PA 19140
**Responsible Party:**  **Ledger Comment:**

Beginning balance: $0.00

| Ref/Ck Number | Trust Date | Payee / Payor Adjustments | Medium | Cleared Date | Amount |
|---|---|---|---|---|---|
| **TRUST ACCOUNT TRANSACTIONS** | | | | | |
| **LEDGER TRANSFERS(+)** | | | | | |
| *POSTED* | | | | | |
| 400000897 | 10/15/19 | Commonwealth Land Title Company | From: PHIRQ28BULK | | $223,827.47 |
| | | | 1 LEDGER TRANSFER(+): | | $223,827.47 |
| | | | TRUST ACCOUNT ENDING BALANCE: | | $223,827.47 |

ENDING LEDGER BALANCE IN TRUST ACCOUNT: NCSCWPAWF9557:   $223,827.47

**COMBINED ENDING BALANCE :   $223,827.47**

# Receipts and Disbursements Ledger
### Printed at 08:50 AM, Oct 31, 2019

| | |
|---|---|
| Buyer/Borrower: | sears logistic |
| Seller: | **SEARS LOGISTICS A DE CORP** |
| Lender: | |
| Closing Date: | Open Date:  **12/20/1994** |
| File Number: | **943402** |
| Property Address: | **3820 N. 2ND STREET, PHILA PA** |
| Closer: | |
| Primary Bank: | **Philadelphia: Wachovia Bank** |

**Philadelphia: Wachovia Bank**

## Receipts

| Trans ID: | Payor | Description: | Type of Funds | Deposit Date | Amount | |
|---|---|---|---|---|---|---|
| 943402-1 | M.FALOTICO REVIEWING | DG ESCROW BALANCE | Wire | 09/28/2006 | 250,532.34 | C |
| | | Total | | | **250,532.34** | |
| 943402-2 | Madison bank CC 4970106406 | SEARS CD 2992 | Check | 01/09/2008 | 78,295.13 | C |
| | | Total | | | **78,295.13** | |
| 943402-3 | Commonwealth Land Title Ins. C | Transfer from File Escheat2012C | Transfer | 05/05/2014 | 223,827.47 | C |
| | | Total | | | **223,827.47** | |
| 943402-4 | CTI-BOA-#4885 | Deposit-C. Heuberger | Check | 02/09/2016 | 223,827.47 | C |
| | | Total | | | **223,827.47** | |
| | | **Total Receipts** | | | **776,482.41** | |

## Disbursements

| Check #: | Payee | Description: | Type of Funds | Check Date | Amount | |
|---|---|---|---|---|---|---|
| 140228 | Sears Logistics Services, Inc. | | | | | |
| | | Partial Release | Check | 04/04/2008 | 105,000.00 | C |
| | | Total | | | **105,000.00** | |
| XFer | Transfer to File escheat2012c | | | | | |
| | | ESCHEAT FUNDS | Transfer | 07/12/2012 | 223,827.47 | C |
| | | Total | | | **223,827.47** | |
| 142635 | Commonwealth Land Title Ins.Co, to be es | | | | | |
| | | ESCHEAT FUNDS | Check | 03/24/2015 | 223,827.47 | C |
| | | Total | | | **223,827.47** | |
| XFer | Transfer to File BK28TRANSFER | | | | | |
| | | MOVE TO SP | Transfer | 07/31/2019 | 223,827.47 | C |
| | | Total | | | **223,827.47** | |



**Philadelphia: Wachovia Bank**

| Check #: | Payee | Description: | Type of Funds | Check Date | Amount |
|---|---|---|---|---|---|
| | | **Disbursements** | | | |
| | | **Total Disbursements** | | | **776,482.41** |
| | | Scheduled Disbursements: | | | 776,482.41 |
| | | Actual Disbursements: | | | 776,482.41 |
| | | **Pre-Disbursements Balance:** | | | 0.00 |
| | | **Account Balance:** | | | 0.00 |