# Bird Salazar, Carolyn

| | |
|---|---|
| **From:** | Goslin, Thomas <thomas.goslin@weil.com> |
| **Sent:** | Friday, October 18, 2019 3:03 PM |
| **To:** | Bird Salazar, Carolyn |
| **Cc:** | Srery, Sher; dowjonesia@aol.com |
| **Subject:** | RE: escrow 943402 |

==IMPORTANT NOTICE - This message sourced from an external mail server outside of the Company.==

Carolyn,

Jeff Abbott (cc'd) and I have been discussing how to distribute the funds in the escrow and we expect to reach a resolution on this by the end of the year, likely sooner.  We would appreciate if no further action was taken by FNF until we are able to determine the allocation of funds.  Please let us know if you have any questions or concerns.  Thanks,

Tom



Thomas D. Goslin
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20036
+1 202 682 7508 Direct
+1 202 857 0940 Fax

---

**From:** Bird Salazar, Carolyn <carolyn.salazar@fnf.com>
**Sent:** Friday, October 18, 2019 3:08 PM
**To:** Goslin, Thomas <thomas.goslin@weil.com>
**Cc:** Srery, Sher <Sher.Srery@fnf.com>
**Subject:** escrow 943402

Mr. Goslin,

I work for Fidelity National Financial resolving dormant escrow accounts.  The escrow noted above involves Sears.  I understand you are the contact person for their bankruptcy.

Please find attached a copy of the escrow agreement relating to the environmental remediation for which the funds were held.  We are currently holding  $223,827.47.  These funds have been on deposit here since December, 1994.  It appears that the remediation work has not been completed and therefore the funds are in dispute.  The funds were held back from the seller's proceeds at closing.  Given that Sears in bankruptcy, we would need a direction to disburse these funds from the bankruptcy trustee.

I have been in contact with the buyer's attorney, Jeffrey Abbott.  He can be reached at 610-565-0330.

Attached our notice to interplead.

Please let me know if you have any questions.

Carolyn.

1



Carolyn Bird Salazar
**Dormant Solutions Group-East**
Senior Dormant Specialist
Phone:   630-423-1854
Fax:        904-485-8544

*Dormant Solutions Group is part of the Fidelity National Financial (NYSE:FNF) and Fidelity National Title Group company. Fidelity National Financial (NYSE:FNF), a publicly-traded, Fortune 500 company, is a leading provider of title insurance, technology and transaction services to the real estate and mortgage industries. FNTG is comprised of industry leading brands such as Fidelity National Title, Chicago Title, Commonwealth Land Title, Lawyers Title, Ticor Title, and Alamo Title.  For more information about FNF's corporate structure, please visit our investor relations webpage at http://www.investor.fnf.com/.*

<span style="color:red">Be aware banking fraud is on the rise.  If you receive an email containing or requesting WIRE TRANSFER INSTRUCTIONS, contact our department by telephone immediately.</span>

NOTICE: The information contained in this message is proprietary and/or confidential and may be privileged. If you are not the intended recipient of this communication, you are hereby notified to: (i) delete the message and all copies; (ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

# ABBOTT & OVERHOLT PC
## ATTORNEYS AND COUNSELLORS AT LAW

JEFFREY R. ABBOTT
JAMES R. ABBOTT*
*Also admitted in New Jersey

RONALD C. UNTERBERGER, OF COUNSEL
WESTON C. OVERHOLT, JR. (1954-2006)

August 13, 2019

Ms. Candice Ann May
Chicago Title Company
Dormant Solutions Group
Via email only: candiceann.may@fnf.com

Re:   3820 N. 2nd Street, Philadelphia, PA
      Escrow #943402

Dear Ms. May:

Our office represents William D. Staffieri, a party to the above captioned escrow.

Enclosed please find a copy of your June 25, 2019 letter to Mr. Staffieri.

Our office has been in contact with Thomas D. Goslin, Esquire of Weil, Gotshel & Monges in Washington, DC to attempt to resolve the escrow issue with the proper representative of Sears. As you know, Sears is in bankruptcy which complicates this matter substantially.

This letter is intended to notify you that we are working in good faith to resolve the issues but is not anticipated that resolution will be reached for at least 90 to 120 days.

As we explore this matter, we are requesting that no action be taken to escheat the escrow funds or begin an interplead process referenced in your letter.

Sincerely yours,

Jeffrey R. Abbott

JRA/sms
Enclosure
cc: WD Staffieri
    Thomas D. Goslin, Esquire

103 CHESLEY DRIVE, SUITE 200 • MEDIA, PA 19063 • 610-565-0330 • FAX: 610-565-9363