

|  | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
|---|---|---|
|  | St. Paul, MN 55121 | New York, NY 10036 |
|  | 651-406-9665 | 212-267-7342 |

| Defendant: | **VF Outdoor, LLC fdba VF Outdoor, Inc. dba Timberland** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period and Post Petition

**Preference Period Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90139 | $3,372.84 | 07/17/2018 | 0000909039 | 07/13/2018 | $4,323.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167855 | 06/12/2018 | $87,609.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167877 | 06/12/2018 | $63,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167891 | 06/12/2018 | $184,363.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167845 | 06/12/2018 | $96,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167863 | 06/12/2018 | $43,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91867 | $563,702.40 | 07/19/2018 | 0000167885 | 06/12/2018 | $87,609.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92391 | $339,948.00 | 07/20/2018 | 0000174190 | 06/13/2018 | $88,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92391 | $339,948.00 | 07/20/2018 | 0000174199 | 06/13/2018 | $64,641.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92391 | $339,948.00 | 07/20/2018 | 0000174208 | 06/13/2018 | $56,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92391 | $339,948.00 | 07/20/2018 | 0000174193 | 06/13/2018 | $57,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92391 | $339,948.00 | 07/20/2018 | 0000174204 | 06/13/2018 | $73,346.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93579 | $189,244.80 | 07/23/2018 | 0000177722 | 06/14/2018 | $45,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93579 | $189,244.80 | 07/23/2018 | 0000177747 | 06/14/2018 | $31,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93579 | $189,244.80 | 07/23/2018 | 0000177735 | 06/14/2018 | $62,524.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93579 | $189,244.80 | 07/23/2018 | 0000177761 | 06/14/2018 | $49,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06110 | $7,393.44 | 08/14/2018 | 0000009040 | 08/10/2018 | $7,393.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296346 | 07/09/2018 | $48,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296349 | 07/09/2018 | $35,942.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296358 | 07/09/2018 | $48,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296379 | 07/09/2018 | $56,440.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296436 | 07/09/2018 | $64,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000297310 | 07/09/2018 | $56,923.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296354 | 07/09/2018 | $57,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296368 | 07/09/2018 | $66,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000296395 | 07/09/2018 | $50,169.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000297300 | 07/09/2018 | $79,113.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06933 | $734,637.60 | 08/15/2018 | 0000297316 | 07/09/2018 | $169,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302477 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302507 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302554 | 07/10/2018 | $2,026.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302500 | 07/10/2018 | $1,056.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302544 | 07/10/2018 | $1,344.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302565 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302916 | 07/10/2018 | $752.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302930 | 07/10/2018 | $41,500.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302941 | 07/10/2018 | $31,464.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302583 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302908 | 07/10/2018 | $1,056.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302881 | 07/10/2018 | $889.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302868 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302859 | 07/10/2018 | $410.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302853 | 07/10/2018 | $752.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302835 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302825 | 07/10/2018 | $342.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302804 | 07/10/2018 | $576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302790 | 07/10/2018 | $957.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302771 | 07/10/2018 | $1,162.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302764 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302754 | 07/10/2018 | $1,903.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302738 | 07/10/2018 | $2,395.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302724 | 07/10/2018 | $957.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302707 | 07/10/2018 | $1,834.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302690 | 07/10/2018 | $1,834.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302674 | 07/10/2018 | $1,849.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302662 | 07/10/2018 | $820.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302653 | 07/10/2018 | $547.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302637 | 07/10/2018 | $547.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302626 | 07/10/2018 | $1,671.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302607 | 07/10/2018 | $547.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302923 | 07/10/2018 | $98,841.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302935 | 07/10/2018 | $44,712.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302943 | 07/10/2018 | $1,123.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302911 | 07/10/2018 | $1,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302896 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302873 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302861 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302856 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302845 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302830 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302823 | 07/10/2018 | $384.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302795 | 07/10/2018 | $752.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302783 | 07/10/2018 | $957.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302766 | 07/10/2018 | $1,026.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302759 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302747 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302729 | 07/10/2018 | $1,054.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302715 | 07/10/2018 | $1,520.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302700 | 07/10/2018 | $615.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302683 | 07/10/2018 | $4,582.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302668 | 07/10/2018 | $1,162.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302655 | 07/10/2018 | $1,588.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302643 | 07/10/2018 | $1,821.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302632 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302613 | 07/10/2018 | $1,849.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302594 | 07/10/2018 | $1,629.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302588 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07750:8/16/2018 | $274,741.20 | 08/16/2018 | 0000302575 | 07/10/2018 | $1,123.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08261 | $64,958.40 | 08/17/2018 | 0000302840 | 07/10/2018 | $547.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08261 | $64,958.40 | 08/17/2018 | 0000302905 | 07/10/2018 | $1,248.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08261 | $64,958.40 | 08/17/2018 | 0000296411 | 07/09/2018 | $62,524.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08261 | $64,958.40 | 08/17/2018 | 0000302901 | 07/10/2018 | $1,012.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000302779 | 07/10/2018 | $384.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000315730 | 07/12/2018 | $38,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000315751 | 07/12/2018 | $45,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000302515 | 07/10/2018 | $480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000302538 | 07/10/2018 | $1,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000302877 | 07/10/2018 | $752.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000315741 | 07/12/2018 | $43,920.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09468 | $174,128.40 | 08/20/2018 | 0000315763 | 07/12/2018 | $43,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302777 | 07/10/2018 | $273.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302815 | 07/10/2018 | $864.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302884 | 07/10/2018 | $1,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302893 | 07/10/2018 | $480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302487 | 07/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302808 | 07/10/2018 | $1,248.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302818 | 07/10/2018 | $1,231.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302890 | 07/10/2018 | $672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10174 | $6,400.80 | 08/21/2018 | 0000302921 | 07/10/2018 | $384.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11680 | $960.00 | 08/23/2018 | 0000302530 | 07/10/2018 | $960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12293 | $1,248.00 | 08/24/2018 | 0000302520 | 07/10/2018 | $1,248.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343397 | 07/19/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343401 | 07/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343411 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343418 | 07/19/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343427 | 07/19/2018 | $342.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343439 | 07/19/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343447 | 07/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343452 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343455 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343461 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343467 | 07/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000346105 | 07/20/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000346110 | 07/20/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000347709 | 07/20/2018 | $23,846.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343385 | 07/19/2018 | $164.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343398 | 07/19/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343406 | 07/19/2018 | $356.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343413 | 07/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343423 | 07/19/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343434 | 07/19/2018 | $273.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343443 | 07/19/2018 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343450 | 07/19/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343454 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343459 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000343463 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000346092 | 07/20/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000346108 | 07/20/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13498 | $27,324.00 | 08/27/2018 | 0000346116 | 07/20/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14253 | $15,921.60 | 08/28/2018 | 0000302483 | 07/10/2018 | $273.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14253 | $15,921.60 | 08/28/2018 | 0000302801 | 07/10/2018 | $1,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14253 | $15,921.60 | 08/28/2018 | 0000302492 | 07/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14253 | $15,921.60 | 08/28/2018 | 0000338370 | 07/18/2018 | $14,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15819 | $684.00 | 08/30/2018 | 0000302848 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16259 | $684.00 | 08/31/2018 | 0000302865 | 07/10/2018 | $684.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368385 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368391 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368403 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368415 | 07/26/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368423 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368429 | 07/26/2018 | $68.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368435 | 07/26/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368376 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368387 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368396 | 07/26/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368409 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368411 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368420 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368427 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000368433 | 07/26/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17517 | $43,594.80 | 09/04/2018 | 0000381246 | 07/27/2018 | $42,336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18281 | $68.40 | 09/05/2018 | 0000343377 | 07/19/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402841 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402864 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402873 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402878 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402886 | 07/31/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402898 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402907 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402915 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402923 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402932 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402812 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402861 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402869 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402876 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402882 | 07/31/2018 | $136.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402891 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402904 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402912 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402919 | 07/31/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402929 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19053 | $1,834.80 | 09/06/2018 | 0000402937 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19325 | $136.80 | 09/07/2018 | 0000402943 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19325 | $136.80 | 09/07/2018 | 0000402926 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000302495 | 07/10/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000402940 | 07/31/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445127 | 08/07/2018 | $37,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445134 | 08/07/2018 | $45,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445137 | 08/07/2018 | $43,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445145 | 08/07/2018 | $37,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445158 | 08/07/2018 | $97,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445166 | 08/07/2018 | $6,048.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000967729-2595 | 10/13/2017 | $432.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000977452-2597 | 10/02/2017 | $93.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000402894 | 07/31/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445123 | 08/07/2018 | $113,421.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445131 | 08/07/2018 | $43,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445155 | 08/07/2018 | $48,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445157 | 08/07/2018 | $57,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445161 | 08/07/2018 | $49,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000958705-2594 | 08/02/2017 | $67.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000976029-2596 | 11/09/2017 | $417.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445142 | 08/07/2018 | $84,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22595 | $725,941.50 | 09/13/2018 | 0000445150 | 08/07/2018 | $59,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23040 | $136.80 | 09/14/2018 | 0000753772-2598 | 07/10/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462664 | 08/09/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462668 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462674 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471376 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471380 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471386 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474977 | 08/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474984 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462663 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462665 | 08/09/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000462672 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471370 | 08/10/2018 | $56,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471379 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471381 | 08/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000471390 | 08/10/2018 | $31,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474978 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474986 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474993 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474996 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475001 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475005 | 08/10/2018 | $232.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475015 | 08/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475021 | 08/10/2018 | $136.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475026 | 08/10/2018 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474995 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474998 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475004 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475013 | 08/10/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475019 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000475023 | 08/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24056 | $90,564.00 | 09/17/2018 | 0000474989 | 08/10/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24756 | $205.20 | 09/18/2018 | 0000462661 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24756 | $205.20 | 09/18/2018 | 0000475009 | 08/10/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26629 | $511.20 | 09/21/2018 | 0000462655 | 08/09/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26629 | $511.20 | 09/21/2018 | 0000749938-2599 | 07/09/2018 | $374.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26629 | $511.20 | 09/21/2018 | 0000509341 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000471388 | 08/10/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509294 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509306 | 08/17/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509317 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509323 | 08/17/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509278 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509301 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509315 | 08/17/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509320 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509326 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509334 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509344 | 08/17/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509331 | 08/17/2018 | $68.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509338 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509348 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509358 | 08/17/2018 | $589.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509379 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000511678 | 08/17/2018 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509367 | 08/17/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27663 | $2,328.00 | 09/24/2018 | 0000509384 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28360 | $465.60 | 09/25/2018 | 0000462667 | 08/09/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28360 | $465.60 | 09/25/2018 | 0000509370 | 08/17/2018 | $260.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28360 | $465.60 | 09/25/2018 | 0000346113 | 07/20/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28360 | $465.60 | 09/25/2018 | 0000509355 | 08/17/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29731 | $260.40 | 09/27/2018 | 0000530987 | 08/21/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29731 | $260.40 | 09/27/2018 | 0000530995 | 08/21/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29731 | $260.40 | 09/27/2018 | 0000530988 | 08/21/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000530981 | 08/21/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535599 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535447 | 08/22/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535456 | 08/22/2018 | $232.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535473 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535480 | 08/22/2018 | $164.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535493 | 08/22/2018 | $273.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535508 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535517 | 08/22/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535527 | 08/22/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535541 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535555 | 08/22/2018 | $96.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535562 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535571 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535582 | 08/22/2018 | $576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535453 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535469 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535475 | 08/22/2018 | $205.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535484 | 08/22/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535502 | 08/22/2018 | $232.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535512 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535521 | 08/22/2018 | $136.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535538 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535544 | 08/22/2018 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535557 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535567 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535577 | 08/22/2018 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535440 | 08/22/2018 | $273.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E30101 | $4,190.40 | 09/28/2018 | 0000535596 | 08/22/2018 | $96.00 |

**29 Preference Period transfer(s), $3,275,587.38**