**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **VF Outdoor, LLC fdba VF Outdoor, Inc. dba Timberland** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period and Post Petition

**Preference Period Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984339 | $71,338.43 | 07/25/2018 | 3030218985-36618 | 06/22/2018 | $114,190.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984339 | $71,338.43 | 07/25/2018 | 3030218985-36619 | 06/22/2018 | $101,322.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985602 | $217,911.33 | 07/27/2018 | 3030175747 | 06/15/2018 | $217,929.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986345 | $113,315.49 | 07/30/2018 | 3030218985-36620 | 06/22/2018 | $113,315.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987745 | $39,698.10 | 08/01/2018 | 3030139604 | 06/07/2018 | $39,698.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998880 | $179,856.03 | 08/28/2018 | 3030300149 | 07/11/2018 | $180,506.34 |

**5 Preference Period transfer(s), $622,119.38**