David N. Crapo, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ  07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-Mail: dcrapo@gibbonslaw.com

*Counsel for S&P Global, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION | Case No.  18-23538 (RDD) |
| Debtor | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE

**PLEASE TAKE NOTICE** that an appearance is hereby entered and request is hereby made by David N. Crapo, Esq. as counsel for S&P Global, Inc., a creditor in the above-captioned bankruptcy case in accordance with 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this chapter 11 case, any jointly administered chapter 11 cases, and any related adversary proceeding, be given to and served upon the following:

>**GIBBONS P.C.**
>One Gateway Center
>Newark, New Jersey 07102-5310
>Attn:  David N. Crapo, Esq.
>Telephone: (973) 596-4500
>Facsimile: (973) 596-0545
>E-mail:  dcrapo@gibbonslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes,

without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand and any answering or reply papers filed in the above-captioned chapter 11 cases and any related adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any of S&P Global, Inc.'s rights: (i) to have final orders in non-core matters, as well as statutory core matters in which the court lacks the Constitutional authority to enter a final order absent the consent of the parties, entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, defenses, setoffs or recoupments to which S&P Global, Inc. is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to all of S&P Global, Inc.'s rights, remedies and claims, including claims against other entities. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: April 20, 2020                              **GIBBONS P.C.**

                                      By:*/s/ David N. Crapo*
                                          David N. Crapo, Esq.
                                          One Gateway Center
                                          Newark, New Jersey 07102-5310
                                          Tel. 973-596-4500
                                          Fax. 973-596-0545
                                          E-mail: dcrapo@gibbonslaw.com

2

*Counsel for S&P Global, Inc.*