WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------x

**AMENDED CERTIFICATE OF NO OBJECTION**
**PURSUANT TO 28 U.S.C. § 1746 REGARDING DEBTORS'**
**FOURTEENTH OMNIBUS OBJECTION TO BALLOTS (NO LIABILITY BALLOTS)**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1.      On March 13, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots)* (ECF No. 7453) (the "**Omnibus Objection**").

2.      In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for April 3, 2020, at 4:00 p.m. (Prevailing Eastern Time). However, the Debtors provided Claimants fourteen additional days to file responses to the Omnibus Objection. The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") annexed hereto as **Exhibit A** (the "**No Liability Ballots**"), no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors.

4.      Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:  April 20, 2020
      New York, New York

*/s/ Garrett A. Fail*
    Ray C. Schrock, P.C.
    Jacqueline Marcus
    Garrett A. Fail
    Sunny Singh
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007

    *Attorneys for Debtors*
    *and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                              :        CHAPTER 11

                                     :

SEARS HOLDINGS CORPORATION, *et al.*,   :        Case No. 18-23538 (RDD)

                                     :

Debtors.[1]                    :        (Jointly Administered)

----------------------------------------------------------------x

## ORDER GRANTING DEBTORS' FOURTEENTH
## OMNIBUS OBJECTION TO BALLOTS
## (NO LIABILITY BALLOTS)

Upon the *Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots)*, filed March 13, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reducing and allowing the No Liability Ballots (as defined below), and (ii) granting

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to

consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b)

and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska,

C.J.); and consideration of the Objection and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been

provided, and it appearing that no other or further notice need be provided in accordance with the

Amended Case Management Order; such notice having been adequate and appropriate under the

circumstances, and it appearing that other or further notice need be provided; and the Court having

held a hearing to consider the relief requested in the Objection on April 29, 2020 (the "**Hearing**");

and upon the record of the Hearing, and upon all of the proceedings had before the Court; and the

Court having determined that the legal and factual bases set forth in the Objection establish just

cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor,

### IT IS HEREBY ORDERED THAT

1.       The Objection is granted to the extent set forth herein.

2.       Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007,

each ballot listed on **Exhibit 1** (the "**No Liability Ballots**") is reduced and allowed in the amount

set forth on Exhibit 1.

3.       Each Ballot shall be allowed in the amount set forth under the column

"*Final Allowed Amount*" on Exhibit A as a Non Opt-Out Settled Admin Claim pursuant to

Confirmation Order and the recovery of such claims shall be capped at 80% of the allowed amount.

4.      Each Ballot on Exhibit 1 that lists $0.00 under the column "*Final Allowed Amount*" shall be disallowed and expunged in its entirety.

5.      This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

6.      The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

7.      Nothing in this Order or in the Objection (i) constitutes any finding or determination concerning the identification of the agreements that were assumed and assigned to Transform Holdco LLC or any of its affiliates (collectively, "**Transform**") or the liabilities, if any, associated therewith, or (ii) imposes any obligation on Transform to satisfy any of the No Liability Ballots listed on Exhibit 1 hereto, as to which all of Transform's rights and defenses are expressly reserved.

8.      The terms and conditions of this Order are effective immediately upon entry.

Dated:    _____, 2020
         White Plains, New York

                                          _____
                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE

3

**Exhibit 1**

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 1. | A. Gareleck & Sons, Inc. | 182353801042659 | $16,037.36 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 2. | Acustrip Company | 182353801043194 | $732.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 3. | A-IPOWER CORPORATION | 182353801017193 | $42,150.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 4. | AIRECO SUPPLY INC | 182353801042735 | $10,322.00 | $4,704.63 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 5. | AJ Manufacturing Co Inc | 182353801042738 | $21,235.44 | $1,234.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 6. | All American Building Products | 182353801042749 | $14,647.75 | $3,751.18 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 7. | Almo Distributing New York, Inc | 182353801043220 | $64,229.00 | $35,139.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 8. | AMERICAN DE ROSA LAMPARTS LLC | 182353801017288 | $60,075.94 | $2,342.04 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 9. | ANTILLAS SHOE CORP | 182353801016716 | $38,478.79 | $33,546.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 10. | ARCHWAY INC | 182353801043250 | $45,950.07 | $12,358.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    1

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 11. | Armacost Trane Service Company | 182353801043264 | $6,732.29 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 12. | ASPAC DISTRIBUTORS | 182353801039944 | $11,509.59 | $5,949.97 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 13. | ATKINS KROLL INC | 182353801042881 | $25,120.00 | $5,162.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 15. | AUTHENTIC WAREHOUSE LLC | 182353801016821 | $14,305.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 16. | Avery Products Corp | 182353801016829 | $6,195.30 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 17. | BALLESTER HERMANOS INC | 182353801042828 | $74,882.18 | $56,208.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 18. | BASIC FUN INC | 182353801014034 | $36,363.84 | $2,624.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 19. | BIOFILM INC | 182353801014077 | $11,599.20 | $5,769.12 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 20. | BISCAYNE CONSTRUCTION CO., INC | 182353801039980 | $94,429.75 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 21. | BODY SOLID | 182353801016413 | $17,835.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 22. | BRIGHT STAR MANUFACTURING CO | 182353801043309 | $15,678.00 | $804.89 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 23. | Buxton Acquisition Co., LLC | 182353801016506 | $84,314.30 | $66,570.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 24. | CALERES INC | 182353801016536 | $115,364.30 | $89,888.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 25. | CCP NEWCO LLC | 182353801016608 | $21,161.12 | $8,003.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 26. | CEDAR LAKE PRODUCTS INC | 182353801016619 | $22,017.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 27. | CENTURY FROZEN FOODS LLC | 182353801042449 | $6,616.98 | $5,550.49 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 28. | CERCE CAPITAL LLC | 182353801016645 | $16,719.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 29. | CISCO SYSTEMS, INC. | 182353801018085 | $326,392.77 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 31. | CONAIR CORPORATION | 182353801016136 | $64,713.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 32. | COOKWARE COMPANY USA LLC THE | 182353801014209 | $28,367.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**                                      In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reduced Claims**                                                          Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 33. | CORDELL, DALE | 182353801042627 | $14,640.25 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 34. | COSIMINI, RUTH | 182353801042632 | $10,999.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 35. | Coyote | 182353801016192 | $634,592.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 36. | CRISTALIA ACQUISITION CORP | 182353801042761 | $126,913.35 | $8,580.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 37. | Crown Metal Manufacturing Co | 182353801042764 | $12,342.24 | $9,079.64 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 38. | CS Packaging, Inc. | 182353801040099 | $65,952.23 | $29,945.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 39. | Daisy Manufacturing Company | 182353801014256 | $6,911.63 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 40. | Dal Tile Distribution, Inc. | 182353801042863 | $35,060.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 41. | DANKEN BLDG MATERIALS DIST INC | 182353801042873 | $19,686.78 | $5,177.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 42. | Demar Logistics, Inc. | 182353801040144 | $52,514.15 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.          4

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 43. | DV International | 182353801040162 | $28,024.14 | $7,137.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 44. | DYNASTY CARPET AND RUG CO INC | 182353801015821 | $11,194.20 | $7,778.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 45. | E FORMELLA & SONS INC | 182353801015831 | $135,636.72 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 46. | Empire Distributors | 182353801042174 | $21,394.95 | $83.51 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 47. | Engineered Comfort Systems | 182353801040174 | $20,414.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 48. | Engineered Comfort Systems | 182353801040175 | $712.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 50. | EOS PRODUCTS LLC | 182353801015984 | $15,846.12 | $6,750.91 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 51. | EXCEL BUILDING SERVICES LLC | 182353801042227 | $925,443.64 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 52. | EXCEL BUILDING SERVICES LLC | 182353801042226 | $750,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 54. | FOLSOM SERVICES INC | 182353801042304 | $64,297.56 | $12,449.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| | | | | | |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 55. | Fox Appliance Parts of Augusta, Inc | 182353801042315 | $14,891.91 | $2,926.37 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 56. | Fragrance Acquisitions LLC | 182353801042318 | $26,812.40 | $17,057.20 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 57. | FRANCISCO VEGA OTERO INC | 182353801015533 | $50,724.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 58. | FRIEND SMITH & CO INC | 182353801015564 | $50,199.29 | $29,722.93 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 59. | FULL POWER ELECTRICAL CORP. | 182353801042325 | $53,309.79 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 60. | GARY MONDS | 182353801015632 | $22,287.41 | $2,897.59 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 61. | GHANIMIAN ENTERPRISES INC | 182353801015682 | $146,347.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 62. | GI SPORTZ DIRECT LLC | 182353801015687 | $23,894.38 | $9,914.40 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 63. | GLAMOUR CORPORATION | 182353801042429 | $141,698.44 | $108,539.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 64. | GOSSI INC | 182353801014494 | $36,388.20 | $14,110.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 65. | Harmony Enterprises, Inc | 182353801042800 | $64,785.45 | $19,347.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 66. | HARRIS, GARY | 182353801042986 | $12,165.97 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 67. | HARTZ MOUNTAIN CORP | 182353801015175 | $31,613.89 | $25,842.38 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 68. | HENDERSON, CAROL ANN | 182353801040277 | $45,342.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 69. | Hershey Caribe, Inc. | 182353801040282 | $10,988.90 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 70. | HG TRADING INC | 182353801014533 | $8,041.42 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 71. | HIGH RIDGE BRANDS | 182353801014539 | $42,094.92 | $31,388.33 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 72. | HYPARD TRADING CORP | 182353801014563 | $11,249.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 73. | IDELLE LABS LTD | 182353801015370 | $14,349.48 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 74. | INNOCOR INC | 182353801043471 | $95,714.88 | $51,306.69 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 75. | INNOVA PRODUCTS INC | 182353801041907 | $6,422.00 | $1,337.30 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 76. | INTERNATIONAL PACKAGING SUPPLIES | 182353801040330 | $42,984.51 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 77. | IOLANI SPORTSWEAR LTD | 182353801040334 | $27,083.00 | $8,333.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 78. | ISLAND WINES & SPIRITS DISTRIBUTORS | 182353801040351 | $12,373.32 | $9,290.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 80. | Jabtec, LLC | 182353801041981 | $8,302.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 81. | JAMES BEHRENS | 182353801014878 | $18,100.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 82. | JASON MACLAUGHLIN OD | 182353801014622 | $5,360.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 83. | JOHNSON HEALTH TECH NORTH AMERICA INC. | 182353801040363 | $8,872.65 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 84. | Johnston, Phillippa L | 182353801013674 | $17,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 85. | JUMP DESIGN GROUP INC | 182353801014971 | $206,692.00 | $127,216.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| 86. | KATHY KAYE FOODS LLC | 182353801015013 | $28,325.28 | $8,263.01 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 87. | KID GALAXY INC | 182353801042087 | $269,414.88 | $35,155.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 88. | KOMELON USA CORP | 182353801040392 | $23,729.52 | $4,213.92 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 89. | LANCO MANUFACTURING CORPORATION | 182353801015544 | $32,821.99 | $11,538.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 90. | LIMBACH COMPANY LLC | 182353801041571 | $63,338.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 91. | LVMH Fragrance Brands | 182353801014815 | $21,313.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 92. | MAJESTIQUE CORPORATION | 182353801043474 | $20,725.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 93. | MAREY HEATER CORP | 182353801019072 | $92,466.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 94. | MAYHEW STEEL PRODUCTS INC | 182353801019161 | $5,308.74 | $4,734.56 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 95. | MEAD JOHNSON NUTRITION INC PR | 182353801040480 | $85,739.84 | $12,419.03 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 96. | MEASUREMENT LIMITED INC | 182353801019175 | $57,162.51 | $2,329.48 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 97. | MEIER SUPPLY CO INC | 182353801041718 | $9,868.46 | $4,799.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 98. | MENDEZ & CO INC | 182353801041723 | $151,080.19 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 99. | MENS FASHION CORPORATION | 182353801019218 | $61,895.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 100. | METRO PLUMBING | 182353801041733 | $6,132.53 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 101. | MICHAEL A SIMMONDS CO | 182353801041742 | $29,813.00 | $1,538.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 102. | MID PACIFIC DISTRIBUTORS, INC. | 182353801041751 | $8,779.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 103. | MIKEN SALES INC | 182353801019277 | $57,599.00 | $4,173.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 104. | MILBERG FACTORS INC | 182353801019279 | $104,360.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 106. | Montage INT IMP INC | 182353801041781 | $15,606.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 107. | MORTON SALT INC | 182353801019368 | $21,484.26 | $13,527.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 108. | MR SOLUTIONS INC | 182353801019385 | $38,526.00 | $1,440.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 109. | MSM Outdoor LLC | 182353801019389 | $21,445.40 | $771.53 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 110. | N G HEIMOS GREENHOUSES INC | 182353801019410 | $104,526.23 | $4,699.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 111. | Nalco Company LLC | 182353801040512 | $67,612.44 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 112. | NATI LLC | 182353801019427 | $12,133.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 113. | NEILMED PHARMACEUTICALS INC | 182353801019461 | $4,838.88 | $4,256.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 114. | NEUCO INC | 182353801041947 | $81,713.58 | $61,245.82 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 115. | NEW PORT SALES INC | 182353801041957 | $13,035.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 116. | NOVA WILDCAT BULLDOG LLC | 182353801019537 | $71,752.21 | $29,372.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: **Sears Holdings Corporation**, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced\*** | | |
| 117. | OLD WORLD INDUSTRIES LLC | 182353801019590 | $33,119.47 | $21,655.34 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 118. | OLDE THOMPSON | 182353801019591 | $5,031.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 119. | OLLA BEAUTY SUPPLY INC DC & JIT | 182353801019600 | $49,057.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 120. | PACIFIC WORLD CORP | 182353801043398 | $116,806.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 121. | PEPSI COLA BOTTLING CO GUAM | 182353801040570 | $112,821.99 | $46,332.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 122. | PEPSICO CARIBBEAN INC | 182353801040576 | $143,579.04 | $22,283.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 125. | PINNACLE EXPRESS INC. | 182353801041364 | $8,739.52 | $6,040.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 126. | PLAYMONSTER LLC | 182353801019834 | $75,286.18 | $25,108.19 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 127. | PNY TECHNOLOGIES INC | 182353801019844 | $27,506.33 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 128. | PRESSMAN TOY CORP | 182353801019889 | $32,415.40 | $19,750.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**    **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Reduced Claims**    **Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 129. | Prestige Maintenance USA LTD | 182353801040590 | $82,831.10 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 130. | PRESTO PRODUCTS COMPANY | 182353801019890 | $50,530.26 | $18,700.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 131. | PRINCE OF PEACE ENTERPRISES INC | 182353801019909 | $12,946.08 | $3,362.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 132. | PRIZER PAINTER STOVE WORKS | 182353801040598 | $98,356.57 | $61,321.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 133. | Promociones Coqui | 182353801041403 | $15,369.00 | $12,807.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 134. | PRS on Time Distributors, LLC | 182353801041416 | $9,091.37 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 135. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $196,578.73 | $101,625.26 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 136. | Quest Resource Management Group, LLC | 182353801040621 | $28,257.09 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 137. | R2P GROUP INC | 182353801020009 | $421,463.96 | $119,939.85 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 138. | RANDA ACCESSORIES LEATHER GOODS LLC | 182353801020025 | $18,880.45 | $3,261.57 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    13

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*  
**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 139. | RANIR LLC | 182353801020037 | $24,362.64 | $16,924.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 140. | REGAL MANUFACTURING COMPANY | 182353801041512 | $29,279.62 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 141. | Residential Builders Association (RBA) | 182353801040643 | $8,500.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 142. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $77,774.35 | $5,488.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 143. | RIDGE TOOL COMPANY | 182353801018649 | $7,680.00 | $6,769.80 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 145. | Salesmaster Corporation | 182353801043444 | $22,182.35 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 146. | SDC DESIGNS LLC | 182353801020260 | $151,857.85 | $132,504.54 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 147. | Southwest Sign Group, Inc. | 182353801041184 | $371,576.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 148. | Stabella Inc | 182353801041207 | $18,194.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 149. | STORK CRAFT MFG USA INC | 182353801019011 | $15,925.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    14

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 150. | STORK CRAFT MFG USA INC | 182353801019012 | $12,894.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 151. | Studio Eluceo Ltd | 182353801039869 | $31,348.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 152. | SUIZA DAIRY | 182353801020490 | $28,352.99 | $24,212.67 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 153. | SUNJOY GROUP INTERNATIONAL PTE LTD | 182353801013893 | $14,092.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 154. | SUNNY DISTRIBUTOR INC | 182353801020517 | $6,412.37 | $5,479.10 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 155. | SUNSHINE MILLS INC | 182353801020524 | $196,625.10 | $156,333.08 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 156. | SWB LDG | 182353801041251 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 157. | Synergetic Staffing, LLC | 182353801047332 | $112,247.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 158. | TANYA CREATIONS LLC | 182353801020586 | $184,906.90 | $60,450.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 159. | The Core Organization | 182353801041288 | $282,795.99 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    15

**Debtors' Fourteenth Omnibus Objection**
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

| | | | | | |
|---|---|---|---|---|---|
| | | | **Claims to be Reduced*** | | |
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 160. | The Marfo Company | 182353801041295 | $15,043.57 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 161. | The Nature's Bounty Co. (USA) | 182353801041297 | $101,857.72 | $30,051.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 162. | Tobey-Karg Service Agency, Inc. | 182353801040814 | $93,248.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 163. | Top Apex Enterprises, Ltd | 182353801013866 | $5,799.24 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 164. | U.S. Alliance, Corp. | 182353801018177 | $63,441.41 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 165. | Unique Home Designs, Inc. | 182353801040846 | $6,106.31 | $3,902.14 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 166. | WELCOME INDUSTRIAL CORP | 182353801021190 | $133,379.11 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 167. | Westport Corporation | 182353801041028 | $160,923.39 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 168. | Westport Corporation | 182353801021232 | $156,769.08 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 169. | WICKED AUDIO INC | 182353801021266 | $111,840.00 | $6,284.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    16

**Debtors' Fourteenth Omnibus Objection**

**Exhibit 1 - Reduced Claims**

**In re: Sears Holdings Corporation,** *et al.*

**Case No. 18-23538 (RDD)**

| | | | Claims to be Reduced* | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 170. | Wow Gear LLC | 182353801021342 | $32,043.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 171. | YPM, Inc. | 182353801041095 | $1,330,797.83 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |