**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                    :

In re:                              :       Chapter 11

                                      :

SEARS HOLDINGS CORPORATION, *et al.*,   :       Case No. 18-23538 (RDD)

                                      :

                        Debtor.     :       (Jointly Administered)

                                      :

-------------------------------------------------------------x

## <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

I, M. Douglas Flahaut, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Sky Billiards, Inc. d/b/a Best Choice Products, a creditor in the above-referenced cases.

**I certify that I am a member in good standing** of the bar of the States of California and Montana, and the bar of the United States District Courts for the Northern, Central, Southern and Eastern Districts of California and the District of Montana and the United States Courts of Appeal for the Ninth and Federal Circuits.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 21, 2020
       Los Angeles, CA

                                */s/ M. Douglas Flahaut*
                                M. Douglas Flahaut
                                Arent Fox LLP
                                555 West Fifth Street
                                48th Floor
                                Los Angeles, CA 90013
                                Telephone: (213) 629-7400
                                Email: Douglas.Flahaut@arentfox.com

                                *Counsel to Sky Billiards, Inc. d/b/a Best*
                                *Choice Products*