**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of M. Douglas Flahaut, to be admitted pro hac vice, to represent Sky Billiards, Inc. d/b/a Best Choice Products (the "Client"), a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in bar of the States of California and Montana, and the bar of the United States District Courts for the Northern, Central, Southern and Eastern Districts of California and the District of Montana and the United States Courts of Appeal for the Ninth and Federal Circuits, it is hereby,

**ORDERED**, that M. Douglas Flahaut, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April _____, 2020
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE