UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                :

In re:                                     :                     Chapter 11

SEARS HOLDINGS CORPORATION, *et al*.,   :                     Case No. 18-23538 (RDD)

                    Debtor.               :                     (Jointly Administered)

----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of M. Douglas Flahaut to be admitted, ***pro hac vice***, to represent Sky Billiards, Inc. d/b/a Best Choice Products (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in bar of the States of California and Montana, and the bar of the United States District Courts for the Northern, Central, Southern and Eastern Districts of California and the District of Montana and the United States Courts of Appeal for the Ninth and Federal Circuits, it is hereby,

      **ORDERED**, that M. Douglas Flahaut, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  April 21, 2020
         White Plains, New York

                                                    */s/Robert D. Drain*
                                                    UNITED STATES BANKRUPTCY JUDGE

AFDOCS/12478698.1