WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
**SEARS HOLDINGS CORPORATION, *et al*.,**                      :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
             Debtors.[1]                                       :    (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON APRIL 23, 2020 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE**, the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted telephonically. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must refer to the guidelines for telephonic appearances and make arrangements with Court Solutions LLC ("Court Solutions"). Pro se parties may participate telephonically in hearings free of charge using Court Solutions. The instructions for registering with Court Solutions are attached hereto as <u>Exhibit A</u>.

I.    <u>**ADVERSARY PROCEEDING**</u>**:**

1. Brian Coke Ng v. Sears Holding Corporation, *et al.* **[Adversary Proceeding No. 19-08269]**

    **Motion to Reconsider and Request for Enlargement of Time to File Appeal**

    <u>Related Documents</u>:

    A. Adversary Complaint **[ECF No. 1]**

    B. Motion of PDX, Inc. and National Health Information Network, Inc. to Dismiss Adversary Proceeding **[ECF No. 43]**

    C. Opposition of Brian Coke Ng to Defendants' Motion to Dismiss **[ECF No. 44]**

    D. Certificate of No Objection of Brian Coke Ng to Application / Request for Enforcement of FRCP Rule 12 (a)(4)(A) and FRBP 7012 (a) **[ECF No. 49]**

    E. Order Granting Defendants' Motion to Dismiss **[ECF No. 50]**

    F. Motion of Brian Coke Ng to Reconsider Order of April 9, 2020 Dismissing the Adversary Proceeding Complaint **[ECF No. 51]**

    G. Amended Motion of Brian Coke Ng for Reconsideration and Request for an Enlargement of Time to File an Appeal Pending this Motion **[ECF No. 52]**

    H. Objection of PDX, Inc. and National Health Information Network, Inc. to the Motion of Brian Coke Mg Pursuant to Rule 60(b) for Relief from Order and Request for an Enlargement of Time to File an Appeal Pending this Motion **[ECF No. 53]**

    I. Reply Affidavit and Further Memorandum in Support of Brian Coke Ng **[ECF No. 55]**

    Status:  This matter is going forward on a contested basis.

**II. STATUS CONFERENCE:**

2. Motion of Relator Carl Ireland, Administrator of the Estate of James Garbe, for an Order (I) Determining the Value of Relator's Collateral as of the Sale of Such Collateral; (II) Determining the Amount of Any Diminution in the Amount of the Sales Proceeds Allocable to Such Collateral After the Sale; (III) Directing Payment of Relator's Secured and Superpriority Administrative Claims; and (IV) Granting Related Relief **[ECF No. 4931]**

    Response Deadline:  March 18, 2020 at 4:00 p.m. (Eastern Time)

    Response Filed:

        A.    Debtors' Objection **[ECF No. 7471]**

    Related Documents:

        B.    Reply of Relator Carl Ireland, Administrator of the Estate of James Garbe **[ECF No. 7828]**

        C.    Letter of L. Fogelman, Assistant United States Attorney, to the Honorable Robert D. Drain Regarding Motion of Relator Carl Ireland **[ECF No. 7836]**

    Status:  This matter is going forward as a status conference.

**III. CONTESTED MATTERS:**

3. Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

    Response Deadline:  August 27, 2019 at 4:00 p.m. (Eastern Time)

    Responses Filed:

        A.    Claimants' Response to Omnibus Objection **[ECF No. 4814]**

        B.    Response of VM Innovations **[ECF No. 4986]**

        C.    Response of ShopChimney.com Inc. **[ECF No. 5003]**

        D.    Response of VIR Ventures, Inc. **[ECF No. 5056]**

        E.    Response of Sky Billiards, Inc. d/b/a Best Choice Products in Opposition to Debtors' Second Omnibus Objection **[ECF No. 5421]**

      F.      Response of Stolaas Company **[ECF No. 5524]**

Resolved Response:

      G.      Objection of Suzanne Jewelers **[ECF No. 4994]**

Related Document:

      H.      Debtors' Joint Omnibus Reply **[ECF No. 7829]**

Status:  This matter is going forward.

4.    Motion of Santa Rosa Mall, LLC for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof **[ECF No. 6317]**

Response Deadline:   February 10, 2020

Responses Filed:

      A.      Debtors' Objection **[ECF No. 7211]**

      B.      Debtors' Limited Response to Memorandum of Law **[ECF No. 7823]**

Related Documents:

      C.      Reply of Santa Rosa Mall, LLC **[ECF No. 7311]**

      D.      Statement of Santa Rosa Mall, LLC Certifying Compliance **[ECF No. 7326]**

      E.      Memorandum of Law of Santa Rosa Mall, LLC **[ECF No. 7531]**

      F.      Notice of Errata **[ECF No. 7785]**

      G.      Santa Rosa Mall, LLC's Brief Reply to Debtors' Response **[ECF No. 7834]**

Status:  This matter is going forward on a contested basis.

IV. **ADJOURNED MATTERS:**

5. Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

    Response Deadline:    November 13, 2018 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A.    Objection by Debbie and Dennis Dodge **[ECF No. 2892]**

    Related Documents:

    B.    Debtors' Reply **[ECF No. 1296]**

    C.    Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

    D.    Debtors' Reply to Smith Objection **[ECF No. 1550]**

    E.    Notice of Extension of the Automatic Stay to Supplemental Parties and Supplemental Actions **[ECF No. 2754]**

    Status:  This matter has been adjourned to a date to be determined.

6. Motion of Fuzhou Fushan Pneumatic Co., Ltd. to Reconsider FRCP 60 or FRBP 3008 Order Granting Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 6090]**

    Response Deadline:    January 21, 2020 at 4:00 p.m. (Eastern Time)

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to May 14, 2020 at 10:00 a.m.

7. Motion of Meguiar's, Inc. for Allowance of an Administrative Expense Claim **[ECF No. 7421]**

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to a date to be determined.

8. Motion of 3M Puerto Rico for Allowance of an Administrative Expense Claim **[ECF No. 7422]**

   Responses Filed:    None.

   Related Document:

   A.   Motion for Allowance of Administrative Expense Claim **[ECF No. 7419]**

   Status:  This matter has been adjourned to a date to be determined.

9. Motion of Townley, Inc. for Allowance of an Administrative Expense Claim **[ECF No. 7520]**

   Responses Filed:    None.

   Related Documents:   None.

   Status:  This matter has been adjourned to a date to be determined.

10. Motion by WNR Industries Ltd. for Allowance of Administrative Expense Claim **[ECF No 7399]**

    Responses Filed:    None.

    Related Documents:   None.

    Status:  This matter has been adjourned to a date to be determined.

11. Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

    Response Deadline:   August 27, 2019 at 4:00 p.m. (Eastern Time)

    Responses Filed:

    A.   Response of Johnson Controls, Inc. **[ECF No. 4983]**

    B.   Shaw Industries, Inc.'s Opposition **[ECF No. 5156]**

    Related Documents:   None.

    Status:  This matter has been adjourned to May 14, 2020 at 10:00 a.m.

12. Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

    Response Deadline:   October 9, 2019 at 4:00 p.m. (Eastern Time)

    Response Filed:

    A.   Objection of CalAmp Wireless Networks Corporation **[ECF No. 5186]**

    Related Documents:

    B.   Order Granting Debtors' Fifth Omnibus Objection **[ECF No. 5994]**

    C.   Notice of Withdrawal & Adjournment **[ECF No. 7308]**

    Status:  This matter has been adjourned to May 14, 2020 at 10:00 a.m.

13. Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

    Response Deadline:   October 16, 2019 at 4:00 p.m. (Eastern Time)

    Responses Filed:

    A.   Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

    B.   Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

    Related Documents:

    C.   Order Granting Debtors' Ninth Omnibus Objection **[ECF No. 6043]**

    D.   Notice of Withdrawal & Adjournment **[ECF No. 6379]**

    E.   Notice of Adjournment **[ECF No. 7310]**

    Status:  This matter has been adjourned to May 14, 2020 at 10:00 a.m.

14. Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

    Response Deadline:   October 16, 2019 at 4:00 p.m. (Eastern Time)

    Responses Filed:

    A.   Infiiloom India Private Limited's Response **[ECF No. 5394]**

    B.    Winners Industry Company, Ltd.'s Response **[ECF No. 5400]**

    C.    Orient Craft Ltd.'s Opposition **[ECF No. 5496]**

    D.    Orient Craft Ltd.'s Opposition **[ECF No. 5497]**

    E.    Response of HK Sino-Thai Trading Company LTD **[ECF No. 6037]**

    F.    Debtors' Omnibus Reply in Support **[ECF No. 6372]**

Related Documents:   None.

Status:  This matter has been adjourned to May 14, 2020 at 10:00 a.m.

15. Debtors' Eleventh Omnibus Objection to Proofs of Claim (to Reclassify or Disallow Certain Claims) **[ECF No. 7213]**

Response Deadline:   March 3, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Response of BH North America Corporation in Opposition **[ECF No. 7359]**

    B.    Response in Opposition of KG Denim **[ECF No. 7369]**

    C.    Response of Icon Health & Fitness, Inc. **[ECF No. 7371]**

    D.    Response of Xiamen Luxinjia Imp & Exp Co Ltd. in Opposition **[ECF No. 7372]**

    E.    South Pacific Fashions Ltd.'s Reservation of Rights **[ECF No. 7455]**

    F.    Joinder of GTM America Corporation to Responses of BH North America Corporation, KG Denim Limited, Icon Health & Fitness, Inc. and Xiamen Luxinjia Imp & Exp Co. LTD **[ECF No. 7474]**

Related Documents:

    G.    Declaration of Dan Foust in Support of BH North American Corporation in Opposition **[ECF No. 7360]**

    H.    Declaration of Benny Wang in Support of LXJ's Opposition **[ECF No. 7373]**

    I.    Certificate of No Objection **[ECF No. 7383]**

    J.    Order Granting Debtors' Eleventh Omnibus Objection **[ECF No. 7393]**

WEIL:\97445904\11\44444.0009

Status: This matter has been adjourned to May 14, 2020 at 10:00 a.m.

16. Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 7302]**

   Response Deadline: March 10, 2020 at 4:00 p.m. (Eastern Time)

   Responses Filed:

       A. Response by Koolatron Corporation **[ECF No. 7408]**

       B. Informal Response of Exacme

   Related Documents: None.

   Status: This matter has been adjourned to May 14, 2020 at 10:00 a.m.

17. Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) **[ECF No. 7453]**

   Response Deadline: April 3, 2020 at 4:00 p.m. (Eastern Time)

   Responses Filed:

       A. Objection by Carl Joseph Soranno **[ECF No. 7777]**

       B. Objection by Combine International, Inc. **[ECF No. 7808]**

   Related Document:

       C. Motion for Extension of Time to State Position **[ECF No. 7788]**

   Status: This matter has been adjourned to May 14, 2020 at 10:00 a.m.

18. Debtors' Motion (I) to Allow Administrative Claims and (II) Granting Other Related Relief **[ECF No 7477]**

   Response Deadline: April 8, 2020 at 4:00 p.m. (Eastern Time)

   Response Filed:

       A. Response of Exacme c/o Newacme, LLC **[ECF No. 7792]**

   Related Documents: None.

   Status: This matter has been adjourned to May 14, 2020 at 10:00 a.m.

## V.  RESOLVED MATTER:

19. Debtors' Twelfth Omnibus Objection to Proofs of Claim and Ballots (No Liability Claims) **[ECF No. 7301]**

    Response Deadline:   March 10, 2020 at 4:00 p.m. (Eastern Time)

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter has been resolved.

Dated: April 22, 2020
       New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

Exhibit A
General Order M-543

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                         :
                                                               :
CORONAVIRUS/COVID-19 PANDEMIC,                                 :
COURT OPERATIONS UNDER THE EXIGENT                             :    General Order M-543
CIRCUMSTANCES CREATED BY COVID-19                              :
                                                               :
---------------------------------------------------------------X
```

In order to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") hereby issues the following order:

IT IS HEREBY ORDERED, effective immediately and until further notice, that:

1. **Hearings and Conferences**.  All hearings and conferences scheduled to be held in courthouses comprising the Manhattan Division, White Plains Division, and Poughkeepsie Division of the Bankruptcy Court will be conducted **telephonically** pending further Order of the Bankruptcy Judge assigned to the matter ("Bankruptcy Judge").  Any party wishing to appear in person at a hearing or conference shall file or submit an appropriate motion or request, which will be considered by the Bankruptcy Judge.  Any party may request an adjournment of a hearing or conference by filing or submitting an appropriate motion or request setting forth the basis for the adjournment in conformity with the Bankruptcy Judge's procedures for requesting adjournments.  All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must refer to the Bankruptcy Judge's guidelines for telephonic appearances and make arrangements with **Court Solutions LLC**.  Pro se parties, Chapter 7 Trustees and Ch 13 Trustee may participate telephonically in hearings free of charge using Court Solutions. The instructions for registering with Court Solutions are attached hereto.

2. **Evidentiary Hearings and Trials**.  Parties should contact the Bankruptcy Judge's courtroom deputy or law clerk assigned to the case to inquire about whether an upcoming evidentiary hearing or trial will proceed as scheduled and be prepared to discuss procedures and technology for conducting the evidentiary hearing remotely.

3. **Official Record**.  In order to assist the Bankruptcy Court in creating and maintaining the official record of proceedings before it, and to facilitate the availability of official transcripts of the proceedings, Bankruptcy Court personnel are permitted to utilize tools made available through Court Solutions to record telephonic hearings, conferences and trials. Such recordings shall be the official record. Transcripts can be ordered and corrected in the same way as before the issuance of this Order.

4. **Clerk's Office and *Pro Se* Filings**. Until further notice, the three Divisions of the Bankruptcy Court will remain open for all other business. Clerk's Office personnel are available by telephone, mail will be received, and the intake desks will remain open to receive *pro se* filings. *Pro se* filers can also continue to utilize the drop boxes located in the lobbies of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 or the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601 for delivery of documents after 5:00 pm. Any documents submitted for filing in a drop box must be time-stamped, sealed in an envelope addressed to the Clerk of Court of the Bankruptcy Court, and must include the filer's contact information.

Dated: March 20, 2020
      New York, New York

                                        /s/ Cecelia G. Morris
                                        Cecelia G. Morris
                                        United States Bankruptcy Chief Judge

Instructions to register for CourtSolutions.

1. Create a CourtSolutions account online.
Logon to https://www.court-solutions.com/ to "Signup" for an account and to register a telephonic appointment for an upcoming hearing. Registration for a hearing must occur no later than 12:00 noon on the business day prior to the hearing date.

2. Register for a hearing with CourtSolutions.
After creating and signing into their CourtSolutions account at https://www.court-solutions.com/, a party must register for a hearing.
a. Enter the last name of the Judge to appear before and then select the appropriate name from the list.
b. Enter the time and date of the hearing.
c. Select participation status: Live or Listen Only.
d. Enter the case name, case number, and, if applicable, the name of client.
e. There is a box to click to agree to terms/conditions, and then press "Register".
f. CourtSolutions will send an email confirmation of the participation request.
g. The court staff will first confirm that a granted motion to appear telephonically is on the docket. If there exists a granted motion, the court staff will approve the reservation.
h. CourtSolutions will then send another email confirmation.
Note that the reservation received for a registered hearing may NOT be transferred to another person. If someone dials in with someone else's registration information, the caller information presented to the court will not match the correct person.

3. Charges.
For lawyers and participants, registration and reservations are free.
Once a party dials into a call, the cost is a flat fee of $70, per reservation, per judge, per day. If the hearing is adjourned for a break and the party rejoins the call later that day, there is no additional charge to rejoin the call. If the hearing is continued to another day, lawyers and participants will need to re-register and the flat fee will apply again when dialing in.
If a party does not timely join a call, no fee is charged. The Judge will have the party listed as having made a reservation, but the party is not charged. However, the hearing may proceed in their absence, and they may face sanctions from the Court.
Additionally, a party may notice that there is a charge on their card after making a reservation. When making a reservation, CourtSolutions places an authorization hold on the card. If the party does not join the call, the pending hold will be removed automatically several days later, and there will be no charge.
Any issues with billing shall be directed to the vendor. The Court is not responsible for the billing or collection of the fees incurred with CourtSolutions.

4. Order of Proceeding.
CourtSolutions does not place a call to counsel on the day of the hearing. It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing. Logging into the CourtSolutions website for the hearing is not required but is helpful to unmute your line if the Court mutes it or to raise your hand to be recognized during the hearing.

Upon connecting to the call and at the time of the hearing, a party may hear the activity in the courtroom. Unless a joining party mutes their line, he/she joins the call as an active participant and can be heard. Failure to act appropriately on the line may result with the party being disconnected by Court. When the judge is ready to hear the case, appearances will be called. Each time a telephonic party speaks, he/she should identify them self for the record. The court's teleconferencing system allows more than one speaker to be heard, so the judge can interrupt a speaker to ask a question or redirect the discussion. When the judge informs the participants that the hearing is completed, the telephonic participant may disconnect, and the next case will be called.

5. Failure to appear.
If a party does not timely call and connect to the scheduled hearing, the hearing may proceed in their absence, and they may face sanctions from the Court for their failure to appear.

6. Other/Miscellaneous.
Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person's conduct makes telephonic appearances inappropriate. Sanctions may include denying the matter for failure to prosecute, continuing the hearing, proceeding in the absence of a party who fails to appear, or a monetary sanction.