# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SEARS HOLDINGS CORPORATION, et al., | CASE NO: 18-23538-RDD |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 7834 |

On 4/20/2020, I did cause a copy of the following documents, described below,

Brief Reply to Debtors' Response to Landlord's Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order ECF Docket Reference No. 7834

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/20/2020

/s/ Sonia E. Colon
Sonia E. Colon  USDC-PR No. 213809
Attorneys for Santa Rosa Mall, LLC


Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801
407 982 7310

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  SEARS HOLDINGS CORPORATION, et al., | CASE NO: 18-23538-RDD |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 7834 |

On 4/20/2020, a copy of the following documents, described below,

Brief Reply to Debtors' Response to Landlord's Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order ECF Docket Reference No. 7834

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/20/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sonia E. Colon
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| PRIORITY | PRIORITY | PRIORITY |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 ATTN PAUL SCHWARTZBERG RICHARD MORRISSEY 201 VARICK ST | UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CHAMBERS OF HONORABLE ROBERT D DRAIN | SEARS HOLDING CORPORATION ATTN STEPHEN SITLEY ESQ LUKE J VALENTINO ESQ ROB RIECKER 3333 BEVERLY ROAD HOFFMAN ESTATES IL 60179 |