# EXHIBIT B

## STANDARD PARTIES ELECTRONIC SERVICE LIST

Weil, Gotshal & Manges LLP
Debtors' counsel
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., Sunny Singh, Esq., Jessica
Liou, Esq., Paloma Van Groll, Esq., Jared Friedmann, Esq., and Jessie Mishkin, Esq.
ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com;
jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com;
Jessie.Mishkin@weil.com; Jared.Friedmann@weil.com
Via Email

Skadden, Arps, Slate, Meagher & Flom LLP
Administrative Agent under the First Lien Credit Facility and the DIP ABL Agent
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
paul.leake@skadden.com; george.howard@skadden.com
Via Email

Davis Polk & Wardell LLP
Administrative Agent under the Stand-Alone L/C Facility
450 Lexington Avenue
New York, NY, 10017
Attn: Elliot Moskowitz, Esq.
elliot.moskowitz@davispolk.com
Via Email

Cleary, Gottlieb
Agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated
Secured Loan Facility
One Liberty Plaza,
New York, NY, 10006
Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney,
Abena A. Mainoo, Luke A. Barefoot
soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; tmoloney@cgsh.com;
amainoo@cgsh.com; lbarefoot@cgsh.com
Via Email

Kelley Drye & Warren LLP
Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured
Notes
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., and Benjamin D. Feder, Esq.
KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com
Via Email

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, and Steven Paradise
emfox@seyfarth.com; sparadise@seyfarth.com
Via Email

Carter Ledyard & Milburn LLP
Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC
Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
2 Wall Street
New York, NY 10015
Attn: James Gadsden and Aaron R. Cahn
gadsden@clm.com; bankruptcy@clm.com
Via Email

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corporation
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq., and Aaron C. Smith
braynor@lockelord.com; asmith@lockelord.com
Via Email

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner
idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com;
sbrauner@akingump.com
Via Email

Choate, Hall & Stewart LLP
Attorneys to Wells Fargo Bank, National Association
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com; jmarshall@choate.com
Via Email

Lazard Frères & Co., LLC
Debtors' Investment Banker
30 Rockefeller Plaza
New York, New York 10112
Attn: Brandon Aebersold and Levi Quaintance
brandon.aebersold@lazard.com; levi.quaintance@lazard.com; project.blue.rx@lazard.com
Via Email