**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | **Claims to be Reduced*** | | | |
|---|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Non-Opt-Out Ballot ID** | **Non-Opt-Out Claim Amount** | **Final Allowed Amount** | **Reason for Proposed Reduction** |
| 1. | A. Gareleck & Sons, Inc. | 182353801042659 | $16,037.36 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 2. | Acustrip Company | 182353801043194 | $732.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 3. | A-IPOWER CORPORATION | 182353801017193 | $42,150.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 4. | AIRECO SUPPLY INC | 182353801042735 | $10,322.00 | $4,704.63 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 5. | AJ Manufacturing Co Inc | 182353801042738 | $21,235.44 | $1,234.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 6. | All American Building Products | 182353801042749 | $14,647.75 | $3,751.18 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 7. | Almo Distributing New York, Inc | 182353801043220 | $64,229.00 | $35,139.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 8. | AMERICAN DE ROSA LAMPARTS LLC | 182353801017288 | $60,075.94 | $2,342.04 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 9. | ANTILLAS SHOE CORP | 182353801016716 | $38,478.79 | $33,546.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 10. | ARCHWAY INC | 182353801043250 | $45,950.07 | $12,358.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 11. | Armacost Trane Service Company | 182353801043264 | $6,732.29 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 12. | ASPAC DISTRIBUTORS | 182353801039944 | $11,509.59 | $5,949.97 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 13. | ATKINS KROLL INC | 182353801042881 | $25,120.00 | $5,162.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 15. | AUTHENTIC WAREHOUSE LLC | 182353801016821 | $14,305.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 16. | Avery Products Corp | 182353801016829 | $6,195.30 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 17. | BALLESTER HERMANOS INC | 182353801042828 | $74,882.18 | $56,208.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 18. | BASIC FUN INC | 182353801014034 | $36,363.84 | $2,624.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 19. | BIOFILM INC | 182353801014077 | $11,599.20 | $5,769.12 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 20. | BISCAYNE CONSTRUCTION CO., INC | 182353801039980 | $94,429.75 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 21. | BODY SOLID | 182353801016413 | $17,835.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  In re: Sears Holdings Corporation, *et al.*
**Exhibit 1 - Reduced Claims**  Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 22. | BRIGHT STAR MANUFACTURING CO | 182353801043309 | $15,678.00 | $804.89 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 23. | Buxton Acquisition Co., LLC | 182353801016506 | $84,314.30 | $66,570.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 24. | CALERES INC | 182353801016536 | $115,364.30 | $89,888.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 25. | CCP NEWCO LLC | 182353801016608 | $21,161.12 | $8,003.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 26. | CEDAR LAKE PRODUCTS INC | 182353801016619 | $22,017.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 27. | CENTURY FROZEN FOODS LLC | 182353801042449 | $6,616.98 | $5,550.49 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 28. | CERCE CAPITAL LLC | 182353801016645 | $16,719.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 29. | CISCO SYSTEMS, INC. | 182353801018085 | $326,392.77 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 31. | CONAIR CORPORATION | 182353801016136 | $64,713.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 32. | COOKWARE COMPANY USA LLC THE | 182353801014209 | $28,367.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

| Debtors' Fourteenth Omnibus Objection | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|
| Exhibit 1 - Reduced Claims | | | | Case No. 18-23538 (RDD) |

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 33. | CORDELL, DALE | 182353801042627 | $14,640.25 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 34. | COSIMINI, RUTH | 182353801042632 | $10,999.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 35. | Coyote | 182353801016192 | $634,592.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 36. | CRISTALIA ACQUISITION CORP | 182353801042761 | $126,913.35 | $8,580.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 37. | Crown Metal Manufacturing Co | 182353801042764 | $12,342.24 | $9,079.64 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 38. | CS Packaging, Inc. | 182353801040099 | $65,952.23 | $29,945.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 39. | Daisy Manufacturing Company | 182353801014256 | $6,911.63 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 40. | Dal Tile Distribution, Inc. | 182353801042863 | $35,060.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 41. | DANKEN BLDG MATERIALS DIST INC | 182353801042873 | $19,686.78 | $5,177.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 42. | Demar Logistics, Inc. | 182353801040144 | $52,514.15 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 43. | DV International | 182353801040162 | $28,024.14 | $7,137.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 44. | DYNASTY CARPET AND RUG CO INC | 182353801015821 | $11,194.20 | $7,778.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 45. | E FORMELLA & SONS INC | 182353801015831 | $135,636.72 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 46. | Empire Distributors | 182353801042174 | $21,394.95 | $83.51 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 47. | Engineered Comfort Systems | 182353801040174 | $20,414.98 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 48. | Engineered Comfort Systems | 182353801040175 | $712.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 50. | EOS PRODUCTS LLC | 182353801015984 | $15,846.12 | $6,750.91 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 51. | EXCEL BUILDING SERVICES LLC | 182353801042227 | $925,443.64 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 52. | EXCEL BUILDING SERVICES LLC | 182353801042226 | $750,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 54. | FOLSOM SERVICES INC | 182353801042304 | $64,297.56 | $12,449.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Fourteenth Omnibus Objection  
Exhibit 1 - Reduced Claims  

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 55. | Fox Appliance Parts of Augusta, Inc | 182353801042315 | $14,891.91 | $2,926.37 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 56. | Fragrance Acquisitions LLC | 182353801042318 | $26,812.40 | $17,057.20 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 57. | FRANCISCO VEGA OTERO INC | 182353801015533 | $50,724.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 58. | FRIEND SMITH & CO INC | 182353801015564 | $50,199.29 | $29,722.93 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 59. | FULL POWER ELECTRICAL CORP. | 182353801042325 | $53,309.79 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 60. | GARY MONDS | 182353801015632 | $22,287.41 | $2,897.59 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 61. | GHANIMIAN ENTERPRISES INC | 182353801015682 | $146,347.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 62. | GI SPORTZ DIRECT LLC | 182353801015687 | $23,894.38 | $9,914.40 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 63. | GLAMOUR CORPORATION | 182353801042429 | $141,698.44 | $108,539.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 64. | GOSSI INC | 182353801014494 | $36,388.20 | $14,110.39 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 65. | Harmony Enterprises, Inc | 182353801042800 | $64,785.45 | $19,347.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 66. | HARRIS, GARY | 182353801042986 | $12,165.97 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 67. | HARTZ MOUNTAIN CORP | 182353801015175 | $31,613.89 | $25,842.38 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 68. | HENDERSON, CAROL ANN | 182353801040277 | $45,342.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 69. | Hershey Caribe, Inc. | 182353801040282 | $10,988.90 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 70. | HG TRADING INC | 182353801014533 | $8,041.42 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 71. | HIGH RIDGE BRANDS | 182353801014539 | $42,094.92 | $31,388.33 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 72. | HYPARD TRADING CORP | 182353801014563 | $11,249.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 73. | IDELLE LABS LTD | 182353801015370 | $14,349.48 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 74. | INNOCOR INC | 182353801043471 | $95,714.88 | $51,306.69 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Fourteenth Omnibus Objection  
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 75. | INNOVA PRODUCTS INC | 182353801041907 | $6,422.00 | $1,337.30 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 76. | INTERNATIONAL PACKAGING SUPPLIES | 182353801040330 | $42,984.51 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 77. | IOLANI SPORTSWEAR LTD | 182353801040334 | $27,083.00 | $8,333.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 78. | ISLAND WINES & SPIRITS DISTRIBUTORS | 182353801040351 | $12,373.32 | $9,290.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 80. | Jabtec, LLC | 182353801041981 | $8,302.50 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 81. | JAMES BEHRENS | 182353801014878 | $18,100.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 82. | JASON MACLAUGHLIN OD | 182353801014622 | $5,360.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 83. | JOHNSON HEALTH TECH NORTH AMERICA INC. | 182353801040363 | $8,872.65 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 84. | Johnston, Phillippa L | 182353801013674 | $17,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 85. | JUMP DESIGN GROUP INC | 182353801014971 | $206,692.00 | $127,216.86 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 86. | KATHY KAYE FOODS LLC | 182353801015013 | $28,325.28 | $8,263.01 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 87. | KID GALAXY INC | 182353801042087 | $269,414.88 | $35,155.60 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 88. | KOMELON USA CORP | 182353801040392 | $23,729.52 | $4,213.92 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 89. | LANCO MANUFACTURING CORPORATION | 182353801015544 | $32,821.99 | $11,538.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 90. | LIMBACH COMPANY LLC | 182353801041571 | $63,338.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 91. | LVMH Fragrance Brands | 182353801014815 | $21,313.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 92. | MAJESTIQUE CORPORATION | 182353801043474 | $20,725.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 93. | MAREY HEATER CORP | 182353801019072 | $92,466.84 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 94. | MAYHEW STEEL PRODUCTS INC | 182353801019161 | $5,308.74 | $4,734.56 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 95. | MEAD JOHNSON NUTRITION INC PR | 182353801040480 | $85,739.84 | $12,419.03 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
|---|---|---|---|---|---|
| | | | Claims to be Reduced* | | |
| 96. | MEASUREMENT LIMITED INC | 182353801019175 | $57,162.51 | $2,329.48 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 97. | MEIER SUPPLY CO INC | 182353801041718 | $9,868.46 | $4,799.24 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 98. | MENDEZ & CO INC | 182353801041723 | $151,080.19 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 99. | MENS FASHION CORPORATION | 182353801019218 | $61,895.60 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 100. | METRO PLUMBING | 182353801041733 | $6,132.53 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 101. | MICHAEL A SIMMONDS CO | 182353801041742 | $29,813.00 | $1,538.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 102. | MID PACIFIC DISTRIBUTORS, INC. | 182353801041751 | $8,779.20 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 103. | MIKEN SALES INC | 182353801019277 | $57,599.00 | $4,173.46 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 106. | Montage INT IMP INC | 182353801041781 | $15,606.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 107. | MORTON SALT INC | 182353801019368 | $21,484.26 | $13,527.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | |
|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 108. | MR SOLUTIONS INC | 182353801019385 | $38,526.00 | $1,440.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 109. | MSM Outdoor LLC | 182353801019389 | $21,445.40 | $771.53 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 110. | N G HEIMOS GREENHOUSES INC | 182353801019410 | $104,526.23 | $4,699.71 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 111. | Nalco Company LLC | 182353801040512 | $67,612.44 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 112. | NATI LLC | 182353801019427 | $12,133.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 113. | NEILMED PHARMACEUTICALS INC | 182353801019461 | $4,838.88 | $4,256.72 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 114. | NEUCO INC | 182353801041947 | $81,713.58 | $61,245.82 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 115. | NEW PORT SALES INC | 182353801041957 | $13,035.18 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 116. | NOVA WILDCAT BULLDOG LLC | 182353801019537 | $71,752.21 | $29,372.65 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 117. | OLD WORLD INDUSTRIES LLC | 182353801019590 | $33,119.47 | $21,655.34 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

| | Debtors' Fourteenth Omnibus Objection | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|---|
| | Exhibit 1 - Reduced Claims | | | | Case No. 18-23538 (RDD) |

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 118. | OLDE THOMPSON | 182353801019591 | $5,031.70 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 119. | OLLA BEAUTY SUPPLY INC DC & JIT | 182353801019600 | $49,057.13 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 120. | PACIFIC WORLD CORP | 182353801043398 | $116,806.80 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 121. | PEPSI COLA BOTTLING CO GUAM | 182353801040570 | $112,821.99 | $46,332.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 122. | PEPSICO CARIBBEAN INC | 182353801040576 | $143,579.04 | $22,283.25 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 125. | PINNACLE EXPRESS INC. | 182353801041364 | $8,739.52 | $6,040.52 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 126. | PLAYMONSTER LLC | 182353801019834 | $75,286.18 | $25,108.19 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 127. | PNY TECHNOLOGIES INC | 182353801019844 | $27,506.33 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 128. | PRESSMAN TOY CORP | 182353801019889 | $32,415.40 | $19,750.66 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 129. | Prestige Maintenance USA LTD | 182353801040590 | $82,831.10 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 130. | PRESTO PRODUCTS COMPANY | 182353801019890 | $50,530.26 | $18,700.55 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 131. | PRINCE OF PEACE ENTERPRISES INC | 182353801019909 | $12,946.08 | $3,362.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 132. | PRIZER PAINTER STOVE WORKS | 182353801040598 | $98,356.57 | $61,321.83 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 133. | Promociones Coqui | 182353801041403 | $15,369.00 | $12,807.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 134. | PRS on Time Distributors, LLC | 182353801041416 | $9,091.37 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 135. | PUERTO RICO SUPPLIES GROUP | 182353801019951 | $196,578.73 | $101,625.26 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 136. | Quest Resource Management Group, LLC | 182353801040621 | $28,257.09 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 137. | R2P GROUP INC | 182353801020009 | $421,463.96 | $119,939.85 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 138. | RANDA ACCESSORIES LEATHER GOODS LLC | 182353801020025 | $18,880.45 | $3,261.57 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 139. | RANIR LLC | 182353801020037 | $24,362.64 | $16,924.32 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

| Debtors' Fourteenth Omnibus Objection | | | | In re: Sears Holdings Corporation, *et al.* |
|---|---|---|---|---|
| Exhibit 1 - Reduced Claims | | | | Case No. 18-23538 (RDD) |

| | | Claims to be Reduced* | | |
|---|---|---|---|---|
| **Ref #** | **Name of Claimant** | **Non-Opt-Out Ballot ID** | **Non-Opt-Out Claim Amount** | **Final Allowed Amount** | **Reason for Proposed Reduction** |
|---|---|---|---|---|---|
| 140. | REGAL MANUFACTURING COMPANY | 182353801041512 | $29,279.62 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 141. | Residential Builders Association (RBA) | 182353801040643 | $8,500.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 142. | REYNOLDS CONSUMER PRODUCTS INC | 182353801018616 | $77,774.35 | $5,488.16 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 143. | RIDGE TOOL COMPANY | 182353801018649 | $7,680.00 | $6,769.80 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 145. | Salesmaster Corporation | 182353801043444 | $22,182.35 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 146. | SDC DESIGNS LLC | 182353801020260 | $151,857.85 | $132,504.54 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 147. | Southwest Sign Group, Inc. | 182353801041184 | $371,576.16 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 148. | Stabella Inc | 182353801041207 | $18,194.73 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 149. | STORK CRAFT MFG USA INC | 182353801019011 | $15,925.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 150. | STORK CRAFT MFG USA INC | 182353801019012 | $12,894.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
Exhibit 1 - Reduced Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 151. | Studio Eluceo Ltd | 182353801039869 | $31,348.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 152. | SUIZA DAIRY | 182353801020490 | $28,352.99 | $24,212.67 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 153. | SUNJOY GROUP INTERNATIONAL PTE LTD | 182353801013893 | $14,092.56 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 154. | SUNNY DISTRIBUTOR INC | 182353801020517 | $6,412.37 | $5,479.10 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 155. | SUNSHINE MILLS INC | 182353801020524 | $196,625.10 | $156,333.08 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 156. | SWB LDG | 182353801041251 | $100,000.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 157. | Synergetic Staffing, LLC | 182353801047332 | $112,247.67 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 158. | TANYA CREATIONS LLC | 182353801020586 | $184,906.90 | $60,450.98 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 159. | The Core Organization | 182353801041288 | $282,795.99 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 160. | The Marfo Company | 182353801041295 | $15,043.57 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  
**Exhibit 1 - Reduced Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 161. | The Nature's Bounty Co. (USA) | 182353801041297 | $101,857.72 | $30,051.84 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 162. | Tobey-Karg Service Agency, Inc. | 182353801040814 | $93,248.59 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 163. | Top Apex Enterprises, Ltd | 182353801013866 | $5,799.24 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 164. | U.S. Alliance, Corp. | 182353801018177 | $63,441.41 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 165. | Unique Home Designs, Inc. | 182353801040846 | $6,106.31 | $3,902.14 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 166. | WELCOME INDUSTRIAL CORP | 182353801021190 | $133,379.11 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 167. | Westport Corporation | 182353801041028 | $160,923.39 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 168. | Westport Corporation | 182353801021232 | $156,769.08 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 169. | WICKED AUDIO INC | 182353801021266 | $111,840.00 | $6,284.50 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |
| 170. | Wow Gear LLC | 182353801021342 | $32,043.00 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fourteenth Omnibus Objection**  |  **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Reduced Claims**  |  **Case No. 18-23538 (RDD)**

| | | Claims to be Reduced* | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Non-Opt-Out Ballot ID | Non-Opt-Out Claim Amount | Final Allowed Amount | Reason for Proposed Reduction |
| 171. | YPM, Inc. | 182353801041095 | $1,330,797.83 | $0.00 | The Debtors' books and records do not indicate liability for the Claim Amount, and Debtors believe claimant only holds a valid administrative expense claim for the Final Allowed Amount |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.