**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Notice Parties Service List attached hereto as **Exhibit A**:

- Monthly Fee Statement of Prime Clerk LLC, as Administrative Agent to the Debtors, for the Period from March 1, 2020 through March 31, 2020 [Docket No. 7833]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On April 20, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via (1) email on the Creditor Committee Service List attached hereto as **Exhibit B**, (2) first class mail and email on the Fourteenth Omnibus Claimant Service List attached hereto as **Exhibit C**, (3) overnight  mail and email on the United States Trustee Southern District of New York, Office of the United States Trustee for Region 2, Attn: Paul Schwartzberg & Richard Morrissey, 201 Varick St., Suite 1006, New York, NY 10014, Richard.morrissey@usdoj.gov, paul.schwartzberg@usodj.gov, and (4) overnight mail on the United States Bankruptcy Court Southern District of New York, Chambers of Honorable Robert D. Drain, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 248, White Plains, NY 10601:

- Amended Certificate of No Objection Regarding Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) [Docket No. 7840]

Dated:  April 23, 2020

*/s/ Jason Sugarman*
Jason Sugarman

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 23, 2020, by Jason Sugarman, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 41530

**<u>Exhibit A</u>**

Exhibit A

Fee Application Notice Parties Service List

Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|-----------|-----------|-----------|------|-------|-------------|-------|-------------------|
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | | | | | | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com | Email |
| Ballard Spahr LLP | Attn: David L. Pollack, Vincent J. Marriott, III | 52nd Floor - Mellon Bank Center | 1735 Market Street | Philadelphia | PA | 19103 | pollack@ballardspahr.com marriott@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers, Tobey M. Daluz, Laurel D. Roglen, Chantelle D. McClamb | 919 N. Market Street | 11th Floor | Wilmington | DE | 19801 | heilmanl@ballardspahr.com summersm@ballardspahr.com daluzt@ballardspahr.com roglenl@ballardspahr.com mcclambc@ballardspahr.com | First Class Mail and Email |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | 1675 Broadway | 19th Floor | New York | NY | 10019-5820 | harnerp@ballardspahr.com kutnera@ballardspahr.com | First Class Mail and Email |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St | Ste 1006 | New York | NY | 10014 | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov | Overnight Mail and Email |
| Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | rob.riecker@searshc.com luke.valentino@searshc.com | First Class Mail and Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | | | | | | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com | Email |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert Drain | US Bankruptcy Court SDNY | 300 Quarropas Street Rm 248 | White Plains | NY | 10601 | | Overnight Mail |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | | | | | | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com | Email |

**Exhibit B**

**Exhibit B**

Creditor Commitee Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com; JDAngelo@herrick.com; KKolb@herrick.com |
| Proposed Special Conflicts Counsl to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al* . | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com |
| Proposed Special Conflicts Counsl to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al* . | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov |

## Exhibit C

Exhibit C
Fourteenth Omnibus Claimant Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4859678 | A. GARELECK & SONS, INC. | 125 ARTHUR ST | | | BUFFALO | NY | 14207 | | | First Class Mail |
| 4900241 | ACUSTRIP COMPANY | PO BOX 413 | | | MOUNTAIN LAKES | NJ | 07046-0413 | | rons@acustrip.com;frans@acustrip.com | First Class Mail and Email |
| 5406420 | A-IPOWER CORPORATION | 10887 COMMERCE WAY STE A | | | ONTARIO | CA | 92337-8251 | | dorrance@a-ipower.com | First Class Mail and Email |
| 5848315 | AIRECO SUPPLY, INC | PO BOX 414 | | | SAVAGE | MD | 20763 | | | First Class Mail |
| 4134940 | AJ MANUFACTURING CO INC | 449 W WRIGHTWOOD AVE | | | ELMHURST | IL | 60126 | | Nina.Aue@ajmanufacturing.com;Nina.Woods@ajmanufacturing.com;Nina.Aue@ajmanufacturing.com | First Class Mail and Email |
| 4128720 | ALL AMERICAN BUILDING PRODUCTS | 11915 E 51ST STREET UNIT 25 | | | TULSA | OK | 74146 | | dmcbride@aabpinc.com;dmcbride@aabpinc.com | First Class Mail and Email |
| 5842390 | ALMO DISTRIBUTING NEW YORK, INC | ATTN: BILL LITTLESTONE | 2709 COMMERCE WAY | | PHILADELPHIA | PA | 19154 | | | First Class Mail |
| 5794412 | AMERICAN DE ROSA LAMPARTS LLC | 1945 S TUBEWAY AVE | | | LOS ANGELES | CA | 90040 | | | First Class Mail |
| 4806247 | ANTILLAS SHOE CORP | P O BOX 6559 | | | SAN JUAN | PR | 00914 | | | First Class Mail |
| 4137232 | ARCHWAY INC. | PO BOX 25867 | | | BARRIGADA | GU | 96921 | | | First Class Mail |
| 4132340 | ARMACOST TRANE SERVICE COMPANY | PO BOX 2642 | | | GREAT FALLS | MT | 59403 | | | First Class Mail |
| 4138445 | ASPAC DISTRIBUTORS INC | 174 KOTLA DRIVE | | | AGANA HEIGHTS | GU | 96910 | | | First Class Mail |
| 4893735 | ATKINS KROLL INC | 443 SOUTH MARINE DRIVE | | | TAMUNING | GU | 96921 | | | First Class Mail |
| 4805169 | AUTHENTIC WAREHOUSE LLC | 71 MACDOUGAL STREET SUITE 2 | | | NEW YORK | NY | 10012 | | dparodi@authenticwarehouse.com | First Class Mail and Email |
| 4883722 | AVERY PRODUCTS CORPORATION | P O BOX 96672 | | | CHICAGO | IL | 60693 | | | First Class Mail |
| 4142697 | BALLESTER HERMANOS INC | C/O ARTURO GONZALEZ MARTIN ESQ | PO BOX 193377 | | SAN JUAN | PR | 00919-3377 | | | First Class Mail |
| 4865243 | BASIC FUN INC | 301 YAMATO ROAD SUITE 2112 | | | BOCA RATON | FL | 33431 | | | First Class Mail |
| 5794826 | BIOFILM INC | 3225 EXECUTIVE RIDGE | | | VISTA | CA | 92081 | | | First Class Mail |
| 4124104 | BISCAYNE CONSTRUCTION CO., INC | 4700 SW 30 STREET | | | DAVIE | FL | 33314 | | claing@biscayneroofing.com;CLAING@BISCAYNEROOFING.COM | First Class Mail and Email |
| 4806507 | BODY SOLID | 1900 SO DES PLAINES AVE | | | FOREST PARK | IL | 60130 | | jgreen@bodysolid.com | First Class Mail and Email |
| 4908224 | BRIGHT STAR MANUFACTURING CO | 2900 S 20TH ST | | | PHILADELPHIA | PA | 19145 | | | First Class Mail |
| 4873464 | BUXTON INC | BUXTON ACQUISITION CO LLC | P O BOX 1650 | | SPRINGFIELD | MA | 01102 | | | First Class Mail |
| 5795045 | CALERES INC | P O BOX 14581 | | | ST LOUIS | MO | 63101 | | | First Class Mail |
| 5795134 | CCP NEWCO LLC | 11840 W LINE INDUSTRIAL DR STE 200 | | | ST LOUIS | MO | 63146 | | | First Class Mail |
| 5795141 | CEDAR LAKE PRODUCTS INC | 2297 GREEN ACRES RD | | | FAYETTEVILLE | AR | 72712 | | adam@cedar-lake.net | First Class Mail and Email |
| 5805025 | CENTURY FROZEN FOODS, LLC. | PO BOX 1661 | | | CANOVANAS | PR | 00729-1661 | | | First Class Mail |
| 5795170 | CERCE CAPITAL LLC | 34 BRANCH AVE | | | PROVIDENCE | RI | 02904 | | | First Class Mail |
| 4893637 | CISCO SYSTEMS, INC. | C/O BIALSON, BERGEN & SCHWAB | ATTN: LAWRENCE SCHWAB & THOMAS GAA | 633 MENLO AVE, SUITE 100 | MENLO PARK | CA | 94025 | | | First Class Mail |
| 5841895 | CONAIR CORPORATION | 150 MILFORD ROAD | | | EAST WINDSOR | NJ | 08520 | | | First Class Mail |
| 5795380 | COOKWARE COMPANY USA LLC THE | 660 WHITE PLAINS RD SUITE 550 | | | TARRYTOWN | NY | 10591 | | Julie.derosa@cookware-co.com | First Class Mail and Email |
| 4634950 | CORDELL, DALE | 356 PRIMROSE LN | | | COVINGTON | LA | 70433 | | dc1111cs@gmail.com | First Class Mail and Email |
| 4775729 | COSIMINI, RUTH | 102 DOANE AVE | | | AGAWAM | MA | 01001 | | rcosimini@yahoo.com | First Class Mail and Email |
| 4778957 | COYOTE | ATTN: JASON RICE | 2545 W. DIVERSEY AVE | 3RD FLOOR | CHICAGO | IL | 60647 | | jackie.broadus@coyote.com;Jason.rice@coyote.com;Jackie.Broadus@coyote.com | First Class Mail and Email |
| 4904201 | CRISTALIA ACQUISITION CORP. | P.O. BOX 9046 | | | CAROLINA | PR | 00988 | | | First Class Mail |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 5

Exhibit C
Fourteenth Omnibus Claimant Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5012713 | CROWN METAL MANUFACTURING CO | 765 SOUTH ROUTE 83 | | | ELMHURST | IL | 60126 | | warren@crownmetal.com;warren@crownmetal.com | First Class Mail and Email |
| 4129845 | CS PACKAGING, INC. | C/O STEVEN S. POTTS, ATTORNEY AT LAW | 2349 WALTERS AVENUE | | NORTHBROOK | IL | 60062 | | otispott@comcast.net;otispott@comcast.net | First Class Mail and Email |
| 4124057 | DAISY MANUFACTURING COMPANY | THOMAS MCCARTAN, ACCOUNTING MANAGER | 1700 N 2ND STREET | | ROGERS | AR | 72756 | | tmccartan@daisy.com | First Class Mail and Email |
| 4136514 | DAL TILE DISTRIBUTION, INC. | PO BOX 170130 | | | DALLAS | TX | 75217 | | | First Class Mail |
| 4583635 | DANKEN BUILDING MATERIALS DISTRIBUTION, INC. | 69451 HWY 59 | | | ABITA SPRINGS | LA | 70420 | | | First Class Mail |
| 4794586 | DEMAR LOGISTICS, INC. | SULLIVAN HINCKS & CONWAY | 120 WEST 22ND STREET, SUITE 100 | | OAK BROOK | IL | 60523 | | kevinbrejcha@shlawfirm.com;kevinbrejcha@shlawfirm.com;dansullivan@shlawfirm.com | First Class Mail and Email |
| 4140235 | DV INTERNATIONAL | 1000 UNIVERSITY AVE #220 | | | ST. PAUL | MN | 55104 | | ashley@madesmart.com;jason5@madesmart.com | First Class Mail and Email |
| 5795702 | DYNASTY CARPET AND RUG CO INC | 2210 S HAMILTON STREET EXT | | | DALTON | GA | 30736 | | | First Class Mail |
| 4867095 | E FORMELLA & SONS INC | 411 E PLAINFIELD ROAD | | | COUNTRYSIDE | IL | 60525 | | matt@pfeifferlawoffices.com;matt@pfeifferlawoffices.com | First Class Mail and Email |
| 4583846 | EMPIRE DISTRIBUTORS | 11383 NEWPORT DRIVE | | | RANCHO CUCAMONGA | CA | 91730 | | vrennie@empiredistributorsonline.com | First Class Mail and Email |
| 5789058 | ENGINEERED COMFORT SYSTEMS | MICHELLE EDWARDS | 12480 ALLEN RD | | TAYLOR | MI | 48180 | | bethnys@ecshvac.com;michelle@ecshvac.com;BETHNYS@ECSHVAC.COM | First Class Mail and Email |
| 5607707 | ENGINEERED COMFORT SYSTEMS INC | 12480 ALLEN ROAD | | | TAYLOR | MI | 48180 | | bethnys@ecshvac.com;BETHNYS@ECSHVAC.COM | First Class Mail and Email |
| 5795840 | EOS PRODUCTS LLC | 19 W 44TH STREET SUITE 811 | | | NEW YORK | NY | 10036 | | | First Class Mail |
| 5790285 | EXCEL BUILDING SERVICES LLC | JACK FABRIQUE | 1061 SERPENTINE LANE SUITE H | | PLEASANTON | CA | 94566 | | ssui@excelbuildingservices.com | First Class Mail and Email |
| 4858574 | EXCEL BUILDING SERVICES, LLC | 1061 SERPENTINE LN, SUITE H | | | PLEASANTON | CA | 94566 | | ssui@excelbuildingservices.com;psuez@excelbuildingservices.com | First Class Mail and Email |
| 4129136 | EXQUISITE APPAREL CORP. | 230 W 38TH STREET, FLOOR 2 | | | NEW YORK | NY | 10018 | | dbreykina@exquisiteapparel.com;dbreykina@exquisiteapparel.com | Email |
| 4864140 | FOLSOM SERVICES INC | 25 E 13TH STREET | | | SAINT CLOUD | FL | 34769 | | bfolsom@folsomservices.com | First Class Mail and Email |
| 4124875 | FOX APPLIANCE PARTS OF AUGUSTA, INC | PO BOX 14369 | | | AUGUSTA | GA | 30919-0369 | | ginger@foxaugusta.com;ginger@foxaugusta.com | First Class Mail and Email |
| 4902822 | FRAGRANCE ACQUISITIONS LLC | 1900 CORPORATE BLVD | | | NEWBURGH | NY | 12550 | | michael.corrigan@preferredfragrance.com;finance@preferredfragrance.com;michael.corrigan@preferredfragrance.com | First Class Mail and Email |
| 4880754 | FRANCISCO VEGA OTERO INC | P O BOX 175 | | | CAGUAS | PR | 00726 | | alberto@fvopr.com | First Class Mail and Email |
| 5417226 | FRIEND SMITH & CO INC | P O BOX 366206 | | | SAN JUAN | PR | 00936 | | | First Class Mail |
| 4881803 | FULL POWER ELECTRICAL CORP. | PO BOX 3873 | | | CAROLINA | PR | 00984-3873 | | | First Class Mail |
| 4799922 | GARY MONDS | DBA BELTOUTLET.COM | 582 TERRITORIAL DRIVE SUITE A | | BOLINGBROOK | IL | 60440 | | gary@phoenixleathergoods.com;gary@phoenixleathergoods.com | First Class Mail and Email |
| 4888878 | GHANIMIAN ENTERPRISES INC | TWO LIPS SHOE COMPANY | 9237 SAN FERNANDO RD | | SUN VALLEY | CA | 91352 | | George@Jawlakianlaw.com;George@jawlakianlaw.com | First Class Mail and Email |
| 5796197 | GI SPORTZ DIRECT LLC | 570 MANTUA BLVD | | | SEWELL | NJ | 08080 | | | First Class Mail |
| 4880356 | GLAMOUR CORPORATION | P O BOX 11908 | | | SAN JUAN | PR | 00922 | | | First Class Mail |
| 5796263 | GOSSI INC | 30255 SOLON INDUSTRIAL PKWY | | | SOLON | OH | 44139 | | | First Class Mail |
| 5796391 | HARMONY ENTERPRISES, INC | 704 MAIN AVENUE NORTH | | | HARMONY | MN | 55939 | | acctrec@harmony1.com | First Class Mail and Email |
| 4737415 | HARRIS, GARY | 315 S SUN N LAKES BLVD | | | LAKE PLACID | FL | 33852 | | garyharris8587@yahoo.com | First Class Mail and Email |
| 4880800 | HARTZ MOUNTAIN CORPORATION | P O BOX 18429 | | | NEWARK | NJ | 07191 | | | First Class Mail |
| 4603792 | HENDERSON, CAROL ANN | 4530 MITCHELL RD | | | KINGSPORT | TN | 37664 | | diamondgirlshine@hotmail.com | First Class Mail and Email |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Exhibit C
Fourteenth Omnibus Claimant Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4889889 | HERSHEY CARIBE, INC. | PO BOX 10752 | | | SAN JUAN | PR | 00922-0752 | | orivera@hersheys.com;orivera@hersheys.com | First Class Mail and Email |
| 4135126 | HG TRADING INC | 846 S. MYRTLE AVE | SUITE #1 | | MONROVIA | CA | 91016 | | hgtradinginc@gmail.com;sears.hgs@gmail.com | First Class Mail and Email |
| 4865949 | HIGH RIDGE BRANDS | 333 LUDLOW ST S TOWER 2ND FLOO | | | STAMFORD | CT | 06902 | | | First Class Mail |
| 4132484 | HYPARD TRADING CORP. | 14218 NELSON AVE. | | | CITY OF INDUSTRY | CA | 91746 | | | First Class Mail |
| 5796609 | IDELLE LABS LTD | P O BOX 849114 | | | DALLAS | TX | 75284 | | | First Class Mail |
| 4132613 | INNOCOR INC. | ATTN: KIM GONZALEZ | 200 SCHULZ DR | 2ND FLOOR | RED BANK | NJ | 7701 | | Kgonzalez@innocorinc.com;Kgonzalez@innocorinc.com | First Class Mail and Email |
| 4128020 | INNOVA PRODUCTS INC. | 1289 HAMMERWOOD AVE | | | SUNNYVALE | CA | 94089 | | | First Class Mail |
| 4125510 | INTERNATIONAL PACKAGING SUPPLIES LLC | 4219 NORTHSHORE DR. | | | FENTON | MI | 48430 | | | First Class Mail |
| 4859616 | IOLANI SPORTSWEAR LTD | 1234 KONA ST | | | HONOLULU | HI | 96814 | | | First Class Mail |
| 4143255 | ISLAND WINES & SPIRITS DISTRIBUTORS INC | 600 BELLO STREET | SUITE 110 | | TAMUNING | GU | 96931 | | | First Class Mail |
| 4903843 | ISTAR JEWELRY LLC | BRACH EICHLER LLC | CARL J. SORANNNO, ESQ. | 101 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 | | csoranno@bracheichler.com | Email |
| 4889965 | JABTEC, LLC | 2232 OAKHURST DRIVE | | | DELAWARE | OH | 43015 | | jabtec@columbus.rr.com;jabtec@columbus.rr.com | First Class Mail and Email |
| 4887403 | JAMES BEHRENS | SEARS OPTICAL LOCATION 1095 | 3460 KINGSBORO RD #840 | | ALTANTA | GA | 30326 | | | First Class Mail |
| 4887201 | JASON MACLAUGHLIN OD | SEARS OPTICAL 1984 | 3701 MC KINLEY PKWY | | BLASDELL | NY | 14219 | | jmaclaughlin@msn.com | First Class Mail and Email |
| 4139752 | JOHNSON HEALTH TECH NORTH AMERICA INC. | 1600 LANDMARK DRIVE | | | COTTAGE GROVE | WI | 53527 | | | First Class Mail |
| 5828241 | JOHNSTON, PHILLIPPA L | 13710 NEW ACADIA LANE | | | UPPER MARLBORO | MD | 20774 | | jphiliferg@yahoo.com | First Class Mail and Email |
| 5796901 | JUMP DESIGN GROUP INC | 1400 BROADWAY | | | NEW YORK | NY | 10018 | | | First Class Mail |
| 4863797 | KATHY KAYE FOODS LLC | 235 W 3700 N BLDG F | | | HYDE PARK | UT | 84318 | | | First Class Mail |
| 5850158 | KID GALAXY INC | 150 DOW STREET, TOWER 2, UNIT 425B | | | MANCHESTER | NH | 03101 | | yichingm@kidgalaxy.com;yichingm@kidgalaxy.com | First Class Mail and Email |
| 4131897 | KOMELON USA | LAURA MASLOWSKI | 301 COMMERCE PLACE, SUITE H | | WAUKESHA | WI | 53186 | | | First Class Mail |
| 5797105 | LANCO MANUFACTURING CORPORATION | URB APONTE NUM 5 | | | SAN LORENZO | PR | 00754 | | | First Class Mail |
| 4868080 | LIMBACH COMPANY LLC | 31-35TH STREET | | | PITTSBURGH | PA | 15201 | | edausch@babstcalland.com;edausch@babstcalland.com | First Class Mail and Email |
| 5425313 | LVMH FRAGRANCE BRANDS LLC | 19 EAST 57TH ST | | | NEW YORK | NY | 10022 | | | First Class Mail |
| 4136319 | MAJESTIQUE CORPORATION | C/O GINO NEGRETTI ESQ. | COND. CARIBBEAN TOWERS | 670 AVE. PONCE DE LEON STE. 17 | SAN JUAN | PR | 00907-3207 | | ginonegretti@gmail.com | First Class Mail and Email |
| 4805064 | MAREY HEATER CORP | P O BOX 6281 | | | SAN JUAN | PR | 00914-6281 | | rrazquez@marey.com | First Class Mail and Email |
| 4805645 | MAYHEW STEEL PRODUCTS INC | 199 INDUSTRIAL BLVD | | | TURNERS FALLS | MA | 01376 | | | First Class Mail |
| 4880350 | MEAD JOHNSON NUTRITION (PUERTO RICO) INC | PO BOX 11846 | | | SAN JUAN | PR | 00922-1846 | | | First Class Mail |
| 4859222 | MEASUREMENT LIMITED INC | 11751 ROCK LANDING DR STE H7 | | | NEWPORT NEWS | VA | 23606 | | | First Class Mail |
| 4909688 | MEIER SUPPLY CO., INC | 275 BROOME CORPORATE PARKWAY | | | CONKLIN | NY | 13748 | | | First Class Mail |
| 5797496 | MENDEZ & CO INC | P O BOX 363348 | | | SAN JUAN | PR | 00936 | | | First Class Mail |
| 4864583 | MENS FASHION CORPORATION | 270 CANALS ST | | | SAN JUAN | PR | 00907 | | nvelasco@mensfashionpr.net | First Class Mail and Email |
| 4884182 | METRO PLUMBING | PMB 123 | PO BOX 607071 | | BAYAMON | PR | 00960-7071 | | | First Class Mail |
| 4243969 | MICHEAL A. SIMMONDS, CO | MICHAEL A. SIMMONDS | P.O. BOX 6160 | | ST. THOMAS | VI | 00804 | | | First Class Mail |
| 4137036 | MID PACIFIC DISTRIBUTORS, INC. | 600 BELLO ST. | STE. 110 | | BARRIGADA | GU | 96913 | | | First Class Mail |

Page 3 of 5

Exhibit C
Fourteenth Omnibus Claimant Service List
Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 5797585 | MIKEN SALES INC | 539 SOUTH MISSION ROAD | | | LOS ANGELES | CA | 90033 | | | First Class Mail |
| 4846112 | MILBERG FACTORS INC | 99 PARK AVE | | | NEW YORK | NY | 10016 | | | First Class Mail |
| 4894688 | MONTAGE INT IMP INC | 110 E 9TH ST | A 1165 | | LOS ANGELES | CA | 90079 | | | First Class Mail |
| 5797683 | MORTON SALT INC | 151 S INDUSTRIAL | | | RITTMAN | OH | 44270 | | | First Class Mail |
| 4134988 | MR SOLUTIONS INC. | 161 N GIBSON RD | | | HENDERSON | NV | 89014 | | | First Class Mail |
| 5797708 | MSM OUTDOOR LLC | 2440 RAVENHURST DR | | | PLANO | TX | 75025 | | | First Class Mail |
| 4869863 | N G HEIMOS GREENHOUSES INC | 6627 RT 158 | | | MILLSTADT | IL | 62298 | | | First Class Mail |
| 4904879 | NALCO COMPANY LLC | 1601 WEST DIEHL ROAD | | | NAPERVILLE | IL | 60563 | | | First Class Mail |
| 4799402 | NATI LLC | 84 COMMERCIAL RD | | | HUNTINGTON | IN | 46750 | | | First Class Mail |
| 5797798 | NEILMED PHARMACEUTICALS INC | 601 AVIATION BLVD | | | SANTA ROSA | CA | 95403 | | | First Class Mail |
| 4885120 | NEUCO INC | PO BOX 661151 | | | CHICAGO | IL | 60666 | | | First Class Mail |
| 5844074 | NEW PORT SALES INC. | BECHARA INDUSTRIAL PARK, 330 SEGARRA STREET | | | SAN JUAN | PR | 00920 | | | First Class Mail |
| 4143265 | NOVA WILDCAT BULLDOG LLC | 4051 S IOWA AVENUE | | | ST FRANCIS | WI | 53235 | | | First Class Mail |
| 5797930 | OLD WORLD INDUSTRIES LLC | P O BOX 934618 | | | ATLANTA | GA | 31193 | | | First Class Mail |
| 4865788 | OLDE THOMPSON | 3250 CAMINO DEL SOL | | | OXNARD | CA | 93030 | | Darlene@OldeThompson.com | First Class Mail and Email |
| 5797937 | OLLA BEAUTY SUPPLY INC DC & JIT | 10 NEW MAPLE AVE UNIT 301A | | | PINE BROOK | NJ | 07058 | | | First Class Mail |
| 5798036 | PACIFIC WORLD CORP | PO BOX 71362 | | | CHICAGO | IL | 60694 | | pbaldino@pwcosmetics.com;pbaldino@pwcosmetics.com | First Class Mail and Email |
| 4862969 | PEPSI COLA BOTTLING COMPANY OF GUAM, INC. | 210 ROJAS STREET | HARMON INDUSTRIAL PARK | | TAMUNING | GU | 96913 | | pheinz@pgbguam.com;jen@pgbguam.com;benes@pgbguam.com | First Class Mail and Email |
| 5805850 | PEPSICO CARIBBEAN INC. | CORPORATE OFFICE PARK 42 CARR.20 SUITE 205 | | | GUAYNABO | PR | 00966 | | | First Class Mail |
| 5798144 | PHELPS INDUSTRIES LLC | 5213 26TH AVE | | | ROCKFORD | IL | 61109 | | rruffolo@phelpspet.com;rruffolo@phelpspet.com | Email |
| 5848995 | PINNACLE EXPRESS, INC | P.O. BOX 788 | | | DUNDEE | FL | 33838 | | | First Class Mail |
| 5798171 | PLAYMONSTER LLC | 1400 EAST INMAN PKWY | | | BELOIT | WI | 53511 | | | First Class Mail |
| 4805053 | PNY TECHNOLOGIES INC | 100 JEFFERSON ROAD | | | PARSIPPANY | NJ | 07054 | | HCOFFIELD@PNY.COM;HCOFFIELD@PNY.COM | First Class Mail and Email |
| 5798220 | PRESSMAN TOY CORP | P O BOX 95000-2475 | | | PHILADELPHIA | PA | 19195 | | | First Class Mail |
| 4908721 | PRESTIGE MAINTENANCE USA LTD | ATTN:CHIEF FINANCIAL OFFICER | 1808 10TH STREET, STE 300 | | PLANO | TX | 75074 | | | First Class Mail |
| 4880060 | PRESTO PRODUCTS COMPANY | P O 360035 | | | PITTSBURGH | PA | 15251 | | | First Class Mail |
| 5843013 | PRESTONE PRODUCTS CORPORATION | 6250 N. RIVER RD. | SUITE 6000 | | ROSEMONT | IL | 60018 | | | First Class Mail |
| 5798240 | PRINCE OF PEACE ENTERPRISES INC | 751 N CANYONS PKWY | | | LIVERMORE | CA | 94551-9479 | | vanilla@popus.com;vanilla@popus.com | First Class Mail and Email |
| 4141232 | PRIZER-PAINTER STOVE WORKS, INC. | 318 JUNE AVE | | | BLANDON | PA | 19510 | | | First Class Mail |
| 4904972 | PROMOCIONES COQUI | PO BOX 719 | | | MAYAGUEZ | PR | 00681 | | | First Class Mail |
| 5819083 | PRS ON TIME DISTRIBUTORS, LLC | MRO ATTORNEYS AT LAW, LLC | PO BOX 367819 | | SAN JUAN | PR | 00936-7819 | | | First Class Mail |
| 4806246 | PUERTO RICO SUPPLIES GROUP INC | P O BOX 11908 | | | SAN JUAN | PR | 00922 | | | First Class Mail |
| 5798329 | QUEST RESOURCE MANAGEMENT GROUP | 3481 PLANO PARKWAY | | | THE COLONY | TX | 75056 | | | First Class Mail |
| 5798356 | R2P GROUP INC | 5880 W LAS POSITAS BLVD STE 31 | | | PLEASANTON | CA | 94588 | | | First Class Mail |
| 4805947 | RANDA ACCESSORIES LEATHER GOODS JI | 5600 N RIVER ROAD | | | ROSEMONT | IL | 60018 | | | First Class Mail |
| 5798378 | RANIR LLC | P O BOX 8877 | | | GRAND RAPIDS | MI | 49518 | | bill.polzin@ranir.com;fred.vandermolen@ranir.com | First Class Mail and Email |
| 4868267 | REGAL MANUFACTURING COMPANY | PO BOX 31 | | | CAMBRIDGE CITY | IN | 47327 | | | First Class Mail |
| 4809806 | RESIDENTIAL BUILDERS ASSOCIATION (RBA) | 1717 17TH STREET, SUITE 105 | | | SAN FRANCISCO | CA | 94103 | | | First Class Mail |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 4 of 5

Exhibit C

Fourteenth Omnibus Claimant Service List

Served as set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 4882902 | REYNOLDS CONSUMER PRODUCTS INC | 1900 W. FIELD COURT | | | LAKE FOREST | IL | 60054 | | | First Class Mail |
| 4805351 | RIDGE TOOL COMPANY | 400 CLARK STREET | | | ELYRIA | OH | 44035-6001 | | | First Class Mail |
| 5433070 | ROSENTHAL & ROSENTHAL | 1370 BROADWAY | | | NEW YORK | NY | 10018 | | TDiTirro@rosenthalinc.com;TDiTirro@rosenthalinc.com | Email |
| 4891855 | SALESMASTER CORPORATION | 87 TOWPATH ROAD | | | FAIRLESS HILLS | PA | 19030 | | michelle@salesmastercorp.com | First Class Mail and Email |
| 4806356 | SDC DESIGNS LLC | 30-30 47TH AVE SUITE 520 | | | LONG ISLAND CITY | NY | 11101 | | | First Class Mail |
| 5848626 | SOUTHWEST SIGN GROUP, INC. | KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | ATTN: SEAN C. SOUTHARD, LAUREN C. KISS | 200 WEST 41ST STREET, 17TH FL. | NEW YORK | NY | 10036 | | LKiss@Klestadt.com;ssouthard@klestadt.com;lkiss @klestadt.com | First Class Mail and Email |
| 4778062 | STABELLA INC | 2889 GRAY FOX RD | | | MONROE | NC | 28110 | | | First Class Mail |
| 4806742 | STORK CRAFT MFG (USA) INC | 3993 HOWARD HUGHES PKWY SUITE 250 | | | LAS VEGAS | NV | 89169 | | dmiller@storkcraft.com | First Class Mail |
| 5786958 | STORK CRAFT MFG USA INC | 250 3993 HOWARD HUGES PKWY | | | LAS VEGAS | NV | 89169 | | dmiller@storkcraft.com | First Class Mail |
| 4892764 | STUDIO ELUCEO LTD | 3FL-19, NO.3, TIEN MOU W. ROAD | | | TAIPEI | | 111 | TAIWAN | gina@eluceo.com.tw;gina@eluceo.com.tw | First Class Mail and Email |
| 4881571 | SUIZA DAIRY | P O BOX 3207 | | | SAN JUAN | PR | 00936 | | | First Class Mail |
| 4870037 | SUNJOY GROUP INTERNATIONAL PTE LTD | 7 KAKI BUKIT CRESCENT#04-01 FULLION | BUILDING | | SINGAPORE | | 416239 | SINGAPORE | yuefen@sunjoygroup.com | First Class Mail and Email |
| 5436143 | SUNNY DISTRIBUTOR INC | 218 TURNBULL CANYON RD | | | CITY OF INDUSTRY | CA | 91745 | | | First Class Mail |
| 5799157 | SUNSHINE MILLS INC | PO BOX 676 | | | RED BAY | AL | 32258 | | | First Class Mail |
| 5816890 | SWB LDG | PO BOX 460171 | | | SAN FRANCISCO | CA | 94146 | | malcolmlxiang@gmail.com;malcolmlxiang@gmail.c om | First Class Mail and Email |
| 7729706 | SYNERGETIC STAFFING, LLC | ATTN: ALICIA LARSON | 109 E. BRIDGE STREET | | BRIGHTON | CO | 80601 | | | First Class Mail |
| 7729706 | SYNERGETIC STAFFING, LLC | C/O RJB LAWYER, LLC, ATTN: ROBERT J. BRUCE, ESQ. | 1543 CHAMPA STREET, Suite 400 | | DENVER | CO | 80202 | | | First Class Mail |
| 4865656 | TANYA CREATIONS LLC | 320 NARRAGANSETT PK DR | | | E PROVIDENCE | RI | 02916 | | | First Class Mail |
| 5846564 | THE CORE ORGANIZATION | PEDERSEN HOUPT, JOHN S. DELNERO | 161 N. CLARK | | CHICAGO | IL | 60601 | | | First Class Mail |
| 4127779 | THE MARFO COMPANY | 799 N. HAGUE AVENUE | | | COLUMBUS | OH | 43204 | | | First Class Mail |
| 5799335 | THE NATURE'S BOUNTY CO. (USA) | EDWARD JOSEPH FARRELY JR | 2100 SMITHTOWN AVENUE | | RONKONKOMA | NY | 11779 | | | First Class Mail |
| 5496338 | TOBEY KARG SERVICE AGENCY INC | 431 JANE STREET | | | CARNEGIE | PA | 15106 | | | First Class Mail |
| 4134438 | TOP APEX ENTERPRISES LTD | UNIT 10,5/F, WING ON PLAZA | 62 MODY ROAD, TST EAST | | KOWLOON | | | HONG KONG | | First Class Mail |
| 5850933 | U.S. ALLIANCE, CORP. | BEY SEGADAT | URB. SANTA ROSA, 52-10 CALLE BOUNDARY | | BAYAMON | PR | 00959 | | | First Class Mail |
| 4126843 | UNIQUE HOME DESIGNS, INC. | LARRY WHITE | 973 N. COLORADO STREET | | GILBERT | AZ | 85233 | | | First Class Mail |
| 4870269 | WELCOME INDUSTRIAL CORP | 717 NORTH PARK AVE | | | BURLINGTON | NC | 27217 | | | First Class Mail |
| 4132344 | WESTPORT CORPORATION | 331 CHANGEBRIDGE ROAD | | | PINE BROOK | NJ | 07058 | | Mrahim@mundiwestport.com;Mrahim@mundiwe stport.com | Email |
| 4132344 | WESTPORT CORPORATION | 331 CHANGEBRIDGE ROAD | | | PINE BROOK | NJ | 07058 | | Mrahim@mundiwestport.com;Mrahim@mundiwe stport.com | First Class Mail and Email |
| 5845747 | WICKED AUDIO, INC. | 875 W 325 N | | | LINDON | UT | 84042 | | | First Class Mail |
| 4131479 | WOW GEAR LLC | 600 WARD DRIVE | SUITE E | | SANTA BARBARA | CA | 93111 | | david@wowcup.com;david@wowcup.com | First Class Mail and Email |
| 5818389 | YPM, INC. | ATTN: JAMIE LEDINO VP FINANCE | 18400 VON KARMAN, 2ND FLOOR | | IRVINE | CA | 92612 | | jlendino@ypm.com;slendino@ypm.com;jjlendino @ypm.com; | First Class Mail and Email |

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 5 of 5