## EXHIBIT C

## BUDGET

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| November 1, 2019 – November 30, 2019 | $150,000.00 | $149,701.63 |
| December 1, 2019 – December 31, 2019 | $150,000.00 | $167,041.50 |
| January 1, 2020 – January 31, 2020 | $150,000.00 | $162,056.54 |
| February 1, 2020 – February 29, 2020 | $100,000.00 | $86,671.75 |
| **Total** | **$550,000.00** | **$565,471.42** |