**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | |
|---|---|
| In re Sears Holding Corporation, et al, | Case No. 18-23538-RDD |
| Debtor | Chapter 11 |
| | (Jointly Administered) |

-------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Emily L. Pagorski, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Tempur-Sealy International, Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC, creditors in the above-referenced case.

***I certify that I am a member in good standing*** of the bars in the States of Illinois, Indiana and Kentucky and the bar of the U.S. District Court for the Western District of Kentucky, among others.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 27, 2020

New York, New York

/s/ Emily L. Pagorski
Stoll Keenon Ogden PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202-2828
Email address: emily.pagorski@skofirm.com
Telephone number (502) 568-5763

8211475.1