# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
J. Stephen Smith
President

Thomas N. Kerrick
President-Elect

J.D. Meyer
Vice President

Douglas C. Ballantine
Immediate Past President

Zachary A. Horn
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Mindy G. Barfield
Rhonda Jennings Blackburn
Matthew P. Cook
Melinda G. Dalton
Susan Montalvo-Gesser
Todd V. McMurtry
Eileen M. O'Brien
James M. Ridings
W. Fletcher Schrock
Gary J. Sergent
Bobby C. Simpson
Van F. Sims
Judge John F. Vincent
J. Tanner Watkins



### THIS IS TO CERTIFY THAT

*EMILY LYNN PAGORSKI*
*Stoll Keenon Ogden PLLC*
*2000 PNC Plaza*
*500 West Jefferson Street*
*Louisville, Kentucky 40202*

**Membership No. 90682**

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 31st day of January, 2020.

**JOHN D. MEYERS**
**REGISTRAR**

By: *Michele M. Pogrotsky*
Michele M. Pogrotsky, Deputy Registrar