**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re Sears Holding Corporation, et al,   Case No. 18-23538-RDD

　　　　　　　　　　　　　　Debtor   Chapter 11

　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

-------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　Upon the motion of Emily L. Pagorski, to be admitted, ***pro hac vice***, to represent Tempur-Sealy International, Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC (the "Client"), creditors in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Illinois, Indiana and Kentucky and the bar of the U.S. District Court for the Western District of Kentucky, among others, it is hereby

　　**ORDERED** that Emily L. Pagorski, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

8211473.1