**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

| | |
|---|---|
| In re Sears Holding Corporation, et al, | Case No. 18-23538-RDD |
| Debtor | Chapter 11 |
| | (Jointly Administered) |

-------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lea Pauley Goff, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Tempur-Sealy International, Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC, creditors in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Kentucky and, if applicable, the bar of the U.S. District Court for the Western District of Kentucky.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: April 27, 2020

New York, New York                    /s/ Lea Pauley Goff
                                      Stoll Keenon Ogden PLLC
                                      500 West Jefferson Street, Suite 2000
                                      Louisville, Kentucky 40202-2828
                                      Email address: lea.goff@skofirm.com
                                      Telephone number (502) 568-5731

8211441.1