**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          :
                                                                : Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                           :
                                                                : Case No. 18-23538 (RDD)
                                                                :
         Debtors.                                               : (Jointly Administered)
----------------------------------------------------------------x
Kmart Holding Corporation,                                      :
                                                                :
         Plaintiff,                                             :
                                                                :
v.                                                              : Adversary Proceeding No. 20-08227
                                                                :
All Interiors, Inc.                                             :
                                                                :
         Defendant.                                             :
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, William S. Gannon, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent All Interiors, Inc., a creditor in the above-referenced case and the Defendant in the above referenced adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of New Hampshire and, if applicable, the bar of the U.S. District Court for the District of New Hampshire.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  April 27, 2020

Manchester, NH

/s/ William S. Gannon
*Mailing Address:*
William S. Gannon PLLC
889 Elm Street, 4th Floor
Manchester, NH 03101
E-mail address: bgannon@gannonlawfirm.com
Telephone number: (603) 621-0833