**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re: Sears Holdings Corporation, et al            Case No.: <u>18-23538</u>

                                                                             Chapter <u>11</u>

                               Debtor

-----------------------------------------------------------------x

     Kmart Holding Corporation                      Adversary Proceeding No.: <u>20-08227</u>

                               Plaintiff

                      v.

     All Interiors, Inc.

                               Defendant

-----------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

       Upon the motion of <u>William S. Gannon</u>, to be admitted, ***pro hac vice***, to represent <u>All Interiors, Inc.</u>, (the "Client") a <u>creditor</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>New Hampshire</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>New Hampshire</u>, it is hereby

       **ORDERED**, that <u>William S. Gannon</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

                                                                                      UNITED STATES BANKRUPTCY JUDGE