IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | NO. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. | CHAPTER 11 |
| Debtors | (Jointly Administered) |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation, in the instant matter.

**FIDELITY NATIONAL LAW GROUP**

By: /s/ Anastasia Filopoulos
Anastasia Filopoulos, Esquire
1515 Market Street, Suite 1410
Philadelphia, PA 19102
Tel. (267) 608-1734
Fax: (215) 241-8794
stacy.filopoulos@fnf.com

Counsel for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation