# Exhibit A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: April 23, 2020
Invoice No.: 20200405990

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $7,306.00 |
| Total Current Charges | $7,306.00 |
| **TOTAL AMOUNT DUE** | **$7,306.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 03/10/20 | Review fee application and other background materials for meeting regarding Deloitte fee application (1.10); related telephone conferences and correspondence with C. McClamb, V. Marriott and T. Daluz and others regarding same (.30). | 1,405.00 | 1.40 | 1,967.00 |
| Harner,P.E. | 03/11/20 | Prepare for and participate in call re: Deloitte fee application (1.50); follow-up telephone conferences and correspondence with V. Marriott and T. Daluz and others re: same (.60) | 1,405.00 | 2.10 | 2,950.50 |
| Harner,P.E. | 03/23/20 | Review Deloitte response regarding settlement of prospective objection to fee application, finalize response to same, correspondence and telephone conferences with C. McClamb, V. Marriott, and T. Daluz regarding same. | 1,405.00 | 1.70 | 2,388.50 |
| **Total B170** | | | | **5.20** | **$7,306.00** |
| | | Total Fees | | 5.20 | 7,306.00 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,405.00 | 5.20 | 7,306.00 |
| **Total Task: B170** | | **5.20** | **$7,306.00** |
| Total Fees | | 5.20 | $7,306.00 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,405.00 | 5.20 | 7,306.00 |
| **Total Fees** | | **5.20** | **$7,306.00** |
| **Total Current Charges:** | | | **$7,306.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200405990 | |
| Date: | April 23, 2020 | |

| | |
|---|---:|
| Fee Amount | $7,306.00 |
| **TOTAL AMOUNT DUE** | **$7,306.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**