# Exhibit B

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: April 23, 2020
Invoice No.: 20200405989

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $39,588.50 |
| Total Current Charges | $39,588.50 |
| **TOTAL AMOUNT DUE** | **$39,588.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Ambrose,S.M. | 03/02/20 | Finalize monthly fee application (1.0); e-mail to T. Daluz and C. McClamb (.1) | 270.00 | 1.10 | 297.00 |
| Ambrose,S.M. | 03/02/20 | E-file Ninth Joint Fee Statement (.2); serve same (.2) | 270.00 | 0.40 | 108.00 |
| Ambrose,S.M. | 03/02/20 | Prepare service of fee application | 270.00 | 0.20 | 54.00 |
| McClamb,C.D. | 03/02/20 | Review and edit ninth monthly fee application | 495.00 | 0.80 | 396.00 |
| Daluz,T.M. | 03/02/20 | Review and revise Fee Application (0.5); oversee filing (0.5) | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 03/04/20 | Attend to Ballard fee application issues | 940.00 | 0.20 | 188.00 |
| Ambrose,S.M. | 03/11/20 | Review recent filings | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 03/17/20 | Attend to fee application. | 940.00 | 0.60 | 564.00 |
| Ambrose,S.M. | 03/24/20 | E-Mail from T. Daluz re: fee application | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 03/24/20 | Attend to Ballard fee application. | 940.00 | 1.00 | 940.00 |
| Ambrose,S.M. | 03/25/20 | E-Mail to T. Daluz and C. McClamb re: fee app and invoices | 270.00 | 0.10 | 27.00 |
| Ambrose,S.M. | 03/25/20 | E-mails with M. Savva, C. McClamb and T. Daluz re: fee app and invoices | 270.00 | 0.10 | 27.00 |
| Ambrose,S.M. | 03/25/20 | Prepare exhibits to tenth monthly fee application | 270.00 | 0.30 | 81.00 |
| Ambrose,S.M. | 03/25/20 | Draft tenth monthly fee application | 270.00 | 2.00 | 540.00 |
| Daluz,T.M. | 03/25/20 | Review and revise fee application. | 940.00 | 1.50 | 1,410.00 |
| Ambrose,S.M. | 03/27/20 | E-Mail from/to T. Daluz and C. McLamb re: revisions to fee app | 270.00 | 0.30 | 81.00 |
| Ambrose,S.M. | 03/27/20 | E-mail from/to T. Daluz; research objection deadline | 270.00 | 0.10 | 27.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 03/27/20 | Emails re: monthly fee statement | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 03/27/20 | Review and revise monthly fee statement | 495.00 | 1.00 | 495.00 |
| Daluz,T.M. | 03/27/20 | Revise fee application and oversee filing. | 940.00 | 1.00 | 940.00 |
| **Total B160** | | | | **12.40** | **$7,416.50** |

**B170 - Fee/Employment Objections**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Roglen,L.D. | 03/02/20 | Complete data analysis and draft of final report re: Weil Gotshal first interim fee application | 540.00 | 8.90 | 4,806.00 |
| Daluz,T.M. | 03/03/20 | Review revised Weil objection | 940.00 | 0.60 | 564.00 |
| Roglen,L.D. | 03/03/20 | Analyze data for objection to Weil Gotshal first interim fee application | 540.00 | 2.30 | 1,242.00 |
| Marriott, III,V.J. | 03/04/20 | Review and revise Weil fee objection | 1,035.00 | 1.00 | 1,035.00 |
| McClamb,C.D. | 03/04/20 | Phone call with R. Young re: call for Deloitte preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/04/20 | Attention to arranging conference call with Deloitte & Touche | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 03/05/20 | Phone call with R. Young re: Deloitte & Touche preliminary report and response | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/05/20 | Arrange conference call re: Deloitte & Touche preliminary report and response | 495.00 | 0.40 | 198.00 |
| Daluz,T.M. | 03/05/20 | Prepare for call regarding Deloitte response. | 940.00 | 2.50 | 2,350.00 |
| Daluz,T.M. | 03/05/20 | Correspondence with Deloitte and Touche. | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 03/06/20 | Work on response and analysis around Deloitte and Touche response. | 940.00 | 2.50 | 2,350.00 |
| Daluz,T.M. | 03/06/20 | Review entries for Deloitte Business Services. | 940.00 | 2.50 | 2,350.00 |
| Marriott, III,V.J. | 03/09/20 | Review status of Deloitte negotiations | 1,035.00 | 0.30 | 310.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 03/09/20 | Prepare for call with Deloitte | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 03/10/20 | Meeting with T. Daluz re: response and preparation for Deloitte conference call | 495.00 | 1.90 | 940.50 |
| McClamb,C.D. | 03/10/20 | Emails with P. Harner, V. Marriott and T. Daluz re: conference call with Deloitte | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 03/10/20 | Phone call with P. Harner and T. Daluz re: preparation for conference call with Deloitte | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 03/10/20 | Emails with R. Young re: Deloitte explanation and conference call | 495.00 | 0.20 | 99.00 |
| Daluz,T.M. | 03/10/20 | Telephone call with P. Harner and C. McClamb to discuss Deloitte response to preliminary report | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 03/10/20 | Multiple correspondence with P. Harner and C. McClamb in preparation for call with Deloitte | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 03/10/20 | Prepare outline of discussion in preparation for call with Deloitte | 940.00 | 4.50 | 4,230.00 |
| McClamb,C.D. | 03/10/20 | Prepare excel sheet for Deloitte explanation | 495.00 | 0.30 | 148.50 |
| Marriott, III,V.J. | 03/10/20 | Review correspondence re: planned conference call with Deloitte | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 03/11/20 | Conference call re: Deloitte & Touche preliminary report | 495.00 | 1.20 | 594.00 |
| Daluz,T.M. | 03/11/20 | Participate in conference call with P. Harvey and Deloitte representatives | 940.00 | 1.30 | 1,222.00 |
| Daluz,T.M. | 03/11/20 | Prepare for call with Deloitte | 940.00 | 1.50 | 1,410.00 |
| Daluz,T.M. | 03/11/20 | Team call with V. Marriott and P. Harner re: professionals | 940.00 | 0.20 | 188.00 |
| Marriott, III,V.J. | 03/11/20 | Conference with Paul Harner re: Deloitte response to fee review | 1,035.00 | 0.30 | 310.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 03/12/20 | Review status of Weil resolution | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 03/16/20 | Emails with P. Harner and T. Daluz re: Deloitte Preliminary Report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/16/20 | Emails with P. Harner, V. Marriott, T. Daluz, re: Deloitte response | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 03/16/20 | Emails with C. Jimenez re: review status | 495.00 | 0.10 | 49.50 |
| Jimenez,C. | 03/16/20 | Review docket and third interim applications for fees from Paul Weiss and Weil Gotshal | 415.00 | 0.60 | 249.00 |
| Daluz,T.M. | 03/16/20 | Correspondence with P. Harner, V. Marriott and C. McClamb re: Deloitte & Touche response | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 03/16/20 | Discuss Deloitte Business Services with C. McClamb | 940.00 | 0.30 | 282.00 |
| Marriott, III,V.J. | 03/16/20 | Review status of Deloitt3e response | 1,035.00 | 0.30 | 310.50 |
| McClamb,C.D. | 03/19/20 | Email to R. Young re: Deloitte & Touche response | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/19/20 | Emails with P. Harner re: Deloitte & Touche response | 495.00 | 0.30 | 148.50 |
| Neitzel,K.N. | 03/20/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 0.60 | 216.00 |
| McClamb,C.D. | 03/22/20 | Review Deloitte & Touche response to preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/23/20 | Emails with P. Harner and V. Marriott re: Deloitte Preliminary Report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 03/23/20 | Email to R. Young re preliminary report | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 03/23/20 | Review response to counteroffer from Deloitte and Touche; correspondence with P. Harner regarding responsive position. | 940.00 | 0.40 | 376.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 03/24/20 | Emails re: data information uploading | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 03/24/20 | Emails re: Deloitte & Touche preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 03/24/20 | Attention to issue with data uploading | 495.00 | 0.20 | 99.00 |
| Marriott, III,V.J. | 03/24/20 | Review issues re: connection problems for Akin | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 03/24/20 | Engage in Deloitte negotiations. | 940.00 | 0.30 | 282.00 |
| Neitzel,K.N. | 03/31/20 | Prepare fee data to be loaded into Relativity workspace for attorney review | 360.00 | 1.60 | 576.00 |
| **Total B170** | | | | **44.30** | **$32,172.00** |
| | | **Total Fees** | | **56.70** | **39,588.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 495.00 | 2.30 | 1,138.50 |
| Ambrose,S.M. | 270.00 | 4.80 | 1,296.00 |
| Daluz,T.M. | 940.00 | 5.30 | 4,982.00 |
| **Total Task: B160** | | **12.40** | **$7,416.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| McClamb,C.D. | 495.00 | 8.30 | 4,108.50 |
| Jimenez,C. | 415.00 | 0.60 | 249.00 |
| Neitzel,K.N. | 360.00 | 2.20 | 792.00 |
| Roglen,L.D. | 540.00 | 11.20 | 6,048.00 |
| Daluz,T.M. | 940.00 | 18.90 | 17,766.00 |
| Marriott, III,V.J. | 1,035.00 | 3.10 | 3,208.50 |
| **Total Task: B170** | | **44.30** | **$32,172.00** |
| **Total Fees** | | **56.70** | **$39,588.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 24.20 | 22,748.00 |
| Marriott, III,V.J. | 1,035.00 | 3.10 | 3,208.50 |
| Jimenez,C. | 415.00 | 0.60 | 249.00 |
| McClamb,C.D. | 495.00 | 10.60 | 5,247.00 |
| Roglen,L.D. | 540.00 | 11.20 | 6,048.00 |
| Neitzel,K.N. | 360.00 | 2.20 | 792.00 |
| Ambrose,S.M. | 270.00 | 4.80 | 1,296.00 |
| **Total Fees** | | **56.70** | **$39,588.50** |

**Total Current Charges:**      $39,588.50

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200405989 | |
| Date: | April 23, 2020 | |

| | |
|---|---:|
| Fee Amount | $39,588.50 |
| **TOTAL AMOUNT DUE** | **$39,588.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**