# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holding Corporation, *et al.*; | Case No. 18-23538-RDD |
| Debtors.[1] | (Jointly Administered) |
| Kmart Holding Corporation and Sears, Roebuck, and Co., | |
| Plaintiffs, | Adv. No. 20-06055-RDD |
| v. | |
| 3M Company, | |
| Defendant. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Zachary P. Heller of the law firm Barnes & Thornburg LLP, hereby gives notice pursuant to Bankruptcy Rule 9010(b) that he is appearing in the above-captioned adversary proceeding on behalf of 3M Company.

Zachary P. Heller further requests that he receive all notices and all other papers served or filed in this case, including pleadings, motions, applications, orders, reports and other filings. Pursuant to Bankruptcy Rule 2002(g) and the applicable Local Rules, all notices and papers should be sent to the following address:

> Zachary P. Heller
> **Barnes & Thornburg LLP**
> 655 West Broadway, Suite 900
> San Diego, CA 92101
> Telephone: (619) 321-5015
> Fa: (310) 284-3894
> Email: Zachary.Heller@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing constitutes a request for service of papers only and is not intended to waive any rights, claims, actions, defenses, setoffs, or recoupments to which 3M Company may be entitled in law or in equity, all of which are hereby expressly reserved.

Dated:  April 29, 2020                    By:   _/s/ Zachary P. Heller_

> Zachary P. Heller
> **Barnes & Thornburg LLP**
> 655 West Broadway, Suite 900
> San Diego, CA 92101
> Telephone: (619) 321-5015
> Facsimile: (310) 284-3894
> ZHeller@btlaw.com
>
> _Attorney for Defendant_
> _3M Company_