**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

In re Sears Holding Corporation, et al.,    Case No. 18-23538-RDD

　　　　　　　　　　　　　　Debtors.    Chapter 11

　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

---------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　Upon the motion of Emily L. Pagorski to be admitted, ***pro hac vice***, to represent Tempur-Sealy International, Inc. and its affiliates, Sealy Mattress Manufacturing Co., LLC, Tempur-Pedic North America, LLC, Sealy Mattress Company of Puerto Rico, and Comfort Revolution, LLC (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Illinois, Indiana and Kentucky and the bar of the U.S. District Court for the Western District of Kentucky, among others, it is hereby

　　**ORDERED** that Emily L. Pagorski, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　 April 30, 2020

　　　　　　　　　　　　　　　　　　　　　　*/s/Robert D. Drain*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE