**COLE SCHOTZ P.C.**
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
(212) 752-8000
(212) 752-8393 Facsimile
*Attorneys for Micro Focus, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SEARS HOLDINGS CORPORATION, *et al.*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors.[1] | : (Jointly Administered) |
| | : |

**NOTICE OF WITHDRAWAL REGARDING MOTION OF MICRO FOCUS, LLC**
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**
**CLAIM AND RESERVATION OF RIGHTS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

57548/0003-20327671v1

**PLEASE TAKE NOTICE** that Micro Focus, LLC by and through its undersigned attorneys, hereby withdraws its *Motion of Micro Focus, LLC for Allowance and Payment of Administrative Expense Claim and Reservation of Rights* (ECF No. 5306).

DATED:  New York, New York
April 30, 2020

Respectfully submitted,

COLE SCHOTZ P.C.
Attorneys for Micro Focus, LLC


By:  */s/ Mark Tsukerman*
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
E-mail: mtsukerman@coleschotz.com
(212) 752-8000
(212) 752-8393 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, a true and correct copy of the foregoing Notice was served through this Court's CM/ECF noticing system to all parties registered to receive electronic notices.

*/s/ Mark Tsukerman*
Mark Tsukerman