**Exhibit 1**

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 1. | 1 STOP ELECTRONICS CENTER INC | 182353801017060 | $8,645.66 |
| 2. | 4 SEASONS PROFESSIONAL LAWN CARE | 182353801042648 | $1,360.00 |
| 3. | 7UP RC BOTTLING CO OF SO CALIF | 182353801042653 | $3,411.93 |
| 4. | A & B LANDSCAPE & CONSTRUCTION | 182353801042656 | $3,747.50 |
| 5. | A D WILLEMS CONSTRUCTION INC | 182353801042658 | $25,092.36 |
| 6. | A TOP MANUFACTORY CO LIMITED | 182353801017405 | $19,008.00 |
| 7. | A1 MULTI SERVICE LLC | 182353801042662 | $7,970.00 |
| 8. | AAA ENERGY SERVICE CO | 182353801042664 | $4,522.50 |
| 9. | AAA LAWN SERVICES LLC | 182353801042669 | $3,600.00 |
| 10. | AB MARKETERS LLC | 182353801013917 | $8,334.41 |
| 11. | ABILITY MAINTENANCE INC | 182353801042704 | $13,900.00 |
| 12. | ABOUT TIME SNOW REMOVAL | 182353801042707 | $6,572.00 |
| 13. | ABRIM ENTERPRISES INC | 182353801017130 | $76,376.00 |
| 14. | ACCOUNTING PRINCIPALS | 182353801047193 | $8,667.65 |
| 15. | ACCUWEATHER ENTERPRISE SOLUTIONS | 182353801042718 | $8,600.00 |
| 16. | ACE ELECTRIC | 182353801042719 | $428.00 |
| 17. | ACF GROUP LLC | 182353801017145 | $7,560.00 |
| 18. | ACHIM IMPORTING CO INC | 182353801017147 | $29,673.66 |
| 19. | ACME COMPLETE PARKING LOT SERVICE | 182353801042721 | $31,225.00 |
| 20. | ACRYLIC SKY INC | 182353801043192 | $2,483.00 |
| 21. | ADVANCED INTEGRATED SERVICES | 182353801043215 | $5,584.35 |
| 22. | AETNA BEHAVIORAL HEALTH LLC | 182353801039888 | $6,562.50 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 23. | AFFORDABLE SPRINKLERS INC | 182353801039893 | $37,100.00 |
| 24. | AIRGAS MID SOUTH INC | 182353801042736 | $185.84 |
| 25. | AIRSLATE INC | 182353801047194 | $3,333.33 |
| 26. | AJC II LLC | 182353801042739 | $2,070.00 |
| 27. | AJILON | 182353801047195 | $14,092.33 |
| 28. | AKORN CONSUMER HEALTH | 182353801013930 | $8,064.00 |
| 29. | ALASKAS BEST WATER & COFFEE | 182353801042746 | $215.00 |
| 30. | ALEN USA LLC | 182353801013938 | $4,635.15 |
| 31. | ALFONSO ARROYO | 182353801047196 | $215.66 |
| 32. | ALISON WILSON BOCKMAN | 182353801047197 | $456.84 |
| 33. | ALLIANCE MATERIAL HANDLING CORP | 182353801017237 | $5,247.66 |
| 34. | ALLIED NATIONAL SERVIES | 182353801042587 | $50,342.14 |
| 35. | ALLIED PACKAGING CORP | 182353801042591 | $4,310.00 |
| 36. | ALLSTAR MARKETING GROUP LLC | 182353801017245 | $15,459.52 |
| 37. | ALOHILANI ORCHIDS INC | 182353801043221 | $2,106.00 |
| 38. | ALSANGEST INTERNATIONAL LLC | 182353801017261 | $2,309.54 |
| 39. | ALTEC INC | 182353801043227 | $2,145.11 |
| 40. | ALTERA DESIGN KITCHEN & BATH, | 182353801047198 | $211.84 |
| 41. | AMAV ENTERPRISES LTD | 182353801017276 | $2,517.34 |
| 42. | AMBER R CARFIELD | 182353801047199 | $610.14 |
| 43. | AMELIA WORLD CORPORATION | 182353801017283 | $4,217.51 |
| 44. | AMERICAN AUTOMATIC DOORS INC | 182353801043236 | $3,281.05 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | **Allowed Claims** | | |
| --- | --- | --- | --- |
| **Ref #** | **Name of Claimant** | **Unique Ballot ID** | **Allowed Amount** |
| 45. | AMERICAN EXCHANGE TIME LLC | 182353801017289 | $9,873.00 |
| 46. | AMERICAN INTERNATIONAL INDUSTRIES | 182353801017291 | $64,372.68 |
| 47. | AMERIGAS | 182353801021462 | $46.03 |
| 48. | AMERIGAS PROPANE LP | 182353801013961 | $1,883.61 |
| 49. | ANCRA INTERNATIONAL LLC | 182353801039936 | $5,980.00 |
| 50. | ANERI JEWELS LLC DBA SUMIT DIAMOND | 182353801017723 | $8,990.05 |
| 51. | ANN LALLI | 182353801047201 | $101.08 |
| 52. | ANN LOWENGART INTERIORS | 182353801047202 | $884.86 |
| 53. | ANTHONY, TRACY | 182353801047203 | $181.98 |
| 54. | Antoine Testard | 182353801047204 | $966.00 |
| 55. | APEX BEVERAGE EQUIPMENT DISTRIBUTIO | 182353801042813 | $2,943.01 |
| 56. | APEX SIGN GROUP | 182353801042815 | $13,124.28 |
| 57. | APPAREL SOURCING (HK) LIMITED | 182353801017342 | $7,482.92 |
| 58. | APPEARANCES INTERNATIONAL LLC | 182353801047205 | $4,366.20 |
| 59. | APPLE ONE EMPLOYMENT SERVICES | 182353801042683 | $32,650.42 |
| 60. | APPNEXUS RESOURCES INC | 182353801042692 | $7,500.00 |
| 61. | ARC INTERNATIONAL NORTH AMERICA | 182353801016684 | $8,633.28 |
| 62. | ARC MID CITIES | 182353801043248 | $500.00 |
| 63. | ARCTIC SERVICE LLC | 182353801043251 | $4,301.80 |
| 64. | ARROW SHIRT COMPANY | 182353801039941 | $15,424.92 |
| 65. | ARROWHEAD MOUNTAIN SPRING WATER CO | 182353801039943 | $481.35 |
| 66. | ARTESIA FINE CABINETRY | 182353801047206 | $1,406.48 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors          In re: Sears Holdings Corporation, et al.
Exhibit 1                                                                      Case No. 18-23538 (RDD)

| Allowed Claims | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 67. | ARTISTIC KITCHEN & BATH DESIGN | 182353801047207 | $679.68 |
| 68. | ASIAN GLOBAL OUTLET INC | 182353801047377 | $4,171.66 |
| 69. | ASPMG INC | 182353801039953 | $5,460.58 |
| 70. | ASROTEX | 182353801017345 | $5,037.13 |
| 71. | ASSET RECOVERY ADVISORS LLC | 182353801039954 | $10,484.92 |
| 72. | ASSOCIATED SERVICES RICHMOND | 182353801047208 | $343.57 |
| 73. | ASSURANT CONNECTED LIVING | 182353801039957 | $6,832.66 |
| 74. | ATEB INC | 182353801039961 | $9,536.54 |
| 75. | ATIS ELEVATOR INSPECTIONS LLC | 182353801039963 | $3,486.96 |
| 76. | ATOS IT SOLUTIONS AND SERVICES INC | 182353801042886 | $3,650.79 |
| 77. | AUSTIN A BROOKS | 182353801047210 | $136.88 |
| 78. | AX PARIS USA LLC | 182353801016836 | $2,463.85 |
| 79. | B & B ROLLING DOOR CO INC | 182353801042896 | $7,286.34 |
| 80. | BACON UNIVERSAL | 182353801047211 | $635.09 |
| 81. | BAJORSKI, DEBORAH | 182353801047212 | $111.72 |
| 82. | BARI TEXTILE MILLS (PVT) LTD | 182353801013886 | $10,226.88 |
| 83. | BARNATO DESIGNS | 182353801047213 | $325.94 |
| 84. | BASS SECURITY SERVICES INC | 182353801042843 | $9,004.16 |
| 85. | BEAUX MERZON INC | 182353801016926 | $7,247.25 |
| 86. | BELMONT MOVING CORP | 182353801043286 | $3,120.00 |
| 87. | BENJAMIN WALK CORP | 182353801016949 | $2,863.50 |
| 88. | BENOIT-FOURNIER, GINGER | 182353801047214 | $241.16 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors          In re: Sears Holdings Corporation, et al.
Exhibit 1                                                                                                Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 89. | BENSON FONG | 182353801047215 | $224.26 |
| 90. | BEST NAME BADGES | 182353801043289 | $149.15 |
| 91. | BICYCLE DOCTOR OF BROWARD INC | 182353801039970 | $240.00 |
| 92. | BIEDERMAN, ROBERT ALAN | 182353801047216 | $562.80 |
| 93. | BIKE USA INC | 182353801014067 | $7,293.00 |
| 94. | BIOTAB NUTRACEUTICALS | 182353801014078 | $6,912.00 |
| 95. | BISSELL HOMECARE INTERNATIONAL | 182353801017203 | $0.00 |
| 96. | BITTERROOT LAWN AND LANDSCAPE INC | 182353801039981 | $3,015.00 |
| 97. | BLUE BOX OPCO LLC DBA INFANTINO | 182353801017422 | $19,782.27 |
| 98. | BLUE RIDGE HOME FASHIONS INC | 182353801016393 | $3,124.74 |
| 99. | BMG MODEL | 182353801042973 | $7,496.58 |
| 100. | BMS TENANT SERVICES LLC | 182353801016404 | $2,511.12 |
| 101. | BOB & BOB DOOR CO | 182353801042975 | $225.00 |
| 102. | BRAD MCCARTHY | 182353801047217 | $876.24 |
| 103. | BRENNAN JEWELRY | 182353801043297 | $48.52 |
| 104. | BRENT'S CUSTOM CABINETS | 182353801047218 | $3,347.36 |
| 105. | BREW AVENUE REFRESHMENT SERVICES | 182353801047245 | $80.52 |
| 106. | Brian Weaver | 182353801047246 | $808.69 |
| 107. | BRIEFLY STATED INC | 182353801016436 | $23,732.65 |
| 108. | BROOKS BUILDERS | 182353801047247 | $127.90 |
| 109. | BROWARD CUSTOM KITCHENS | 182353801047248 | $1,079.41 |
| 110. | BRR ARCHITECTURE INC | 182353801039993 | $1,450.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 111. | BTO AMERICA LIMITED | 182353801039996 | $2,724.00 |
| 112. | BUNKERS OF ST CROIX INC | 182353801040005 | $2,444.40 |
| 113. | C & M LANDSCAPE & DESIGN INC | 182353801040014 | $4,121.64 |
| 114. | CABINET GENIES | 182353801047249 | $3,851.72 |
| 115. | CALIDAD AUTO TECH INC | 182353801042374 | $10,106.56 |
| 116. | CALVERT CONTROLS INC | 182353801042384 | $28,012.00 |
| 117. | CAMILLE & COMPANY DESIGNS | 182353801047250 | $1,043.05 |
| 118. | CANON SOLUTIONS AMERICA INC | 182353801042395 | $5,606.42 |
| 119. | CANTEEN REFRESHMENT SERVICES | 182353801042399 | $151.44 |
| 120. | CANYON CABINETRY & DESIGN | 182353801047251 | $286.86 |
| 121. | CARRIER CORPORATION | 182353801040017 | $7,590.75 |
| 122. | CASCI DESIGN WORKS INC. | 182353801047252 | $479.66 |
| 123. | CASTANEA LABS INC | 182353801040029 | $8,487.00 |
| 124. | CASTO TECHNICAL SERVICES | 182353801040032 | $5,669.18 |
| 125. | CECILIA STOLZER - GROTE | 182353801047253 | $919.64 |
| 126. | CENTRA MARKETING & COMMUNICATIONS LLC | 182353801042442 | $3,250.00 |
| 127. | CENTRAL WHLSL PLMBING SPPLY CO INC | 182353801042446 | $505.47 |
| 129. | CGS SOUND & VIDEO | 182353801042457 | $45.00 |
| 130. | CHANG JUN(HONG KONG)INDUSTRIAL LTD | 182353801013797 | $25,012.50 |
| 131. | CHARLESTON NEWSPAPERS | 182353801042464 | $3,199.05 |
| 132. | CHENFENGWU | 182353801014168 | $3,876.03 |
| 133. | CHERYL WARD DESIGN | 182353801047254 | $239.64 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 134. | CHI WING RATTAN FTY | 182353801017554 | $47,091.00 |
| 135. | CHICAGO BULLS | 182353801042480 | $32,675.00 |
| 136. | CHRIS TAGLIAFERRO | 182353801016895 | $2,464.82 |
| 137. | CINTAS - TEMPE | 182353801047255 | $1,268.40 |
| 138. | CINTAS - TUCSON | 182353801047256 | $188.69 |
| 139. | CINTAS FAS | 182353801040047 | $88.71 |
| 140. | CINTAS FIRE PROTECTION | 182353801047257 | $431.45 |
| 141. | CITY OF ALEXANDRIA CODE ENFORCEMENT | 182353801040051 | $89.25 |
| 142. | CITY OF JANESVILLE | 182353801040057 | $100.00 |
| 143. | CITY OF LANCASTER PA | 182353801021876 | $460.00 |
| 144. | CITY OF TORRANCE | 182353801024377 | $117.00 |
| 145. | CLARK ELECTRIC INC | 182353801040064 | $137.87 |
| 146. | CLASSIC SLIPCOVERS INC | 182353801016091 | $30,042.90 |
| 147. | CLEVELAND BROTHERS EQUIPMENT CO INC | 182353801042517 | $5,678.44 |
| 148. | CMI LIGHTING OF SOUTHERN VIRGINIA | 182353801042527 | $5,314.12 |
| 149. | COEFFICIENT MECHANICAL SYSTEMS LLC | 182353801042543 | $1,059.66 |
| 150. | COMBE INCORPORATED | 182353801016074 | $0.00 |
| 151. | COMMAND LINE SYSTEMS | 182353801042555 | $26,683.39 |
| 152. | COMMERCIAL CLEANING SYSTEMS INC | 182353801042559 | $3,265.50 |
| 153. | COMMERCIAL PLUMBING INC | 182353801042561 | $11,072.68 |
| 154. | COMMERCIAL SEWER CLEANING CO INC | 182353801042563 | $130.00 |
| 155. | COMMERCIAL SWEEPING SERVICES | 182353801042565 | $1,325.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1
In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 156. | COMMONPATH LLC | 182353801016132 | $33,371.50 |
| 157. | CONOPCO INC | 182353801016145 | $0.00 |
| 158. | CONTROL FIRE PROTECTION INC | 182353801042620 | $4,520.00 |
| 159. | CONTROLS SERVICE & ENGINEERING CO | 182353801042621 | $2,116.73 |
| 160. | CONVENIENCE CONCEPTS INC | 182353801016156 | $34,271.18 |
| 162. | COOPER TOOLS | 182353801014214 | $32,171.74 |
| 163. | COOPER, JUDI | 182353801047259 | $195.98 |
| 164. | CORLIVING DISTRIBUTION LLC | 182353801014222 | $7,656.50 |
| 165. | CORONADO LAWN SERVICE OF FLORIDA | 182353801042630 | $3,000.00 |
| 166. | COTT BEVERAGES USA INC | 182353801042633 | $42,963.52 |
| 167. | COUNTRYSIDE PROPERTY MAINTENANCE LL | 182353801042635 | $7,845.00 |
| 168. | CR BRANDS INC | 182353801042641 | $10,965.82 |
| 169. | CR WOODWORKS, INC | 182353801047260 | $899.55 |
| 170. | CRE8TIVE WEAR LLC | 182353801042751 | $13,467.55 |
| 171. | CROSSLINKS ENBTERPRISES INC | 182353801016216 | $2,003.47 |
| 172. | CROWLEY LINER SERVICES | 182353801016221 | $9,408.50 |
| 173. | CS GROUP INC | 182353801042771 | $2,527.33 |
| 175. | CSC COVANSYS CORP | 182353801040101 | $31,495.00 |
| 176. | CULBERTSON DURST INTERIORS INC | 182353801047261 | $770.89 |
| 178. | CUSTOM CABINETS  OF NY | 182353801047262 | $986.00 |
| 179. | CUSTOM LAWN CARE & LANDSCAPING | 182353801040112 | $8,287.18 |
| 180. | CYNERGY TRADING CORPORATION | 182353801040115 | $6,402.40 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 181. | CZAR INTERIORS | 182353801047263 | $113.60 |
| 182. | D & B INTERIORS | 182353801047264 | $1,098.94 |
| 183. | D.E.M.I. DESIGN | 182353801047265 | $141.20 |
| 184. | DAKS INDIA INDUSTRIES PVT LTD | 182353801018017 | $38,180.70 |
| 185. | Dan Hadley | 182353801047266 | $322.74 |
| 186. | DAN POST BOOT COMPANY | 182353801014260 | $5,245.50 |
| 187. | DANNY & NICOLE | 182353801016297 | $0.00 |
| 188. | DAVE FOY CABINETRY, INC | 182353801047267 | $100.84 |
| 189. | David Kiljanowicz | 182353801047268 | $1,279.88 |
| 190. | DAVID MICHELSON | 182353801047269 | $1,758.44 |
| 191. | DCT SPECIAL PROJECTS INC | 182353801016333 | $37,914.90 |
| 192. | DEBBI PETERSON ARCHITECT | 182353801047270 | $824.57 |
| 193. | DESIGN STUDIO | 182353801047298 | $882.03 |
| 194. | DESIGNER DREAM KITCHEN STUDIO | 182353801047299 | $131.12 |
| 195. | DEWAN & SONS | 182353801018021 | $73,650.04 |
| 196. | DICK KREIMBORG LLC | 182353801043046 | $13,097.66 |
| 197. | DISCOUNT WHOLESALERS INC | 182353801016803 | $18,071.04 |
| 198. | DISTINGUISHED KITCHENS & BATHS | 182353801047300 | $2,497.70 |
| 199. | DIVERSIFIED MAINTENANCE | 182353801015772 | $6,153.00 |
| 200. | DIVISION 1 GROUND MAINTENANCE | 182353801043056 | $12,250.00 |
| 201. | DIVISIONS INC MAINTENANCE GROUP | 182353801043058 | $26,101.45 |
| 202. | DOMINION MECHANICAL CONTRACTORS INC | 182353801042100 | $25,268.56 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 203. | DON TO DUSK & SON LLC | 182353801042102 | $3,277.50 |
| 205. | DOOR & GATE USA | 182353801042104 | $596.03 |
| 206. | DOOR AUTOMATION INC | 182353801042105 | $8,403.75 |
| 207. | DOORS INC | 182353801042108 | $1,815.00 |
| 208. | DORMAN PRODUCTS INC | 182353801014310 | $18,366.05 |
| 209. | DOVER GREASE TRAP INC | 182353801042116 | $4,554.00 |
| 210. | DURAFLAME INC | 182353801015814 | $12,331.44 |
| 211. | DURHAM  CARRIE | 182353801047301 | $955.44 |
| 212. | DWAYNE BERGMANN LLC | 182353801047302 | $1,410.37 |
| 214. | E & E CO LTD | 182353801015827 | $6,071.02 |
| 215. | E DIAMOND INC | 182353801015829 | $2,403.70 |
| 216. | E ZEE ELECTRONICS | 182353801015842 | $3,013.05 |
| 217. | EA OUTDOOR SERVICES | 182353801040172 | $5,624.00 |
| 218. | EAS ENTERPRISES | 182353801042126 | $36,100.00 |
| 219. | EASTON TELECOM SERVICES LLC | 182353801042138 | $39.36 |
| 220. | EASY EMAIL SOLUTIONS INC | 182353801039819 | $2,330.85 |
| 221. | ECS TUNING LLC | 182353801015879 | $13,148.77 |
| 222. | EFI GLOBAL | 182353801042159 | $4,797.25 |
| 223. | EL VOCERO DE PUERTO RICO | 182353801015905 | $13,904.98 |
| 224. | ELITE INSTALLATIONS | 182353801047303 | $140.00 |
| 225. | EMPAVA APPLIANCES INC | 182353801014344 | $7,850.00 |
| 226. | EMSCO GROUP | 182353801014348 | $3,332.32 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 227. | EPOCH HOMETEX INC | 182353801015988 | $12,238.00 |
| 228. | EPPERSON ELECTRIC | 182353801040194 | $2,882.00 |
| 229. | ERC MARKET RESEARCH | 182353801040195 | $12,833.83 |
| 230. | ERIK BIANCO | 182353801015994 | $4,125.10 |
| 231. | ERIN PAIGE PITTS INTERIORS | 182353801047304 | $797.25 |
| 232. | ERX NETWORK LLC | 182353801040198 | $27,571.36 |
| 233. | ESI MAINTENANCE INC | 182353801042209 | $12,995.00 |
| 234. | ETHOCA LIMITED | 182353801039820 | $14,700.00 |
| 235. | EURO CUISINE INC DC & JIT | 182353801016020 | $6,254.50 |
| 236. | EXMART INTERNATIONAL PVT LTD | 182353801018022 | $30,087.40 |
| 237. | EXPERIAN | 182353801047305 | $9,300.00 |
| 238. | EXPO COMMUNICATIONS INC | 182353801042228 | $15,187.50 |
| 239. | EXTREME REACH INC | 182353801042235 | $12,985.38 |
| 240. | F & F CONSTRUCTION INC | 182353801042243 | $52,322.00 |
| 241. | F C L GRAPHICS INC | 182353801042244 | $3,861.46 |
| 242. | FACTORIAL DIGITAL INC | 182353801042247 | $7,000.00 |
| 243. | FASHION ACCENTS LLC | 182353801015457 | $18,439.00 |
| 244. | FEDERAL BUILDING SERVICES INC | 182353801040213 | $1,396.68 |
| 245. | FERNANDOS BAKERY INC | 182353801015482 | $2,462.40 |
| 246. | FGO DELIVERIES LLC | 182353801040217 | $9,450.00 |
| 247. | FILA USA INC | 182353801014410 | $24,903.45 |
| 248. | FINGERPRINT COMMUNICATION LLC | 182353801042285 | $10,661.21 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 249. | FIREPOWER INC | 182353801042291 | $1,701.63 |
| 250. | FIRST DATA RESOURCES LLC | 182353801042294 | $2,108.59 |
| 251. | FIRST TEXAS PRODUCTS LLC | 182353801042296 | $2,396.82 |
| 252. | FOOTWEAR SPECIALTIES INTERNATIONAL | 182353801015503 | $21,382.97 |
| 253. | FOR LIFE PRODUCTS LLC | 182353801015507 | $3,201.00 |
| 254. | FOX DESIGNS | 182353801047306 | $887.76 |
| 255. | FPC CORPORATION | 182353801015529 | $9,875.36 |
| 256. | FRESNO FIRE DEPARTMENT | 182353801042322 | $165.00 |
| 257. | FROLAX INC | 182353801015572 | $2,239.01 |
| 258. | FW PROPERTY MAINTENANCE | 182353801042327 | $31,107.80 |
| 259. | GA COMMUNICATIONS INC | 182353801015611 | $500.00 |
| 260. | GABRIELA BLASINI INC. | 182353801047307 | $188.06 |
| 261. | GAMBLE + DESIGN INC | 182353801047309 | $839.21 |
| 262. | GAMEDAY BOOT CO LLC | 182353801015622 | $2,107.50 |
| 263. | GARDA CL WEST INC | 182353801040233 | $6,857.29 |
| 264. | GARY STANNIS | 182353801047310 | $5,879.26 |
| 265. | GBT US LLC | 182353801040237 | $27,618.49 |
| 266. | GENERAL MARKETING SOLUTIONS LL | 182353801014461 | $34,713.00 |
| 267. | GENESYS TELECOMMUNICATION LABS INC | 182353801040246 | $6,794.57 |
| 268. | GETTY IMAGES INC | 182353801042416 | $10,200.00 |
| 269. | GLE ASSOCIATES INC | 182353801042431 | $5,579.50 |
| 270. | GOLD LLC | 182353801015740 | $6,958.01 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors    In re: Sears Holdings Corporation, et al.
Exhibit 1                                                                 Case No. 18-23538 (RDD)

## Allowed Claims

| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
|---|---|---|---|
| 271. | GOLDEN GATE FIRE EQUIPMENT | 182353801047311 | $288.00 |
| 272. | GORDON COMPANIES INC | 182353801014492 | $8,603.75 |
| 273. | GOTAPPAREL | 182353801015951 | $4,826.05 |
| 274. | GR ELECTRICAL SERVICES INC | 182353801042497 | $19,083.38 |
| 275. | GRAPHIC TEAM INC | 182353801042507 | $3,525.00 |
| 276. | GREENDALE HOME FASHIONS LLC | 182353801040253 | $1,659.40 |
| 277. | GREGORY CANTONE | 182353801016172 | $8,714.57 |
| 278. | GROUNDS KEEPERS LLC | 182353801040261 | $4,400.00 |
| 279. | GUAM PUBLICATION PACIFIC DAILY NEWS | 182353801040268 | $10,310.00 |
| 280. | GUARD MANAGEMENT SERVICE CORP | 182353801015149 | $2,511.09 |
| 281. | GUARDIAN DRUG COMPANY INC | 182353801040270 | $9,880.98 |
| 283. | GYMAX LLC | 182353801015165 | $12,322.08 |
| 284. | H&L JUNO INC | 182353801014501 | $3,923.00 |
| 285. | HALE TRAILER BRAKE & WHEEL INC | 182353801042786 | $4,109.42 |
| 286. | HALO BRANDED SOLUTIONS, INC | 182353801047312 | $4,547.52 |
| 287. | HANDYMAN AL | 182353801042792 | $5,942.70 |
| 288. | HAPPIEST MINDS TECHNOLOGIES PVT LTD | 182353801043114 | $4,830.00 |
| 289. | HARRIES CONSTRUCTION INC. | 182353801047313 | $620.96 |
| 290. | HARVEST CONSUMER PRODUCTS LLC | 182353801015176 | $67,352.96 |
| 291. | HAUS OF DESIGN | 182353801047314 | $575.38 |
| 292. | HEARTLAND FOOD PRODUCTS GROUP | 182353801015201 | $2,641.28 |
| 293. | HELLO DIRECT | 182353801043008 | $118.52 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 294. | HENKEL CONSUMER ADHESIVES | 182353801015222 | $11,271.24 |
| 295. | Herron, Brad | 182353801047315 | $107.56 |
| 296. | HEWLETT PACKARD COMPANY | 182353801040287 | $10,895.15 |
| 297. | HI TECH AIR CONDITIONING SRVC | 182353801040291 | $3,899.94 |
| 298. | HI TECH PHARMACEUTICALS INC | 182353801014535 | $10,536.00 |
| 299. | HIDEF LIFESTYLE | 182353801040293 | $6,938.68 |
| 300. | HILCO WHOLESALE SOLUTIONS LLC | 182353801014545 | $5,638.69 |
| 301. | HIRERIGHT LLC | 182353801015252 | $44,831.70 |
| 302. | HOBART RETAIL SALES | 182353801041816 | $3,514.37 |
| 303. | HOLLANDER SLEEP PRODUCTS LLC | 182353801015270 | $20,758.40 |
| 304. | HOLMES CUSTOM MOLDING | 182353801015274 | $2,823.50 |
| 305. | HOMEGOODS MANIA LLC | 182353801015297 | $2,512.39 |
| 306. | HOPE CO INC | 182353801015310 | $2,907.00 |
| 307. | HOPWOOD ENTERPRISES INC | 182353801041824 | $2,800.00 |
| 308. | HOWARD B GALLAS | 182353801047316 | $252.94 |
| 309. | HUSKEY VAC OF KODAK | 182353801014553 | $2,640.00 |
| 310. | HY KO PRODUCTS COMPANY | 182353801014558 | $2,040.61 |
| 311. | HYBRIDCORE HOMES LP | 182353801047317 | $132.52 |
| 312. | HYPHEN SOLUTIONS LTD | 182353801041842 | $2,130.00 |
| 313. | ICEE USA | 182353801041849 | $17,275.49 |
| 314. | I-CHING UENG | 182353801047318 | $168.74 |
| 315. | IDEA NUOVA INC | 182353801015364 | $12,923.70 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 316. | ILLIANA SWEEPING COMPANY | 182353801041865 | $27,330.00 |
| 317. | ILLINOIS WHOLE CASH REGISTER | 182353801040304 | $24,521.00 |
| 318. | IMPERIAL DELTAH INC | 182353801040306 | $2,830.00 |
| 319. | IMPERIAL SWEEPERS LLC | 182353801047319 | $1,440.00 |
| 320. | INDUSTRIAL COLOR | 182353801040318 | $4,195.00 |
| 321. | INSIDESALES COM INC | 182353801041914 | $10,106.75 |
| 322. | INSIGHT | 182353801041918 | $6,698.07 |
| 323. | INSIPIRATIONS INTERIOR DESIGNS | 182353801047320 | $385.30 |
| 324. | INTEK AMERICA INC | 182353801041926 | $3,416.40 |
| 325. | INTERSTATE TRAILER SALES INC | 182353801040332 | $14,771.38 |
| 326. | IOVATE HEALTH SCIENCES USA INC | 182353801015642 | $0.00 |
| 327. | IRON MOUNTAIN RECORDS MANAGEMENT | 182353801040337 | $30,086.01 |
| 328. | ISC GROUP | 182353801040342 | $2,668.00 |
| 329. | ISLAND BEVERAGE DISTRIBUTORS | 182353801040344 | $7,146.85 |
| 330. | ITEK SERVICES INC | 182353801047321 | $873.75 |
| 331. | J & L SWEEPING SERVICE INC | 182353801041975 | $2,334.00 |
| 332. | J ASCENCION SANTAN GUZMAN | 182353801015863 | $2,035.00 |
| 333. | J B WELD COMPANY LLC | 182353801015864 | $0.00 |
| 334. | JACLYN SMITH INTL INC ACCRUAL ONLY | 182353801041986 | $14,327.54 |
| 335. | JANE REGAN | 182353801047349 | $335.94 |
| 336. | JANET BILOTTI INTERIORS INC. | 182353801047350 | $1,315.11 |
| 337. | JANET STEWART DESIGN  LLC | 182353801047351 | $217.50 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 338. | JEAN FRANCOIS ALBERT | 182353801047352 | $440.80 |
| 339. | JEFF ADLER | 182353801047353 | $1,597.46 |
| 340. | JEFF GUSTAFSON | 182353801047354 | $586.60 |
| 341. | JENNIFER BLAKE | 182353801047355 | $319.92 |
| 342. | JENNIFER MESSINA | 182353801047356 | $800.68 |
| 343. | JENNY ILDEFONSO | 182353801047357 | $917.96 |
| 344. | JEREMY STRONG | 182353801047358 | $952.49 |
| 345. | JIFFY LUBE #2942 | 182353801047359 | $466.58 |
| 346. | JMD LANDSCAPING LLC | 182353801042016 | $500.00 |
| 347. | JOHN HAUGHEY & SONS INC | 182353801040355 | $2,746.60 |
| 348. | JOMASHOP | 182353801019118 | $2,795.66 |
| 349. | JONATHAN SALMON | 182353801047360 | $144.40 |
| 350. | JONES SIGN CO INC | 182353801040369 | $5,066.65 |
| 351. | JOSEPH ENTERPRISES INC | 182353801014953 | $6,458.18 |
| 352. | JOSEPH SACCO | 182353801047361 | $1,591.49 |
| 353. | JOSIE PARKE | 182353801047362 | $269.96 |
| 354. | JULIE ROOTES | 182353801047363 | $844.00 |
| 355. | JULIE WILLIAMS | 182353801047364 | $1,067.51 |
| 356. | K SWISS INC | 182353801014983 | $2,096.37 |
| 357. | KAMP RITE TENT COT INC | 182353801014994 | $5,815.20 |
| 358. | KAREN AND JEMMOTT CONSULTING LLC | 182353801042060 | $10,000.00 |
| 359. | KATHY KOVELL | 182353801047365 | $839.73 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Claims | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 360. | KEITH LEVINE | 182353801047366 | $798.40 |
| 361. | KEMO DESIGN INTERNATIONAL LLC | 182353801047367 | $122.26 |
| 362. | KEN BURGHARDT | 182353801047368 | $4,717.14 |
| 363. | KENSEYS BAYOU SWEEPING LLC | 182353801042078 | $837.00 |
| 364. | KHANH CONG PHAM | 182353801042085 | $166.00 |
| 365. | KILLER BEE INC | 182353801015070 | $9,031.20 |
| 366. | KITCHEN ART OF SOUTH FLORIDA | 182353801047369 | $884.44 |
| 367. | KITCHENS BY AMBIANCE / DAN W. | 182353801047370 | $279.20 |
| 368. | KLOPPENBURG ENTERPRISES INC | 182353801040389 | $2,500.00 |
| 369. | KNOCKKNOCK | 182353801047371 | $1,106.33 |
| 370. | KOMATSU ENTERPRISES INC | 182353801040391 | $29,440.39 |
| 371. | KRAMER LABORATORIES INC | 182353801040400 | $4,487.40 |
| 372. | KRISTEN RAYBON | 182353801047372 | $757.08 |
| 373. | LABEL INDUSTRIES INC | 182353801015345 | $2,457.11 |
| 374. | LANGE PLUMBING LLC | 182353801042270 | $3,740.00 |
| 375. | LAREDO LAWN INC | 182353801042276 | $2,323.06 |
| 376. | LARK ENTERPRISES, LLC | 182353801047373 | $1,172.29 |
| 377. | LAURA EAGAN | 182353801047374 | $3,010.12 |
| 378. | LAURA WADE LARRABEE | 182353801047219 | $2,130.95 |
| 379. | LAWNSTYLES MAINTENANCE INC | 182353801042334 | $29,379.25 |
| 380. | LAWRENCE CONSTRUCTION, INC. | 182353801047220 | $334.92 |
| 381. | LEAD DOG ENTERPRISES | 182353801042341 | $6,430.00 |

**Debtors' Notice of Allowed Administrative Claim for Certain Creditors**
**Exhibit 1**

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 382. | LEES MAINTENANCE SERVICE | 182353801042347 | $3,102.80 |
| 383. | LEISURE PRODUCTS INC | 182353801014721 | $12,183.00 |
| 385. | LEMBERG ELECTRIC COMPANY | 182353801042356 | $3,043.36 |
| 386. | LENNOX NATIONAL ACCOUNT SERVICES | 182353801042357 | $17,656.35 |
| 387. | LEON WILLIAM OXLEY | 182353801047221 | $850.20 |
| 389. | LIAOZHENLAN | 182353801015036 | $12,313.26 |
| 390. | LIFE FITNESS BILLIARDS | 182353801041562 | $5,278.00 |
| 391. | LIGHTING PARTNERS JAX INC | 182353801014770 | $8,925.77 |
| 392. | LIVECLICKER INC | 182353801041584 | $5,994.44 |
| 393. | LIYUN DING | 182353801014784 | $7,174.72 |
| 394. | LLEDO  JORGE SR. | 182353801047222 | $105.98 |
| 395. | LOGIC BUILD INC | 182353801047223 | $1,320.05 |
| 396. | LONARDO'S WOODWORKING BY DESIG | 182353801047224 | $189.72 |
| 397. | LOS ANGELES AIR CONDITIONING INC | 182353801041596 | $17,750.00 |
| 398. | LOUISIANA LANDSCAPE SPECIALTY INC | 182353801041599 | $2,200.00 |
| 399. | LOUS KWIK KUP KOFFEE SERVICE I | 182353801041600 | $28.00 |
| 400. | LOW PRICE MAINTENANCE | 182353801041601 | $2,500.78 |
| 401. | LUCERNEX INC | 182353801040433 | $38,248.75 |
| 402. | LUXE GROUP INC THE | 182353801014808 | $4,447.85 |
| 403. | LYNDSEY DAVIS NICKLAS | 182353801047225 | $1,319.62 |
| 404. | LYNN FILANDA | 182353801040445 | $2,600.00 |
| 405. | M2 DESIGN LLC | 182353801040450 | $8,000.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 406. | MAG INSTRUMENT INC | 182353801019034 | $32,595.00 |
| 407. | MAIN STREAM ELECTRIC | 182353801041632 | $1,254.00 |
| 408. | MAJOR POOL SUPPLIES INC | 182353801019050 | $2,186.95 |
| 410. | MANN HUMMEL PUROLATOR FILTERS | 182353801019059 | $22,352.34 |
| 411. | MANPOWER | 182353801022582 | $2,092.94 |
| 412. | MARATHON RESOURCE MANAGEMENT GROUP | 182353801041643 | $14,152.00 |
| 413. | MARC ANTHONY COSMETICS LTD | 182353801017366 | $13,708.98 |
| 414. | MARIA ROUTCHRA-FRITZ | 182353801047226 | $143.90 |
| 415. | MARIN KITCHEN COMPANY | 182353801047227 | $3,584.14 |
| 416. | MARISSA BRANDON | 182353801047228 | $1,253.30 |
| 417. | MARIVI INC | 182353801041645 | $3,000.07 |
| 418. | MARK LUPO | 182353801047229 | $4,194.22 |
| 419. | MARTEEN MOORE INTERIOR PLANNIN | 182353801047230 | $765.72 |
| 420. | MARY ANN DOWNEY INTERIOR DES | 182353801047231 | $1,507.99 |
| 421. | MARY B. O'FALLON | 182353801047232 | $1,081.24 |
| 422. | Matt Caldwell / CALDWELL BUILD | 182353801047233 | $1,019.08 |
| 423. | MAXX GROUP LLC | 182353801019153 | $5,720.76 |
| 424. | MCCLOREY ELECTRIC INC | 182353801040460 | $9,245.00 |
| 425. | MCK WOODWORKS  LLC | 182353801047234 | $4,188.86 |
| 426. | MCKEON PRODUCTS INC | 182353801019170 | $3,643.20 |
| 427. | MCKINNEY TRAILER RENTALS | 182353801040469 | $9,670.21 |
| 428. | MCS PROPERTY MANAGEMENT INC | 182353801040478 | $2,325.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 429. | MCS SERVICES INC | 182353801040479 | $2,060.29 |
| 430. | MEENAN PA | 182353801041713 | $15,374.16 |
| 431. | MEKI MILLER | 182353801047235 | $835.82 |
| 432. | MENA, CYNTHIA | 182353801047236 | $462.50 |
| 433. | METRO PUERTO RICO LLC | 182353801041737 | $10,005.00 |
| 434. | MICHELE CRAWFORD | 182353801047237 | $245.58 |
| 435. | MICHELE CRAWFORD DESIGNER | 182353801047238 | $905.90 |
| 436. | MICHELE DUGAN DESIGN  LLC | 182353801047239 | $1,362.85 |
| 437. | MIDWEST SNOWTECH | 182353801041755 | $30,838.50 |
| 438. | MIKE CASEY | 182353801041761 | $3,100.00 |
| 439. | MILL CREEK ENTERTAINMENT LLC | 182353801019303 | $3,992.90 |
| 440. | MILLER LANDSCAPE INC | 182353801040493 | $2,600.00 |
| 441. | MINER FLORIDA | 182353801040498 | $3,325.00 |
| 442. | MINER SOUTHWEST LLC | 182353801040501 | $1,592.95 |
| 443. | MIRELES LANDSCAPING | 182353801040506 | $2,200.00 |
| 444. | MOBILESSENTIALS LLC | 182353801019334 | $6,637.40 |
| 445. | MODERN PIPING INC | 182353801041776 | $3,685.45 |
| 446. | MOGI BRANDING LLC | 182353801019336 | $11,871.33 |
| 447. | MORGAN KAPNECK | 182353801047240 | $549.17 |
| 449. | MOVEABLE CONTAINER STORAGE INC | 182353801041793 | $157.48 |
| 450. | MSCRIPTS LLC | 182353801041796 | $14,350.70 |
| 451. | MUBARAK REYNOLDSON | 182353801047241 | $1,062.71 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 452. | MULIERI DESIGN CO | 182353801047242 | $275.84 |
| 453. | MUNIE OUTDOOR SERVICES INC | 182353801041803 | $15,399.00 |
| 454. | MVS ENTERPRISE USA | 182353801041806 | $234.00 |
| 455. | MVS ENTERPRISES CORP PARTS | 182353801041805 | $2,756.00 |
| 456. | MYERS CONSULTING LLC | 182353801047243 | $442.50 |
| 457. | MYERS MEDIA GROUP LLC | 182353801041808 | $15,200.00 |
| 458. | NAPLES KITCHEN & BATH | 182353801047244 | $1,102.35 |
| 459. | NATHALIE GUILLERAULT | 182353801047271 | $415.90 |
| 460. | NATICO ORIGINALS INC | 182353801019431 | $3,171.25 |
| 461. | NATIONAL RECYCLING CORP | 182353801040520 | $1,085.06 |
| 463. | NEARLY NATURAL INC | 182353801019455 | $7,772.45 |
| 464. | NEW IMAGE BUILDING SERVICES INC | 182353801041954 | $2,130.01 |
| 465. | NEW PIG CORPORATION | 182353801041956 | $791.03 |
| 467. | NHEARIERS BUSTAMANTE | 182353801047272 | $964.71 |
| 468. | NICOLE WHITEHORN | 182353801047273 | $811.80 |
| 469. | NIMS OUTDOOR SERVICES | 182353801041965 | $32,100.00 |
| 470. | NINGBO JADE SHOES CO LTD | 182353801017452 | $36,401.25 |
| 471. | NORCAL KENWORTH | 182353801047275 | $35.80 |
| 472. | NORMAN E MCLASH | 182353801047276 | $798.89 |
| 474. | NOURISON INDUSTRIES INC | 182353801019535 | $312.00 |
| 475. | NYBP INC | 182353801042038 | $5,106.36 |
| 476. | OAKLEAF WASTE MANAGEMENT LLC | 182353801019567 | $61,569.22 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 477. | OBRC | 182353801042042 | $1,063.18 |
| 478. | OHIO DEPARTMENT OF COMMERCE | 182353801040537 | $65.75 |
| 479. | ONE CALL MAINTENANCE LLC | 182353801040550 | $7,417.06 |
| 481. | OPEN WORKS | 182353801040555 | $52,813.24 |
| 482. | OPSTECHNOLOGY INC | 182353801040559 | $15,032.19 |
| 483. | ORGILL BROTHERS & CO | 182353801019652 | $16,658.05 |
| 484. | ORLY INTERNATIONAL INC | 182353801019664 | $18,513.00 |
| 485. | OSE LLC DBA OLD DUTCH INTERNATIONAL | 182353801019670 | $2,563.95 |
| 486. | OUR ALCHEMY LLC | 182353801042611 | $13,618.97 |
| 487. | OUTDOOR FX INC | 182353801042615 | $4,819.76 |
| 488. | PACIFIC COAST PROPANE LLC | 182353801041325 | $82.95 |
| 489. | PARKE-DAVIS ASSOCIATES, INC. | 182353801047278 | $470.39 |
| 490. | PARLOR 430 | 182353801047279 | $315.84 |
| 491. | PASSPORT LUXURY GUIDES, LLC | 182353801047280 | $2,550.00 |
| 492. | PEACHTREE PRESS INC | 182353801019747 | $6,791.27 |
| 493. | PENSKE TRUCK LEASING CO., L.P. | 182353801047281 | $5,206.50 |
| 494. | PETERSEN, CONSTANCE | 182353801047282 | $1,111.34 |
| 495. | PETERSON TECHNOLOGY PARTNERS | 182353801041348 | $42,686.80 |
| 496. | PHOENIX HEALTH & FITNESS INC | 182353801019805 | $5,018.00 |
| 498. | PINEFIELDS LIMITED | 182353801017459 | $27,417.60 |
| 499. | PITTSBURGH COMMERCIAL CLEANING LLC | 182353801041365 | $3,830.60 |
| 500. | PLANTATION PRODUCTS LLC  SBT | 182353801041366 | $3,110.62 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 501. | POGGEN POHL US., INC. | 182353801047283 | $164.14 |
| 502. | PRIME ELECTRIC INC | 182353801040593 | $3,211.88 |
| 504. | PRISCILLA CROTHER | 182353801047284 | $4,962.66 |
| 505. | PRO TECH MECHANICAL SERVICES | 182353801040600 | $2,010.20 |
| 506. | PRODIGY LAND MANAGEMENT LLC | 182353801040603 | $1,750.00 |
| 507. | PROFESSIONAL PROPERTY MAINTENANCE | 182353801040606 | $3,605.84 |
| 508. | PROGRAM ONE PROFESSIONAL BLDG SVC | 182353801041399 | $1,770.00 |
| 509. | PROTECT A BED LLC | 182353801047285 | $9,776.00 |
| 510. | PROTRANSLATING | 182353801041411 | $238.20 |
| 511. | PRUDENT INTERNATIONAL LTD | 182353801013785 | $24,945.60 |
| 512. | PRUDENTIAL OVERALL SUPPLY | 182353801041419 | $159.89 |
| 513. | PUNATI CHEMICAL CORP | 182353801019959 | $122.20 |
| 514. | PURACAP PHARMACEUTICAL LLC | 182353801019961 | $6,517.44 |
| 515. | PURE WATER SYSTEMS INC | 182353801047286 | $127.50 |
| 516. | QGMT LLC | 182353801041442 | $3,000.00 |
| 517. | QUALITY CUT LAWN CARE LLC | 182353801040616 | $7,725.00 |
| 518. | QUANZHOU BAOFENG SHOES CO LTD | 182353801017461 | $7,200.00 |
| 519. | R S ELECTRIC | 182353801040635 | $9,727.00 |
| 520. | RAFAEL GUIJOSA | 182353801041478 | $96.86 |
| 521. | RANGER AMERICAN OF V I INC | 182353801020034 | $2,350.00 |
| 522. | RAWLINGS SPORTING GOODS CO INC | 182353801020043 | $3,337.96 |
| 523. | RDIALOGUE LLC | 182353801041496 | $40,755.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 524. | REBECCA ZAJAC LLC | 182353801047287 | $777.41 |
| 526. | REEDY MAINTENANCE AND REPAIRS | 182353801041506 | $640.00 |
| 527. | REFRIGERANT RECYCLING INC | 182353801041509 | $7,263.26 |
| 528. | REFRIGERATION SERVICES INC | 182353801018575 | $17,376.02 |
| 529. | RENPURE LLC | 182353801018596 | $12,129.60 |
| 530. | REPUBLIC SERVICES OF SOUTHERN | 182353801047288 | $432.50 |
| 531. | RESCUE WOODWORKS | 182353801041527 | $25,155.35 |
| 532. | RET ENVIRONMENTAL TECHNOLOGIES INC | 182353801040647 | $2,563.60 |
| 533. | Richard DiCola | 182353801047289 | $1,124.48 |
| 534. | RICOH USA INC | 182353801040666 | $37,658.05 |
| 535. | RIKON POWER TOOLS INC | 182353801018661 | $11,025.00 |
| 536. | RIVERTOWN LAWN SERVICE | 182353801041617 | $640.00 |
| 537. | RIZNO INC | 182353801018676 | $2,121.67 |
| 538. | RM ACQUISITION LLC | 182353801041622 | $10,600.00 |
| 539. | ROBERTS OXYGEN CO | 182353801041626 | $220.70 |
| 540. | ROCK AGENCY | 182353801041685 | $12,312.76 |
| 541. | RON WEBB PAVING INC | 182353801041691 | $7,492.75 |
| 542. | RONALD AUSTIN JR-DONE RIGHT PR | 182353801047290 | $1,535.00 |
| 543. | ROOFCONNECT | 182353801047291 | $802.44 |
| 544. | Roomscapes | 182353801047292 | $3,787.92 |
| 545. | ROSALINA DEMELLO | 182353801047293 | $219.44 |
| 546. | ROYAL CONSUMER PRODUCTS LLC | 182353801020119 | $5,023.73 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | **Allowed Claims** | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 547. | RUBICON GLOBAL, LLC | 182353801047294 | $5,477.15 |
| 548. | RXSENSE LLC | 182353801040678 | $13,229.14 |
| 549. | S & J DIAMOND CORP | 182353801020156 | $5,327.50 |
| 550. | S & J WHOLESALE LLC | 182353801040682 | $5,243.50 |
| 551. | S & S ENTERPRISES | 182353801040683 | $5,400.00 |
| 552. | S R SANDERS LLC | 182353801040685 | $20,340.00 |
| 553. | SACRAMENTO CNTY SHERIFFS DEPT | 182353801018224 | $50.00 |
| 555. | SAM YAZDIAN | 182353801041879 | $14,982.94 |
| 556. | SANDHILLS COMM LAWN SERVICES INC | 182353801041885 | $3,656.00 |
| 557. | SANDRA BIRD DESIGNS | 182353801047295 | $953.34 |
| 558. | SANITARY TRASHMOVAL SERVICES INC | 182353801041889 | $10,850.26 |
| 559. | SANTA RITA LANDSCAPING INC | 182353801041890 | $1,300.00 |
| 560. | SC ELITE TECHNOLOGY | 182353801020237 | $9,711.56 |
| 561. | SCHAWK INC | 182353801041891 | $72,115.00 |
| 563. | SCTP INC | 182353801020258 | $2,640.79 |
| 565. | SECUROSIS LLC | 182353801040694 | $60,000.00 |
| 566. | SEE CREATURES DESIGN LTD | 182353801039874 | $2,500.00 |
| 567. | SEEDS OF CHANGE INC | 182353801040695 | $2,330.20 |
| 568. | SEIKO CORPORATION OF AMERICA | 182353801020280 | $3,378.90 |
| 569. | SEKULA ENVIRONMENTAL SERVICES INC | 182353801040697 | $496.28 |
| 570. | SELECT COMMERCIAL CLEANING SERVICES | 182353801040698 | $844.00 |
| 571. | SELECT STAFFING | 182353801047296 | $5,706.69 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 572. | SF INTERIORS | 182353801047323 | $112.62 |
| 574. | SHANGHAI GISTON GARMENT CO LTD | 182353801017470 | $19,330.02 |
| 575. | SHARK CORPORATION | 182353801020330 | $3,897.00 |
| 576. | SHELLEY LOBER | 182353801047324 | $1,136.77 |
| 577. | SHELTON  LINA | 182353801047325 | $1,003.24 |
| 578. | SHIRLEY HAMILTON INC | 182353801041134 | $3,696.00 |
| 579. | SHOEMAGOO | 182353801020371 | $2,994.58 |
| 580. | SHORELINE LANDSCAPING AND DESIGN | 182353801041137 | $2,013.00 |
| 581. | SHRED IT USA | 182353801041138 | $6,133.11 |
| 582. | SIGN & LIGHTING SERVICES LLC | 182353801041146 | $2,088.75 |
| 583. | SIM SUPPLY INC | 182353801020411 | $3,391.26 |
| 584. | SKY KRISTI DESIGNS LLC | 182353801047326 | $1,356.16 |
| 585. | SMART TEMPS LLC | 182353801040740 | $918.00 |
| 586. | SMARTER TOOLS INC | 182353801020454 | $3,195.00 |
| 587. | SNOWS GARDEN CENTER | 182353801041166 | $725.00 |
| 588. | SOFLO HOME DESIGN | 182353801047327 | $1,302.92 |
| 589. | SOGNO DESIGN GROUP | 182353801047328 | $763.77 |
| 590. | SOLIMAR SYSTEMS INC | 182353801041170 | $4,581.00 |
| 591. | SONDPEX CORPORATION OF AMERICA LLC | 182353801018824 | $2,195.68 |
| 592. | SONY PICTURES HOME ENTERTAINMENT | 182353801018825 | $2,284.35 |
| 593. | SOS MAINTENANCE INC | 182353801041172 | $59,330.31 |
| 594. | SOUTH PARK WELDING SUPPLIES INC | 182353801041174 | $29.70 |

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 595. | SOUTHCOMB LANDSCAPING | 182353801041177 | $3,110.00 |
| 596. | SOUTHWEST ENTRANCES INC | 182353801041181 | $2,101.94 |
| 597. | SOUTHWEST TOWN MECHANICAL SERVICES | 182353801041188 | $5,500.00 |
| 598. | SPEER MECHANICAL | 182353801041192 | $4,384.44 |
| 599. | SPT APPLIANCE INC | 182353801018954 | $42,289.87 |
| 600. | STACIE YOUNG | 182353801047329 | $1,007.66 |
| 602. | STANLEY E SINGLETON | 182353801018967 | $2,261.41 |
| 603. | STATE BOARD OF EQUALIZATION | 182353801023349 | $647.38 |
| 604. | STERLING COMMERCIAL CONSTRUCTION | 182353801040751 | $5,584.00 |
| 605. | STERNO PRODUCTS LLC | 182353801018992 | $9,719.45 |
| 606. | STEVE HENDLEY | 182353801018994 | $2,487.47 |
| 607. | STORA ENSO NORTH AMERICA SALES INC | 182353801040757 | $21,398.10 |
| 608. | STOVE CREEK AUTO SALES & SERVICE LL | 182353801040761 | $21,200.00 |
| 609. | SUED, EDUARDO | 182353801047330 | $262.14 |
| 610. | SUNBELT RENTALS | 182353801041222 | $17,003.11 |
| 611. | SUNCOAST PARKING LOT SERVICES INC | 182353801041226 | $977.00 |
| 612. | SUNRISE APPLIANCE SERVICE | 182353801047376 | $141.38 |
| 613. | SUNSHINE LANDSCAPING MAINTENANCE | 182353801041232 | $9,805.00 |
| 614. | SUPER AHORROS ELIUD INC | 182353801041236 | $13,446.00 |
| 615. | SUSANA FERNANDES | 182353801047331 | $124.26 |
| 616. | T FAL WEAREVER | 182353801020564 | $23,929.25 |
| 617. | TABLETOPS UNLIMITED INC | 182353801020573 | $0.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Claims | | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 618. | TAHOE SIERRA BUILDERS | 182353801047333 | $243.94 |
| 619. | TASHARINA CORP | 182353801020598 | $2,624.83 |
| 620. | TEAL | 182353801040776 | $7,353.30 |
| 621. | TECHINT LABS | 182353801040779 | $15,625.00 |
| 622. | TEGRETE CORPORATION | 182353801040783 | $62,662.79 |
| 623. | TEMP RITE OF WISCONSIN INC | 182353801040789 | $2,485.77 |
| 624. | TEXAS PLUMBING DIAGNOSTICS LLC | 182353801041270 | $13,031.70 |
| 625. | THE HOME IMPROVEMENTS GROUP  I | 182353801047334 | $398.98 |
| 626. | THE TRIAD GROUP, INC | 182353801047335 | $151.94 |
| 627. | THERESA FRANKLIN | 182353801047336 | $754.58 |
| 628. | THERMODYNAMICS INC | 182353801041306 | $7,281.46 |
| 629. | THG ENERGY SOLUTIONS LLC | 182353801041307 | $650.00 |
| 630. | THOMAS MADDOX | 182353801047337 | $884.84 |
| 631. | THOMAS YANCEY | 182353801047338 | $1,251.81 |
| 633. | THRIVE MEDIA | 182353801040803 | $6,800.00 |
| 634. | TIME FACTORY INC SBT | 182353801040805 | $16,648.76 |
| 635. | TIMOTHY RADUENZ | 182353801047339 | $148.68 |
| 636. | TOMRA PROCESSING CENTER | 182353801040821 | $71.98 |
| 637. | TONG LUNG METAL INDUSTRY CO LTD | 182353801017044 | $35,633.10 |
| 638. | TOTAL INTERACTIVE SOLUTIONS LLC | 182353801020785 | $3,571.79 |
| 639. | TRATT & ASSOCIATES, INC. | 182353801047340 | $143.60 |
| 640. | TRUSTE | 182353801041545 | $3,087.00 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 641. | TWILIO INC | 182353801040823 | $4,919.20 |
| 642. | TWIN CITY OUTDOOR SERVICES INC | 182353801040827 | $11,722.50 |
| 643. | U S HEALTHWORKS MEDICAL GROUP INC | 182353801040834 | $52.00 |
| 644. | UBS UNIVERSAL BUILDING SEVICES | 182353801040837 | $9,885.00 |
| 645. | UMMAD A SALEEM | 182353801020909 | $4,473.09 |
| 646. | UNIVERSAL ENTERPRISES INC | 182353801040928 | $11,189.90 |
| 647. | UPS FREIGHT | 182353801020958 | $11,931.96 |
| 648. | US METRO GROUP INC | 182353801040933 | $3,097.55 |
| 649. | USA MAINTENANCE OF FLORIDA LLC | 182353801040938 | $4,440.00 |
| 650. | USCOCO GROUP INC | 182353801020976 | $2,294.53 |
| 651. | V I P SERVICES INC | 182353801040944 | $3,990.62 |
| 652. | V.T.I. INC. | 182353801017046 | $29,955.00 |
| 653. | VALLEY FLEET CLEAN | 182353801047342 | $3,252.84 |
| 654. | VENETIAN WORLDWIDE LLC | 182353801021032 | $8,233.68 |
| 655. | VEOLIA ES TECHNICAL SOLUTIONS LLC | 182353801040974 | $4,278.74 |
| 656. | VERBATIM AMERICAS LLC | 182353801021036 | $3,581.76 |
| 657. | VERSAIC INC | 182353801040856 | $7,500.00 |
| 658. | VERTEX COMPANIES INC | 182353801021068 | $14,466.62 |
| 660. | VIRCO LAND & SNOW LLC | 182353801040865 | $1,188.34 |
| 661. | VITAL PAK COURIER & LOGISTICS CO | 182353801040866 | $532.00 |
| 662. | VPNA LLC | 182353801021117 | $22,916.34 |
| 663. | VRY AARON | 182353801047343 | $852.76 |

Debtors' Notice of Allowed Administrative Claim for Certain Creditors
Exhibit 1

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 665. | WALDINGER CORPORATION | 182353801047344 | $2,264.42 |
| 666. | WALDMAN PLUMBING AND HEATING INC | 182353801040988 | $4,060.00 |
| 667. | WASHINGTON LIFTTRUCK | 182353801040991 | $1,535.00 |
| 668. | WATER BOY INC | 182353801040993 | $10.49 |
| 669. | WATER SOURCE LLC | 182353801040994 | $208.65 |
| 670. | WATER SPECIALTIES INC | 182353801040995 | $56.91 |
| 671. | WATERVIEW KITCHENS | 182353801047345 | $1,337.10 |
| 672. | Waterworks | 182353801047346 | $867.16 |
| 673. | WATTERSON ENVIRONMENTAL GROUP | 182353801041004 | $78,570.03 |
| 674. | WELLNX LIFE SCIENCES USA | 182353801017403 | $2,316.00 |
| 675. | WENDY MANLEY | 182353801047347 | $3,537.24 |
| 676. | WERNER MEDIA PARTNERS LLC | 182353801041021 | $20,138.00 |
| 677. | WEST GENERATOR SERVICES INC | 182353801041024 | $1,285.71 |
| 678. | WESTERN DRESSES LTD | 182353801013790 | $6,926.40 |
| 679. | WESTERN PACIFIC ROOFING CORP | 182353801013791 | $841.70 |
| 680. | WHEELDONS ALTERNATIVE ENERGY | 182353801041030 | $1,180.00 |
| 681. | WHITE MARK UNIVERSAL INC | 182353801021253 | $15,137.00 |
| 682. | WILDE TOOL CO INC | 182353801021272 | $5,996.26 |
| 684. | WILLIAM ROCHELLE | 182353801047348 | $23,226.09 |
| 685. | WILSON ELECTRIC CO INC | 182353801041074 | $2,165.50 |
| 686. | WNC PARKING LOT SERVICE INC | 182353801047375 | $5,260.50 |
| 687. | WOLF CORPORATION | 182353801021319 | $19,385.00 |

| Allowed Claims | | | |
| --- | --- | --- | --- |
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 688. | WORLDWISE INC | 182353801021339 | $13,553.30 |
| 689. | WTS CONTRACTING CORP | 182353801040917 | $34,203.51 |
| 690. | XIAMEN WINTEX IMP & EXP CO LTD | 182353801017500 | $42,302.30 |
| 691. | YANG MING MARINE TRANSPORT | 182353801021365 | $5,490.00 |
| 692. | YASSES TRUCKING & CONSTRUCTION LLC | 182353801040924 | $3,855.60 |
| 693. | YOGA DIRECT LLC | 182353801021383 | $4,171.50 |
| 694. | YORK CLAIMS SERVICE INC | 182353801041086 | $6,000.00 |
| 696. | YOUNG BROTHERS LIMITED | 182353801041089 | $285.89 |
| 697. | YUJIN ROBOT CO LTD | 182353801021393 | $6,069.00 |