## **<u>Exhibit 2</u>**

March 19, 2020 Procedures Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

### ORDER ON SECOND MOTION FOR AN ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS WITH TOTAL IN CONTROVERSY LESS THAN OR EQUAL TO $500,000 BROUGHT BY THE DEBTORS PURSUANT TO SECTIONS 502, 547, 548 AND 550 OF THE BANKRUPTCY CODE

Upon the *Second Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by the Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code,* dated February 7, 2020 (the "**Motion**"),[2] filed by Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or "**Plaintiff**") by and through their undersigned counsel, for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

entry of, among other things, a procedures order (the "**Procedures Order**") establishing streamlined procedures governing adversary proceedings pertaining to total transfers of less than or equal to $500,000 brought by the Debtors pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code identified in **Exhibit 1** annexed hereto (each an "**Avoidance Action**," collectively, the "**Avoidance Actions**"); and the Court having jurisdiction to consider and determine the Motion as a core proceeding in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion and the opportunity for a hearing thereon having been provided in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures, dated November 1, 2018 (D.I. No. 405), including, as represented by counsel for the Debtors, the parties to the Avoidance Actions; and it appearing that no other or further notice need be provided; and the only objection to the Motion having been withdrawn; and the Court having determined that no hearing on the Motion is required; and, after due deliberation, the Court having determined that the legal and factual bases set forth in the Motion establish good and sufficient cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest in that it will facilitate the prompt, economical and fair determination and resolution of the Avoidance Actions; now, therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion granted as provided herein.

2. All parties to the Avoidance Actions shall be governed by the procedures attached hereto as **Exhibit 2** (the "**Avoidance Action Procedures**") and incorporated herein by reference, which Avoidance Action Procedures are hereby approved and shall govern the

Avoidance Actions, effective as of the date of this Order.

       3.   The time periods set forth in this Order and the Avoidance Action Procedures shall

be calculated in accordance with Bankruptcy Rule 9006(a).

       4.   The Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

       5.   This Order shall be effective immediately upon its entry.


Dated: March 19, 2020
      White Plains, New York

                          */s/Robert D. Drain*
                          THE HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**CASE LIST**

| Defendant Name | Adversary Number |
|---|---|
| 1928 Watch Company dba 1928 Jewelry Company | 20-08209 |
| 24 Seven, LLC | 20-08210 |
| 4Imprint, Inc. | 20-08575 |
| A S Caribe Drywall Inc. | 20-08576 |
| AA Roofing Contractor Corp. | 20-08577 |
| AAD Garage Door Solutions Inc. | 20-08578 |
| Aaron S Floor Covering Inc. | 20-08579 |
| Abellas Heating & Air | 20-08855 |
| Ability Maintenance, Inc. | 20-08211 |
| Abraham Custom Creations, Inc. | 20-08580 |
| Absolute Heating & Airconditioning Inc. | 20-08856 |
| Accounting Principals, Inc. | 20-08581 |
| Aceves Roofing Services, Inc. | 20-08212 |
| Adesso-Madden, Inc. | 20-08213 |
| Advance Local Media LLC | 20-08582 |
| Advance Publications, Inc. dba The Republican | 20-08215 |
| Advanced Air Conditioning, Inc. | 20-08583 |
| Advanced Building Controls, Inc. | 20-08584 |
| Advanced Surfaces, Inc. | 20-08217 |
| Affinity Kitchen Design Group, Inc. | 20-08218 |
| Affordable Granite Concepts Inc. | 20-08857 |
| Air Experts Inc. | 20-08585 |
| Air Master Awning LLC | 20-08220 |
| Air Pro Heating & Cooling | 20-08858 |
| Air Specialities of OK LLC | 20-08586 |
| Aire Pure Inc. | 20-08587 |
| AK Studio, LLC | 20-08588 |
| Akorn, Inc. | 20-08225 |
| Alban Gaba Inc | 20-08226 |
| Alfaro | 20-08835 |
| Allway Tools, Inc. | 20-08589 |
| Altaba Inc. fdba Yahoo! Inc. | 20-08228 |
| Amazon Advertising LLC fdba Amazon Media Group LLC | 20-08230 |

| | |
|---|---|
| American Door And Dock Inc. | 20-08859 |
| American Health Kennels, Inc. | 20-08590 |
| American Oak Preserving Company, Inc. | 20-08232 |
| American Telecast Products, LLC | 20-08234 |
| American Textile Company, Inc. | 20-08235 |
| Anda, Inc. | 20-08237 |
| Angie's List, Inc. | 20-08239 |
| Anglo American Enterprises Corp. | 20-08240 |
| Appliance And Refrigeration Services Inc. | 20-08860 |
| Appliance Installations by Special D, LLC | 20-08241 |
| Appliance Parts Imports Inc. | 20-08592 |
| Applied Staffing Solutions, LLC | 20-08593 |
| APR Supply Co. | 20-08594 |
| Archon Energy Solutions | 20-08861 |
| Archway Incorporated | 20-08242 |
| Artic Glacier U.S.A., Inc. | 20-08243 |
| ASG Technologies Group fdba Allen Systems Group, Inc. | 20-08244 |
| ASPAC Distributors Inc. | 20-08595 |
| Aspen Marketing Services, LLC | 20-08247 |
| ASW, LLC dba American Sportworks | 20-08248 |
| B & M Seasonal Services LLC | 20-08596 |
| B. Fernandez & Hnos., Inc. | 20-08251 |
| B.A. Bull, Inc. fdba Cam Connections, Inc. | 20-08252 |
| Bacon-Universal Company, Inc. | 20-08253 |
| Baggs Landscaping & Maintenance Inc. | 20-08597 |
| Baiden | 20-08940 |
| Bankers Warranty Group | 20-08598 |
| Bay Custom Countertops Inc. | 20-08255 |
| BBT Logistics, Inc. | 20-08257 |
| Beacon Sales Acquisition, Inc. dba Roofing Supply Group | 20-08260 |
| Beaux Merzon, Inc. | 20-08261 |
| Beiersdorf, Inc. | 20-08265 |
| Bell | 20-08825 |
| Bella Stones, Inc. | 20-08599 |
| Bellows International Ltd | 20-08266 |
| Benachour | 20-08732 |
| Benitez Hermanos, Inc. | 20-08268 |
| Benoit Construction Group LLC | 20-08600 |
| Bertch Cabinet Mfg., Inc. | 20-08208 |

| | |
|---|---|
| BFG Supply Co., LLC. | 20-08269 |
| Bienes Construction LLC | 20-08601 |
| Bimbo Bakeries USA, Inc fdba Bimbo Foods Inc. | 20-08270 |
| Biofilm, Inc. | 20-08271 |
| Birmingham Industrial Enterprises LLC | 20-08946 |
| Blass | 20-08881 |
| Blue Wheel Media LLC | 20-08273 |
| Bon-Aire Industries, Inc. | 20-08273 |
| Borkowski | 20-08640 |
| BP Lubricants USA Inc. | 20-08274 |
| Brabham | 20-08625 |
| Bre/Pearlridge LLC | 20-08275 |
| Brendan Goldman, Inc. dba Corporate Resources Inc | 20-08276 |
| Brightedge Technologies Inc. | 20-08604 |
| Brink's Incorporated fdba Dunbar Armored, Inc. | 2219103 |
| Briscoe Air & Heating LLC | 20-08605 |
| Brooks Beverages Management Company | 20-08606 |
| Brown Management Group, Inc. | 20-08607 |
| Brunk | 20-08759 |
| BT Granite Run LP | 20-08609 |
| Build4You LLC | 20-08610 |
| Bulova Watch Company, Inc. fdba Bulova Corporation | 20-08279 |
| Bush Roofing Inc. | 20-08611 |
| C & C Sage, Inc | 20-08283 |
| C & D Contracting, LLC | 20-08284 |
| C & M Landscape & Design Inc. | 20-08612 |
| California Heating and Cooling Inc. | 20-08613 |
| Cam Lincoln LLC | 20-08614 |
| Campanella | 20-08591 |
| Capital Building Services Group, Inc. | 20-08290 |
| CareerBuilder, LLC | 20-08292 |
| Carmelo's Custom Marble & Tile Inc. | 20-08862 |
| Carolina Green Lawn Care, LLC | 20-08863 |
| Carte | 20-08761 |
| Cascade Flooring Pros, Inc. | 20-08616 |
| Castle Alliance, Inc. | 20-08293 |
| Catalyst Career Group, LLC | 20-08294 |
| Caveys Garage Systems Inc. | 20-08617 |
| Central Arizona Supply, Inc. | 20-08864 |

| | |
|---|---|
| Century Frozen Foods, LLC | 20-08618 |
| Cfm Equipment Distributors, Inc. | 20-08619 |
| Chae | 20-08723 |
| ChannelAdvisor Corporation | 20-08298 |
| Chattem, Inc. | 20-08299 |
| Chevez HVAC Inc. | 20-08620 |
| Chicago Aerosol, LLC dba Elco Laboratories | 20-08301 |
| Chicago Beverage Systems, LLC | 20-08621 |
| Chivino Surfaces LLC | 20-08622 |
| CIT Group, Inc. fdba CIT Group Commercial Services, LLC; and Millwork Holdings Co., Inc. | 20-08304 |
| Citizen Watch Company of America, Inc. | 20-08307 |
| Clackamas Heating & Cooling LLC | 20-08627 |
| Classy Closets | 20-08308 |
| Clean A Way LLC | 20-08628 |
| ClickSoftware, Inc. | 20-08312 |
| C-Life Group Ltd. | 20-08313 |
| Coast Appliance Parts Company | 20-08945 |
| Coast To Coast Computer Products, Inc. | 20-08865 |
| Coastal Beverage Company, Inc. | 20-08629 |
| Coastal Staffing Service, Inc. | 20-08315 |
| College Concepts, LLC | 20-08316 |
| Comfy Construction, LLC | 20-08317 |
| CommerceHub, Inc. fdba Commerce Technologies, Inc. | 20-08318 |
| Concept Windows Siding & Roofing LLC | 20-08632 |
| Connexity, Inc. | 20-08320 |
| Consumers Unified LLC | 20-08633 |
| Container Systems, Inc. | 20-08634 |
| Copley Ohio Newspapers, Inc. | 20-08322 |
| Coral Way Associates Ltd. | 20-08635 |
| CoralCs / Ltd. Associates | 20-08866 |
| Corley Construction, Inc. | 20-08867 |
| Counter - vation Inc. | 20-08324 |
| Counter Impressions, LLC | 20-08326 |
| Countertops Unlimited Of Texas, Inc. | 20-08636 |
| Countrywide Pipe Restoration, LLC | 20-08327 |
| County Restaurant Supply | 20-08329 |
| Cox Media Group, LLC dba Cox Newspapers | 20-08331 |
| Crayola LLC | 20-08332 |
| Crown Services, Inc. | 20-08334 |

| Curran Renovations LLC | 20-08637 |
|---|---|
| Custom Air Services, Inc. | 20-08336 |
| CW Joint Venture LLC | 20-08638 |
| Cynergy Trading Corp. | 20-08337 |
| D & A Contracting | 20-08868 |
| Dallas Independent School District | 20-08340 |
| Dalplano, Inc. | 20-08341 |
| Dal-Tile Distribution, Inc. | 20-08343 |
| Dan Post Boot Company | 20-08639 |
| Daniel J. Edelman, Inc. dba Edelman Digital | 20-08345 |
| Danken Building Materials Distribution, Inc. | 20-08348 |
| Dart Container Corporation | 20-08349 |
| DataSpan Holdings, Inc. | 20-08350 |
| De Bole | 20-08749 |
| De Pena | 20-08919 |
| Declue Construction LLC | 20-08643 |
| Deel and Carter Heat and Air "LLC" | 20-08351 |
| Defined Countertops Inc. | 20-08644 |
| Delta Packaging Inc. | 20-08645 |
| Dem Holdings, Inc. | 20-08352 |
| Dennemeyer & Co. LLC | 20-08646 |
| Dentalcare Partners Inc. | 20-08647 |
| Detroit Newspaper Partnership, L.P. fdba Detroit Newspaper Agency | 20-08353 |
| Dewhurst | 20-08765 |
| DGS Heartland Woodcraft LLC | 20-08869 |
| Dice Career Solutions, Inc. | 20-08648 |
| Dickinson Wright PLLC | 20-08354 |
| Dimar USA, Inc. fdba DCT (Special Projects) Inc. | 20-08355 |
| Discover Marble and Granite Inc. | 20-08649 |
| DisMart LLC | 20-08214 |
| Distribution Integrated Services, LLC | 20-08216 |
| Donerightsidingandwindows Inc. | 20-08870 |
| Dragoo | 20-08778 |
| DS Services of America, Inc. dba Standard Coffee Service | 20-08207 |
| Dukers Appliance Co., USA Ltd | 20-08650 |
| Dunn Carney Allen Higgins & Tongue LLP | 20-08871 |
| Duracell Distributing LLC | 20-08219 |
| Durham Supply, Inc. | 20-08221 |
| Dxd Investments, LLC | 20-08651 |

| | |
|---|---|
| E&E Co. Ltd. | 20-08223 |
| E.T. Browne Drug Co., Inc. | 20-08224 |
| Earthgrains Baking Companies, LLC | 20-08229 |
| EastGate Electric | 20-08872 |
| Echo Bridge Acquisition Corp. LLC | 20-08231 |
| ECM Publishers, Inc. | 20-08233 |
| ECS Tunning, LLC | 20-08236 |
| Edealszone, Inc. | 20-08238 |
| Edgewell Personal Care Puerto Rico, Inc. | 20-08246 |
| Eforcity Corporation | 20-08654 |
| Elias | 20-08624 |
| Elite Enterprises Inc. | 20-08655 |
| Elk River Greenhouse LLC | 20-08656 |
| EMAC Construction LLC | 20-08657 |
| Empire Countertops, LLC | 20-08658 |
| EmployBridge, LLC dba Select Staffing | 20-08247 |
| Employment Solutions, Inc. | 20-08250 |
| Enchante Accessories Inc. | 20-08254 |
| Endeavor Tool Company LLC | 20-08659 |
| Endless Games, Incorporated | 20-08256 |
| Energizer Holdings, Inc. dba Armored AutoGroup Inc. | 20-08259 |
| Energy Solution Group | 20-08873 |
| Entercom Communications Corp. | 20-08262 |
| Environmental Waste Services LLC | 20-08660 |
| EOS Products LLC | 20-08661 |
| Epsilon Data Management, LLC | 20-08264 |
| Equifax Information Services LLC | 20-08267 |
| Estrada | 20-08713 |
| Etienne | 20-08631 |
| Evergreen USA LLC | 20-08662 |
| EZ Maintenance Services, LLC | 20-08280 |
| Facility Products and Services LLC | 20-08663 |
| Factory Outlet Store II LLC dba FactoryOutletStore.com | 20-08281 |
| Fast Forward, LLC | 20-08285 |
| FCR Roofing & Construction, LLC | 20-08664 |
| Felix Calls, LLC | 20-08287 |
| Field Manufacturing Corporation | 20-08289 |
| Figueroa Ceron | 20-08899 |
| Fingerprint Communications, LLC | 20-08665 |

| | |
|---|---|
| Fisher Unitech, LLC | 20-08298 |
| Florida Atlantic Air Conditioning and Repair Corp. | 20-08666 |
| Florida Roof, LLC | 20-08667 |
| FLP, LLC fdba Frontline Products Inc. | 20-08300 |
| Food Warehouse Corp. | 20-08303 |
| Footwear Specialties International, L.L.C. | 20-08305 |
| Foundation Consumer Healthcare LLC | 20-08668 |
| Franke Kitchen Systems, LLC | 20-08306 |
| Front Range Electric Inc. | 20-08669 |
| G & J Pepsi-Cola Bottlers, Inc. | 20-08309 |
| G & M Appliance Supply Inc. | 20-08672 |
| Gannett Co. Inc | 20-08670 |
| Garcia Family Enterprises, LLC | 20-08310 |
| GateHouse Media, LLC dba Watertown Public Opinion | 20-08323 |
| Gensco, Inc. | 20-08328 |
| Georgia Subsequent Injury Trust Fund | 20-08673 |
| Gerali Custom Design, Inc. | 20-08330 |
| Gerardo Almaguer | 20-08674 |
| Ghirardelli Chocolate Company | 20-08335 |
| Gildan Branded Apparel SRL LLC | 20-08338 |
| Gilligan | 20-08822 |
| Gina Group LLC | 20-08339 |
| Gipson Heating and Cooling Inc. | 20-08675 |
| Giraldo Quintana | 20-08676 |
| GK Preferred Income II (Ridgmar) SPE, LLC | 20-08342 |
| Glamour Corporation | 20-08344 |
| GMG HVAC Inc. | 20-08677 |
| Goodtimes Brand Inc. | 20-08347 |
| Gordon Sinift | 20-08678 |
| Goscha Enterprises, L.L.C. | 20-08874 |
| GR Electrical Services, Inc. | 20-08356 |
| Granite America Ohio LLC | 20-08679 |
| Graypoint Construction Inc. | 20-08680 |
| Greenhill Inc. dba American Bakery | 20-08357 |
| Greg Watkins | 20-08681 |
| Guahan Waste Control Inc. dba Mr. Rubbishmann | 20-08360 |
| Gulf Coast Building Products, Inc. | 20-08361 |
| H T R Mechanical LLC | 20-08682 |
| H. Best, Ltd. | 20-08362 |

| | |
|---|---|
| Habegger-Meyers HVAC Distribution, Inc. | 20-08363 |
| Hairstylists Management Systems, Inc. | 20-08683 |
| Halifax Media Group, LLC | 20-08364 |
| Hana Financial, Inc. | 20-08684 |
| Harmony Homes, Inc. | 20-08365 |
| Havas Formula, LLC | 20-08366 |
| Hearthmark, LLC dba Jarden Home Brands | 20-08368 |
| Heaven S Breeze A C & Heating LLC | 20-08685 |
| Heely-Brown Company | 20-08686 |
| Helen Andrews, Inc. | 20-08369 |
| Herbert Meyer | 20-08687 |
| Hernandez | 20-08615 |
| Hoffmaster Group, Inc. | 20-08370 |
| Holsum De Puerto Rico, Inc. | 20-08371 |
| Home Depot U.S.A. Inc. dba The Home Depot Pro Institutional dba SupplyWorks | 20-08372 |
| Home Improvements By Duane And Adam LLC | 20-08875 |
| HomeCare Labs, Inc. | 20-08374 |
| HOS II, L.L.C. | 20-08375 |
| Hosegera | 20-08884 |
| Houston Chronicle | 20-08376 |
| Howen Enterprise | 20-08876 |
| Hudman | 20-08789 |
| Huguenot Laboratories, Inc. | 20-08377 |
| Hunger | 20-08893 |
| Hunters Ridge of Ocala Ltd. | 20-08688 |
| HVAC Repairs LLC | 20-08689 |
| Hy Ko Products Company | 20-08690 |
| Hye Class Carpet Contractor | 20-08877 |
| Ibarra 1618 | 20-08889 |
| Ibertile Ceramic | 20-08878 |
| Ideal Floorcovering LLC | 20-08691 |
| Ideal Marble, Inc. | 20-08692 |
| Ikeddi Imports LLC | 20-08378 |
| Importique Corp. | 20-08379 |
| Indeed, Inc. | 20-08380 |
| Infinite Peripherals, Inc. | 20-08693 |
| Infinitude Creative Group, LLC | 20-08694 |
| Installation Corp. & Construction LLC | 20-08695 |

| Integrated Merchandising Solutions LLC fdba Integrated Merchandising Systems LLC | 20-08382 |
|---|---|
| Intelex Technologies Inc. | 20-08696 |
| Interactive Communications International, Inc. | 20-08697 |
| International Paper Company | 20-08383 |
| Intralinks, Inc. | 20-08384 |
| Iolani Sportswear Limited | 20-08698 |
| iPROMOTEu.com, Inc. | 20-08385 |
| IQ Accessories Inc. | 20-08699 |
| Irimia | 20-08729 |
| Irish Downs, Inc. | 20-08700 |
| Iron City Construction LLC | 20-08701 |
| Isidro Ramirez | 20-08702 |
| J & L Installs, LLC | 20-08387 |
| J Cee Air Conditioning and Heating LLC | 20-08703 |
| J.K. Marketing Corporation of Illinois fdba J.K. Marketing Corp. | 20-08388 |
| Jack Ochodnicky Electric LLC | 20-08704 |
| James Youngs | 20-08705 |
| Jane Y Li O.D. | 20-08706 |
| Jason McBride | 20-08707 |
| Javier Hernandez | 20-08708 |
| Jay Franco & Sons Incorporated | 20-08389 |
| JC Heating & Air Conditioning LLC | 20-08710 |
| Jeffrey Allen Oliphant dba All American Tree & Lawn | 20-08390 |
| Jemmys HVAC Corp. | 20-08709 |
| Jenkins R W Heating | 20-08882 |
| Jos | 20-08630 |
| Jose Rivera Mandes Ingenieria, P.S.C. | 20-08885 |
| JPHowell and Associates Inc. | 20-08711 |
| JRF Properties, LLC | 20-08712 |
| Kalil Bottling Co. | 20-08715 |
| Kamp-Rite Tent Cot Inc. | 20-08392 |
| Kazoo, Inc. | 20-08717 |
| KB Air & Heating, LLC | 20-08718 |
| KC Pharmaceuticals, Inc. | 20-08393 |
| Kellogg Sales Company | 20-08394 |
| Kendall Q Carter Contracting LLC | 20-08719 |
| Kenney Manufacturing Company | 20-08395 |
| Kent International Inc. | 20-08396 |
| Kessler | 20-08903 |

| | |
|---|---|
| Khwaja | 20-08879 |
| Kim | 20-08809 |
| Kings Construction | 20-08886 |
| KMR Print, Inc. | 20-08397 |
| Knickerbocker Bed Company | 20-08572 |
| Koa USA, Inc. dba Koa Brands Company | 20-08398 |
| Kofax, Inc. | 20-08399 |
| KS Design Remodeling Inc. | 20-08721 |
| KS Heating and Air Conditioning, Inc. | 20-08722 |
| Kutsar | 20-08834 |
| Kw Home Improvement Ltd. | 20-08724 |
| Kwan | 20-08802 |
| KX Technologies LLC | 20-08400 |
| Larry Methvin Installation Inc. | 20-08725 |
| Lavish Clothing, Inc. | 20-08401 |
| Leader Electrical Contractors Inc. | 20-08887 |
| Legare Investments, Inc. | 20-08574 |
| Leick Furniture, Inc. | 20-08727 |
| Leif J. Ostberg, Inc. | 20-08402 |
| Liberty Coca-Cola Beverages LLC | 20-08404 |
| Lift Trucks & Parts, Inc. | 20-08888 |
| LiquidPlanner, Inc. | 20-08405 |
| Lithographix, Inc. | 20-08406 |
| Loomis Armored US, LLC | 20-08407 |
| Los Angeles Times Communications LLC dba Los Angeles Times | 20-08408 |
| Luce, Schwab & Kase, Incorporated | 20-08409 |
| Luv N' Care International, Inc. fdba Luv N' Care, Inc. | 20-08410 |
| Luxe Media Group LLC | 20-08730 |
| M.Z. Berger & Co. Inc. | 20-08411 |
| Ma | 20-08918 |
| Mackey Investments Sears, LLC | 20-08731 |
| Magic Air Heating, Air Conditioning & Refrigeratio | 20-08890 |
| Maintain It Roof Systems | 20-08891 |
| Mancia | 20-08641 |
| Mann + Hummell Purolator Filters LLC | 20-08733 |
| Marble | 20-08642 |
| Mardan Services Group Corp. | 20-08734 |
| Marquez Brothers International, Inc. | 20-08412 |
| Mars Petcare US Inc. | 20-08413 |

| | |
|---|---|
| Marsh | 20-08790 |
| Marvic Corp. | 20-08414 |
| Mcdermott Top Shop LLC | 20-08735 |
| Mckinley Jr | 20-08780 |
| McLane Manufacturing, Inc. | 20-08415 |
| Mdm Garage Doors, LLC | 20-08736 |
| Mead Johnson Nutrition (Puerto Rico), Inc. | 20-08416 |
| Mechanical Design & Service LC | 20-08417 |
| Mechanics Time Savers, Inc. | 20-08418 |
| Medline Industries, Inc. | 20-08419 |
| Meier Supply Company, Inc. | 20-08420 |
| Melissa & Doug, LLC | 20-08421 |
| Melitta Inc. | 20-08737 |
| Mello | 20-08623 |
| Melo Construction NW LLC | 20-08422 |
| Michael's Flooring Service LLC | 20-08944 |
| Michael's Greenhouses, Inc. | 20-08423 |
| Micheal A. Simmonds, Co. | 20-08892 |
| Michelin Star, Inc. | 20-08423 |
| Mile High Home Maintenance Inc. | 20-08738 |
| Milk Industry Management Corporation dba Balford Farms | 20-08425 |
| ML Installers NY, Inc. | 20-08740 |
| MMC Mechanical Contractors, Inc. | 20-08741 |
| Mogi Branding LLC | 20-08742 |
| Mondelez Global LLC | 20-08426 |
| Money Mailer, LLC | 20-08427 |
| Moore Granite & Tile LLC | 20-08894 |
| Morales Distributors Inc. | 20-08428 |
| Morgan John Spake dba A Good Company aka AGC | 20-08429 |
| Morrow Meadows Corp. | 20-08743 |
| Moses A C | 20-08895 |
| MR2D Global Trading, LLC | 20-08430 |
| Munch's Supply Co. | 20-08432 |
| Murowsky | 20-08776 |
| NAPC, Inc. | 20-08744 |
| Nationwide Lift Trucks Inc. | 20-08745 |
| Nature's Mark LLC | 20-08746 |
| Naumann/Hobbs Material Handling Corporation II, In | 20-08896 |
| Neil Kravitz Group Sales, Inc. | 20-08747 |

| | |
|---|---|
| Neographics, Corp. | 20-08434 |
| Netmining LLC | 20-08435 |
| Neuco, Inc. | 20-08436 |
| New Horizons Computer Learning Centers, Inc. | 20-08897 |
| NewAge Products Inc. | 20-08437 |
| Neway International Inc. | 20-08748 |
| Newman Services, Inc. | 20-08438 |
| Niagara Bottling, LLC | 20-08439 |
| Nilima Online Services Inc. | 20-08898 |
| Nir Roof Care, Inc. | 20-08440 |
| Noma Enterprises LLC | 20-08750 |
| Northern Bottling Co. | 20-08442 |
| Northwest Pallet Services, LLC | 20-08443 |
| Northwest Permit Inc. | 20-08751 |
| Northwest Remodel Guys, LLC | 20-08752 |
| Nourse | 20-08602 |
| Nu Vision Contracting Services, LLC | 20-08753 |
| Nuwave Heating & Cooling, Inc. | 20-08900 |
| NYL Holdings, LLC | 20-08754 |
| Oberpriller | 20-08603 |
| Oeffinger Crone Heating & Cooling Inc. | 20-08901 |
| Office Depot, Inc. | 20-08444 |
| Okerlund | 20-08739 |
| Olivas | 20-08714 |
| One Planet OPS Inc. | 20-08755 |
| Onix Networking Corp. | 20-08445 |
| Openers Plus Inc. | 20-08756 |
| Orban's Nursery, Inc. | 20-08757 |
| Original Gourmet Food Company, LLC | 20-08446 |
| Outsell Consulting, Inc. | 20-08758 |
| Pagacat Inc. dba Wondershopping | 20-08447 |
| Pallet Consultants Corp. | 20-08448 |
| Parfums de Coeur, Ltd. | 20-08449 |
| Parish | 20-08652 |
| Partney Heating and Cooling LLC | 20-08760 |
| Pathfinder, Inc. dba PSS Pathfinders Inc. | 20-08450 |
| Payless Construction, Inc. | 20-08763 |
| Peirce-Phelps LLC | 20-08451 |
| Penn | 20-08880 |

| | |
|---|---|
| Pennsylvania Joint Board dba Pennsylvania Joint Board Workers United | 20-08452 |
| Penny Power, Ltd. | 20-08453 |
| Penske Truck Leasing Co., L.P. | 20-08454 |
| Perio, Inc. | 20-08764 |
| Permission Data, LLC dba AdQuire Media | 20-08456 |
| Peterson Technology Partners, Inc. | 20-08457 |
| Pham | 20-08720 |
| Philco Installation LLC | 20-08904 |
| PICO Manufacturing Sales Corp. | 20-08458 |
| Pierson Tops | 20-08905 |
| PINNACLE Express, Inc. | 20-08460 |
| Plum Group, LLC | 20-08766 |
| PR Newswire Association LLC fdba PR Newswire, Inc. | 20-08463 |
| Prairie Mountain Publishing Company LLP dba Praire Mountain Media | 20-08464 |
| Precision Air Comfort LLC | 20-08767 |
| Pressman Toy Corporation | 20-08465 |
| Pro Cabinets And Refacing LLC | 20-08906 |
| Project Resource Solutions, LLC | 20-08907 |
| PROTECH Delivery & Assembly | 20-08466 |
| PTS Consulting Services LLC dba ProcureTechStaff | 20-08462 |
| Quality Handyman | 20-08908 |
| Quality HVAC Systems LLC | 20-08943 |
| Quality Mechanical Professionals Inc. | 20-08768 |
| Quality Roofing And Services Inc. | 20-08769 |
| Quest Products, LLC fdba Quest Products, Inc. | 20-08469 |
| QuinStreet, Inc. | 20-08470 |
| R & W Leasing Inc. | 20-08770 |
| R.C. Temperature Control Heating & Air Conditionin | 20-08909 |
| Rainbow Cotton Candy LLC | 20-08771 |
| Raman K. Patel dba Aviram Properties LLC | 20-08471 |
| Ranir, LLC | 20-08472 |
| Rasmussen Exteriors | 20-08910 |
| Rawlings Sporting Goods Company, Inc. | 20-08473 |
| Red Ventures, LLC | 20-08911 |
| Reddoch | 20-08716 |
| Reddy Ice LLC | 20-08474 |
| Redguard LLC | 20-08772 |
| Reed Group Management LLC | 20-08476 |

| | |
|---|---|
| Refresco Beverages US Inc. fdba Cott Beverages USA Inc. | 20-08477 |
| Regal Home Collections Inc. | 20-08478 |
| Renfro Corporation | 20-08479 |
| Republic National Distributor Co. LLC | 20-08773 |
| Resilion, LLC | 20-08480 |
| Revimedia, Inc. | 20-08850 |
| Revise Clothing Inc. | 20-08481 |
| Revlon (Puerto Rico) Inc. | 20-08482 |
| Reynolds Consumer Products LLC fdba Reynolds Consumer Products Inc. | 20-08484 |
| Reynolds Presto Products Inc. | 20-08485 |
| Rich Knapp LLC | 20-08774 |
| Ricola Inc. | 20-08775 |
| Ringgold Growers | 20-08912 |
| Roanld P. Sorce, A.I.A., Architects, P.C. dba Sorce Architecture, P.C., a Professional Corporation | 20-08488 |
| Robin Apple LLC | 20-08777 |
| Rock Content dba ScribbleLive fdba I-On Interactive Inc. | 20-08489 |
| Rock Content dba ScribbleLive fdba I-On Interactive Inc. | 20-08489 |
| Rockstep Capital Opportunity Fund I LLC | 20-08913 |
| Rockstep Janesville LLC | 20-08779 |
| Rockstep Meridian LLC | 20-08914 |
| Roofconnect | 20-08915 |
| RTH Mechanical Services, Inc. | 20-08491 |
| S&P Global Inc. dba S&P Global Ratings | 20-08492 |
| Saint-Gobain Abrasives, Inc. dba Norton Abrasives Group | 20-08493 |
| Salesforce.com, Inc. | 20-08494 |
| Sam Mechanical Inc. | 20-08781 |
| Samayoa | 20-08653 |
| Sandhills Comm Lawn Services Inc. | 20-08782 |
| Sandu Inc. | 20-08495 |
| Sasha Handbags, Inc. | 20-08496 |
| Schneider & Onofry, P.C. | 20-08783 |
| Schoenherr | 20-08728 |
| Securosis LLC | 20-08851 |
| SEKO Enterprises, LLC fdba SEKO Worldwide | 20-08499 |
| Select Systems Technology, Inc. | 20-08785 |
| Sennco Solutions, Inc. | 20-08786 |
| Serrano Heating And Air, LLC | 20-08916 |
| ServiceBench, LLC | 20-08500 |

| | |
|---|---|
| Shannon Heights Heating Inc. | 20-08787 |
| Shanti Corporation dba Vijay Gold Designs USA | 20-08501 |
| Shareasale.com Inc. | 20-08788 |
| Sharp Electronics Corporation | 20-08502 |
| Sherman Square | 20-08917 |
| ShopChimney.com, Inc. | 20-08504 |
| Shoreline Const LLC | 20-08791 |
| Sign & Lighting Services LLC | 20-08792 |
| SJC Resources, Inc. | 20-08793 |
| SJK Development, Inc. | 20-08507 |
| Smart AC Services LLC | 20-08794 |
| Smart Direct LLC | 20-08795 |
| Smart Surplus Inc. | 20-08796 |
| Software One, Inc. | 20-08797 |
| Soho Corporation | 20-08508 |
| Solid Choice Inc. | 20-08920 |
| Soteer Limited | 20-08798 |
| Soteer Limited | 20-08921 |
| South Central GWB Co., Inc. | 20-08509 |
| South Mountain Air Conditioning & Heating, Inc. | 20-08922 |
| Southern Exchange, L.P. | 20-08510 |
| Southern Refrigeration Corporation | 20-08511 |
| Southwest Kitchen & Bath | 20-08923 |
| Southwest Material Handling, Inc. | 20-08512 |
| Speer Mechanical | 20-08924 |
| Spencers Air Conditioning & Appl. Inc. | 20-08799 |
| Sphere Consulting, Inc. | 20-08513 |
| Sprayco | 20-08925 |
| Springs Window Fashions, LLC | 20-08514 |
| SRS Distribution Inc. dba Bill Wahl Supply | 20-08515 |
| Star Roofing Corp. | 20-08800 |
| Statesboro Herald Publishing Company | 20-08926 |
| Steamboat Pilot | 20-08927 |
| Steiner Construction Inc. | 20-08801 |
| Steven Vardi, Inc. | 20-08516 |
| Stone & Beyond, Inc. | 20-08517 |
| Stone Edge Countertops, LLC | 20-08803 |
| Stone Interiors New Orleans LLC | 20-08804 |
| Stoner Inc. | 20-08805 |

| Storm General Builders Inc. | 20-08806 |
|---|---|
| Stuck's Heating And Cooling | 20-08928 |
| Suiza Dairy Corporation | 20-08518 |
| Sumskie Bro Construction Corp. | 20-08807 |
| Sun Coast Media Group, Inc. | 20-08808 |
| Sun Community News | 20-08929 |
| Sun Image Distributors, Inc. | 20-08519 |
| Sunbeam Products, Inc. dba Jarden Consumer Solutions | 20-08520 |
| Sunny 84, LLC fdba Ora Interactive, LLC | 20-08521 |
| Sunny Days Entertainment LLC | 20-08810 |
| Sunshine Landscaping Maintenance, LLC | 20-08811 |
| Sunvalley Mechanical LLC | 20-08812 |
| Superior Granite, Inc. | 20-08813 |
| Superior Lawnmower Center Inc. | 20-08814 |
| Suzanne El-Habre | 20-08522 |
| Swim 'N' Play, Inc. | 20-08523 |
| Swon Exterior Solutions Inc. | 20-08815 |
| T Lex, Inc. | 20-08816 |
| Talmadge | 20-08824 |
| Taylor Installation Service, LLC | 20-08930 |
| Tecumseh Heating And Air | 20-08931 |
| Teczia It Services LLC | 20-08817 |
| TeleCheck Services, Inc. | 20-08524 |
| Temperature Control Specialties, Inc. | 20-08932 |
| Temperature Design Heating And Air, LLC | 20-08933 |
| Temperature Equipment Corporation | 20-08525 |
| Tenmark Industrial LLC | 20-08818 |
| Texas Community Media LLC dba Longview News-Journal | 20-08527 |
| Textiles From Europe, Inc. | 20-08528 |
| Thao-Thanh Pham O.D., Inc. | 20-08819 |
| The Best Deals For You LLC | 20-08820 |
| The Brandt Companies, LLC | 20-08529 |
| The Climatic Corporation dba EHP Direct South | 20-08530 |
| The Counter-Fitters Incorporated | 20-08531 |
| The Countertop Company, Inc. | 20-08821 |
| The Daily Interlake | 20-08934 |
| The Hartz Mountain Corporation | 20-08532 |
| The McClatchy Company | 20-08671 |
| The Mibro Group, L.C. | 20-08935 |

| | |
|---|---|
| The ServiceMaster Company, LLC dba ServiceMaster Clean | 20-08533 |
| The Waldinger Corporation | 20-08534 |
| Thief River Falls Times, Inc. | 20-08936 |
| Titan Manufacturing and Distributing, Inc. dba Titan Distributors, Inc | 20-08535 |
| TMC Marketing, Inc. dba FixMyToys | 20-08536 |
| Tom C. Construction, Inc. | 20-08823 |
| Top Step Development, LLC fdba Top Step Manufacturing, LLC | 20-08537 |
| Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express | 20-08538 |
| Trane U.S. Inc. | 20-08539 |
| TRC Environmental Corporation | 20-08541 |
| Treasure Coast-JCP Associates, Ltd. | 20-08542 |
| Tri Sales Marketing LLC | 20-08826 |
| Trib Real Estate Company, LLC fdba Tribune Review Publishing Company | 20-08543 |
| Trimark ERF Inc. | 20-08827 |
| Tyree-Little's Heating & Cooling, LLC | 20-08828 |
| U.S. Nonwovens Corp. | 20-08544 |
| Unique Air Conditioning Inc. | 20-08829 |
| Unique Designs By Michael A. Del Bonifro Inc. dba Unique Design Inc. | 20-08545 |
| Unique Sports Products Inc. | 20-08546 |
| United Building Contractors LLC | 20-08830 |
| Up North Trucking Inc. | 20-08831 |
| Upstart Group, LLC | 20-08832 |
| URS Corporation | 20-08548 |
| US Air Comfort | 20-08937 |
| Valassis Direct Mail, Inc. | 20-08549 |
| Valley Fabricators, LLC | 20-08549 |
| Valpak Direct Marketing Systems, Inc. | 20-08551 |
| Valvoline LLC | 20-08552 |
| Ventura TV Video Appliance Center Inc. | 20-08833 |
| Villagomez | 20-08762 |
| Viniteck International Inc. | 20-08836 |
| Vinson Advertising | 20-08938 |
| VIP III, L.L.C. | 20-08554 |
| Vision Construction & Developers, LLC | 20-08837 |
| Visual Land Inc. | 20-08838 |
| Volny | 20-08626 |
| Vu O.D. | 20-08883 |

| | |
|---|---|
| Vue O D | 20-08902 |
| W J O Neil Chicago LLC | 20-08839 |
| W. W. Gay Mechanical Contractor Of Gainesville, In | 20-08939 |
| Wally Florring LLC | 20-08841 |
| Walsh | 20-08784 |
| Welcome Industrial Corporation | 20-08840 |
| Westport Corporation | 20-08555 |
| Westrock Mechanical Corp. | 20-08842 |
| WEX Inc. dba WEX Bank | 20-08556 |
| White Mountain Tissue, LLC dba Gorham Paper and Tissue | 20-08557 |
| William R. Farnell | 20-08558 |
| William R. Meixner & Sons | 20-08559 |
| William Robin Palmer | 20-08560 |
| Williams | 20-08726 |
| Window Right Brothers LLC | 20-08843 |
| Winplus North America Inc. | 20-08844 |
| Womble Bond Dickinson (US) LLP fdba Womble Carlyle Sandridge & Rice, LLP | 20-08561 |
| Woodstream Corporation | 20-08845 |
| Works Construction, Inc. | 20-08941 |
| World Tech Toys, Inc. | 20-08562 |
| YellowDevil LLC | 20-08563 |
| Yelnats, Inc. fdba Stanley Creations, Inc. fdba SGG Inc. ; and Istar Jewelery LLC | 20-08564 |
| Yes To,  Inc. | 20-08565 |
| YJ USA Corp. dba Jump King | 20-08566 |
| Yoss Heating & Cooling LLC | 20-08846 |
| YRC Inc. dba YRC Freight | 20-08567 |
| Yuwen Lee, O.D., Optometric Professional Corporati | 20-08847 |
| Zebra Technologies International, LLC | 20-08568 |
| Zeno Group, Inc. | 20-08942 |
| Zeno Group, Inc. | 20-08569 |
| ZG Apparel Group LLC | 20-08570 |
| ZIM American Integrated Shipping Services Company, LLC | 20-08571 |
| Zircon Corporation | 20-08848 |
| Zuck | 20-08608 |
| Zuckerfan Limited | 20-08849 |

\* 687 Adversary Proceedings

# Exhibit 2

## AVOIDANCE ACTION PROCEDURES

**A.     Effectiveness of the Procedures Order**

1.     This Procedures Order approving the procedures Motion shall apply to all Defendants in the Avoidance Actions listed on **Exhibit 1** attached hereto. To the extent a Party is a Defendant in an Avoidance Action subject to this Procedures Order governing cases less than or equal to $500,000, and is also a defendant in a separate adversary proceeding governed by the procedures order covering those cases with an amount in controversy greater than $500,000, the Parties shall meet and confer to decide whether the actions should proceed under one procedures order or the other. If an agreement cannot be made, the parties may apply to the Court for resolution.

2.     The Procedures Order will not alter, affect or modify the rights of Defendants to seek a jury trial in or withdrawal of the reference of, Avoidance Actions or otherwise to move for a determination on whether the Court has authority to enter a final judgment, or issue proposed findings of fact and conclusions of law, in an Avoidance Action under 28 U.S.C. § 157, and all such rights shall be preserved unless otherwise agreed to in a responsive pleading consistent with the Bankruptcy Rules and Local Bankruptcy Rules.

**B.     Extensions to Answer or File Other Responsive Pleading to the Complaint**

3.     The time to file an answer or other responsive pleading to a complaint filed in an Avoidance Action shall be extended by 60 days such that an answer or other responsive pleading is due within 90 days after the issuance of the summons.

**C.     Waiver of Requirement to Conduct Pretrial Conference**

4.     Federal Rule of Civil Procedure 16, made applicable to the Avoidance Actions pursuant to Bankruptcy Rule 7016 (*i.e.*, pretrial conferences), is hereby waived and not applicable with respect to the Avoidance Actions.  Neither the Plaintiff nor any Defendant shall be required to appear at any initial pretrial conference, including any initial pretrial conference originally scheduled pursuant to Local Rule 7016-2.

**D.     Waiver of Requirement to Conduct Scheduling Conference**

5.     Federal Rule of Civil Procedure 26(f), made applicable to the Avoidance Actions pursuant to Bankruptcy Rule 7026 (mandatory meeting before scheduling conference/discovery plan), is hereby waived and is not applicable to the Avoidance Actions. Thus, the parties to the Avoidance Actions shall not be required to submit a written report as may otherwise be required under Federal Rule of Civil Procedure 26(f).

**E.     Discovery, Mediation, and Dispositive Motion Schedule**

6.      All discovery in each Avoidance Action is hereby stayed until the mediation process set forth below (the "**Mediation Process**") is concluded; <u>provided that</u> the stay of formal discovery shall in no way preclude, with respect to any Avoidance Action, the Plaintiff and applicable Defendant from informally exchanging documents and information in an attempt to resolve such Avoidance Action in advance of, or during, the Mediation Process.

7.      Any open Avoidance Actions that have not been resolved and/or settled by May 29, 2020 (the "**Remaining Avoidance Actions**"), shall be referred to mandatory mediation and the Mediation Process in paragraphs 8-13.

8.      Between June 1, 2020 and June 15, 2020, Defendants in the Remaining Avoidance Actions shall choose a mediator from the list of proposed mediators (each a "**Mediator**," collectively, the "**Mediators**") (the "**Mediator List**") attached hereto as **<u>Exhibit 3</u>**.  Concurrently, Defendants in the Remaining Avoidance Actions shall notify Plaintiff's counsel of the Defendant's choice of Mediator by contacting: (i) if Plaintiff is represented by ASK LLP, Laurie N. Miskowiec, in writing, via email at **lmiskowiec@askllp.com** or via letter correspondence addressed to ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121, or (ii) if Plaintiff is represented by Katten Muchin Rosenman LLP ("**Katten**"),  Anthony Wong, in writing, via email at **anthony.wong@katten.com** or via letter correspondence addressed to Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, NY 10022.  If a Defendant in a Remaining Avoidance Action does not timely choose a Mediator from the Mediator List and notify Plaintiff's counsel of the same, Plaintiff will assign such Remaining Avoidance Action to one of the Mediators from the Mediator List.

9.      Upon notification of such selection or assignment, the selected Mediator shall have an opportunity to determine whether he/she has any conflicts with the Defendant(s) and, in the event of a conflict, may abstain from acting in the particular mediation. If the selected Mediator abstains, Defendant will be given another 15 days to select an alternate Mediator as described in paragraph 8 above.

10.     Upon the selection of Mediators, Plaintiff, working with the Mediators, will commence scheduling mediations.  Each Mediator will provide to Plaintiff the dates on which the Mediator is available for mediation and the parties shall cooperate with the Mediators and each other regarding the scheduling of mediations. Plaintiff's counsel shall contact Defendant or Defendant's counsel with a list of proposed dates for mediation provided by the Mediator.  Mediation will then be scheduled on a first-come, first-served basis.

11.     Plaintiff will give at least 21 days' written notice of the first date, time and place of the mediation in each Remaining Avoidance Action (the "**Mediation Notice**"), which notice shall be served on the applicable Defendant.

12.     Within 7 calendar days after the conclusion of the mediation, the Mediator shall file a report (the "**Mediator's Report**") pursuant to General Order M-452 in the

Remaining Avoidance Action, which shall be limited to stating only a) compliance or non-compliance with the General Order and b) whether the Remaining Avoidance Action settled or did not settle.

13. The Mediation Process with respect to all of the Remaining Avoidance Actions must be concluded by September 30, 2020.

14. Any open Avoidance Actions shall be required to provide the disclosures required under Rule 7026(a)(1) (the "**Initial Disclosures**") on or before October 30, 2020.

15. All written interrogatories, document requests and requests for admission, if any, may be served upon the adverse party any time after the Mediator's Report is filed. All written interrogatories, document requests and requests for admission, if any, must be served no later than November 30, 2020.

16. The parties to the Avoidance Actions shall have through and including February 15, 2021 to complete non-expert fact discovery, including depositions of fact witnesses.

17. Unless the parties agree to a broader scope of discovery, absent further order of the Court upon a showing of good cause, discovery will be limited solely and specifically to nonprivileged matters (i) that are properly discoverable under the Bankruptcy Rules and (ii) relate solely to the Avoidance Actions.

18. Federal Rule of Civil Procedure 33, made applicable herein pursuant to Bankruptcy Rule 7033, shall apply to the Avoidance Actions.

19. Federal Rule of Civil Procedure 34, made applicable herein pursuant to Bankruptcy Rule 7034, shall apply to the Avoidance Actions.

20. Federal Rule of Civil Procedure 36, made applicable herein pursuant to Bankruptcy Rule 7036, shall apply to the Avoidance Actions.

21. Should a discovery dispute arise, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery dispute, the complainant shall file with the Court and email to the Court's chambers, copying counsel for the opponent, a letter outlining said issues. Respondent must reply within two (2) business days by filing a letter on the docket with a copy emailed to the Court's chambers, copying counsel for the opponent. Such letter, excluding exhibits, shall be no longer than two (2) pages. The Court shall then inform the parties if it will require a conference call or formal motion. At any ensuing conference or hearing on a motion, the Court will ask the parties about their prior efforts to resolve the dispute.

22. Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports (a) concerning any issue on which a party bears the burden of proof (not including any report by Plaintiff on

insolvency) and (b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors, such report, if any, shall be made to the Plaintiff on or before March 29, 2021.

23.     Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports (a) of the parties' rebuttal experts, and (b) Plaintiff's report on the insolvency of the Debtors, if any, shall be made to the adverse party on or before May 21, 2021.

24.     All expert discovery, including expert witness depositions, shall be concluded on or before June 30, 2021.

25.     The standard provisions of Federal Rule of Civil Procedure 26(e), made applicable herein pursuant to Bankruptcy Rule 7026, shall apply to the Avoidance Actions with respect to supplementation of discovery responses.

26.     Either or both parties may seek leave under Local Bankruptcy Rule 7056 by email to the Court, with a copy to the counsel for the opposing party; provided, that all dispositive motions shall be filed and served at any time after the Mediation Process but before July 30, 2021. In the normal course, the Court will not permit the filing and pursuit of a summary judgment motion before the completion of discovery. Notwithstanding Local Bankruptcy Rule 7005-1, the party filing or opposing such dispositive motion shall be allowed to introduce such exhibits as needed to meet its burden of proof or rebut such burden.

**F.     Mediation Procedures and Requirements**

27.     Mediations shall take place in New York, New York, except as otherwise agreed to by the parties and the Mediator. Mediations shall be held at the law office of the Debtors' counsel, the Mediator's office, or at another location agreed upon by the Mediator; **provided, that, notwithstanding any other provision hereof, at the direction of the Mediator, any or all of the Mediation may be conducted telephonically.** Local Bankruptcy Rule 9019-1 and the Court's General Order M-452 concerning mediation procedures shall govern the mediations, except as otherwise set forth herein. General Order M-452 is available on the Court's website at: http://www.nysb.uscourts.gov/.

28.     All proceedings and writing incident to the mediation will be considered privileged and confidential and subject to all the protections of Federal Rule of Evidence 408, and shall not be reported or admitted in evidence for any reason except to prove that a party failed to comply with the Mediation Process set forth in these Procedures.

29.     The Mediators shall be required to file disclosures prior to the scheduling of mediation.

30.     The parties in each Remaining Avoidance Action will participate in the mediation, as scheduled and presided over by the chosen Mediator, in good faith and with a

view toward reaching a consensual resolution.  The mediation shall be attended in person by a representative of the Defendant with full settlement authority (and if a Defendant is represented by counsel, their counsel) as well as counsel for the Debtor (who must have settlement authority from the Debtors, or a Debtor representative shall appear as well), except that: (1) a Mediator, in his or her discretion, may allow a party representative to appear telephonically or, (2) the parties may consent to a party representative appearing telephonically.  Any such request must be made prior to ten (10) business days before the scheduled mediation date, or Defendant is deemed to waive such request. Should a party representative appear by telephone, counsel appearing in person for that party shall have full settlement authority. To the extent a Mediator grants a party's request to appear telephonically, the requesting party is responsible for arranging for and paying any fees associated with teleconference services. Should a dispute arise regarding a Mediator's decision on whether to allow a party representative to appear telephonically rather than in person, a party may apply by email to the Court, in advance of the mediation, by sending a letter outlining said issues to chambers. The Court may then schedule a conference call to address the issues.

31.     The Mediator will preside over the mediation with full authority to determine the nature and order of the parties' presentations, and the rules of evidence will not apply. Each Mediator may implement additional procedures which are reasonable and practical under the circumstances.

32.     The Mediator, in the Mediation Notice (by language provided to Plaintiff by the Mediator) or in a separate notice that need not be filed, may require the parties to provide to the Mediator any relevant papers and exhibits, a statement of position, and a settlement proposal.  In the Mediator's discretion, upon notice (which need not be filed), the Mediator may adjourn a mediation or move a mediation to a different location within the same jurisdiction. The Mediator may also continue a mediation that has been commenced if the Mediator determines that a continuation is in the best interest of the parties.

33.     The parties must participate in the scheduling of mediation and mediate in good faith.  If the mediator feels that a party to the mediation is not attempting to schedule or resolve the mediation in good faith, the mediator may file a report with the Court. The Court may, without need for further motion by any party, schedule a hearing. If the Court determines that the party is not cooperating in good faith with the mediation procedures, the Court may consider the imposition of sanctions. Additionally, if either party to the mediation is not attempting to schedule or resolve the mediation in good faith, the opposite party may file a motion for sanctions with the Court.  Litigation with respect to the issuance of sanctions shall not delay the commencement of the mediation. Sanctions may include, but are not limited to, attorney's fees and costs and fees of the Mediator.

34.     Upon notice and a hearing, a party's failure to appear at the mediation or otherwise comply with the Procedures Order with respect to mediation, may result in a default judgment or dismissal being obtained against the party failing to comply with the

mediation provisions. The Mediator shall promptly file with the Court a notice when any party fails to comply with the mediation provisions set forth in the Procedures Order.

35.     The fees and costs of the Mediator (the "**Mediation Fee**") shall be paid equally by the parties on a fixed-fee schedule as set forth below. The parties shall pay one-fourth of the Mediation Fee as least seven (7) calendar days prior to the commencement of mediation (the "**Initial Mediation Fee**"). The remaining fee will be due and paid by the parties on the date of mediation, should the mediation go forward. If the parties settle prior to the mediation, the Mediator must be informed of the settlement prior to seven calendar days before the scheduled mediation or the Initial Mediation Fee is nonrefundable:

   i.      cases with a claim amount (as reflected in the complaint) of less than $100,000: $3,000.00 per case;

   ii.     cases with a claim amount (as reflected in the complaint) equal to or greater than $100,000 and less than $250,000: $4,000 per case; and

   iii.    cases with a claim amount (as reflected in the complaint) equal to or greater than $250,000 and less than $1,000,000: $5,000 per case.

   iv.     cases with a claim amount (as reflected in the complaint) equal to or greater than $1,000,000 and less than $5,000,000: $6,000.00 per case;

   v.      cases with a claim amount (as reflected in the complaint) equal to or greater than $5,000,000: $7,000 per case.

36.     Mediation that is continued for more than one calendar day will be continued on an hourly fee basis to be paid equally by the parties.

37.     Defendants that have additional Avoidance Actions commenced against their affiliates in the Debtors' bankruptcy cases may mediate all related Avoidance Actions at one time and, in such event, the Mediation Fee shall be based upon the combined total claim amount for all related Avoidance Actions.

38.     Mediation statements shall be delivered to the Mediator 7 calendar days prior to the mediation. Unless otherwise directed by the Mediator, the mediation statements shall be shared with the opposing party, except that any party that has confidential information may share such confidential information solely with the Mediator. The Mediator will direct the parties as to further instructions regarding the mediation statements.

39.     Without the prior consent of both parties, no Mediator shall mediate a case in which he/she or his/her law firm represents a party.  If a Mediator's law firm represents any Defendant in the Avoidance Actions, then: (a) the Mediator shall not personally participate in the representation of that Defendant; (b) the law firm shall notate the file to indicate that the Mediator shall have no access to it; and (c) any discussions concerning the particular Avoidance Action by employees of the law firm shall

exclude the Mediator. The Mediator's participation in mediation pursuant to the Procedures Order shall not create a conflict of interest with respect to the representation of such Defendants by the Mediator's law firm.

40. No Mediator shall be called as a witness by any party except as set forth in this paragraph. No party shall attempt to compel the testimony of, or compel the production of documents from, the Mediators or the agents, partners or employees of their respective law firms. Neither the Mediators nor their respective agents, partners, law firms or employees (a) are necessary parties in any proceeding relating to the mediation or the subject matter of the mediation, nor (b) shall be liable to any party for any act or omission in connection with any mediation conducted under the Procedures Order. Any documents provided to the Mediator by the parties shall be destroyed 30 days after the filing of the Mediator's Report unless the Mediator is otherwise ordered by the Court. However, subject to court order, a Mediator may be called as witness by any party and may be compelled to testify on a limited basis in proceedings where it is alleged that a party failed to comply with mediation procedures as required in the foregoing paragraphs of this Procedures Order.

41. All proceedings and writings incidental to the mediation shall be privileged and confidential, and shall not be reported or placed in evidence.

## G. Miscellaneous

42. If, after dispositive motions have been filed in an Avoidance Action and a decision on the same does not resolve the matter, that Avoidance Action shall be scheduled for a trial date that is convenient to the Court's calendar. Parties should be ready to proceed to trial within three weeks after such decision is rendered. Before seeking such trial date, the parties shall have met and conferred and agreed on their best estimate of the length of the trial, taking into account the procedures set forth below. When seeking such date, they shall inform the Court's Courtroom Deputy of such estimate. Normally, the Court expects that Avoidance Action trials will not take longer than one day. If the parties believe otherwise, they should arrange a pre-trial conference before scheduling the trial.

43. On or before two weeks before the trial, the parties shall have (a) met and conferred and used their best efforts to agree on a joint agreed exhibit book and shall have identified any exhibits whose admissibility is not agreed and (b) exchanged proposed witness lists.

44. On or before one week before the scheduled trial date, the parties shall (a) submit to chambers (in hard copy) declarations under penalty of perjury or affidavits of their direct witnesses, who shall be present at trial for cross-examination and redirect, or have previously sought (by email to the Court's chambers, with a copy to counsel for the opposing party) the Court's permission to examine direct witnesses at trial and (b) submit the joint exhibit book referred to in paragraph 44.

45.    The Local Bankruptcy Rules shall apply, except that this Procedures Order shall control with respect to the Avoidance Actions to the extent of any conflict with the Local Rules or other applicable rules and orders of the Court.

46.    The deadlines and/or provisions contained in this Procedures Order may be extended and/or modified by the Court upon written motion and for good cause shown or consent of the parties pursuant to stipulation, which stipulation (a) if solely related to an extension of time for Defendant to file a response to the complaint, must be filed with the Court, and (b) in all other deadline extensions, must be filed with the Court, with a copy emailed to the Court's chambers and "So Ordered."

47.    FAILURE TO COMPLY WITH THESE PROCEDURES MAY RESULT IN DISMISSAL OR OTHER SANCTION.  If delay or other act or omission of your adversary may result in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.

**Exhibit 3**

**MEDIATOR LIST**

1. David Banker
   Montgomery McCracken Walker & Rhoads LLP

2. Christopher Battaglia
   Halperin Battaglia Benzija, LLP

3. Mark Felger
   Cozen O'Connor P.C.

4. Eric Haber
   Law Office of Eric Haber, PLLC

5. Jorian Rose
   BakerHostetler

6. Sean Southard
   Klestadt Winters Jureller Southard & Stevens, LLP