David J. Wolkenstein, Esq (DW-0398)
FIDELITY NATIONAL LAW GROUP
350 Fifth Avenue, Suite 3000
New York, New York 10118
(646) 708-8085
David.Wolkenstein@fnf.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X   NO. 18-23538 (RDD)

IN RE:

                                                                      Chapter 11

SEARS HOLDINGS CORPORATION, et al.

                      Debtors.                                 (Jointly Administered)

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a true and correct copy of Chicago Title Insurance Company Motion for Relief From Automatic Stay for the Purpose of Bring an Interpleader Action in State Court, involving Sears Logistics Services, Inc. [ECF No. 7825] with attached Exhibits A, B, C & D [ECF Nos. 7825-1 – 7825-4] was filed and served electronically via CM/ECF on all those registered to receive notices in this case.

I further certify that between April 28 and May 1, the Standard Parties and Jeffrey Abbott, Esq., were served with a copy of the Motion via U.S. mail, by BK Attorney Services LLC, an approved bankruptcy notice provider, pursuant to Rule 2002(g)(4). BK Attorney Services' Declarations of Mailing with a list of the served parties are annexed hereto

Dated: New York, New York
       May 1, 2020

FIDELITY NATIONAL LAW GROUP

By: _____/s/ David J. Wolkenstein_____
      David J. Wolkenstein, Esq.
350 Fifth Avenue, Suite 3000
New York, New York 10118
(646) 708-8085
David.Wolkenstein@fnf.com
*Attorneys for Interested Party, Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation ("CTIC")*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SEARS HOLDINGS CORPORATION, et al. | CASE NO: 18-23538 (RDD) |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11<br>ECF Docket Reference No. 7825<br>Judge: Judge Robert D. Drain<br>Hearing Location: Courtroom 118<br>Hearing Date: May 14, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: May 7, 2020 |

On 4/28/2020, a copy of the following documents, described below,

Motion by Chicago Title Insurance Company for Relief From the Automatic Stay. ECF Docket Reference No. 7825

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David J. Wolkenstein
Fidelity National Law Group
350 Fifth Avenue, Suite 3000
New York, NY  10118

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA 1ST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CHAMBERS
HONORABLE JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY COURT FOR THE
SDNY
300 QUARROPAS STREET ROOM 248
WHITE PLAINS NEW YORK 10601

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA 1ST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARS HOLDINGS CORPORATION, et al. | CASE NO: 18-23538 (RDD) |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11<br>ECF Docket Reference No. 7825<br>Judge: Honorable Robert D. Drain<br>Hearing Date: May 14, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: May 7, 2020 |

On 5/1/2020, a copy of the following documents, described below,

Motion by Chicago Title Insurance Company, for Relief From the Automatic Stay ECF Docket Reference No. 7825

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David J. Wolkenstein
Fidelity National Law Group
350 Fifth Avenue, Suite 3000
New York, NY  10118

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THE DEBTORS<br>C/O SEARS HOLDINGS CORPORATION<br>ATTN: STEPHEN SITLEY ESQ. AND LUKE J. VALENTINO ESQ.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES IL 60179 | WEIL GOTSHAL & MANGES LLP<br>ATTN: RAY C. SCHROCK P.C. JACQUELINE MARCUS ESQ. GARRET A. FAIL ESQ. AND SUNNY SINGH ESQ.<br>767 FIFTH AVENUE<br>NEW YORK NEW YORK 10153 | THE OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2<br>ATTN: PAUL SCHWARTZBERG ESQ.<br>201 VARICK STREET SUITE 1006<br>NEW YORK NEW YORK 10014 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: PAUL D. LEAKE ESQ. SHANA A. ELBERG ESQ. AND GEORGE R. HOWARD ESQ.<br>4 TIMES SQUARE<br>NEW YORK NY 10036 | DAVIS POLK & WARDELL LLP<br>ATTN: MARSHALL S. HUEBNER ESQ. AND ELI J. VONNEGUT ESQ.<br>450 LEXINGTON AVENUE NEW YORK NY 10017 | CLEARY GOTTLIEB<br>ATTN: SEAN A. O'NEAL ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK NY 10006 |
| KELLEY DRYE & WARREN LLP<br>ATTN: ERIC R. WILSON ESQ. BENJAMIN D. FEDER ESQ. AND T. CHARLIE LIU ESQ.<br>101 PARK AVENUE<br>NEW YORK NY 10178 | SEYFARTH SHAW LLP<br>ATTN: EDWARD M. FOX ESQ.<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | CARTER LEDYARD & MILBURN LLP<br>ATTN: JAMES GADSDEN ESQ.<br>2 WALL STREET<br>NEW YORK NY 10015 |
| LOCKE LORD LLP<br>ATTN: BRIAN A. RAYNOR ESQ.<br>111 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: PHILIP C. DUBLIN ESQ. IRA DIZENGOFF ESQ. AND SARA LYNNE BRAUNER ESQ.<br>ONE BRYANT PARK<br>NEW YORK NY 10036 | JEFFREY R. ABBOTT ESQ.<br>ABBOTT & OVERHOLT PC<br>103 CHESLEY DRIVE SUITE 200<br>MEDIA PA 19063 |