Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

    Allen G. Kadish, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that he caused to be served true and correct copies

of the *Letter Dated May 1, 2020 on behalf of Community Unit School District 300 in Response to Letter from Luke Barefoot, dated April 27, 2020, Requesting Telephonic Status Conference* [Docket No. 7897], by electronic mail on the parties identified on the service list attached as Exhibit A.

Dated: New York, New York
     May 4, 2020

                                                            s/ Allen G. Kadish
                                                            Allen G. Kadish

## Exhibit A

| | | |
|---|---|---|
| harrisj12@michigan.gov | wschonberg@beneschlaw.com | sbc@eblawyers.com |
| idizengoff@akingump.com | Ernie.park@bewleylaw.com | Leopold.matt@Epa.gov |
| pdublin@akingump.com | Tgaa@bbslaw.com | lbercovich@epicor.com |
| aqureshi@akingump.com | michael@bindermalter.com | ppascuzzi@ffwplaw.com |
| sbrauner@akingump.com | julie@bindermalter.com | gchico@ferraiuoli.com |
| courts@alderman.com | JRhodes@BlankRome.com | scolon@ferraiuoli.com |
| bnkatty@aldineisd.org | Tarr@BlankRome.com | stacy.filopoulos@fnf.com |
| jarnold@aldridgepite.com | EZucker@BlankRome.com | mark.wilson@fisherbroyles.com |
| laura.hall@allenovery.com | bleusandassociates@gmail.com | patricia.fugee@fisherbroyles.com |
| joseph.badtke-berkow@allenovery.com | bankruptcy@borgeslawllc.com | dlwright@foley.com |
| James.Vincequerra@alston.com | wborges@borgeslawllc.com | kcatanese@foley.com |
| leib.lerner@alston.com | schin@borgeslawllc.com | plabov@foley.com |
| ajd@ansellgrimm.com | arainone@bracheichler.com | emorabito@foley.com |
| beth.brownstein@arentfox.com | jjorissen@briggs.com | msmall@foley.com |
| brian.lohan@arnoldporter.com | bsilverberg@brownrudnick.com | tscannell@foley.com |
| ginger.clements@arnoldporter.com | spohl@brownrudnick.com | aguon@foxrothschild.com |
| jaronauer@ayllp.com | pweiser@buchalter.com | plabov@foxrothschild.com |
| CSchael@AshfordNJLaw.com | schristianson@buchalter.com | thoran@foxrothschild.com |
| eneiger@askllp.com | christopher.schueller@bipc.com | mhall@foxrothschild.com |
| jchristian@askllp.com | terry.shulsky@bipc.com | mherz@foxrothschild.com |
| jsteinfeld@askllp.com | tyler.dischinger@bipc.com | nreid@foxswibel.com |
| gunderdahl@askllp.com | Eric.Waxman@cwt.com | jfrank@fgllp.com |
| bmcgrath@askllp.com | Anthony.Deleo@cwt.com | jkleinman@fgllp.com |
| kcasteel@askllp.com | rdavis@cafarocompany.com | brad.eric.scheler@friedfrank.com |
| eneiger@askllp.com | jlevitin@cahill.com | scott.luftglass@friedfrank.com |
| mudem@askllp.com | rstieglitz@cahill.com | peter.siroka@friedfrank.com |
| Jg5786@att.com | jschwartz@calfee.com | michael.keats@friedfrank.com |
| mcuellar45@austinenterpriseslp.com | gkallergis@calfee.com | tking@fbtlaw.com |
| mfrankel@bfklaw.com | rmcmillan@calfee.com | rgold@fbtlaw.com |
| egoodman@bakerlaw.com | joan.huh@cdtfa.ca.gov | awebb@fbtlaw.com |
| fkhan@bakerlaw.com | sjk@carmodymacdonald.com | pmartin@fmdlegal.com |
| pollack@ballardspahr.com | MKurzman@carmodylaw.com | lbrymer@fmdlegal.com |
| marriott@ballardspahr.com | tsansone@carmodylaw.com | cgair@gairlawgroup.com |
| branchd@ballardspahr.com | jkatz@ccsb.com | zgelber@gelbersantillo.com |
| heilmanl@ballardspahr.com | gadsden@clm.com | ksantillo@gelbersantillo.com |
| summersm@ballardspahr.com | bankruptcy@clm.com | gseitz@gsbblaw.com |
| daluzt@ballardspahr.com | Dennis.roemlein@bnymellon.com | btheisen@gibbonslaw.com |
| roglenl@ballardspahr.com | rmccord@certilmanbalin.com | nsongonuga@gibbonslaw.com |
| mcclambc@ballardspahr.com | rnosek@certilmanbalin.com | dcrapo@gibbonslaw.com |
| harnerp@ballardspahr.com | appleby@chapman.com | hcohen@gibbonslaw.com |
| kutnera@ballardspahr.com | wilamowsky@chapman.com | dcampbell@ghclaw.com |
| mecesq2@aol.com | szuber@csglaw.com | tnixon@gklaw.com |
| knewman@barclaydamon.com | ksimard@choate.com | tomf@goldmclaw.com |
| mowens@btlaw.com | jmarshall@choate.com | jflaxer@golenbock.com |
| zheller@btlaw.com | cpellegrini@chuhak.com | mweinstein@golenbock.com |
| emiller@bayardlaw.com | eschnitzer@ckrlaw.com | gfox@goodwinlaw.com |
| russ@bsavory.com | gsaydah@ckrlaw.com | bbazian@goodwinlaw.com |
| deggert@bcblaw.net | srichman@clarkhill.com | mgoldstein@goodwinlaw.com |
| jsolomon@bbwg.com | srichman@clarkhill.com | wweintraub@goodwinlaw.com |
| llindenberg@bbwg.com | nbencze@clarkhill.com | searsnotice@gouldratner.com |
| rmills@bellnunnally.com | duane.brescia@clarkhillstrasburger.com | drosner@goulstonstorrs.com |
| mbarrie@beneschlaw.com | dblau@clarkhill.com | thoffmann@goulstonstorrs.com |
| kcapuzzi@beneschlaw.com | soneal@cgsh.com | phillip.bohl@gpmlaw.com |

| | | |
|---|---|---|
| tmoloney@cgsh.com | aweaver@cgsh.com | tannweiler@greerherz.com |
| amainoo@cgsh.com | rmukhi@cgsh.com | jfigueiredo@hahnhessen.com |
| lbarefoot@cgsh.com | jkpark@cgsh.com | dlieberman@halperinlaw.net |
| wkelleher@cohenlaw.com | ahalperin@halperinlaw.net | bfeder@kelleydrye.com |
| hward@cohenlaw.com | lgu@halperinlaw.net | jacarlino@kslnlaw.com |
| rseltzer@cwsny.com | joia.johnson@hanes.com | jcurley@kacllp.com |
| jbienstock@coleschotz.com | JTHerrera@Herreralawfirm.com | ssouthard@klestadt.com |
| mwarner@coleschotz.com | VTarajano@Herreralawfirm.com | lkiss@klestadt.com |
| KLaBrada@coleschotz.com | sodonnell@herrick.com | brian.koenig@koleyjessen.com |
| scf@cohmlaw.com | sselbst@herrick.com | paloe@kudmanlaw.com |
| Michael.smith2@computershare.com | ssmith@herrick.com | dsaponara@kudmanlaw.com |
| kbifferato@connollygallagher.com | msekowski@herrick.com | kurtzman@kurtzmansteady.com |
| kconlan@connollygallagher.com | CCarty@herrick.com | brunnquellw@lanepowell.com |
| cgriffiths@connollygallagher.com | JDAngelo@herrick.com | dgragg@langleybanack.com |
| svanaalten@cooley.com | KKolb@herrick.com | jfifarek@laskyfifarek.com |
| scarnes@cooley.com | elio@higgslaw.com | rzucker@lasserhochman.com |
| rco@crlawpr.com | barbra.parlin@hklaw.com | christopher.harris@lw.com |
| dcoffino@cov.com | elvin.ramos@hklaw.com | rakim.johnson@lw.com |
| aclark@cov.com | arthur.rosenberg@hklaw.com | peter.gilhuly@lw.com |
| mfelger@cozen.com | Marc.Antonecchia@hklaw.com | ted.dillman@lw.com |
| pzumbro@cravath.com | jose.casal@hklaw.com | curtishehn@comcast.net |
| wearnhardt@cravath.com | jjalemany@hklaw.com | gillazarus@gmail.com |
| Tslome@CullenandDykman.com | mgurgel@hsgllp.com | kevin@ksnpc.com |
| davidtaxin@dahannowick.com | vlevy@hsgllp.com | william.fennell@fennelllaw.com |
| ajd@daniellawpllc.com | mshuster@hsgllp.com | luralene.schultz@fennelllaw.com |
| daniel@dmsilverlaw.com | llichtman@honigman.com | office@fennelllaw.com |
| dhw@dhclegal.com | chris.gartman@hugheshubbard.com | cgruen@gruenlaw.com |
| elliot.moskowitz@davispolk.com | neil.oxford@hugheshubbard.com | dtabachnik@dttlaw.com |
| jwcohen@daypitney.com | dustin.smith@hugheshubbard.com | pstarkesq@gmail.com |
| Ksummers@dflaw.com | bgross@HuntonAK.com | perry@perryclarklaw.com |
| mcto@debevoise.com | mlegge@huntonak.com | rcorbi@corbilaw.com |
| eweisgerber@debevoise.com | paulsilverstein@huntonak.com | saulreiss@verizon.net |
| slevinson@debevoise.com | brianclarke@huntonak.com | hlazarus@lazarusandlazarus.com |
| jeroberts@debevoise.com | ghesse@huntonak.com | harlan.lazarus@gmail.com |
| bethsolomon@discover.com | caleb.holzaepfel@huschblackwell.com | lee@rohnlaw.com |
| crubio@diamondmccarthy.com | Daniel.Swetnam@icemiller.com | kr@lnbyb.com |
| sgiugliano@diamondmccarthy.com | taxcollector@co.imperial.ca.us | sanantonio.bankruptcy@publicans.com |
| adiamond@diamondmccarthy.com | alex.macias@impremedia.com | dallas.bankruptcy@publicans.com |
| Richard.Chesley@dlapiper.com | jgildea@interactions.com | houston_bankruptcy@publicans.com |
| Rachel.Albanese@dlapiper.com | Mimi.M.Wong@irscounsel.treas.gov | jfarnum@linowes-law.com |
| Craig.Martin@dlapiper.com | Mimi.M.Wong@irscounsel.treas.gov | jmueller@lippes.com |
| marita.erbeck@dbr.com | Bankruptcy2@ironmountain.com | braynor@lockelord.com |
| CRBelmonte@duanemorris.com | hgj@jasneflorio.com | asmith@lockelord.com |
| PABosswick@duanemorris.com | dlk@jasneflorio.com | ira.greene@lockelord.com |
| AESnow@duanemorris.com | brownsvalleyorchards@aol.com | jfroehlich@lockelord.com |
| LJKotler@duanemorris.com | gjoseph@jha.com | sbryant@lockelord.com |
| WMSimkulak@duanemorris.com | csolomon@jha.com | bbuechler@lowenstein.com |
| WMSimkulak@duanemorris.com | rcherington@jha.com | echafetz@lowenstein.com |
| Cheitzenrater@duanemorris.com | btaylor@jha.com | bnathan@lowenstein.com |
| cgraham@eckertseamans.com | elkinj@mac.com | mhirsh@lowenstein.com |
| cperkins@eckertseamans.com | robert.honeywell@klgates.com | lsklar@lowenstein.com |
| emunozPSC@gmail.com | mrice@kaplanrice.com | alexandra.bigas@gmail.com |
| lmay@eisemanlevine.com | hkaplan@kaplanrice.com | awilda.ramos@aguadillamallpr.com |
| rxza@elliottgreenleaf.com | atureaud@kblaw.com | dmiller@lubinolson.com |
| sak@elliottgreenleaf.com | tkorkhov@kellerrohrback.com | luskin@lsellp.com |
| ems@elliottgreenleaf.com | KDWBankruptcyDepartment@KelleyDrye.com | hornung@lsellp.com |

| | | |
|---|---|---|
| smetz@offitkurman.com | tleday@mvbalaw.com | simon@sbmannlaw.com |
| sokeefe@okeefelc.com | Jarrod.Martin@mhllp.com | david@mhlaw-ny.com |
| dpatrick@omm.com | jbernstein@mdmc-law.com | NY_ECF_Notices@McCalla.com |
| jtaylor@omm.com | nleonard@mdmc-law.com | ssally@ropesgray.com |
| mkremer@omm.com | bmcgrath@mcglinchey.com | joshua.sturm@ropesgray.com |
| afrackman@omm.com | kromano@mcglinchey.com | andrew.devore@ropesgray.com |
| belias@omm.com | rcerone@mcglinchey.com | nicholas.berg@ropesgray.com |
| lwagner@omm.com | cjm@msf-law.com | timothy.farrell@ropesgray.com |
| dshamah@omm.com | nkenworthy@mrrlaw.net | srosen@rosenpc.com |
| klyons@ohdbslaw.com | cprice@milbank.com | mcatalfimo@rlglawny.com |
| mfechik@orrick.com | RLiubicic@milbank.com | prubin@rubinlawllc.com |
| rdaversa@orrick.com | jfarnum@milesstockbridge.com | mamato@rmfpc.com |
| echollander@orrick.com | sdnyecf@dor.mo.gov | skelly@s-d.com |
| efua@orrick.com | ssmith@mwlaw.com | mmccann@swc-law.com |
| lily@pacogarment.com | eschnitzer@mmwr.com | rabiuso@swc-law.com |
| chipford@parkerpoe.com | Craig.wolfe@morganlewis.com | jweinblatt@sakar.com |
| pbasta@paulweiss.com | laura.mccarthy@morganlewis.com | ksadeghi@schiffhardin.com |
| kcornish@paulweiss.com | smiller@morrisjames.com | secbankruptcy@sec.gov |
| lclayton@paulweiss.com | cmiller@mnat.com | NYROBankruptcy@sec.gov |
| sbuergel@paulweiss.com | jbarsalona@mnat.com | bankruptcynoticeschr@sec.gov |
| rbritton@paulweiss.com | jmarines@mofo.com | ashmead@sewkis.com |
| jhurwitz@paulweiss.com | bbutterfield@mofo.com | alves@sewkis.com |
| lbyrne@pedersenhoupt.com | bankruptcy@morrisoncohen.com | hyland@sewkis.com |
| jdelnero@pedersenhoupt.com | mro@prbankruptcy.com | hooper@sewkis.com |
| jaffeh@pepperlaw.com | bradley.schneider@mto.com | czarny@sewkis.com |
| listwakk@pepperlaw.com | thomas.walper@mto.com | gayda@sewkis.com |
| jbanks@pbfcm.com | dperry@munsch.com | emfox@seyfarth.com |
| ecobb@pbfcm.com | klippman@munsch.com | sparadise@seyfarth.com |
| lmbkr@pbfcm.com | kcordry@naag.org | rhermann@sbwh.law |
| osonik@pbfcm.com | jody.bedenbaugh@nelsonmullins.com | mkish@sbwh.law |
| dpick@picklaw.net | shane.ramsey@nelsonmullins.com | jshafer@sbwh.law |
| jon@piercemccoy.com | enid.stuart@ag.ny.gov | floridaservice@sbwh.law |
| rsteinberg@pricemeese.com | cdesiderio@nixonpeabody.com | fsosnick@shearman.com |
| searsteam@primeclerk.com | dsklar@nixonpeabody.com | sara.coelho@shearman.com |
| serviceqa@primeclerk.com | lcisz@nixonpeabody.com | afeld@sheppardmullin.com |
| gerald.kennedy@procopio.com | rpedone@nixonpeabody.com | tcohen@sheppardmullin.com |
| lr@pryormandelup.com | andrew.rosenblatt@nortonrosefulbright.com | rreinert@shutts.com |
| rlp@pryormandelup.com | james.copeland@nortonrosefulbright.com | rtucker@simon.com |
| mhofsdal@pryorcashman.com | bob.bruner@nortonrosefulbright.com | mshriro@singerlevick.com |
| susheelkirpalani@quinnemanuel.com | howard.seife@nortonrosefulbright.com | dplon@sirlinlaw.com |
| jonpickhardt@quinnemanuel.com | christy.rivera@nortonrosefulbright.com | Paul.Leake@skadden.com |
| andrewcorkhill@quinnemanuel.com | stephen.castro@nortonrosefulbright.com | Shana.Elberg@skadden.com |
| matthewscheck@quinnemanuel.com | david.rosenzweig@nortonrosefulbright.com | George.Howard@skadden.com |
| ellisonmerkel@quinnemanuel.com | eric.daucher@nortonrosefulbright.com | enotices@skijain.com |
| cfilardi@rrlawpc.com | francisco.vazquez@nortonrosefulbright.com | pstrok@swelawfirm.com |
| greiss@reisspreuss.com | cmomjian@attorneygeneral.gov | rkinas@swlaw.com |
| hmagaliff@r3mlaw.com | bk-jstern@oag.texas.gov | bk@svllaw.com |
| nsmith@robbins-schwartz.com | sherri.simpson@oag.texas.gov | darolf@sorlinglaw.com |
| Robert.e.michael.esq@gmail.com | richard.morrissey@usdoj.gov | mary.callahan@bnymellon.com |
| Aron.hume@gmail.com | paul.schwartzberg@usdoj.gov | mary.callahan@bnymellon.com |
| fbr@robinsonbrog.com | apetrakov@offitkurman.com | tonder@stark-stark.com |
| rms@robinsonbrog.com | mnester@teamtogut.com | jlemkin@stark-stark.com |
| gregg.galardi@ropesgray.com | jpruski@trainorfairbrook.com | Carlton.Wiggam@Nebraska.gov |
| kimberly.kodis@ropesgray.com | neilberger@teamtogut.com | loliveira@steinip.com |
| james.wilton@ropesgray.com | darrell.clark@stinson.com | cp@stevenslee.com |
| patricia.chen@ropesgray.com | streusand@slollp.com | thomas.salerno@stinson.com |

kay.brock@traviscountytx.gov
amy.williams@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
mschein@vedderprice.com
ketzel@vedderprice.com
jdunn@vedderprice.com
marva.m.levine@verizon.com
cohen@wmllp.com
jlibou@wmllp.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
cajones@wtplaw.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
ryanne.perio@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
mark.ledwin@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
JLawlor@wmd-law.com
BAxelrod@wmd-law.com
CPostighone@wmd-law.com
charlie.livermon@wbd-us.com
mnorwood@world-class.com

khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
pkslyne@ssbny.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
sacksr@sullcrom.com
gluecksteinb@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
taicho7@aol.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
frankoswald@teamtogut.com
mdweinberg@cgsh.com
thomas.geselbracht@dlapiper.com

218470241v1