# Exhibit 1

| | | | Schedule of 503(b)(9) Claims to be Reclassified | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be | Asserted Debtor | Asserted 503(b)(9) | Amount Reclassified as General Unsecured |
| 23. | AMI Ventures Inc | 8513 | Sears Holdings Corporation | 92,635.11 | 92,635.11 |
| 24. | AMI Ventures Inc | 8514 | Sears Holdings Corporation | 108,015.38 | 108,015.38 |
| 26. | AMI Ventures Inc | 8556 | Sears Holdings Corporation | 83,798.10 | 83,798.10 |
| 27. | AMI Ventures INc | 8644 | Sears Holdings Corporation | 159,391.29 | 159,391.29 |
| 177. | Georgia Watersports, LLC | 5472 | Sears Holdings Corporation | 998.73 | 998.73 |
| 307. | Shopchimney.com inc | 11540 | Sears Holdings Corporation | 26,743.03 | 26,743.03 |
| 319. | Stolaas Company | 11880 | Sears Holdings Corporation | 154,248.42 | 154,248.42 |
| 320. | Stolaas Company DBSA Tic-Tok | 4280 | Sears Holdings Corporation | 154,248.42 | 154,248.42 |
| 321. | Stolaas Company Inc, DBA Tic-Tok | 1389 | Sears Holdings Corporation | 184,336.87 | 184,336.87 |
| 332. | Vir Ventures Inc | 8539 | Sears Holdings Corporation | 198,137.54 | 198,137.54 |
| 333. | VM Innovations, Inc. | 10914 | Sears, Roebuck and Co. | 68,625.20 | 68,625.20 |

## Exhibit 2

| | Schedule of 503(b)(9) Claims to be Reclassified | | | | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Proof of Claim No. to be Reclassified | Asserted Debtor | Asserted 503(b)(9) Priority | Amount Reclassified as General Unsecured Claim |
| 314. | Sky Billiards, Inc. dba Best Choice Products | 7592 | Sears Holdings Corporation | 136,538.98 | 136,538.98 |

WEIL:\97460452\5\73217.0004