UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**SEVENTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>MARCH 1, 2020 THROUGH MARCH 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | March 1, 2020 through March 31, 2020 |
| Monthly Fees Incurred: | $53,981.50 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $53,981.50 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from March 1, 2020 through and including March 31, 2020 (the "**Seventeenth Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $53,981.50 |
| Expenses | 0.00 |
| **TOTAL** | **$53,981.50** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $43,185.20 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$43,185.20** |

3.     The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Seventeenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.     A summary of aggregate hours worked and aggregate hourly fees for each task code during the Seventeenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.     Detailed time entry by task code during the Seventeenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.     FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Seventeenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

7.  Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

8.  Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 19, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

9. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

10. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
      May 4, 2020

                FTI CONSULTING, INC.
                Financial Advisors to the Official Committee of
                Unsecured Creditors of Sears Holdings Corporation

                By:   */s/ Matthew Diaz*
                          Matthew Diaz, Senior Managing Director
                          Three Times Square, 10th Floor
                          New York, New York 10036
                          Telephone: (212) 499-3611
                          Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 22.7 | $24,629.50 |
| Nelson, Cynthia A | Senior Managing Director | Restructuring | 1,085 | 0.6 | 651.00 |
| Star, Samuel | Senior Managing Director | Restructuring | 1,125 | 1.7 | 1,912.50 |
| Eisler, Marshall | Senior Director | Restructuring | 835 | 1.4 | 1,169.00 |
| Kim, Ye Darm | Consultant | Restructuring | 455 | 45.7 | 20,793.50 |
| Shapiro, Jill | Consultant | Restructuring | 415 | 9.2 | 3,818.00 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 3.6 | 1,008.00 |
| **TOTAL** | | | | **84.9** | **$53,981.50** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 5 | Real Estate Issues | 0.6 | $ 651.00 |
| 14 | Analysis of Claims and Liabilities Subject to Compromise | 19.6 | 14,296.00 |
| 17 | Wind Down Monitoring | 3.5 | 2,694.50 |
| 18 | Potential Avoidance Actions & Litigation | 48.0 | 29,573.00 |
| 20 | General Meetings with Debtor & Debtors' Prof | 0.3 | 136.50 |
| 21 | General Meetings with UCC & UCC Counsel | 1.9 | 2,101.50 |
| 24 | Preparation of Fee Application | 11.0 | 4,529.00 |
|  | **TOTAL** | **84.9** | **$ 53,981.50** |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 3/3/2020 | Nelson, Cynthia A | 0.4 | Review proposed Clayton Street asset sale. |
| 5 | 3/5/2020 | Nelson, Cynthia A | 0.2 | Respond to inquiry regarding approval of Clayton Street asset sale. |
| **5 Total** | | | **0.6** | |
| 14 | 3/2/2020 | Diaz, Matthew | 0.4 | Review open items and next steps on the administrative claims analysis. |
| 14 | 3/2/2020 | Star, Samuel | 0.1 | Review status of convenience class for administrative claim proposal. |
| 14 | 3/4/2020 | Diaz, Matthew | 0.7 | Review the updated claims analysis for the administrative claim proposal. |
| 14 | 3/4/2020 | Diaz, Matthew | 1.2 | Participate in call with M-III to discuss the proposed administrative claim treatment. |
| 14 | 3/4/2020 | Kim, Ye Darm | 0.5 | Prepare for call with M-III re: convenience class proposal. |
| 14 | 3/4/2020 | Kim, Ye Darm | 1.2 | Participate in call with M-III to discuss the proposed administrative claim treatment. |
| 14 | 3/4/2020 | Kim, Ye Darm | 0.9 | Draft summary of convenience class proposal for internal distribution. |
| 14 | 3/4/2020 | Shapiro, Jill | 0.5 | Draft summary of proposed convenience class for distribution to Counsel. |
| 14 | 3/4/2020 | Shapiro, Jill | 1.2 | Participate in call with M-III re: proposed convenience class. |
| 14 | 3/5/2020 | Diaz, Matthew | 1.2 | Perform detailed review of convenience class proposal and related correspondence to counsel. |
| 14 | 3/5/2020 | Kim, Ye Darm | 1.2 | Draft analysis of convenience class impact to administrative creditors. |
| 14 | 3/5/2020 | Star, Samuel | 0.1 | Review the status of administrative claim convenience class proposal. |
| 14 | 3/6/2020 | Diaz, Matthew | 0.8 | Review the administrative claims motion. |
| 14 | 3/7/2020 | Kim, Ye Darm | 1.6 | Update analysis re: impact to non-opt out claims from the convenience class. |
| 14 | 3/9/2020 | Diaz, Matthew | 1.4 | Review the updated claims analysis. |
| 14 | 3/9/2020 | Diaz, Matthew | 0.3 | Participate on call with counsel to discuss the updated claims analysis. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 3/9/2020 | Kim, Ye Darm | 1.2 | Review updated non-opt out claims analysis from Debtors. |
| 14 | 3/9/2020 | Kim, Ye Darm | 0.6 | Review issue re: World Imports/Winners with Counsel. |
| 14 | 3/9/2020 | Kim, Ye Darm | 1.1 | Draft internal memo of Winners issue and impact to non-opt out claims. |
| 14 | 3/9/2020 | Kim, Ye Darm | 0.6 | Participate in internal meeting re: non-opt out claims analysis. |
| 14 | 3/9/2020 | Star, Samuel | 0.5 | Participate in internal meeting re: administrative claim convenience class proposal and status of claim reconciliations by tier. |
| 14 | 3/10/2020 | Diaz, Matthew | 0.9 | Review the administrative claims analysis. |
| 14 | 3/11/2020 | Diaz, Matthew | 0.3 | Review next steps on the administrative claims anlaysis. |
| 14 | 3/19/2020 | Diaz, Matthew | 0.7 | Review the de minimus claims motion and related reconciliation to source documents. |
| 14 | 3/25/2020 | Kim, Ye Darm | 0.4 | Correspond with M-III re: potential delays in reconciliation processes. |
| **14 Total** | | | **19.6** | |
| 17 | 3/4/2020 | Kim, Ye Darm | 0.9 | Review latest post-confirmation winddown tracker from the Debtors. |
| 17 | 3/4/2020 | Shapiro, Jill | 0.8 | Review latest post-confirmation winddown tracker as prepared by the Debtors. |
| 17 | 3/5/2020 | Diaz, Matthew | 0.8 | Review the updated Sears cash flow. |
| 17 | 3/6/2020 | Diaz, Matthew | 0.7 | Review the updated cash flow report. |
| 17 | 3/25/2020 | Diaz, Matthew | 0.3 | Review the Sears hearing update. |
| **17 Total** | | | **3.5** | |
| 18 | 3/3/2020 | Diaz, Matthew | 2.1 | Review the motions to dismiss filed against the Debtors. |
| 18 | 3/3/2020 | Shapiro, Jill | 0.5 | Participate in internal meeting re: motions to dismiss. |
| 18 | 3/3/2020 | Shapiro, Jill | 0.6 | Prepare analysis re: motions to dismiss filed against the Debtors. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/4/2020 | Kim, Ye Darm | 2.6 | Review motions to dismiss against counts in amended complaint. |
| 18 | 3/5/2020 | Diaz, Matthew | 1.7 | Perform detailed review of the motions to dismiss and related next steps. |
| 18 | 3/5/2020 | Kim, Ye Darm | 1.1 | Review counsel's memo on motions to dismiss and participate in internal meeting to discuss next steps. |
| 18 | 3/17/2020 | Diaz, Matthew | 1.2 | Review the Sears solvency analysis. |
| 18 | 3/17/2020 | Kim, Ye Darm | 0.6 | Correspond with counsel re: contingent liabilities. |
| 18 | 3/24/2020 | Diaz, Matthew | 0.7 | Participate in call with Akin to discuss the status of discovery and the related litigation. |
| 18 | 3/24/2020 | Kim, Ye Darm | 0.7 | Participate in call with Counsel re: diligence requests to Transform. |
| 18 | 3/24/2020 | Kim, Ye Darm | 0.9 | Process revisions to document request list to Transform. |
| 18 | 3/24/2020 | Kim, Ye Darm | 2.3 | Review productions to revise diligence request list for Transform. |
| 18 | 3/24/2020 | Kim, Ye Darm | 2.9 | Continue to review productions and compile revised diligence request list for Transform. |
| 18 | 3/24/2020 | Kim, Ye Darm | 2.1 | Review productions and identify requests that have been partially satisfied re: diligence request list. |
| 18 | 3/25/2020 | Diaz, Matthew | 1.9 | Perform detailed review of the open items and related correspondence with counsel in connection with the discovery request. |
| 18 | 3/25/2020 | Kim, Ye Darm | 2.6 | Continue review of productions to identify satisfied requests re: diligence request list. |
| 18 | 3/25/2020 | Kim, Ye Darm | 0.9 | Review memo by Herrick Feinstein re: Motions to Dismiss. |
| 18 | 3/25/2020 | Kim, Ye Darm | 2.2 | Update diligence request list to reflect identified files responsive to certain requests and create summaries of outstanding items. |
| 18 | 3/25/2020 | Kim, Ye Darm | 3.2 | Continue review of productions and identify satisfied requests re: diligence request lists. |
| 18 | 3/25/2020 | Kim, Ye Darm | 1.1 | Review prepetition i/c files. |
| 18 | 3/25/2020 | Kim, Ye Darm | 3.1 | Review productions and identify satisfied requests re: diligence request list. |
| 18 | 3/26/2020 | Diaz, Matthew | 1.9 | Review the updated diligence request list. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 3/26/2020 | Kim, Ye Darm | 0.5 | Participate in internal call re: updated diligence request list. |
| 18 | 3/26/2020 | Kim, Ye Darm | 1.1 | Participate in call with counsel re: updated diligence request list. |
| 18 | 3/30/2020 | Eisler, Marshall | 1.4 | Prepare for and participate in call with Akin re: litigation issues. |
| 18 | 3/30/2020 | Diaz, Matthew | 1.2 | Review discovery issues. |
| 18 | 3/30/2020 | Kim, Ye Darm | 1.4 | Participate in call with counsel re: diligence request for Transform. |
| 18 | 3/30/2020 | Kim, Ye Darm | 1.6 | Analyze production metadata for file locations re: diligence request to Transform. |
| 18 | 3/31/2020 | Diaz, Matthew | 0.8 | Review the updated discovery analysis. |
| 18 | 3/31/2020 | Kim, Ye Darm | 3.1 | Review production metadata re: diligence requests and prepare summary of findings. |
| **18 Total** | | | **48.0** | |
| 20 | 3/3/2020 | Kim, Ye Darm | 0.3 | Connect with M-III re: current winddown status of OldCo. |
| **20 Total** | | | **0.3** | |
| 21 | 3/3/2020 | Diaz, Matthew | 0.9 | Prepare for the monthly UCC call. |
| 21 | 3/24/2020 | Star, Samuel | 0.4 | Review Akin update on self insurance overpayment recoveries, de minimus administrative claims resolution and Clayton Street asset sale. |
| 21 | 3/27/2020 | Star, Samuel | 0.6 | Review Akin email re: status of MTN investigations and hearing on claims settlements. |
| **21 Total** | | | **1.9** | |
| 24 | 3/2/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/2/2020 | Kim, Ye Darm | 1.2 | Review Sears January Fee Application. |
| 24 | 3/2/2020 | Shapiro, Jill | 1.5 | Prepare January fee application. |
| 24 | 3/3/2020 | Diaz, Matthew | 0.6 | Review January fee statement. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MARCH 1, 2020 TO MARCH 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 3/3/2020 | Shapiro, Jill | 0.9 | Prepare January fee application. |
| 24 | 3/5/2020 | Hellmund-Mora, Marili | 0.6 | Update and finalize the January fee application. |
| 24 | 3/9/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/9/2020 | Shapiro, Jill | 0.3 | Prepare weekly fee estimate. |
| 24 | 3/10/2020 | Shapiro, Jill | 0.5 | Prepare weekly fee estimate. |
| 24 | 3/17/2020 | Shapiro, Jill | 0.3 | Prepare weekly fee estimate. |
| 24 | 3/17/2020 | Shapiro, Jill | 0.6 | Prepare fee application to meet fee examiner guidelines. |
| 24 | 3/18/2020 | Shapiro, Jill | 0.3 | Prepare fee application to meet fee examiner guidelines. |
| 24 | 3/23/2020 | Hellmund-Mora, Marili | 1.0 | Prepare the February fee application. |
| 24 | 3/24/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/24/2020 | Shapiro, Jill | 0.2 | Prepare weekly fee estimate. |
| 24 | 3/30/2020 | Shapiro, Jill | 0.7 | Prepare February fee application. |
| 24 | 3/31/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 3/31/2020 | Shapiro, Jill | 0.3 | Prepare weekly fee estimate. |
| **24 Total** | | | **11.0** | |
| **Grand Total** | | | **84.9** | |