## UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re: <u>Sears Holdings Corporation</u>                           Case No. <u>18-23538</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>AFFORDABLE SPRINKLERS, INC.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>18678</u><br>Ballot ID: <u>182353801039893</u><br>**Administrative Claim**<br>**Amount being transferred:** <u>USD$59,700.00</u><br>Allowed Admin Amount Per Docket 7888:<br><u>USD$37,100.00</u><br>Date Original Claim Filed: <u>04/16/2019</u><br>Phone: <u>(734) 812-9787</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>Affordable Sprinklers, Inc<br>PO Box 851417<br>Westland, MI 48185 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                Date: May 4, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk

AND TO: Sears Holdings Management Corporation (Debtor)
        Case No. 18-23553
        (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim #18678

**AFFORDABLE SPRINKLERS, INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim in the amount of USD$59,700.00 and Allowed in the Amount of $37,100.00**. ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __5__ DAY OF ____May____, 2020.

ASSIGNOR: AFFORDABLE SPRINKLERS, INC

_____
(Signature)

__CLIFFORD CLAUS__
(Print Name)

__President / owner__
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

__Terrel Ross__
(Print Name)

__Managing Member__
(Title)

18-23538-shl    Doc 7905    Filed 05/05/20    Entered 05/05/20 12:22:17    Main Document
18-23538-rdd    Doc 7888-1    Filed 04/30/20    Entered 04/30/20 16:26:19    Exhibit 1
Pg 3 of 4
Pg 3 of 32

Debtors' Notice of Allowed Administrative Claim for Certain Creditors                In re: Sears Holdings Corporation, et al.
Exhibit 1                                                                              Case No. 18-23538 (RDD)

| Allowed Claims ||||
| --- | --- | --- | --- |
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 23. | AFFORDABLE SPRINKLERS INC | 182353801039893 | $37,100.00 |
| 24. | AIRGAS MID SOUTH INC | 182353801042736 | $185.84 |
| 25. | AIRSLATE INC | 182353801047194 | $3,333.33 |
| 26. | AJC II LLC | 182353801042739 | $2,070.00 |
| 27. | AJILON | 182353801047195 | $14,092.33 |
| 28. | AKORN CONSUMER HEALTH | 182353801013930 | $8,064.00 |
| 29. | ALASKAS BEST WATER & COFFEE | 182353801042746 | $215.00 |
| 30. | ALEN USA LLC | 182353801013938 | $4,635.15 |
| 31. | ALFONSO ARROYO | 182353801047196 | $215.66 |
| 32. | ALISON WILSON BOCKMAN | 182353801047197 | $456.84 |
| 33. | ALLIANCE MATERIAL HANDLING CORP | 182353801017237 | $5,247.66 |
| 34. | ALLIED NATIONAL SERVIES | 182353801042587 | $50,342.14 |
| 35. | ALLIED PACKAGING CORP | 182353801042591 | $4,310.00 |
| 36. | ALLSTAR MARKETING GROUP LLC | 182353801017245 | $15,459.52 |
| 37. | ALOHILANI ORCHIDS INC | 182353801043221 | $2,106.00 |
| 38. | ALSANGEST INTERNATIONAL LLC | 182353801017261 | $2,309.54 |
| 39. | ALTEC INC | 182353801043227 | $2,145.11 |
| 40. | ALTERA DESIGN KITCHEN & BATH, | 182353801047198 | $211.84 |
| 41. | AMAV ENTERPRISES LTD | 182353801017276 | $2,517.34 |
| 42. | AMBER R CARFIELD | 182353801047199 | $610.14 |
| 43. | AMELIA WORLD CORPORATION | 182353801017283 | $4,217.51 |
| 44. | AMERICAN AUTOMATIC DOORS INC | 182353801043236 | $3,281.05 |

**Prime Clerk** | A Division of DUFF&PHELPS

Proof of Claim PDF   Email PDF

## Creditor Data Details - Claim # 18678

**Creditor**
AFFORDABLE SPRINKLERS, INC
PO BOX 851417
WESTLAND, MI 48185

**Debtor Name**
Sears Holdings Management Corporation

**Date Filed**
04/16/2019

**Claim Number**
18678

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $59,700.00 | | $59,700.00 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $59,700.00 | | $59,700.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign