**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | |
| | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

| | | |
|---|---|---|
| Kmart Holding Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary Proceeding No. 20-08227 |
| | : | |
| All Interiors, Inc. | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of William S. Gannon to be admitted, *pro hac vice*, to represent All Interiors, Inc. (the "Client") in the above-referenced cases and in the above referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the state of New Hampshire and, if applicable, the bar of the U.S. District Court for the District of New Hampshire, it is hereby

**ORDERED**, that William S. Gannon, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases and adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: May 6, 2020
      White Plains, New York

                                                            */s/Robert D. Drain*
                                             UNITED STATES BANKRUPTCY JUDGE