# EXHIBIT A

**Fill in this information to identify the case:**

Debtor 1        Sears Holdings Corporation

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern District of New York

Case number    18-23538-rdd

RECEIVED

DEC 1 8 2018

PRIME CLERK LLC

## Official Form 410

## Proof of Claim

[ ] Date Stamped Copy Returned
[X] No Self-Addressed Stamped Envelope
[ ] No Copy Provided



182353880002692                        04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Dell Marketing, L.P. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor  Dell |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|
| | Dell, Inc | |
| | Name | Name |
| | One Dell Way, RR1, MS 52 | |
| | Number      Street | Number      Street |
| | Round Rock        TX        78682 | |
| | City          State          ZIP Code | City          State          ZIP Code |
| | Contact phone 512 723 5298 | Contact phone _____ |
| | Contact email chantell.ewing@dell.com | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br> _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____        Filed on _____<br>                                                                                MM / DD  / YYYY |
|---|---|

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ |
|---|---|

**Claim Number: 6502**

**Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. **How much is the claim?** $_____108,736.34. **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(2) that applies. | $ 3,195.90 |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   12/13/16
                   MM / DD / YYYY

_Chantell Ewing_
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | Chantell Ewing | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Sr. Accounts Receivable Analyst | | |
| Company | Dell, Inc | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | One Dell Way, RR1, MS 52 | | |
| | Number    Street | | |
| | Round Rock | Tx | 78682 |
| | City | State | ZIP Code |
| Contact phone | 512 723 5298 | Email chantell.ewing@dell.com | |

# STREUSAND | LANDON | OZBURN | LEMMON LLP

Arlana Prentice
(512) 236-9900
prentice@slollp.com

December 14, 2018

**<u>Via Certified Mail, Return Receipt Requested</u>**

Prime Clerk LLC
Claims Agent for Sears
830 3rd Avenue, 9th Floor
New York, NY 10022

Re:      Case No. 18-23538-rdd; *In re Sears Holdings Corporation*; in the United States
Bankruptcy Court for Southern District of New York

Dear Clerk:

Enclosed please find the original and one (1) copy of the Proof of Claim prepared
on behalf of Dell Marketing, L.P. for filing in the above-referenced matter.  Please file-
stamp the extra copy and return it to me using the enclosed postage paid envelope.

By copy of this letter, attorneys for the Debtors and the United States Trustee are
being notified of this filing.

Thank you for your assistance and cooperation in this matter.  Please do not
hesitate to contact me if you have any questions.

Sincerely,

Arlana Prentice
Paralegal for Sabrina L. Streusand

\alp
Enclosures

Spyglass Point | 1801 South MoPac Expressway, Suite 320 | Austin, Texas 78746

## ATTACHMENT "A" TO PROOF OF CLAIM
## FOR DELL MARKETING, L.P.

1.      The basis of the debt is as follows:  On various dates prior to the date of the Petition initiating this bankruptcy case, Dell Marketing, L.P. (hereinafter referred to as ("Dell") supplied and sold to Sears Holdings Corporation ("Debtor") certain goods including computers, monitors, servers and related computer products and peripherals ("Products").  Dell supplied the Products to the Debtor from July 21, 2018 to the date of the Petition.

2.      As of the Petition Date, the Debtor owed Dell $108,736.34 for certain Products delivered by Dell to the Debtor.  Of this amount $175.99 is subject to a valid reclamation claim, with Dell having provided notice to the Debtor of Dell's reclamation rights.  In addition, included within the $108,736.34, Products with a value of $3,195.90 were delivered to Debtor within twenty (20) days of the Petition Date and should be treated under Section 503(b)(9) as administrative priority expense.  A true and correct copy of Dell's Notice of Reclamation Claim is attached hereto as Exhibit "1."

3.      Also, as of Petition Date, Dell delivered Products to the Debtor in the amount of $105,364.45, which constitutes an unsecured claim.  True and correct copies of Dell's invoices are attached hereto as Exhibit "2."

4.      The basis for the Debt and made the basis of this Proof of Claim is set forth, inter alia, in the attached Notice of Reclamation Claim, invoices and proofs of delivery.


NOTE:    CLAIMANT RESERVES THE RIGHT TO AMEND THIS PROOF OF
CLAIM AS FURTHER INFORMATION BECOMES AVAILABLE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Proof of Claim has been served via certified mail, return receipt requested, and/or first class U.S. mail on this 14ᵗʰ day of December, 2018 on the following:

Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul M. Basta
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

*Attorneys for the Debtor*

U.S. Trustee's Office
201 Varick Street, Room 1006
New York, NY 10014

*United States Trustee*

Prime Clerk, LLC
830 Third Avenue, 9ᵗʰ Floor
New York, NY 10022

*Claims Agent (Via Certified Mail, Return Receipt Requested)*

_____
Sabrina L. Streusand

# STREUSAND | LANDON | OZBURN | LEMMON LLP Sabrina L. Streusand

(512) 236-9901
streusand@slollp.com

November 5, 2018

**Via Email: ray.schrock@weil.com**
**Via Email: jacqueline.marcus@weil.com**
**Via Email: garret.fail@weil.com**
**Via Email: sunny.singh@weil.com**

Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153



Re:    Case No. 18-23538-rdd; *In re Sears Holdings Corporation*; in the United States Bankruptcy Court for the Southern District of New York (Jointly Administered under Case No. 18-23538-rdd) – **Notice of Reclamation**

To Whom It May Concern:

We represent Dell Marketing, L.P. ("Dell"). We understand that Sears Holdings Corporation (the "Debtor") filed its petition for relief under chapter 11 of the Bankruptcy Code on October 15, 2018 (the "Petition Date") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Subject to section 362 of the Bankruptcy Code, Dell makes this demand for reclamation or payment without prejudice to any other rights and remedies available to it, at law or in equity, including, but not limited to, its right to an allowed administrative expense claim under section 503(b)(9) of the Bankruptcy Code in the amount of $3,195.90 (as set forth in the invoices attached hereto as **Exhibit A**), its setoff rights under section 553 of the Bankruptcy Code and applicable state law, and its right to amend and supplement this demand and to serve and file additional demands or claims.

Further, pursuant to section 546(c) of the Bankruptcy Code, Dell hereby serves written demand on the Debtor for the reclamation of or immediate payment for all goods that were received by the Debtor from Dell within the forty-five (45) days preceding the Petition Date (the "Reclamation Period"). During the Reclamation Period, Dell delivered to the Debtor goods having an agreed-upon price totaling not less than $175.99 as set forth in the invoice attached hereto as **Exhibit B**. The goods subject to this reclamation demand are certain computer products and peripherals (the "Products").

November 5, 2018
Page 2

        Subject to the provisions of the automatic stay, Dell hereby requests that all Products subject to this reclamation demand be segregated and protected by the Debtor from any other goods in the Debtor's possession, custody or control. Dell further requests that Debtor provide an immediate accounting of all goods subject to this reclamation demand that remain on hand and the present location(s) of such Products. Those goods must not be used for any purpose whatsoever except those specifically authorized by the Bankruptcy Court following notice and a hearing on Dell's rights.

        Thank you for your time and attention to this matter. Should you have any questions, please do not hesitate to contact me.

                                Sincerely,

                                John L. Streusand

                                Sabrina L. Streusand

SLS/alp
Enclosures

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ELANGO RAMASAMY
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
DANNY GONZALEZ
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266060914 | Customer No: 124690493 | | Order No: 397895144 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO875354 | Waybill Number: | 1ZR5A1460308250347 |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 08/21/2018 |
| Due Date: | 11/10/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/11/2018 | Shipped Via: | UPS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 400-AHJG | Dell 7200RPM Serial ATA Hard Drive - 1 TB | 1 | EA | 102.95 | 102.95 |

**EXHIBIT**

**A**

tabbies

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 102.95 |
| Ship. &/or Handling: | $ | 6.99 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $  0.00 | Tax: | |
| Non-Taxable: $  109.94 | $ | 0.00 |
| Invoice Total: | $ | 109.94 |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

DETACH AT LINE AND RETURN WITH PAYMENT

**DELL**EMC

Invoice No: 10266060914
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO875354
Order Number: 397895144

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 102.95 |
| Ship. &/or Handling: | $ | 6.99 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $  0.00 | Tax: | |
| Non-Taxable: $  109.94 | $ | 0.00 |
| Invoice Total: | $ | 109.94 |
| | | |
| | | |
| Balance Due: | $ | 109.94 |
| Amount Enclosed: | | |

0102660609140000000010994000001246904934

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZR5A1460308250347

**Weight**
0.50 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/07/2018

**Delivered On**
09/11/2018 10:10 A.M.

**Delivered To**
HOFFMAN ESTATES, IL, US
**Received By**

TETREV

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 3:42 P.M. EST

**DELL**EMC    DELL MARKETING L.P.    FID Number: 74-2616805
One Dell Way    For Sales:  (512)338-4400
Round Rock, TX 78682    Customer Service: (512)338-4400
    Technical Support: (888)242-0938
    Dell Online: http://www.dell.com

| | **Invoice** |
|---|---|

**BILL TO:**    **SHIP TO:**

SEARS HOLDINGS CORP    HOFFMAN ESTATES - G RECV DOCK
ACCOUNTS PAYABLE    X BRIAN CHESNICK
3333 BEVERLY RD    3333 BEVERLY RD
SEARS    DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001    HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No:    10267734555 | Customer No: 124690493 | Order No: SEE BELOW | Page 1 of 2 |
|---|---|---|---|

| Purchase Order: | PO874765 | Order Date: | 08/20/2018 |
|---|---|---|---|
| Payment Terms: | Due 60 days from invoice date | Sales Rep: | BRITT_SADLER |
| Due Date: | 11/18/2018 | Shipped Via: | SEE BELOW |
| Invoice Date: | 09/19/2018 | Customer Agreement No: | |
| Waybill Number: | 1ZR5X7480311450643 | Contract Number: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

SHIP TO:

HOFFMAN ESTATES - G RECV DOCK
X BRIAN CHESNICK
3333 BEVERLY RD
DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 3,012.00 |
| Ship. &/or Handling: | $ | 73.96 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 3,085.96 | $ | 0.00 |
| Invoice Total: | $ | 3,085.96 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT

**DELL**EMC

Invoice Number: 10267734555
Customer Name: SEARS HOLDINGS CORP
Customer Number: 124690493
Purchase Order: PO874765

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 3,012.00 |
| Ship. &/or Handling: | $ | 73.96 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 3,085.96 | $ | 0.00 |
| Invoice Total: | $ | 3,085.96 |
| Balance Due: | $ | 3,085.96 |
| Amount Enclosed: | | |

0102677345550000000308596000001246904936

**DELL**EMC

*DELL MARKETING L.P.*
*One Dell Way*
*Round Rock, TX 78682*

*FID Number: 74-2616805*
*For Sales: (512)338-4400*
*Customer Service: (512)338-4400*
*Technical Support: (888)242-0938*
*Dell Online: http://www.dell.com*

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - G RECV DOCK
X BRIAN CHESNICK
3333 BEVERLY RD
DANIEL GONZALES
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10267734555 | Customer No: 124690493 | Order No: SEE BELOW | Page 2 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO874765 | Order Date: | 08/20/2018 |
| Payment Terms: | Due 60 days from invoice date | Sales Rep: | BRITT_SADLER |
| Due Date: | 11/18/2018 | Shipped Via: | SEE BELOW |
| Invoice Date: | 09/19/2018 | Customer Agreement No: | |
| Waybill Number: | 1ZR5X7480311450643 | Contract Number: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | **TAX AMT** $ 0.00 | | | | |
| | **ENVIRO FEE** $ 0.00 | | | | |
| | **METHOD:** FEDERAL EXPRESS | **CHARGES:** $ 59.97 | | | |
| | **WAYBILLS:** 461347793332923, 461347793332930, 461347793332954 | | | | |
| | **METHOD:** | **CHARGES:** $ 13.99 | | | |
| | **WAYBILLS:** 1ZR5X7480311450643 | | | | |
| 210-AKKH | **Dell Latitude 5480 XCTO** System Service Tags:30YNLQ2, CZXNLQ2, D0YNLQ2 | 3 | EA | 895.00 | 2,685.00 |
| 452-BDDV | **Kit-Dell Dock WD15,US,130W,1.1C,MDP** | 3 | EA | 109.00 | 327.00 |

Order Number(s): 397336156, 397336164



November 2, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332923**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Hoffman Estates, IL |
| Signed for by: | DBRADFORD | Delivery date: | Sep 20, 2018 10:31 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461347793332923 | Ship date: | Sep 19, 2018 |
| | | Weight: | 5.7 lbs/2.6 kg |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| HOFFMAN ESTATES, IL US | CHICAGO, IL US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | PO874765 |
| Shipment Id | 461347793332923 |
| Invoice number | PLAN.1039933580-1_DAO |

Thank you for choosing FedEx.



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332930**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Hoffman Estates, IL |
| Signed for by: | DBRADFORD | Delivery date: | Sep 20, 2018 10:31 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461347793332930 | Ship date: | Sep 19, 2018 |
| | | Weight: | 5.7 lbs/2.6 kg |

| Recipient: | Shipper: |
|---|---|
| HOFFMAN ESTATES, IL US | CHICAGO, IL US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | PO874765 |
| Shipment Id | 461347793332930 |
| Invoice number | PLAN.1039933580-2_DAO |

Thank you for choosing FedEx.



November 2,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **461347793332954**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | Hoffman Estates, IL |
| Signed for by: | DBRADFORD | Delivery date: | Sep 20, 2018 10:31 |
| Service type: | FedEx Ground | | |
| Special Handling: | | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of
the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 461347793332954 | Ship date: | Sep 19, 2018 |
| | | Weight: | 5.7 lbs/2.6 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| HOFFMAN ESTATES, IL US | CHICAGO, IL US |

| | |
|---|---|
| Reference | none |
| Purchase order number: | PO874765 |
| Shipment Id | 461347793332954 |
| Invoice number | PLAN.1039933580-3_DAO |

Thank you for choosing FedEx.

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - G RECV DOCK
X ANTHONY SHOEMAK
3333 BEVERLY RD
ASHOK UTHAMAN
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268976909 | Customer No: 124690493 | Order No: 408612413 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO888521 | Waybill Number: | 1ZR5X7480312617873 |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/24/2018 |
| Due Date: | 11/25/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/26/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 331-6304 | E-Port Plus, 130W Advanced Port Replicator, USB 3.0 for Latitude E-Family, Customer Kit | 1 | EA | 175.99 | 175.99 |



FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 175.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 175.99 | $ | 0.00 |
| Invoice Total: | | $ | 175.99 |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**DELL**EMC

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10268976909
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO888521
Order Number: 408612413

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | | USD |
|---|---|---|---|
| Sub-Total: | | $ | 175.99 |
| Ship. &/or Handling: | | $ | 0.00 |
| ENVIRO FEE: | | $ | 0.00 |
| Taxable: $ | 0.00 | Tax: | |
| Non-Taxable: $ | 175.99 | $ | 0.00 |
| Invoice Total: | | $ | 175.99 |
| | | | |
| | | | |
| Balance Due: | | $ | 175.99 |
| Amount Enclosed: | | | |

0102689769090000000017599000001246904934

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1ZR5X7480312617873

**Weight**
4.60 LBS

**Service**
UPS Ground

**Shipped / Billed On**
09/24/2018

**Delivered On**
09/26/2018 9:39 A.M.

**Delivered To**
HOFFMAN ESTATES, IL, US
**Received By**
HERNANDEZ

**Left At**
Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 11/01/2018 4:49 P.M. EST

| Customer | Sears Holdings Corporation | | | | | |
|---|---|---|---|---|---|---|
| Petition Date | 10/15/2018 | | | | | |
| General Unsecured | | | | | | |

| Sold To | Account | Invoice | Sales Order | Purchase Order | Original | Amt | Trx Date | Terms |
|---|---|---|---|---|---|---|---|---|
| SEARS HOLDINGS CORP | US124690493 | 10255553335 | 387936205 | PO855780 | 140702.56 | 101367.21 | 21-Jul-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10264600919 | 402207921 | PO880214 | 177.60 | 177.60 | 4-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US140393609 | 10261829270 | 396332685 | PO872962 | 57.99 | 57.99 | 21-Aug-18 | Inv. |
| SEARS HOLDINGS CORP | US140393609 | 10263609390 | 397900522 | PO875355 | 1666.32 | 1666.32 | 29-Aug-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10265427778 | 403168189 | PO881176 | 71.62 | 71.62 | 7-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10265687899 | 403668931 | PO881976 | 1253.76 | 602.83 | 9-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10265694759 | 403674772 | PO881979 | 1253.76 | 1253.76 | 10-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10266387640 | 405047555 | PO884000 | 71.62 | 71.62 | 12-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10268799949 | 409173415 | PO889214 | 47.75 | 47.75 | 25-Sep-18 | Inv. |
| SEARS HOLDINGS CORP | US124690493 | 10270677000 | 412433848 | PO899315 | 47.75 | 47.75 | 4-Oct-18 | Inv. |
| | | | | | | 105364.45 | | |



tabbies®

EXHIBIT
2

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
MARY JEZEK B2-156-B-
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10255553335 | Customer No: 124690493 | Order No: 387936205 | Page 1 of 2 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO855780 | Order Date: | 07/21/2018 |
| Payment Terms: | Due 60 days from invoice date | Sales Rep: | BRITT_SADLER |
| Due Date: | 09/19/2018 | Shipped Via: | |
| Invoice Date: | 07/21/2018 | Customer Agreement No: | |
| Waybill Number: | 0 | Contract Number: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA216082 | **VLA VDA PER DEVICE MS SUBSCRIPTION** | 590 | EA | 78.24 | 46,161.60 |
| | MfgPartNum : AAA-03656 | | | | |
| | MfgName : MICROSOFT CORPORATION | | | | |
| | Maintenance End Date : | | | | |
| | Recurring Bill : YR 2 of 3 ID # 0005270055 | | | | |
| | Above Items Originally Purchased On : PO# MSL71714 , O# 134172300 | | | | |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 140,702.56 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 140,702.56 | $ | 0.00 |
| Invoice Total: | $ | 140,702.56 |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

DETACH AT LINE AND RETURN WITH PAYMENT

**DELL**EMC

Invoice No: 10255553335
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO855780
Order Number: 387936205

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 140,702.56 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 140,702.56 | $ | 0.00 |
| Invoice Total: | $ | 140,702.56 |
| | | |
| | | |
| Balance Due: | $ | 140,702.56 |
| Amount Enclosed: | | |

0102555533350000014070256000001246904930

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

| **Invoice** |

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
MARY JEZEK B2-156-B-
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10255553335 | Customer No: 124690493 | | Order No: 387936205 | Page 2 of 2 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO855780 | Order Date: | 07/21/2018 |
| Payment Terms: | Due 60 days from invoice date | Sales Rep: | BRITT_SADLER |
| Due Date: | 09/19/2018 | Shipped Via: | |
| Invoice Date: | 07/21/2018 | Customer Agreement No: | |
| Waybill Number: | 0 | Contract Number: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9795509 | **VLA WINDOWS ENT PER DEVICE DESKTOP OPERATING SYSTEM UPGRADE SA**<br>MfgPartNum : AAA-12378<br>MfgName : MICROSOFT CORPORATION<br>Maintenance End Date :<br>Recurring Bill : YR 2 of 3 ID # 0005270055<br>Above Items Originally Purchased On : PO# MSL71714 , O# 134172300 | 2052 | EA | 45.48 | 93,324.96 |
| A9314900 | **VLA VISUAL STUDIO PRO WITH MICROSOFT DEVELOPER NETWORK PER USER SOFTWARE SA**<br>Recurring Bill : YR 2 of 3 ID # 0005270055<br>Above Items Originally Purchased On : PO# MSL71714 , O# 134172300<br>MfgPartNum : AAA-12599<br>MfgName : MICROSOFT CORPORATION<br>Maintenance End Date : | 4 | EA | 304.00 | 1,216.00 |

Ship To Attention : Mary Edwards

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X BRITTANY BUSACC
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No:   10264600919 | Customer No: 124690493 | Order No: 402207921 | Page 1 of 1 |
|---|---|---|---|

| Purchase Order: | PO880214 | Waybill Number: | MS-VIRTUAL |
|---|---|---|---|
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/04/2018 |
| Due Date: | 11/03/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/04/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA268009 | VLA ADOBE PHOTOSHOP CC FOR TEAMS SUB NEW<br>MfgPartNum : 65291042BA14A12<br>MfgName : ADOBE SYSTEMS | 1 | EA | 177.60 | 177.60 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

USD

| Sub-Total: | $ | 177.60 |
|---|---|---|
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 177.60 | $ | 0.00 |
| Invoice Total: | $ | 177.60 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT

**DELL**EMC

Invoice No: 10264600919
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO880214
Order Number: 402207921

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

USD

| Sub-Total: | $ | 177.60 |
|---|---|---|
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 177.60 | $ | 0.00 |
| Invoice Total: | $ | 177.60 |
| | | |
| | | |
| Balance Due: | $ | 177.60 |
| Amount Enclosed: | | |

01026460091900000001776000000124690493

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

| **Invoice** |
| --- |

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
CHIQUITA COLEMAN
3333 BEVERLY RD
C4-101A-A
HOFFMAN ESTATES, IL 60179

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No:    10261829270 | Customer No: 140393609 | Order No: 396332685 | Page 1 of 1 |
| --- | --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| Purchase Order: | PO872962 | Waybill Number: | 449840094847 |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 08/15/2018 |
| Due Date: | 10/20/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 08/21/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 310-8703 | **Dell 1720DN Imaging Drum Kit** | 1 | EA | 57.99 | 57.99 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

USD

| | | |
| --- | --- | --- |
| Sub-Total: | $ | 57.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 57.99 | $ | 0.00 |
| Invoice Total: | $ | 57.99 |

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

**DELL**EMC

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10261829270
Customer Name: SEARS HOLDINGS CORP
Customer No: 140393609
PO No: PO872962
Order Number: 396332685

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

USD

| | | |
| --- | --- | --- |
| Sub-Total: | $ | 57.99 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 57.99 | $ | 0.00 |
| Invoice Total: | $ | 57.99 |
| | | |
| Balance Due: | $ | 57.99 |
| Amount Enclosed: | | |

01026182927000000000005799000001403936097

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

| **Invoice** |

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

SEARS HOLDINGS CORP
MARK NEDVIDEK
2240 CUNNINGHAM DR
TROY, MI 48084-2816

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10263609390 | Customer No: 140393609 | Order No: 397900522 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | PO875355 | Waybill Number: | 457791381473 |
|---|---|---|---|
| Payment Terms: | Due 60 days from invoice date | Order Date: | 08/21/2018 |
| Due Date: | 10/28/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 08/29/2018 | Shipped Via: | FEDERAL EXPRESS |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 331-2839 | **Dell 4220/4320 Replacement Lamp** | 12 | EA | 137.95 | 1,655.40 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 1,655.40 |
| **Ship. &/or Handling:** | $ | 10.92 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00 **Tax:** | | |
| **Non-Taxable:** $ 1,666.32 | $ | 0.00 |
| **Invoice Total:** | $ | 1,666.32 |

·······································································································

*DETACH AT LINE AND RETURN WITH PAYMENT*

**DELL**EMC

Invoice No: 10263609390
Customer Name: SEARS HOLDINGS CORP
Customer No: 140393609
PO No: PO875355
Order Number: 397900522

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| **Sub-Total:** | $ | 1,655.40 |
| **Ship. &/or Handling:** | $ | 10.92 |
| **ENVIRO FEE:** | $ | 0.00 |
| **Taxable:** $ 0.00 **Tax:** | | |
| **Non-Taxable:** $ 1,666.32 | $ | 0.00 |
| **Invoice Total:** | $ | 1,666.32 |
| | | |
| | | |
| **Balance Due:** | $ | 1,666.32 |
| **Amount Enclosed:** | | |

0102636093900000001666320000001403936092

**DELL**EMC    DELL MARKETING L.P.    FID Number: 74-2616805
One Dell Way    For Sales:  (512)338-4400
Round Rock, TX 78682    Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

| **Invoice** |
|---|

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X DOREEN LANGEREI
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265427778 | Customer No: 124690493 | Order No: 403168189 | Page 1 of 1 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO881176 | Waybill Number: | MS-VIRTUAL |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/06/2018 |
| Due Date: | 11/06/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/07/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9314698 | **VLA ACROBAT PRO DC MLP NEW LICENSE SUBSCRIPTION** | 1 | EA | 71.62 | 71.62 |
| | MfgPartNum : 65234080BA14A12 | | | | |
| | MfgName : ADOBE SYSTEMS | | | | |
| | MfgPartNum : 65234080BA14A12 | | | | |
| | MfgName : ADOBE SYSTEMS | | | | |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.*

| | | USD |
|---|---|---|
| *Sub-Total:* | $ | 71.62 |
| *Ship. &/or Handling:* | $ | 0.00 |
| *ENVIRO FEE:* | $ | 0.00 |
| *Taxable:* $ 0.00 | *Tax:* | |
| *Non-Taxable:* $ 71.62 | $ | 0.00 |
| *Invoice Total:* | $ | 71.62 |

......................................................................................................................................

*DETACH AT LINE AND RETURN WITH PAYMENT*
*Invoice No: 10265427778*
*Customer Name: SEARS HOLDINGS CORP*
*Customer No: 124690493*
*PO No: PO881176*
*Order Number: 403168189*

**DELL**EMC

**Make check payable / remit to :**
*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 802816*
*Chicago, IL 60680-2816*

| | | USD |
|---|---|---|
| *Sub-Total:* | $ | 71.62 |
| *Ship. &/or Handling:* | $ | 0.00 |
| *ENVIRO FEE:* | $ | 0.00 |
| *Taxable:* $ 0.00 | *Tax:* | |
| *Non-Taxable:* $ 71.62 | $ | 0.00 |
| *Invoice Total:* | $ | 71.62 |
| | | |
| | | |
| *Balance Due:* | $ | 71.62 |
| *Amount Enclosed:* | | |

0102654277780000000007162000001246904937

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X CAROLINE CERBUS
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No:   10265687899 | Customer No: 124690493 | Order No: 403668931 | Page 1 of 1 |
|---|---|---|---|

| Purchase Order: | PO881976 | Waybill Number: | MS-VIRTUAL |
|---|---|---|---|
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/07/2018 |
| Due Date: | 11/08/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/09/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA268013 | **VLA ADOBE CREATIVE CLOUD FOR TEAMS ALL APPS SUB NEW**<br>MfgPartNum : 65291080BA14A12<br>MfgName : ADOBE SYSTEMS | 3 | EA | 417.92 | 1,253.76 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

|  |  | USD |
|---|---|---|
| Sub-Total: | $ | 1,253.76 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00<br>Non-Taxable: $ 1,253.76 | Tax:<br>$ | 0.00 |
| Invoice Total: | $ | 1,253.76 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*DETACH AT LINE AND RETURN WITH PAYMENT*

**DELL**EMC

Invoice No: 10265687899
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO881976
Order Number: 403668931

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

|  |  | USD |
|---|---|---|
| Sub-Total: | $ | 1,253.76 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00<br>Non-Taxable: $ 1,253.76 | Tax:<br>$ | 0.00 |
| Invoice Total: | $ | 1,253.76 |
|  |  |  |
|  |  |  |
| Balance Due: | $ | 1,253.76 |
| Amount Enclosed: | | |

0102656878990000000125376000001246904937

**D∆LL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X CAROLINE CERBUS
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10265694759 | Customer No: 124690493 | | Order No: 403674772 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO881979 | Waybill Number: | MS-VIRTUAL |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/07/2018 |
| Due Date: | 11/09/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/10/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| AA268013 | **VLA ADOBE CREATIVE CLOUD FOR TEAMS ALL APPS SUB NEW**<br>MfgPartNum : 65291080BA14A12<br>MfgName : ADOBE SYSTEMS | 3 | EA | 417.92 | 1,253.76 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,253.76 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ 0.00 | Tax:<br>$ | 0.00 |
| Non-Taxable:<br>$ 1,253.76 | | |
| Invoice Total: | $ | 1,253.76 |

···························································································································

DETACH AT LINE AND RETURN WITH PAYMENT

**D∆LL**EMC

Invoice No: 10265694759
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO881979
Order Number: 403674772

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 1,253.76 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ 0.00 | Tax:<br>$ | 0.00 |
| Non-Taxable:<br>$ 1,253.76 | | |
| Invoice Total: | $ | 1,253.76 |
| | | |
| | | |
| Balance Due: | $ | 1,253.76 |
| Amount Enclosed: | | |

0102656947590000000125376000001246904934

**DELL**EMC

*DELL MARKETING L.P.*
*One Dell Way*
*Round Rock, TX 78682*

*FID Number: 74-2616805*
*For Sales: (512)338-4400*
*Customer Service: (512)338-4400*
*Technical Support: (888)242-0938*
*Dell Online: http://www.dell.com*

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X JACOB MENDEL
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10266387640 | Customer No: 124690493 | | Order No: 405047555 | | Page 1 of 1 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Purchase Order: | PO884000 | | Waybill Number: | MS-VIRTUAL |
| Payment Terms: | Due 60 days from invoice date | | Order Date: | 09/12/2018 |
| Due Date: | 11/11/2018 | | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/12/2018 | | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9314698 | **VLA ACROBAT PRO DC MLP NEW LICENSE SUBSCRIPTION**<br>MfgPartNum : 65234080BA14A12<br>MfgName : ADOBE SYSTEMS | 1 | EA | 71.62 | 71.62 |

*FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES. THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 71.62 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ 0.00 | Tax: | |
| Non-Taxable:<br>$ 71.62 | $ | 0.00 |
| Invoice Total: | $ | 71.62 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*DETACH AT LINE AND RETURN WITH PAYMENT*

**DELL**EMC

*Invoice No: 10266387640*
*Customer Name: SEARS HOLDINGS CORP*
*Customer No: 124690493*
*PO No: PO884000*
*Order Number: 405047555*

**Make check payable / remit to :**
*Dell Marketing L.P.*
*C/O Dell USA L.P.*
*PO Box 802816*
*Chicago, IL 60680-2816*

| | | USD |
|---|---|---|
| Sub-Total: | $ | 71.62 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$ 0.00 | Tax: | |
| Non-Taxable:<br>$ 71.62 | $ | 0.00 |
| Invoice Total: | $ | 71.62 |
| | | |
| | | |
| Balance Due: | $ | 71.62 |
| Amount Enclosed: | | |

0102663876400000000000716200000124690493 3

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales: (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

## Invoice

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X CARLOS MERCADO
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10268799949 | Customer No: 124690493 | Order No: 409173415 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | PO889214 | Waybill Number: | MS-VIRTUAL |
|---|---|---|---|
| Payment Terms: | Due 60 days from invoice date | Order Date: | 09/25/2018 |
| Due Date: | 11/24/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 09/25/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9876231 | **VLA ACROBAT PRO DC MLP NEW LICENSE SUBSCRIPTION**<br>MfgPartNum : 65234080BA14A12<br>MfgName : ADOBE SYSTEMS | 1 | EA | 47.75 | 47.75 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 47.75 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 47.75 | $ | 0.00 |
| Invoice Total: | $ | 47.75 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DETACH AT LINE AND RETURN WITH PAYMENT

**DELL**EMC

Invoice No: 10268799949
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO889214
Order Number: 409173415

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 47.75 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 0.00 | Tax: | |
| Non-Taxable: $ 47.75 | $ | 0.00 |
| Invoice Total: | $ | 47.75 |
| | | |
| | | |
| Balance Due: | $ | 47.75 |
| Amount Enclosed: | | |

010268799949000000000477500000124690 4935

**DELL**EMC

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
For Sales:  (512)338-4400
Customer Service: (512)338-4400
Technical Support: (888)242-0938
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

SEARS HOLDINGS CORP
ACCOUNTS PAYABLE
3333 BEVERLY RD
SEARS
HOFFMAN ESTATES, IL 60179-0001

**SHIP TO:**

HOFFMAN ESTATES - ITASSETMGMT
X SHARI WARREN
3333 BEVERLY RD
MICHAEL BALCER
HOFFMAN ESTATES, IL 60179-0001

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No:    10270677000 | Customer No: 124690493 | Order No: 412433848 | Page 1 of 1 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Purchase Order: | PO899315 | Waybill Number: | MS-VIRTUAL |
| Payment Terms: | Due 60 days from invoice date | Order Date: | 10/04/2018 |
| Due Date: | 12/03/2018 | Sales Rep: | BRITT_SADLER |
| Invoice Date: | 10/04/2018 | Shipped Via: | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| A9876231 | **VLA ACROBAT PRO DC MLP NEW LICENSE SUBSCRIPTION**<br>MfgPartNum : 65234080BA14A12<br>MfgName : ADOBE SYSTEMS | 1 | EA | 47.75 | 47.75 |

FOR SHIPMENTS TO CALIFORNIA, A STATE ENVIRONMENTAL FEE OF UP TO $7 PER ITEM WILL
BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING A DISPLAY GREATER THAN 4 INCHES.
THIS RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL
MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 47.75 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$                              0.00 | Tax:<br>$ | 0.00 |
| Non-Taxable:<br>$                        47.75 | | |
| Invoice Total: | $ | 47.75 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**DELL**EMC

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10270677000
Customer Name: SEARS HOLDINGS CORP
Customer No: 124690493
PO No: PO899315
Order Number: 412433848

**Make check payable / remit to :**
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 802816
Chicago, IL 60680-2816

| | | USD |
|---|---|---|
| Sub-Total: | $ | 47.75 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable:<br>$                              0.00 | Tax:<br>$ | 0.00 |
| Non-Taxable:<br>$                        47.75 | | |
| Invoice Total: | $ | 47.75 |
| | | |
| | | |
| Balance Due: | $ | 47.75 |
| Amount Enclosed: | | |

01027067700000000000477500000124690439

Streusand Landon Ozburn Lemmon
1801 S. MoPac Expressway
Suite 320
Austin, Texas 78746



7017 2680 0000 3276 9152



RECEIVED

DEC 1 8 2018

Prime Clerk LLC

Prime Clerk LLC
Claims Agent for Sears
830 3rd Avenue, 9th Floor
New York, NY 10022