UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re                                    :
                                         :         Chapter 11
SEARS HOLDINGS CORPORATION, et al.,      :
                                         :         Case No. 18-23538 (RDD)
                                         :
              Debtors.¹                   :         (Jointly Administered)
-------------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

I, Nora Hafez, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 1, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail and email on (1) the Creditors Committee Service List attached hereto as **Exhibit A** and (2) the Claimants Service List attached hereto as **Exhibit B**:

- Supplemental Certificate of No Objection Regarding Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) [Docket No. 7893]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  May 6, 2020

_/s/ Nora Hafez_____
Nora Hafez

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2020, by Nora Hafez, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  _/s/ Kelsey Lynne Gordon_____
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 41879

**<u>Exhibit A</u>**

# Exhibit A

Creditors Committee Service List
Served via first class mail and email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner<br>One Bryant Park<br>New York NY 10036 | idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo<br>2 Park Avenue<br>New York NY 10016 | sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>CCarty@herrick.com<br>JDAngelo@herrick.com<br>KKolb@herrick.com |

**<u>Exhibit B</u>**

# Exhibit B

Claimants Service List

Served via first class mail and email

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| 4132491 | BHFO, Inc. | 4520 20th Ave SW | | | Cedar Rapids | IA | 52404 | | stacie@bhfo.com |
| 4129654 | Cymax Stores USA LLC | 310-4170 Still Creek Drive | | | Burnaby | BC | V5C 6C6 | Canada | leena.j@cymax.com; rizwan.s@cymax.com; zarine.h@cymax.com |
| 5846679 | seaofdiamonds.com | Address on File | | | | | | | Address on File |
| 4908571 | Tri-State Camera Exchange, Inc. | 150 Sullivan Street | | | Brooklyn | NY | 11231 | | jake@tristatecamera.com; rivky@tristatecamera.com |
| 4908571 | Tri-State Camera Exchange, Inc. | Rich Michaelson Magaliff, LLP | Robert N. Michaelson, Attorney-in-fact | 335 Madison Ave, 9th floor | New York | NY | 10017 | | rmichaelson@r3mlaw.com |