TOBIAS LAW FIRM, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2450
New York, New York
Tel: (212) 661-5460
Fax: (212) 202-7751
David G. Tobias, Esq.
(dtobias@tobiaslawpc.com)

*Attorneys Superb International Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re                                                     :   Chapter 11
                                                          :
SEARS HOLDINGS CORPORATION, *et al.*,                     :   Case No. 18-23538 (RDD)
                                                          :
Debtors.[1]                                               :   (Jointly Administered)
                                                          :
----------------------------------------------------------x

### NOTICE OF WITHDRAWAL REGARDING DEBTORS' OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIMS

**PLEASE TAKE NOTICE** that Superb International Co., Ltd. ("**Superb**"), by and through its undersigned counsel, hereby withdraws the following pleadings filed by Superb with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

respect to *Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims)* (ECF No. 5237) (the "**Tenth Omnibus**") and subsequent certificate of no objection to the Tenth Omnibus (ECF No. 5824):

- ECF No. 6094 – *Response to Certificate of No Objections and Opposition to Debtors' Tenth Omnibus Claim Objection and for Limited Discovery*;

- ECF No. 6095 – *Declaration of Howard Yuan in Response to Debtors' Certificate of No Objections, Opposition to Tenth Omnibus Claim and Request for Limited Discovery*;

- ECF No. 6096 – *Declaration of David G. Tobias in Response to Debtors' Certificate of No Objections, Opposition to Tenth Omnibus Claim and Request for Limited Discovery*;

- ECF No. 6098 – *Response to Motion on Debtors' Tenth Omnibus Claim Objection*;

- ECF No. 6099 – *Declaration of Howard Yuan in Support of Response to Debtors' Certificate of No Objections, In Opposition to Debtors' Tenth Omnibus Objection to Proofs of Claim and In Support of Request for Limited Discovery*;

- ECF No. 6100 – *Declaration of David G. Tobias in Support of Response to Debtors' Certificate of No Objections, In Opposition to Debtors' Tenth Omnibus Objection to Proofs of Claim and In Support of Request for Limited Discovery*;

- ECF No. 6112 – *Motion to Reconsider FRCP 60 or FRBP 3008*;

- ECF No. 6113 – *Motion to Reconsider FRCP 60 or FRBP 3008*; and

- ECF No. 6114 – *Motion to Reconsider FRCP 60 or FRBP 3008*.

Dated: New York, New York
May 7, 2020

/s/ David G. Tobias
David G. Tobias
Tobias Law Firm, P.C.
One Grand Central Place
60 East 42nd Street, Suite 2450
New York, New York
Tel: (212) 661-5460
Fax: (212) 202-7751
(dtobias@tobiaslawpc.com)

*Attorneys for Superb International Co., Ltd.*