FIDELITY NATIONAL LAW GROUP
David J. Wolkenstein, Esquire
350 Fifth Avenue, Suite 3000
New York, NY 10118
Tel. (646) 708-8085
Fax (646) 219-2136

*Counsel for Chicago Title Insurance Company, successor in interest to Congress Abstract Corporation ("Movant")*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

**IN RE:**

**SEARS HOLDINGS CORPORATION, et al.**

**Debtors**

_____

**NO. 18-23538 (RDD)**

**CHAPTER 11**

**(Jointly Administered)**

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY**
**CHICAGO TITLE INSURANCE COMPANY,**
**FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE**, that upon consent of the Debtor and Movant, the hearing to consider Chicago Title Insurance Company's motion For Relief From the Automatic Stay, previously scheduled to be heard on May 14, 2020 at 10:00 a.m. (Prevailing Eastern Time), is hereby adjourned to June 17, 2020 at 10:00 a.m. (Prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy

Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140.

Dated: New York, New York
      May 7, 2020

                                        By: /s/ David J. Wolkenstein
                                            David J. Wolkenstein, Esquire
                                        350 Fifth Avenue, Suite 3000
                                        New York, NY 10118
                                        Tel. (646) 708-8085
                                        Fax (646) 219-2136
                                        David.Wolkenstein@fnf.com

                                        *Counsel for Chicago Title Insurance Company,*
                                        *successor in interest to Congress Abstract Corporation*