BARCLAY DAMON LLP
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7115
Facsimile: (315) 703-7349
Kevin M. Newman

*Attorneys for S&R Company of West Seneca NewCo, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 18-23538-rdd |
| SEARS HOLDING CORPORATION, *et al.* | Jointly Administered |
| Debtors. | |

---------------------------------------------------------------

**WITHDRAWAL OF PROOF OF CLAIM FILED BY**
**S&R COMPANY OF WEST SENECA NEWCO, LLC**

Pursuant to Federal Rule of Bankruptcy Procedure 3006, S&R Company of West Seneca NewCo, LLC hereby withdraws the following proof of claim filed against Kmart Corporation (Case No. 18-23549) in the above referenced bankruptcy cases:

> Claim No. 8377 in the amount of $137,582.11 plus any and all additional rent and charges that accrue or come due on or after 10/15/2018 plus indemnity obligations and amounts subject to rights of setoff and/or recoupment, plus attorneys' fees.

Such withdrawal does not nor is it intended to limit or affect any other claims filed by S&R Company of West Seneca NewCo, LLC in the above referenced bankruptcy cases.

| | |
|---|---|
| Dated: May 8, 2020 | **BARCLAY DAMON LLP** |
| | *Attorneys for S&R Company of West Seneca NewCo, LLC* |
| | |
| | By: */s/Kevin M. Newman* |
| | Kevin M. Newman |
| | Office and Post Office Address |
| | Barclay Damon Tower |

125 East Jefferson Street
Syracuse, New York 13202
Telephone:  (315) 413-7115
Facsimile:  (315) 703-7349
Email:  knewman@barclaydamon.com