# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARS HOLDINGS CORPORATION, et al. | CASE NO: 18-23538-RDD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 7910 |

On 5/7/2020, I did cause a copy of the following documents, described below,

Motion for an Order Pursuant to 11 U.S.C. 108(C) Nunc Pro Tunc to the Petition Date ECF Docket Reference No. 7910

Notice of Proposed Order Granting Motion for an Order Pursuant to 11 U.S.C. 108(C) Nunc Pro Tunc to the Petition Date ECF No. 7912

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2020

/s/ Sonia E. Colon
Sonia E. Colon  USDC-PR No. 213809
Attorneys for Santa Rosa Mall, LLC
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801
407 982 7310

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SEARS HOLDINGS CORPORATION, et al. | CASE NO: 18-23538-RDD |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 11 <br> ECF Docket Reference No. 7910 |

On 5/7/2020, a copy of the following documents, described below,

Motion for an Order Pursuant to 11 U.S.C. 108(C) Nunc Pro Tunc to the Petition Date ECF Docket Reference No. 7910

Notice of Proposed Order Granting Motion for an Order Pursuant to 11 U.S.C. 108(C) Nunc Pro Tunc to the Petition Date ECF No. 7912

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sonia E. Colon
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PRIORITY
LEX LONDON CO MESSRS MENDES  MOUNT
750 SEVENTH AVENUE
NEW YORK NY 10019-6829

PRIORITY
AIG EUROPE LIMITED CO AMERICAN
INTERNATIONAL GROUP UK LIMITED
THE AIG BUILDING
58 FENCHURCH STREET
LONDON EC3M 4AB

PRIORITY
AIG EUROPE LIMITED CO AIG EUROPE SA
35D AVENUE JOHN F KENNEDY
L-1855 LUXEMBOURG

PRIORITY
AIG EUROPE LIMITED CO MESSRS MENDES
MOUNT
750 SEVENTH AVENUE
NEW YORK NY 10019-6829

PRIORITY
AIG EUROPE LIMITED CO COURTNEY MURPHY
28 LIBERTY STREET
NEW YORK NY 10005

PRIORITY
LEXINGTON UK CO COURTNEY MURPHY
28 LIBERTY STREET
NEW YORK NY 10005