**<u>Exhibit 1</u>**

WEIL:\97476440\4\73217.0004

Debtors' Sixteenth Omnibus Objection
Exhibit 1 - Reclassified Landlord Claims

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of Reclassified Landlord Claims

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Asserted Administrative Priority Claim | Amount Reclassified as General Unsecured Claim |
|---|---|---|---|---|---|
| 1. | Coastland Center, L.P. | 17111 | 182353801018488 | $1,148,250.00 | $1,148,250.00 |
| 2. | Cumberland Mall, LLC | 17345 | 182353801018495 | $1,778,437.00 | $1,778,437.00 |
| 3. | Steel 1111, LLC | 16652 | 182353801018473 | $2,628,600.00 | $2,628,600.00 |
| 4. | Via Port New York LLC | 16407 | 182353801018140 | $500,411.73 | $500,411.73 |

1