**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re                                                 :

                                                      :        **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,             :

                                                      :        **Case No. 18-23538 (RDD)**

                                                      :

Debtors.[1]                                           :        **(Jointly Administered)**

----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Brian Li, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via overnight mail and email on the Office of the US Trustee Region 2, Attn: Paul Schwartzberg and Richard Morrissey, 201 Varick Street, Suite 1006, New York, NY 11014, Richard.morrissey@usdoj.gov, paul.schwartberg@usdoj.gov, (2) delivered via overnight mail on the Chambers of Honorable Robert Drain, US Bankruptcy Court SDNY, 300 Quarropas Street, Room 248, White Plains, New York, NY 10601, (3) via first class mail and email on the Sears Creditors Committee Service List attached hereto as **Exhibit A**, and (4) by the method set forth on the Sears Claimant Service List attached hereto as **Exhibit B**:

- Notice of Adjournment of Hearings on (I) Certain of the Debtors' Pending Objections to Proofs of Claim and (II) the Debtors' Motion to Allow Administrative Claims [Docket No. 7917]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  May 11, 2020

<div align="right">

*/s/ Brian Li*
Brian Li

</div>

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 11, 2020, by Brian Li, approved to me
on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 42004

**Exhibit A**

Exhibit A

Sears Creditors' Commitee Service List

Served via set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | New York | NY | 10036 | idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com | First Class Mail and Email |
| Proposed Special Conflicts Counsl to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al* . | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski, Kyle J. Kolb, Christopher W. Carty, Jason A. D'Angelo | 2 Park Avenue | New York | NY | 10016 | sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com; CCarty@herrick.com; JDAngelo@herrick.com; KKolb@herrick.com | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B

Sears Claimant Service List

Served as set forth below

| NAME | ADDRESS | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| ATTENDS HEALTHCARE PRODUCTS INC | 1029 OLD CREEK ROAD | | | GREENVILLE | NC | 27834 | | | First Class Mail |
| Calamp Wireless Networks Corporation | 1100 Wilshire Boulevard | #2403 | | Los Angeles | CA | 90017-1961 | | bovitz@bovitz-spitzer.com | First Class Mail and Email |
| Calamp Wireless Networks Corporation | 15635 Alton Parkway | #250 | | Irvine | CA | 92618 | | bovitz@bovitz-spitzer.com | First Class Mail and Email |
| CENTURYLINK | CENTRAL TELEPHONE CO OF NEVADA | PO BOX 2961 | | PHOENIX | AZ | 85062 | | | First Class Mail |
| COMBINE INTERNATIONAL | 354 INDUSCO COURT | | | TROY | MI | 48083 | | | First Class Mail |
| Conyers Dill & Pearman | Attn: Chris Garrod | Hamilton | | Bermuda | HM | 11 | Bermuda | chris.garrod@conyersdill.com | First Class Mail and Email |
| CSC CORPORATE DOMAINS INC | P O BOX 13397 | | | PHILADELPHIA | PA | 19101 | | | First Class Mail |
| CURVATURE LLC | NHR NEWCO HOLDINGS LLC | 6500 HOLLISTER AVE STE 210 | | SANTA BARBARA | CA | 93117 | | | First Class Mail |
| DAL TILE DISTRIBUTION, INC. | PO BOX 170130 | | | DALLAS | TX | 75217 | | credit.legal@daltile.com | First Class Mail and Email |
| Dal Tile Distribution, Inc. | Tricia C Stout, Manager of Credit | 7834 CG Hawn Frwy | | Dallas | TX | 75217 | | | First Class Mail |
| DONNELLEY FINANCIAL SOLUTIONS | DONNELLEY FINANCIAL LLC | P O BOX 842282 | | BOSTON | MA | 02284 | | | First Class Mail |
| DYKEMA GOSSETT | Redacted | | | | | | | | First Class Mail |
| ENTECH SALES & SERVICE INC | P O BOX 650110 | | | DALLAS | TX | 75265 | | robin.mattes@entechsales.com | First Class Mail and Email |
| Eric Jay Ltd | David H. Wander, Esq. | Davidoff Hutcher & Citron LLP | 605 Third Avenue | New York | NY | 10158 | | dhw@dhclegal.com | First Class Mail and Email |
| Exacme | Newacme LLC | 2808 Vail Ave | | Commerce | CA | 90040 | | sales@exacme.com | First Class Mail and Email |
| EXQUISITE APPAREL CORP. | 230 W 38TH STREET, FLOOR 2 | | | NEW YORK | NY | 10018 | | dbreykina@exquisiteapparel.com | First Class Mail and Email |
| GUY ROOFING INC | 201 JONES RD | | | SPARTANBURG | SC | 29307 | | | First Class Mail |
| ISTAR JEWELRY LLC | BRACH EICHLER LLC | CARL J. SORANNNO, ESQ. | 101 EISENHOWER PARKWAY | ROSELAND | NJ | 07068 | | csoranno@bracheichler.com, jmartin@bracheichler.com | First Class Mail and Email |
| Johnson Controls Security Solutions LLC | 10405 Crosspoint Blvd | | | Indianapolis | IN | 46256 | | bankruptcy@tyco.com | First Class Mail and Email |
| Johnson Controls, Inc. and its affiliates | Attorney Erin A. West | Godfrey & Kahn, S.C. | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc. and its affiliates (see attached) | Attorney Erin A. West | Godfrey & Kahn, S.C. | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc. and its affiliates (see attachment) | Godfrey & Kahn, S.C. | Attorney Erin A. West | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc. and its affiliates (see attacment) | Attorney Erin A. West | Godfrey & Kahn, S.C. | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc., and its affiliates | Godfrey & Kahn, S.C. | Attorney Erin A. West | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc., and its affiliates (see attachment) | Attorney Erin A. West | Godfrey & Kahn, S.C. | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Johnson Controls, Inc., and its affiliates (see attachment) | Godfrey & Kahn, S.C. | Erin A. West | One East Main Street, Suite 500 | Madison | WI | 53703 | | ewest@gklaw.com | First Class Mail and Email |
| Koolatron Corporation | 139 Copernicus Blvd | | | Brantford | ON | N3P 1N4 | Canada | arun@koolatron.com | First Class Mail and Email |
| Koolatron Corporation | M&T Bank (Manufacturers Trade and Trust) | 1 Fountain Plaza, 12th Floor | | Buffalo | NY | 14203 | | arun@koolatron.com | First Class Mail and Email |

Exhibit B

Sears Claimant Service List

Served as set forth below

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LEITNER WILLIAMS DOOLEY NAPOLITAN | Redacted | | | | CHICAGO | IL | 60673 | Redacted | First Class Mail |
| LEXISNEXIS RISK DATA MANAGEMENT | LEXISNEXIS RISK SOLUTIONS FL | 28330 NETWORK PLACE | | | CHICAGO | IL | 60673 | | First Class Mail |
| MALABY & BRADLEY LLC | ATTN: DAVID P. SCHAFFER | 150 BROADWAY STE 600 | | | NEW YORK | NY | 10038 | dpschaffer@malabylaw.com | First Class Mail and Email |
| MILBERG FACTORS INC | 99 PARK AVE | | | | NEW YORK | NY | 10016 | | First Class Mail |
| MJC INTERNATIONAL GROUP LLC | 230 W 38TH STREET, FLOOR 2 | | | | NEW YORK | NY | 10018 | dbreykina@exquisiteapparel.com | First Class Mail and Email |
| MORGAN LEWIS & BOCKIUS | P O BOX 8500 S-6050 | | | | PHILADELPHIA | PA | 19178 | | First Class Mail |
| Nations Roof, LLC | 865 N. Ellsworth | | | | Villa Park | IL | 60181 | dgersh@nationsroof.com, wwilson@nationsroof.com | First Class Mail and Email |
| Nations Roof, LLC | 1633 Blairs Bridge Road | | | | Lithia Springs | GA | 30122 | dgersh@nationsroof.com, wwilson@nationsroof.com | First Class Mail and Email |
| Nations Roof, LLC | David Gersh | Nations Roof LLC | 851 E I-65 Service Rd South #300 | | Mobile | AL | 36606 | dgersh@nationsroof.com, wwilson@nationsroof.com | First Class Mail and Email |
| NORTHLAND MECHANICAL CONTRACTORS IN | 9001 SCIENCE CENTER DRIVE | | | | NEW HOPE | MN | 55428 | mike.tieva@northland-mn.com | First Class Mail and Email |
| ONEILL & BORGES | 250 Munoz Rivera Avenue | Suite 800 | | | San Juan | PR | 00918 | | First Class Mail |
| PERRIGO COMPANY | ATTN: CARA RITTER | 515 EASTERN AVE | | | ALLEGAN | MI | 49010 | cara.ritter@perrigo.com | First Class Mail and Email |
| PHELPS INDUSTRIES LLC | 5213 26TH AVE | | | | ROCKFORD | IL | 61109 | rruffolo@phelpspet.com | First Class Mail and Email |
| PIEDMONT SIGN SERVICE | 350 HIGHLAND RIDGE DR | | | | MARTINSVILLE | VA | 24112 | | First Class Mail |
| PRIMOW LANDSCAPE | P O BOX 4107 | | | | VISALIA | CA | 93278 | | First Class Mail |
| REED SMITH LLP | 2672 PAYSPHERE CIRCLE | | | | CHICAGO | IL | 60674 | | First Class Mail |
| ROSENTHAL & ROSENTHAL | 1370 BROADWAY | | | | NEW YORK | NY | 10018 | TDiTirro@rosenthalinc.com | First Class Mail and Email |
| SAIA PLUMBING & HEATING CO | 16709 NORBROOK DRIVE | | | | OLNEY | MD | 20832 | marty@saiaplumbing.com | First Class Mail and Email |
| SAIA PLUMBING & HEATING CO, Martin Saia | 16709 NORBROOK DRIVE | | | | OLNEY | MD | 20832 | marty@saiaplumbing.com | First Class Mail and Email |
| SCHUSTER AGUILO LLC | P O BOX 363128 | | | | SAN JUAN | PR | 00931-3128 | agorbea@salawpr.com | First Class Mail and Email |
| SEARS ROEBUCK AND CO | 3333 BEVERLY RD A3-198A | | | | HOFFMAN ESTATES | IL | 60179 | | First Class Mail |
| SGG INC | 3100 47TH AVENUE | STE 5 | | | LONG ISLAND CITY | NY | 11101-3068 | | First Class Mail |
| Shaw Industries, Inc | Nelson Rhinehart, Credit Manager | P.O Box 2128 | | | Dalton | GA | 30722 | mark.duedall@bclplaw.com; mark.duedall@bclplaw.com | First Class Mail and Email |
| Shaw Industries, Inc. | Bryan Cave Leighton Paisner LLP | Mark I. Duedall | 1201 West Peachstreet, NE | | Atlanta | GA | 30309 | mark.duedall@bclplaw.com; mark.duedall@bclplaw.com | First Class Mail and Email |
| Shaw Industries, Inc. | Bryan Cave Leighton Paisner LLP | Mark I. Duedall | 1201 West Peachtree Street, NE | | Atlanta | GA | 30309 | mark.duedall@bclplaw.com; mark.duedall@bclplaw.com | First Class Mail and Email |
| Shaw Industries, Inc. | Mark Duedall | Bryan Cave Leighton Paisner LLP | 1201 West Peachtree Street, NE | | Atlanta | GA | 30309 | mark.duedall@bclplaw.com; mark.duedall@bclplaw.com | First Class Mail and Email |
| Shaw Industries, Inc. | Nelson Rhinehart / Credit Manager | Mail Drop 026-01 | P.O. Box 2128 | | Dalton | GA | 30722 | mark.duedall@bclplaw.com; mark.duedall@bclplaw.com | First Class Mail and Email |
| Shaw Industries, Inc. | Attn: Nelson Rhinehart | PO Box 2128 | | | Dalton | GA | 30722 | | First Class Mail |
| STANLEY CREATIONS | 1414 WILLOW AVE | | | | MELROSE PARK | PA | 19027 | | First Class Mail |

Exhibit B

Sears Claimant Service List
Served as set forth below

| THOMSON WEIR LLC | 420 WEST CAPITOL AVE STE 4 | | | SPRINGFIELD | IL | 62704 | | | First Class Mail |
|---|---|---|---|---|---|---|---|---|---|
| VERUS SPORTS INC | 1300 VIRGINIA DR SUITE 401 | | | FORT WASHINGTON | PA | 19034 | | ggiegerich@verusproducts.com | First Class Mail and Email |
| Wagner Saenz Dority, L.LP. | Attn: Jason Wagner | 1010 Lamar Street | Suite 425 | Houston | TX | 77002 | | jwagner@ws-texaslaw.com | First Class Mail and Email |
| WESTPORT CORPORATION | 331 CHANGEBRIDGE ROAD | | | PINE BROOK | NJ | 07058 | | Mrahim@mundiwestport.com | First Class Mail and Email |
| WILLIAM R MEIXNER & SONS | Redacted | | | | | | | | First Class Mail |
| YOST VISES LLC | 388 W 24TH ST | | | HOLLAND | MI | 49423 | | | First Class Mail |