**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **Sears Holdings Corporation,** *et al.,*[1] | : | **Case No. 18-23538-rdd** |
| | : | |
| Debtors. | : | |
| | : | **(Jointly Administered)** |

------------------------------------------------------------

| | | |
|---|---|---|
| **Sears Home Improvement Products, Inc.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Adv. No. 20-08594-rdd** |
| | : | |
| | : | |
| **APR Supply Co.,** | : | |
| Defendant(s) | x | |

------------------------------------------------------------

## <u>MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Clayton W. Davidson, Esquire, respectfully request admission to practice, *pro hac vice*, before the Honorable Robert D. Drain in the above-referenced bankruptcy case and adversary proceeding.

I certify that I am a member in good standing of the bar in the Commonwealth of Pennsylvania, and admitted to the U.S. District Court for the Eastern, Middle and Western Districts of Pennsylvania.   I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

WHEREFORE, it is requested that this Court enter an order admitting Clayton W. Davidson, Esquire, to appear and practice *pro hac vice* on behalf of APR Supply Co. in front of this Court.

Respectfully Submitted:

McNEES WALLACE & NURICK LLC

Date:  May 11, 2020            By:     /s/ Clayton W. Davidson, Esquire
                                        Clayton W. Davidson, Esquire
                                        Pa Attorney I.D. No. 79139
                                        100 Pine Street - P.O. Box 1166
                                        Harrisburg, PA 17108-1166
                                        Phone: (717) 232-8000
                                        Fax: (717) 260-1678
                                        cdavidson@mcneeslaw.com

                                        *Attorneys for APR Supply Co.*