**Martin A. Eliopulos, Esq.**
(*pro hac vice*)
**HIGGS, FLETCHER & MACK LLP**
401 West "A" St., Suite 2500
San Diego, CA 92101
Telephone: (619) 236-1551
Facsimile: (619)696-1410
Email: elio@higgslaw.com

*Counsel for*
*BH North America Corporation*

**Michael J. Catalfimo, Esq.**
**ROWLANDS, LEBROU & GRIESMER, PLLC**
11 British American Blvd.
Latham, New York 12110
Telephone: (518) 587-8112
Facsimile: (518) 587-4140
Email: mcatalfimo@rlglawny.com

*Local Counsel for*
*BH North American Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re:                                                              Chapter 11

**SEARS HOLDING CORPORATION, *et al.*[1],**     Case No. 18-23538 (RDD)

                **Debtors.**                           (Jointly Administered)
-----------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF RESPONSE OF BH NORTH AMERICAN CORPORATION IN OPPOSITION TO THE DEBTOR'S ELEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that BH NORTH AMERICAN CORPORATION ("BH NA"), by and through its undersigned counsel, Higgs, Fletcher & Mack LLP and Rowlands, LeBrou & Griesmer, PLLC, hereby withdraws the following pleadings in the above-captioned matter:

- **ECF No. 7359** – Response of BH North America Corporation In Opposition to the Debtor's Eleventh Omnibus Objection to Proofs of Claim (To Reclassify Certain Claims) [Dkt. No. 7213]

- **ECF No. 7360** – Declaration of Dan Foust In Support of Response of BH North American Corporation In opposition to the Debtors' Eleventh Omnibus Objection to Proofs of Claim (To Reclassify Certain Claims) [Dkt. No. 7213]

Dated: May 12, 2020

**HIGGS, FLETCHER & MACK LLP**

/s/ Martin A. Eliopulos
Martin A. Eliopulos
(*pro hac vice*)
401 West A. Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
Email: elio@higgslaw.com

*Counsel for BH North American Corporation*

**ROWLANDS, LEBROU & GRIESMER, PLLC**

/s/ Michael J. Catalfimo
Michael J. Catalfimo
480 Broadway, Suite 250
Saratoga Springs, New York 12866
Telephone: (518) 587-8112
Facsimile: (587-4140)
Email: mcatalfimo@rlglawny.com

*Local Counsel for BH North American Corporation*