**Martin A. Eliopulos, Esq.**
*(pro hac vice)*
**HIGGS, FLETCHER & MACK LLP**

401 West "A" St., Suite 2500
San Diego, CA 92101
Telephone: (619) 236-1551
Facsimile: (619)696-1410
Email: elio@higgslaw.com

*Counsel for*
*BH North America Corporation*

**Michael J. Catalfimo, Esq.**
**ROWLANDS, LEBROU & GRIESMER, PLLC**
480 Broadway, Suite 250
Saratoga Springs, New York 12866
Telephone: (518) 587-8112
Facsimile (518) 587-4140
Email: mcatalfimo@rlglawny.com

*Local Counsel for*
*BH North American Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Case No. 18-23538 (RDD)<br>Chapter 11<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Joanne E. Stein, hereby certify that I am employed by Rowlands, LeBrou & Griesmer, PLLC, local counsel for BH North American Corporation.

On May 13, 2020, I electronically filed the annexed Notice of Withdrawal of Response of BH North American Corporation to the Debtors' Eleventh Omnibus Objection to Proof of Claim [Dkt No. 7934] (the "BH North American Notice of Withdrawal") using the ECF system, which will send notification of such filing to all CM/ECF Participants in this case by operation of the Court's electronic systems. On said date I also caused copies of the BH North American Notice of Withdrawal to be served upon the persons designated below by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing at an official depository of the United States Postal Service, at Saratoga Springs, New York, addressed as follows:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley
      Luke J. Valentino

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox & Steven Paradise

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C.
      Jacqueline Marcus
      Garret A. Fail, Jared R. Friedmann
      Sunny Singh, & Jessie B. Mishkin

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Elliott Moskowitz

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Shana A. Elberg, Paul Leake &
      George R. Howard

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor & Aaron C. Smith

2

| | |
|---|---|
| Kelley Drye & Warren LLP<br>Attorneys for Computershare Trust Co., N.A.<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Eric R. Wilson<br>     Benjamin D. Feder | Carter Ledyard & Milburn LLP<br>Attorneys for Bank of New York Mellon Trust Co.<br>2 Wall Street<br>New York, NY 10005<br>Attn: James Gadsden |
| Indenture Trustee for the Second Lien Notes<br>Wilmington Trust National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 | Counsel to Eastview Mall, LLC,<br>Greece Ridge, LLC & The Marketplace<br>Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 |
| Counsel to Hudson Concourse, LLC<br>Montee & Associates<br>Attn: Kevin P. Montee<br>1250-I Newell Ave., Suite 149<br>Walnut Creek, CA 94596 | Frenkel, Lambert, Weiss, Weisman & Gordon<br>Attn: Michelle C. Marans<br>53 Gibson Street<br>Bay Shore, NY 11706 |
| Successor Trustee for the SRAC<br>Unsecured PIK Notes, SRAC Unsecured<br>Notes, and the SRAC Medium Term Notes<br>The Bank of New York Mellon Trust Co.<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, NY 10286 | Counsel to the Ohio Department of Taxation<br>Victoria Garry<br>Assistant Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202 |
| Counsel to Amanda Gonzales<br>Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.<br>377 Broadway<br>New York, NY 10013<br>Attn: Jeffrey C. Chancas | Counsel to Brookfield Property REIT Inc.<br>Attn: Kristen N. Pate<br>350 N. Orlenas St., Suite 300<br>Chicago, IL 60654-1607 |

Counsel to Aransas County, Bee County, Jim
Wells CAD, Nueces County,
City of Harlingen, Hidalgo County,
Victoria County, Blanco CAD,
Harlingen CISD, Cameron County
Linebarger Goggan Blair &Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Dated: May 13, 2020

/s/ Joanne E. Stein
Joanne E. Stein

**ROWLANDS, LEBROU & GRIESMER, PLLC**
480 Broadway, Suite 250
Saratoga Springs, NY 12866
Telephone: (518) 587-8112
Facsimile: (518) 587-4140
Email:    mcatalfimo@rlglawny.com

*Local Counsel for BH North American Corporation*