**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| SEARS HOLDINGS CORPORATION, et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 18-23538 (RDD) |
| ) | |
| KMART HOLDING CORPORATION, ) | (Jointly Administered) |
| ) | Adv. Pro. 20-08359 (RDD) |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| GTT COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Darlene M. Nowak of Marcus & Shapira LLP, request admission *pro hac vice*, before the Honorable Ronald D. Drain, to represent GTT Communications, Inc. in the above referenced adversary proceeding and bankruptcy cases.

I certify that I am a member in good standing of the bars of New York State and the Commonwealth of Pennsylvania and the bar of the United Stated District Court for the Western District of Pennsylvania and the U.S. Court of Appeals for the Third and Sixth Circuits. I am submitting herewith the filing fee of $200 with this motion for pro hac vice admission.

My office address, email, telephone and fax numbers are:

> Darlene M. Nowak
> MARCUS & SHAPIRA LLP
> One Oxford Centre
> 301 Grant Street, 35th Floor
> Pittsburgh, PA 15219
> Phone: (412) 338-5214
> Facsimile: (412) 391-8758
> Email: nowak@marcus-shapira.com

A1470906.1

|  |  |
|---|---|
| Dated:  May 13, 2020<br>Pittsburgh, Pennsylvania | By: */s/Darlene M. Nowak*<br>     Darlene M. Nowak, Esq.<br><br>**MARCUS & SHAPIRA LLP**<br>One Oxford Centre<br>301 Grant Street, 35th Floor<br>Pittsburgh, PA 15219<br>Phone:  (412) 338-5214<br>Facsimile:  (412) 391-8758<br>Email:  nowak@marcus-shapira.com |