**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| SEARS HOLDINGS CORPORATION, et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 18-23538 (RDD) |
| ) | |
| KMART HOLDING CORPORATION, ) | (Jointly Administered) |
| ) | Adv. Pro. 20-08359 (RDD) |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| GTT COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE**

Upon the motion of Darlene M. Nowak to be admitted pro hac vice to represent creditors GTT Communications, Inc. in the above-captioned chapter 11 cases, and upon the movant's certification that she is a member in good standing of the bars of New York and Pennsylvania and the bars of the United States Court of Appeals for the Third and Sixth Circuits and the United Stated District Court for the Western District of Pennsylvania it is hereby:

**ORDERED** that Darlene M. Nowak is admitted to practice pro hac vice in the above-captioned cases to represent GTT Communications, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: May __, 2020

_____
THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE

A1470907.1