MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| Debtors.[1] | : | (Jointly Administered) |

**FIRST COMBINED MONTHLY FEE STATEMENT OF MORITT HOCK
& HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF JANUARY 2, 2020 THROUGH MARCH 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | January 2, 2020 through March 31, 2020 |
| Monthly Fees Incurred: | $67,883.50 |
| 20% Holdback: | $13,576.70 |
| Total Compensation Less 20% Holdback: | $54,306.80 |
| Monthly Expenses Incurred: | $6,105.76 |
| Total Fees and Expenses Requested: | |

This is a X monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "First Monthly Fee Statement") covering the period January 2, 2020, through March 31, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769]. By the First Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $54,306.80 (80% of $67,883.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $6,105.76 incurred by Moritt Hock during the Compensation Period.

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrent A. Fail (email: garrent.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, Attention: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

Objections to this First Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than May 28, 2020 (the "Objection

Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this First Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this First Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the First Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
　　　　May 13, 2020

**MORITT HOCK & HAMROFF LLP**

By:　　/s/ Ted A. Berkowitz
　　　　James P. Chou
　　　　Ted A. Berkowitz
　　　　Danielle J. Marlow
　　　　1407 Broadway
　　　　Suite 3900
　　　　New York, New York 10018
　　　　Telephone: (212) 239-2000
　　　　Facsimile: (212) 239-7277
　　　　jchou@moritthock.com
　　　　tberkowitz@moritthock.com
　　　　dmarlow@moritthock.com

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

# EXHIBIT A

## Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 5.10 | 3,442.50 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 29.60 | 17,612.00 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 2.00 | 1,120.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 35.20 | 19,360.00 |
| **Total Partner** | | | | **71.90** | **41,534.50** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 51.20 | 20,224.00 |
| **Total Associates** | | | | **51.20** | **20,224.00** |
| **PARALEGAL** | | | | | |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 20.50 | 5,022.50 |
| Camille Hay | Litigation | N/A | $245 | 4.50 | 1,102.50 |
| **Total Paralegal** | | | | **25.00** | **6,125.00** |
| **Total Hours/ Fees Requested** | | | | **148.10** | **67,883.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | 71.90 | **41,534.50** |
| Associates | 395.00 | 51.20 | **20,224.00** |
| Paralegals/ Non-Legal Staff | 245.00 | 25.00 | **6,125.00** |
| Blended Timekeeper Rate | 411.66 | | |
| **Total Fees Incurred** | | | **67,883.50** |

# EXHIBIT B

## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B160 | Fee/ Employment Applications | 44.0 | 20,543.00 |
| B191 | Litigation/ Adversary Proceeding | 104.10 | 47,340.50 |
| | **Total:** | **148.10** | **67,883.50** |

# EXHIBIT C

**Itemized Fees**



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Prof | Narrative | Hours | Bankruptcy Code |
|---|---|---|---|---|
| **Matter ID: N-1944.001** | | | | |
| 01/03/2020 | JPC | Conference call w/ Akin team and T. Berkowitz re: background. | 0.60 | B160 |
| 01/03/2020 | TAB | Confer w/J. Chou retention app and sections to complete. | 0.60 | B160 |
| 01/10/2020 | JPC | Reviewing/analyzing Sears adversary complaint. | 2.00 | B191 |
| 01/11/2020 | JPC | Further reviewing/analyzing Sears adversary complaint. | 1.00 | B191 |
| 01/13/2020 | JPC | Attention to engagement letter, including review relevant provisions in connection order. | 1.60 | B191 |
| 01/21/2020 | JPC | Confer w/ D. Marlow re: upcoming tasks. | 0.10 | B191 |
| 02/05/2020 | JPC | Attention to documents from M. Young. | 0.40 | B191 |
| 02/07/2020 | DJM | Preparation for call with Akin Gump (D. Chapman, M. Young) regarding subpoenas, including review of background materials (1.00 hours), call with Akin Gump (D. Chapman, M. Young) regarding subpoenas, Moritt Hock role, upcoming tasks (0.6 hours), call with J. | 2.00 | B191 |
| 02/07/2020 | JPC | Reviewing/analyzing background materials in preparation for conference call w/ Akin team. | 0.80 | B191 |
| 02/07/2020 | JPC | Conference call w/ Akin re: subpoenas. | 0.50 | B191 |
| 02/07/2020 | JPC | Conference call w/ T. Berkowitz and D. Marlow re: staffing and tasks. | 0.30 | B191 |
| 02/07/2020 | TAB | Conference call with Akin team re: subpoenas. | 0.50 | B191 |
| 02/07/2020 | TAB | Conference call with J Chou and D Marlow re staffing and tasks. | 0.30 | B191 |
| 02/10/2020 | ADC | Research & Analysis - Reviewed Norges Bank subpoena and Norges objections(.2); researched law concerning the basis of Norges objections and drafted memo summarizing the law(5.9). | 6.10 | B191 |
| 02/10/2020 | TAB | Meeting with M. Cardello, D. Marlow re: staffing of matter (.3); meeting with M. re, D. Marlow re: Staffing (.2). | 0.50 | B191 |
| 02/10/2020 | JPC | Confer w/ A. Corey re: Norges objection and research findings. | 0.20 | B191 |
| 02/10/2020 | DJM | Meeting with M. Cardello, T. Berkowitz regarding staffing of matter (0.3 hours), meeting with M. Re, T. Berkowitz regarding staffing of | 0.50 | B191 |
| 02/11/2020 | DJM | Draft/revise subpoenas, review of forms, research regarding contact information for companies to be subpoenaed. | 3.00 | B191 |
| 02/11/2020 | ADC | Further review and analysis of Norges objections to Rule 45 subpoena(.2) and drafting memo of law analyzing the issue(3.7). | 3.90 | B191 |
| 02/11/2020 | JPC | Further confer w/ A. Corey re: additional research on subpoenas on U.S. branches of central banks. | 0.20 | B191 |
| 02/12/2020 | ADC | Research & analysis of jurisdiction over Norges bank and other similar foreign entities(3.0); further drafting research memo(1.3). | 4.30 | B191 |
| 02/12/2020 | JPC | Confer w/ A. Corey re: jurisdictional analysis re: Norges objection. | 0.20 | B191 |
| 02/13/2020 | ADC | Research & Analysis of Norges subpoena objections(1.3); drafted research memo thereof(1.4). | 2.70 | B191 |
| 02/15/2020 | JPC | Begin review of research memo re: Norges Bank objections to subpoena. | 0.40 | B191 |
| 02/18/2020 | JPC | Review draft subpoena from D. Marlow (.1); email to D. Marlow and T. Berkowitz re: same. (.1). | 0.20 | B191 |
| 02/18/2020 | TAB | Review email from J Chou re review of draft subpoena. | 0.10 | B191 |
| 02/20/2020 | JPC | Further review/analyze and comment on memo re: arguments against Norges Bank objections. | 0.20 | B191 |
| 02/20/2020 | JPC | Confer w/ D. Marlow re: status of subpoenas. | 0.10 | B191 |
| 02/20/2020 | DJM | Confer w/J. Chou re: status of subpoenas. | 0.10 | B191 |
| 02/20/2020 | TAB | Conf. with J. Chou re: status of subpoenas. | 0.10 | B191 |
| 02/21/2020 | DJM | Calls with Sheila Thomas and James Chou regarding subpoenas. | 0.40 | B191 |
| 02/21/2020 | SMT | Obtained contacts and addresses for subpoenas to multiple entities. | 0.60 | B191 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Initials | Description | Hours | Code |
|---|---|---|---|---|
| 02/23/2020 | JPC | Further revisions to memo re: arguments in support of response to Norges Bank objections. | 1.40 | B191 |
| 02/24/2020 | ADC | Further researched impact of Hague Evidence Convention on Norges' arguments and finalized research memo. | 1.70 | B191 |
| 02/24/2020 | SMT | Obtained contacts and addresses for subpoenas to multiple entities. | 0.90 | B191 |
| 02/24/2020 | JPC | Confer w/ A. Corey re: responses to Norges Bank objections. | 0.20 | B191 |
| 02/25/2020 | DJM | Call/meeting with Sheila Thomas regarding subpoenas, service of same. | 0.60 | B191 |
| 02/25/2020 | SMT | Prepared subpoenas to produce documents for multiple entities; forwarded same to Executive Attorney Service for service. | 2.60 | B191 |
| 02/25/2020 | JPC | Confer w/ T. Berkowitz re: status of retention app. | 0.20 | B160 |
| 02/25/2020 | JPC | Review current draft of retention app (.3); drafting portions of retention app. (2.1). | 2.40 | B160 |
| 02/25/2020 | TAB | Confer w/J. Chou retention app and sections to complete. | 0.20 | B160 |
| 02/26/2020 | SMT | Called Executive Attorney Service regarding service of subpoenas outside New York. | 0.20 | B191 |
| 02/27/2020 | SMT | Prepared additional subpoenas to produce documents for multiple entities; forwarded same to Executive Attorney Service for service. | 3.10 | B191 |
| 02/27/2020 | ADC | Drafted Application (4.50); Conferred with J. Chou (0.3). | 4.80 | B160 |
| 02/27/2020 | JPC | Review and comment on retention app. (1.0); confer w/ A. Corey re: retention application (.3); further confer w/ A. Corey (.3). | 1.60 | B160 |
| 02/28/2020 | ADC | Outlined and drafted letter to respond to Norges objections (0.50). | 0.50 | B191 |
| 02/28/2020 | SMT | Emailed Executive Attorney Service updated subpoena to Nomura; telephone conversation with same regarding address verifications and change of addressee concerning Credit Suisse and Sumitomo Mitsui Trust Asset Management Co Ltd.; telephone call with Executive Attorney Service representative regarding possible service for Monday. | 0.90 | B191 |
| 02/28/2020 | DJM | Coordination of service of subpoenas, calls/e-mails regarding same. | 0.70 | B191 |
| 02/28/2020 | JPC | Review and comment on latest draft of retention app. | 1.10 | B160 |
| 02/28/2020 | ADC | Draft/revise conflict counsel application for MHH (3.8) | 3.80 | B160 |
| 03/02/2020 | ADC | Draft/revise conflicts counsel application. | 1.50 | B191 |
| 03/02/2020 | JPC | Email to D. Marlow re: responses to objections to subpoena(.10) | 0.10 | B191 |
| 03/02/2020 | JPC | Finalizing drafts of retention app. | 1.80 | B160 |
| 03/03/2020 | SMT | Revised Sumitomo Mitsui Trust Asset Management Co. Ltd. subpoena for service. | 0.30 | B191 |
| 03/03/2020 | SMT | Researched new address for Sumitomo Mitsui Trust Asset Management Co. Ltd. | 0.50 | B191 |
| 03/03/2020 | SMT | Called Comerica legal representative regarding service and correct address. | 0.40 | B191 |
| 03/03/2020 | DJM | Telephone conversations with recipients of subpoenas (Morgan Stanley, Sculptor, Citibank, Sumitomo) (1.0 hours), e-mails with recipients of subpoenas (0.7 hours), review of memo from A. Corey regarding objections by Norges Bank (0.5 hours), e-mails with S. | 2.70 | B191 |
| 03/04/2020 | DJM | Call with counsel for Sandell (0.2 hours), call with counsel to D.E. Shaw (0.2 hours), multiple e-mails with S. Thomas regarding service of subpoenas, status (0.5 hours), call with M. Young regarding subpoenas (0.2 hours), call with J. Chou regarding subpoenas | 1.20 | B191 |
| 03/04/2020 | ADC | Draft/revise letter in response to Norges' objections to the subpoena. | 8.70 | B191 |
| 03/04/2020 | ADC | Draft/revise retention application papers. | 0.80 | B160 |
| 03/04/2020 | JPC | Review and provide comments/revisions to letter to Norges Bank. | 1.10 | B191 |
| 03/04/2020 | JPC | Call with D. Marlow re subpoenas | 0.10 | B191 |
| 03/04/2020 | SMT | Telephone call to Wells Fargo regarding service of subpoena and correct address; emailed Executive Attorney Service regarding | 0.60 | B191 |
| 03/04/2020 | SMT | Emails with D. Marlow regarding Wells Fargo service of subpoena and correct address and Comerica's service; emailed same | 0.30 | B191 |
| 03/04/2020 | SMT | Updated subpoena status chart. | 0.40 | B191 |
| 03/05/2020 | DJM | Review of letter from Mitsubishi bank regarding subpoena (0.2 hours), review of response from Goldman Sachs (0.1 hours). | 0.30 | B191 |
| 03/05/2020 | ADC | Draft/revise Application papers (0.70); prepared entity list for conflicts check (1.00) | 1.70 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Atty | Description | Hours | Code |
|---|---|---|---|---|
| 03/05/2020 | JPC | Attention to retention app and additional conflicts checks | 1.70 | B160 |
| 03/05/2020 | SMT | Updates to subpoena service tracking chart concerning affidavits of service by Executive Attorney Service, objections and requests | 0.60 | B191 |
| 03/05/2020 | SMT | Response email to Executive Attorney Service regarding subpoena service affidavits; emailed same regarding service on Wells | 0.20 | B191 |
| 03/05/2020 | SMT | Emailed D. Marlow status of service to Mitsubishi and Bank of Nova Scotia. | 0.20 | B191 |
| 03/06/2020 | ADC | Worked to identify additional entities for conflicts check as part of MHH Application as conflicts counsel. | 2.70 | B160 |
| 03/06/2020 | DJM | Call with Bain Capital regarding subpoena (0.2 hours), call and e-mail with Mitsubishi bank regarding subpoena (0.3 hours), review and revision of chart regarding subpoenas and sending of same to Akin Gump (0.5 hours). | 1.00 | B191 |
| 03/07/2020 | TAB | Conference call with Akin team re: subpoenas. | 2.00 | B191 |
| 03/09/2020 | ADC | Other managed conflict check process. | 0.40 | B160 |
| 03/09/2020 | DJM | Call with counsel to Blackstone Group regarding subpoena (0.4 hours), call with counsel to Cyrus regarding subpoena (0.3 hours), e-mails with counsel to Societe General regarding subpoena (0.2 hours), coordination with S. Thomas regarding updating chart (0.3 | 1.20 | B191 |
| 03/09/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/09/2020 | SMT | Emailed D. Marlow updated subpoena service tracking chart. | 0.20 | B191 |
| 03/09/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/10/2020 | DJM | Review and analysis of objections by Sculptor. | 0.40 | B191 |
| 03/11/2020 | ADC | Draft/revise Norges subpoena response letter | 0.30 | B191 |
| 03/11/2020 | DJM | Review objections from Cyrus, BlackRock, Barclays, and BNY Mellon (0.8 hours), review and response to e-mail from Akin Gump regarding subpoenas, status, service (0.6 hours), coordination with S. Thomas regarding subpoenas (0.2 hours). | 1.60 | B191 |
| 03/11/2020 | JPC | Review prebill for February time for monthly fee statement bill (.8). | 0.80 | B160 |
| 03/11/2020 | JPC | Revising response letter to Norges (.7); confer w/ A. Corey re: arguments and case law in response to Norges objections (.7) | 1.40 | B191 |
| 03/11/2020 | SMT | Updates to subpoena service tracking chart. | 0.30 | B191 |
| 03/11/2020 | SMT | Emailed updated subpoena service chart to D. Marlow. | 0.20 | B191 |
| 03/11/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/12/2020 | ADC | Revised Chou Decl. with new conflicts categories (0.5). | 0.50 | B160 |
| 03/12/2020 | JPC | Review email from A. Corey re: blocking statutes in relation to Hague Convention and Rule 45 subpoenas (.2); confer w/ A. Corey | 0.60 | B191 |
| 03/12/2020 | ADC | Research & Analysis of Hague Convention application to specific jurisdiction analysis (.90) | 0.90 | B191 |
| 03/13/2020 | SMT | Prepared additional subpoenas to produce documents for multiple entities; audit of same. | 0.80 | B191 |
| 03/13/2020 | DJM | E-mails with Herrick law firm regarding coordination of subpoenas, review of subpoenas in connection with same (0.8 hours), coordination with S. Thomas regarding service of additional subpoenas (0.4 hours), review of response from AllianceBernstein (0.2 | 1.40 | B191 |
| 03/13/2020 | ADC | Review and analysis of entities for additional conflicts check for retention application | 0.70 | B160 |
| 03/13/2020 | SMT | Forwarded additional subpoenas to Executive Attorney Service for service; telephone call to same regarding addresses. | 0.50 | B191 |
| 03/13/2020 | SMT | Added documents responsive to subpoena to file. | 0.30 | B191 |
| 03/16/2020 | ADC | Draft/revise Sears retention application papers. | 0.60 | B160 |
| 03/16/2020 | DJM | Call with Herrick Feinstein regarding subpoenas served upon Blackstone (0.2 hours), e-mails with counsel for Mitsubishi Bank regarding subpoena, protective order (0.3 hours). | 0.50 | B191 |
| 03/16/2020 | CH | Review and compare Schedule 1 against the Chou Decl. Schedule One and Schedule I from the pdf Herrick App (page 32-39); Outline discrepancies to ADC; Edit Schedule 1 | 4.50 | B160 |
| 03/17/2020 | ADC | Draft/revise retention application papers. | 3.50 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Atty | Description | Hours | Code |
|---|---|---|---|---|
| 03/17/2020 | DJM | Telephone conversation with M. Young regarding subpoenas, e-mails with M. Young (0.5 hours), call with Bank of America regarding subpoena (0.4 hours), review of objections from Barclays and call to same (0.3 hours). | 1.20 | B191 |
| 03/17/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/17/2020 | JPC | Revise latest draft retention application papers. | 3.00 | B160 |
| 03/18/2020 | DJM | Telephone conversation with Vanguard bank (0.3 hours), re-service of Vanguard subpoena (0.3 hours), follow up call with BlackRock and provision of protective order to same (0.3 hours), follow up e-mails with Mizuho and coordination of meet and confer with same (0.5 hours), follow up e-mail to Comerica, provision of information to same (0.2 hours), follow up e-mail to Citi and provision of | 4.20 | B191 |
| 03/18/2020 | SMT | Emailed updated subpoena service chart to D. Marlow; response email to same concerning status of Comerica and Wells Fargo re- | 0.40 | B191 |
| 03/18/2020 | SMT | Updates to subpoena service tracking chart. | 0.60 | B191 |
| 03/18/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/19/2020 | DJM | Telephone conversation with counsel to Barclays and follow up e-mails (0.6 hours), emails with Comerica (0.2 hours), e-mails with Nomura (0.2 hours), review of production by Sumitomo Mitsui (0.5 hours), review of articles/cases regarding preference/fraudulent | 3.50 | B191 |
| 03/19/2020 | JPC | Review response to subpoena from Sumitomo. | 0.20 | B191 |
| 03/19/2020 | SMT | Updates to subpoena service tracking chart. | 0.40 | B191 |
| 03/19/2020 | SMT | Response email to Executive Attorney Service regarding additional subpoenas. | 0.20 | B191 |
| 03/20/2020 | DJM | Telephone conversation with Mizuho bank (0.5 hours), review of correspondence from Mizuho Bank (0.5 hours). | 1.00 | B191 |
| 03/20/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/20/2020 | SMT | Updates to subpoena service tracking chart. | 0.30 | B191 |
| 03/20/2020 | SMT | Emailed updated subpoena service chart to D. Marlow. | 0.20 | B191 |
| 03/23/2020 | SMT | Updates to subpoena service tracking chart. | 0.20 | B191 |
| 03/23/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/23/2020 | DJM | Telephone conversation with counsel to CSS (0.5 hours), provision of 2004 motion and order and adversary complaint to counsel for CSS (0.7 hours), review of 2004 motion and order (0.8 hours), review of production and correspondence by Mitsubishi Bank (1.0 | 3.00 | B191 |
| 03/23/2020 | ADC | Draft/revise MHH Application. | 0.30 | B160 |
| 03/23/2020 | TAD | Review James Chou email re: monthly fee statement(.1) review Sears confirmation order re: post-confirmation professional retentions(.6) analysis and respond to James Cho re: same(.3). | 1.00 | B160 |
| 03/25/2020 | DJM | Review of subpoena responses/objections by Blackstone Group (0.5 hours), e-mail to counsel for Blackstone Group regarding request for meet and confer (0.2 hours), e-mail to counsel for Blackstone Group regarding Herrick Feinstein subpoena and potential | 1.00 | B191 |
| 03/26/2020 | DJM | Telephone conversation with counsel for Blackstone (0.5 hours), telephone conversation with counsel for Vanguard (0.4 hours), e- | 1.00 | B191 |
| 03/27/2020 | SMT | Add documents responsive to subpoena to file. | 0.20 | B191 |
| 03/27/2020 | SMT | Updates to subpoena service tracking chart. | 0.20 | B191 |
| 03/30/2020 | DJM | Telephone conversation with D. Chapman and Melodie Young of Akin Gump regarding status, coordination (0.4 hours), follow up e-mails with M. Young (0.5 hours), e-mails with S. Thomas regarding service of Wells Fargo, follow up with non-responding parties (0.6 hours), follow up with Bank New York Mellon (0.1 hours), follow up with Societe Generale (0.1 hours). | 1.70 | B191 |
| 03/30/2020 | SMT | Revised Wells Fargo & Company Private Banking and Investment Bank subpoena for service. | 0.50 | B191 |
| 03/30/2020 | SMT | Researched new address for Wells Fargo & Company Private Banking and Investment Bank. | 0.50 | B191 |
| 03/30/2020 | SMT | Emailed Executive Attorney Service attaching Wells Fargo subpoena for service. | 0.20 | B191 |
| 03/30/2020 | JPC | Conf. call w/ Akin team re: status and issues relating to responses to subpoenas. | 0.40 | B191 |
| 03/31/2020 | TAB | Prepare for and Conference call with Akin to review Retention and interim compensation issues. | 0.30 | B160 |



**MORITT HOCK & HAMROFF LLP**
Invoice - January 2, 2020 through March 31, 2020

| Date | Initials | Description | Hours | Code |
|---|---|---|---|---|
| 03/31/2020 | TAB | Email exchange with J Chou re: billing issues. | 0.20 | B160 |
| 03/31/2020 | TAB | Conference call with Akin and MHH team re: retention application and interim compensation issues | 0.30 | B160 |
| 03/31/2020 | ADC | Communicate (other outside counsel) to finalize MHH application papers and coordinate Tucker signing the application and his | 0.80 | B160 |
| 03/31/2020 | DJM | Review of response/production by Goldman Sachs (0.4 hours), review of response/production by CSS (0.4 hours), updating of chart | 1.00 | B191 |
| 03/31/2020 | SMT | Updates to subpoena service tracking chart. | 0.70 | B191 |
| 03/31/2020 | TAD | Review Sears confirmation order in advance of call with Akin on billing and retention issues. | 0.40 | B160 |
| 03/31/2020 | TAD | Attend call with Akin re: billing and retention issues(.3); follow with Akin re: same(.1); emails with A. Corey(.1); review interim comp | 0.60 | B160 |
| 03/31/2020 | JPC | Prepare for (.2); conference call w/ Akin and MHH team re: retention application and interim compensation issues (.3). | 0.50 | B160 |
| 03/31/2020 | JPC | Review latest retention app for execution and circulation. | 1.50 | B160 |
| 03/31/2020 | JPC | Review Order re: Interim fees. | 0.50 | B160 |
| 03/31/2020 | JPC | Email w/ T. Berkowitz re: billing issues. | 0.20 | B160 |
| | | **Grand Total:** | **148.10** | |

# EXHIBIT D

**Disbursement Summary**

| Disbursement Activity | Amount |
|---|---:|
| Duplication – In House | 68.60 |
| Outside Vendor Fees- Process Server | 6,025.00 |
| Working Meals | 12.16 |
| **Total:** | **6,105.76** |

## EXHIBIT E

### Itemized Disbursements

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 02/25/2020 | Copies | 42.00 |
| 02/27/2020 | Copies | 26.60 |
| 03/05/2020 | Executive Attorney Service Inc., Inv # 54142, Rush Process Service of Subpoena to Produce Documents etc. upon:<br>Alliance Bernstein LP at New York, NY on 2/27/2020,<br>AXA Equitable Funds Management Group LLC at New York, NY on 2/27/2020,<br>Cyrus Capital Partners LP at New York, NY on 2/27/2020,<br>Bank of New York Mellon at New York, NY on 2/28/2020,<br>Black Rock Inc. at New York, NY on 2/27/2020,<br>Blackstone Group Inc. at New York, NY on 2/27/2020,<br>Barclays Bank PLC at New York, NY on 2/27/2020,<br>Goldman Sachs Group at New York, NY on 2/28/2020,<br>DE Shaw & Co LP at New York, NY on 2/27/2020,<br>Citigroup Inc. at New York, NY on 2/27/2020,<br>Highland Capital Management LP at Dallas, TX on 2/28/2020,<br>Invesco Capital Management LLC at Atlanta, GA on 2/27/2020,<br>Absolute Return Capital LLC at Boston, MA on 2/27/2020.<br>Teachers Insurance and Annuity Association of America at Wilmington, DE on 3/2/2020,<br>Sumitomo Mitsui Trust Asset Management at New York, NY on 3/2/2020,<br>Societe Generale Securities Investments at New York, NY on 2/28/2020,<br>Och Ziff Capital Management Group at New York, NY on 2/28/2020,<br>Nomura Holding America Inc. at New York, NY on 2/28/2020,<br>Morgan Stanley Investment Banking at New York, NY on 2/28/2020,<br>Mizuho Asset Management at New York, NY on | 4,525.00 |

| | | |
|---|---|---|
| | 2/28/2020,<br>Merrill Lynch & Co at New York, NY on 2/28/2020,<br>Mitsubishi UFJ Trust & Banking at New York, NY on 2/28/2020,<br>The Bank of Nova Scotia at New York, NY on 3/2/2020,<br>Sandell Investment Services LLC at New York, NY on 2/28/2020,<br>Sandell Asset Management Corp at New York, NY on 2/28/2020,<br>Norges Bank Investment Management at New York, NY on 2/28/2020,<br>Credit Suisse Investment Banking at New York, NY on 3/2/2020,<br>Credit Suisse Asset Management at New York, NY on 3/2/2020,<br>Commerzbank AG Asset Management at New York, NY on 2/28/2020,<br>Comerica Bank at Dallas, TX on 2/28/2020,<br>Vanguard Group at Malvern, PA on 2/28/2020,<br>Charles Schwab Investment Management at San Francisco, CA on 2/28/2020 | |
| 03/12/2020 | Executive Attorney Service Inc., Inv # 54474, Service of Subpoena to Produce Documents etc. upon Sumitomo Mitsui Trust Bank at Hoboken, NJ and at New York, NY on 3/6/2020 | 225.00 |
| 03/12/2020 | Executive Attorney Service Inc., Inv # 54476, Service of Subpoena to Produce Documents etc. upon Wells Fargo & Co Private Banking at Sacramento, CA on 2/28/2020 | 300.00 |
| 03/20/2020 | Executive Attorney Service Inc., Inv # 54920, Service of Subpoena to Produce Documents upon: Wolverine Asset Management via Secretary of State (after attempt in IL) on 3/19/2020, Jefferies LLC via Secretary of State (after attempt) on 3/19/2020, Geode Capital Management LLC at Boston, MA on 3/16/2020, CSS LLC at Chicago, IL on 3/16/2020, AQR Capital Management LLC via Secretary of State (after attempt) on 3/20/2020 | 975.00 |
| 03/03/2020 | JPC, Working Meal, Frame, 2/23/2020 | 12.16 |
| | **Total** | **6,105.76** |

2245007v2