**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| SEARS HOLDINGS CORPORATION, et al. ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 18-23538 (RDD) |
| ) | |
| KMART HOLDING CORPORATION, ) | (Jointly Administered) |
| ) | Adv. Pro. 20-08359 (RDD) |
| Plaintiff ) | |
| vs. ) | |
| ) | |
| GTT COMMUNICATIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Darlene M. Nowak to be admitted *pro hac vice* to represent GTT Communications, Inc. in the above-captioned chapter 11 cases and adversary proceeding, and upon the movant's certification that she is a member in good standing of the bars of New York and Pennsylvania and the bars of the United States Court of Appeals for the Third and Sixth Circuits and the United Stated District Court for the Western District of Pennsylvania, it is hereby:

**ORDERED** that Darlene M. Nowak, Esq. is admitted to practice *pro hac vice* in the above-captioned cases and adversary proceeding to represent GTT Communications, Inc. in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        May 13, 2020

                                        */s/Robert D. Drain*
                                        THE HONORABLE ROBERT D. DRAIN,
                                        UNITED STATES BANKRUPTCY JUDGE

A1470907.1