Invoices Comprising 503(b)(9) Claim of Johnson Controls, Inc.
Included in filed claim nos.: 16658, 16236, and 16604

| Customer # | Invoice # | Invoice Dt | Due Date | Cust PO# | Amount | Amt Due | Refer | CTS# | Type | Jrnl # | Cd | Applied Jrnl # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142182 | 8843362-03 | 9/25/2018 | 11/24/2018 | KMFCM-2000063276 | 25332.38 | 25332.38 | TAG: KMART/SEARS 1678 | 0 | IN | 1439680 | IN# | 0 |
| 142182 | 8869660-00 | 9/28/2018 | 11/27/2018 | KMFCM-2000063434 | 906.30 | 906.30 | TAG: KMART 7673 STEVENSV | 0 | IN | 1442179 | IN# | 0 |
| 142182 | 8869660-01 | 10/3/2018 | 12/2/2018 | KMFCM-2000063434 | 79.50 | 79.50 | TAG: KMART 7673 STEVENSV | 0 | IN | 1445660 | IN# | 0 |
| 142182 | 8869660-02 | 10/6/2018 | 12/5/2018 | KMFCM-2000063434 | 72201.90 | 72201.90 | TAG: KMART 7673 STEVENSV | 0 | IN | 1447350 | IN# | 0 |
| 142182 | 8869660-03 | 10/8/2018 | 12/7/2018 | KMFCM-2000063434 | 186.56 | 186.56 | TAG: KMART 7673 STEVENSV | 0 | IN | 1448053 | IN# | 0 |
| 142182 | 8869660-04 | 10/8/2018 | 12/7/2018 | KMFCM-2000063434 | 7123.20 | 7123.20 | TAG: KMART 7673 STEVENSV | 0 | IN | 1448058 | IN# | 0 |
|  |  |  |  |  | 105829.84 | 105829.84 |  |  |  |  |  |  |

22313082.1