18-23538-shl    Doc 7945-2    Filed 05/13/20    Entered 05/13/20 15:16:26    Exhibit B
Pg 1 of 4

Invoices Comprising 503(b)(9) Claim of Koch Filter            EXHIBIT B
Included in filed claim no.: 17370

| Memo | Customer Invoice | Bill To Customer: Customer | Customer Purchase Order | Invoice Date | Total Amount | Amount Past Due |
|---|---|---|---|---|---|---|
| | CI-0000085141 | Sears EDI-Bill To | PO875377 | 9/25/2018 3:37 | 38.88 | - |
| | CI-0000085147 | Sears EDI-Bill To | PO869827 | 9/25/2018 3:38 | 93.60 | - |
| | CI-0000085136 | Sears EDI-Bill To | PO878475 | 9/25/2018 3:38 | 148.80 | - |
| | CI-0000085238 | Sears EDI-Bill To | PO883312 | 9/25/2018 12:16 | 114.24 | - |
| | CI-0000085196 | Sears EDI-Bill To | PO875826 | 9/25/2018 12:16 | 140.40 | - |
| | CI-0000085195 | Sears EDI-Bill To | PO864002 | 9/25/2018 12:16 | 196.32 | - |
| | CI-0000085203 | Sears EDI-Bill To | PO883783 | 9/25/2018 12:17 | 27.48 | - |
| | CI-0000085244 | Sears EDI-Bill To | PO869730 | 9/25/2018 12:17 | 128.40 | - |
| | CI-0000085274 | Sears EDI-Bill To | PO844902 | 9/25/2018 16:31 | 280.08 | - |
| | CI-0000085417 | Sears EDI-Bill To | PO838709 | 9/26/2018 0:46 | 165.36 | - |
| | CI-0000085436 | Sears EDI-Bill To | PO865136 | 9/26/2018 8:47 | 119.28 | - |
| | CI-0000085451 | Sears EDI-Bill To | PO824929 | 9/26/2018 13:00 | 46.80 | - |
| | CI-0000085494 | Sears EDI-Bill To | PO880196 | 9/26/2018 13:01 | 38.88 | - |
| | CI-0000085516 | Sears EDI-Bill To | PO833741 | 9/26/2018 13:01 | 43.92 | - |
| | CI-0000085496 | Sears EDI-Bill To | PO865223 | 9/26/2018 13:01 | 93.60 | - |
| | CI-0000085511 | Sears EDI-Bill To | PO866347 | 9/26/2018 13:01 | 171.36 | - |
| | CI-0000085478 | Sears EDI-Bill To | PO861661 | 9/26/2018 13:01 | 177.84 | - |
| | CI-0000085449 | Sears EDI-Bill To | PO870251 | 9/26/2018 13:01 | 266.40 | - |
| | CI-0000085492 | Sears EDI-Bill To | PO812264 | 9/26/2018 13:01 | 280.80 | - |
| | CI-0000085505 | Sears EDI-Bill To | PO793644 | 9/26/2018 13:01 | 280.80 | - |
| | CI-0000085512 | Sears EDI-Bill To | PO861357 | 9/26/2018 13:01 | 280.80 | - |
| | CI-0000085474 | Sears EDI-Bill To | PO880034 | 9/26/2018 13:01 | 321.24 | - |
| | CI-0000085584 | Sears EDI-Bill To | PO861251 | 9/26/2018 17:16 | 282.12 | - |
| | CI-0000085575 | Sears EDI-Bill To | PO876494 | 9/26/2018 17:16 | 371.76 | - |
| | CI-0000085602 | Sears EDI-Bill To | PO863324 | 9/26/2018 17:16 | 399.36 | - |
| | CI-0000085707 | Sears EDI-Bill To | PO880981 | 9/27/2018 10:16 | 90.48 | - |
| | CI-0000085737 | Sears EDI-Bill To | PO887603 | 9/27/2018 10:16 | 193.20 | - |
| | CI-0000085715 | Sears EDI-Bill To | PO881006 | 9/27/2018 10:16 | 215.04 | - |
| | CI-0000085812 | Sears EDI-Bill To | PO879011 | 9/27/2018 14:32 | 108.60 | - |
| | CI-0000085780 | Sears EDI-Bill To | PO820966 | 9/27/2018 14:32 | 128.64 | - |
| | CI-0000085764 | Sears EDI-Bill To | PO865359 | 9/27/2018 14:32 | 154.32 | - |
| | CI-0000085798 | Sears EDI-Bill To | PO875412 | 9/27/2018 14:32 | 175.92 | - |
| | CI-0000085854 | Sears EDI-Bill To | PO859857 | 9/27/2018 18:46 | 433.80 | - |
| | CI-0000085933 | Sears EDI-Bill To | PO878703 | 9/27/2018 23:00 | 612.50 | - |
| | CI-0000085987 | Sears EDI-Bill To | PO883598 | 9/28/2018 11:15 | 140.40 | - |
| | CI-0000085974 | Sears EDI-Bill To | PO880941 | 9/28/2018 11:15 | 149.76 | - |
| | CI-0000085956 | Sears EDI-Bill To | PO883604 | 9/28/2018 11:15 | 171.36 | - |
| | CI-0000086017 | Sears EDI-Bill To | PO883294 | 9/28/2018 11:15 | 224.64 | - |
| | CI-0000086012 | Sears EDI-Bill To | PO885868 | 9/28/2018 11:15 | 307.20 | - |
| | CI-0000085962 | Sears EDI-Bill To | PO887978 | 9/28/2018 11:15 | 571.20 | - |
| | CI-0000086004 | Sears EDI-Bill To | PO881947 | 9/28/2018 11:15 | 571.20 | - |

Invoices Comprising 503(b)(9) Claim of Koch Filter     **EXHIBIT B**
Included in filed claim no.: 17370

| Memo | Customer Invoice | Bill To Customer: Customer | Customer Purchase Order | Invoice Date | Total Amount | Amount Past Due |
|---|---|---|---|---|---|---|
| | CI-0000086002 | Sears EDI-Bill To | PO833859 | 9/28/2018 11:15 | 603.90 | - |
| | CI-0000085976 | Sears EDI-Bill To | PO886700 | 9/28/2018 11:16 | 114.24 | - |
| | CI-0000086074 | Sears EDI-Bill To | PO876987 | 9/28/2018 15:16 | 347.52 | - |
| | CI-0000086080 | Sears EDI-Bill To | PO869289 | 9/28/2018 15:17 | 226.08 | - |
| | CI-0000086143 | Sears EDI-Bill To | PO877643 | 9/28/2018 19:31 | 270.56 | - |
| | CI-0000086137 | Sears EDI-Bill To | PO839664 | 9/28/2018 19:31 | 455.64 | - |
| | CI-0000086184 | Sears EDI-Bill To | PO874614 | 9/28/2018 19:31 | 528.54 | - |
| | CI-0000086242 | Sears EDI-Bill To | PO865361 | 9/28/2018 23:34 | 218.40 | - |
| | CI-0000086339 | Sears EDI-Bill To | PO886005 | 10/1/2018 11:15 | 76.80 | - |
| | CI-0000086364 | Sears EDI-Bill To | PO883291 | 10/1/2018 11:16 | 46.68 | - |
| | CI-0000086384 | Sears EDI-Bill To | PO883627 | 10/1/2018 11:16 | 69.84 | - |
| | CI-0000086385 | Sears EDI-Bill To | PO880840 | 10/1/2018 11:16 | 81.84 | - |
| | CI-0000086348 | Sears EDI-Bill To | PO828407 | 10/1/2018 11:16 | 93.60 | - |
| | CI-0000086398 | Sears EDI-Bill To | PO884479 | 10/1/2018 11:16 | 130.32 | - |
| | CI-0000086390 | Sears EDI-Bill To | PO886307 | 10/1/2018 11:16 | 144.96 | - |
| | CI-0000086349 | Sears EDI-Bill To | PO877278 | 10/1/2018 11:16 | 152.76 | - |
| | CI-0000086393 | Sears EDI-Bill To | PO872936 | 10/1/2018 11:16 | 217.20 | - |
| | CI-0000086351 | Sears EDI-Bill To | PO883408 | 10/1/2018 11:16 | 239.52 | - |
| | CI-0000086452 | Sears EDI-Bill To | PO864220 | 10/1/2018 15:16 | 66.00 | - |
| | CI-0000086486 | Sears EDI-Bill To | PO869794 | 10/1/2018 15:16 | 69.12 | - |
| | CI-0000086489 | Sears EDI-Bill To | PO855096 | 10/1/2018 15:16 | 140.40 | - |
| | CI-0000086479 | Sears EDI-Bill To | PO863236 | 10/1/2018 15:16 | 198.00 | - |
| | CI-0000086496 | Sears EDI-Bill To | PO867205 | 10/1/2018 15:16 | 224.64 | - |
| | CI-0000086446 | Sears EDI-Bill To | PO887977 | 10/1/2018 15:16 | 280.80 | - |
| | CI-0000086463 | Sears EDI-Bill To | PO887974 | 10/1/2018 15:16 | 292.80 | - |
| | CI-0000086447 | Sears EDI-Bill To | PO883806 | 10/1/2018 15:16 | 389.52 | - |
| | CI-0000086482 | Sears EDI-Bill To | PO865728 | 10/1/2018 15:16 | 460.80 | - |
| | CI-0000086557 | Sears EDI-Bill To | PO877205 | 10/1/2018 19:15 | 262.08 | - |
| | CI-0000086515 | Sears EDI-Bill To | PO876970 | 10/1/2018 19:16 | 192.00 | - |
| | CI-0000086537 | Sears EDI-Bill To | PO858414 | 10/1/2018 19:16 | 241.92 | - |
| | CI-0000086561 | Sears EDI-Bill To | PO861759 | 10/1/2018 19:16 | 330.12 | - |
| | CI-0000086679 | Sears EDI-Bill To | PO883323 | 10/2/2018 12:15 | 342.72 | - |
| | CI-0000086701 | Sears EDI-Bill To | PO884462 | 10/2/2018 12:16 | 90.48 | - |
| | CI-0000086726 | Sears EDI-Bill To | PO884220 | 10/2/2018 12:16 | 153.60 | - |
| | CI-0000086686 | Sears EDI-Bill To | PO883140 | 10/2/2018 12:16 | 173.76 | - |
| | CI-0000086678 | Sears EDI-Bill To | PO883536 | 10/2/2018 12:16 | 190.20 | - |
| | CI-0000086702 | Sears EDI-Bill To | PO883362 | 10/2/2018 12:16 | 237.12 | - |
| | CI-0000086747 | Sears EDI-Bill To | PO839166 | 10/2/2018 16:15 | 165.36 | - |
| | CI-0000086732 | Sears EDI-Bill To | PO870309 | 10/2/2018 16:16 | 438.72 | - |
| | CI-0000086772 | Sears EDI-Bill To | PO884567 | 10/2/2018 16:16 | 922.08 | - |
| | CI-0000086822 | Sears EDI-Bill To | PO869822 | 10/2/2018 16:17 | 174.72 | - |

Invoices Comprising 503(b)(9) Claim of Koch Filter  EXHIBIT B
Included in filed claim no.: 17370

| Memo | Customer Invoice | Bill To Customer: Customer | Customer Purchase Order | Invoice Date | Total Amount | Amount Past Due |
|---|---|---|---|---|---|---|
| | CI-0000086805 | Sears EDI-Bill To | PO875155 | 10/2/2018 16:17 | 445.20 | - |
| | CI-0000086778 | Sears EDI-Bill To | PO883265 | 10/2/2018 16:17 | 511.68 | - |
| | CI-0000086837 | Sears EDI-Bill To | PO853354 | 10/2/2018 20:17 | 89.88 | - |
| | CI-0000086912 | Sears EDI-Bill To | PO863248 | 10/3/2018 0:31 | 257.04 | - |
| | CI-0000086978 | Sears EDI-Bill To | PO871245 | 10/3/2018 13:00 | 28.56 | - |
| | CI-0000087000 | Sears EDI-Bill To | PO872688 | 10/3/2018 13:00 | 114.24 | - |
| | CI-0000086962 | Sears EDI-Bill To | PO869736 | 10/3/2018 13:00 | 199.68 | - |
| | CI-0000086965 | Sears EDI-Bill To | PO879168 | 10/3/2018 13:00 | 461.04 | - |
| | CI-0000086970 | Sears EDI-Bill To | PO881260 | 10/3/2018 13:01 | 76.08 | - |
| | CI-0000087011 | Sears EDI-Bill To | PO885998 | 10/3/2018 13:01 | 86.40 | - |
| | CI-0000087029 | Sears EDI-Bill To | PO890172 | 10/3/2018 13:01 | 140.40 | - |
| | CI-0000086954 | Sears EDI-Bill To | PO889551 | 10/3/2018 13:01 | 156.96 | - |
| | CI-0000086971 | Sears EDI-Bill To | PO888466 | 10/3/2018 13:01 | 181.32 | - |
| | CI-0000087028 | Sears EDI-Bill To | PO871733 | 10/3/2018 13:01 | 199.68 | - |
| | CI-0000087009 | Sears EDI-Bill To | PO887976 | 10/3/2018 13:01 | 228.48 | - |
| | CI-0000087026 | Sears EDI-Bill To | PO846173 | 10/3/2018 13:01 | 228.48 | - |
| | CI-0000086991 | Sears EDI-Bill To | PO875154 | 10/3/2018 13:01 | 234.00 | - |
| | CI-0000087001 | Sears EDI-Bill To | PO884565 | 10/3/2018 13:01 | 440.88 | - |
| | CI-0000087084 | Sears EDI-Bill To | PO874112 | 10/3/2018 17:16 | 615.60 | - |
| | CI-0000087091 | Sears EDI-Bill To | PO865527 | 10/3/2018 17:16 | 615.60 | - |
| | CI-0000087218 | Sears EDI-Bill To | PO890041 | 10/4/2018 10:16 | 165.60 | - |
| | CI-0000087392 | Sears EDI-Bill To | PO883879 | 10/4/2018 18:16 | 260.64 | - |
| | CI-0000087416 | Sears EDI-Bill To | PO884186 | 10/4/2018 22:31 | 143.28 | - |
| | CI-0000087492 | Sears EDI-Bill To | PO889296 | 10/5/2018 10:45 | 140.40 | - |
| | CI-0000087489 | Sears EDI-Bill To | PO869638 | 10/5/2018 10:45 | 174.72 | - |
| | CI-0000087470 | Sears EDI-Bill To | PO883606 | 10/5/2018 10:45 | 196.56 | - |
| | CI-0000087469 | Sears EDI-Bill To | PO884625 | 10/5/2018 10:45 | 208.08 | - |
| | CI-0000087477 | Sears EDI-Bill To | PO865520 | 10/5/2018 10:45 | 395.64 | - |
| | CI-0000087520 | Sears EDI-Bill To | PO873265 | 10/5/2018 14:45 | 57.60 | - |
| | CI-0000087578 | Sears EDI-Bill To | PO883297 | 10/5/2018 14:47 | 265.68 | - |
| | CI-0000087612 | Sears EDI-Bill To | PO886551 | 10/5/2018 19:02 | 271.92 | - |
| | CI-0000087704 | Sears EDI-Bill To | PO898754 | 10/8/2018 9:45 | 26.64 | - |
| | CI-0000087717 | Sears EDI-Bill To | PO877975 | 10/8/2018 9:46 | 69.84 | - |
| | CI-0000087729 | Sears EDI-Bill To | PO886715 | 10/8/2018 9:46 | 85.68 | - |
| | CI-0000087754 | Sears EDI-Bill To | PO888491 | 10/8/2018 14:16 | 315.72 | - |
| | CI-0000087777 | Sears EDI-Bill To | PO883900 | 10/8/2018 14:16 | 319.44 | - |
| | CI-0000087968 | Sears EDI-Bill To | PO887777 | 10/9/2018 11:01 | 208.92 | - |
| | CI-0000088041 | Sears EDI-Bill To | PO892134 | 10/9/2018 15:16 | 297.36 | - |
| | CI-0000088144 | Sears EDI-Bill To | PO870450 | 10/9/2018 19:31 | 220.44 | - |
| | CI-0000088186 | Sears EDI-Bill To | PO883540 | 10/10/2018 3:32 | 580.07 | - |
| | CI-0000088210 | Sears EDI-Bill To | PO861483 | 10/10/2018 12:16 | 541.79 | - |

Invoices Comprising 503(b)(9) Claim of Koch Filter   **EXHIBIT B**
Included in filed claim no.: 17370

| Memo | Customer Invoice | Bill To Customer: Customer | Customer Purchase Order | Invoice Date | Total Amount | Amount Past Due |
|---|---|---|---|---|---|---|
| | CI-0000088304 | Sears EDI-Bill To | PO820649 | 10/10/2018 16:31 | 21.84 | - |
| | CI-0000088374 | Sears EDI-Bill To | PO855332 | 10/10/2018 20:31 | 164.16 | - |
| | CI-0000088433 | Sears EDI-Bill To | PO876473 | 10/11/2018 9:15 | 131.04 | - |
| | CI-0000088428 | Sears EDI-Bill To | PO872900 | 10/11/2018 9:15 | 306.96 | - |
| | CI-0000088415 | Sears EDI-Bill To | PO871193 | 10/11/2018 9:16 | 183.84 | - |
| | CI-0000088456 | Sears EDI-Bill To | PO878902 | 10/11/2018 13:31 | 49.92 | - |
| | CI-0000088513 | Sears EDI-Bill To | PO873989 | 10/11/2018 13:31 | 93.60 | - |
| | CI-0000088526 | Sears EDI-Bill To | PO879095 | 10/11/2018 13:31 | 114.24 | - |
| | CI-0000088457 | Sears EDI-Bill To | PO880975 | 10/11/2018 13:31 | 124.80 | - |
| | CI-0000088471 | Sears EDI-Bill To | PO871762 | 10/11/2018 13:31 | 138.24 | - |
| | CI-0000088514 | Sears EDI-Bill To | PO878930 | 10/11/2018 13:31 | 142.80 | - |
| | CI-0000088527 | Sears EDI-Bill To | PO883474 | 10/11/2018 13:31 | 152.88 | - |
| | CI-0000088459 | Sears EDI-Bill To | PO877704 | 10/11/2018 13:31 | 170.88 | - |
| | CI-0000088535 | Sears EDI-Bill To | PO879096 | 10/11/2018 13:31 | 174.72 | - |
| | CI-0000088531 | Sears EDI-Bill To | PO836885 | 10/11/2018 13:31 | 184.32 | - |
| | CI-0000088473 | Sears EDI-Bill To | PO884618 | 10/11/2018 13:31 | 225.24 | - |
| | CI-0000088506 | Sears EDI-Bill To | PO880976 | 10/11/2018 13:32 | 134.40 | - |
| | CI-0000088497 | Sears EDI-Bill To | PO874116 | 10/11/2018 13:32 | 174.96 | - |
| | CI-0000088496 | Sears EDI-Bill To | PO865141 | 10/11/2018 13:32 | 249.60 | - |
| | CI-0000088623 | Sears EDI-Bill To | PO884591 | 10/11/2018 17:47 | 342.72 | - |
| | CI-0000088572 | Sears EDI-Bill To | PO873022 | 10/11/2018 17:47 | 466.80 | - |
| | CI-0000088649 | Sears EDI-Bill To | PO881268 | 10/11/2018 22:01 | 273.36 | - |
| | CI-0000088666 | Sears EDI-Bill To | PO886855 | 10/12/2018 10:31 | 68.52 | - |
| | CI-0000088675 | Sears EDI-Bill To | PO886216 | 10/12/2018 10:31 | 140.40 | - |
| | CI-0000088692 | Sears EDI-Bill To | PO883302 | 10/12/2018 10:31 | 234.00 | - |
| | CI-0000088825 | Sears EDI-Bill To | PO879144 | 10/12/2018 18:46 | 568.32 | - |
| | CI-0000090257 | Sears EDI-Bill To | PO886694 | 10/22/2018 19:16 | 213.27 | - |
| | | | | **Totals:** | **34,315.19** | **-** |