

| BILL TO NO. | ACCOUNT NO. | CONTRACT | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 232996 | 232996 | | 01-05-19 | SLS2613391 |
| | | | ORIGINAL | Page: 1 |

**BILL TO**
SEARS HOLDING
TYCO PO929271/aparibainv@searshc.com
333 BEVERLY RD.
HOFFMAN ESTATES, IL 60179

**SHIP TO**
SEARS HOLDING
TYCO PO929271/aparibainv@searshc.com
333 BEVERLY RD.
HOFFMAN ESTATES, IL 60179

| ORDER NO. | ORDER DATE | P.O. NUMBER | PAYMENT TERMS | DUE DATE |
|---|---|---|---|---|
| 546816 | 01-04-19 | 929271 | Net 60 | 03-06-19 |

| CARRIER | SHIP DATE | CALLED IN BY | CASE # | CLOSED |
|---|---|---|---|---|
| SURFACE - Fed Ground | 01-04-19 | BRIAN HANNAN | | |

| QUANTITY | PRODUCT CODE | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 1.00 | TV-MAINT | TrueVUE Annual Software Maint | 126,136.00 | 126,136.00 |
| 1.00 | PS-RFID | Professional Services (RFID)<br>SW MAINTENANCE FOR UP TO 225 SEARD RFID STORES<br>TERMS 10/1/18 - 9/30/19 | 35,000.00 | 35,000.00 |

| MAINTENANCE | INSTALLATION | SHIPPING & HANDLING | SUBTOTAL | 161,136.00 |
|---|---|---|---|---|
| + | + | | = | |

**REMIT TO**
Sensormatic Electronics Corp.
P.O. Box 281021
Atlanta, GA 30384-1021

| | | |
|---|---|---|
| GROSS AMOUNT | | 161,136.00 |
| SALES TAX | | 10,071.00 |
| NET AMOUNT | | 171,207.00 |
| ADVANCE PAYMENT | | |
| TOTAL AMOUNT DUE | | 171,207.00 |

TO INSURE PROPER CREDIT TO YOUR ACCOUNT(S) PLEASE REFER TO INVOICE NO.   SLS2613391

| ACCOUNT INQUIRIES | EQUIPMENT REPAIR | EQUIPMENT SALES |
|---|---|---|
| 1-866-203-1749 | 1-800-241-6678 | 1-800-241-6678 |

PLEASE SEND WRITTEN CORRESPONDENCE TO: TYCO INTEGRATED SECURITY, ATTN: SENSORMATIC, 10405 CROSSPOINT BLVD. INDIANAPOLIS, IN 46256