## Sears AR Aging Report
### Post-Bankruptcy
*1/24/2019*

| Sears | Current | 1-30 | 31-60 | 61-90 | 90+ | Grand Total | % Past Due | $ Past Due |
|---|---|---|---|---|---|---|---|---|
| FLS | $141,045 | $119,755 | $27,157 | $0 | $0 | $287,956 | 51% | $146,912 |
| CCN | $16,871 | $0 | $0 | $0 | $0 | $16,871 | 0% | $0 |
| SHIP | $2,061 | $0 | $0 | $0 | $0 | $2,061 | 0% | $0 |
| PRS | $4,932 | $1,169 | $0 | $0 | $0 | $6,101 | 19% | $1,169 |
| MDO | $37,366 | $30,603 | $0 | $0 | $0 | $67,968 | 45% | $30,603 |
| Grand Total | $202,274 | $151,526 | $27,157 | $0 | $0 | $380,957 | 47% | $178,683 |

JCI Administrative Expense Claim HVAC

EXHIBIT D

| Customer Name | Invoice # | Job # | Job Type | Amount in Mixed Currency |
|---|---|---|---|---:|
| KMART 4147 | 1-81353044544 | 1-60350370691 | Planned Service Agreement | 181 |
| KMART 4339 | 1-81353268852 | 1-60349948555 | Planned Service Agreement | 232.79 |
| KMART 4349 | 1-81352830975 | 1-60350168360 | Planned Service Agreement | 773.79 |
| KMART 4355 | 1-81352825161 | 1-60350368572 | Planned Service Agreement | 415.6 |
| KMART 4435 | 1-81352666898 | 1-60349890230 | Planned Service Agreement | 321.81 |
| KMART 4455 | 1-81352844683 | 1-60350168404 | Planned Service Agreement | 653.36 |
| KMART 4457 | 1-81353280512 | 1-60350137609 | Planned Service Agreement | 628.82 |
| KMART 4819 | 1-81353098674 | 1-60350376825 | Planned Service Agreement | 1090 |
| KMART 9153 | 1-81353100686 | 1-60350433307 | Planned Service Agreement | 939.92 |
| SEARS 1027 | 1-81352893371 | 1-60350140101 | Planned Service Agreement | 235.09 |
| SEARS 1029 | 1-81352882473 | 1-60350344905 | Planned Service Agreement | 296.37 |
| SEARS 1075 | 1-81352873389 | 1-60350370323 | Planned Service Agreement | 245.11 |
| SEARS 1077 | 1-81353303082 | 1-60350137723 | Planned Service Agreement | 256 |
| SEARS 1079 | 1-81353260806 | 1-60349948696 | Planned Service Agreement | 161.9 |
| SEARS 1086 | 1-81353255902 | 1-60350137363 | Planned Service Agreement | 243.29 |
| SEARS 1087 | 1-81352879491 | 1-60350344697 | Planned Service Agreement | 616.59 |
| SEARS 1127 | 1-81352609631 | 1-60350257699 | Planned Service Agreement | 256 |
| SEARS 1137 | 1-81352640140 | 1-60350344384 | Planned Service Agreement | 448.98 |
| SEARS 1139 | 1-81353277570 | 1-60350140580 | Planned Service Agreement | 636.8 |
| SEARS 1151 | 1-81353020916 | 1-60350368349 | Planned Service Agreement | 440.63 |
| SEARS 1175 | 1-81352913915 | 1-60350196696 | Planned Service Agreement | 245.11 |
| SEARS 1206 | 1-81352672022 | 1-60350196307 | Planned Service Agreement | 285.93 |
| SEARS 1207 | 1-81353068124 | 1-60350263487 | Planned Service Agreement | 234.78 |
| SEARS 1216 | 1-81352661794 | 1-60349893009 | Planned Service Agreement | 362.02 |
| SEARS 1217 | 1-81352858441 | 1-60350286797 | Planned Service Agreement | 229.18 |
| SEARS 1226 | 1-81353025940 | 1-60349893060 | Planned Service Agreement | 243.29 |
| SEARS 1227 | 1-81353010768 | 1-60350257670 | Planned Service Agreement | 214.55 |
| SEARS 1228 | 1-81352602392 | 1-60384193902 | Planned Service Agreement | 326.41 |
| SEARS 1229 | 1-81352655600 | 1-60350258027 | Planned Service Agreement | 146.69 |
| SEARS 1247 | 1-81353017894 | 1-60350258077 | Planned Service Agreement | 181.08 |
| SEARS 1248 | 1-81352605354 | 1-60384193959 | Planned Service Agreement | 434.25 |
| SEARS 1261 | 1-81352618692 | 1-60350263680 | Planned Service Agreement | 192.63 |
| SEARS 1267 | 1-81352907204 | 1-60350168671 | Planned Service Agreement | 264.47 |
| SEARS 1277 | 1-81352916982 | 1-60350257584 | Planned Service Agreement | 224.48 |
| SEARS 1285 | 1-81352869455 | 1-60350344614 | Planned Service Agreement | 245.11 |
| SEARS 1288 | 1-81353028772 | 1-60350139304 | Planned Service Agreement | 197.68 |
| SEARS 1297 | 1-81353108587 | 1-60350196779 | Planned Service Agreement | 478.9 |
| SEARS 1307 | 1-81353293214 | 1-60350257490 | Planned Service Agreement | 318.59 |
| SEARS 1317 | 1-81352910221 | 1-60350168757 | Planned Service Agreement | 128.49 |
| SEARS 1327 | 1-81352634866 | 1-60350264042 | Planned Service Agreement | 56.79 |
| SEARS 1337 | 1-81353296326 | 1-60350257636 | Planned Service Agreement | 396.61 |
| SEARS 1355 | 1-81352870347 | 1-60350344649 | Planned Service Agreement | 245.11 |
| SEARS 1357 | 1-81352648336 | 1-60350344336 | Planned Service Agreement | 318.59 |
| SEARS 1367 | 1-81352623636 | 1-60350138268 | Planned Service Agreement | 318.59 |
| SEARS 1368 | 1-81353031744 | 1-60350139417 | Planned Service Agreement | 258.59 |
| SEARS 1377 | 1-81353065292 | 1-60350138282 | Planned Service Agreement | 256 |
| SEARS 1407 | 1-81352855429 | 1-60350286671 | Planned Service Agreement | 117.09 |
| SEARS 1408 | 1-81353056204 | 1-60350137416 | Planned Service Agreement | 163.2 |
| SEARS 1410 | 1-81350750574 | 1-62413061900 | Planned Service Agreement | 583.13 |
| SEARS 1417 | 1-81352901350 | 1-60350286437 | Planned Service Agreement | 256 |

22165333.1

JCI Administrative Expense Claim HVAC

| | | | | |
|---|---|---|---|---:|
| SEARS 1437 | 1-81353284586 | 1-60350137627 | Planned Service Agreement | 97.12 |
| SEARS 1447 | 1-81353289380 | 1-60350140636 | Planned Service Agreement | 264.56 |
| SEARS 1465 | 1-81353063190 | 1-60350137813 | Planned Service Agreement | 127.61 |
| SEARS 1478 | 1-81353034826 | 1-60350139551 | Planned Service Agreement | 395.35 |
| SEARS 1488 | 1-81353036668 | 1-60350139605 | Planned Service Agreement | 395.35 |
| SEARS 1658 | 1-81353079122 | 1-60350345276 | Planned Service Agreement | 901.17 |
| SEARS 1745 | 1-81352911933 | 1-60350196569 | Planned Service Agreement | 255.22 |
| SEARS 1955 | 1-81353015822 | 1-60350257931 | Planned Service Agreement | 255.22 |
| SEARS 2010 | 1-81349864073 | 1-64106419277 | Planned Service Agreement | 473.07 |
| SEARS 2049 | 1-81353250908 | 1-60349890075 | Planned Service Agreement | 340.6 |
| SEARS 2087 | 1-81353052490 | 1-60349890089 | Planned Service Agreement | 243.29 |
| SEARS 2104 | 1-81353701374 | 1-62502614182 | Planned Service Agreement | 318.97 |
| SEARS 2219 | 1-81352664816 | 1-60349890066 | Planned Service Agreement | 318.99 |
| SEARS 2238 | 1-81353258724 | 1-60349948652 | Planned Service Agreement | 163.2 |
| SEARS 2242 | 1-81352827993 | 1-60350368635 | Planned Service Agreement | 1007.61 |
| SEARS 2245 | 1-81352897203 | 1-60350140264 | Planned Service Agreement | 122.55 |
| SEARS 2309 | 1-81352595336 | 1-60385143573 | Planned Service Agreement | 331.02 |
| SEARS 2311 | 1-81352616630 | 1-60350263537 | Planned Service Agreement | 374.35 |
| SEARS 2329 | 1-81353041432 | 1-60350376446 | Planned Service Agreement | 600.34 |
| SEARS 2487 | 1-81352678276 | 1-60350286802 | Planned Service Agreement | 224.48 |
| SEARS 2497 | 1-81352890369 | 1-60350139735 | Planned Service Agreement | 114.59 |
| SEARS 2537 | 1-81352849635 | 1-60350168542 | Planned Service Agreement | 114.59 |
| SEARS 2547 | 1-81352638078 | 1-60350286669 | Planned Service Agreement | 128 |
| SEARS 2557 | 1-81353038610 | 1-60350139790 | Planned Service Agreement | 375.75 |
| SEARS 2565 | 1-81352625798 | 1-60350263391 | Planned Service Agreement | 127.61 |
| SEARS 2587 | 1-81353310006 | 1-60350137766 | Planned Service Agreement | 305.47 |
| SEARS 2617 | 1-81352642322 | 1-60350197150 | Planned Service Agreement | 224.48 |
| SEARS 2637 | 1-81352632944 | 1-60350197248 | Planned Service Agreement | 256 |
| SEARS 2819 | 1-81353055452 | 1-60349890273 | Planned Service Agreement | 286.19 |
| SEARS 2885 | 1-81352851627 | 1-60350168585 | Planned Service Agreement | 122.55 |
| SEARS AUTO 6060 | 1-81353524303 | 1-62404209665 | Planned Service Agreement | 290.39 |
| SEARS AUTO 6620 | 1-81353523471 | 1-62393145586 | Planned Service Agreement | 335.77 |
| SEARS AUTOMOTIVE 6180 | 1-81353518349 | 1-62384290150 | Planned Service Agreement | 141.82 |
| SEARS AUTOMOTIVE 6276 | 1-81353298268 | 1-60350370625 | Planned Service Agreement | 126.69 |
| SEARS 1248 | 1-82944251723 | 1-75109422141 | Labor & Material | 24290.45 |
| SEARS PRODUCT SERVICE | 1-82560880124 | 1-82036237545 | Labor & Material | 1169.1 |
| SEARS MDO 45074 | 1-83015134779 | 1-60350345152 | Planned Service Agreement | 33.27 |
| SEARS MDO 45076 | 1-83015132098 | 1-60350139426 | Planned Service Agreement | 58.98 |
| SEARS MDO 45079 | 1-83015143377 | 1-60349889235 | Planned Service Agreement | 57.23 |
| SEARS MDO 45080 | 1-82947523338 | 1-80571423287 | Labor & Material | 454.57 |
| SEARS MDO 45080 | 1-83015131970 | 1-60349890022 | Planned Service Agreement | 644.87 |
| SEARS MDO 45091 | 1-82977317223 | 1-82201121175 | Labor & Material | 2050 |
| SEARS MDO 45091 | 1-83015139139 | 1-60350368972 | Planned Service Agreement | 6273.5 |
| SEARS MDO 45122 | 1-83015139299 | 1-60350370906 | Planned Service Agreement | 819.08 |
| SEARS MDO 45126 | 1-83015139427 | 1-60349889103 | Planned Service Agreement | 63.06 |
| SEARS MDO 45127 | 1-83015143345 | 1-60349889198 | Planned Service Agreement | 127.33 |
| SEARS MDO 45135 | 1-83015138309 | 1-60350257833 | Planned Service Agreement | 44.37 |
| SEARS MDO 45136 | 1-83015139235 | 1-60350263836 | Planned Service Agreement | 52.04 |
| SEARS MDO 45137 | 1-83015134971 | 1-60350264232 | Planned Service Agreement | 34.88 |
| SEARS MDO 45142 | 1-83015143473 | 1-60350137407 | Planned Service Agreement | 644.37 |
| SEARS MDO 45143 | 1-82863448319 | 1-81204933576 | Labor & Material | 3350 |

22165333.1

| | | | | |
|---|---|---|---|---|
| SEARS MDO 45143 | 1-83015135035 | 1-60349893225 | Planned Service Agreement | 918.25 |
| SEARS MDO 45145 | 1-83015143313 | 1-60349948893 | Planned Service Agreement | 71.01 |
| SEARS MDO 45146 | 1-83015143217 | 1-60349949064 | Planned Service Agreement | 71.01 |
| SEARS MDO 45149 | 1-82811051858 | 1-81211089506 | Labor & Material | 9500 |
| SEARS MDO 45158 | 1-83015132162 | 1-60350196394 | Planned Service Agreement | 120.34 |
| SEARS MDO 45160 | 1-83015131650 | 1-60350197251 | Planned Service Agreement | 177.88 |
| SEARS MDO 45161 | 1-83015135656 | 1-60350286548 | Planned Service Agreement | 114.39 |
| SEARS MDO 45162 | 1-83015131618 | 1-60350263889 | Planned Service Agreement | 912.49 |
| SEARS MDO 45166 | 1-83015139331 | 1-60350376781 | Planned Service Agreement | 71.92 |
| SEARS MDO 45168 | 1-83015143808 | 1-60350139912 | Planned Service Agreement | 1853.33 |
| SEARS MDO 45169 | 1-83015139267 | 1-60350376737 | Planned Service Agreement | 36.42 |
| SEARS MDO 45171 | 1-83015138437 | 1-60350368641 | Planned Service Agreement | 117.75 |
| SEARS MDO 45177 | 1-82818175556 | 1-82587811004 | Labor & Material | 1395 |
| SEARS MDO 45359 | 1-83015131906 | 1-60350257984 | Planned Service Agreement | 67.03 |
| SEARS MDO 45574 | 1-83015135481 | 1-60350139621 | Planned Service Agreement | 291.92 |
| SEARS MDO 45579 | 1-83015138915 | 1-60350376601 | Planned Service Agreement | 122.84 |
| SEARS MDO 45598 | 1-83015135003 | 1-60349893101 | Planned Service Agreement | 53.41 |
| KMART 3239 | 1-83282928208 | 1-82929440703 | Labor & Material | 742.5 |
| KMART 4022 | 1-82880406440 | 1-82593407342 | Labor & Material | 472.5 |
| KMART 4022 | 1-82881276566 | 1-82677326649 | Labor & Material | 4130.75 |
| KMART 4147 | 1-83015138693 | 1-60350370691 | Planned Service Agreement | 181.01 |
| KMART 4304 | 1-83341113572 | 1-83278879956 | Labor & Material | 1000 |
| KMART 4339 | 1-83015143281 | 1-60349948555 | Planned Service Agreement | 232.79 |
| KMART 4349 | 1-83015134939 | 1-60350168360 | Planned Service Agreement | 773.79 |
| KMART 4355 | 1-83015134875 | 1-60350368572 | Planned Service Agreement | 415.6 |
| KMART 4435 | 1-83015132066 | 1-60349890230 | Planned Service Agreement | 321.81 |
| KMART 4455 | 1-83015135067 | 1-60350168404 | Planned Service Agreement | 653.36 |
| KMART 4457 | 1-83015143441 | 1-60350137609 | Planned Service Agreement | 628.82 |
| KMART 4819 | 1-83015139363 | 1-60350376825 | Planned Service Agreement | 1090 |
| KMART 9153 | 1-83015139395 | 1-60350433307 | Planned Service Agreement | 939.92 |
| KMART 9353 | 1-83338406704 | 1-83273769109 | Labor & Material | 652.5 |
| KMART 9619 | 1-82937218614 | 1-82880654158 | Labor & Material | 623.53 |
| SEARS 1027 | 1-83015135545 | 1-60350140101 | Planned Service Agreement | 235.09 |
| SEARS 1029 | 1-83015135417 | 1-60350344905 | Planned Service Agreement | 296.37 |
| SEARS 1067 | 1-82943043592 | 1-82698482818 | Labor & Material | 949.89 |
| SEARS 1075 | 1-83015135353 | 1-60350370323 | Planned Service Agreement | 245.11 |
| SEARS 1077 | 1-83015143776 | 1-60350137723 | Planned Service Agreement | 256 |
| SEARS 1077 | 1-83205969451 | 1-82732411238 | Labor & Material | 108 |
| SEARS 1079 | 1-83015143185 | 1-60349948696 | Planned Service Agreement | 161.9 |
| SEARS 1086 | 1-83015143121 | 1-60350137363 | Planned Service Agreement | 243.29 |
| SEARS 1087 | 1-83015135385 | 1-60350344697 | Planned Service Agreement | 616.59 |
| SEARS 1095 | 1-82976455485 | 1-82920571724 | Labor & Material | 769.5 |
| SEARS 1127 | 1-83015130379 | 1-60350257699 | Planned Service Agreement | 256 |
| SEARS 1137 | 1-83015131778 | 1-60350344384 | Planned Service Agreement | 448.98 |
| SEARS 1139 | 1-83015143409 | 1-60350140580 | Planned Service Agreement | 636.8 |
| SEARS 1151 | 1-83015138405 | 1-60350368349 | Planned Service Agreement | 440.63 |
| SEARS 1175 | 1-83015135799 | 1-60350196696 | Planned Service Agreement | 245.11 |
| SEARS 1206 | 1-83015132130 | 1-60350196307 | Planned Service Agreement | 285.93 |
| SEARS 1207 | 1-83015139043 | 1-60350263487 | Planned Service Agreement | 234.78 |
| SEARS 1216 | 1-83015132002 | 1-60349893009 | Planned Service Agreement | 362.02 |
| SEARS 1217 | 1-83015135195 | 1-60350286797 | Planned Service Agreement | 229.18 |

| | | | | |
|---|---|---|---|---|
| SEARS 1217 | 1-82974702473 | 1-82822564772 | Labor & Material | 800.51 |
| SEARS 1217 | 1-83024889684 | 1-81235186194 | Labor & Material | 1711.43 |
| SEARS 1226 | 1-83015138469 | 1-60349893060 | Planned Service Agreement | 243.29 |
| SEARS 1226 | 1-82954190171 | 1-82845271699 | Labor & Material | 540 |
| SEARS 1227 | 1-83015138277 | 1-60350257670 | Planned Service Agreement | 214.55 |
| SEARS 1228 | 1-83015130315 | 1-60384193902 | Planned Service Agreement | 326.41 |
| SEARS 1229 | 1-83015131938 | 1-60350258027 | Planned Service Agreement | 146.69 |
| SEARS 1229 | 1-83258507754 | 1-82510912402 | Labor & Material | 330 |
| SEARS 1247 | 1-83015138373 | 1-60350258077 | Planned Service Agreement | 181.08 |
| SEARS 1247 | 1-83281210236 | 1-82937838926 | Labor & Material | 441.66 |
| SEARS 1248 | 1-83015130347 | 1-60384193959 | Planned Service Agreement | 434.25 |
| SEARS 1261 | 1-83015130490 | 1-60350263680 | Planned Service Agreement | 192.63 |
| SEARS 1267 | 1-83015135688 | 1-60350168671 | Planned Service Agreement | 264.47 |
| SEARS 1285 | 1-83015135289 | 1-60350344614 | Planned Service Agreement | 245.11 |
| SEARS 1288 | 1-83015138501 | 1-60350139304 | Planned Service Agreement | 197.68 |
| SEARS 1297 | 1-83015139506 | 1-60350196779 | Planned Service Agreement | 478.9 |
| SEARS 1307 | 1-83015143648 | 1-60350257490 | Planned Service Agreement | 318.59 |
| SEARS 1307 | 1-83281047698 | 1-82444046497 | Labor & Material | 883.32 |
| SEARS 1317 | 1-83015135735 | 1-60350168757 | Planned Service Agreement | 128.49 |
| SEARS 1327 | 1-83015131714 | 1-60350264042 | Planned Service Agreement | 56.8 |
| SEARS 1337 | 1-83015143680 | 1-60350257636 | Planned Service Agreement | 396.61 |
| SEARS 1357 | 1-83015131874 | 1-60350344336 | Planned Service Agreement | 318.59 |
| SEARS 1367 | 1-83015130554 | 1-60350138268 | Planned Service Agreement | 318.59 |
| SEARS 1368 | 1-83015138533 | 1-60350139417 | Planned Service Agreement | 258.59 |
| SEARS 1377 | 1-83015139011 | 1-60350138282 | Planned Service Agreement | 256 |
| SEARS 1407 | 1-83015135163 | 1-60350286671 | Planned Service Agreement | 117.09 |
| SEARS 1408 | 1-83015138883 | 1-60350137416 | Planned Service Agreement | 163.2 |
| SEARS 1410 | 1-83015058266 | 1-62413061900 | Planned Service Agreement | 583.13 |
| SEARS 1417 | 1-83015135624 | 1-60350286437 | Planned Service Agreement | 256 |
| SEARS 1437 | 1-83015143505 | 1-60350137627 | Planned Service Agreement | 97.12 |
| SEARS 1447 | 1-83015143569 | 1-60350140636 | Planned Service Agreement | 264.56 |
| SEARS 1465 | 1-83015138979 | 1-60350137813 | Planned Service Agreement | 127.61 |
| SEARS 1478 | 1-83015138565 | 1-60350139551 | Planned Service Agreement | 395.35 |
| SEARS 1488 | 1-83015138597 | 1-60350139605 | Planned Service Agreement | 395.35 |
| SEARS 1488 | 1-82964934388 | 1-81930760827 | Labor & Material | 796 |
| SEARS 1508 | 1-83165589243 | 1-82799158928 | Labor & Material | 603 |
| SEARS 1605 | 1-82514973985 | 1-80671547760 | Labor & Material | 1720.7 |
| SEARS 1658 | 1-83015139171 | 1-60350345276 | Planned Service Agreement | 901.17 |
| SEARS 1738 | 1-81013054770 | 1-78986844504 | Labor & Material | 6688 |
| SEARS 1738 | 1-82949697752 | 1-80927741248 | Labor & Material | 989.53 |
| SEARS 1745 | 1-83015135767 | 1-60350196569 | Planned Service Agreement | 255.22 |
| SEARS 1955 | 1-83015138341 | 1-60350257931 | Planned Service Agreement | 255.22 |
| SEARS 2010 | 1-83015039802 | 1-64106419277 | Planned Service Agreement | 473.07 |
| SEARS 2027 | 1-82918034323 | 1-81397978787 | Labor & Material | 529.2 |
| SEARS 2049 | 1-83015143057 | 1-60349890075 | Planned Service Agreement | 340.6 |
| SEARS 2087 | 1-83015138819 | 1-60349890089 | Planned Service Agreement | 243.29 |
| SEARS 2104 | 1-83015155309 | 1-62502614182 | Planned Service Agreement | 318.97 |
| SEARS 2219 | 1-83015132034 | 1-60349890066 | Planned Service Agreement | 318.99 |
| SEARS 2238 | 1-83015143153 | 1-60349948652 | Planned Service Agreement | 163.2 |
| SEARS 2238 | 1-82983098418 | 1-65395759984 | Labor & Material | 2416 |
| SEARS 2242 | 1-83015134907 | 1-60350368635 | Planned Service Agreement | 1007.61 |

| | | | | |
|---|---|---|---|---:|
| SEARS 2245 | 1-83015135577 | 1-60350140264 | Planned Service Agreement | 122.55 |
| SEARS 2298 | 1-82940002676 | 1-81246217107 | Labor & Material | 1954.34 |
| SEARS 2309 | 1-83015130219 | 1-60385143573 | Planned Service Agreement | 331.02 |
| SEARS 2311 | 1-83015130458 | 1-60350263537 | Planned Service Agreement | 374.35 |
| SEARS 2329 | 1-83015138661 | 1-60350376446 | Planned Service Agreement | 600.34 |
| SEARS 2421 | 1-83222491738 | 1-82746754856 | Labor & Material | 320 |
| SEARS 2487 | 1-83015132209 | 1-60350286802 | Planned Service Agreement | 224.48 |
| SEARS 2497 | 1-83015135513 | 1-60350139735 | Planned Service Agreement | 114.59 |
| SEARS 2497 | 1-82919651622 | 1-82564116229 | Labor & Material | 1700 |
| SEARS 2537 | 1-83015135099 | 1-60350168542 | Planned Service Agreement | 114.59 |
| SEARS 2537 | 1-82886116482 | 1-82835178998 | Labor & Material | 524.47 |
| SEARS 2547 | 1-83015131746 | 1-60350286669 | Planned Service Agreement | 128 |
| SEARS 2557 | 1-83015138629 | 1-60350139790 | Planned Service Agreement | 375.75 |
| SEARS 2565 | 1-83015130586 | 1-60350263391 | Planned Service Agreement | 127.61 |
| SEARS 2587 | 1-83015143840 | 1-60350137766 | Planned Service Agreement | 305.47 |
| SEARS 2617 | 1-83015131810 | 1-60350197150 | Planned Service Agreement | 224.48 |
| SEARS 2637 | 1-83015131682 | 1-60350197248 | Planned Service Agreement | 256 |
| SEARS 2819 | 1-83015138851 | 1-60349890273 | Planned Service Agreement | 286.19 |
| SEARS 2885 | 1-83015135131 | 1-60350168585 | Planned Service Agreement | 122.55 |
| SEARS 2885 | 1-82862217983 | 1-82731076851 | Labor & Material | 279 |
| SEARS 2885 | 1-83248186437 | 1-82835178674 | Labor & Material | 685.88 |
| SEARS AUTO 6060 | 1-83015148716 | 1-62404209665 | Planned Service Agreement | 290.39 |
| SEARS AUTO 6620 | 1-83015148684 | 1-62393145586 | Planned Service Agreement | 335.77 |
| SEARS AUTO 6880 | 1-83015065950 | 1-62407470566 | Planned Service Agreement | 232.26 |
| SEARS AUTOMOTIVE 6180 | 1-83015148652 | 1-62384290150 | Planned Service Agreement | 141.82 |
| SEARS AUTOMOTIVE 6276 | 1-83015143712 | 1-60350370625 | Planned Service Agreement | 126.69 |
| SEARS ROEBUCK AND CO | 1-83015390452 | 1-75403556004 | Planned Service Agreement | 5339.1 |
| 4616 | CB10033236 | MC83160869 000 | Performance Contracting | 14996.75 |
| 4616 | CB10033237 | MC8PYC0057 000 | Performance Contracting | 13513.8 |
| 7752 | 00041857113 | 93160194 | Performance Contracting | 485.03 |
| 7783 | 00041857144 | 93160233 | Performance Contracting | 847.4 |
| SEARS AUTOMOTIVE 6276 | 1-83415763658 | 1-83161989593 | Labor & Material | 2860 |
| SEARS CALL CENTER 33701 | 1-83689409130 | 1-73173281547 | Planned Service Agreement | 21.17 |
| SEARS CALL CENTER 33706 | 1-83688801564 | 1-60350370863 | Planned Service Agreement | 45.86 |
| SEARS CALL CENTER 37914 | 1-83688785097 | 1-60350197293 | Planned Service Agreement | 91.63 |
| SEARS CALL CENTER 37981 | 1-83689409162 | 1-73175170795 | Planned Service Agreement | 34.88 |
| SEARS CALL CENTER 37981 | 1-83610005381 | 1-80584860987 | Labor & Material | 5885.69 |
| SEARS CALL CENTER 49027 | 1-83688801963 | 1-60350169124 | Planned Service Agreement | 2568.59 |
| SEARS CALL CENTER 49027 | 1-83371524472 | 1-82813146252 | Labor & Material | 3193.38 |
| SEARS CALL CENTER 49027 | 1-83075193764 | 1-82811412317 | Labor & Material | 3680.5 |
| SEARS CALL CENTER 49027 | 1-83453988170 | 1-83166600483 | Labor & Material | 441.66 |
| SEARS CALL CENTER 9345 | 1-83688790673 | 1-60350345282 | Planned Service Agreement | 254.24 |
| SEARS MDO 45043 | 1-83359098931 | 1-83283793791 | Labor & Material | 445.5 |
| SEARS MDO 45074 | 1-83688790641 | 1-60350345152 | Planned Service Agreement | 33.27 |
| SEARS MDO 45076 | 1-83688786353 | 1-60350139426 | Planned Service Agreement | 58.98 |
| SEARS MDO 45079 | 1-83688805792 | 1-60349889235 | Planned Service Agreement | 57.23 |
| SEARS MDO 45080 | 1-83688785225 | 1-60349890022 | Planned Service Agreement | 644.87 |
| SEARS MDO 45090 | 1-83015143249 | 1-60349889043 | Planned Service Agreement | 142.61 |
| SEARS MDO 45090 | 1-83688805664 | 1-60349889043 | Planned Service Agreement | 142.61 |
| SEARS MDO 45091 | 1-83164912318 | 1-82205293123 | Labor & Material | 3513.46 |
| SEARS MDO 45091 | 1-83688801628 | 1-60350368972 | Planned Service Agreement | 6273.5 |

JCI Administrative Expense Claim HVAC

| | | | | |
|---|---|---|---|---|
| SEARS MDO 45122 | 1-83688801788 | 1-60350370906 | Planned Service Agreement | 819.08 |
| SEARS MDO 45125 | 1-83555985959 | 1-83369323302 | Labor & Material | 7000 |
| SEARS MDO 45126 | 1-83688801916 | 1-60349889103 | Planned Service Agreement | 63.06 |
| SEARS MDO 45127 | 1-83688805760 | 1-60349889198 | Planned Service Agreement | 127.33 |
| SEARS MDO 45135 | 1-83688800813 | 1-60350257833 | Planned Service Agreement | 44.37 |
| SEARS MDO 45136 | 1-83688801724 | 1-60350263836 | Planned Service Agreement | 52.04 |
| SEARS MDO 45137 | 1-83688791063 | 1-60350264232 | Planned Service Agreement | 34.88 |
| SEARS MDO 45142 | 1-83688805888 | 1-60350137407 | Planned Service Agreement | 644.37 |
| SEARS MDO 45143 | 1-83688791427 | 1-60349893225 | Planned Service Agreement | 918.25 |
| SEARS MDO 45145 | 1-83688805728 | 1-60349948893 | Planned Service Agreement | 71.01 |
| SEARS MDO 45146 | 1-83688805632 | 1-60349949064 | Planned Service Agreement | 71.01 |
| SEARS MDO 45149 | 1-83607069179 | 1-83311471231 | Labor & Material | 1371.09 |
| SEARS MDO 45158 | 1-83617954280 | 1-81210506360 | Labor & Material | 2412.89 |
| SEARS MDO 45158 | 1-83688786417 | 1-60350196394 | Planned Service Agreement | 120.34 |
| SEARS MDO 45160 | 1-83688784905 | 1-60350197251 | Planned Service Agreement | 177.88 |
| SEARS MDO 45161 | 1-83688794218 | 1-60350286548 | Planned Service Agreement | 114.39 |
| SEARS MDO 45162 | 1-83525559754 | 1-83319226223 | Labor & Material | 584.55 |
| SEARS MDO 45162 | 1-83688784873 | 1-60350263889 | Planned Service Agreement | 912.49 |
| SEARS MDO 45166 | 1-83688801820 | 1-60350376781 | Planned Service Agreement | 71.92 |
| SEARS MDO 45168 | 1-83544847056 | 1-80904411034 | Labor & Material | 423.5 |
| SEARS MDO 45168 | 1-83688806206 | 1-60350139912 | Planned Service Agreement | 1853.33 |
| SEARS MDO 45169 | 1-83688801756 | 1-60350376737 | Planned Service Agreement | 36.42 |
| SEARS MDO 45171 | 1-83492795034 | 1-79549657244 | Labor & Material | 640 |
| SEARS MDO 45171 | 1-83469726547 | 1-81019407539 | Labor & Material | 930 |
| SEARS MDO 45171 | 1-83470414806 | 1-82351766140 | Labor & Material | 900 |
| SEARS MDO 45171 | 1-83476655215 | 1-78097691316 | Labor & Material | 240 |
| SEARS MDO 45171 | 1-83688800941 | 1-60350368641 | Planned Service Agreement | 117.75 |
| SEARS MDO 45359 | 1-83688785161 | 1-60350257984 | Planned Service Agreement | 67.03 |
| SEARS MDO 45574 | 1-83688793793 | 1-60350139621 | Planned Service Agreement | 291.92 |
| SEARS MDO 45579 | 1-83688801404 | 1-60350376601 | Planned Service Agreement | 122.84 |
| SEARS MDO 45598 | 1-83688791245 | 1-60349893101 | Planned Service Agreement | 53.41 |
| SEARS SHIP 24011 | 1-83688793641 | 1-60350376341 | Planned Service Agreement | 77.13 |
| SEARS SHIP 24019 | 1-83688806302 | 1-60385250761 | Planned Service Agreement | 109.9 |
| SEARS SHIP 24023 | 1-83688801436 | 1-60350376643 | Planned Service Agreement | 98.38 |
| SEARS SHIP 24029 | 1-83688791869 | 1-60350286351 | Planned Service Agreement | 538.47 |
| SEARS SHIP 24033 | 1-83688801692 | 1-60350263793 | Planned Service Agreement | 68.15 |
| SEARS SHIP 24510 | 1-83688784506 | 1-60385251298 | Planned Service Agreement | 350.55 |
| SEARS SHIP 24547 | 1-83688801276 | 1-60349948843 | Planned Service Agreement | 295.56 |
| SEARS SHIP 24562 | 1-83688784538 | 1-60385363702 | Planned Service Agreement | 414.55 |
| 1085 | 00041934449 | 93160249 | Performance Contracting | 1196.4 |
| 3993 | 00041934586 | 93160231 | Performance Contracting | 892 |
| 7419 | 00041934432 | 93160282 | Performance Contracting | 468.3 |
| 7432 | 00041934456 | 93160229 | Performance Contracting | 468.3 |
| 9394 | 00041934999 | 93160025 | Performance Contracting | 892 |
| KMART 3223 | 1-83645016509 | 1-83242003857 | Labor & Material | 276.75 |
| KMART 3239 | 1-83389231970 | 1-83277745288 | Labor & Material | 877.5 |
| KMART 4147 | 1-83688801197 | 1-60350370691 | Planned Service Agreement | 181.01 |
| KMART 4339 | 1-83688805696 | 1-60349948555 | Planned Service Agreement | 232.79 |
| KMART 4349 | 1-83688790881 | 1-60350168360 | Planned Service Agreement | 773.79 |
| KMART 4355 | 1-83688790787 | 1-60350368572 | Planned Service Agreement | 415.6 |
| KMART 4435 | 1-83688786321 | 1-60349890230 | Planned Service Agreement | 321.81 |

| | | | | |
|---|---|---|---|---:|
| KMART 4455 | 1-83688791579 | 1-60350168404 | Planned Service Agreement | 653.36 |
| KMART 4457 | 1-83688805856 | 1-60350137609 | Planned Service Agreement | 628.82 |
| KMART 4819 | 1-83688801852 | 1-60350376825 | Planned Service Agreement | 1090 |
| KMART 7035 | 1-83446378925 | 1-82734493836 | Labor & Material | 1374.43 |
| KMART 9153 | 1-83688801884 | 1-60350433307 | Planned Service Agreement | 939.92 |
| KMART 9153 | 1-83414580471 | 1-83316768618 | Labor & Material | 804 |
| KMART 9153 | 1-83606841132 | 1-83408290762 | Labor & Material | 2301.47 |
| KMART 9353 | 1-83507409397 | 1-83359247387 | Labor & Material | 1309.5 |
| SEARS 1027 | 1-83688794057 | 1-60350140101 | Planned Service Agreement | 235.09 |
| SEARS 1029 | 1-83688792229 | 1-60350344905 | Planned Service Agreement | 296.37 |
| SEARS 1067 | 1-83470880694 | 1-82956546956 | Labor & Material | 1052.19 |
| SEARS 1075 | 1-83688791995 | 1-60350370323 | Planned Service Agreement | 245.11 |
| SEARS 1077 | 1-83688806174 | 1-60350137723 | Planned Service Agreement | 256 |
| SEARS 1079 | 1-83688805600 | 1-60349948696 | Planned Service Agreement | 161.9 |
| SEARS 1086 | 1-83688805536 | 1-60350137363 | Planned Service Agreement | 243.29 |
| SEARS 1087 | 1-83688792027 | 1-60350344697 | Planned Service Agreement | 616.59 |
| SEARS 1127 | 1-83688784634 | 1-60350257699 | Planned Service Agreement | 256 |
| SEARS 1137 | 1-83688785033 | 1-60350344384 | Planned Service Agreement | 448.98 |
| SEARS 1139 | 1-83688805824 | 1-60350140580 | Planned Service Agreement | 636.8 |
| SEARS 1151 | 1-83688800909 | 1-60350368349 | Planned Service Agreement | 440.63 |
| SEARS 1161 | 1-83505727672 | 1-83284742392 | Labor & Material | 715.43 |
| SEARS 1161 | 1-83504232872 | 1-83312904600 | Labor & Material | 433.44 |
| SEARS 1175 | 1-83688796531 | 1-60350196696 | Planned Service Agreement | 245.11 |
| SEARS 1206 | 1-83688786385 | 1-60350196307 | Planned Service Agreement | 285.93 |
| SEARS 1207 | 1-83688801532 | 1-60350263487 | Planned Service Agreement | 234.78 |
| SEARS 1216 | 1-83688785257 | 1-60349893009 | Planned Service Agreement | 362.02 |
| SEARS 1217 | 1-83688791807 | 1-60350286797 | Planned Service Agreement | 229.18 |
| SEARS 1217 | 1-83501282899 | 1-82731077390 | Labor & Material | 2153.1 |
| SEARS 1226 | 1-83688800973 | 1-60349893060 | Planned Service Agreement | 243.29 |
| SEARS 1226 | 1-83584879554 | 1-83284223673 | Labor & Material | 810 |
| SEARS 1227 | 1-83688800781 | 1-60350257670 | Planned Service Agreement | 214.55 |
| SEARS 1228 | 1-83688784570 | 1-60384193902 | Planned Service Agreement | 326.41 |
| SEARS 1229 | 1-83688785193 | 1-60350258027 | Planned Service Agreement | 146.69 |
| SEARS 1247 | 1-83688800877 | 1-60350258077 | Planned Service Agreement | 181.08 |
| SEARS 1248 | 1-83688784602 | 1-60384193959 | Planned Service Agreement | 434.25 |
| SEARS 1261 | 1-83688784745 | 1-60350263680 | Planned Service Agreement | 192.63 |
| SEARS 1267 | 1-83688796330 | 1-60350168671 | Planned Service Agreement | 264.47 |
| SEARS 1285 | 1-83688791901 | 1-60350344614 | Planned Service Agreement | 245.11 |
| SEARS 1288 | 1-83688801005 | 1-60350139304 | Planned Service Agreement | 197.68 |
| SEARS 1297 | 1-83688801995 | 1-60350196779 | Planned Service Agreement | 478.9 |
| SEARS 1307 | 1-83688806063 | 1-60350257490 | Planned Service Agreement | 318.59 |
| SEARS 1317 | 1-83688796467 | 1-60350168757 | Planned Service Agreement | 128.49 |
| SEARS 1327 | 1-83688784969 | 1-60350264042 | Planned Service Agreement | 56.8 |
| SEARS 1337 | 1-83688806095 | 1-60350257636 | Planned Service Agreement | 396.61 |
| SEARS 1355 | 1-83015135321 | 1-60350344649 | Planned Service Agreement | 245.11 |
| SEARS 1355 | 1-83688791963 | 1-60350344649 | Planned Service Agreement | 245.11 |
| SEARS 1357 | 1-83688785129 | 1-60350344336 | Planned Service Agreement | 318.59 |
| SEARS 1367 | 1-83688784809 | 1-60350138268 | Planned Service Agreement | 318.59 |
| SEARS 1368 | 1-83688801037 | 1-60350139417 | Planned Service Agreement | 258.59 |
| SEARS 1377 | 1-83688801500 | 1-60350138282 | Planned Service Agreement | 256 |
| SEARS 1407 | 1-83688791775 | 1-60350286671 | Planned Service Agreement | 117.09 |

22165333.1

| | | | | |
|---|---|---|---|---|
| SEARS 1408 | 1-83688801372 | 1-60350137416 | Planned Service Agreement | 163.2 |
| SEARS 1410 | 1-83688694481 | 1-62413061900 | Planned Service Agreement | 583.13 |
| SEARS 1417 | 1-83688794166 | 1-60350286437 | Planned Service Agreement | 256 |
| SEARS 1417 | 1-83407093826 | 1-82698472092 | Labor & Material | 1028.81 |
| SEARS 1417 | 1-83564890188 | 1-83492029828 | Labor & Material | 818.37 |
| SEARS 1437 | 1-83688805920 | 1-60350137627 | Planned Service Agreement | 97.12 |
| SEARS 1447 | 1-83688805984 | 1-60350140636 | Planned Service Agreement | 264.56 |
| SEARS 1465 | 1-83688801468 | 1-60350137813 | Planned Service Agreement | 127.61 |
| SEARS 1478 | 1-83688801069 | 1-60350139551 | Planned Service Agreement | 395.35 |
| SEARS 1488 | 1-83688801101 | 1-60350139605 | Planned Service Agreement | 395.35 |
| SEARS 1508 | 1-83507390163 | 1-81061926990 | Labor & Material | 1248.75 |
| SEARS 1658 | 1-83688801660 | 1-60350345276 | Planned Service Agreement | 901.17 |
| SEARS 1658 | 1-83585466404 | 1-83253473413 | Labor & Material | 402 |
| SEARS 1745 | 1-83688796499 | 1-60350196569 | Planned Service Agreement | 255.22 |
| SEARS 1955 | 1-83688800845 | 1-60350257931 | Planned Service Agreement | 255.22 |
| SEARS 2010 | 1-83688399992 | 1-64106419277 | Planned Service Agreement | 473.07 |
| SEARS 2049 | 1-83688805472 | 1-60349890075 | Planned Service Agreement | 340.6 |
| SEARS 2087 | 1-83688801308 | 1-60349890089 | Planned Service Agreement | 243.29 |
| SEARS 2104 | 1-83688823514 | 1-62502614182 | Planned Service Agreement | 318.97 |
| SEARS 2219 | 1-83688785289 | 1-60349890066 | Planned Service Agreement | 318.99 |
| SEARS 2238 | 1-83688805568 | 1-60349948652 | Planned Service Agreement | 163.2 |
| SEARS 2242 | 1-83688790819 | 1-60350368635 | Planned Service Agreement | 1007.61 |
| SEARS 2245 | 1-83688794089 | 1-60350140264 | Planned Service Agreement | 122.55 |
| SEARS 2309 | 1-83688784474 | 1-60385143573 | Planned Service Agreement | 331.02 |
| SEARS 2311 | 1-83688784713 | 1-60350263537 | Planned Service Agreement | 374.35 |
| SEARS 2329 | 1-83688801165 | 1-60350376446 | Planned Service Agreement | 600.34 |
| SEARS 2421 | 1-83526007497 | 1-82704742437 | Labor & Material | 540 |
| SEARS 2487 | 1-83688786464 | 1-60350286802 | Planned Service Agreement | 224.48 |
| SEARS 2497 | 1-83688793925 | 1-60350139735 | Planned Service Agreement | 114.59 |
| SEARS 2537 | 1-83688791711 | 1-60350168542 | Planned Service Agreement | 114.59 |
| SEARS 2547 | 1-83688785001 | 1-60350286669 | Planned Service Agreement | 128 |
| SEARS 2557 | 1-83688801133 | 1-60350139790 | Planned Service Agreement | 375.75 |
| SEARS 2557 | 1-83413223219 | 1-83161060942 | Labor & Material | 1710.35 |
| SEARS 2565 | 1-83688784841 | 1-60350263391 | Planned Service Agreement | 127.61 |
| SEARS 2587 | 1-83688806238 | 1-60350137766 | Planned Service Agreement | 305.47 |
| SEARS 2617 | 1-83688785065 | 1-60350197150 | Planned Service Agreement | 224.48 |
| SEARS 2637 | 1-83688784937 | 1-60350197248 | Planned Service Agreement | 256 |
| SEARS 2819 | 1-83688801340 | 1-60349890273 | Planned Service Agreement | 286.19 |
| SEARS 2885 | 1-83688791743 | 1-60350168585 | Planned Service Agreement | 122.55 |
| SEARS AUTO 6060 | 1-83688813316 | 1-62404209665 | Planned Service Agreement | 290.39 |
| SEARS AUTO 6620 | 1-83688812284 | 1-62393145586 | Planned Service Agreement | 335.77 |
| SEARS AUTO 6880 | 1-81351095165 | 1-62407470566 | Planned Service Agreement | 232.26 |
| SEARS AUTO 6880 | 1-83688706455 | 1-62407470566 | Planned Service Agreement | 232.26 |
| SEARS AUTOMOTIVE 6180 | 1-83688812252 | 1-62384290150 | Planned Service Agreement | 141.82 |
| SEARS AUTOMOTIVE 6276 | 1-83688806127 | 1-60350370625 | Planned Service Agreement | 126.69 |
| SEARS PRODUCT SERVICE | 1-83638056488 | 1-83590201752 | Labor & Material | 1229.4 |
| SEARS PRODUCT SERVICE | 1-83588607481 | 1-79320861582 | Labor & Material | 2800 |
| SEARS ROEBUCK AND CO | 1-83689149700 | 1-75403556004 | Planned Service Agreement | 5339.1 |
| 2085 | 00041935002 | 83161195 | Performance Contracting | 12175.8 |
| 2085 | 00041935019 | 83161190 | Performance Contracting | 30536.13 |
| Cupey | 41934470 | | Performance Contracting | 3895.1 |

22165333.1

| | | | | |
|---|---|---|---|---:|
| KMART 3722 | 1-84004284177 | 1-83698926986 | Labor & Material | 1164.48 |
| KMART 4026 | 1-83774202229 | 1-83281192067 | Labor & Material | 737.1 |
| KMART 4304 | 1-83786216273 | 1-83359501653 | Labor & Material | 772.33 |
| KMART 4450 | 1-83780780375 | 1-82663193864 | Labor & Material | 996.3 |
| KMART 7017 | 1-83757104089 | 1-83699930597 | Labor & Material | 1227.68 |
| KMART 7017 | 1-83807614121 | 1-83739182026 | Labor & Material | 1283.49 |
| KMART 7035 | 1-83804920983 | 1-83607207598 | Labor & Material | 1232.43 |
| KMART 7139 | 1-83859392607 | 1-83694021117 | Labor & Material | 1206.45 |
| SEARS 1127 | 1-83996440992 | 1-83930978822 | Labor & Material | 774.53 |
| SEARS 1217 | 1-83866244016 | 1-83621842627 | Labor & Material | 662.49 |
| SEARS 1267 | 1-83778124968 | 1-82734152916 | Labor & Material | 347.48 |
| SEARS 1377 | 1-83889754301 | 1-83780463887 | Labor & Material | 818.37 |
| SEARS 1387 | 1-83784381846 | 1-83705423043 | Labor & Material | 662.49 |
| SEARS 1508 | 1-83777200269 | 1-82403980944 | Labor & Material | 1215.9 |
| SEAR'S 1822 | 1-84010741610 | 1-83975215672 | Labor & Material | 418.95 |
| SEARS 2219 | 1-83608462790 | 1-78960147775 | Labor & Material | 4900.5 |
| SEARS 2311 | 1-83985955297 | 1-83699287677 | Labor & Material | 428 |
| SEARS 2829 | 1-83776388153 | 1-83722880647 | Labor & Material | 630 |
| SEARS AUTOMOTIVE 2662 | 1-84025863415 | 1-83551877230 | Labor & Material | 2148.73 |
| SEARS AUTOMOTIVE 2662 | 1-83809018572 | 1-83469121240 | Labor & Material | 528.69 |
| SEARS ROEBUCK AND CO | 1-84119947935 | 1-82585933133 | Labor & Material | 308.1 |
| KMART 4057 | 1-84083110870 | 1-83633117481 | Labor & Material | 896.59 |
| KMART 7653 | 1-83959425465 | 1-83865716310 | Labor & Material | 630 |
| KMART 9153 | 1-83606841132 | 1-83408290762 | Labor & Material | 2301.47 |
| KMART 9153 | 1-83414580471 | 1-83316768618 | Labor & Material | 804 |
| KMART 9353 | 1-83507409397 | 1-83359247387 | Labor & Material | 1309.5 |
| KMART 9353 | 1-83338406704 | 1-83273769109 | Labor & Material | 652.5 |
| SEARS 1161 | 1-83504232872 | 1-83312904600 | Labor & Material | 433.44 |
| SEARS 1217 | 1-83873254222 | 1-83466613503 | Labor & Material | 3572.25 |
| SEARS 1217 | 1-83870737975 | 1-83764787909 | Labor & Material | 750.83 |
| SEARS 1226 | 1-83834299406 | 1-80432765516 | Labor & Material | 740 |
| SEARS 1377 | 1-83739829027 | 1-83530223692 | Labor & Material | 1052.19 |
| SEARS 1508 | 1-83777200269 | 1-82403980944 | Labor & Material | 1215.9 |
| SEARS CALL CENTER 49027 | 1-84030457818 | 1-83839585100 | Labor & Material | 653.42 |
| SEARS MDO 45080 | 1-83839047807 | 1-83697345656 | Labor & Material | 362.5 |
| SEARS MDO 45080 | 1-83839047807 | 1-83697345656 | Labor & Material | 362.5 |
| SEARS MDO 45142 | 1-83889237250 | 1-83698172101 | Labor & Material | 1446.08 |
| SEARS MDO 45142 | 1-83889237250 | 1-83698172101 | Labor & Material | 1446.08 |
| SEARS MDO 45168 | 1-83778889498 | 1-83527002932 | Labor & Material | 574.75 |
| SEARS MDO 45168 | 1-83778889498 | 1-83527002932 | Labor & Material | 574.75 |
| SEARS PRODUCT SERVICE | 1-83975432808 | 1-83744111383 | Labor & Material | 380.7 |
| SEARS PRODUCT SERVICE | 1-84012594915 | 1-83959490382 | Labor & Material | 521.52 |
| SEARS SHIP 24019 | 1-83807222243 | 1-83778823564 | Labor & Material | 108 |
| | | | | |
| | | | | |
| | | | | **380957.27** |

22165333.1