UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Sears Holdings Corporation, *et al.*, | : | Case No. 18-23538-rdd |
| | : | |
| Debtors. | : | |
| | : | (Jointly Administered) |
| ------------------------------------------------------------ | : | |

# ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Clayton W. Davidson to be admitted, *pro hac vice*, to represent APR Supply Co. in the above referenced cases and adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Pennsylvania, and admitted to the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania; it is hereby

**ORDERED**, that Clayton W. Davidson, Esq is admitted to practice, *pro hac vice*, in the above reference bankruptcy cases and adversary proceeding to represent APR Supply Co. in the United States Bankruptcy Court for the Southern District of New York, providing that the filing fee has been paid.

Date:   May 13, 2020            */s/Robert D. Drain*
       White Plains, New York        UNITED STATES BANKRUPTCY JUDGE