UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) <br> ) <br> Sears Holding Corporation, et al. ) <br> ) <br> Debtors. ) <br> ) <br> ) <br> Kmart Holding Corporation ) <br> ) <br> Plaintiff ) <br> ) <br> V. ) <br> ) <br> Select Systems Technology, Inc. ) <br> ) <br> Defendant ) <br> ) | Adversary Proceeding #:20-08785-rdd <br> (jointly administered with 18-23538 – lead case) <br><br> Judge Robert D. Drain |

### REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Heimerl Law Firm whose email is efiling@HeimerlLawFirm.com, requests that the firm be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system on behalf of Select Systems Technology, Inc.

By: _____
Wolfgang Heimerl
Heimerl Law Firm
30 Wall Street 8th Floor
New York, New York 10005
(908) 470-0200
efiling@HeimerlLawFirm.com

Counsel for Select Systems Technology, Inc.

## CERTIFICATE OF SERVICE

Wolfgang Heimerl, an attorney, hereby certifies that he caused the above and foregoing Request for Removal from CM/ECF Case Management List to be served upon counsel of record in this case via the U.S. Bankruptcy Court CM/ECF System, on this 8th day of May, 2020.

_____
Wolfgang Heimerl