Clayton W. Davidson, Esq.
McNEES WALLACE & NURICK LLC
100 Pine Street
Harrisburg, PA 17101
Telephone: (717) 237-5496
CDavidson@mcneeslaw.com

*Counsel to APR Supply Co. – Admitted Pro Hac Vice*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **Sears Holdings Corporation,** *et al.*,[1] | : | **Case No. 18-23538-rdd** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| ------------------------------------------------- | : | |
| **Sears Home Improvement Products, Inc.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Adv. No. 20-08594-rdd** |
| | : | |
| **APR Supply Co.,** | : | |
| Defendant(s) | x | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

{A516489:}

# ANSWER AND AFFIRMATIVE DEFENSES
# OF APR SUPPLY CO.

APR Supply Co. ("Defendant"), by and through its undersigned counsel, hereby files this Answer And Affirmative Defenses to the Complaint filed in the above captioned adversary proceeding and in support hereof states the following:

## NATURE OF THE CASE

1. Admitted.

2. Admitted.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

## PROCEDURAL BACKGROUND

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

## THE PARTIES

11. Admitted.

12. Admitted.

13. Admitted.

## FACTUAL BACKGROUND

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Denied.

## CLAIMS FOR RELIEF

### First Claim for Relief
**(Avoidance of Preference Period Transfers – 11 U.S.C. § 547)**

21. Defendant incorporates all preceding paragraphs as if fully re-alleged herein.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

30. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

## Second Claim for Relief
### (Avoidance of Fraudulent Conveyances – 11 U.S.C. § 548(a)(1)(B)

31. Defendant hereby incorporates all previous allegations as though fully set forth herein.

32. Denied.

33. Denied.

## Third Claim for Relief
### (Recovery of Avoided Transfers – 11 U.S.C. § 550

34. Defendant incorporates all preceding paragraphs as if fully re-alleged herein to the extent they ae not inconsistent with allegations contained in this Third Claim for Relief.

35. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

36. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

37. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

### Fourth Claim for Relief
**(Disallowance of all Claims - 11 U.S.C. § 502(d) and (j))**

38. Defendant incorporates herein by reference the averments set forth in paragraphs 1 through 20 above.

39. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

40. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

41. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

42. Denied. The averment set forth in this paragraph is a legal conclusion to which no responsive pleading is required.

WHEREFORE, Defendant requests this Court to dismiss Plaintiff's complaint with prejudice.

## FIRST AFFIRMATIVE DEFENSE

The alleged Transfers are unavoidable, in whole or in part, because the alleged Transfers were intended by Debtor and Defendant to be a contemporaneous exchange for new value given to Debtor and the alleged Transfers were in fact substantially contemporaneous. Defendant hereby invokes the protections afforded it under 11 U.S.C. § 547(c)(1).

## SECOND AFFIRMATIVE DEFENSE

The alleged Transfers are unavoidable, in whole or in part, because the alleged Transfers were in payment of a debt incurred by Debtor in the ordinary course of the business or financial affairs of Debtor and Defendant; were made in the ordinary course of business or financial affairs of the Debtor and Defendant; and were made according to ordinary business terms. Defendant hereby invokes the protections afforded it under 11 U.S.C. § 547(c)(2).

## THIRD AFFIRMATIVE DEFENSE

The alleged Transfers are unavoidable, in whole or in part, because after the alleged transfers were made, Defendant gave new value to or for the benefit of Debtor: (a) which new value was not secured by an otherwise avoidable security interest; or (b) on account of which Debtor did not make an otherwise unavoidable transfer to or for the benefit of Defendant.  Defendant invokes the protections afforded it under 11 U.S.C. § 547(c)(4).

## FOURTH AFFIRMATIVE DEFENSE

Defendant provided reasonably equivalent value to Debtor in exchange for any of the Transfers.

Respectfully Submitted:

MCNEES WALLACE & NURICK LLC

Dated: May 14, 2020

By:/s/ Clayton W. Davidson
    Clayton W. Davidson, Esq.
    McNEES WALLACE & NURICK LLC
    100 Pine Street
    Harrisburg, PA 17101
    Telephone: (717) 237-5496
    CDavidson@mcneeslaw.com

    *Counsel to APR Supply Co.*
    *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Answer and Affirmative Defenses of APR Supply Co., was served electronically via the Court's ECF System, on the date set forth below, upon the following:

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: pbasta@paulweiss.com

**Kara E. Casteel**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121
651.289.3846
Fax : 651.406.9676
Email: kcasteel@askllp.com

**Scott K. Charles**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1202
Fax : (212) 403-2000
Email: skcharles@wlrk.com

**Garrett A. Fail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: garrett.fail@weil.com

**Jeff J. Friedman**
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
(212) 940-7035
Fax : (212) 940-7109
Email: jeff.friedman@kattenlaw.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8817
Fax : 212-310-8007
Email: jessica.liou@weil.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: jacqueline.marcus@weil.com

**Brigette McGrath**
ASK LLP
151 West 46th Street
4th Floor
New York, NY 10036
212-267-7342
Fax : 212-918-3427
Email: bmcgrath@askllp.com

**Steven J. Reisman**
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022-2585
212-940-8800
Fax : 212-940-8776
Email: sreisman@katten.com

**Ray C Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: ray.schrock@weil.com

**Sunny Singh**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: sunny.singh@weil.com

**Joseph L. Steinfeld, Jr.**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121
(651) 289-3850
Fax : (651) 406-9676
Email: jsteinfeld@askllp.com

**Gary D. Underdahl**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121
(651) 406-9665
Fax : (651) 406-9676
Email: gunderdahl@askllp.com

**Amy R. Wolf**
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
212-403-1245
Fax : 212-403-2245
Email: arwolf@wlrk.com

*Attorneys for Debtor*

**Richard C. Morrissey**
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500
Fax : (212) 668-2255
Email: richard.morrissey@usdoj.gov

*Counsel for Trustee*

**Adler**
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165
212-257-5465
Email: aadler@primeclerk.com

*Claims and Noticing Agent*

**Elise S. Frejka**
Frejka PLLC
420 Lexington Avenue - Suite 310
New York, NY 10170
212-641-0848
Email: efrejka@frejka.com

*Consumer Privacy Ombudsman*

**Ted A. Berkowitz**
Moritt Hock & Hamroff LLP
1407 Broadway
39th Floor
New York, NY 10018
212-239-7276
Fax : 212-416-6009
Email: tberkowitz@moritthock.com

**Ira S. Dizengoff**
Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036
(212) 872-1000
Fax : (212) 872-1002
Email: idizengoff@akingump.com

**Lacy Martin Lawrence**
Akin Gump Strauss Hauer & Feld, LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201
214-969-2894
Fax : 214-969-4343
Email: llawrence@akingump.com

**Stephen B. Selbst**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(212) 592-1405
Fax : (212) 545-2313
Email: sselbst@herrick.com

*Creditor Committee*
Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.

**James N. Lawlor**
Wollmuth Maher & Deutsch, LLP
One Gateway Center
9th Floor
Newark, NJ 07102
(973) 733-9200
Fax : (973) 733-9292
Email: jlawlor@wmd-law.com

**Michael M Mulder**
Law Offices of Michael M. Mulder
1603 Orrington Ave
Ste 600
Evanston, IL 60201
312-263-0272
Email: mmmulder@mmulderlaw.com

**Cassandra Postighone**
Wollmuth Maher & Deutsch
500 Fifth Ave.
New York
New York, NY 10110
212-382-3300
Email: cpostighone@wmd-law.com

*Creditor Committee*

Date: May 14, 2020                    /s/ Tiffany L. Riser
                                      Tiffany L. Riser