**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

## AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on May 14, 2020 a copy of the *Order on "Motion To Move" Defendants Governed By Procedures Order Entered On December 26, 2019 To Procedures Order Governing Adversary Proceedings With Total In Controversy Less Than Or Equal To $500,000 Entered On March 19, 2020* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: May 14, 2020                     ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 7Up RC Bottling Co. of Southern California, Inc. | 19-08606 |
| A.G. & G. Inc. dba Vieste Creations | 19-08303 |
| AAA Pharmaceutical, Inc. | 19-08304 |
| Abdul Kareem Kabba dba Worldwide Sneakers aka Unlocked Sneakers | 19-08461 |
| ACF Group LLC | 19-08426 |
| Ad Art Company | 19-08556 |
| A-Ipower Corporation | 19-08642 |
| Air Temp Mechanical, Inc. | 19-08312 |
| Albaad USA, Inc. | 19-08314 |
| All in One PR Multiservices | 19-08316 |
| American Color Inc. | 19-08559 |
| American Gasket Technologies Inc. | 19-08653 |
| American Plush Textile Mills, LLC | 19-08323 |
| Archer Air Conditioning Service Company | 19-08329 |
| Arizona Republic Phoenix Gazette | 19-08681 |
| Armouth International Inc. | 19-08333 |
| Attends Healthcare Products Inc. | 19-08499 |
| Avangard Innovative LP | 19-08336 |
| Belco Distributors | 19-08682 |
| Berkshire Hathaway Inc. dba Roanoke Times | 19-08341 |
| Bicycle Doctor of Broward, Inc. | 19-08346 |
| Blast Analytics & Marketing, Inc. | 19-08349 |
| Boyd Flotation Inc | 19-08676 |
| Bravado International Group Merchandising Services Inc. | 19-08367 |
| Brightview Landscapes, LLC | 19-08369 |
| Brookfield Equinox LLC | 19-08373 |
| Bully Tools Inc | 19-08677 |
| Cal Pure Produce Inc. dba Cal Pure Pistachios Inc. | 19-08380 |
| Camco Manufacturing Inc | 19-08609 |
| CCP Newco LLC | 19-08610 |
| Cellini LLC | 19-08590 |
| CMC Mechanical LLC | 19-08383 |
| Crius Construction LLC | 19-08656 |
| Cryopak Industries (2007) ULC | 19-08395 |
| CS Group Inc | 19-08611 |
| Cudlie Accessories LLC | 19-08400 |
| Custom Lawn Service Inc | 19-08505 |
| Cycle Force Group LLC | 19-08591 |

| | |
|---|---|
| Daily Press Inc | 19-08566 |
| Dalessio Group, Inc. | 19-08402 |
| Damao Luggage International Inc. | 19-08404 |
| DAS, LLC | 19-08406 |
| DeVore Lighting, Inc. dba De Vore Industries Inc. | 19-08421 |
| Dicarlo Distributing Inc | 19-08508 |
| Diversified Global Technologies LLC | 19-08612 |
| Dominion Mechanical Contractors, Inc. | 19-08356 |
| Doskocil Mfg. Company | 19-08584 |
| Dover Grease Trap Inc | 19-08567 |
| DP Media Network LLC | 19-08358 |
| Duraflame Inc | 19-08614 |
| E.J.D. Enterprises, Inc. dba Empire Distributors | 19-08360 |
| Easy Gardener Products, Inc. | 19-08363 |
| El Vocero De Puerto Rico | 19-08683 |
| eMarketer Inc. | 19-08374 |
| Embarcadero Technologies, Inc. | 19-08378 |
| European Home Designs LLC | 19-08568 |
| Ex-Cell Home Fashions, Inc. | 19-08387 |
| Fashion Accents LLC | 19-08511 |
| Fashion Accessory Bazaar LLC | 19-08391 |
| Final Touch Delivery Service Inc | 19-08711 |
| FlexPrint, LLC | 19-08403 |
| Folsom Services, Inc. | 19-08407 |
| Forman Industries, Inc. dba FI Companies | 19-08409 |
| Founding Fathers Products LLC | 19-08513 |
| Funderburk Roofing Inc | 19-08514 |
| Gage Roofing & Constructors, Inc. | 19-08414 |
| Garland Sales, Inc. | 19-08419 |
| Gatehouse Media Oklahoma Holdings, Inc. dba Daily Oklahoman | 19-08427 |
| Golf Gifts & Gallery, Inc. | 19-08431 |
| Gossi Inc | 19-08515 |
| Grace and Son Construction Company of Greenville, Inc. | 19-08432 |
| Green Room Productions, Inc. | 19-08433 |
| Gretchen International Inc. | 19-08494 |
| Handcraft Mfg. Corp | 19-08658 |
| Harmony Enterprises Inc | 19-08569 |
| Hawaiian Host, Inc. dba Hawaiian Host Chocolates Inc. | 19-08443 |
| Healthtex Caribbean LLC | 19-08445 |

| | |
|---|---|
| Heritage Travelware, Ltd. | 19-08451 |
| Hi-Tech Air Conditioning Service, Inc. | 19-08457 |
| Holmberg Farms, Inc. | 19-08459 |
| Hypard Trading Corp | 19-08645 |
| IDM, Inc. | 19-08466 |
| Infomercials, Inc. | 19-08487 |
| Innova Products Inc. | 19-08495 |
| Inter County Mechanical Corp | 19-08573 |
| Interstate Trailer Sales Inc | 19-08574 |
| Johnson United, Inc. dba United Sign Systems | 19-08491 |
| June A. Grothe Construction, Inc. dba J G Construction | 19-08492 |
| JVC Americas Corp. dba JVC Company of America | 19-08497 |
| JVCKENWOOD USA Corporation | 19-08493 |
| Kahena Digital Marketing Ltd. dba JVP Media Quarter | 19-08306 |
| La Crosse Brush Inc | 19-08646 |
| Landmark Community Newspapers LLC | 19-08619 |
| Leadgenius | 19-08518 |
| Leisure Products Inc | 19-08696 |
| Liaison Technologies, Inc. | 19-08308 |
| Lil Anglers LLC | 19-08520 |
| Limbach Company LLC | 19-08309 |
| M&S Accessory Network Corp. | 19-08313 |
| Manifold, LLC | 19-08315 |
| Masterpieces Puzzle Co., Inc. | 19-08319 |
| MaxColor, LLC | 19-08578 |
| MC Builders, LLC | 19-08322 |
| MCI Communications Services, Inc. dba MCI Comm. Service | 19-08326 |
| Mckinney Trailer Rentals | 19-08522 |
| MediaNews Group, Inc. dba The Mercury News fka San Jose Mercury News | 19-08328 |
| Micro World Corporation | 19-08622 |
| Mr Hawaii Inc | 19-08523 |
| MSM Outdoor, LLC | 19-08330 |
| Multiple Solutions Inc | 19-08525 |
| Naterra International Inc | 19-08586 |
| Netsuite Inc. | 19-08334 |
| News Times | 19-08686 |
| NIN Group, Inc. | 19-08337 |
| Northern International Inc. dba NII | 19-08340 |
| Nova Wildcat Bulldog, LLC dba Bulldog Hardware | 19-08342 |

| | |
|---|---|
| One Step Up Ltd | 19-08587 |
| OpenText Corporation | 19-08345 |
| Orlando Sentinel | 19-08687 |
| O'Shea Inc | 19-08595 |
| Outdoor Cap Co., Inc. | 19-08347 |
| Pacific Charlie Co. Inc | 19-08588 |
| Pacific Market International LLC | 19-08526 |
| Paradigm Fitness Equipment Inc | 19-08596 |
| Park Greenhouse | 19-08528 |
| Perfect Fit Industries, LLC | 19-08348 |
| Pet Partners Inc | 19-08529 |
| Picnic Time Inc | 19-08649 |
| PlayMonster LLC | 19-08350 |
| Post Gardens of Battle Creek, Inc. | 19-08351 |
| Preferred Display, Inc. | 19-08352 |
| Prestone Products Corporation | 19-08531 |
| Push Digital, LLC | 19-08357 |
| Qcoefficient Inc | 19-08532 |
| R E Daigle & Son Electrical, Inc | 19-08688 |
| Razor USA LLC | 19-08359 |
| Reedy Maintenance and Repairs LLC | 19-08624 |
| Rely Services Inc | 19-08664 |
| Renzo Excavating LLC | 19-08533 |
| Repair Palace Inc | 19-08689 |
| Retail Contracting Service, Inc. | 19-08364 |
| Ricoh Production Print Solutions | 19-08534 |
| Ricoh USA, Inc. fka Ricoh Americas Corporation | 19-08375 |
| Rolling & Sliding Doors Of Dayton Ltd | 19-08535 |
| Romy's Plumbing Inc. dba AA Plumbing | 19-08381 |
| Royal Animals Ltd | 19-08625 |
| RTA Products, LLC | 19-08384 |
| Rugs America Corporation | 19-08536 |
| Rushmore Photo & Gifts Inc | 19-08665 |
| Ruyi Design & Manufacture Inc | 19-08537 |
| Sakutori Designs LLC | 19-08666 |
| Salland Industries, Limited | 19-08386 |
| San Diego Union Tribune LLC | 19-08626 |
| Sandy Inc. | 19-08388 |
| Scott Shoe Co. Ltd | 19-08589 |

| | |
|---|---|
| SCS Direct, Inc. | 19-08390 |
| Securitas Security Services Inc | 19-08667 |
| Shaker Hill Landscape & Nursery Co | 19-08539 |
| Sign Outlet Inc | 19-08630 |
| Six Nines IT LLC | 19-08669 |
| Skagit Horticulture LLC | 19-08396 |
| Smith & Vandiver Corp | 19-08540 |
| South / Win, LLC | 19-08362 |
| Southern Atlantic Electric Co. | 19-08670 |
| Southern Technologies, LLC | 19-08480 |
| Steven Rockwell Sanders, LLC dba S R Sanders LLC | 19-08408 |
| Sun Sentinel | 19-08690 |
| Sunny Distributor Inc | 19-08598 |
| Swatow Puerto Rico Corporation | 19-08483 |
| The American Bottling Company fdba Mr. Natural Inc. | 19-08415 |
| The Greystone Tea Company Inc | 19-08418 |
| The Journal News | 19-08691 |
| The Madden Corporation | 19-08425 |
| Tiger Capital Group LLC | 19-08671 |
| TJD Holdings Inc | 19-08545 |
| TL Perez Residential Services | 19-08692 |
| TMM Investments Ltd | 19-08599 |
| TNP Sites LLC | 19-08600 |
| Toll Global Forwarding SCS (USA) Inc. fdba FMI Inc. | 19-08434 |
| Tory's Roofing & Waterproofing Inc | 19-08632 |
| TouchPoint 360, LLC | 19-08438 |
| Transporte Bairoa Inc | 19-08546 |
| Troutman Sanders LLP | 19-08446 |
| Unitex Incorporado | 19-08484 |
| Universal Apparel Inc. | 19-08450 |
| Universal Building Services dba UBS | 19-08452 |
| Universal Service Agency LLC | 19-08454 |
| US Neighbors Construction Inc. | 19-08455 |
| Value Smart Products Inc | 19-08635 |
| Vanderbilt Home Products LLC | 19-08547 |
| Vazquez Polar Air Conditioner Corp | 19-08636 |
| Vento Distributors Corp. | 19-08460 |
| Virginian Pilot | 19-08694 |
| Visser Greenhouses Inc | 19-08548 |

| | |
|---|---|
| Warren Business Services Inc | 19-08471 |
| West Chester Holdings, LLC | 19-08473 |
| Weveel LLC | 19-08673 |
| White Mark Universal Inc. | 19-08485 |
| Whynter, LLC | 19-08486 |
| Wick Communications | 19-08551 |
| Wilhelmina West Inc | 19-08637 |
| Wipfli LLP | 19-08475 |
| Wolters Kluwer ELM Solutions, Inc. dba Tymetrix Inc. | 19-08477 |
| Wolters Kluwer Health, Inc. | 19-08478 |
| Wolters Kluwer United States Inc. dba CT Corporation Systems | 19-08479 |
| Wolverton Inc | 19-08675 |
| WTS Contracting Corp | 19-08639 |
| YM Trading Inc | 19-08552 |
| Yoyo Lip Gloss Inc | 19-08553 |

* 210 Adversary Proceedings

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Abdul Kareem Kabba, Owner
Abdul Kareem Kabba dba Worldwide
Sneakers aka Unlocked Sneakers
10201 Grand Central Avenue
Apartment 206
Owings Mills, Maryland 21117-3996

Dave Rodney, Reg Agt/President
ACF Group LLC
B48 Calle Poppy
San Juan,  926

Brian A. Cook, Esq.
Waldheger Coyne
1991 Crocker Road, Suite 550
Cleveland, Ohio 44145

Gidi Tenne, President
Albaad USA, Inc.
129 Technology Drive South
Reidsville, North Carolina 27320-1563

Victor Gratacos Diaz, Esq.
Gratacos Law Firm, P.S.C.
PO Box 7571
Caguas, PR,  726

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Stacy Warwick, Officer
Archer Air Conditioning Service Company
2503 West Beaver Creek Drive
Powell, Tennessee 37849-4835

Paul J. Labov, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, New York 10016-1314

Rick Perez, President/CEO
Avangard Innovative LP
11906 Brittmoore Park Drive
Houston, Texas 77041

Kerby S. Ham, Officer
Berkshire Hathaway Inc. dba Roanoke
Times
3555 Farnam Street, Suite 1440
Omaha, Nebraska 68131

Phillipe C. Klipfel, President
Bicycle Doctor of Broward, Inc.
21644 Magdalena Terrace
Boca Raton, Florida 33433-3036

Kayden Kelly, RegAgt/CEO
Blast Analytics & Marketing, Inc.
6020 West Oaks Boulevard, #260
Rocklin, California 95765

John Mills, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Drazen Ivanovic, President/CEO
Brookfield Equinox LLC
9045 East Pima Center Parkway
Suite 3
Scottsdale, Arizona 85258

Stewart A. Resnick, President
Cal Pure Produce Inc. dba Cal Pure
Pistachios Inc.
13646 Highway 33
Lost Hills, California 93249

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Robert E. Nies, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, New Jersey 7052

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Karen Dalessio, President
Dalessio Group, Inc.
20 Industrial Lane
Johnston, Rhode Island 2919

Brian A. Sullivan, Esq.
Werb & Sullivan
1225 North King Street, Suite 600

Wilmington, Delaware 19801

Jacob Silverstein, Officer
DAS, LLC
2321 NW Thurman Street
Portland, Florida 97210

Katharine Lau, Esq.
Law Offices of Katharine B.K. Lau
445 South Figueroa Street
Suite 3166
Los Angeles, California 90071

Will McAteer, President
Dominion Mechanical Contractors, Inc.
5265 Port Royal Road
Suite 100
Springfield, Virginia 22151

Brian T. Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Officer, Managing or General Agent
E.J.D. Enterprises, Inc. dba Empire
Distributors
11383 Newport Drive
Rancho Cucamonga, California 91730

Tara J. Schellhorn, Esq.
Riker Danzig Scherer Hyland & Perretti
LLP
One Speedwell Avenue
Morristown, New Jersey 07962-1981

Randall Jacobs, CEO
Embarcadero Technologies, Inc.
10801 North Mopac Expressway
Building 1, Suite 100
Austin, Texas 78759

Joe Granger, CEO
Ex-Cell Home Fashions, Inc.
1500 North Carolina Street
Goldsboro, North Carolina 27530

Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
8th Floor
New York, New York 10016

Frank Gaspari, Officer
FlexPrint, LLC
2845 North Omaha Street
Mesa, Arizona 85215

Christopher R. Thompson, Esq.
Burr & Forman LLP
200 South Orange Avenue
Suite 800
Orlando, Florida 32801

Daniel C. Stark, Esq.
Newman, Simpson & Cohen LLP
32 Mercer Street
Hackensack, New Jersey 7601

Andrew P. McCormick, Esq.
Landry Munoz, PLLC
4950 Bissonnet Street, Suite A
Bellaire, Texas 77401

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue

New York, New York 10022

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

Dean Chudy, President
Golf Gifts & Gallery, Inc.
N1675 Powers Lake Road
Genoa City, Wisconsin 53128

Joseph P. Grace, RegAgt/President
Grace and Son Construction Company of
Greenville, Inc.
135 Grace Drive
Easley, South Carolina 29640

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Keith Sakamoto, CEO
Hawaiian Host, Inc. dba Hawaiian Host
Chocolates Inc.
500 Alakawa Street, Suite 111
Honolulu, Hawaii 96817-4576

Samuel G. Harrod, IV, Esq.
Meltzer, Purtill & Stelle LLC
1515 East Woodfield Road
2nd Floor
Schaumburg, Illinois 60173

Joseph Siano, Officer
Hi-Tech Air Conditioning Service, Inc.
60 Otis Street
West Babylon, New York 11704

Douglas A. Holmberg, RegAgt/Officer
Holmberg Farms, Inc.
13430 Hobson Simmons Road
Lithia, Florida 33547

Omidreza Khorsandi, RegAgt/President
IDM, Inc.
33152 Irongate Drive
Leesburg, Florida 34788

Officer/Managing Agent
Infomercials, Inc.
2115 West 1150 North
Springville, Utah 84663

Jay Yacker, Esq.
Yacker Glatt, LLC
648 Newark Ave
Jersey City, New York 7306

Steven Milo, Esq.
Wharton Aldhizer & Weaver PLC
100 South Mason Street
Harrisonburg, Virginia 22501

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Michael S. Weinstein, Esq.

Golenbock Eiseman Assor Bell & Peskoe
LLP
711 Third Avenue
New York, New York 10017

Michael S. Weinstein, Esq.
Golenbock Eiseman Assor Bell & Peskoe
LLP
711 Third Avenue
New York, New York 10017

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Alison D. Welles, Esq.
OpenText
Enterprise Solutions - Assistant General
Counsel
9711 Washingtonian Boulevard
Gaithersburg, Maryland 20878

D. Matthew Jameson, III, Esq.
Babst, Calland, Clements and Zomnir, P.C.
Two Gateway Center
Pittsburgh, Pennsylvania 15222

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Jonathan M. Saffer, Esq.
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718

Eric J. Monzo, Esq.
Morris James LLP
PO Box 2306
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19899

Tracey M. Ohm, Esq.
Stinson LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, District of Columbia 20006

Brian Harvey, Esq.
Buchalter
1000 Wilshire Blvd., Suite 1500
Los Angeles, California 90017

Ho Soon Choi, President
MSM Outdoor, LLC
2440 Ravenhurst Drive
Plano, Texas 75025

Valerie Bantner Peo, Esq.
Buchalter
55 Second Street, Suite 1700
San Francisco, California 94105-3493

Igor Valiaev, RegAgt/President
NIN Group, Inc.
3326 North Ottawa Avenue
Chicago, Illinois 60634

Andrea Sanche, Esq.
Ricketts Harris LLP
181 University Avenue
Suite 800
Toronto, ON,  M5H 2X7

Lauren S. Zabel, Esq.
Reed Smith LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103

Mark J. Barrenechea, CEO
OpenText Corporation
275 Frank Tompa Drive
Waterloo, ON,  N2L 0A1

Steven W. Soule, Esq.
Hall Estill, Attorneys at Law
320 S. Boston Avenue
Suite 200
Tulsa, Oklahoma 74103

Stephan Milo, Esq.
Wharton Aldhizer & Weaver, PLC
100 South Mason Street
P.O. Box 20028
Harrisonburg, Virginia 22801-7528

Bob Wann, CEO
PlayMonster LLC
1400 East Inman Parkway
Beloit, Wisconsin 53511

Nancy Tuinier, President
Post Gardens of Battle Creek, Inc.
3055 West Michigan Avenue
Battle Creek, Michigan 49017

Jonathan A. Grasso, Esq.
Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004

Christine A. Walsh, Esq.
Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

Lance Calvert, CEO
Retail Contracting Service, Inc.
224 Brown Industrial Parkway, Suite 105
Canton, Georgia 30114

J. Cory Falgowski, Esq.
Burr & Forman LLP
1201 North Market Street, Suite 1407
Wilmington, Delaware 19801

Stephen C. Lane, Esq.
Attorney at Law
7419 Kingsgate Way, Suite A
West Chester, Ohio 45069

Gabriel Dickstein, RegAgt/Officer
RTA Products, LLC
2500 SW 32nd Avenue
Pembroke Park, Florida 33023

Albert D. Lichy, Esq.
Stearns Weaver Miller Weissler Alhadeff &
Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130

Patrick W. Carothers, Esq.
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219

Suzanne B. Sutton, Esq.
Cohen and Wolf, P.C.
657 Orange Center Road
Orange, Connecticut 6477

Scott Crownover, President/CEO
Skagit Horticulture LLC
14113 Riverbend Road
Mount Vernon, Washington 98273

William H. Dubose, RegAgt/President
South / Win, LLC
112 Maxfield Road
Greensboro, North Carolina 27405

Huichuan Liao, RegAgt/Officer
Southern Technologies, LLC
3816 Hawthorn Court
Waukegan, Illinois 60087

Steven R. Sanders, Officer
Steven Rockwell Sanders, LLC dba S R
Sanders LLC
5445 Lake LeClare
Lutz, Florida 33558

Saul Suarez Flores, Esq.
Limonta & Suarez
PO Box 361686
San Juan, PR,  00936-1686

Ravi Joshi, CEO
The Greystone Tea Company Inc
213 Lbrosse Avenue
Pointe-Claire, QC,  H9R 1A3

E. Lynn Madden, RegAgt/CEO/President
The Madden Corporation
94-800 Ukee Street
Suite 301
Waipahu, Hawaii 96797

Mick Fountain, President
Toll Global Forwarding SCS (USA) Inc.
fdba FMI Inc.
800 Federal Boulvard
Carteret, New Jersey 7008

Gregg Morrison, Officer
TouchPoint 360, LLC
1250 Feehanville Drive
Suite 100
Mt. Prospect, Illinois 60056

Stephen G. Rinehart, Esq.
Troutman Sanders LLP
875 Third Avenue
New York, New York 10022

David Santamaria, RegAgt/President
Unitex Incorporado
211 O'neill Street
San Juan,  918

Sea Ben-Menaham, President
Universal Apparel Inc.
23875 Ventura Boulevard
Suite 204
Calabasas, California 91302

Tony Marino, Officer
Universal Building Services dba UBS
16 S Avenue West

Suite 233
Cranford, New Jersey 7016

David Noyce, Esq.
Marinosci Law Group, P.C.
11111 Nall Avenue, Suite 104
Leawood, Kansas 66211

Marcin Kostrzewa, RegAgt/President
US Neighbors Construction Inc.
648 Oswego Drive
Carol Stream, Illinois 60188

Myrna L. Ruiz-Olmo, Esq.
MRO Attorneys at Law, LLC
PO Box 367819
San Juan, PR,  00936-7819

Donna M. Cusimano, Esq.
Rosenberg Feldman Smith, LLP
551 Fifth Avenue, 24th Floor
New York, New York 10176

Officer/Managing Agent
West Chester Holdings, LLC
11500 Canal Road
Cincinnati, Ohio 45241

Doron Hazut, CEO
White Mark Universal Inc.
1220 Maple Avenue, Suite 911
Los Angeles, California 90015

Timothy Nixon, Esq.
Godfrey & Kahn S.C.
200 South Washington Street
Suite 100
Green Bay, Wisconsin 54301-4298

Richard F. Flynn, President
Wolters Kluwer ELM Solutions, Inc. dba
Tymetrix Inc.
3009 Post Oak Bouelvard
Suite 1100
Houston, Texas 77056

Diana L. Nole, CEO
Wolters Kluwer Health, Inc.
Two Commerce Square

2001 Market Street
Philadelphia, Pennsylvania 19103

Elizabeth Satin, CEO
Wolters Kluwer United States Inc. dba CT
Corporation Systems
111 Eighth Avenue
13th Floor
New York, New York 10011

| Defendant Name | Address_Line_1 | Address_Line_2 | Address Line 3 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|
| 7Up RC Bottling Co. of Southern Californ | 3220 East 26th Street | | | Vernon | CA | 90023 | Attn: Officer, Managing or General Agent |
| 7Up RC Bottling Co. of Southern Californ | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Ad Art Company | 3260 E 26th Street | | | Vernon | CA | 90058 | Attn: Officer, Managing or General Agent |
| A-Ipower Corporation | 10887 Commerce Way | Unit A | | Fontana | CA | 92337 | Attn: Officer, Managing or General Agent |
| A-Ipower Corporation | C/O United States Corporation Agents, Inc. | 300 Delaware Avenue | Suite 210-A | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| A-Ipower Corporation | c/o Law Office of Curtis A. Hehn | 1007 N. Orange St. | 4th Floor | Wilmington | DE | 19801 | Attn: Curtis A. Hehn |
| American Color Inc. | 22495 Thornhill Road | | | Orange | VA | 22960 | Attn: Officer, Managing or General Agent |
| American Color Inc. | 115 Chapman Street | | | Orange | VA | 22960 | Attn: Henry Lee Carter |
| American Color Inc. | c/o Brennan, Manna & Diamond | 75 East Market Street | | Akron | OH | 44308 | Attn Duriya Dhinojwala |
| American Gasket Technologies Inc. | 10 Laura Drive | | | Addison | IL | 60101 | Attn: Officer, Managing or General Agent |
| Arizona Republic Phoenix Gazette | 200 East Van Buren | | | Phoenix | AZ | 85004 | Attn: Officer, Managing or General Agent |
| Arizona Republic Phoenix Gazette | C/O Mccarter & English LLP | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102 | Attn: Philip Pavlick |
| Attends Healthcare Products Inc. | 1029 Old Creek Road | | | Greenville | NC | 28734 | Attn: Officer, Managing or General Agent |
| Attends Healthcare Products Inc. | C/O National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 | Attn: Registered Or Authorized Agent |
| Belco Distributors | 100 Adams Boulevard | | | Farmingdale | NY | 11735 | Attn: Officer, Managing or General Agent |
| Boyd Flotation Inc. | 2440 Adie Road | | | St. Louis | MO | 63043 | Attn: Officer, Managing or General Agent |
| Bully Tools Inc. | 14 Technology Drive | | | Steubenville | OH | 43952 | Attn: Officer, Managing or General Agent |
| Camco Manufacturing Inc. | 121 Landmark Drive | | | Greensboro | NC | 27409 | Attn: Donald R. Caine |
| CCP Newco LLC | 11840 Westline Ind Drive | | | St Louis | MO | 63146 | Attn: Officer, Managing or General Agent |
| CCP Newco LLC | C/O Csc-Lawyers Incorporating Service Compa | 221 Bolivar Street | | Jefferson City | MO | 65101 | Attn: Registered Or Authorized Agent |
| Cellini LLC | 35 Roxanna Lane | | | Kingston | RI | 02881 | Attn: Officer, Managing or General Agent |
| Cellini LLC | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Crius Construction LLC | 1350 Budd Avenue North | | | Maple Plain | MN | 55359 | Attn: Officer, Managing or General Agent |
| CS Group Inc. | 2889 S. Shoshone Street | | | Littleton | CO | 80110 | Attn: Officer, Managing or General Agent |
| Custom Lawn Service Inc. | 9012 South Sullivan Place | | | Terre Haute | IN | 47802 | Attn: Officer, Managing or General Agent |
| Custom Lawn Service Inc. | C/O Wilkinson, Goeller, Modesitt, Wilkinson & | 333 Ohio Street | | Terre Haute | IN | 47807 | Attn: Darwinson Valdez |
| Cycle Force Group LLC | 2105 SE 5th Street | | | Ames | IA | 50010 | Attn: Officer, Managing or General Agent |
| Cycle Force Group LLC | 1601 Golden Aspen Drive | Suite 107 | | Ames | IA | 50010 | Attn: Nyle Nims |
| Daily Press Inc. | 703 Mariners Row | | | Newport News | VA | 23606 | Attn: Officer, Managing or General Agent |
| Daily Press Inc. | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered Or Authorized Agent |
| Daily Press Inc. | C/O Cohen & Grigsby PC | 625 Liberty Ave | | Pittsburgh | PA | 15222 | Attn: Helen Ward |
| Dicarlo Distributing Inc. | 1630 North Ocean Avenue | | | Holtsville | NY | 11742 | Attn: Officer, Managing or General Agent |
| Dicarlo Distributing Inc. | C/O Harfenist Kraut & Perlstein LLP | 3000 Marcus Ave | Suite 2E1 | Lake Success | NY | 11042 | Attn: Allen Perlstein |
| Diversified Global Technologies LLC | 128 Singleton Street | | | Woonsocket | RI | 02895 | Attn: Officer, Managing or General Agent |
| Diversified Global Technologies LLC | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered Or Authorized Agent |
| Doskocil Mfg. Company | 2300 E Randol Mill Road | | | Arlington | TX | 76011 | Attn: Officer, Managing or General Agent |
| Doskocil Mfg. Company | C/O CT Corporation System | 1999 Bryan Street | Suite 900 | Dallas | TX | 75201 | Attn: Registered Or Authorized Agent |
| Dover Grease Trap Inc. | 16585 Thirteen Mile Road | | | Fraser | MI | 48026 | Attn: Officer, Managing or General Agent |
| Duraflame Inc. | 2894 Monte Diablo Avenue | | | Stockton | CA | 95203 | Attn: Officer, Managing or General Agent |
| El Vocero De Puerto Rico | 1064 Ponce De Leon | 2 DO Piso | | San Juan | PR | 00902 | Attn: Officer, Managing or General Agent |
| European Home Designs LLC | 347 5th Avenue | Floor 2 | | New York | NY | 10016 | Attn: Officer, Managing or General Agent |
| Fashion Accents LLC | 100 Nashua Street | | | Providence | RI | 02940 | Attn: Officer, Managing or General Agent |
| Final Touch Delivery Service Inc. | 328 Greenbay Road | | | Highwood | IL | 60040 | Attn: Officer, Managing or General Agent |
| Final Touch Delivery Service Inc. | 580 Roger Williams | Suite 26 | | Highland | IL | 60035 | Attn: Marina Shapiro |
| Final Touch Delivery Service Inc. | C/O Vedder Price | 222 North Lasalle Street | | Chicago | IL | 60601 | Attn: Alison Hudson |
| Founding Fathers Products LLC | 1844 W Wayzata Blvd | | | Long Lake | MN | 55356 | Attn: Officer, Managing or General Agent |
| Founding Fathers Products LLC | 2170 Shevlin Drive | | | Orono | MN | 55391 | Attn: Phil Knutsen |
| Founding Fathers Products LLC | c/o Jones & Associates | 1325 Avenue of the Americas | 28th Floor | New York | NY | 10019 | Attn: Kysaiah Fernandez |
| Funderburk Roofing Inc. | 1987 Quincy Court | | | Glendale Heights | IL | 60139 | Attn: Officer, Managing or General Agent |
| Funderburk Roofing Inc. | 195 Hiawatha Drive | | | Carol Stream | IL | 60188 | Attn: Robert A. McNees |
| Gossi Inc. | 30255 Solon Industrial Parkway | | | Solon | OH | 44139 | Attn: Officer, Managing or General Agent |
| Gossi Inc. | 195 Sterncrest | | | Moreland Hills | OH | 44022 | Attn: David Goss |
| Gossi Inc. | C/O Dettelbach Sicherman & Baumgart LLC | 55 Public Square | 21St Floor | Cleveland | OH | 28280 | Attn: Richard Baumgart |
| Handcraft Mfg. Corp. | 10 East 34th Street | | | New York | NY | 10016 | Attn: Officer, Managing or General Agent |
| Harmony Enterprises Inc. | 704 Main Avenue N | | | Harmony | MN | 55939 | Attn: Officer, Managing or General Agent |
| Harmony Enterprises Inc. | C/O Cogency Global Inc. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 | Attn: Registered Or Authorized Agent |
| Hypard Trading Corp | 14218 Nelson Ave | | | City Of Industry | CA | 91746 | Attn: Officer, Managing or General Agent |
| Inter County Mechanical Corp. | 1600 Ocean Ave | | | Bohemia | NY | 11716 | Attn: Officer, Managing or General Agent |
| Interstate Trailer Sales Inc. | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |
| Interstate Trailer Sales Inc. | 14001 Valley Boulevard | | | Fontana | CA | 92335 | Attn: Timothy Michael McNulty |
| La Crosse Brush Inc. | 3235 George Street | | | La Crosse | WI | 54603 | Attn: Officer, Managing or General Agent |
| La Crosse Brush Inc. | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Landmark Community Newspapers, LLC | 601 Taylorsville Road | | | Shelbyville | KY | 40065 | Attn: Officer, Managing or General Agent |
| Leadgenius | 2054 University Avenue | Suite 400 | | Berkeley | CA | 94704 | Attn: Officer, Managing or General Agent |
| Leisure Products Inc. | 506 Twin Oaks Dr. | | | Johnson City | TN | 37601 | Attn: Officer, Managing or General Agent |
| Leisure Products Inc. | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered Or Authorized Agent |
| Lil Anglers LLC | 1314 N Nias Avenue | | | Springfield | MO | 65802 | Attn: Officer, Managing or General Agent |
| Lil Anglers LLC | 1624 W Jackson Street | | | Ozark | MO | 65721 | Attn: Jason Bauer |
| MaxColor, LLC | 5 South Wabash Ave. | #1810 | | Chicago | IL | 60603 | Attn: Officer, Managing or General Agent |
| MaxColor, LLC | C/O Incorp Services, Inc. | 919 North Market Street | Suite 650 | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Mckinney Trailer Rentals | 8400 East Slauson Avenue | | | Pico Rivera | CA | 90660 | Attn: Officer, Managing or General Agent |
| Mckinney Trailer Rentals | 2601 Saturn Street | | | Brea | CA | 92821 | Attn: Officer, Managing or General Agent |
| Mckinney Trailer Rentals | c/o McKasson & Klein LLP | 18401 Von Karman Ave | Suite 330 | Irvine | CA | 92612 | Attn: Marcella Chambers |
| Micro World Corporation | 855 Towne Center Drive | | | Pomona | CA | 91767 | Attn: Officer, Managing or General Agent |
| Micro World Corporation | 713 W Duerte Road | | | Arcadia | CA | 91007 | Attn: Johnson Yang |
| Micro World Corporation | 444 S Flower St | Suite 2530 | | Los Angeles | CA | 90071 | Attn: Bob Dang |
| Mr Hawaii Inc. | 16817 S Western Avenue | | | Gardena | CA | 90247 | Attn: Officer, Managing or General Agent |
| Multiple Solutions Inc. | Urb Estancias De Mountain View | Calle Cerro Punta # 94 | | Coamo | PR | 00769 | Attn: Officer, Managing or General Agent |
| Multiple Solutions Inc. | C/O Fernandez Perez Law Office | 3109 Ave Eduardo Ruberte U | | San Antonio Ponce | PR | 00732 | Attn: Elias Fernandez Perez |
| Naterra International Inc. | 1250 Freeport Parkway | | | Coppell | TX | 75019 | Attn: Officer, Managing or General Agent |
| Naterra International Inc. | C/O Carrington, Coleman, Sloman & Blumenth | 901 Main Street | Suite 5500 | Dallas | TX | 75202 | Attn: Jason Katz |
| News Times | 201 E. Jefferson | | | Phoenix | AZ | 85034 | Attn: Officer, Managing or General Agent |
| One Step Up Ltd. | 1412 Broadway | 3rd Floor | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Orlando Sentinel | 633 N Orange Street | | | Orlando | FL | 32801 | Attn: Officer, Managing or General Agent |
| Orlando Sentinel | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered Or Authorized Agent |
| Orlando Sentinel | C/O Dentons Cohen & Grigsby | 625 Liberty Ave | 5Th Floor | Pittsburgh | PA | 15222 | Attn: Helen Ward |
| O'Shea Inc. | 330 West 47th Steet | #203 | | Kansas City | MO | 64112 | Attn: Officer, Managing or General Agent |
| Pacific Charlie Co. Inc. | 167 Edward T Calvo Memorial Parkway | Suite B | | Tamuning | GU | 96931 | Attn: Officer, Managing or General Agent |
| Pacific Market International LLC | 2000 Sierra Point Parkway | 3Rd Floor | | Brisbane | CA | 94005 | Attn: Officer, Managing or General Agent |
| Pacific Market International LLC | 2401 Elliott Avenue | 4Th Floor | | Seattle | WA | 98121 | Attn: Derek De Bakker |
| Paradigm Fitness Equipment Inc. | 1189 Jellick Avenue | | | City Of Industry | CA | 91748 | Attn: Allen Ren |
| Park Greenhouse | 12813 West Ripon Road | | | Ripon | CA | 95366 | Attn: Officer, Managing or General Agent |
| Pet Partners Inc. | 450 North Sheridan Street | | | Corona | CA | 92880 | Attn: Officer, Managing or General Agent |
| Picnic Time Inc. | 5131 Maureen Ln | | | Moorpark | CA | 93021-1783 | Attn: Officer, Managing or General Agent |
| Prestone Products Corporation | 6250 North River Road | Suite 6000 | | Rosemont | IL | 60018 | Attn: Officer, Managing or General Agent |
| Prestone Products Corporation | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Prestone Products Corporation | C/O CT Corporation System | 1201 Peachtree Street NE | | Atlanta | GA | 30384 | Attn: Officer, Managing or General Agent |
| Prestone Products Corporation | 250 Halls Mill Road | | | Freehold | NJ | 00728 | Attn: Officer, Managing or General Agent |
| Prestone Products Corporation | 1900 West Field Court | | | Lake Forest | IL | 60045 | Attn: Officer, Managing or General Agent |
| Qcoefficient Inc. | 310 South Michigan Avenue | Unit 903 | | Chicago | IL | 60604 | Attn: Officer, Managing or General Agent |
| Qcoefficient Inc. | C/O Corp1, Inc. | 28 Old Rudnick Lane | | Dover | DE | 19901 | Attn: Registered Or Authorized Agent |
| R E Daigle & Son Electrical, Inc. | 412 Us Route 1 | | | Frenchville | ME | 04745 | Attn: Officer, Managing or General Agent |
| Reedy Maintenance and Repairs LLC | 5881 South Prospect Street | | | Ravenna | OH | 44266 | Attn: Officer, Managing or General Agent |
| Reedy Maintenance and Repairs LLC | 4887 S. Prospect Street | | | Ravenna | OH | 44266 | Attn: Gary W. Reedy |
| Rely Services Inc. | 2354 Hassell Road | Suite B | | Hoffman Estates | IL | 60159 | Attn: Officer, Managing or General Agent |
| Rely Services Inc. | 957 N Plum Grove Road | Suite B | | Schaumburg | IL | 60173 | Attn: Anuradha Nilesh Khot |
| Rely Services Inc. | c/o Jones & Associates | 1325 Avenue of the Americas | 28th Floor | New York | NY | 10019 | Attn: Mark Bantigue |
| Renzo Excavating LLC | 420 W Dixie Hwy | | | Grant Park | IL | 60940 | Attn: Officer, Managing or General Agent |
| Renzo Excavating LLC | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |
| Repair Palace Inc. | 240 N. Broadway | | | Salem | NH | 03079 | Attn: Officer, Managing or General Agent |
| Ricoh Production Print Solutions | 6300 Diagonal Highway | Building 1 | | Boulder | CO | 80301 | Attn: Officer, Managing or General Agent |
| Ricoh Production Print Solutions | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Ricoh Production Print Solutions | c/o Burr & Forman LLP | 1201 N. Market Street | Suite 1407 | Wilmington | DE | 19801 | Attn: Richard A. Robinson |
| Rolling & Sliding Doors Of Dayton Ltd. | 8755 State Route 201 | | | Tipp City | OH | 45371 | Attn: Officer, Managing or General Agent |
| Royal Animals Ltd. | 1040 First Avenue | | | New York | NY | 10022 | Attn: Officer, Managing or General Agent |
| Royal Animals Ltd. | 400 East 57th Street | | | New York | NY | 10022 | Attn: Registered Or Authorized Agent |
| Rugs America Corporation | 10 Daniel Street | | | Farmingdale | NY | 11735 | Attn: Officer, Managing or General Agent |
| Rushmore Photo & Gifts Inc. | 3305 Campbell Street | | | Rapid City | SD | 57701 | Attn: Officer, Managing or General Agent |
| Rushmore Photo & Gifts Inc. | 11993 US Hwy. 16 | | | Custer | SD | 57730 | Attn: Paul Niemann |
| Rushmore Photo & Gifts Inc. | C/O Wharton Aldhizer & Weaver PLC | 100 South Mason Street | Po Box 20028 | Harrisonburg | VA | 22801 | Attn: Philip Silling |
| Ruyi Design & Manufacture Inc. | 1410 Broadway | Suite 1206 | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Sakutori Designs LLC | 729 Emily Street | | | Honolulu | HI | 96813 | Attn: Officer, Managing or General Agent |
| Sakutori Designs LLC | c/o Wharton Aldhizer & Weaver plc | 100 South Mason Street | PO Box 20028 | Harrisonburg | VA | 22801 | Attn: Philip Silling |
| San Diego Union Tribune LLC | 600 B Street | Suite 1201 | | San Diego | CA | 92101 | Attn: Officer, Managing or General Agent |
| San Diego Union Tribune LLC | C/O National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 | Attn: Registered Or Authorized Agent |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Attn |
|---|---|---|---|---|---|---|---|
| San Diego Union Tribune LLC | c/o Dentons Cohen & Grigsby P.C. | 625 Liberty Avenue | | Pittsburgh | PA | 15222 | Attn: Helen Ward |
| Scott Shoe Co. Ltd. | 1212 Kona Street | | | Honolulu | HI | 96814 | Attn: Officer, Managing or General Agent |
| Securitas Security Services Inc. | 1412 Broadway | 17th Floor | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Securitas Security Services Inc. | C/O National Registered Agents, Inc. | 1601 Greentree Drive | | Dover | DE | 19904 | Attn: Registered Or Authorized Agent |
| Securitas Security Services Inc. | 4330 Park Terrace Dr | | | Westlake Village | CA | 91361 | Attn: Scott Buehner |
| Shaker Hill Landscape & Nursery Co. | 271 Maine Street | | | Poland Spring | ME | 04274 | Attn: Officer, Managing or General Agent |
| Sign Outlet, Inc. | 5516 Cal Sag Road | | | Alsip | IL | 60803 | Attn: Officer, Managing or General Agent |
| Sign Outlet, Inc. | 5153 W 111th Street | | | Alsip | IL | 60803 | Attn: James D. Klockkow |
| Six Nines IT LLC | 4931 Park Road | | | Benicia | CA | 94510 | Attn: Officer, Managing or General Agent |
| Six Nines IT LLC | 8528 Paradise Lagoon Drive | | | Benicia | CA | 94590 | Attn: James S. Kendrick |
| Smith & Vandiver Corp. | 480 Airport Blvd | | | Watsonville | CA | 95076 | Attn: Officer, Managing or General Agent |
| Southern Atlantic Electric Co. Inc. | 11618 Columbia Park Dr East | | | Jacksonville | FL | 32258 | Attn: Officer, Managing or General Agent |
| Southern Atlantic Electric Co. Inc. | 12800 Edenbridge Ct. | | | Jacksonville | FL | 32223 | Attn: Raymond M. McIntosh |
| Sun Sentinel | 333 SW 12th Avenue | | | Deerfield Beach | FL | 33442 | Attn: Officer, Managing or General Agent |
| Sun Sentinel | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered Or Authorized Agent |
| Sun Sentinel | C/O Dentons Cohen & Grigsby P.C. | 625 Liberty Ave | | Pittsburgh | PA | 15222 | Attn: Helen Ward |
| Sunny Distributor Inc. | 218 Turnbull Canyon Road | | | City Of Industry | CA | 91745 | Attn: Officer, Managing or General Agent |
| The Journal News | 1133 Westchester Avenue | Suite N 110 | | White Plains | NY | 10604 | Attn: Officer, Managing or General Agent |
| Tiger Capital Group LLC | 99 Park Ave Suite 1930 | | | New York | NY | 10016 | Attn: Officer, Managing or General Agent |
| TJD Holdings Inc. | 2299 Traversefield Drive | | | Traverse City | MI | 49686 | Attn: Officer, Managing or General Agent |
| TJD Holdings Inc. | c/o Law Office of Curtis A. Hehn | 1007 N. Orange St. | 4th Floor | Wilmington | DE | 19801 | Attn: Curtis Hehn |
| TL Perez Residential Services | 609 Old Country Road | | | Wahington | ME | 04574 | Attn: Officer, Managing or General Agent |
| TMM Investments Ltd. | 212 Old Grande Blvd | Suite C 100 | | Tyler | TX | 75703 | Attn: Officer, Managing or General Agent |
| TMM Investments Ltd. | 7005 Chiswick Drive | | | Corpus Christi | TX | 78413 | Attn: Earl T. Pyle |
| TMM Investments Ltd. | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |
| TNP Sites LLC | 184 New Egypt Road | | | Lakewood | NJ | 08701 | Attn: Officer, Managing or General Agent |
| Tory's Roofing & Waterproofing Inc. | 500 96 1382 Waihona St | | | Pearl City | HI | 96782 | Attn: Officer, Managing or General Agent |
| Tory's Roofing & Waterproofing Inc. | 96-1382 Waihona Street | | | Pearl City | HI | 96782 | Attn: Sandra G. Tory |
| Transporte Bairoa Inc. | Mirador Bairoa 29 2U 25 | | | Caguas | PR | 00727 | Attn: Officer, Managing or General Agent |
| Value Smart Products Inc. | 3651 Peachtree Parkway | Suite E-317 | | Suwanee | GA | 30024 | Attn: Officer, Managing or General Agent |
| Value Smart Products Inc. | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |
| Vanderbilt Home Products LLC | 4100 West Side Avenue | | | North Bergen | NJ | 07047 | Attn: Officer, Managing or General Agent |
| Vanderbilt Home Products LLC | 261 5th Avenue | Suite 512 | | New York | NY | 10016 | Attn: Alan Kindred |
| Vazquez Polar Air Conditioner Corp. | Urb Ciudad #120 Calle Oviedo | | | Cagus | PR | 00727 | Attn: Officer, Managing or General Agent |
| Vazquez Polar Air Conditioner Corp. | Carr 842 | | | San Juan | PR | 00926 | Attn: Officer, Managing or General Agent |
| Virginian Pilot | 150 W. Brambleton Ave. | | | Norfolk | VA | 23510 | Attn: Officer, Managing or General Agent |
| Virginian Pilot | C/O Corporation Service Company | 100 Shockhoe Slip | | Richmond City | VA | 23219 | Attn: Registered Or Authorized Agent |
| Virginian Pilot | C/O Dentons Cohen & Grigsby | 625 Liberty Ave | | Pittsburgh | PA | 15222 | Attn: Helen Ward |
| Visser Greenhouses Inc. | 12557 Little Holland Rd | | | Manhattan | MT | 59741 | Attn: Officer, Managing or General Agent |
| Visser Greenhouses Inc. | c/o Leech Tishman Fuscaldo & Lampl, LLC. | 525 Fifth Ave. | | New York | NY | 10017 | Attn: Alan Kindred |
| Weveel LLC | 20 N Pennsylvania Avenue | | | Morrisville | PA | 19067 | Attn: Officer, Managing or General Agent |
| Weveel LLC | C/O Agents And Corporations Inc. | 1201 Orange Street | One Commerce Center | Wilmington | DE | 19801 | Attn: Registered Or Authorized Agent |
| Weveel LLC | C/O Law Office of Sean M Kemp | 44 West Market Street | Po Box 494 | Rhineback | NY | 12572 | Attn: Sean Kemp |
| Wick Communications Company | 333 W Wilcox Drive | Ste 302 | | Sierra Vista | AZ | 85635 | Attn: Officer, Managing or General Agent |
| Wick Communications Company | C/O Corporation Service Company | 8825 N 23Rd Avenue | Suite 100 | Phoenix | AZ | 85021 | Attn: Registered Or Authorized Agent |
| Wick Communications Company | c/o Wharton Aldhizer & Weaver, PLC | 100 South Mason Street | PO BOX 20028 | Harrisonburg | VA | 22801 | Attn: Philip Siling |
| Wilhelmina West Inc. | 300 Park Avenue South | | | New York | NY | 10010 | Attn: Officer, Managing or General Agent |
| Wilhelmina West Inc. | C/O National Registered Agents, Inc. | 1601 Greentree Drive | | Dover | DE | 19904 | Attn: Registered Or Authorized Agent |
| Wilhelmina West Inc. | C/O Heerde Blum LLP | 222 Broadway | 19th Floor | New York | NY | 10038 | Attn : Matthew Heerde |
| Wolverton Inc. | 5542 W Grand River | | | Lansing | MI | 48906 | Attn: Officer, Managing or General Agent |
| WTS Contracting Corp. | 534 Main Street | | | Westbury | NY | 11590 | Attn: Officer, Managing or General Agent |
| YM Trading Inc. | 9 Steel Court | | | Roseland | NJ | 07068 | Attn: Officer, Managing or General Agent |
| Yoyo Lip Gloss Inc. | 2438 47th Street | | | Astoria | NY | 11103 | Attn: Officer, Managing or General Agent |