**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

1

## **AFFIDAVIT OF SERVICE**

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on May 14, 2020 a copy

of the *Order On Motion For An Order Establishing Streamlined Procedures Governing Certain*

*Adversary Proceedings With Total In Controversy Greater Than $500,000 Brought By The*

*Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code*  And *Order On*

*Motion For An Order Establishing Streamlined Procedures Governing Adversary Proceeding*

*With Total In Controversy Less Than Or Equal To $500,000 Brought By The Debtors Pursuant To*

*Sections 502, 547, 548 And 550 Of The Bankruptcy Code* were caused to be served via first class

mail to those parties listed on the attached service list.


Dated: May 14, 2020                                  ASK LLP


By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| 6 Sigma Construction, LLC | 20-06098 |
| 3M Company | 20-06055 |
| About Time Snow Removal | 20-06099 |
| Achim Importing Company Inc. | 20-06056 |
| Adaptly, Inc. | 20-06100 |
| Adsemble Inc. | 20-06101 |
| Advanced Technology Services Inc. | 20-06102 |
| Alcon Laboratories Inc. | 20-06103 |
| Alta-Dena Certified Dairy, LLC | 20-06104 |
| American Exchange Time LLC | 20-06057 |
| Appliance Parts Depot LLC | 20-06105 |
| AR North America Inc. | 20-06106 |
| Aramark Management Services Limited Partnership | 20-06010 |
| Aramark Services, Inc. | 20-06011 |
| Arizona Beverages USA LLC | 20-06107 |
| Arundel Crossing II LLC | 20-06108 |
| Associated Hygienic Products | 20-06109 |
| AT&T Global Network Services LLC | 20-06012 |
| AT&T Mobility LLC | 20-06013 |
| Atos It Solutions and Services, Inc. | 20-06110 |
| Baby Trend, Inc. | 20-06058 |
| Beauty Gem, Inc. | 20-06111 |
| Becker Logistics, Inc. | 20-06112 |
| Bell Sports Inc. | 20-06113 |
| Berkshire Fashions Inc. | 20-06114 |
| Blackstone Industries LLC | 20-06115 |
| Blanco Velez Stores Inc. | 20-06116 |
| Blue Star Fashion NY Inc. | 20-06117 |
| Bolymax International Corporation | 20-06118 |
| Briggs & Stratton Power Products Group, LLC | 20-06059 |
| Buddy's Newco, LLC | 20-06119 |
| California Costume Collections, Inc. | 20-06120 |
| California Innovations (U.S.) Inc. | 20-06121 |
| California Newspaper Partnership | 20-06122 |
| CAP Barbell, Inc. | 20-06060 |
| Carrier Corporation | 20-06061 |
| Centerview Partners LLC | 20-06014 |
| Centrex Plastics LLC | 20-06123 |

| | |
|---|---|
| Cheng Yen Enterprises Co. Ltd. | 20-06124 |
| Clorox Manufacturing Company of Puerto Rico, Inc. fdba The Clorox Company of Puerto Rico | 20-06015 |
| Coefficient Mechanical Systems | 20-06125 |
| Cole Road Distribution Center | 20-06126 |
| Colgate-Palmolive Company | 20-06017 |
| Colgate-Palmolive Company Distr. LLC | 20-06018 |
| Conair Corporation | 20-06062 |
| Continental Tire The Americas, LLC | 20-06019 |
| Coqui Net | 20-06127 |
| CPP International, LLC | 20-06128 |
| Creative Artists Agency, LLC | 20-06020 |
| Creative Circle LLC | 20-06129 |
| Cristalia Acquisition Corp. | 20-06130 |
| CS Packaging Inc. | 20-06131 |
| CSC Covansys Corporation | 20-06021 |
| Cushman & Wakefield, Inc. | 20-06022 |
| Davco Mechanical Services LLC | 20-06132 |
| Dynamic Ventures Inc. | 20-06133 |
| Eagle Mere Services LLC | 20-06134 |
| Ecolab Inc. | 20-06063 |
| Electroline Wholesale Electronics | 20-06135 |
| eScreen, Inc. | 20-06064 |
| Esi Cases & Accessories Inc. | 20-06136 |
| Ethan Conrad | 20-06137 |
| Experian PLC dba Experian Consumer Direct | 20-06023 |
| Fabrica De Jabon La Corona | 20-06138 |
| Fantasia Accessories, Ltd. | 20-06139 |
| Ferrara Candy Company | 20-06024 |
| Fibrix, LLC | 20-06140 |
| Fidelity Information Services, LLC | 20-06025 |
| Finsbury LLC | 20-06065 |
| Fortune Creation Company Limited | 20-06201 |
| Forward Air Solutions Inc. | 20-06141 |
| Franco Mfg. Co. Inc. | 20-06142 |
| Fridge and Appliance Corp DBA Refrigeration and Appliances Corp. | 20-06143 |
| Friedmans Appliance Center | 20-06144 |
| Full Power Electrical Corp. | 20-06145 |
| GA Communications, Inc. | 20-06146 |
| Gannett Co., Inc. dba USA Today Network | 20-06066 |

| | |
|---|---|
| General Marketing Solutions, LLC | 20-06067 |
| Generis Tek Inc. | 20-06147 |
| Genpro International Inc. | 20-06148 |
| Glamour Prestige Corp. | 20-06236 |
| Global Logistics Inc. | 20-06149 |
| Global Product Resources Inc. | 20-06150 |
| Gold Coast Beverage, LLC | 20-06151 |
| Graphic Team Inc. | 20-06152 |
| Great American Merchandise DBA Great American Merchandise & Events, LLC | 20-06153 |
| Great Lakes Coca-Cola Distribution, L.L.C. | 20-06026 |
| GSD International Enterprises Inc. | 20-06154 |
| Guam Publication Pacific Daily News | 20-06155 |
| Hanesbrands Inc. | 20-06027 |
| Harris Paints | 20-06156 |
| Henry C Wood | 20-06157 |
| HFC Prestige International Puerto Rico LLC | 20-06028 |
| HFC Prestige International U.S. LLC | 20-06029 |
| Hireright, LLC | 20-06068 |
| Hunt & Sons, Inc. | 20-06158 |
| Iberia Foods Corp. | 20-06159 |
| Icee USA | 20-06160 |
| ICON Eyewear Inc. | 20-06161 |
| ICON Health & Fitness, Inc. | 20-06069 |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | 20-06162 |
| iCrossing, Inc. | 20-06070 |
| Imagination Publishing L.L.C. | 20-06071 |
| Integrity Home Service Corp. | 20-06163 |
| Intermodal Sales Corporation | 20-06030 |
| International Airport Center Inc. | 20-06164 |
| International Packaging Supplies LLC | 20-06165 |
| Island Wines & Spirits | 20-06166 |
| Johnson Controls Security Solutions LLC fdba Tyco Integrated Security | 20-06031 |
| Journal Registrar Newspaper | 20-06167 |
| JS Products, Inc. | 20-06032 |
| Jump Design Group Inc. | 20-06168 |
| Kid Galaxy Inc. | 20-06169 |
| Kimberly-Clark Corporation | 20-06033 |
| Kimberly-Clark Puerto Rico, Inc. | 20-06034 |

| | |
|---|---|
| Koolatron, Inc. | 20-06073 |
| Krause Watch Company | 20-06170 |
| L & J Accessories | 20-06171 |
| L 3 Sales And Sourcing Inc. | 20-06172 |
| Levi Strauss & Co., Inc. | 20-06173 |
| Lipsey Logistics Worldwide, LLC | 20-06174 |
| Lopex Express, LLC | 20-06175 |
| Luen Fung Enterprises | 20-06176 |
| Made4U Studio, LLC | 20-06177 |
| ManpowerGroup Inc. fdba Manpower Inc. | 20-06074 |
| Market Partner Sr. Inc. DBA Overstock.com | 20-06178 |
| Maxmark Inc. | 20-06179 |
| Medtech Products Inc. | 20-06180 |
| Mid Continent Btlg. Co. Inc. | 20-06181 |
| Midwest Can Company | 20-06182 |
| Midwest Snow Technicians Inc. | 20-06183 |
| MKK Enterprises, Corp. | 20-06035 |
| Mode Distributing, LLC | 20-06075 |
| Msg Services Corporation | 20-06184 |
| National Health Info Network | 20-06185 |
| Nelson Staffing Solutions | 20-06186 |
| Newacme LLC DBA Exacme | 20-06187 |
| O'Brien & Gere Engineers Inc. | 20-06188 |
| Olympia Tools International, Inc. | 20-06189 |
| OND JV LLC DBA OND Property LLC | 20-06190 |
| Onespace Inc. | 20-06191 |
| Ontel Products Corporation | 20-06076 |
| Optimum Fulfillment LLC | 20-06077 |
| P & A Development Associates | 20-06192 |
| Paradies Gifts, Inc. | 20-06193 |
| Pepsi Bottling Ventures LLC | 20-06036 |
| Pepsico Caribbean, Inc. | 20-06038 |
| Pepsico Puerto Rico, Inc. fdba Pepsi Cola Bottling Company Puerto Rico | 20-06037 |
| Pepsi-Cola Bottling Company of New York, Inc. | 20-06039 |
| Phoenix Energy Technologies Inc. | 20-06194 |
| Physicians Formula Inc. | 20-06195 |
| Pilot Automotive, Inc. | 20-06078 |
| Platte Valley Investments LLC | 20-06196 |
| Positec USA, Inc. | 20-06079 |

| | |
|---|---|
| Power Technology Inc. | 20-06197 |
| Prestige Maintenance USA Ltd. | 20-06198 |
| Prizer-Painter Stove Works, Inc. | 20-06096 |
| Pro Installs Appliance Installations | 20-06199 |
| Profoot Inc. | 20-06200 |
| Propel Trampolines LLC | 20-06080 |
| Pulsar Products, Inc. | 20-06081 |
| Reyes Coca-Cola Bottling, L.L.C. | 20-06040 |
| Ryad Consulting, Inc. | 20-06203 |
| Safavieh Intl. LLC | 20-06204 |
| Sakar International, Inc. | 20-06082 |
| SBC Global Services, Inc. dba AT & T Global Services | 20-06041 |
| Schawk Inc. | 20-06205 |
| Select Beverages Inc. | 20-06206 |
| Select Salons Inc. | 20-06207 |
| Shakespeare Company, LLC | 20-06208 |
| Shoezoo.com, LLC | 20-06210 |
| Singer Sewing | 20-06211 |
| Snelling Employment, LLC | 20-06083 |
| Specialized Transportation Inc. | 20-06212 |
| Springs Global US, Inc. | 20-06084 |
| Staples, Inc. dba Staples National Advantage | 20-06042 |
| Studio 1 DBA Studio 1 Div. of Shazdeh Fashions | 20-06213 |
| Summit Construction LLC | 20-06214 |
| Sun Industrial Inc. | 20-06215 |
| Sundance International Inc, DBA Sundance Holdings Group, LLC | 20-06216 |
| Sunshine Mills, Inc. | 20-06217 |
| SW Corporation | 20-06218 |
| Swimways Corp. | 20-06043 |
| Swire Coca Cola USA | 20-06219 |
| Tavano Team | 20-06220 |
| Tdbbs LLC | 20-06221 |
| Tforce | 20-06222 |
| The Clorox Sales Company | 20-06044 |
| The Coca-Cola Company dba Coca-Cola Puerto Rico Bottlers | 20-06045 |
| The Coleman Company, Inc. | 20-06085 |
| The Goodyear Tire & Rubber Company | 20-06046 |
| The Kraft Heinz Company fdba Kraft General Foods Inc. | 20-06047 |
| The Mibro Group | 20-06223 |

| | |
|---|---|
| The Nature's Bounty Co. fdba NBTY, Inc. | 20-06048 |
| The Northwest Company LLC | 20-06224 |
| The Ohio Bell Telephone Company dba AT & T Ohio | 20-06049 |
| The Quaker Oats Company | 20-06050 |
| Timex Group USA, Inc fbda Timex Corporation | 20-06086 |
| TNG GP SBT DSD | 20-06225 |
| Totes Isotoner Corporation | 20-06087 |
| Trademark Global, LLC fdba Trademark Games, LLC | 20-06088 |
| Tri-Coastal Design Services, LLC | 20-06089 |
| Trixxi Clothing Company Inc. | 20-06226 |
| True Value Company dba General Paint & Manufacturing | 20-06090 |
| U.S. Metro Group, Inc. | 20-06091 |
| U.S. Security Associates, Inc. | 20-06227 |
| Ultra Logistics Inc. | 20-06228 |
| Unified Marine | 20-06229 |
| Universal Studios Home Entertainment LLC | 20-06051 |
| Variety Accessories, LLC | 20-06230 |
| Variety International Enterprises | 20-06231 |
| Varouj Appliances Services Inc. | 20-06232 |
| Veronica Landaverde LLC | 20-06233 |
| Viking Range, LLC dba Viking Distributing East | 20-06097 |
| Walgreen Co. | 20-06052 |
| Werner Enterprises, Inc. | 20-06053 |
| Workiva Inc. | 20-06054 |
| Xiamen Luxinjia Import & Export Co. Ltd. | 20-06092 |
| Young's Holdings, Inc. | 20-06234 |
| YPM, Inc. | 20-06093 |
| Zephyr Corporation | 20-06094 |
| Zuru LLC | 20-06235 |

\* 222 Adversary Proceedings

Christopher J. Knapp, Esq.
Barnes & Thornburg LLP
225 South Sixth Street, Suite 2800
Minneaplis, Minnesota 55402-4662

Marton B. Grossman, President
Achim Importing Company Inc.
58 Second Avenue
Brooklyn, New York 11215

Alen Mamrout, Officer
American Exchange Time LLC
1441 Broadway
27th Floor
New York, New York 10018

Roger Peterson, President
Aramark Management Services Limited
Partnership
1101 Market Street
Philadelphia, Pennsylvania 19107

Eric Foss, President
Aramark Services, Inc.
2400 Market Street
Philadelphia, Pennsylvania 19103

George B. Goeke, Officer
AT&T Global Network Services LLC
208 S. Akard Street
Dallas, Texas 75202

David Christopher, President
AT&T Mobility LLC
1025 Lenox Park Boulevard NE
Atlanta, Georgia 30319

Denny Tsai, CEO
Baby Trend, Inc.
13048 Valley Boulevard
Fontana, California 92335-2602

Devon J. Eggert, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

Ed Tseng, RegAgt/President
CAP Barbell, Inc.
10820 Westpark Drive
Houston, Texas 77042

Christopher Nelson, President
Carrier Corporation
13995 Pasteur Boulevard
Palm Beach, Florida 33418

Jeffrey C. Krause, Esq.
Gibson Dunn
333 South Grand Avenue
Los Angeles, California 90071-3197

Scott E. Blakeley, Esq.
Blakeley LLP
18500 Von Karman Avenue
5th Floor
Irvine, California 92612

Noel Wallace, President/CEO
Colgate-Palmolive Company
300 Park Avenue
New York, New York 10022

Ronald T. Diamond, President
Conair Corporation
One Cummings Point Road
Stamford, Connecticut 6902

Peter Clark, Esq.
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606-2833

Benjamin R. King, Esq.
Loeb & Loeb LLP
10100 Santa Monica Boulevard
Suite 2200
Los Angeles, California 90067

H.C. Charles Diao, President
CSC Covansys Corporation
1775 Tysons Boulevard
Tysons, Virginia 22102

Elliot Moskowitz, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017

Douglas M. Baker, Jr., CEO
Ecolab Inc.
1 Ecolab Place
St. Paul, Minnesota 55102

Eric R. von Helms, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212

Joseph Frank, Esq.
FrankGecker LLP
1327 West Washington Boulevard
Suite 5 G-H
Chicago, Illinois 60607

Todd Siwak, President
Ferrara Candy Company
404 W. Harrison Street
Suite 650
Chicago, Illinois 60607

Gary A. Norcross, President
Fidelity Information Services, LLC
601 Riverside Avenue
Tower - 12th Floor
Jacksonville, Florida 32204

Adam Levy, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, New York 10019

Officer, Managing or General Agent
Fortune Creation Company Limited
Fuxiang Ltd Nan-Sir, New Industrial Zone
Cha-Shan Town
Dongguan, Guangdong,  523391

Lynn Rowe Larsen, Esq.
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302

John D. Fowler, Esq.
Kibler Fowler & Cave LLP
11100 Santa Monica Blvd
Suite 360
Los Angeles, California 90025

Gerald W. Evans, Jr., CEO
Hanesbrands Inc.
1000 East Hanes Mill Road
Winston Salem, North Carolina 27105-1384

Yimar Carrion, Vice President
HFC Prestige International Puerto Rico LLC
Metro Office Park Street 1
Colgate Palmolive Building, Suite 100
Guaynabo,  00968-1717

Patrice De Talhouet, Officer
HFC Prestige International U.S. LLC
350 5th Avenue
New York, New York 10018

Guy Abramo, CEO
Hireright, LLC
3349 Michelson Drive
Suite 150
Irvine, California 92612

Jennifer L. Marines, Esq.
Morrison & Foerster LLP
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019-9601

Michael P. Parker, CEO
iCrossing, Inc.
300 West 57th Street
New York, New York 10019

Nathan Q. Rugg, Esq.
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, Illinois 60606

Paul Stewart, Esq.
Paul Stewart Logisitics Law Firm
8469 Wood Briar Drive

Germantown, Tennessee 38138

George Oliver, CEO
Johnson Controls Security Solutions LLC
fdba Tyco Integrated Security
6600 Congress Avenue
Boca Raton, Florida 33487-1213

Ryan J. Works, Esq.
McDONALD CARANO
2300 West Sahara Avenue
Suite 1200
Las Vegas, Nevada 89102

Jeffrey C. Krause, Esq.
Gibson Dunn
333 South Grand Avenue
Los Angeles, California 90071-3197

Jeffrey C. Krause, Esq.
Gibson Dunn
333 South Grand Avenue
Los Angeles, California 90071-3197

Gordon Pringle, Officer
Koolatron, Inc.
4330 Commerce Drive
Batavia, New York 14020

Jonas Prising, CEO
ManpowerGroup Inc. fdba Manpower Inc.
100 W. Manpower Place
Milwaukee, Wisconsin 53212-4030

Monte Walsh, President
Mode Distributing, LLC
4945 East Hunter Avenue
Anaheim, California 92807

Amar Khubani, RegAgt/President
Ontel Products Corporation
21 Law Drive
Fairfield, New Jersey 7004

Robert Chapman, Officer
Optimum Fulfillment LLC
4800 Industrial Drive
Doors 31-33
Peru, Illinois 61354

Gerald A. Jeutter, Jr., Esq.
Smith, Anderson, Blount, Dorsett, Mitchell
& Jernigan, LLP
150 Fayetteville Street
Suite 2300
Raleigh, North Carolina 27601

Pepsico Caribbean, Inc.
668 Cubita Street
Guaynabo,  969

Pepsico Puerto Rico, Inc. fdba Pepsi Cola
Bottling Company Puerto Rico
P.O. Box 2600
Toa Baja,  951

William W. Wilson, CEO
Pepsi-Cola Bottling Company of New York,
Inc.
650 Brush Avenue
Bronx, New York 10465

Scott Webb, CEO
Pilot Automotive, Inc.
13000 Temple Avenue
City of Industry, California 91746

Deborah L. Fletcher, Esq.
FisherBroyes, LLP
6000 Fairview Road
Suite 1200
Charlotte, North Carolina 28210

Michael Trapp, President
Prizer-Painter Stove Works, Inc.
400 Orrton Avenue
Reading, Pennsylvania 19603-1053

Jeffrey L. Trousdale, Esq.
Cohne Kinghorn
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111

Richard Han, RegAgt/CEO
Pulsar Products, Inc.
5721 Santa Ana Street
Unit A
Ontario, California 91761

David Reyes, CEO
Reyes Coca-Cola Bottling, L.L.C.
6250 N. Road
Suite 9000
Rosemont, Illinois 60018

Edward L. Schnitzer, Esq.
Montgomery McCracken Walker & Rhoads
LLP
437 Madison Avenue
New York, New York 10022

Lee Elkinson, CEO
Snelling Employment, LLC
2360 Campbell Creek Boulevard
Suite 550
Richardson, Texas 75082

Eric Chafetz, Esq.
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020

George W. Shuster, Jr., Esq.
Wilmer Cutler Pickering Hale and Door,
LLP
60 State Street
Boston, Massachusetts 2109

Swimways Corp.
P.O. Box 418214
Boston, Massachusetts 2241

Scott E. Blakeley, Esq.
Blakeley LLP
18500 Von Karman Avenue
5th Floor
Irvine, California 92612

Alberto De la Cruz, CEO
The Coca-Cola Company dba Coca-Cola
Puerto Rico Bottlers
Suite 1801
654 Munoz Rivera Ave.
San Juan, PR,  918

Jamie S. Cassel, Esq.
Reno & Zahm LLP
2902 McFarland Road, Suite 400
Rockford, Illinois 61107

Bridget A. Franklin, Esq.
Brouse McDowell PA
388 South Main Street

Suite 500
Akron, Ohio 44311

Miguel Patricio, CEO
The Kraft Heinz Company fdba Kraft
General Foods Inc.
One PPG Place
Pittsburgh, Pennsylvania 15222

Paul L. Sturman, CEO
The Nature's Bounty Co. fdba NBTY, Inc.
2100 Smithtown Avenue
Ronkonkoma, New York 11779

Officer, Managing or General Agent
The Ohio Bell Telephone Company dba AT
& T Ohio
750 Huron Road
Cleveland, Ohio 44115

Robert Edgar Rietbroek, President
The Quaker Oats Company
555 W. Monroe Street
Chicago, Illinois 60661-3716

Tobias Reiss-Schmidt, President/CEO
Timex Group USA, Inc fbda Timex
Corporation
555 Christian Road
Middlebury, Connecticut 6762

Daniel Rajczak, CEO
Totes Isotoner Corporation
9655 International Boulevard
Cincinnati, Ohio 45246

Michael Mastrangelo, CEO
Tri-Coastal Design Services, LLC
40 Harry  Shupe Boulevard
Wharton, New Jersey 7885

Devon J. Eggert, Esq.
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, Wisconsin 53202

A. Jay Norton, Esq.
Law Offices of A. Jay Norton
4010 Watson Plaza Drive
#270
Lakewood, California 90712

Michael V. Blumenthal, Esq.
Thompson Knight
900 Third Avenue
20th Floor
New York, New York 10022

Peter J. Roberts, Esq.
Fox Rothschild LLP
321 North Clark Street
Suite 1600
Chicago, Illinois 60654

Karen M. Fine, Esq.
Walgreen Co.
104 Wilmot Road
MS#144P

Deerfiled, Illinois 60015

Brian J. Koenig, Esq.
Koley Jessen P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, Nebraska 68124

Joseph N. Argentina, Jr., Esq.
Drinker Biddle & Reath LLP
222 Delaware Avenue
Suite 1410
Wilmington, Delaware 19801

Officer, Managing or General Agent
Xiamen Luxinjia Import & Export Co. Ltd.
Unit B, 1/F Hongsheng Building
No. 4 Hexiang West Road, Siming Dist.
Xiamen,  361012

Fred Neufeld, Esq.
Stradling Yocca Carlson & Rauth, P.C.
100 Wilshire Boulevard
4th Floor
Santa Monica, California 90401

Luke Siow, President
Zephyr Corporation
2277 Alamed Street
San Francisco, California 94103

| Defendant Name | Address_Line_1 | Address_Line_2 | Address Line 3 | City | State | Zip | Contact |
|---|---|---|---|---|---|---|---|
| 6 Sigma Construction, LLC | 1417 Edwards Ave. | Suite A | | Harahan | LA | 70123 | Attn: Officer, Managing or General Agent |
| About Time Snow Removal | 45 Buck Rd. | | | Huntington Valley | PA | 19006 | Attn: Officer, Managing or General Agent |
| Adaptly, Inc. | c/o Reed Smith LLP | Three Logan Square | Suite 3100, 171 | Philadelphia | PA | 19103 | Attn: Claudia Z. Springer |
| Adaptly, Inc. | 386 Park Avenue South | 17th Floor | | New York | NY | 10016 | Attn: Matt Depoola |
| Adsemble Inc. | PO Box 154 | | | Los Gatos | CA | 95054 | Attn: Officer, Managing or General Agent |
| Adsemble Inc. | 1300 White Oaks Rd. | | | Campbell | CA | 95008 | Attn: Officer, Managing or General Agent |
| Advanced Technology Services Inc. | 8201 N University | | | Peoria | IL | 61615 | Attn: Officer, Managing or General Agent |
| Advanced Technology Services Inc. | 2157 Paysphere Cir. | | | Chicago | IL | 60676 | Attn: Officer, Managing or General Agent |
| Advanced Technology Services Inc. | c/o Illinois Corporation Service C | 801 Adlai Stevenson Dr. | | Springfield | IL | 62703 | Attn: Registered or Authorized Agent |
| Advanced Technology Services Inc. | c/o Stinson LLP | 1201 Walnut Street | Suite 2900 | Kansas City | MO | 64106 | Attn: Nicholas Zluticky |
| Alcon Laboratories Inc. | 6201 South Freeway | | | Fort Worth | TX | 76134 | Attn: Officer, Managing or General Agent |
| Alcon Laboratories Inc. | PO Box 951125 | | | Dallastte | TX | 75385 | Attn: Officer, Managing or General Agent |
| Alcon Laboratories Inc. | c/o Corporation Service Company | 251 Little Falls Dr. | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Alcon Laboratories Inc. | c/o Clark Hill PLC | 130 E Randolph Street | | Chicago | IL | 60601 | Attn: Kevin Morse |
| Alta-Dena Certified Dairy, LLC | 17637 E Valley Blvd. | | | City Of Industry | CA | 91744 | Attn: Officer, Managing or General Agent |
| Appliance Parts Depot LLC | 4754 Almond Avenue | | | Dallas | TX | 75247 | Attn: Officer, Managing or General Agent |
| Appliance Parts Depot LLC | 211 E. 7th Street | Suite 620 | | Austin | TX | 78701 | Attn: Registered or Authorized Agent |
| AR North America Inc. | 140 81 St. Ave. NE | | | Fridley | MN | 55432 | Attn: Officer, Managing or General Agent |
| AR North America Inc. | c/o Cherokee Debt Acquisition, LLC | 1325 Avenue of the Americas, 28th Floor | | New York | NY | 10019 | Attn: Officer, Managing or General Agent |
| Arizona Beverages USA LLC | 60 Crossways Park West | | | Woodbury | NY | 11797 | Attn: Officer, Managing or General Agent |
| Arizona Beverages USA LLC | c/o National Registered Agents Inc. | 1209 Orange Street | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Arizona Beverages USA LLC | c/o Cullen and Dykman LLP | 100 Quentin Roosevelt Blvd | | Garden City | NY | 11530 | Attn: Thomas Slome |
| Arundel Crossing II LLC | 275 East Broad Street | | | Columbus | OH | 43215 | Attn: Officer, Managing or General Agent |
| Arundel Crossing II LLC | PO Box 633864 | | | Cincinnati | OH | 45263 | Attn: Officer, Managing or General Agent |
| Arundel Crossing II LLC | 251 Little Falls Drive | | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Arundel Crossing II LLC | c/o Greenberg Traurig | MetLife Building, 200 Park Ave | | New York | NY | 10166 | Attn: Ryan Wagner |
| Associated Hygienic Products | 8081 Arco Corporate Dr. | Suite 1 | | Raleigh | NC | 27617 | Attn: Officer, Managing or General Agent |
| Associated Hygienic Products | c/o National Registered Agents Inc | 1209 Orange Street | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Atos It Solutions and Services, Inc. | Dept. 781177 | PO Box 78000 | | Detroit | MI | 48278 | Attn: Officer, Managing or General Agent |
| Atos It Solutions and Services, Inc. | c/o CSC Lawyers Incorporating Service (Company) | 601 Abbot Road | | East Lansing | MI | 48823 | Attn: Registered or Authorized Agent |
| Atos It Solutions and Services, Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Atos It Solutions and Services, Inc. | c/o Eversheds Sutherland US LLP | 1001 Fannin Street | Suite 3700 | Houston | TX | 77002 | Attn: Mark Sherrill |
| Beauty Gem, Inc. | 1200 Avenue of the Americas | 4th Floor | | New York | NY | 10036 | Attn: Officer, Managing or General Agent |
| Becker Logistics, Inc. | PO Box 88126 | | | Carol Stream | IL | 60188 | Attn: Officer, Managing or General Agent |
| Becker Logistics, Inc. | 2198 Gladstone Ct | | | Glendale Heights | IL | 60139 | Attn: Officer, Managing or General Agent |
| Becker Logistics, Inc. | c/o Jim Becker | 6174 N Mende | | Chicago | IL | 60646 | Attn: Registered or Authorized Agent |
| Bell Sports Inc. | 1924 County Rd. | 3000 North | | Rantoul | IL | 61866 | Attn: Officer, Managing or General Agent |
| Bell Sports Inc. | c/o CT Corporation System | 208 SO Lasalle St. Ste 814 | | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Bell Sports Inc. | c/o Reed Smith LLP | Three Logan Square | 1717 Arch Stree | Philadelphia | PA | 19103 | Attn: Lauren S Zabel |
| Berkshire Fashions Inc. | 10 Woodbrige Ctr. Dr. | Suite 600 | | Woodbrige | NJ | 07095 | Attn: Officer, Managing or General Agent |
| Blackstone Industries LLC | 16 Stony Hill Rd. | | | Bethel | CT | 06801 | Attn: Officer, Managing or General Agent |
| Blackstone Industries LLC | 700 State Street | Suite 100 | | New Haven | CT | 06511 | Attn: Registered or Authorized Agent |
| Blanco Velez Stores Inc. | PO Box 1619 | | | Bayamon | PR | 00960 | Attn: Officer, Managing or General Agent |
| Blanco Velez Stores Inc. | Road 5 KM 5.5 Luchetti Industrial Zone | | | Bayamon | PR | 00960 | Attn: Officer, Managing or General Agent |
| Blue Star Fashion NY Inc. | 265 West 37th St. | Suite 1802 | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Bolymax International Corporation | 3377 Farrington Street | | | Flushing | NY | 11354 | Attn: Officer, Managing or General Agent |
| Bolymax International Corporation | 8933 S. La Cienega Blvd | | | Ingelwood | CA | 90301 | Attn: Officer, Managing or General Agent |
| Buddy's Newco, LLC | 4705 Apopka Vineland Rd. 206 | | | Orlando | FL | 32819 | Attn: Officer, Managing or General Agent |
| California Costume Collections, Inc. | 2030 Vista Bella Way | | | Rancho Dominguez | CA | 90220 | Attn: Officer, Managing or General Agent |
| California Costume Collections, Inc. | 210 Anderson Street | | | Los Angeles | CA | 90033 | Attn: Registered or Authorized Agent |
| California Costume Collections, Inc. | c/o Levenfeld Pearlstein, LLC | 2 North LaSalle Street | Suie 1300 | Chicago | IL | 60602 | Attn: Sean Williams |
| California Innovations (U.S.) Inc. | PO Box 35155 | | | Seattle | WA | 98124 | Attn: Officer, Managing or General Agent |
| California Innovations (U.S.) Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| California Newspaper Partnership | 750 Ridder Park Dr. | | | San Jose | CA | 95190 | Attn: Officer, Managing or General Agent |
| California Newspaper Partnership | c/o Medianews Group | 4 N 2nd Street | | San Jose | CA | 95113 | Attn: Marshall Anstandig |
| Centrex Plastics LLC | 814 West Lima St. | | | Findlay | OH | 45840 | Attn: Officer, Managing or General Agent |
| Cheng Yen Enterprises Co. Ltd. | PO Box 9608 | | | Tamuning | GU | 96931 | Attn: Officer, Managing or General Agent |
| Cheng Yen Enterprises Co. Ltd. | c/o Berman O'Connor & Mann | 111 W Chalan Santo Papa | Suite 503 | Hagatan | Guam | 96910 | Attn: Daniel J Berman |
| Coefficient Mechanical Systems | 2706 E Yandell Dr. | | | El Paso | TX | 79903 | Attn: Officer, Managing or General Agent |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cole Road Distribution Center | 7225 Bethel Street | | | Boise | ID | 83704 | Attn: Officer, Managing or General Agent |
| Coqui Net | PO Box 70366 | | | San Juan | PR | 00936 | Attn: Officer, Managing or General Agent |
| Coqui Net | 1515 Roosevelt Avenue | 10th Floor | | Guaynabo | PR | 00968 | Attn: Registered or Authorized Agent |
| CPP International, LLC | 9144 Arrowpoint Blvd. | #200 | | Charlotte | NC | 28273 | Attn: Officer, Managing or General Agent |
| Creative Circle LLC | 5900 Wilshire Blvd. | Suite 1100 | | Los Angeles | CA | 90036 | Attn: Officer, Managing or General Agent |
| Creative Circle LLC | c/o CT Corporation System | 208 So LaSalle St. Ste 814 | | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Creative Circle LLC | 5900 Wilshire Blvd. | Suite 1100 | | Los Angeles | CA | 90036 | Attn: Officer, Managing or General Agent |
| Creative Circle LLC | c/o Fox Rothschild LLP | 919 North Market St | Suite 300 | Wilmington | DE | 19899 | Attn: Mette Kurth |
| Cristalia Acquisition Corp. | PO Box 9046 | | | Carolina | PR | 00988 | Attn: Officer, Managing or General Agent |
| Cristalia Acquisition Corp. | Carr 190 Km 1.7 Chrln Ind Street Ca | | | Carolina | PR | 00988 | Attn: Officer, Managing or General Agent |
| CS Packaging Inc. | 155 International Blvd. | | | Glendale Heights | IL | 60139 | Attn: Officer, Managing or General Agent |
| CS Packaging Inc. | c/o Steven S Potts | 2349 Walters Ave. | | Northbrook | IL | 60062 | Attn: Officer, Managing or General Agent |
| Davco Mechanical Services LLC | PO Box 3469 | | | Springfield | MO | 65808 | Attn: Officer, Managing or General Agent |
| Davco Mechanical Services LLC | 5905 W US Hwy 60 | | | Brookline | MO | 65619 | Attn: Officer, Managing or General Agent |
| Davco Mechanical Services LLC | c/o David Sullivan | 6498 S Farm Road 15 | | Billings | MO | 65610 | Attn: Registered or Authorized Agent |
| Dynamic Ventures Inc. | PO Box 8780 | | | Tamuning | GU | 96931 | Attn: Officer, Managing or General Agent |
| Dynamic Ventures Inc. | c/o Blumberexcelsior Corporate Services, Inc. | 1013 Centre Road, Ste 403S | | Wilmington | DE | 19805 | Attn: Registered or Authorized Agent |
| Eagle Mere Services LLC | 23 Malcolm Street | Ste. 2 | | Morristown | NJ | 07960 | Attn: Officer, Managing or General Agent |
| Electroline Wholesale Electronics | 1322 W 12th St. | | | Los Angeles | CA | 90015 | Attn: Officer, Managing or General Agent |
| Esi Cases & Accessories Inc. | c/o Coface North America Insurance Company | 650 College Rd. E. | Suite 205 | Princeton | NJ | 08540 | Attn: Amy Schmidt |
| Esi Cases & Accessories Inc. | 44 East 32nd Street | 6th Flr. | | New York | NY | 08540 | Attn: Officer, Managing or General Agent |
| Ethan Conrad | 1300 National Drive | Ste 100 | | Sacramento | CA | 95834 | Attn: Officer, Managing or General Agent |
| Ethan Conrad | c/o Serlin & Whiteford,LLP | 701 E Street | | Sacramento | CA | 95814 | Attn: Mark Serlin |
| Fabrica De Jabon La Corona | 3311 81st | Suite P | | Lubbock | TX | 79453 | Attn: Officer, Managing or General Agent |
| Fantasia Accessories, Ltd. | 31 West 34th St. | | | New York | NY | 10001 | Attn: Officer, Managing or General Agent |
| Fibrix, LLC | 3307 Walden Avenue | | | Depew | NY | 14043 | Attn: Officer, Managing or General Agent |
| Forward Air Solutions Inc. | Department 888155 | | | Knoxville | TN | 37995 | Attn: Officer, Managing or General Agent |
| Franco Mfg. Co. Inc. | 555 Prospect Street | | | Metuchen | NJ | 08840 | Attn: Officer, Managing or General Agent |
| Fridge and Appliance Corp DBA Refrigeration and Appliances Corp. | 24 Calle Pueblo Nuevo | | | San German | PR | 00683 | Attn: Officer, Managing or General Agent |
| Friedmans Appliance Center | 1827 E Spring Street | | | Long Beach | CA | 90806 | Attn: Officer, Managing or General Agent |
| Full Power Electrical Corp. | PO Box 3873 | | | Carolina | PR | 00984 | Attn: Officer, Managing or General Agent |
| Full Power Electrical Corp. | Carr. 887Km 2/7 Bo M G Street Ca | | | Carolina | PR | 00987 | Attn: Officer, Managing or General Agent |
| GA Communications, Inc. | 2196 West Park Ct. | | | Stone Mountain | GA | 30087 | Attn: Officer, Managing or General Agent |
| GA Communications, Inc. | c/o CT Corporation | 1201 Peachtree Street NE | | Atlanta | GA | 30362 | Attn: Registered or Authorized Agent |
| GA Communications, Inc. | c/o Finn Dixon & Herling LLP | Six Landmark Square | | Stamford | CT | 06901 | Attn: Tony Miodonka |
| Generis Tek Inc. | 988 Indigo Court | | | Hanover Park | IL | 60133 | Attn: Officer, Managing or General Agent |
| Generis Tek Inc. | c/o Duane Morris LLP | 230 Park Ave | Suite 1130 | New York | NY | 10169 | Attn: Pamela Bosswick |
| Genpro International Inc. | P.O. BOX 12354 | | | Tamuning | GU | 96931 | Attn: Jeneth Zinampan Cortez |
| Glamour Prestige Corp. | KM 2/6 Amelia Ind. RR 165 | | | Guaynabo | PR | 00965 | Attn: Officer, Managing or General Agent |
| Glamour Prestige Corp. | PO Box 11908 | | | San Juan | PR | 00922 | Attn: Officer, Managing or General Agent |
| Global Logistics Inc. | PO Box 51912 | | | Toa Baja | PR | 00952 | Attn: Officer, Managing or General Agent |
| Global Logistics Inc. | c/o The Corporation Trust Company | 1209 Orange Street | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Global Product Resources Inc. | 43350 Business Park Dr | | | Temecula | CA | 92590 | Attn: Officer, Managing or General Agent |
| Gold Coast Beverage, LLC | 10055 NW 12 Street | | | Doral | FL | 33172 | Attn: Officer, Managing or General Agent |
| Gold Coast Beverage, LLC | c/o CT Corporation System | 1200 South Pine Island Road | | Plantation | FL | 33324 | Attn: Registered or Authorized Agent |
| Gold Coast Beverage, LLC | c/o The Corporation Trust Company | Coporation Trust Center, 1209 Orange Street | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Graphic Team Inc. | PO Box 3028 | | | Guaynabo | PR | 00970 | Attn: Officer, Managing or General Agent |
| Graphic Team Inc. | c/o URB Munoz Rivera | C/ Los Frailes 1110 | | Guaynabo | PR | 00969 | Attn: Registered or Authorized Agent |
| Great American Merchandise DBA Great American Merchandise & Events, LLC | 16043 N 82nd St. | | | Scottsdale | AZ | 85260 | Attn: Officer, Managing or General Agent |
| Great American Merchandise DBA Great American Merchandise & Events, LLC | c/o C T Corporation System | 3600 N Central Avenue, Suite 460 | | Phoenix | AZ | 85012 | Attn: Registered or Authorized Agent |
| GSD International Enterprises Inc. | 8 Milton Court | | | Princeton | NJ | 08550 | Attn: Officer, Managing or General Agent |
| GSD International Enterprises Inc. | 35525 Peregrine Road | | | Lewes | DE | 19958 | Attn: Registered or Authorized Agent |
| Guam Publication Pacific Daily News | PO Box DN | | | Agana | GU | 96932 | Attn: Officer, Managing or General Agent |
| Harris Paints | PO Box 364723 | | | San Juan | PR | 00936 | Attn: Officer, Managing or General Agent |
| Harris Paints | Reina Isabel 89 | La Villa de Torrimar | | Guaynabo | PR | 00966 | Attn: Registered or Authorized Agent |
| Harris Paints | c/o Corporation Trust Center | 1209 Orange St. | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Harris Paints | c/o Leech Tishman Fuscaldo & Lampl, LLC | 545 Fifth Avenue | | New York | NY | 10017 | Attn: Alan M. Kindred |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Henry C Wood | PO Box 31203 | | | Raliegh | NC | 27622 | Attn: Officer, Managing or General Agent |
| Hunt & Sons, Inc. | PO Box 277670 | | | Sacramento | CA | 95827 | Attn: Officer, Managing or General Agent |
| Iberia Foods Corp. | 12300 NW 32nd Ave. | | | Miami | FL | 33167 | Attn: Officer, Managing or General Agent |
| Icee USA | Dept LA 21078 | | | Pasadena | CA | 91185 | Attn: Officer, Managing or General Agent |
| Icee USA | 1330 Knollwood Circle | | | Anaheim | CA | 92801 | Attn: Registered or Authorized Agent |
| Icee USA | 1205 South Dupont Street | | | Ontario | Canada | 91761 | Attn: Officer, Managing or General Agent |
| ICON Eyewear Inc. | 5 Empire Blvd. | | | South Hackensack | NJ | 07606 | Attn: Officer, Managing or General Agent |
| ICON Eyewear Inc. | 75 Seaview Drive | | | Secaucus | NJ | 07094 | Attn: Officer, Managing or General Agent |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | 2 North Riverside Plaza | | | Chicago | IL | 60606 | Attn: Officer, Managing or General Agent |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | c/o Klestadt Winters Jureller Southard & Stevens, LLP | 200 West 41st Street, 17th Floor | | New York | NY | 10036 | Attn: Lauren C Kiss |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | c/o C T Corporation System | 208 SO Lasalle St, Suite 814 | | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange Street | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Icon Newco Pool DBA Icon Owner Pool 4 Northeast/Midwest, LLC | PO Box 934506 | | | Atlanta | GA | 31193 | Attn: Officer, Managing or General Agent |
| Integrity Home Service Corp. | 3404 Oakcliff Rd. | Ste C-9 | | Doraville | GA | 30340 | Attn: Officer, Managing or General Agent |
| Integrity Home Service Corp. | c/o Emory Potter | 3945 Holcomb Bridge Rd. Ste 300 | | Peachtree Corners | GA | 30092 | Attn: Registered or Authorized Agent |
| International Airport Center Inc. | 300 N LaSalle St. | Suite 5450 | | Chicago | IL | 60654 | Attn: Officer, Managing or General Agent |
| International Airport Center Inc. | 4 Embarcadero Center | Suite 3300 | | San Francisco | CA | 94111 | Attn: Officer, Managing or General Agent |
| International Airport Center Inc. | c/o Munsch Hardt Kopf & Harr, P.C. | 500 N. Akard Street,Suite 3800 | | Dallas | TX | 75201 | Attn: Deborah M Perry |
| International Packaging Supplies LLC | 4219 Northshore Drive | | | Fenton | MI | 48430 | Attn: Officer, Managing or General Agent |
| Island Wines & Spirits | PO Box 11439 | | | Tamuning | GU | 96931 | Attn: Officer, Managing or General Agent |
| Journal Registrar Newspaper | PO Box 94559 | | | Cleveland | OH | 44101 | Attn: Officer, Managing or General Agent |
| Jump Design Group Inc. | 1400 Broadway | FL2 | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Kid Galaxy Inc. | 150 Dow Street | Tower 2 Unite 425B | | Manchester | NH | 03103 | Attn: Officer, Managing or General Agent |
| Kid Galaxy Inc. | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Krause Watch Company | 3103 Pga Blvd. | | | Palm Beach Garden | FL | 33410 | Attn: Officer, Managing or General Agent |
| Krause Watch Company | C/O Pierce McCoy Law | 101 E Main St | | Norfolk | VA | 23510 | Attn: Jonathan Grosso |
| L & J Accessories | 366 5th Ave. | #609 | | New York | NY | 10001 | Attn: Officer, Managing or General Agent |
| L & J Accessories | PO Box 173939 | | | Denver | CO | 80217 | Attn: Officer, Managing or General Agent |
| L 3 Sales And Sourcing Inc. | 700 Eight Twenty Blvd. | Suite 101 | | Fort Worth | TX | 76106 | Attn: Officer, Managing or General Agent |
| Levi Strauss & Co., Inc. | 3125 Chad Drive | | | Eugene | OR | 97408 | Attn: Officer, Managing or General Agent |
| Levi Strauss & Co., Inc. | 2313 Collection Center Dr | | | Chicago | IL | 60693 | Attn: Officer, Managing or General Agent |
| Levi Strauss & Co., Inc. | 1155 Batterry St | | | San Francisco | CA | 94111 | Attn: Officer, Managing or General Agent |
| Levi Strauss & Co., Inc. | c/o Corporation Service Company | 1127 Broadway Street NE, Suite 210 | | Salem | OR | 97301 | Attn: Registered or Authorized Agent |
| Lipsey Logistics Worldwide, LLC | 5600 Brainerd Rd., Suite 2 | | | Chattanooga | TN | 37411 | Attn: Officer, Managing or General Agent |
| Lipsey Logistics Worldwide, LLC | c/o Leech Tishman Fuscaldo & Lampl, LLC | 545 Fifth Avenue | | New York | NY | 10017 | Attn: Alan M. Kindred |
| Lopex Express, LLC | 3633 Maiden Ln. | | | Modesto | CA | 95355 | Attn: Officer, Managing or General Agent |
| Luen Fung Enterprises | 169 D Tun Joaquin Guerrero Street | Apt. 169D | | Tamuning | GU | 96913 | Attn: Officer, Managing or General Agent |
| Luen Fung Enterprises | PO Box 6699 | | | Tamuning | GU | 96913 | Attn: Officer, Managing or General Agent |
| Luen Fung Enterprises | c/o Brooks Concepcion Law, Pc | 247 Martyr Street | Suite 101 | Hagatna | GU | 9.7E+08 | Attn: Terrence M. Brooks |
| Made4U Studio, LLC | 5341 N Sabino View Pl. | | | Tucson | AZ | 85749 | Attn: Officer, Managing or General Agent |
| Made4U Studio, LLC | c/o GRB Service LLC | 3507 N Campbell Ste 111 | | Tucson | AZ | 85719 | Attn: Officer, Managing or General Agent |
| Market Partner Sr. Inc. DBA Overstock.com | 799 Coliseum Way | | | Midvale | UT | 84047 | Attn: Officer, Managing or General Agent |
| Market Partner Sr. Inc. DBA Overstock.com | c/o The Corporation Trust Company | Corporation Trust Center,1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Market Partner Sr. Inc. DBA Overstock.com | c/o Persons Behl & Latimer | 201 South Main St | Suite 1800 | Salt Lake City | UT | 84111 | Attn: Brian Rothschild |
| Maxmark Inc. | 5 S Wabash Ave, Suite 1728 | | | Chicago | IL | 60603 | Attn: Officer, Managing or General Agent |
| Medtech Products Inc. | 660 White Plains Rd. | Ste. 205 | | Tarrytown | NY | 10591 | Attn: Officer, Managing or General Agent |
| Medtech Products Inc. | PO Box 202493 | | | Dallas | TX | 75320 | Attn: Officer, Managing or General Agent |
| Medtech Products Inc. | c/o Reed Smith LLP | 10 South Wacker Dr | Suite 4000 | Chicago | IL | 60606 | Attn: Ann Pille |
| Mid Continent Btlg. Co. Inc. | 23214 Network Place | | | Chicago | IL | 60673 | Attn: Officer, Managing or General Agent |
| Midwest Snow Technicians Inc. | 2000 Bloomingdale Rd Ste 115 | | | Glendale Heights | IL | 60139 | Attn: Officer, Managing or General Agent |
| Midwest Snow Technicians Inc. | PO Box 1561 | | | Wheaton | IL | 60187 | Attn: Officer, Managing or General Agent |
| Midwest Snow Technicians Inc | 2N048 Diane Ave | | | Glenn Ellyn | IL | 60137 | Attn: Registered or Authorized Agent |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Msg Services Corporation | 205 S Westgate Dr. | | | Greensboro | NC | 27407 | Attn: Officer, Managing or General Agent |
| Msg Services Corporation | 402 Banner Ave | | | Greensboro | NC | 27401 | Attn: Terry Cleary |
| National Health Info Network | C/O PDX-NHIN | 101 Jim Wright Freeway S | Ste 200 | Fort Worth | TX | 76108 | Attn: Stephanie Liebl Huber |
| Nelson Staffing Solutions | PO Box 49195 | | | San Jose | CA | 95161 | Attn: Officer, Managing or General Agent |
| Newacme LLC DBA Exacme | 13515 Streamside Dr. | | | Lake Oswego | OR | 97035 | Attn: Officer, Managing or General Agent |
| O'Brien & Gere Engineers Inc. | 2000 Cannonball Rd. | | | Pompton Lakes | NJ | 07442 | Attn: Officer, Managing or General Agent |
| O'Brien & Gere Engineers Inc. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| O'Brien & Gere Engineers Inc. | c/o Harris Beach PLLC | 333 West Washington St | Suite 200 | Syracuse | NY | 13202 | Attn: Wendy A Kinsella |
| Olympia Tools International, Inc. | 929 N Grand Ave | | | Covina | CA | 91724 | Attn: Officer, Managing or General Agent |
| Olympia Tools International, Inc. | 18051 Arenth Avenue | | | City of Industry | CA | 91748 | Attn: Officer, Managing or General Agent |
| Olympia Tools International, Inc. | c/o Shaked Law Group, P.C. | 14 Harwood Court | Suite 415 | Scarsdale | NY | 10583 | Attn: Dan Shaked |
| OND JV LLC DBA OND Property LLC | 33297 Collections Center Drive | | | Chicago | IL | 60693 | Attn: Officer, Managing or General Agent |
| OND JV LLC DBA OND Property LLC | 1209 Orange Street | | | Wilmington | DE | 19809 | Attn: Registered or Authorized Agent |
| OND JV LLC DBA OND Property LLC | c/o Goulston & Storrs | 885 Third Ave | | New York | NY | 10022 | Attn: Trevor Hoffmann |
| Onespace Inc. | 33 Bronze Pointe Blvd. | | | Swansea | IL | 62226 | Attn: Officer, Managing or General Agent |
| Onespace Inc. | c/o CT Corp | 208 SO Lasalle Street, Ste 814 | | Chicago | IL | 60604 | Attn: Registered or Authorized Agent |
| P & A Development Associates | 20-25 130th Avenue | | | College Point | NY | 11356 | Attn: Officer, Managing or General Agent |
| Paradies Gifts, Inc. | 2305 W. Airport Blvd. | | | Sanford | FL | 32771 | Attn: Officer, Managing or General Agent |
| Paradies Gifts, Inc. | 1044 Bearded Oaks Ter | | | Longwood | FL | 32779 | Attn: Registered or Authorized Agent |
| Phoenix Energy Technologies Inc. | 165 Technology Dr. | Suite 150 | | Irvine | CA | 92618 | Attn: Officer, Managing or General Agent |
| Phoenix Energy Technologies Inc. | 25172 Arctic Ocean Dr | Suite 108 | | Lake Forest | CA | 92630 | Attn: Officer, Managing or General Agent |
| Physicians Formula Inc. | 1055 West 8th Street | | | Azusa | CA | 91702 | Attn: Officer, Managing or General Agent |
| Physicians Formula Inc. | PO Box 31303 | | | Carol Stream | IL | 60132 | Attn: Officer, Managing or General Agent |
| Physicians Formula Inc. | 22067 Ferrero Parkway | | | City of Industry | CA | 91789 | Attn: Registered or Authorized Agent |
| Platte Valley Investments LLC | 700 W 47th Street # 200 | | | Kansas City | MO | 64112 | Attn: Officer, Managing or General Agent |
| Power Technology Inc. | PO Box 782 | | | Wilkes Barre | PA | 18703 | Attn: Officer, Managing or General Agent |
| Power Technology Inc. | c/o CT Corp | 101 Federal Street | | Boston | MA | 02110 | Attn: Registered or Authorized Agent |
| Prestige Maintenance USA Ltd. | PO Box 941249 | | | Plano | TX | 75094 | Attn: Officer, Managing or General Agent |
| Prestige Maintenance USA Ltd. | 1808 10th Street | Suite 300 | | Plano | TX | 32779 | Attn: Officer, Managing or General Agent |
| Prestige Maintenance USA Ltd. | 473 Main Street South of Building | | | Texarcana | TX | 75007 | Attn: Registered or Authorized Agent |
| Pro Installs Appliance Installations | 7674 Alderwood Ave | | | Corona | CA | 92880 | Attn: Officer, Managing or General Agent |
| Pro Installs Appliance Installations | 603 Miliken Ave Ste D | | | Ontario | CA | 91761 | Attn: Registered or Authorized Agent |
| Pro Installs Appliance Installations | c/o Rupal Law | 4740 Green River Rd., Suite 207 | | Corona | CA | 92880 | Attn: Mandeep Rupal |
| Profoot Inc. | 74 20th Street | | | Brooklyn | NY | 11232 | Attn: Officer, Managing or General Agent |
| Profoot Inc. | C/O Spiro Harrison | 830 Morris Turnpike | 2nd Floor | Short Hills | NJ | 07078 | Attn: Jason Perez |
| Ryad Consulting, Inc. | 10421 Big Canoe | | | Jasper | GA | 30143 | Attn: Officer, Managing or General Agent |
| Ryad Consulting, Inc. | 4876 Township Trace | | | Marietta | GA | 30066 | Attn: Officer, Managing or General Agent |
| Schawk Inc. | 23704 Network Place | | | Chicago | IL | 60673 | Attn: Officer, Managing or General Agent |
| Schawk Inc. | 170 E 70th Street | | | New York | NY | 10021 | Attn: Officer, Managing or General Agent |
| Schawk Inc. | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Schawk Inc. | c/o Matthews International | 2 Northshore Center | | Pittsburgh | PA | 15212 | Attn: Officer, Managing or General Agent |
| Schawk Inc. | c/o Cozen O'Connor | 1201 North Market Street, Suite 1001 | | Wilmington | DE | 19801 | Attn: John T. Carroll,III |
| Select Beverages Inc. | 21431 Network Place | | | Chicago | IL | 60673 | Attn: Officer, Managing or General Agent |
| Select Salons Inc. | Urb Olimpic Ville | A31 Calle Amsterdam BZN 21 | | Las Piedras | PR | 00771 | Attn: Officer, Managing or General Agent |
| Shakespeare Company, LLC | PO Box 532454 | | | Atlanta | GA | 30353 | Attn: Officer, Managing or General Agent |
| Shakespeare Company, LLC | 499 Peachtree St. NE | | | Atlanta | GA | 30308 | Attn: Officer, Managing or General Agent |
| Shakespeare Company, LLC | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Shoezoo.com, LLC | 727 E. Kingshill Place | | | Carson | CA | 90746 | Attn: Officer, Managing or General Agent |
| Singer Sewing | 1714 Heil Quaker Blvd. | Suite 130 | | Lavergne | TN | 37086 | Attn: Officer, Managing or General Agent |
| Singer Sewing | 1209 Orange Street | | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Specialized Transportation Inc. | PO Box 71279 | | | Chicago | IL | 60694 | Attn: Officer, Managing or General Agent |
| Specialized Transportation Inc. | c/o Anastasiya Rubtsova | 525 N Broadway, Unit 4247 | | Aurora | IL | 60507 | Attn: Registered or Authorized Agent |
| Specialized Transportation Inc. | c/o Thiery Noel Severin | 2335 Pacific Coast Highway #3 | | Lomita | CA | 90717 | Attn: Registered or Authorized Agent |
| Studio 1 DBA Studio 1 Div. of Shazdeh Fashions | 1450 Broadway | 17th Floor | | New York | NY | 10018 | Attn: Officer, Managing or General Agent |
| Summit Construction LLC | 4444 St. Andrews | | | Stockton | CA | 95219 | Attn: Officer, Managing or General Agent |
| Sun Industrial Inc. | 100 Richeyville Road | | | Richeyville | PA | 15358 | Attn: Officer, Managing or General Agent |
| Sun Industrial Inc. | 7 West State Street | Ste 100 | | Sharon | PA | 16146 | Attn: Officer, Managing or General Agent |
| Sundance International Inc, DBA Sundance Holdings Group, LLC | 3865 West 2400 South | | | Salt Lake City | UT | 84120 | Attn: Officer, Managing or General Agent |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sundance International Inc, DBA Sundance Holdings Group, LLC | c/o The Corporation Trust Company | 1108 E South Union Ave | | Midvale | UT | 84047 | Attn: Registered or Authorized Agent |
| Sunshine Mills, Inc. | PO Box 676 | | | Red Bay | AL | 32258 | Attn: Officer, Managing or General Agent |
| Sunshine Mills, Inc. | 402 West Fire Tower Rd | | | Greenville | NC | 28590 | Attn: Officer, Managing or General Agent |
| Sunshine Mills, Inc. | Dept #40311 | P.O. Box 2153 | | Birmingham | AL | 35287 | Attn: Officer, Managing or General Agent |
| Sunshine Mills, Inc. | c/o Cogency Global Inc | 2 North Jackson St. Suite 605 | | Montgomery | AL | 36104 | Attn: Registered or Authorized Agent |
| Sunshine Mills, Inc. | c/o Cogency Global Inc | 850 New Burton Road Suite 201 | | Dover | DE | 19904 | Attn: Registered or Authorized Agent |
| SW Corporation | PO Box 218033 | | | Barrigada | GU | 96921 | Attn: Officer, Managing or General Agent |
| Swire Coca Cola USA | 12634 South 265 West | | | Draper | UT | 84020 | Attn: Officer, Managing or General Agent |
| Swire Coca Cola USA | c/o CT Corporation System | 1108 E South Union Ave | | Midvale | UT | 84047 | Attn: Registered or Authorized Agent |
| Tavano Team | 6718 NW 72nd Ave. | Suite 19587 | | Miami | FL | 33166 | Attn: Officer, Managing or General Agent |
| Tavano Team | 848 Brickell Ave | Suite 300 | | Miami | FL | 33131 | Attn: Registered or Authorized Agent |
| Tavano Team | C/O Jones & Associates | 1325 Avenue of the Americas | 28th Floor | New York | New York | 10019 | Attn: Chery Hernandez |
| Tdbbs LLC | 5701 East Port Blvd. | | | Richmond | VA | 23231 | Attn: Officer, Managing or General Agent |
| Tdbbs LLC | 251 Little Falls Dr. | | | Wilmington | DE | 19808 | Attn: Registered or Authorized Agent |
| Tforce | 5429 LBJ Freeway, Ste 900 | | | Dallas | TX | 75240 | Attn: Officer, Managing or General Agent |
| The Mibro Group | 4039 Gennesee St. | | | Buffalo | NY | 14267 | Attn: Officer, Managing or General Agent |
| The Northwest Company LLC | 49 Bryant Ave. | | | Roslyn | NY | 11576 | Attn: Officer, Managing or General Agent |
| The Northwest Company LLC | PO Box 263 | | | Roslyn | NY | 11576 | Attn: Officer, Managing or General Agent |
| TNG GP SBT DSD | 1955 Lake Park Drive | Suite 400 | | Smyrna | GA | 30080 | Attn: Officer, Managing or General Agent |
| TNG GP SBT DSD | c/o Corporation Trust Company | Corporation Trust Center, 1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Trixxi Clothing Company Inc. | 6817 E Acco St. | | | Commerce | CA | 90040 | Attn: Officer, Managing or General Agent |
| U.S. Security Associates, Inc. | 200 Mansell CT E | | | Roswell | GA | 30076 | Attn: Officer, Managing or General Agent |
| U.S. Security Associates, Inc. | c/o Allied Universal | 161 Washington Street, Suite 600 | | Conshohocken | PA | 19428 | Attn: David Buckman |
| U.S. Security Associates, Inc. | c/o C T Corporation System | 289 S Culver St | | Lawrenceville | GA | 30046 | Attn: Registered or Authorized Agent |
| U.S. Security Associates, Inc. | c/o The Corporation Trust Company | Corporation Trust Center, 1209 Orange St | | Wilmington | DE | 19801 | Attn: Registered or Authorized Agent |
| Ultra Logistics Inc. | 17-17 Route 208 North | | | Fairlawn | NJ | 07410 | Attn: Officer, Managing or General Agent |
| Unified Marine | 1190 Old Asheville Hwy. | | | Newport | TN | 37821 | Attn: Officer, Managing or General Agent |
| Variety Accessories, LLC | 223 SE 1st Ave. | PO Box 550 | | Clara City | MN | 56222 | Attn: Officer, Managing or General Agent |
| Variety Accessories, LLC | c/o Corporation Service Company | 2345 Rice Street Ste 230 | | Roseville | MN | 55113 | Attn: Registered or Authorized Agent |
| Variety Accessories, LLC | c/o McGrail & Bensinger LLP | 888-C 8th Ave | #107 | New York | NY | 10019 | Attn: Ilana Volkov |
| Variety Accessories, LLC | c/o Taylor English Duma, LLP | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30319 | Attn: John W. Mills |
| Variety International Enterprises | PO Box 7598 | | | Tamuning | GU | 96931 | Attn: Officer, Managing or General Agent |
| Varouj Appliances Services Inc. | 6454 Lankershim Boulevard | | | North Hollywood | CA | 91606 | Attn: Officer, Managing or General Agent |
| Veronica Landaverde LLC | 277 Santos Street | | | San Francisco | CA | 94134 | Attn: Officer, Managing or General Agent |
| Veronica Landaverde LLC | 301 France Ave | | | San Francisco | CA | 94112 | Attn: Officer, Managing or General Agent |
| Young's Holdings, Inc. | 14402 Franklin Avenue | | | Tustin | CA | 92780 | Attn: Officer, Managing or General Agent |
| Young's Holdings, Inc. | c/o Registered Agent Solutions, Inc. | 1220 S Street, Ste 150 | | Sacramento | CA | 95811 | Attn: Registered or Authorized Agent |
| Young's Holdings, Inc. | 9 East Lockerman St. | Ste 311 | | Dover | DE | 19901 | Attn: Registered or Authorized Agent |
| Young's Holdings, Inc. | c/o Registered Agent Solutions, Inc. | 9 E Lockerman Street, Ste 311 | | Dover | DE | 19901 | Attn: Registered or Authorized Agent |
| Young's Holdings, Inc. | c/o Case Lombardi & Pettit | 737 Bishop Street | Suite 2600 | Honolulu | HI | 96813 | Attn: Ted Pettit |
| Zuru LLC | 228 and 230 Nevada Street | | | El Segundo | CA | 90245 | Attn: Officer, Managing or General Agent |
| Zuru LLC | C/O Dentons US LLP | 303 Peachtree Street NE | Ste 5300 | Atlanta | GA | 30308 | Attn: Sarah M Schrag |