**Debtors' Seventeenth Omnibus Objection**  
**Exhibit 1 - Satisfied Landlord Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

### Schedule of Satisfied Landlord Claims

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount |
|---|---|---|---|---|
| 1. | Braintree Property Associates LP | 16676 | 182353801018475 | $198,114.71 |
| 2. | Brass Mill Center Mall, LLC | 16044 | 182353801013693 | $5,911.76 |
| 3. | Charles Mall Company Limited Partnership | 17692 | 182353801018516 | $52,627.03 |
| 4. | CHM Foothills 7, LLC | 16324 | 182353801017746 | $5,357.25 |
| 5. | Columbia Mall Partnership | 15793 | 182353801018145 | $24,050.12 |
| 6. | Dulles Town Center Mall, LLC | 15081 | 182353801017674 | $5,193.85 |
| 7. | El Centro Mall, LTD | 12226 | 182353801018436 | $25,102.59 |
| 8. | FITCHBURG MFB LLC | 17074 | 182353801017810 | $15,625.00 |
| 9. | GGP Meadows Mall L.L.C. | 16381 | 182353801017747 | $16,589.02 |
| 10. | GGP-Tucson Mall L.L.C. | 15893 | 182353801017718 | $5,000.00 |
| 11. | GRAND TETON MALL, LLC | 19746 | 182353801017967 | $11,343.31 |
| 12. | GS Portfolio Holding II, LLC | 16051 | 182353801018153 | $139,142.64 |
| 13. | Hart 155 Industrial LLC (1707 W. Normantown Road) | 17215 | 182353801018491 | $95,733.66 |
| 14. | Hart 155 Industrial LLC (1801 W. Normantown Road) | 16994 | 182353801018481 | $37,563.34 |
| 15. | Hoover Mall Limited, L.L.C. | 17668 | 182353801018154 | $25,959.15 |
| 16. | KDI Rivergate Mall LLC | 15419 | 182353801013631 | $36,105.22 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

1

Debtors' Seventeenth Omnibus Objection  
Exhibit 1 - Satisfied Landlord Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

**Schedule of Satisfied Landlord Claims**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount |
|---|---|---|---|---|
| 17. | KM-SC, LLC | 17958 | 182353801017849 | $15,282.06 |
| 18. | Lakeline Developers | 16337 | 182353801018166 | $63,741.60 |
| 19. | Lakewood Shopping Center LLC | 17312 | 182353801018493 | $57,779.30 |
| 20. | Levcom Wall Plaza Associates | 14283 | 182353801018450 | $47,598.84 |
| 21. | Loveland KM Corp (Loveland) | 16854 | 182353801018477 | $119,741.13 |
| 22. | Macerich Buenaventura Limited Partnership | 18110 | 1.82354E+14 | $10,444.54 |
| 23. | Macerich Stonewood, LLC | 17981 | 182353801013637 | $26,339.75 |
| 24. | Macerich Victor Valley LP | 17575 | 182353801018508 | $98,413.62 |
| 25. | Mall at Auburn, LLC | 15574 | 182353801018137 | $54,199.02 |
| 26. | Mall at Montgomery, LP | 16430 | 182353801018170 | $21,180.98 |
| 27. | Mall at Tuttle Crossing, LLC | 16981 | 182353801017802 | $8,141.40 |
| 28. | Manco Florida Associates, LLC | 13926 | 182353801018459 | $77,894.28 |
| 29. | Maplewood Mall, LLC | 12135 | 182353801013672 | $7,197.00 |
| 30. | Mayflower Apple Blossom, LP | 15797 | 182353801017715 | $11,770.51 |
| 31. | MS Portfolio, LLC ( Store # 1618 ; Modesto, CA) | 17434 | 182353801017820 | $15,782.71 |
| 32. | MS Portfolio, LLC (Store #1798; Glendale, AZ) | 18107 | 182353801013643 | $118,675.72 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

Debtors' Seventeenth Omnibus Objection  
Exhibit 1 - Satisfied Landlord Claims

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount |
|---|---|---|---|---|
| | **Schedule of Satisfied Landlord Claims** | | | |
| 33. | Newport Centre LLC | 16041 | 182353801018151 | $79,788.44 |
| 34. | Spring Hill Mall L.L.C. | 16361 | 182353801018168 | $45,528.00 |
| 35. | Town Center at Cobb, LLC | 16611 | 182353801018183 | $28,908.18 |
| 36. | Washington Prime Property Limited Partnership | 13890 | 182353801018457 | $48,649.61 |
| 37. | West Orange Plaza | 15925 | 182353801018149 | $760,530.48 |
| 38. | White Plains Galleria Limited Partnership | 16624 | 182353801018185 | $90,683.06 |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

3