**Debtors' Fifteenth Omnibus Objection**
**Exhibit 1 - No Liability Landlord Claims**

*In re: Sears Holdings Corporation, et al.*
**Case No. 18-23538 (RDD)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Schedule of No Liability Landlord Claims** | | | |
| **Ref #** | **Name of Claimant** | **Affected Claim No.** | **Affected Ballot No.** | **Ballot Amount** | **Amount to be Expunged** | **Reason for Disallowance and Expungement** |
| 1. | Boynton Beach Mall LLC | 15325 | 182353801013623 | $97,139.57 | $97,139.57 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 2. | BRE/Pearlridge LLC | 16325 | 182353801018164 | $419,385.31 | $419,385.31 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 3. | Cheddars Casual Café, Inc. | 17478 | 182353801018503 | $30,000.00 | $30,000.00 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 4. | Ebenhoeh US Real Estate Holdings, LP | 14050 & 13955 | 182353801018461 | $31,515.61 | $31,515.61 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 5. | Glimcher MJM, LLC | 15850 | 182353801018147 | $27,674.32 | $27,674.32 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 6. | GNP Partners | 6463 | 182353801018088 | $23,642.43 | $23,642.43 | The Claim refers to expenses due following the Lease Rejection Date, and thus is not an assertible Administrative Expense Claim |
| 7. | Golden Arches Realty Operations, Inc. | N/A | 182353801043500 | $0.00 | $0.00 | This Claim is superseded by the claim filed by McDonald's Real Estate Company (Ballot ID 182353801040465) |
| 8. | Gray Enterprises, L.P. | 17092 | 182353801018486 | $145,173.15 | $145,173.15 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 9. | IQ9-200 SW C Ave, LLC | 20455 | 182353801018197 | $20,844.97 | $20,844.97 | The Claims refer to lease rejection damages and expenses following the Lease Rejection Dates, and thus are not an assertible Administrative Expense Claim |
| 10. | KM of Butte, Montana, LP | 8473 | 182353801018108 | $23,259.97 | $23,259.97 | The Claim refers to expenses due following the Lease Rejection Date, and thus is not an assertible Administrative Expense Claim |
| 11. | LF2 ROCK CREEK LP | 18275 | 182353801013645 | $53,610.37 | $53,610.37 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 12. | MISSISSIPPI DHP, LLC | 18102 | 182353801013641 | $29,777.41 | $29,777.41 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.        1

**Debtors' Fifteenth Omnibus Objection**
**Exhibit 1 - No Liability Landlord Claims**

*In re: Sears Holdings Corporation, et al.*
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount to be Expunged | Reason for Disallowance and Expungement |
|---|---|---|---|---|---|---|
| | | | Schedule of No Liability Landlord Claims | | | |
| 13. | MS Portfolio, LLC | 18263 & 17502 & 18008 | 182353801013638 | $370,881.65 | $370,881.65 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 14. | Newpark Mall, LP | 17661 | 182353801017691 | $8,575.18 | $8,575.18 | The Claims refer to lease rejection damages and expenses following the Lease Rejection Dates, and thus are not an assertible Administrative Expense Claim |
| 15. | Orchard Plaza BC LLC | 16628 | 182353801017697 | $18,368.89 | $18,368.89 | The Claim refers to expenses due following the Lease Rejection Date, and thus is not an assertible Administrative Expense Claim |
| 16. | Park City Center LLC | 16097 | 182353801018156 | $131,311.84 | $131,311.84 | Based on Debtors' books and records, the Debtors are not liable for the Ballot Amount |
| 17. | Poughkeepsie Galleria LLC | 11896 | 182353801018433 | $51,797.25 | $51,797.25 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 18. | PR JACKSONVILLE LIMITED PARTNERSHIP | 19564 | 182353801018240 | $108,290.04 | $108,290.04 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 19. | Primestor Development, LLC | 16449 | 182353801018172 | $29,739.38 | $29,739.38 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 20. | Regency Centers L.P (Pike Creek) | 13680 | 182353801018452 | $69,953.90 | $69,953.90 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 21. | RPI Chesterfield LLC | 16744 | 182353801017778 | $20,151.30 | $20,151.30 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 22. | Scotts Valley Phase II | 19363 | 182353801013655 | $110,441.35 | $110,441.35 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 23. | Seminole Towne Center Limited Partnership | 15383 | 182353801017692 | $8,262.28 | $8,262.28 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 24. | Sherthal, LLC | 15365 | 182353801013626 | $24,375.65 | $24,375.65 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 25. | Shillington Plaza LLC | 12875 | 182353801018101 | $29,116.50 | $29,116.50 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |

\* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.

**Debtors' Fifteenth Omnibus Objection**
**Exhibit 1 - No Liability Landlord Claims**

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

### Schedule of No Liability Landlord Claims

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount | Amount to be Expunged | Reason for Disallowance and Expungement |
|---|---|---|---|---|---|---|
| 26. | Southpark Mall LLC | 15120 | 182353801017676 | $7,693.52 | $7,693.52 | The Claim refers to expenses due following the Lease Rejection Date, and thus is not an assertible Administrative Expense Claim |
| 27. | SWZ LLC f/k/a SWZ Partners, LLC | 17820 | 182353801018520 | $145,131.83 | $145,131.83 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 28. | Times Square Joint Venture, LLP | 15265 | 182353801013622 | $80,245.12 | $80,245.12 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 29. | U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital | 17012 & 19568 & 20454 | 182353801017807 | $128,634.51 | $128,634.51 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |
| 30. | VCG Whitney Field LLC | 17620 | 182353801018512 | $21,145.04 | $21,145.04 | The Ballot Amount relates to a lease assumed and assigned by Transform Holdco LLC and is an untimely cure claim barred under the assumption and assignment order entered 5/13/19 (ECF No. 3850). |

* The Debtors' hereby reserve the right to object in the future to any of the Claims listed in this Schedule on any ground, and to amend, modify, or supplement the Objection and this Schedule, as applicable.    3