WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :    Chapter 11
                                                    :
**SEARS HOLDINGS CORPORATION**, *et al.*,           :    Case No. 18-23538 (RDD)
                                                    :
Debtors.[1]                                         :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL REGARDING
# DEBTORS' EIGHTEENTH OMNIBUS OBJECTION
# TO PROOFS OF CLAIM OR BALLOTS (REDUCED OR
# RECLASSIFIED CLAIMS/BALLOTS) SOLELY AS TO CERTAIN CLAIMS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on April 22, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots)*(ECF No. 7859) (the "**Eighteenth Omnibus Objection**").

**PLEASE TAKE FURTHER NOTICE** that Debtors hereby withdraw without prejudice the Eighteenth Omnibus Objection solely with respect to the claims listed on **Exhibit 1** attached hereto.

Dated: May 15, 2020
      New York, New York

                                                  /s/ Garrett A. Fail
                                                  Ray C. Schrock, P.C.
                                                  Jacqueline Marcus
                                                  Garrett A. Fail
                                                  Sunny Singh
                                                  WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
                                                  New York, New York  10153
                                                  Telephone:  (212) 310-8000
                                                  Facsimile:  (212) 310-8007

                                                  *Attorneys for Debtors*
                                                  *and Debtors in Possession*

WEIL:\97484640\2\73217.0004

## **Exhibit 1**

**In re: Sears Holdings Corporation, et al.**
**Case No. 18-23538 (RDD)**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount |
|---|---|---|---|---|
| 24. | Dorel Industries, Inc. | 16214, 16263, 16678 | 182353801043487 | $16,947.27 |
| 42. | Intex Entertainment Inc. | 5866 | 182353801039851 | $202.50 |