**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors | Case No. 18-23538-RDD<br><br>Chapter 11<br><br>(Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Rosendo E. Miranda Lopez, to be admitted, ***pro hac vice***, to represent U.S. Alliance, Corp (the "Client"), creditor in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico, it is hereby **ORDERED** that Rosendo E. Miranda López is admitted to practice, ***pro hac vice***, in the above- referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE