UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors | Case No. 18-23538-RDD<br><br>Chapter 11<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL

I, Rosendo E. Miranda López, withdraw the request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent U.S. Alliance, Corp., creditor in the above-referenced case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of May, 2020.

/s/ Rosendo E. Miranda López
**Rosendo E. Miranda López, Esq.**
U.S.D.C.-P.R.   219405
T.S.P.R. 10201
PO Box 190006, San Juan, PR 00919-0006
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net