**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 18-23538-RDD |
| SEARS HOLDINGS CORPORATION, et al., | Chapter 11 |
| Debtors | (Jointly Administered) |

**URGENT MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Rosendo E. Miranda López, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent U.S. Alliance, Corp., creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the Commonwealth of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of May, 2020.

/s/ Rosendo E. Miranda López
**Rosendo E. Miranda López, Esq.**
U.S.D.C.-P.R.   219405
T.S.P.R. 10201
PO Box 190006, San Juan, PR 00919-0006
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net