UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holding Corporation, et al., | Case No. 18-23538 (RRD) |
| Debtors | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Lindsey L. Robin, pursuant to Local Rule 2090-1, respectfully request admission to practice *pro hac vice* before the Honorable Robert D. Drain to represent GroupBy USA, Inc., a creditor and party in interest in the above-referenced bankruptcy case.

I certify that I am a member in good standing of the bar of the State of Texas and admitted to the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

In light of the foregoing, I respectfully request that this Court enter an order admitting Lindsey L. Robin to appear and practice *pro hac vice* on behalf of GroupBy USA, Inc. before this Court.

Dated: May 22, 2020.                                    Respectfully submitted,

                                                        By: */s/ Lindsey L. Robin*
                                                            Keith M. Aurzada*
                                                            TX Bar No. 24009880
                                                            Michael P. Cooley
                                                            NY Bar No. 3005717
                                                            Lindsey L. Robin*
                                                            TX Bar No 24091422
                                                            **REED SMITH LLP**
                                                            2850 N. Harwood St., Ste. 1500
                                                            Dallas, Texas 75201
                                                            T: 469.680.4200
                                                            F: 469.680.4299
                                                            kaurzada@reedsmith.com
                                                            mpcooley@reedsmith.com
                                                            lrobin@reedsmith.com
                                                            *motions for admission *pro hac vice* pending

                                                        *Counsel for GroupBy USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on **May 22, 2020** a true and correct copy of the foregoing document was served through the court's CM/ECF system to all parties consenting to service through same.

                                                        */s/ Lindsey L. Robin*
                                                            Lindsey L. Robin

---

MOTION FOR ADMISSION *PRO HAC VICE* (ROBIN)                                              PAGE **2**