# Exhibit A

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: May 18, 2020
Invoice No.: 20200503594

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:   Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $16,017.00 |
| Total Current Charges | $16,017.00 |
| **TOTAL AMOUNT DUE** | **$16,017.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 04/01/20 | Telephone conferences and correspondence with V. Marriott, T. Daluz and B. Griffith regarding status of fee application settlement negotiations with case professionals. | 1,405.00 | 0.60 | 843.00 |
| Harner,P.E. | 04/06/20 | Telephone conferences and correspondence with R. Schrock and V. Marriott regarding fee application settlement negotiations (.50); review and analyze related background and FRE 408 materials (1.20). | 1,405.00 | 1.70 | 2,388.50 |
| Harner,P.E. | 04/09/20 | Review and analyze creditors' committee's retention application for Moritt Hock as special committee counsel (.90); telephone conference and correspondence with V. Marriott regarding same (.20). | 1,405.00 | 1.10 | 1,545.50 |
| Harner,P.E. | 04/10/20 | Review and analyze 16th monthly FTI fee and expense application. | 1,405.00 | 1.30 | 1,826.50 |
| Harner,P.E. | 04/13/20 | Extended telephone conference with R. Schrock regarding resolution of prospective fee application objections (.50); follow-up telephone conferences and correspondence with V. Marriott, T. Daluz, C. McClamb and others regarding same (.60); review and analyze background materials regarding prospective fee application objections (.80). | 1,405.00 | 1.90 | 2,669.50 |
| Harner,P.E. | 04/14/20 | Review and analyze fourth interim Prime Clerk fee and expense application. | 1,405.00 | 1.20 | 1,686.00 |
| Harner,P.E. | 04/15/20 | Review and analyze fourth interim Paul Weiss fee and expense application. | 1,405.00 | 2.40 | 3,372.00 |
| Harner,P.E. | 04/17/20 | Telephone conferences and correspondence with B. Griffith and M-III team regarding ongoing fee and expense review and related settlement negotiations. | 1,405.00 | 0.30 | 421.50 |

## PROFESSIONAL SERVICES

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 04/30/20 | Review and analyze additional FRE 408 materials provided by Weil Gotshal (.70); telephone conferences and correspondence with V. Marriott regarding same (.20). | 1,405.00 | 0.90 | 1,264.50 |
| **Total B170** | | | | **11.40** | **$16,017.00** |
| | | Total Fees | | **11.40** | **16,017.00** |

## PROFESSIONAL SERVICES SUMMARY

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,405.00 | 11.40 | 16,017.00 |
| **Total Task: B170** | | **11.40** | **$16,017.00** |
| Total Fees | | **11.40** | **$16,017.00** |

## PROFESSIONAL SERVICES SUMMARY

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,405.00 | 11.40 | 16,017.00 |
| **Total Fees** | | **11.40** | **$16,017.00** |

| | |
|---|---|
| **Total Current Charges:** | **$16,017.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200503594 | |
| Date: | May 18, 2020 | |

| | |
|---|---:|
| Fee Amount | $16,017.00 |
| **TOTAL AMOUNT DUE** | **$16,017.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**