# Exhibit B

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: May 18, 2020
Invoice No.: 20200503595

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $16,302.00 |
| Total Current Charges | $16,302.00 |
| **TOTAL AMOUNT DUE** | **$16,302.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 04/07/20 | Prepare exhibits for monthly fee application. | 940.00 | 0.50 | 470.00 |
| Marriott, III,V.J. | 04/13/20 | Attend to fee collection and expense reimbursement with MIII. | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 04/14/20 | Attention to issues with uploading fee information for MIII. | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 04/14/20 | Correspondence with T. Daluz regarding preparation of interim fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 04/15/20 | Correspondence with S. Ambrose regarding preparation of interim fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 04/17/20 | Revisions to interim fee application. | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 04/17/20 | Revise third interim fee application. | 940.00 | 2.50 | 2,350.00 |
| Marriott, III,V.J. | 04/17/20 | Correspondence regarding payment of outstanding invoices with MIII and C. McClamb. | 1,035.00 | 0.40 | 414.00 |
| Marriott, III,V.J. | 04/20/20 | Review status of fee payments from MIII with C. McClamb. | 1,035.00 | 0.20 | 207.00 |
| Daluz,T.M. | 04/22/20 | Revise third interim fee application. | 940.00 | 6.50 | 6,110.00 |
| McClamb,C.D. | 04/23/20 | Review and revise interim fee application | 495.00 | 2.50 | 1,237.50 |
| Ambrose,S.M. | 04/23/20 | E-mail from T. Daluz regarding preparation of interim fee application.  Draft 11th monthly fee application. | 270.00 | 1.20 | 324.00 |
| Daluz,T.M. | 04/23/20 | Prepare and review exhibits for interim fee application. | 940.00 | 0.50 | 470.00 |
| Marriott, III,V.J. | 04/23/20 | Review correspondence re: Third Interim Fee Application | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 04/24/20 | Emails with T. Daluz regarding preparation of monthly fee application. | 495.00 | 0.10 | 49.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Ambrose,S.M. | 04/24/20 | Continued draft of eleventh fee application | 270.00 | 0.70 | 189.00 |
| Daluz,T.M. | 04/24/20 | Review and revise eleventh monthly fee application. | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 04/27/20 | Finalize monthly fee application. | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 04/27/20 | Telephone call with J. Harris regarding UST interim requirements. | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 04/28/20 | Review monthly fee application | 495.00 | 0.20 | 99.00 |
| Ambrose,S.M. | 04/28/20 | E-mail from T. Daluz regarding filing of fee application. E-file joint monthly fee application. Prepare for service of same. | 270.00 | 0.60 | 162.00 |
| **Total B160** | | | | **19.50** | **$15,078.00** |

**B170 - Fee/Employment Objections**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 04/02/20 | Prepare fee data to be loaded into Relativity workspace for attorney review | 360.00 | 0.30 | 108.00 |
| Neitzel,K.N. | 04/03/20 | Prepare fee data to be loaded into Relativity workspace for attorney review | 360.00 | 1.10 | 396.00 |
| Marriott, III,V.J. | 04/06/20 | Confer with P. Harner regarding status of negotiations with Weil | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 04/16/20 | Emails with M. Rothchild re: Deloitte preliminary report | 495.00 | 0.20 | 99.00 |
| Marriott, III,V.J. | 04/29/20 | Review status of negotiations with Weil with P. Harner. | 1,035.00 | 0.30 | 310.50 |
| Marriott, III,V.J. | 04/30/20 | Review status of Weil negotiations with P. Harner. | 1,035.00 | 0.10 | 103.50 |
| **Total B170** | | | | **2.20** | **$1,224.00** |
| | | **Total Fees** | | **21.70** | **16,302.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 495.00 | 3.80 | 1,881.00 |
| Ambrose,S.M. | 270.00 | 2.50 | 675.00 |
| Daluz,T.M. | 940.00 | 12.00 | 11,280.00 |
| Marriott, III,V.J. | 1,035.00 | 1.20 | 1,242.00 |
| **Total Task: B160** | | **19.50** | **$15,078.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| McClamb,C.D. | 495.00 | 0.20 | 99.00 |
| Neitzel,K.N. | 360.00 | 1.40 | 504.00 |
| Marriott, III,V.J. | 1,035.00 | 0.60 | 621.00 |
| **Total Task: B170** | | **2.20** | **$1,224.00** |
| **Total Fees** | | **21.70** | **$16,302.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 12.00 | 11,280.00 |
| Marriott, III,V.J. | 1,035.00 | 1.80 | 1,863.00 |
| McClamb,C.D. | 495.00 | 4.00 | 1,980.00 |
| Neitzel,K.N. | 360.00 | 1.40 | 504.00 |
| Ambrose,S.M. | 270.00 | 2.50 | 675.00 |
| **Total Fees** | | **21.70** | **$16,302.00** |
| **Total Current Charges:** | | | **$16,302.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200503595 | |
| Date: | May 18, 2020 | |

| | |
|---|---:|
| Fee Amount | $16,302.00 |
| **TOTAL AMOUNT DUE** | **$16,302.00** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | PNC Bank, NA |
| **ABA No.:** | 031 0000 53 |
| **Account No.:** | 85-3131-7345 |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely.  In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer.  If you typically receive paper copies of our invoices, we ask that you accept them via email.  Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center