UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holding Corporation, et al., | Case No.  18-23538 (RRD) |
| Debtors | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Keith M. Aurzada to be admitted *pro hac vice* to represent GroupBy USA, Inc., a creditor and party in interest in the above-referenced bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Texas, the State of Colorado, and the State of Wyoming and the bars of the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, it is hereby

**ORDERED** that Keith M. Aurzada, Esq., is admitted to practice *pro hac vice* in the above referenced bankruptcy case to represent GroupBy USA, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2020.

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE