UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 7846 |

**ORDER GRANTING THIRD QUARTERLY REPORT OF
ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF
CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM JANUARY 1, 2020 THROUGH MARCH 31, 2020**

Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the Debtors, as debtors and debtors in possession in the above cases, having filed its Third Quarterly Report and Request for Compensation and Reimbursement of Expenses for the Period of January 1, 2020 through March 31, 2020 (the "Third Quarterly Report"), dated April 21, 2020;[2] and there being due and sufficient notice of the Third Quarterly Report and the opportunity for a hearing thereon; and there being no objections to the requested relief; and no additional notice or hearing being required; and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Third Quarterly Report.

Court having reviewed the Third Quarterly Report and finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and (b) the Third Quarterly Report is consistent with the Court's Order authorizing Acumen's retention;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Third Quarterly Report is GRANTED to the extent set forth in A Schedule and Schedule B hereto.

2. Acumen is awarded approval for compensation in the amount of $40,927.51 and actual and necessary expenses in the amount of $3,788.44 for the period of January 1, 2020 through March 31, 2020.

3. Such sums are authorized for payment less any amount previously paid to Acumen on account of the amounts set forth in the Third Quarterly Report.

Dated: May 26, 2020
      White Plains, New York

                                               */s/Robert D. Drain*
                                               THE HONORABLE ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)                                                                    **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al.*

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | April 24, 2020 Docket No. 7846 | 1/1/20 – 3/31/20 | $40,927.51 | $40,927.51 | $40,927.51 | $3,788.44 | $3,788.44 | $3,788.44 |

Date Order Signed:  5/26/2020                                                    Initials:  RDD  USBJ

3

Case No.: 18-23538 (RDD)                                                                             **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al.*

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[3] |
|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | $138,134.81 | $138,134.81 | $23,504.96 | $23,504.96 |

Date Order Signed: 5/26/2020                                                                                     Initials: RDD USBJ

---

[3] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).