**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 7841 |

### ORDER GRANTING THIRD QUARTERLY REPORT OF ASK LLP AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS FOR THE PERIOD JANUARY 1, 2020 THROUGH MARCH 31, 2020

ASK LLP, counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above cases, having filed its Third Quarterly Report and Request for Compensation and Reimbursement for the Period of January 1, 2020 through March 31, 2020 as Special Avoidance Counsel, dated April 21, 2020 (the "Third Application");[2] and, after due and sufficient notice of the Third Application and the opportunity for a hearing thereon, there being no objections to the requested relief; and no additional notice or hearing being required; and the Court having reviewed the Third Application and finding that: (a) the Court has

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Third Application.

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and (b) the Third

Application is consistent with the Court's order authorizing ASK LLP's retention; and good and

sufficient cause appearing;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The request for approval of the Third Quarterly Report is GRANTED to the

extent set forth in Schedule A and Schedule B hereto.

2.    ASK LLP is allowed compensation in the amount of $141,920.62 for

professional services rendered on a contingency fee basis and $210,262.66 for actual and

necessary costs and expenses for a total of $352,183.28 for the Third Fee Period of January 1,

2020 through March 31, 2020.

3.    Such sums are authorized for payment less any amounts previously paid to ASK

LLP on account of the amounts set forth in the Third Quarterly Report.

Dated: May 26, 2020
       White Plains, New York

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)                                                                    **Schedule A**
Case Name: In re Sears Holdings Corporation, *et al.*

### CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| ASK LLP, Special Avoidance Counsel for the Debtors | 4/20/2020 Docket No. 7841 | 1/1/2020-3/31/2020 | $141,920.62 | $141,920.62 | $141,920.62 | $210,262.66 | $210,262.66 | $210,262.66 |

Date Order Signed:  5/26/2020                                   Initials:  RDD  USBJ

Case No.: 18-23538 (RDD)                                                    **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

## QUARTERLY REPORT TOTALS

| (1)<br>Applicant | (2)<br>Total Fees<br>Requested | (3)<br>Total Fees Paid | (4)<br>Total Expenses<br>Requested | (5)<br>Total Expenses<br>Paid[1] |
|---|---|---|---|---|
| ASK LLP, Special Avoidance Counsel for the Debtors | $810,405.42 | $810,405.42 | $308,068.53 | $308,068.53 |

Date Order Signed:  5/26/2020                                    Initials:  RDD  USBJ

---

[1] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of ASK LLP As Special Avoidance Action Counsel to Debtors *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4373], ASK LLP received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order), and its Expenses (as defined in the Order) from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).