**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al*. | Chapter 11 |
| Debtors | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

TO THE HONORABLE COURT:

I, Rafael H. Ramírez Polanco, request admission, *pro hac vice*, before the Honorable Court, to represent the Puerto Rico Electric Power Authority ("PREPA"), a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

In San Juan, P.R. on May 27, 2020.

CORRETJER, L.L.C.
*Attorneys for PREPA*
625 Ave. Ponce de León
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503

s/ Rafael H. Ramírez Polanco
USDC-PR No. 301114
Puerto Rico State Bar No. 19605
rhr@corretjerlaw.com