AO 136 (Rev.9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**CERTIFICATE OF GOOD STANDING**

I, __Maria Antongiorgi-Jordan, Esq.__ , Clerk of this Court, certify that

____**Rafael H. Ramirez-Polanco**____ , bar number __301114__ , was duly admitted to practice in this Court on ____**August 11th 2014**____ , and is in good standing as a member of the Bar of this Court.

Dated at ___San Juan, PR___     On ___05/26/2020___
       City                Date

*Maria Antongiorgi-Jordan, Esq.*
Clerk of the Court

Antonio Rodriguez
Deputy Clerk