FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**SANTA ROSA MALL, LLC'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

TO THE HONORABLE COURT:

COMES NOW Santa Rosa Mall, LLC ("Santa Rosa" or "Appellant"), by and through its undersigned counsel, respectfully submits its statement of issues to be presented and designation of items to be included in the record on appeal with respect to the appeal from the *Order Denying Motion of Santa Rosa Mall, LLC for Relief from the Automatic Stay* (the "*Order*", Docket No. 7881) entered by the United States Bankruptcy Court for the Southern District of New York on April 30, 2020, before the United States District Court for the Southern District of New York at Case No. 20-cv-03923, pursuant to Fed. R. Bank. P. 8009(a)(1) and LBR 8009-1:

**I.    Statement of Issues to be Presented on Appeal**

1. Whether the Bankruptcy Court erred and abused its discretion by failing to acknowledge, with respect to issues of insurance contract law and jurisprudence discussed in the *Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* filed on March 27, 2020 (Docket No. 7531), that Santa Rosa has a separate and distinct right in the Contract of Insurance for Policy No. PTNAM1701557 (the "Contract of

Insurance") to claim directly from certain interested underwriters subscribing to, *inter alia,* Policy No. PTNAM1701559 (the "Underwriters")[1]; that such action is a "First-Party" property insurance claim and should be entertained in non-bankruptcy courts sitting in Puerto Rico on account of the reverse preemption doctrine established in the McCarran Ferguson Act, 15 U.S.C. § 1012 *et seq.*, and the provisions of the Puerto Rico Insurance and Civil Codes; and, it should defer to such non-bankruptcy courts on issues including, but not limited to, breach and interpretation of the Contract of Insurance, Santa Rosa's insurable interest, and the improper payment doctrine recognized in the Puerto Rico Civil Code.

2. Whether the Bankruptcy Court abused its discretion in denying the *Motion for and an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* (Docket No. 6317) by improperly balancing the factors to be weighed in deciding whether litigation should be permitted in another forum against a non-debtor third party under applicable law.

3. Whether the Bankruptcy Court abused its discretion in holding that a post-petition Confidential Settlement and Release Agreement between Sears Holdings Corporation and certain interested underwriters subscribing to, *inter alia,* Policy No. PTNAM1701559 (the "Settlement Agreement"), and its indemnity clause, is enforceable *nun pro tunc*, notwithstanding Debtors' failure to comply in whole or in part with Fed. R. Bank. P. 9019.

4. Whether the Bankruptcy Court abused its discretion in holding that the Underwriters, as non-debtor third parties, should be protected under Section 362(a) of the Bankruptcy Code by virtue of Debtors' alleged indemnification obligation in favor of the Underwriters under the Settlement Agreement, notwithstanding the misrepresentations made therein and the fact that such indemnification obligation is severable and/or unenforceable.

---

[1] The term "Underwriters" is defined collectively as Lex-London (a Division of AIG Europe Limited), AIG Europe Limited, and Lexington UK, among others.

5. Whether the Bankruptcy Court erred in holding that Debtor's alleged indemnification obligation under the Settlement Agreement is an administrative expense claim.

## II. Designation of Items to be Included in the Record on Appeal

Pursuant to LBR 8009-1, the following table contains the designation of items for inclusion in the record on appeal, identified by docket number, date, and docket text, pertaining to the above captioned Lead Case No. 18-2353. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such items.

### A. Documents Filed in Bankruptcy Court

| ECF Docket No. | Date | Description |
| --- | --- | --- |
| 1240 | Dec. 14, 2018 | *Motion for Entry of Order for the Debtor to (i) Disclose Status of Insurance Claim; (ii) Deposit Any Insurance Proceed Into Separate Account to be Used Exclusively to Repair the Insured Demised Premises; and (iii) Alternatively, Find the Automatic Stay Inapplicable to the Insurance Proceeds* (the "*Motion to Compel Status of Insurance Claim*") |
| 2512 | Feb. 8, 2019 | *Debtors' Objection to Motion for Entry of Order Compelling Debtor to Disclose Status of Insurance Claim and Deposit Any Insurance Proceeds into Separate Account (Santa Rosa Mall, Puerto Rico)* |
| 2828 | March 13, 2019 | *Reply to Debtors' Objection to Motion for Entry of Order Compelling Debtor to Disclose Status of Insurance Claim and Deposit Any Insurance Proceeds into Separate Account (Santa Rosa Mall, Puerto Rico)* |
| 3475 | May 1, 2019 | *Motion for Relief from Stay and Memorandum in Support Thereof and/or to Declare that the Insurance Proceeds Are Not Part of the Bankruptcy Estate* (the "*First Motion for Relief from Stay*") |
| 4224 | June 13, 2019 | *Debtors' Objection to Motion for Relief from the Automatic Stay and Memorandum in Support Thereof and/or to Declare that the Insurance Proceeds are Not Part of the Bankruptcy Estate* |
| 4392 | June 28, 2019 | *Order (I) Approving Disclosure Statement, (II) Establishing Notice and Objection Procedures for Confirmation of the Plan, (III) Approving Solicitation Packages and Procedures for Distribution Thereof, (IV) Approving the Forms and Ballots and Establishing Procedures for Voting on the Plan, and (V) Granting Related Relief* |
| *5123* | Sept. 11, 2019 | *Motion for Leave to File Under Seal* |
| *5124*[2] | Sept. 11, 2019 | *Supplemental Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum of Law in Support Thereof* (the "*Second Motion for Relief from Stay*") |

---

[2] The *Second Motion for Relief from Stay* (Docket No. 5124), and Exhibit XII (Docket No. 5124-12) in support thereof, was filed under seal.

-3-

| 5185 | Sept. 19, 2019 | *Order Granting Santa Rosa Mall's Motion For Leave To File Under Seal* |
|------|----------------|---|
| 5362 | Oct. 11, 2019 | *Letter to Ferraiuoli LLC Regarding Sears Holdings Corporation, et al., Case No. 18-23538 (RDD), and the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors* |
| 5370 | Oct. 15, 2019 | *Order (I) Confirming Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation And its Affiliated Debtors and (II) Granting Related Relief* |
| 5435 | Oct. 21, 2019 | *Notice of Presentment of Stipulation, Agreeement*[sic], *and Order Between the Debtors and Santa Rosa Mall, LLC Granting Limited Relief from the Automatic Stay* |
| 5537 | Oct. 30, 2019 | *Stipulation, Agreeement*[sic], *and Order Between the Debtors and Santa Rosa Mall, LLC Granting Limited Relief from the Automatic Stay* |
| 6316 | Jan. 7, 2020 | *Motion for Leave to File Under Seal* |
| 6317[3] | Jan. 7, 2020 | *Motion for and an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* (the "*Third Motion for Relief from Stay*") |
| 7210 | Feb. 10, 2020 | *Motion For Relief From Amended Stipulated Protective Order* |
| 7211 | Feb. 10, 2020 | *Debtors' Objection to Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* |
| 7297 | Feb. 18, 2020 | *Declaration of Dale Menendez in Support of Debtors' Objection to Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay and Memorandum in Support Thereof* |
| 7311 | Feb. 20, 2020 | *Reply to Debtors' Objection to Motion for an Order Finding the Automatic Stay Inapplicable or, in the Alternative, for Relief from the Automatic Stay* |
| 7326 | Feb. 21, 2020 | *Statement Certifying Compliance* with Court directive and filing unredacted version of the *Third Motion for Relief from Stay* on the public docket. |
| 7531 | March 27, 2020 | *Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* |
| 7785 | April 6, 2020 | *Notice of Errata Regarding Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* |
| 7823 | April 16, 2020 | *Debtors' Limited Response to Landlord's Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* |
| 7834 | April 20, 2020 | *Brief Reply to Debtor's Limited Response to Landlord's Memorandum of Law on Puerto Rico's Insurance Law in Compliance with Court Order* |
| 7881 | April 30, 2020 | *Order Denying Motion of Santa Rosa Mall, LLC for Relief from the Automatic Stay* as it regards the Underwriters. |

---

[3] The *Third Motion for Relief from Stay* (Docket No. 6317), and Exhibit X (Docket No. 6317-10) in support thereof, was filed under seal. Unredacted version of the forgoing are located at Docket No. 7326-1.

B.   Transcripts[4]

| ECF Docket No. | Date | Description |
|---|---|---|
| 3758 | March 21, 2019 | Transcript of hearing on the *Motion to Compel Status of Insurance Claim* |
| 7397 | June 20, 2019 | Transcript of hearing on the *First Motion for Relief from Stay* |
| N/A | Feb. 24, 2020 | Transcript of first hearing on the *Third Motion for Relief from Stay* |
| 7892 | April 23, 2020 | Transcript of final hearing on the *Third Motion for Relief from Stay* |

Respectfully submitted.
Dated: May 28, 2020

**Ferraiuoli** LLC

390 N. Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

and

Ríos Gautier & Cestero, C.S.P.
27 Calle González Giusti, Ste, 300
Guaynabo, P.R. 00968-3076
Telephone (787) 753-7750
Facsimile (787) 759-6768

*/s/ Carlos Ríos Gautier*
Carlos Ríos Gautier
USDC-PR No. 112606
Admitted *Pro Hac Vice*
riosgautierlaw@yahoo.com

Attorneys for
*Santa Rosa Mall, LLC*

---

[4] June 24, 2020, February 24, 2020, and April 23, 2020, hearing transcripts were not filed on the public docket and/or remote electronic access is restricted. In accordance with LBR 8009-1(a), which requires that "a party filing a designation of items to be included in a record on appeal must attach to the designation a copy of each designated item that does not appear on the Court docket and file it on the CM/ECF system", the June 24, 2020, February 24, 2020, and April 23, 2020, hearing transcripts are attached hereto as **Exhibit I**, **II** and **III** respectively.