WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |

---------------------------------------------------------------x

**CERTIFICATE OF NO OBJECTION**
**PURSUANT TO 28 U.S.C. § 1746 REGARDING**
**DEBTORS' EIGHTEENTH OMNIBUS OBJECTION TO**
**BALLOTS (REDUCED OR RECLASSIFIED CLAIMS/BALLOTS)**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) (the "**Amended Case Management Order**"), the undersigned hereby certifies as follows:

1. On April 22, 2020, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Eighteenth Omnibus Objection to Ballots (Reduced or Reclassified Claims/Ballots)* (ECF No. 7859) (the "**Omnibus Objection**").

2. In accordance with the Amended Case Management Order, the Debtors established a deadline for parties to file responses to the Omnibus Objection (the "**Response Deadline**"). The Response Deadline was set for May 13, 2020, at 4:00 p.m. (Prevailing Eastern Time). The Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on, or prior to, the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed and, to the best of my knowledge, with respect to the claims identified on **Exhibit 1** to the proposed order granting the relief requested in the Omnibus Objection (the "**Proposed Order**") annexed hereto as **Exhibit A**, no responsive pleadings to have been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Amended Case Management Order or served on counsel to the Debtors. A redline of the Proposed Order marked against the order attached to the Omnibus is annexed hereto as **Exhibit B**.

4. Accordingly, the Debtors respectfully request that the Proposed Order be entered in accordance with the procedures described in the Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated: May 28, 2020
       New York, New York

*/s/ Garrett A. Fail*
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re

**SEARS HOLDINGS CORPORATION,** *et al.*,

Debtors.[1]

------------------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

### ORDER GRANTING DEBTORS' EIGHTEENTH
### OMNIBUS OBJECTION TO PROOFS OF CLAIM OR BALLOTS
### (REDUCE OR RECLASSIFY CLAIMS/BALLOTS)

Upon the *Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduce or Reclassify Claims/Ballots)*, filed April 22, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reducing or reclassifying the Disputed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR - Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Claims (as defined below), and (ii) granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each proof of claim or ballot listed on **Exhibit 1** (collectively the "**Disputed Claims**") is reduced or reclassified in the amounts set forth on Exhibit 1, in the rows labeled "Surviving".

3. Each Disputed Claim that lists $0.00 as the "Surviving" claim under the column "*Total Claim*" shall be disallowed and expunged in its entirety.

4.　　　This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

5.　　　The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6.　　　The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2020
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE ROBERT D. DRAIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Disputed Claims

Debtors' Eighteenth Omnibus Objection
Exhibit 1

18-23538-shl    Doc 7989    Filed 05/28/20    Entered 05/28/20 20:16:25    Main Document
Pg 9 of 15

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

**Reduced and Reclassified Claims** [1]

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | AMERICAN OAK PRESERVING CO INC | 2371 | 182353801017295 | Asserted | $66,409.28 | | | | | $66,409.28 | (iv) |
| | | | | Surviving | $0.00 | | | | $66,409.28 | $66,409.28 | |
| 2. | Aramark Uniform & Career Apparel, LLC fka Aramark Uniform & Career Apparel, Inc. | 9219, 9223, 9224, 9225 | 182353801017658 | Asserted | | $173,696.44 | | | $273,033.96 | $446,730.40 | (vi) |
| | | | | Surviving | | $0.00 | | | $273,033.96 | $273,033.96 | |
| 3. | Board of Water Supply/HI | * | 182353801043356 | Asserted | | $9,520.16 | | | | $9,520.16 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 4. | Borough of Shillington, PA | * | 182353801021556 | Asserted | | $347.20 | | | | $347.20 | (i) |
| | | | | Surviving | | $0.00 | | | $347.20 | $347.20 | |
| 5. | Bowling Green Municipal Utilities | * | 182353801021558 | Asserted | | $10,257.34 | | | | $10,257.34 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 6. | Brunswick Sewer District | * | 182353801021569 | Asserted | | $363.00 | | | | $363.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 8. | Celin Corporation | 724 | 182353801016624 | Asserted | $114,652.27 | | | | | $114,652.27 | (iv)(v) |
| | | | | Surviving | $0.00 | | | | $65,722.86 | $65,722.86 | |
| 9. | Chillicothe Utilities Dept, OH | * | 182353801021636 | Asserted | | $141.96 | | | | $141.96 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 10. | City of Cape Girardeau, MO | * | 182353801021707 | Asserted | | $449.58 | | | | $449.58 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | City of Elyria - Stormwater | * | 182353801021772 | Asserted | | $3,767.68 | | | | $3,767.68 | (i) |
| | | | | Surviving | | $0.00 | | | $3,767.68 | $3,767.68 | |
| 12. | City of Marshall, MI | * | 182353801021910 | Asserted | | $12,984.81 | | | | $12,984.81 | (i) |
| | | | | Surviving | | $0.00 | | | $12,984.81 | $12,984.81 | |
| 13. | City of Maryville Utilities, TN | * | 182353801021913 | Asserted | | $956.00 | | | | $956.00 | (i) |
| | | | | Surviving | | $0.00 | | | $956.00 | $956.00 | |
| 15. | City of Scottsbluff, NE | * | 182353801022051 | Asserted | | $196.41 | | | | $196.41 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 16. | City of Topeka, KS | * | 182353801022105 | Asserted | | $914.44 | | | | $914.44 | (i) |
| | | | | Surviving | | $0.00 | | | $914.44 | $914.44 | |
| 17. | City Treasurer Madison - WI | * | 182353801022150 | Asserted | | $3,087.54 | | | | $3,087.54 | (i) |
| | | | | Surviving | | $0.00 | | | $3,087.54 | $3,087.54 | |
| 19. | COCA COLA SEVEN UP BTLG CO | 11233 | 182353801042528 | Asserted | $9,713.00 | | | | | $9,713.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $9,173.00 | $9,173.00 | |
| 20. | Coca-Cola Beverages Florida, LLC | 8629 | 182353801042529 | Asserted | $22,367.56 | | | | $28,721.41 | $51,088.97 | (ii)(iii)(v) |
| | | | | Surviving | $17,949.42 | | | | $28,721.41 | $46,670.83 | |
| 21. | Coca-Cola Bottling Company United, Inc. | 5029 | 182353801042534 | Asserted | $9,264.65 | | | | $8,503.36 | $17,768.01 | (vii) |
| | | | | Surviving | $0.00 | | | | $8,503.36 | $8,503.36 | |
| 23. | Dept of Public Utilities, Wellsville | * | 182353801022245 | Asserted | | $4,095.92 | | | | $4,095.92 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 26. | Eastern Prime Textile Limited | 1228, 1327 | 182353801017563 | Asserted | $1,980,707.89 | | | | $5,534,944.85 | $7,515,652.74 | (vi) |
| | | | | Surviving | $0.00 | | | | $5,534,944.85 | $5,534,944.85 | |
| 27. | ECHO BRIDGE ACQUISITION CORP LLC | 4129, 4311 | 182353801014335 | Asserted | $92,626.90 | | | | | $92,626.90 | (vii) |
| | | | | Surviving | $41,812.66 | | | | | $41,812.66 | |
| 28. | ELITE ROASTERS INC | * | 182353801015935 | Asserted | $133,448.30 | | | | | $133,448.30 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 29. | Ford Models, Inc. | 7451 | 182353801018543 | Asserted | | $9,458.75 | | | $120,900.22 | $130,358.97 | (iv) |
| | | | | Surviving | | $0.00 | | | $130,358.97 | $130,358.97 | |
| 30. | Fox Luggage Inc. | * | 182353801015528 | Asserted | Unliquidated | | | | | $0.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 31. | Gaia Group, Inc. | * | 182353801043011 | Asserted | $12,600.00 | | | | | $12,600.00 | (ii)(iv) |
| | | | | Surviving | $0.00 | | | | $1,225.95 | $1,225.95 | |
| 32. | Gainup Industries India Pvt Ltd | * | 182353801018027 | Asserted | $234,540.56 | | | | | $234,540.56 | (iv)(v)(vii) |
| | | | | Surviving | $0.00 | | | | $91,592.56 | $91,592.56 | |
| 33. | Garelick Farms, LLC | 13844 | 182353801040235 | Asserted | $10,539.14 | | | | $22,223.70 | $32,762.84 | (v) |
| | | | | Surviving | $308.04 | | | | $22,223.70 | $22,531.74 | |
| 34. | Goleta Water District | * | 182353801022377 | Asserted | | $532.16 | | | | $532.16 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 35. | Grand Forks Utility Billing | * | 182353801022378 | Asserted | | Unliquidated | | | | $0.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 36. | GRAND HOME HOLDINGS INC | 1220 | 182353801042506 | Asserted | $17,884.97 | | | | | $17,884.97 | (iv)(v) |
| | | | | Surviving | $0.00 | | | | $15,193.27 | $15,193.27 | |
| 38. | Hastings Utilities, NE | * | 182353801022416 | Asserted | | $2,089.80 | | | | $2,089.80 | (i) |
| | | | | Surviving | | $0.00 | | | $2,089.80 | $2,089.80 | |

Debtors' Eighteenth Omnibus Objection
Exhibit 1

18-23538-shl    Doc 7989    Filed 05/28/20    Entered 05/28/20 20:16:25    Main Document
Pg 10 of 15

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | | | | | Reduced and Reclassified Claims [1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [2] |
| 39. | HERR FOODS INC | 16136 | 182353801014528 | Asserted | $56,702.28 | | | | $78,428.39 | $135,130.67 | (ii) |
| | | | | Surviving | $52,908.68 | | | | $78,428.39 | $131,337.07 | |
| 40. | ICON EYEWEAR INC SBT | 3609 | 182353801015356 | Asserted | $323,362.40 | | | | | $323,362.40 | (iv)(v)(vii) |
| | | | | Surviving | $0.00 | | | | $140,373.00 | $140,373.00 | |
| 41. | INTERDESIGN INC | 1571 | 182353801014585 | Asserted | $382,691.33 | | | | | $382,691.33 | (ii)(iv)(v) |
| | | | | Surviving | $167,369.37 | | | | $202,333.30 | $369,702.67 | |
| 44. | Kalama Collection Ltd | 5276 | 182353801042057 | Asserted | $2,313.95 | | | | $7,993.37 | $10,307.32 | (v) |
| | | | | Surviving | $0.00 | | | | $7,993.37 | $7,993.37 | |
| 45. | KUB-Knoxville Utilities Board | * | 182353801022505 | Asserted | | $49,200.29 | | | | $49,200.29 | (i) |
| | | | | Surviving | | $0.00 | | | $49,200.29 | $49,200.29 | |
| 46. | LIFETIME BRANDS INC | * | 182353801014761 | Asserted | $151,722.85 | | | | | $151,722.85 | (iv)(vii) |
| | | | | Surviving | $0.00 | | | | $115,616.28 | $115,616.28 | |
| 47. | LUCENT JEWELERS INC | * | 182353801014802 | Asserted | Unliquidated | | | | | $0.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 48. | Maloney and Bell General Construction, Inc. | 682, 16142, 16671 | 182353801041638 | Asserted | $362,577.09 | | $374,469.00 | | $0.00 | $737,046.09 | (i) |
| | | | | Surviving | $0.00 | | $187,234.50 | | $0.00 | $187,234.50 | |
| 49. | MARKET FORCE INFORMATION | * | 182353801043462 | Asserted | $34,540.55 | | | | | $34,540.55 | (vii) |
| | | | | Surviving | $1,034.06 | | | | | $1,034.06 | |
| 50. | Maximus, Inc. | 15393 | 182353801043411 | Asserted | | $44,689.08 | | | | $44,689.08 | (iv)(v) |
| | | | | Surviving | | $35,284.86 | | | $2,016.23 | $37,301.09 | |
| 51. | Middle Tennessee Natural Gas | 20414 | 182353801022621 | Asserted | $27.00 | | | | | $27.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 52. | MODE DISTRIBUTING, LLC | 5060 | 182353801041768 | Asserted | $39,043.48 | | | | $39,017.38 | $78,060.86 | (ii) |
| | | | | Surviving | $36,699.18 | | | | $39,017.38 | $75,716.56 | |
| 53. | MONROE, BARBARA | 11535 | 182353801041780 | Asserted | $3,706.73 | | | | | $3,706.73 | (iv) |
| | | | | Surviving | $0.00 | | | | $3,706.73 | $3,706.73 | |
| 54. | North Wales Water Authority | * | 182353801022693 | Asserted | | $854.14 | | | | $854.14 | (i) |
| | | | | Surviving | | $0.00 | | | $854.14 | $854.14 | |
| 55. | Oak Hill Sanitary Board | * | 182353801022710 | Asserted | | $135.54 | | | | $135.54 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 56. | Olive Elect, LLC | 7927, 8206 | 182353801017645 | Asserted | $36,595.78 | $18,948.03 | $55,543.81 | | $13,035.48 | $124,123.10 | (iv)(vii) |
| | | | | Surviving | $0.00 | $0.00 | $55,543.81 | | $13,035.48 | $68,579.29 | |
| 57. | PARADIGM FITNESS EQUIPMENT INC | * | 182353801019727 | Asserted | $15,908.00 | | | | | $15,908.00 | (v) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 58. | Peru Utilities | * | 182353801022757 | Asserted | | $4,083.13 | | | | $4,083.13 | (i) |
| | | | | Surviving | | $0.00 | | | $4,083.13 | $4,083.13 | |
| 60. | Qassis, Ureib | 15874 | 182353801041438 | Asserted | $80,000.00 | | | | $0.00 | $80,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $80,000.00 | $80,000.00 | |
| 61. | Rock River Water Reclamation | * | 182353801022821 | Asserted | | $302.49 | | | | $302.49 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 62. | RODAEL DIRECT INC | 14848 | 182353801041687 | Asserted | $10,806.01 | | | | $8,554.74 | $19,360.75 | (iv) |
| | | | | Surviving | $0.00 | | | | $19,360.75 | $19,360.75 | |
| 63. | Russell Sigler, Inc. | 3524 | 182353801040676 | Asserted | $229,564.38 | | | | | $229,564.38 | (vi) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 64. | Southwest Gas Corporation | * | 182353801022879 | Asserted | | Unliquidated | | | | $0.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 65. | Spartanburg Water System | * | 182353801022882 | Asserted | | $1,244.05 | | | | $1,244.05 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 66. | STEINEL AMERICA INC | 3015 | 182353801040748 | Asserted | $7,948.79 | | | | $3,364.20 | $11,312.99 | (iv) |
| | | | | Surviving | $1,869.00 | | | | $9,443.99 | $11,312.99 | |
| 68. | UNITIL ME Gas Operations | * | 182353801023042 | Asserted | | $20,775.68 | | | | $20,775.68 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 69. | Universal Hosiery Inc. | 9994 | 182353801040930 | Asserted | $10,836.39 | | | | $215,647.74 | $226,484.13 | (iv) |
| | | | | Surviving | $0.00 | | | | $226,484.13 | $226,484.13 | |
| 70. | Water, Inc. | * | 182353801040999 | Asserted | $23,024.91 | | | | | $23,024.91 | (vi) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 71. | Yeti Construction and Remodeling LLC | * | 182353801043346 | Asserted | $12,025.00 | | | | | $12,025.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $12,025.00 | $12,025.00 | |

Debtors' Eighteenth Omnibus Objection
Exhibit 1
18-23538-shl    Doc 7989    Filed 05/28/20    Entered 05/28/20 20:16:25    Main Document
Pg 11 of 15
In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

* Amount asserted to be disallowed subject to the Bar Date Order (as defined in the Objection)

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Corresponding reasons, as addressed in paragraph 9 of the Objection, are as follows:
  (i) Supporting documentation indicates that the invoices are non-Administrative Expense Claims;
  (ii) The Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
  (iii) The Debtors' books and records show a shortage or volume discrepancy for the invoices provided;
  (iv) The Debtors' books and records show that invoices for claims for 503(b)(9) priority pertain to services not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
  (v) The invoices provided by the Claimants are not supported by the Debtors' books and records;
  (vi) Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course
  (vii) Supporting documentation was not provided for all or a portion of the Disputed Claim; and
  (viii) The Disputed Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) (the "Bar Date Order")

**Exhibit B**

**Redline**

18-23538-shl    Doc 7989    Filed 05/28/20    Entered 05/28/20 20:16:25    Main Document
Pg 12 of 15

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re                                                                                    Chapter 11

**SEARS HOLDINGS CORPORATION,** *et al.***,**              Case No. 18-23538 (RDD)

      Debtors.[1]                                                              (Jointly Administered)

------------------------------------------------------------x

### ORDER GRANTING DEBTORS' EIGHTEENTH
### OMNIBUS OBJECTION TO PROOFS OF CLAIM OR BALLOTS
### (REDUCE OR RECLASSIFY CLAIMS/BALLOTS)

Upon the *Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduce or Reclassify Claims/Ballots)*, filed April 22, 2020 (the "**Objection**"),[2] of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to section 502 under title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 3007 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), for an order (i) reducing or reclassifying the Disputed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR - Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Objection.

Claims (as defined below), and (ii) granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Objection having been provided, and it appearing that no other or further notice need be provided in accordance with the Amended Case Management Order; such notice having been adequate and appropriate under the circumstances, and it appearing that other or further notice need be provided; ~~and the Court having held a hearing to consider the relief requested in the Objection on June 17, 2020 (the "Hearing"); and upon the record of the Hearing,~~ and upon all of the proceedings had before the Court; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Objection is granted to the extent set forth herein.

2. Pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, each proof of claim or ballot listed on **Exhibit 1** (collectively the "**Disputed Claims**") is reduced or reclassified in the amounts set forth on Exhibit 1, in the rows labeled "Surviving".

3. Each <u>Disputed</u> Claim that lists $0.00 as the "Surviving" claim under the column "*Total Claim*" shall be disallowed and expunged in its entirety.

2

4. This Order shall not be deemed to waive, impair, release, or effect on any claims, causes of action the Debtors may hold against the Claimants, including but not limited to, claims under chapter 5 of the Bankruptcy Code, and all claims and causes of action against such Claimants shall be expressly preserved.

5. The Debtors, the Debtors' claims and noticing agent, Prime Clerk, and the Clerk of this Court are authorized to take all actions necessary or appropriate to give effect to this Order.

6. The terms and conditions of this Order are effective immediately upon entry.

Dated: _____, 2020
       White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE