**Debtors' Seventeenth Omnibus Objection**  **In re: Sears Holdings Corporation, *et al.***
**Exhibit 1 - Satisfied Landlord Claims**  **Case No. 18-23538 (RDD)**

### Schedule of Satisfied Landlord Claims

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Ballot Amount |
|---|---|---|---|---|
| 1. | Valley Stream Green Acres LLC | 17408 | 182353801018500 | $212,408.30 |
| 2. | Wilton Mall, LLC | 18088 | 182353801013639 | $24,773.29 |