**Debtors' Eighteenth Omnibus Objection**  
Exhibit 1

18-23538-shl    Doc 7994-1    Filed 06/01/20    Entered 06/01/20 09:51:29    Exhibit 1  
Pg 1 of 3

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

### Reduced and Reclassified Claims [1]

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | AMERICAN OAK PRESERVING CO INC | 2371 | 182353801017295 | Asserted | $66,409.28 | | | | | $66,409.28 | (iv) |
| | | | | Surviving | $0.00 | | | | $66,409.28 | $66,409.28 | |
| 2. | Aramark Uniform & Career Apparel, LLC fka Aramark Uniform & Career Apparel, Inc. | 9219, 9223, 9224, 9225 | 182353801017658 | Asserted | | $173,696.44 | | | $273,033.96 | $446,730.40 | (vi) |
| | | | | Surviving | | $0.00 | | | $273,033.96 | $273,033.96 | |
| 3. | Board of Water Supply/HI | * | 182353801043356 | Asserted | | $9,520.16 | | | | $9,520.16 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 4. | Borough of Shillington, PA | * | 182353801021556 | Asserted | | $347.20 | | | | $347.20 | (i) |
| | | | | Surviving | | $0.00 | | | $347.20 | $347.20 | |
| 5. | Bowling Green Municipal Utilities | * | 182353801021558 | Asserted | | $10,257.34 | | | | $10,257.34 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 6. | Brunswick Sewer District | * | 182353801021569 | Asserted | | $363.00 | | | | $363.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 8. | Celin Corporation | 724 | 182353801016624 | Asserted | $114,652.27 | | | | | $114,652.27 | (iv)(v) |
| | | | | Surviving | $0.00 | | | | $65,722.86 | $65,722.86 | |
| 9. | Chillicothe Utilities Dept, OH | * | 182353801021636 | Asserted | | $141.96 | | | | $141.96 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 10. | City of Cape Girardeau, MO | * | 182353801021707 | Asserted | | $449.58 | | | | $449.58 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 11. | City of Elyria - Stormwater | * | 182353801021772 | Asserted | | $3,767.68 | | | | $3,767.68 | (i) |
| | | | | Surviving | | $0.00 | | | $3,767.68 | $3,767.68 | |
| 12. | City of Marshall, MI | * | 182353801021910 | Asserted | | $12,984.81 | | | | $12,984.81 | (i) |
| | | | | Surviving | | $0.00 | | | $12,984.81 | $12,984.81 | |
| 13. | City of Maryville Utilities,TN | * | 182353801021913 | Asserted | | $956.00 | | | | $956.00 | (i) |
| | | | | Surviving | | $0.00 | | | $956.00 | $956.00 | |
| 15. | City of Scottsbluff, NE | * | 182353801022051 | Asserted | | $196.41 | | | | $196.41 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 16. | City of Topeka, KS | * | 182353801022105 | Asserted | | $914.44 | | | | $914.44 | (i) |
| | | | | Surviving | | $0.00 | | | $914.44 | $914.44 | |
| 17. | City Treasurer Madison - WI | * | 182353801022150 | Asserted | | $3,087.54 | | | | $3,087.54 | (i) |
| | | | | Surviving | | $0.00 | | | $3,087.54 | $3,087.54 | |
| 19. | COCA COLA SEVEN UP BTLG CO | 11233 | 182353801042528 | Asserted | $9,713.00 | | | | | $9,713.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $9,173.00 | $9,173.00 | |
| 20. | Coca-Cola Beverages Florida, LLC | 8629 | 182353801042529 | Asserted | $22,367.56 | | | | $28,721.41 | $51,088.97 | (ii)(iii)(v) |
| | | | | Surviving | $17,949.42 | | | | $28,721.41 | $46,670.83 | |
| 21. | Coca-Cola Bottling Company United, Inc. | 5029 | 182353801042534 | Asserted | $9,264.65 | | | | $8,503.36 | $17,768.01 | (vii) |
| | | | | Surviving | $0.00 | | | | $8,503.36 | $8,503.36 | |
| 23. | Dept of Public Utilities, Wellsville | * | 182353801022245 | Asserted | | $4,095.92 | | | | $4,095.92 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 26. | Eastern Prime Textile Limited | 1228, 1327 | 182353801017563 | Asserted | $1,980,707.89 | | | | $5,534,944.85 | $7,515,652.74 | (vi) |
| | | | | Surviving | $0.00 | | | | $5,534,944.85 | $5,534,944.85 | |
| 27. | ECHO BRIDGE ACQUISITION CORP LLC | 4129, 4311 | 182353801014335 | Asserted | $92,626.90 | | | | | $92,626.90 | (vii) |
| | | | | Surviving | $41,812.66 | | | | | $41,812.66 | |
| 28. | ELITE ROASTERS INC | * | 182353801015935 | Asserted | $133,448.30 | | | | | $133,448.30 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 29. | Ford Models, Inc. | 7451 | 182353801018543 | Asserted | | $9,458.75 | | | $120,900.22 | $130,358.97 | (iv) |
| | | | | Surviving | | $0.00 | | | $130,358.97 | $130,358.97 | |
| 30. | Fox Luggage Inc. | * | 182353801015528 | Asserted | Unliquidated | | | | | $0.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 31. | Gaia Group, Inc. | * | 182353801043011 | Asserted | $12,600.00 | | | | | $12,600.00 | (ii)(iv) |
| | | | | Surviving | $0.00 | | | | $1,225.95 | $1,225.95 | |
| 32. | Gainup Industries India Pvt Ltd | * | 182353801018027 | Asserted | $234,540.56 | | | | | $234,540.56 | (iv)(v)(vii) |
| | | | | Surviving | $0.00 | | | | $91,592.56 | $91,592.56 | |
| 33. | Garelick Farms, LLC | 13844 | 182353801040235 | Asserted | $10,539.14 | | | | $22,223.70 | $32,762.84 | (v) |
| | | | | Surviving | $308.04 | | | | $22,223.70 | $22,531.74 | |
| 34. | Goleta Water District | * | 182353801022377 | Asserted | | $532.16 | | | | $532.16 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 35. | Grand Forks Utility Billing | * | 182353801022378 | Asserted | | Unliquidated | | | | $0.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 36. | GRAND HOME HOLDINGS INC | 1220 | 182353801042506 | Asserted | $17,884.97 | | | | | $17,884.97 | (iv)(v) |
| | | | | Surviving | $0.00 | | | | $15,193.27 | $15,193.27 | |
| 38. | Hastings Utilities, NE | * | 182353801022416 | Asserted | | $2,089.80 | | | | $2,089.80 | (i) |
| | | | | Surviving | | $0.00 | | | $2,089.80 | $2,089.80 | |

**Debtors' Eighteenth Omnibus Objection**  
Exhibit 1

18-23538-shl    Doc 7994-1    Filed 06/01/20    Entered 06/01/20 09:51:29    Exhibit 1  
Pg 2 of 3

In re: Sears Holdings Corporation, et al.  
Case No. 18-23538 (RDD)

| | | | | | Reduced and Reclassified Claims [1] | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [2] |
| 39. | HERR FOODS INC | 16136 | 182353801014528 | Asserted | $56,702.28 | | | | $78,428.39 | $135,130.67 | (ii) |
| | | | | Surviving | $52,908.68 | | | | $78,428.39 | $131,337.07 | |
| 40. | ICON EYEWEAR INC SBT | 3609 | 182353801015356 | Asserted | $323,362.40 | | | | | $323,362.40 | (iv)(v)(vii) |
| | | | | Surviving | $0.00 | | | | $140,373.00 | $140,373.00 | |
| 41. | INTERDESIGN INC | 1571 | 182353801014585 | Asserted | $382,691.33 | | | | | $382,691.33 | (ii)(iv)(v) |
| | | | | Surviving | $167,369.37 | | | | $202,333.30 | $369,702.67 | |
| 44. | Kalama Collection Ltd | 5276 | 182353801042057 | Asserted | $2,313.95 | | | | $7,993.37 | $10,307.32 | (v) |
| | | | | Surviving | $0.00 | | | | $7,993.37 | $7,993.37 | |
| 45. | KUB-Knoxville Utilities Board | * | 182353801022505 | Asserted | | $49,200.29 | | | | $49,200.29 | (i) |
| | | | | Surviving | | $0.00 | | | $49,200.29 | $49,200.29 | |
| 46. | LIFETIME BRANDS INC | * | 182353801014761 | Asserted | $151,722.85 | | | | | $151,722.85 | (iv)(vii) |
| | | | | Surviving | $0.00 | | | | $115,616.28 | $115,616.28 | |
| 47. | LUCENT JEWELERS INC | * | 182353801014802 | Asserted | Unliquidated | | | | | $0.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 48. | Maloney and Bell General Construction, Inc. | 682, 16142, 16671 | 182353801041638 | Asserted | $362,577.09 | | $374,469.00 | | $0.00 | $737,046.09 | (i) |
| | | | | Surviving | | | $187,234.50 | | $0.00 | $187,234.50 | |
| 49. | MARKET FORCE INFORMATION | * | 182353801043462 | Asserted | $34,540.55 | | | | | $34,540.55 | (vii) |
| | | | | Surviving | $1,034.06 | | | | | $1,034.06 | |
| 50. | Maximus, Inc. | 15393 | 182353801043411 | Asserted | | $44,689.08 | | | | $44,689.08 | (iv)(v) |
| | | | | Surviving | | $35,284.86 | | | $2,016.23 | $37,301.09 | |
| 51. | Middle Tennessee Natural Gas | 20414 | 182353801022621 | Asserted | $27.00 | | | | | $27.00 | (vii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 52. | MODE DISTRIBUTING, LLC | 5060 | 182353801041768 | Asserted | $39,043.48 | | | | $39,017.38 | $78,060.86 | (ii) |
| | | | | Surviving | $36,699.18 | | | | $39,017.38 | $75,716.56 | |
| 53. | MONROE, BARBARA | 11535 | 182353801041780 | Asserted | $3,706.73 | | | | | $3,706.73 | (iv) |
| | | | | Surviving | $0.00 | | | | $3,706.73 | $3,706.73 | |
| 54. | North Wales Water Authority | * | 182353801022693 | Asserted | | $854.14 | | | | $854.14 | (i) |
| | | | | Surviving | | $0.00 | | | $854.14 | $854.14 | |
| 55. | Oak Hill Sanitary Board | * | 182353801022710 | Asserted | | $135.54 | | | | $135.54 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 56. | Olive Elect, LLC | 7927, 8206 | 182353801017645 | Asserted | $36,595.78 | $18,948.03 | $55,543.81 | | $13,035.48 | $124,123.10 | (iv)(vii) |
| | | | | Surviving | $0.00 | $0.00 | $55,543.81 | | $13,035.48 | $68,579.29 | |
| 57. | PARADIGM FITNESS EQUIPMENT INC | * | 182353801019727 | Asserted | $15,908.00 | | | | | $15,908.00 | (v) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 58. | Peru Utilities | * | 182353801022757 | Asserted | | $4,083.13 | | | | $4,083.13 | (i) |
| | | | | Surviving | | $0.00 | | | $4,083.13 | $4,083.13 | |
| 60. | Qassis, Ureib | 15874 | 182353801041438 | Asserted | $80,000.00 | | | | $0.00 | $80,000.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $80,000.00 | $80,000.00 | |
| 61. | Rock River Water Reclamation | * | 182353801022821 | Asserted | | $302.49 | | | | $302.49 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 62. | RODAEL DIRECT INC | 14848 | 182353801041687 | Asserted | $10,806.01 | | | | $8,554.74 | $19,360.75 | (iv) |
| | | | | Surviving | $0.00 | | | | $19,360.75 | $19,360.75 | |
| 63. | Russell Sigler, Inc. | 3524 | 182353801040676 | Asserted | $229,564.38 | | | | | $229,564.38 | (vi) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 64. | Southwest Gas Corporation | * | 182353801022879 | Asserted | | Unliquidated | | | | $0.00 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 65. | Spartanburg Water System | * | 182353801022882 | Asserted | | $1,244.05 | | | | $1,244.05 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 66. | STEINEL AMERICA INC | 3015 | 182353801040748 | Asserted | $7,948.79 | | | | $3,364.20 | $11,312.99 | (iv) |
| | | | | Surviving | $1,869.00 | | | | $9,443.99 | $11,312.99 | |
| 68. | UNITIL ME Gas Operations | * | 182353801023042 | Asserted | | $20,775.68 | | | | $20,775.68 | (vii) |
| | | | | Surviving | | $0.00 | | | | $0.00 | |
| 69. | Universal Hosiery Inc. | 9994 | 182353801040930 | Asserted | $10,836.39 | | | | $215,647.74 | $226,484.13 | (iv) |
| | | | | Surviving | $0.00 | | | | $226,484.13 | $226,484.13 | |
| 70. | Water, Inc. | * | 182353801040999 | Asserted | $23,024.91 | | | | | $23,024.91 | (vi) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 71. | Yeti Construction and Remodeling LLC | * | 182353801043346 | Asserted | $12,025.00 | | | | | $12,025.00 | (iv) |
| | | | | Surviving | $0.00 | | | | $12,025.00 | $12,025.00 | |

* Amount asserted to be disallowed subject to the Bar Date Order (as defined in the Objection)

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Corresponding reasons, as addressed in paragraph 9 of the Objection, are as follows:
    (i) Supporting documentation indicates that the invoices are non-Administrative Expense Claims;
    (ii) The Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
    (iii) The Debtors' books and records show a shortage or volume discrepancy for the invoices provided;
    (iv) The Debtors' books and records show that invoices for claims for 503(b)(9) priority pertain to services not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
    (v) The invoices provided by the Claimants are not supported by the Debtors' books and records;
    (vi) Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course
    (vii) Supporting documentation was not provided for all or a portion of the Disputed Claim; and
    (viii) The Disputed Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) (the "Bar Date Order")