MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
In re:                                                 : Chapter 11
                                                       :
SEARS HOLDINGS CORPORATION, *et al.*,                  : Case No. 18-23538 (RDD)
                                                       :
                                                       : (Jointly Administered)
                     Debtors.[1]                       :
------------------------------------------------------ x

**SECOND MONTHLY FEE STATEMENT OF MORITT HOCK &
HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF APRIL 1, 2020 THROUGH APRIL 30, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2020 through April 30, 2020 |
| Monthly Fees Incurred: | $68,758.00 |
| 20% Holdback: | $13,751.60 |
| Total Compensation Less 20% Holdback: | $55,006.40 |
| Monthly Expenses Incurred: | $617.77 |
| Total Fees and Expenses Requested: | $55,624.17 |

This is a X monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "First Monthly Fee Statement") covering the period April 1, 2020 through April 30, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769]. By the Second Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $55,006.40 (80% of $68,758.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $617.77 incurred by Moritt Hock during the Compensation Period.

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this First Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman

Estates, Illinois 60179, Attention: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrent A. Fail (email: garrent.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, Attention: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

Objections to this Second Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 17, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
      June 2, 2020

**MORITT HOCK & HAMROFF LLP**

By:    /s/ James P. Chou
        James P. Chou
        Ted A. Berkowitz
        Danielle J. Marlow
        1407 Broadway
        Suite 3900
        New York, New York 10018
        Telephone: (212) 239-2000
        Facsimile: (212) 239-7277
        jchou@moritthock.com
        tberkowitz@moritthock.com
        dmarlow@moritthock.com

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## EXHIBIT A

## Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 11.20 | 7,560.00 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 28.90 | 17,195.50 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 10.00 | 5,600.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 34.10 | 18,755.00 |
| **Total Partner** | | | | **84.20** | **49,110.50** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 33.30 | 13,153.50 |
| **Total Associates** | | | | **33.30** | **13,153.50** |
| **PARALEGAL** | | | | | |
| Daniel Almont | Litigation | N/A | $250 | .3 | 75.00 |
| Victoria Jankowski | Litigation | N/A | $245 | 8.4 | 2,058.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 17.8 | 4,361.00 |
| **Total Paralegal** | | | | **26.50** | **6,494.00** |
| **Total Hours/ Fees Requested** | | | | **144.00** | **68,758.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | **84.20** | **49,110.50** |
| Associates | 395.00 | **33.30** | **13,153.50** |
| Paralegals/ Non-Legal Staff | 246.66 | **26.50** | **6,494.00** |
| Blended Timekeeper Rate | 412.22 | | |
| **Total Fees Incurred** | | | **68,758.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 5.00 | 2,498.50 |
| B120 | Asset Analysis and Recovery | 87.20 | 41,335.00 |
| B160 | Fee/ Employment Applications | 51.80 | 24,924.50 |
|  | **Total:** | **144.00** | **68,758.00** |

## **EXHIBIT C**

**Itemized Fees**



**MORITT HOCK & HAMROFF LLP**
**INVOICE - April 1, 2020 - April 30, 2020**

| Date | Prof | Narrative | Task Code | Hours |
|---|---|---|---|---|
| 4/1/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.5 |
| 4/1/2020 | DJM | Review and Analysis of D.E. Shaw response and production (0.4); review of Goldman Sachs objections and drafting and sending of e-mail in response (0.6); updating of chart (0.1). | B120 | 1.1 |
| 4/2/2020 | DJM | Review and analysis of productions by CSS and D.E. Shaw (0.4); e-mail to D. Chapman and M. Young regarding same (0.2). | B120 | 0.6 |
| 4/2/2020 | ADC | Draft/revise Application papers and circulated to Akin. | B160 | 1.7 |
| 4/2/2020 | JPC | Review additional productions. | B120 | 0.3 |
| 4/2/2020 | TAD | Follow up re: status of retention papers, proposed order and fee statement. | B160 | 0.2 |
| 4/6/2020 | ADC | Review and Analysis of case law cited by Norges in objection to subpoena. | B120 | 0.8 |
| 4/6/2020 | DJM | Follow up e-mails with numerous banks (Nomura, UBS, Comerica, BlackRock, Blackstone, Merrill Lynch, Citibank, Barclays, Societe Generale) regarding responses to subpoena (1.5), follow up with S. Thomas regarding service, non-responsive banks (0.5), review of draft letter to Norges Bank (0.3). | B120 | 2.3 |
| 4/6/2020 | JPC | Revising letter to Norges Bank re: objection to Subpoena (2.5); e mail to D. Marlow re: same requesting comment on specific issues (0.2). | B120 | 2.7 |
| 4/6/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 4/6/2020 | SMT | Emailed D. Marlow regarding status of select entities and service of same. | B120 | 0.2 |
| 4/7/2020 | DJM | Review of Morgan Stanley objections to subpoena and sending of response to same (0.5); follow up with Highland Capital regarding subpoena, lack of response (0.5); follow up with Bank of Nova Scotia regarding subpoena, lack of response (0.5); review of message from Wells Fargo and follow up (0.3). | B120 | 1.8 |
| 4/7/2020 | ADC | Worked with J. Chou to revise Norges subpoena letter. | B120 | 0.6 |
| 4/7/2020 | JPC | Further revising letter to Norges Bank (4.8) Review and analyze case law re: jurisdictional analysis in connection with letter in response to Norges Bank's objection so subpoena (1.5); Emails with A. Corey re: jurisdictional analysis for letter to Norges Bank (0.5); Prepare cover email to counsel for Norges Bank and circulate (0.5). | B120 | 7.3 |
| 4/7/2020 | TAB | Review and revise Bank Norges letter regarding response to Objection to Subpoena. | B120 | 0.5 |
| 4/7/2020 | SMT | Emailed and attached Highland Capital and The Bank of Nova Scotia for attorney review (0.2); emailed and attached Wells Fargo subpoena after attorney communication with same (0.2). | B120 | 0.4 |
| 4/7/2020 | SMT | Draft/revise subpoena to Highland Capital (0.2); draft/revised subpoena to The Bank of Nova Scotia (0.2). | B120 | 0.4 |
| 4/8/2020 | SMT | Responded to emails regarding affidavits of service of select entities (0.3); emailed and attached copies of Jefferies LLC and Wolverine Asset Management LLC affidavits of service to D. Marlow (0.3). | B120 | 0.6 |
| 4/8/2020 | SMT | Draft/revise subpoena to Highland Capital Management for service. | B120 | 0.5 |
| 4/8/2020 | SMT | Emailed Executive Attorney Service regarding service on Highland Capital (0.3); emailed same attaching new Highland Capital Management subpoena for service (0.2). | B120 | 0.5 |
| 4/8/2020 | DJM | Research regarding agent for service of Highland Capital, coordinate with S. Thomas regarding service of new subpoena (0.7), follow up with Jefferies regarding subpoena, research of relevant persons to contact (0.5), follow up with Wolverine regarding subpoena (0.2); research of relevant persons to contact (0.6). | B120 | 2.0 |

| Date | Tkpr | Description | Task | Hours |
|---|---|---|---|---|
| 4/8/2020 | ADC | Finalized MHH application papers to be filed on April 9, 2020. | B160 | 0.7 |
| 4/8/2020 | SMT | Added objections and affidavits of service to subpoena file. | B120 | 0.3 |
| 4/9/2020 | ADC | Coordinated with MHH team to get papers filed on Pacer; circulated filing to Akin; worked with Prime Clerk to get papers served. | B160 | 1.1 |
| 4/9/2020 | TAB | Final Review of retention documents. | B160 | 0.8 |
| 4/9/2020 | DJM | Meet and confer with Goldman Sachs (0.5); meet and confer with Jefferies (0.5); follow up e-mails with Jefferies (0.6); e-mails with AQR Capital (0.2); updating of chart (0.2). | B120 | 2.0 |
| 4/9/2020 | VJ | Emails with ADC and JPC and TAB regarding finalizing papers and filing of papers. | B160 | 1.1 |
| 4/9/2020 | VJ | E-file Application to Appoint MHH as Special Counsel. | B160 | 0.8 |
| 4/9/2020 | SMT | Emailed Executive Attorney Service regarding service upon Teachers Insurance and Annuity Association of America and instructing not to serve if not already attempted. | B120 | 0.2 |
| 4/9/2020 | JPC | Emailing V. Jankowski, A. Corey and T. Berkowitz re: retention app filing issues (0.5); reviewing ECF filing requirements (0.5). | B160 | 1.0 |
| 4/9/2020 | TAD | Correspond with V. Jankowski re: SDNY bankruptcy electronic filing rules (0.2); review local rule and procedural guidelines re: same (0.3); correspond with Zach Lanier re: service of fee application (0.1). | B160 | 0.6 |
| 4/9/2020 | SMT | Added affidavits of service to subpoena file. | B120 | 0.3 |
| 4/9/2020 | TAB | Work on issue related to execution of documents under the local rules. | B160 | 0.3 |
| 4/10/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.4 |
| 4/10/2020 | SMT | Emailed Executive Attorney Service regarding status of remaining subpoenas. | B120 | 0.2 |
| 4/13/2020 | DJM | Download, review and analysis of Citibank production (1.0); coordination with S. Thomas regarding same (0.5). | B120 | 1.5 |
| 4/13/2020 | SMT | Add documents responsive to subpoena to file. | B120 | 0.3 |
| 4/14/2020 | SMT | Updates to subpoena service tracking chart; draft and revised additional subpoenas to Credit Suisse, Deutsche Bank, and Legal & General Investment. | B120 | 1.6 |
| 4/14/2020 | SMT | Added objections, affidavits of service, and documents responsive to subpoena to file. | B120 | 0.3 |
| 4/14/2020 | SMT | Emailed Executive Attorney Service and attached additional subpoenas for service. | B120 | 0.2 |
| 4/14/2020 | ADC | Discussed billing application procedure and reviewed sample application (0.7); worked with process server to get certificate of service (0.2); scheduled MHH application dates (0.1). | B160 | 1.0 |
| 4/14/2020 | DJM | Follow up with Equitable regarding lack of response to subpoena, research regarding relevant contact to e-mail (0.5); follow up with TIAA regarding lack of response to subpoena; research regarding contact to e-mail (0.5); research regarding potential US service of Deutsche Bank, Credit Suisse, Bank of Canada, other foreign entities; coordination with S. Thomas regarding same (1.2); follow up with Mizuho, BNY Mellon (0.2), updating of chart (0.3) | B120 | 2.7 |
| 4/14/2020 | VJ | Telephone conversation with TAD and ADC regarding MHH fee application. | B160 | 0.5 |
| 4/14/2020 | VJ | Draft MHH fee application form. | B160 | 1.3 |
| 4/14/2020 | VJ | Telephone conversation with TAD regarding fee application and billing. | B160 | 0.4 |
| 4/14/2020 | TAD | Review bankruptcy billing issues with Alex Corey and V. Jankowski (0.3); review draft fee statement template and correspond with V. Jankowski re: same (0.3); review and edit time records to comply with court and UST fee guidelines (0.9). | B160 | 1.5 |
| 4/15/2020 | SMT | Added affidavits of service and documents responsive to subpoena to file. | B120 | 0.9 |
| 4/15/2020 | DJM | Review and analysis of documents produced by Nomura (0.5); call with counsel for TIAA (0.4); e-mails with counsel for Equitable (0.2); coordination with S. Thomas regarding service of additional subpoenas (0.2). | B120 | 1.3 |
| 4/15/2020 | VJ | Review Affidavit of Service and e-file with Court. | B160 | 0.3 |
| 4/15/2020 | SMT | Revised additional subpoenas to Credit Suisse. | B120 | 0.3 |
| 4/15/2020 | SMT | Emailed Executive Attorney Service revised Credit Suisse subpoenas for service. | B120 | 0.2 |
| 4/16/2020 | DJM | Call with counsel for AXA Equitable (0.4), drafting and sending of follow up e-mail regarding receipt of Lands End shares (0.5), e-mail to Akin Gump regarding issues raised by AXA Equitable, review of relevant SEC rules (0.6). | B120 | 1.5 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 4/16/2020 | ADC | Drafted MHH First Fee Application. | B160 | 3.0 |
| 4/16/2020 | SMT | Added affidavits of service to subpoena file. | B120 | 0.2 |
| 4/16/2020 | VJ | Register JPC and TAB for hearing in Sears bankruptcy. | B160 | 0.3 |
| 4/16/2020 | SMT | Emailed Executive Attorney Service regarding outstanding affidavits of service and service of Credit Suisse (0.3); emailed same attaching revised Credit Suisse subpoenas (0.1). | B120 | 0.4 |
| 4/16/2020 | SMT | Revised Credit Suisse subpoenas. | B120 | 0.2 |
| 4/17/2020 | SMT | Added documents responsive to subpoena to file and objections to same. | B120 | 0.4 |
| 4/17/2020 | DJM | Review and analysis of objections by Jefferies (0.4); review and analysis of production by Geode Capital (0.4); call with counsel for Invesco (0.3); updating of chart/coordination with S. Thomas (0.3); review of e-mail from FTI regarding Equitable (0.2) | B120 | 1.6 |
| 4/17/2020 | TAD | Review comments to pre-bill and discuss with M. Cimmino (0.6); review SDNY and UST fee guidelines re: same (0.5); correspond with James Chou (0.1). | B160 | 1.2 |
| 4/19/2020 | JPC | Attention to docket re: responses to retention app (0.1); Email w/ Akin re: same (0.1). | B160 | 0.2 |
| 4/20/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |
| 4/20/2020 | ADC | Draft/revise non-objection order request (0.4); corresponded with Akin (0.2); reviewed Norges response to letter (0.4). | B120 | 1.0 |
| 4/20/2020 | DJM | Follow up with UBS. Morgan Stanley, Merrill Lynch, BlackRock, Comerica regarding subpoenas (0.6); Review of production by InvestCorp (0.4); research regarding service of Wells Fargo, coordination with S. Thomas regarding same (0.7) | B120 | 1.7 |
| 4/20/2020 | DJM | Review of retention application in preparation for team call. | B160 | 0.5 |
| 4/20/2020 | VJ | Check docket for opposition and email ADC. | B160 | 0.2 |
| 4/20/2020 | TAD | Review and revise certificate of no objection (0.2); review amended case management order and Local Bankruptcy Rule 9075-2 (0.4); correspond with team re: same (0.2). | B160 | 0.8 |
| 4/20/2020 | JPC | Review and analyze email response from Norges Bank re: subpoena; emails w/ A. Corey re: same. | B120 | 0.5 |
| 4/21/2020 | ADC | Draft/revise certificate of no objection and proposed order (1.5); call with Akin (0.2); call with J. Chou to discuss Norges recent objection (0.5); researched Norway's FSIA service objection (3.0). | B120 | 5.2 |
| 4/21/2020 | SMT | Draft/revise subpoena to Wells Fargo Securities LLC for service. | B120 | 0.4 |
| 4/21/2020 | SMT | Emailed Executive Attorney Service attaching subpoena and exhibit A for service. | B120 | 0.2 |
| 4/21/2020 | SMT | Emails with D. Marlow regarding voicemail from Wells Fargo and new subpoena service to same. | B120 | 0.4 |
| 4/21/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 4/21/2020 | SMT | Reviewed telephone message from Wells Fargo Summons and Subpoena Department regarding service of entity. | B120 | 0.1 |
| 4/21/2020 | TAB | Review and analyze Bank Norges response regarding jurisdiction. | B120 | 0.3 |
| 4/21/2020 | SMT | Emailed Executive Attorney Service regarding service on Wells Fargo and attaching new subpoena. | B120 | 0.3 |
| 4/21/2020 | DJM | Review and Analysis of Blackstone production (0.5); coordination with S. Thomas regarding service of Wells Fargo (0.2); e-mails with BNY Mellon regarding subpoena (0.2); team call regarding retention application (0.3); e-mails with Morgan Stanley regarding subpoena (0.1); e-mails with Barclays regarding subpoena (0.1); e-mails with Comerica regarding subpoena (0.1). | B120 | 1.5 |
| 4/21/2020 | JPC | Review Certificate of No Objection and comment on same (0.2); email w/ A. Corey re: revisions to Certificate of No Objection (0.1). | B160 | 0.3 |
| 4/21/2020 | JPC | Participate in call with Akin team re: hearing on retention app. (0.2); t/c w/ T. Berkowitz re: hearing before Judge Drain on 4/23 re: retention app. (0.3). | B160 | 0.5 |
| 4/21/2020 | VJ | E-file Certificate of No Objection and send filed copy to TAD. | B160 | 0.4 |
| 4/21/2020 | VJ | Email copies of proposed order, certificate no objection, Application and Affidavit of Service to Judge Drain. | B160 | 0.4 |
| 4/21/2020 | JPC | Confer with A. Corey re: latest correspondence from Norges Bank and additional follow-up. | B160 | 0.5 |
| 4/21/2020 | TAD | Call with Donna Federlein to review billing codes and tailor same for matter (0.6); correspond with Sears Team re: billing procedures (0.4). | B120 | 1.0 |

| Date | Tkpr | Description | Task | Hours |
|---|---|---|---|---|
| 4/21/2020 | TAD | Review and finalize CNO (0.3); review proposed retention order, revise for submission (0.3); review and discuss same with A. Corey (0.1); finalize for submission and correspond with V. Jankowski re: same (0.4). | B160 | 1.1 |
| 4/21/2020 | TAB | Prepare for conference call with Akin in preparation for Court Hearing on Thursday including review of retention application and hearing procedures. | B160 | 0.3 |
| 4/21/2020 | TAB | Participate on Conference call with Akin to discuss presentation at hearing and to anticipate Judge Drain's potential queries. | B160 | 0.2 |
| 4/21/2020 | TAB | Participate on call with James Chou to discuss presentation and process for hearing. | B160 | 0.2 |
| 4/21/2020 | TAB | Review and approve Certificate of No-Objection for filing. | B160 | 0.2 |
| 4/22/2020 | DJM | Call with Morgan Stanley (0.3); e-mail to Morgan Stanley providing requested information (0.3); follow up with Goldman Sachs (0.1); research regarding potential service of Deutsche Bank (0.1); updating of chart (0.1). | B120 | 0.9 |
| 4/22/2020 | ADC | Research & Analysis of Norges Bank FSIA subpoena service arguments (5.6); contacted vendors about service (0.4); drafted research memo (3.2); drafted talking points for oral argument on MHH application (1.2); call with J. Chou to discuss research (0.6). | B160 | 11.0 |
| 4/22/2020 | TAB | Prepare for hearing on application to retain MHH including review of all related documents and plan provisions and review of docket. | B160 | 2.2 |
| 4/22/2020 | SMT | Emailed Executive Attorney Service regarding service on Deutsche Bank Private Banking and Investment Banking Investment. | B120 | 0.2 |
| 4/22/2020 | SMT | Draft/revise subpoena to Deutsche Bank Private Banking and Investment Banking Investment. | B120 | 0.4 |
| 4/22/2020 | TAD | Correspond re: hearing on retention application. | B160 | 0.2 |
| 4/22/2020 | JPC | T/c w/ A. Corey re: research findings and analysis of Norges Bank's arguments concerning service on foreign state. | B120 | 0.3 |
| 4/22/2020 | JPC | Review, analyze and consider research findings in A. Corey memo re: arguments raised by Norges Bank. | B120 | 0.5 |
| 4/22/2020 | JPC | Review talking points from A. Corey for hearing on retention app. | B160 | 0.2 |
| 4/22/2020 | JPC | Plan and prepare for team meeting on Thurs. 4/23. | B110 | 0.2 |
| 4/23/2020 | SMT | Emailed Executive Attorney Service regarding re-service of Deutsche Bank Private Banking and Investment Banking Investment and attaching updated subpoena for service. | B120 | 0.3 |
| 4/23/2020 | SMT | Reviewed emails from Executive Attorney Service regarding previous service to Deutsche Bank Private Banking and Investment Banking Investment and re-service of same. | B120 | 0.4 |
| 4/23/2020 | SMT | Added affidavit of service to subpoena to file. | B120 | 0.3 |
| 4/23/2020 | ADC | Telephone conversation with Sears team to discuss. | B110 | 0.5 |
| 4/23/2020 | DJM | Follow up with Goldman Sachs regarding subpoena (0.1); follow up regarding service of Deutsche Bank (0.1); e-mails with counsel to Jefferies (0.1); updating of chart and circulating to counsel (0.2) | B120 | 0.5 |
| 4/23/2020 | DJM | Weekly team call. | B110 | 0.5 |
| 4/23/2020 | TAB | Prepare for hearing by reviewing all previously filed applications and supporting documents. | B160 | 1.2 |
| 4/23/2020 | TAB | Review and revise 'Talking Points' for hearing prep. | B160 | 0.5 |
| 4/23/2020 | TAB | Participate on hearing regarding retention | B160 | 4.0 |
| 4/23/2020 | TAB | Prepare for and participate on Team weekly call to update. | B110 | 0.5 |
| 4/23/2020 | VJ | Telephone conversation with Courtroom Clerk regarding Sears Conference. | B160 | 0.2 |
| 4/23/2020 | VJ | Video meeting with Team. | B110 | 0.5 |
| 4/23/2020 | JPC | Appear and attend omnibus hearing. | B160 | 4.0 |
| 4/23/2020 | JPC | Attend and lead team meeting re: status and tasks w/ T. Berkowitz, D. Marlow, T. Driscoll, A. Corey an V. Jankowski. | B110 | 0.5 |
| 4/23/2020 | TAD | Prepare for and attend status call with Sears team. | B110 | 0.5 |
| 4/23/2020 | SMT | Emailed D. Marlow regarding service upon Legal & General Investment Management Limited. | B120 | 0.2 |
| 4/23/2020 | DJM | Review of timekeeping procedures and updating of time entries to conform to required procedures. | B160 | 0.5 |

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 4/24/2020 | DJM | Review and analysis regarding potential claims (1.8); review of production by Sculptor (0.5); call with D. Chapman and M. Young of Akin Gump and J. Chou regarding status; next steps (0.4); research regarding potential service of HSBC, e-mail with S. Thomas regarding same (0.3); follow up with TIAA (0.1); updating of status chart (0.1). | B120 | 3.2 |
| 4/24/2020 | SMT | Draft/revise subpoena to HSBC Global Asset Management UK Ltd. for service. | B120 | 0.4 |
| 4/24/2020 | JPC | T/c w/ D. Marlow in preparation for call with main counsel. | B120 | 0.2 |
| 4/24/2020 | JPC | Conference call w/ Akin team re: status of subpoenas, productions, and next steps. | B120 | 0.3 |
| 4/24/2020 | TAD | Review billing reports and schedules for first combined monthly fee statement (0.8); review Akin email re: same (0.2). | B160 | 1.0 |
| 4/24/2020 | TAD | Correspond with Michelle Cimmino and V Jankowski re: time sheets and fee statement. | B160 | 0.5 |
| 4/24/2020 | VJ | Revise monthly fee statement and add time entries and disbursements and forward to TAD. | B160 | 1.5 |
| 4/27/2020 | SMT | Added affidavit of service to subpoena to file. | B120 | 0.3 |
| 4/27/2020 | SMT | Emailed Executive Attorney Service attaching subpoena and exhibit A for service. | B120 | 0.2 |
| 4/27/2020 | DJM | Call with counsel to Barclays (0.4); call with counsel to Jefferies, follow up e-mail (0.5); follow up with UBS (0.1); follow up with Wolverine (0.1); updating of chart (0.1). | B120 | 1.2 |
| 4/27/2020 | SMT | Separated PDF file of affidavits of service from Executive Attorney Service (0.3); filed same in case file (0.2). | B120 | 0.5 |
| 4/27/2020 | ADC | Research & Analysis of Norges latest objection to subpoena (2.5); drafted email to J. Chou regarding findings (0.8). | B120 | 3.3 |
| 4/27/2020 | JPC | Review and analyze A. Corey's additional research findings re: FSIA immunity and subpoenas. | B120 | 0.6 |
| 4/27/2020 | JPC | Review and analyze case law re: FSIA and service from A. Corey. | B120 | 0.9 |
| 4/27/2020 | JPC | Emails w/ A. Corey re: analysis. | B120 | 0.1 |
| 4/28/2020 | ADC | Research & Analysis of case law to rebut Norges latest subpoena objection (2.0); drafted email to J. Chou discussing findings (1.1). | B120 | 3.1 |
| 4/28/2020 | SMT | Separated PDF file of affidavits of service from Executive Attorney Service (1.0); filed same in case file (0.2); added responsive production document to the file (0.9). | B120 | 2.1 |
| 4/28/2020 | DJM | Review and analysis of production by Sculptor, coordination of saving same to the system (0.8); e-mailing with Akin Gump and counsel for Equitable regarding subpoena (0.4); coordination with Akin Gump regarding productions by subpoena parties (0.8); coordination with S. Thomas regarding service issues (0.2); updating of chart (0.1). | B120 | 2.3 |
| 4/28/2020 | VJ | Telephone conversation with TAD regarding status of Retention Order and Fee Application. | B160 | 0.2 |
| 4/28/2020 | JPC | Further analysis of case law (1.2); perform follow-up analysis of service issues (1.1); emails w/ A. Corey re: same (0.6); review productions from subpoenaed parties (0.6). | B120 | 3.5 |
| 4/28/2020 | DCA | Assist in converting .csv file for production. | B120 | 0.3 |
| 4/29/2020 | DJM | Follow up with Societe Generale, e-mails with same (0.2); follow up with Comerica (0.1); follow up with Merrill Lynch (0.1); review of response and production by TIAA (0.5); updating of chart (0.1); e-mails with Akin Gump regarding analysis of information produced by subpoena respondents (0.3); time entry (0.2). | B120 | 1.5 |
| 4/29/2020 | SMT | Added responsive production document to the file. | B120 | 0.3 |
| 4/29/2020 | JPC | Attention to production. | B120 | 0.5 |
| 4/29/2020 | JPC | Further analysis of foreign state service and possible exceptions. | B120 | 1.0 |
| 4/30/2020 | DJM | Review of template for shareholder data from Akin Gump (0.4); e-mails regarding same (0.5). | B120 | 0.9 |
| 4/30/2020 | ADC | Telephone conversation with Sears team to discuss latest case developments. | B110 | 0.3 |
| 4/30/2020 | JPC | Weekly team meeting. | B110 | 0.3 |
| 4/30/2020 | JPC | Review and respond to email from D. Marlow re: maintaining information produced by subpoenaed parties. | B120 | 0.1 |
| 4/30/2020 | JPC | Further review case law. | B120 | 1.0 |
| 4/30/2020 | JPC | Further review of information relevant to Norges Bank. | B120 | 1.0 |
| 4/30/2020 | JPC | Review additional production materials. | B120 | 0.4 |
| 4/30/2020 | VJ | Webex with team for update on status of matter. | B110 | 0.3 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 4/30/2020 | SMT | Added responsive production document to the file. | B120 | 0.3 |
| 4/30/2020 | TAD | Status call with J. Chou, D. Marlow and T. Berkowitz. | B110 | 0.4 |
| 4/30/2020 | TAD | Draft/revise monthly fee statement. | B160 | 1.0 |
| 4/30/2020 | DJM | Weekly team meeting and preparation for same. | B110 | 0.5 |
| | | | **TOTAL:** | **144.0** |

# **EXHIBIT D**

### **Disbursement Summary**

| **Disbursement Activity** | **Amount** |
|---|---:|
| Duplication – In House | $21.80 |
| Working Meals | $19.49 |
| Local Transportation | $41.31 |
| Postage/ Overnight Mail Charges | $20.17 |
| Outside Vendor – Process Server | $515.00 |
| **Total:** | **$617.77** |

# EXHIBIT E

## Itemized Disbursements

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 4/3/20 | JPC, Working Meal, 3/11/2020 | $19.49 |
| 4/9/20 | Executive Attorney Service Inc., Inv # 55105, Notary Fee and Service of Subpoena to Produce Documents etc upon Wells Fargo & CO Private Banking at Sacramento, CA on 4/2/2020 | $165.00 |
| 4/13/20 | Federal Express Corp., Inv # 6-984-18999, dated 4/13/20, delivered: 4/10/20. Sender: JPC / Recipient: Ms. Beata Gocyk-Farber, Esq., NY, NY | $20.17 |
| 4/16/20 | Executive Attorney Service Inc., Inv # 55147, Service of Subpoena to Produce Documents etc upon Highland Capital Management LP at Dallas, TX on 4/15/2020 | $150.00 |
| 4/27/20 | Copies | $21.80 |
| 4/28/20 | Executive Attorney Service Inc., Inv # 55214, Service of Subpoena to Produce Documents etc upon Wells Fargo Securities LLC at Albany, NY on 4/24/2020 (multiple attempts) | $200.00 |
| 4/30/20 | Uber JPC, 3/5; 3/17/20 | $41.31 |
| | **Total** | **$617.77** |

2259116v2