**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.* | Chapter 11 |
| Debtors | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rafael H. Ramírez Polanco to be admitted *pro hac vice* to represent the Puerto Rico Electric Power Authority (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Puerto Rico and the bar of the United States District Court for the District of Puerto Rico, it is hereby,

**ORDERED**, that Rafael H. Ramírez Polanco, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 3, 2020
      White Plains, New York

                                      /s/ Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE