Deloitte Tax LLP
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: 212.436.7815
Facsimile: 212.653.5449
Elias Tzavelis

*Tax Services Provider*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TWELFTH COMBINED MONTHLY FEE STATEMENT OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS TAX SERVICES PROVIDER TO THE DEBTORS
FOR THE PERIOD
FROM NOVEMBER 1, 2019 THROUGH MARCH 31, 2020**

| | |
|---|---|
| Name of Applicant: | Deloitte Tax LLP |
| Authorized to Provide Services as: | Tax Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 17, 2019 |
| Period for which Compensation and Reimbursement is Sought: | November 1, 2019 through March 31, 2020 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears de Puerto Rico, Inc. (3626)); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit , LLC (f/k/a Sears Brands Business Unit Corporation (4658)); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $53,343.50 |
| Amount of Expense Reimbursement Sought: | $    0.00 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$53,343.50** |

## PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/07/19 Dkt. 2771 | 10/15/2018 – 11/30/2018 | $1,001,528.00 | $28,458.18 | $1,001,528.00 | $28,436.80 |
| 04/15/19 Dkt. 3212 | 12/01/2018 – 12/31/2018 | $724,338.50 | $10,156.37 | $724,338.50 | $10,156.37 |
| 04/15/19 Dkt. 3218 | 01/01/2019 – 01/31/2019 | $975,867.00 | $27,305.81 | $975,867.00 | $27,305.81 |
| 04/15/19 Dkt. 3219 | 02/01/2019 – 02/28/2019 | $565,589.75 | $4,349.96 | $561,773.50 | $4,349.96 |
| 06/13/19 Dkt. 4228 | 03/01/2019 – 03/31/2019 | $564,154.00 | $9,051.99 | $564,154.00 | $9,051.99 |
| 06/28/19 Dkt. 4386 | 04/01/2019 – 04/30/2019 | $542,700.75 | $5,068.85 | $542,700.75 | $5,068.85 |
| 08/12/19 Dkt. 4816 | 05/01/2019 – 05/31/2019 | $216,380.75 | $2,437.90 | $216,380.75 | $2,437.90 |
| 08/12/19 Dkt. 4819 | 06/01/2019 – 06/30/2019 | $62,490.50 | $82.17 | $62,490.50 | $82.17 |
| 11/21/19 Dkt. 6070 | 07/01/2019 – 08/31/2019 | $125,251.00 | $0.00 | $125,251.00 | $0.00 |
| 11/21/19 Dkt. 6071 | 09/01/2019 – 09/30/2019 | $8,891.00 | $0.00 | $8,891.00 | $0.00 |
| 12/04/19 Dkt. 6134 | 10/01/2019 – 10/31/2019 | $10,333.00 | $0.00 | $10,333.00 | $0.00 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from November 1, 2019 through March 31, 2020

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bryan, Michael | Managing Director | $975.00 | 7.2 | $6,971.25 |
| Forrest, Jonathan | Partner/Principal | $975.00 | 3.3 | $3,217.50 |
| Hoffman, David | Partner/Principal | $850.00 | 7.9 | $6,715.00 |
| Sullivan, Brian | Managing Director | $850.00 | 7.5 | $6,375.00 |
| Tzavelis, Elias | Partner/Principal | $850.00 | 1.5 | $1,275.00 |
| Fielding, Stephen | Senior Manager | $725.00 | 8.8 | $6,380.00 |
| Butler, Mike | Manager | $595.00 | 4.9 | $2,915.50 |
| Espinola, Jonathan | Manager | $595.00 | 2.6 | $1,517.25 |
| Yang, Annie | Manager | $595.00 | 1.1 | $654.50 |
| Abrom, Carisa | Senior Consultant | $325.00 | 7.7 | $2,502.50 |
| Allegretti, Joe | Senior Consultant | $325.00 | 17.4 | $5,655.00 |
| Chatten, Colin | Consultant | $325.00 | 23.7 | $7,702.50 |
| Gutierrez, Dalia | Consultant | $325.00 | 0.5 | $162.50 |
| Hybl, Claire | Senior Consultant | $325.00 | 4.0 | $1,300.00 |
| **Professional Subtotal :** | | | **98.0** | **$53,343.50** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from November 1, 2019 through March 31, 2020

| Categories | Hours | Fees |
|---|---:|---:|
| Engagement Procedures | 26.7 | $15,984.00 |
| Preparation of Fee Applications | 24.0 | $7,800.00 |
| State Tax Audit Services | 14.8 | $12,238.25 |
| Tax Restructuring Services | 32.6 | $17,321.25 |
| **Fee's Category Subtotal :** | **98.0** | **$53,343.50** |

# Sears Holdings Corporation

# Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Engagement Procedures* | | | | | |
| 12/09/2019 | | | | | |
| | Allegretti, Joe | Discuss request for tax analysis with D. Hoffman, R. Young, C. Chatten, and B. Sullivan of Deloitte Tax. | $325.00 | 0.6 | $195.00 |
| | Chatten, Colin | Discuss request for tax analysis with D. Hoffman, R. Young, J. Allegretti, and B. Sullivan of Deloitte Tax. | $325.00 | 0.6 | $195.00 |
| | Hoffman, David | Discuss request for tax analysis with C. Chatten, R. Young, J. Allegretti, and B. Sullivan of Deloitte Tax. | $850.00 | 0.6 | $510.00 |
| | Sullivan, Brian | Discuss request for tax analysis with C. Chatten, J. Allegretti, R. Young, and D. Hoffman of Deloitte Tax. | $850.00 | 0.6 | $510.00 |
| 12/18/2019 | | | | | |
| | Allegretti, Joe | Discuss engagement procedures with E. Tzavelis, S. Fielding, C. Chatten, D. Hoffman, and J. Forrest. | $325.00 | 0.6 | $195.00 |
| | Chatten, Colin | Discuss engagement procedures with E. Tzavelis, S. Fielding, J. Allegretti, D. Hoffman, and J. Forrest. | $325.00 | 0.6 | $195.00 |
| | Fielding, Stephen | Discuss engagement procedures with E. Tzavelis, C. Chatten, J. Allegretti, D. Hoffman, and J. Forrest. | $725.00 | 0.6 | $435.00 |
| | Forrest, Jonathan | Discuss engagement procedures with E. Tzavelis, S. Fielding, J. Allegretti, D. Hoffman, and C. Chatten. | $975.00 | 0.6 | $585.00 |
| | Hoffman, David | Discuss engagement procedures with E. Tzavelis, S. Fielding, J. Allegretti, C. Chatten, and J. Forrest. | $850.00 | 0.6 | $510.00 |
| 01/03/2020 | | | | | |
| | Allegretti, Joe | Draft scope and fees to communicate with Weil for incremental tax work related to tax years ended February 2, 2019 and February 1, 2020. | $325.00 | 1.3 | $422.50 |
| 01/06/2020 | | | | | |
| | Allegretti, Joe | Discuss scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler and C. Chatten of Deloitte Tax. | $325.00 | 0.7 | $227.50 |

1

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Engagement Procedures* | | | | |
| 01/06/2020 | | | | |
| Allegretti, Joe | Call with S. Fielding, M. Butler and C. Chatten (all Deloitte) to discuss the preliminary tax scope. | $325.00 | 0.3 | $97.50 |
| Allegretti, Joe | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, C. Chatten, and R. Young of Deloitte Tax. | $325.00 | 0.5 | $162.50 |
| Butler, Mike | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, C. Chatten, and R. Young of Deloitte Tax. | $595.00 | 0.5 | $297.50 |
| Butler, Mike | Discuss scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, and C. Chatten of Deloitte Tax. | $595.00 | 0.7 | $416.50 |
| Chatten, Colin | Discuss scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, and J. Allegretti of Deloitte Tax. | $325.00 | 0.7 | $227.50 |
| Chatten, Colin | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, and R. Young of Deloitte Tax. | $325.00 | 0.5 | $162.50 |
| Fielding, Stephen | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, M. Butler, J. Allegretti, C. Chatten, and R. Young of Deloitte Tax. | $725.00 | 0.5 | $362.50 |
| Fielding, Stephen | Discuss scope of services for potential future work with E. Tzavelis, M. Butler, J. Allegretti, and C. Chatten of Deloitte Tax. | $725.00 | 0.7 | $507.50 |
| Hoffman, David | Call with R. Young (Deloitte) regarding new scope. | $850.00 | 0.8 | $680.00 |

2

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Engagement Procedures* | | | | | |
| 01/07/2020 | | | | | |
| | Allegretti, Joe | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, C. Chatten, D. Hoffman, J. Perry, and R. Young of Deloitte Tax. | $325.00 | 1.0 | $325.00 |
| | Butler, Mike | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, C. Chatten, D. Hoffman, J. Perry, and R. Young of Deloitte Tax. | $595.00 | 1.0 | $595.00 |
| | Chatten, Colin | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, D. Hoffman, J. Perry, and R. Young of Deloitte Tax. | $325.00 | 1.0 | $325.00 |
| | Fielding, Stephen | Discuss engagement procedures and scope of services for potential future work with E. Tzavelis, M. Butler, J. Allegretti, C. Chatten, D. Hoffman, J. Perry, and R. Young of Deloitte Tax. | $725.00 | 1.0 | $725.00 |
| | Hoffman, David | Call with R. Young (Deloitte) regarding new scope and related matters. | $850.00 | 1.5 | $1,275.00 |
| 01/08/2020 | | | | | |
| | Allegretti, Joe | Work to compile and draft an estimated budget for potential incremental tax work. | $325.00 | 1.5 | $487.50 |
| 01/13/2020 | | | | | |
| | Allegretti, Joe | Call with J. Marcus, S. Goldring, M. Hoenig, E. Remijan of Weil and E. Tzavelis, S. Fielding, M. Butler, C. Chatten, J. Forrest, D. Hoffman, J. Perry, and R. Young of Deloitte Tax regarding engagement procedures for potential work requested. | $325.00 | 0.8 | $260.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Engagement Procedures* | | | | |
| 01/13/2020 | | | | |
| Chatten, Colin | Call with J. Marcus, S. Goldring, M. Hoenig, E. Remijan of Weil and E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, J. Forrest, D. Hoffman, J. Perry, and R. Young of Deloitte Tax regarding engagement procedures for potential work requested. | $325.00 | 0.8 | $260.00 |
| Fielding, Stephen | Call with J. Marcus, S. Goldring, M. Hoenig, E. Remijan of Weil and E. Tzavelis, M. Butler, J. Allegretti, C. Chatten, J. Forrest, D. Hoffman, J. Perry, and R. Young of Deloitte Tax regarding engagement procedures for potential work requested. | $725.00 | 0.8 | $580.00 |
| Forrest, Jonathan | Call with J. Marcus, S. Goldring, M. Hoenig, E. Remijan of Weil and E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, C. Chatten, D. Hoffman, J. Perry, and R. Young of Deloitte Tax regarding engagement procedures for potential work requested. | $975.00 | 0.8 | $780.00 |
| Hoffman, David | Review engagement procedures for potential work request. | $850.00 | 1.5 | $1,275.00 |
| Hoffman, David | Call with J. Marcus, S. Goldring, M. Hoenig, E. Remijan of Weil and E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, C. Chatten, J. Forrest, D. Hoffman, J. Perry, and R. Young of Deloitte Tax regarding engagement procedures for potential work requested | $850.00 | 0.8 | $680.00 |
| 01/15/2020 | | | | |
| Bryan, Michael | Call with State of New Jersey representative to discuss estimated assessment, process, and next steps. | $975.00 | 1.0 | $975.00 |
| Forrest, Jonathan | Review scope of services and engagement letter. | $975.00 | 0.3 | $292.50 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Engagement Procedures* | | | | |
| 01/16/2020 | | | | |
| Hoffman, David | Review correspondence with Weil regarding engagement terms. | $850.00 | 0.3 | $255.00 |
| Subtotal for Engagement Procedures: | | | 26.7 | $15,984.00 |
| *Preparation of Fee Applications* | | | | |
| 11/14/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 11/19/2019 | | | | |
| Abrom, Carisa | Prepare October monthly fee statement. | $325.00 | 1.6 | $520.00 |
| 11/21/2019 | | | | |
| Abrom, Carisa | Prepare third interim fee application. | $325.00 | 2.0 | $650.00 |
| 11/22/2019 | | | | |
| Chatten, Colin | Prepare time entries into categories pursuant to request from M-III. | $325.00 | 2.3 | $747.50 |
| 11/25/2019 | | | | |
| Abrom, Carisa | Update third interim fee application. | $325.00 | 1.0 | $325.00 |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 12/04/2019 | | | | |
| Gutierrez, Dalia | Revise third interim fee application. | $325.00 | 0.5 | $162.50 |
| 12/05/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 12/09/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |

5

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 12/12/2019 | | | | |
| Abrom, Carisa | Finalize third interim fee application. | $325.00 | 0.3 | $97.50 |
| 12/17/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.8 | $260.00 |
| 12/24/2019 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.5 | $162.50 |
| 01/06/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 01/07/2020 | | | | |
| Abrom, Carisa | Prepare combined November-December monthly fee statement. | $325.00 | 2.8 | $910.00 |
| 01/14/2020 | | | | |
| Chatten, Colin | Prepare summary of fees & expenses pursuant to request from M-III. | $325.00 | 1.2 | $390.00 |
| 01/21/2020 | | | | |
| Chatten, Colin | Prepare summary of fees & expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |
| 01/27/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.9 | $292.50 |
| 02/03/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |
| 02/10/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 02/18/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.0 | $325.00 |
| 03/02/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 1.2 | $390.00 |
| 03/09/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |
| 03/18/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.6 | $195.00 |
| 03/23/2020 | | | | |
| Chatten, Colin | Prepare summary of fees and expenses pursuant to request from M-III. | $325.00 | 0.7 | $227.50 |
| Subtotal for Preparation of Fee Applications: | | | 24.0 | $7,800.00 |
| *State Tax Audit Services* | | | | |
| 11/20/2019 | | | | |
| Sullivan, Brian | Review New Jersey assessment on responsible party. | $850.00 | 0.2 | $170.00 |
| Sullivan, Brian | Draft email to S. Goldring (Weil) and M. Bryan (Deloitte) regarding New Jersey assessment on responsible party. | $850.00 | 0.2 | $170.00 |
| 11/21/2019 | | | | |
| Bryan, Michael | Call with B. Sullivan (Deloitte) to discuss New Jersey assessment on responsible party for sales/use tax audit. | $975.00 | 0.2 | $195.00 |

7

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 11/21/2019 | | | | |
| Sullivan, Brian | Call with M. Bryan (Deloitte) to discuss New Jersey assessment on responsible party for sales/use tax audit. | $850.00 | 0.2 | $170.00 |
| 11/22/2019 | | | | |
| Hybl, Claire | Create summary of change exemptions for Sears. | $325.00 | 1.5 | $487.50 |
| Sullivan, Brian | Call with S. Goldring (Weil) to discuss New Jersey sales tax audit assessments and bankruptcy claims. | $850.00 | 0.4 | $340.00 |
| 11/25/2019 | | | | |
| Bryan, Michael | Call with J. Pollak (Sears) and B. Sullivan (Deloitte) to discuss penalty and interest abatement request for New Jersey sales tax audit settlement. | $975.00 | 0.4 | $390.00 |
| Sullivan, Brian | Call with J. Pollak (Sears) and M. Bryan (Deloitte) to discuss penalty and interest abatement request for New Jersey sales tax audit settlement. | $850.00 | 0.4 | $340.00 |
| 11/26/2019 | | | | |
| Bryan, Michael | Call with K. Lejkowski (Sears) to discuss New Jersey information request in context of New Jersey corporation business tax audit for SearsRe. | $975.00 | 0.8 | $780.00 |
| 12/04/2019 | | | | |
| Bryan, Michael | Discussion with K. Lejkowski (Sears) regarding New Jersey corporation business tax information request. | $975.00 | 0.5 | $487.50 |
| Sullivan, Brian | Draft email to L. Meerschanert (Sears) regarding New York sales tax protest withdrawal. | $850.00 | 0.2 | $170.00 |
| 12/10/2019 | | | | |
| Bryan, Michael | Discussion with K. Lejkowski (Sears) regarding New Jersey tax audit. | $975.00 | 0.8 | $780.00 |

8

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 12/12/2019 | | | | |
| Sullivan, Brian | Call with E. Tzavelis (Deloitte) to discuss potential state tax overpayment issues related to agreement between Remainco and Transform. | $850.00 | 0.2 | $170.00 |
| Sullivan, Brian | Review state tax model to assess potential state tax liability for Sears Brand Business Unit in Louisiana and Oklahoma. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Draft email to B. Griffith (Miii) to discuss state tax payments/refunds in Louisiana and Oklahoma for Sears Brands Business Unit FY18 and FY19 tax returns. | $850.00 | 0.3 | $255.00 |
| Tzavelis, Elias | Call with B. Sullivan (Deloitte) to discuss potential state tax overpayment issues related to agreement between Remainco and Transform. | $850.00 | 0.2 | $170.00 |
| 12/13/2019 | | | | |
| Sullivan, Brian | Draft email to K. Lejkowski (Sears) regarding Louisiana and Oklahoma income tax filings for Sears Brands Business Unit. | $850.00 | 0.2 | $170.00 |
| 01/13/2020 | | | | |
| Sullivan, Brian | Draft emails to J. Pollak (Transform) and Weil regarding status of New Jersey tax assessment. | $850.00 | 0.3 | $255.00 |
| 01/22/2020 | | | | |
| Bryan, Michael | Correspondence regarding Sears related responsible person issue. | $975.00 | 0.8 | $731.25 |
| Sullivan, Brian | Draft email to Weil team and B. Griffith (Miii) regarding status of New Jersey sales tax assessment. | $850.00 | 0.2 | $170.00 |
| Sullivan, Brian | Discuss New Jersey sales tax audit penalty abatement request with J. Pollak (Transform) | $850.00 | 0.2 | $170.00 |

# Sears Holdings Corporation

# Deloitte Tax LLP

# Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 01/28/2020 | | | | |
| Bryan, Michael | Review abatement for New Jersey state audit. | $975.00 | 0.2 | $195.00 |
| 01/29/2020 | | | | |
| Sullivan, Brian | Call with S. Goldring, E. Remijan, J. Marcus (Weil), B. Griffith (Miii) and M. Bryan (Deloitte) to discuss New Jersey sales tax assessment for responsible person | $850.00 | 0.5 | $425.00 |
| Sullivan, Brian | Call with M. Bryan (Deloitte) to discuss payment options and requirements to settle New Jersey sales tax assessment against the Estate | $850.00 | 0.2 | $170.00 |
| 01/30/2020 | | | | |
| Bryan, Michael | Call with state of New Jersey to determine payment instructions amount due, abatement instructions | $975.00 | 0.5 | $487.50 |
| Sullivan, Brian | Draft email to Weil team and B. Griffith (Miii) regarding payment instructions for New Jersey sales tax assessment. | $850.00 | 0.4 | $340.00 |
| Sullivan, Brian | Email to J. Pollak (Transform) regarding penalty abatement request for New Jersey sales tax assessment | $850.00 | 0.2 | $170.00 |
| 02/04/2020 | | | | |
| Sullivan, Brian | Review notice of additional tax and interest from New York regarding Kmart sales tax audit assessment. | $850.00 | 0.2 | $170.00 |
| 02/05/2020 | | | | |
| Bryan, Michael | Draft abatement request for penalty associated with NJ audit. | $975.00 | 1.0 | $975.00 |
| Sullivan, Brian | Review Sears Roebuck penalty abatement request letter for New Jersey sale tax audit. | $850.00 | 0.3 | $255.00 |
| Yang, Annie | Review New York State assessment notice and files to respond to internal colleagues' inquiry. | $595.00 | 0.3 | $178.50 |

10

## Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *State Tax Audit Services* | | | | |
| 02/07/2020 | | | | |
| Sullivan, Brian | Read New York sales tax notice and forwarded same via email to Weil, Miii and Transform team. | $850.00 | 0.3 | $255.00 |
| Yang, Annie | Review files for Kmart bankruptcy notices to respond to internal colleagues' inquiry related to the New York State assessment notice. | $595.00 | 0.5 | $297.50 |
| 02/10/2020 | | | | |
| Yang, Annie | Call New York state tax to confirm no balance is due in the account for Kmart. | $595.00 | 0.3 | $178.50 |
| 02/24/2020 | | | | |
| Bryan, Michael | Analyze responsible persons matter (RP). | $975.00 | 1.0 | $975.00 |
| 02/25/2020 | | | | |
| Sullivan, Brian | Review correspondence from New Jersey regarding sales tax audit and draft email to Weil and Miii regarding same. | $850.00 | 0.3 | $255.00 |
| Subtotal for State Tax Audit Services: | | | 14.8 | $12,238.25 |
| *Tax Restructuring Services* | | | | |
| 11/14/2019 | | | | |
| Butler, Mike | Review legal entity listing for potential liquidations. | $595.00 | 0.9 | $535.50 |
| Chatten, Colin | Discuss tax implications of liquidating certain non-debtor subsidiaries with E. Tzavelis, S. Fielding, M. Butler, and B. Sullivan of Deloitte Tax. | $325.00 | 0.5 | $162.50 |
| Chatten, Colin | Consider tax consequences of liquidating certain non-debtor subsidiaries. | $325.00 | 1.2 | $390.00 |
| Fielding, Stephen | Discuss tax implications of liquidating certain non-debtor subsidiaries with E. Tzavelis, M. Butler, B. Sullivan, and C. Chatten of Deloitte Tax. | $725.00 | 0.5 | $362.50 |

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Tax Restructuring Services*

**11/14/2019**

| | | | | |
|---|---|---|---|---|
| Sullivan, Brian | Discuss tax implications of liquidating certain non-debtor subsidiaries with E. Tzavelis, S. Fielding, M. Butler, and C. Chatten of Deloitte Tax. | $850.00 | 0.5 | $425.00 |
| Tzavelis, Elias | Discuss tax implications of liquidating certain non-debtor subsidiaries with C. Chatten, S. Fielding, M. Butler, and B. Sullivan of Deloitte Tax. | $850.00 | 0.5 | $425.00 |

**11/18/2019**

| | | | | |
|---|---|---|---|---|
| Espinola, Jonathan | Analyze data pertaining to contemplated liquidations against real property transfer tax analysis previously completed. | $595.00 | 0.3 | $178.50 |
| Hybl, Claire | Analyze certain Sears entities for potential transfer tax implications. | $325.00 | 2.5 | $812.50 |
| Sullivan, Brian | Review list of entities being liquated for review of potential state tax consequences. | $850.00 | 0.6 | $510.00 |

**11/19/2019**

| | | | | |
|---|---|---|---|---|
| Espinola, Jonathan | Review property location analysis for contemplated liquidations and transfer tax considerations. | $595.00 | 0.8 | $446.25 |

**11/21/2019**

| | | | | |
|---|---|---|---|---|
| Espinola, Jonathan | Review potential mere change exemptions and liquidation exemptions for real property transfer tax concerns. | $595.00 | 1.0 | $595.00 |

**12/02/2019**

| | | | | |
|---|---|---|---|---|
| Espinola, Jonathan | Review real property transfer tax analysis for liquidation considerations. | $595.00 | 0.5 | $297.50 |

**12/04/2019**

| | | | | |
|---|---|---|---|---|
| Hoffman, David | Discussion with E. Tzavelis (Deloitte) regarding fee adjustments and deliverables. | $850.00 | 0.8 | $680.00 |
| Tzavelis, Elias | Discussion with D. Hoffman (Deloitte) regarding fee adjustments and deliverables. | $850.00 | 0.8 | $680.00 |

12

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 12/17/2019 | | | | |
| Allegretti, Joe | Update tax model. | $325.00 | 2.9 | $942.50 |
| 12/18/2019 | | | | |
| Hoffman, David | Review attribute reduction and U.S. federal income tax analysis provided to Client. | $850.00 | 1.0 | $850.00 |
| 12/19/2019 | | | | |
| Allegretti, Joe | Revise tax model. | $325.00 | 2.1 | $682.50 |
| 01/02/2020 | | | | |
| Allegretti, Joe | Call with E. Tzavelis, S. Fielding and M. Butler (all Deloitte) to discuss tax requests from the Client and the scope of Deloitte Tax's involvement. | $325.00 | 0.5 | $162.50 |
| Fielding, Stephen | Call with E. Tzavelis, M. Butler and J. Allegretti (all Deloitte) to discuss tax requests from the Client and the scope of Deloitte Tax's involvement. | $725.00 | 0.5 | $362.50 |
| 01/06/2020 | | | | |
| Allegretti, Joe | Build out the scope related to continuing the tax modeling through the tax year ended February 1, 2020. | $325.00 | 1.6 | $520.00 |
| Fielding, Stephen | Read asset purchase agreement for tax return preparation guidance. | $725.00 | 1.5 | $1,087.50 |
| 01/07/2020 | | | | |
| Allegretti, Joe | Meeting with M. Butler (Deloitte) to discuss the tax scope related to updated the tax attribute reduction model for the latest tax information. | $325.00 | 0.3 | $97.50 |
| 01/08/2020 | | | | |
| Allegretti, Joe | Discuss Cleary's intended tax treatment and review prior tax analyses and deliverables with E. Tzavelis, S. Fielding, M. Butler and C. Chatten of Deloitte Tax. | $325.00 | 1.1 | $357.50 |

# Sears Holdings Corporation

## Deloitte Tax LLP

### Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 01/08/2020 | | | | |
| Butler, Mike | Discuss Cleary's intended tax treatment and review prior tax analyses and deliverables with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, and C. Chatten of Deloitte Tax. | $595.00 | 1.1 | $654.50 |
| Chatten, Colin | Discuss Cleary's intended tax treatment and review prior tax analyses and deliverables with E. Tzavelis, S. Fielding, M. Butler, and J. Allegretti of Deloitte Tax. | $325.00 | 1.1 | $357.50 |
| Fielding, Stephen | Discuss Cleary's intended tax treatment and review prior tax analyses and deliverables with E. Tzavelis, M. Butler, J. Allegretti, and C. Chatten of Deloitte Tax. | $725.00 | 1.1 | $797.50 |
| 01/10/2020 | | | | |
| Allegretti, Joe | Call with J. Forrest, E. Tzavelis, S. Fielding and M. Butler to discuss the mechanics of the emergence transaction and corresponding tax positions. | $325.00 | 0.7 | $227.50 |
| Butler, Mike | Call with J. Forrest, E. Tzavelis, S. Fielding, M. Butler and J. Allegretti to discuss the mechanics of the emergence transaction and corresponding tax positions. | $595.00 | 0.7 | $416.50 |
| Fielding, Stephen | Call with J. Forrest, E. Tzavelis, M. Butler and J. Allegretti to discuss the mechanics of the emergence transaction and corresponding tax positions. | $725.00 | 0.7 | $507.50 |
| Forrest, Jonathan | Call with S. Fielding, E. Tzavelis, M. Butler and J. Allegretti to discuss the mechanics of the emergence transaction and corresponding tax positions. | $975.00 | 0.7 | $682.50 |

14

## Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

### November 01, 2019 - March 31, 2020

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Restructuring Services* | | | | | |
| 01/15/2020 | | | | | |
| | Allegretti, Joe | Call with E. Tzavelis, S. Fielding, M. Butler, C. Chatten, and J. Forrest of Deloitte Tax to review Transform's intended tax treatment of certain restructuring transactions. | $325.00 | 0.9 | $292.50 |
| | Chatten, Colin | Call with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, and J. Forrest of Deloitte Tax to review Transform's intended tax treatment of certain restructuring transactions. | $325.00 | 0.9 | $292.50 |
| | Fielding, Stephen | Call with E. Tzavelis, M. Butler, J. Allegretti, C. Chatten, and J. Forrest of Deloitte Tax to review Transform's intended tax treatment of certain restructuring transactions. | $725.00 | 0.9 | $652.50 |
| | Forrest, Jonathan | Call with E. Tzavelis, S. Fielding, M. Butler, J. Allegretti, and C. Chatten of Deloitte Tax to review Transform's intended tax treatment of certain restructuring transactions. | $975.00 | 0.9 | $877.50 |
| Subtotal for Tax Restructuring Services: | | | | 32.6 | $17,321.25 |
| **Total** | | | | **98.0** | **$53,343.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Bryan, Michael | $975.00 | 7.2 | $6,971.25 |
| Forrest, Jonathan | $975.00 | 3.3 | $3,217.50 |
| Hoffman, David | $850.00 | 7.9 | $6,715.00 |
| Sullivan, Brian | $850.00 | 7.5 | $6,375.00 |
| Tzavelis, Elias | $850.00 | 1.5 | $1,275.00 |
| Fielding, Stephen | $725.00 | 8.8 | $6,380.00 |
| Butler, Mike | $595.00 | 4.9 | $2,915.50 |
| Espinola, Jonathan | $595.00 | 2.6 | $1,517.25 |

15

# Sears Holdings Corporation

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

November 01, 2019 - March 31, 2020

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | --- | --- | --- |
| Yang, Annie | $595.00 | 1.1 | $654.50 |
| Abrom, Carisa | $325.00 | 7.7 | $2,502.50 |
| Allegretti, Joe | $325.00 | 17.4 | $5,655.00 |
| Chatten, Colin | $325.00 | 23.7 | $7,702.50 |
| Gutierrez, Dalia | $325.00 | 0.5 | $162.50 |
| Hybl, Claire | $325.00 | 4.0 | $1,300.00 |