**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| SEARS HOLDING CORPORATION | Case No. 18-23538 |
| Debtor | |

### WITHDRAWAL OF CLAIMS 7899 FILED BY WILLIAMSON COUNTY

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for Williamson County and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws its claim against this debtor as this claim has been resolved.

Date: June 4, 2020

Respectfully submitted,

**McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

By: */s/ Tara LeDay*
Tara LeDay (TX 24106701)
P. O. Box 1269
Round Rock, TX 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: tleday@mvbalaw.com

*Attorneys for Williamson County*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2020, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

*/s/ Tara LeDay*
Tara LeDay

Debtor:
**Sears Holdings Corporation**
3333 Beverly Road
Hoffman Estates, IL 60179

Debtor Attorney:
**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Kara E. Casteel**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Scott K. Charles
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

U.S. Trustee:
**Richard C. Morrissey**
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014