Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for Exacme c/o Newacme, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION, et al., Debtors1. | Chapter 11<br><br>Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION *et al*, Movants,<br><br>v.<br><br>EXACME C/O NEWACME, LLC., Respondents. | Related Docket No. 7302<br><br>Hearing Date:  n/a<br><br>Objection Deadline: n/a |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WITHDRAWAL
## OF RESPONSE OF EXACME c/o NEWACME, LLC.   TO
## DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION
## [CM/ECF #7302]

**TO THE HONORABLE UNITED STATED BANKRUPTCY JUDGE:**

Exacme c/o Newacme, LLC ("Claimant" or "Newacme"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of that certain response "Response" (**RESPONSE OF EXACME c/o NEWACME, LLC.   TO DEBTORS' THIRTEENTH OMNIBUS CLAIMS OBJECTION [CM/ECF #7302]**)**,** a true and correct copy of which is attached heret**o.**

Initially, Newacme file this Response *pro se* and it was not electronically filed on this Docket.

Newacme, by its undersigned counsel, is now willing to withdraw the Response.

Newacme respectfully requests that this Court docket and record now reflect the same.

                                                                            Respectfully submitted,

Dated: June 5, 2020                                      Salene R.M. Kraemer, Esquire
                                                                            NY ID No. 5228580
                                                                            skraemer@bernsteinlaw.com
                                                                            BERNSTEIN-BURKLEY, P.C.
                                                                            707 Grant Street
                                                                            Suite 2200 Gulf Tower
                                                                            Pittsburgh, PA  15219
                                                                            (412) 456-8100 Telephone
                                                                            (412) 456-8135 Facsimile
                                                                            ***Counsel for Exacme c/o***
                                                                            ***Newacme, LLC***