## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holding Corporation, et al., | Case No. 18-23538 (RRD) |
| Debtors | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Keith M. Aurzada, pursuant to Local Rule 2090-1, respectfully request admission to practice *pro hac vice* before the Honorable Robert D. Drain to represent GroupBy USA, Inc., a creditor and party in interest in the above-referenced bankruptcy case.

I certify that I am a member in good standing of the bars of the State of Texas, the State of Colorado, and the State of Wyoming. I further certify that I am admitted to the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

In light of the foregoing, I respectfully request that this Court enter an order admitting Keith M. Aurzada to appear and practice *pro hac vice* on behalf of GroupBy USA, Inc. before this Court.

Dated:  June 5, 2020.

Respectfully submitted,

By: */s/  Keith M. Aurzada*
    Keith M. Aurzada*
    TX Bar No. 24009880
    Michael P. Cooley
    NY Bar No. 3005717
    Lindsey L. Robin*
    TX Bar No 24091422
    **REED SMITH LLP**
    2850 N. Harwood St., Ste. 1500
    Dallas, Texas 75201
    T:  469.680.4200
    F:  469.680.4299
    kaurzada@reedsmith.com
    mpcooley@reedsmith.com
    lrobin@reedsmith.com
    *motions for admission *pro hac vice* pending

*Counsel for GroupBy USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on **June 5, 2020** a true and correct copy of the foregoing document was served through the court's CM/ECF system to all parties consenting to service through same.

*/s/  Keith M. Aurzada*
Keith M. Aurzada