WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.[1]** | : | **(Jointly Administered)** |

------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JUNE 17, 2020 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has entered General Order M-543 to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020, the Court provided that all conferences scheduled to be held in the courthouse comprising the White Plains Division of the Bankruptcy Court will be conducted telephonically. All attorneys, witnesses and parties wishing to appear at, or attend, a telephonic hearing or conference must refer to the guidelines for telephonic appearances and make arrangements with Court Solutions LLC ("Court Solutions"). Pro se parties may participate telephonically in hearings free of charge using Court Solutions. The instructions for registering with Court Solutions are attached hereto as <u>Exhibit A</u>.

## I.    FEE APPLICATIONS:

1.    Fourth Interim Fee Application of Prime Clerk LLC, as Administrative Agent to the Debtors, for Services Rendered and Reimbursement of Expenses for the Period from November 1, 2019 through February 29, 2020 **[ECF No. 7814]**

<u>Response Deadline</u>:    May 19, 2020 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:

    A.    Amended Notice of Hearing **[ECF No. 7963]**

<u>Status</u>:  This matter is going forward on an uncontested basis.

2.    Fourth Interim Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2019 through February 29, 2020 **[ECF No. 7815]**

<u>Response Deadline</u>:    May 19, 2020 at 4:00 p.m. (Eastern Time)

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:

    A.    Amended Notice of Hearing **[ECF No. 7963]**

<u>Status</u>:  This matter is going forward on an uncontested basis.

3.    Fourth Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of November 1, 2019 through and including February 29, 2020 **[ECF No. 7816]**

WEIL:\97504346\9\73217.0004

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

    A.    Amended Notice of Hearing **[ECF No. 7963]**

Status:  This matter is going forward on an uncontested basis.

4.    Fourth Application of Weil, Gotshal & Manges LLP, as Attorneys for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2019 through and including February 29, 2020 **[ECF No. 7818]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

    A.    Amended Notice of Hearing **[ECF No. 7963]**

Status:  This matter is going forward on an uncontested basis.

5.    Fourth Interim Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from November 1, 2019 through and including February 29, 2020 **[ECF No. 7820]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

    A.    Amended Notice of Hearing **[ECF No. 7963]**

Status:  This matter is going forward on an uncontested basis.

6.    Third Joint Application of Paul E. Harner, as Fee Examiner and Ballard Spahr LLP, as Counsel to the Fee Examiner for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from November 1, 2019 through February 29, 2020 **[ECF No. 7862]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

WEIL:\97504346\9\73217.0004

Related Documents:

      A.      Amended Notice of Hearing **[ECF No. 7963]**

Status:  This matter is going forward on an uncontested basis.

7.      First Interim Fee Application of Herrick, Feinstein LLP as Special Conflicts Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of January 2, 2019 through February 29, 2020 **[ECF No. 7958]**

Response Deadline:    June 10, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:      None.

Related Documents:

      A.      Amended Notice of Hearing **[ECF No. 7963]**

Status:  This matter is going forward on an uncontested basis.

## II.    <u>STATUS CONFERENCE</u>:

8.      Status Update on Debtors' Progress Toward Effective Date

Status: This matter is going forward solely as a status conference.

## III.    <u>CONTESTED MATTER</u>:

9.      Motion for an Order Pursuant to 11 U.S.C § 108(c) Nunc Pro Tunc to the Petition Date **[ECF No. 7910]**

Response Deadline:    June 10, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

      A.      Debtors' Limited Objection **[ECF No. 8021]**

      B.      Santa Rosa LLC's Reply to Debtors Limited Objection **[ECF No.  8026]**

Related Documents:    None.

Status:  This matter is going forward on a contested basis.

4

IV.    **ADJOURNED MATTERS**:

10.    Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 4775]**

Response Deadline:    August 27, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Response of Johnson Controls, Inc. to Debtors' First Omnibus Objection to Claims **[ECF No. 4983]**

    B.    Shaw Industries, Inc.'s Opposition Regarding Debtors' First Omnibus Objection to Proofs of Claim (Satisfied Claims) **[ECF No. 5156]**

Related Documents:

    C.    Notice of Withdrawal **[ECF No. 5444]**

    D.    Order Granting Debtors' First Omnibus Objection **[ECF No. 6019]**

    E.    Notice of Withdrawal & Adjournment **[ECF No. 7306]**

    F.    Supplemental Order Granting Debtors' First Omnibus Objection **[ECF No. 7341]**

    G.    Notice of Adjournment **[ECF No. 8001]**

    H.    Supplemental Notice of Adjournment **[ECF No. 8027]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

11.    Debtors Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 4776]**

Response Deadline:    August 27, 2019 at 4:00 p.m. (Eastern Time)

Response Filed:

    A.    Response of Sky Billiards, Inc. in Opposition **[ECF No. 5421]**

Related Documents:

    B.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

5

12. Debtors' Fifth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims **[ECF No. 5031]**

Response Deadline:    October 9, 2019 at 4:00 p.m. (Eastern Time)

Response Filed:

    C.    Objection of CalAmp Wireless Networks Corporation **[ECF No. 5186]**

Related Documents:

    D.    Order Granting Debtors' Fifth Omnibus Objection **[ECF No. 5994]**

    E.    Notice of Withdrawal & Adjournment **[ECF No. 7308]**

    F.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

13. Debtors' Ninth Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims) **[ECF No. 5236]**

Response Deadline:    October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

    A.    Eric Jay Ltd.'s Opposition **[ECF No. 5498]**

    B.    Eric Jay Ltd.'s Opposition **[ECF No. 5508]**

Related Documents:

    C.    Order Granting Debtors' Ninth Omnibus Objection **[ECF No. 6043]**

    D.    Notice of Withdrawal & Adjournment **[ECF No. 6379]**

    E.    Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

14. Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 5237]**

Response Deadline:    October 16, 2019 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.      Infiiloom India Private Limited's Response **[ECF No. 5394]**

B.      Winners Industry Company, Ltd.'s Response **[ECF No. 5400]**

C.      Orient Craft Ltd.'s Opposition **[ECF No. 5496]**

D.      Orient Craft Ltd.'s Opposition **[ECF No. 5497]**

E.      Response of HK Sino-Thai Trading Company LTD **[ECF No. 6037]**

F.      Debtors' Omnibus Reply in Support **[ECF No. 6372]**

<u>Resolved Responses</u>:

G.      Allure Home Creations Co. Inc.'s Response **[ECF No. 5392]**

H.      Arca Industrial (NJ), Inc.'s Response **[ECF No. 5476]**

I.      Hain Capital Investors Master Fund, Ltd.'s Reply **[ECF No. 5480]**

J.      BST International Fashion Ltd.'s Response **[ECF No. 5481]**

K.      Response of E-Land Apparel Ltd and Thanh Cong Textile Garment Investment Trading Joint Stock Company **[ECF No. 5485]**

L.      Weihai Lianqiao International Coo. Group Co., Ltd.'s Reply **[ECF No. 5488]**

M.      Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. **[ECF No. 5494]**

N.      Clement Cheng's Response **[ECF No. 5520]**

O.      Giza Spinning and Weaving Co.'s Response **[ECF No. 5565]**

P.      Limited Statement of Icon Health & Fitness, Inc. **[ECF No. 6014]**

Q.      Supplemental Response of Mien Co., Ltd., A&A (HK) Industrial Limited, Esjay International Private Limited, Shanghai Fochier International Trade Co., and Vogue Tex (Pvt) Ltd. **[ECF No. 6165]**

<u>Related Documents</u>:

R.      Debtors' Omnibus Reply in Support of Debtors' Tenth Omnibus Objection to Proofs of Claim (To Reclassify Claims) **[ECF No. 6372]**

7

S.      Response of Superb International Co., Ltd. **[ECF No. 6094]**

T.      Declaration of Howard Yuan in Support of Response **[ECF No. 6095]**

U.      Response of Superb International Co., Ltd. **[ECF No. 6098]**

V.      Declaration of Howard Yuan in Support of Response **[ECF No. 6099]**

W.      Declaration of David G. Tobias in Support of Response **[ECF No. 6100]**

X.      Order Granting Debtors' Tenth Omnibus Objection **[ECF No. 6076]**

Status:  This matter has been adjourned until August 19, 2020 at 10:00 a.m.

15.    Motion of Fuzhou Fushan Pneumatic Co., Ltd. to Reconsider FRCP 60 or FRBP 3008 Order Granting Debtors' Tenth Omnibus Objection to Proofs of Claim **[ECF No. 6090]**

Response Deadline:      January 21, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:      None.

Related Documents:      None.

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

16.    Debtors' Eleventh Omnibus Objection to Proofs of Claim (to Reclassify or Disallow Certain Claims) **[ECF No. 7213]**

Response Deadline:      March 3, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.      Response of BH North American Corporation in Opposition **[ECF No. 7359]**

B.      Response in Opposition of KG Denim Limited **[ECF No.  7369]**

C.      Response of Icon Health & Fitness, Inc. **[ECF No. 7371]**

D.      Response of Xiamen Luxinjia Imp & Exp Co Ltd. in Opposition **[ECF No. 7372]**

E.      South Pacific Fashions Ltd.'s Reservation of Rights in Response to Debtors' Eleventh Omnibus **[ECF No. 7455]**

WEIL:\97504346\9\73217.0004

F.      Joinder of GTM America Corporation to Responses of BH North American Corporation, KG Denim Limited, Icon Health & Fitness, Inc., and Xiamen Luxinjia Imp & Exp Co. LTD. **[ECF No. 7474]**

Related Documents:

G.      Declaration in Support of Dan Foust in Support of BH North American Corporation in Opposition **[ECF No. 7360]**

H.      Declaration of Benny Wang in Support of LXJ's Opposition **[ECF No. 7373]**

I.      Certificate of No Objection **[ECF No. 7383]**

J.      Order Granting Debtors' Eleventh Omnibus Objection **[ECF No. 7393]**

Status:  This matter has been adjourned until August 19, 2020 at 10:00 a.m.

17.    Debtors' Thirteenth Omnibus Objection to Proofs of Claim (Reclassify or Disallow Claims) **[ECF No. 7302]**

Response Deadline:    March 10, 2020 at 4:00 p.m. (Eastern Time)

Response Filed:

A.      Response by Koolatron Corporation **[ECF No. 7408]**

Related Documents:

B.      Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

18.    Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) **[ECF No. 7453]**

Response Deadline:    April 3, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:

A.      Objection by Carl Joseph Soranno **[ECF No. 7777]**

B.      Opposition by Combine International Inc. **[ECF No. 7808]**

Related Documents:

C.      Motion for Extension of Time to State Position **[ECF No. 7788]**

D.      Amended Certificate of No Objection **[ECF No. 7840]**

9

E.  Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

19.  Debtors Motion (I) to Allow Administrative Claims and (II) Granting Related Relief **[ECF No. 7477]**

Response Deadline:    July 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

A.  Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

20.  Motion for Relief from the Automatic Stay **[ECF No. 7825]**

Response Deadline:    July 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

A.  Notice of Adjournment **[ECF No. 8014]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

21.  Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) **[ECF No. 7859]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

A.  Response of Johnson Controls, Inc. **[ECF No. 7859]**

B.  Notice of Adjournment **[ECF No. 8001]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

WEIL:\97504346\9\73217.0004

22.    Motion of of Tempur-Sealy International, Inc., *et al*. for Order (A) Allowing and Requiring Payment of 503(b)(9) Claims of Tempur Sealy International & Affiliates; or, in the Alternative, (B) Directing Debtors to Set-Aside a Reserve from Future Distributions Under the Administrative Expense Claims Consent Program for the Benefit of Such Claims **[ECF No. 7877]**

Response Deadline:    June 10, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Document:

A.    Notice of Hearing **[ECF No. 7878]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

23.    Third and Final Fee Application of Deloitte Transactions and Business Analytics LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Advisor from November 1, 2018 through September 30, 2019 **[ECF No. 7960]**

Response Deadline:    July 8, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

A.    Notice of Adjournment **[ECF No. 8016]**

Status:  This matter has been adjourned to July 15, 2020 at 10:00 a.m.

## V.    <u>**RESOLVED MATTERS**</u>:

24.    Third Quarterly Report of ASK LLP as Special Avoidance Counsel for the Debtors for the Period January 1, 2020 through March 31, 2020 **[ECF No. 7841]**

Response Deadline:    May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:    None.

Related Documents:

A.    Amended Notice of Hearing **[ECF No. 7963]**

B.    Order Granting Application **[ECF No 7983]**

Status:  This application has been approved.

11

25.     Third Quarterly Report of Acumen Recovery Services, LLC for Allowance of Contingent Fees and Reimbursement of Expenses for the Period from January 1, 2020 through March 31, 2020 **[ECF No. 7846]**

Response Deadline:     May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

        A.     Amended Notice of Hearing **[ECF No. 7963]**

        B.     Order Granting Application **[ECF No 7982]**

Status:  This application has been approved.

26.     Third Quarterly Report of Katten Muchin Rosenman LLP, as Special Avoidance Counsel for the Debtors, for Allowance of Contingent Fees and Reimubrsement of Expenses for the Period from January 1, 2020 through March 31, 2020 **[ECF No. 7847]**

Response Deadline:     May 19, 2020 at 4:00 p.m. (Eastern Time)

Responses Filed:        None.

Related Documents:

        A.     Amended Notice of Hearing **[ECF No. 7963]**

        B.     Order Granting Application **[ECF No. 7981]**

Status:  This application has been approved.

Dated:  June 16, 2020
    New York, New York

/s/  Garrett A. Fail
_____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*
