WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| **Debtors.**[1] | : | **(Jointly Administered)** |

**NOTICE OF EXHIBIT FOR UPDATE PRESENTATION TO THE COURT**

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is a an exhibit that will be presented to the Court at the status conference to be conducted at the hearing on **June 17, 2020 at 10:00 a.m. (Eastern Time),**

Dated: June 17, 2020
New York, New York

/s/ Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit A

## STATUS UPDATE PRESENTAION

# SEARS HOLDINGS

## STATUS UPDATE PRESENTATION TO THE COURT

**June 17, 2020**





# Progress on Administrative Claims Reconciliation

- Reconciled more than **3,942** total claims, ballots, motions, books and records, and other requests for payment and administrative claims
- Eliminated more than **$1.3 billion** of claims asserting entitlement to administrative or priority status
- Allowed **1,606** claims
- Disputing **167** claims asserting approximately $49m

# Progress on Distributions

- Initial post-confirmation settlement distribution of $21 million made in December
- Second distribution will follow the July omnibus hearing
    - **1,121** “de minimis” claims will be satisfied in full up to respective settlement limits
        - Represents **70%** of all allowed administrative claimants in the case
        - **955** of these claims are newly-allowed and will be receiving their first and final distribution
    - **294** additional newly-allowed claims will receive a first settlement distribution
    - The **294** claims will receive the full “catch-up” distribution
        - The same **28.7%** distributed to holders of allowed claims in December initial distribution
    - Equivalent **28.7%** cash reserves for disputed claims
    - Estimated distribution to allowed creditors is **$15 million**
    - Estimated amount reserved for disputed claims is **$14 million**





# Post-Confirmation Update on Sources

Sources, excluding certain litigation assets, increased by **$49.5 million**

| ($ in millions) | Confirmation Date Estimates | Estimates as of 5/30/20 through May 2020 | June 2020 forward | Total | | |
|---|---|---|---|---|---|---|
| **SOURCES** | | | | | | |
| Cash On Hand at Confirmation | $45.4 | $48.5 | $0.0 | $48.5 | | |
| Calder Net Proceeds | 10.0 | 0.0 | 6.0 | 6.0 | | |
| Real Estate Proceeds | 13.1 | 9.9 | 5.1 | 15.0 | | |
| De Minimis Assets | 5.3 | 6.3 | 2.0 | 8.3 | | |
| 2017 EDA Funds | 5.0 | 5.2 | 0.0 | 5.2 | | |
| Utility Deposit | 4.7 | 10.0 | 0.0 | 10.0 | | |
| **Subtotal** | **83.5** | **79.9** | **13.1** | **93.0** | | |
| Contribution from Carve Out | 0.0 | 9.0 | 0.0 | 9.0 | | |
| Tax Refunds - Received | 0.0 | 4.9 | 0.0 | 4.9 | | |
| Blue Cross Blue Shield Escrow | 0.0 | 3.9 | 0.7 | 4.6 | | |
| Other | 0.0 | 2.0 | 0.0 | 2.0 | | |
| Tax Refunds - Outstanding | 0.0 | 0.0 | 7.5 | 7.5 | | |
| **Subtotal** | **83.5** | **99.7** | **21.3** | **121.0** | | |
| Transform 503(b)(9) Obligations | 0.0 | 12.0 | 0.0 | 12.0 | | |
| **Total Sources** | **$83.5** | **$111.7** | **$21.3** | **$133.0** | **Total Increase:** | **$49.5** |





# Post-Confirmation Update on Uses

Uses remain within confirmation estimate range

| ($ in millions) | Confirmation Date Estimates | | Estimates as of 5/30/20 | | |
|---|---|---|---|---|---|
| | | | through May 2020 | June 2020 forward | Total |
| **USES** | Low | High | | | |
| 503(b)(9) | $90.0 | $155.0 | $15.4 | $84.6 | $100.0 |
| Other Admin Claims | 50.0 | 50.0 | 5.6 | 28.7 | 34.3 |
| Secured | 18.0 | 18.0 | 0.0 | 18.0 | 18.0 |
| Priority Tax | 15.0 | 18.0 | 0.0 | 15.0 | 15.0 |
| Priority Non-Tax | 3.0 | 3.0 | 0.0 | 6.0 | 6.0 |
| **Subtotal** | **176.0** | **244.0** | **21.0** | **152.3** | **173.3** |
| Other Post Confirmation Expenses/Liabilities | 9.0 | 9.0 | 27.3 | 19.8 | 47.0 |
| Liquidating Trust Funding | 25.0 | 25.0 | 25.0 | 0.0 | 25.0 |
| **Total Uses** | **$210.0** | **$278.0** | **$73.3** | **$172.0** | **$245.3** |





# Post-Confirmation Update on Certain Litigation Sources

The difference between non-litigation Sources and Uses has narrowed since confirmation

| ($ in millions) | Confirmation Date Estimates | | Estimates as of 5/30/20 | |
|---|---|---|---|---|
| | Low | High | | |
| Total Sources | $83.5 | $83.5 | $133.0 | Total Increase: $49.5 |
| Total Uses | 210.0 | 278.0 | 245.3 | Total within confirmation range |
| Adjusted Difference (without ESL-Related Litigation and Avoidance Action Proceeds)* | | | | |
| Assuming No Transform 503(b)(9) Recovery | (136.5) | (204.5) | (112.3) | Below low end of confirmation range |
| Assuming Full Transform 503(b)(9) Recovery | (46.5) | (114.5) | (112.3) | Within confirmation range |

Litigation-related estimates total more than two times the difference between estimates of non-litigation Sources and Uses

| ($ in millions) | Confirmation Date Estimates | Estimates as of 5/30/20 | | |
|---|---|---|---|---|
| | | through May 2020 | June 2020 forward | Total |
| **Estimate of Additional Litigation Proceeds** | | | | |
| Avoidance Recoveries | $100.0 | $17.8 | $59.7 | $77.5 |
| ESL Litigation Proceeds | 168.0 | 0.0 | 168.0 | 168.0 |
| **Total Additional Litigation Proceeds** | **$268.0** | | | **$245.5** |





# Conclusion

- Net, the Debtors' performance and go-forward estimates remain consistent with confirmation estimates
- The Debtors stand ready to work with the remaining disputed creditors to resolve their claims in time for the upcoming distribution





# Disclaimer

The oral presentation accompanying these written materials is integral to the presentation and analyses discussed herein.

This presentation is the property of, and contains the proprietary and confidential information of, Sears Holdings Corporation and its affiliates (collectively, the "Company") and is being provided solely for informational purposes. Any estimates contained herein may be forward-looking in nature and involve significant elements of subjective judgment and analysis, which may or may not be correct. There can be no assurance that any of the information contained herein is reflective of future performance to any degree. This presentation should not be relied upon for the purpose of evaluating the performance of the Company or for any other purpose, and undue reliance should not be placed on the utility of the information in this presentation as a predictor of future performance, as projected financial and other information are based on estimates and assumptions that are inherently subject to various significant risks, uncertainties and other factors, many of which are beyond the Company's control. Risks, uncertainties and other factors may cause future results to differ materially from the historical results or projections contained herein.

Except as provided in any definitive documentation, no representation or warranty, express or implied, is or will be given by the Company or its affiliates, directors, officers, partners, employees, agents or advisers or any other person as to the accuracy, completeness, reasonableness or fairness of any information contained in this presentation and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements, negligent or otherwise, relating thereto. Neither the Company nor any of its affiliates, directors, officers, partners, employees, agents or advisers nor any other person, shall be liable for any direct, indirect or consequential liability, loss or damages suffered by any person as a result of this presentation or their reliance on any statement, estimate, target, projection or forward-looking information in or omission from this presentation and any such liability is expressly disclaimed. The Company does not undertake any duty to update or revise the information contained herein, publicly or otherwise.

The historical financial information in this presentation includes information that is not presented in accordance with International Financial Reporting Standards (GAAP). Non-GAAP financial measures may be considered in addition to GAAP financial information, but should not be used as substitutes for the corresponding GAAP measures, and may be calculated in ways that are not comparable to similarly titled measures reported by other companies.



