FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2020, I electronically filed the *Reply to Debtors' Limited Objection to Motion for an Order Pursuant to 11 U.S.C. 108(c) Nunc Pro Tunc to the Petition Date* (the "*Reply*", Docket No. 8026), with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

I FURTHER CERTIFY, that on June 15, 2020, I caused a true and correct copy of the *Reply* to be served via electronic mail to the standard parties on the attached **Exhibit A**, and BK Attorney Services, an approved bankruptcy notice provider, pursuant to Rule 2002(g)(4), caused on my behalf, a true and correct copy of the *Reply* via Priority Mail to the standard parties on the attached **Exhibit B**, pursuant to the *Amended Case Management Order* (Docket No. 405).

I FURTHER CERTIFY, that on June 15, 2020, I caused a true and correct copy of the *Reply* to be served via electronic mail to the third parties on the attached **Exhibit C**, and BK Attorney Services, an approved bankruptcy notice provider, pursuant to Rule 2002(g)(4), caused on my behalf, a true and correct copy of the *Reply* via Priority Mail to the third parties on the attached **Exhibit D**.

[*Signatures on the next page*]

Respectfully submitted.
Dated: June 17th, 2020.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

*/s/ Sonia E. Colón Colón*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*