# EXHIBIT A

**STANDARD PARTIES SERVICE LIST**

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Via Priority Mail

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., and Rob Riecker

Via Priority Mail

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, and Richard Morrissey

Via Priority Mail

Weil, Gotshal & Manges LLP
Debtors' counsel
767 Fifth Avenue New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., Sunny Singh, Esq., Jessica Liou, Esq., Paloma Van Groll, Esq., Jared Friedmann, Esq., and Jessie Mishkin, Esq.
ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com

Via Email

Skadden, Arps, Slate, Meagher & Flom LLP
Administrative Agent under the First Lien Credit Facility and the DIP ABL Agent
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
paul.leake@skadden.com; george.howard@skadden.com; Shana.Elberg@skadden.com

Via Email

Davis Polk & Wardell LLP
Administrative Agent under the Stand-Alone L/C Facility
450 Lexington Avenue
New York, NY, 10017\
Attn: Elliot Moskowitz, Esq.
elliot.moskowitz@davispolk.com

Via Email

Cleary, Gottlieb
Agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney, Abena A. Mainoo, Luke A. Barefoot
soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com; tmoloney@cgsh.com; amainoo@cgsh.com; lbarefoot@cgsh.com

Via Email

Kelley Drye & Warren LLP
Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq., and Benjamin D. Feder, Esq.
KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com

Via Email

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, and Steven Paradise
emfox@seyfarth.com; sparadise@seyfarth.com
Via Email

Carter Ledyard & Milburn LLP
Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
2 Wall Street
New York, NY 10015
Attn: James Gadsden and Aaron R. Cahn
gadsden@clm.com; bankruptcy@clm.com; Dennis.roemlein@bnymellon.com

Via Email

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corporation
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq., and Aaron C. Smith
braynor@lockelord.com; asmith@lockelord.com

Via Email

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner
idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com

Via Email

Choate, Hall & Stewart LLP
Attorneys to Wells Fargo Bank, National Association
Two International Place
Boston, MA 02110
Attn: Kevin J. Simard, Esq. and Jonathan Marshall, Esq.
ksimard@choate.com; jmarshall@choate.com

Via Email