# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: SEARS HOLDINGS CORPORATION, et al. | CASE NO: 18-23538-RDD |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 8026 |

On 6/15/2020, I did cause a copy of the following documents, described below,

Reply to Debtors' Limited Objection to Motion for an Order Pursuant to 11 U.S.C. 108(c) Nunc Pro Tunc to the Petition Date
ECF Docket Reference No. 8026

to be served for delivery by the United States Postal Service, via Priority Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/15/2020

/s/ Sonia E. Colon
Sonia E. Colon  USDC-PR No. 213809
Attorneys for Santa Rosa Mall, LLC
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801
407 982 7310

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:  SEARS HOLDINGS CORPORATION, et al.

CASE NO: 18-23538-RDD

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11
ECF Docket Reference No. 8026

On 6/15/2020, a copy of the following documents, described below,

Reply to Debtors' Limited Objection to Motion for an Order Pursuant to 11 U.S.C. 108(c) Nunc Pro Tunc to the Petition Date  ECF Docket Reference No. 8026

were deposited for delivery by the United States Postal Service, via Priority Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sonia E. Colon
Ferraiuoli LLC
390 N. Orange Avenue, Suite 2300
Orlando, FL  32801

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| PRIORITY | PRIORITY | PRIORITY |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 ATTN PAUL SCHWARTZBERG RICHARD MORRISSEY 201 VARICK ST SUITE 1006 NEW YORK NY 10014 | UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK CHAMBERS OF HONORABLE ROBERT D DRAIN US BANKRUPTCY COURT SDNY 300 QUARROPAS STREET ROOM 248 WHITE PLAINS NY 10601 | SEARS HOLDING CORPORATION ATTN STEPHEN SITLEY ESQ LUKE J VALENTINO ESQ ROB RIECKER 3333 BEVERLY ROAD HOFFMAN ESTATES IL 60179 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PRIORITY                                PRIORITY                                PRIORITY
OFFICE OF THE UNITED STATES TRUSTEE     UNITED STATES BANKRUPTCY COURT FOR THE  SEARS HOLDING CORPORATION
FOR REGION 2                            SOUTHERN DISTRICT OF NEW YORK           ATTN STEPHEN SITLEY ESQ LUKE J
ATTN PAUL SCHWARTZBERG RICHARD          CHAMBERS OF HONORABLE ROBERT D DRAIN    VALENTINO ESQ ROB RIECKER
MORRISSEY                               US BANKRUPTCY COURT SDNY                3333 BEVERLY ROAD
201 VARICK ST                           300 QUARROPAS STREET ROOM 248           HOFFMAN ESTATES IL 60179
SUITE 1006                              WHITE PLAINS NY 10601
NEW YORK NY 10014