# EXHIBIT C

**SERVICE TO INSURANCE COMPANIES AND UNDERWRITERS**

Lex-London
c/o Messrs. Mendes & Mount
750 Seventh Avenue
New York, NY 10019-6829

Via Priority Mail

Lex-London
c/o Courtney Murphy
Clausen Miller PC
28 Liberty Street, 39th Floor
New York, NY 10005
cmurphy@clausen.com

Via Priority Mail and Electronic Mail

AIG Europe Limited
c/o American International Group UK Limited
The AIG Building
58 Fenchurch Street
London EC3M 4AB

Via Priority Mail

AIG Europe Limited
c/o AIG Europe S.A.
35D Avenue John F. Kennedy
L-1855 Luxembourg

Via Priority Mail

AIG Europe Limited
c/o Messrs. Mendes & Mount
750 Seventh Avenue
New York, NY 10019-6829

Via Priority Mail

AIG Europe Limited
c/o Courtney Murphy
Clausen Miller PC
28 Liberty Street, 39th Floor
New York, NY 10005
cmurphy@clausen.com

Via Priority Mail and Electronic Mail

Lexington UK
c/o Courtney Murphy
Clausen Miller PC
28 Liberty Street, 39th Floor
New York, NY 10005
cmurphy@clausen.com

Via Priority Mail and Electronic Mail