## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Case Number 18-23537-rdd** |
| | ) | **(jointly administered with 18-23538-lead case)** |
| **Sears Holding Corporation, et al.** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtors.** | ) | |

### REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Thomas A. Zimmerman, Jr., whose email is tom@attorneyzim.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system on behalf of Attorney Thomas A. Zimmerman, Jr.

THOMAS A. ZIMMERMAN, JR.,

By:  /s/ Thomas A. Zimmerman, Jr.
      Thomas A. Zimmerman, Jr.
      *tom@attorneyzim.com*
      ZIMMERMAN LAW OFFICES, P.C.
      77 West Washington Street, Suite 1220
      Chicago, Illinois 60602
      (312) 440-0020 telephone
      (312) 440-4180 facsimile

2

## **CERTIFICATE OF SERVICE**

Thomas A. Zimmerman, Jr., an attorney, hereby certifies that he caused the above and foregoing *Request for Removal from CM/ECF Case Management List* to be served upon counsel of record in this case via the U.S. Bankruptcy Court CM/ECF System, on this 17th day of June, 2020.

/s/ Thomas A. Zimmerman, Jr.