**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In Re | Chapter 11 |
| | Btcy. Case No. 18-23538-RDD |
| SEARS HOLDING CORPORATION, *et al.*, | |
| *Debtors*. | |

-----------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nelson Robles Diaz, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Pepsi Cola Puerto Rico Distributing LLC, a party in interest in the above- referenced case.

I certify that I am a member in good standing of the bar in the Commonwealth of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 17, 2020

New York, New York

/s/ Nelson Robles Diaz
Nelson Robles Diaz
**Nelson Robles-Diaz Law Offices**
P.O. Box 192302
San Juan, P.R. 00919-2302
Tel. 787-294-9518
Fax 787-294-9519
USDC-PR No. 204410
Puerto Rico State Bar No. 9158
nroblesdiaz@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

## CERTIFICATE OF GOOD STANDING

I, **María Antongiorgi, Esq.**, Clerk of this Court, certify that

Nelson Robles-Diaz, bar number 204410, was duly admitted to practice in this Court on **June 28th, 1989**, and is in good standing as a member of the Bar of this Court.

Dated at   San Juan, PR         On   June 12, 2020
           *City*                    *Date*

*Maria Antongiorgi, Esq.*
Clerk of the Court

Digitally signed by Ana E. Duran-Capella
Date: 2020.06.12 17:15:19 -04'00'

Ana E. Durán-Capella
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In Re

SEARS HOLDING CORPORATION, *et al.*,

*Debtors*.

-----------------------------------------------------------

Chapter 11
Btcy. Case No. 18-23538-RDD

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nelson Robles Diaz, to be admitted, *pro hac vice*, to represent Pepsi Cola Puerto Rico Distributing LLC, (the "Client") a party in interest in the above referenced case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Puerto Rico and, if applicable, the bar of the U.S. District Court for the District of Puerto Rico, it is hereby

**ORDERED**, that Nelson Robles Diaz, Esq., is admitted to practice, *pro hac vice*, in the above referenced case adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

/s/_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE