UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holding Corporation, et al., | Case No. 18-23538 (RRD) |
| Debtors | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lindsey L. Robin to be admitted *pro hac vice* to represent GroupBy USA, Inc. in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and the bars of the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, it is hereby

**ORDERED** that Lindsey L. Robin, Esq., is admitted to practice *pro hac vice* in the above referenced cases to represent GroupBy USA, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       June 18, 2020

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE