**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Sears Holding Corporation, et al., | Case No. 18-23538 (RRD) |
| Debtors | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Keith M. Aurzada to be admitted *pro hac vice* to represent GroupBy USA, Inc. in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Texas, the State of Colorado, and the State of Wyoming and the bars of the U.S. District Courts for the Northern, Southern, Eastern, and Western Districts of Texas, it is hereby

**ORDERED** that Keith M. Aurzada, Esq., is admitted to practice *pro hac vice* in the above referenced cases to represent GroupBy USA, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        June 18, 2020

/s/Robert D. Drain
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE