UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**EIGHTEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>APRIL 1, 2020 THROUGH APRIL 30, 2020</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | April 1, 2020 through April 30, 2020 |
| Monthly Fees Incurred: | $35,522.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $35,522.00 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2020 through and including April 30, 2020 (the "**Eighteenth Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $35,522.00 |
| Expenses | 0.00 |
| **TOTAL** | **$35,522.00** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $28,417.60 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$28,417.60** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Eighteenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Eighteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Eighteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Eighteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Eighteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Eighteenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 6, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
June 19, 2020

    FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

# EXHIBIT A

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 8.4 | $ 9,114.00 |
| Star, Samuel | Senior Managing Director | Restructuring | 1,125 | 1.1 | 1,237.50 |
| Eisler, Marshall | Senior Director | Restructuring | 835 | 3.6 | 3,006.00 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 27.2 | 15,232.00 |
| Shapiro, Jill | Consultant | Restructuring | 415 | 16.3 | 6,764.50 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 0.6 | 168.00 |
| **TOTAL** | | | | **57.2** | **$ 35,522.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 17 | Wind Down Monitoring | 8.4 | $ 6,735.50 |
| 18 | Potential Avoidance Actions & Litigation | 26.9 | 17,689.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 2.0 | 1,467.50 |
| 24 | Preparation of Fee Application | 19.9 | 9,630.00 |
|  | **TOTAL** | **57.2** | **$ 35,522.00** |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 4/1/2020 | Kim, Ye Darm | 0.4 | Correspond with M-III re: latest estate winddown tracker. |
| 17 | 4/1/2020 | Kim, Ye Darm | 1.2 | Analyze the latest estate winddown tracker from the Debtors. |
| 17 | 4/2/2020 | Diaz, Matthew | 1.6 | Review updated cash tracker and administrative claims. |
| 17 | 4/2/2020 | Eisler, Marshall | 2.6 | Analyze the latest winddown tracker and administrative claims in preparation for the Committee call. |
| 17 | 4/2/2020 | Eisler, Marshall | 0.5 | Participate in discussion with FTI team re: status of administrative claims levels, cash position, topics of discussion for upcoming call with the Committee. |
| 17 | 4/2/2020 | Star, Samuel | 0.5 | Participate in call with the FTI team re: status of administrative claims levels, cash position and preparation for Committee call. |
| 17 | 4/2/2020 | Kim, Ye Darm | 0.9 | Analyze latest winddown tracker from Debtors to compare changes from prior forecasts. |
| 17 | 4/2/2020 | Kim, Ye Darm | 0.6 | Participate in discussion with the FTI team re: status of administrative claims levels, cash position and preparation for UCC Committee call. |
| 17 | 4/21/2020 | Star, Samuel | 0.1 | Review Akin email updates on administrative claims issues. |
| **17 Total** | | | **8.4** | |
| 18 | 4/1/2020 | Kim, Ye Darm | 2.1 | Prepare summary of metadata and file path diligence from productions. |
| 18 | 4/1/2020 | Kim, Ye Darm | 1.1 | Participate in call with Counsel re: defendant discovery. |
| 18 | 4/3/2020 | Diaz, Matthew | 0.6 | Review Sears discovery questions. |
| 18 | 4/6/2020 | Diaz, Matthew | 0.7 | Review ongoing discovery issues. |
| 18 | 4/8/2020 | Kim, Ye Darm | 1.2 | Analyze post-petition intercompany claims for key legal entities. |
| 18 | 4/10/2020 | Diaz, Matthew | 1.1 | Prepare for call with defendant on discovery disputes. |
| 18 | 4/10/2020 | Diaz, Matthew | 0.9 | Participate on call with Counsel re: preparation for call with defendant on open discovery issues. |
| 18 | 4/10/2020 | Diaz, Matthew | 0.8 | Participate on call with defendant and Akin re: discovery disputes. |
| 18 | 4/10/2020 | Kim, Ye Darm | 0.9 | Participate in call with Counsel re: open discovery issues. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/10/2020 | Kim, Ye Darm | 1.1 | Participate in call re: defendant discovery. |
| 18 | 4/10/2020 | Kim, Ye Darm | 0.8 | Correspond with the real estate team re: termination cost analysis. |
| 18 | 4/14/2020 | Kim, Ye Darm | 3.2 | Review historical corporate structure re: investigations. |
| 18 | 4/15/2020 | Kim, Ye Darm | 0.3 | Draft email to Counsel re: corporate structure. |
| 18 | 4/15/2020 | Kim, Ye Darm | 3.2 | Review historical documents on corporate structure re: investigations. |
| 18 | 4/16/2020 | Kim, Ye Darm | 1.2 | Review documents re: corporate structure and revise draft email to Counsel. |
| 18 | 4/17/2020 | Kim, Ye Darm | 3.1 | Review historical holdings re: investigations. |
| 18 | 4/28/2020 | Kim, Ye Darm | 1.6 | Review historical holdings. |
| 18 | 4/30/2020 | Diaz, Matthew | 0.9 | Review response to Akin's questions on the complaint. |
| 18 | 4/30/2020 | Kim, Ye Darm | 1.6 | Prepare analysis of historical stock price movement. |
| 18 | 4/30/2020 | Kim, Ye Darm | 0.5 | Process revisions to analysis re: historical share price movement. |
| **18 Total** | | | **26.9** | |
| 21 | 4/2/2020 | Eisler, Marshall | 0.5 | Participate on Committee call re: status of MTN investigation, preference claims administrative claims levels and cash position. |
| 21 | 4/2/2020 | Kim, Ye Darm | 0.5 | Participate on Committee call re: status of MTN investigation, preference claims administrative claims levels and cash position. |
| 21 | 4/2/2020 | Shapiro, Jill | 0.5 | Participate on Committee call re: status of MTN investigation, preference claims administrative claims levels and cash position. |
| 21 | 4/2/2020 | Star, Samuel | 0.5 | Participate on Committee call re: status of MTN investigation, preference claims administrative claims levels and cash position. |
| **21 Total** | | | **2.0** | |
| 24 | 4/2/2020 | Shapiro, Jill | 1.2 | Prepare the February fee statement. |
| 24 | 4/6/2020 | Diaz, Matthew | 0.4 | Review and provide comments to the February fee statement. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 4/6/2020 | Kim, Ye Darm | 0.8 | Review draft of February fee statement and provide revisions. |
| 24 | 4/6/2020 | Shapiro, Jill | 2.4 | Prepare February fee statement. |
| 24 | 4/6/2020 | Shapiro, Jill | 3.4 | Prepare the fourth interim fee application. |
| 24 | 4/6/2020 | Shapiro, Jill | 0.3 | Finalize updates to January fee application to meet fee examiner guidelines. |
| 24 | 4/8/2020 | Kim, Ye Darm | 0.9 | Review draft of fourth interim fee application and provide revisions. |
| 24 | 4/8/2020 | Shapiro, Jill | 2.5 | Revise the fourth interim fee application. |
| 24 | 4/8/2020 | Shapiro, Jill | 0.5 | Revise the February fee statement. |
| 24 | 4/10/2020 | Diaz, Matthew | 1.4 | Review and provide comments to the fourth interim fee application. |
| 24 | 4/10/2020 | Shapiro, Jill | 1.9 | Revise the fourth interim fee application. |
| 24 | 4/28/2020 | Hellmund-Mora, Marili | 0.6 | Update the February fee statement. |
| 24 | 4/29/2020 | Shapiro, Jill | 1.2 | Prepare March fee statement. |
| 24 | 4/30/2020 | Shapiro, Jill | 0.3 | Prepare updates to March fee statement. |
| 24 | 4/30/2020 | Shapiro, Jill | 1.3 | Prepare Fourth Interim fee application to meet fee examiner guidelines. |
| 24 | 4/30/2020 | Shapiro, Jill | 0.8 | Prepare February fee statement to meet fee examiner guidelines. |
| **24 Total** | | | **19.9** | |
| **Grand Total** | | | **57.2** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Expense Type | Amount |
|---|---:|
| Not Applicable in this month. | |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2020 TO APRIL 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | Not Applicable in this month. | | |