UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NINETEENTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>MAY 1, 2020 THROUGH MAY 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | May 1, 2020 through May 31, 2020 |
| Monthly Fees Incurred: | $46,670.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses: | $46,670.00 |

This is a: __X__ monthly _____ interim _____ final application

    This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

    1.  The fees and expenses for the period from May 1, 2020 through and including May 31, 2020 (the "**Nineteenth Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $46,670.00 |
| Expenses | 0.00 |
| **TOTAL** | **$46,670.00** |

    2.  In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $37,336.00 |
| Expenses at 100% | 0.00 |
| **TOTAL** | **$37,336.00** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Nineteenth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Nineteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Nineteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Nineteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Nineteenth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Nineteenth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 6, 2020 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
June 19, 2020

FTI CONSULTING, INC.
Financial Advisors to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation

By: */s/ Matthew Diaz*
Matthew Diaz, Senior Managing Director
Three Times Square, 10th Floor
New York, New York 10036
Telephone: (212) 499-3611
Email: matt.diaz@fticonsulting.com

**EXHIBIT A**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Senior Managing Director | Restructuring | $ 1,085 | 5.7 | $ 6,184.50 |
| Eisler, Marshall | Senior Director | Restructuring | 835 | 6.0 | 5,010.00 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 60.1 | 33,656.00 |
| Shapiro, Jill | Consultant | Restructuring | 415 | 2.9 | 1,203.50 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 2.2 | 616.00 |
| **TOTAL** | | | | **76.9** | **$46,670.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 7 | Analysis of Business Plan | 2.3 | $ 1,920.50 |
| 14 | Analysis of Claims and Liabilities Subject to Compromise | 0.9 | 504.00 |
| 17 | Wind Down Monitoring | 7.4 | 4,721.50 |
| 18 | Potential Avoidance Actions & Litigation | 59.2 | 36,007.00 |
| 24 | Preparation of Fee Application | 7.1 | 3,517.00 |
|  | **TOTAL** | **76.9** | **$46,670.00** |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 5/13/2020 | Eisler, Marshall | 2.3 | Prepare for and listen to call with pre-effective date Committee. |
| **7 Total** | | | **2.3** | |
| 14 | 5/21/2020 | Kim, Ye Darm | 0.9 | Review assumption of contract/lease re: Sydney, NY. |
| **14 Total** | | | **0.9** | |
| 17 | 5/13/2020 | Kim, Ye Darm | 0.6 | Draft summary of key changes re: post-confirmation cash flow forecast for internal distribution. |
| 17 | 5/13/2020 | Kim, Ye Darm | 1.3 | Draft summary of diligence call with Debtors re: post-confirmation cash flow forecasts. |
| 17 | 5/13/2020 | Kim, Ye Darm | 1.8 | Review latest post-confirmation cash flow forecast from the Debtors. |
| 17 | 5/13/2020 | Kim, Ye Darm | 1.6 | Participate in meeting with Debtors re: post-confirmation cash flow forecasts. |
| 17 | 5/20/2020 | Eisler, Marshall | 1.2 | Review follow-ups to Akin's diligence requests. |
| 17 | 5/26/2020 | Eisler, Marshall | 0.9 | Review and analyze diligence responses to Akin. |
| **17 Total** | | | **7.4** | |
| 18 | 5/1/2020 | Diaz, Matthew | 0.6 | Review responses to Akin's questions re: litigation. |
| 18 | 5/1/2020 | Kim, Ye Darm | 2.6 | Prepare analysis re: Sears historical trading levels. |
| 18 | 5/1/2020 | Kim, Ye Darm | 2.1 | Review shareholders' historical SHLD holdings. |
| 18 | 5/1/2020 | Kim, Ye Darm | 0.6 | Revise analysis re: historical Sears trading prices. |
| 18 | 5/4/2020 | Kim, Ye Darm | 0.9 | Prepare summary overview of SHLD holdings analysis. |
| 18 | 5/4/2020 | Diaz, Matthew | 0.5 | Review responses to certain Akin questions re: litigation. |
| 18 | 5/4/2020 | Kim, Ye Darm | 1.3 | Analyze historical shareholders' SHLD holdings. |
| 18 | 5/5/2020 | Kim, Ye Darm | 1.1 | Review security lending contracts re: historical holdings. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/5/2020 | Kim, Ye Darm | 2.2 | Review historical operating agreements. |
| 18 | 5/7/2020 | Kim, Ye Darm | 1.1 | Review shareholders' historical SHLD holdings. |
| 18 | 5/7/2020 | Kim, Ye Darm | 1.3 | Perform review of the historical shareholders SHLD holdings. |
| 18 | 5/8/2020 | Kim, Ye Darm | 1.9 | Prepare analysis of reported historical shareholders' holdings. |
| 18 | 5/8/2020 | Kim, Ye Darm | 2.1 | Review productions re: related party annual reports. |
| 18 | 5/8/2020 | Kim, Ye Darm | 0.8 | Participate in meeting re: historical SHLD holdings. |
| 18 | 5/11/2020 | Kim, Ye Darm | 0.4 | Prepare update re: SHLD holdings analysis. |
| 18 | 5/11/2020 | Kim, Ye Darm | 2.2 | Process revisions to analysis re: SHLD holdings. |
| 18 | 5/11/2020 | Kim, Ye Darm | 0.6 | Draft summary of SHLD holdings analysis. |
| 18 | 5/11/2020 | Kim, Ye Darm | 1.6 | Review production of related party annual reports. |
| 18 | 5/14/2020 | Eisler, Marshall | 1.0 | Prepare for call with Akin re: historical debt facilities. |
| 18 | 5/14/2020 | Eisler, Marshall | 0.6 | Participate in call with Akin re: complaint. |
| 18 | 5/14/2020 | Diaz, Matthew | 0.5 | Prepare for call with Akin re: the complaint. |
| 18 | 5/14/2020 | Diaz, Matthew | 0.6 | Participate in a call with Akin to discuss questions re: complaint. |
| 18 | 5/14/2020 | Kim, Ye Darm | 0.6 | Participate in call with Akin re: investigations. |
| 18 | 5/14/2020 | Kim, Ye Darm | 0.8 | Review FTI real estate team's rent analysis. |
| 18 | 5/14/2020 | Kim, Ye Darm | 0.6 | Review valuation re: prepetition transaction. |
| 18 | 5/14/2020 | Kim, Ye Darm | 2.3 | Review productions re: interest and fees analysis. |
| 18 | 5/14/2020 | Kim, Ye Darm | 1.4 | Review analysis re: interest and fees. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/18/2020 | Kim, Ye Darm | 1.1 | Update analysis re: SHLD Holdings. |
| 18 | 5/19/2020 | Kim, Ye Darm | 0.4 | Prepare draft email summary re: issues from Akin. |
| 18 | 5/19/2020 | Kim, Ye Darm | 1.8 | Continue review of production re: equity holdings. |
| 18 | 5/20/2020 | Kim, Ye Darm | 0.5 | Draft summary of store profitability analysis. |
| 18 | 5/20/2020 | Kim, Ye Darm | 0.8 | Review valuations included in amended complaint. |
| 18 | 5/20/2020 | Kim, Ye Darm | 0.3 | Prepare update re: store analysis. |
| 18 | 5/20/2020 | Kim, Ye Darm | 2.8 | Prepare analysis re: store-level profitability. |
| 18 | 5/20/2020 | Kim, Ye Darm | 1.8 | Prepare analysis re: D&O holdings. |
| 18 | 5/21/2020 | Diaz, Matthew | 0.9 | Review updated responses to Akin inquiries re: litigation. |
| 18 | 5/21/2020 | Kim, Ye Darm | 2.1 | Update analysis re: store profitability. |
| 18 | 5/21/2020 | Kim, Ye Darm | 1.8 | Update analysis re: D&O holdings. |
| 18 | 5/21/2020 | Kim, Ye Darm | 0.4 | Draft updated summary email re: store profitability and D&O analyses. |
| 18 | 5/22/2020 | Kim, Ye Darm | 0.9 | Review analysis re: spin-off valuation. |
| 18 | 5/22/2020 | Kim, Ye Darm | 2.2 | Update store analysis re: terminations. |
| 18 | 5/22/2020 | Kim, Ye Darm | 0.8 | Review market evidence memo. |
| 18 | 5/22/2020 | Kim, Ye Darm | 1.7 | Update D&O holdings analysis. |
| 18 | 5/25/2020 | Diaz, Matthew | 0.7 | Review updated responses to certain Akin questions. |
| 18 | 5/26/2020 | Diaz, Matthew | 0.8 | Review responses to Akin's questions on the complaint. |
| 18 | 5/26/2020 | Kim, Ye Darm | 1.7 | Prepare updates to analysis re: store profitability. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/26/2020 | Kim, Ye Darm | 0.8 | Review production source file re: historical debt and interest. |
| 18 | 5/26/2020 | Kim, Ye Darm | 0.9 | Review analysis re: debt and provide summary to Akin. |
| 18 | 5/26/2020 | Kim, Ye Darm | 0.6 | Process updates to analysis re: D&O holdings. |
| 18 | 5/27/2020 | Kim, Ye Darm | 1.1 | Review debt analysis in the amended complaint. |
| **18 Total** | | | **59.2** | |
| 24 | 5/1/2020 | Kim, Ye Darm | 0.9 | Update draft of Sears monthly fee statement. |
| 24 | 5/4/2020 | Diaz, Matthew | 0.5 | Review and provide comments to the March fee statement. |
| 24 | 5/4/2020 | Shapiro, Jill | 1.2 | Prepare updates to the March fee statement. |
| 24 | 5/5/2020 | Hellmund-Mora, Marili | 0.4 | Generate fee and cost estimate in connection with reporting budget. |
| 24 | 5/5/2020 | Shapiro, Jill | 0.3 | Prepare the weekly fee estimate. |
| 24 | 5/6/2020 | Shapiro, Jill | 0.2 | Prepare the weekly fee estimate. |
| 24 | 5/12/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee and cost estimate in connection with reporting budget and fee application. |
| 24 | 5/12/2020 | Shapiro, Jill | 0.3 | Prepare the weekly fee estimate. |
| 24 | 5/13/2020 | Diaz, Matthew | 0.6 | Review updated Sears budget. |
| 24 | 5/19/2020 | Hellmund-Mora, Marili | 0.5 | Generate fee and cost estimate in connection with reporting budget and fee application. |
| 24 | 5/19/2020 | Shapiro, Jill | 0.5 | Prepare the weekly fee estimate. |
| 24 | 5/26/2020 | Hellmund-Mora, Marili | 0.4 | Generate fee and cost estimate in connection with reporting budget and fee application. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/26/2020 | Shapiro, Jill | 0.4 | Prepare the weekly fee estimate. |
| 24 | 5/28/2020 | Hellmund-Mora, Marili | 0.4 | Generate fee and cost estimate in connection with reporting budget and fee application. |
| **24 Total** | | | **7.1** | |
| **Grand Total** | | | **76.9** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Expense Type | Amount |
|---|---|
| Not Applicable in this month. | |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2020 TO MAY 31, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | Not Applicable in this month. | | |