**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
300 Quarropas Street
White Plains, NY 10601

---

| | |
|---|---|
| IN RE: Sears Holdings Corporation | CASE NO.: 18−23538−rdd |

aka    Print Procurement Company, LLC
aka    Print Production Company, LLC
aka    Relay LLC
aka    Shop Your Way Local, LLC
aka    Austin Technology Center
aka    Bath and Kitchen Elegance
aka    Bath and Kitchen Elegance of the Desert
aka    Big Beaver of Caguas Development Corporation
aka    Big Beaver of Caguas Development Corporation II
aka    Big Kmart
aka    Big Kmart (#3680)
aka    Central Wholesale Appliance Supply, Inc.
aka    Chantell Marketing
aka    Circle of Beauty Inc.
aka    Delver
aka    Delver.com
aka    Designer Depot
aka    Eblon Technologies India Private Limited
aka    Evoke Productions
aka    FitStudio by Sears

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
20−1920798

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on May 14, 2020, document number 7952, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 20−cv−3923 assigned to the Honorable Philip M. Halpern.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: June 19, 2020                                Vito Genna
                                                    Clerk of the Court