# Notice Recipients

District/Off: 0208–7     User:     Date Created: 6/19/2020
Case: 18–23538–rdd     Form ID: tranapl     Total: 2

**Recipients of Notice of Electronic Filing:**
aty     Garrett A. Fail     garrett.fail@weil.com
aty     Gustavo A Chico–Barris     gchico@ferraiuoli.com

TOTAL: 2