**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In Re | Chapter 11 |
| | Case No. 18-23538-RDD |
| | (Jointly Administered) |
| SEARS HOLDING CORPORATION, *et al.*, | |
| *Debtors*. | |

-----------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nelson Robles Diaz to be admitted, *pro hac vice*, to represent Pepsi Cola Puerto Rico Distributing LLC (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico, it is hereby

**ORDERED**, that Nelson Robles Diaz, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases and all related adversary proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
June 22, 2020

*/s/Robert D. Drain*
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE