# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  Sears Holdings Corporation                                        Case No. 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Abrim Enterprises<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone:  516-255-1801<br>Last four digits of Acct#:  N/A | Court Claim # (if known): 26230<br>**Ballot ID:  182353801017130**<br>Amount of Claim:  USD$76,376.00<br>Allowed Admin Amount Per Docket 7888:<br>USD$76,376.00<br>Date Claim Filed: 06/24/2020<br>Phone: (718) 672-7744<br>Last four digits of Acct.#:  N/A<br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:  N/A<br>Last four digits of Acct#:  N/A | Abrim Enterprises<br>3940 59th St<br>Woodside, NY, 11377-3436 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                                      Date: June 25th, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holding Corporation, et al. Case No. 18-23538

Claim #26230
Ballot ID#182353801017130

**Abrim Enterprises, Inc.**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $76,376.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23rd DAY OF June, 2020.

ASSIGNOR: Abrim Enterprises, Inc.

_____
(Signature)

DANNY SHUI
(Print Name)

PRESIDENT
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

6/25/2020

Prime Clerk

# Creditor Data Details - Claim # 26230

**Creditor**
Abrim Enterprises

**Debtor Name**
Sears Holdings Corporation
**Date Filed**
06/24/2020
**Claim Number**
26230
**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C* U* D* | Asserted Claim Amount | C* U* F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $76,376.00 | | $76,376.00 | Asserted |
| Total | $0.00 | | $76,376.00 | | $76,376.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

18-23538-shl    Doc 8050    Filed 06/25/20    Entered 06/25/20 13:54:03    Main Document
18-23538-rdd    Doc 7888-1    Filed 04/30/20    Entered 04/30/20 16:26:19    Exhibit 1
Pg 2 of 32

Debtors' Notice of Allowed Administrative Claim for Certain Creditors                    In re: Sears Holdings Corporation, et al.
Exhibit 1                                                                                                 Case No. 18-23538 (RDD)

| | Allowed Claims | | |
|---|---|---|---|
| Ref # | Name of Claimant | Unique Ballot ID | Allowed Amount |
| 1. | 1 STOP ELECTRONICS CENTER INC | 182353801017060 | $8,645.66 |
| 2. | 4 SEASONS PROFESSIONAL LAWN CARE | 182353801042648 | $1,360.00 |
| 3. | 7UP RC BOTTLING CO OF SO CALIF | 182353801042653 | $3,411.93 |
| 4. | A & B LANDSCAPE & CONSTRUCTION | 182353801042656 | $3,747.50 |
| 5. | A D WILLEMS CONSTRUCTION INC | 182353801042658 | $25,092.36 |
| 6. | A TOP MANUFACTORY CO LIMITED | 182353801017405 | $19,008.00 |
| 7. | A1 MULTI SERVICE LLC | 182353801042662 | $7,970.00 |
| 8. | AAA ENERGY SERVICE CO | 182353801042664 | $4,522.50 |
| 9. | AAA LAWN SERVICES LLC | 182353801042669 | $3,600.00 |
| 10. | AB MARKETERS LLC | 182353801013917 | $8,334.41 |
| 11. | ABILITY MAINTENANCE INC | 182353801042704 | $13,900.00 |
| 12. | ABOUT TIME SNOW REMOVAL | 182353801042707 | $6,572.00 |
| 13. | ABRIM ENTERPRISES INC | 182353801017130 | $76,376.00 |
| 14. | ACCOUNTING PRINCIPALS | 182353801047193 | $8,667.65 |
| 15. | ACCUWEATHER ENTERPRISE SOLUTIONS | 182353801042718 | $8,600.00 |
| 16. | ACE ELECTRIC | 182353801042719 | $428.00 |
| 17. | ACF GROUP LLC | 182353801017145 | $7,560.00 |
| 18. | ACHIM IMPORTING CO INC | 182353801017147 | $29,673.66 |
| 19. | ACME COMPLETE PARKING LOT SERVICE | 182353801042721 | $31,225.00 |
| 20. | ACRYLIC SKY INC | 182353801043192 | $2,483.00 |
| 21. | ADVANCED INTEGRATED SERVICES | 182353801043215 | $5,584.35 |
| 22. | AETNA BEHAVIORAL HEALTH LLC | 182353801039888 | $6,562.50 |