UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: Sears Holdings Corporation, et al.

                         Debtor

-----------------------------------------------------------x

                        Plaintiff

v.

                        Defendant

-----------------------------------------------------------x

Case No.: 18-23538(RDD)

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ellen K. Wolf, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Shaghal, Ltd., a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 6/23/2020
Los Angeles, California

*Mailing Address:*

Wolf Wallenstein & Abrams, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
*E-mail address*: ewolf@wolfwallenstein.com
*Telephone number*: (310) 622-1000