UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.

Debtor

---------------------------------------------------------------x

Plaintiff

v.

Defendant

---------------------------------------------------------------x

Case No.: 18-23538(RDD)

Chapter 11

Adversary Proceeding No.: _____

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Ellen K. Wolf , to be admitted, ***pro hac vice***, to represent  Shaghal, Ltd. , (the "Client") a  Creditor  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California  and, if applicable, the bar of the U.S. District Court for the  Central  District of  California , it is hereby

**ORDERED**, that  Ellen K. Wolf , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE