MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x

In re:                                          :     Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           :     Case No.  18-23538 (RDD)
                                                :
                                                :     (Jointly Administered)
                         Debtors.[1]            :
------------------------------------------------ x

### THIRD MONTHLY FEE STATEMENT OF MORITT HOCK & HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 1, 2020 THROUGH MAY 31, 2020

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | May 1, 2020 through May 31, 2020 |
| Monthly Fees Incurred: | $52,384.50 |
| 20% Holdback: | $10,476.90 |
| Total Compensation Less 20% Holdback: | $41,907.60 |
| Monthly Expenses Incurred: | $   906.00 |
| Total Fees and Expenses Requested: | $42,813.60 |

This is a X monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "First Monthly Fee Statement") covering the period May 1, 2020 through May 31, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769].  By the Third Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $41,907.60 (80% of $52,384.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $906.00 incurred by Moritt Hock during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Third Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman

Estates, Illinois 60179, <u>Attention</u>: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrent A. Fail (email: garrent.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, <u>Attention</u>: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, <u>Attention</u>: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Third Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than July 10, 2020 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Third Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Third Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Third Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
      June 26, 2020

                            **MORITT HOCK & HAMROFF LLP**

                            By:      /s/ James P. Chou
                                          James P. Chou
                                          Ted A. Berkowitz
                                          Danielle J. Marlow
                                          1407 Broadway
                                          Suite 3900
                                          New York, New York 10018
                                          Telephone: (212) 239-2000
                                          Facsimile: (212) 239-7277
                                          jchou@moritthock.com
                                          tberkowitz@moritthock.com
                                          dmarlow@moritthock.com

                                          *Special Conflicts Counsel to the Official*
                                          *Committee of Unsecured Creditors of Sears*
                                          *Holdings Corporation, et al.*

## EXHIBIT A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 1.00 | $ 675.00 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 8.80 | $ 5,236.00 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 16.00 | $ 8,960.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 38.50 | $21,175.00 |
| **Total Partner** | | | | **64.30** | **$36,046.00** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 3.90 | $ 1,540.50 |
| **Total Associates** | | | | **3.90** | **$ 1,540.50** |
| **PARALEGAL** | | | | | |
| Victoria Jankowski | Litigation | N/A | $245 | 9.40 | $ 2,303.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 51.00 | $12,495.00 |
| **Total Paralegal** | | | | **60.40** | **$14,798.00** |
| **Total Hours/ Fees Requested** | | | | **128.60** | **$52,384.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | 64.30 | $36,046.00 |
| Associates | 395.00 | 3.90 | $ 1,540.50 |
| Paralegals/ Non-Legal Staff | 245.00 | 60.40 | $14,798.00 |
| Blended Timekeeper Rate | 412.22 | | |
| **Total Fees Incurred** | | | $52,384.50 |

## EXHIBIT B

### Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 7.10 | $ 3,333.00 |
| B120 | Asset Analysis and Recovery | 89.90 | $34,543.00 |
| B160 | Fee/ Employment Applications | 31.60 | $14,508.50 |
| | Total: | **128.60** | **$52,384.50** |

## EXHIBIT C

**Itemized Fees**

**<u>EXHIBIT D</u>**

**Disbursement Summary**

| Disbursement Activity | Amount |
|---|---|
| Duplication – In House | $ 6.00 |
| Research and Records Fees | $ 60.00 |
| Telephonic Court Appearance Fees | $140.00 |
| Outside Vendor – Process Server | $700.00 |
| | |
| **Total:** | **$906.00** |

## **EXHIBIT E**

**Itemized Disbursements**

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 05/08/2020 | Copies | 6.00 |
| 05/15/2020 | Danielle Marlow, Comerica fee for research & records | 60.00 |
| 05/05/2020 | Executive Attorney Service Inc., Inv # 55279, Service of Subpoena to Produce Documents etc upon: Deutsche Bank Private Banking & Investment Banking at New York, NY on 4/22/2020 (attempted), Legal & General Investment Management Limited at Chicago, IL on 4/22/2020 (multiple attempts), and Credit Suisse Securities (USA) LLC at Albany, NY on 4/29/2020 (multiple attempts) | 625.00 |
| 05/06/2020 | Executive Attorney Service Inc., Inv # 55284, Service of Subpoena to Produce Documents etc upon HSBC Global Asset Management UK Ltd at New York, NY on 5/4/2020 | 75.00 |
| 04/30/2020 | TAB, Court Solutions, 4/23/2020 | 70.00 |
| 04/30/2020 | JPC, Court Solutions, 4/23/2020 | 70.00 |
| | **Total** | **906.00** |

## EXHIBIT A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 1.00 | $  675.00 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 8.80 | $ 5,236.00 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 16.00 | $ 8,960.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 38.50 | $21,175.00 |
| **Total Partner** | | | | **64.30** | **$36,046.00** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 3.90 | $ 1,540.50 |
| **Total Associates** | | | | **3.90** | **$ 1,540.50** |
| **PARALEGAL** | | | | | |
| Victoria Jankowski | Litigation | N/A | $245 | 9.40 | $ 2,303.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 51.00 | $12,495.00 |
| **Total Paralegal** | | | | **60.40** | **$14,798.00** |
| **Total Hours/ Fees Requested** | | | | **128.60** | **$52,384.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | 64.30 | $36,046.00 |
| Associates | 395.00 | 3.90 | $ 1,540.50 |
| Paralegals/ Non-Legal Staff | 245.00 | 60.40 | $14,798.00 |
| Blended Timekeeper Rate | 412.22 | | |
| | | | |
| **Total Fees Incurred** | | | **$52,384.50** |

## EXHIBIT B

### Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 7.10 | $ 3,333.00 |
| B120 | Asset Analysis and Recovery | 89.90 | $34,543.00 |
| B160 | Fee/ Employment Applications | 31.60 | $14,508.50 |
| | **Total:** | **128.60** | **$52,384.50** |

## EXHIBIT C

**Itemized Fees**



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED JUNE 2020**

File #     N-1994.001
Re:        Sears
           Bankruptcy

| Date | Prof | Description | Task | Time |
|------|------|-------------|------|------|
| 5/1/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.1 |
| 5/1/2020 | TAD | Draft, revise first combined monthly fee statement (1.0), revise exhibits thereto (0.8) | B160 | 1.8 |
| 5/1/2020 | DJM | Call with S. Thomas regarding analysis of shareholder data obtained in response to subpoenas (0.4); additional call with S. Thomas regarding questions (0.4). | B120 | 0.8 |
| 5/1/2020 | TAD | Correspond with timekeepers re: first combined monthly fee statement. | B160 | 0.2 |
| 5/1/2020 | SMT | Allocation of time to tasks for fee statement. | B160 | 0.1 |
| 5/1/2020 | DJM | Revision of billing descriptions for monthly fee statement. | B160 | 0.3 |
| 5/1/2020 | JPC | Begin review and comments to First Combined Monthly Fee Statement. | B160 | 0.5 |
| 5/4/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.8 |
| 5/4/2020 | DJM | Analysis and provision of information to D. Chapman in connection with client update (1.3); detailed review of information produced to date in response to subpoenas and follow up with multiple parties regarding deficiencies (2.0); call with S. Thomas regarding analysis and preparation of chart of information produced by subpoena respondents (0.6); e-mails with Akin Gump regarding non-complying parties (0.4). | B120 | 4.3 |
| 5/4/2020 | JPC | Review updated chart and info re: status of subpoenas and responses (.1); emails from D. Marlow re: same (.2). | B120 | 0.3 |
| 5/4/2020 | SMT | Telephone call with D. Marlow regarding analysis and preparation of chart of information produced by subpoena respondents. | B120 | 0.4 |
| 5/4/2020 | SMT | Further conforming billing descriptions and time allocations for fee statement. | B160 | 0.2 |
| 5/5/2020 | JPC | Review of draft First Combined Monthly Fee statement and provide comments. | B160 | 1.4 |
| 5/5/2020 | DJM | Review and analysis of productions received to date (1.8); e-mails with various banks (Alliance Bernstein, Citibank, Nomura, Sculptor, CSS) regarding production deficiencies/clarifications (1.2); e-mail to Jefferies in response to objections (0.6); coordination with S. Thomas regarding data analysis, template (0.4). | B120 | 4.0 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 5/5/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.4 |
| 5/5/2020 | SMT | Conforming time entry descriptions for fee statement. | B160 | 0.1 |
| 5/6/2020 | DJM | E-mails with counsel to Morgan Stanley regarding motion for 2004 discovery, review of docket in connection with same (0.8); call with counsel for Merrill Lynch regarding subpoena (0.4); e-mails with counsel for Highland Counsel regarding subpoena (0.4); various follow up e-mails and requests for status updates from multiple banks (0.8); coordination with S. Thomas regarding information analysis and creation of template, service issues (0.5) | B120 | 3.0 |
| 5/6/2020 | SMT | Revising and conforming descriptions for fee statement. | B160 | 0.2 |
| 5/6/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.3 |
| 5/6/2020 | TAD | Review J. Chou correspondence and comments to first fee statement and correspond with billing re: same. | B160 | 0.5 |
| 5/6/2020 | DJM | Time entry descriptions and time allocations. | B120 | 0.5 |
| 5/6/2020 | SMT | Telephone calls to Registered Agent of Wells Fargo Securities LLC regarding contact information for the Legal Department regarding served subpoena (0.4); telephone call Wells Fargo Securities LLC concerning same (0.3). | B120 | 0.7 |
| 5/7/2020 | DJM | Draft/revise spreadsheet of information from subpoenaed parties (0.8); call with S. Thomas regarding spreadsheet analysis (0.3); review of supplemental production by TIAA and e-mail to S. Thomas regarding same (0.4); provision of information to S. Thomas for inclusion in spreadsheet (0.5); e-mails with Akin Gump and FTI regarding Highland Capital (0.3). | B120 | 2.3 |
| 5/7/2020 | VJ | Revise Fee Application. | B160 | 0.8 |
| 5/7/2020 | ADC | Communicate (in firm) to discuss subpoena status with team (0.20); call with J. Chou to discuss Norges meet and confer (0.40); researched case law and legislative history w/r/t Norges service argument (1.50) | B120 | 2.1 |
| 5/7/2020 | SMT | Conforming time entry descriptions and time allocations for fee statement. | B160 | 0.2 |
| 5/7/2020 | TAB | Attend weekly team status meeting | B110 | 0.2 |
| 5/7/2020 | TAD | Calls with Sears team re: status, fee statement and related items. | B160 | 0.3 |
| 5/7/2020 | JPC | T/c w/ A. Corey re: final research point and strategy for meet and confer w/ Norges Bank (.4); review research findings from A. Corey (.6); correspond w/ A. Corey re: same (.2). | B120 | 1.2 |
| 5/7/2020 | DJM | Weekly team call. | B110 | 0.2 |
| 5/7/2020 | VJ | Weekly Webex with team. | B110 | 0.2 |
| 5/7/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.2 |

| Date | | Description | | |
|---|---|---|---|---|
| 5/7/2020 | DJM | Revise descriptions and assign time allocations to conform w/BK billing standards. | B160 | 0.3 |
| 5/7/2020 | JPC | Prepare agenda for weekly team meeting (.1); attend and facilitate team meeting (.2). | B110 | 0.3 |
| 5/7/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |
| 5/8/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.2 |
| 5/8/2020 | TAD | Correspond with V. Jankowski re: revisions to first monthly fee statement. | B160 | 0.1 |
| 5/8/2020 | SMT | Time entry descriptions for fee statement. | B160 | 0.2 |
| 5/8/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 5/8/2020 | TAD | Revise pre-bill with J. Chou edits and correspond with accounting re: same. | B160 | 0.5 |
| 5/8/2020 | VJ | Revise Fee Application and email to TAD. | B160 | 2.6 |
| 5/11/2020 | TAD | Review first combined fee statement (.70); review interim comp. order re: notice procedures and other requirements. | B160 | 1.2 |
| 5/11/2020 | JPC | Review and comment on billing descriptions for April 2020; draft billing protocol email to MHH team. | B120 | 2.0 |
| 5/11/2020 | SMT | Conforming time entry descriptions for fee statement. | B160 | 0.2 |
| 5/11/2020 | SMT | Telephone call with D. Marlow regarding entry into shareholders chart of select information contained in Citibank's production documents. | B120 | 0.4 |
| 5/11/2020 | DJM | Call/e-mails with counsel for Jefferies regarding subpoena (0.5); e-mails with Akin Gump regarding same (0.5); call with S. Thomas regarding analysis of production by Citibank (0.3); coordination with S. Thomas regarding Jefferies production (0.1); review of e-mail from Comerica and addressing of same (0.3). | B120 | 1.7 |
| 5/11/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 5/12/2020 | DJM | Review and analysis of production by AQR (0.5); review and analysis of production by Comerica (0.5), review and analysis of production by Sculptor (0.5); call and e-mails with S. Thomas regarding productions, inputting to template (0.4); e-mails with counsel for UBS (0.1); e-mails with counsel for Wolverine (0.1); updating of chart (0.3 | B120 | 2.4 |
| 5/12/2020 | SMT | Further revise descriptions and allocations for next monthly fee statement. | B160 | 0.1 |
| 5/12/2020 | TAD | Review time records to be annexed to first combined monthly fee statement (.60); correspond with M. Cimmino and V. Jankowski re: same (.50); correspond with J. Chou re: revised statement for filing (.10). | B160 | 1.2 |
| 5/12/2020 | JPC | Review final monthly fee statement for filing (.4); email to T. Driscoll and V. Jankowski re: same (.1). | B160 | 0.5 |

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 5/12/2020 | TAD | Revise first combined monthly fee statement. | B160 | 1.0 |
| 5/12/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.4 |
| 5/12/2020 | SMT | Telephone call with D. Marlow regarding entry into shareholders chart of select information contained in Comerica, Sculptor/Och-Ziff and AQR production documents. | B120 | 0.5 |
| 5/13/2020 | TAD | Multiple emails and calls with V. Jankowski re: filing and service of monthly fee statement. | B110 | 0.6 |
| 5/13/2020 | TAD | Revise and finalize first combined monthly fee statement for filing and service. | B160 | 1.4 |
| 5/13/2020 | DJM | Time entry descriptions for monthly fee statement. | B160 | 0.4 |
| 5/13/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.7 |
| 5/13/2020 | SMT | Revise time entry descriptions for monthly fee statement. | B160 | 0.1 |
| 5/13/2020 | DJM | Call with counsel for UBS (0.4); call with counsel for Wolverine (0.4); review of data analysis template from S. Thomas and e-mails with same (0.4). | B120 | 1.2 |
| 5/13/2020 | VJ | Discuss and finalize First Combined Monthly Fee Application with TAD and SS (.8); e-file Combined Monthly Fee Application and email to all noticed parties (.5); download and save document (.1). | B160 | 1.4 |
| 5/13/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.4 |
| 5/14/2020 | SMT | Telephone call and email with D. Marlow regarding analysis and preparation of chart of information produced by subpoena respondents. | B120 | 0.6 |
| 5/14/2020 | ADC | Attend weekly team meeting. | B110 | 0.2 |
| 5/14/2020 | DJM | Weekly team meeting. | B110 | 0.2 |
| 5/14/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 2.8 |
| 5/14/2020 | VJ | Weekly status meeting with team. | B110 | 0.2 |
| 5/14/2020 | TAB | Attend weekly team meeting | B110 | 0.2 |
| 5/14/2020 | DJM | E-mail with counsel for Barclays (0.1 hour); e-mail with counsel for BlackRock (0.1); review of information from Comerica and call/e-mails with S. Thomas regarding analysis of same (0.6); revisions to time entries to conform/standardize (0.4). | B120 | 1.2 |
| 5/14/2020 | JPC | Attention to January through April fees and expenses for client budgeting purposes. | B160 | 1.0 |
| 5/14/2020 | TAD | Review pre-bill for April time. | B160 | 0.8 |
| 5/14/2020 | JPC | Weekly team meeting re: status of tasks and updates. | B110 | 0.2 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 5/14/2020 | SMT | Conforming descriptions and tasks for monthly fee statements. | B160 | 0.1 |
| 5/15/2020 | SMT | Revising descriptions and allocations and addition of BK task codes for monthly statement. | B160 | 0.1 |
| 5/15/2020 | JPC | Review revised time descriptions for monthly fee statement (.2); email same with comment to T. Driscoll and V. Jankowski for monthly fee statement (.1). | B160 | 0.3 |
| 5/15/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.4 |
| 5/15/2020 | VJ | Telephone conversation with SMT regarding using B codes for billing. | B110 | 0.2 |
| 5/18/2020 | DJM | E-mails with various banks following up on subpoena responses (0.5 hours) | B120 | 0.5 |
| 5/18/2020 | SMT | Emailed D. Marlow attaching updated Shareholders chart for review. | B120 | 0.2 |
| 5/18/2020 | SMT | Coding and billing descriptions for monthly fee statement. | B160 | 0.2 |
| 5/18/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.9 |
| 5/19/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 5/19/2020 | DJM | Draft/revise chart analyzing public shareholder data, e-mails with S. Thomas regarding same. | B120 | 0.5 |
| 5/19/2020 | SMT | Draft/revise shareholders chart. | B120 | 0.2 |
| 5/19/2020 | SMT | Edit time entry descriptions and codes for monthly statement. | B160 | 0.2 |
| 5/19/2020 | TAD | Review edits to April time (0.3); multiple emails with M. Cimmino re: April time and bankruptcy codes. | B160 | 0.6 |
| 5/19/2020 | TAD | Review docket for professional interim fee application timing. | B160 | 0.3 |
| 5/20/2020 | TAD | Review and edit April pre-bill, bankruptcy codes. | B160 | 0.8 |
| 5/20/2020 | ADC | Telephone conversation with D. Marlow discussing Norges Bank call strategy | B120 | 0.4 |
| 5/20/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis | B120 | 1.2 |
| 5/20/2020 | SMT | Time entry recording descriptions and allocations for fee statement. | B160 | 0.2 |
| 5/20/2020 | DJM | Review and analysis of correspondence and legal research related to objections by Norges bank (1.5); call with A. Corey regarding objections by Norges bank (0.5); e-mails with counsel for Norges bank (0.3); review of production from Societe Generale and e-mails with S. Thomas regarding same (0.5) | B120 | 2.8 |
| 5/20/2020 | DJM | Conform descriptions and allocation for monthly fee statement. | B120 | 0.2 |
| 5/20/2020 | SMT | Added documents responsive to subpoena to file. | B120 | 0.2 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 5/21/2020 | DJM | Time entry, revision to time entries for monthly fee statements. | B160 | 0.6 |
| 5/21/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.6 |
| 5/21/2020 | TAD | Correspond with James Chou re: fee statement; matter designations and related items (0.3); discuss same with V. Jankowski (0.2) | B160 | 0.5 |
| 5/21/2020 | DJM | Preparation for and conduct of call with counsel for Norges Bank, call with A. Corey in connection with same (1.2); follow up e-mail with counsel for Norges Bank (0.4); coordination with S. Thomas regarding entry of data for Norges on spreadsheet, review of FTI data in connection with same (0.5); review and sending of spreadsheet to Akin Gump, e-mails with same (0.5). | B120 | 3.4 |
| 5/21/2020 | TAB | Prepare for and participate on Sears team call. | B110 | 0.3 |
| 5/21/2020 | VJ | Webex meeting with team. | B110 | 0.3 |
| 5/21/2020 | SMT | Time entry descriptions for monthly fee statement. | B160 | 0.1 |
| 5/21/2020 | TAD | Review revised billing summary for compliance with UST guidelines and local rules, orders. | B160 | 0.7 |
| 5/21/2020 | ADC | Telephone conversation with team to discuss current status of matter. | B110 | 0.3 |
| 5/21/2020 | JPC | Prepare agenda for team meeting (.2); attend team meeting (.3). | B110 | 0.5 |
| 5/21/2020 | ADC | Telephone conversation with D. Marlow and then Norges concerning Norges' objections to our subpoena. | B120 | 0.6 |
| 5/21/2020 | DJM | Weekly team meeting. | B110 | 0.3 |
| 5/21/2020 | JPC | Review and edit matter descriptions and task codes for monthly billing statement. | B160 | 0.3 |
| 5/22/2020 | DJM | E-mails with Blackstone regarding supplemental production. | B120 | 0.2 |
| 5/22/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.9 |
| 5/22/2020 | DJM | Review and analysis of supplemental production from Blackstone. | B120 | 0.5 |
| 5/22/2020 | SMT | Time entry recording. | B160 | 0.1 |
| 5/25/2020 | DJM | Draft/revise spreadsheet analyzing public shareholder data, e-mails with S. Thomas regarding same. | B120 | 0.5 |
| 5/26/2020 | TAD | Review time records for conformity with designations of billing codes and UST guidelines. | B160 | 0.4 |
| 5/26/2020 | SMT | Time entry description and allocations. | B160 | 0.1 |
| 5/26/2020 | DJM | Review of spreadsheet analyzing public shareholder data (0.3); call with S. Thomas regarding same (0.4); e-mail to Akin Gump regarding same (0.1); follow up with numerous banks regarding production (0.2). | B120 | 1.0 |

| | | | | |
|---|---|---|---|---|
| 5/26/2020 | SMT | Telephone call with D. Marlow regarding information contained in Shareholder chart. | B160 | 0.3 |
| 5/26/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 0.9 |
| 5/26/2020 | TAD | Emails with James Chou re: designation of bankruptcy billing codes for April fee statement. | B160 | 0.2 |
| 5/27/2020 | TAD | Further edits to April time (0.7); correspond with M. Cimmino re: same (0.1); correspond with V. Jankowski re: fee statement (0.1) | B160 | 0.9 |
| 5/27/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.3 |
| 5/27/2020 | SMT | Conform billing descriptions and allocations for next fee statement. | B160 | 0.1 |
| 5/27/2020 | DJM | E-mails with counsel for Blackstone (0.5), provision of productions as requested by Akin Gump (0.5). | B120 | 1.0 |
| 5/28/2020 | TAD | Review interim comp procedures order re: process following objection deadline and related items. | B160 | 0.4 |
| 5/28/2020 | ADC | Weekly Sears team meeting to discuss weekly developments. | B110 | 0.3 |
| 5/28/2020 | SMT | Conforming descriptions for monthly fee statement. | B160 | 0.2 |
| 5/28/2020 | TAD | Team meeting to discuss status and progress of various items. | B110 | 0.3 |
| 5/28/2020 | DJM | Attend weekly team meeting. | B110 | 0.3 |
| 5/28/2020 | DJM | Time entry and review descriptions and time allocations. | B160 | 0.4 |
| 5/28/2020 | SMT | Emailed D. Marlow attaching shareholders chart for review and input. | B120 | 0.2 |
| 5/28/2020 | VJ | Draft April Fee Statement. | B160 | 2.5 |
| 5/28/2020 | DJM | Follow up with numerous banks regarding response to subpoena (0.5); e-mails with counsel to Wolverine regarding subpoena (0.1); research regarding contacts at HSBC and e-mailing of same regarding subpoena (0.5); e-mails with S. Thomas regarding service, analysis of public shareholders data (0.3); review of public shareholders chart from S. Thomas and e-mailing of comments to same (0.4); updating of service chart (0.2). | B120 | 2.0 |
| 5/28/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 3.3 |
| 5/28/2020 | VJ | Status call with team. | B110 | 0.3 |
| 5/28/2020 | JPC | Weekly team meeting. | B110 | 0.3 |
| 5/28/2020 | TAB | Weekly call with Sears Team. | B110 | 0.3 |
| 5/28/2020 | VJ | Prepare Notice of Appearance for JPC. | B110 | 0.6 |

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 5/28/2020 | TAD | Call with Zach Lainer (Akin) re: interim fee applications and timing for next round (0.1); call with V. Jankowski re: April fee statement (0.1). | B160 | 0.2 |
| 5/29/2020 | SMT | Emailed D. Marlow attaching revised shareholders chart for review. | B120 | 0.2 |
| 5/29/2020 | VJ | E-file Notice of Appearance for JPC. | B110 | 0.3 |
| 5/29/2020 | DJM | Draft/revise spreadsheet analyzing public shareholder data, multiple e-mails with S. Thomas regarding same (0.8); e-mailing of same to Akin Gump (0.2); e-mail to Akin Gump regarding outstanding subpoenas (0.4); e-mails with counsel to Goldman Sachs (0.1). | B120 | 1.5 |
| 5/29/2020 | SMT | Further conform descriptions and time allocations for monthly fee statement. | B160 | 0.1 |
| 5/29/2020 | SMT | Revised shareholders chart for further review and analysis. | B120 | 2.2 |
| 5/29/2020 | TAD | Work on Second Monthly Fee Statement. | B160 | 0.7 |
| 5/29/2020 | TAD | Review comp. procedures and correspond with Debtors' restructuring advisors (M-III Partners) for payment on First Monthly Fee Statement. | B160 | 0.4 |
| | | | **Total:** | **128.6** |

## EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount |
|---|---|
| Duplication – In House | $ 6.00 |
| Research and Records Fees | $ 60.00 |
| Telephonic Court Appearance Fees | $140.00 |
| Outside Vendor – Process Server | $700.00 |
| **Total:** | **$906.00** |

## **EXHIBIT E**

### **Itemized Disbursements**

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 05/08/2020 | Copies | 6.00 |
| 05/15/2020 | Danielle Marlow, Comerica fee for research & records | 60.00 |
| 05/05/2020 | Executive Attorney Service Inc., Inv # 55279, Service of Subpoena to Produce Documents etc upon: Deutsche Bank Private Banking & Investment Banking at New York, NY on 4/22/2020 (attempted), Legal & General Investment Management Limited at Chicago, IL on 4/22/2020 (multiple attempts), and Credit Suisse Securities (USA) LLC at Albany, NY on 4/29/2020 (multiple attempts) | 625.00 |
| 05/06/2020 | Executive Attorney Service Inc., Inv # 55284, Service of Subpoena to Produce Documents etc upon HSBC Global Asset Management UK Ltd at New York, NY on 5/4/2020 | 75.00 |
| 04/30/2020 | TAB, Court Solutions, 4/23/2020 | 70.00 |
| 04/30/2020 | JPC, Court Solutions, 4/23/2020 | 70.00 |
| | **Total** | **906.00** |