**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Hearing on Debtors' Motion (I) to Allow Administrative Claims and (II) Granting Other Related Relief [Docket No. 7477]

- Order (I) Allowing Administrative Claims, and (II) Granting Related Relief [Docket No. 7888]

On June 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on R2P Group Inc (MMLID: 5798356), 1315 W Macarthur Rd # 300, Wichita, KS 67217-2736:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Amended Certificate of No Objection Regarding Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) [Docket No. 7840]

On June 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Order (I) Allowing Administrative Claims, and (II) Granting Related Relief [Docket No. 7888]

On June 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on 1803, LLC (MMLID: 4907036), Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., Attn: James M. Jorissen, 100 S 5th St, Ste 2400, Minneapolis, MN 55402-1258:

- Notice of Cancellation of Hearing on Matters Scheduled for May 14, 2020 at 10:00 a.m. [Docket No. 7939]

- Notice of Adjournment of Hearing on Debtors' Seventeenth Omnibus Objection to Claims (Satisfied) [Dockets No. 7949]

- Notice of Withdrawal Regarding Debtors' Seventeenth Omnibus Objection to Claims (Satisfied) Solely as to Certain Claim [Docket No. 7950]

- Notice of Withdrawal Regarding Debtors' Eighteenth Omnibus Objection to Proofs of Claim or Ballots (Reduced or Reclassified Claims/Ballots) Solely as to Certain Claims [Docket No. 7962]

- Amended Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses on June 17, 2020 at 10:00 a.m. [Docket No. 7963]

Dated: June 24, 2020

*/s/ Arnold A. Jaglal*
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 24, 2020, by Arnold A. Jaglal, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 42970

**<u>Exhibit A</u>**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 4866073 | ALLIANCE MATERIAL HANDLING CORP | 511 BALLANTYNE RD | GROSSE PT SHR | MI | 48236-2604 |
| 7729642 | KRISTEN RAYBON | 5121 HIDDEN HARBOR RD | SIESTA KEY | FL | 34242-1425 |

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
|-------|------|---------|------|-------|-------------|---------|---|
| 5795327 | COMMAND LINE SYSTEMS | 12315 PARC CREST DR STE 160 | STAFFORD | TX | 77477-2408 | | |
| 5611317 | FACTORIAL DIGITAL INC | 1351 FAIRMONT AVE | MT PLEASANT | SC | 26464-4456 | | |
| 7729642 | KRISTEN RAYBON | 5121 HIDDEN HARBOR RD | SIESTA KEY | FL | 34242-1425 | | |
| 7729662 | MENA, CYNTHIA | 4210 NW 107TH AVE APT 1310 | DORAL | FL | 33178-4873 | | |
| 5798454 | RENPURE LLC | 190 PIPPIN ROAD | CONCORD | ON | L4K4X9 | CANADA | |
| 4858746 | YOGA DIRECT LLC | PO BOX 2218 | RICHMOND | VA | 23218-2218 | | |

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)