**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.   Case No.: 18-23538(RDD)

　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　　Debtors   (Jointly Administered)

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

　　　Upon the motion of  Ellen K. Wolf  to be admitted, *pro hac vice*, to represent  Shaghal, Ltd.  (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  California  and the bar of the U.S. District Court for the  Central  District of  California , it is hereby

　　　**ORDERED**, that  Ellen K. Wolf , Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
　　　　June 29, 2020

　　　　　　　　　　　　　　　　　　　　　*/s/Robert D. Drain*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE