**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors** | |

------------------------------------------------------------ x

## NOTICE OF HEARING

    **PLEASE TAKE NOTICE** that Koolatron Corporation's Objection to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program shall be heard on **July 15, 2020 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

                                        Respectfully submitted,

                                        */s/* Jayson M. Macyda
                                        (admitted *pro hac vice* for Koolatron Corporation)
                                        Kyko Global, Inc. and Affiliates
                                        P.O. Box 87491
                                        Canton, MI 48187
                                        (248) 243-6685
                                        generalcounsel@kykoglobal.com