**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors** | |

------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jayson M. Macyda, am admitted *pro hac vice* in this matter and certify that on June 29, 2020, I electronically filed Koolatron Corporation's Objection to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program and Notice of Hearing using this Court's ECF filing system, which will send notification of such filings to all CM/ECF participants in this case.

    Respectfully submitted,

    */s/* Jayson M. Macyda
    (admitted *pro hac vice* for Koolatron Corporation)
    Kyko Global, Inc. and Affiliates
    P.O. Box 87491
    Canton, MI 48187
    (248) 243-6685
    generalcounsel@kykoglobal.com