**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891846 | 6/21/2018 | $46.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891344 | 6/21/2018 | $3,692.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989825 | $409.20 | 8/9/2018 | 1882037-14525 | 5/10/2018 | $409.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990223 | $349.60 | 8/9/2018 | 1887167 | 6/1/2018 | $153.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990223 | $349.60 | 8/9/2018 | 1887168 | 6/1/2018 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990223 | $349.60 | 8/9/2018 | 1887169 | 6/1/2018 | $172.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990223 | $349.60 | 8/9/2018 | 1887170 | 6/1/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891323 | 6/21/2018 | $3,442.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891329 | 6/21/2018 | $6,523.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891337 | 6/21/2018 | $3,379.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1894901 | 7/2/2018 | $870.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891350 | 6/21/2018 | $128.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1894900 | 7/2/2018 | $872.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1895448 | 7/3/2018 | $2,258.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1895449 | 7/3/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1895450 | 7/3/2018 | $49,200.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1895575 | 7/3/2018 | $3,185.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1895576 | 7/3/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896210 | 7/5/2018 | $581.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896254 | 7/5/2018 | $799.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896255 | 7/5/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896261 | 7/5/2018 | $359.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896388 | 7/5/2018 | $113.05 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                           Exhibit A                                                           P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1891349 | 6/21/2018 | $5,705.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988441 | $4,056.08 | 8/7/2018 | 1892894 | 6/26/2018 | $266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979616 | $2,459.55 | 7/17/2018 | 1887119 | 6/1/2018 | $799.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891351 | 6/21/2018 | $2,455.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891928 | 6/21/2018 | $1,147.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891929 | 6/21/2018 | $511.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891932 | 6/21/2018 | $24.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891933 | 6/21/2018 | $274.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891934 | 6/21/2018 | $59.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891935 | 6/21/2018 | $230.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891941 | 6/21/2018 | $15.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1894902 | 7/2/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1892864 | 6/25/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1897657 | 7/9/2018 | $35,634.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988441 | $4,056.08 | 8/7/2018 | 1892895 | 6/26/2018 | $807.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988441 | $4,056.08 | 8/7/2018 | 1892896 | 6/26/2018 | $2,982.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1891917 | 6/21/2018 | $99.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1891918 | 6/21/2018 | $773.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1891919 | 6/21/2018 | $103.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1891920 | 6/21/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1891926 | 6/21/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1892859 | 6/25/2018 | $24.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1892860 | 6/25/2018 | $324.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988937 | $3,958.65 | 8/7/2018 | 1892861 | 6/25/2018 | $434.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988307 | $2,499.92 | 8/2/2018 | 1891942 | 6/21/2018 | $136.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896360 | 7/5/2018 | $337.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896260 | 7/5/2018 | $1,082.43 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896264 | 7/5/2018 | $1,080.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896265 | 7/5/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1897654 | 7/9/2018 | $2,188.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1901528-14529 | 7/16/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1901528-14531 | 7/16/2018 | $20,654.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1901529 | 7/16/2018 | $7,117.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1894903-2105 | 7/2/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1894903-2107 | 7/2/2018 | $18,544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896733 | 7/6/2018 | $275.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896359 | 7/5/2018 | $1,057.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896218 | 7/5/2018 | $1,332.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896364 | 7/5/2018 | $187.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896365 | 7/5/2018 | $39.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896366 | 7/5/2018 | $228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896367 | 7/5/2018 | $443.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897823 | 7/9/2018 | $25.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897824 | 7/9/2018 | $464.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897825 | 7/9/2018 | $19.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897827 | 7/9/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897828 | 7/9/2018 | $135.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897829 | 7/9/2018 | $27.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1896358 | 7/5/2018 | $102.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992471 | $12,985.51 | 8/14/2018 | 1897826-2112 | 7/9/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891338 | 6/21/2018 | $167.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991344 | $2,314.37 | 8/13/2018 | 1897655 | 7/9/2018 | $984.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991344 | $2,314.37 | 8/13/2018 | 1897656-14526 | 7/9/2018 | $49.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991344 | $2,314.37 | 8/13/2018 | 1897656-14528 | 7/9/2018 | $492.10 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                      Exhibit A                                      P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991344 | $2,314.37 | 8/13/2018 | 1897658 | 7/9/2018 | $950.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991771 | $196.65 | 8/13/2018 | 1897822 | 7/9/2018 | $196.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991896 | $5,972.81 | 8/14/2018 | 1896216 | 7/5/2018 | $2,228.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991896 | $5,972.81 | 8/14/2018 | 1896217 | 7/5/2018 | $192.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991896 | $5,972.81 | 8/14/2018 | 1896262 | 7/5/2018 | $3,495.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991896 | $5,972.81 | 8/14/2018 | 1896263 | 7/5/2018 | $256.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896258 | 7/5/2018 | $432.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992471 | $12,985.51 | 8/14/2018 | 1896362 | 7/5/2018 | $24.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896219 | 7/5/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992471 | $12,985.51 | 8/14/2018 | 1897826-2113 | 7/9/2018 | $13,727.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993420 | $6,205.87 | 8/16/2018 | 1896211 | 7/5/2018 | $2,106.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993420 | $6,205.87 | 8/16/2018 | 1896212 | 7/5/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993420 | $6,205.87 | 8/16/2018 | 1896256 | 7/5/2018 | $3,917.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993420 | $6,205.87 | 8/16/2018 | 1896257 | 7/5/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1894824 | 7/2/2018 | $21,031.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896213 | 7/5/2018 | $385.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896214 | 7/5/2018 | $932.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994255 | $56,221.35 | 8/17/2018 | 1896215 | 7/5/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990568 | $111,848.71 | 8/10/2018 | 1896734 | 7/6/2018 | $46.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992471 | $12,985.51 | 8/14/2018 | 1896361 | 7/5/2018 | $49.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891845 | 6/21/2018 | $339.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891345 | 6/21/2018 | $193.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891939 | 6/21/2018 | $28.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891940 | 6/21/2018 | $1,833.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891620 | 6/21/2018 | $66.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891621 | 6/21/2018 | $900.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891622 | 6/21/2018 | $2,787.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891623 | 6/21/2018 | $113.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891624 | 6/21/2018 | $93.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891625 | 6/21/2018 | $272.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891937 | 6/21/2018 | $76.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891844 | 6/21/2018 | $113.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891936 | 6/21/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892166 | 6/22/2018 | $997.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892167-14518 | 6/22/2018 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892167-14520 | 6/22/2018 | $1,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892168 | 6/22/2018 | $4,569.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892657 | 6/25/2018 | $332.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1892658 | 6/25/2018 | $2,088.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983982 | $9,474.09 | 7/25/2018 | 1892862 | 6/25/2018 | $460.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983982 | $9,474.09 | 7/25/2018 | 1892863 | 6/25/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983982 | $9,474.09 | 7/25/2018 | 1893138 | 6/26/2018 | $9,003.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984429 | $4,631.30 | 7/26/2018 | 1892661 | 6/25/2018 | $332.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983612 | $14,801.54 | 7/25/2018 | 1891843 | 6/21/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891279 | 6/20/2018 | $519.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979616 | $2,459.55 | 7/17/2018 | 1887128 | 6/1/2018 | $1,334.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979616 | $2,459.55 | 7/17/2018 | 1887129 | 6/1/2018 | $326.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980669 | $324.19 | 7/18/2018 | 1887450 | 6/4/2018 | $199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980669 | $324.19 | 7/18/2018 | 1887451 | 6/4/2018 | $124.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1887126 | 6/1/2018 | $1,793.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1887127 | 6/1/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1887136 | 6/1/2018 | $1,666.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1887137 | 6/1/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891276 | 6/20/2018 | $4,639.23 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891938 | 6/21/2018 | $848.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891278 | 6/20/2018 | $3,279.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985626 | $13,986.37 | 7/30/2018 | 1890250-14521 | 6/15/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891281 | 6/20/2018 | $3,925.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891282 | 6/20/2018 | $808.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891325 | 6/21/2018 | $14,516.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891343 | 6/21/2018 | $438.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981671 | $22,804.27 | 7/20/2018 | 1890605 | 6/18/2018 | $22,804.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891076-2098 | 6/19/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891076-2100 | 6/19/2018 | $38,161.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891927 | 6/21/2018 | $41.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891930 | 6/21/2018 | $76.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982144 | $43,229.73 | 7/20/2018 | 1891931 | 6/21/2018 | $2,111.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981074 | $35,948.03 | 7/19/2018 | 1891277 | 6/20/2018 | $8,438.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1894906-2109 | 7/2/2018 | $11.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891925 | 6/21/2018 | $2,650.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892852 | 6/25/2018 | $769.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892853-2103 | 6/25/2018 | $142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892853-2104 | 6/25/2018 | $6,786.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892854 | 6/25/2018 | $187.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892855 | 6/25/2018 | $21.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892856 | 6/25/2018 | $583.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892857 | 6/25/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1892858 | 6/25/2018 | $2,146.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984429 | $4,631.30 | 7/26/2018 | 1892662 | 6/25/2018 | $807.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1894905 | 7/2/2018 | $4,695.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891922 | 6/21/2018 | $153.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1894906-2110 | 7/2/2018 | $263.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891320 | 6/21/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891321 | 6/21/2018 | $6,907.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891322 | 6/21/2018 | $2,934.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891324 | 6/21/2018 | $2,056.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891327 | 6/21/2018 | $13,167.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891328 | 6/21/2018 | $4,369.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891330 | 6/21/2018 | $3,830.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891332 | 6/21/2018 | $2,029.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987830 | $42,007.85 | 8/2/2018 | 1891333 | 6/21/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1894904 | 7/2/2018 | $153.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891340 | 6/21/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897832 | 7/9/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985626 | $13,986.37 | 7/30/2018 | 1890250-14523 | 6/15/2018 | $13,986.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986376 | $2,851.75 | 7/31/2018 | 1882016-14524 | 5/10/2018 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986376 | $2,851.75 | 7/31/2018 | 1891335 | 6/21/2018 | $964.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986376 | $2,851.75 | 7/31/2018 | 1891336 | 6/21/2018 | $287.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986376 | $2,851.75 | 7/31/2018 | 1891347 | 6/21/2018 | $1,002.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986376 | $2,851.75 | 7/31/2018 | 1891348 | 6/21/2018 | $556.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891319 | 6/21/2018 | $1,403.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891326 | 6/21/2018 | $3,351.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891331 | 6/21/2018 | $671.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891924 | 6/21/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891339 | 6/21/2018 | $724.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891923 | 6/21/2018 | $804.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891341 | 6/21/2018 | $1,332.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891342 | 6/21/2018 | $182.40 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891346 | 6/21/2018 | $159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891352 | 6/21/2018 | $38.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1894823 | 7/2/2018 | $12,483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891074 | 6/19/2018 | $46,331.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891915 | 6/21/2018 | $76.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891916 | 6/21/2018 | $76.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987419 | $65,791.97 | 8/1/2018 | 1891921 | 6/21/2018 | $76.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984429 | $4,631.30 | 7/26/2018 | 1892664 | 6/25/2018 | $3,667.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987080 | $20,818.58 | 8/1/2018 | 1891334 | 6/21/2018 | $432.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917613 | 8/6/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897830 | 7/9/2018 | $156.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917591 | 8/6/2018 | $1,722.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917594 | 8/6/2018 | $386.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917599 | 8/6/2018 | $465.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917600 | 8/6/2018 | $886.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917601 | 8/6/2018 | $266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917602 | 8/6/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917607 | 8/6/2018 | $1,884.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917610 | 8/6/2018 | $446.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917587 | 8/6/2018 | $1,678.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917612 | 8/6/2018 | $199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1915030 | 8/2/2018 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1918287 | 8/6/2018 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1918288 | 8/6/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1918519 | 8/6/2018 | $6,119.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1918521 | 8/6/2018 | $66.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1918526 | 8/6/2018 | $5,869.57 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919261 | 8/7/2018 | $6,425.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919262 | 8/7/2018 | $442.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919263 | 8/7/2018 | $4,507.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919264 | 8/7/2018 | $22,385.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919326-14539 | 8/8/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917611 | 8/6/2018 | $317.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914968 | 8/2/2018 | $17,799.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922287 | 8/13/2018 | $70.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922288 | 8/13/2018 | $106.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922289 | 8/13/2018 | $12.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922290 | 8/13/2018 | $71.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922291 | 8/13/2018 | $108.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1890250-14536 | 6/15/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1897656-14537 | 7/9/2018 | $49.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1901528-14538 | 7/16/2018 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914961 | 8/2/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1917588 | 8/6/2018 | $598.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914965 | 8/2/2018 | $403.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919953 | 8/9/2018 | $294.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914969 | 8/2/2018 | $193.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914970 | 8/2/2018 | $2,871.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914971 | 8/2/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914975 | 8/2/2018 | $2,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914977 | 8/2/2018 | $1,453.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914978 | 8/2/2018 | $342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1915022 | 8/2/2018 | $4,638.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1915023 | 8/2/2018 | $77.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1915027 | 8/2/2018 | $7,162.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1915029 | 8/2/2018 | $1,266.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1914964 | 8/2/2018 | $9,731.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1924508 | 8/20/2018 | $47.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1923876 | 8/16/2018 | $180.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1920070 | 8/9/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1920071 | 8/9/2018 | $142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1920072 | 8/9/2018 | $50.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1924712 | 8/20/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1924713 | 8/20/2018 | $142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1924714 | 8/20/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013014 | $657.75 | 9/25/2018 | 1924715 | 8/20/2018 | $71.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1922939 | 8/14/2018 | $193.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919326-14541 | 8/8/2018 | $3,792.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1924507 | 8/20/2018 | $188.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1922915 | 8/14/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1924511 | 8/20/2018 | $2,111.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1924514 | 8/20/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014029 | $666.90 | 9/27/2018 | 1922272 | 8/13/2018 | $197.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014029 | $666.90 | 9/27/2018 | 1923878 | 8/16/2018 | $469.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1922276 | 8/13/2018 | $130.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1923918 | 8/16/2018 | $171.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1923919 | 8/16/2018 | $27.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1923920 | 8/16/2018 | $106.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1923921 | 8/16/2018 | $71.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1926622 | 8/23/2018 | $314.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013428 | $3,122.04 | 9/26/2018 | 1923879 | 8/16/2018 | $591.85 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit A                                    P. 10

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917589-14545 | 8/6/2018 | $9,053.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922284 | 8/13/2018 | $155.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922271 | 8/13/2018 | $93.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922275 | 8/13/2018 | $313.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922916 | 8/14/2018 | $199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922917 | 8/14/2018 | $155.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922920 | 8/14/2018 | $66.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1922921 | 8/14/2018 | $47.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011351 | $5,580.68 | 9/21/2018 | 1922943 | 8/14/2018 | $2,659.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011351 | $5,580.68 | 9/21/2018 | 1922944 | 8/14/2018 | $218.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011351 | $5,580.68 | 9/21/2018 | 1923359 | 8/15/2018 | $2,607.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1922919 | 8/14/2018 | $425.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917589-14544 | 8/6/2018 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1922918 | 8/14/2018 | $266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917590 | 8/6/2018 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917592 | 8/6/2018 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917598 | 8/6/2018 | $1,065.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917603 | 8/6/2018 | $1,750.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1917606 | 8/6/2018 | $5,188.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1918522 | 8/6/2018 | $11,280.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1918524 | 8/6/2018 | $38,356.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1922273 | 8/13/2018 | $2,249.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012681 | $71,133.06 | 9/25/2018 | 1922914 | 8/14/2018 | $864.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010694 | $48,739.05 | 9/20/2018 | 1919921 | 8/9/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011351 | $5,580.68 | 9/21/2018 | 1923360 | 8/15/2018 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915160 | 8/2/2018 | $21.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1918520 | 8/6/2018 | $380.00 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020
Exhibit A
P. 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1918525 | 8/6/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1896370-9537 | 7/5/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1896370-9539 | 7/5/2018 | $7.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1909850-9540 | 7/25/2018 | $34.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1909850-9542 | 7/25/2018 | $1,002.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915155 | 8/2/2018 | $21.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915156 | 8/2/2018 | $65.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915157 | 8/2/2018 | $25.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917604 | 8/6/2018 | $731.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915159 | 8/2/2018 | $217.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915796 | 8/3/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1914966 | 8/2/2018 | $3,457.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1914967 | 8/2/2018 | $143.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1914976 | 8/2/2018 | $598.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1915025 | 8/2/2018 | $1,858.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1915026 | 8/2/2018 | $153.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917586 | 8/6/2018 | $332.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917593 | 8/6/2018 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917595 | 8/6/2018 | $964.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917596 | 8/6/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922286 | 8/13/2018 | $267.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005442 | $1,538.28 | 9/11/2018 | 1915158 | 8/2/2018 | $320.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914347 | 8/1/2018 | $3,129.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014525 | $811.21 | 9/27/2018 | 1926623 | 8/23/2018 | $9.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996831 | $18,430.39 | 8/22/2018 | 1892167-14532 | 6/22/2018 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996831 | $18,430.39 | 8/22/2018 | 1904721 | 7/18/2018 | $25,412.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997917 | $156.00 | 8/23/2018 | 1891076-2101 | 6/19/2018 | $156.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001653 | $28,424.67 | 9/4/2018 | 1910674-14533 | 7/26/2018 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001653 | $28,424.67 | 9/4/2018 | 1910674-14535 | 7/26/2018 | $3,515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001653 | $28,424.67 | 9/4/2018 | 1910675 | 7/26/2018 | $6,070.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001653 | $28,424.67 | 9/4/2018 | 1910676 | 7/26/2018 | $18,884.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914343 | 8/1/2018 | $182.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914344 | 8/1/2018 | $3,078.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915800 | 8/3/2018 | $2,352.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914346 | 8/1/2018 | $1,795.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915797 | 8/3/2018 | $2,765.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914348 | 8/1/2018 | $193.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1914956 | 8/2/2018 | $332.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1914957 | 8/2/2018 | $1,050.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1914958 | 8/2/2018 | $387.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1914959 | 8/2/2018 | $232.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915020 | 8/2/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915024 | 8/2/2018 | $51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915028 | 8/2/2018 | $266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005100 | $14,750.63 | 9/11/2018 | 1915795 | 8/3/2018 | $6,643.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917605 | 8/6/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002464 | $8,741.62 | 9/5/2018 | 1914345 | 8/1/2018 | $376.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918542 | 8/6/2018 | $210.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918532 | 8/6/2018 | $367.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918533 | 8/6/2018 | $28.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918534 | 8/6/2018 | $111.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918535 | 8/6/2018 | $97.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918536 | 8/6/2018 | $33.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918537 | 8/6/2018 | $334.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918538 | 8/6/2018 | $195.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918539 | 8/6/2018 | $104.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918540 | 8/6/2018 | $53.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917597 | 8/6/2018 | $296.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918541-9545 | 8/6/2018 | $239.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1896371 | 7/5/2018 | $73.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918543 | 8/6/2018 | $142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918544 | 8/6/2018 | $119.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922277 | 8/13/2018 | $98.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922278 | 8/13/2018 | $159.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922279 | 8/13/2018 | $111.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922280 | 8/13/2018 | $130.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922281 | 8/13/2018 | $247.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922282 | 8/13/2018 | $217.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922283 | 8/13/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994976 | $21,994.39 | 8/17/2018 | 1897831 | 7/9/2018 | $206.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918541-9544 | 8/6/2018 | $57.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006431 | $3,555.37 | 9/13/2018 | 1915021 | 8/2/2018 | $707.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917608 | 8/6/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917609 | 8/6/2018 | $116.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917614 | 8/6/2018 | $2,156.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1917615 | 8/6/2018 | $202.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1918286 | 8/6/2018 | $199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1918289 | 8/6/2018 | $1,216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1918518 | 8/6/2018 | $133.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005855 | $13,417.81 | 9/12/2018 | 1918523 | 8/6/2018 | $693.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006431 | $3,555.37 | 9/13/2018 | 1914960 | 8/2/2018 | $143.64 |

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 14

Transfers During the Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006431 | $3,555.37 | 9/13/2018 | 1914962 | 8/2/2018 | $1,772.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918531 | 8/6/2018 | $12.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006431 | $3,555.37 | 9/13/2018 | 1914974 | 8/2/2018 | $855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1918530 | 8/6/2018 | $282.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006956 | $421.93 | 9/13/2018 | 1918545 | 8/6/2018 | $109.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006956 | $421.93 | 9/13/2018 | 1918546 | 8/6/2018 | $35.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006956 | $421.93 | 9/13/2018 | 1918547 | 8/6/2018 | $49.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006956 | $421.93 | 9/13/2018 | 1918548 | 8/6/2018 | $35.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006956 | $421.93 | 9/13/2018 | 1918549 | 8/6/2018 | $228.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007727 | $206.49 | 9/14/2018 | 1915153 | 8/2/2018 | $195.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007727 | $206.49 | 9/14/2018 | 1915154 | 8/2/2018 | $10.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1896368 | 7/5/2018 | $473.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1896369 | 7/5/2018 | $24.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009097 | $4,921.56 | 9/18/2018 | 1922285 | 8/13/2018 | $247.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006431 | $3,555.37 | 9/13/2018 | 1914963 | 8/2/2018 | $77.52 |

**Totals:** **44 transfer(s),  $733,417.77**

A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. (2232280)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                  Exhibit A                                            P. 15