**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Alterra Tools, Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $49,765.20 | 8/6/2018 | 201820228705 | 7/10/2018 | $49,765.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $117,146.63 | 7/27/2018 | 201819741494 | 7/2/2018 | $31,723.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $117,146.63 | 7/27/2018 | 201819741300-2 | 7/2/2018 | $71,737.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $117,146.63 | 7/27/2018 | 201819741300-1 | 7/2/2018 | $13,685.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $27,518.09 | 7/18/2018 | 201819740961 | 6/24/2018 | $27,518.09 |

**Totals:    3 transfer(s),    $194,429.92**