**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **AT&T Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989862 | $3,291.31 | 8/9/2018 | 704878867131406 | 6/20/2018 | $2,232.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979649 | $254.66 | 7/17/2018 | 706322158070220 | 6/11/2018 | $254.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | 256878903443207 | 7/4/2018 | $85.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | 337480366100307-647 | 7/8/2018 | $1,229.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | 423875101200207-648 | 7/8/2018 | $1,055.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | 850474094800207 | 7/2/2018 | $965.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6309085 | 7/10/2018 | $40.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6310961 | 7/11/2018 | $124.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6312353 | 7/11/2018 | $94.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6312361 | 7/11/2018 | $154.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6315080 | 7/13/2018 | $40.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6315081 | 7/13/2018 | $88.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6317402 | 7/14/2018 | $44.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987120 | $320.20 | 8/1/2018 | 843767781800307-646 | 7/10/2018 | $135.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6318163 | 7/14/2018 | $797.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987120 | $320.20 | 8/1/2018 | 615742123704507-645 | 7/8/2018 | $184.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989862 | $3,291.31 | 8/9/2018 | 843873401478607 | 7/5/2018 | $1,058.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 337234001800207-649 | 7/17/2018 | $1,153.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 504885426614807 | 7/17/2018 | $118.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 731668264823207 | 7/17/2018 | $43.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 850478783500307-650 | 7/17/2018 | $231.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 865690920400207-651 | 7/17/2018 | $952.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991443 | $2,546.90 | 8/13/2018 | 904641161200307-652 | 7/17/2018 | $46.81 |

AT&T Inc. (2232829)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jun 26, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 305669531600107-653 | 7/25/2018 | $345.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 352799381300307-654 | 7/25/2018 | $46.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 386255204800307-655 | 7/25/2018 | $257.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 561642931961107-656 | 7/23/2018 | $193.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 770425473500107-657 | 7/23/2018 | $833.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 770961743000207-658 | 7/20/2018 | $357.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | C6318114 | 7/14/2018 | $375.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 760243543520180 | 7/1/2018 | $433.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980372 | $1,150.74 | 7/18/2018 | 305669531600120 | 6/25/2018 | $241.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980372 | $1,150.74 | 7/18/2018 | 352799649855320 | 6/25/2018 | $87.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980372 | $1,150.74 | 7/18/2018 | 386255204800320 | 6/25/2018 | $192.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980372 | $1,150.74 | 7/18/2018 | 904262227205620 | 6/26/2018 | $181.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980372 | $1,150.74 | 7/18/2018 | 954341500273920 | 6/25/2018 | $446.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981172 | $120.51 | 7/19/2018 | 305254207400420 | 6/13/2018 | $16.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981172 | $120.51 | 7/19/2018 | 73166826482322D | 6/17/2018 | $104.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981703 | $266.82 | 7/20/2018 | 270684068603506 | 6/28/2018 | $84.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981703 | $266.82 | 7/20/2018 | 337478803111206-636 | 6/28/2018 | $182.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 201V62039899920 | 7/1/2018 | $565.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 217049826520180 | 7/1/2018 | $73.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 336292088900407-637 | 7/4/2018 | $757.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989102 | $5,313.00 | 8/8/2018 | 1446089881 | 7/17/2018 | $218.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 727669468220180 | 7/1/2018 | $547.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995727 | $260.83 | 8/20/2018 | C6311858 | 7/11/2018 | $260.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 814X60850199920 | 7/1/2018 | $429.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 904645176200307-638 | 7/1/2018 | $132.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 904751382203307-639 | 7/8/2018 | $612.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 972278376520180 | 7/1/2018 | $1,151.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 972422848420180 | 7/1/2018 | $172.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 98096669676 | 7/1/2018 | $83,913.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 9809677706 | 7/1/2018 | $144,565.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985064 | $1,261.88 | 7/27/2018 | 205942517300207-640 | 7/2/2018 | $776.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985064 | $1,261.88 | 7/27/2018 | 205942530400307-641 | 7/2/2018 | $218.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985064 | $1,261.88 | 7/27/2018 | 770934471095107-642 | 7/1/2018 | $45.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985064 | $1,261.88 | 7/27/2018 | 770934656042707-643 | 7/1/2018 | $43.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985064 | $1,261.88 | 7/27/2018 | 865470716300307-644 | 7/4/2018 | $178.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986414 | $108.36 | 7/31/2018 | 985626538512307 | 7/8/2018 | $108.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983656 | $233,392.83 | 7/25/2018 | 617815664664620 | 7/1/2018 | $36.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 786337613200408-668 | 8/20/2018 | $706.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6378615 | 8/11/2018 | $97.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6378623 | 8/11/2018 | $158.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6380990 | 8/13/2018 | $40.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6380991 | 8/13/2018 | $91.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6382662 | 8/14/2018 | $44.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6384330 | 8/14/2018 | $373.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005140 | $1,096.60 | 9/11/2018 | 337234001800208-666 | 8/17/2018 | $1,096.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005948 | $117.99 | 9/12/2018 | 504885426614808 | 8/17/2018 | $117.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006465 | $1,065.96 | 9/13/2018 | 843873401478608 | 8/5/2018 | $1,065.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 256878903443208 | 8/4/2018 | $87.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 615M26292155508 | 8/22/2018 | $643.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 704878867131408 | 8/20/2018 | $1,680.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 786337613200407-659 | 7/20/2018 | $707.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 770961743000208-667 | 8/20/2018 | $357.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6373398 | 8/10/2018 | $139.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 850478783500308-669 | 8/17/2018 | $230.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 865690920400208-670 | 8/17/2018 | $950.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 904641161200308-671 | 8/17/2018 | $46.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008712 | $1,250.86 | 9/18/2018 | 561642931961108-672 | 8/23/2018 | $192.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008712 | $1,250.86 | 9/18/2018 | 770425473500108-673 | 8/23/2018 | $834.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008712 | $1,250.86 | 9/18/2018 | 904721778535508-674 | 8/23/2018 | $223.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011384 | $263.43 | 9/21/2018 | C6377968 | 8/11/2018 | $263.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011957 | $13,566.49 | 9/10/2018 | 2168108350 | 8/1/2018 | $13,566.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011959 | $118.32 | 9/24/2018 | C6379126 | 8/13/2018 | $118.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013524 | $1,244.16 | 9/26/2018 | 305669531600108-675 | 8/25/2018 | $344.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013524 | $1,244.16 | 9/26/2018 | 352799381300308-676 | 8/25/2018 | $46.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013524 | $1,244.16 | 9/26/2018 | 352799649855308-677 | 8/25/2018 | $89.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013524 | $1,244.16 | 9/26/2018 | 386255204800308-678 | 8/25/2018 | $255.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007946 | $4,746.48 | 9/17/2018 | 731668264823208 | 8/17/2018 | $43.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6355280 | 8/1/2018 | $43.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013524 | $1,244.16 | 9/26/2018 | 954341500273908-679 | 8/25/2018 | $508.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996868 | $117.82 | 8/22/2018 | C6313357 | 7/13/2018 | $117.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000207 | $12,135.82 | 8/17/2018 | 2167781372 | 6/1/2018 | $11,485.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000207 | $12,135.82 | 8/17/2018 | 269116632 | 6/1/2018 | $650.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001696 | $684.16 | 9/4/2018 | 615M2629210718 | 7/22/2018 | $684.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003075 | $164,061.03 | 8/23/2018 | 2068444121-20714 | 7/1/2018 | $151,873.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003075 | $164,061.03 | 8/23/2018 | 2167944926 | 7/1/2018 | $12,187.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | 270684068603507 | 7/28/2018 | $86.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | 336292088900408-661 | 8/4/2018 | $762.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | 337478803111207-662 | 7/28/2018 | $186.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | 904645176200308-663 | 8/1/2018 | $136.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6337755 | 7/25/2018 | $557.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6339488 | 7/25/2018 | $90.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6376484 | 8/11/2018 | $128.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6370981 | 8/8/2018 | $245.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992646 | $2,967.62 | 8/15/2018 | 904721778535507-660 | 7/23/2018 | $225.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | 985626538512308 | 8/8/2018 | $108.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | 904928206346908-665 | 8/14/2018 | $940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | 850474094800208-664 | 8/2/2018 | $1,187.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | 704878867131407 | 7/20/2018 | $1,656.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6342550 | 7/26/2018 | $166.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004460 | $571,307.91 | 8/27/2018 | 2068610609-20716 | 8/1/2018 | $0.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6355277 | 8/1/2018 | $45.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6370937 | 8/8/2018 | $1,061.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6370610 | 8/8/2018 | $1,207.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6362062 | 8/4/2018 | $181.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6358014 | 8/2/2018 | $225.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003693 | $5,776.40 | 9/7/2018 | C6358013 | 8/2/2018 | $781.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004466 | $5,006.62 | 9/10/2018 | C6375722 | 8/10/2018 | $40.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004460 | $571,307.91 | 8/27/2018 | 2068610609-20717 | 8/1/2018 | $571,307.82 |

Totals:    29 transfer(s),    $1,033,815.71