

2600 Eagan Woods Dr, Suite 400          151 West 46th Street, 4th Floor
St. Paul, MN 55121                                   New York, NY 10036
651-406-9665                                                  212-267-7342

| | |
|---|---|
| Defendant: | **Avataar Home Fashion Private Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/20/2018 | $17,840.75 | 9/20/2018 | 201820251818 | 7/11/2018 | $17,840.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/7/2018 | $14,447.81 | 8/7/2018 | 201817949829 | 4/5/2018 | $14,447.81 |

**Totals:**    **2 transfer(s),**    $32,288.56