**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Basic Fun, Inc.** | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985070 | $210.60 | 7/27/2018 | 5026398 | 6/20/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979652 | $175.50 | 7/17/2018 | 5025653 | 6/7/2018 | $77.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999081 | $5,320.31 | 8/29/2018 | 5028780 | 7/20/2018 | $5,133.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999081 | $5,320.31 | 8/29/2018 | 5028715 | 7/20/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999081 | $5,320.31 | 8/29/2018 | 5026877 | 6/25/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998242 | $234.90 | 8/28/2018 | 5028961 | 7/24/2018 | $234.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995766 | $315.52 | 8/20/2018 | 5028482 | 7/18/2018 | $258.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995766 | $315.52 | 8/20/2018 | 5027786 | 7/12/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991943 | $184.50 | 8/14/2018 | 5027567-19085 | 7/2/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991943 | $184.50 | 8/14/2018 | 5027566-19084 | 7/9/2018 | $146.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987965 | $41.92 | 8/2/2018 | 5026875 | 6/22/2018 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999557 | $6,213.60 | 8/30/2018 | 5027087 | 6/28/2018 | $107.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985070 | $210.60 | 7/27/2018 | 5026874 | 6/22/2018 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999557 | $6,213.60 | 8/30/2018 | 5028217 | 7/16/2018 | $6,106.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985070 | $210.60 | 7/27/2018 | 5026397 | 6/20/2018 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985070 | $210.60 | 7/27/2018 | 5026294 | 6/19/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984567 | $9,400.49 | 7/26/2018 | 5020437 | 3/19/2018 | $9,403.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981711 | $334.80 | 7/20/2018 | 5025977 | 6/11/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981711 | $334.80 | 7/20/2018 | 5025976 | 6/11/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981711 | $334.80 | 7/20/2018 | 5025827 | 6/11/2018 | $259.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981199 | $6.16 | 7/19/2018 | 5026260 | 6/14/2018 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979652 | $175.50 | 7/17/2018 | 5025979 | 6/8/2018 | $22.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979652 | $175.50 | 7/17/2018 | 5025656 | 6/7/2018 | $37.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979652 | $175.50 | 7/17/2018 | 5025654 | 6/7/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987126 | $39.60 | 8/1/2018 | 5026876 | 6/25/2018 | $39.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003086 | $289.80 | 9/6/2018 | 5028971-19088 | 7/25/2018 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012721 | $275.20 | 9/25/2018 | 5034424 | 8/14/2018 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012721 | $275.20 | 9/25/2018 | 5034423 | 8/14/2018 | $143.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012721 | $275.20 | 9/25/2018 | 5030060 | 8/10/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008719 | $400.50 | 9/18/2018 | 5029583 | 8/6/2018 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008719 | $400.50 | 9/18/2018 | 5029582 | 8/3/2018 | $324.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006473 | $309.85 | 9/13/2018 | 5029903 | 8/9/2018 | $150.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006473 | $309.85 | 9/13/2018 | 5029584 | 8/6/2018 | $122.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006473 | $309.85 | 9/13/2018 | 5029581 | 8/6/2018 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005143 | $189.90 | 9/11/2018 | 5029585 | 8/2/2018 | $189.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004472 | $150.30 | 9/10/2018 | 5029201 | 7/27/2018 | $150.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999081 | $5,320.31 | 8/29/2018 | 5029380 | 7/20/2018 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003086 | $289.80 | 9/6/2018 | 5028971-19090 | 7/25/2018 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012721 | $275.20 | 9/25/2018 | 5034962 | 8/20/2018 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003086 | $289.80 | 9/6/2018 | 5027567-19087 | 7/2/2018 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003086 | $289.80 | 9/6/2018 | 5027566-19086 | 7/9/2018 | $146.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002590 | $277.70 | 9/5/2018 | 5028212 | 7/16/2018 | $299.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5029202 | 7/27/2018 | $60.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5029199 | 7/27/2018 | $189.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5028216 | 7/16/2018 | $4,347.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5028215 | 7/16/2018 | $3,436.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5028213 | 7/16/2018 | $4,222.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001703 | $12,310.50 | 9/4/2018 | 5027199 | 6/29/2018 | $67.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001019 | $1,863.00 | 9/3/2018 | 5028214 | 7/16/2018 | $1,863.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003086 | $289.80 | 9/6/2018 | 5029273 | 7/30/2018 | $37.80 |

Basic Fun, Inc. (2219703)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

**Totals:** 21 transfer(s), $38,544.65