**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Best-Lock (Asia) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $18,397.89 | 9/11/2018 | 201819776528 | 6/12/2018 | $9,205.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $18,397.89 | 9/11/2018 | 201819351580 | 6/12/2018 | $9,192.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $8,156.53 | 7/26/2018 | 201818143965 | 4/30/2018 | $8,156.53 |
| **Totals:** | | **2 transfer(s),** | **$26,554.42** | | | | |