**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Blancos Pileso, S.A. De C.V.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $9,374.39 | 9/7/2018 | 201820277281 | 6/25/2018 | $5,994.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $9,374.39 | 9/7/2018 | 201820277268 | 6/25/2018 | $3,379.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 2018519216532 | 5/16/2018 | $5,810.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 201819239130 | 5/18/2018 | $6,000.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 201819239112 | 5/18/2018 | $11,049.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 201819239105 | 5/17/2018 | $9,048.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 201819239100 | 5/17/2018 | $9,048.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $45,979.15 | 7/27/2018 | 201819216535 | 5/16/2018 | $5,021.65 |

Totals:   2 transfer(s),   $55,353.54