**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **C & L Industrial Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $10,902.12 | 9/4/2018 | 201820815464 | 8/5/2018 | $10,902.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $6,443.14 | 9/11/2018 | 201820928231 | 8/12/2018 | $3,406.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $6,443.14 | 9/11/2018 | 201820917302 | 8/13/2018 | $3,036.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $7,196.93 | 8/30/2018 | 201820773009 | 7/30/2018 | $7,196.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $6,836.36 | 8/23/2018 | 201820374203 | 7/25/2018 | $6,836.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $6,005.71 | 8/21/2018 | 201820374370 | 7/21/2018 | $6,005.71 |
| **Totals:** | | **5 transfer(s),** | **$37,384.26** | | | | |