**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Cosmos Distributing Company LTD** | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210148 | 6/28/2018 | $433.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210305 | 6/29/2018 | $2,856.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210051-1406 | 6/26/2018 | $3,632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210053 | 6/26/2018 | $2,112.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210055 | 6/26/2018 | $1,667.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210056 | 6/26/2018 | $1,146.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7209990 | 6/25/2018 | $812.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210145 | 6/28/2018 | $407.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7209988 | 6/25/2018 | $2,266.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210151 | 6/28/2018 | $866.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210212 | 6/28/2018 | $127.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210290 | 6/29/2018 | $946.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210293 | 6/29/2018 | $288.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210297 | 6/29/2018 | $398.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209778 | 6/20/2018 | $1,708.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210143 | 6/28/2018 | $301.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209938 | 6/22/2018 | $2,554.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7207559 | 5/9/2018 | $1,467.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209841 | 6/21/2018 | $2,139.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209915-1400 | 6/22/2018 | $2,480.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209917-1403 | 6/22/2018 | $380.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209918 | 6/22/2018 | $404.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210050-1404 | 6/26/2018 | $1,199.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209923 | 6/22/2018 | $2,141.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210311 | 6/29/2018 | $2,303.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7208633 | 5/30/2018 | $175.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7208817 | 6/1/2018 | $3,078.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7208828 | 6/1/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7209912 | 6/25/2018 | $1,831.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7209983 | 6/25/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7209984 | 6/25/2018 | $661.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209920 | 6/22/2018 | $614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 48730-1391 | 7/9/2018 | $8.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992033 | $23,196.88 | 8/14/2018 | 7210301 | 6/29/2018 | $788.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210599 | 7/6/2018 | $3,966.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210600 | 7/6/2018 | $100.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210601 | 7/6/2018 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210605 | 7/6/2018 | $2,112.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210596 | 7/6/2018 | $1,103.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 239681 | 7/11/2018 | $250.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210468 | 7/3/2018 | $3,203.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209325 | 6/12/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209326-1392 | 6/12/2018 | $1,006.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209329 | 6/12/2018 | $354.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209420 | 6/13/2018 | $383.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209508 | 6/14/2018 | $1,232.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209571 | 6/15/2018 | $4,175.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210641 | 7/6/2018 | $209.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210146-1411 | 7/2/2018 | $1,619.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 70518 | 7/5/2018 | $813.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7208916 | 6/4/2018 | $407.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7208945 | 6/5/2018 | $894.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7209041 | 6/6/2018 | $322.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7209197 | 6/8/2018 | $4,469.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210597 | 7/6/2018 | $2,652.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210144-1408 | 7/4/2018 | $1,819.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209777 | 6/20/2018 | $880.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210359 | 7/2/2018 | $1,447.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210402 | 7/2/2018 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210447 | 7/3/2018 | $2,789.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210452-1412 | 7/3/2018 | $3,232.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210453-1415 | 7/3/2018 | $1,235.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210467 | 7/3/2018 | $1,579.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996317 | $34,778.70 | 8/21/2018 | 7210137 | 7/2/2018 | $271.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209260 | 6/11/2018 | $759.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209335 | 6/12/2018 | $439.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209211 | 6/8/2018 | $1,097.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209212 | 6/8/2018 | $1,027.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209213 | 6/8/2018 | $344.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209214 | 6/8/2018 | $624.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209196 | 6/8/2018 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209259 | 6/11/2018 | $912.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209195 | 6/8/2018 | $713.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209261 | 6/11/2018 | $223.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209262 | 6/11/2018 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209324 | 6/12/2018 | $1,357.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209330 | 6/12/2018 | $1,298.59 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209333 | 6/12/2018 | $3,946.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209840 | 6/21/2018 | $200.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209210 | 6/11/2018 | $604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208980 | 6/5/2018 | $1,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7207653 | 5/10/2018 | $2,370.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208928 | 6/4/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208944 | 6/5/2018 | $2,005.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208946 | 6/5/2018 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208947 | 6/5/2018 | $4,141.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209200 | 6/8/2018 | $3,201.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208949 | 6/5/2018 | $1,816.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209336 | 6/12/2018 | $594.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209038 | 6/6/2018 | $220.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209044 | 6/6/2018 | $4,957.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209046 | 6/6/2018 | $2,406.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209110 | 6/7/2018 | $2,763.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209111 | 6/7/2018 | $1,007.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7209112 | 6/7/2018 | $354.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981782 | $33,955.09 | 7/20/2018 | 7208948 | 6/5/2018 | $1,040.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209693 | 6/19/2018 | $1,130.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209334 | 6/12/2018 | $264.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7207951 | 5/24/2018 | $810.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7207952 | 5/23/2018 | $1,006.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7208131 | 5/21/2018 | $3,562.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7208481 | 5/25/2018 | $4,536.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209631 | 6/15/2018 | $456.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209692 | 6/19/2018 | $945.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209623-1396 | 6/15/2018 | $303.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209694 | 6/19/2018 | $123.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209700 | 6/19/2018 | $3,830.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209701 | 6/19/2018 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209773 | 6/20/2018 | $2,081.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209774-1398 | 6/20/2018 | $1,038.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209775 | 6/20/2018 | $1,961.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988557 | $32,652.56 | 8/7/2018 | 7209689 | 6/19/2018 | $1,710.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209582 | 6/15/2018 | $1,085.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209417 | 6/13/2018 | $696.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209418 | 6/13/2018 | $2,202.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209419 | 6/13/2018 | $456.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209423 | 6/13/2018 | $2,137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209570 | 6/15/2018 | $1,073.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209634 | 6/15/2018 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209574 | 6/15/2018 | $50.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210671 | 7/9/2018 | $1,202.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209583 | 6/15/2018 | $1,431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209584 | 6/15/2018 | $684.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209585 | 6/15/2018 | $312.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209586-1394 | 6/15/2018 | $380.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209587 | 6/15/2018 | $2,848.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209588 | 6/15/2018 | $16.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985148 | $24,883.40 | 7/27/2018 | 7209572 | 6/15/2018 | $453.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211889 | 8/1/2018 | $2,827.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211970 | 8/2/2018 | $1,774.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211806 | 7/31/2018 | $3,616.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211808 | 7/31/2018 | $200.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211809 | 7/31/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211810 | 7/31/2018 | $1,408.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211761 | 7/30/2018 | $269.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211886-6324 | 8/1/2018 | $1,309.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211737 | 7/30/2018 | $946.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211890 | 8/1/2018 | $1,307.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211892 | 8/1/2018 | $420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211944 | 8/1/2018 | $41.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211945 | 8/1/2018 | $250.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211965 | 8/2/2018 | $1,155.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7209573 | 6/15/2018 | $52.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211811 | 7/31/2018 | $629.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211681 | 7/27/2018 | $828.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211589 | 7/26/2018 | $733.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211663 | 7/27/2018 | $1,700.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211664 | 7/27/2018 | $738.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211668 | 7/27/2018 | $218.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211672 | 7/27/2018 | $991.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211801 | 7/31/2018 | $217.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211674 | 7/27/2018 | $2,296.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212046 | 8/3/2018 | $1,990.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7210138 | 7/2/2018 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7210448 | 7/3/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7210450 | 7/3/2018 | $2,792.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7210606 | 7/6/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7210607 | 7/6/2018 | $2,895.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211735 | 7/30/2018 | $1,149.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211673 | 7/27/2018 | $3,045.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212338 | 8/9/2018 | $318.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7211969 | 8/2/2018 | $1,913.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212191-6328 | 8/7/2018 | $3,561.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212192 | 8/7/2018 | $4,505.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212193 | 8/7/2018 | $847.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212275 | 8/8/2018 | $4,771.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212186 | 8/7/2018 | $484.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212337 | 8/9/2018 | $3,067.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212114-6327 | 8/6/2018 | $2,059.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212339 | 8/9/2018 | $663.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212340 | 8/9/2018 | $926.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212415 | 8/10/2018 | $1,381.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212422-6330 | 8/10/2018 | $2,444.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212423 | 8/10/2018 | $452.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212424 | 8/10/2018 | $2,072.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212278 | 8/8/2018 | $1,078.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212115 | 8/4/2018 | $2,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212047 | 8/3/2018 | $3,461.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212048 | 8/3/2018 | $1,770.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212049 | 8/3/2018 | $1,471.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212050 | 8/3/2018 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212051 | 8/3/2018 | $455.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212189 | 8/7/2018 | $570.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212109 | 8/4/2018 | $125.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211536 | 7/25/2018 | $550.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7210753 | 7/10/2018 | $2,582.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7210835 | 7/11/2018 | $950.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7210903 | 7/12/2018 | $432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7211002 | 7/13/2018 | $1,354.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212043 | 8/7/2018 | $782.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212113 | 8/6/2018 | $951.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010814 | $39,470.31 | 9/20/2018 | 7212052 | 8/3/2018 | $902.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7209688-6320 | 6/19/2018 | $359.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211588 | 7/26/2018 | $2,735.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210992 | 7/13/2018 | $3,008.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210996 | 7/13/2018 | $133.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210997 | 7/13/2018 | $639.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210999 | 7/13/2018 | $1,373.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210901 | 7/12/2018 | $598.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7211001 | 7/13/2018 | $2,015.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210878 | 7/11/2018 | $75.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7209940 | 6/22/2018 | $21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7209941 | 6/22/2018 | $4,374.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211054 | 7/16/2018 | $327.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211058 | 7/16/2018 | $943.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211062 | 7/16/2018 | $795.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211128 | 7/17/2018 | $3,323.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7211000 | 7/13/2018 | $696.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210752 | 7/10/2018 | $1,313.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014142 | $34,725.73 | 9/27/2018 | 7212425 | 8/10/2018 | $1,213.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210672 | 7/9/2018 | $578.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210747-1416 | 7/10/2018 | $3,631.46 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210748 | 7/10/2018 | $1,248.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210749 | 7/10/2018 | $948.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210902 | 7/12/2018 | $597.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210751 | 7/10/2018 | $176.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211138 | 7/17/2018 | $50.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210798 | 7/10/2018 | $99.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210817 | 7/10/2018 | $369.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210827-1418 | 7/11/2018 | $894.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210828 | 7/11/2018 | $613.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210834 | 7/11/2018 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210840 | 7/11/2018 | $4,782.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210750 | 7/10/2018 | $1,735.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211462 | 7/24/2018 | $102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211374 | 7/23/2018 | $698.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211379 | 7/23/2018 | $4,424.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211380 | 7/23/2018 | $940.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211387 | 7/23/2018 | $179.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211459 | 7/24/2018 | $5,241.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211130 | 7/17/2018 | $358.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211461 | 7/24/2018 | $2,095.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7210292 | 6/29/2018 | $4,147.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211463 | 7/24/2018 | $1,661.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211530 | 7/25/2018 | $1,683.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211533 | 7/25/2018 | $1,340.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211534 | 7/25/2018 | $612.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211535 | 7/25/2018 | $558.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999644 | $36,166.19 | 8/30/2018 | 7210670 | 7/9/2018 | $2,416.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211460 | 7/24/2018 | $338.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211291 | 7/19/2018 | $761.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211555 | 7/25/2018 | $2,136.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211209 | 7/18/2018 | $1,579.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211215 | 7/18/2018 | $651.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211216 | 7/18/2018 | $920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211217 | 7/18/2018 | $662.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211285-6322 | 7/19/2018 | $3,434.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211371 | 7/23/2018 | $629.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211288 | 7/19/2018 | $451.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7211370 | 7/23/2018 | $1,912.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211297 | 7/19/2018 | $2,155.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211298 | 7/19/2018 | $2,419.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211328 | 7/19/2018 | $158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211369 | 7/20/2018 | $188.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006554 | $41,743.70 | 9/13/2018 | 7209989 | 6/25/2018 | $218.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211137 | 7/17/2018 | $3,201.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003156 | $27,684.96 | 9/6/2018 | 7211286 | 7/19/2018 | $1,976.16 |

Totals:    10 transfer(s),    $329,257.52