# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dickie Toys (Hong Kong) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $4,749.53 | 9/12/2018 | 201820682228 | 7/23/2018 | $4,749.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $48,159.22 | 8/30/2018 | 201820432095-3 | 7/4/2018 | $6,458.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $48,159.22 | 8/30/2018 | 201820432095-2 | 7/13/2018 | $6,609.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $48,159.22 | 8/30/2018 | 201820432095-1 | 7/13/2018 | $22,302.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $48,159.22 | 8/30/2018 | 201820377265 | 7/4/2018 | $12,788.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $26,389.92 | 8/23/2018 | 201820231739 | 7/2/2018 | $26,389.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $18,371.80 | 8/10/2018 | 201819859531 | 6/11/2018 | $18,371.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $37,444.35 | 10/2/2018 | 201820922028 | 8/5/2018 | $23,341.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $37,444.35 | 10/2/2018 | 201820921899 | 8/6/2018 | $14,102.85 |

**Totals:** 5 transfer(s), $135,114.82