**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Dolce Vita Footwear, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $17,395.04 | 8/7/2018 | 201820256725 | 7/6/2018 | $17,395.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $6,466.82 | 8/23/2018 | 201820374403 | 7/12/2018 | $6,466.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $14,453.99 | 8/16/2018 | 201820259554 | 7/6/2018 | $14,453.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $75,823.08 | 7/31/2018 | 201820115097 | 6/22/2018 | $39,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $75,823.08 | 7/31/2018 | 201819745096 | 6/22/2018 | $36,823.08 |
| Totals: | 4 transfer(s), | $114,138.93 | | | | | |

Dolce Vita Footwear, Inc. (2226013)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 1