**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fuzhou Sunrise Import & Export Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $5,998.68 | 9/13/2018 | 201819490832-5 | 6/16/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $5,998.68 | 9/13/2018 | 201819490832-4 | 6/16/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $5,998.68 | 9/13/2018 | 201819490832-3 | 6/16/2018 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $5,998.68 | 9/13/2018 | 201819490832-2 | 6/16/2018 | $1,055.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $5,998.68 | 9/13/2018 | 201819490832-1 | 6/16/2018 | $1,055.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $4,269.36 | 9/11/2018 | 201819494464-4 | 6/14/2018 | $1,393.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $4,269.36 | 9/11/2018 | 201819494464-3 | 6/14/2018 | $2,490.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $4,269.36 | 9/11/2018 | 201819494464-2 | 6/14/2018 | $386.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $21,116.70 | 10/2/2018 | 201819891194-3 | 6/29/2018 | $13,000.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $21,116.70 | 10/2/2018 | 201819891194-2 | 6/29/2018 | $4,058.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $21,116.70 | 10/2/2018 | 201819891194-1 | 6/29/2018 | $4,058.10 |

Totals:    3 transfer(s),    $31,384.74