**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Gaia Group, Inc. dba Gaia Group Restaurants** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $67,117.08 | 9/24/2018 | 201819585111-2 | 6/25/2018 | $8,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $67,117.08 | 9/24/2018 | 201819585111-1 | 6/25/2018 | $58,807.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $42,201.79 | 8/6/2018 | 201818684722-2 | 5/11/2018 | $32,596.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $42,201.79 | 8/6/2018 | 201818684722-1 | 5/11/2018 | $9,604.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $5,993.44 | 8/10/2018 | 201818684855 | 5/17/2018 | $5,993.44 |

**Totals:    3 transfer(s),    $115,312.31**