**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Grendene SA** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $30,126.14 | 9/4/2018 | 201820309816-3 | 7/31/2018 | $11,340.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $30,126.14 | 9/4/2018 | 201820309816-2 | 7/31/2018 | $9,299.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $30,126.14 | 9/4/2018 | 201820309816-1 | 7/31/2018 | $9,486.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $35,970.23 | 9/20/2018 | 201821173524-3 | 8/17/2018 | $10,910.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $35,970.23 | 9/20/2018 | 201821173524-2 | 8/17/2018 | $13,935.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $35,970.23 | 9/20/2018 | 201821173524-1 | 8/17/2018 | $11,124.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $38,108.35 | 7/26/2018 | 201819357260-3 | 6/24/2018 | $13,635.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $38,108.35 | 7/26/2018 | 201819357260-2 | 6/24/2018 | $5,932.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $38,108.35 | 7/26/2018 | 201819357260-1 | 6/24/2018 | $18,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-6 | 6/22/2018 | $14,258.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-5 | 6/22/2018 | $6,952.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-4 | 6/22/2018 | $7,479.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-3 | 6/22/2018 | $12,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-2 | 6/22/2018 | $12,843.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $72,493.44 | 7/24/2018 | 201819210120-1 | 6/22/2018 | $18,540.00 |

Totals:    4 transfer(s),    $176,698.16