**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **HongKong Best Source Group Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-7 | 8/12/2018 | $17,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820627143-1 | 8/11/2018 | $62,022.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-7 | 7/7/2018 | $32,284.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-6 | 7/7/2018 | $25,330.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-5 | 7/7/2018 | $13,273.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-4 | 7/7/2018 | $3,773.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-3 | 7/7/2018 | $17,518.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-2 | 7/7/2018 | $15,246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819978061-1 | 7/7/2018 | $21,235.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $132,310.74 | 8/21/2018 | 201819528807 | 7/7/2018 | $3,648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $27,561.24 | 8/17/2018 | 201819977390 | 7/4/2018 | $27,561.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-1 | 6/23/2018 | $18,357.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-8 | 8/12/2018 | $35,131.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-2 | 6/23/2018 | $19,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-6 | 8/12/2018 | $4,147.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-5 | 8/12/2018 | $17,625.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-4 | 8/12/2018 | $11,174.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-3 | 8/12/2018 | $12,542.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-2 | 8/12/2018 | $12,542.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-11 | 8/12/2018 | $22,288.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-10 | 8/12/2018 | $16,076.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-1 | 8/12/2018 | $15,349.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820627862 | 8/11/2018 | $30,681.00 |

HongKong Best Source Group Ltd. (2226186)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                          Exhibit A                                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820627143-2 | 8/11/2018 | $30,429.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $309,177.51 | 10/2/2018 | 201820768024-9 | 8/12/2018 | $21,600.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820355432 | 7/15/2018 | $25,248.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-6 | 7/19/2018 | $11,656.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-5 | 7/19/2018 | $10,780.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-4 | 7/19/2018 | $16,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-3 | 7/19/2018 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-2 | 7/19/2018 | $16,555.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-1 | 7/19/2018 | $33,754.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $27,679.20 | 9/19/2018 | 201820493012 | 8/6/2018 | $27,679.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $13,281.00 | 9/17/2018 | 201820492661 | 8/2/2018 | $13,281.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $216,468.00 | 9/13/2018 | 201820548402 | 7/31/2018 | $28,539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $216,468.00 | 9/13/2018 | 201820492841-2 | 7/31/2018 | $80,703.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $19,092.80 | 8/24/2018 | 201819741889 | 7/11/2018 | $19,092.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $5,901.30 | 9/11/2018 | 201820354243 | 7/27/2018 | $5,901.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $119,497.14 | 9/4/2018 | 201820138682-7 | 7/19/2018 | $29,685.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-6 | 7/16/2018 | $46,284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-5 | 7/16/2018 | $15,295.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-4 | 7/16/2018 | $13,947.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-3 | 7/16/2018 | $21,714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-2 | 7/16/2018 | $22,230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $189,004.02 | 8/30/2018 | 201820107413-1 | 7/16/2018 | $44,284.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-6 | 6/23/2018 | $55,449.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-5 | 6/23/2018 | $33,169.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-4 | 6/23/2018 | $22,235.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $172,053.39 | 8/3/2018 | 201819529121-3 | 6/23/2018 | $22,909.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $216,468.00 | 9/13/2018 | 201820492841-1 | 7/31/2018 | $107,226.00 |

**Totals:** **11 transfer(s),** **$1,232,026.34**