**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **House & Home Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/31/2018 | $7,620.00 | 8/31/2018 | 201819830405 | 6/26/2018 | $7,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/10/2018 | $13,963.65 | 8/10/2018 | 201818012489 | 6/12/2018 | $13,963.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $93,551.01 | 10/5/2018 | 201820679196 | 8/9/2018 | $13,718.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $93,551.01 | 10/5/2018 | 201820677793 | 8/5/2018 | $79,832.21 |

Totals:     3 transfer(s),     $115,134.66