**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Impact Innovations, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,730.70 | 9/4/2018 | 201819469815 | 6/18/2018 | $1,434.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,730.70 | 9/4/2018 | 201819469731 | 6/18/2018 | $1,223.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,730.70 | 9/4/2018 | 201819469539 | 6/18/2018 | $1,490.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,730.70 | 9/4/2018 | 201819469094 | 6/18/2018 | $2,376.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,730.70 | 9/4/2018 | 201819468247 | 6/18/2018 | $1,206.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819664432-5 | 7/3/2018 | $20,470.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819664432-4 | 7/3/2018 | $6,861.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819664432-3 | 7/3/2018 | $13,961.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819664432-2 | 7/3/2018 | $13,342.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819664432-1 | 7/3/2018 | $18,995.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819547528 | 7/3/2018 | $10,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819547502 | 7/3/2018 | $8,103.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819547486 | 7/3/2018 | $7,037.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $112,416.57 | 9/17/2018 | 201819547425 | 7/3/2018 | $13,054.14 |

Totals:    2 transfer(s),    $120,147.27