**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **J. Kinderman & Sons, Inc. dba Brite Star Manufaturing Co.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-8 | 7/30/2018 | $4,493.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $15,365.84 | 10/2/2018 | 201821304394 | 8/27/2018 | $15,365.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820958995 | 8/13/2018 | $6,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820958887 | 8/13/2018 | $13,562.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820958772-3 | 8/13/2018 | $6,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820958772-2 | 8/13/2018 | $8,874.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820958772-1 | 8/13/2018 | $7,393.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820957396-4 | 8/13/2018 | $5,956.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820957396-3 | 8/13/2018 | $15,804.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820957396-2 | 8/13/2018 | $6,033.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821147251-1 | 8/19/2018 | $5,461.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820876900-2 | 8/13/2018 | $2,753.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821147251-2 | 8/19/2018 | $17,241.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-7 | 7/30/2018 | $962.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-6 | 7/30/2018 | $1,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-5 | 7/30/2018 | $2,873.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-4 | 7/30/2018 | $1,382.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-3 | 7/30/2018 | $1,600.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-2 | 7/30/2018 | $1,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820841787-1 | 7/30/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820729818-7 | 7/30/2018 | $816.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820729818-5 | 7/30/2018 | $1,413.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,754.90 | 8/30/2018 | 201820729818-4 | 7/30/2018 | $607.16 |

J. Kinderman & Sons, Inc. dba Brite Star Manufaturing Co. (2225794)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                              Exhibit A                              P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201820957396-1 | 8/13/2018 | $8,656.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149401-3 | 8/19/2018 | $6,772.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820876792-1 | 8/6/2018 | $5,152.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730784-2 | 8/6/2018 | $17,879.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730784-1 | 8/6/2018 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730627-4 | 8/6/2018 | $6,502.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730627-3 | 8/6/2018 | $4,562.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730627-2 | 8/6/2018 | $6,544.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820730627-1 | 8/6/2018 | $6,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $23,197.59 | 9/19/2018 | 201821147115 | 8/21/2018 | $14,405.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $23,197.59 | 9/19/2018 | 201821147024-2 | 8/21/2018 | $2,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $97,492.92 | 9/11/2018 | 201821021048 | 8/13/2018 | $14,942.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149401-4 | 8/19/2018 | $7,781.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $57,134.13 | 9/4/2018 | 201820876792-2 | 8/6/2018 | $7,401.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149401-2 | 8/19/2018 | $8,006.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149401-1 | 8/19/2018 | $6,247.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149129-4 | 8/19/2018 | $18,305.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149129-3 | 8/19/2018 | $8,199.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149129-2 | 8/19/2018 | $7,192.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821149129-1 | 8/19/2018 | $7,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821148884-3 | 8/19/2018 | $7,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821148884-2 | 8/19/2018 | $9,433.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821148884-1 | 8/19/2018 | $7,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $122,486.26 | 9/18/2018 | 201821147251-3 | 8/19/2018 | $6,094.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $23,197.59 | 9/19/2018 | 201821147024-1 | 8/21/2018 | $6,272.55 |

Totals:    6 transfer(s),    $333,431.64