# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3596002540-1448 | 6/26/2018 | $17.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988646 | $843.73 | 8/7/2018 | 3173803079 | 6/18/2018 | $472.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988646 | $843.73 | 8/7/2018 | 3218203460 | 6/19/2018 | $377.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990492 | $1,245.47 | 8/9/2018 | 3096104079 | 7/2/2018 | $744.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990492 | $1,245.47 | 8/9/2018 | 3097873447 | 7/2/2018 | $626.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3103701294-1395 | 6/28/2018 | $508.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3498402617-1414 | 6/25/2018 | $68.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3498402617-1415 | 6/25/2018 | $913.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3499202234-1428 | 6/26/2018 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3499202234-1429 | 6/26/2018 | $610.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864303115-1465 | 6/18/2018 | $16.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3591402627-1445 | 6/26/2018 | $376.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3824003065 | 6/26/2018 | $344.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3596002540-1449 | 6/26/2018 | $286.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3865602638-1469 | 6/25/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3865602638-1470 | 6/25/2018 | $93.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870302373-1489 | 6/26/2018 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870302373-1490 | 6/26/2018 | $376.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870302445-1491 | 6/29/2018 | $49.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870302445-1492 | 6/29/2018 | $475.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870702035-1505 | 6/29/2018 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3870702035-1506 | 6/29/2018 | $561.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3047103032 | 6/28/2018 | $323.83 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991025 | $4,373.64 | 8/10/2018 | 3591402627-1444 | 6/26/2018 | $26.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3227602634 | 6/20/2018 | $167.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998139 | $356.60 | 8/23/2018 | 3096104397 | 7/16/2018 | $356.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864501325-1467 | 6/22/2018 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864501325-1468 | 6/22/2018 | $348.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3870302319-1487 | 6/22/2018 | $39.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3870302319-1488 | 6/22/2018 | $308.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3047102910 | 6/20/2018 | $358.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3186403592 | 6/19/2018 | $190.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3188303185 | 6/18/2018 | $393.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3189902538 | 6/20/2018 | $414.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3190403839 | 6/18/2018 | $324.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988386 | $277.94 | 8/2/2018 | 3071703188 | 6/29/2018 | $408.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3225902909 | 6/22/2018 | $209.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3824702619 | 6/27/2018 | $223.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3654702616 | 6/20/2018 | $173.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3852803070 | 6/18/2018 | $99.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3070001612-19147 | 6/28/2018 | $360.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3070603609 | 6/26/2018 | $532.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3096503806 | 6/28/2018 | $656.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3097003622 | 6/28/2018 | $594.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3097873416 | 6/27/2018 | $381.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3219804277 | 6/26/2018 | $200.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987561 | $3,682.93 | 8/1/2018 | 3223903824 | 6/26/2018 | $430.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3103001474 | 6/25/2018 | $377.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987517 | $2,170.16 | 8/1/2018 | 3190403855 | 6/19/2018 | $224.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3647703187 | 7/3/2018 | $119.96 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3101603434 | 6/28/2018 | $748.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 370502837-1450 | 7/6/2018 | $57.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 370502837-1451 | 7/6/2018 | $569.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3863902633-1459 | 7/3/2018 | $47.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3863902633-1460 | 7/3/2018 | $472.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3865703167-1473 | 7/2/2018 | $19.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3865703167-1474 | 7/2/2018 | $221.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3101603533-41516 | 7/5/2018 | $491.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3188303507 | 7/2/2018 | $512.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3190404161 | 7/2/2018 | $441.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3498902663-1421 | 7/3/2018 | $647.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3328803471 | 7/2/2018 | $151.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3498902663-1420 | 7/3/2018 | $51.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3651302598 | 7/2/2018 | $326.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3651802029 | 7/6/2018 | $411.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3852803365 | 7/2/2018 | $147.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995224 | $1,831.11 | 8/17/2018 | 3070603855 | 7/10/2018 | $200.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995224 | $1,831.11 | 8/17/2018 | 3097003871 | 7/12/2018 | $530.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995224 | $1,831.11 | 8/17/2018 | 3097873507 | 7/12/2018 | $340.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995224 | $1,831.11 | 8/17/2018 | 3098802848-19151 | 7/10/2018 | $598.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995224 | $1,831.11 | 8/17/2018 | 3223904072 | 7/10/2018 | $341.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996402 | $590.25 | 8/21/2018 | 317303349 | 7/2/2018 | $390.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980258 | $587.91 | 7/17/2018 | 3035803229 | 6/11/2018 | $636.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995172 | $2,613.80 | 8/17/2018 | 3225903111 | 7/6/2018 | $80.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3175803297 | 6/29/2018 | $368.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864102244-1462 | 6/19/2018 | $581.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3186403762 | 6/26/2018 | $337.66 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3187803786 | 6/27/2018 | $259.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3188903861 | 6/26/2018 | $738.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3189902637 | 6/27/2018 | $266.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3190202983 | 6/25/2018 | $269.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3634202622 | 6/27/2018 | $357.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991068 | $441.29 | 8/10/2018 | 3224203618-19149 | 7/3/2018 | $449.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991843 | $108.32 | 8/13/2018 | 3219804525 | 7/6/2018 | $341.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3173803227 | 6/26/2018 | $432.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3593402949 | 7/2/2018 | $345.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3174903330 | 6/27/2018 | $185.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991030 | $4,085.38 | 8/10/2018 | 3102002839 | 6/29/2018 | $503.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3176403414 | 6/28/2018 | $375.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3218003155 | 6/27/2018 | $394.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3218203598 | 6/26/2018 | $267.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3218803310 | 6/25/2018 | $142.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3219103571 | 6/27/2018 | $556.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994169 | $286.61 | 8/16/2018 | 3035803766 | 7/9/2018 | $395.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3103803637-1401 | 7/5/2018 | $21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3103803637-1402 | 7/5/2018 | $238.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3497303150-1407 | 7/5/2018 | $27.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995167 | $3,100.92 | 8/17/2018 | 3497303150-1408 | 7/5/2018 | $382.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992144 | $3,320.55 | 8/14/2018 | 3174103023 | 6/26/2018 | $807.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3223903520 | 6/12/2018 | $328.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3633602423 | 6/5/2018 | $625.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3654702495-41514 | 6/6/2018 | $458.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3851202696 | 6/4/2018 | $119.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3069703907-19137 | 6/14/2018 | $346.22 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                 Exhibit A                                 P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3096103695 | 6/14/2018 | $736.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3097003322 | 6/14/2018 | $743.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3097873337 | 6/13/2018 | $258.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3098703115 | 6/13/2018 | $204.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3098802430-19138 | 6/12/2018 | $451.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864303115-1466 | 6/18/2018 | $220.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3222204456-19140 | 6/13/2018 | $1,296.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3190403517 | 6/4/2018 | $375.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3224203406 | 6/12/2018 | $271.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981603 | $488.60 | 7/19/2018 | 3097873359-19143 | 6/15/2018 | $508.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981867 | $1,570.18 | 7/20/2018 | 3173802815 | 6/4/2018 | $538.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981867 | $1,570.18 | 7/20/2018 | 3174102640 | 6/5/2018 | $617.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981867 | $1,570.18 | 7/20/2018 | 3218203168-29535 | 6/5/2018 | $486.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983539 | $347.73 | 7/24/2018 | 3099103740 | 6/18/2018 | $414.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3103602963-1391 | 6/14/2018 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3103602963-1392 | 6/14/2018 | $226.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3497302790-1405 | 6/14/2018 | $39.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3497302790-1406 | 6/14/2018 | $523.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980805 | $4,799.22 | 7/18/2018 | 3219803928 | 6/12/2018 | $266.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3870302081-1481 | 6/7/2018 | $97.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3103602850-1389 | 6/7/2018 | $18.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3103602850-1390 | 6/7/2018 | $180.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3497302623-1403 | 6/6/2018 | $22.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3497302623-1404 | 6/6/2018 | $271.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3499202001-1424 | 6/5/2018 | $42.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3499202001-1425 | 6/5/2018 | $479.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3585802431-1432 | 6/7/2018 | $61.20 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3585802431-1433 | 6/7/2018 | $601.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3863702123-1454 | 6/4/2018 | $25.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3863702123-1455 | 6/4/2018 | $430.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3327002759 | 6/6/2018 | $285.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3865702729-1472 | 6/4/2018 | $211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3190403542 | 6/5/2018 | $304.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3870302081-1482 | 6/7/2018 | $1,276.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3870701588-1502 | 6/8/2018 | $103.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3870701588-1503 | 6/8/2018 | $2,697.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3047102660 | 6/6/2018 | $586.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3101603037-41511 | 6/7/2018 | $980.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3186403300 | 6/5/2018 | $143.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3188302881-41512 | 6/4/2018 | $502.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3189000613 | 6/5/2018 | $509.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980764 | $4,912.40 | 7/18/2018 | 3189902328 | 6/6/2018 | $199.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3499202088-1426 | 6/12/2018 | $24.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980760 | $6,330.01 | 7/18/2018 | 3865702729-1471 | 6/4/2018 | $21.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3103603122-1393 | 6/21/2018 | $29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3498800312-1416 | 6/15/2018 | $33.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984134 | $2,160.08 | 7/25/2018 | 3098802544-19145 | 6/19/2018 | $392.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984134 | $2,160.08 | 7/25/2018 | 3220303907 | 6/19/2018 | $555.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3173802981 | 6/12/2018 | $306.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3173903083 | 6/13/2018 | $465.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3174903076 | 6/13/2018 | $131.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3175703147 | 6/14/2018 | $284.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3175803010 | 6/15/2018 | $676.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3176403122 | 6/14/2018 | $536.48 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3218203311 | 6/12/2018 | $444.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984134 | $2,160.08 | 7/25/2018 | 3096503636 | 6/21/2018 | $662.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987008 | $225.92 | 7/31/2018 | 3035803512 | 6/25/2018 | $311.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3848900458 | 6/13/2018 | $638.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3103603122-1394 | 6/21/2018 | $298.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3498902438-1418 | 6/19/2018 | $53.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3498902438-1419 | 6/19/2018 | $562.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3587502484-1440 | 6/18/2018 | $18.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3587502484-1441 | 6/18/2018 | $290.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3863501946-1452 | 6/22/2018 | $85.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3863501946-1453 | 6/22/2018 | $878.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3863802183-1456 | 6/20/2018 | $69.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3863802183-1457 | 6/20/2018 | $1,096.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987513 | $4,772.03 | 8/1/2018 | 3864102244-1461 | 6/19/2018 | $31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985234 | $3,456.30 | 7/27/2018 | 3219103289 | 6/13/2018 | $673.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870602910-1497 | 6/12/2018 | $61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3103701416-1397 | 7/12/2018 | $30.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3499202088-1427 | 6/12/2018 | $242.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3587502396-1438 | 6/12/2018 | $32.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3587502396-1439 | 6/12/2018 | $394.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3591402429-1442 | 6/12/2018 | $28.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3591402429-1443 | 6/12/2018 | $215.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3868502974-1477 | 6/11/2018 | $33.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3868502974-1478 | 6/11/2018 | $514.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870202282-1479 | 6/15/2018 | $116.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870202282-1480 | 6/15/2018 | $974.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984134 | $2,160.08 | 7/25/2018 | 3097003457 | 6/21/2018 | $580.65 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870302193-1484 | 6/14/2018 | $382.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3498800312-1417 | 6/15/2018 | $464.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870602910-1498 | 6/12/2018 | $1,023.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3101603052 | 6/11/2018 | $459.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3186802877 | 6/15/2018 | $458.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3187803496 | 6/13/2018 | $249.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3188103214 | 6/15/2018 | $583.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3188503703 | 6/14/2018 | $174.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3647203338 | 6/13/2018 | $114.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3651402115 | 6/14/2018 | $151.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3651402157 | 6/15/2018 | $509.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984090 | $3,779.54 | 7/25/2018 | 3653501928 | 6/13/2018 | $527.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984085 | $5,188.81 | 7/25/2018 | 3870302193-1483 | 6/14/2018 | $29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3103603848-2355 | 8/2/2018 | $468.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3222102902-19177 | 7/31/2018 | $837.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006362 | $713.22 | 9/12/2018 | 3224204155-19179 | 8/3/2018 | $835.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 1760032880 | 7/25/2018 | $597.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3174103504 | 7/24/2018 | $552.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3174903832 | 7/25/2018 | $222.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3176602422 | 7/24/2018 | $379.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3218204172 | 7/24/2018 | $514.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3218803815 | 7/23/2018 | $175.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006655 | $2,819.52 | 9/13/2018 | 3220201883 | 7/25/2018 | $446.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3864203160-2336 | 7/23/2018 | $524.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3103603848-2354 | 8/2/2018 | $23.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3097873603-19172 | 7/31/2018 | $888.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3596602872-2357 | 7/31/2018 | $21.60 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                        Exhibit A                                        P. 8

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3596602872-2358 | 7/31/2018 | $235.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3864402923-2359 | 7/30/2018 | $49.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3864402923-2360 | 7/30/2018 | $550.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3866402948-2361 | 7/30/2018 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3866402948-2362 | 7/30/2018 | $219.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3868003227-2363 | 8/3/2018 | $19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009227 | $1,693.23 | 9/18/2018 | 3868003227-2364 | 8/3/2018 | $272.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3047103617 | 8/1/2018 | $517.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3101604038-41533 | 8/2/2018 | $480.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008579 | $338.03 | 9/17/2018 | 3035804330 | 8/6/2018 | $464.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3188504505 | 7/24/2018 | $490.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996402 | $590.25 | 8/21/2018 | 3218203727 | 7/2/2018 | $310.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3868603318-2340 | 7/23/2018 | $945.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870402787-2341 | 7/27/2018 | $21.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870402787-2342 | 7/27/2018 | $274.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870503098-2343 | 7/24/2018 | $50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870503098-2345 | 7/24/2018 | $830.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870702410-2348 | 7/23/2018 | $28.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870702410-2349 | 7/23/2018 | $329.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870702527-2350 | 7/27/2018 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3870702527-2351 | 7/27/2018 | $92.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3098803183-19174 | 7/31/2018 | $640.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3187804328 | 7/25/2018 | $279.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3097873621 | 8/2/2018 | $291.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3188904443 | 7/24/2018 | $512.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3190404657 | 7/24/2018 | $183.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3226002091 | 7/27/2018 | $117.08 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit A                                    P. 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3634203036 | 7/24/2018 | $375.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3647204215 | 7/24/2018 | $233.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3654403889-41531 | 7/23/2018 | $253.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3848901176 | 7/23/2018 | $194.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3070604288-19171 | 7/31/2018 | $593.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005595 | $3,942.64 | 9/11/2018 | 3097004312 | 8/2/2018 | $805.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3188103943 | 7/30/2018 | $402.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005557 | $3,191.78 | 9/11/2018 | 3101603901-41529 | 7/26/2018 | $908.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3853100477-41539 | 8/6/2018 | $436.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 310160426-41534 | 8/2/2018 | $1,143.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3870603873-2383 | 8/10/2018 | $63.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3870603873-2384 | 8/10/2018 | $849.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3103001941 | 8/10/2018 | $1,159.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3186803757 | 8/10/2018 | $550.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3187804604-41536 | 8/8/2018 | $306.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3188504799 | 8/7/2018 | $147.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3189000987 | 8/10/2018 | $370.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3190404993 | 8/7/2018 | $401.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3225903558 | 8/10/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3870403007-2381 | 8/10/2018 | $28.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3852803831 | 8/6/2018 | $103.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3863802819-2378 | 8/9/2018 | $468.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013174 | $1,588.80 | 9/25/2018 | 3097873692 | 8/14/2018 | $525.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013174 | $1,588.80 | 9/25/2018 | 3098803397-19186 | 8/14/2018 | $796.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013174 | $1,588.80 | 9/25/2018 | 3222103217 | 8/14/2018 | $310.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3173803896 | 8/7/2018 | $512.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3173904126-29541 | 8/8/2018 | $624.84 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)

Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3174103737 | 8/7/2018 | $484.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3174904071 | 8/8/2018 | $337.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3175804044 | 8/10/2018 | $486.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3176003501 | 8/8/2018 | $373.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3218204471 | 8/7/2018 | $509.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013136 | $3,902.02 | 9/25/2018 | 3647804115 | 8/7/2018 | $299.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012592 | $443.12 | 9/24/2018 | 3035804467 | 8/13/2018 | $268.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3864203160-2335 | 7/23/2018 | $22.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3188304221 | 8/3/2018 | $401.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3190404815 | 7/30/2018 | $468.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3328804052 | 7/31/2018 | $163.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3651302990 | 7/28/2018 | $318.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009283 | $2,001.11 | 9/18/2018 | 3096704955 | 8/9/2018 | $944.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009283 | $2,001.11 | 9/18/2018 | 3098704180-19181 | 8/8/2018 | $186.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009283 | $2,001.11 | 9/18/2018 | 3219805224-19183 | 8/7/2018 | $533.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009283 | $2,001.11 | 9/18/2018 | 3223904636 | 8/7/2018 | $423.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010910 | $1,265.25 | 9/20/2018 | 3173803752 | 7/30/2018 | $550.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3870403007-2382 | 8/10/2018 | $353.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010910 | $1,265.25 | 9/20/2018 | 3218204336 | 7/31/2018 | $409.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009232 | $4,033.18 | 9/18/2018 | 3186404468 | 7/31/2018 | $208.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012592 | $443.12 | 9/24/2018 | 3071504378-19184 | 8/13/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3103603958-2367 | 8/9/2018 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3103603958-2368 | 8/9/2018 | $332.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3497303608-2371 | 8/6/2018 | $69.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3497303608-2372 | 8/6/2018 | $803.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3498903124-2373 | 8/6/2018 | $57.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3498903124-2374 | 8/6/2018 | $504.10 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                              Exhibit A                              P. 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3587503323-2375 | 8/9/2018 | $34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3587503323-2376 | 8/9/2018 | $342.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013132 | $3,815.76 | 9/25/2018 | 3863802819-2377 | 8/9/2018 | $42.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010910 | $1,265.25 | 9/20/2018 | 3176403980 | 7/30/2018 | $426.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3174903556 | 7/11/2018 | $452.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3070002022-19153 | 7/19/2018 | $322.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3096104487 | 7/19/2018 | $561.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3097004019 | 7/19/2018 | $459.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3098703773 | 7/18/2018 | $210.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3098802954-19154 | 7/17/2018 | $431.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3222102713-19157 | 7/17/2018 | $233.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3224203844-19159 | 7/17/2018 | $351.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998694 | $2,749.05 | 8/28/2018 | 3824003442-19161 | 7/17/2018 | $346.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 317303445 | 7/10/2018 | $344.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3868603318-2339 | 7/23/2018 | $55.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3174103234 | 7/10/2018 | $426.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3647703300 | 7/10/2018 | $479.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3175703685 | 7/12/2018 | $311.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3176403675 | 7/12/2018 | $575.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3218203871-29538 | 7/10/2018 | $390.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3218803642 | 7/13/2018 | $333.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3221101479 | 7/11/2018 | $417.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001586 | $629.42 | 9/3/2018 | 3035804060-19163 | 7/23/2018 | $530.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001586 | $629.42 | 9/3/2018 | 3070002078-19165 | 7/23/2018 | $245.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3103701480-2294 | 7/19/2018 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3103701480-2295 | 7/19/2018 | $1,161.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3499202520-2297 | 7/17/2018 | $64.60 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)

Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999736 | $3,663.97 | 8/30/2018 | 3173903590-29537 | 7/11/2018 | $508.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870302587-1494 | 7/12/2018 | $273.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3103701416-1398 | 7/12/2018 | $430.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3497303253-1411 | 7/11/2018 | $49.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3497303253-1413 | 7/11/2018 | $609.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3499202426-1430 | 7/10/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3499202426-1431 | 7/10/2018 | $450.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3585802935-1434 | 7/10/2018 | $43.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3585802935-1435 | 7/10/2018 | $496.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3865703278-1475 | 7/9/2018 | $9.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3865703278-1476 | 7/9/2018 | $120.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870302278-1485 | 7/11/2018 | $85.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3850003382 | 7/9/2018 | $530.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870302587-1493 | 7/12/2018 | $25.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3654303583 | 7/13/2018 | $295.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870603420-1499 | 7/10/2018 | $74.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870603420-1501 | 7/10/2018 | $1,151.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 593403068A-1507 | 7/10/2018 | $20.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 593403068A-1508 | 7/10/2018 | $235.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3101603661-41517 | 7/12/2018 | $483.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3187804068 | 7/11/2018 | $290.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3190203198 | 7/9/2018 | $252.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3190404312-41519 | 7/10/2018 | $452.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998656 | $2,881.10 | 8/28/2018 | 3633602884 | 7/10/2018 | $417.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3499603236-2300 | 7/18/2018 | $628.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998652 | $5,232.71 | 8/28/2018 | 3870302278-1486 | 7/11/2018 | $1,157.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005024 | $617.14 | 9/10/2018 | 3096104720-19169 | 7/30/2018 | $625.35 |

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                           Exhibit A                                           P. 13

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3499202520-2298 | 7/17/2018 | $586.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3225903379 | 7/20/2018 | $247.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3328803760 | 7/17/2018 | $213.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002189 | $2,714.83 | 9/4/2018 | 3069704935 | 7/26/2018 | $10.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002189 | $2,714.83 | 9/4/2018 | 3069704936-19166 | 7/26/2018 | $1,352.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002189 | $2,714.83 | 9/4/2018 | 3096504451 | 7/26/2018 | $782.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002189 | $2,714.83 | 9/4/2018 | 3223904363 | 7/24/2018 | $482.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002189 | $2,714.83 | 9/4/2018 | 3824303520 | 7/26/2018 | $191.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003237 | $1,572.93 | 9/6/2018 | 3173803547 | 7/16/2018 | $361.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003237 | $1,572.93 | 9/6/2018 | 3175803583 | 7/17/2018 | $454.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3189902922 | 7/18/2018 | $544.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003237 | $1,572.93 | 9/6/2018 | 3218204028 | 7/17/2018 | $478.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3188303819 | 7/17/2018 | $305.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3103701532-2320 | 7/26/2018 | $39.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3103701532-2322 | 7/26/2018 | $506.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3497303394-2323 | 7/25/2018 | $37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3497303394-2324 | 7/25/2018 | $473.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3498902956-2327 | 7/25/2018 | $134.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3498902956-2328 | 7/25/2018 | $1,147.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3596302680-2329 | 7/24/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3596302680-2331 | 7/24/2018 | $518.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3596402834-2332 | 7/24/2018 | $34.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005552 | $6,357.63 | 9/11/2018 | 3596402834-2333 | 7/24/2018 | $510.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003237 | $1,572.93 | 9/6/2018 | 3218003513 | 7/18/2018 | $320.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870402664-2314 | 7/20/2018 | $516.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014225 | $3,500.34 | 9/27/2018 | 3219104256 | 8/8/2018 | $340.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3595902985-2301 | 7/16/2018 | $43.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3595902985-2303 | 7/16/2018 | $477.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3864102606-2304 | 7/18/2018 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3864102606-2305 | 7/18/2018 | $456.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3864402683-2306 | 7/16/2018 | $74.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3864402683-2307 | 7/16/2018 | $899.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3865703429-2309 | 7/16/2018 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3865703429-2310 | 7/16/2018 | $116.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870202638-2311 | 7/18/2018 | $281.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3190404467 | 7/16/2018 | $355.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870402664-2313 | 7/20/2018 | $38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3499603236-2299 | 7/18/2018 | $55.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870702300-2316 | 7/16/2018 | $26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870702300-2317 | 7/16/2018 | $236.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870902816-2318 | 7/16/2018 | $47.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870902816-2319 | 7/16/2018 | $529.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3047103367 | 7/18/2018 | $811.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3101803080-41523 | 7/16/2018 | $487.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3103001683-41524 | 7/17/2018 | $856.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3186404168-41527 | 7/17/2018 | $550.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3186803329 | 7/16/2018 | $241.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002151 | $4,791.58 | 9/4/2018 | 3188103671 | 7/16/2018 | $444.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002147 | $8,851.80 | 9/4/2018 | 3870202638-2312 | 7/18/2018 | $2,534.78 |

Totals:     54 transfer(s),   $141,257.59

Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up (2232817)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                    Exhibit A                    P. 15