**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **KG Denim Limited**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/31/2018 | $174,962.91 | 8/31/2018 | 201820288107 | 6/27/2018 | $62,710.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/31/2018 | $174,962.91 | 8/31/2018 | 201820201201 | 6/24/2018 | $4,841.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/31/2018 | $174,962.91 | 8/31/2018 | 201819978116 | 6/27/2018 | $107,411.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $106,839.16 | 8/17/2018 | 201820082314 | 6/10/2018 | $106,839.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $1,748.78 | 7/18/2018 | 201818954911 | 5/17/2018 | $1,264.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $1,748.78 | 7/18/2018 | 201818954664 | 5/17/2018 | $484.60 |

Totals:    3 transfer(s),    $283,550.85