**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **LIC Limited**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-1 | 7/16/2018 | $37,945.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-10 | 7/10/2018 | $16,051.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-11 | 7/10/2018 | $24,582.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-12 | 7/10/2018 | $31,342.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-13 | 7/10/2018 | $21,854.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-14 | 7/10/2018 | $28,107.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-2 | 7/10/2018 | $15,382.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-3 | 7/10/2018 | $13,296.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-4 | 7/10/2018 | $38,170.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-5 | 7/10/2018 | $9,373.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-6 | 7/10/2018 | $41,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-7 | 7/10/2018 | $50,651.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-1 | 7/10/2018 | $38,931.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-9 | 7/10/2018 | $55,555.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-9 | 7/16/2018 | $36,775.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-10 | 7/16/2018 | $48,815.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-11 | 7/16/2018 | $43,204.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-12 | 7/16/2018 | $29,714.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-13 | 7/16/2018 | $20,595.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-2 | 7/16/2018 | $27,815.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-3 | 7/16/2018 | $17,909.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-4 | 7/16/2018 | $53,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-5 | 7/16/2018 | $172,883.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-6 | 7/16/2018 | $12,372.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-7 | 7/16/2018 | $52,236.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $590,289.11 | 8/30/2018 | 201820188884-8 | 7/16/2018 | $36,560.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $428,432.30 | 8/23/2018 | 201820188067-8 | 7/10/2018 | $43,149.60 |

**Totals:**    2 transfer(s),    $1,018,721.41