**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Mansheen Industries Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-3 | 7/15/2018 | $5,170.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-2 | 7/13/2018 | $7,309.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-3 | 7/13/2018 | $4,953.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-4 | 7/13/2018 | $5,468.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-5 | 7/13/2018 | $13,938.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-6 | 7/13/2018 | $11,406.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351335-1 | 7/13/2018 | $5,398.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-2 | 7/15/2018 | $7,588.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $38,300.28 | 9/18/2018 | 201820782856-4 | 8/4/2018 | $10,106.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-4 | 7/15/2018 | $5,713.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-5 | 7/15/2018 | $14,462.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-6 | 7/15/2018 | $11,886.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $38,300.28 | 9/18/2018 | 201820782856-1 | 8/4/2018 | $9,253.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $38,300.28 | 9/18/2018 | 201820782856-2 | 8/4/2018 | $10,769.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $38,300.28 | 9/18/2018 | 201820782856-3 | 8/4/2018 | $8,170.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $100,164.20 | 8/30/2018 | 201820351858-1 | 7/15/2018 | $6,866.16 |

Totals:    2 transfer(s),    $138,464.48