**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Micronesian Brokers Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251796 | 6/25/2018 | $357.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251874 | 6/26/2018 | $510.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251353 | 6/22/2018 | $663.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251354 | 6/22/2018 | $1,631.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251355 | 6/22/2018 | $749.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251514 | 6/22/2018 | $9,290.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251618 | 6/23/2018 | $11,465.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251635 | 6/23/2018 | $1,907.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251636 | 6/23/2018 | $3,797.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251351 | 6/22/2018 | $667.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251772 | 6/25/2018 | $5,126.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251350 | 6/22/2018 | $1,750.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251797 | 6/25/2018 | $233.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251798 | 6/25/2018 | $204.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251799 | 6/25/2018 | $1,011.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251800 | 6/25/2018 | $817.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1246877 | 5/29/2018 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251870 | 6/26/2018 | $491.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251871 | 6/26/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251872 | 6/26/2018 | $199.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253210 | 7/3/2018 | $2,439.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251750 | 6/25/2018 | $63.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250885 | 6/20/2018 | $231.31 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250658 | 6/19/2018 | $159.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250659 | 6/19/2018 | $161.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250660 | 6/19/2018 | $236.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250661 | 6/19/2018 | $397.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250662 | 6/19/2018 | $364.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250868 | 6/20/2018 | $3,267.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250880 | 6/20/2018 | $2,695.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250881 | 6/20/2018 | $2,813.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251352 | 6/22/2018 | $481.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250883 | 6/20/2018 | $334.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251875 | 6/26/2018 | $1,081.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251145 | 6/21/2018 | $69.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251165 | 6/21/2018 | $533.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251166 | 6/21/2018 | $242.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251167 | 6/21/2018 | $250.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251168 | 6/21/2018 | $455.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251169 | 6/21/2018 | $178.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251190 | 6/21/2018 | $6,644.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251191 | 6/21/2018 | $323.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1251221 | 6/21/2018 | $156.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250882 | 6/20/2018 | $204.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253081 | 7/2/2018 | $416.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251873 | 6/26/2018 | $683.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252711 | 6/29/2018 | $1,034.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252733 | 6/29/2018 | $27.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252972 | 6/30/2018 | $14,667.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252975 | 6/30/2018 | $149.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252977 | 6/30/2018 | $5,392.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252978 | 6/30/2018 | $1,809.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252979 | 6/30/2018 | $232.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252699 | 6/29/2018 | $567.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253080 | 7/2/2018 | $415.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252698 | 6/29/2018 | $2,788.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253082 | 7/2/2018 | $213.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253083 | 7/2/2018 | $530.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253084 | 7/2/2018 | $743.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253204 | 7/3/2018 | $479.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253205 | 7/3/2018 | $201.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253206 | 7/3/2018 | $744.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253207 | 7/3/2018 | $2,105.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253208 | 7/3/2018 | $447.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1243030 | 5/8/2018 | $161.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1253073 | 7/2/2018 | $2,927.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252357 | 6/28/2018 | $326.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251880 | 6/26/2018 | $69.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251891 | 6/26/2018 | $6,255.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1251928 | 6/26/2018 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252164 | 6/28/2018 | $4,436.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252165 | 6/29/2018 | $255.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252166 | 6/29/2018 | $3,643.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252167 | 6/29/2018 | $2,217.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252168 | 6/27/2018 | $237.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252710 | 6/29/2018 | $8,489.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252356 | 6/28/2018 | $1,156.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250561 | 6/19/2018 | $4,719.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252358 | 6/28/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252359 | 6/28/2018 | $296.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252360 | 6/28/2018 | $712.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252361 | 6/28/2018 | $538.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252389 | 6/28/2018 | $6,617.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252390 | 6/28/2018 | $331.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252695 | 6/29/2018 | $1,460.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252696 | 6/29/2018 | $236.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252697 | 6/29/2018 | $1,765.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993177 | $73,404.53 | 8/15/2018 | 1252350 | 6/28/2018 | $93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249103 | 6/9/2018 | $3,943.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250657 | 6/19/2018 | $260.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248687 | 6/7/2018 | $276.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248688 | 6/7/2018 | $532.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248859 | 6/8/2018 | $6,470.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248887 | 6/8/2018 | $1,301.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248888 | 6/8/2018 | $765.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248889 | 6/8/2018 | $993.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248890 | 6/8/2018 | $202.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248685 | 6/7/2018 | $242.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248892 | 6/8/2018 | $1,083.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248684 | 6/7/2018 | $448.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249104 | 6/9/2018 | $194.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249105 | 6/9/2018 | $175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249106 | 6/9/2018 | $338.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249130 | 6/9/2018 | $10,478.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249211 | 6/11/2018 | $559.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249212 | 6/11/2018 | $605.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1249231 | 6/11/2018 | $5,481.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1244817 | 5/17/2018 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249287 | 6/12/2018 | $356.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248891 | 6/8/2018 | $672.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248386 | 6/6/2018 | $186.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248120 | 6/5/2018 | $264.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248122 | 6/5/2018 | $1,091.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248123 | 6/5/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248124 | 6/5/2018 | $154.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248125 | 6/5/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248126 | 6/5/2018 | $184.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248127 | 6/5/2018 | $113.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248128 | 6/5/2018 | $554.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248686 | 6/7/2018 | $169.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248348 | 6/6/2018 | $4,578.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249290 | 6/12/2018 | $453.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248387 | 6/6/2018 | $1,053.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248388 | 6/6/2018 | $2,218.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248389 | 6/6/2018 | $171.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248462 | 6/6/2018 | $55.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248571 | 6/7/2018 | $423.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248674 | 6/7/2018 | $4,242.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248681 | 6/7/2018 | $1,357.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248682 | 6/7/2018 | $246.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248683 | 6/7/2018 | $47.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982763 | $56,571.51 | 7/23/2018 | 1248158 | 6/5/2018 | $5,756.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250475 | 6/18/2018 | $512.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250291 | 6/15/2018 | $848.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250327 | 6/16/2018 | $3,636.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250328 | 6/16/2018 | $444.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250329 | 6/16/2018 | $80.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250330 | 6/16/2018 | $357.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250331 | 6/16/2018 | $815.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250332 | 6/16/2018 | $475.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250384 | 6/16/2018 | $13,255.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249288 | 6/12/2018 | $903.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250474 | 6/18/2018 | $1,111.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250051 | 6/15/2018 | $220.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250476 | 6/18/2018 | $150.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250477 | 6/18/2018 | $255.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250478 | 6/18/2018 | $894.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250479 | 6/18/2018 | $296.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250488 | 6/18/2018 | $6,028.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1246236 | 5/24/2018 | $80.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250557 | 6/19/2018 | $179.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250558 | 6/19/2018 | $606.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253211 | 7/3/2018 | $224.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250459 | 6/18/2018 | $201.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249863 | 6/14/2018 | $627.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989588 | $62,453.95 | 8/8/2018 | 1250656 | 6/19/2018 | $897.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249291 | 6/12/2018 | $670.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249312 | 6/12/2018 | $6,565.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249476 | 6/12/2018 | $251.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249579 | 6/13/2018 | $828.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249580 | 6/13/2018 | $222.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249581 | 6/13/2018 | $951.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249582 | 6/13/2018 | $2,217.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249587 | 6/13/2018 | $227.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250181 | 6/15/2018 | $6,681.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249862 | 6/14/2018 | $5,287.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250159 | 6/15/2018 | $63.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249864 | 6/14/2018 | $207.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249865 | 6/14/2018 | $80.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249866 | 6/14/2018 | $374.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249867 | 6/14/2018 | $972.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249868 | 6/14/2018 | $329.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249932 | 6/14/2018 | $12.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250049 | 6/15/2018 | $991.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1250050 | 6/15/2018 | $1,297.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249289 | 6/12/2018 | $368.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986150 | $67,283.17 | 7/30/2018 | 1249670 | 6/13/2018 | $7,468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257604 | 7/27/2018 | $4,579.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257907 | 7/30/2018 | $134.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257332 | 7/26/2018 | $5,622.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257393 | 7/26/2018 | $942.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257394 | 7/26/2018 | $365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257395 | 7/26/2018 | $31.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257396 | 7/26/2018 | $743.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257397 | 7/26/2018 | $201.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257398 | 7/26/2018 | $304.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257123 | 7/25/2018 | $227.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257400 | 7/26/2018 | $470.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257122 | 7/25/2018 | $515.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257605 | 7/27/2018 | $1,784.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257606 | 7/27/2018 | $1,341.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257607 | 7/27/2018 | $1,457.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257608 | 7/27/2018 | $96.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257609 | 7/27/2018 | $1,547.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257610 | 7/27/2018 | $1,270.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257794 | 7/28/2018 | $3,355.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257795 | 7/28/2018 | $728.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253209 | 7/3/2018 | $1,054.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257399 | 7/26/2018 | $849.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256862 | 7/24/2018 | $1,902.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256508 | 7/20/2018 | $21,056.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256614 | 7/20/2018 | $1,928.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256615 | 7/20/2018 | $679.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256616 | 7/20/2018 | $1,198.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256617 | 7/20/2018 | $288.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256618 | 7/20/2018 | $1,932.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256619 | 7/20/2018 | $6,069.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256828 | 7/24/2018 | $163.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257329 | 7/26/2018 | $167.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256861 | 7/24/2018 | $31.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257908 | 7/30/2018 | $582.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256863 | 7/24/2018 | $241.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256864 | 7/24/2018 | $352.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256865 | 7/24/2018 | $572.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256866 | 7/24/2018 | $418.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256892 | 7/24/2018 | $7,658.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257083 | 7/25/2018 | $6,079.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257119 | 7/25/2018 | $328.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257120 | 7/25/2018 | $6,261.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257121 | 7/25/2018 | $1,465.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1256860 | 7/24/2018 | $1,128.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259005 | 8/3/2018 | $8,861.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257797 | 7/28/2018 | $11,757.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258748 | 8/2/2018 | $64.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258752 | 8/2/2018 | $10,105.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258822 | 8/2/2018 | $432.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258996 | 8/3/2018 | $1,077.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258997 | 8/3/2018 | $525.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258998 | 8/3/2018 | $194.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258999 | 8/3/2018 | $612.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258746 | 8/2/2018 | $497.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259001 | 8/3/2018 | $297.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258745 | 8/2/2018 | $513.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259017 | 8/3/2018 | $300.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259189 | 8/4/2018 | $4,218.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259190 | 8/4/2018 | $1,474.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259191 | 8/4/2018 | $321.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259192 | 8/4/2018 | $11,948.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259193 | 8/4/2018 | $501.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259287 | 8/6/2018 | $7,512.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259291 | 8/6/2018 | $919.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259292 | 8/6/2018 | $587.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259000-24629 | 8/3/2018 | $1,301.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258150 | 7/31/2018 | $653.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257909 | 7/30/2018 | $866.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007672 | $69,544.87 | 9/14/2018 | 1257971 | 7/30/2018 | $4,200.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258126 | 7/31/2018 | $5,005.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258143 | 7/31/2018 | $266.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258144 | 7/31/2018 | $1,333.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258145 | 7/31/2018 | $758.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258146 | 7/31/2018 | $979.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258147 | 7/31/2018 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258747 | 8/2/2018 | $297.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258149 | 7/31/2018 | $992.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256186 | 7/19/2018 | $301.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258450 | 8/2/2018 | $7,833.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258473 | 8/1/2018 | $2,280.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258474 | 8/1/2018 | $3,070.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258475 | 8/1/2018 | $295.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258476 | 8/1/2018 | $264.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258477 | 8/1/2018 | $507.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258478 | 8/1/2018 | $583.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258549 | 8/1/2018 | $501.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258744 | 8/2/2018 | $843.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1258148 | 7/31/2018 | $339.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254364 | 7/10/2018 | $4,698.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256188 | 7/19/2018 | $4,933.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254117 | 7/9/2018 | $219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254118 | 7/9/2018 | $241.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254136 | 7/9/2018 | $4,781.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254345 | 7/10/2018 | $8,018.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254357 | 7/10/2018 | $893.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254358 | 7/10/2018 | $589.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254359 | 7/10/2018 | $587.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254115 | 7/9/2018 | $405.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254363 | 7/10/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254114 | 7/9/2018 | $625.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254365 | 7/10/2018 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254412 | 7/10/2018 | $607.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254587 | 7/11/2018 | $6,096.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254606 | 7/11/2018 | $2,317.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254607 | 7/11/2018 | $4,662.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254608 | 7/11/2018 | $65.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254609 | 7/11/2018 | $77.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254861 | 7/12/2018 | $972.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254862 | 7/12/2018 | $397.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254360 | 7/10/2018 | $508.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253751 | 7/6/2018 | $672.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253257 | 7/3/2018 | $8,900.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253337 | 7/3/2018 | $345.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253515 | 7/6/2018 | $1,996.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253516 | 7/6/2018 | $861.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253517 | 7/6/2018 | $106.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253519 | 7/6/2018 | $7,895.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253727 | 7/6/2018 | $213.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253740 | 7/6/2018 | $80.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254116 | 7/9/2018 | $99.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253749 | 7/6/2018 | $420.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254865 | 7/12/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253759 | 7/6/2018 | $951.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253761 | 7/6/2018 | $1,502.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253788 | 7/6/2018 | $5,691.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253847 | 7/6/2018 | $154.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253897 | 7/6/2018 | $220.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253991 | 7/7/2018 | $47.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253992 | 7/7/2018 | $2,970.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253993 | 7/7/2018 | $241.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1254023 | 7/7/2018 | $12,400.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997342 | $59,090.63 | 8/22/2018 | 1253742 | 7/6/2018 | $847.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255880 | 7/18/2018 | $6,688.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255519 | 7/17/2018 | $93.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255572 | 7/17/2018 | $8,702.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255582 | 7/17/2018 | $297.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255583 | 7/17/2018 | $1,448.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255584 | 7/17/2018 | $120.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255585 | 7/17/2018 | $389.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255586 | 7/17/2018 | $356.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255587 | 7/17/2018 | $445.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254863 | 7/12/2018 | $356.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255710 | 7/17/2018 | $335.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255435 | 7/16/2018 | $193.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255907 | 7/18/2018 | $2,488.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255908 | 7/18/2018 | $1,173.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255909 | 7/18/2018 | $147.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256163 | 7/19/2018 | $137.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256182 | 7/19/2018 | $1,167.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256183 | 7/19/2018 | $298.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256184 | 7/19/2018 | $664.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256185 | 7/19/2018 | $1,289.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011778 | $77,556.46 | 9/21/2018 | 1259293 | 8/6/2018 | $164.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1255588 | 7/17/2018 | $948.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255134 | 7/13/2018 | $612.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004182 | $64,031.10 | 9/7/2018 | 1256187 | 7/19/2018 | $448.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254866 | 7/12/2018 | $735.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254867 | 7/12/2018 | $363.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254868 | 7/12/2018 | $957.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254890 | 7/12/2018 | $4,998.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254906 | 7/12/2018 | $147.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254949 | 7/12/2018 | $172.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255070 | 7/13/2018 | $7,231.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255131 | 7/13/2018 | $204.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255442 | 7/16/2018 | $5,924.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255133 | 7/13/2018 | $1,572.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255436 | 7/16/2018 | $592.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255135 | 7/13/2018 | $1,223.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255136 | 7/13/2018 | $688.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255336 | 7/14/2018 | $12,102.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255337 | 7/14/2018 | $868.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255338 | 7/14/2018 | $3,120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 125537 | 7/13/2018 | $412.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255433 | 7/16/2018 | $834.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255434 | 7/16/2018 | $212.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1254864 | 7/12/2018 | $1,179.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000714 | $75,877.42 | 8/31/2018 | 1255132 | 7/13/2018 | $1,135.30 |

**Totals:** 9 transfer(s), $605,813.64