**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **MZB World Time Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,555.84 | 7/24/2018 | 201818566850-3 | 5/13/2018 | $19,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,555.84 | 7/24/2018 | 201818566850-2 | 5/13/2018 | $5,654.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $51,555.84 | 7/24/2018 | 201818566850-1 | 5/13/2018 | $25,981.44 |

| | | | |
|---|---|---|---|
| **Totals:** | 1 transfer(s), | $51,555.84 | |