**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **N.L.M.S., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004219 | $143,162.38 | 8/24/2018 | 182135 | 5/31/2018 | $143,162.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001298 | $2,862.79 | 9/3/2018 | 182142 | 6/14/2018 | $2,862.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990176 | $630.20 | 8/9/2018 | 182129 | 5/24/2018 | $630.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989628 | $1,168.00 | 8/8/2018 | 182128 | 5/23/2018 | $532.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989628 | $1,168.00 | 8/8/2018 | 182127 | 5/23/2018 | $635.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988924 | $2,073.35 | 8/7/2018 | 182126 | 5/22/2018 | $853.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988924 | $2,073.35 | 8/7/2018 | 182125 | 5/22/2018 | $1,219.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985498 | $5,157.37 | 7/27/2018 | 182117 | 5/15/2018 | $862.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985498 | $5,157.37 | 7/27/2018 | 182116 | 5/15/2018 | $2,135.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985498 | $5,157.37 | 7/27/2018 | 182115 | 5/15/2018 | $2,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980658 | $5,050.80 | 7/18/2018 | 182103 | 5/5/2018 | $5,050.80 |

Totals:    7 transfer(s),    $160,104.89