**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Paco China Garment Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $245,327.49 | 9/19/2018 | 201820830419-5 | 8/6/2018 | $67,033.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $245,327.49 | 9/19/2018 | 201820830419-4 | 8/6/2018 | $39,114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $245,327.49 | 9/19/2018 | 201820830419-3 | 8/6/2018 | $47,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $245,327.49 | 9/19/2018 | 201820830419-2 | 8/6/2018 | $5,262.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $245,327.49 | 9/19/2018 | 201820830419-1 | 8/6/2018 | $86,217.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $291,778.98 | 9/18/2018 | 201820777101-5 | 8/5/2018 | $82,090.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $291,778.98 | 9/18/2018 | 201820777101-4 | 8/5/2018 | $47,795.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $291,778.98 | 9/18/2018 | 201820777101-3 | 8/5/2018 | $58,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $291,778.98 | 9/18/2018 | 201820777101-2 | 8/5/2018 | $6,444.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $291,778.98 | 9/18/2018 | 201820777101-1 | 8/5/2018 | $97,129.32 |

Totals:    2 transfer(s),    $537,106.47