**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Pepsi-Cola Bottling Company of Hickory, N.C., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986823 | $2,462.26 | 7/31/2018 | 44016901 | 6/18/2018 | $454.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 14015602-5444 | 6/5/2018 | $244.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993937 | $2,681.43 | 8/16/2018 | 44018301 | 7/2/2018 | $440.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993937 | $2,681.43 | 8/16/2018 | 14318402 | 7/3/2018 | $670.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 45117902 | 6/28/2018 | $745.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 44317703-5458 | 6/26/2018 | $846.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 44317702-5456 | 6/26/2018 | $668.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 44017901 | 6/28/2018 | $926.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 44017602 | 6/25/2018 | $531.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990279 | $3,972.98 | 8/9/2018 | 14017704-5455 | 6/26/2018 | $439.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986823 | $2,462.26 | 7/31/2018 | 44317003-5452 | 6/19/2018 | $580.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993937 | $2,681.43 | 8/16/2018 | 45118603 | 7/5/2018 | $517.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986823 | $2,462.26 | 7/31/2018 | 44017203 | 6/21/2018 | $395.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993937 | $2,681.43 | 8/16/2018 | 45318405 | 7/3/2018 | $567.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986823 | $2,462.26 | 7/31/2018 | 14317004 | 6/19/2018 | $262.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983356 | $2,708.96 | 7/24/2018 | 45116506 | 6/14/2018 | $520.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983356 | $2,708.96 | 7/24/2018 | 44316303-5451 | 6/12/2018 | $845.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983356 | $2,708.96 | 7/24/2018 | 44016501 | 6/14/2018 | $865.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983356 | $2,708.96 | 7/24/2018 | 14016306 | 6/12/2018 | $582.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 45315203-5449 | 6/1/2018 | $504.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 45115802 | 6/7/2018 | $863.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 44315604-5446 | 6/5/2018 | $821.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 44315603 | 6/5/2018 | $116.00 |

Pepsi-Cola Bottling Company of Hickory, N.C., Inc. (2228331)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 44015801 | 6/7/2018 | $699.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980062 | $3,550.46 | 7/17/2018 | 44015503 | 6/4/2018 | $393.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986823 | $2,462.26 | 7/31/2018 | 44217201 | 6/21/2018 | $791.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004836 | $1,863.55 | 9/10/2018 | 44020402 | 7/23/2018 | $365.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012389 | $2,810.31 | 9/24/2018 | 44321904 | 8/7/2018 | $1,045.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012389 | $2,810.31 | 9/24/2018 | 44022102 | 8/9/2018 | $571.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012389 | $2,810.31 | 9/24/2018 | 44021803 | 8/6/2018 | $403.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012389 | $2,810.31 | 9/24/2018 | 14321902 | 8/7/2018 | $430.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | P44021401 | 8/2/2018 | $404.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | 45121400 | 8/2/2018 | $269.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | 45120802 | 7/27/2018 | $500.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | 44321204-5469 | 7/31/2018 | $696.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | 44021102 | 7/30/2018 | $331.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008363 | $2,276.30 | 9/17/2018 | 14321203 | 7/31/2018 | $449.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993937 | $2,681.43 | 8/16/2018 | 44018602 | 7/5/2018 | $558.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004836 | $1,863.55 | 9/10/2018 | 44020701 | 7/26/2018 | $595.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012389 | $2,810.31 | 9/24/2018 | 45122104 | 8/9/2018 | $422.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004836 | $1,863.55 | 9/10/2018 | 14320510 | 7/24/2018 | $351.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 44319801 | 7/17/2018 | $784.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 44220004-5468 | 7/19/2018 | $515.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 44020002 | 7/19/2018 | $537.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 44019706 | 7/16/2018 | $413.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 14019804-5465 | 7/17/2018 | $389.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001397 | $2,860.65 | 9/3/2018 | 12345678-5464 | 7/18/2018 | $329.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997961 | $2,219.37 | 8/23/2018 | 44319104 | 7/10/2018 | $801.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997961 | $2,219.37 | 8/23/2018 | 44019306-5461 | 7/12/2018 | $534.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997961 | $2,219.37 | 8/23/2018 | 44019102-5460 | 7/9/2018 | $371.77 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997961 | $2,219.37 | 8/23/2018 | 14019103 | 7/10/2018 | $560.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004836 | $1,863.55 | 9/10/2018 | 44320505 | 7/24/2018 | $650.75 |

**Totals:** 10 transfer(s), $27,406.27