**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ray Padula Holdings, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $17,293.14 | 9/17/2018 | 201820911875 | 8/31/2018 | $10,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $17,293.14 | 9/17/2018 | 201820911872 | 8/31/2018 | $7,109.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $25,621.15 | 9/11/2018 | 201820875336 | 8/26/2018 | $25,621.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $23,343.61 | 8/30/2018 | 201820768183 | 8/13/2018 | $23,343.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $115,396.17 | 8/21/2018 | 201820254361 | 8/6/2018 | $115,396.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $17,971.63 | 8/1/2018 | 201820076220 | 7/18/2018 | $5,617.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $17,971.63 | 8/1/2018 | 201820076075 | 7/18/2018 | $12,354.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $26,720.37 | 7/31/2018 | 201820629716 | 7/18/2018 | $26,720.37 |

**Totals:    6 transfer(s),    $226,346.07**