# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Real Home Innovations, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004151 | 5/15/2018 | $941.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004301 | 6/12/2018 | $1,165.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998040 | $16,869.59 | 8/23/2018 | KMT-1004249 | 5/31/2018 | $1,575.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998040 | $16,869.59 | 8/23/2018 | KMT-1004248 | 5/31/2018 | $6,925.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998040 | $16,869.59 | 8/23/2018 | KMT-1004247 | 6/7/2018 | $2,156.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998040 | $16,869.59 | 8/23/2018 | KMT-1004246 | 6/7/2018 | $5,532.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998040 | $16,869.59 | 8/23/2018 | KMT-1004245 | 6/7/2018 | $6,567.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994041 | $3,760.97 | 8/16/2018 | WMT-1004196 | 5/22/2018 | $2,768.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994041 | $3,760.97 | 8/16/2018 | KMT-1004244 | 5/31/2018 | $1,046.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990382 | $6,348.85 | 8/9/2018 | WMT-1004199 | 5/22/2018 | $591.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990382 | $6,348.85 | 8/9/2018 | WMT-1004198 | 5/22/2018 | $2,497.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990382 | $6,348.85 | 8/9/2018 | WMT-1004197 | 5/22/2018 | $941.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980152 | $11,937.74 | 7/17/2018 | KMT-1004090 | 4/27/2018 | $3,449.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | WMT-1004112 | 5/4/2018 | $2,054.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004306 | 6/12/2018 | $2,045.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004150 | 5/14/2018 | $1,654.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004149 | 5/15/2018 | $919.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004148 | 5/14/2018 | $2,431.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004147 | 5/14/2018 | $1,844.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004146 | 5/15/2018 | $760.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004116 | 5/7/2018 | $848.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004115 | 5/7/2018 | $3,848.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004113 | 5/4/2018 | $2,208.60 |

Real Home Innovations, Inc. (2232288)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986902 | $8,471.55 | 7/31/2018 | KMT-1004111 | 5/4/2018 | $443.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980152 | $11,937.74 | 7/17/2018 | KMT-1004114 | 5/4/2018 | $748.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980152 | $11,937.74 | 7/17/2018 | KMT-1004093 | 5/1/2018 | $5,222.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980152 | $11,937.74 | 7/17/2018 | KMT-1004091 | 4/27/2018 | $2,608.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990382 | $6,348.85 | 8/9/2018 | WMT-1004195 | 5/22/2018 | $2,379.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004344 | 6/18/2018 | $2,514.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $79,690.08 | 7/17/2018 | 201817790325 | 4/23/2018 | $79,690.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004401 | 7/3/2018 | $799.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004400 | 7/3/2018 | $3,570.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004399 | 7/3/2018 | $982.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004398 | 7/3/2018 | $2,927.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004397 | 7/3/2018 | $3,002.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012478 | $11,186.83 | 9/24/2018 | KMT-1004379 | 6/26/2018 | $3,410.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004382 | 6/26/2018 | $1,531.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004381 | 6/26/2018 | $6,921.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004380 | 6/26/2018 | $1,250.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004378 | 6/26/2018 | $4,453.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004377 | 6/26/2018 | $1,466.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004304 | 6/12/2018 | $2,166.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004345 | 6/18/2018 | $3,681.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004305 | 6/12/2018 | $7,408.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004355 | 6/19/2018 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004354 | 6/19/2018 | $6,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004353 | 6/19/2018 | $704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004352 | 6/19/2018 | $2,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004351 | 6/19/2018 | $1,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004348 | 6/19/2018 | $1,262.02 |

Real Home Innovations, Inc. (2232288)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004346 | 6/19/2018 | $962.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004303 | 6/12/2018 | $4,363.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004921 | $24,047.09 | 9/10/2018 | KMT-1004302 | 6/12/2018 | $5,921.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004308 | 6/12/2018 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001480 | $14,169.10 | 9/3/2018 | KMT-1004307 | 6/12/2018 | $608.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $39,555.69 | 8/8/2018 | 201818387257 | 5/13/2018 | $39,555.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008467 | $28,320.45 | 9/17/2018 | KMT-1004347 | 6/18/2018 | $6,571.28 |

**Totals:**     **11 transfer(s),**     **$244,357.94**