**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Seasonal Visions International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820115879 | 7/3/2018 | $8,770.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201819890406 | 7/3/2018 | $16,298.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820033582 | 7/3/2018 | $8,225.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034250 | 7/3/2018 | $27,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034363 | 7/3/2018 | $3,392.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034518 | 7/3/2018 | $4,405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034576 | 7/3/2018 | $6,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034602 | 7/3/2018 | $5,035.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201819884105 | 7/3/2018 | $3,130.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820107976 | 7/3/2018 | $7,249.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $12,468.75 | 7/27/2018 | 201820034692 | 7/9/2018 | $12,468.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820137356 | 7/3/2018 | $13,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820113309 | 7/3/2018 | $21,945.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820250508-1 | 7/2/2018 | $10,815.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820250508-2 | 7/2/2018 | $19,253.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820250508-3 | 7/2/2018 | $36,410.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820250508-4 | 7/2/2018 | $23,872.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $149,227.96 | 7/26/2018 | 201820250508-5 | 7/2/2018 | $36,929.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $109,186.40 | 7/18/2018 | 201820034630 | 7/3/2018 | $5,068.80 |

**Totals:**    3 transfer(s),    $270,883.11