**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Nex-T International Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $238.24 | 9/4/2018 | 201820554476-2 | 7/21/2018 | $12.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $238.24 | 9/4/2018 | 201820554476-1 | 7/21/2018 | $98.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $238.24 | 9/4/2018 | 201820536912 | 7/21/2018 | $127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $3,979.18 | 9/19/2018 | 201820536662 | 8/6/2018 | $3,979.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $3,722.14 | 9/17/2018 | 201820536520 | 8/2/2018 | $3,722.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,223.30 | 8/21/2018 | 201820191668-4 | 7/7/2018 | $34,585.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,223.30 | 8/21/2018 | 201820191668-3 | 7/7/2018 | $2,351.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,223.30 | 8/21/2018 | 201820191668-2 | 7/7/2018 | $24,238.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,223.30 | 8/21/2018 | 201820191668-1 | 7/7/2018 | $7,048.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $61,573.69 | 8/20/2018 | 201820188365-4 | 7/5/2018 | $29,155.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $61,573.69 | 8/20/2018 | 201820188365-3 | 7/5/2018 | $2,351.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $61,573.69 | 8/20/2018 | 201820188365-2 | 7/5/2018 | $23,215.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $61,573.69 | 8/20/2018 | 201820188365-1 | 7/5/2018 | $6,851.04 |

Totals:    5 transfer(s),    $137,736.55