**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Tulip Home Manufacture Co., Ltd. dba Tulip Home Manufacture Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $11,405.98 | 9/20/2018 | 201819776857 | 6/23/2018 | $11,405.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $47,750.37 | 8/8/2018 | 201818603237 | 5/13/2018 | $20,691.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $47,750.37 | 8/8/2018 | 201818603158 | 5/13/2018 | $27,059.17 |

| Totals: | 2 transfer(s), | $59,156.35 |
|---|---|---|