**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Sportspower Ltd.** | | | | | | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $88,337.92 | 8/6/2018 | 201819149867-2 | 7/10/2018 | $31,890.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $88,337.92 | 8/6/2018 | 201819149867-1 | 7/10/2018 | $26,926.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $88,337.92 | 8/6/2018 | 201819149682 | 7/10/2018 | $29,520.20 |
| **Totals:** | | **1 transfer(s),** | **$88,337.92** | | | | |