**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Springfield Marketing Group, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $193,358.88 | 8/23/2018 | 201818869897-2 | 5/27/2018 | $128,905.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $193,358.88 | 8/23/2018 | 201818869897-1 | 5/27/2018 | $64,452.96 |
| **Totals:** | | **1 transfer(s),** | **$193,358.88** | | | | |

Springfield Marketing Group, LLC (2226246)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jun 26, 2020

Exhibit A

P. 1