

**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Stig Jiangsu Light & Textile Import & Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $70,253.33 | 8/23/2018 | 201820482664-2 | 7/25/2018 | $26,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $61,400.61 | 7/26/2018 | 201819979472-1 | 6/29/2018 | $31,207.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820378129-2 | 7/21/2018 | $7,232.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820403036 | 7/21/2018 | $7,612.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820475572 | 7/21/2018 | $5,104.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $70,253.33 | 8/23/2018 | 201820475530-1 | 7/25/2018 | $2,924.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820376632 | 7/21/2018 | $12,103.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $70,253.33 | 8/23/2018 | 201820482664-1 | 7/25/2018 | $26,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820376247-2 | 7/21/2018 | $7,795.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $70,253.33 | 8/23/2018 | 201820677670 | 7/25/2018 | $3,517.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $45,842.69 | 8/27/2018 | 201820482179 | 7/27/2018 | $3,999.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $45,842.69 | 8/27/2018 | 201820482324 | 7/27/2018 | $41,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $45,842.69 | 8/27/2018 | 201820840536 | 7/27/2018 | $472.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $38,053.15 | 8/3/2018 | 201819979584 | 7/7/2018 | $35,464.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $38,053.15 | 8/3/2018 | 201820110494 | 7/7/2018 | $2,589.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $70,253.33 | 8/23/2018 | 201820475530-2 | 7/25/2018 | $11,641.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820138714 | 7/17/2018 | $70,996.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $61,400.61 | 7/26/2018 | 201819979472-2 | 6/29/2018 | $30,192.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $175,314.88 | 8/1/2018 | 201819774843 | 7/5/2018 | $175,314.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $4,275.59 | 8/10/2018 | 201820493339-1 | 7/14/2018 | $2,227.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $4,275.59 | 8/10/2018 | 201820493339-2 | 7/14/2018 | $1,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $4,275.59 | 8/10/2018 | 201820493339-3 | 7/14/2018 | $149.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820378129-1 | 7/21/2018 | $25,048.80 |

Stig Jiangsu Light & Textile Import & Export Co. Ltd. (2225873)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $4,275.59 | 8/10/2018 | 201820493339-5 | 7/14/2018 | $411.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $191,611.19 | 8/30/2018 | 201820677770 | 7/30/2018 | $3,698.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820411138-1 | 7/17/2018 | $66,868.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820411138-2 | 7/17/2018 | $66,796.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820411138-3 | 7/17/2018 | $5,409.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820411138-4 | 7/17/2018 | $33,753.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $281,187.59 | 8/15/2018 | 201820411138-5 | 7/17/2018 | $37,362.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $67,827.26 | 8/21/2018 | 201820376247-1 | 7/21/2018 | $2,929.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $4,275.59 | 8/10/2018 | 201820493339-4 | 7/14/2018 | $275.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820563748 | 8/2/2018 | $9,953.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $102,800.01 | 9/18/2018 | 201821058931 | 8/19/2018 | $26,125.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $7,342.59 | 9/21/2018 | 201820875695 | 8/23/2018 | $3,227.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $7,342.59 | 9/21/2018 | 201821368248 | 8/23/2018 | $4,114.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820377024 | 8/2/2018 | $1,612.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820403617 | 8/4/2018 | $55,048.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $191,611.19 | 8/30/2018 | 201820482078 | 7/28/2018 | $187,203.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820559267 | 8/2/2018 | $34,071.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $9,635.33 | 9/13/2018 | 201820410127 | 8/15/2018 | $9,635.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820563857 | 8/6/2018 | $12,752.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820622744 | 8/2/2018 | $8,109.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820622822 | 8/2/2018 | $23,284.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820676927 | 8/2/2018 | $8,041.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820677005 | 8/6/2018 | $10,268.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820678035 | 8/6/2018 | $7,396.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820476548 | 8/2/2018 | $5,865.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820412610-2 | 7/13/2018 | $77,708.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $183,439.99 | 9/4/2018 | 201820678132 | 8/2/2018 | $7,035.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $191,611.19 | 8/30/2018 | 201820840264 | 7/28/2018 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $154,290.15 | 8/7/2018 | 201820201747-1 | 7/11/2018 | $103,028.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $154,290.15 | 8/7/2018 | 201820201747-2 | 7/11/2018 | $36,603.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $154,290.15 | 8/7/2018 | 201820201914 | 7/11/2018 | $14,658.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820139028 | 7/13/2018 | $51,858.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $102,800.01 | 9/18/2018 | 201820672562-2 | 8/19/2018 | $38,484.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820412610-1 | 7/13/2018 | $87,830.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $102,800.01 | 9/18/2018 | 201820672562-1 | 8/19/2018 | $38,189.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820412610-3 | 7/13/2018 | $58,193.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820412610-4 | 7/13/2018 | $47,562.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820543604 | 7/13/2018 | $264.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $60,145.11 | 9/10/2018 | 201821090089 | 8/10/2018 | $60,145.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $12,231.49 | 9/12/2018 | 201820410411 | 8/14/2018 | $12,231.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $191,611.19 | 8/30/2018 | 201820676683 | 7/28/2018 | $184.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $335,839.14 | 8/9/2018 | 201820217915 | 7/13/2018 | $12,421.08 |

**Totals:** 17 transfer(s), $1,801,490.10