**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Sunny Jet Textiles Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $3,548.16 | 9/7/2018 | 201819306883 | 6/10/2018 | $3,548.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $1,771.32 | 9/5/2018 | 201819305982 | 6/8/2018 | $1,771.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $5,726.88 | 9/19/2018 | 201820646447 | 8/6/2018 | $5,726.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $5,426.88 | 9/17/2018 | 201820645946 | 8/2/2018 | $5,426.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $4,587.36 | 9/10/2018 | 201819307599-2 | 6/11/2018 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $4,587.36 | 9/10/2018 | 201819307599-1 | 6/11/2018 | $2,667.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $9,669.12 | 8/22/2018 | 201818496855-2 | 5/25/2018 | $3,552.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $9,669.12 | 8/22/2018 | 201818496855-1 | 5/25/2018 | $6,116.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $24,487.20 | 8/20/2018 | 201818568802-2 | 5/21/2018 | $8,908.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $24,487.20 | 8/20/2018 | 201818568802-1 | 5/21/2018 | $15,578.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $19,341.73 | 8/16/2018 | 201818566554-2 | 5/19/2018 | $7,109.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $19,341.73 | 8/16/2018 | 201818566554-1 | 5/19/2018 | $12,232.32 |

Totals:    8 transfer(s),    $74,558.65