**ask** LLP  ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Super Technology Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/4/2018 | $35,910.23 | 9/4/2018 | 201820845169 | 8/9/2018 | $18,092.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/4/2018 | $35,910.23 | 9/4/2018 | 201820844645 | 8/9/2018 | $17,818.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/17/2018 | $19,946.00 | 7/17/2018 | AHK180163 | 6/21/2018 | $19,946.00 |

| | | | |
|---|---|---|---|
| **Totals:** | 2 transfer(s), | $55,856.23 | |