**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Ta Hsing Electric Wire & Cable Company** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $33,842.16 | 8/10/2018 | 201818137112 | 5/16/2018 | $25,442.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $33,842.16 | 8/10/2018 | 201818135109 | 5/15/2018 | $8,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $109,850.87 | 7/18/2018 | 201817664520 | 4/24/2018 | $28,116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $109,850.87 | 7/18/2018 | 201817664516 | 4/24/2018 | $76,341.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $109,850.87 | 7/18/2018 | 201817664474 | 4/26/2018 | $5,393.13 |
| **Totals:** | | **2 transfer(s),** | **$143,693.03** | | | | |