**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **The Family Stone, LLC** |
| --- | --- |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998378 | $10,297.37 | 8/14/2018 | 618380810186045 | 8/10/2018 | $3,186.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994607 | $10,152.30 | 8/7/2018 | 618380802186045 | 8/2/2018 | $754.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994607 | $10,152.30 | 8/7/2018 | 618380803186045 | 8/3/2018 | $9,397.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995977 | $8,577.36 | 8/8/2018 | 618380804186045 | 8/4/2018 | $8,319.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995977 | $8,577.36 | 8/8/2018 | 618380805186045 | 8/5/2018 | $258.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997009 | $4,844.61 | 8/10/2018 | 618380807186045 | 8/7/2018 | $4,844.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983797 | $10,740.18 | 7/17/2018 | 618380712186045 | 7/12/2018 | $1,258.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998378 | $10,297.37 | 8/14/2018 | 618380809186045 | 8/9/2018 | $7,110.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991676 | $8,267.41 | 8/1/2018 | 618380729186045 | 7/29/2018 | $797.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999279 | $2,594.50 | 8/15/2018 | 618380811186045 | 8/11/2018 | $2,594.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000347 | $1,272.81 | 8/17/2018 | 618380814186045 | 8/14/2018 | $1,272.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001142 | $1,923.91 | 8/20/2018 | 618380815186045 | 8/15/2018 | $1,923.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001848 | $8,366.10 | 8/21/2018 | 618380816186045 | 8/16/2018 | $4,824.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001848 | $8,366.10 | 8/21/2018 | 618380817186045 | 8/17/2018 | $3,542.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002791 | $6,084.44 | 8/22/2018 | 618380818186045 | 8/18/2018 | $3,620.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997703 | $2,317.45 | 8/13/2018 | 618380808186045 | 8/8/2018 | $2,317.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988173 | $3,823.64 | 7/25/2018 | 618380722186045 | 7/22/2018 | $1,371.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983797 | $10,740.18 | 7/17/2018 | 618380713186045 | 7/13/2018 | $9,481.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984780 | $5,866.09 | 7/18/2018 | 618380714186045 | 7/14/2018 | $4,620.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984780 | $5,866.09 | 7/18/2018 | 618380715186045 | 7/15/2018 | $1,245.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985815 | $7,304.44 | 7/20/2018 | 618380717186045 | 7/17/2018 | $7,304.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986535 | $1,032.02 | 7/23/2018 | 618380718186045 | 7/18/2018 | $1,032.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987254 | $9,309.86 | 7/24/2018 | 618380719186045 | 7/19/2018 | $4,337.61 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993612 | $1,840.21 | 8/6/2018 | 618380801186045 | 8/1/2018 | $1,840.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988173 | $3,823.64 | 7/25/2018 | 618380721186045 | 7/21/2018 | $2,451.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992775 | $3,081.61 | 8/3/2018 | 618380731186045 | 7/31/2018 | $3,081.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989242 | $4,143.57 | 7/27/2018 | 618380724186045 | 7/24/2018 | $4,143.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989979 | $3,141.00 | 7/30/2018 | 618380725186045 | 7/25/2018 | $3,141.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990756 | $4,935.14 | 7/31/2018 | 618380726186045 | 7/26/2018 | $2,483.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990756 | $4,935.14 | 7/31/2018 | 618380727186045 | 7/27/2018 | $2,451.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991676 | $8,267.41 | 8/1/2018 | 618380728186045 | 7/28/2018 | $7,469.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004572 | $2,909.96 | 8/27/2018 | 618380822186045 | 8/22/2018 | $2,909.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987254 | $9,309.86 | 7/24/2018 | 618380720186045 | 7/20/2018 | $4,972.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020662 | $5,883.82 | 9/26/2018 | 618380922186045 | 9/22/2018 | $2,911.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002791 | $6,084.44 | 8/22/2018 | 618380819186045 | 8/19/2018 | $2,463.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016244 | $5,429.94 | 9/18/2018 | 618380914186045 | 9/14/2018 | $1,674.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017177 | $5,749.12 | 9/19/2018 | 618380915186045 | 9/15/2018 | $2,038.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017177 | $5,749.12 | 9/19/2018 | 618380916186045 | 9/16/2018 | $3,710.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018291 | $3,730.42 | 9/21/2018 | 618380918186045 | 9/18/2018 | $3,730.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019004 | $3,304.49 | 9/24/2018 | 618380919186045 | 9/19/2018 | $3,304.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015557 | $3,962.70 | 9/17/2018 | 618380912186045 | 9/12/2018 | $3,962.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019708 | $3,527.54 | 9/25/2018 | 618380921186045 | 9/21/2018 | $2,232.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014840 | $2,413.62 | 9/14/2018 | 618380911186045 | 9/11/2018 | $2,413.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020662 | $5,883.82 | 9/26/2018 | 618380923186045 | 9/23/2018 | $2,972.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021768 | $184.78 | 9/28/2018 | 618380925186045 | 9/25/2018 | $184.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022511 | $3,060.45 | 10/1/2018 | 618380926186045 | 9/26/2018 | $3,060.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023329 | $6,271.63 | 10/2/2018 | 618380927186045 | 9/27/2018 | $3,592.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023329 | $6,271.63 | 10/2/2018 | 618380928186045 | 9/28/2018 | $2,679.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024436 | $5,123.43 | 10/3/2018 | 618380929186045 | 9/29/2018 | $4,691.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019708 | $3,527.54 | 9/25/2018 | 618380920186045 | 9/20/2018 | $1,294.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008882 | $4,687.49 | 9/4/2018 | 618380831186045 | 8/31/2018 | $2,718.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024436 | $5,123.43 | 10/3/2018 | 618380930186045 | 9/30/2018 | $432.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005275 | $1,401.69 | 8/28/2018 | 618380823186045 | 8/23/2018 | $1,193.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005275 | $1,401.69 | 8/28/2018 | 618380824186045 | 8/24/2018 | $208.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006176 | $3,645.40 | 8/29/2018 | 618380825186045 | 8/25/2018 | $3,385.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006176 | $3,645.40 | 8/29/2018 | 618380826186045 | 8/26/2018 | $260.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007291 | $5,105.46 | 8/31/2018 | 618380828186045 | 8/28/2018 | $5,105.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016244 | $5,429.94 | 9/18/2018 | 618380913186045 | 9/13/2018 | $3,754.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008882 | $4,687.49 | 9/4/2018 | 618380830186045 | 8/30/2018 | $1,969.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003839 | $4,654.87 | 8/24/2018 | 618380821186045 | 8/21/2018 | $4,654.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010095 | $6,700.01 | 9/5/2018 | 618380901186045 | 9/1/2018 | $6,700.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012099 | $2,665.47 | 9/10/2018 | 618380905186045 | 9/5/2018 | $2,665.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012846 | $4,495.99 | 9/11/2018 | 618380906186045 | 9/6/2018 | $1,870.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012846 | $4,495.99 | 9/11/2018 | 618380907186045 | 9/7/2018 | $2,625.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013751 | $3,873.22 | 9/12/2018 | 618380908186045 | 9/8/2018 | $3,314.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013751 | $3,873.22 | 9/12/2018 | 618380909186045 | 9/9/2018 | $558.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008071 | $4,050.49 | 9/3/2018 | 618380829186045 | 8/29/2018 | $4,050.49 |

Totals:    45 transfer(s),    $212,748.01