

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Tianjin Kangli Kitchenware Manufacturer Co. Ltd., dba TJ Kangli Kitchenware Manufacture** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $95,572.09 | 9/4/2018 | 201819513340 | 6/4/2018 | $95,572.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $56,348.04 | 8/20/2018 | 201819042970 | 5/21/2018 | $56,348.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $51,466.66 | 7/26/2018 | 201818302323-2 | 4/30/2018 | $28,476.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $51,466.66 | 7/26/2018 | 201818302323-1 | 4/30/2018 | $22,990.00 |
| **Totals:** | | **3 transfer(s),** | **$203,386.79** | | | | |