**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Timely Rain Musical Instrument Company Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $40,468.60 | 9/11/2018 | 201819618984 | 6/14/2018 | $40,468.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $6,108.16 | 8/27/2018 | 201819223992 | 5/28/2018 | $6,108.16 |
| **Totals:** | **2 transfer(s),** | **$46,576.76** | | | | | |