**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Torin Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $139,527.14 | 9/20/2018 | 201820256711-2 | 8/7/2018 | $30,130.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $139,527.14 | 9/20/2018 | 201820256711-1 | 8/7/2018 | $60,261.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $139,527.14 | 9/20/2018 | 201820058635-2 | 8/7/2018 | $29,540.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $139,527.14 | 9/20/2018 | 201820058635-1 | 8/7/2018 | $19,594.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $70,100.68 | 9/13/2018 | 201820135255 | 7/31/2018 | $27,444.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $70,100.68 | 9/13/2018 | 201820135213 | 7/31/2018 | $42,656.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $114,754.76 | 8/30/2018 | 201819883694 | 7/17/2018 | $29,540.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $114,754.76 | 8/30/2018 | 201819883585 | 7/17/2018 | $24,952.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $114,754.76 | 8/30/2018 | 201819855863 | 7/17/2018 | $60,261.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $71,093.24 | 8/3/2018 | 201819243126 | 6/24/2018 | $71,093.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $239,493.07 | 8/10/2018 | 201819369388 | 7/1/2018 | $90,392.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $239,493.07 | 8/10/2018 | 201819369221 | 7/1/2018 | $54,088.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $239,493.07 | 8/10/2018 | 201819246439 | 7/1/2018 | $18,589.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $239,493.07 | 8/10/2018 | 201819246091 | 7/1/2018 | $32,003.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $239,493.07 | 8/10/2018 | 201819243212 | 7/1/2018 | $44,419.20 |

**Totals:**   **5 transfer(s),   $634,968.89**