**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

|                    |                                            |
|--------------------|--------------------------------------------|
| Defendant:         | **True Jade Company Limited**              |
| Bankruptcy Case:   | **Sears Holdings Corporation, et al.**     |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018**            |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $4,062.20 | 9/4/2018 | 201819746746 | 6/18/2018 | $2,351.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $4,062.20 | 9/4/2018 | 201819746556 | 6/18/2018 | $982.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $4,062.20 | 9/4/2018 | 201819746192 | 6/18/2018 | $727.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $51,017.76 | 9/24/2018 | 201820401910 | 7/10/2018 | $4,516.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $51,017.76 | 9/24/2018 | 201820194119-3 | 7/10/2018 | $26,071.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $51,017.76 | 9/24/2018 | 201820194119-2 | 7/10/2018 | $2,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $51,017.76 | 9/24/2018 | 201820194119-1 | 7/10/2018 | $17,739.36 |

**Totals:** 2 transfer(s), $55,079.96