**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **U.S. Vision, Inc. dba U.S. Vision Optical** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005065 | $18,275.00 | 8/27/2018 | ODS418182326018 | 8/20/2018 | $13,817.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987049 | $19,589.00 | 7/23/2018 | ODS418181976018 | 7/16/2018 | $16,485.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990536 | $13,991.00 | 7/30/2018 | ODS417182046017 | 7/23/2018 | $2,076.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990536 | $13,991.00 | 7/30/2018 | ODS418182046018 | 7/23/2018 | $11,915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994217 | $22,101.00 | 8/6/2018 | ODS417182116017 | 7/30/2018 | $4,892.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994217 | $22,101.00 | 8/6/2018 | ODS418182116018 | 7/30/2018 | $17,209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998178 | $14,159.00 | 8/13/2018 | ODS417182186017 | 8/6/2018 | $2,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998178 | $14,159.00 | 8/13/2018 | ODS418182186018 | 8/6/2018 | $11,443.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001625 | $19,944.00 | 8/20/2018 | ODS417182256017 | 8/13/2018 | $1,531.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987049 | $19,589.00 | 7/23/2018 | ODS417181976017 | 7/16/2018 | $3,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005065 | $18,275.00 | 8/27/2018 | ODS417182326017 | 8/20/2018 | $4,458.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023072 | $12,524.00 | 10/1/2018 | ODS418182676018 | 9/24/2018 | $10,714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008623 | $15,776.00 | 9/3/2018 | ODS417182396017 | 8/27/2018 | $2,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008623 | $15,776.00 | 9/3/2018 | ODS418182396018 | 8/27/2018 | $13,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012639 | $16,369.00 | 9/10/2018 | ODS417182466017 | 9/3/2018 | $1,748.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012639 | $16,369.00 | 9/10/2018 | ODS418182466018 | 9/3/2018 | $14,621.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016028 | $10,888.00 | 9/17/2018 | ODS417182536017 | 9/10/2018 | $1,936.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016028 | $10,888.00 | 9/17/2018 | ODS418182536018 | 9/10/2018 | $8,952.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019506 | $17,450.00 | 9/24/2018 | ODS417182606017 | 9/17/2018 | $2,162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019506 | $17,450.00 | 9/24/2018 | ODS418182606018 | 9/17/2018 | $15,288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023072 | $12,524.00 | 10/1/2018 | ODS417182676017 | 9/24/2018 | $1,810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001625 | $19,944.00 | 8/20/2018 | ODS418182256018 | 8/13/2018 | $18,413.00 |

Totals:    11 transfer(s),    $181,066.00

U.S. Vision, Inc. dba U.S. Vision Optical (2191732)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 1