**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Vasen International Limited** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $8,228.75 | 9/11/2018 | 201818500147 | 6/12/2018 | $8,228.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $27,446.42 | 8/10/2018 | 201818155191-2 | 5/15/2018 | $24,074.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $27,446.42 | 8/10/2018 | 201818155191-1 | 5/15/2018 | $3,371.76 |

| Totals: | 2 transfer(s), | $35,675.17 |
|---|---|---|