**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Venus Colombiana SA** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-12 | 7/2/2018 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-10 | 6/28/2018 | $3,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-11 | 6/28/2018 | $3,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-2 | 6/28/2018 | $6,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-3 | 6/28/2018 | $3,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-4 | 6/28/2018 | $6,372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-5 | 6/28/2018 | $5,562.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-6 | 6/28/2018 | $4,427.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-7 | 6/28/2018 | $5,562.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-8 | 6/28/2018 | $5,562.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-9 | 6/28/2018 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-1 | 7/2/2018 | $8,112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $56,159.74 | 9/11/2018 | 201819656574-1 | 6/28/2018 | $7,488.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-11 | 7/2/2018 | $6,588.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-9 | 7/2/2018 | $7,938.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-13 | 7/2/2018 | $4,860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-14 | 7/2/2018 | $4,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-15 | 7/2/2018 | $436.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-16 | 7/2/2018 | $5,179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-2 | 7/2/2018 | $540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-3 | 7/2/2018 | $6,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-4 | 7/2/2018 | $3,564.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-5 | 7/2/2018 | $702.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-6 | 7/2/2018 | $7,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-7 | 7/2/2018 | $7,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-8 | 7/2/2018 | $594.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $72,966.00 | 9/14/2018 | 201819658270-10 | 7/2/2018 | $7,938.00 |

**Totals:** 2 transfer(s),   $129,125.74