**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **West Indies Company** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764055 | 7/9/2018 | $735.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764960 | 7/12/2018 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764959-21483 | 7/13/2018 | $1,016.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764958 | 7/12/2018 | $241.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764957 | 7/12/2018 | $649.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764788 | 7/12/2018 | $3,159.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764363 | 7/9/2018 | $241.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764362 | 7/9/2018 | $1,075.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764360-21481 | 7/10/2018 | $1,908.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764359-21480 | 7/10/2018 | $1,260.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763676 | 7/2/2018 | $207.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764057 | 7/9/2018 | $775.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 765149 | 7/13/2018 | $844.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764054-21477 | 7/9/2018 | $1,260.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764053 | 7/9/2018 | $466.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764051 | 7/9/2018 | $689.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764050-21476 | 7/9/2018 | $1,311.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 761584 | 6/15/2018 | $1,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 764056 | 7/5/2018 | $1,514.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 764052 | 7/5/2018 | $2,351.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 764036 | 7/5/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 764035-21473 | 7/6/2018 | $1,733.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761000 | 6/19/2018 | $10,375.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 764268 | 7/9/2018 | $970.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765288 | 7/16/2018 | $943.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766113 | 7/23/2018 | $404.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766112 | 7/23/2018 | $1,190.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766051 | 7/23/2018 | $1,117.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 766048 | 7/20/2018 | $262.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 766046 | 7/20/2018 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765950 | 7/20/2018 | $2,464.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765941 | 7/19/2018 | $596.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765939 | 7/19/2018 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765937 | 7/20/2018 | $148.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765292-21492 | 7/16/2018 | $116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 765028 | 7/13/2018 | $1,711.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765289 | 7/17/2018 | $534.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991282 | $19,633.06 | 8/10/2018 | 765030 | 7/13/2018 | $862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765175-21491 | 7/16/2018 | $1,382.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765173-21488 | 7/16/2018 | $1,185.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765029 | 7/16/2018 | $442.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765027 | 7/16/2018 | $695.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765026-21486 | 7/16/2018 | $646.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 764789 | 7/16/2018 | $309.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 764727 | 7/16/2018 | $325.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 764726 | 7/16/2018 | $193.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 764269 | 7/9/2018 | $862.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763675 | 7/2/2018 | $928.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995526 | $13,162.33 | 8/17/2018 | 765290 | 7/17/2018 | $1,562.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 762117 | 6/21/2018 | $2,244.98 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762393-21461 | 6/25/2018 | $1,026.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762286-21459 | 6/25/2018 | $356.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762285 | 6/25/2018 | $614.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762283 | 6/25/2018 | $944.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762282 | 6/25/2018 | $724.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 760611 | 6/8/2018 | $577.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 759728 | 5/31/2018 | $816.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 762455 | 6/22/2018 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 762356 | 6/21/2018 | $1,238.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763677 | 7/2/2018 | $149.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 762284-21456 | 6/21/2018 | $2,201.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762456 | 6/25/2018 | $791.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761951 | 6/19/2018 | $3,448.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761585 | 6/18/2018 | $1,311.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761583 | 6/18/2018 | $296.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761493 | 6/19/2018 | $1,251.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761360 | 6/18/2018 | $723.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761359 | 6/18/2018 | $20,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761358 | 6/18/2018 | $1,038.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761356 | 6/18/2018 | $2,343.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761354 | 6/18/2018 | $291.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 761209 | 6/18/2018 | $15,562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981020 | $64,695.57 | 7/18/2018 | 762355-21458 | 6/22/2018 | $1,199.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763248 | 6/28/2018 | $3,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763674-21472 | 7/3/2018 | $1,155.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763461-21469 | 7/2/2018 | $3,180.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763460-21468 | 7/2/2018 | $1,375.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763458 | 7/2/2018 | $296.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763252 | 7/2/2018 | $568.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763250-21465 | 7/2/2018 | $1,356.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763249 | 7/2/2018 | $1,356.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763055 | 7/2/2018 | $270.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763054 | 7/2/2018 | $253.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 763053 | 7/2/2018 | $277.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762394-21464 | 6/25/2018 | $3,256.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763251 | 6/28/2018 | $1,041.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762454 | 6/25/2018 | $1,050.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763247 | 6/28/2018 | $2,252.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763242 | 6/28/2018 | $525.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763241 | 6/29/2018 | $493.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763240 | 6/29/2018 | $1,572.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 763056 | 6/27/2018 | $1,706.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762721 | 6/26/2018 | $1,288.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762720 | 6/25/2018 | $349.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762719 | 6/25/2018 | $1,347.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984370 | $24,191.57 | 7/25/2018 | 762718 | 6/25/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766117 | 7/23/2018 | $460.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987778 | $17,777.03 | 8/1/2018 | 762246 | 7/2/2018 | $415.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768699 | 8/13/2018 | $475.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769554 | 8/15/2018 | $4,030.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769219 | 8/14/2018 | $1,716.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769196 | 8/14/2018 | $812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769108 | 8/13/2018 | $1,154.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769107 | 8/13/2018 | $412.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769106-21509 | 8/14/2018 | $1,054.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768942 | 8/13/2018 | $477.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768941 | 8/13/2018 | $1,814.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768705 | 8/13/2018 | $742.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766115 | 7/23/2018 | $2,217.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768702 | 8/13/2018 | $1,879.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769673 | 8/16/2018 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768698 | 8/13/2018 | $536.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768696 | 8/13/2018 | $1,294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 798821 | 8/9/2018 | $1,023.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768822 | 8/10/2018 | $394.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768820 | 8/9/2018 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768719 | 8/9/2018 | $241.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768707 | 8/9/2018 | $2,116.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768706 | 8/9/2018 | $186.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768704 | 8/9/2018 | $930.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768701 | 8/9/2018 | $2,219.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 768703 | 8/13/2018 | $568.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769658 | 8/20/2018 | $1,208.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770527 | 8/23/2018 | $717.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770464 | 8/24/2018 | $352.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770462 | 8/23/2018 | $936.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770400 | 8/22/2018 | $3,413.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770397 | 8/23/2018 | $4,006.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770259 | 8/23/2018 | $914.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769977-21520 | 8/20/2018 | $1,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769975-21518 | 8/21/2018 | $640.92 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769973 | 8/20/2018 | $412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769972 | 8/20/2018 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769655 | 8/16/2018 | $1,572.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769696-21517 | 8/20/2018 | $1,296.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769657 | 8/16/2018 | $1,552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769656 | 8/20/2018 | $667.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769654 | 8/20/2018 | $950.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769653 | 8/20/2018 | $1,108.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769553-21515 | 8/20/2018 | $1,415.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769552-21512 | 8/20/2018 | $544.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769551 | 8/20/2018 | $1,123.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769676 | 8/16/2018 | $527.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769675 | 8/17/2018 | $1,453.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009521 | $21,955.12 | 9/18/2018 | 769674 | 8/16/2018 | $46.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768258-21508 | 8/6/2018 | $850.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 769697 | 8/20/2018 | $895.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766813 | 7/25/2018 | $2,193.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768700 | 8/9/2018 | $1,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 766811 | 7/30/2018 | $932.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 766809 | 7/30/2018 | $1,013.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 766808-21499 | 7/30/2018 | $1,473.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 153072 | 8/3/2018 | $4,219.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 767056 | 7/27/2018 | $318.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 767012 | 7/27/2018 | $1,441.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 767011 | 7/27/2018 | $1,460.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766884-21498 | 7/26/2018 | $773.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766883 | 7/26/2018 | $186.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767008 | 7/30/2018 | $667.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766880-21496 | 7/27/2018 | $446.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767009-21501 | 7/30/2018 | $2,742.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766270 | 7/23/2018 | $103.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766268-21494 | 7/24/2018 | $947.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766264 | 7/23/2018 | $1,056.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766130 | 7/23/2018 | $356.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766129 | 7/23/2018 | $1,041.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766128 | 7/23/2018 | $517.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766127 | 7/23/2018 | $1,513.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766126 | 7/23/2018 | $476.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766125 | 7/23/2018 | $290.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013379 | $21,604.36 | 9/25/2018 | 770605 | 8/24/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766881 | 7/26/2018 | $309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767882 | 8/2/2018 | $698.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998908 | $19,306.19 | 8/28/2018 | 766116 | 7/23/2018 | $596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768256-21506 | 8/7/2018 | $1,085.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768077 | 8/6/2018 | $954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768028 | 8/6/2018 | $1,054.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767881 | 8/6/2018 | $624.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767880 | 8/6/2018 | $890.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767878 | 8/6/2018 | $1,101.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767877 | 8/6/2018 | $714.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767738 | 8/6/2018 | $912.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767735 | 8/6/2018 | $820.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 766866 | 7/30/2018 | $1,098.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | X27849 | 8/3/2018 | $142.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 768261 | 8/6/2018 | $93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767870 | 8/3/2018 | $559.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767869 | 8/2/2018 | $649.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767868 | 8/2/2018 | $247.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767733 | 8/1/2018 | $1,294.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767400 | 7/31/2018 | $1,931.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767293 | 7/31/2018 | $954.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767292 | 7/30/2018 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767291 | 7/30/2018 | $1,054.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767055-21503 | 7/30/2018 | $1,116.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002408 | $22,063.59 | 9/4/2018 | 767013 | 7/30/2018 | $1,093.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005797 | $18,889.80 | 9/11/2018 | 767734 | 8/6/2018 | $872.64 |

**Totals:** 10 transfer(s), $243,278.62