**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Western Refining Southwest, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 63804 | $6,260.24 | 9/11/2018 | 356665CT | 8/31/2018 | $301.13 |
| StarWest, LLC | StarWest, LLC | 63580 | $4,531.23 | 7/23/2018 | 350973CT | 7/16/2018 | $2,970.83 |
| StarWest, LLC | StarWest, LLC | 63580 | $4,531.23 | 7/23/2018 | 351278CT | 7/16/2018 | $729.74 |
| StarWest, LLC | StarWest, LLC | 63580 | $4,531.23 | 7/23/2018 | 351413CT | 7/16/2018 | $635.25 |
| StarWest, LLC | StarWest, LLC | 63705 | $5,329.89 | 8/13/2018 | 352795CT | 7/31/2018 | $301.22 |
| StarWest, LLC | StarWest, LLC | 63705 | $5,329.89 | 8/13/2018 | 352821CT | 7/31/2018 | $3,405.85 |
| StarWest, LLC | StarWest, LLC | 63705 | $5,329.89 | 8/13/2018 | 353129CT | 7/31/2018 | $976.33 |
| StarWest, LLC | StarWest, LLC | 63705 | $5,329.89 | 8/13/2018 | 353268CT | 7/31/2018 | $646.49 |
| StarWest, LLC | StarWest, LLC | 63744 | $6,001.39 | 8/28/2018 | 354791CT | 8/16/2018 | $298.18 |
| StarWest, LLC | StarWest, LLC | 63744 | $6,001.39 | 8/28/2018 | 354818CT | 8/16/2018 | $3,849.07 |
| StarWest, LLC | StarWest, LLC | 63580 | $4,531.23 | 7/23/2018 | 350948CT | 7/16/2018 | $195.41 |
| StarWest, LLC | StarWest, LLC | 63744 | $6,001.39 | 8/28/2018 | 355263CT | 8/16/2018 | $940.12 |
| StarWest, LLC | StarWest, LLC | 63915 | $4,627.69 | 10/10/2018 | 360885CT | 9/30/2018 | $584.59 |
| StarWest, LLC | StarWest, LLC | 63804 | $6,260.24 | 9/11/2018 | 356691CT | 8/31/2018 | $4,047.70 |
| StarWest, LLC | StarWest, LLC | 63804 | $6,260.24 | 9/11/2018 | 357000CT | 8/31/2018 | $1,099.40 |
| StarWest, LLC | StarWest, LLC | 63804 | $6,260.24 | 9/11/2018 | 357136CT | 8/31/2018 | $812.01 |
| StarWest, LLC | StarWest, LLC | 63854 | $4,968.63 | 9/24/2018 | 358566CT | 9/17/2018 | $174.58 |
| StarWest, LLC | StarWest, LLC | 63854 | $4,968.63 | 9/24/2018 | 358591CT | 9/17/2018 | $3,220.32 |
| StarWest, LLC | StarWest, LLC | 63854 | $4,968.63 | 9/24/2018 | 358897CT | 9/17/2018 | $952.22 |
| StarWest, LLC | StarWest, LLC | 63854 | $4,968.63 | 9/24/2018 | 359030CT | 9/17/2018 | $621.51 |
| StarWest, LLC | StarWest, LLC | 63915 | $4,627.69 | 10/10/2018 | 360424CT | 9/30/2018 | $355.14 |
| StarWest, LLC | StarWest, LLC | 63915 | $4,627.69 | 10/10/2018 | 360450CT | 9/30/2018 | $3,078.31 |
| StarWest, LLC | StarWest, LLC | 63915 | $4,627.69 | 10/10/2018 | 360754CT | 9/30/2018 | $609.65 |
| StarWest, LLC | StarWest, LLC | 63744 | $6,001.39 | 8/28/2018 | 355128CT | 8/16/2018 | $914.02 |

**Totals:**    6 transfer(s),    $31,719.07