**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **YAT Electrical Appliance Company dba Zhejiang YAT Electrical Appliance Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $378,393.40 | 9/4/2018 | 201819510245-2 | 6/4/2018 | $288,215.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $378,393.40 | 9/4/2018 | 201819510245-1 | 6/4/2018 | $90,177.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $378,321.64 | 8/30/2018 | 201818597417-2 | 6/1/2018 | $96,961.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $378,321.64 | 8/30/2018 | 201818597417-1 | 6/1/2018 | $281,360.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $377,393.40 | 8/20/2018 | 201818596361 | 5/21/2018 | $377,393.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $378,310.27 | 8/2/2018 | 201817849851-2 | 5/7/2018 | $199,126.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $378,310.27 | 8/2/2018 | 201817849851-1 | 5/7/2018 | $179,183.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $164,613.83 | 8/15/2018 | 201818571952-2 | 5/18/2018 | $164,613.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $431,599.48 | 7/26/2018 | 201817860849 | 4/30/2018 | $53,206.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $431,599.48 | 7/26/2018 | 201817849619-2 | 4/30/2018 | $90,177.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $431,599.48 | 7/26/2018 | 201817849619-1 | 4/30/2018 | $288,215.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $677,581.05 | 7/23/2018 | 201817859549-3 | 4/27/2018 | $104,098.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $677,581.05 | 7/23/2018 | 201817859549-2 | 4/27/2018 | $195,089.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $677,581.05 | 7/23/2018 | 201817859549-1 | 4/27/2018 | $378,393.40 |

Totals:    7 transfer(s),    $2,786,213.07