**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Zhuhai Shichang Metals Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $64,557.07 | 9/4/2018 | 201819703716-2 | 6/18/2018 | $52,304.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $64,557.07 | 9/4/2018 | 201819703716-1 | 6/18/2018 | $12,252.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $68,009.63 | 8/7/2018 | 201819153142-2 | 5/27/2018 | $42,431.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $68,009.63 | 8/7/2018 | 201819153142-1 | 5/27/2018 | $25,578.00 |

**Totals:** 2 transfer(s), $132,566.70