**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| **Defendant:** | **A&A (H.K.) Industrial Limited** |
| **Bankruptcy Case:** | **Sears Holdings Corporation, et al.** |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $117,429.40 | 9/17/2018 | 201819469680 | 6/18/2018 | $23,783.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,096.79 | 8/27/2018 | 201818894965-2 | 5/28/2018 | $31,351.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $124,130.54 | 9/13/2018 | 201819504742-1 | 6/16/2018 | $24,717.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $124,130.54 | 9/13/2018 | 201819504742-2 | 6/16/2018 | $24,403.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $124,130.54 | 9/13/2018 | 201819504742-3 | 6/16/2018 | $64,865.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $124,130.54 | 9/13/2018 | 201819504742-4 | 6/16/2018 | $854.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,096.79 | 8/27/2018 | 201818894965-1 | 5/28/2018 | $3,745.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $117,429.40 | 9/17/2018 | 201819469305 | 6/18/2018 | $7,908.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201819192574-2 | 6/3/2018 | $12,077.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $117,429.40 | 9/17/2018 | 201819469908 | 6/18/2018 | $85,737.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201818895192 | 6/3/2018 | $46,377.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201819192511 | 6/7/2018 | $27,993.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201819192522 | 6/3/2018 | $28,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201819192561 | 6/7/2018 | $32,266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $169,438.93 | 9/4/2018 | 201819192574-1 | 6/3/2018 | $21,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $124,130.54 | 9/13/2018 | 201819504742-5 | 6/16/2018 | $9,289.98 |

**Totals:** 4 transfer(s), $446,095.66