**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **A&A (H.K.) Industrial Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192462 | 6/7/2018 | $27,994.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $35,608.56 | 8/10/2018 | 201818738396-2 | 5/15/2018 | $6,641.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $23,719.56 | 8/7/2018 | 201818738217-1 | 5/12/2018 | $2,436.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $23,719.56 | 8/7/2018 | 201818738217-2 | 5/12/2018 | $21,282.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $75,180.60 | 9/13/2018 | 201819468864 | 6/16/2018 | $47,548.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $75,180.60 | 9/13/2018 | 201819469139 | 6/16/2018 | $27,631.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $35,608.56 | 8/10/2018 | 201818738396-1 | 5/15/2018 | $28,966.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $92,577.60 | 9/17/2018 | 201819469020 | 6/18/2018 | $34,056.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $40,851.13 | 9/6/2018 | 201819192503 | 6/9/2018 | $17,779.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192473 | 6/3/2018 | $23,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192479 | 6/7/2018 | $28,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192494 | 6/7/2018 | $21,680.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192632 | 6/7/2018 | $3,151.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $107,466.81 | 9/4/2018 | 201819192640 | 6/3/2018 | $2,520.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $40,851.13 | 9/6/2018 | 201819192487 | 6/9/2018 | $23,071.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $92,577.60 | 9/17/2018 | 201819468636 | 6/18/2018 | $58,521.60 |

Totals:    6 transfer(s),    $375,404.26