**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Animal Adventure, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 68743 | 5/30/2018 | $42.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98865 | 6/1/2018 | $211.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98490-97 | 5/15/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98490-95 | 5/15/2018 | $382.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98463 | 5/14/2018 | $385.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98415 | 5/8/2018 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98414 | 5/8/2018 | $442.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98411 | 5/8/2018 | $416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98362 | 5/4/2018 | $1,038.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98744 | 5/30/2018 | $114.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 97837-88 | 4/10/2018 | $35.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98745 | 5/30/2018 | $59.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98628 | 5/21/2018 | $320.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98627 | 5/22/2018 | $509.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98626 | 5/22/2018 | $250.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98625 | 5/22/2018 | $355.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98611 | 5/22/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98610 | 5/22/2018 | $119.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98609 | 5/22/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98608 | 5/22/2018 | $295.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98108-90 | 4/24/2018 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98413 | 5/8/2018 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98111 | 4/27/2018 | $122.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98863 | 6/1/2018 | $42.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98862 | 6/1/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98861 | 6/1/2018 | $119.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98860 | 6/1/2018 | $178.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98859 | 6/1/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98858 | 6/1/2018 | $208.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98857 | 6/1/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98631 | 5/4/2018 | $283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98855 | 6/1/2018 | $126.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98605 | 5/22/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98412 | 5/8/2018 | $318.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | CD3102829ED | 7/17/2018 | $406.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98750-98 | 5/30/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98750-100 | 5/30/2018 | $559.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98749 | 5/30/2018 | $170.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98748 | 5/30/2018 | $512.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98747 | 5/30/2018 | $685.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987903 | $5,540.74 | 8/2/2018 | 98746 | 5/30/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98856 | 6/1/2018 | $84.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98295 | 5/1/2018 | $192.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98532 | 5/16/2018 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98531 | 5/16/2018 | $535.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98530 | 5/16/2018 | $446.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98493 | 5/15/2018 | $739.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98492 | 5/15/2018 | $183.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98491 | 5/15/2018 | $518.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98363 | 5/4/2018 | $1,935.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98300 | 5/2/2018 | $188.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98607 | 5/22/2018 | $119.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98298 | 5/2/2018 | $1,793.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98535 | 5/16/2018 | $382.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98294 | 5/1/2018 | $147.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98285 | 5/1/2018 | $90.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98284 | 4/25/2018 | $90.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98283 | 5/1/2018 | $90.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98115 | 4/27/2018 | $663.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98114 | 4/27/2018 | $64.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98113 | 4/30/2018 | $318.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98112 | 4/27/2018 | $2,293.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98299 | 5/2/2018 | $755.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98385 | 5/8/2018 | $173.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98866 | 6/1/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98462 | 5/14/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98417 | 5/8/2018 | $335.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98416 | 5/8/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98390 | 5/8/2018 | $696.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98389 | 5/8/2018 | $1,361.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98388-94 | 5/8/2018 | $80.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98388-92 | 5/8/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98533 | 5/16/2018 | $216.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98386 | 5/8/2018 | $672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98534 | 5/16/2018 | $148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98297 | 5/1/2018 | $1,114.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98296 | 5/1/2018 | $142.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98110 | 4/27/2018 | $309.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98109 | 4/27/2018 | $181.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98107 | 4/27/2018 | $90.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98106 | 4/27/2018 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98537 | 5/15/2018 | $679.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981140 | $13,062.04 | 7/19/2018 | 98536 | 5/16/2018 | $649.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98606 | 5/22/2018 | $263.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984512 | $8,118.18 | 7/26/2018 | 98387 | 5/8/2018 | $142.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99641 | 7/6/2018 | $275.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98864 | 6/1/2018 | $59.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 100396 | 8/16/2018 | $495.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 100395 | 8/16/2018 | $575.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99648 | 7/9/2018 | $386.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99647 | 7/9/2018 | $258.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99646 | 7/9/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99645 | 7/9/2018 | $72.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99644 | 7/6/2018 | $72.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 100401 | 8/17/2018 | $119.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99642 | 7/6/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 100402 | 8/17/2018 | $42.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99640 | 7/9/2018 | $131.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99631 | 7/9/2018 | $173.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99630 | 7/9/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99629 | 7/7/2018 | $44.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99608 | 7/3/2018 | $685.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99605 | 7/3/2018 | $832.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99763 | 7/3/2018 | $598.62 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99616 | 7/3/2018 | $233.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009685 | $772.87 | 9/19/2018 | 99643 | 7/6/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99866 | 7/17/2018 | $203.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $10,397.99 | 9/18/2018 | 201819525159 | 6/21/2018 | $10,397.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $13,416.92 | 8/21/2018 | 201818954913-2 | 5/24/2018 | $6,265.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $13,416.92 | 8/21/2018 | 201818954913-1 | 5/24/2018 | $7,151.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $15,134.41 | 10/2/2018 | 201820627641 | 8/16/2018 | $15,134.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99899 | 7/17/2018 | $220.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99871 | 7/17/2018 | $233.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99870 | 7/17/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99869 | 7/17/2018 | $211.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 100400 | 8/16/2018 | $174.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99867 | 7/17/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99614-1690 | 7/3/2018 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99865 | 7/17/2018 | $42.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99864 | 7/17/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99863 | 7/17/2018 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99862-1695 | 7/17/2018 | $267.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99862-1693 | 7/17/2018 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99861 | 7/17/2018 | $59.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99762 | 7/12/2018 | $563.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99761 | 7/12/2018 | $783.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013498 | $4,756.20 | 9/26/2018 | 99868 | 7/17/2018 | $267.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99057 | 6/11/2018 | $112.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99193 | 6/18/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99192 | 6/18/2018 | $240.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99191 | 6/18/2018 | $367.50 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99190 | 6/18/2018 | $894.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99189 | 6/18/2018 | $419.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99188 | 6/18/2018 | $42.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99061 | 6/11/2018 | $131.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99060 | 6/11/2018 | $121.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99615 | 7/3/2018 | $178.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99058 | 6/11/2018 | $551.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99196 | 6/18/2018 | $283.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99056 | 6/11/2018 | $89.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98872 | 6/1/2018 | $409.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98871 | 6/1/2018 | $132.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98870-103 | 6/1/2018 | $269.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98870-101 | 6/1/2018 | $40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98869 | 6/1/2018 | $288.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98868 | 6/1/2018 | $593.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991418 | $4,604.19 | 8/13/2018 | 98867 | 6/1/2018 | $88.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995694 | $983.54 | 8/20/2018 | 99059 | 6/11/2018 | $340.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99457 | 6/26/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $13,544.83 | 9/4/2018 | 201819221795 | 6/7/2018 | $13,544.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99613 | 7/3/2018 | $126.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99611 | 7/3/2018 | $267.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99606 | 7/3/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99595 | 7/3/2018 | $216.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99594 | 7/3/2018 | $59.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99460-1689 | 6/26/2018 | $812.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99460-1687 | 6/26/2018 | $35.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99194 | 6/18/2018 | $208.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99458 | 6/26/2018 | $370.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | 99195 | 6/18/2018 | $211.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99456 | 6/26/2018 | $144.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99455 | 6/26/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99454 | 6/26/2018 | $59.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99453 | 6/26/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99452 | 6/26/2018 | $169.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99356-1686 | 6/25/2018 | $904.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99356-1684 | 6/25/2018 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999033 | $3,392.61 | 8/29/2018 | CD3103001ED | 8/10/2018 | $727.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005925 | $1,652.26 | 9/12/2018 | 99614-1692 | 7/3/2018 | $29.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002536 | $3,659.94 | 9/5/2018 | 99459 | 6/26/2018 | $1,262.75 |

**Totals:** 14 transfer(s), $99,036.72