**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Animal Adventure, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $29,150.62 | 9/7/2018 | 201820627780 | 8/9/2018 | $29,150.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/24/2018 | $10,602.00 | 9/24/2018 | 201821243317 | 8/24/2018 | $10,602.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $126,272.38 | 9/17/2018 | 201820988910-2 | 8/17/2018 | $104,107.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $126,272.38 | 9/17/2018 | 201820988910-1 | 8/17/2018 | $22,165.18 |

**Totals:** 3 transfer(s), $166,025.00