**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Asia Socks Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-6 | 5/19/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $2,716.76 | 10/2/2018 | 201819978004 | 6/29/2018 | $2,716.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-8 | 5/17/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-9 | 5/17/2018 | $2,323.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-1 | 5/19/2018 | $2,368.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-2 | 5/19/2018 | $1,054.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-3 | 5/19/2018 | $1,159.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-6 | 5/17/2018 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-5 | 5/19/2018 | $2,626.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-5 | 5/17/2018 | $2,612.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-7 | 5/19/2018 | $2,428.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-8 | 5/19/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-9 | 5/19/2018 | $2,323.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-1 | 5/24/2018 | $4,311.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-2 | 5/24/2018 | $4,341.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-3 | 5/24/2018 | $4,341.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-4 | 5/24/2018 | $5,306.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $15,535.20 | 8/16/2018 | 201818569428-4 | 5/19/2018 | $1,702.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-6 | 5/1/2018 | $2,383.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-1 | 5/1/2018 | $856.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-10 | 5/1/2018 | $216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-11 | 5/1/2018 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-12 | 5/1/2018 | $4,867.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-2 | 5/1/2018 | $1,461.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-3 | 5/1/2018 | $916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-7 | 5/17/2018 | $2,428.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-5 | 5/1/2018 | $1,544.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-1 | 5/27/2018 | $4,477.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-7 | 5/1/2018 | $712.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-8 | 5/1/2018 | $5,188.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-9 | 5/1/2018 | $1,803.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-1 | 5/17/2018 | $2,266.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-2 | 5/17/2018 | $1,054.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-3 | 5/17/2018 | $1,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $15,329.60 | 8/10/2018 | 201818568693-4 | 5/17/2018 | $1,663.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $25,922.61 | 7/27/2018 | 201817891977-4 | 5/1/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-5 | 6/16/2018 | $3,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-7 | 6/14/2018 | $7,686.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-8 | 6/14/2018 | $6,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-9 | 6/14/2018 | $1,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-1 | 6/16/2018 | $10,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-10 | 6/16/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-2 | 6/16/2018 | $10,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-5 | 5/24/2018 | $7,430.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-4 | 6/16/2018 | $11,800.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-4 | 6/14/2018 | $11,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-6 | 6/16/2018 | $6,655.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-7 | 6/16/2018 | $8,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-8 | 6/16/2018 | $6,652.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-9 | 6/16/2018 | $1,032.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $18,561.60 | 9/4/2018 | 201818954038-1 | 6/4/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $18,561.60 | 9/4/2018 | 201818954038-2 | 6/4/2018 | $3,722.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $18,561.60 | 9/4/2018 | 201818954038-3 | 6/4/2018 | $9,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $69,355.20 | 9/13/2018 | 201819584215-3 | 6/16/2018 | $10,108.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,751.54 | 8/30/2018 | 201818953918-3 | 5/31/2018 | $9,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $18,561.60 | 9/4/2018 | 201818954038-4 | 6/4/2018 | $3,379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-2 | 5/27/2018 | $4,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-3 | 5/27/2018 | $4,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-4 | 5/27/2018 | $5,544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-5 | 5/27/2018 | $7,740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $34,141.60 | 8/24/2018 | 201818953510-6 | 5/27/2018 | $7,308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $4,510.45 | 8/3/2018 | 201818568230 | 5/9/2018 | $4,510.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-6 | 6/14/2018 | $6,429.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,751.54 | 8/30/2018 | 201818953918-2 | 5/31/2018 | $3,609.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-5 | 6/14/2018 | $3,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,751.54 | 8/30/2018 | 201818953918-4 | 5/31/2018 | $3,161.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $4,401.05 | 8/7/2018 | 201818568373 | 5/12/2018 | $4,401.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-1 | 6/14/2018 | $9,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-10 | 6/14/2018 | $924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-2 | 6/14/2018 | $9,720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,923.17 | 9/11/2018 | 201819583688-3 | 6/14/2018 | $9,655.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $32,787.31 | 8/21/2018 | 201818953160-6 | 5/24/2018 | $7,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $17,751.54 | 8/30/2018 | 201818953918-1 | 5/31/2018 | $1,980.00 |

**Totals:** 12 transfer(s), $307,936.09