# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Asia Socks Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $42,177.52 | 9/4/2018 | 201819422440-4 | 6/4/2018 | $11,978.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $42,177.52 | 9/4/2018 | 201819422440-3 | 6/4/2018 | $9,902.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $42,177.52 | 9/4/2018 | 201819422440-2 | 6/4/2018 | $1,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $42,177.52 | 9/4/2018 | 201819422440-1 | 6/4/2018 | $18,557.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $59,122.71 | 9/17/2018 | 201819687444-3 | 6/18/2018 | $11,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $59,122.71 | 9/17/2018 | 201819687444-2 | 6/18/2018 | $554.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $59,122.71 | 9/17/2018 | 201819687444-1 | 6/18/2018 | $47,096.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $47,251.24 | 8/27/2018 | 201818869330-3 | 5/28/2018 | $10,878.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $47,251.24 | 8/27/2018 | 201818869330-2 | 5/28/2018 | $5,439.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $47,251.24 | 8/27/2018 | 201818869330-1 | 5/28/2018 | $30,933.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $20,197.29 | 8/20/2018 | 201818569609-2 | 5/21/2018 | $9,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $20,197.29 | 8/20/2018 | 201818569609-1 | 5/21/2018 | $10,357.29 |

**Totals:**    **4 transfer(s),    $168,748.76**