**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| **Defendant:** | **Auxo International Ltd.** |
| **Bankruptcy Case:** | **Sears Holdings Corporation, et al.** |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144177-5 | 7/15/2018 | $16,029.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115682-1 | 8/27/2018 | $1,964.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144852-1 | 7/15/2018 | $29,301.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144773-5 | 7/15/2018 | $19,215.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144773-4 | 7/15/2018 | $7,922.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144773-3 | 7/15/2018 | $7,055.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144773-2 | 7/15/2018 | $4,984.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144773-1 | 7/15/2018 | $3,872.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144555-4 | 7/15/2018 | $20,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144555-3 | 7/15/2018 | $24,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144555-2 | 7/15/2018 | $27,652.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-1 | 7/16/2018 | $14,032.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144177-6 | 7/15/2018 | $8,257.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-2 | 7/16/2018 | $25,153.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144177-4 | 7/15/2018 | $29,820.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144177-3 | 7/15/2018 | $2,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144177-2 | 7/15/2018 | $2,067.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $5,763.93 | 7/30/2018 | 201819850012 | 7/3/2018 | $5,763.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115976-2 | 8/27/2018 | $29,301.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115976-1 | 8/27/2018 | $44,261.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115682-5 | 8/27/2018 | $518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115682-4 | 8/27/2018 | $391.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115682-3 | 8/27/2018 | $2,083.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $81,366.34 | 10/2/2018 | 201821115682-2 | 8/27/2018 | $2,845.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144555-1 | 7/15/2018 | $3,502.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $28,040.40 | 8/30/2018 | 201820405807-3 | 7/29/2018 | $8,004.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $11,292.11 | 9/19/2018 | 201820774605-1 | 8/21/2018 | $2,522.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $20,769.00 | 9/14/2018 | 201819367721 | 6/17/2018 | $20,769.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-8 | 8/13/2018 | $37,248.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-7 | 8/13/2018 | $13,400.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-6 | 8/13/2018 | $5,850.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-5 | 8/13/2018 | $8,239.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-4 | 8/13/2018 | $12,409.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-3 | 8/13/2018 | $57,976.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-2 | 8/13/2018 | $48,097.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201820757649-1 | 8/13/2018 | $30,985.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820144852-2 | 7/15/2018 | $9,735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201819529133-1 | 6/12/2018 | $14,476.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $11,292.11 | 9/19/2018 | 201820774605-2 | 8/21/2018 | $8,769.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $28,040.40 | 8/30/2018 | 201820405807-2 | 7/29/2018 | $9,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $28,040.40 | 8/30/2018 | 201820405807-1 | 7/29/2018 | $10,628.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $1,061.68 | 8/23/2018 | 201820680522 | 7/25/2018 | $1,061.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $3,192.97 | 8/15/2018 | 201820144892 | 7/17/2018 | $3,192.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-8 | 7/16/2018 | $964.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-7 | 7/16/2018 | $277.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-6 | 7/16/2018 | $2,828.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-5 | 7/16/2018 | $10,990.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-4 | 7/16/2018 | $5,771.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $294,668.81 | 8/10/2018 | 201820403970-3 | 7/16/2018 | $17,740.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $247,957.73 | 9/11/2018 | 201819529133-2 | 6/12/2018 | $19,272.00 |

**Totals:** **9 transfer(s),** **$694,112.97**