**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Auxo International Ltd.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $148,412.16 | 9/12/2018 | 201820757000 | 8/13/2018 | $148,412.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $33,153.00 | 8/30/2018 | 201820406307 | 7/30/2018 | $33,153.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $309,488.70 | 8/15/2018 | 201820170750-2 | 7/15/2018 | $251,488.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $309,488.70 | 8/15/2018 | 201820170750-1 | 7/15/2018 | $58,000.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $227,329.76 | 10/2/2018 | 201820757102-2 | 8/26/2018 | $183,895.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $227,329.76 | 10/2/2018 | 201820757102-1 | 8/26/2018 | $43,434.00 |

Totals:    4 transfer(s),    $718,383.62