**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Bari Textile Mills (PVT) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $12,481.21 | 9/7/2018 | 201820455073 | 7/17/2018 | $12,481.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/24/2018 | $43,730.94 | 9/24/2018 | 201820637177 | 8/3/2018 | $20,930.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/24/2018 | $43,730.94 | 9/24/2018 | 201820455549 | 7/27/2018 | $22,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/21/2018 | $27,947.81 | 9/21/2018 | 201820637319 | 8/3/2018 | $27,947.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/31/2018 | $13,998.27 | 8/31/2018 | 201819586045 | 7/6/2018 | $13,998.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/23/2018 | $43,413.34 | 7/23/2018 | 201819585825 | 6/1/2018 | $30,034.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/23/2018 | $43,413.34 | 7/23/2018 | 201819227690 | 6/1/2018 | $13,378.56 |

**Totals:** 5 transfer(s), $141,571.57