

| | | 2600 Eagan Woods Dr, Suite 400 | 151 West 46th Street, 4th Floor |
| | | St. Paul, MN 55121 | New York, NY 10036 |
| | | 651-406-9665 | 212-267-7342 |

| | |
|---|---|
| Defendant: | **Bari Textile Mills (PVT) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $3,167.76 | 10/2/2018 | 201820436058 | 7/13/2018 | $3,167.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/14/2018 | $12,823.94 | 9/14/2018 | 201820455416 | 7/26/2018 | $12,823.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/12/2018 | $65,767.20 | 9/12/2018 | 201820455290 | 7/19/2018 | $65,767.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $116,682.21 | 8/3/2018 | 201819620796 | 6/14/2018 | $116,682.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $52,218.99 | 8/17/2018 | 201819691703-2 | 6/28/2018 | $3,133.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $52,218.99 | 8/17/2018 | 201819691703-1 | 6/28/2018 | $49,085.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/10/2018 | $5,402.88 | 8/10/2018 | 201819703930 | 6/21/2018 | $5,402.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/1/2018 | $5,399.04 | 8/1/2018 | 201819586280 | 7/5/2018 | $5,399.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/20/2018 | $1,457.28 | 7/20/2018 | 201819586129 | 6/7/2018 | $1,457.28 |

**Totals:**     8 transfer(s),   $262,919.30