**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Beijing Industrial Development Co. Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $46,691.96 | 8/27/2018 | 201821117505 | 8/22/2018 | $46,691.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $247,828.77 | 10/2/2018 | 201821412777 | 9/28/2018 | $62,158.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $247,828.77 | 10/2/2018 | 201821427620-1 | 9/26/2018 | $154,407.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $247,828.77 | 10/2/2018 | 201821427620-2 | 9/26/2018 | $27,015.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $127,698.07 | 7/23/2018 | 201820338719 | 7/11/2018 | $59,566.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $127,698.07 | 7/23/2018 | 201820349866 | 7/16/2018 | $32,789.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $127,698.07 | 7/23/2018 | 201820411149 | 7/18/2018 | $35,342.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $137,714.04 | 7/31/2018 | 201820558120-1 | 7/25/2018 | $33,675.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $137,714.04 | 7/31/2018 | 201820558120-2 | 7/25/2018 | $104,039.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $8,351.40 | 8/1/2018 | 201819858126 | 7/3/2018 | $8,351.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $67,905.68 | 8/16/2018 | 201820992514 | 8/13/2018 | $35,116.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $67,905.68 | 8/16/2018 | 201820992626 | 8/13/2018 | $32,789.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $247,828.77 | 10/2/2018 | 201821280014 | 9/28/2018 | $4,247.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $49,284.19 | 8/23/2018 | 201820870886 | 8/8/2018 | $49,284.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $5,913.32 | 9/7/2018 | O/A:OverPayWire:9/7/2018 | | $5,913.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $28,797.30 | 8/30/2018 | 201821117394 | 8/27/2018 | $28,797.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $105,878.51 | 8/6/2018 | 201820697531 | 8/1/2018 | $50,067.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $105,878.51 | 8/6/2018 | 201820787207 | 8/1/2018 | $55,811.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $30,144.14 | 9/13/2018 | 201821275909 | 9/10/2018 | $30,144.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $155,162.26 | 9/18/2018 | 201821307411 | 9/13/2018 | $155,162.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/24/2018 | $25,223.32 | 9/24/2018 | 201821820307 | 9/19/2018 | $25,223.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $77,113.46 | 9/27/2018 | 201821279818 | 9/21/2018 | $77,113.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $279,200.67 | 9/4/2018 | 201821244938 | 8/29/2018 | $38,470.50 |

Beijing Industrial Development Co. Ltd. (2230431)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $279,200.67 | 9/4/2018 | 201821263243-1 | 8/29/2018 | $50,067.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $279,200.67 | 9/4/2018 | 201821263243-2 | 8/29/2018 | $134,857.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $279,200.67 | 9/4/2018 | 201821275612 | 8/29/2018 | $55,805.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $296,062.52 | 9/6/2018 | 201821411156 | 9/4/2018 | $296,062.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $13,909.85 | 8/2/2018 | 201820410571 | 7/30/2018 | $13,909.85 |

**Totals:**  **17 transfer(s),**  **$1,702,879.46**