**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:                **Beijing Industrial Development Co. Ltd.**
Bankruptcy Case:          **Sears Holdings Corporation, et al.**
Preference Period:        **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/27/2018 | $1,129.77 | 9/27/2018 | 201821277447 | 9/21/2018 | $1,129.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $33,287.88 | 9/17/2018 | 201821262900 | 9/12/2018 | $33,287.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $23,279.70 | 9/10/2018 | 201821276475 | 9/5/2018 | $23,279.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $31,585.97 | 8/16/2018 | 201820992429 | 8/13/2018 | $31,585.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $27,636.55 | 7/31/2018 | 201820557872 | 7/25/2018 | $27,636.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $23,615.38 | 10/2/2018 | 201821413811 | 9/26/2018 | $23,615.38 |

**Totals:**      **6 transfer(s),   $140,535.25**