**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Best Paramount International Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-5 | 7/14/2018 | $2,543.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820125273-3 | 7/7/2018 | $16,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820440197-1 | 7/7/2018 | $5,836.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820440197-2 | 7/7/2018 | $7,581.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820108704 | 7/13/2018 | $12,453.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-1 | 7/14/2018 | $1,943.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-2 | 7/14/2018 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-8 | 7/7/2018 | $3,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-4 | 7/14/2018 | $7,697.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-7 | 7/7/2018 | $3,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-6 | 7/14/2018 | $7,918.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-7 | 7/14/2018 | $9,377.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820292441-1 | 7/13/2018 | $10,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820292441-2 | 7/13/2018 | $11,827.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820292441-3 | 7/13/2018 | $12,453.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820292441-4 | 7/13/2018 | $12,297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820244363-3 | 7/14/2018 | $7,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-7 | 7/6/2018 | $8,650.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820702207-1 | 7/27/2018 | $4,365.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820125273-5 | 7/7/2018 | $7,565.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-1 | 7/6/2018 | $8,858.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-2 | 7/6/2018 | $10,006.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-3 | 7/6/2018 | $13,999.50 |

Best Paramount International Ltd. (2230428)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-4 | 7/6/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-9 | 7/7/2018 | $2,260.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-6 | 7/6/2018 | $4,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820339190-3 | 7/14/2018 | $3,854.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-1 | 7/7/2018 | $7,963.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-2 | 7/7/2018 | $9,088.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-3 | 7/7/2018 | $12,783.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-4 | 7/7/2018 | $16,533.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-5 | 7/7/2018 | $3,909.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820262014-6 | 7/7/2018 | $3,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820261468-5 | 7/6/2018 | $4,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820545548-1 | 7/27/2018 | $18,292.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-4 | 7/16/2018 | $3,794.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-5 | 7/16/2018 | $7,309.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-6 | 7/16/2018 | $8,742.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820225043-1 | 7/27/2018 | $5,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820225043-2 | 7/27/2018 | $624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820432866 | 7/27/2018 | $14,930.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820339190-1 | 7/14/2018 | $1,328.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820539304-2 | 7/27/2018 | $12,102.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-1 | 7/16/2018 | $3,460.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820545548-2 | 7/27/2018 | $4,216.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820545548-3 | 7/27/2018 | $6,903.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820545548-4 | 7/27/2018 | $9,429.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820623594-1 | 7/27/2018 | $18,117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820623594-2 | 7/27/2018 | $11,730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821436757-1 | 9/14/2018 | $5,360.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820539304-1 | 7/27/2018 | $18,834.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-2 | 7/16/2018 | $24,292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820125273-2 | 7/7/2018 | $20,026.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820339190-4 | 7/14/2018 | $8,096.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820339190-5 | 7/14/2018 | $9,662.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820363910 | 7/15/2018 | $7,800.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820412287 | 7/15/2018 | $9,652.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820441666-1 | 7/13/2018 | $18,117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-3 | 7/16/2018 | $7,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-1 | 7/16/2018 | $4,149.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820242305-2 | 7/16/2018 | $4,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-3 | 7/16/2018 | $16,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-4 | 7/16/2018 | $21,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-5 | 7/16/2018 | $25,442.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-6 | 7/16/2018 | $16,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-7 | 7/16/2018 | $23,045.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $183,035.88 | 8/1/2018 | 201820089747-8 | 7/16/2018 | $16,954.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820339190-2 | 7/14/2018 | $9,292.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $172,440.31 | 7/31/2018 | 201820441666-2 | 7/13/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-8 | 9/14/2018 | $17,318.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820125273-4 | 7/7/2018 | $19,314.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-1 | 9/14/2018 | $12,998.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-2 | 9/14/2018 | $4,630.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-3 | 9/14/2018 | $15,876.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-4 | 9/14/2018 | $18,540.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-5 | 9/14/2018 | $3,364.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-8 | 9/14/2018 | $7,849.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-7 | 9/14/2018 | $17,318.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-7 | 9/14/2018 | $5,927.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821601012-1 | 9/15/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821601012-2 | 9/15/2018 | $2,221.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821601012-3 | 9/15/2018 | $1,859.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819288778-1 | 6/30/2018 | $11,545.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819288778-2 | 6/30/2018 | $8,015.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819288778-3 | 6/30/2018 | $10,479.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821492266-6 | 9/14/2018 | $9,932.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-13 | 9/14/2018 | $3,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821436757-2 | 9/14/2018 | $5,103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821436757-3 | 9/14/2018 | $4,204.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821436757-4 | 9/14/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821436757-5 | 9/14/2018 | $1,471.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-1 | 9/14/2018 | $8,451.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-10 | 9/14/2018 | $13,516.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-9 | 9/14/2018 | $13,464.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-12 | 9/14/2018 | $3,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-3 | 6/29/2018 | $4,963.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-14 | 9/14/2018 | $3,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-2 | 9/14/2018 | $837.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-3 | 9/14/2018 | $3,351.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-4 | 9/14/2018 | $4,924.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-5 | 9/14/2018 | $12,474.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-6 | 9/14/2018 | $14,571.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $229,636.31 | 10/2/2018 | 201821458528-11 | 9/14/2018 | $4,617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-4 | 7/7/2018 | $3,898.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819935459-5 | 6/30/2018 | $2,901.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $17,950.08 | 7/18/2018 | 201820222766-1 | 7/2/2018 | $3,393.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $17,950.08 | 7/18/2018 | 201820222766-2 | 7/2/2018 | $8,097.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $17,950.08 | 7/18/2018 | 201820222766-3 | 7/2/2018 | $6,459.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819288939-1 | 7/6/2018 | $6,876.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-1 | 7/7/2018 | $8,070.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-1 | 6/29/2018 | $10,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-3 | 7/7/2018 | $3,854.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819935459-2 | 6/30/2018 | $3,831.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-5 | 7/7/2018 | $3,898.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-6 | 7/7/2018 | $8,070.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820123374-1 | 7/7/2018 | $18,447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820123374-2 | 7/7/2018 | $21,709.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820123374-3 | 7/7/2018 | $11,347.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201820125273-1 | 7/7/2018 | $8,117.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $295,782.75 | 7/24/2018 | 201819578486-2 | 7/7/2018 | $6,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-4 | 6/30/2018 | $3,441.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820702207-2 | 7/27/2018 | $16,062.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-4 | 6/29/2018 | $5,019.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-5 | 6/29/2018 | $5,019.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-6 | 6/29/2018 | $7,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-7 | 6/29/2018 | $3,074.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-1 | 6/30/2018 | $4,071.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819935459-4 | 6/30/2018 | $5,405.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-3 | 6/30/2018 | $10,805.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819935459-3 | 6/30/2018 | $2,079.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-5 | 6/30/2018 | $2,542.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-6 | 6/30/2018 | $22,032.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-7 | 6/30/2018 | $16,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-8 | 6/30/2018 | $7,870.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-9 | 6/30/2018 | $5,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819935459-1 | 6/30/2018 | $11,569.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819550642-2 | 6/29/2018 | $8,923.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $178,411.96 | 7/17/2018 | 201819933390-2 | 6/30/2018 | $4,851.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-7 | 7/20/2018 | $3,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-3 | 8/10/2018 | $4,479.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820540323-2 | 7/20/2018 | $10,865.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-1 | 7/20/2018 | $16,533.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-2 | 7/20/2018 | $12,387.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-3 | 7/20/2018 | $19,016.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-4 | 7/20/2018 | $6,256.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-8 | 7/20/2018 | $8,553.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-6 | 7/20/2018 | $5,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-7 | 7/20/2018 | $6,372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-8 | 7/20/2018 | $8,156.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $33,266.81 | 8/8/2018 | 201820545390-1 | 7/23/2018 | $17,337.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $33,266.81 | 8/8/2018 | 201820545390-2 | 7/23/2018 | $9,398.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $33,266.81 | 8/8/2018 | 201820545390-3 | 7/23/2018 | $6,530.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201820785934 | 8/25/2018 | $659.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201820786181 | 8/24/2018 | $3,847.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820549886-5 | 7/20/2018 | $4,360.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820224594-2 | 7/20/2018 | $5,981.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820623594-3 | 7/27/2018 | $9,273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-5 | 8/10/2018 | $4,224.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-6 | 8/10/2018 | $6,063.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-7 | 8/10/2018 | $5,335.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-8 | 8/10/2018 | $7,192.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-9 | 8/10/2018 | $4,750.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820540323-1 | 7/20/2018 | $17,052.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820224594-1 | 7/20/2018 | $11,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821119060-2 | 8/25/2018 | $34,587.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-1 | 7/20/2018 | $7,207.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-2 | 7/20/2018 | $4,796.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-3 | 7/20/2018 | $4,796.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-4 | 7/20/2018 | $7,046.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-5 | 7/20/2018 | $4,262.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $168,828.89 | 8/7/2018 | 201820496085-6 | 7/20/2018 | $4,708.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $2,588.02 | 8/6/2018 | 201820399360 | 7/19/2018 | $2,588.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821016849-2 | 8/21/2018 | $6,609.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820785298-1 | 8/18/2018 | $4,349.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820785298-2 | 8/18/2018 | $4,895.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820785298-3 | 8/18/2018 | $5,734.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820962683-1 | 8/18/2018 | $3,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820962683-2 | 8/18/2018 | $5,777.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $28,793.29 | 9/4/2018 | 201820962683-3 | 8/18/2018 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201820983815 | 8/24/2018 | $4,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821016849-1 | 8/21/2018 | $4,406.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $25,872.49 | 9/25/2018 | 201821435431-4 | 9/7/2018 | $9,285.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821016849-3 | 8/21/2018 | $4,406.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-1 | 8/21/2018 | $9,576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-2 | 8/21/2018 | $3,465.00 |

Best Paramount International Ltd. (2230428)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-3 | 8/21/2018 | $3,771.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-4 | 8/21/2018 | $7,715.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-5 | 8/21/2018 | $1,675.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201820955548 | 8/21/2018 | $3,978.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,597.68 | 9/13/2018 | 201821155958-2 | 8/28/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-2 | 8/10/2018 | $3,663.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-1 | 8/24/2018 | $3,456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-2 | 8/24/2018 | $3,866.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-3 | 8/24/2018 | $5,469.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-4 | 8/24/2018 | $4,924.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-5 | 8/24/2018 | $16,791.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $6,968.98 | 9/26/2018 | 201821600979-2 | 9/10/2018 | $3,719.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,597.68 | 9/13/2018 | 201821155958-1 | 8/28/2018 | $6,237.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $6,968.98 | 9/26/2018 | 201821600979-1 | 9/10/2018 | $3,249.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,597.68 | 9/13/2018 | 201821155958-3 | 8/28/2018 | $4,029.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,597.68 | 9/13/2018 | 201821155958-4 | 8/28/2018 | $5,279.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,597.68 | 9/13/2018 | 201821155958-5 | 8/28/2018 | $4,587.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $9,671.34 | 9/18/2018 | 201821191336 | 8/31/2018 | $9,671.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $25,872.49 | 9/25/2018 | 201821435431-1 | 9/7/2018 | $11,438.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $25,872.49 | 9/25/2018 | 201821435431-2 | 9/7/2018 | $5,149.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821119060-1 | 8/25/2018 | $24,664.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $116,164.73 | 9/11/2018 | 201821219186-6 | 8/24/2018 | $13,608.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-6 | 8/5/2018 | $9,658.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-4 | 8/10/2018 | $4,796.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820224872 | 8/3/2018 | $12,393.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820703124 | 8/3/2018 | $5,808.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-1 | 8/5/2018 | $4,573.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-2 | 8/5/2018 | $5,428.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-3 | 8/5/2018 | $5,320.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-6 | 7/31/2018 | $17,300.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-5 | 8/5/2018 | $12,876.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-5 | 7/31/2018 | $16,461.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $9,445.95 | 8/22/2018 | 201820878586-1 | 8/6/2018 | $774.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $9,445.95 | 8/22/2018 | 201820878586-2 | 8/6/2018 | $3,608.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $9,445.95 | 8/22/2018 | 201820878586-3 | 8/6/2018 | $5,063.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820782858-1 | 8/10/2018 | $4,618.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820782858-2 | 8/10/2018 | $2,635.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-1 | 8/11/2018 | $18,711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $68,990.17 | 8/21/2018 | 201820732178-4 | 8/5/2018 | $12,929.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-7 | 7/28/2018 | $5,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820702207-3 | 7/27/2018 | $19,899.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820702207-4 | 7/27/2018 | $8,951.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-1 | 7/28/2018 | $4,635.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-2 | 7/28/2018 | $5,253.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-3 | 7/28/2018 | $11,385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-4 | 7/28/2018 | $16,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-7 | 7/31/2018 | $8,316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-6 | 7/28/2018 | $3,909.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-3 | 8/11/2018 | $8,065.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-8 | 7/28/2018 | $7,678.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729929 | 7/28/2018 | $1,782.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-1 | 7/31/2018 | $4,209.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-2 | 7/31/2018 | $5,011.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-3 | 7/31/2018 | $5,011.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $72,690.16 | 8/16/2018 | 201820704065-4 | 7/31/2018 | $16,381.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/14/2018 | $239,674.76 | 8/14/2018 | 201820729136-5 | 7/28/2018 | $4,360.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-10 | 8/10/2018 | $10,546.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-4 | 8/10/2018 | $5,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-5 | 8/10/2018 | $8,334.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-6 | 8/10/2018 | $8,334.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-7 | 8/10/2018 | $4,699.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-8 | 8/10/2018 | $5,874.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-9 | 8/10/2018 | $7,761.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-10 | 8/11/2018 | $5,228.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-1 | 8/10/2018 | $8,708.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-10 | 8/10/2018 | $7,708.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-11 | 8/10/2018 | $6,350.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-12 | 8/10/2018 | $4,195.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-13 | 8/10/2018 | $5,980.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-14 | 8/10/2018 | $7,476.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-15 | 8/10/2018 | $9,820.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820985261-16 | 8/10/2018 | $9,926.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820983928 | 8/12/2018 | $4,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-2 | 8/12/2018 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $50,776.20 | 9/6/2018 | 201821155771-6 | 8/21/2018 | $5,172.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-4 | 8/11/2018 | $4,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-5 | 8/11/2018 | $6,944.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-6 | 8/11/2018 | $3,831.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-7 | 8/11/2018 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-8 | 8/11/2018 | $5,376.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-3 | 8/10/2018 | $3,762.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-1 | 8/12/2018 | $28,948.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-2 | 8/10/2018 | $2,970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-3 | 8/12/2018 | $7,504.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-4 | 8/12/2018 | $6,539.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-5 | 8/12/2018 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-6 | 8/12/2018 | $4,597.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878709-7 | 8/12/2018 | $4,923.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820956436-1 | 8/10/2018 | $3,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-2 | 8/11/2018 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $301,625.04 | 8/30/2018 | 201820878153-9 | 8/11/2018 | $4,882.20 |

Totals:     21 transfer(s),     $2,236,211.80