

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Best Paramount International Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-3 | 7/12/2018 | $9,096.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-6 | 7/7/2018 | $42,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-7 | 7/7/2018 | $6,899.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-8 | 7/7/2018 | $7,669.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-9 | 7/7/2018 | $47,921.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-1 | 7/12/2018 | $16,233.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-10 | 7/12/2018 | $34,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/13/2018 | $18,495.32 | 8/13/2018 | 201820381013-2 | 7/26/2018 | $9,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-2 | 7/12/2018 | $2,006.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-3 | 7/7/2018 | $45,836.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-4 | 7/12/2018 | $10,823.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-5 | 7/12/2018 | $34,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-6 | 7/12/2018 | $28,143.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-7 | 7/12/2018 | $14,337.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-8 | 7/12/2018 | $26,231.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-9 | 7/12/2018 | $15,930.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $2,148.05 | 10/2/2018 | 201821601125 | 9/15/2018 | $2,148.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $206,253.51 | 7/30/2018 | 201820262437-11 | 7/12/2018 | $15,052.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-5 | 6/30/2018 | $2,575.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-1 | 6/30/2018 | $7,383.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-10 | 6/30/2018 | $24,534.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-11 | 6/30/2018 | $10,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-12 | 6/30/2018 | $24,116.40 |

Best Paramount International Ltd. (2230428)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit B                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-13 | 6/30/2018 | $7,795.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-14 | 6/30/2018 | $7,308.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-2 | 6/30/2018 | $10,548.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-5 | 7/7/2018 | $22,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-4 | 6/30/2018 | $27,463.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-4 | 7/7/2018 | $44,175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-6 | 6/30/2018 | $7,586.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-7 | 6/30/2018 | $10,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-8 | 6/30/2018 | $9,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-9 | 6/30/2018 | $13,111.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-1 | 7/7/2018 | $33,372.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $270,042.02 | 7/24/2018 | 201820129166-2 | 7/7/2018 | $19,008.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-1 | 7/27/2018 | $6,899.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $184,719.23 | 7/17/2018 | 201819941319-3 | 6/30/2018 | $22,333.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-4 | 8/24/2018 | $18,096.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-5 | 7/19/2018 | $6,786.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-6 | 7/19/2018 | $7,795.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-7 | 7/19/2018 | $7,614.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $8,730.00 | 9/10/2018 | 201820919840-1 | 8/23/2018 | $270.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $8,730.00 | 9/10/2018 | 201820919840-2 | 8/23/2018 | $8,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-1 | 8/24/2018 | $18,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/13/2018 | $18,495.32 | 8/13/2018 | 201820381013-1 | 7/26/2018 | $9,375.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-3 | 8/24/2018 | $7,614.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-2 | 7/19/2018 | $7,734.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-5 | 8/24/2018 | $7,614.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-6 | 8/24/2018 | $15,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-7 | 8/24/2018 | $4,857.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $41,943.11 | 9/13/2018 | 201821157171-1 | 8/28/2018 | $6,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $41,943.11 | 9/13/2018 | 201821157171-2 | 8/28/2018 | $8,806.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $41,943.11 | 9/13/2018 | 201821157171-3 | 8/28/2018 | $7,096.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $41,943.11 | 9/13/2018 | 201821157171-4 | 8/28/2018 | $9,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $90,621.33 | 9/11/2018 | 201820993906-2 | 8/24/2018 | $18,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820378131-1 | 8/8/2018 | $5,897.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-2 | 7/27/2018 | $15,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-3 | 7/27/2018 | $19,008.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-4 | 7/27/2018 | $9,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-5 | 7/27/2018 | $8,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $63,294.63 | 8/14/2018 | 201820564756-6 | 7/27/2018 | $4,027.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $103,593.21 | 8/17/2018 | 201820379897-1 | 8/1/2018 | $14,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $103,593.21 | 8/17/2018 | 201820379897-2 | 8/1/2018 | $32,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-4 | 7/19/2018 | $5,685.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $103,593.21 | 8/17/2018 | 201820380467 | 8/1/2018 | $29,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $40,081.64 | 8/6/2018 | 201820415543-3 | 7/19/2018 | $4,466.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820378131-2 | 8/8/2018 | $2,656.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820378131-3 | 8/8/2018 | $4,780.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820878980-1 | 8/11/2018 | $10,231.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820878980-2 | 8/11/2018 | $10,032.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $43,724.35 | 8/30/2018 | 201820878980-3 | 8/11/2018 | $10,126.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $8,329.79 | 8/31/2018 | 201820934473 | 8/15/2018 | $8,329.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $41,943.11 | 9/13/2018 | 201821157171-5 | 8/28/2018 | $9,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $103,593.21 | 8/17/2018 | 201820379897-3 | 8/1/2018 | $27,993.21 |

Totals:    13 transfer(s),    $1,081,976.19