**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Cardsan Exportadora De Calzado SA De Cv** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $30,926.27 | 8/24/2018 | 201819842291 | 6/11/2018 | $30,926.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-6 | 6/4/2018 | $3,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-5 | 6/4/2018 | $3,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-4 | 6/4/2018 | $3,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-3 | 6/4/2018 | $3,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-2 | 6/4/2018 | $3,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $18,585.96 | 8/17/2018 | 201819767782-1 | 6/4/2018 | $2,025.96 |

Totals:    2 transfer(s),    $49,512.23