**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cardsan Exportadora De Calzado SA De Cv** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $41,065.65 | 9/14/2018 | 201820349151-2 | 7/2/2018 | $12,525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $41,065.65 | 9/14/2018 | 201820349151-1 | 7/2/2018 | $11,347.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $41,065.65 | 9/14/2018 | 201820349136-2 | 7/2/2018 | $7,648.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $41,065.65 | 9/14/2018 | 201820349136-1 | 7/2/2018 | $9,544.05 |

Totals:    1 transfer(s),    $41,065.65