**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **ChangShu Rayee Import & Export Co., LTD** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $16,678.20 | 9/13/2018 | 201820780675 | 8/15/2018 | $16,678.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $19,951.59 | 9/12/2018 | 201820780712 | 8/14/2018 | $19,951.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $24,937.50 | 8/3/2018 | 201819978226 | 7/7/2018 | $24,937.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $14,170.20 | 8/23/2018 | 201820054462 | 7/25/2018 | $14,170.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $12,174.95 | 8/21/2018 | 201820332060 | 7/21/2018 | $12,174.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $19,522.14 | 8/1/2018 | 201819978162 | 7/5/2018 | $19,522.14 |

Totals:    6 transfer(s),    $107,434.58