**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Cosmo Lighting Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-8 | 7/9/2018 | $2,943.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $13,984.61 | 8/10/2018 | 201820472968 | 7/23/2018 | $13,984.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-7 | 7/9/2018 | $4,055.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-6 | 7/9/2018 | $6,922.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-5 | 7/9/2018 | $908.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-4 | 7/9/2018 | $1,033.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-3 | 7/9/2018 | $491.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-2 | 7/9/2018 | $450.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819700635-2 | 7/9/2018 | $1,198.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-9 | 7/9/2018 | $2,943.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819771927 | 7/9/2018 | $1,733.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-7 | 7/9/2018 | $2,315.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-6 | 7/9/2018 | $1,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-5 | 7/9/2018 | $718.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-4 | 7/9/2018 | $811.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-3 | 7/9/2018 | $1,067.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-2 | 7/9/2018 | $1,499.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819494396-1 | 7/9/2018 | $1,703.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819644450-1 | 7/9/2018 | $307.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-3 | 7/9/2018 | $11,384.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819882586-4 | 7/9/2018 | $26,699.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819882586-3 | 7/9/2018 | $31,220.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819882586-2 | 7/9/2018 | $33,112.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819882586-1 | 7/9/2018 | $31,066.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-8 | 7/9/2018 | $44,421.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-7 | 7/9/2018 | $70,123.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-6 | 7/9/2018 | $12,507.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819700635-1 | 7/9/2018 | $1,953.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-4 | 7/9/2018 | $10,260.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819882586-5 | 7/9/2018 | $13,729.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-2 | 7/9/2018 | $8,281.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-1 | 7/9/2018 | $19,938.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819854587-4 | 7/9/2018 | $15,809.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819854587-3 | 7/9/2018 | $7,372.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819854587-2 | 7/9/2018 | $21,300.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819854587-1 | 7/9/2018 | $21,963.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819854430 | 7/2/2018 | $18,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $441,961.40 | 8/8/2018 | 201819855268-5 | 7/9/2018 | $10,092.60 |

**Totals:** 2 transfer(s), $455,946.01

Cosmo Lighting Inc. (2230455)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 2