**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Cosmo Lighting Inc.** | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201820027910-3 | 7/9/2018 | $32,290.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201820027910-2 | 7/9/2018 | $28,569.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201820027910-1 | 7/9/2018 | $28,717.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201819922079-3 | 7/9/2018 | $1,065.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201819922079-2 | 7/9/2018 | $844.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $92,563.20 | 8/8/2018 | 201819922079-1 | 7/9/2018 | $1,074.48 |

Totals:    1 transfer(s),    $92,563.20