**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **DACOR** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914586 | $4,945.05 | 8/31/2018 | IN909811 | 8/21/2018 | $4,945.05 |
| StarWest, LLC | StarWest, LLC | 913914 | $3,604.25 | 7/20/2018 | IN904655 | 6/29/2018 | $2,768.00 |
| StarWest, LLC | StarWest, LLC | 914108 | $9,965.29 | 8/3/2018 | IN907160 | 7/30/2018 | $4,945.05 |
| StarWest, LLC | StarWest, LLC | 914108 | $9,965.29 | 8/3/2018 | IN907238 | 7/30/2018 | $5,020.24 |
| StarWest, LLC | StarWest, LLC | 914347 | $1,386.97 | 8/17/2018 | IN905662 | 7/17/2018 | $7,695.00 |
| StarWest, LLC | StarWest, LLC | 914347 | $1,386.97 | 8/17/2018 | IN905663 | 7/17/2018 | $7,377.00 |
| StarWest, LLC | StarWest, LLC | 914347 | $1,386.97 | 8/17/2018 | IN908694 | 8/7/2018 | $3,474.90 |
| StarWest, LLC | StarWest, LLC | 914347 | $1,386.97 | 8/17/2018 | IN908865 | 8/9/2018 | $2,072.07 |
| StarWest, LLC | StarWest, LLC | 913914 | $3,604.25 | 7/20/2018 | IN904496 | 6/29/2018 | $836.25 |
| StarWest, LLC | StarWest, LLC | 914452 | $7,485.39 | 8/24/2018 | IN909204 | 8/14/2018 | $1,471.14 |
| StarWest, LLC | StarWest, LLC | 915163 | $7,255.71 | 10/12/2018 | IN915614 | 10/2/2018 | $7,255.71 |
| StarWest, LLC | StarWest, LLC | 914694 | $3,859.51 | 9/7/2018 | IN812215 | 8/28/2018 | $3,859.51 |
| StarWest, LLC | StarWest, LLC | 914817 | $4.95 | 9/14/2018 | 907238 | 7/30/2018 | $4.95 |
| StarWest, LLC | StarWest, LLC | 914888 | $608.00 | 9/21/2018 | IN911376 | 8/27/2018 | $203.00 |
| StarWest, LLC | StarWest, LLC | 914888 | $608.00 | 9/21/2018 | IN912158 | 8/28/2018 | $405.00 |
| StarWest, LLC | StarWest, LLC | 914993 | $9,803.97 | 9/28/2018 | IN913970 | 9/18/2018 | $9,403.02 |
| StarWest, LLC | StarWest, LLC | 914993 | $9,803.97 | 9/28/2018 | IN913979 | 9/18/2018 | $400.95 |
| StarWest, LLC | StarWest, LLC | 915127 | $167.31 | 10/9/2018 | IN914880 | 9/27/2018 | $167.31 |
| StarWest, LLC | StarWest, LLC | 914452 | $7,485.39 | 8/24/2018 | IN909196 | 8/14/2018 | $6,014.25 |

**Totals:** 11 transfer(s), $49,086.40