**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **DACOR** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN904528 | 6/29/2018 | $1,331.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909390 | 8/16/2018 | $16,818.12 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN907735 | 7/30/2018 | $711.81 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN907903 | 7/31/2018 | $2,159.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN907902 | 7/31/2018 | $1,079.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN907894 | 7/31/2018 | $13,604.25 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN907803 | 7/31/2018 | $2,663.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN906551 | 7/27/2018 | $8,000.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN904502 | 7/9/2018 | $665.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914477 | $2,680.38 | 8/24/2018 | IN901234 | 7/30/2018 | $863.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN906002 | 7/20/2018 | $431.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN905347 | 7/12/2018 | $1,079.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN905309 | 7/12/2018 | $8,639.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN904881 | 7/5/2018 | $10,979.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901015 | 5/21/2018 | $2,483.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN902252 | 6/1/2018 | $5,744.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901507 | 5/24/2018 | $2,230.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901880 | 5/30/2018 | $647.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901906 | 5/30/2018 | $2,951.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901959 | 5/30/2018 | $10,652.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN901969 | 5/30/2018 | $2,734.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN904856 | 7/5/2018 | $971.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN902137 | 5/31/2018 | $9,359.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN904631 | 6/28/2018 | $9,233.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN903048 | 6/14/2018 | $689.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN903059 | 6/14/2018 | $1,079.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN903092 | 6/14/2018 | $755.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN903518 | 6/21/2018 | $3,887.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN903792 | 6/25/2018 | $689.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909402 | 8/16/2018 | $7,168.59 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914019 | $1,989.50 | 7/27/2018 | IN902126 | 5/31/2018 | $431.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915136 | $5,393.13 | 10/9/2018 | IN914322 | 9/21/2018 | $2,208.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909391 | 8/16/2018 | $1,762.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915021 | $19,754.56 | 9/28/2018 | IN913541-2 | 9/13/2018 | $1,922.58 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915021 | $19,754.56 | 9/28/2018 | IN913567-2 | 9/13/2018 | $16,533.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915021 | $19,754.56 | 9/28/2018 | IN914100 | 9/19/2018 | $159.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915136 | $5,393.13 | 10/9/2018 | IN912681-1 | 8/31/2018 | $68.07 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914911 | $6,754.52 | 9/21/2018 | IN912681-2 | 8/31/2018 | $6,737.43 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915136 | $5,393.13 | 10/9/2018 | IN914321 | 9/21/2018 | $2,208.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914911 | $6,754.52 | 9/21/2018 | IN910065-1 | 8/18/2018 | $9.90 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915136 | $5,393.13 | 10/9/2018 | IN914718 | 9/26/2018 | $533.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN913537-1 | 9/13/2018 | $11.51 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN913541-1 | 9/13/2018 | $19.42 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN913567-1 | 9/13/2018 | $167.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN914804 | 9/27/2018 | $1,317.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN914843 | 9/27/2018 | $4,310.46 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915136 | $5,393.13 | 10/9/2018 | IN914314 | 9/21/2018 | $2,072.07 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN910082 | 8/23/2018 | $4,988.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915191 | $9,459.38 | 10/12/2018 | IN915104 | 9/28/2018 | $3,633.30 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909405 | 8/16/2018 | $961.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909409 | 8/16/2018 | $3,206.61 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN908868 | 8/9/2018 | $5,039.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN910058 | 8/23/2018 | $1,103.85 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915021 | $19,754.56 | 9/28/2018 | IN913537-2 | 9/13/2018 | $1,139.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN910076 | 8/23/2018 | $5,252.94 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914599 | $39,917.79 | 8/31/2018 | IN909392 | 8/16/2018 | $9,289.17 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN910333 | 8/24/2018 | $5,386.59 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN9123694 | 8/29/2018 | $426.69 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914802 | $24,801.84 | 9/14/2018 | IN912652 | 8/31/2018 | $6,591.42 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914802 | $24,801.84 | 9/14/2018 | IN912667 | 8/31/2018 | $15,288.93 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914802 | $24,801.84 | 9/14/2018 | IN912680 | 8/31/2018 | $2,921.49 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914911 | $6,754.52 | 9/21/2018 | 910053IN | 9/7/2018 | $719.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914705 | $38,108.60 | 9/7/2018 | IN910065-2 | 8/23/2018 | $16,629.92 |

**Totals:** 9 transfer(s), $148,859.70