**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Daks India Industries Pvt Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $42,778.82 | 9/19/2018 | 201820789113-2 | 8/6/2018 | $24,574.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $42,778.82 | 9/19/2018 | 201820789113-1 | 8/6/2018 | $8,827.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $42,778.82 | 9/19/2018 | 201820788336 | 8/6/2018 | $9,376.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $121,876.24 | 8/6/2018 | 201820170593-2 | 6/25/2018 | $42,030.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $121,876.24 | 8/6/2018 | 201820170593-1 | 6/25/2018 | $45,175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $121,876.24 | 8/6/2018 | 201819130100 | 6/25/2018 | $34,671.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $147,035.59 | 7/30/2018 | 201819311735 | 6/18/2018 | $41,130.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $147,035.59 | 7/30/2018 | 201819311580-2 | 6/18/2018 | $35,695.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $147,035.59 | 7/30/2018 | 201819311580-1 | 6/18/2018 | $70,210.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $2,179.19 | 7/23/2018 | 201819134335 | 6/11/2018 | $2,179.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $42,195.10 | 10/2/2018 | 201821195030 | 8/13/2018 | $30,065.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $42,195.10 | 10/2/2018 | 201821193670-2 | 8/13/2018 | $3,365.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $42,195.10 | 10/2/2018 | 201821193670-1 | 8/13/2018 | $8,765.05 |

**Totals:** 5 transfer(s), $356,064.94