**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Daks India Industries Pvt Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $7,021.39 | 8/6/2018 | 201819127474 | 6/25/2018 | $7,021.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $42,909.16 | 10/2/2018 | 201821256771-2 | 8/13/2018 | $1,800.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $42,909.16 | 10/2/2018 | 201821256771-1 | 8/13/2018 | $346.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $42,909.16 | 10/2/2018 | 201820917987-2 | 8/13/2018 | $32,661.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $42,909.16 | 10/2/2018 | 201820917987-1 | 8/13/2018 | $8,101.08 |

**Totals:    2 transfer(s),    $49,930.55**