**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dan Dee International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-1 | 7/1/2018 | $1,058.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-1 | 6/7/2018 | $11,598.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-7 | 7/1/2018 | $10,732.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-6 | 7/1/2018 | $820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-5 | 7/1/2018 | $2,709.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-4 | 7/1/2018 | $13,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930050-1 | 7/1/2018 | $9,954.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-2 | 7/1/2018 | $946.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930050-2 | 7/1/2018 | $1,711.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819744979-4 | 6/18/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819744979-3 | 6/18/2018 | $261.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819744979-2 | 6/18/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819744979-1 | 6/18/2018 | $186.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691837-3 | 6/18/2018 | $457.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691837-2 | 6/18/2018 | $277.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-3 | 7/1/2018 | $14,742.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-7 | 7/1/2018 | $1,001.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-1 | 7/3/2018 | $8,038.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978622 | 7/3/2018 | $8,978.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978345-2 | 7/3/2018 | $4,526.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978345-1 | 7/3/2018 | $3,542.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $7,527.60 | 8/15/2018 | 201819619473 | 7/2/2018 | $7,527.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819923875-8 | 7/1/2018 | $17,608.50 |

Dan Dee International Ltd. (2230402)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                   Exhibit A                                   P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-8 | 7/1/2018 | $19,974.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691721-1 | 6/18/2018 | $1,143.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-6 | 7/1/2018 | $1,874.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-5 | 7/1/2018 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-4 | 7/1/2018 | $918.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-3 | 7/1/2018 | $14,227.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-2 | 7/1/2018 | $2,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-1 | 7/1/2018 | $2,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $117,798.03 | 8/10/2018 | 201819930972-9 | 7/1/2018 | $1,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819553120-1 | 6/18/2018 | $921.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819664863-3 | 6/18/2018 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819664863-2 | 6/18/2018 | $897.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819664863-1 | 6/18/2018 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819553120-5 | 6/18/2018 | $1,041.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819553120-4 | 6/18/2018 | $3,205.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691837-1 | 6/18/2018 | $257.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819553120-2 | 6/18/2018 | $1,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819665004-2 | 6/18/2018 | $388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819552940 | 6/18/2018 | $1,209.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-6 | 6/7/2018 | $6,216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-5 | 6/7/2018 | $5,875.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-4 | 6/7/2018 | $11,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-3 | 6/7/2018 | $7,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $49,018.80 | 7/17/2018 | 201819395894-2 | 6/7/2018 | $6,177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819553120-3 | 6/18/2018 | $1,206.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691292 | 6/18/2018 | $7,380.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-4 | 7/3/2018 | $17,001.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-7 | 6/18/2018 | $388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-6 | 6/18/2018 | $388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-5 | 6/18/2018 | $367.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-4 | 6/18/2018 | $226.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-3 | 6/18/2018 | $211.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819664863-4 | 6/18/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-1 | 6/18/2018 | $229.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819665004-1 | 6/18/2018 | $2,016.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691087-3 | 6/18/2018 | $1,209.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691087-2 | 6/18/2018 | $1,475.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691087-1 | 6/18/2018 | $2,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819688016 | 6/18/2018 | $499.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819665004-3 | 6/18/2018 | $2,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691721-2 | 6/18/2018 | $723.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $35,774.58 | 7/30/2018 | 201819691594-2 | 6/18/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261614-2 | 7/9/2018 | $22,921.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-1 | 7/11/2018 | $27,918.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $123,063.76 | 8/23/2018 | 201820230715-3 | 7/10/2018 | $7,638.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $123,063.76 | 8/23/2018 | 201820230715-2 | 7/10/2018 | $4,672.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $123,063.76 | 8/23/2018 | 201820230715-1 | 7/10/2018 | $4,692.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $123,063.76 | 8/23/2018 | 201819979116 | 7/10/2018 | $96,959.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261256-1 | 7/9/2018 | $14,508.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261614-3 | 7/9/2018 | $8,576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-4 | 7/11/2018 | $7,669.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261614-1 | 7/9/2018 | $11,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261521-3 | 7/9/2018 | $7,488.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261521-2 | 7/9/2018 | $13,533.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261521-1 | 7/9/2018 | $33,615.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261256-3 | 7/9/2018 | $28,626.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-2 | 7/3/2018 | $5,947.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $123,063.76 | 8/23/2018 | 201819979023 | 7/10/2018 | $9,100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $115,789.08 | 8/30/2018 | 201820140988-3 | 7/14/2018 | $15,810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355390-2 | 7/18/2018 | $34,798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355390-1 | 7/18/2018 | $28,740.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355315-3 | 7/18/2018 | $29,210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355315-2 | 7/18/2018 | $23,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355315-1 | 7/18/2018 | $42,183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $1,440.00 | 9/13/2018 | 201819923488 | 7/31/2018 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-2 | 7/11/2018 | $15,825.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $115,789.08 | 8/30/2018 | 201820261829 | 7/17/2018 | $8,565.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-3 | 7/11/2018 | $25,888.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $115,789.08 | 8/30/2018 | 201820140988-2 | 7/14/2018 | $6,835.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $115,789.08 | 8/30/2018 | 201820140988-1 | 7/14/2018 | $6,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $115,789.08 | 8/30/2018 | 201820139937 | 7/14/2018 | $77,774.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-6 | 7/11/2018 | $12,291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $105,504.60 | 8/24/2018 | 201820261718-5 | 7/11/2018 | $15,912.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261096-3 | 7/9/2018 | $18,120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $21,988.80 | 9/11/2018 | 201820141648 | 7/27/2018 | $21,988.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-4 | 7/3/2018 | $6,678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139728-2 | 7/7/2018 | $6,162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139728-1 | 7/7/2018 | $9,126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139594-2 | 7/7/2018 | $1,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139594-1 | 7/7/2018 | $132.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820032443 | 7/7/2018 | $4,343.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261256-2 | 7/9/2018 | $9,158.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-5 | 7/3/2018 | $17,983.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-1 | 7/9/2018 | $24,528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-3 | 7/3/2018 | $5,546.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-2 | 7/3/2018 | $6,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-1 | 7/3/2018 | $3,953.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-6 | 7/3/2018 | $3,537.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-5 | 7/3/2018 | $3,488.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $173,945.20 | 9/4/2018 | 201820355390-3 | 7/18/2018 | $15,233.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201820229966-6 | 7/3/2018 | $11,163.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-6 | 7/9/2018 | $7,792.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261096-2 | 7/9/2018 | $7,819.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820261096-1 | 7/9/2018 | $33,984.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820260795-3 | 7/9/2018 | $203,860.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820260795-2 | 7/9/2018 | $101,930.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201820260795-1 | 7/9/2018 | $16,878.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-9 | 7/9/2018 | $21,631.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139728-3 | 7/7/2018 | $196.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-7 | 7/9/2018 | $8,251.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $22,349.52 | 8/21/2018 | 201820139856 | 7/7/2018 | $1,339.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-5 | 7/9/2018 | $3,981.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-4 | 7/9/2018 | $4,257.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-3 | 7/9/2018 | $6,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-2 | 7/9/2018 | $4,870.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-10 | 7/9/2018 | $13,262.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $115,256.30 | 8/16/2018 | 201819978827-3 | 7/3/2018 | $8,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $635,381.58 | 8/22/2018 | 201819979367-8 | 7/9/2018 | $8,251.20 |

**Totals:**     13 transfer(s),     $1,524,837.85