

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dan Dee International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820233007-3 | 7/9/2018 | $22,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076252-1 | 7/1/2018 | $2,223.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076252-2 | 7/1/2018 | $768.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076252-3 | 7/1/2018 | $855.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076372 | 7/1/2018 | $945.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076428 | 7/1/2018 | $2,379.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $13,078.92 | 8/21/2018 | 201820142242-1 | 7/7/2018 | $217.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $13,078.92 | 8/21/2018 | 201820142242-2 | 7/7/2018 | $312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $13,078.92 | 8/21/2018 | 201820142663 | 7/7/2018 | $12,549.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820231769 | 7/9/2018 | $21,427.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820232185 | 7/9/2018 | $24,255.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820232528 | 7/9/2018 | $10,647.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $7,478.20 | 8/10/2018 | 201820076150 | 7/1/2018 | $308.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820233007-2 | 7/9/2018 | $18,432.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820287211 | 7/16/2018 | $11,842.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820261876 | 7/9/2018 | $64,896.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $1,049.64 | 8/23/2018 | 201820261912-1 | 7/10/2018 | $319.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $1,049.64 | 8/23/2018 | 201820261912-2 | 7/10/2018 | $363.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $1,049.64 | 8/23/2018 | 201820261990 | 7/10/2018 | $367.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820143033-1 | 7/14/2018 | $6,415.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820143033-2 | 7/14/2018 | $8,268.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820143626-1 | 7/14/2018 | $158,688.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820143626-2 | 7/14/2018 | $190,425.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820143835 | 7/14/2018 | $7,077.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820286814-1 | 7/16/2018 | $10,715.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $405,608.88 | 8/30/2018 | 201820286814-2 | 7/16/2018 | $12,177.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $221,884.20 | 8/22/2018 | 201820233007-1 | 7/9/2018 | $60,177.00 |

**Totals:**   5 transfer(s),   $649,099.84