**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Dongguan Haoyun Shoes Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $118,873.20 | 8/15/2018 | 201820059243-3 | 7/11/2018 | $43,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $118,873.20 | 8/15/2018 | 201820059243-2 | 7/11/2018 | $67,232.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $118,873.20 | 8/15/2018 | 201820059243-1 | 7/11/2018 | $8,080.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-9 | 6/19/2018 | $11,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-8 | 6/19/2018 | $6,395.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-7 | 6/19/2018 | $3,009.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-6 | 6/19/2018 | $6,417.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-5 | 6/19/2018 | $16,903.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-4 | 6/19/2018 | $16,920.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-3 | 6/19/2018 | $4,389.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-2 | 6/19/2018 | $5,016.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $124,030.96 | 7/18/2018 | 201819647160-1 | 6/19/2018 | $53,700.00 |

Totals:    2 transfer(s),    $242,904.16