**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dongguan Haoyun Shoes Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $10,303.41 | 9/18/2018 | 201820871187 | 8/13/2018 | $4,617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $10,303.41 | 9/18/2018 | 201820870942 | 8/12/2018 | $5,686.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $11,140.78 | 8/21/2018 | 201820114057 | 7/16/2018 | $4,719.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $11,140.78 | 8/21/2018 | 201820113933 | 7/15/2018 | $6,421.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $7,079.40 | 7/18/2018 | 201819686439 | 6/18/2018 | $7,079.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $9,024.16 | 7/17/2018 | 201819686281 | 6/16/2018 | $9,024.16 |

| | | | |
|---|---|---|---|
| **Totals:** | **4 transfer(s),** | **$37,547.75** | |