**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dorel Asia Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000190AA | 8/2/2018 | $199.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00008002AA-135258 | 7/31/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15295 | $2,998.95 | 8/30/2018 | 0000016000 | 8/13/2018 | $15.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12654 | $237.50 | 8/27/2018 | 0000581693-135270 | 8/23/2018 | $237.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11877 | $20,857.83 | 8/24/2018 | 0000277002 | 7/27/2018 | $24,202.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10438 | $3,968.88 | 8/22/2018 | 0000096583-135268 | 7/27/2018 | $4,436.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10438 | $3,968.88 | 8/22/2018 | 00000187AA | 8/2/2018 | $84.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07959 | $5,696.37 | 8/17/2018 | 0000096416-135267 | 7/27/2018 | $2,457.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07959 | $5,696.37 | 8/17/2018 | 0000096358-135266 | 7/31/2018 | $3,480.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 0000450002 | 7/27/2018 | $15,805.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00000002AA-135272 | 7/5/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000191AA | 8/2/2018 | $79.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00001002AA-135273 | 7/5/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000189AA | 8/2/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000188AA | 8/2/2018 | $469.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000186AA | 8/2/2018 | $47.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 00000011AA | 8/2/2018 | $148.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04621 | $21,940.00 | 8/13/2018 | 00006002AA-135264 | 7/30/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04621 | $21,940.00 | 8/13/2018 | 00005002AA-135263 | 8/1/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04621 | $21,940.00 | 8/13/2018 | 0000500002 | 7/31/2018 | $25,189.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04621 | $21,940.00 | 8/13/2018 | 00004002AA-135262 | 8/1/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04621 | $21,940.00 | 8/13/2018 | 00003002AA-135261 | 8/1/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00002002AA-135210 | 7/24/2018 | $260.43 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05719 | $28,082.40 | 8/14/2018 | 0000276002 | 7/27/2018 | $16,299.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00008002AA-135285 | 7/5/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00000002AA-135296 | 7/8/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00000002AA-135295 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00000002AA-135294 | 7/1/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00009002AA-135293 | 7/6/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00009002AA-135292 | 7/6/2018 | $499.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00008002AA-135291 | 7/6/2018 | $224.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00008002AA-135290 | 7/6/2018 | $239.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00003002AA-135289 | 7/6/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90435 | $1,474.99 | 7/18/2018 | 00000002AA-135288 | 7/6/2018 | $251.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15295 | $2,998.95 | 8/30/2018 | 0000096901-135271 | 7/27/2018 | $3,344.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00008002AA-135286 | 7/5/2018 | $82.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00005002AA-135257 | 7/29/2018 | $516.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00007002AA-135284 | 7/5/2018 | $73.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00007002AA-135283 | 7/5/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00006002AA-135282 | 7/5/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00006002AA-135281 | 7/5/2018 | $176.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00005002AA-135279 | 7/5/2018 | $255.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00004002AA-135278 | 7/5/2018 | $224.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00003002AA-135277 | 7/5/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00002002AA-135276 | 7/5/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00002002AA-135275 | 7/5/2018 | $224.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00002002AA-135274 | 6/27/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89930 | $1,996.72 | 7/17/2018 | 00009002AA-135287 | 7/5/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00003002AA-135221 | 7/25/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00009002AA-135259 | 7/31/2018 | $256.47 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00006002AA-135231 | 7/23/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00006002AA-135230 | 7/25/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00005002AA-135229 | 7/25/2018 | $187.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00005002AA-135228 | 7/25/2018 | $60.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00005002AA-135227 | 7/23/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00004002AA-135226 | 7/25/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00004002AA-135225 | 7/25/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00004002AA-135224 | 7/23/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00007002AA-135233 | 7/25/2018 | $252.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00003002AA-135222 | 7/25/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00007002AA-135234 | 7/25/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00003002AA-135220 | 7/23/2018 | $114.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00002002AA-135219 | 7/25/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00002002AA-135218 | 7/25/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00001002AA-135217 | 7/25/2018 | $124.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00000002AA-135216 | 7/25/2018 | $77.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00006002AA-135215 | 7/24/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00006002AA-135214 | 7/24/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00004002AA-135213 | 7/24/2018 | $139.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00003002AA-135212 | 7/24/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00125 | $918.74 | 8/3/2018 | 00003002AA-135211 | 5/28/2018 | $76.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00004002AA-135223 | 7/17/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00008002AA-135245 | 7/26/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00004002AA-135256 | 7/29/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00003002AA-135255 | 7/29/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00002002AA-135254 | 7/29/2018 | $84.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03968 | $1,494.64 | 8/10/2018 | 00000002AA-135253 | 7/23/2018 | $229.07 |

Dorel Asia Inc. (2232860)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                      Exhibit A                                      P. 3

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03264 | $15,132.82 | 8/9/2018 | 0000427002 | 7/27/2018 | $17,781.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00007002AA-135251 | 7/27/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00007002AA-135250 | 7/26/2018 | $142.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00006002AA-135249 | 7/25/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00006002AA-135248 | 7/27/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00007002AA-135232 | 7/16/2018 | $74.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00003002AA-135246 | 7/27/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00001002AA-135299 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00008002AA-135244 | 7/26/2018 | $313.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00007002AA-135243 | 7/26/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00006002AA-135242 | 7/26/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00006002AA-135241 | 7/25/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00005002AA-135240 | 7/26/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00004002AA-135239 | 7/26/2018 | $187.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01850 | $1,199.31 | 8/7/2018 | 00003002AA-135238 | 7/26/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00009002AA-135237 | 7/25/2018 | $199.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00008002AA-135236 | 7/25/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00771 | $2,585.74 | 8/6/2018 | 00008002AA-135235 | 7/25/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02505 | $861.02 | 8/8/2018 | 00004002AA-135247 | 7/27/2018 | $84.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94627 | $895.91 | 7/25/2018 | 00008002AA-135358 | 7/13/2018 | $230.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00000002AA-135297 | 7/8/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00008002AA-135368 | 7/17/2018 | $260.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00007002AA-135367 | 7/15/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00006002AA-135366 | 7/15/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00005002AA-135365 | 7/15/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00005002AA-135364 | 7/17/2018 | $90.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00005002AA-135363 | 7/17/2018 | $156.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00004002AA-135362 | 7/15/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00003002AA-135361 | 7/17/2018 | $84.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00000002AA-135370 | 7/18/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94627 | $895.91 | 7/25/2018 | 00009002AA-135359 | 7/13/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00001002AA-135371 | 7/18/2018 | $139.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94627 | $895.91 | 7/25/2018 | 00007002AA-135357 | 7/13/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94627 | $895.91 | 7/25/2018 | 00006002AA-135356 | 7/13/2018 | $158.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94627 | $895.91 | 7/25/2018 | 00000002AA-135355 | 7/6/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00009002AA-135354 | 7/12/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00008002AA-135353 | 7/12/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00007002AA-135352 | 7/12/2018 | $77.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00006002AA-135351 | 7/12/2018 | $110.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00005002AA-135350 | 7/12/2018 | $199.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00004002AA-135349 | 7/12/2018 | $274.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00004002AA-135348 | 7/12/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00001002AA-135360 | 7/15/2018 | $255.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00004002AA-135381 | 7/19/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98674 | $1,097.01 | 8/1/2018 | 00009002AA-135392 | 7/20/2018 | $110.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98674 | $1,097.01 | 8/1/2018 | 00005002AA-135391 | 7/20/2018 | $270.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98674 | $1,097.01 | 8/1/2018 | 00004002AA-135390 | 7/20/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98674 | $1,097.01 | 8/1/2018 | 00003002AA-135389 | 7/20/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98674 | $1,097.01 | 8/1/2018 | 00000002AA-135388 | 7/20/2018 | $168.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00009002AA-135387 | 7/19/2018 | $79.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00008002AA-135386 | 7/19/2018 | $187.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00007002AA-135385 | 7/19/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00006002AA-135384 | 7/19/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96179 | $1,762.55 | 7/27/2018 | 00009002AA-135369 | 7/15/2018 | $187.47 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00005002AA-135382 | 7/19/2018 | $47.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00007002AA-135345 | 7/11/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00003002AA-135380 | 7/19/2018 | $184.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00002002AA-135379 | 7/19/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 00001002AA-135378 | 7/19/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00008771AA | 7/18/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00008002AA-135377 | 7/18/2018 | $239.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00007002AA-135376 | 7/18/2018 | $230.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00007002AA-135375 | 7/16/2018 | $230.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00006002AA-135374 | 7/18/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00005002AA-135373 | 7/18/2018 | $224.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96850 | $1,365.02 | 7/30/2018 | 00004002AA-135372 | 7/18/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97966 | $1,116.19 | 7/31/2018 | 0000589649-135383 | 7/27/2018 | $95.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00003002AA-135309 | 7/10/2018 | $222.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00006002AA-135320 | 7/8/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00006002AA-135319 | 7/8/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00006002AA-135318 | 7/8/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00005002AA-135317 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00005002AA-135316 | 7/8/2018 | $176.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00005002AA-135315 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00005002AA-135314 | 7/8/2018 | $199.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00004002AA-135313 | 7/10/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00004002AA-135312 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93914 | $1,226.05 | 7/24/2018 | 00000002AA-135347 | 7/12/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00004002AA-135310 | 7/8/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00007002AA-135323 | 7/8/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00003002AA-135308 | 7/8/2018 | $238.83 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00003002AA-135307 | 7/8/2018 | $458.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00003002AA-135306 | 7/8/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00002002AA-135305 | 7/10/2018 | $260.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00002002AA-135304 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00002002AA-135303 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00002002AA-135302 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00001002AA-135301 | 7/10/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00001002AA-135300 | 7/8/2018 | $139.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99414 | $199.92 | 8/2/2018 | 00008002AA-135393 | 7/15/2018 | $199.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00004002AA-135311 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00002002AA-135333 | 7/11/2018 | $47.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00001002AA-135298 | 7/8/2018 | $238.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00006002AA-135344 | 7/11/2018 | $38.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00006002AA-135343 | 7/11/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00006002AA-135342 | 7/9/2018 | $100.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00005002AA-135341 | 7/11/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00005002AA-135340 | 7/11/2018 | $258.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00005002AA-135339 | 7/9/2018 | $260.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00004002AA-135338 | 7/11/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00004002AA-135337 | 7/9/2018 | $258.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00003002AA-135336 | 7/11/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00007002AA-135321 | 7/8/2018 | $79.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00002002AA-135334 | 7/11/2018 | $266.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00007002AA-135322 | 7/8/2018 | $399.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00001002AA-135332 | 7/11/2018 | $269.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00000002AA-135331 | 7/11/2018 | $184.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00009002AA-135330 | 7/8/2018 | $184.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00009002AA-135329 | 7/8/2018 | $274.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00009002AA-135328 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00008002AA-135327 | 7/8/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00008002AA-135326 | 7/8/2018 | $31.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00008002AA-135325 | 7/8/2018 | $229.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92082 | $6,595.06 | 7/20/2018 | 00007002AA-135324 | 7/10/2018 | $274.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00007002AA-135346 | 7/11/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92757 | $3,269.69 | 7/23/2018 | 00003002AA-135335 | 7/11/2018 | $248.43 |

**Totals:**    24 transfer(s),    $126,973.31