**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Dorel Asia Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001046158 | 8/11/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002162604 | 8/22/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008051 | $567.66 | 9/3/2018 | 93002061682 | 8/20/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7288975000-1 | 8/22/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7296195000-1 | 8/22/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7306185000-1 | 8/22/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7313595000-1 | 8/23/2018 | $90.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7316915000-1 | 8/23/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 7319295000-1 | 8/23/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93000577507 | 8/9/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93000590238 | 8/9/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008051 | $567.66 | 9/3/2018 | 93002024175 | 8/20/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001043696 | 8/11/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93120790642 | 8/19/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001049321 | 8/11/2018 | $224.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001076249 | 8/11/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001086586 | 8/11/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001092300 | 8/11/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001146621 | 8/12/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002098090 | 8/21/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002107268 | 8/21/2018 | $224.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002142460 | 8/21/2018 | $119.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002150644 | 8/22/2018 | $229.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001306749 | 8/14/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93001040346 | 8/11/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001449089 | 8/17/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983775 | $198.74 | 7/17/2018 | 6739005000-1 | 7/5/2018 | $72.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001351104 | 8/15/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001361549 | 8/15/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001364206 | 8/15/2018 | $165.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001387230 | 8/16/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001414876 | 8/16/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001419856 | 8/16/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001428512 | 8/16/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001289611 | 8/14/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001441285 | 8/17/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008051 | $567.66 | 9/3/2018 | 93002034186 | 8/20/2018 | $201.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001446869 | 8/17/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002167928 | 8/22/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001456860 | 8/17/2018 | $90.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006643 | $634.74 | 8/30/2018 | 93001498085 | 8/18/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006643 | $634.74 | 8/30/2018 | 93001534179 | 8/18/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006643 | $634.74 | 8/30/2018 | 93001537989 | 8/18/2018 | $258.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001572989 | 8/19/2018 | $174.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001577762 | 8/19/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001588088 | 8/19/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001596109 | 8/19/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001596465 | 8/19/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007260 | $1,376.00 | 8/31/2018 | 93001597463 | 8/19/2018 | $224.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006156 | $1,049.68 | 8/29/2018 | 93001443006 | 8/17/2018 | $137.20 |

Dorel Asia Inc. (2232860)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 7390265000-1 | 8/30/2018 | $230.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002156027 | 8/22/2018 | $71.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002427610 | 8/26/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 7342225000-1 | 8/27/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002450173 | 8/27/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002459245 | 8/27/2018 | $114.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002465375 | 8/27/2018 | $217.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002493407 | 8/27/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002530751 | 8/27/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002531508 | 8/27/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012070 | $1,341.02 | 9/10/2018 | 93002531529 | 8/27/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002412083 | 8/26/2018 | $454.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 7376395000-1 | 8/29/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002411251 | 8/26/2018 | $165.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 7390265000-2 | 8/30/2018 | $187.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93002540189 | 8/28/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93002542868 | 8/28/2018 | $243.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93002582597 | 8/28/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93002586562 | 8/28/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93002591167 | 8/28/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003011149 | 8/28/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003017158 | 8/29/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003023029 | 8/29/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003025061 | 8/29/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 7343645000-1 | 8/28/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010043 | $221.38 | 9/5/2018 | 93002259559 | 8/24/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002169172 | 8/22/2018 | $84.18 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002174811 | 8/22/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002177015 | 8/22/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002180286 | 8/22/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002189825 | 8/22/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002200867 | 8/22/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002205657 | 8/23/2018 | $84.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002222013 | 8/23/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002231496 | 8/23/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002249632 | 8/23/2018 | $92.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002413157 | 8/26/2018 | $107.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002254985 | 8/23/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001298020 | 8/14/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010043 | $221.38 | 9/5/2018 | 93002304920 | 8/24/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010901 | $436.29 | 9/6/2018 | 93002310025 | 8/25/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010901 | $436.29 | 9/6/2018 | 93002359080 | 8/25/2018 | $90.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010901 | $436.29 | 9/6/2018 | 93002375579 | 8/25/2018 | $117.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002382893 | 8/26/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002388575 | 8/26/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002401996 | 8/26/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002406956 | 8/26/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002407570 | 8/26/2018 | $186.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011450 | $920.86 | 9/7/2018 | 93002408173 | 8/26/2018 | $70.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008849 | $5,287.42 | 9/4/2018 | 93002254192 | 8/23/2018 | $42.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999725 | $824.37 | 8/16/2018 | 93000247368 | 8/4/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 124278002-5573 | 7/27/2018 | $4,648.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999260 | $1,413.46 | 8/15/2018 | 93000229716-3885 | 8/3/2018 | $696.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120356002-5550 | 7/24/2018 | $1,160.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120356002-5552 | 7/24/2018 | $7,259.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120357002-5556 | 7/24/2018 | $705.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120358002-5557 | 7/24/2018 | $1,842.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120358002-5559 | 7/24/2018 | $11,529.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120359002-5560 | 7/24/2018 | $728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120359002-5562 | 7/24/2018 | $4,555.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 120456002-5566 | 7/24/2018 | $2,047.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 93000184978-3881 | 8/2/2018 | $411.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 124278002-5570 | 7/27/2018 | $29,607.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 93000183279-3879 | 8/2/2018 | $210.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999725 | $824.37 | 8/16/2018 | 93000256267 | 8/4/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999725 | $824.37 | 8/16/2018 | 93000260054 | 8/4/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999725 | $824.37 | 8/16/2018 | 93000282739 | 8/4/2018 | $164.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000319 | $1,223.14 | 8/17/2018 | 93000299536 | 8/5/2018 | $90.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000319 | $1,223.14 | 8/17/2018 | 93000319702-3887 | 8/5/2018 | $237.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000319 | $1,223.14 | 8/17/2018 | 93000355668-3889 | 8/5/2018 | $599.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000319 | $1,223.14 | 8/17/2018 | 93000357495 | 8/5/2018 | $295.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001112 | $274.74 | 8/20/2018 | 93000372055 | 8/6/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001112 | $274.74 | 8/20/2018 | 93000387650 | 8/6/2018 | $243.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001309660 | 8/14/2018 | $117.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999261 | $55,705.08 | 8/15/2018 | 124278002-5568 | 7/27/2018 | $10,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993584 | $29.98 | 8/6/2018 | 6989275000-1 | 7/23/2018 | $115.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983775 | $198.74 | 7/17/2018 | 6754035000-1 | 7/5/2018 | $126.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984758 | $184.24 | 7/18/2018 | 6785195000-1 | 7/6/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985788 | $37.20 | 7/20/2018 | 6823295000-1 | 7/8/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987230 | $219.27 | 7/24/2018 | 6856265000-1 | 7/11/2018 | $219.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988156 | $81.34 | 7/25/2018 | 6883415000-1 | 7/13/2018 | $81.34 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990729 | $440.65 | 7/31/2018 | 6923105000-1 | 7/18/2018 | $219.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990729 | $440.65 | 7/31/2018 | 6978315000-1 | 7/19/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990729 | $440.65 | 7/31/2018 | 6979145000-1 | 7/19/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991656 | $12,650.17 | 8/1/2018 | 120456002-5564 | 7/24/2018 | $2,047.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991656 | $12,650.17 | 8/1/2018 | 120456002-5565 | 7/24/2018 | $12,811.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999260 | $1,413.46 | 8/15/2018 | 93000205430-3883 | 8/3/2018 | $716.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992754 | $9,660.92 | 8/3/2018 | 113171002-5549 | 7/17/2018 | $9,821.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 128488002-5580 | 7/31/2018 | $1,524.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995958 | $168.36 | 8/8/2018 | 7055885000-1 | 7/27/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996980 | $5,172.95 | 8/10/2018 | 129523002-5587 | 7/31/2018 | $955.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996980 | $5,172.95 | 8/10/2018 | 129523002-5588 | 7/31/2018 | $5,978.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997683 | $4,412.69 | 8/13/2018 | 120357002-5554 | 7/24/2018 | $705.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997683 | $4,412.69 | 8/13/2018 | 120357002-5555 | 7/24/2018 | $4,412.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 7078805000-1 | 7/31/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 7082975000-1 | 7/31/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 7085655000-1 | 7/31/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 7086215000-1 | 7/31/2018 | $219.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998350 | $1,212.14 | 8/14/2018 | 7100505000-1 | 8/2/2018 | $258.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992754 | $9,660.92 | 8/3/2018 | 113171002-5548 | 7/17/2018 | $1,569.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001188235 | 8/13/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 124278002-5571 | 7/27/2018 | $728.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001047496 | 8/11/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001065833 | 8/11/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001070892 | 8/11/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001096026 | 8/12/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001141088 | 8/12/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001142420 | 8/12/2018 | $137.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001157141 | 8/12/2018 | $258.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001172578 | 8/12/2018 | $214.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001175516 | 8/12/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000590881 | 8/10/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001184280 | 8/13/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000251693 | 8/4/2018 | $259.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001204026 | 8/13/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001207901 | 8/13/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001221537 | 8/13/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001224125 | 8/13/2018 | $224.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001243781 | 8/13/2018 | $177.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001250455 | 8/13/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001256928 | 8/14/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001259744 | 8/14/2018 | $71.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001263128 | 8/14/2018 | $119.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001285195 | 8/14/2018 | $74.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001179876 | 8/13/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002772 | $1,850.48 | 8/22/2018 | 128486002-5576 | 7/31/2018 | $1,850.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 128488002-5582 | 7/31/2018 | $9,537.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 128489002-5583 | 7/31/2018 | $341.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001113 | $16,320.28 | 8/20/2018 | 128489002-5585 | 7/31/2018 | $2,135.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000409724 | 8/7/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000415957 | 8/7/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000438587 | 8/7/2018 | $130.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000462519 | 8/8/2018 | $258.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000462554 | 8/8/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001821 | $1,118.18 | 8/21/2018 | 93000531300 | 8/8/2018 | $79.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001822 | $6,120.83 | 8/21/2018 | 128487002-5578 | 7/31/2018 | $978.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93001032950 | 8/10/2018 | $210.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002772 | $1,850.48 | 8/22/2018 | 128486002-5575 | 7/31/2018 | $295.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003036185 | 8/29/2018 | $42.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7220195000-1 | 8/14/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7221285000-1 | 8/14/2018 | $215.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7225715000-1 | 8/15/2018 | $187.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7234045000-1 | 8/15/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7234885000-1 | 8/15/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 7255985000-1 | 8/16/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000074664 | 7/31/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000075086 | 7/31/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000096304 | 8/1/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005252 | $6,014.83 | 8/28/2018 | 93000096818 | 8/1/2018 | $114.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001822 | $6,120.83 | 8/21/2018 | 128487002-5579 | 7/31/2018 | $6,120.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003411006 | 9/3/2018 | $239.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003457174 | 9/4/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003350062 | 9/2/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003358843 | 9/3/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003359186 | 9/3/2018 | $107.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003361839 | 9/3/2018 | $187.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003368511 | 9/3/2018 | $165.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003372511 | 9/3/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003378753 | 9/3/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003381707 | 9/3/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003386414 | 9/3/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003312871 | 9/2/2018 | $229.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003409763 | 9/3/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003312705 | 9/2/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003411395 | 9/3/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003416440 | 9/3/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003419040 | 9/3/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003428751 | 9/3/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003430656 | 9/3/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003437317 | 9/4/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003444699 | 9/4/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003448292 | 9/4/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003450346 | 9/4/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003032772 | 8/29/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003402729 | 9/3/2018 | $84.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003225465 | 9/1/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001161200 | 8/12/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003142907 | 8/31/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003144623 | 8/31/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003154031 | 8/31/2018 | $187.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003157363 | 8/31/2018 | $186.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003169170 | 8/31/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003172749 | 8/31/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003200106 | 8/31/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003202163 | 9/1/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003206839 | 9/1/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003316343 | 9/2/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003223551 | 9/1/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003499965 | 9/4/2018 | $31.21 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003246116 | 9/1/2018 | $74.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003256729 | 9/1/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003265993 | 9/2/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003282856 | 9/2/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003287440 | 9/2/2018 | $114.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003294293 | 9/2/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003305523 | 9/2/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003308801 | 9/2/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003312363 | 9/2/2018 | $174.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003312376 | 9/2/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003208898 | 9/1/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001252757 | 9/20/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003452511 | 9/4/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001183176 | 9/19/2018 | $232.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001184874 | 9/19/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001204834 | 9/19/2018 | $76.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001220712 | 9/19/2018 | $348.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001231227 | 9/19/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001235988 | 9/19/2018 | $357.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001236507 | 9/19/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001237108 | 9/19/2018 | $97.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001241807 | 9/20/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001174929 | 9/18/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001245040 | 9/20/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001171554 | 9/18/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001256892 | 9/20/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001259770 | 9/20/2018 | $199.92 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001268347 | 9/20/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 7599425000-1 | 9/21/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 7600705000-1 | 9/21/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 93001298268 | 9/21/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 93001309835 | 9/21/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 93001310204 | 9/21/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024413 | $762.92 | 10/3/2018 | 93001314274 | 9/21/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/28/2018 | $145,807.02 | 9/28/2018 | 201821306388-1 | 9/13/2018 | $57,697.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001244965 | 9/20/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022483 | $915.70 | 10/1/2018 | 93001072945 | 9/17/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003530736 | 9/4/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003532112 | 9/4/2018 | $187.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003534359 | 9/5/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003570512 | 9/5/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003576236 | 9/5/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003578471 | 9/5/2018 | $274.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003579365 | 9/5/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003582265 | 9/5/2018 | $230.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003585894 | 9/5/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93003586492 | 9/5/2018 | $63.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001175506 | 9/18/2018 | $71.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022483 | $915.70 | 10/1/2018 | 93001065503 | 9/17/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001025367 | 9/16/2018 | $236.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022483 | $915.70 | 10/1/2018 | 93001074729 | 9/17/2018 | $232.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022483 | $915.70 | 10/1/2018 | 93001084280 | 9/17/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022483 | $915.70 | 10/1/2018 | 93001102011 | 9/17/2018 | $269.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001141968 | 9/18/2018 | $84.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001146778 | 9/18/2018 | $269.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001149291 | 9/18/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001154957 | 9/18/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001159719 | 9/18/2018 | $107.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001164779 | 9/18/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023295 | $4,155.48 | 10/2/2018 | 93001165663 | 9/18/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93120792537 | 9/7/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000150821 | 9/8/2018 | $243.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001037229 | 8/11/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7537325000-1 | 9/16/2018 | $90.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000025520 | 9/6/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000032427 | 9/6/2018 | $224.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000068955 | 9/7/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000069107 | 9/7/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000073382 | 9/7/2018 | $229.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000076840 | 9/7/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000094624 | 9/7/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000100312 | 9/8/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7532605000-1 | 9/16/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000146327 | 9/8/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7525415000-1 | 9/14/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000151898 | 9/8/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000154760 | 9/8/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000157758 | 9/8/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000159078 | 9/8/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000161055 | 9/8/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000172338 | 9/8/2018 | $199.92 |

Dorel Asia Inc. (2232860)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit B

P. 12

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000227500 | 9/9/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000227706 | 9/9/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000233564 | 9/9/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000236634 | 9/9/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000141026 | 9/8/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7432995000-1 | 9/6/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/28/2018 | $145,807.02 | 9/28/2018 | 201821306388-2 | 9/13/2018 | $88,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003069063 | 8/30/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003077880 | 8/30/2018 | $74.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003086724 | 8/30/2018 | $81.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003087002 | 8/30/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003095790 | 8/30/2018 | $74.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003099699 | 8/30/2018 | $79.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003103572 | 8/30/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003104101 | 8/30/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003140182 | 8/30/2018 | $210.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7532655000-1 | 9/16/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7430945000-1 | 9/6/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000241551 | 9/9/2018 | $90.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7438125000-1 | 9/6/2018 | $230.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7448865000-1 | 9/7/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7452515000-1 | 9/7/2018 | $42.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7459895000-1 | 9/9/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7505255000-1 | 9/12/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7510845000-1 | 9/13/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7515695000-1 | 9/13/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7521915000-1 | 9/14/2018 | $47.58 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7522215000-1 | 9/13/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7523975000-1 | 9/16/2018 | $107.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 7383025000-1 | 8/31/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000581778 | 9/15/2018 | $168.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000454686 | 9/13/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000463268 | 9/14/2018 | $210.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000496611 | 9/14/2018 | $308.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000530152 | 9/14/2018 | $184.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000542532 | 9/14/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000547071 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000548831 | 8/9/2018 | $238.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000570536 | 9/15/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000572872 | 9/15/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000574395 | 9/15/2018 | $230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000238593 | 9/9/2018 | $292.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000579586 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000440017 | 9/13/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000584375 | 9/15/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000589024 | 9/15/2018 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000590338 | 9/15/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000592190 | 9/15/2018 | $519.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000594989 | 9/15/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001011123 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001012019 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001012366 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001012571 | 9/15/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012819 | $4,514.38 | 9/11/2018 | 93003034044 | 8/29/2018 | $224.42 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000577249 | 9/15/2018 | $199.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000315825 | 9/11/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93001028719 | 9/16/2018 | $92.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000247066 | 9/10/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000247677 | 9/10/2018 | $176.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000247702 | 9/10/2018 | $137.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000259106 | 9/10/2018 | $165.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000259544 | 9/10/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000267701 | 9/10/2018 | $86.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000280612 | 9/10/2018 | $72.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000286149 | 9/10/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000299181 | 9/11/2018 | $123.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000447825 | 9/13/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000308675 | 9/11/2018 | $47.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000446682 | 9/13/2018 | $100.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000361551 | 9/11/2018 | $782.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000371461 | 9/11/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000374440 | 9/12/2018 | $165.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000376000 | 9/12/2018 | $86.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000380533 | 9/12/2018 | $229.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000387313 | 9/12/2018 | $230.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000407291 | 9/12/2018 | $84.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000413512 | 9/12/2018 | $316.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000416168 | 9/12/2018 | $256.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000418474 | 9/12/2018 | $84.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000239004 | 9/9/2018 | $69.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021745 | $24,084.38 | 9/28/2018 | 93000307831 | 9/11/2018 | $200.90 |

**Totals:** **38 transfer(s),** **$317,408.97**