**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fusion Accessories Group Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $12,483.30 | 9/6/2018 | 201819748908-2 | 6/24/2018 | $3,552.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $12,483.30 | 9/6/2018 | 201819748908-1 | 6/24/2018 | $8,930.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $13,009.20 | 9/10/2018 | 201819748728-2 | 6/26/2018 | $4,430.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $13,009.20 | 9/10/2018 | 201819748728-1 | 6/26/2018 | $8,579.04 |

Totals:    2 transfer(s),    $25,492.50