**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fusion Accessories Group Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $18,893.62 | 9/6/2018 | 201819748794-3 | 6/24/2018 | $3,234.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $18,893.62 | 9/6/2018 | 201819748794-2 | 6/24/2018 | $3,797.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $18,893.62 | 9/6/2018 | 201819748794-1 | 6/24/2018 | $11,861.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $21,828.36 | 9/10/2018 | 201819748569-4 | 6/26/2018 | $3,327.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $21,828.36 | 9/10/2018 | 201819748569-3 | 6/26/2018 | $3,129.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $21,828.36 | 9/10/2018 | 201819748569-2 | 6/26/2018 | $3,656.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $21,828.36 | 9/10/2018 | 201819748569-1 | 6/26/2018 | $11,715.24 |

**Totals:**    2 transfer(s),    $40,721.98