**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
In re:                                                       :
                                                             :          **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*                    :
                                                             :          **Case No. 18-23538 (RDD) (lead case)**
                                                             :
        Debtors.                                             :          **(Jointly Administered)**
--------------------------------------------------------------------x

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

William S. Gannon, whose email addresses are bgannon@gannonlawfirm.com and

jarquette@gannonlawfirm.com, requests that he be removed from the list that allows service of electronic

filings through the Court's CM/ECF case management system on behalf of All Interiors, Inc.

Respectfully submitted,

DATED:  June 30, 2020                    /s/ William S. Gannon
                                         William S. Gannon, BNH 01222
                                         (*admitted pro hac vice*)

                                         Attorney for:

                                         **ALL INTERIORS, INC.**

                                         WILLIAM S. GANNON PLLC
                                         889 Elm Street, 4th Floor
                                         Manchester NH 03101
                                         PH: 603-621-0833

## CERTIFICATE OF SERVICE

I, William S. Gannon, an attorney, hereby certify that on this date I served the foregoing
request on all persons and entities named on the CM/ECF Electronic Service List by causing it to
be filed electronically via the CM/ECF filing system.

Dated:  June 30, 2020                                     /s/ William S. Gannon