**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Garden & Lights Company Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-6 | 7/16/2018 | $11,132.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $184,000.00 | 10/2/2018 | 201821411933-2 | 9/3/2018 | $94,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $184,000.00 | 10/2/2018 | 201821412133 | 9/4/2018 | $45,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $47,806.56 | 7/18/2018 | 201819664789-1 | 7/3/2018 | $10,257.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $47,806.56 | 7/18/2018 | 201819664789-2 | 7/3/2018 | $37,549.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-1 | 7/16/2018 | $5,387.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-2 | 7/16/2018 | $3,333.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-3 | 7/16/2018 | $9,677.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $184,000.00 | 10/2/2018 | 201821411933-1 | 9/3/2018 | $45,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-5 | 7/16/2018 | $4,469.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-7 | 7/16/2018 | $144,617.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-7 | 7/16/2018 | $11,698.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-1 | 7/16/2018 | $77,469.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-2 | 7/16/2018 | $22,023.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-3 | 7/16/2018 | $120,501.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-4 | 7/16/2018 | $127,161.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-5 | 7/16/2018 | $58,860.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820375842-6 | 7/16/2018 | $118,564.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $725,096.47 | 8/3/2018 | 201820182662-4 | 7/16/2018 | $10,197.88 |

Totals:    3 transfer(s),    $956,903.03