**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Garden & Lights Company Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $115,367.12 | 8/21/2018 | 201820358928-2 | 7/29/2018 | $51,628.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $115,367.12 | 8/21/2018 | 201820358928-1 | 7/29/2018 | $60,188.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $115,367.12 | 8/21/2018 | 201820358787-2 | 7/30/2018 | $1,558.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $115,367.12 | 8/21/2018 | 201820358787-1 | 7/30/2018 | $1,991.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $65,550.00 | 10/2/2018 | 201820877453 | 9/4/2018 | $65,550.00 |

**Totals:    2 transfer(s),    $180,917.12**