**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **General Lion Footwear (Int'l) Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $43,735.25 | 9/24/2018 | 201820027731-2 | 6/25/2018 | $15,307.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,500.28 | 9/11/2018 | 201819645192-2 | 6/12/2018 | $23,371.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,500.28 | 9/11/2018 | 201819645595-1 | 6/12/2018 | $21,684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,500.28 | 9/11/2018 | 201819645595-2 | 6/12/2018 | $14,570.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $110,140.80 | 9/13/2018 | 201819645410-1 | 6/16/2018 | $24,681.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $110,140.80 | 9/13/2018 | 201819645410-2 | 6/16/2018 | $16,084.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $110,140.80 | 9/13/2018 | 201819645488 | 6/16/2018 | $8,596.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $110,140.80 | 9/13/2018 | 201819645634-1 | 6/16/2018 | $30,388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $110,140.80 | 9/13/2018 | 201819645634-2 | 6/16/2018 | $30,388.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,500.28 | 9/11/2018 | 201819645192-1 | 6/12/2018 | $21,874.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $43,735.25 | 9/24/2018 | 201820027731-1 | 6/25/2018 | $14,754.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313397-3 | 6/3/2018 | $9,924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $43,735.25 | 9/24/2018 | 201820027731-3 | 6/25/2018 | $5,253.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $43,735.25 | 9/24/2018 | 201820027731-4 | 6/25/2018 | $8,420.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313207-1 | 6/7/2018 | $2,583.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313207-2 | 6/7/2018 | $15,547.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313207-3 | 6/7/2018 | $6,780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313207-4 | 6/7/2018 | $1,174.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313397-1 | 6/3/2018 | $16,317.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $66,810.41 | 9/4/2018 | 201819313397-2 | 6/3/2018 | $14,484.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $7,113.60 | 9/17/2018 | 201819645723 | 6/18/2018 | $7,113.60 |

Totals:    5 transfer(s),    $309,300.34

General Lion Footwear (Int'l) Ltd. (2230427)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                         Exhibit A                         P. 1