

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

**Defendant:** **General Lion Footwear (Int'l) Ltd.**

**Bankruptcy Case:** **Sears Holdings Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819658773 | 6/13/2018 | $63,244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820031922-2 | 6/27/2018 | $13,469.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820054333-1 | 6/27/2018 | $16,242.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820054333-2 | 6/27/2018 | $33,015.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820054333-3 | 6/27/2018 | $16,242.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820054333-4 | 6/27/2018 | $40,410.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819646240 | 6/13/2018 | $62,338.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819647587-1 | 6/13/2018 | $21,864.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819647587-2 | 6/13/2018 | $4,864.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $134,909.15 | 10/2/2018 | 201820031922-1 | 6/27/2018 | $15,529.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819647587-4 | 6/13/2018 | $35,370.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $23,674.33 | 9/4/2018 | 201819310971-2 | 6/6/2018 | $1,180.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819645974-1 | 6/19/2018 | $34,020.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819645974-2 | 6/19/2018 | $15,975.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819647493-1 | 6/19/2018 | $4,082.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819647493-2 | 6/19/2018 | $2,916.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819647493-3 | 6/19/2018 | $29,062.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819647493-4 | 6/19/2018 | $14,256.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $107,310.60 | 9/18/2018 | 201819659104 | 6/19/2018 | $6,998.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $23,674.33 | 9/4/2018 | 201819310971-1 | 6/6/2018 | $22,493.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,495.86 | 9/11/2018 | 201819647587-3 | 6/13/2018 | $19,815.00 |

**Totals:** 4 transfer(s), $473,389.94

General Lion Footwear (Int'l) Ltd. (2230427)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit B

P. 1