**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Hangzhou U-Jump Arts & Crafts Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $96,343.70 | 10/2/2018 | 201820297165-3 | 6/29/2018 | $48,392.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $96,343.70 | 10/2/2018 | 201820297165-2 | 6/29/2018 | $42,386.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $96,343.70 | 10/2/2018 | 201820297165-1 | 6/29/2018 | $5,565.00 |
| **Totals:** | | **1 transfer(s),** | **$96,343.70** | | | | |