**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Hangzhou U-Jump Arts & Crafts Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $186,314.98 | 10/2/2018 | 201820116031-4 | 6/29/2018 | $46,253.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $186,314.98 | 10/2/2018 | 201820116031-3 | 6/29/2018 | $103,238.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $186,314.98 | 10/2/2018 | 201820116031-2 | 6/29/2018 | $23,668.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $186,314.98 | 10/2/2018 | 201820116031-1 | 6/29/2018 | $13,155.00 |

**Totals:**     1 transfer(s),     $186,314.98