

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| Defendant: | **Harvest Star International Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $27,552.75 | 9/12/2018 | 201819497607-4 | 6/15/2018 | $6,489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888240-2 | 6/26/2018 | $10,333.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888240-3 | 6/26/2018 | $10,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888240-4 | 6/26/2018 | $16,309.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888692-1 | 6/26/2018 | $11,678.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888692-2 | 6/26/2018 | $11,678.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888692-3 | 6/26/2018 | $11,365.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888692-4 | 6/26/2018 | $9,225.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888692-5 | 6/26/2018 | $10,725.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819928842-1 | 6/28/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819928842-2 | 6/28/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $108,910.80 | 10/2/2018 | 201819888240-1 | 6/26/2018 | $10,333.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $27,552.75 | 9/12/2018 | 201819497607-3 | 6/15/2018 | $10,469.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $10,210.00 | 9/24/2018 | 201819928718-2 | 6/25/2018 | $4,855.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819508205-1 | 6/18/2018 | $7,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819508205-2 | 6/18/2018 | $21,826.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819508205-3 | 6/18/2018 | $21,420.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819508205-4 | 6/18/2018 | $13,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819707239-1 | 6/18/2018 | $12,127.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $81,897.60 | 9/17/2018 | 201819707239-2 | 6/18/2018 | $5,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $14,490.00 | 9/18/2018 | 201819707392-1 | 6/21/2018 | $11,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $14,490.00 | 9/18/2018 | 201819707392-2 | 6/21/2018 | $735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $14,490.00 | 9/18/2018 | 201819707392-3 | 6/21/2018 | $2,730.00 |

Harvest Star International Ltd. (2230410)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                           Exhibit A                                                           P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $10,210.00 | 9/24/2018 | 201819928718-1 | 6/25/2018 | $5,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $27,552.75 | 9/12/2018 | 201819497607-2 | 6/15/2018 | $10,594.20 |
| **Totals:** | | 5 transfer(s), | $243,061.15 | | | | |