**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Harvest Star International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $244,036.20 | 9/5/2018 | 201819531190-4 | 6/8/2018 | $67,125.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $244,036.20 | 9/5/2018 | 201819531190-3 | 6/8/2018 | $64,869.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $244,036.20 | 9/5/2018 | 201819531190-2 | 6/8/2018 | $66,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $244,036.20 | 9/5/2018 | 201819531190-1 | 6/8/2018 | $46,041.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $65,400.00 | 9/17/2018 | 201819532212-2 | 6/18/2018 | $32,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $65,400.00 | 9/17/2018 | 201819532212-1 | 6/18/2018 | $32,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $132,255.00 | 8/22/2018 | 201819182187-5 | 5/25/2018 | $3,720.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $132,255.00 | 8/22/2018 | 201819182187-4 | 5/25/2018 | $24,899.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $132,255.00 | 8/22/2018 | 201819182187-3 | 5/25/2018 | $40,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $132,255.00 | 8/22/2018 | 201819182187-2 | 5/25/2018 | $28,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $132,255.00 | 8/22/2018 | 201819182187-1 | 5/25/2018 | $34,455.00 |

Totals:    3 transfer(s),    $441,691.20