**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Hong Kong GreatStar International Company Limited** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-20 | 8/21/2018 | $2,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-28 | 8/21/2018 | $71,888.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-13 | 8/21/2018 | $25,763.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-14 | 8/21/2018 | $33,746.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-15 | 8/21/2018 | $96,034.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-16 | 8/21/2018 | $3,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-17 | 8/21/2018 | $7,761.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-18 | 8/21/2018 | $32,054.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-11 | 8/21/2018 | $6,350.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-2 | 8/21/2018 | $54,279.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-10 | 8/21/2018 | $58,543.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-21 | 8/21/2018 | $34,339.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-22 | 8/21/2018 | $5,170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-23 | 8/21/2018 | $51,279.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-24 | 8/21/2018 | $128,020.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-25 | 8/21/2018 | $20,259.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-26 | 8/21/2018 | $13,722.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-18 | 8/15/2018 | $77,511.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-19 | 8/21/2018 | $9,576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-5 | 8/15/2018 | $8,457.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-1 | 7/25/2018 | $14,214.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-2 | 8/15/2018 | $6,350.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-20 | 8/15/2018 | $3,929.20 |

Hong Kong GreatStar International Company Limited (2230537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                    Exhibit A                                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-21 | 8/15/2018 | $10,290.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-22 | 8/15/2018 | $29,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-23 | 8/15/2018 | $17,157.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-24 | 8/15/2018 | $35,676.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-12 | 8/21/2018 | $32,740.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-4 | 8/15/2018 | $46,009.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-29 | 8/21/2018 | $37,195.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-6 | 8/15/2018 | $3,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-7 | 8/15/2018 | $2,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-8 | 8/15/2018 | $8,126.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-9 | 8/15/2018 | $16,196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $74,768.40 | 8/30/2018 | 201821144410-1 | 8/16/2018 | $50,618.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $74,768.40 | 8/30/2018 | 201821144410-2 | 8/16/2018 | $24,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-1 | 8/21/2018 | $58,516.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-3 | 8/15/2018 | $5,226.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820404489 | 7/25/2018 | $72,177.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-27 | 8/21/2018 | $11,408.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-2 | 8/21/2018 | $298,452.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-3 | 8/21/2018 | $374,803.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-4 | 8/21/2018 | $330,480.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-5 | 8/21/2018 | $433,485.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-6 | 8/21/2018 | $270,714.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-7 | 8/21/2018 | $1,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-12 | 8/21/2018 | $255,582.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-9 | 8/21/2018 | $351,085.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-11 | 8/21/2018 | $37,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-1 | 7/25/2018 | $29,205.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-2 | 7/25/2018 | $89,082.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-3 | 7/25/2018 | $87,771.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-4 | 7/25/2018 | $159,113.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-5 | 7/25/2018 | $635,458.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-6 | 7/25/2018 | $74,613.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-1 | 7/9/2018 | $112,607.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-8 | 8/21/2018 | $1,116,664.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-7 | 8/21/2018 | $9,937.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-3 | 8/21/2018 | $6,350.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-30 | 8/21/2018 | $11,408.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-31 | 8/21/2018 | $26,414.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-32 | 8/21/2018 | $153,564.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-33 | 8/21/2018 | $103,937.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-34 | 8/21/2018 | $33,234.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-4 | 8/21/2018 | $5,814.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-13 | 8/21/2018 | $16,869.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-6 | 8/21/2018 | $46,009.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-17 | 8/15/2018 | $27,519.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-8 | 8/21/2018 | $16,175.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-9 | 8/21/2018 | $4,263.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821240134-1 | 8/21/2018 | $103,810.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821240134-2 | 8/21/2018 | $198,090.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821240134-3 | 8/21/2018 | $1,224,547.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-1 | 8/21/2018 | $433,048.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821243630-10 | 8/21/2018 | $102,327.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $6,798,921.30 | 8/31/2018 | 201821200484-5 | 8/21/2018 | $38,304.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-1 | 7/31/2018 | $2,136.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-7 | 7/31/2018 | $14,628.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-2 | 7/17/2018 | $7,416.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-3 | 7/17/2018 | $12,215.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-4 | 7/17/2018 | $14,995.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-5 | 7/17/2018 | $1,269.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-6 | 7/17/2018 | $23,707.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-7 | 7/17/2018 | $10,513.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-12 | 7/17/2018 | $2,832.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-9 | 7/17/2018 | $18,256.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-11 | 7/17/2018 | $10,470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-10 | 7/31/2018 | $7,203.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-11 | 7/31/2018 | $26,230.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-2 | 7/31/2018 | $35,159.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-3 | 7/31/2018 | $8,356.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-4 | 7/31/2018 | $3,614.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-5 | 7/31/2018 | $56,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-19 | 8/15/2018 | $11,530.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-8 | 7/17/2018 | $4,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820281463-1 | 7/9/2018 | $8,457.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-10 | 7/9/2018 | $15,691.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-2 | 7/9/2018 | $29,523.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-3 | 7/9/2018 | $3,124.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-4 | 7/9/2018 | $3,528.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-5 | 7/9/2018 | $40,014.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-6 | 7/9/2018 | $13,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-7 | 7/9/2018 | $17,260.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-13 | 7/17/2018 | $16,096.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-9 | 7/9/2018 | $25,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-8 | 7/31/2018 | $8,638.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820281463-2 | 7/9/2018 | $12,208.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820281463-3 | 7/9/2018 | $1,512.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820281463-4 | 7/9/2018 | $6,572.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820282517-1 | 7/9/2018 | $584,346.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820282517-2 | 7/9/2018 | $109,725.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-1 | 7/17/2018 | $2,116.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $129,152.24 | 7/27/2018 | 201820405346-10 | 7/17/2018 | $4,334.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $1,213,899.28 | 7/19/2018 | 201820280414-8 | 7/9/2018 | $230,677.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-1 | 8/15/2018 | $27,272.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-6 | 7/31/2018 | $10,986.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-3 | 8/7/2018 | $369,120.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-4 | 8/7/2018 | $709,571.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-5 | 8/7/2018 | $17,676.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-6 | 8/7/2018 | $94,795.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-7 | 8/7/2018 | $137,522.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-8 | 8/7/2018 | $74,613.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-1 | 8/7/2018 | $56,445.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201820841224 | 8/15/2018 | $48,046.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-9 | 8/7/2018 | $20,410.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-10 | 8/15/2018 | $238,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-11 | 8/15/2018 | $6,734.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-12 | 8/15/2018 | $4,697.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-13 | 8/15/2018 | $7,076.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-14 | 8/15/2018 | $3,111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-15 | 8/15/2018 | $3,990.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $654,036.80 | 8/27/2018 | 201821020227-16 | 8/15/2018 | $4,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820935818 | 8/7/2018 | $8,308.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-1 | 8/7/2018 | $12,208.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622549-9 | 7/31/2018 | $5,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-1 | 7/31/2018 | $14,443.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-2 | 7/31/2018 | $2,116.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-3 | 7/31/2018 | $5,816.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-4 | 7/31/2018 | $4,435.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-5 | 7/31/2018 | $1,830.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-6 | 7/31/2018 | $6,148.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820841161-2 | 8/7/2018 | $63,066.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-8 | 7/31/2018 | $16,620.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-10 | 7/25/2018 | $28,794.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-2 | 8/7/2018 | $5,511.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-3 | 8/7/2018 | $89,788.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-4 | 8/7/2018 | $44,314.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-5 | 8/7/2018 | $4,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-6 | 8/7/2018 | $17,631.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-7 | 8/7/2018 | $13,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $1,758,415.63 | 8/17/2018 | 201820785308-8 | 8/7/2018 | $19,243.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $234,771.73 | 8/10/2018 | 201820622734-7 | 7/31/2018 | $4,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-6 | 9/10/2018 | $42,024.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821631398 | 9/18/2018 | $38,236.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-26 | 9/10/2018 | $337,557.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-27 | 9/10/2018 | $13,334.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-28 | 9/10/2018 | $17,623.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-29 | 9/10/2018 | $37,609.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-3 | 9/10/2018 | $30,024.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-30 | 9/10/2018 | $6,572.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-24 | 9/10/2018 | $179,343.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-5 | 9/10/2018 | $13,204.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-23 | 9/10/2018 | $5,995.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-7 | 9/10/2018 | $9,218.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-8 | 9/10/2018 | $15,697.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-9 | 9/10/2018 | $15,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821631352-1 | 9/10/2018 | $362,161.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821631352-2 | 9/10/2018 | $161,347.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821631352-3 | 9/10/2018 | $146,306.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-7 | 9/10/2018 | $15,652.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-4 | 9/10/2018 | $1,220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-16 | 9/10/2018 | $1,830.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820478237-7 | 7/25/2018 | $60,714.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-9 | 9/10/2018 | $74,613.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-1 | 9/10/2018 | $9,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-10 | 9/10/2018 | $5,598.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-11 | 9/10/2018 | $68,724.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-12 | 9/10/2018 | $9,884.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-13 | 9/10/2018 | $7,458.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-25 | 9/10/2018 | $176,299.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-15 | 9/10/2018 | $3,628.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-1 | 9/18/2018 | $10,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-17 | 9/10/2018 | $1,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-18 | 9/10/2018 | $16,425.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-19 | 9/10/2018 | $61,100.04 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-2 | 9/10/2018 | $285.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-20 | 9/10/2018 | $106,766.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-21 | 9/10/2018 | $117,856.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-22 | 9/10/2018 | $1,411.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821541044-14 | 9/10/2018 | $1,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-5 | 9/18/2018 | $11,088.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821631352-4 | 9/10/2018 | $322,394.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821815563-1 | 9/18/2018 | $246,844.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821815563-2 | 9/18/2018 | $242,298.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-1 | 9/18/2018 | $6,584.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-10 | 9/18/2018 | $3,400.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-11 | 9/18/2018 | $10,977.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-2 | 9/18/2018 | $3,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821813810-1 | 9/18/2018 | $93,452.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-4 | 9/18/2018 | $2,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-9 | 9/18/2018 | $50,939.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-6 | 9/18/2018 | $4,670.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-7 | 9/18/2018 | $8,985.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-8 | 9/18/2018 | $4,536.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-9 | 9/18/2018 | $3,729.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821934210-1 | 9/18/2018 | $93,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821934210-2 | 9/18/2018 | $203,388.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821934210-3 | 9/18/2018 | $27,030.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821932758-3 | 9/18/2018 | $6,148.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-12 | 9/18/2018 | $9,495.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-2 | 9/18/2018 | $48,355.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-3 | 9/18/2018 | $3,111.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-4 | 9/18/2018 | $246,476.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-5 | 9/18/2018 | $153,564.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-6 | 9/18/2018 | $5,442.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821743834-7 | 9/18/2018 | $29,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-1 | 9/18/2018 | $13,053.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821813810-2 | 9/18/2018 | $494,815.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-11 | 9/18/2018 | $513,896.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-6 | 9/10/2018 | $915,876.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-2 | 9/18/2018 | $24,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-3 | 9/18/2018 | $165,969.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-4 | 9/18/2018 | $314,439.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-5 | 9/18/2018 | $174,795.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-6 | 9/18/2018 | $217,831.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-7 | 9/18/2018 | $21,308.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-8 | 9/18/2018 | $86,672.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821789003-10 | 9/18/2018 | $258,376.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-9 | 8/29/2018 | $4,314.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-11 | 9/4/2018 | $4,670.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-16 | 8/29/2018 | $10,786.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-2 | 8/29/2018 | $59,558.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-3 | 8/29/2018 | $51,524.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-4 | 8/29/2018 | $46,009.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-5 | 8/29/2018 | $22,620.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-6 | 8/29/2018 | $6,304.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-14 | 8/29/2018 | $8,324.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-8 | 8/29/2018 | $16,120.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-13 | 8/29/2018 | $12,957.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308753-1 | 8/29/2018 | $5,120.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308753-2 | 8/29/2018 | $4,717.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308753-3 | 8/29/2018 | $37,526.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821308818-1 | 9/4/2018 | $80,374.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821308818-2 | 9/4/2018 | $56,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-1 | 9/4/2018 | $23,976.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-8 | 9/10/2018 | $58,830.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-7 | 8/29/2018 | $1,622.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-7 | 7/25/2018 | $38,964.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-11 | 7/25/2018 | $32,656.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-12 | 7/25/2018 | $13,104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-13 | 7/25/2018 | $21,749.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-14 | 7/25/2018 | $5,725.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-2 | 7/25/2018 | $9,576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-3 | 7/25/2018 | $46,440.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-4 | 7/25/2018 | $12,208.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-15 | 8/29/2018 | $17,078.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-6 | 7/25/2018 | $18,164.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-12 | 9/4/2018 | $9,391.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-8 | 7/25/2018 | $10,110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-9 | 7/25/2018 | $12,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821243772 | 8/29/2018 | $55,552.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-1 | 8/29/2018 | $53,264.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-10 | 8/29/2018 | $1,410.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-11 | 8/29/2018 | $1,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $418,447.20 | 9/10/2018 | 201821308011-12 | 8/29/2018 | $1,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $1,479,027.62 | 8/6/2018 | 201820486713-5 | 7/25/2018 | $6,866.00 |

Hong Kong GreatStar International Company Limited (2230537)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-11 | 9/10/2018 | $40,964.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-10 | 9/4/2018 | $11,402.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459057-3 | 9/4/2018 | $22,620.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459057-4 | 9/4/2018 | $373,544.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459057-5 | 9/4/2018 | $90,046.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459256-1 | 9/4/2018 | $2,136.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459256-2 | 9/4/2018 | $18,009.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821567258 | 9/4/2018 | $52,524.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459057-1 | 9/4/2018 | $13,204.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-10 | 9/10/2018 | $689,073.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-9 | 9/4/2018 | $7,761.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-12 | 9/10/2018 | $80,803.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-13 | 9/10/2018 | $203,740.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-14 | 9/10/2018 | $296,120.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-2 | 9/10/2018 | $452,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-3 | 9/10/2018 | $201,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-4 | 9/10/2018 | $89,043.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-5 | 9/10/2018 | $267,130.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,776,418.32 | 9/20/2018 | 201821458699-1 | 9/10/2018 | $83,815.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-21 | 9/4/2018 | $116,668.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-13 | 9/4/2018 | $2,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-14 | 9/4/2018 | $4,393.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-15 | 9/4/2018 | $31,987.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-16 | 9/4/2018 | $102,487.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-17 | 9/4/2018 | $76,812.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-18 | 9/4/2018 | $12,989.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-19 | 9/4/2018 | $70,373.16 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821459057-2 | 9/4/2018 | $9,576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-20 | 9/4/2018 | $45,190.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $4,386,576.18 | 9/28/2018 | 201821934210-4 | 9/18/2018 | $533,470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-22 | 9/4/2018 | $298,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-3 | 9/4/2018 | $21,672.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-4 | 9/4/2018 | $13,315.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-5 | 9/4/2018 | $6,061.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-6 | 9/4/2018 | $4,435.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-7 | 9/4/2018 | $70,531.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-8 | 9/4/2018 | $76,187.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $1,749,259.88 | 9/14/2018 | 201821438309-2 | 9/4/2018 | $20,368.80 |

**Totals:** 12 transfer(s), $24,673,694.58