**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Hong Kong GreatStar International Company Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/28/2018 | $19,967.48 | 9/28/2018 | 201821744638 | 9/18/2018 | $19,967.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $10,159.56 | 9/20/2018 | 201821566670 | 9/10/2018 | $10,159.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $504,979.84 | 8/27/2018 | 201821022158 | 8/15/2018 | $60,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $504,979.84 | 8/27/2018 | 201821022065-3 | 8/15/2018 | $20,672.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $504,979.84 | 8/27/2018 | 201821022065-2 | 8/15/2018 | $55,190.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $504,979.84 | 8/27/2018 | 201821022065-1 | 8/15/2018 | $368,757.00 |

**Totals:**   3 transfer(s),   $535,106.88