**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **J & V International Limited**

**Bankruptcy Case:** **Sears Holdings Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $24,643.03 | 9/21/2018 | 201819973321-1 | 6/24/2018 | $9,430.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $32,844.18 | 10/2/2018 | 201819972764-2 | 6/26/2018 | $16,192.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $137,475.71 | 7/25/2018 | 201818434947-1 | 4/29/2018 | $10,562.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $137,475.71 | 7/25/2018 | 201818434947-2 | 4/29/2018 | $64,420.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $137,475.71 | 7/25/2018 | 201818437068 | 4/29/2018 | $62,492.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $17,059.80 | 8/24/2018 | 201819226611 | 5/27/2018 | $17,059.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $21,801.71 | 8/27/2018 | 201819226489 | 5/28/2018 | $21,801.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $32,844.18 | 10/2/2018 | 201819972764-1 | 6/26/2018 | $16,651.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $144,816.81 | 9/14/2018 | 201819833422 | 6/17/2018 | $65,190.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $37,362.60 | 9/7/2018 | 201819644164 | 6/10/2018 | $16,870.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $24,643.03 | 9/21/2018 | 201819973321-2 | 6/24/2018 | $1,856.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $24,643.03 | 9/21/2018 | 201819973321-3 | 6/24/2018 | $13,355.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,560.00 | 9/4/2018 | 201819465638 | 6/3/2018 | $15,732.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,560.00 | 9/4/2018 | 201819465759-1 | 6/3/2018 | $2,656.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,560.00 | 9/4/2018 | 201819465759-2 | 6/3/2018 | $10,172.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $37,362.60 | 9/7/2018 | 201819644094 | 6/10/2018 | $20,491.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $144,816.81 | 9/14/2018 | 201819832888 | 6/17/2018 | $79,626.06 |

**Totals:** **8 transfer(s),** **$444,563.84**