**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **J & V International Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $121,256.12 | 9/14/2018 | 201819834865-1 | 6/17/2018 | $17,442.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819834306-2 | 6/26/2018 | $18,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819834306-3 | 6/26/2018 | $5,222.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819976325-1 | 6/26/2018 | $2,118.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819976325-2 | 6/26/2018 | $2,625.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819976325-3 | 6/26/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819976325-4 | 6/26/2018 | $4,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $23,037.78 | 8/24/2018 | 201819226306-1 | 5/27/2018 | $20,937.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $23,037.78 | 8/24/2018 | 201819226306-2 | 5/27/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $50,271.96 | 10/2/2018 | 201819834306-1 | 6/26/2018 | $16,685.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $22,466.25 | 8/27/2018 | 201819225754-2 | 5/28/2018 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $50,376.79 | 9/4/2018 | 201819466549 | 6/3/2018 | $25,813.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $121,256.12 | 9/14/2018 | 201819834865-2 | 6/17/2018 | $18,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $121,256.12 | 9/14/2018 | 201819834865-3 | 6/17/2018 | $40,548.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $121,256.12 | 9/14/2018 | 201819834865-4 | 6/17/2018 | $5,686.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $121,256.12 | 9/14/2018 | 201820054832 | 6/17/2018 | $38,739.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $11,393.60 | 9/21/2018 | 201819975277-1 | 6/24/2018 | $2,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $11,393.60 | 9/21/2018 | 201819975277-2 | 6/24/2018 | $3,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $11,393.60 | 9/21/2018 | 201819975277-3 | 6/24/2018 | $1,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $11,393.60 | 9/21/2018 | 201819975277-4 | 6/24/2018 | $4,783.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $50,376.79 | 9/4/2018 | 201819466089 | 6/3/2018 | $24,563.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $22,466.25 | 8/27/2018 | 201819225754-1 | 5/28/2018 | $20,786.25 |

Totals:    6 transfer(s),    $278,802.50