**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Jupiter Workshops (HK) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $61,801.96 | 9/13/2018 | 201820494255-2 | 8/15/2018 | $10,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $61,801.96 | 9/13/2018 | 201820494255-1 | 8/15/2018 | $51,301.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $141,455.26 | 9/11/2018 | 201820414193-4 | 8/11/2018 | $24,526.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $141,455.26 | 9/11/2018 | 201820414193-3 | 8/11/2018 | $8,429.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $141,455.26 | 9/11/2018 | 201820414193-2 | 8/11/2018 | $10,374.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $141,455.26 | 9/11/2018 | 201820414193-1 | 8/11/2018 | $98,124.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $46,670.51 | 8/30/2018 | 201820405324-2 | 7/28/2018 | $36,410.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $46,670.51 | 8/30/2018 | 201820405324-1 | 7/28/2018 | $10,260.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $151.65 | 8/27/2018 | 201820433160 | 7/27/2018 | $151.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $105,902.44 | 10/2/2018 | 201820494664-2 | 8/25/2018 | $51,730.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $105,902.44 | 10/2/2018 | 201820494664-1 | 8/25/2018 | $54,172.00 |

**Totals:** 5 transfer(s), $355,981.82

Jupiter Workshops (HK) Ltd. (2230422)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 1