**ask** LLP | ATTORNEYS AT LAW    2600 Eagan Woods Dr, Suite 400    151 West 46th Street, 4th Floor
St. Paul, MN 55121    New York, NY 10036
651-406-9665    212-267-7342

| | |
|---|---|
| Defendant: | **Jupiter Workshops (HK) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $140,173.10 | 9/7/2018 | 201820432950 | 7/27/2018 | $38,814.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $140,173.10 | 9/7/2018 | 201820431156 | 7/28/2018 | $101,358.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $122,404.00 | 9/11/2018 | 201820432406 | 8/11/2018 | $122,404.00 |
| **Totals:** | | **2 transfer(s),** | **$262,577.10** | | | | |