**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **KAI Ning Leather Products Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $49,767.10 | 9/11/2018 | 201819471272-2 | 6/12/2018 | $5,476.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $33,223.54 | 7/25/2018 | 201818336022-2 | 4/29/2018 | $3,488.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $33,223.54 | 7/25/2018 | 201818336110-1 | 4/29/2018 | $13,431.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $33,223.54 | 7/25/2018 | 201818336110-2 | 4/29/2018 | $3,351.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $16,889.60 | 8/10/2018 | 201818869337-1 | 5/15/2018 | $3,549.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $16,889.60 | 8/10/2018 | 201818869337-2 | 5/15/2018 | $13,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $17,608.80 | 8/7/2018 | 201818861346-1 | 5/12/2018 | $3,688.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $33,223.54 | 7/25/2018 | 201818336022-1 | 4/29/2018 | $12,952.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $49,767.10 | 9/11/2018 | 201819471272-1 | 6/12/2018 | $10,889.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $51,556.56 | 9/6/2018 | 201819472042-4 | 6/9/2018 | $15,093.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $49,767.10 | 9/11/2018 | 201819471272-3 | 6/12/2018 | $18,891.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $49,767.10 | 9/11/2018 | 201819471272-4 | 6/12/2018 | $14,509.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $25,390.12 | 9/13/2018 | 201819646900 | 6/16/2018 | $25,390.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $24,407.88 | 9/17/2018 | 201819647007 | 6/18/2018 | $24,407.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $51,556.56 | 9/6/2018 | 201819472042-1 | 6/9/2018 | $11,060.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $51,556.56 | 9/6/2018 | 201819472042-2 | 6/9/2018 | $5,731.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $51,556.56 | 9/6/2018 | 201819472042-3 | 6/9/2018 | $19,670.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $17,608.80 | 8/7/2018 | 201818861346-2 | 5/12/2018 | $13,920.00 |

Totals:    7 transfer(s),    $218,843.60