

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **KAI Ning Leather Products Co. Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-5 | 6/12/2018 | $15,618.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $52,668.72 | 7/17/2018 | 201818134704-2 | 4/23/2018 | $15,789.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $17,088.25 | 7/25/2018 | 201818336260 | 4/29/2018 | $17,088.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $20,016.50 | 7/31/2018 | 201818335882 | 5/5/2018 | $20,016.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $20,056.40 | 8/10/2018 | 201818869420-1 | 5/15/2018 | $4,976.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $20,056.40 | 8/10/2018 | 201818869420-2 | 5/15/2018 | $15,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $20,845.20 | 8/7/2018 | 201818869275-1 | 5/12/2018 | $5,185.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $20,845.20 | 8/7/2018 | 201818869275-2 | 5/12/2018 | $15,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-1 | 6/12/2018 | $5,587.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-2 | 6/12/2018 | $3,725.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $52,668.72 | 7/17/2018 | 201818134704-1 | 4/23/2018 | $36,879.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-4 | 6/12/2018 | $6,316.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-8 | 6/9/2018 | $18,251.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-6 | 6/12/2018 | $6,417.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-7 | 6/12/2018 | $26,798.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-8 | 6/12/2018 | $17,501.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-1 | 6/9/2018 | $5,362.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-2 | 6/9/2018 | $3,916.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-3 | 6/9/2018 | $17,710.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-4 | 6/9/2018 | $6,506.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-5 | 6/9/2018 | $16,216.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-6 | 6/9/2018 | $6,642.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $102,463.38 | 9/6/2018 | 201819475980-7 | 6/9/2018 | $27,856.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $99,041.58 | 9/11/2018 | 201819467946-3 | 6/12/2018 | $17,076.12 |
| Totals: | 7 transfer(s), | $332,180.03 | | | | | |