# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Kurt S. Adler, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-9 | 7/10/2018 | $24,222.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-8 | 7/10/2018 | $18,167.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-7 | 7/10/2018 | $25,019.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-6 | 7/10/2018 | $5,179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-5 | 7/10/2018 | $8,140.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-4 | 7/10/2018 | $13,147.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-3 | 7/10/2018 | $16,732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-2 | 7/10/2018 | $7,946.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-12 | 7/10/2018 | $12,994.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-11 | 7/10/2018 | $4,930.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-10 | 7/10/2018 | $7,738.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $160,215.20 | 7/27/2018 | 201819767406-1 | 7/10/2018 | $15,996.00 |

**Totals:**     **1 transfer(s),**     **$160,215.20**

Kurt S. Adler, Inc. (2230435)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit A                                    P. 1