**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Kurt S. Adler, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-2 | 7/15/2018 | $5,736.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-3 | 7/9/2018 | $245.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-4 | 7/9/2018 | $372.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-5 | 7/9/2018 | $328.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-6 | 7/9/2018 | $328.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-7 | 7/9/2018 | $239.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-8 | 7/9/2018 | $239.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-2 | 7/9/2018 | $234.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-1 | 7/15/2018 | $5,898.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-9 | 7/15/2018 | $5,736.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-3 | 7/15/2018 | $5,836.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-4 | 7/15/2018 | $9,636.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-5 | 7/15/2018 | $10,129.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-6 | 7/15/2018 | $9,382.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-7 | 7/15/2018 | $5,677.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $63,920.16 | 8/3/2018 | 201820101896-8 | 7/15/2018 | $5,886.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $2,227.04 | 7/27/2018 | 201820101831-9 | 7/9/2018 | $239.04 |

**Totals:** 2 transfer(s), $66,147.20