**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Lotus Onda Industrial Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $221,176.59 | 9/7/2018 | 201820026161-2 | 7/10/2018 | $176,664.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $221,176.59 | 9/7/2018 | 201820026161-1 | 7/10/2018 | $44,512.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-7 | 6/17/2018 | $180,969.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-6 | 6/17/2018 | $88,401.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-5 | 6/17/2018 | $12,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-4 | 6/17/2018 | $21,271.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-3 | 6/17/2018 | $22,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-2 | 6/17/2018 | $20,787.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $373,061.83 | 8/15/2018 | 201819619750-1 | 6/17/2018 | $26,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $107,111.22 | 10/2/2018 | 201820526561-2 | 7/29/2018 | $50,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $107,111.22 | 10/2/2018 | 201820526561-1 | 7/29/2018 | $56,936.22 |

Totals:    3 transfer(s),    $701,349.64