**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Lotus Onda Industrial Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $190,695.99 | 9/7/2018 | 201820357583-2 | 7/25/2018 | $103,540.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $190,695.99 | 9/7/2018 | 201820357583-1 | 7/25/2018 | $87,155.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $168,569.90 | 9/19/2018 | 201820773306-3 | 8/6/2018 | $58,647.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $168,569.90 | 9/19/2018 | 201820773306-2 | 8/6/2018 | $37,806.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $168,569.90 | 9/19/2018 | 201820773306-1 | 8/6/2018 | $72,115.80 |

**Totals:** 2 transfer(s), $359,265.89