**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant: **Multi-Link Apparel (Jiangyin) Corp.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $50,413.00 | 9/17/2018 | 201820523972-2 | 8/2/2018 | $33,810.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $50,413.00 | 9/17/2018 | 201820523972-1 | 8/2/2018 | $16,602.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $51,832.86 | 9/12/2018 | 201820524067-2 | 7/30/2018 | $31,620.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $51,832.86 | 9/12/2018 | 201820524067-1 | 7/30/2018 | $20,212.80 |

**Totals:     2 transfer(s),   $102,245.86**