**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Multi-Link Apparel (Jiangyin) Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $9,217.32 | 9/19/2018 | 201820524150 | 8/6/2018 | $9,217.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $29,437.48 | 9/17/2018 | 201820524020-2 | 8/2/2018 | $11,357.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $29,437.48 | 9/17/2018 | 201820524020-1 | 8/2/2018 | $18,079.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $14,792.37 | 9/12/2018 | 201820524098 | 7/30/2018 | $14,792.37 |

Totals:    3 transfer(s),    $53,447.17