

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Nanjing Sanic Trading Co., Ltd.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820474632-3 | 7/19/2018 | $44.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-5 | 7/19/2018 | $47.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-4 | 7/19/2018 | $34.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-3 | 7/19/2018 | $24.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-2 | 7/19/2018 | $36.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-14 | 7/19/2018 | $51.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-13 | 7/19/2018 | $25.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-12 | 7/19/2018 | $59.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-11 | 7/19/2018 | $20.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-10 | 7/19/2018 | $20.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $40,004.58 | 7/25/2018 | 201820139611 | 6/28/2018 | $40,004.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820474632-4 | 7/19/2018 | $37.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-8 | 7/19/2018 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820474632-2 | 7/19/2018 | $44.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820474632-1 | 7/19/2018 | $69.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820142304-2 | 7/5/2018 | $32,080.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820142304-1 | 7/5/2018 | $22,444.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-6 | 7/5/2018 | $57,295.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-5 | 7/5/2018 | $52,202.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-4 | 7/5/2018 | $8,344.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-3 | 7/5/2018 | $15,743.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-2 | 7/5/2018 | $16,663.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $230,688.32 | 8/1/2018 | 201820141546-1 | 7/5/2018 | $25,913.52 |

Nanjing Sanic Trading Co., Ltd. (2230401)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                    Exhibit A                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-1 | 7/19/2018 | $17.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-12 | 8/10/2018 | $8,026.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820871967-1 | 8/10/2018 | $13,759.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-9 | 8/10/2018 | $6,025.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-8 | 8/10/2018 | $6,294.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-7 | 8/10/2018 | $48,757.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-6 | 8/10/2018 | $29,811.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-5 | 8/10/2018 | $14,560.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-4 | 8/10/2018 | $24,671.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-3 | 8/10/2018 | $17,831.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-2 | 8/10/2018 | $8,086.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-15 | 8/10/2018 | $26,733.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-6 | 7/19/2018 | $62.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-13 | 8/10/2018 | $17,440.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-7 | 7/19/2018 | $16.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-11 | 8/10/2018 | $16,915.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-10 | 8/10/2018 | $56,456.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-1 | 8/10/2018 | $7,968.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820840003-3 | 8/10/2018 | $12,237.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820840003-2 | 8/10/2018 | $25,996.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820840003-1 | 8/10/2018 | $44,767.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $73,090.23 | 8/8/2018 | 201820373660-2 | 7/12/2018 | $42,904.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $73,090.23 | 8/8/2018 | 201820373660-1 | 7/12/2018 | $30,185.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $708.54 | 8/17/2018 | 201820481015-9 | 7/19/2018 | $72.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820871967-2 | 8/10/2018 | $46,405.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $438,466.07 | 9/10/2018 | 201820841379-14 | 8/10/2018 | $5,718.02 |

Totals:      5 transfer(s),    $782,957.74

Nanjing Sanic Trading Co., Ltd. (2230401)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 2