

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Nanjing Sanic Trading Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-10 | 8/10/2018 | $6,529.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-1 | 7/5/2018 | $23,953.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-2 | 7/5/2018 | $25,879.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-3 | 7/5/2018 | $48,934.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-4 | 7/5/2018 | $16,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-5 | 7/5/2018 | $15,928.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820140749-6 | 7/5/2018 | $36,328.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820141015-1 | 7/5/2018 | $10,558.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $200,234.34 | 8/1/2018 | 201820141015-2 | 7/5/2018 | $21,791.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820840279-1 | 8/10/2018 | $29,408.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820840279-2 | 8/10/2018 | $29,408.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $38,315.60 | 7/25/2018 | 201820139901 | 6/28/2018 | $38,315.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-1 | 8/10/2018 | $15,859.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820872198 | 8/10/2018 | $33,180.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-11 | 8/10/2018 | $54,794.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-12 | 8/10/2018 | $2,541.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-13 | 8/10/2018 | $6,104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-2 | 8/10/2018 | $3,074.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-3 | 8/10/2018 | $3,207.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-4 | 8/10/2018 | $23,614.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-5 | 8/10/2018 | $27,711.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-6 | 8/10/2018 | $7,809.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-7 | 8/10/2018 | $16,040.16 |

Nanjing Sanic Trading Co., Ltd. (2230401)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                   Exhibit B                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-8 | 8/10/2018 | $26,117.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820871384-9 | 8/10/2018 | $22,685.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $339,964.58 | 9/10/2018 | 201820840279-3 | 8/10/2018 | $31,879.01 |

**Totals:** 3 transfer(s), $578,514.52

Nanjing Sanic Trading Co., Ltd. (2230401)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit B

P. 2