

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| **Defendant:** | **Nano Star Ventures Limited** |
| **Bankruptcy Case:** | **Sears Holdings Corporation, et al.** |
| **Preference Period:** | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-4 | 6/13/2018 | $16,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-1 | 6/13/2018 | $17,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-4 | 7/11/2018 | $17,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-3 | 7/11/2018 | $20,832.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-2 | 7/11/2018 | $15,259.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-1 | 7/11/2018 | $9,872.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $56,904.07 | 8/17/2018 | 201819770437-3 | 7/4/2018 | $21,116.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $56,904.07 | 8/17/2018 | 201819770437-2 | 7/4/2018 | $8,730.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $56,904.07 | 8/17/2018 | 201819770437-1 | 7/4/2018 | $27,057.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-9 | 6/13/2018 | $18,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-8 | 6/13/2018 | $18,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-6 | 7/11/2018 | $21,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-5 | 6/13/2018 | $25,103.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-7 | 7/11/2018 | $18,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-3 | 6/13/2018 | $17,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-2 | 6/13/2018 | $25,103.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-17 | 6/13/2018 | $19,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-16 | 6/13/2018 | $34,797.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-15 | 6/13/2018 | $23,217.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-14 | 6/13/2018 | $33,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-13 | 6/13/2018 | $32,273.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-12 | 6/13/2018 | $32,273.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-11 | 6/13/2018 | $15,399.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-10 | 6/13/2018 | $14,241.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $358,159.46 | 7/25/2018 | 201819524329-7 | 6/13/2018 | $14,028.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-1 | 7/18/2018 | $35,540.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820637955-2 | 7/21/2018 | $19,641.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820637955-1 | 7/21/2018 | $12,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820543605-2 | 7/21/2018 | $13,185.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820543605-1 | 7/21/2018 | $12,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-9 | 7/18/2018 | $31,785.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-8 | 7/18/2018 | $31,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-7 | 7/18/2018 | $16,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-6 | 7/18/2018 | $16,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-5 | 7/18/2018 | $15,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-4 | 7/18/2018 | $26,275.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-5 | 7/11/2018 | $21,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-2 | 7/18/2018 | $82,665.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820637955-3 | 7/21/2018 | $14,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $27,931.20 | 9/18/2018 | 201820847341-2 | 8/4/2018 | $12,038.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $27,931.20 | 9/18/2018 | 201820847341-1 | 8/4/2018 | $15,892.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358392 | 7/14/2018 | $17,664.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358073-5 | 7/14/2018 | $20,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358073-4 | 7/14/2018 | $38,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358073-3 | 7/14/2018 | $19,188.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358073-2 | 7/14/2018 | $16,673.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $126,701.40 | 8/30/2018 | 201820358073-1 | 7/14/2018 | $14,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820379442 | 7/11/2018 | $6,446.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $157,889.67 | 8/24/2018 | 201820342224-8 | 7/11/2018 | $27,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $405,327.50 | 9/4/2018 | 201820488685-3 | 7/18/2018 | $76,953.60 |

Nano Star Ventures Limited (2230441)

Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                          Exhibit A                                                                    P. 2

**Totals:**    **6 transfer(s),**    **$1,132,913.30**