**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Nano Star Ventures Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-4 | 7/15/2018 | $22,176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $17,551.56 | 8/16/2018 | 201820125417-1 | 7/3/2018 | $2,572.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $17,551.56 | 8/16/2018 | 201820125417-2 | 7/3/2018 | $14,978.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $24,210.26 | 8/21/2018 | 201820124273-1 | 7/8/2018 | $1,951.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $24,210.26 | 8/21/2018 | 201820124273-2 | 7/8/2018 | $22,258.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-10 | 7/15/2018 | $17,898.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-11 | 7/15/2018 | $13,509.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-12 | 7/15/2018 | $8,234.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $12,776.07 | 10/2/2018 | 201820921563-1 | 8/13/2018 | $7,863.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-3 | 7/15/2018 | $17,503.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748752-1 | 6/18/2018 | $17,114.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-5 | 7/15/2018 | $5,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-6 | 7/15/2018 | $26,482.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-7 | 7/15/2018 | $31,549.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-8 | 7/15/2018 | $6,728.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-9 | 7/15/2018 | $4,966.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-1 | 7/16/2018 | $2,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-10 | 7/16/2018 | $15,760.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-11 | 7/16/2018 | $14,962.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820484037-2 | 7/15/2018 | $14,028.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-8 | 6/16/2018 | $7,675.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $12,776.07 | 10/2/2018 | 201820921563-2 | 8/13/2018 | $4,912.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-1 | 6/16/2018 | $13,105.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-10 | 6/16/2018 | $10,331.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-11 | 6/16/2018 | $30,357.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-12 | 6/16/2018 | $17,969.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-2 | 6/16/2018 | $5,427.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-3 | 6/16/2018 | $2,653.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-5 | 6/16/2018 | $10,050.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748752-3 | 6/18/2018 | $11,774.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-7 | 6/16/2018 | $3,650.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748752-2 | 6/18/2018 | $1,602.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-9 | 6/16/2018 | $14,874.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-1 | 6/18/2018 | $17,446.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-2 | 6/18/2018 | $2,090.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-3 | 6/18/2018 | $6,084.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-4 | 6/18/2018 | $9,547.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-5 | 6/18/2018 | $20,602.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $99,286.87 | 7/30/2018 | 201819748017-6 | 6/18/2018 | $13,024.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-3 | 7/16/2018 | $13,675.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $123,139.06 | 7/27/2018 | 201819747203-6 | 6/16/2018 | $7,045.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-4 | 7/25/2018 | $3,722.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-12 | 7/16/2018 | $6,351.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-4 | 7/21/2018 | $18,535.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-5 | 7/21/2018 | $3,484.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-6 | 7/21/2018 | $4,224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-7 | 7/21/2018 | $3,621.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-8 | 7/21/2018 | $6,463.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-9 | 7/21/2018 | $12,378.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-1 | 7/25/2018 | $1,849.05 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-2 | 7/21/2018 | $24,540.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-3 | 7/25/2018 | $3,168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-12 | 7/21/2018 | $8,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-5 | 7/25/2018 | $3,264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-6 | 7/25/2018 | $15,732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-7 | 7/25/2018 | $6,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-8 | 7/25/2018 | $6,741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652408-1 | 7/25/2018 | $4,962.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652408-2 | 7/25/2018 | $12,113.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652408-3 | 7/25/2018 | $4,173.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652408-4 | 7/25/2018 | $9,897.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820652066-2 | 7/25/2018 | $14,407.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $34,767.22 | 9/11/2018 | 201820608430-2 | 7/28/2018 | $9,987.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $96,576.45 | 9/7/2018 | 201820767403 | 7/25/2018 | $9,804.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-4 | 7/16/2018 | $16,262.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-5 | 7/16/2018 | $2,346.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-6 | 7/16/2018 | $15,547.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-7 | 7/16/2018 | $18,810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-8 | 7/16/2018 | $5,607.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-9 | 7/16/2018 | $3,604.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $18,691.51 | 9/10/2018 | 201820612081-1 | 7/26/2018 | $6,770.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-3 | 7/21/2018 | $2,918.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $34,767.22 | 9/11/2018 | 201820608430-1 | 7/28/2018 | $2,822.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $293,726.78 | 8/30/2018 | 201820486443-2 | 7/16/2018 | $9,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $34,767.22 | 9/11/2018 | 201820612063-1 | 7/28/2018 | $4,166.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $34,767.22 | 9/11/2018 | 201820612063-2 | 7/28/2018 | $8,072.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $34,767.22 | 9/11/2018 | 201820767444 | 7/29/2018 | $9,718.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $21,680.40 | 9/18/2018 | 201820611664-1 | 8/4/2018 | $6,333.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $21,680.40 | 9/18/2018 | 201820611664-2 | 8/4/2018 | $15,346.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-1 | 7/21/2018 | $3,927.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-10 | 7/21/2018 | $20,776.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $118,677.07 | 9/4/2018 | 201820653983-11 | 7/21/2018 | $8,904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/10/2018 | $18,691.51 | 9/10/2018 | 201820612081-2 | 7/26/2018 | $11,921.11 |

**Totals:** 11 transfer(s), $861,083.25