UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br>(Jointly Administered) |

REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Michael E. Hastings, whose email address is mhastings@woodsrogers.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system on behalf of Southern Refrigeration Corporation.

Dated: June 30, 2020

Respectfully submitted,

SOUTHERN REFRIGERATION
 CORPORATION

By: /s/Michael E. Hastings
       Of Counsel

Michael E. Hastings
WOODS ROGERS PLC
10 S. Jefferson Street
Suite 1400
Roanoke, VA 24011
Phone: (540) 983-7600
Fax: (540) 322-3417
mhastings@woodsrogers.com
*Counsel for Southern Refrigeration*
 *Corporation*

*{2734529-1, 086238-00000-01}*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2020, the foregoing request was served through the Court's CM/ECF system on all parties registered in this case.

    /s/Michael E. Hastings