**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ningbo Jade International Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $28,082.72 | 8/10/2018 | 201820141903-1 | 7/13/2018 | $8,608.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-1 | 8/21/2018 | $26,415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-6 | 7/18/2018 | $1,383.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-5 | 7/18/2018 | $1,383.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-4 | 7/18/2018 | $3,339.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-3 | 7/18/2018 | $3,640.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-2 | 7/18/2018 | $13,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-1 | 7/18/2018 | $7,742.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-8 | 7/18/2018 | $2,766.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $28,082.72 | 8/10/2018 | 201820141903-2 | 7/13/2018 | $15,817.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-9 | 7/18/2018 | $1,419.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-8 | 8/21/2018 | $1,219.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-7 | 8/21/2018 | $1,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-6 | 8/21/2018 | $6,801.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-5 | 8/21/2018 | $3,542.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-4 | 8/21/2018 | $1,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-3 | 8/21/2018 | $27,101.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $92,205.18 | 10/2/2018 | 201820755151-2 | 8/21/2018 | $23,596.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $28,082.72 | 8/10/2018 | 201820141903-3 | 7/13/2018 | $3,657.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820535652 | 8/13/2018 | $8,450.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-9 | 8/15/2018 | $1,325.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-8 | 8/15/2018 | $1,911.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-7 | 8/15/2018 | $7,309.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-6 | 8/15/2018 | $3,799.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-5 | 8/15/2018 | $1,911.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-4 | 8/15/2018 | $24,300.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-3 | 8/15/2018 | $11,850.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $38,178.71 | 8/17/2018 | 201820139749-7 | 7/18/2018 | $3,184.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-1 | 8/15/2018 | $23,685.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $2,960.32 | 9/24/2018 | 201820536747 | 8/19/2018 | $2,960.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $3,676.77 | 9/11/2018 | 201820351554-2 | 8/8/2018 | $3,544.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $3,676.77 | 9/11/2018 | 201820351554-1 | 8/8/2018 | $132.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $8,271.82 | 8/24/2018 | 201820143409-5 | 7/21/2018 | $1,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $8,271.82 | 8/24/2018 | 201820143409-4 | 7/21/2018 | $2,536.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $8,271.82 | 8/24/2018 | 201820143409-3 | 7/21/2018 | $2,918.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $8,271.82 | 8/24/2018 | 201820143409-2 | 7/21/2018 | $1,264.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $8,271.82 | 8/24/2018 | 201820143409-1 | 7/21/2018 | $232.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $93,646.64 | 9/18/2018 | 201820755655-2 | 8/15/2018 | $9,103.05 |

**Totals:    7 transfer(s),    $267,022.16**

Ningbo Jade International Co. Ltd. (2230407)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 2