**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ningbo Jade International Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $85,093.35 | 8/21/2018 | 201819772368-1 | 7/18/2018 | $11,014.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-11 | 7/11/2018 | $27,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-2 | 7/11/2018 | $36,641.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-3 | 7/11/2018 | $8,564.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-4 | 7/11/2018 | $23,058.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-5 | 7/11/2018 | $28,119.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-6 | 7/11/2018 | $41,625.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-7 | 7/11/2018 | $16,524.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-10 | 7/11/2018 | $23,058.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-9 | 7/11/2018 | $38,509.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353812-3 | 8/8/2018 | $5,403.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $85,093.35 | 8/21/2018 | 201819772368-2 | 7/18/2018 | $19,656.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $85,093.35 | 8/21/2018 | 201819772368-3 | 7/18/2018 | $43,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $85,093.35 | 8/21/2018 | 201819857585 | 7/18/2018 | $10,742.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353058-1 | 8/7/2018 | $22,812.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353058-2 | 8/7/2018 | $9,630.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353058-3 | 8/7/2018 | $38,095.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353812-1 | 8/8/2018 | $1,903.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $85,227.73 | 9/11/2018 | 201820353812-2 | 8/8/2018 | $7,383.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $269,177.92 | 8/10/2018 | 201820054995-8 | 7/11/2018 | $25,718.40 |

Totals:    3 transfer(s),    $439,499.00