**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **One To One Garment Mfg., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $38,533.86 | 9/7/2018 | 201819664843 | 6/10/2018 | $22,797.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $38,533.86 | 9/7/2018 | 201819664592 | 6/10/2018 | $15,736.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $9,856.63 | 9/14/2018 | 201819770037 | 6/17/2018 | $9,856.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $64,989.63 | 8/8/2018 | 201818945593-3 | 5/13/2018 | $27,317.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $64,989.63 | 8/8/2018 | 201818945593-2 | 5/13/2018 | $3,440.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $64,989.63 | 8/8/2018 | 201818945593-1 | 5/13/2018 | $2,211.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $64,989.63 | 8/8/2018 | 201818945126-2 | 5/13/2018 | $26,091.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/8/2018 | $64,989.63 | 8/8/2018 | 201818945126-1 | 5/13/2018 | $5,928.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $43,261.56 | 8/27/2018 | 201819286335-2 | 5/28/2018 | $5,539.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $43,261.56 | 8/27/2018 | 201819286335-1 | 5/28/2018 | $37,722.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $54,915.73 | 8/24/2018 | 201819331082 | 5/27/2018 | $3,376.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $54,915.73 | 8/24/2018 | 201819307446-2 | 5/27/2018 | $7,064.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $54,915.73 | 8/24/2018 | 201819307446-1 | 5/27/2018 | $44,474.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $7,673.63 | 10/2/2018 | 201819769349-2 | 6/26/2018 | $4,114.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $7,673.63 | 10/2/2018 | 201819769349-1 | 6/26/2018 | $3,559.08 |

**Totals:** 6 transfer(s),  $219,231.04