**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **One To One Garment Mfg., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $35,209.47 | 9/4/2018 | 201819490031 | 6/3/2018 | $15,824.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $35,209.47 | 9/4/2018 | 201819486648 | 6/3/2018 | $19,385.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $174,101.30 | 8/27/2018 | 201819287331-4 | 5/28/2018 | $45,103.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $174,101.30 | 8/27/2018 | 201819287331-3 | 5/28/2018 | $20,044.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $174,101.30 | 8/27/2018 | 201819287331-2 | 5/28/2018 | $84,095.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $174,101.30 | 8/27/2018 | 201819287331-1 | 5/28/2018 | $24,856.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $128,142.71 | 8/24/2018 | 201819308583-4 | 5/27/2018 | $30,519.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $128,142.71 | 8/24/2018 | 201819308583-3 | 5/27/2018 | $16,384.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $128,142.71 | 8/24/2018 | 201819308583-2 | 5/27/2018 | $60,863.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $128,142.71 | 8/24/2018 | 201819308583-1 | 5/27/2018 | $20,375.60 |

Totals:    3 transfer(s),    $337,453.48