**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **One World Technologies, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $517,840.00 | 10/9/2018 | 201821094568-3 | 8/21/2018 | $44,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/27/2018 | $186,007.00 | 8/27/2018 | 201819886693-4 | 7/9/2018 | $63,837.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/27/2018 | $186,007.00 | 8/27/2018 | 201819886693-3 | 7/9/2018 | $22,330.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/27/2018 | $186,007.00 | 8/27/2018 | 201819886693-2 | 7/9/2018 | $51,910.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/27/2018 | $186,007.00 | 8/27/2018 | 201819886693-1 | 7/9/2018 | $47,930.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $218,105.00 | 8/22/2018 | 201819884576-3 | 7/3/2018 | $127,008.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $218,105.00 | 8/22/2018 | 201819884576-2 | 7/3/2018 | $50,985.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $307,786.00 | 10/2/2018 | 201820640092 | 8/13/2018 | $89,180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $45,126.00 | 7/30/2018 | 201819306208 | 6/12/2018 | $45,126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/10/2018 | $339,736.43 | 9/10/2018 | 201820255967-2 | 7/27/2018 | $20,323.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $517,840.00 | 10/9/2018 | 201821094568-2 | 8/21/2018 | $155,730.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $517,840.00 | 10/9/2018 | 201821094568-1 | 8/21/2018 | $317,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/5/2018 | $298,971.23 | 10/5/2018 | 201820920100-2 | 8/13/2018 | $92,780.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/5/2018 | $298,971.23 | 10/5/2018 | 201820920100-1 | 8/13/2018 | $206,191.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $307,786.00 | 10/2/2018 | 201820640578-2 | 8/6/2018 | $165,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $307,786.00 | 10/2/2018 | 201820640578-1 | 8/6/2018 | $52,986.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $218,105.00 | 8/22/2018 | 201819884576-1 | 7/3/2018 | $40,112.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/28/2018 | $1,083,992.00 | 9/28/2018 | 201820526851-1 | 8/6/2018 | $77,865.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/4/2018 | $407,433.46 | 9/4/2018 | 201820222477 | 7/10/2018 | $210,210.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/4/2018 | $407,433.46 | 9/4/2018 | 201820219214-3 | 7/15/2018 | $44,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/4/2018 | $407,433.46 | 9/4/2018 | 201820219214-2 | 7/15/2018 | $49,476.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/4/2018 | $407,433.46 | 9/4/2018 | 201820219214-1 | 7/15/2018 | $103,157.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/28/2018 | $1,083,992.00 | 9/28/2018 | 201820639849 | 8/6/2018 | $525,418.00 |

One World Technologies, Inc. (2230443)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/28/2018 | $1,083,992.00 | 9/28/2018 | 201820526851-4 | 8/6/2018 | $291,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/10/2018 | $339,736.43 | 9/10/2018 | 201819887647 | 7/12/2018 | $33,973.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/28/2018 | $1,083,992.00 | 9/28/2018 | 201820526851-2 | 8/6/2018 | $89,429.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/10/2018 | $339,736.43 | 9/10/2018 | 201820255967-1 | 7/27/2018 | $31,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $256,331.23 | 9/18/2018 | 201820619373 | 7/30/2018 | $206,191.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $256,331.23 | 9/18/2018 | 201820521130 | 7/30/2018 | $50,140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/12/2018 | $392,212.00 | 9/12/2018 | 201820332107-2 | 7/23/2018 | $95,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/12/2018 | $392,212.00 | 9/12/2018 | 201820332107-1 | 7/23/2018 | $296,352.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/10/2018 | $339,736.43 | 9/10/2018 | 201820284144 | 7/23/2018 | $44,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/10/2018 | $339,736.43 | 9/10/2018 | 201820281763 | 7/16/2018 | $209,800.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/7/2018 | $173,794.72 | 9/7/2018 | 201820255259 | 7/16/2018 | $173,794.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/28/2018 | $1,083,992.00 | 9/28/2018 | 201820526851-3 | 8/6/2018 | $100,280.00 |

**Totals:**   12 transfer(s),   $4,227,335.07