**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **One World Technologies, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/14/2018 | $41,312.46 | 9/14/2018 | 201820332316 | 7/25/2018 | $41,312.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/3/2018 | $41,312.46 | 10/3/2018 | 201820917911 | 8/13/2018 | $41,312.46 |
| **Totals:** | | **2 transfer(s),** | **$82,624.92** | | | | |