**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Pacific Cycle Inc. fdba Protective Technologies International Sports LLC** |
| --- | --- |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001139AA | 7/31/2018 | $110.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008583AA-139764 | 7/30/2018 | $41.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008320AA-139763 | 7/30/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008319AA-139762 | 7/30/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008318AA-139761 | 7/30/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00003606AA-139760 | 8/1/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00002662AA | 8/1/2018 | $159.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001649AA | 7/31/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001609AA | 7/31/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001156AA-139759 | 7/31/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001144AA-139758 | 7/31/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001143AA-139757 | 7/31/2018 | $204.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001142AA-139756 | 7/31/2018 | $160.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002652AA | 7/6/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001140AA-139754 | 7/31/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008586AA | 7/30/2018 | $82.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001138AA | 7/31/2018 | $41.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00009025AA | 7/10/2018 | $204.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00007366AA | 5/22/2018 | $162.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005416AA | 7/27/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005414AA | 7/27/2018 | $184.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005413AA | 7/27/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005412AA-139753 | 7/27/2018 | $41.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005411AA-139752 | 7/27/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00005410AA-139751 | 7/27/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00004817AA-139750 | 7/12/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003626AA | 5/30/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003622AA | 5/30/2018 | $143.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003618AA-139749 | 5/30/2018 | $162.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04175 | $1,025.57 | 8/10/2018 | 00001141AA-139755 | 7/31/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09130 | $30,972.37 | 8/20/2018 | 0000450601 | 8/7/2018 | $7,644.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00326 | $243.53 | 8/3/2018 | 00002575AA | 7/17/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002649AA | 7/6/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002648AA | 7/6/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002647AA | 7/6/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002646AA | 7/6/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002636AA-139770 | 7/6/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002634AA-139769 | 7/6/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002632AA-139768 | 7/6/2018 | $111.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002631AA | 7/6/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90071 | $123.25 | 7/17/2018 | 00007971AA | 6/28/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90071 | $123.25 | 7/17/2018 | 00000683AA | 6/29/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27382 | $342.76 | 9/24/2018 | 0000510856 | 9/12/2018 | $10,631.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09992 | $6,681.50 | 8/21/2018 | 0000452701 | 8/8/2018 | $6,762.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008584AA-139765 | 7/30/2018 | $41.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00009560AA-139767 | 7/31/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003482AA-139747 | 5/30/2018 | $128.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008587AA | 7/30/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008588AA | 7/30/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008666AA-139766 | 7/30/2018 | $180.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00009412AA | 7/31/2018 | $86.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09130 | $30,972.37 | 8/20/2018 | 0000450603 | 8/7/2018 | $6,115.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00009414AA | 7/31/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09130 | $30,972.37 | 8/20/2018 | 0000450602 | 8/7/2018 | $10,819.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05967 | $10,357.59 | 8/14/2018 | 0000015000 | 8/10/2018 | $135.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05967 | $10,357.59 | 8/14/2018 | 0000424895 | 7/24/2018 | $10,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05967 | $10,357.59 | 8/14/2018 | 00005415AA | 7/27/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09130 | $30,972.37 | 8/20/2018 | 0000016003 | 6/11/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09130 | $30,972.37 | 8/20/2018 | 0000450600 | 8/7/2018 | $6,938.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00008585AA | 7/30/2018 | $180.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05124 | $1,448.68 | 8/13/2018 | 00009413AA | 7/31/2018 | $90.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424892 | 7/24/2018 | $4,704.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003485AA | 5/30/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006381AA | 7/24/2018 | $65.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006380AA | 7/24/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006379AA | 7/24/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006378AA-139734 | 7/24/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006377AA | 7/24/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006376AA | 7/24/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006375AA | 7/24/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006374AA | 7/24/2018 | $167.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006373AA | 7/24/2018 | $340.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006372AA-139733 | 7/24/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00005787AA | 7/18/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00005782AA | 7/18/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006383AA | 7/24/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424849 | 7/24/2018 | $850.05 |

Pacific Cycle Inc. fdba Protective Technologies International Sports LLC (2232837)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00326 | $243.53 | 8/3/2018 | 00006386AA | 7/24/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00326 | $243.53 | 8/3/2018 | 00006929AA-139729 | 7/24/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00000955AA | 7/25/2018 | $59.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00000956AA-139730 | 7/25/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00000957AA-139731 | 7/25/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424894 | 7/24/2018 | $1,176.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00001436AA | 7/25/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424893 | 7/24/2018 | $6,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424850 | 7/24/2018 | $4,250.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424851 | 7/24/2018 | $7,650.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424852 | 7/24/2018 | $3,400.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424853 | 7/24/2018 | $5,100.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 0000424891 | 7/24/2018 | $7,644.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006384AA | 7/24/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00001052AA-139732 | 7/25/2018 | $167.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009138AA-139737 | 7/25/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002653AA-139771 | 7/6/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003481AA-139746 | 5/30/2018 | $86.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003480AA-139745 | 5/30/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003479AA-139744 | 5/30/2018 | $41.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003234AA-139743 | 6/2/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003233AA-139742 | 6/2/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02106 | $475.54 | 8/7/2018 | 00003489AA | 7/26/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02106 | $475.54 | 8/7/2018 | 00003231AA-139741 | 7/26/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02106 | $475.54 | 8/7/2018 | 00003210AA | 7/26/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02106 | $475.54 | 8/7/2018 | 00003209AA | 7/26/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02106 | $475.54 | 8/7/2018 | 00003208AA | 7/26/2018 | $153.86 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009146AA | 7/25/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009145AA-139740 | 7/25/2018 | $82.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006382AA | 7/24/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006393AA | 7/24/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006385AA | 7/24/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006387AA | 7/24/2018 | $55.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006388AA | 7/24/2018 | $82.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006389AA | 7/24/2018 | $65.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006390AA-139735 | 7/24/2018 | $138.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009144AA-139739 | 7/25/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006392AA | 7/24/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009143AA-139738 | 7/25/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006693AA | 7/24/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006695AA | 7/24/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006696AA | 7/24/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006928AA | 7/24/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00009137AA-139736 | 7/25/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02805 | $3,310.75 | 8/8/2018 | 00003483AA-139748 | 5/30/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01276 | $46,145.38 | 8/6/2018 | 00006391AA | 7/24/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002571AA-139804 | 7/17/2018 | $369.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00005789AA-139809 | 7/18/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00005215AA | 7/18/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00005214AA-139808 | 7/18/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002585AA | 7/17/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002584AA | 7/17/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002583AA | 7/17/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002582AA-139807 | 7/17/2018 | $78.89 |

Pacific Cycle Inc. fdba Protective Technologies International Sports LLC (2232837)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002581AA-139806 | 7/17/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002578AA | 7/17/2018 | $111.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002577AA | 7/17/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002576AA | 7/17/2018 | $160.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002574AA | 7/17/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002651AA | 7/6/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002572AA | 7/17/2018 | $204.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008478AA-139810 | 7/19/2018 | $75.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002569AA | 7/17/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002565AA-139803 | 7/17/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002563AA-139802 | 7/17/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00001544AA | 7/11/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00009165AA | 7/14/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00008772AA-139801 | 7/10/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00008277AA-139800 | 7/10/2018 | $127.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00008276AA-139799 | 7/10/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00002580AA | 7/17/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96394 | $352.41 | 7/27/2018 | 00002579AA | 7/17/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009186AA | 7/14/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009185AA | 7/14/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009172AA-139788 | 7/14/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00002573AA-139805 | 7/17/2018 | $82.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000333AA-139820 | 7/20/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003440AA-139830 | 7/21/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003439AA-139829 | 7/21/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003438AA-139828 | 7/21/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003437AA | 7/21/2018 | $41.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003436AA-139827 | 7/21/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003435AA | 7/21/2018 | $65.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003434AA-139826 | 7/21/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00001254AA | 7/20/2018 | $82.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00001129AA-139825 | 7/20/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00001126AA-139824 | 7/20/2018 | $239.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000723AA | 7/20/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000722AA | 7/20/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000721AA-139823 | 7/20/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00006275AA | 7/18/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008485AA-139817 | 7/19/2018 | $192.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009169AA-139785 | 7/14/2018 | $489.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008479AA-139811 | 7/19/2018 | $75.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008480AA-139812 | 7/19/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008481AA-139813 | 7/19/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008482AA-139814 | 7/19/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000720AA-139822 | 7/20/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008484AA-139816 | 7/19/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000719AA-139821 | 7/20/2018 | $88.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008486AA-139818 | 7/19/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008487AA-139819 | 7/19/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000227AA | 7/20/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000228AA | 7/20/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98936 | $1,551.83 | 8/1/2018 | 00000229AA | 7/20/2018 | $159.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97338 | $2,546.33 | 7/30/2018 | 00006276AA | 7/18/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98254 | $839.27 | 7/31/2018 | 00008483AA-139815 | 7/19/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008269AA-139772 | 7/10/2018 | $78.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009171AA-139787 | 7/14/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008285AA | 7/10/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008284AA | 7/10/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008283AA | 7/10/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008282AA | 7/10/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008281AA | 7/10/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008280AA | 7/10/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008279AA-139777 | 7/10/2018 | $169.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008278AA-139776 | 7/10/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008275AA-139775 | 7/10/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008274AA | 7/10/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008273AA | 7/10/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008272AA-139774 | 7/10/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008287AA | 7/10/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00001547AA | 7/11/2018 | $90.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90799 | $1,476.66 | 7/18/2018 | 00002661AA | 7/6/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92296 | $30.71 | 7/20/2018 | 00004990AA | 7/7/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92296 | $30.71 | 7/20/2018 | 00004991AA | 7/7/2018 | $55.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92296 | $30.71 | 7/20/2018 | 00004998AA | 7/7/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92296 | $30.71 | 7/20/2018 | 00006582AA | 7/3/2018 | $162.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008271AA | 7/10/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00001546AA | 7/11/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008270AA-139773 | 7/10/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00002650AA | 7/6/2018 | $86.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008263AA | 7/10/2018 | $132.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008264AA | 7/10/2018 | $121.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008267AA | 7/10/2018 | $160.72 |

Pacific Cycle Inc. fdba Protective Technologies International Sports LLC (2232837)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008268AA | 7/10/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008288AA | 7/10/2018 | $78.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00001545AA | 7/11/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004440AA | 7/12/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99739 | $265.77 | 8/2/2018 | 00003441AA-139831 | 7/21/2018 | $81.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009168AA-139784 | 7/14/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009167AA-139783 | 7/14/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009166AA | 7/14/2018 | $69.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 0000362647 | 6/21/2018 | $8,085.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94959 | $635.86 | 7/25/2018 | 00007379AA | 7/13/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94959 | $635.86 | 7/25/2018 | 00006950AA | 7/13/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94959 | $635.86 | 7/25/2018 | 00006949AA | 7/13/2018 | $47.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94959 | $635.86 | 7/25/2018 | 00006948AA-139782 | 7/13/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004992AA | 7/7/2018 | $249.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004819AA | 7/12/2018 | $41.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004818AA-139781 | 7/12/2018 | $71.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004816AA-139780 | 7/12/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008286AA | 7/10/2018 | $131.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004434AA | 7/12/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008389AA-139778 | 7/10/2018 | $160.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008773AA-139779 | 7/10/2018 | $244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00008774AA | 7/10/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00009024AA | 7/10/2018 | $204.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00009026AA | 7/10/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004442AA | 7/12/2018 | $153.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00009112AA | 7/4/2018 | $127.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004441AA | 7/12/2018 | $88.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004435AA | 7/12/2018 | $137.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004436AA | 7/12/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004437AA | 7/12/2018 | $179.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004438AA | 7/12/2018 | $93.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94190 | $1,372.39 | 7/24/2018 | 00004439AA | 7/12/2018 | $78.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95794 | $9,533.34 | 7/26/2018 | 00009170AA-139786 | 7/14/2018 | $55.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93300 | $4,288.70 | 7/23/2018 | 00009110AA | 7/4/2018 | $81.34 |

**Totals:** 22 transfer(s), $124,020.19