**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Radiant Exports** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $25,599.65 | 8/23/2018 | 201819255266 | 6/25/2018 | $12,352.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $101,799.89 | 10/2/2018 | 201820143608-1 | 7/29/2018 | $28,476.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $101,799.89 | 10/2/2018 | 201820143608-2 | 7/29/2018 | $64,066.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $29,845.97 | 7/31/2018 | 201819246252 | 6/4/2018 | $13,847.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $29,845.97 | 7/31/2018 | 201819469845 | 6/4/2018 | $15,998.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $38,305.20 | 8/1/2018 | 201819187501 | 6/5/2018 | $16,304.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $101,799.89 | 10/2/2018 | 201819837140 | 7/29/2018 | $9,257.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $38,305.20 | 8/1/2018 | 201819557769 | 6/5/2018 | $13,423.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $56,944.94 | 9/7/2018 | 201819862318 | 7/10/2018 | $56,944.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $25,599.65 | 8/23/2018 | 201819667598 | 6/25/2018 | $6,499.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $25,599.65 | 8/23/2018 | 201819667962 | 6/25/2018 | $6,747.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $5,021.44 | 8/24/2018 | 201819667765 | 6/26/2018 | $2,256.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $5,021.44 | 8/24/2018 | 201819667869 | 6/26/2018 | $2,765.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $5,819.26 | 8/30/2018 | 201820307780-1 | 7/2/2018 | $4,931.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $5,819.26 | 8/30/2018 | 201820307780-2 | 7/2/2018 | $888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $38,305.20 | 8/1/2018 | 201819190796 | 6/5/2018 | $8,577.38 |

Totals:   7 transfer(s),   $263,336.35