**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Radiant Exports** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $108,415.68 | 9/13/2018 | 201820553515 | 7/16/2018 | $31,630.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $108,415.68 | 9/13/2018 | 201820143468 | 7/16/2018 | $76,785.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $4,948.26 | 8/16/2018 | 201819259037 | 6/18/2018 | $4,948.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $10,026.13 | 7/31/2018 | 201819290633-2 | 6/4/2018 | $3,759.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $10,026.13 | 7/31/2018 | 201819290633-1 | 6/4/2018 | $6,267.00 |
| **Totals:** | | **3 transfer(s),** | **$123,390.07** | | | | |