**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Reed & Pick Impex Pvt. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $15,907.43 | 9/5/2018 | 201820456945-2 | 7/23/2018 | $2,472.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $15,907.43 | 9/5/2018 | 201820456945-1 | 7/23/2018 | $13,434.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $16,539.00 | 9/19/2018 | 201820637966 | 8/6/2018 | $12,735.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $16,539.00 | 9/19/2018 | 201820637899 | 8/6/2018 | $3,803.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $17,388.26 | 7/30/2018 | 201819661225 | 6/18/2018 | $17,388.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $7,084.11 | 7/24/2018 | 201819227965-2 | 6/12/2018 | $1,516.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $7,084.11 | 7/24/2018 | 201819227965-1 | 6/12/2018 | $5,568.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $22,222.84 | 7/23/2018 | 201819249449-2 | 6/11/2018 | $3,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $22,222.84 | 7/23/2018 | 201819249449-1 | 6/11/2018 | $9,222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $22,222.84 | 7/23/2018 | 201819155205 | 6/11/2018 | $9,084.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $5,367.49 | 10/2/2018 | 201821195946 | 8/13/2018 | $5,367.49 |

Totals:    6 transfer(s),    $84,509.13