**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Reed & Pick Impex Pvt. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $2,231.20 | 9/5/2018 | 201820359283 | 7/23/2018 | $2,231.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $18,953.15 | 7/23/2018 | 201819285783-3 | 6/11/2018 | $477.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $18,953.15 | 7/23/2018 | 201819285783-2 | 6/11/2018 | $15,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $18,953.15 | 7/23/2018 | 201819285783-1 | 6/11/2018 | $2,815.20 |

Totals:    2 transfer(s),    $21,184.35