**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15016272 | 5/31/2018 | $8,235.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 14995424 | 4/27/2018 | $9,925.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15008940 | 5/18/2018 | $4,119.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15011785 | 5/24/2018 | $12,388.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15012078 | 5/24/2018 | $4,789.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15012548 | 5/25/2018 | $4,596.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15012909-29005 | 5/25/2018 | $89.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15012909-29007 | 5/25/2018 | $3,389.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15012910 | 5/25/2018 | $2,799.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15024910-29008 | 6/14/2018 | $549.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 14970420 | 3/22/2018 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15008939-29002 | 5/18/2018 | $97.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15011870 | 5/24/2018 | $8,637.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15008927 | 5/18/2018 | $3,199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15016489 | 5/31/2018 | $2,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15016491 | 5/31/2018 | $12,971.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15016879 | 5/31/2018 | $7,283.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15018206 | 6/4/2018 | $8,623.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15021460 | 6/7/2018 | $2,134.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15009768 | 5/21/2018 | $5,879.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15016628-29009 | 5/31/2018 | $119.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15016628-29011 | 5/31/2018 | $1,939.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15017496 | 6/1/2018 | $2,999.70 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                                                Exhibit A                                                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15020874 | 6/7/2018 | $8,281.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994098 | $47,031.33 | 8/16/2018 | 15011651 | 5/24/2018 | $2,839.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15001739 | 5/8/2018 | $3,660.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 14995604 | 4/27/2018 | $3,583.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 14995614 | 4/27/2018 | $1,218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 14997366-29000 | 4/30/2018 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 14997366-29001 | 4/30/2018 | $3,933.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 15000101 | 5/4/2018 | $2,799.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 15000672 | 5/7/2018 | $10,093.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980206 | $31,740.33 | 7/17/2018 | 15001734 | 5/8/2018 | $1,147.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 14992876 | 4/24/2018 | $4,349.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 14993439 | 4/24/2018 | $2,519.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15000102 | 5/4/2018 | $11,850.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15008939-29004 | 5/18/2018 | $2,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15000120 | 5/4/2018 | $8,854.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15024855 | 6/14/2018 | $25,553.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15003657 | 5/11/2018 | $3,695.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15003679 | 5/11/2018 | $8,504.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15003680 | 5/11/2018 | $3,839.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986947 | $31,593.80 | 7/31/2018 | 15004220 | 5/14/2018 | $6,953.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986947 | $31,593.80 | 7/31/2018 | 15006984 | 5/17/2018 | $6,074.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986947 | $31,593.80 | 7/31/2018 | 15007241 | 5/17/2018 | $13,463.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986947 | $31,593.80 | 7/31/2018 | 15007733 | 5/17/2018 | $5,101.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15003812 | 5/11/2018 | $9,575.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15004212 | 5/14/2018 | $8,036.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990426 | $57,113.16 | 8/9/2018 | 15008837 | 5/18/2018 | $2,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983478 | $57,215.52 | 7/24/2018 | 15000119 | 5/4/2018 | $10,933.62 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15025285-29029 | 6/14/2018 | $1,510.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033981 | 6/28/2018 | $8,107.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033982-29022 | 6/28/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033982-29023 | 6/28/2018 | $24,834.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034046 | 6/28/2018 | $3,147.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034047 | 6/28/2018 | $8,039.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034060 | 6/28/2018 | $3,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034122 | 6/28/2018 | $7,402.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034214-29024 | 6/29/2018 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034214-29026 | 6/29/2018 | $19,681.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034927 | 6/30/2018 | $6,219.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15020889 | 6/7/2018 | $13,249.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15025285-29028 | 6/14/2018 | $100.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033642-29018 | 6/28/2018 | $559.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15032729 | 6/27/2018 | $7,889.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15034125-29030 | 6/28/2018 | $2,159.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15034125-29032 | 6/28/2018 | $2,379.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15035093 | 7/2/2018 | $7,609.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15035701-29033 | 7/3/2018 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15035701-29035 | 7/3/2018 | $12,390.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15036503 | 7/5/2018 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15036945 | 7/6/2018 | $6,040.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15036978 | 7/6/2018 | $2,710.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15037502 | 7/6/2018 | $2,732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15034928 | 6/30/2018 | $9,399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15026437 | 6/18/2018 | $2,669.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012522 | $64,469.20 | 9/24/2018 | 15038933 | 7/10/2018 | $16,658.20 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15024878 | 6/14/2018 | $6,295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15024886 | 6/14/2018 | $17,711.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15024910-29012 | 6/14/2018 | $549.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15024910-29014 | 6/14/2018 | $3,866.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15025213 | 6/14/2018 | $10,863.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15025286-29016 | 6/14/2018 | $119.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15025286-29017 | 6/14/2018 | $2,399.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15025324 | 6/14/2018 | $7,172.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001523 | $78,992.39 | 9/3/2018 | 15029771 | 6/22/2018 | $5,689.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033713 | 6/28/2018 | $4,406.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15026436 | 6/18/2018 | $9,874.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033642-29020 | 6/28/2018 | $16,210.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15028932 | 6/21/2018 | $9,479.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15029096 | 6/21/2018 | $2,518.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15029097 | 6/21/2018 | $6,698.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15029142 | 6/21/2018 | $4,985.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15029280 | 6/21/2018 | $17,016.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15029966 | 6/22/2018 | $20,908.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15030193 | 6/25/2018 | $2,659.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15024911 | 6/14/2018 | $4,087.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15030296 | 6/25/2018 | $2,589.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008517 | $122,245.35 | 9/17/2018 | 15033522 | 6/28/2018 | $4,759.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998081 | $40,392.33 | 8/23/2018 | 15022591 | 6/11/2018 | $8,679.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004968 | $81,341.91 | 9/10/2018 | 15024912 | 6/14/2018 | $4,532.40 |

**Totals:**   10 transfer(s),   $612,135.32

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                       Exhibit A                                                       P. 4