**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB5 | 8/8/2018 | $48.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98C | 8/7/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAX | 8/8/2018 | $47.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAY | 8/8/2018 | $49.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAZ | 8/8/2018 | $66.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB0 | 8/8/2018 | $95.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB1 | 8/8/2018 | $53.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB2 | 8/8/2018 | $87.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAV | 8/8/2018 | $180.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB4 | 8/8/2018 | $52.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAU | 8/8/2018 | $52.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB6 | 8/8/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB7 | 8/8/2018 | $42.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB8 | 8/8/2018 | $42.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB9 | 8/8/2018 | $47.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF2 | 8/9/2018 | $69.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF3 | 8/9/2018 | $281.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF4 | 8/9/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCB3 | 8/8/2018 | $115.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98M | 8/7/2018 | $46.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJM | 8/13/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98E | 8/7/2018 | $48.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98F | 8/7/2018 | $53.41 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                                  Exhibit B                                                  P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98G | 8/7/2018 | $47.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98H | 8/7/2018 | $74.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98I | 8/7/2018 | $351.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98J | 8/7/2018 | $48.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAW | 8/8/2018 | $47.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98L | 8/7/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF7 | 8/9/2018 | $42.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98N | 8/7/2018 | $52.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98O | 8/7/2018 | $97.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98P | 8/7/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98Q | 8/7/2018 | $51.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QA3U | 8/8/2018 | $48.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAS | 8/8/2018 | $184.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09788 | $1,353.30 | 8/21/2018 | 000007QCAT | 8/8/2018 | $96.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98K | 8/7/2018 | $96.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1P | 8/11/2018 | $43.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1G | 8/11/2018 | $142.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1H | 8/11/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1I | 8/11/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1J | 8/11/2018 | $379.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1K | 8/11/2018 | $43.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1L | 8/11/2018 | $67.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1M | 8/11/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF5 | 8/9/2018 | $94.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1O | 8/11/2018 | $43.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1D | 8/11/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1Q | 8/11/2018 | $39.59 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                      Exhibit B                                      P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1R | 8/11/2018 | $124.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJH | 8/13/2018 | $140.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJI | 8/13/2018 | $39.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJJ | 8/13/2018 | $46.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJK | 8/13/2018 | $112.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PDKR | 7/26/2018 | $23.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1N | 8/11/2018 | $57.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFG | 8/9/2018 | $150.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98B | 8/7/2018 | $48.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF8 | 8/9/2018 | $47.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF9 | 8/9/2018 | $48.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFA | 8/9/2018 | $43.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFB | 8/9/2018 | $43.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFC | 8/9/2018 | $42.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFD | 8/9/2018 | $41.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1F | 8/11/2018 | $42.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFF | 8/9/2018 | $140.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1E | 8/11/2018 | $106.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFH | 8/9/2018 | $94.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFI | 8/9/2018 | $46.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFJ | 8/9/2018 | $116.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFK | 8/9/2018 | $43.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFL | 8/9/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1B | 8/11/2018 | $24.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11926 | $1,333.46 | 8/24/2018 | 000007QI1C | 8/11/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFF6 | 8/9/2018 | $140.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10515 | $1,700.18 | 8/22/2018 | 000007QFFE | 8/9/2018 | $122.64 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                              Exhibit B                                              P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JK | 8/6/2018 | $155.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98D | 8/7/2018 | $87.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JC | 8/6/2018 | $52.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JD | 8/6/2018 | $51.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JE | 8/6/2018 | $51.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JF | 8/6/2018 | $52.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JG | 8/6/2018 | $47.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JH | 8/6/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JA | 8/6/2018 | $93.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JJ | 8/6/2018 | $140.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5J9 | 8/6/2018 | $93.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JL | 8/6/2018 | $150.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JM | 8/6/2018 | $172.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JN | 8/6/2018 | $140.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JO | 8/6/2018 | $47.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JP | 8/6/2018 | $48.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JQ | 8/6/2018 | $48.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JR | 8/6/2018 | $48.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JI | 8/6/2018 | $24.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06467 | $96.77 | 8/15/2018 | 000007PVZM | 8/2/2018 | $96.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PMRO | 7/30/2018 | $94.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PMRP | 7/30/2018 | $23.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PMRQ | 7/30/2018 | $93.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PMRR | 7/30/2018 | $96.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PMRS | 7/30/2018 | $96.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PQ3N | 7/31/2018 | $23.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PQ3O | 7/31/2018 | $23.74 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                    Exhibit B                                    P. 4

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JB | 8/6/2018 | $152.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PQ3Q | 7/31/2018 | $94.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JU | 8/6/2018 | $46.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PWJN | 8/3/2018 | $483.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PYMV | 8/3/2018 | $87.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PYMW | 8/3/2018 | $105.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PYMX | 8/3/2018 | $156.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PYMY | 8/3/2018 | $94.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07312 | $1,039.54 | 8/16/2018 | 000007PYMZ | 8/3/2018 | $110.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5J8 | 8/6/2018 | $153.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04725 | $598.66 | 8/13/2018 | 000007PQ3P | 7/31/2018 | $52.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q983 | 8/7/2018 | $51.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KE | 8/6/2018 | $96.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KF | 8/6/2018 | $47.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KG | 8/6/2018 | $178.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q6EK | 8/7/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q6EL | 8/7/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q97Z | 8/7/2018 | $48.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q980 | 8/7/2018 | $48.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JS | 8/6/2018 | $46.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q982 | 8/7/2018 | $47.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KB | 8/6/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q984 | 8/7/2018 | $95.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q985 | 8/7/2018 | $46.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q986 | 8/7/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q987 | 8/7/2018 | $96.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q988 | 8/7/2018 | $47.61 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q989 | 8/7/2018 | $46.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q98A | 8/7/2018 | $48.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q981 | 8/7/2018 | $52.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K3 | 8/6/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJN | 8/13/2018 | $150.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JV | 8/6/2018 | $113.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JW | 8/6/2018 | $93.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JX | 8/6/2018 | $48.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JY | 8/6/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JZ | 8/6/2018 | $57.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K0 | 8/6/2018 | $94.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KD | 8/6/2018 | $53.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K2 | 8/6/2018 | $174.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KC | 8/6/2018 | $48.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K4 | 8/6/2018 | $47.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K5 | 8/6/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K6 | 8/6/2018 | $173.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K7 | 8/6/2018 | $46.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K8 | 8/6/2018 | $115.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K9 | 8/6/2018 | $47.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5KA | 8/6/2018 | $48.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5JT | 8/6/2018 | $95.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08730 | $5,656.14 | 8/20/2018 | 000007Q5K1 | 8/6/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R921 | 8/20/2018 | $135.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QWV9 | 8/15/2018 | $92.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91T | 8/20/2018 | $121.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91U | 8/20/2018 | $151.99 |

Transfers During Preference Period

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                       Exhibit B                                       P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91V | 8/20/2018 | $170.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91W | 8/20/2018 | $153.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91X | 8/20/2018 | $235.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91Y | 8/20/2018 | $28.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91R | 8/20/2018 | $151.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R920 | 8/20/2018 | $95.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91Q | 8/20/2018 | $122.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R922 | 8/20/2018 | $92.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R923 | 8/20/2018 | $96.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R924 | 8/20/2018 | $141.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R925 | 8/20/2018 | $141.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R926 | 8/20/2018 | $140.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RC4Q | 8/21/2018 | $105.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RC4R | 8/21/2018 | $94.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91Z | 8/20/2018 | $153.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91I | 8/20/2018 | $123.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJL | 8/13/2018 | $42.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14582 | $277.70 | 8/29/2018 | 000007QZNK | 8/16/2018 | $122.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14582 | $277.70 | 8/29/2018 | 000007QZNL | 8/16/2018 | $155.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15369 | $469.21 | 8/30/2018 | 000007R24G | 8/17/2018 | $142.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15369 | $469.21 | 8/30/2018 | 000007R24H | 8/17/2018 | $48.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15369 | $469.21 | 8/30/2018 | 000007R24I | 8/17/2018 | $154.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15369 | $469.21 | 8/30/2018 | 000007R24J | 8/17/2018 | $123.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91S | 8/20/2018 | $23.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91H | 8/20/2018 | $73.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF4Z | 8/22/2018 | $94.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91J | 8/20/2018 | $93.11 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                    Exhibit B                                    P. 7

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91K | 8/20/2018 | $56.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91L | 8/20/2018 | $76.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91M | 8/20/2018 | $112.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91N | 8/20/2018 | $153.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91O | 8/20/2018 | $104.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91P | 8/20/2018 | $122.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007R91G | 8/20/2018 | $70.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RUL1 | 8/28/2018 | $102.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR94 | 8/27/2018 | $116.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR95 | 8/27/2018 | $65.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR96 | 8/27/2018 | $144.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR97 | 8/27/2018 | $131.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR98 | 8/27/2018 | $140.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR99 | 8/27/2018 | $140.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR9A | 8/27/2018 | $150.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RC4S | 8/21/2018 | $153.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR9C | 8/27/2018 | $152.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR91 | 8/27/2018 | $51.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RUL2 | 8/28/2018 | $156.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RUL3 | 8/28/2018 | $151.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20732 | $327.34 | 9/11/2018 | 000007RXGU | 8/29/2018 | $153.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20732 | $327.34 | 9/11/2018 | 000007RXGV | 8/29/2018 | $154.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20732 | $327.34 | 9/11/2018 | 000007RXGW | 8/29/2018 | $114.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99483 | $366.68 | 8/2/2018 | 000007OZ17 | 7/20/2018 | $171.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99483 | $366.68 | 8/2/2018 | 000007OZ18 | 7/20/2018 | $171.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR9B | 8/27/2018 | $93.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17866 | $552.51 | 9/5/2018 | 000007RHUR | 8/23/2018 | $138.33 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                      Exhibit B                                      P. 8

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QWV8 | 8/15/2018 | $97.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF50 | 8/22/2018 | $72.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF51 | 8/22/2018 | $113.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF52 | 8/22/2018 | $95.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF53 | 8/22/2018 | $112.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF54 | 8/22/2018 | $114.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF55 | 8/22/2018 | $144.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR93 | 8/27/2018 | $149.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF57 | 8/22/2018 | $105.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR92 | 8/27/2018 | $153.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17866 | $552.51 | 9/5/2018 | 000007RHUS | 8/23/2018 | $123.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17866 | $552.51 | 9/5/2018 | 000007RHUT | 8/23/2018 | $86.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17866 | $552.51 | 9/5/2018 | 000007RHUU | 8/23/2018 | $125.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17866 | $552.51 | 9/5/2018 | 000007RHUV | 8/23/2018 | $78.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18600 | $438.66 | 9/6/2018 | 000007RKEF | 8/24/2018 | $93.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18600 | $438.66 | 9/6/2018 | 000007RKEG | 8/24/2018 | $344.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19730 | $2,137.56 | 9/10/2018 | 000007RR90 | 8/27/2018 | $235.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RC4T | 8/21/2018 | $95.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16718 | $4,540.87 | 9/4/2018 | 000007RF56 | 8/22/2018 | $96.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKG | 8/13/2018 | $39.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QWVA | 8/15/2018 | $86.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK8 | 8/13/2018 | $47.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK9 | 8/13/2018 | $43.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKA | 8/13/2018 | $42.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKB | 8/13/2018 | $47.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKC | 8/13/2018 | $43.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKD | 8/13/2018 | $47.48 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                                       Exhibit B                                                       P. 9

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK6 | 8/13/2018 | $42.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKF | 8/13/2018 | $124.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK5 | 8/13/2018 | $75.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKH | 8/13/2018 | $380.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKI | 8/13/2018 | $153.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKJ | 8/13/2018 | $48.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKK | 8/13/2018 | $42.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKL | 8/13/2018 | $65.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKM | 8/13/2018 | $46.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKN | 8/13/2018 | $76.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKE | 8/13/2018 | $87.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJX | 8/13/2018 | $150.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJO | 8/13/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJP | 8/13/2018 | $144.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJQ | 8/13/2018 | $42.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJR | 8/13/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJS | 8/13/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJT | 8/13/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJU | 8/13/2018 | $42.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK7 | 8/13/2018 | $47.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJW | 8/13/2018 | $42.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKQ | 8/13/2018 | $43.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJY | 8/13/2018 | $46.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJZ | 8/13/2018 | $39.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK0 | 8/13/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK1 | 8/13/2018 | $149.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK2 | 8/13/2018 | $48.59 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK3 | 8/13/2018 | $48.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPK4 | 8/13/2018 | $42.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPJV | 8/13/2018 | $47.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH9 | 8/14/2018 | $94.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH0 | 8/14/2018 | $113.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH1 | 8/14/2018 | $47.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH2 | 8/14/2018 | $46.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH3 | 8/14/2018 | $47.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH4 | 8/14/2018 | $48.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH5 | 8/14/2018 | $47.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH6 | 8/14/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKO | 8/13/2018 | $42.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH8 | 8/14/2018 | $47.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGX | 8/14/2018 | $93.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTHA | 8/14/2018 | $103.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTHB | 8/14/2018 | $125.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTHC | 8/14/2018 | $93.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QV5T | 8/15/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QVNG | 8/15/2018 | $47.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QWV6 | 8/15/2018 | $24.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13834 | $432.27 | 8/28/2018 | 000007QWV7 | 8/15/2018 | $150.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTH7 | 8/14/2018 | $48.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTF0 | 8/14/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99483 | $366.68 | 8/2/2018 | 000007OZ19 | 7/20/2018 | $23.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKR | 8/13/2018 | $47.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKS | 8/13/2018 | $105.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKT | 8/13/2018 | $112.31 |

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                         Exhibit B                                         P. 11

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKU | 8/13/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKV | 8/13/2018 | $153.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKW | 8/13/2018 | $70.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGZ | 8/14/2018 | $47.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTEZ | 8/14/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGY | 8/14/2018 | $103.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGQ | 8/14/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGR | 8/14/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGS | 8/14/2018 | $43.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGT | 8/14/2018 | $46.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGU | 8/14/2018 | $47.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGV | 8/14/2018 | $47.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QTGW | 8/14/2018 | $47.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QPKP | 8/13/2018 | $42.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12760 | $5,501.55 | 8/27/2018 | 000007QS9I | 8/14/2018 | $116.99 |

**Totals:**    17 transfer(s),    $26,822.40

Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct (2232843)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020                                         Exhibit B                                          P. 12