**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **SAMD Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $70,106.04 | 9/4/2018 | 201819404828 | 6/3/2018 | $66,412.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $70,106.04 | 9/4/2018 | 201819404780 | 6/7/2018 | $3,693.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $126,551.89 | 8/7/2018 | 201818838076 | 5/12/2018 | $47,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $126,551.89 | 8/7/2018 | 201818837977-2 | 5/12/2018 | $47,628.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $126,551.89 | 8/7/2018 | 201818837977-1 | 5/12/2018 | $31,807.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $67,987.44 | 8/27/2018 | 201819404718 | 5/28/2018 | $60,019.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $67,987.44 | 8/27/2018 | 201819286599 | 5/28/2018 | $7,968.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $8,332.80 | 8/23/2018 | 201819286634 | 5/26/2018 | $8,332.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $19,805.93 | 8/2/2018 | 201818837805 | 5/7/2018 | $19,805.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $102,060.00 | 8/10/2018 | 201818837291-2 | 5/15/2018 | $45,612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $102,060.00 | 8/10/2018 | 201818837291-1 | 5/15/2018 | $56,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $16,915.57 | 7/31/2018 | 201818392024-2 | 5/5/2018 | $8,587.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $16,915.57 | 7/31/2018 | 201818392024-1 | 5/5/2018 | $8,328.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $15,789.91 | 7/25/2018 | 201818391881-2 | 4/29/2018 | $7,792.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $15,789.91 | 7/25/2018 | 201818391881-1 | 4/29/2018 | $7,997.08 |

**Totals:**    8 transfer(s),    $427,549.58