**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **SAMD Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $74,293.90 | 9/6/2018 | 201819404960 | 6/9/2018 | $74,293.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $133,749.80 | 8/7/2018 | 201818838644-2 | 5/12/2018 | $50,505.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $133,749.80 | 8/7/2018 | 201818838644-1 | 5/12/2018 | $83,244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $112,950.72 | 8/27/2018 | 201819404908 | 5/28/2018 | $90,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $112,950.72 | 8/27/2018 | 201819248548 | 5/28/2018 | $22,230.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $18,060.84 | 8/23/2018 | 201819248628 | 5/26/2018 | $18,060.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $169,377.80 | 8/2/2018 | 201818838311-2 | 5/7/2018 | $61,845.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $169,377.80 | 8/2/2018 | 201818838311-1 | 5/7/2018 | $107,532.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $41,981.87 | 7/31/2018 | 201818390601-3 | 5/5/2018 | $15,940.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $41,981.87 | 7/31/2018 | 201818390601-2 | 5/5/2018 | $16,445.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $41,981.87 | 7/31/2018 | 201818390601-1 | 5/5/2018 | $9,596.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $49,550.89 | 7/25/2018 | 201818389895-3 | 4/29/2018 | $17,795.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $49,550.89 | 7/25/2018 | 201818389895-2 | 4/29/2018 | $20,020.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $49,550.89 | 7/25/2018 | 201818389895-1 | 4/29/2018 | $11,734.56 |

Totals:    7 transfer(s),    $599,965.82