**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **SG Corporation (South Korea)** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $60,236.48 | 8/20/2018 | 201820532596-4 | 7/20/2018 | $6,702.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $60,236.48 | 8/20/2018 | 201820532596-3 | 7/20/2018 | $26,270.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $60,236.48 | 8/20/2018 | 201820532596-2 | 7/20/2018 | $5,563.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $60,236.48 | 8/20/2018 | 201820532596-1 | 7/20/2018 | $21,700.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $50,246.88 | 7/26/2018 | 201820180462-4 | 6/29/2018 | $5,806.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $50,246.88 | 7/26/2018 | 201820180462-3 | 6/29/2018 | $21,902.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $50,246.88 | 7/26/2018 | 201820180462-2 | 6/29/2018 | $4,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $50,246.88 | 7/26/2018 | 201820180462-1 | 6/29/2018 | $17,978.40 |

Totals:    2 transfer(s),    $110,483.36