**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **SG Corporation (South Korea)** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $32,846.40 | 8/20/2018 | 201820532129-2 | 7/20/2018 | $11,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $32,846.40 | 8/20/2018 | 201820532129-1 | 7/20/2018 | $21,146.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $27,257.40 | 7/26/2018 | 201820180470-2 | 6/29/2018 | $9,734.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/26/2018 | $27,257.40 | 7/26/2018 | 201820180470-1 | 6/29/2018 | $17,523.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $31,660.20 | 7/18/2018 | 201820034912-2 | 6/25/2018 | $15,830.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $31,660.20 | 7/18/2018 | 201820034912-1 | 6/25/2018 | $15,830.10 |

**Totals:**   3 transfer(s),   $91,764.00