**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Shandong Lawrence Textile Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $29,682.00 | 9/5/2018 | 201819342819-2 | 6/8/2018 | $26,946.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $29,682.00 | 9/5/2018 | 201819342819-1 | 6/8/2018 | $2,736.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $37,679.40 | 9/4/2018 | 201819342394 | 6/4/2018 | $37,679.40 |
| **Totals:** | | **2 transfer(s),** | **$67,361.40** | | | | |