

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Giston Garment Company Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,780.14 | 8/30/2018 | 201819824915 | 6/29/2018 | $22,386.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $31,483.63 | 7/27/2018 | 201819217546 | 5/31/2018 | $31,483.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $14,905.41 | 7/31/2018 | 201819402727 | 6/4/2018 | $7,110.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $14,905.41 | 7/31/2018 | 201819402907 | 6/4/2018 | $7,794.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $103.84 | 8/15/2018 | 201819769415 | 6/17/2018 | $103.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $56,560.68 | 8/2/2018 | 201819146587 | 6/6/2018 | $13,078.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $56,560.68 | 8/2/2018 | 201819400912 | 6/6/2018 | $24,658.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $56,560.68 | 8/2/2018 | 201819402346 | 6/6/2018 | $18,823.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $570.02 | 8/21/2018 | 201819769273 | 6/21/2018 | $570.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $18,251.51 | 8/3/2018 | 201819402654 | 6/8/2018 | $8,707.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $24,244.40 | 7/24/2018 | 201819217958 | 5/28/2018 | $24,244.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,780.14 | 8/30/2018 | 201819824826 | 6/30/2018 | $27,328.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,067.22 | 9/4/2018 | 201820112477 | 7/7/2018 | $485.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,780.14 | 8/30/2018 | 201819925555 | 6/30/2018 | $22,063.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,780.14 | 8/30/2018 | 201819925699-1 | 6/29/2018 | $8,400.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,780.14 | 8/30/2018 | 201819925699-2 | 6/29/2018 | $9,600.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $46,318.87 | 8/6/2018 | 201819146621 | 6/10/2018 | $10,792.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $46,318.87 | 8/6/2018 | 201819401042 | 6/10/2018 | $20,083.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $46,318.87 | 8/6/2018 | 201819402396 | 6/10/2018 | $15,443.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $1,672.11 | 9/11/2018 | 201820279390 | 7/13/2018 | $1,672.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $3,073.94 | 9/14/2018 | 201820279324 | 7/17/2018 | $3,073.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,067.22 | 9/4/2018 | 201820111750 | 7/5/2018 | $582.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $18,251.51 | 8/3/2018 | 201819402824 | 6/8/2018 | $9,544.02 |

**Totals:** 12 transfer(s), $288,031.77

Shanghai Giston Garment Company Co., Ltd. (2230446)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                        Exhibit A                                        P. 2