

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Shanghai Giston Garment Company Co., Ltd.**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,473.71 | 9/4/2018 | 201820026375-2 | 7/5/2018 | $3,754.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $7,473.71 | 9/4/2018 | 201820026375-1 | 7/5/2018 | $3,719.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $17,380.97 | 9/24/2018 | 201820486502 | 7/25/2018 | $17,380.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $71,430.13 | 8/6/2018 | 201819401585 | 6/10/2018 | $38,549.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $71,430.13 | 8/6/2018 | 201819146556 | 6/10/2018 | $13,238.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $71,430.13 | 8/6/2018 | 201819146185 | 6/10/2018 | $19,642.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $7,751.46 | 8/30/2018 | 201820026761 | 6/29/2018 | $7,751.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $39,725.58 | 8/3/2018 | 201819402195 | 6/8/2018 | $20,827.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $39,725.58 | 8/3/2018 | 201819401805 | 6/8/2018 | $18,897.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $56,145.33 | 8/2/2018 | 201819401465 | 6/6/2018 | $30,334.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $56,145.33 | 8/2/2018 | 201819146496 | 6/6/2018 | $10,367.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $56,145.33 | 8/2/2018 | 201819146030 | 6/6/2018 | $15,443.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $45,362.70 | 7/31/2018 | 201819402257 | 6/4/2018 | $26,450.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $45,362.70 | 7/31/2018 | 201819401883 | 6/4/2018 | $18,912.25 |

**Totals:** 7 transfer(s), $245,269.88

Shanghai Giston Garment Company Co., Ltd. (2230446)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Jun 26, 2020

Exhibit B

P. 1