**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Wei Zhong Yuan International Trade Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-3 | 7/6/2018 | $49,694.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $20,558.21 | 7/27/2018 | 201819856144-2 | 7/3/2018 | $10,828.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $20,558.21 | 7/27/2018 | 201820113635 | 7/3/2018 | $6,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $12,778.52 | 7/30/2018 | 201819978471-1 | 7/3/2018 | $4,421.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $12,778.52 | 7/30/2018 | 201819978471-2 | 7/3/2018 | $4,299.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $12,778.52 | 7/30/2018 | 201819978471-3 | 7/3/2018 | $4,057.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-1 | 7/6/2018 | $12,264.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-10 | 7/6/2018 | $5,148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $20,558.21 | 7/27/2018 | 201819856144-1 | 7/3/2018 | $3,541.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-2 | 7/6/2018 | $21,428.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $49,708.15 | 8/7/2018 | 201820287774 | 7/12/2018 | $2,257.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-4 | 7/6/2018 | $9,099.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-5 | 7/6/2018 | $20,811.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-6 | 7/6/2018 | $13,527.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-7 | 7/6/2018 | $27,815.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-8 | 7/6/2018 | $44,135.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-9 | 7/6/2018 | $5,495.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $126,359.67 | 8/24/2018 | 201820489617 | 7/27/2018 | $126,359.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $49,708.15 | 8/7/2018 | 201820287667 | 7/12/2018 | $47,450.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $213,143.75 | 8/1/2018 | 201820083492-11 | 7/6/2018 | $3,724.50 |

Totals:    5 transfer(s),    $422,548.30

Shanghai Wei Zhong Yuan International Trade Co. Ltd. (2230456)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020

Exhibit A

P. 1