**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Wei Zhong Yuan International Trade Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $7,493.44 | 8/8/2018 | 201820225952-4 | 7/12/2018 | $2,068.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $7,493.44 | 8/8/2018 | 201820225952-3 | 7/12/2018 | $1,813.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $7,493.44 | 8/8/2018 | 201820225952-2 | 7/12/2018 | $1,531.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $7,493.44 | 8/8/2018 | 201820225952-1 | 7/12/2018 | $2,079.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $56,108.07 | 8/27/2018 | 201820489344-2 | 7/27/2018 | $44,657.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $56,108.07 | 8/27/2018 | 201820489344-1 | 7/27/2018 | $11,450.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $3,416.84 | 8/16/2018 | 201820402006 | 7/18/2018 | $3,416.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $141,098.21 | 8/10/2018 | 201820401928-5 | 7/16/2018 | $26,145.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $141,098.21 | 8/10/2018 | 201820401928-4 | 7/16/2018 | $11,802.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $141,098.21 | 8/10/2018 | 201820401928-3 | 7/16/2018 | $49,256.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $141,098.21 | 8/10/2018 | 201820401928-2 | 7/16/2018 | $6,141.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $141,098.21 | 8/10/2018 | 201820401928-1 | 7/16/2018 | $47,752.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $18,396.53 | 7/30/2018 | 201820110714-3 | 7/3/2018 | $6,762.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $18,396.53 | 7/30/2018 | 201820110714-2 | 7/3/2018 | $7,751.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $18,396.53 | 7/30/2018 | 201820110714-1 | 7/3/2018 | $3,882.78 |

**Totals:**    5 transfer(s),    $226,513.09