**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Shanghai Xiyuan Import & Export Co. Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820056219-4 | 6/14/2018 | $47,952.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820056219-3 | 6/14/2018 | $21,223.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820056219-2 | 6/14/2018 | $68,008.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820056219-1 | 6/14/2018 | $62,577.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820055991-2 | 6/14/2018 | $31,980.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $264,435.30 | 9/11/2018 | 201820055991-1 | 6/14/2018 | $32,693.40 |

Totals:    1 transfer(s),    $264,435.30