**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Shanghai Xiyuan Import & Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $105,329.53 | 9/11/2018 | 201820056049-2 | 6/14/2018 | $43,512.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $105,329.53 | 9/11/2018 | 201820056049-1 | 6/14/2018 | $13,542.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $105,329.53 | 9/11/2018 | 201819363927 | 6/14/2018 | $48,275.53 |

| | | | |
|---|---|---|---|
| Totals: | 1 transfer(s), | $105,329.53 | |