**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Snowden Brothers LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $6,660.00 | 9/4/2018 | 201819513235-2 | 6/18/2018 | $3,330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $6,660.00 | 9/4/2018 | 201819513235-1 | 6/18/2018 | $3,330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $13,626.67 | 8/30/2018 | 201819513061-2 | 6/16/2018 | $8,853.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $13,626.67 | 8/30/2018 | 201819513061-1 | 6/16/2018 | $4,773.00 |

Totals:    2 transfer(s),    $20,286.67