**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Suzhou Hiwel Textile Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-5 | 7/30/2018 | $735.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $8,211.93 | 7/26/2018 | 201819004018-2 | 6/14/2018 | $6,678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $14,383.98 | 7/27/2018 | 201819000407-1 | 6/16/2018 | $3,304.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $14,383.98 | 7/27/2018 | 201819000407-2 | 6/16/2018 | $11,079.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-1 | 7/30/2018 | $722.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-2 | 7/30/2018 | $3,810.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $8,211.93 | 7/26/2018 | 201819004018-1 | 6/14/2018 | $1,533.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-4 | 7/30/2018 | $1,562.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-6 | 7/25/2018 | $1,965.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-6 | 7/30/2018 | $2,982.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-1 | 7/25/2018 | $542.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-2 | 7/25/2018 | $2,993.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-3 | 7/25/2018 | $942.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-4 | 7/25/2018 | $1,207.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $8,230.09 | 9/7/2018 | 201820434929-5 | 7/25/2018 | $578.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $11,051.24 | 9/12/2018 | 201820435198-3 | 7/30/2018 | $1,237.32 |

Totals:    4 transfer(s),    $41,877.24