**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Suzhou Hiwel Textile Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $26,141.43 | 7/30/2018 | 201819007699-2 | 6/18/2018 | $24,284.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $26,141.43 | 7/30/2018 | 201819007699-1 | 6/18/2018 | $1,857.27 |
| **Totals:** | | **1 transfer(s),** | **$26,141.43** | | | | |