**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Suzhou Newlook Import and Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $46,434.39 | 9/12/2018 | 201820812196-1 | 8/14/2018 | $22,338.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $2,466.61 | 7/26/2018 | 201819687671 | 6/29/2018 | $645.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201819687574 | 7/5/2018 | $1,572.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201819687646 | 7/5/2018 | $498.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201819687768 | 7/5/2018 | $5,548.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201819687884 | 7/5/2018 | $2,348.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201819690750 | 7/5/2018 | $5,083.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $17,615.56 | 8/1/2018 | 201820080353 | 7/5/2018 | $2,564.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $16,597.68 | 8/3/2018 | 201819687814 | 7/7/2018 | $5,904.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $16,597.68 | 8/3/2018 | 201819687963 | 7/7/2018 | $2,435.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $2,466.61 | 7/26/2018 | 201819687603 | 6/29/2018 | $1,821.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $16,597.68 | 8/3/2018 | 201820080422 | 7/7/2018 | $2,952.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $17,510.56 | 9/4/2018 | 201820481828-2 | 8/6/2018 | $7,381.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $46,434.39 | 9/12/2018 | 201820812196-2 | 8/14/2018 | $1,287.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $46,434.39 | 9/12/2018 | 201820812263 | 8/14/2018 | $22,808.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $44,628.33 | 9/13/2018 | 201820812054 | 8/15/2018 | $23,084.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $44,628.33 | 9/13/2018 | 201820812238 | 8/15/2018 | $21,543.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $3,406.75 | 9/18/2018 | 201821014533 | 8/19/2018 | $1,619.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $3,406.75 | 9/18/2018 | 201821014776 | 8/20/2018 | $1,787.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $17,510.56 | 9/4/2018 | 201820481728-1 | 8/2/2018 | $1,723.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $17,510.56 | 9/4/2018 | 201820481728-2 | 8/2/2018 | $6,517.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $17,510.56 | 9/4/2018 | 201820481828-1 | 8/6/2018 | $1,887.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $16,597.68 | 8/3/2018 | 201819690820 | 7/7/2018 | $5,305.80 |

Suzhou Newlook Import and Export Co. Ltd. (2230447)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                Exhibit A                                P. 1

**Totals:**     **7 transfer(s),**    **$148,659.88**