**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Suzhou Newlook Import and Export Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-5 | 7/17/2018 | $3,159.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $89,499.11 | 7/18/2018 | 201819689310 | 6/23/2018 | $11,036.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-3 | 7/13/2018 | $3,924.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-2 | 7/13/2018 | $478.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-1 | 7/13/2018 | $1,850.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $1,158.61 | 8/3/2018 | 201819690566 | 7/7/2018 | $1,158.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-5 | 7/13/2018 | $2,436.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-6 | 7/17/2018 | $1,305.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-6 | 7/13/2018 | $1,046.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-4 | 7/17/2018 | $42,271.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-3 | 7/17/2018 | $4,946.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-2 | 7/17/2018 | $606.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-1 | 7/17/2018 | $2,341.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $1,357.92 | 8/1/2018 | 201819690499 | 7/5/2018 | $1,357.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $89,499.11 | 7/18/2018 | 201819689807 | 6/23/2018 | $78,462.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $55,530.18 | 8/15/2018 | 201820135256-7 | 7/17/2018 | $899.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820956625-1 | 8/14/2018 | $13,402.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820956550-1 | 8/15/2018 | $16,297.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820916440-2 | 8/15/2018 | $7,488.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820916440-1 | 8/15/2018 | $28,420.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820813708-3 | 8/15/2018 | $11,078.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820813708-2 | 8/15/2018 | $17,428.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-4 | 7/13/2018 | $34,657.44 |

Suzhou Newlook Import and Export Co. Ltd. (2230447)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                         Exhibit B                                         P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820956625-2 | 8/14/2018 | $13,746.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820956550-2 | 8/15/2018 | $16,777.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820916469-2 | 8/14/2018 | $6,018.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820916469-1 | 8/14/2018 | $23,383.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820813795-3 | 8/14/2018 | $8,967.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820813795-2 | 8/14/2018 | $14,449.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $131,507.94 | 9/12/2018 | 201820813795-1 | 8/14/2018 | $51,539.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $45,046.64 | 8/9/2018 | 201820135308-7 | 7/13/2018 | $652.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $160,442.99 | 9/13/2018 | 201820813708-1 | 8/15/2018 | $62,952.14 |

**Totals:** 7 transfer(s),  $484,543.39

Suzhou Newlook Import and Export Co. Ltd. (2230447)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit B

P. 2