**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Textiles International of Egypt Ltd.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $38,148.56 | 9/17/2018 | 201819693697-2 | 6/16/2018 | $8,720.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $38,148.56 | 9/17/2018 | 201819693697-1 | 6/16/2018 | $11,080.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $38,148.56 | 9/17/2018 | 201819507326 | 6/7/2018 | $18,347.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-7 | 5/18/2018 | $1,790.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-6 | 5/18/2018 | $2,595.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-5 | 5/18/2018 | $4,515.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-4 | 5/18/2018 | $5,955.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-3 | 5/18/2018 | $6,138.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-2 | 5/18/2018 | $6,273.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $32,688.79 | 8/15/2018 | 201818852123-1 | 5/18/2018 | $5,418.79 |

Totals:    2 transfer(s),    $70,837.35