**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Textiles International of Egypt Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $62,678.40 | 9/17/2018 | 201819507385-2 | 6/7/2018 | $12,513.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $62,678.40 | 9/17/2018 | 201819507385-1 | 6/7/2018 | $50,165.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-9 | 5/18/2018 | $18,577.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-8 | 5/18/2018 | $252.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-7 | 5/18/2018 | $6,854.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-6 | 5/18/2018 | $8,198.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-5 | 5/18/2018 | $546.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-4 | 5/18/2018 | $9,030.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-3 | 5/18/2018 | $11,290.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-2 | 5/18/2018 | $14,497.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $85,474.71 | 8/15/2018 | 201818917493-1 | 5/18/2018 | $16,226.73 |

**Totals:**    2 transfer(s),    $148,153.11