**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Thanh Cong Textile Garment Investment Trading JSC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-7 | 6/14/2018 | $5,863.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $132,949.38 | 10/2/2018 | 201820095218 | 6/28/2018 | $45,025.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $22,377.60 | 9/10/2018 | 201819806154-3 | 6/11/2018 | $21,016.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819531145 | 6/14/2018 | $1,360.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-1 | 6/14/2018 | $15,088.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-2 | 6/14/2018 | $55,676.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-3 | 6/14/2018 | $34,652.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-4 | 6/14/2018 | $49.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $22,377.60 | 9/10/2018 | 201819806154-1 | 6/11/2018 | $1,209.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-6 | 6/14/2018 | $9,170.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $104,495.33 | 8/9/2018 | 201818610144-3 | 5/14/2018 | $34,409.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-8 | 6/14/2018 | $13,527.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819668735 | 6/18/2018 | $11,025.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819684521-1 | 6/18/2018 | $2,430.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819684521-2 | 6/18/2018 | $5,386.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819684521-3 | 6/18/2018 | $1,776.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819691783-1 | 6/18/2018 | $1,133.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819691783-2 | 6/18/2018 | $2,261.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $138,566.83 | 9/11/2018 | 201819548511-5 | 6/14/2018 | $3,177.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $72,556.96 | 7/27/2018 | 201818042799-2 | 5/3/2018 | $31,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $132,949.38 | 10/2/2018 | 201820095658-1 | 6/28/2018 | $24,252.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $132,949.38 | 10/2/2018 | 201820095658-2 | 6/28/2018 | $37,460.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $132,949.38 | 10/2/2018 | 201820181076 | 6/28/2018 | $26,211.36 |

Thanh Cong Textile Garment Investment Trading JSC (2230398)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                             Exhibit A                             P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $59,737.12 | 7/25/2018 | 201818042892-1 | 4/29/2018 | $3,234.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $59,737.12 | 7/25/2018 | 201818042892-2 | 4/29/2018 | $10,186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $59,737.12 | 7/25/2018 | 201818042892-3 | 4/29/2018 | $15,152.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $59,737.12 | 7/25/2018 | 201818042892-4 | 4/29/2018 | $10,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $22,377.60 | 9/10/2018 | 201819806154-2 | 6/11/2018 | $151.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $72,556.96 | 7/27/2018 | 201818042799-1 | 5/3/2018 | $16,412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819707105-2 | 6/18/2018 | $1,804.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $72,556.96 | 7/27/2018 | 201818042799-3 | 5/3/2018 | $24,784.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $2,436.56 | 8/10/2018 | 201818694913 | 5/17/2018 | $2,436.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $125,328.91 | 8/3/2018 | 201818337161-1 | 5/10/2018 | $29,834.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $125,328.91 | 8/3/2018 | 201818337161-2 | 5/10/2018 | $53,404.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $125,328.91 | 8/3/2018 | 201818337161-3 | 5/10/2018 | $42,090.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $104,495.33 | 8/9/2018 | 201818610144-1 | 5/14/2018 | $26,408.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $104,495.33 | 8/9/2018 | 201818610144-2 | 5/14/2018 | $43,677.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $59,737.12 | 7/25/2018 | 201818042892-5 | 4/29/2018 | $20,253.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-11 | 6/7/2018 | $23,725.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819898109-3 | 6/23/2018 | $78,381.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819898109-4 | 6/23/2018 | $25,547.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201820034281-1 | 6/23/2018 | $88,721.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201820034281-2 | 6/23/2018 | $13,342.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/24/2018 | $4,696.74 | 9/24/2018 | 201819904445 | 6/25/2018 | $4,696.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819531066-1 | 6/7/2018 | $549.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819531066-2 | 6/7/2018 | $43.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819691783-3 | 6/18/2018 | $96.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-10 | 6/7/2018 | $5,719.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819892907-2 | 6/23/2018 | $7,173.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-2 | 6/7/2018 | $60,807.60 |

Thanh Cong Textile Garment Investment Trading JSC (2230398)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-3 | 6/7/2018 | $9,161.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-4 | 6/7/2018 | $1,663.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-5 | 6/7/2018 | $22,926.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-6 | 6/7/2018 | $45,526.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-7 | 6/7/2018 | $49.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-8 | 6/7/2018 | $3,920.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-1 | 6/7/2018 | $18,425.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819892813-2 | 6/21/2018 | $8,757.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $199,567.03 | 9/4/2018 | 201819547037-9 | 6/7/2018 | $7,050.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819707105-3 | 6/18/2018 | $3,150.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819668194 | 6/21/2018 | $12,594.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819684476-1 | 6/21/2018 | $3,029.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819684476-2 | 6/21/2018 | $5,317.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819684476-3 | 6/21/2018 | $3,460.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819685747-1 | 6/21/2018 | $4,868.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819898109-2 | 6/23/2018 | $92,103.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819892813-1 | 6/21/2018 | $243.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819898109-1 | 6/23/2018 | $21,123.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819893362-1 | 6/21/2018 | $25,721.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819893362-2 | 6/21/2018 | $112,613.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819893362-3 | 6/21/2018 | $95,780.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819893362-4 | 6/21/2018 | $31,212.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201820034174-1 | 6/21/2018 | $4,551.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201820034174-2 | 6/21/2018 | $99,691.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $326,556.06 | 9/20/2018 | 201819892907-1 | 6/23/2018 | $162.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $31,220.46 | 9/17/2018 | 201819707105-1 | 6/18/2018 | $2,157.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $411,770.54 | 9/18/2018 | 201819685747-2 | 6/21/2018 | $3,929.48 |

**Totals:** 13 transfer(s),  $1,632,259.52