

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Thanh Cong Textile Garment Investment Trading JSC** |
| --- | --- |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819194691-4 | 5/28/2018 | $3,402.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $48,779.34 | 10/2/2018 | 201819668839 | 6/28/2018 | $8,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-2 | 6/14/2018 | $14,790.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-1 | 6/14/2018 | $33,101.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $38,879.12 | 8/9/2018 | 201818654160-2 | 5/14/2018 | $20,188.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $38,879.12 | 8/9/2018 | 201818654160-1 | 5/14/2018 | $18,690.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819195128-2 | 6/2/2018 | $14,497.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819195128-1 | 6/2/2018 | $14,588.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819183704-4 | 6/2/2018 | $747.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819183704-3 | 6/2/2018 | $1,738.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819183704-2 | 6/2/2018 | $6,334.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $38,975.26 | 8/30/2018 | 201819183704-1 | 6/2/2018 | $1,068.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $30,524.32 | 8/3/2018 | 201818650779-2 | 5/10/2018 | $15,865.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $30,524.32 | 8/3/2018 | 201818650779-1 | 5/10/2018 | $14,659.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-4 | 6/14/2018 | $8,064.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $21,523.20 | 7/27/2018 | 201818008763-1 | 5/3/2018 | $6,854.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $48,779.34 | 10/2/2018 | 201820096108 | 6/28/2018 | $611.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $48,779.34 | 10/2/2018 | 201820096842-1 | 6/28/2018 | $13,078.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $48,779.34 | 10/2/2018 | 201820096842-2 | 6/28/2018 | $23,646.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $48,779.34 | 10/2/2018 | 201820096842-3 | 6/28/2018 | $3,333.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $26,564.91 | 7/25/2018 | 201818013509 | 4/29/2018 | $8,005.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819195426-2 | 5/28/2018 | $16,982.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $26,564.91 | 7/25/2018 | 201818606465-2 | 4/29/2018 | $9,802.80 |

Thanh Cong Textile Garment Investment Trading JSC (2230398)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020 — Exhibit B — P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819195426-1 | 5/28/2018 | $15,110.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $21,523.20 | 7/27/2018 | 201818008763-2 | 5/3/2018 | $7,660.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $21,523.20 | 7/27/2018 | 201818302477 | 5/3/2018 | $7,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819194691-1 | 5/28/2018 | $1,384.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819194691-2 | 5/28/2018 | $9,186.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $48,258.00 | 8/27/2018 | 201819194691-3 | 5/28/2018 | $2,192.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-5 | 6/14/2018 | $11,743.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/25/2018 | $26,564.91 | 7/25/2018 | 201818606465-1 | 4/29/2018 | $8,757.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819901332-1 | 6/21/2018 | $8,445.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-5 | 6/7/2018 | $14,309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-4 | 6/7/2018 | $11,267.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-3 | 6/7/2018 | $7,736.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-2 | 6/7/2018 | $38,726.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-1 | 6/7/2018 | $49,260.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819342420 | 6/7/2018 | $3,448.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819245909 | 6/4/2018 | $3,624.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $71,404.45 | 9/20/2018 | 201819902667-4 | 6/23/2018 | $22,632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $71,404.45 | 9/20/2018 | 201819902667-3 | 6/23/2018 | $9,988.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $71,404.45 | 9/20/2018 | 201819902667-2 | 6/23/2018 | $24,518.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $71,404.45 | 9/20/2018 | 201819902667-1 | 6/23/2018 | $10,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $71,404.45 | 9/20/2018 | 201819900514 | 6/23/2018 | $3,465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819901332-4 | 6/21/2018 | $17,843.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-3 | 6/14/2018 | $36,924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819924143-1 | 6/18/2018 | $3,559.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-6 | 6/14/2018 | $2,764.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-7 | 6/14/2018 | $12,145.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $126,601.27 | 9/11/2018 | 201819532742-8 | 6/14/2018 | $7,068.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819668884 | 6/18/2018 | $8,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819692405-1 | 6/18/2018 | $1,180.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819901332-3 | 6/21/2018 | $7,806.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819692405-3 | 6/18/2018 | $2,051.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819901332-2 | 6/21/2018 | $19,253.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819924143-2 | 6/18/2018 | $2,737.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819924143-3 | 6/18/2018 | $68.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819686990-1 | 6/21/2018 | $5,171.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819686990-2 | 6/21/2018 | $1,612.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $63,427.15 | 9/18/2018 | 201819900078 | 6/21/2018 | $3,294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $135,257.08 | 9/4/2018 | 201819532545-6 | 6/7/2018 | $6,885.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $23,688.41 | 9/17/2018 | 201819692405-2 | 6/18/2018 | $5,415.76 |

**Totals:**    **12 transfer(s),**    **$673,882.51**