**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Three Stars Fashion** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820457075-2 | 7/29/2018 | $1,621.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $56,172.81 | 7/17/2018 | 201819635659-2 | 6/7/2018 | $24,329.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $158,978.56 | 8/20/2018 | 201820297858-1 | 7/5/2018 | $38,641.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $158,978.56 | 8/20/2018 | 201820297858-2 | 7/5/2018 | $16,979.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $158,978.56 | 8/20/2018 | 201820309628-1 | 7/5/2018 | $18,967.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $158,978.56 | 8/20/2018 | 201820309628-2 | 7/5/2018 | $39,658.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/20/2018 | $158,978.56 | 8/20/2018 | 201820309628-3 | 7/5/2018 | $44,732.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $14,504.03 | 8/9/2018 | 201820061532-1 | 6/28/2018 | $778.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $14,504.03 | 8/9/2018 | 201820061532-2 | 6/28/2018 | $1,300.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $14,504.03 | 8/9/2018 | 201820061532-3 | 6/28/2018 | $4,680.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $56,172.81 | 7/17/2018 | 201819635659-1 | 6/7/2018 | $31,843.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820457075-1 | 7/29/2018 | $1,621.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $46,380.55 | 9/17/2018 | 201820991319-2 | 8/2/2018 | $2,953.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820466621-1 | 7/28/2018 | $8,595.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820466621-2 | 7/28/2018 | $21,228.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820606977-1 | 7/28/2018 | $2,834.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820606977-2 | 7/28/2018 | $39,396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $81,994.16 | 9/11/2018 | 201820606977-3 | 7/28/2018 | $6,696.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $46,380.55 | 9/17/2018 | 201820912947-1 | 8/2/2018 | $7,254.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $46,380.55 | 9/17/2018 | 201820912947-2 | 8/2/2018 | $10,903.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $46,380.55 | 9/17/2018 | 201820912947-3 | 8/2/2018 | $19,093.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $46,380.55 | 9/17/2018 | 201820991319-1 | 8/2/2018 | $6,174.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $14,504.03 | 8/9/2018 | 201820061532-4 | 6/28/2018 | $7,744.68 |

**Totals:** 5 transfer(s), $358,030.11