**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Three Stars Fashion** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $23,584.04 | 9/11/2018 | 201820592148-2 | 7/28/2018 | $7,484.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820303632-1 | 7/5/2018 | $44,076.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820303632-2 | 7/5/2018 | $35,476.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820309705-1 | 7/5/2018 | $45,058.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820309705-2 | 7/5/2018 | $35,324.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820309705-3 | 7/5/2018 | $34,639.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/20/2018 | $228,682.24 | 8/20/2018 | 201820309705-4 | 7/5/2018 | $34,106.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $91,699.92 | 8/9/2018 | 201820249367-1 | 6/28/2018 | $59,487.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $6,923.83 | 7/27/2018 | 201819891086 | 6/16/2018 | $6,923.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $23,584.04 | 9/11/2018 | 201820592148-1 | 7/28/2018 | $661.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820925014-5 | 8/2/2018 | $7,800.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $23,584.04 | 9/11/2018 | 201820592148-3 | 7/28/2018 | $409.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $23,584.04 | 9/11/2018 | 201820777623 | 7/28/2018 | $15,029.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820912904-1 | 8/2/2018 | $3,678.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820912904-2 | 8/2/2018 | $4,931.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820925014-1 | 8/2/2018 | $116,951.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820925014-2 | 8/2/2018 | $55,883.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820925014-3 | 8/2/2018 | $18,744.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $221,885.42 | 9/17/2018 | 201820925014-4 | 8/2/2018 | $13,895.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $91,699.92 | 8/9/2018 | 201820249367-2 | 6/28/2018 | $32,211.93 |

Totals:    5 transfer(s),    $572,775.45