

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Trend Hive Partners (China) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $29,867.60 | 8/23/2018 | 201818955254 | 5/26/2018 | $29,867.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $60,576.69 | 10/2/2018 | 201820111324-1 | 6/29/2018 | $34,830.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $54,846.80 | 9/11/2018 | 201819613416-2 | 6/12/2018 | $2,301.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $54,846.80 | 9/11/2018 | 201819613416-1 | 6/12/2018 | $11,320.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $54,846.80 | 9/11/2018 | 201819586667-2 | 6/12/2018 | $22,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $54,846.80 | 9/11/2018 | 201819586667-1 | 6/12/2018 | $9,977.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,434.98 | 9/13/2018 | 201819692663-1 | 6/16/2018 | $4,539.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $28,815.00 | 8/27/2018 | 201818955130-1 | 5/28/2018 | $6,102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $23,434.98 | 9/13/2018 | 201819692663-2 | 6/16/2018 | $18,895.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $17,162.80 | 8/21/2018 | 201818787312 | 5/24/2018 | $17,162.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $10,784.38 | 8/16/2018 | 201818787266 | 5/19/2018 | $10,784.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $60,576.69 | 10/2/2018 | 201820111324-5 | 6/29/2018 | $2,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $60,576.69 | 10/2/2018 | 201820111324-4 | 6/29/2018 | $5,443.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $60,576.69 | 10/2/2018 | 201820111324-3 | 6/29/2018 | $5,491.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $60,576.69 | 10/2/2018 | 201820111324-2 | 6/29/2018 | $12,172.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $28,815.00 | 8/27/2018 | 201818955130-2 | 5/28/2018 | $22,713.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819347507-1 | 6/7/2018 | $20,701.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $56,439.86 | 9/6/2018 | 201819613580-1 | 6/9/2018 | $14,235.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $56,439.86 | 9/6/2018 | 201819586907-3 | 6/9/2018 | $23,324.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $56,439.86 | 9/6/2018 | 201819586907-2 | 6/9/2018 | $5,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $56,439.86 | 9/6/2018 | 201819586907-1 | 6/9/2018 | $4,310.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819348529-2 | 6/3/2018 | $9,883.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $54,846.80 | 9/11/2018 | 201819613416-3 | 6/12/2018 | $8,927.88 |

Trend Hive Partners (China) Ltd. (2230436)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                           Exhibit A                                           P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819347507-2 | 6/7/2018 | $9,480.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $56,439.86 | 9/6/2018 | 201819613580-2 | 6/9/2018 | $9,265.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $23,355.20 | 9/20/2018 | 201819516768-2 | 6/23/2018 | $17,197.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $23,355.20 | 9/20/2018 | 201819516768-1 | 6/23/2018 | $6,157.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $24,416.80 | 9/19/2018 | 201819516967-2 | 6/22/2018 | $17,941.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $24,416.80 | 9/19/2018 | 201819516967-1 | 6/22/2018 | $6,475.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $26,155.02 | 9/17/2018 | 201819692625-2 | 6/18/2018 | $18,154.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $26,155.02 | 9/17/2018 | 201819692625-1 | 6/18/2018 | $8,000.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819348529-1 | 6/3/2018 | $21,590.64 |

**Totals:**   12 transfer(s),   $417,511.13

Trend Hive Partners (China) Ltd. (2230436)
Bankruptcy Case: Sears Holdings Corporation, et al.
Jun 26, 2020

Exhibit A

P. 2