

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Trend Hive Partners (China) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $46,300.80 | 9/13/2018 | 201819586527 | 6/16/2018 | $34,149.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $20,487.16 | 10/2/2018 | 201820115319-2 | 6/29/2018 | $7,563.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $16,714.95 | 8/16/2018 | 201818787340 | 5/19/2018 | $16,714.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $26,718.00 | 8/21/2018 | 201818787364 | 5/24/2018 | $26,718.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $64,989.29 | 8/30/2018 | 201819400663-1 | 6/2/2018 | $24,689.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $64,989.29 | 8/30/2018 | 201819400663-2 | 6/2/2018 | $7,255.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $64,989.29 | 8/30/2018 | 201819400963-1 | 5/31/2018 | $25,508.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $64,989.29 | 8/30/2018 | 201819400963-2 | 5/31/2018 | $7,535.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $22,201.54 | 9/11/2018 | 201819517114-1 | 6/14/2018 | $6,151.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $22,201.54 | 9/11/2018 | 201819517114-2 | 6/14/2018 | $5,465.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $22,201.54 | 9/11/2018 | 201819612544-1 | 6/12/2018 | $6,856.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $22,201.54 | 9/11/2018 | 201819612544-2 | 6/12/2018 | $3,727.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $20,487.16 | 10/2/2018 | 201820115319-1 | 6/29/2018 | $12,923.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $46,300.80 | 9/13/2018 | 201819517360-2 | 6/16/2018 | $5,709.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $9,793.49 | 9/6/2018 | 201819612720-2 | 6/9/2018 | $2,660.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $32,810.40 | 9/17/2018 | 201819586421 | 6/18/2018 | $32,810.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $16,288.07 | 9/19/2018 | 201819516618-1 | 6/22/2018 | $4,411.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $16,288.07 | 9/19/2018 | 201819516618-2 | 6/22/2018 | $6,621.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $16,288.07 | 9/19/2018 | 201819516618-3 | 6/22/2018 | $5,254.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $15,525.90 | 9/20/2018 | 201819516407-1 | 6/23/2018 | $10,589.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $15,525.90 | 9/20/2018 | 201819516407-2 | 6/23/2018 | $4,936.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819345533-1 | 6/7/2018 | $5,637.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819345533-2 | 6/7/2018 | $24,544.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819346285-1 | 6/3/2018 | $5,872.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $61,656.00 | 9/4/2018 | 201819346285-2 | 6/3/2018 | $25,601.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $9,793.49 | 9/6/2018 | 201819612720-1 | 6/9/2018 | $7,133.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $46,300.80 | 9/13/2018 | 201819517360-1 | 6/16/2018 | $6,441.60 |

**Totals:** 11 transfer(s), $333,485.60