**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Trident Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/21/2018 | $230,385.12 | 9/21/2018 | 201820766911-2 | 8/13/2018 | $49,143.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/21/2018 | $230,385.12 | 9/21/2018 | 201820766911-1 | 8/13/2018 | $181,241.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/27/2018 | $81,444.00 | 8/27/2018 | 201820498290 | 7/18/2018 | $26,291.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/27/2018 | $81,444.00 | 8/27/2018 | 201820498101 | 7/16/2018 | $55,152.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/20/2018 | $139,025.28 | 8/20/2018 | 201820072831-2 | 7/9/2018 | $90,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/20/2018 | $139,025.28 | 8/20/2018 | 201820072831-1 | 7/9/2018 | $48,797.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/10/2018 | $102,544.80 | 8/10/2018 | 201819931121 | 7/3/2018 | $18,591.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/10/2018 | $102,544.80 | 8/10/2018 | 201819930950 | 7/2/2018 | $83,953.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/27/2018 | $325,724.48 | 7/27/2018 | 201819465102 | 6/11/2018 | $13,582.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/27/2018 | $325,724.48 | 7/27/2018 | 201819313303 | 6/18/2018 | $49,349.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/27/2018 | $325,724.48 | 7/27/2018 | 201819311941 | 6/4/2018 | $139,058.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/27/2018 | $325,724.48 | 7/27/2018 | 201819311179 | 6/12/2018 | $123,734.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $32,011.20 | 10/9/2018 | 201821213687 | 8/27/2018 | $32,011.20 |

Totals:    6 transfer(s),    $911,134.88