**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Trident Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/21/2018 | $18,748.80 | 9/21/2018 | 201820729581 | 8/13/2018 | $18,748.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/14/2018 | $95,514.00 | 9/14/2018 | 201820630295 | 8/6/2018 | $95,514.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/27/2018 | $106,173.60 | 7/27/2018 | 201819887454 | 6/18/2018 | $41,589.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/27/2018 | $106,173.60 | 7/27/2018 | 201819426066 | 6/14/2018 | $51,380.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/27/2018 | $106,173.60 | 7/27/2018 | 201819425932 | 6/18/2018 | $13,203.84 |

**Totals:** 3 transfer(s), $220,436.40