**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Van Dale Industries, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-3 | 7/21/2018 | $32,148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003033 | $12,300.40 | 8/22/2018 | 4902003 | 8/9/2018 | $12,967.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-5 | 7/21/2018 | $20,484.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-4 | 7/21/2018 | $2,157.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-3 | 7/21/2018 | $16,814.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-2 | 7/21/2018 | $8,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-1 | 7/21/2018 | $10,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-6 | 7/21/2018 | $7,444.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-7 | 7/21/2018 | $18,775.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-4 | 7/21/2018 | $25,380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-8 | 7/21/2018 | $14,823.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-2 | 7/21/2018 | $5,527.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-1 | 7/21/2018 | $4,434.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016746 | $555.75 | 9/18/2018 | 4951207 | 9/4/2018 | $555.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015376 | $370.50 | 9/14/2018 | 4951205 | 9/4/2018 | $370.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013993 | $741.00 | 9/12/2018 | 4928768 | 8/24/2018 | $741.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012646 | $555.75 | 9/10/2018 | 4928772 | 8/24/2018 | $555.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008627 | $21,303.75 | 9/3/2018 | 4902069 | 8/9/2018 | $21,303.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545845-5 | 7/21/2018 | $6,937.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-2 | 7/25/2018 | $7,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $37,274.40 | 8/21/2018 | 201820777486-1 | 8/12/2018 | $16,814.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $37,274.40 | 8/21/2018 | 201820777460-2 | 8/13/2018 | $2,008.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $37,274.40 | 8/21/2018 | 201820777460-1 | 8/13/2018 | $16,293.60 |

Van Dale Industries, Inc. (2232859)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-8 | 7/25/2018 | $14,230.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-7 | 7/25/2018 | $18,051.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-6 | 7/25/2018 | $9,745.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-5 | 7/25/2018 | $19,762.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $183,484.21 | 7/30/2018 | 201820545850-6 | 7/21/2018 | $10,197.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-3 | 7/25/2018 | $16,293.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $37,274.40 | 8/21/2018 | 201820777486-2 | 8/12/2018 | $2,157.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-1 | 7/25/2018 | $9,864.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-6 | 7/25/2018 | $7,162.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-5 | 7/25/2018 | $6,655.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-4 | 7/25/2018 | $24,364.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-3 | 7/25/2018 | $30,907.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-2 | 7/25/2018 | $5,292.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545806-1 | 7/25/2018 | $4,331.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $176,445.97 | 8/1/2018 | 201820545816-4 | 7/25/2018 | $2,008.80 |

**Totals:** 9 transfer(s), $433,031.73