ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Van Dale Industries, Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $43,507.68 | 8/21/2018 | 201821060870-1 | 8/12/2018 | $21,300.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $170,375.81 | 10/2/2018 | 201821886976-2 | 9/23/2018 | $85,623.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-1 | 7/8/2018 | $5,940.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-2 | 7/8/2018 | $14,860.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-3 | 7/8/2018 | $8,421.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-4 | 7/8/2018 | $19,319.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-5 | 7/8/2018 | $6,192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $57,953.01 | 7/17/2018 | 201820134430-6 | 7/8/2018 | $3,219.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $30,794.73 | 8/14/2018 | 201820831606-1 | 8/6/2018 | $8,173.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $170,375.81 | 10/2/2018 | 201821886976-1 | 9/23/2018 | $84,751.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $30,794.73 | 8/14/2018 | 201820831606-3 | 8/6/2018 | $2,063.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $14,105.52 | 9/17/2018 | 201821246691-2 | 9/8/2018 | $3,467.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $43,507.68 | 8/21/2018 | 201821060870-2 | 8/12/2018 | $14,117.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $43,507.68 | 8/21/2018 | 201821060870-3 | 8/12/2018 | $8,089.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,478.31 | 8/30/2018 | 201821060785-1 | 8/20/2018 | $18,394.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,478.31 | 8/30/2018 | 201821060785-2 | 8/20/2018 | $54,737.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $89,478.31 | 8/30/2018 | 201821060785-3 | 8/20/2018 | $16,346.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $102,108.52 | 9/11/2018 | 201821247095-1 | 9/2/2018 | $75,173.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $102,108.52 | 9/11/2018 | 201821247095-2 | 9/2/2018 | $26,935.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $14,105.52 | 9/17/2018 | 201821246691-1 | 9/8/2018 | $10,638.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $30,794.73 | 8/14/2018 | 201820831606-2 | 8/6/2018 | $20,557.44 |

**Totals:**    **7 transfer(s),**    **$508,323.58**

Van Dale Industries, Inc. (2232859)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                Exhibit B                                P. 1