**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Weihai Lianqiao International Cooperation Group** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819706624 | 6/17/2018 | $17,835.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $19,491.44 | 8/27/2018 | 201819250201 | 5/28/2018 | $6,916.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $49,099.80 | 8/30/2018 | 201819178244 | 5/31/2018 | $23,804.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $49,099.80 | 8/30/2018 | 201819249362 | 5/31/2018 | $16,831.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $49,099.80 | 8/30/2018 | 201819250094 | 5/31/2018 | $8,463.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $114,768.18 | 9/11/2018 | 201819546087 | 6/14/2018 | $26,305.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $114,768.18 | 9/11/2018 | 201819547677-1 | 6/14/2018 | $21,803.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $114,768.18 | 9/11/2018 | 201819547677-2 | 6/14/2018 | $31,011.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $114,768.18 | 9/11/2018 | 201819547677-3 | 6/14/2018 | $20,974.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $114,768.18 | 9/11/2018 | 201819547677-4 | 6/14/2018 | $14,673.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819532732 | 6/17/2018 | $25,405.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819545798 | 6/17/2018 | $12,132.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819545868 | 6/17/2018 | $21,541.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $19,491.44 | 8/27/2018 | 201819249810 | 5/28/2018 | $12,575.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819687382 | 6/17/2018 | $457.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $234,126.87 | 9/5/2018 | 201819352217 | 6/8/2018 | $47,753.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $548.64 | 9/18/2018 | 201819685826 | 6/21/2018 | $548.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819352481-1 | 6/4/2018 | $27,196.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819352481-2 | 6/4/2018 | $11,719.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819365838-1 | 6/4/2018 | $62,155.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819365838-2 | 6/4/2018 | $17,714.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819367763-1 | 6/4/2018 | $7,473.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819367763-2 | 6/4/2018 | $5,997.60 |

Weihai Lianqiao International Cooperation Group (2230463)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                                    Exhibit A                                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819368260-1 | 6/4/2018 | $58,450.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $193,118.10 | 9/4/2018 | 201819368260-2 | 6/4/2018 | $2,412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $234,126.87 | 9/5/2018 | 201819348846 | 6/8/2018 | $75,198.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $234,126.87 | 9/5/2018 | 201819351005-1 | 6/8/2018 | $9,186.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $234,126.87 | 9/5/2018 | 201819351005-2 | 6/8/2018 | $29,185.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $234,126.87 | 9/5/2018 | 201819351481 | 6/8/2018 | $72,802.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $94,490.76 | 9/14/2018 | 201819546283 | 6/17/2018 | $17,118.72 |

**Totals:** 7 transfer(s), $705,643.79