**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Weihai Lianqiao International Cooperation Group** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,819.42 | 9/11/2018 | 201819531123-2 | 6/14/2018 | $18,947.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819244327-2 | 5/28/2018 | $1,826.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819248953-1 | 5/28/2018 | $13,986.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819248953-2 | 5/28/2018 | $9,660.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819282568-1 | 5/28/2018 | $1,758.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819282568-2 | 5/28/2018 | $8,571.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $39,220.12 | 8/30/2018 | 201819227394-1 | 5/31/2018 | $4,992.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $39,220.12 | 8/30/2018 | 201819227394-2 | 5/31/2018 | $1,445.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $39,220.12 | 8/30/2018 | 201819247005-1 | 5/31/2018 | $3,166.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $39,220.12 | 8/30/2018 | 201819247005-2 | 5/31/2018 | $19,565.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $39,220.12 | 8/30/2018 | 201819282386 | 5/31/2018 | $10,051.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,819.42 | 9/11/2018 | 201819529141 | 6/14/2018 | $4,971.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,819.42 | 9/11/2018 | 201819529545 | 6/14/2018 | $5,836.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $35,902.07 | 8/27/2018 | 201819244327-1 | 5/28/2018 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,819.42 | 9/11/2018 | 201819531123-1 | 6/14/2018 | $23,192.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $32,683.39 | 9/18/2018 | 201819686015 | 6/21/2018 | $3,390.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819531361 | 6/17/2018 | $4,612.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819531521 | 6/17/2018 | $7,253.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819532041 | 6/17/2018 | $7,480.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819532219 | 6/17/2018 | $17,629.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819532562-1 | 6/17/2018 | $23,951.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819532562-2 | 6/17/2018 | $19,745.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819686200 | 6/17/2018 | $1,872.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819687711 | 6/17/2018 | $3,564.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819831466-1 | 6/17/2018 | $28,470.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819831466-2 | 6/17/2018 | $283.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $114,985.71 | 9/14/2018 | 201819831466-3 | 6/17/2018 | $122.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $32,683.39 | 9/18/2018 | 201819685136 | 6/21/2018 | $1,729.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $32,683.39 | 9/18/2018 | 201819685659 | 6/21/2018 | $27,564.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $66,819.42 | 9/11/2018 | 201819530117 | 6/14/2018 | $13,871.79 |

**Totals:**    5 transfer(s),    $289,610.71