**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Wing Hing Shoes Factory Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-2 | 6/12/2018 | $5,885.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-1 | 8/10/2018 | $7,404.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-6 | 6/11/2018 | $15,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-7 | 6/11/2018 | $9,275.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-8 | 6/11/2018 | $9,094.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-9 | 6/11/2018 | $4,394.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-1 | 6/12/2018 | $447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-2 | 6/12/2018 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-3 | 6/12/2018 | $4,252.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-4 | 6/12/2018 | $3,346.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-5 | 6/12/2018 | $3,841.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-6 | 6/12/2018 | $1,171.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-4 | 6/11/2018 | $8,266.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-1 | 6/12/2018 | $10,256.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-3 | 6/11/2018 | $4,485.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-3 | 6/12/2018 | $1,803.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-4 | 6/12/2018 | $5,054.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-5 | 6/12/2018 | $11,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-6 | 6/12/2018 | $14,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-7 | 6/12/2018 | $10,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819748619-8 | 6/12/2018 | $7,095.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819617333-1 | 6/15/2018 | $9,152.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819617333-2 | 6/15/2018 | $8,325.00 |

Wing Hing Shoes Factory Ltd. (2230448)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819691899 | 6/16/2018 | $20,908.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819706697-1 | 6/16/2018 | $5,827.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819706697-2 | 6/16/2018 | $1,665.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $82,869.36 | 7/24/2018 | 201819585736-7 | 6/12/2018 | $1,112.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821116606-2 | 8/13/2018 | $2,367.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-2 | 8/10/2018 | $3,112.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-3 | 8/10/2018 | $4,990.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-4 | 8/10/2018 | $2,756.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-5 | 8/10/2018 | $2,559.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820960348-6 | 8/10/2018 | $5,415.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820987204-1 | 8/13/2018 | $8,661.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820987204-2 | 8/13/2018 | $8,635.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820992041-1 | 8/13/2018 | $2,619.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201820992041-2 | 8/13/2018 | $4,165.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821116380-1 | 8/13/2018 | $16,789.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821116380-2 | 8/13/2018 | $6,610.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-5 | 6/11/2018 | $15,285.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821116606-1 | 8/13/2018 | $3,629.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819708915-2 | 6/16/2018 | $5,832.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821117321-1 | 8/13/2018 | $4,369.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821117321-2 | 8/13/2018 | $8,713.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821117321-3 | 8/13/2018 | $14,329.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821117321-4 | 8/13/2018 | $10,758.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821117321-5 | 8/13/2018 | $5,179.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821119946 | 8/13/2018 | $5,202.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $12,412.44 | 7/18/2018 | 201819584307-1 | 6/9/2018 | $3,957.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $12,412.44 | 7/18/2018 | 201819584307-2 | 6/9/2018 | $5,878.20 |

Wing Hing Shoes Factory Ltd. (2230448)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $12,412.44 | 7/18/2018 | 201819584307-3 | 6/9/2018 | $2,576.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-1 | 6/11/2018 | $5,099.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $73,713.93 | 7/23/2018 | 201819691561-2 | 6/11/2018 | $1,973.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $135,850.26 | 10/2/2018 | 201821116380-3 | 8/13/2018 | $7,579.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820415552-2 | 7/16/2018 | $1,922.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-3 | 7/14/2018 | $20,684.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-4 | 7/14/2018 | $3,846.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-5 | 7/14/2018 | $5,128.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-6 | 7/14/2018 | $2,564.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820378233-1 | 7/13/2018 | $18,481.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820378233-2 | 7/13/2018 | $31,122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820378233-3 | 7/13/2018 | $4,495.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820378233-4 | 7/13/2018 | $5,994.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820378233-5 | 7/13/2018 | $2,997.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820414903-1 | 7/16/2018 | $9,859.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820414903-2 | 7/16/2018 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819706697-3 | 6/16/2018 | $5,561.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820415552-1 | 7/16/2018 | $4,485.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820357589 | 7/15/2018 | $6,512.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820415574 | 7/15/2018 | $3,768.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820415599 | 7/16/2018 | $3,014.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820492954 | 7/16/2018 | $4,276.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $8,935.50 | 9/18/2018 | 201820773942-1 | 8/5/2018 | $4,170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $8,935.50 | 9/18/2018 | 201820773942-2 | 8/5/2018 | $2,340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $8,935.50 | 9/18/2018 | 201820773942-3 | 8/5/2018 | $2,425.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $12,065.76 | 9/4/2018 | 201820378415 | 7/20/2018 | $12,065.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $35,138.70 | 9/7/2018 | 201820540106-1 | 7/25/2018 | $3,370.50 |

Wing Hing Shoes Factory Ltd. (2230448)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $35,138.70 | 9/7/2018 | 201820540106-2 | 7/25/2018 | $2,835.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $35,138.70 | 9/7/2018 | 201820540106-3 | 7/25/2018 | $15,498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $35,138.70 | 9/7/2018 | 201820540106-4 | 7/25/2018 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820414903-3 | 7/16/2018 | $6,098.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-2 | 7/9/2018 | $9,117.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/7/2018 | $35,138.70 | 9/7/2018 | 201820642648 | 7/25/2018 | $10,735.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819748977-1 | 6/16/2018 | $12,387.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819748977-2 | 6/16/2018 | $15,543.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $36,506.70 | 7/30/2018 | 201819748896-1 | 6/18/2018 | $9,443.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $36,506.70 | 7/30/2018 | 201819748896-2 | 6/18/2018 | $11,651.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $36,506.70 | 7/30/2018 | 201819860434-1 | 6/18/2018 | $3,556.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $36,506.70 | 7/30/2018 | 201819860434-2 | 6/18/2018 | $5,126.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $36,506.70 | 7/30/2018 | 201819860434-3 | 6/18/2018 | $6,728.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $20,333.21 | 8/21/2018 | 201820225994-1 | 7/8/2018 | $2,271.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $20,333.21 | 8/21/2018 | 201820225994-2 | 7/8/2018 | $2,425.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $20,333.21 | 8/21/2018 | 201820225994-3 | 7/8/2018 | $13,356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-2 | 7/14/2018 | $7,852.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-1 | 7/9/2018 | $8,287.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820375061-1 | 7/14/2018 | $13,406.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-3 | 7/9/2018 | $7,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-4 | 7/9/2018 | $15,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-5 | 7/9/2018 | $7,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $57,943.12 | 8/22/2018 | 201820356788-6 | 7/9/2018 | $10,612.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $2,910.00 | 8/23/2018 | 201820261551 | 7/10/2018 | $2,910.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $37,890.72 | 8/24/2018 | 201820414577-1 | 7/11/2018 | $9,797.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $37,890.72 | 8/24/2018 | 201820414577-2 | 7/11/2018 | $9,797.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $37,890.72 | 8/24/2018 | 201820414577-3 | 7/11/2018 | $11,325.60 |

Wing Hing Shoes Factory Ltd. (2230448)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $37,890.72 | 8/24/2018 | 201820414577-4 | 7/11/2018 | $6,969.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820356955-1 | 7/15/2018 | $6,194.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $168,864.25 | 8/30/2018 | 201820356955-2 | 7/15/2018 | $3,460.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $100,819.55 | 7/27/2018 | 201819708915-1 | 6/16/2018 | $15,617.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $20,333.21 | 8/21/2018 | 201820225994-4 | 7/8/2018 | $2,280.00 |

**Totals:** 14 transfer(s), $786,253.50