

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Wing Hing Shoes Factory Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415190-1 | 7/18/2018 | $150,505.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $58,992.03 | 7/24/2018 | 201819749138-2 | 6/12/2018 | $35,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $135,742.32 | 7/25/2018 | 201819586087 | 6/13/2018 | $21,202.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $135,742.32 | 7/25/2018 | 201819614886-1 | 6/13/2018 | $24,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $135,742.32 | 7/25/2018 | 201819614886-2 | 6/13/2018 | $24,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $135,742.32 | 7/25/2018 | 201819614886-3 | 6/13/2018 | $28,260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $135,742.32 | 7/25/2018 | 201819708292 | 6/13/2018 | $37,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $112,587.49 | 8/16/2018 | 201820261363-1 | 7/3/2018 | $47,485.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $112,587.49 | 8/16/2018 | 201820261363-2 | 7/3/2018 | $65,102.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $71,167.20 | 9/13/2018 | 201820842490-1 | 7/31/2018 | $13,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $71,167.20 | 9/13/2018 | 201820842490-2 | 7/31/2018 | $22,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $71,167.20 | 9/13/2018 | 201820842490-3 | 7/31/2018 | $11,827.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $58,992.03 | 7/24/2018 | 201819749138-1 | 6/12/2018 | $23,292.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $53,730.00 | 9/20/2018 | 201820815985 | 8/7/2018 | $53,730.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $44,992.80 | 9/7/2018 | 201820959693 | 7/25/2018 | $28,512.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415190-2 | 7/18/2018 | $65,594.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415190-3 | 7/18/2018 | $80,649.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415190-4 | 7/18/2018 | $24,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415190-5 | 7/18/2018 | $24,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820415336 | 7/18/2018 | $13,875.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820575916-1 | 7/18/2018 | $7,140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $374,654.92 | 9/4/2018 | 201820575916-2 | 7/18/2018 | $7,211.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $36,040.80 | 9/6/2018 | 201820702542-1 | 7/24/2018 | $17,100.00 |

Wing Hing Shoes Factory Ltd. (2230448)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                    Exhibit B                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $36,040.80 | 9/6/2018 | 201820702542-2 | 7/24/2018 | $8,572.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $36,040.80 | 9/6/2018 | 201820702542-3 | 7/24/2018 | $10,368.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $44,992.80 | 9/7/2018 | 201820538918 | 7/25/2018 | $16,480.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $71,167.20 | 9/13/2018 | 201820842490-4 | 7/31/2018 | $22,950.00 |

**Totals:**    8 transfer(s),    $887,907.56