**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Wuhan Dawn Investments Co. Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $24,463.00 | 9/7/2018 | 201819512003-3 | 6/10/2018 | $65.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $24,463.00 | 9/7/2018 | 201819512003-2 | 6/10/2018 | $4,839.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $24,463.00 | 9/7/2018 | 201819512003-1 | 6/10/2018 | $19,558.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,218.66 | 9/4/2018 | 201819511648-3 | 6/6/2018 | $65.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,218.66 | 9/4/2018 | 201819511648-2 | 6/6/2018 | $5,918.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $28,218.66 | 9/4/2018 | 201819511648-1 | 6/6/2018 | $22,234.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $13,304.60 | 9/20/2018 | 201819772402-3 | 6/23/2018 | $65.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $13,304.60 | 9/20/2018 | 201819772402-2 | 6/23/2018 | $4,839.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $13,304.60 | 9/20/2018 | 201819772402-1 | 6/23/2018 | $8,399.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $16,214.10 | 9/18/2018 | 201819772270-3 | 6/21/2018 | $65.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $16,214.10 | 9/18/2018 | 201819772270-2 | 6/21/2018 | $5,918.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $16,214.10 | 9/18/2018 | 201819772270-1 | 6/21/2018 | $10,230.00 |

Totals:    4 transfer(s),    $82,200.36