**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Wuhan Dawn Investments Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $5,636.40 | 9/20/2018 | 201819772122 | 6/23/2018 | $5,636.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $5,438.40 | 9/18/2018 | 201819771987 | 6/21/2018 | $5,438.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $17,023.60 | 9/13/2018 | 201819741211-2 | 6/16/2018 | $14,344.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $17,023.60 | 9/13/2018 | 201819741211-1 | 6/16/2018 | $2,679.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $14,793.44 | 9/11/2018 | 201819740794 | 6/14/2018 | $14,793.44 |

**Totals:**    4 transfer(s),    $42,891.84