

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Xinyao International Trading (Hong Kong) Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $27,907.20 | 9/21/2018 | 201820801050 | 8/23/2018 | $27,907.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $24,555.60 | 9/13/2018 | 201820901360 | 8/15/2018 | $24,555.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $14,580.02 | 9/12/2018 | 201820902011-2 | 8/14/2018 | $12,083.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $14,580.02 | 9/12/2018 | 201820902011-1 | 8/14/2018 | $2,496.60 |

**Totals:**    **3 transfer(s),    $67,042.82**

Xinyao International Trading (Hong Kong) Co., Ltd. (2230406)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                   Exhibit A                                   P. 1