# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Xinyao International Trading (Hong Kong) Co., Ltd.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $5,721.80 | 9/4/2018 | 201820638444 | 8/6/2018 | $2,948.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $5,721.80 | 9/4/2018 | 201820638376 | 8/2/2018 | $2,773.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $23,481.60 | 8/3/2018 | 201820142989 | 7/7/2018 | $23,481.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/1/2018 | $22,667.52 | 8/1/2018 | 201820142227 | 7/5/2018 | $22,667.52 |

**Totals:**   **3 transfer(s),   $51,870.92**

Xinyao International Trading (Hong Kong) Co., Ltd. (2230406)
Bankruptcy Case: Sears Holdings Corporation, et al.

Jun 26, 2020                                              Exhibit B                                              P. 1