**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Michael I. Gottfried
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone:   (310) 746-4400
Facsimile:   (310) 746-4499
Email:       mgottfried@elkinskalt.com

*Attorneys for Creative Artists Agency, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-23538-RDD |

## REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Michael I. Gottfried, whose email address is mgottfried@elkinskalt.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system on behalf of Creative Artists Agency, LLC.

Respectfully submitted,

Dated: June 30, 2020

/s/ Michael I. Gottfried
Michael I. Gottfried
Elkins Kalt Weintraub Reuben Gartside LLP
10345 W. Olympic Blvd.
Los Angeles, CA 90064
Telephone: (310) 746-4400
mgottfried@elkinskalt.com

*Attorneys for Creative Artists Agency, LLC*

## CERTIFICATE OF SERVICE

I, Michael I. Gottfried, an attorney, hereby certify that on this date I served the foregoing request on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

Dated: June 30, 2020    /s/ Michael I. Gottfried_____