**ask** | ATTORNEYS AT LAW    2600 Eagan Woods Dr, Suite 400    151 West 46th Street, 4th Floor
St. Paul, MN 55121    New York, NY 10036
651-406-9665    212-267-7342

| | |
|---|---|
| Defendant: | **Arshad Corporation (Pvt) Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/24/2018 | $31,776.62 | 7/24/2018 | 201818962758-2 | 5/5/2018 | $16,031.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/24/2018 | $31,776.62 | 7/24/2018 | 201818962758-1 | 5/5/2018 | $15,744.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/3/2018 | $18,718.64 | 10/3/2018 | 201820777686-1 | 7/21/2018 | $18,718.64 |

Totals:    2 transfer(s),    $50,495.26