UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>           Debtors. | Chapter 11<br><br>Case No: 18-23538 (RDD)<br><br>(Jointly Administered) |
| BONNIE MULLINS,<br>    v.    Plaintiff,<br><br>KMART CORPORATION, et al.<br><br>           Defendants. | Adversary Proceeding:<br><br>Case No: CV-418370<br>Lake County Superior Court<br>State of California |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Banyan Parker, request admission, *pro hac vice*, before the Honorable Robert D. Drain to represent the following individual BONNIE MULLINS, a creditor in the above-referenced case.

I certify that I am a member in good standing of the State Bar of California and the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: July 1, 2020
   Santa Rosa, California

By: _____
Banyan Parker, Esq. (SBN 303125)
HANSEN & MILLER LAW FIRM
415 Russell Avenue
Santa Rosa, CA 95403
Office: (707) 575-1040
Mobile: (707) 477-0555
Facsimile: (707) 575-3826
Email: banyan@hansenmiller.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>　　　　　　　　　　　　　Debtors.<br><br>BONNIE MULLINS,<br>　　　　v.　　　　　Plaintiff,<br><br>KMART CORPORATION, et al.<br><br>　　　　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No: 18-23538 (RDD)<br><br>(Jointly Administered)<br><br><br>Adversary Proceeding:<br><br>Case No: CV-418370<br>Lake County Superior Court<br>State of California |

### ORDER ADMITTING BANYAN PARKER TO PRACTICE, *PRO HAC VICE*

Banyan Parker is an attorney is good standing of the bar of the State Bar of California and the bar in the U.S. District Court for the Northern District of California. Having requested admission, *pro hac vice*, to represent Bonnie Mullins in the above referenced case:

IT IS HEREBY ORDERED THAT:

1. The Motion is Granted as set forth herein.

2. Banyan Parker is admitted to practice, pro hac vice, in the above referenced Chapter 11 case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____      By: _____
White Plains, New York                              UNITED STATES BANKRUPTCY COURT