**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

In Re:                                                                                            Chapter 11

SEARS HOLDING CORPORATION
                                                                                                  Case No. 18-23538
Debtor

### WITHDRAWAL OF CLAIMS 20400 FILED BY THE COUNTY OF LIMESTONE, TEXAS

1. The undersigned, who has offices at 700 Jeffrey Way, Suite 100, P.O. Box 1269, Round Rock, Texas 78680, is the attorney for The County of Limestone, Texas and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant withdraws these claims against the debtor as this claim has been resolved.

Date:  July 2, 2020

                                                            Respectfully submitted,

                                                            **McCREARY, VESELKA, BRAGG
                                                            & ALLEN, P.C.**

                                                            By: */s/ Tara LeDay*
                                                            Tara LeDay (TX 24106701)
                                                            P. O. Box 1269
                                                            Round Rock, TX 78680
                                                            Telephone:  (512) 323-3200
                                                            Fax: (512) 323-3205
                                                            Email: tleday@mvbalaw.com

                                                            *Attorneys for Limestone County*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2020, a true and correct copy of the foregoing document was served by U.S. Postal Service and via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

*/s/ Tara LeDay*
Tara LeDay

Debtor:
**Sears Holdings Corporation**
3333 Beverly Road
Hoffman Estates, IL 60179

Debtor Attorney:
**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**Kara E. Casteel**
ASK LLP
2600 Eagan Woods Drive
Suite 400
St. Paul, MN 55121

Scott K. Charles
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

U.S. Trustee:
**Richard C. Morrissey**
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014