Deborah J. Michelson, Esq.  
MILLER GOLER FAEGES LAPINE LLP  
1301 East 9th Street, Suite 2700  
Cleveland, Ohio 44114-1835  
Phone: (216) 696-3366  
*Attorney for Creditor Arca Industrial (NJ), Inc.*

Hearing Date: July 15, 2020  
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  
In re:                                             Chapter 11

SEARS HOLDING CORPORATION, *et al.*,               Case No. 18-23538 (RDD)

                     Debtors.       (Jointly Administered)  
---------------------------------------------------------X

## ARCA INDUSTRIAL (NJ), INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE REGARDING SECOND DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

TO THE HONORABLE ROBERT D. DRAIN,  
UNITED STATES BANKRUPTCY JUDGE:

      Arca Industrial (NJ) Inc. ("Arca") hereby files this limited objection (the "Objection") to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program (Docket No. 8062; the "Notice of Second Distribution"). In support of the objection, Arca states as follows:

      1.    Arca timely submitted Proof of Claim Nos. 2957 and 5167 (which are incorporated herein by reference), and timely submitted ballots opting-in to the Debtors' Administrative Expense Claims Consent Program (the "Consent Program") and has fully complied with the requirements of that program.

      2.    Debtors did not make any initial distribution to Arca.

      3.    On January 15, 2020, Debtors and Arca settled Debtor's objections to Arca's Administrative Claims for the total aggregate amount of $788,847.79.

4. That settlement agreement was embodied in the attached <u>Exhibit 1</u> and <u>Exhibit 2</u>, which are incorporated herein by this reference (the "Settlement Agreement").

5. On June 26, 2020, Debtors filed their Notice of Second Distribution (Docket No. 8062).

6. The Notice of Second Distribution properly lists Arca on Exhibit C as a Non Opt-Out Participant in the second distribution, but incorrectly lists the amount of Arca's Settled Administrative Claim Amount as $217,134.12 when in accordance with the party's settlement agreement the amount is properly $788,847.79 (*see* <u>Exhibit 1</u> and <u>Exhibit 2</u>), and it incorrectly lists Arca's estimated second distribution amount as $62,317.49 when Arca's *pro rata* share based on its actual settlement amount should be at least $226,399.30.

7. On June 29, 2020, Arca's counsel sent Debtors' counsel and Restructuring Advisor M-III Partners, LP (M-III) an email advising them of the error in their listing of Arca's Settled Administrative Claim Amount and Estimated Second Distribution Amount (*see* <u>Exhibit 3</u>), but Arca's counsel has not received any response to that communication whatsoever. Arca's counsel also followed up that email by leaving voicemails with Debtors' counsel and Debtors' Restructuring Advisor M-III. To preserve its rights under the Settlement Agreement, Arca is filing this Limited Objection.

8. Giving Debtors' the benefit of the doubt that the failure to list the agreed amount is simply a typographical error, Arca asks that the Notice of Second Distribution be corrected as requested herein. If this is not just an error, then Arca hereby moves the Court to enforce the Settlement Agreement, and to find that Debtors' failure to honor their settlement with Arca constitutes an egregious breach of the Settlement Agreement, a material violation of the Consent

Program by Debtors, and constitutes an improper preference by Debtors of payment to certain other creditors over Arca in violation of Bankruptcy law.

9. Based on the foregoing, Arca moves this honorable Court to issue an order that the actual amount of its Settled Administrative Claim is $788,847.79 and that Arca is entitled to a Second Distribution in an amount at least equal to $226,399.30.

WHEREFORE, pursuant to the parties' Settlement Agreement, 11 U.S.C. § 105, and the terms of the Administrative Expense Claims Consent Program as set forth in this Court's Confirmation Order, this Court should order Debtors to correct Exhibit C to the Notice of Second Distribution to list Arca's Settled Administrative Claim Amount as $788,847.79 and order Debtors to make a second distribution to Arca in an amount at least equal to $226,399.30.

Respectfully submitted,

Dated: Cleveland, Ohio.
      July 2, 2020

MILLER GOLER FAEGES LAPINE LLP

By: */s/ Deborah J. Michelson*
    Deborah J. Michelson, Esq.
    1301 East 9th Street, Suite 2700
    Cleveland, Ohio 44114-1835
    Phone: (216) 696-3366
    Michelson@MGFL-law.com

*Attorney for Creditor Arca Industrial (NJ), Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                Chapter 11

SEARS HOLDING CORPORATION, *et al.*,       Case No. 18-23538 (RDD)

                              Debtors.                   (Jointly Administered)
---------------------------------------------------------X

I, Deborah J. Michelson, an attorney admitted to practice in the State of New York, hereby certify that, on July 2, 2020, I caused true and complete copies of ARCA INDUSTRIAL (NJ), INC.'S LIMITED OBJECTION REGARDING DEBTORS' NOTICE OF SECOND DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
    Attn: Ray C. Schrock
    Jacqueline Marcus
    Garret A. Fail
    Sunny Singh

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Paul D. Leake

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson

Cleary Gottlieb Steen & Hamilton
Attorneys for JPP, LLC, JPP II, LLC, and ESL Investments, Inc.
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal

4

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Eli J. Vonnegut

M-III Partners, LP
c/o Colin M. Adams
c/o Brian Griffith
130 West 42nd Street
17th Floor
New York, NY   10036

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn: Aaron C. Smith

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff

Dated: Cleveland, Ohio.
       July 2, 2020

MILLER GOLER FAEGES LAPINE LLP

By:  */s/ Deborah J. Michelson*
     Deborah J. Michelson, Esq.
     1301 East 9th Street, Suite 2700
     Cleveland, Ohio 44114-1835
     Phone: (216) 696-3366
     Michelson@MGFL-law.com

     *Attorney for Creditor Arca Industrial (NJ), Inc.*

5