Deborah J. Michelson, Esq.  
MILLER GOLER FAEGES LAPINE LLP  
1301 East 9th Street, Suite 2700  
Cleveland, Ohio 44114-1835  
Phone: (216) 696-3366  
*Attorney for Creditor Arca Industrial (NJ), Inc.*

Hearing Date: July 15, 2020  
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------X  
In re:                                                                  Chapter 11

SEARS HOLDING CORPORATION, *et al.*,       Case No. 18-23538 (RDD)

                      Debtors.                    (Jointly Administered)  
-------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Arca Industrial (NJ), Inc.'s Objection to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program (Docket No. 8212) shall be heard on **July 15, 2020 at 10:00 A.M.** or as soon thereafter as counsel may be heard

Dated: Cleveland, Ohio.  
       July 2, 2020

                                       MILLER GOLER FAEGES LAPINE LLP

                                       By: /s/ Deborah J. Michelson  
                                            Deborah J. Michelson, Esq.  
                                            1301 East 9th Street, Suite 2700  
                                            Cleveland, Ohio 44114-1835  
                                            Phone: (216) 696-3366  
                                            Michelson@MGFL-law.com

                                            *Attorney for Creditor Arca Industrial (NJ), Inc.*