**HERRICK, FEINSTEIN, LLP**
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith
Christopher Carty

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

In re:                                           :        Chapter 11
                                                 :
SEARS HOLDINGS CORPORATION, *et al.*,            :        Case No. 18-23538 (RDD)
                                                 :
          Debtors[1]                             :        (Jointly Administered)
                                                 :
                                                 :
                                                 :

------------------------------------------------------------------ x

**SEVENTH COMBINED MONTHLY FEE STATEMENT OF HERRICK,
FEINSTEIN LLP FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
MAY 1, 2020 THROUGH MAY 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | May 1, 2020 through May 31, 2020 |
| Combined Monthly Fees Incurred: | $223,368.50 |
| 20% Holdback: | $44,673.70 |
| Total Compensation Less 20% Holdback: | $178,694.80 |
| Combine Monthly Expenses Incurred: | $44,492.40 |
| **Total Combine Fees and Expenses Requested:** | **$223,187.20** |

This is a _x_ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Seventh Combined Monthly Fee Statement") covering the period from May 1, 2020 through May 31, 2020 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Seventh Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $223,187.20 (80% of $223,368.50) for fees on account of

---

[2] The total amount sought for fees and expenses ($223,187.20) reflects voluntary reductions for the Compensation Period of $44,673.70 in fees and $44,492.40 in expenses.

2

reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $44,492.40 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

Notice of this Seventh Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Seventh Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

Objections to this Seventh Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **July 21, 2020** (the

HF 13394353v.1

"Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Seventh Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Seventh Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

[*Remainder of page left blank intentionally*]

HF 13394353v.1

Dated: New York, New York
July 6, 2020

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
    Sean E. O'Donnell
    Stephen B. Selbst
    Steven B. Smith
    Christopher Carty
    Two Park Avenue
    New York, NY 10016
    Telephone: (212) 592-1400
    Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
    sselbst@herrick.com
    ssmith@herrick.com
    ccarty@herrick.com

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors of Sears
Holdings Corporation, et al.*

6

## Exhibit A

**Timekeeper Summary**

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Sean E. O'Donnell | Restructuring & Finance Litigation | 1998 | $1025.00 | 7.1 | $7,277.50 |
| Christopher W. Carty | Restructuring & Finance Litigation | 2010 | $785.00 | 72.8 | $57,148.00 |
| Steven Smith | Restructuring & Finance Litigation | 2001 | $765.00 | 14.5 | 11,092.50 |
| Jason D'Angelo | Restructuring & Finance Litigation | 1998 | $845.00 | 4.5 | $3,802.50 |
| **Total Partners** | | | | **98.9** | **$79,320.50** |
| **COUNSEL** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Kyle J. Kolb | Restructuring & Finance Litigation | 2012 | $610.00 | 24.1 | $14,701.00 |
| **Total Counsel** | | | | **24.1** | **$14,701.00** |
| **ASSOCIATES** | **DEPARTMENT** | **YEAR OF BAR ADMISSION** | **RATE** | **HOURS** | **AMOUNT** |
| Heather M. Zimmer | Restructuring & Finance Litigation | 2017 | $435.00 | 109.00 | $47,415.00 |
| Gabrielle R. Fromer | Restructuring & Finance Litigation | 2018 | $420.00 | 57.50 | $24,150.00 |
| Elizabeth J. Plowman | Restructuring & Finance Litigation | 2018 | $420.00 | 57.60 | $24,192.00 |
| Daniel Field | Restructuring & Finance Litigation | 2017 | $435.00 | 22.50 | $9,787.50 |

| Sylvia Stockman | Restructuring & Finance Litigation | 2017 | $435.00 | .9 | $391.50 |
|---|---|---|---|---|---|
| **Total Associates** | | | | **247.50** | **$105,936.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Linda Schepp | Restructuring & Finance Litigation | $335.00 | 53.8 | $18,023.00 |
| Larisa Poretsky | Litigation | 390.00 | 13.5 | $5,265.00 |
| Douglas Kopf | Litigation | $410.00 | .4 | $123.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **67.7** | **$23,411.00** |

# EXHIBIT B

## Task Code Summary

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Fee/Employment Applications - B160 | 31.30 | $18,913.00 |
| Contested Matters (exclu. Assumption/rejection) – B190 | 26.80 | $15,588.00 |
| Jointly Asserted Causes of Action | 380.00 | $188,867.50 |
| **Total** | **438.1** | **$223,368.50** |

## <u>Exhibit C</u>

**Itemized Fees**



FEDERAL ID:    1662

Official Committee of Unsecured Creditors of Sears Holdings
Attn: Ron Tucker
225 W. Washington Street
Indianapolis, IN 46204

June 30, 2020
Bill Number: 356215
File Number: 19609-0001

Re:    **Sears Bankruptcy**

| | |
|---|---:|
| Fees for legal services rendered through May 31, 2020 | $34,501.00 |
| Expenses posted through May 31, 2020 | 43,499.27 |
| **TOTAL** | **$78,000.27** |

**Kindly return this page with your check payment to:**
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

**Send wire payments to:**
Citibank, N.A.
ABA Number:
Account Number:
SWIFT #:

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP  •  Two Park Avenue  •  New York, NY 10016  •  Phone: 212.592.1400  •  Fax: 212.592.1500



Re:   **Sears Bankruptcy**

Bill Number: 356215
File Number: 19609-0001
Page 2

## LEGAL SERVICES

| Date | Timekeeper | Task | Description | Time |
|------|-----------|------|-------------|------|
| 05/01/20 | K. Kolb | B190 | Call with expert | .40 |
| 05/01/20 | K. Kolb | B190 | Analyze ISDA documents | .30 |
| 05/01/20 | S. Smith | B160 | Continued work on interim fee app and coordinate prep with L. Poretsky, paralegal and C. D'Angelo, billing. | 1.50 |
| 05/02/20 | L. Poretsky | B160 | Review and analyze revised bills and re-calculate hours and fees per bankruptcy codes(1.3); revise first interim fee application per updated calculations (.5); submit to Steve Smith for review with comments (.2) | 2.00 |
| 05/03/20 | S. Smith | B160 | Continued review of and revisions to first interim fee app. | 1.00 |
| 05/04/20 | K. Kolb | B190 | Analyze documents produced by CDS participants regarding CDS positions held | .70 |
| 05/04/20 | K. Kolb | B190 | Email to expert regarding outstanding obligations | .20 |
| 05/04/20 | K. Kolb | B190 | Draft analysis of note purchase agreement | .60 |
| 05/04/20 | L. Poretsky | B160 | Conference with billing department to discuss information needed for the first fee application and review final bills | .60 |



Re:    **Sears Bankruptcy**

Bill Number: 356215
File Number: 19609-0001
Page 3

| | | | | |
|---|---|---|---|---|
| 05/04/20 | L. Poretsky | B160 | Update draft of the first interim fee application and circulate to the team | 1.00 |
| 05/04/20 | S. Smith | B160 | Continued review of and revisions to draft interim fee application and discussion with L. Poretsky, paralegal. | 1.00 |
| 05/05/20 | L. Poretsky | B160 | Assist Steve Smith in a preparation of the fee application by providing documents and information by request; | .60 |
| 05/05/20 | S. O'Donnell | B190 | Deposition preparation. | 1.00 |
| 05/05/20 | S. Smith | B160 | Follow up with C. Carty and paralegal on prep of interim fee application. | .70 |
| 05/06/20 | L. Poretsky | B160 | Assist team with the preparation of the first fee application | 1.00 |
| 05/06/20 | S. Smith | B160 | Continued review of and revision to first interim fee app and multiple discussions with L. Poretsky, paralegal, C. D'Angelo, billing, and Chris Carty, partner. | 2.00 |
| 05/07/20 | K. Kolb | B190 | Email regarding expert's analysis | .20 |
| 05/07/20 | K. Kolb | B190 | Prepare for call with experts | .20 |
| 05/07/20 | S. O'Donnell | B190 | Prep for expert call. | 1.00 |
| 05/07/20 | S. Smith | B160 | Prep of interim fee app. | 3.00 |
| 05/08/20 | C. Carty | B190 | Participate in call with experts re investigation analysis and prepare for same. | 1.00 |



Re:    **Sears Bankruptcy**

Bill Number: 356215
File Number: 19609-0001
Page 4

| 05/08/20 | K. Kolb | B190 | Attend call with expert to discuss additional diligence | 1.00 |
|---|---|---|---|---|
| 05/08/20 | K. Kolb | B190 | Analyze debtors' schedules of assets | 1.80 |
| 05/08/20 | L. Poretsky | B160 | Team conference call regarding revisions to the fee application; communications with team re Steve Smith comments | .60 |
| 05/08/20 | L. Schepp | B190 | Compile documents for expert review. | .80 |
| 05/08/20 | S. O'Donnell | B190 | Prep for expert call (.5); precall re same (.3); participate in diligence and planning call w/ expert; f/up re same (1.2) | 2.00 |
| 05/08/20 | S. Smith | B160 | Review and revisions to fee app and discussion re same. | 1.50 |
| 05/09/20 | K. Kolb | B190 | Call with expert | .20 |
| 05/09/20 | K. Kolb | B190 | Further analysis of agreement and email to experts re same | 1.00 |
| 05/09/20 | L. Poretsky | B160 | Review and analyze revised bills and re-calculate hours and  fees per bankruptcy task codes (1.3); revise first interim fee application per updated calculations (.5); circulate to the team for review (.2) | 2.00 |
| 05/10/20 | S. Smith | B160 | Further review of fee app exhibits and attention to email re same. | .50 |
| 05/11/20 | K. Kolb | B190 | Further analysis of ISDA documents and related issues | 1.90 |



Re:   **Sears Bankruptcy**

Bill Number: 356215
File Number: 19609-0001
Page 5

| | | | | |
|---|---|---|---|---|
| 05/11/20 | L. Poretsky | B160 | Communications with the team including billing department related to the latest changes to the billing; | .50 |
| 05/11/20 | L. Poretsky | B160 | Further revise first interim fee application per updated task codes | .40 |
| 05/11/20 | L. Poretsky | B160 | Work on fee application issues such statistics which compare a blended rates billed by attorney and paralegals in NY office, time spend on reviewing or revising time records or preparing, reviewing, or revising invoices  to comply with US Trustee guidance | 2.20 |
| 05/11/20 | S. Smith | B160 | Continued Fee App prep. | 1.00 |
| 05/11/20 | S. Smith | B160 | T/C with Mary at M-III Partners re fee app and coordinate sharing of weekly accruals. | .20 |
| 05/11/20 | S. Smith | B160 | Further review of revised fee app and attention to email traffic re same. | .80 |
| 05/12/20 | L. Poretsky | B160 | Assist team to finalize first fee application by requesting and analyzing additional information form billing department | .60 |
| 05/12/20 | S. Smith | B160 | Attention to final revisions to interim fee app. | .30 |
| 05/12/20 | S. Smith | B160 | Respond to M-III Partners with accrual and budget information. | .30 |
| 05/13/20 | K. Kolb | B190 | Call with expert | .30 |
| 05/14/20 | L. Poretsky | B160 | Prepare HF first fee application for filing and e-file | .60 |



Re:     **Sears Bankruptcy**                                          Bill Number: 356215
                                                                      File Number: 19609-0001
                                                                      Page 6

| 05/14/20 | L. Poretsky | B160 | Review, fix issues related to the formatting of the HF first fee application and circulate for approval to file | .80 |
|---|---|---|---|---|
| 05/14/20 | L. Poretsky | B160 | Communications with Prime Clerk to coordinate service of HF first fee application and discuss details | .60 |
| 05/14/20 | L. Schepp | B190 | Identify names and entities associated with call logs to identify potential custodians for document demands. | 3.60 |
| 05/14/20 | S. Smith | B160 | Follow up review of final fee app, review reply from committee chair and filing of same. | .20 |
| 05/14/20 | S. Smith | B160 | Review final draft of final fee app and review email from Carty re same. | .30 |
| 05/15/20 | L. Schepp | B190 | Continued identification of phone numbers on call logs, per K. Kolb | 5.80 |
| 05/21/20 | C. Carty | B160 | Coordinate drafting of March and April fee statements. | 1.10 |
| 05/23/20 | K. Kolb | B190 | Analyze memo draft by expert | .20 |
| 05/26/20 | K. Kolb | B190 | Analyze list of questions and further analysis from expert | 1.00 |
| 05/27/20 | C. Carty | B160 | Call with S. Brauner of Akin re billing issue (0.2); correspondence with Debtors professionals re Herrick fees (0.3). | .50 |
| 05/27/20 | S. Smith | B160 | Coordinate prep of weekly accruals for fee committee and exchange emails with MIII re same. | .20 |



Re:  **Sears Bankruptcy**

Bill Number: 356215
File Number: 19609-0001
Page 7

| | | | | |
|---|---|---|---|---|
| 05/28/20 | C. Carty | B190 | Review and analyze expert document requests and work product. | 1.20 |
| 05/28/20 | C. Carty | B160 | Review invoices for fee statement and provide comments. | 1.50 |
| 05/28/20 | K. Kolb | B190 | Draft email regarding subpoenas and additional documents | .40 |
| 05/28/20 | K. Kolb | B160 | Revise draft fee application | .20 |

**Total**   **$34,501.00**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| C. Carty | 5.30 | 785.00 | 4,160.50 |
| S. Smith | 14.50 | 765.00 | 11,092.50 |
| K. Kolb | 10.60 | 610.00 | 6,466.00 |
| L. Poretsky | 13.50 | 390.00 | 5,265.00 |
| L. Schepp | 10.20 | 335.00 | 3,417.00 |
| S. O'Donnell | 4.00 | 1025.00 | 4,100.00 |

## DISBURSEMENTS

| | |
|---|---|
| Online Research | 57.27 |
| Expert Witness Fees | 43,330.00 |
| Document Processing | 12.00 |
| E-Discovery Data Hosting | 100.00 |



Re:    **Sears Bankruptcy**                                        Bill Number:  356215
                                                                   File Number:  19609-0001
                                                                   Page 8

                                          **Total disbursements**        **$43,499.27**



Re:    **Sears Bankruptcy**

Bill Number:  356215
File Number:  19609-0001
Page 9

**TASK BILLING SUMMARY**

|  | Hours | Amount |
|---|---|---|
| Fee/Employment Applications - B160 |  |  |
|  | 31.30 | $18,913.00 |
| **Subtotals** | **31.30** | **$18,913.00** |
|  |  |  |
| Contested Matters (exclu. assumption/rejection) - B190 |  |  |
|  | 26.80 | $15,588.00 |
| **Subtotals** | **26.80** | **$15,588.00** |



FEDERAL ID:     1662

Official Committee of Unsecured Creditors of Sears Holdings       June 30, 2020
Attn: Ron Tucker                                                  Bill Number: 356200
225 W. Washington Street                                          File Number: 19609-0002
Indianapolis, IN 46204

Re:     **Jointly Asserted Causes of Action**

Fees for legal services rendered through May 31, 2020           $188,867.50

Expenses posted through May 31, 2020                                 993.13
                                                               _____

                              **TOTAL**                        **$189,860.63**
                                                               ================

**Kindly return this page with your**              **Send wire payments to:**
**check payment to:**                                  Citibank, N.A.
Herrick, Feinstein LLP                              ABA Number:
2 Park Avenue                                    Account Number:
New York, NY 10016                                  SWIFT #:

*PLEASE REMIT PAYMENT WITHIN 30 DAYS*

HERRICK, FEINSTEIN LLP  •  Two Park Avenue  •  New York, NY 10016  •  Phone: 212.592.1400  •  Fax: 212.592.1500



Re:    **Jointly Asserted Causes of Action**

Bill Number:  356200
File Number:  19609-0002
Page 2

## LEGAL SERVICES

| Date | Timekeeper | Task | Description | Time |
|------|-----------|------|-------------|------|
| 03/08/20 | E. Plowman | | Review and analyze documents in adversary proceeding. | 1.10 |
| 05/01/20 | C. Carty | | Call with document review team regarding status of document review and next steps. | .90 |
| 05/01/20 | C. Carty | | Analyze issues related to document review. | 1.50 |
| 05/01/20 | C. Carty | | Draft update regarding third party discovery. | .80 |
| 05/01/20 | C. Carty | | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 1.30 |
| 05/01/20 | D. Field | | Strategy call concerning document review | 1.00 |
| 05/01/20 | D. Field | | Continue review of documents produced in adversary proceedings | 3.00 |
| 05/01/20 | E. Plowman | | Call re review of documents in adversary proceeding | 1.00 |
| 05/01/20 | E. Plowman | | Review and analysis of documents in adversary proceeding | 6.40 |
| 05/01/20 | G. Fromer | | Review documents marked as hot during first level review to prepare to discuss findings during first level review | 1.50 |



Re:    **Jointly Asserted Causes of Action**                      Bill Number: 356200
                                                                  File Number: 19609-0002
                                                                  Page 3

| 05/01/20 | G. Fromer | Discuss findings of first level document review and discuss next steps for drafting summaries of documents of interest | 1.00 |
|---|---|---|---|
| 05/01/20 | G. Fromer | Review Plaintiff's Opposition Briefs to Motion to Dismiss and Paul Weiss Interview of Scott Charles for factual issues relating to Lands End and Seritage | 2.50 |
| 05/01/20 | H. Zimmer | Draft email to Blackstone counsel concerning subpoena and confer with KK and Linda Schepp on same | .50 |
| 05/01/20 | H. Zimmer | Review materials in preparation for call concerning document review in adversary proceeding | .30 |
| 05/01/20 | H. Zimmer | Conference call on review of documents produced in adversary proceeding | 1.00 |
| 05/01/20 | H. Zimmer | Confer on review of documents produced in adversary proceeding | .80 |
| 05/01/20 | J. D'Angelo | Catch up on e-mail re: latest filings; review final version of Opposition to ESL Defendants' motion to dismiss. | 1.30 |
| 05/01/20 | K. Kolb | Review team call to discuss further work product and review streams | .90 |
| 05/01/20 | K. Kolb | Analyze further Blackstone's custodian proposal | .20 |
| 05/01/20 | K. Kolb | Draft email to counsel for ESL regarding Blackstone parameters | .20 |



| Re: | **Jointly Asserted Causes of Action** | | Bill Number: 356200 |
|-----|---|---|---|

File Number: 19609-0002
Page 4

| 05/01/20 | K. Kolb | Analyze custodian metrics from LS for Blackstone subpoena | .50 |
|---|---|---|---|
| 05/01/20 | K. Kolb | Draft review plan for second level review | .40 |
| 05/01/20 | L. Schepp | Revise hot document issue searches for attorney reviews. | 5.20 |
| 05/01/20 | L. Schepp | Discussion with team regarding document review protocol. | .20 |
| 05/01/20 | L. Schepp | Revise document review protocol based on team input. | 1.40 |
| 05/01/20 | L. Schepp | Compile additional Blackstone related emails for attorney review | 1.70 |
| 05/01/20 | S. Stockman | Strategize document review and coordination of topical review. | .90 |
| 05/03/20 | D. Field | Review documents produced in adversary proceeding | .70 |
| 05/03/20 | K. Kolb | Analyze documents requiring further review | 1.00 |
| 05/04/20 | D. Field | Continue review of documents produced in adversary proceeding | 2.60 |
| 05/04/20 | E. Plowman | Review and analyze documents in adversary proceeding | 8.10 |
| 05/04/20 | H. Zimmer | Confer with Kyle Kolb and Chris Carty concerning subpoena on Richards Layton | .20 |
| 05/04/20 | H. Zimmer | Confer with Kyle Kolb and Wilmer Hale concerning Blackstone subpoena | .10 |
| 05/04/20 | K. Kolb | Analyze recent production from Sears's Delaware counsel | .20 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 5

| 05/04/20 | K. Kolb | Review opposition briefs | 1.40 |
| 05/04/20 | L. Schepp | Revise hot docs searches to reduce duplicates in documents for review. | 5.10 |
| 05/05/20 | C. Carty | Correspondence related to third party discovery in connection with prepetition transfer adversary proceeding. | .50 |
| 05/05/20 | C. Carty | Review and comment on task list. | .40 |
| 05/05/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.50 |
| 05/05/20 | D. Field | Continue review of documents produced in adversary proceeding | 1.10 |
| 05/05/20 | E. Plowman | Review and analyze documents in adversary proceeding | 7.80 |
| 05/05/20 | G. Fromer | Discuss strategy for reviewing and summarizing documents of interest | .10 |
| 05/05/20 | H. Zimmer | Analyze requests for production from Cascade and Cyrus Defendants and proposed search parameters, revise proposed search parameters to Cyrus and confer with Kyle Kolb and Chris Carty on same | 1.30 |
| 05/05/20 | H. Zimmer | Revise discovery table and confer with Kyle Kolb and Chris Carty on same | .30 |



| Re: | **Jointly Asserted Causes of Action** | | Bill Number: 356200 |
|---|---|---|---|

File Number: 19609-0002

Page 6

| 05/05/20 | H. Zimmer | Confer with Kyle Kolb, Jason D'Angelo, and Chris Carty on status of defendant and third-party discovery and revise memorandum on open items | 1.10 |
|---|---|---|---|
| 05/05/20 | H. Zimmer | Review documents produced in adversary proceeding and confer with Kyle Kolb and Gabrielle Fromer on same | 1.00 |
| 05/05/20 | H. Zimmer | Confer with Chris Carty on deloitte subpoena | .10 |
| 05/05/20 | H. Zimmer | Confer with Gabrielle Fromer on memorandum concerning evaluation of claims | .20 |
| 05/05/20 | J. D'Angelo | E-mail re: team task list; review same. | .20 |
| 05/05/20 | K. Kolb | Analyze opposition briefs | 1.00 |
| 05/05/20 | K. Kolb | Revise discovery tracking chart | .20 |
| 05/05/20 | K. Kolb | Revise task list | .40 |
| 05/05/20 | K. Kolb | Respond to queries regarding second level review | .50 |
| 05/05/20 | S. O'Donnell | Document review. | 1.00 |
| 05/06/20 | C. Carty | Analyze issues related to document review in connection with prepetition transfer adversary proceeding. | 1.20 |
| 05/06/20 | D. Field | Review project task list and upcoming deadlines | .10 |
| 05/06/20 | E. Plowman | Review and analyze documents in adversary proceeding | 5.10 |



| Re: | **Jointly Asserted Causes of Action** | | | Bill Number: 356200 |
|---|---|---|---|---|

File Number: 19609-0002

Page 7

| 05/06/20 | H. Zimmer | Confer with Chris Carty on review of documents produced in adversary proceeding | .40 |
|---|---|---|---|
| 05/06/20 | H. Zimmer | Review documents produced in adversary proceeding and  confer with Kyle Kolb and Gabrielle Fromer on same | .40 |
| 05/06/20 | J. D'Angelo | Review team task list and emails re: same. | .30 |
| 05/06/20 | K. Kolb | Revise task list | .10 |
| 05/06/20 | L. Schepp | Compile update key names list for attorney review. | 1.40 |
| 05/06/20 | L. Schepp | Compile Deloitte names for attorney review. | .70 |
| 05/06/20 | S. O'Donnell | Review task list regarding status of case. | .20 |
| 05/07/20 | C. Carty | Analyze proposed search terms to Cyrus for discovery related to prepetition transfer adversary proceeding. | .80 |
| 05/07/20 | C. Carty | Draft correspondence to recipient of third party subpoena in connection with prepetition transfer adversary proceeding. | .90 |
| 05/07/20 | E. Plowman | Review and analyze documents in adversary proceeding | 5.60 |
| 05/07/20 | G. Fromer | Summarize documents of interest regarding Seritage | .50 |
| 05/07/20 | G. Fromer | Summarize documents of interest regarding Lands End Spinoff | 2.90 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 8

| 05/07/20 | H. Zimmer | Confer with Gabrielle Fromer and Linda Schepp on review of documents produced in advesary proceeding and outstanding assignments | .30 |
| 05/07/20 | H. Zimmer | Revise proposed parameters to Cyrus and draft email to Cyrus and confer with Chris Carty and Kyle Kolb on same | .80 |
| 05/07/20 | H. Zimmer | Review email to Aronstam concerning subpoena | .20 |
| 05/07/20 | H. Zimmer | Confer with Kyle Kolb on third-party discovery | .10 |
| 05/07/20 | K. Kolb | Draft email to counsel for Blackstone regarding subpoena parameters | .10 |
| 05/07/20 | K. Kolb | Revise email to Aronstam | .20 |
| 05/07/20 | L. Schepp | Update Relativity searches for attorney review. | 2.30 |
| 05/08/20 | C. Carty | Review and revise draft interim fee application. | 4.50 |
| 05/08/20 | C. Carty | Attention to issues related to third party discovery. | 1.10 |
| 05/08/20 | E. Plowman | Review and analyze documents in adversary proceeding | 2.10 |
| 05/08/20 | G. Fromer | Summarize documents of interest regarding Seritage | 3.10 |
| 05/08/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries for same | 2.60 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 9

| 05/08/20 | H. Zimmer | Revise proposed search parameters to cyrus defendants and confer with Chris Carty and Kyle Kolb on same and third-party discovery | 1.20 |
| 05/08/20 | H. Zimmer | Confer with Kyle Kolb and Chris Carty concerning third-party discovery subpoenas and discovery on Cyrus Defendants and draft document compiling same | .70 |
| 05/08/20 | K. Kolb | Analyze proposal to counsel to Cyrus | .20 |
| 05/08/20 | K. Kolb | Call with LS to discuss gathering prior filings | .40 |
| 05/08/20 | L. Schepp | Compile Cyrus ECF filings for attorney review. | 4.80 |
| 05/09/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries for same | 5.80 |
| 05/09/20 | K. Kolb | Analyze oppositions to motion to dismiss | .80 |
| 05/10/20 | C. Carty | Review and revise draft interim fee application. | 2.80 |
| 05/10/20 | E. Plowman | Review and analyze documents in adversary proceeding. | 1.60 |
| 05/10/20 | H. Zimmer | Revise and finalize UBS subpoena, document requests, and notice of intent and confer with Chris Carty on same | 1.00 |
| 05/10/20 | H. Zimmer | Revise UBS subpoena and confer with Chris Carty on same | .70 |



| | | | |
|---|---|---|---|
| Re: | **Jointly Asserted Causes of Action** | | Bill Number: 356200 |
| | | | File Number: 19609-0002 |
| | | | Page 10 |

| | | | |
|---|---|---|---|
| 05/11/20 | C. Carty | Review third party subpoena prior to service. | .40 |
| 05/11/20 | C. Carty | Analyze issues related to third party document requests in connection with prepetition transfer adversary proceeding. | .50 |
| 05/11/20 | C. Carty | Review and revise draft interim fee application. | 7.50 |
| 05/11/20 | D. Kopf | Arrange for Service of third-party subpoena on UBS Securities. | .30 |
| 05/11/20 | E. Plowman | Review and analyze documents in adversary proceeding. | 2.10 |
| 05/11/20 | G. Fromer | Summarize and tag documents of interest relating to Seritage transaction | 4.30 |
| 05/11/20 | H. Zimmer | Finalize Notice of intent to serve subpoena on UBS and UBS subpoena and send same to counsel in Sears and Doug Kopf for service and confer with Chris Carty on same | .80 |
| 05/11/20 | H. Zimmer | Draft email to Cyrus' counsel and send proposed parameters to Cyrus counsel and confer with Chris Carty on same | .30 |
| 05/11/20 | H. Zimmer | Confer with Chris Carty and Kyle Kolb on proposed parameters to Cyrus | .30 |
| 05/11/20 | H. Zimmer | Review documents produced in adversary proceeding in connection with Wachtell subpoena and confer with Chris Carty on same | .70 |



Re:  **Jointly Asserted Causes of Action**                                    Bill Number: 356200
                                                                               File Number: 19609-0002
                                                                               Page 11

| | | | |
|---|---|---|---|
| 05/11/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries for same | 3.90 |
| 05/11/20 | K. Kolb | Revise summary of Lands End documents | .60 |
| 05/11/20 | L. Schepp | Compile related Cyrus ECF filings for attorney review. | 3.00 |
| 05/11/20 | L. Schepp | Update document production index. | .60 |
| 05/12/20 | C. Carty | Review and revise draft interim fee application. | 4.50 |
| 05/12/20 | C. Carty | Correspondence re third party discovery. | .50 |
| 05/12/20 | C. Carty | Correspondence re document review. | .20 |
| 05/12/20 | C. Carty | Call with H. Zimmer re certain third party discovery. | .20 |
| 05/12/20 | G. Fromer | Summarize and tag documents of interest relating to Seritage transaction | 2.30 |
| 05/12/20 | H. Zimmer | Analyze responses and objections from Girard Sharp and Robbins LLP on subpoenas and confer with Chris Carty on same | .20 |
| 05/12/20 | H. Zimmer | Revise memorandum on ongoing discovery and research related tasks and confer with KK on same | .20 |
| 05/12/20 | H. Zimmer | Revise discovery chart for conference and confer with Akin on same | .20 |



Re:    **Jointly Asserted Causes of Action**

Bill Number: 356200
File Number: 19609-0002
Page 12

| 05/12/20 | H. Zimmer | Confer with Akin on subpoenas to third parties | .10 |
|---|---|---|---|
| 05/12/20 | K. Kolb | Revise discovery status | .20 |
| 05/13/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 3.50 |
| 05/13/20 | G. Fromer | Summarize and tag documents of interest relating to Seritage transaction | 5.30 |
| 05/13/20 | G. Fromer | Summarize and tag documents of interest relating to Seritage derivative litigation | 1.10 |
| 05/13/20 | G. Fromer | Conduct legal research on applicable statute of limitations to claim of aiding and abetting breach of fiduciary duty | 1.00 |
| 05/13/20 | H. Zimmer | Confer with KK on Blackstone subpoena, confer with EP on outstanding deadlines concerning discovery and filings, and confer with KK, DF, SS, GF, and EP on outstanding assignments | .30 |
| 05/13/20 | H. Zimmer | Confer with Gabrielle Fromer, Kyle Kolb, and Silvia Stockman on review of documents produced in adversary proceeding and summaries incorporating information from same | .20 |



Re: **Jointly Asserted Causes of Action**

Bill Number: 356200
File Number: 19609-0002
Page 13

| | | | |
|---|---|---|---|
| 05/13/20 | H. Zimmer | Confer with Gabrielle Fromer on research for statute of limitations and choice of law in connection claims asserted in the complaint and review research on same | .30 |
| 05/13/20 | H. Zimmer | Review email from Blackstone and confer with KK on status of blackstone production, discovery, and court conference | .20 |
| 05/13/20 | J. D'Angelo | Review team task list. | .10 |
| 05/13/20 | K. Kolb | Draft email to counsel for Blackstone | .20 |
| 05/13/20 | K. Kolb | Discuss research with H. Zimmer | .10 |
| 05/13/20 | L. Schepp | Compile additional Cyrus ECF filings, per K. Kolb. | 4.70 |
| 05/14/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 3.80 |
| 05/14/20 | C. Carty | Correspond with co-counsel re case budget. | .40 |
| 05/14/20 | C. Carty | Finalize and file interim fee application. | .70 |
| 05/14/20 | C. Carty | Call with recipient of third party subpoena re subpoena. | .30 |
| 05/14/20 | D. Field | Continue review of documents produced in adversary proceeding | .20 |



Re:    **Jointly Asserted Causes of Action**

Bill Number: 356200
File Number: 19609-0002
Page 14

| | | | |
|---|---|---|---|
| 05/14/20 | H. Zimmer | Meet and confer with Ross Aronstam and Wilmer Hale concerning Ross Aronstam subpoena and confer with Kyle Kolb and Chris Carty on same | .50 |
| 05/14/20 | H. Zimmer | Confer with Dan Field on review of documents produced in adversary proceeding and summaries on same | .20 |
| 05/14/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 2.00 |
| 05/14/20 | H. Zimmer | Email Gabrielle Fromer research regarding claims analysis on statute of limitations for fraud and negligentt representation. | .30 |
| 05/14/20 | K. Kolb | Conference call with Aronstam regarding subpoena | .30 |
| 05/15/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.50 |
| 05/15/20 | D. Field | Continue review of documents produced in adversary proceeding | 1.20 |
| 05/15/20 | G. Fromer | Research statute of limitations and choice of law for potential claims and revise memorandum on potential claims | 2.50 |
| 05/15/20 | G. Fromer | Discuss choice of law analysis for research on potential claims | .20 |
| 05/15/20 | H. Zimmer | Review email from Wachtell concerning subpoena | .10 |



Re:    **Jointly Asserted Causes of Action**                          Bill Number: 356200
                                                                       File Number: 19609-0002
                                                                       Page 15

| | | | |
|---|---|---|---|
| 05/15/20 | H. Zimmer | Confer with Gabrielle Fromer regarding claims analysis research | .20 |
| 05/15/20 | H. Zimmer | Confer with Elizabeth Plowman and Kyle Kolb on discovery deadlines | .10 |
| 05/16/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 3.60 |
| 05/17/20 | D. Field | Review documents produced in adversary proceeding | 1.10 |
| 05/18/20 | C. Carty | Analyze issues related to third party discovery in connection with prepetition litigation adversary proceeding (1.1); correspondence re same (0.3). | 1.40 |
| 05/18/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.20 |
| 05/18/20 | D. Field | Review documents produced in adversary proceeding | 4.00 |
| 05/18/20 | E. Plowman | Review and analyze documents in adversary proceeding | 3.00 |
| 05/18/20 | G. Fromer | Research regarding claims analysis. | 4.60 |
| 05/18/20 | H. Zimmer | Call with GF to discuss research on claims | .10 |
| 05/18/20 | H. Zimmer | Confer with KK on Richards Layton document production | .10 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
File Number: 19609-0002
Page 16

| 05/18/20 | H. Zimmer | Review email from Wachtell concerning subpoena and confer with KK and CC on Richards Layton subpoena | .10 |
| 05/19/20 | C. Carty | Call with K. Kolb and H. Zimmer re review of third party document production in connection with prepetition transfer adversary proceeding. | .30 |
| 05/19/20 | E. Plowman | Review and analyze documents in adversary proceeding | 1.30 |
| 05/19/20 | G. Fromer | Research and revise memorandum on potential claims | 2.80 |
| 05/19/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding | 2.00 |
| 05/19/20 | H. Zimmer | Confer with KK and CC on documents produced by Richards Layton and review materials from Richards Layton | .40 |
| 05/19/20 | H. Zimmer | Revise memorandum on discovery conducted by Herrick and send same to Dean Chapman | .30 |
| 05/19/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 2.80 |
| 05/19/20 | H. Zimmer | Analyze memorandum of law submitted in support of opposition to motion to dismiss | .40 |



Re:   **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                               File Number: 19609-0002
                                                               Page 17

| 05/19/20 | J. D'Angelo | Catch up on e-mail; review letter and response to same regarding discovery issues; review recent order and e-mail re: pretrial conference. | .70 |
| 05/19/20 | L. Schepp | Update index of H5 Relativity workspace to identify location of potentially relevant documents for review. | 3.70 |
| 05/20/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.80 |
| 05/20/20 | D. Field | Review documents produced in adversary proceeding | .20 |
| 05/20/20 | E. Plowman | Review and analyze documents in adversary proceeding | 3.80 |
| 05/20/20 | G. Fromer | Research and revise memorandum on potential claims | 1.60 |
| 05/20/20 | G. Fromer | Discuss choice of law analysis of claims research | .30 |
| 05/20/20 | G. Fromer | Review Plaintiffs' Brief in Opposition to Motion to Dismiss Plaintiffs' Breach of Fiduciary Duty, Aiding & Abetting Breach of Fiduciary Duty and Illegal Dividend claims, and revise facts section of potential claims memo, and draft key players list | 1.90 |



| Re: | **Jointly Asserted Causes of Action** | | Bill Number: 356200 |
|---|---|---|---|
| | | | File Number: 19609-0002 |
| | | | Page 18 |

| | | | |
|---|---|---|---|
| 05/20/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and confer with Linda Schepp on same | 5.40 |
| 05/20/20 | H. Zimmer | Review memorandum on research concerning claims from Gabrielle Fromer, confer with her on same, and conduct research on claims brought in complaint | .60 |
| 05/20/20 | H. Zimmer | Revise memorandum on ongoing assignments and discovery with third-parties and confer with KK on same | .30 |
| 05/20/20 | H. Zimmer | Review docket and our papers to see what to be sent to CC and SO for conference and confer with KK | .50 |
| 05/20/20 | J. D'Angelo | Review emails from co-counsel and counsel for ESL/Lampert re: discovery issues; review task list. | .40 |
| 05/20/20 | K. Kolb | Discuss research status with HZ | .20 |
| 05/20/20 | L. Schepp | Review metadata in Relativity H5 workspace in preparation for attorney document relevance review. | 1.70 |
| 05/20/20 | L. Schepp | Compile various custodian information from Relativity H5 workspace in preparation for attorneys document relevance review. | .90 |



Re:    **Jointly Asserted Causes of Action**                     Bill Number: 356200
                                                                 File Number: 19609-0002
                                                                 Page 19

| 05/21/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 1.50 |
|---|---|---|---|
| 05/21/20 | D. Field | Review documents produced in adversary proceeding | 4.40 |
| 05/21/20 | E. Plowman | Review and analyze documents in adversary proceeding | 1.00 |
| 05/21/20 | G. Fromer | Review Plaintiffs' Brief in Opposition to Motion to Dismiss Plaintiffs' Breach of Fiduciary Duty, Aiding & Abetting Breach of Fiduciary Duty and Illegal Dividend claims, and revise facts section of potential claims memo | 5.50 |
| 05/21/20 | H. Zimmer | Confer with KK and CC on pre-trial conference | .10 |
| 05/21/20 | H. Zimmer | Conduct research in response to objections from Robbins and Girard | 1.30 |
| 05/21/20 | H. Zimmer | Confer with Gabrielle Fromer on research for assertion of claims and review of documents produced in adversary proceeding | .10 |
| 05/21/20 | H. Zimmer | Confer with LS on doc review | .30 |
| 05/21/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and confer with Linda Schepp on same | 2.00 |
| 05/21/20 | H. Zimmer | Confer with counsel for Blackstone concerning document production in response to subpoena | .10 |



Re: **Jointly Asserted Causes of Action**

Bill Number: 356200
File Number: 19609-0002
Page 20

| | | | |
|---|---|---|---|
| 05/21/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding | 4.80 |
| 05/21/20 | K. Kolb | Discuss RLF review with H. Zimmer and L. Schepp | .20 |
| 05/21/20 | L. Schepp | Discussions with H5 vendor regarding threading and creating chronology sets for attorney review | 2.80 |
| 05/21/20 | L. Schepp | Work with H. Zimmer on structuring searches for review | 2.00 |
| 05/21/20 | S. O'Donnell | Review discovery correspondence. | .20 |
| 05/22/20 | C. Carty | Analyze issues related to third party discovery in connection with prepetition transfer adversary proceeding. | .60 |
| 05/22/20 | C. Carty | Review and analyze letter from co-counsel to defendants in connection with meet and confer in prepetition transfer adversary proceeding. | .70 |
| 05/22/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.50 |
| 05/22/20 | E. Plowman | Review and analyze documents in adversary proceeding | .90 |
| 05/22/20 | G. Fromer | Review Plaintiffs' Briefs in Opposition to Motion to Dismiss, and revise facts section of potential claims memo | 2.40 |
| 05/22/20 | G. Fromer | Discuss choice of law analysis | .20 |
| 05/22/20 | H. Zimmer | Confer with GF on legal research analyzing claims | .30 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 21

| | | | |
|---|---|---|---|
| 05/22/20 | H. Zimmer | Review emails from UBS concerning subpoena, email UBS in response, and confer with Chris Carty on same | .30 |
| 05/22/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding | 5.40 |
| 05/22/20 | H. Zimmer | Review letter to Judge Drain filed by Akin Gump and confer with Kyle Kolb on same | .20 |
| 05/22/20 | H. Zimmer | Review email from Blackstone's counsel concerning subpoena and meet and confer | .10 |
| 05/22/20 | J. D'Angelo | Review letter to Judge Drain re: e-briefs. | .20 |
| 05/23/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 5.10 |
| 05/24/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 2.20 |
| 05/25/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 2.50 |
| 05/26/20 | C. Carty | Participate in discovery meet and confer in connection with prepetition transfer causes of action and prepare for same. | 1.00 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 22

| 05/26/20 | C. Carty | Correspondence related to legal analysis in prepetition transfer adversary proceeding. | .50 |
| 05/26/20 | C. Carty | Analyze issues related to third party discovery in connection with prepetition transfer adversary proceeding. | .50 |
| 05/26/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 2.40 |
| 05/26/20 | D. Field | Review documents produced in adversary proceeding | 1.90 |
| 05/26/20 | G. Fromer | Review Plaintiffs' Briefs in Opposition to Motion to Dismiss, and revise facts section of potential claims memo | 3.00 |
| 05/26/20 | H. Zimmer | Revise discovery chart and confer with Chris Carty, Kyle Kolb, and Dean Chapman concerning same | .30 |
| 05/26/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 2.10 |
| 05/26/20 | H. Zimmer | Confer with Chris Carty concerning status conference | .10 |
| 05/26/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 5.80 |
| 05/26/20 | H. Zimmer | Review UBS' responses and objections to subpoena | .20 |



Re:    **Jointly Asserted Causes of Action**                          Bill Number: 356200
                                                                      File Number: 19609-0002
                                                                      Page 23

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/26/20 | H. Zimmer | Review opposition briefs submitted by Plaintiffs for arguments concerning release and derivative litigation and review document summaries concerning derivative litigation | .40 |
| 05/26/20 | J. D'Angelo | Review draft protective order; review document review status relating to Wachtell production; catch up on emails and filings. | 1.10 |
| 05/26/20 | K. Kolb | Revise summary of key documents regarding Seritage transaction | 1.50 |
| 05/26/20 | L. Schepp | Work with H. Zimmer regarding email threading for review of RL&F documents. | 1.40 |
| 05/27/20 | C. Carty | Analyze issues related to third party discovery. | 1.30 |
| 05/27/20 | C. Carty | Call with recipient of third party discovery re objections and scope of subpoena (0.3); prepare for same (0.4); review and analyze responses and objections to subpoena (0.6). | 1.30 |
| 05/27/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 1.90 |
| 05/27/20 | D. Field | Review documents produced in adversary proceeding | 1.00 |
| 05/27/20 | G. Fromer | Review Plaintiffs' Briefs in Opposition to Motion to Dismiss, and revise facts section of potential claims memo | 2.80 |



Re:    **Jointly Asserted Causes of Action**                    Bill Number: 356200
                                                                File Number: 19609-0002
                                                                Page 24

| 05/27/20 | G. Fromer | Review Amended Complaint, and revise facts section of potential claims memo | 1.10 |
|---|---|---|---|
| 05/27/20 | H. Zimmer | Review objections and materials for UBS and call with Chris Carty to discuss same and UBS supoena | .70 |
| 05/27/20 | H. Zimmer | Call with UBS and confer with Chris Carty on same | .60 |
| 05/27/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and confer with Chris Carty and Kyle Kolb on documents produced by Richards Layton | 1.10 |
| 05/27/20 | H. Zimmer | Review search parameters and communications with Blackstone in anticipation with call concerning subpoena and conduct call with Blackstone and Wilmer Hale concerning Blackstone subpoena and confer with KK on same | .70 |
| 05/27/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and document summaries and confer with KK on same | 1.40 |
| 05/27/20 | H. Zimmer | Task list and confer with KK and CC about third-party discovery | .30 |
| 05/27/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 3.20 |

 HERRICK

| Re: | **Jointly Asserted Causes of Action** | | Bill Number: 356200 |
| | | | File Number: 19609-0002 |
| | | | Page 25 |

| | | | |
|---|---|---|---|
| 05/27/20 | J. D'Angelo | Review letter to Defendants re: discovery issues; review team task list. | .20 |
| 05/27/20 | K. Kolb | Prepare for and attend meet and confer with counsel for Blackstone | .50 |
| 05/27/20 | K. Kolb | Analyze letter regarding meet and confer | .10 |
| 05/27/20 | K. Kolb | Analyze task list status | .10 |
| 05/27/20 | K. Kolb | Analyze and discuss key documents relating to Seritage transaction | .50 |
| 05/28/20 | C. Carty | Review and analyze documents produced in connection with prepetition transfer adversary proceeding. | 1.60 |
| 05/28/20 | C. Carty | Correspondence re status of certain third party discovery. | .50 |
| 05/28/20 | E. Plowman | Review and analyze documents in adversary proceeding | 1.20 |
| 05/28/20 | H. Zimmer | Confer with KK and CC on third-party discovery | .20 |
| 05/28/20 | H. Zimmer | Email counsel for Cyrus concerning document requests and production in response to same | .10 |
| 05/28/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same and confer with LS and KK on same | 5.20 |
| 05/28/20 | K. Kolb | Discuss discovery issues and status with C. Carty and H. Zimmer | .30 |



Re:    **Jointly Asserted Causes of Action**

Bill Number: 356200
File Number: 19609-0002
Page 26

| | | | |
|---|---|---|---|
| 05/28/20 | S. O'Donnell | Confer w/ akin re production; confer w/ team re same. | .20 |
| 05/29/20 | C. Carty | Revise correspondence to recipient of third party subpoena. | .30 |
| 05/29/20 | E. Plowman | Review and analyze documents in adversary proceeding | 5.50 |
| 05/29/20 | G. Fromer | Review Amended Complaint, and revise facts section of potential claims memo | 3.00 |
| 05/29/20 | H. Zimmer | E-mail Wachtell concerning progress on production in response to Wachtell subpoena | .10 |
| 05/29/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | 6.50 |
| 05/29/20 | S. O'Donnell | Doc review; prep for ptc. | 1.50 |
| 05/30/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and draft summaries reflecting information from same | .50 |
| 05/31/20 | H. Zimmer | Confer with Chris Carty on conference and prepare materials for same | .30 |
| 05/31/20 | H. Zimmer | Review and analyze documents produced in adversary proceeding and revise summaries reflecting information from same | 5.60 |
| | | **Total** | **$188,867.50** |



Re:    **Jointly Asserted Causes of Action**                    Bill Number:  356200
                                                                File Number:  19609-0002
                                                                Page 27

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| J. D'Angelo | 4.50 | 845.00 | 3,802.50 |
| C. Carty | 67.50 | 785.00 | 52,987.50 |
| K. Kolb | 13.50 | 610.00 | 8,235.00 |
| S. Stockman | .90 | 435.00 | 391.50 |
| D. Field | 22.50 | 435.00 | 9,787.50 |
| H. Zimmer | 109.00 | 435.00 | 47,415.00 |
| E. Plowman | 57.60 | 420.00 | 24,192.00 |
| G. Fromer | 57.50 | 420.00 | 24,150.00 |
| D. Kopf | .30 | 410.00 | 123.00 |
| L. Schepp | 43.60 | 335.00 | 14,606.00 |
| S. O'Donnell | 3.10 | 1025.00 | 3,177.50 |

## DISBURSEMENTS

| | |
|---|---|
| Online Research | 813.93 |
| Pacer Charges | 179.20 |
| **Total disbursements** | **$993.13** |



Re:     **Jointly Asserted Causes of Action**                    Bill Number:  356200
                                                                  File Number:  19609-0002
                                                                  Page 28

**TASK BILLING SUMMARY**

|  | Hours | Amount |
|---|---|---|
| – |  |  |
|  | 380.00 | $188,867.50 |
| **Subtotals** | **380.00** | **$188,867.50** |

## Exhibit D

### Disbursement Summary

| | |
|---|---|
| E-Discovery Data Hosting | $100.00 |
| Document Processing | $12.00 |
| Online Research Westlaw | $871.20 |
| Pacer | $179.20 |
| Professional Fees – Consultant Fees | $43,330.00 |
| **Total** | **$44,492.40** |

## Exhibit E

**Itemized Disbursement**

Costs Detail for May time invoice

Matter 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 06/01/2020 | 1309 | Christopher Carty | 026 | 1.00 | 43,330.00 | 43,330.00 | Expert Witness Fee | 9090167 |
| 06/30/2020 | | Invoice=356215 | | 1.00 | 43,330.00 | 43,330.00 | | |
| | | Voucher=258891 Unpaid | | | | | Vendor=Capital Market Risk Advisors  Balance= 43330.00 | |
| | | | | | | | Amount= 43330.00 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 43,330.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 43,330.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 43,330.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 43,330.00 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/30/2020 | 1330 | Linda Schepp | 075 | 1.00 | 57.27 | 57.27 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088007 |
| 06/30/2020 | | Invoice=356215 | | 1.00 | 57.27 | 57.27 | 0  Requested by:  SCHEPP,LINDA Transactions: 9 A | |
| | | | | | | | ccount #1000669670 --19609-0001C/M # Provided: 1 | |
| | | | | | | | 9609-0001 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 57.27 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 57.27 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 57.27 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 57.27 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/14/2020 | 0020 | Williams Lea | 105 | 1.00 | 12.00 | 12.00 | Williams Lea - WP Job # : 106049 - Requested By | 9086843 |
| 06/30/2020 | | Invoice=356215 | | 1.00 | 12.00 | 12.00 | - Poretsky, Larisa Description - WORD PROCESSIN | |
| | | | | | | | G-Page Numbering Document #13269265 Amount of Ho | |
| | | | | | | | urs:0.25C/M Inputted: 19609-0001 | |
| | | | | | | | | |
| | | Voucher=258428 Paid | | | | | Vendor=Williams Lea Inc.  Balance= .00  Amount= 10100.00 | |
| | | | | | | | Check #48896  06/30/2020 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 12.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 12.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 12.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 12.00 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 05/31/2020 | 0000 | Feinstein - Firm Herrick | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge | 9086913 |
| 06/30/2020 | | Invoice=356215 | | 1.00 | 100.00 | 100.00 | ID:  2550283 Case Description: Simon Property | |
| | | | | | | | Group - Sears Bankruptcy Database Creation | |
| | | | | | | | Date: 3/27/19 | |
| | | | | | | | | |
| | | BILLED TOTALS:    WORK: | | | | 100.00 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 100.00 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 100.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 100.00 | | |

Matter 2

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/06/2020 | 1005 | Laini John | 074 | 1.00 | 179.20 | 179.20 | PACER Invoice #2560425-Q12020 Usage Period: Jan | 9084701 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 179.20 | 179.20 | uary 2020 - March 2020 Pages: 1792.00 - C/M # Pr | |
| | | | | | | | ovided: 19609-0002 | |
| | | | | | | | | |
| | | | | | | | | |
| | | Voucher=258226 Paid | | | | | Vendor=Pacer Service Center  Balance= .00  Amount= 3574.10 | |
| | | | | | | | Check #48623  05/21/2020,  48623  06/30/2020 | |
| | | BILLED TOTALS:    WORK: | | | | 179.20 | 1 records | |
| | | BILLED TOTALS:    BILL: | | | | 179.20 | | |
| | | | | | | | | |
| | | GRAND TOTAL:    WORK: | | | | 179.20 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 179.20 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 04/05/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 272.92 | 272.92 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088013 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 272.92 | 272.92 | 0  Requested by:  ZIMMER,HEATHER Transactions: 5 | |
| | | | | | | | 6 Account #1000669670 --19609-0002C/M # Provided | |
| | | | | | | | : 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |
| 04/06/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 28.63 | 28.63 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088014 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 28.63 | 28.63 | 0  Requested by:  ZIMMER,HEATHER Transactions: 8 | |
| | | | | | | | Account #1000669670 --19609-0002C/M # Provided: | |
| | | | | | | | 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |
| 04/20/2020 | 1309 | Christopher Carty | 075 | 1.00 | 28.63 | 28.63 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088008 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 28.63 | 28.63 | 0  Requested by:  CARTY,CHRISTOPHER Transactions | |
| | | | | | | | : 11 Account #1000669670 --19609-0002C/M # Provi | |
| | | | | | | | ded: 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |
| 04/20/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 187.01 | 187.01 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088012 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 187.01 | 187.01 | 0  Requested by:  ZIMMER,HEATHER Transactions: 4 | |
| | | | | | | | 0 Account #1000669670 --19609-0002C/M # Provided | |
| | | | | | | | : 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |
| 04/21/2020 | 1326 | Kyle Kolb | 075 | 1.00 | 28.63 | 28.63 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088010 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 28.63 | 28.63 | 0  Requested by:  KOLB,KYLE Transactions: 35 Acc | |
| | | | | | | | ount #1000669670 --19609-0002C/M # Provided: 196 | |
| | | | | | | | 09-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw  Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901  06/30/2020 | |

| Date | Code | Name | Dept | Qty | Amount | Amount | Description | Ref |
|------|------|------|------|-----|--------|--------|-------------|-----|
| 04/22/2020 | 1326 | Kyle Kolb | 075 | 1.00 | 43.25 | 43.25 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088009 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 43.25 | 43.25 | 0 Requested by: KOLB,KYLE Transactions: 15 Acc | |
| | | | | | | | ount #1000669670 --19609-0002C/M # Provided: 196 | |
| | | | | | | | 09-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901 06/30/2020 | |
| 04/22/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 57.27 | 57.27 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088016 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 57.27 | 57.27 | 0 Requested by: ZIMMER,HEATHER Transactions: 2 | |
| | | | | | | | 1 Account #1000669670 --19609-0002C/M # Provided | |
| | | | | | | | : 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901 06/30/2020 | |
| 04/23/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 81.69 | 81.69 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088015 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 81.69 | 81.69 | 0 Requested by: ZIMMER,HEATHER Transactions: 6 | |
| | | | | | | | 2 Account #1000669670 --19609-0002C/M # Provided | |
| | | | | | | | : 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901 06/30/2020 | |
| 04/23/2020 | 1326 | Kyle Kolb | 075 | 1.00 | 28.63 | 28.63 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088011 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 28.63 | 28.63 | 0 Requested by: KOLB,KYLE Transactions: 10 Acc | |
| | | | | | | | ount #1000669670 --19609-0002C/M # Provided: 196 | |
| | | | | | | | 09-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901 06/30/2020 | |
| 04/28/2020 | 1319 | Heather Zimmer | 075 | 1.00 | 57.27 | 57.27 | West Invoice #842383802 Usage Charges of: 4/1/2 | 9088017 |
| 06/30/2020 | | Invoice=356200 | | 1.00 | 57.27 | 57.27 | 0 Requested by: ZIMMER,HEATHER Transactions: 9 | |
| | | | | | | | 8 Account #1000669670 --19609-0002C/M # Provided | |
| | | | | | | | : 19609-0002 | |
| | | | | | | | | |
| | | Voucher=258563 Paid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= .00 | |
| | | | | | | | Amount= 54777.37 | |
| | | | | | | | Check #48901 06/30/2020 | |
| | | BILLED TOTALS: WORK: | | | | 813.93 | 10 records | |
| | | BILLED TOTALS: BILL: | | | | 813.93 | | |



Invoice ID: 2020-00258
Account number: 26
Project Id: 26
Invoice date: June 1, 2020

Capital Market Risk Advisors
4851 Tamiami Trail North
Suite 243
Naples, FL 34103
Attn: Accounting

Kyle Kolb

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016

| Invoice Total | | | $43,330.00 |
|---|---|---|---|

**See attached spreadsheet for invoice specification.**

| NAME | AVERAGE RATE | TOTAL HOURS | TOTAL AMOUNT |
|---|---|---|---|
| Nie | 325.00 | 36.8 | 11,960.00 |
| Niculescu | 1,250.00 | 21.6 | 27,000.00 |
| Iacono | 1,150.00 | 3.8 | 4,370.00 |
| **Grand Total** | **$841.33** | **62.2** | **$43,330.00** |

Please note the total unpaid balance to date is $103,932.50

Please remit payment with the statement number to Capital Market Risk Advisors at the address listed above or via wire.  Contact QBTeam@advancedprofessional.net for wire instructions.