Defendant: **Afranji Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,981.90 | 7/17/18 | 611680712186045 | 7/12/18 | $3,087.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,981.90 | 7/17/18 | 611680713186045 | 7/13/18 | $1,894.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,607.41 | 7/18/18 | 611680714186045 | 7/14/18 | $947.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,607.41 | 7/18/18 | 611680715186045 | 7/15/18 | $2,659.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,095.82 | 7/23/18 | 611680718186045 | 7/18/18 | $1,095.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,479.81 | 7/24/18 | 611680719186045 | 7/19/18 | $1,397.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,479.81 | 7/24/18 | 611680720186045 | 7/20/18 | $1,081.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,018.18 | 7/25/18 | 611680721186045 | 7/21/18 | $2,785.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,018.18 | 7/25/18 | 611680722186045 | 7/22/18 | $2,233.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,931.10 | 7/27/18 | 611680724186045 | 7/24/18 | $1,931.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,060.91 | 7/30/18 | 611680725186045 | 7/25/18 | $1,060.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,807.15 | 7/31/18 | 611680726186045 | 7/26/18 | $1,837.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,807.15 | 7/31/18 | 611680727186045 | 7/27/18 | $2,970.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,947.85 | 8/1/18 | 611680728186045 | 7/28/18 | $1,881.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,947.85 | 8/1/18 | 611680729186045 | 7/29/18 | $1,066.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,216.12 | 8/3/18 | 611680731186045 | 7/31/18 | $3,216.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $907.32 | 8/6/18 | 611680801186045 | 8/1/18 | $907.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,577.50 | 8/7/18 | 611680802186045 | 8/2/18 | $2,853.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,577.50 | 8/7/18 | 611680803186045 | 8/3/18 | $3,723.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,750.58 | 8/8/18 | 611680804186045 | 8/4/18 | $3,103.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,750.58 | 8/8/18 | 611680805186045 | 8/5/18 | $1,647.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $833.88 | 8/10/18 | 611680807186045 | 8/7/18 | $833.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,029.73 | 8/13/18 | 611680808186045 | 8/8/18 | $3,029.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,048.98 | 8/14/18 | 611680809186045 | 8/9/18 | $1,536.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,048.98 | 8/14/18 | 611680810186045 | 8/10/18 | $2,512.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,436.76 | 8/15/18 | 611680811186045 | 8/11/18 | $1,793.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,436.76 | 8/15/18 | 611680812186045 | 8/12/18 | $2,643.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,529.34 | 8/17/18 | 611680814186045 | 8/14/18 | $2,529.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,018.09 | 8/21/18 | 611680816186045 | 8/16/18 | $1,883.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,018.09 | 8/21/18 | 611680817186045 | 8/17/18 | $2,134.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,785.66 | 8/22/18 | 611680818186045 | 8/18/18 | $1,221.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,785.66 | 8/22/18 | 611680819186045 | 8/19/18 | $4,564.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $499.85 | 8/24/18 | 611680821186045 | 8/21/18 | $499.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,482.34 | 8/27/18 | 611680822186045 | 8/22/18 | $5,482.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,059.05 | 8/28/18 | 611680823186045 | 8/23/18 | $1,166.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,059.05 | 8/28/18 | 611680824186045 | 8/24/18 | $892.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,007.51 | 8/29/18 | 611680825186045 | 8/25/18 | $1,422.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,007.51 | 8/29/18 | 611680826186045 | 8/26/18 | $1,584.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $348.95 | 8/31/18 | 611680828186045 | 8/28/18 | $348.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,770.99 | 9/3/18 | 611680829186045 | 8/29/18 | $3,770.99 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,883.33 | 9/4/18 | 611680830186045 | 8/30/18 | $704.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,883.33 | 9/4/18 | 611680831186045 | 8/31/18 | $3,178.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,815.89 | 9/5/18 | 611680902186045 | 9/2/18 | $5,815.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,905.96 | 9/10/18 | 611680905186045 | 9/5/18 | $4,905.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,915.16 | 9/11/18 | 611680906186045 | 9/6/18 | $3,073.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,915.16 | 9/11/18 | 611680907186045 | 9/7/18 | $2,841.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,428.35 | 9/12/18 | 611680908186045 | 9/8/18 | $1,769.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,428.35 | 9/12/18 | 611680909186045 | 9/9/18 | $2,659.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $955.16 | 9/14/18 | 611680911186045 | 9/11/18 | $955.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,620.49 | 9/17/18 | 611680912186045 | 9/12/18 | $1,620.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,866.03 | 9/18/18 | 611680913186045 | 9/13/18 | $2,042.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,866.03 | 9/18/18 | 611680914186045 | 9/14/18 | $2,823.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,022.86 | 9/19/18 | 611680915186045 | 9/15/18 | $1,495.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,022.86 | 9/19/18 | 611680916186045 | 9/16/18 | $2,527.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,412.76 | 9/24/18 | 611680919186045 | 9/19/18 | $2,412.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,615.29 | 9/25/18 | 611680920186045 | 9/20/18 | $2,017.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,615.29 | 9/25/18 | 611680921186045 | 9/21/18 | $5,598.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,824.06 | 9/26/18 | 611680922186045 | 9/22/18 | $2,593.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,824.06 | 9/26/18 | 611680923186045 | 9/23/18 | $1,230.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,270.02 | 9/28/18 | 611680925186045 | 9/25/18 | $2,270.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,767.83 | 10/1/18 | 611680926186045 | 9/26/18 | $2,767.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,433.65 | 10/2/18 | 611680927186045 | 9/27/18 | $3,099.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,433.65 | 10/2/18 | 611680928186045 | 9/28/18 | $1,334.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,720.98 | 10/3/18 | 611680929186045 | 9/29/18 | $2,417.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,720.98 | 10/3/18 | 611680930186045 | 9/30/18 | $1,303.21 |

Totals:     42 transfer(s),  $146,690.60