Defendant: **Agglo Corporation Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,877.61 | 7/17/18 | 201818007962 | 4/23/18 | $18,877.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,421.38 | 9/7/18 | 201819240829 | 6/10/18 | $14,317.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,421.38 | 9/7/18 | 201819240829 | 6/10/18 | $9,063.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,421.38 | 9/7/18 | 201819240829 | 6/10/18 | $6,177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,421.38 | 9/7/18 | 201819240829 | 6/10/18 | $5,998.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,421.38 | 9/7/18 | 201819546840 | 6/10/18 | $2,864.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $48,634.44 | 9/11/18 | 201819402975 | 6/12/18 | $19,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $48,634.44 | 9/11/18 | 201819241148 | 6/12/18 | $16,414.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $48,634.44 | 9/11/18 | 201819312991 | 6/12/18 | $12,240.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,813.36 | 9/17/18 | 201819402633 | 6/18/18 | $5,301.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,813.36 | 9/17/18 | 201819402633 | 6/18/18 | $4,512.00 |

Totals:    4 transfer(s),  $115,746.79