Defendant: **Aniket Metals Pvt Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,036.61 | 8/22/18 | 201820028489 | 7/9/18 | $68,036.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,067.76 | 9/5/18 | 201820266738 | 7/23/18 | $2,067.76 |
| Totals: | 2 transfer(s), $70,104.37 | | | | | | |