Defendant: **Beijing Gongmei Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,322.75 | 8/10/18 | 201819528300 | 6/14/18 | $41,303.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,322.75 | 8/10/18 | 201819528763 | 6/16/18 | $43,266.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,322.75 | 8/10/18 | 201819528763 | 6/16/18 | $1,752.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061113 | 7/5/18 | $15,817.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061113 | 7/5/18 | $13,971.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061293 | 7/7/18 | $20,645.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061293 | 7/7/18 | $17,970.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061293 | 7/7/18 | $132.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,665.67 | 9/4/18 | 201820061293 | 7/7/18 | $129.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,346.50 | 9/17/18 | 201820415575 | 7/18/18 | $17,346.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $21,613.82 | 9/18/18 | 201820415646 | 7/21/18 | $21,613.82 |

Totals:    4 transfer(s),  $193,948.74