| | | |
|---|---|---|
| Defendant: | **Beijing Upspirit Co., Ltd.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,505.10 | 9/4/18 | 201819428988 | 6/4/18 | $30,505.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $20,691.00 | 9/4/18 | 201819428988 | 6/4/18 | $20,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $268.00 | 9/4/18 | 201819428988 | 6/4/18 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $29,567.10 | 9/5/18 | 201819428536 | 6/8/18 | $29,567.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $19,948.50 | 9/5/18 | 201819428536 | 6/8/18 | $19,948.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $160.80 | 9/5/18 | 201819428536 | 6/8/18 | $160.80 |

Totals:     6 transfer(s),  $101,140.50