Defendant: **Bounce Exchange Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $80,000.00 | 7/26/18 | 18185 | 5/16/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,290.00 | 8/2/18 | 18244 | 5/19/18 | $12,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,290.00 | 8/2/18 | 18243 | 5/20/18 | $20,295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,000.00 | 8/13/18 | 18303 | 5/31/18 | $40,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $113,290.00 | 9/5/18 | 18488 | 6/16/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $113,290.00 | 9/5/18 | 18501 | 6/19/18 | $12,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $113,290.00 | 9/5/18 | 18505 | 6/20/18 | $20,295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,000.00 | 9/19/18 | 18622 | 6/30/18 | $40,000.00 |

Totals:     5 transfer(s),  $306,580.00