| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Brown-Gonzales II LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $64,000.00 | 8/3/18 | LeaseTermination | 8/1/18 | $64,000.00 |

**Totals:** 1 transfer(s), $64,000.00