Defendant: **Calzado Lobo S. A. De C. V.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $26,739.00 | 8/30/18 | 201820778959 | 7/23/18 | $26,739.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $26,244.00 | 8/30/18 | 201820778959 | 7/23/18 | $26,244.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $25,257.81 | 8/30/18 | 201820778959 | 7/23/18 | $25,257.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,394.88 | 8/30/18 | 201820778959 | 7/23/18 | $22,394.88 |

Totals:    4 transfer(s),  $100,635.69