Defendant: **CellCorp Global Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $42,944.40 | 7/23/18 | 201818295324 | 4/27/18 | $42,944.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,341.60 | 7/23/18 | 201818295324 | 4/27/18 | $30,341.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,171.68 | 8/8/18 | 201818572762 | 5/13/18 | $10,171.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $99.96 | 8/30/18 | 201818859538 | 5/31/18 | $99.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,394.60 | 9/24/18 | 201819613022 | 6/25/18 | $57,394.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,906.52 | 9/24/18 | 201819612003 | 6/25/18 | $13,906.52 |

Totals:  6 transfer(s),  $154,858.76