Defendant: **Christmas Creative Company Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,006.40 | 9/24/18 | 201820145491 | 6/25/18 | $38,006.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $20,105.28 | 9/24/18 | 201819928339 | 6/25/18 | $20,105.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,559.68 | 9/24/18 | 201819928339 | 6/25/18 | $12,559.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,356.48 | 9/24/18 | 201820145491 | 6/25/18 | $7,356.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,000.80 | 9/24/18 | 201819928339 | 6/25/18 | $5,000.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,866.24 | 9/24/18 | 201819928339 | 6/25/18 | $4,866.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,716.56 | 9/24/18 | 201820145491 | 6/25/18 | $2,716.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,517.84 | 9/24/18 | 201819928339 | 6/25/18 | $2,517.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,490.96 | 9/24/18 | 201819928339 | 6/25/18 | $2,490.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,363.76 | 9/24/18 | 201820145491 | 6/25/18 | $2,363.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,834.56 | 9/24/18 | 201820145491 | 6/25/18 | $1,834.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,407.60 | 9/24/18 | 201820145491 | 6/25/18 | $1,407.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,287.00 | 9/24/18 | 201820145491 | 6/25/18 | $1,287.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,201.20 | 9/24/18 | 201820145491 | 6/25/18 | $1,201.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,138.32 | 9/24/18 | 201820145491 | 6/25/18 | $1,138.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,077.12 | 9/24/18 | 201820145491 | 6/25/18 | $1,077.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,064.88 | 9/24/18 | 201820145491 | 6/25/18 | $1,064.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,056.72 | 9/24/18 | 201819928339 | 6/25/18 | $1,056.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,046.52 | 9/24/18 | 201820145491 | 6/25/18 | $1,046.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,029.60 | 9/24/18 | 201820145491 | 6/25/18 | $1,029.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $763.62 | 9/24/18 | 201820145491 | 6/25/18 | $763.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $734.40 | 9/24/18 | 201820145491 | 6/25/18 | $734.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $624.24 | 9/24/18 | 201820145491 | 6/25/18 | $624.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $303.41 | 9/24/18 | 201820145491 | 6/25/18 | $303.41 |

Totals:    24 transfer(s),  $112,553.19