Defendant: **Descartes Systems USA LLC**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90659734 | 2/28/18 | $6,415.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90655154 | 2/28/18 | $2,433.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90657893 | 2/28/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90655125 | 3/1/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90667259 | 4/1/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90686908 | 4/30/18 | $13,124.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90681606 | 4/30/18 | $3,479.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90684310 | 4/30/18 | $1,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90681725 | 5/1/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90702584 | 5/31/18 | $15,496.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90697968 | 5/31/18 | $4,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90698814 | 5/31/18 | $4,088.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $102,237.75 | 8/31/18 | 90696845 | 6/1/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,120.16 | 9/20/18 | 90713656 | 6/30/18 | $15,520.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,120.16 | 9/20/18 | 90714324 | 6/30/18 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,600.00 | 9/21/18 | 90710459 | 7/1/18 | $12,600.00 |

**Totals:    3 transfer(s),  $132,957.91**