| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Duke Realty LP** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 7/30/18 | 0000072618 | 7/26/18 | $366,282.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 7/30/18 | 0000072618 | 7/26/18 | $6,817.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 8/28/18 | 0000082618 | 8/26/18 | $366,282.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 8/28/18 | 0000082618 | 8/26/18 | $6,817.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 9/27/18 | 0000092518 | 9/25/18 | $366,282.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $373,099.59 | 9/27/18 | 0000092518 | 9/25/18 | $6,817.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $562,988.05 | 10/11/18 | 0000098502 | 9/25/18 | $562,988.05 |

**Totals:** 4 transfer(s), $1,682,286.82