Defendant: **East Asia Artic Flowers Fty. Co. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $21,844.20 | 9/4/18 | 201819218882 | 6/7/18 | $21,844.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,947.20 | 9/4/18 | 201819218882 | 6/7/18 | $11,947.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,874.36 | 9/4/18 | 201819218882 | 6/7/18 | $8,874.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,154.80 | 9/4/18 | 201819218882 | 6/7/18 | $8,154.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,770.00 | 9/4/18 | 201819218882 | 6/7/18 | $7,770.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,972.40 | 9/4/18 | 201819218882 | 6/7/18 | $5,972.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,960.64 | 9/4/18 | 201819218882 | 6/7/18 | $5,960.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,818.56 | 9/4/18 | 201819218882 | 6/7/18 | $5,818.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,960.80 | 9/4/18 | 201819218882 | 6/7/18 | $4,960.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,471.02 | 9/4/18 | 201819218882 | 6/7/18 | $4,471.02 |

Totals:     10 transfer(s),  **$85,773.98**