Defendant:        **ECS Global Inc.**

Bankruptcy Case    **Sears Holding Corporation, et al.**

Preference Period:    **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,762.50 | 8/14/18 | INV0321 | 6/1/18 | $19,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,762.50 | 8/14/18 | INV0320 | 6/1/18 | $13,062.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,762.50 | 8/14/18 | INV0319 | 6/1/18 | $5,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,262.50 | 9/20/18 | INV0331 | 7/1/18 | $19,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,262.50 | 9/20/18 | INV0333 | 7/1/18 | $13,062.50 |

Totals:        **2 transfer(s),  $70,025.00**