Defendant: **Epossibilities USA Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $158,383.00 | 9/13/18 | 3000333 | 6/23/18 | $158,383.00 |
| **Totals:** | **1 transfer(s), $158,383.00** | | | | | | |