Defendant: **Feedvisor Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,000.00 | 8/23/18 | INVUS354 | 6/13/18 | $16,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,000.00 | 8/23/18 | INVUS353 | 6/13/18 | $16,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,000.00 | 9/26/18 | INVUS376 | 7/1/18 | $16,000.00 |

Totals:    2 transfer(s),  $48,000.00