Defendant: **Freedompay Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,720.00 | 8/17/18 | DEP199 | 4/17/18 | $46,640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,720.00 | 8/17/18 | DEP198 | 4/17/18 | $46,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,720.00 | 8/17/18 | DEP197 | 4/17/18 | $40,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,720.00 | 8/17/18 | DEP200 | 4/17/18 | $35,520.00 |

Totals:    1 transfer(s),  $168,720.00