**Defendant:** Global Express Inc.

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,750.58 | 7/17/18 | 614800712186045 | 7/12/18 | $8,618.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,750.58 | 7/17/18 | 614800713186045 | 7/13/18 | $4,132.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,472.42 | 7/18/18 | 614800714186045 | 7/14/18 | $2,786.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,472.42 | 7/18/18 | 614800715186045 | 7/15/18 | $2,686.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,617.14 | 7/20/18 | 614800717186045 | 7/17/18 | $6,617.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,008.79 | 7/23/18 | 614800718186045 | 7/18/18 | $2,008.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,980.55 | 7/24/18 | 614800719186045 | 7/19/18 | $3,911.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,980.55 | 7/24/18 | 614800720186045 | 7/20/18 | $3,068.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,135.05 | 7/25/18 | 614800721186045 | 7/21/18 | $6,953.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,135.05 | 7/25/18 | 614800722186045 | 7/22/18 | $5,182.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,137.65 | 7/27/18 | 614800724186045 | 7/24/18 | $6,137.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,187.92 | 7/30/18 | 614800725186045 | 7/25/18 | $7,187.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,366.02 | 7/31/18 | 614800726186045 | 7/26/18 | $2,042.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,366.02 | 7/31/18 | 614800727186045 | 7/27/18 | $2,323.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,643.42 | 8/1/18 | 614800728186045 | 7/28/18 | $8,043.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,643.42 | 8/1/18 | 614800729186045 | 7/29/18 | $600.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,744.27 | 8/3/18 | 614800731186045 | 7/31/18 | $8,744.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,869.01 | 8/6/18 | 614800801186045 | 8/1/18 | $4,869.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,398.52 | 8/7/18 | 614800802186045 | 8/2/18 | $2,183.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,398.52 | 8/7/18 | 614800803186045 | 8/3/18 | $4,215.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,661.66 | 8/8/18 | 614800804186045 | 8/4/18 | $8,864.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,661.66 | 8/8/18 | 614800805186045 | 8/5/18 | $1,797.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,449.10 | 8/10/18 | 614800807186045 | 8/7/18 | $4,449.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,481.90 | 8/13/18 | 614800808186045 | 8/8/18 | $8,481.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,319.00 | 8/14/18 | 614800809186045 | 8/9/18 | $6,762.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,319.00 | 8/14/18 | 614800810186045 | 8/10/18 | $7,556.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,497.06 | 8/15/18 | 614800811186045 | 8/11/18 | $3,256.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,497.06 | 8/15/18 | 614800812186045 | 8/12/18 | $2,240.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,938.14 | 8/17/18 | 614800814186045 | 8/14/18 | $10,938.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,565.98 | 8/20/18 | 614800815186045 | 8/15/18 | $6,565.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,837.22 | 8/21/18 | 614800816186045 | 8/16/18 | $1,754.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,837.22 | 8/21/18 | 614800817186045 | 8/17/18 | $7,083.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,806.15 | 8/22/18 | 614800818186045 | 8/18/18 | $6,359.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,806.15 | 8/22/18 | 614800819186045 | 8/19/18 | $4,446.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,906.71 | 8/24/18 | 614800821186045 | 8/21/18 | $9,906.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,191.54 | 8/27/18 | 614800822186045 | 8/22/18 | $3,191.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,515.82 | 8/28/18 | 614800823186045 | 8/23/18 | $6,147.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,515.82 | 8/28/18 | 614800824186045 | 8/24/18 | $4,368.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,817.48 | 8/29/18 | 614800825186045 | 8/25/18 | $3,278.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,817.48 | 8/29/18 | 614800826186045 | 8/26/18 | $3,539.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,594.02 | 8/31/18 | 614800828186045 | 8/28/18 | $8,594.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,376.19 | 9/3/18 | 614800829186045 | 8/29/18 | $2,376.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,137.27 | 9/4/18 | 614800830186045 | 8/30/18 | $1,147.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,137.27 | 9/4/18 | 614800831186045 | 8/31/18 | $4,989.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,772.04 | 9/5/18 | 614800901186045 | 9/1/18 | $4,970.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,772.04 | 9/5/18 | 614800902186045 | 9/2/18 | $4,801.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,960.36 | 9/7/18 | 614800904186045 | 9/4/18 | $2,960.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,303.01 | 9/10/18 | 614800905186045 | 9/5/18 | $8,303.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,384.10 | 9/11/18 | 614800906186045 | 9/6/18 | $3,369.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,384.10 | 9/11/18 | 614800907186045 | 9/7/18 | $10,014.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,925.38 | 9/12/18 | 614800908186045 | 9/8/18 | $6,529.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,925.38 | 9/12/18 | 614800909186045 | 9/9/18 | $4,395.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,051.74 | 9/14/18 | 614800911186045 | 9/11/18 | $10,051.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,742.37 | 9/17/18 | 614800912186045 | 9/12/18 | $7,742.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,317.32 | 9/18/18 | 614800913186045 | 9/13/18 | $4,221.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,317.32 | 9/18/18 | 614800914186045 | 9/14/18 | $7,096.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,302.25 | 9/19/18 | 614800915186045 | 9/15/18 | $7,442.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,302.25 | 9/19/18 | 614800916186045 | 9/16/18 | $3,859.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,580.10 | 9/21/18 | 614800918186045 | 9/18/18 | $2,580.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,681.57 | 9/24/18 | 614800919186045 | 9/19/18 | $1,681.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,970.08 | 9/25/18 | 614800920186045 | 9/20/18 | $3,218.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,970.08 | 9/25/18 | 614800921186045 | 9/21/18 | $10,751.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,208.13 | 9/26/18 | 614800922186045 | 9/22/18 | $7,439.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,208.13 | 9/26/18 | 614800923186045 | 9/23/18 | $9,768.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,967.95 | 10/2/18 | 614800927186045 | 9/27/18 | $2,730.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,967.95 | 10/2/18 | 614800928186045 | 9/28/18 | $8,237.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,424.35 | 10/3/18 | 614800929186045 | 9/29/18 | $3,988.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,424.35 | 10/3/18 | 614800930186045 | 9/30/18 | $435.75 |

Totals:    44 transfer(s),  $356,997.33