Defendant: **Highjump Software Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,300.99 | 7/30/18 | INHJ1878 | 4/27/18 | $10,225.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,300.99 | 7/30/18 | INHJI1920 | 4/30/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,300.99 | 7/30/18 | INHJI2023 | 5/1/18 | $10,225.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,300.99 | 7/30/18 | INHJI2107 | 5/17/18 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,300.99 | 7/30/18 | INHJI2126 | 5/18/18 | $149.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,093.83 | 8/8/18 | INHJI1432 | 3/15/18 | $1,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,093.83 | 8/8/18 | INHJI1409 | 3/15/18 | $792.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,093.83 | 8/8/18 | INHJI1611 | 3/30/18 | $7,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,093.83 | 8/8/18 | INHJI1720 | 4/11/18 | $43,168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,093.83 | 8/8/18 | INHJI1718 | 4/12/18 | $29,332.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJI2291 | 5/31/18 | $42,247.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJI2294 | 5/31/18 | $33,172.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJ12293 | 5/31/18 | $21,809.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJI2292 | 5/31/18 | $17,798.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJI2236 | 5/31/18 | $8,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $131,578.88 | 9/7/18 | INHJI2467 | 6/18/18 | $8,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,200.00 | 9/14/18 | INHJI2619 | 6/29/18 | $13,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,221.90 | 9/21/18 | INHJI1712 | 2/1/18 | $19,069.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,221.90 | 9/21/18 | INHJI1621 | 3/30/18 | $8,867.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,221.90 | 9/21/18 | INHJI1622 | 3/30/18 | $4,284.26 |

Totals:     5 transfer(s),  $285,395.60