Defendant: **Hong Kong City Toys Factory Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $72,014.59 | 9/24/18 | 201820077981 | 7/10/18 | $72,014.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,634.04 | 9/24/18 | 201820077981 | 7/10/18 | $65,634.04 |

Totals:    2 transfer(s),  $137,648.63