| | |
|---|---|
| Defendant: | **Jordache Limited** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11510491 | 4/27/18 | $78,898.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11510490 | 4/27/18 | $6,326.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11510494 | 4/27/18 | $4,597.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11510493 | 4/27/18 | $434.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517268 | 5/7/18 | $118,768.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517269 | 5/7/18 | $100,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 23055506 | 5/7/18 | $91,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517270 | 5/7/18 | $85,689.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517272 | 5/7/18 | $52,753.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517267 | 5/7/18 | $10,267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517271 | 5/7/18 | $1,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517266 | 5/7/18 | $1,863.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517265 | 5/7/18 | $1,827.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 11517273 | 5/7/18 | $1,239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8710K88476012 | 7/6/18 | -$8.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8361AD070818BX7 | 7/6/18 | -$21.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8710K88476303 | 7/6/18 | -$25.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8710K88476004 | 7/6/18 | -$91.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8710K88475263 | 7/6/18 | -$155.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | MA18188675344 | 7/7/18 | -$14,856.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $541,613.39 | 7/23/18 | 8710K88477115 | 7/11/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517258 | 5/7/18 | $138,288.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 23055505 | 5/7/18 | $126,810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517259 | 5/7/18 | $100,561.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517261 | 5/7/18 | $95,770.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517263 | 5/7/18 | $59,298.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517260 | 5/7/18 | $44,790.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517264 | 5/7/18 | $13,653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517262 | 5/7/18 | $3,087.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517510 | 5/8/18 | $4,708.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517511 | 5/8/18 | $4,430.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11517509 | 5/8/18 | $434.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11519822 | 5/14/18 | $74,182.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11519823 | 5/14/18 | $58,306.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11519820 | 5/14/18 | $37,732.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 11519821 | 5/14/18 | $16,931.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88476912 | 7/12/18 | -$119.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8361AD071518BR3 | 7/13/18 | -$13.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88479447 | 7/13/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88478394 | 7/13/18 | -$48.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88479439 | 7/13/18 | -$91.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88482923 | 7/14/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88481517 | 7/14/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88482989 | 7/14/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88482139 | 7/14/18 | -$10.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88482665 | 7/14/18 | -$70.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88480992 | 7/14/18 | -$110.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88484026 | 7/18/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $778,421.35 | 7/30/18 | 8710K88484447 | 7/18/18 | -$46.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519818 | 5/14/18 | $78,419.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519819 | 5/14/18 | $52,573.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519817 | 5/14/18 | $13,755.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519439 | 5/14/18 | $5,050.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519438 | 5/14/18 | $4,347.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11519437 | 5/14/18 | $471.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521884 | 5/21/18 | $93,686.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521889 | 5/21/18 | $91,481.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521888 | 5/21/18 | $46,599.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521890 | 5/21/18 | $43,785.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 23056574 | 5/21/18 | $39,420.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 23056577 | 5/21/18 | $39,285.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 23056575 | 5/21/18 | $38,807.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521891 | 5/21/18 | $19,186.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521885 | 5/21/18 | $18,037.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521892 | 5/21/18 | $15,520.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521886 | 5/21/18 | $11,661.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 11521887 | 5/21/18 | $3,128.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 23056576 | 5/21/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88486247 | 7/19/18 | -$11.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88485419 | 7/19/18 | -$68.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8361AD072218BW2 | 7/20/18 | -$175.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88487180 | 7/24/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88486946 | 7/24/18 | -$25.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88487865 | 7/25/18 | -$37.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $615,577.54 | 8/8/18 | 8710K88488533 | 7/25/18 | -$55.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521872 | 5/21/18 | $5,318.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521871 | 5/21/18 | $4,921.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521870 | 5/21/18 | $545.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521932 | 5/22/18 | $46,116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521933 | 5/22/18 | $43,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 23056578 | 5/22/18 | $42,447.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11521931 | 5/22/18 | $1,967.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 23056579 | 5/22/18 | $1,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11522002 | 5/25/18 | $5,059.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 11522000 | 5/25/18 | $462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9515067IN548 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514909IN032 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514938IN701 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514953IN702 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM1726905IN450 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4925076IN703 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM1524267IN550 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514971IN549 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM3050018IN504 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9515079IN131 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4904092IN552 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM3051312IN084 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9956273IN599 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514836IN760 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514834IN136 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9514830IN597 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4089336IN454 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4693427IN452 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4088865IN456 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4089076IN022 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM4690214IN453 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | ITM9637567IN596 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8361AD072918BW7 | 7/27/18 | -$6.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88489757 | 7/27/18 | -$11.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88489549 | 7/27/18 | -$44.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88490959 | 7/27/18 | -$56.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88491654 | 7/28/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88491564 | 7/28/18 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88491846 | 7/28/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88491663 | 7/28/18 | -$59.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88493601 | 8/1/18 | -$21.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $146,652.59 | 8/15/18 | 8710K88492644 | 8/1/18 | -$163.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 11522001 | 5/25/18 | $5,938.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 26603619 | 6/4/18 | $24,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 26603618 | 6/4/18 | $10,335.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 11527693 | 6/5/18 | $6,502.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 11527694 | 6/5/18 | $5,698.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 11527692 | 6/5/18 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 26603640 | 6/11/18 | $24,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 26603636 | 6/11/18 | $13,378.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 26603641 | 6/11/18 | $10,354.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | MA18214715630 | 8/2/18 | -$863.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88495052 | 8/3/18 | -$11.55 |

Jordache Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88494233 | 8/3/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8361AD080518B20 | 8/3/18 | -$48.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88493689 | 8/3/18 | -$222.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | MA18216675344 | 8/4/18 | -$18,021.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | VPJITR326989242 | 8/5/18 | $316.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88495869 | 8/9/18 | -$37.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88495530 | 8/9/18 | -$130.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88499035 | 8/10/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88499008 | 8/10/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8361AD081218BO3 | 8/10/18 | -$50.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88497742 | 8/10/18 | -$67.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88500445 | 8/11/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88499624 | 8/11/18 | -$30.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88499890 | 8/11/18 | -$95.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88503588 | 8/15/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88504188 | 8/15/18 | -$14.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88501027 | 8/15/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88501304 | 8/15/18 | -$35.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88502145 | 8/15/18 | -$62.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,360.10 | 8/31/18 | 8710K88502490 | 8/15/18 | -$65.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603616 | 6/4/18 | $21,212.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603617 | 6/4/18 | $17,949.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603615 | 6/4/18 | $13,746.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603620 | 6/4/18 | $10,978.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603637 | 6/11/18 | $20,693.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603638 | 6/11/18 | $17,496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 26603639 | 6/11/18 | $10,530.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 11528933 | 6/13/18 | $8,306.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 11528932 | 6/13/18 | $6,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 11528931 | 6/13/18 | $536.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88505845 | 8/16/18 | -$9.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88503968 | 8/16/18 | -$11.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88505945 | 8/16/18 | -$12.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88506227 | 8/16/18 | -$22.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88504909 | 8/16/18 | -$30.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88507484 | 8/16/18 | -$58.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88503928 | 8/16/18 | -$83.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88505693 | 8/16/18 | -$162.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88509026 | 8/17/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88509260 | 8/18/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88509826 | 8/18/18 | -$71.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88509867 | 8/21/18 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $127,031.56 | 9/7/18 | 8710K88512500 | 8/22/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529095 | 6/18/18 | $6,863.50 |

Jordache Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529096 | 6/18/18 | $6,752.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529094 | 6/18/18 | $508.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529919 | 6/25/18 | $63,393.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529948 | 6/27/18 | $104,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11529947 | 6/27/18 | $8,158.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 11535126 | 7/2/18 | $33,405.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88513580 | 8/24/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8361AD082618B48 | 8/24/18 | -$27.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88512969 | 8/24/18 | -$98.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88515050 | 8/25/18 | -$5.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88514201 | 8/25/18 | -$16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88514118 | 8/25/18 | -$82.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88514769 | 8/28/18 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88515716 | 8/29/18 | -$11.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $223,370.61 | 9/14/18 | 8710K88515607 | 8/29/18 | -$24.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11529115 | 6/18/18 | $71,032.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11529918 | 6/25/18 | $56,889.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11529896 | 6/25/18 | $7,483.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11529895 | 6/25/18 | $1,258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11535124 | 7/2/18 | $199,208.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11535125 | 7/2/18 | $136,613.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11535123 | 7/2/18 | $49,801.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11535122 | 7/2/18 | $21,978.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 11535127 | 7/2/18 | $7,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88517724 | 8/30/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88516358 | 8/30/18 | -$30.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88515453 | 8/30/18 | -$121.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88516674 | 8/30/18 | -$130.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88519386 | 8/31/18 | -$8.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88519790 | 8/31/18 | -$10.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88518780 | 8/31/18 | -$25.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8361AD090218BY4 | 8/31/18 | -$33.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | 8710K88519160 | 8/31/18 | -$169.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $519,308.14 | 9/21/18 | MA18244675344 | 9/1/18 | -$31,964.97 |

Totals:    8 transfer(s),   $3,034,335.28