Defendant: **Kiddieland Toys Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $31,739.53 | 9/6/18 | 201819702511 | 6/24/18 | $31,739.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,897.20 | 9/7/18 | 201819702355 | 6/25/18 | $117,897.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $71,917.00 | 9/7/18 | 201819702355 | 6/25/18 | $71,917.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,400.00 | 9/7/18 | 201819702355 | 6/25/18 | $26,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,249.00 | 9/24/18 | 201820188385 | 7/10/18 | $36,249.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,400.00 | 9/24/18 | 201820188385 | 7/10/18 | $26,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,400.00 | 9/24/18 | 201820188385 | 7/10/18 | $15,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,654.00 | 9/24/18 | 201820188385 | 7/10/18 | $7,654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,183.17 | 9/24/18 | 201820188385 | 7/10/18 | $6,183.17 |

Totals:     9 transfer(s),  $339,839.90