Defendant: **KKU Incorporated**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $34,077.63 | 9/18/18 | 201818651537 | 5/23/18 | $34,077.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $110,214.42 | 9/18/18 | 201819546743 | 6/28/18 | $110,214.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $36,738.14 | 9/18/18 | 201819825899 | 7/6/18 | $36,738.14 |

Totals:    3 transfer(s),  $181,030.19