Defendant: **Magppie International Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,470.62 | 7/25/18 | 201818143703 | 4/29/18 | $8,470.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $22,186.05 | 8/1/18 | 201818656722 | 5/6/18 | $22,186.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,304.52 | 8/27/18 | 201819221332 | 5/28/18 | $17,304.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,136.29 | 8/27/18 | 201819205264 | 5/28/18 | $16,136.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,965.99 | 9/10/18 | 201819204598 | 6/11/18 | $14,965.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $34,156.57 | 9/17/18 | 201819621538 | 6/18/18 | $34,156.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,364.00 | 9/17/18 | 201819776603 | 6/18/18 | $23,364.00 |

Totals:    7 transfer(s),  $136,584.04