Defendant: **Nantong Splendor International**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $177,077.69 | 9/11/18 | 201819496547 | 6/14/18 | $93,780.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $177,077.69 | 9/11/18 | 201819496547 | 6/14/18 | $83,214.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $177,077.69 | 9/11/18 | 201819496547 | 6/14/18 | $82.96 |

Totals:    1 transfer(s),  $177,077.69