| | | |
|---|---|---|
| Defendant: | **New Pioneer Industrial Limited** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $30,391.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $12,690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $12,440.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $11,745.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $7,886.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $6,325.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $85,977.68 | 9/7/18 | 201819219518 | 6/10/18 | $4,498.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $3,057.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $2,960.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $2,916.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $2,630.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $1,635.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $1,403.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $1,391.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $957.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $910.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,757.92 | 9/11/18 | 201819614938 | 6/12/18 | $893.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,355.40 | 9/17/18 | 201819614994 | 6/18/18 | $2,178.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,355.40 | 9/17/18 | 201819614994 | 6/18/18 | $2,176.97 |

Totals: 3 transfer(s), $109,091.00

New Pioneer Industrial Limited
Bankruptcy Case: Sears Holding Corporation, et al.
July 6, 2020      Exhibit A      P. 1