Defendant: **Pinecone Design Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,485.55 | 9/5/18 | 201820790696 | 8/7/18 | $2,485.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,877.38 | 9/5/18 | 201820790696 | 8/7/18 | $1,877.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,215.36 | 9/5/18 | 201820842376 | 8/7/18 | $1,215.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,104.45 | 9/5/18 | 201820790696 | 8/7/18 | $1,104.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $952.32 | 9/5/18 | 201820842376 | 8/7/18 | $952.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $862.75 | 9/5/18 | 201820842376 | 8/7/18 | $862.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $770.85 | 9/5/18 | 201820842376 | 8/7/18 | $770.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $480.48 | 9/5/18 | 201820842376 | 8/7/18 | $480.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $403.20 | 9/5/18 | 201820842376 | 8/7/18 | $403.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $388.13 | 9/5/18 | 201820842376 | 8/7/18 | $388.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $380.35 | 9/5/18 | 201820842376 | 8/7/18 | $380.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $304.08 | 9/5/18 | 201820842376 | 8/7/18 | $304.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $299.78 | 9/5/18 | 201820842376 | 8/7/18 | $299.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $268.80 | 9/5/18 | 201820842376 | 8/7/18 | $268.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $256.80 | 9/5/18 | 201820842376 | 8/7/18 | $256.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $87.12 | 9/5/18 | 201820842376 | 8/7/18 | $87.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $20,357.28 | 9/19/18 | 201820919464 | 8/21/18 | $20,357.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,714.53 | 9/19/18 | 201820919464 | 8/21/18 | $18,714.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,161.43 | 9/19/18 | 201820918495 | 8/21/18 | $14,161.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,897.92 | 9/19/18 | 201820919464 | 8/21/18 | $13,897.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,254.56 | 9/19/18 | 201820918495 | 8/21/18 | $7,254.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,096.32 | 9/19/18 | 201820919464 | 8/21/18 | $7,096.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,445.61 | 9/19/18 | 201820919464 | 8/21/18 | $6,445.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,416.64 | 9/19/18 | 201820919464 | 8/21/18 | $6,416.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,992.00 | 9/19/18 | 201820919464 | 8/21/18 | $5,992.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,851.78 | 9/19/18 | 201820919464 | 8/21/18 | $5,851.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,529.91 | 9/19/18 | 201820919464 | 8/21/18 | $5,529.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,206.72 | 9/19/18 | 201820919464 | 8/21/18 | $4,206.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,600.96 | 9/19/18 | 201820919464 | 8/21/18 | $3,600.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $53,439.28 | 9/20/18 | 201820920444 | 8/22/18 | $53,439.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,790.41 | 9/20/18 | 201820920444 | 8/22/18 | $38,790.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $37,555.16 | 9/20/18 | 201820920444 | 8/22/18 | $37,555.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,925.09 | 9/20/18 | 201820920444 | 8/22/18 | $33,925.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $27,651.46 | 9/20/18 | 201820920444 | 8/22/18 | $27,651.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $27,494.24 | 9/20/18 | 201820920444 | 8/22/18 | $27,494.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $25,329.02 | 9/20/18 | 201820920444 | 8/22/18 | $25,329.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,272.70 | 9/20/18 | 201820920444 | 8/22/18 | $23,272.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,006.59 | 9/20/18 | 201820920444 | 8/22/18 | $23,006.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $22,353.41 | 9/20/18 | 201820920444 | 8/22/18 | $22,353.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,755.07 | 9/20/18 | 201820920444 | 8/22/18 | $10,755.07 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,108.10 | 9/20/18 | 201820920444 | 8/22/18 | $6,108.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,361.16 | 9/20/18 | 201820920444 | 8/22/18 | $5,361.16 |

Totals:    42 transfer(s),  $466,704.75