Defendant: **Prime Time Toys  Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,812.00 | 8/10/18 | 201819045988 | 5/15/18 | $43,812.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $25,263.00 | 8/10/18 | 201819045988 | 5/15/18 | $25,263.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,560.98 | 8/10/18 | 201819045988 | 5/15/18 | $17,560.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,529.60 | 8/10/18 | 201819045988 | 5/15/18 | $5,529.60 |

Totals:    4 transfer(s),  $92,165.58