Defendant: **PTI Group Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $39,648.59 | 9/7/18 | 201819578860 | 6/25/18 | $39,648.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,444.33 | 9/7/18 | 201819578860 | 6/25/18 | $4,444.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,926.18 | 9/17/18 | 201819579074 | 7/3/18 | $5,926.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,780.80 | 9/17/18 | 201819579074 | 7/3/18 | $4,780.80 |

Totals:    4 transfer(s),  $54,799.90