Defendant: **RNK Remodeling Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $721.41 | 7/18/18 | 618020714186045 | 7/14/18 | $560.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $721.41 | 7/18/18 | 618020715186045 | 7/15/18 | $161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,522.72 | 8/6/18 | 618020801186045 | 8/1/18 | $3,522.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,133.36 | 8/7/18 | 618020802186045 | 8/2/18 | $1,133.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $688.21 | 8/8/18 | 618020804186045 | 8/4/18 | $688.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $367.90 | 8/9/18 | 618020806186045 | 8/6/18 | $367.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,636.61 | 8/10/18 | 618020807186045 | 8/7/18 | $4,636.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $220.74 | 8/13/18 | 618020808186045 | 8/8/18 | $220.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,162.68 | 8/14/18 | 618020809186045 | 8/9/18 | $12,162.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,190.26 | 8/15/18 | 618020811186045 | 8/11/18 | $2,190.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,330.83 | 8/24/18 | 618020821186045 | 8/21/18 | $1,330.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118.32 | 8/27/18 | 618020822186045 | 8/22/18 | $118.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $512.54 | 8/28/18 | 618020823186045 | 8/23/18 | $512.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $442.14 | 8/31/18 | 618020828186045 | 8/28/18 | $442.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $192.50 | 9/4/18 | 618020830186045 | 8/30/18 | $192.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,501.08 | 9/19/18 | 618020915186045 | 9/15/18 | $1,811.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,501.08 | 9/19/18 | 618020916186045 | 9/16/18 | $690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $626.35 | 9/24/18 | 618020919186045 | 9/19/18 | $626.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,688.66 | 9/28/18 | 618020925186045 | 9/25/18 | $12,688.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,322.69 | 10/2/18 | 618020927186045 | 9/27/18 | $312.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,322.69 | 10/2/18 | 618020928186045 | 9/28/18 | $2,009.88 |

Totals:    18 transfer(s),  $46,379.00