Defendant: **Rotary Corporation**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,887.16 | 7/19/18 | 0000060674 | 5/15/18 | $27,557.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,887.16 | 7/19/18 | 0000060670 | 5/15/18 | $15,575.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,887.16 | 7/19/18 | 0000060673 | 5/15/18 | $14,168.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,887.16 | 7/19/18 | 0000060672 | 5/15/18 | $12,434.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,887.16 | 7/19/18 | 0000060671 | 5/15/18 | $3,151.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,351.16 | 7/26/18 | 0000060709 | 5/22/18 | $6,940.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,351.16 | 7/26/18 | 0000403516 | 7/23/18 | -$178.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,351.16 | 7/26/18 | 0000334046 | 7/23/18 | -$195.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $6,351.16 | 7/26/18 | 0000443939 | 7/23/18 | -$216.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,254.96 | 8/2/18 | 0000060746 | 5/29/18 | $1,254.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $44,653.48 | 8/16/18 | 0000060861 | 6/12/18 | $23,273.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $44,653.48 | 8/16/18 | 0000060862 | 6/12/18 | $15,739.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $44,653.48 | 8/16/18 | 0000060863 | 6/12/18 | $5,640.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060915 | 6/19/18 | $27,691.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060913 | 6/19/18 | $19,299.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060919 | 6/19/18 | $13,736.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060914 | 6/19/18 | $11,984.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060911 | 6/19/18 | $6,517.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060917 | 6/19/18 | $6,040.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060918 | 6/19/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060921 | 6/19/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060922 | 6/19/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060912 | 6/19/18 | $2,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060910 | 6/19/18 | $1,574.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060920 | 6/19/18 | $1,432.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $97,152.72 | 8/23/18 | 0000060916 | 6/19/18 | $716.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060955 | 6/26/18 | $6,024.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060954 | 6/26/18 | $4,756.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060956 | 6/26/18 | $4,725.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060957 | 6/26/18 | $2,148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060952 | 6/26/18 | $2,148.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,233.68 | 8/30/18 | 0000060953 | 6/26/18 | $1,432.00 |

Totals:    6 transfer(s),   $243,533.16