| | | |
|---|---|---|
| Defendant: | **S & L Delivery** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,902.80 | 7/18/18 | 62318802318 | 6/23/18 | $1,369.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,902.80 | 7/18/18 | 62318802318 | 6/23/18 | $926.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,902.80 | 7/18/18 | 62318802318 | 6/23/18 | $530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,902.80 | 7/18/18 | 62318802318 | 6/23/18 | $76.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,831.84 | 7/25/18 | 63018802318 | 6/30/18 | $2,130.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,831.84 | 7/25/18 | 63018802318 | 6/30/18 | $1,049.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,831.84 | 7/25/18 | 63018802318 | 6/30/18 | $500.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,831.84 | 7/25/18 | 63018802318 | 6/30/18 | $76.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,831.84 | 7/25/18 | 63018802318 | 6/30/18 | $76.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,750.64 | 8/1/18 | 70718802318 | 7/7/18 | $1,369.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,750.64 | 8/1/18 | 70718802318 | 7/7/18 | $986.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,750.64 | 8/1/18 | 70718802318 | 7/7/18 | $394.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,841.44 | 8/10/18 | I1848 | 6/16/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,841.44 | 8/10/18 | 71418802318 | 7/14/18 | $1,853.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,841.44 | 8/10/18 | 71418802318 | 7/14/18 | $1,369.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,841.44 | 8/10/18 | 71418802318 | 7/14/18 | $318.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,918.88 | 8/17/18 | 72118802318 | 7/21/18 | $1,277.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,918.88 | 8/17/18 | 72118802318 | 7/21/18 | $1,141.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,918.88 | 8/17/18 | 72118802318 | 7/21/18 | $500.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,587.44 | 8/28/18 | 72818802318 | 7/28/18 | $2,018.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,587.44 | 8/28/18 | 72818802318 | 7/28/18 | $1,562.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,587.44 | 8/28/18 | 72818802318 | 7/28/18 | $1,005.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,451.64 | 8/28/18 | 81118802318 | 8/11/18 | $1,285.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,451.64 | 8/28/18 | 81118802318 | 8/11/18 | $1,184.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,451.64 | 8/28/18 | 81118802318 | 8/11/18 | $754.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,451.64 | 8/28/18 | 81118802318 | 8/11/18 | $227.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,680.24 | 9/4/18 | 80418802318 | 8/4/18 | $1,488.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,680.24 | 9/4/18 | 80418802318 | 8/4/18 | $1,084.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,680.24 | 9/4/18 | 80418802318 | 8/4/18 | $880.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,680.24 | 9/4/18 | 80418802318 | 8/4/18 | $151.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,680.24 | 9/4/18 | 80418802318 | 8/4/18 | $75.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,871.44 | 9/4/18 | 81818802318 | 8/18/18 | $1,925.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,871.44 | 9/4/18 | 81818802318 | 8/18/18 | $1,189.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,871.44 | 9/4/18 | 81818802318 | 8/18/18 | $630.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,871.44 | 9/4/18 | 81818802318 | 8/18/18 | $126.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,314.96 | 9/11/18 | 82518802318 | 8/25/18 | $1,647.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,314.96 | 9/11/18 | 82518802318 | 8/25/18 | $910.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,314.96 | 9/11/18 | 82518802318 | 8/25/18 | $756.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,456.16 | 9/18/18 | 90118802318 | 9/1/18 | $2,130.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,456.16 | 9/18/18 | 90118802318 | 9/1/18 | $1,569.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,456.16 | 9/18/18 | 90118802318 | 9/1/18 | $756.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,255.96 | 9/25/18 | 90818802318 | 9/8/18 | $2,574.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,255.96 | 9/25/18 | 90818802318 | 9/8/18 | $681.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,586.00 | 10/2/18 | 91518802318 | 9/15/18 | $1,968.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,586.00 | 10/2/18 | 91518802318 | 9/15/18 | $1,634.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,586.00 | 10/2/18 | 91518802318 | 9/15/18 | $907.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,586.00 | 10/2/18 | 91518802318 | 9/15/18 | $75.72 |

Totals:    13 transfer(s),  $47,449.44