Defendant: **SDC Designs LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603102 | 5/24/18 | $1,587.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603041 | 5/24/18 | $1,144.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603159 | 5/24/18 | $1,144.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603239 | 5/24/18 | $971.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603307 | 5/24/18 | $289.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603148 | 5/24/18 | $173.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603348 | 5/24/18 | $173.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603074 | 5/24/18 | $88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603144 | 5/24/18 | $88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $5,753.04 | 7/30/18 | 0000603028 | 5/24/18 | $88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $480.37 | 7/31/18 | 0000604427 | 6/29/18 | $160.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $480.37 | 7/31/18 | 0000604431 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $480.37 | 7/31/18 | 0000604426 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $480.37 | 7/31/18 | 0000604428 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $480.37 | 7/31/18 | 0000604429 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $80.06 | 8/3/18 | 0000604425 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $80.06 | 8/13/18 | 0000604424 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $160.12 | 8/14/18 | 0000604423 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $160.12 | 8/14/18 | 0000604430 | 6/29/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604347 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604354 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604353 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604352 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604351 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604350 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604348 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604345 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604343 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604342 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604344 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604349 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000604346 | 6/26/18 | $80.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751734 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751730 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751731 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751733 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751735 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751736 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751737 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751738 | 6/26/18 | -$88.96 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751739 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751740 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751741 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751742 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000751732 | 6/26/18 | -$88.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605531 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605527 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605533 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605532 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605530 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605529 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $616.99 | 8/28/18 | 0000605528 | 8/13/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605896 | 8/14/18 | $2,188.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605899 | 8/14/18 | $2,188.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605749 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605802 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605804 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605760 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605758 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605767 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605756 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605807 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605754 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605808 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605801 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605809 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605759 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605748 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605813 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605741 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605737 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605736 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605702 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605703 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605733 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605730 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605717 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605724 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605718 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605752 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605871 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605851 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605696 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605766 | 8/14/18 | $2,040.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605838 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605853 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605849 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605854 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605843 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605857 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605850 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605773 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605833 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605798 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605859 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605793 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605893 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605713 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605714 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605700 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605715 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605708 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605716 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605701 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605711 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605874 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605897 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605912 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605890 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605860 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605884 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605861 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605693 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605872 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605699 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605908 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605881 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605909 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605910 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605911 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605905 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605721 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605868 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605785 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605745 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605746 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605753 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605755 | 8/14/18 | $1,167.87 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605757 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605768 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605770 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605772 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605776 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605777 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605780 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605743 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605783 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605812 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605800 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605805 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605814 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605842 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605722 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605817 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605821 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605826 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605830 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605832 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605839 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605840 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605781 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605725 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605742 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605815 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605740 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605739 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605734 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605723 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605891 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605828 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605889 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605729 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605869 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605845 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605867 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605816 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605887 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605731 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605810 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605829 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605710 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605907 | 8/14/18 | $768.37 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605888 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605825 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605906 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605904 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605903 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605902 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605913 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605914 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605873 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605823 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605799 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605895 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605880 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605879 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605878 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605894 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605797 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605892 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605900 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605836 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605855 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605709 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605835 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605735 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605771 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605779 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605765 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605704 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605852 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605762 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605761 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605866 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605841 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605747 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605738 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605787 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605706 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605790 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605865 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605862 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605831 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605795 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605796 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605782 | 8/14/18 | $768.37 |

SDC Designs LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605789 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605885 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605822 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605720 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605882 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605883 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605719 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605901 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605864 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605898 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605726 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605863 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605886 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605858 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605875 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605856 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605834 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605824 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605778 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605803 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605794 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605792 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605791 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605788 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605786 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605732 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605784 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605877 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605705 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605811 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605775 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605774 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605764 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605763 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605848 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605751 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605750 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605694 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605707 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605844 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605728 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605818 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605819 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605820 | 8/14/18 | $432.31 |

SDC Designs LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605806 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605915 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605691 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605846 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605695 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605870 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605847 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605712 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605727 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $231,615.06 | 8/29/18 | 0000605876 | 8/14/18 | $432.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605698 | 8/14/18 | $2,040.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605690 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605692 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605697 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605827 | 8/14/18 | $1,167.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $7,480.60 | 8/30/18 | 0000605837 | 8/14/18 | $768.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606141 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606129 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606130 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606131 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606132 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606133 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606134 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606135 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606136 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606137 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606138 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606140 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606142 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606143 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606144 | 8/20/18 | $104.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,674.72 | 9/4/18 | 0000606139 | 8/20/18 | $104.67 |

Totals:    9 transfer(s),   $247,941.02