| Defendant: | **Solideo Corp.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,852.98 | 7/17/18 | 614420712186045 | 7/12/18 | $6,179.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,852.98 | 7/17/18 | 614420713186045 | 7/13/18 | $3,673.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,155.33 | 7/18/18 | 614420714186045 | 7/14/18 | $3,624.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,155.33 | 7/18/18 | 614420715186045 | 7/15/18 | $5,531.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,272.04 | 7/23/18 | 614420718186045 | 7/18/18 | $3,272.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,490.16 | 7/24/18 | 614420719186045 | 7/19/18 | $3,603.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,490.16 | 7/24/18 | 614420720186045 | 7/20/18 | $1,886.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,175.11 | 7/25/18 | 614420721186045 | 7/21/18 | $4,717.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,175.11 | 7/25/18 | 614420722186045 | 7/22/18 | $5,457.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,320.14 | 7/30/18 | 614420725186045 | 7/25/18 | $5,320.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,018.09 | 7/31/18 | 614420726186045 | 7/26/18 | $5,018.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,713.92 | 8/1/18 | 614420728186045 | 7/28/18 | $5,360.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,713.92 | 8/1/18 | 614420729186045 | 7/29/18 | $7,353.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $677.20 | 8/6/18 | 614420801186045 | 8/1/18 | $677.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,505.37 | 8/7/18 | 614420802186045 | 8/2/18 | $11,141.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,505.37 | 8/7/18 | 614420803186045 | 8/3/18 | $4,364.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,032.34 | 8/8/18 | 614420804186045 | 8/4/18 | $6,506.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,032.34 | 8/8/18 | 614420805186045 | 8/5/18 | $4,525.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $114.56 | 8/10/18 | 614420807186045 | 8/7/18 | $114.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,540.07 | 8/13/18 | 614420808186045 | 8/8/18 | $1,540.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,530.68 | 8/14/18 | 614420809186045 | 8/9/18 | $3,525.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,530.68 | 8/14/18 | 614420810186045 | 8/10/18 | $2,004.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,083.20 | 8/15/18 | 614420811186045 | 8/11/18 | $5,514.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $11,083.20 | 8/15/18 | 614420812186045 | 8/12/18 | $5,568.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,969.36 | 8/17/18 | 614420814186045 | 8/14/18 | $2,969.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,879.41 | 8/20/18 | 614420815186045 | 8/15/18 | $4,879.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,411.02 | 8/21/18 | 614420816186045 | 8/16/18 | $3,596.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,411.02 | 8/21/18 | 614420817186045 | 8/17/18 | $5,814.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,008.02 | 8/22/18 | 614420818186045 | 8/18/18 | $5,462.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,008.02 | 8/22/18 | 614420819186045 | 8/19/18 | $4,545.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,511.75 | 8/24/18 | 614420821186045 | 8/21/18 | $6,511.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,003.02 | 8/27/18 | 614420822186045 | 8/22/18 | $3,003.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,614.74 | 8/28/18 | 614420823186045 | 8/23/18 | $3,459.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,614.74 | 8/28/18 | 614420824186045 | 8/24/18 | $3,154.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,193.70 | 8/29/18 | 614420825186045 | 8/25/18 | $3,020.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,193.70 | 8/29/18 | 614420826186045 | 8/26/18 | $6,173.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,272.37 | 8/30/18 | 614420827186045 | 8/27/18 | $2,272.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,091.22 | 8/31/18 | 614420828186045 | 8/28/18 | $4,091.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,310.80 | 9/3/18 | 614420829186045 | 8/29/18 | $5,310.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,568.92 | 9/4/18 | 614420830186045 | 8/30/18 | $2,323.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,568.92 | 9/4/18 | 614420831186045 | 8/31/18 | $3,245.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,451.40 | 9/5/18 | 614420901186045 | 9/1/18 | $8,451.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,551.14 | 9/6/18 | 614420903186045 | 9/3/18 | $5,551.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,494.25 | 9/10/18 | 614420905186045 | 9/5/18 | $1,494.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,713.13 | 9/11/18 | 614420906186045 | 9/6/18 | $3,028.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,713.13 | 9/11/18 | 614420907186045 | 9/7/18 | $684.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,555.17 | 9/12/18 | 614420908186045 | 9/8/18 | $8,070.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,555.17 | 9/12/18 | 614420909186045 | 9/9/18 | $4,484.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,978.62 | 9/18/18 | 614420913186045 | 9/13/18 | $5,437.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,978.62 | 9/18/18 | 614420914186045 | 9/14/18 | $4,541.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,759.31 | 9/19/18 | 614420915186045 | 9/15/18 | $3,334.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,759.31 | 9/19/18 | 614420916186045 | 9/16/18 | $3,424.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,088.88 | 9/21/18 | 614420918186045 | 9/18/18 | $2,088.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $551.22 | 9/24/18 | 614420919186045 | 9/19/18 | $551.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,819.44 | 9/25/18 | 614420920186045 | 9/20/18 | $2,560.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,819.44 | 9/25/18 | 614420921186045 | 9/21/18 | $1,258.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $968.42 | 9/26/18 | 614420922186045 | 9/22/18 | $968.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,087.61 | 9/27/18 | 614420924186045 | 9/24/18 | $6,087.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,318.22 | 9/28/18 | 614420925186045 | 9/25/18 | $4,318.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,552.06 | 10/1/18 | 614420926186045 | 9/26/18 | $2,552.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,205.17 | 10/2/18 | 614420927186045 | 9/27/18 | $4,458.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,205.17 | 10/2/18 | 614420928186045 | 9/28/18 | $2,746.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,143.12 | 10/3/18 | 614420929186045 | 9/29/18 | $3,662.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,143.12 | 10/3/18 | 614420930186045 | 9/30/18 | $6,480.79 |

Totals:    43 transfer(s),  $262,552.68

Solideo Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020

Exhibit A