Defendant: **Suncraft Hardware Tools Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $49,444.00 | 7/30/18 | 201819365669 | 6/18/18 | $49,444.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $53,078.37 | 8/30/18 | 201819658539 | 7/17/18 | $53,078.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $73,032.00 | 9/20/18 | 201820433920 | 8/7/18 | $73,032.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $4,896.00 | 9/20/18 | 201820434045 | 8/7/18 | $4,896.00 |

Totals:    4 transfer(s),  $180,450.37