Defendant: **T&K Moving Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,076.92 | 8/7/18 | 20180701D | 7/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,500.00 | 8/15/18 | 43282 | 7/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,500.00 | 8/15/18 | 39904 | 7/7/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,776.93 | 8/16/18 | 20180702E | 7/1/18 | $5,192.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,776.93 | 8/16/18 | 20180702E | 7/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,776.93 | 8/16/18 | 20180702E | 7/1/18 | $323.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,776.93 | 8/16/18 | 20180702E | 7/1/18 | $184.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 20180702E | 7/1/18 | $5,192.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 20180701D | 7/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 20180702E | 7/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 43282 | 7/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 20180702E | 7/1/18 | $323.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 20180702E | 7/1/18 | $184.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 39904 | 7/7/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 39905 | 7/14/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 39921 | 7/21/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 39922 | 7/28/18 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 201808117 | 8/1/18 | $5,192.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 201808116 | 8/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 201808120 | 8/1/18 | $3,076.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 201808118 | 8/1/18 | $323.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 201808119 | 8/1/18 | $184.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,107.70 | 8/27/18 | 39923 | 8/4/18 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,600.00 | 8/28/18 | 40068 | 8/11/18 | $2,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,400.00 | 9/10/18 | 40120 | 8/18/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,900.00 | 9/11/18 | 40257 | 8/25/18 | $2,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,500.00 | 9/27/18 | 40436 | 9/8/18 | $3,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,200.00 | 10/2/18 | 40514 | 9/15/18 | $1,200.00 |

Totals:    9 transfer(s),  $63,061.55