Defendant: **TWPD Investments Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,206.48 | 7/17/18 | 615070712186045 | 7/12/18 | $5,914.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,206.48 | 7/17/18 | 615070713186045 | 7/13/18 | $6,291.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,200.92 | 7/18/18 | 615070714186045 | 7/14/18 | $1,095.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,200.92 | 7/18/18 | 615070715186045 | 7/15/18 | $1,105.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,947.08 | 7/20/18 | 615070717186045 | 7/17/18 | $1,947.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,501.12 | 7/23/18 | 615070718186045 | 7/18/18 | $6,501.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,894.24 | 7/24/18 | 615070719186045 | 7/19/18 | $2,292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,894.24 | 7/24/18 | 615070720186045 | 7/20/18 | $6,601.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,461.09 | 7/25/18 | 615070721186045 | 7/21/18 | $4,008.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,461.09 | 7/25/18 | 615070722186045 | 7/22/18 | $4,452.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $528.44 | 7/26/18 | 615070723186045 | 7/23/18 | $528.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,933.73 | 7/27/18 | 615070724186045 | 7/24/18 | $1,933.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,936.88 | 7/30/18 | 615070725186045 | 7/25/18 | $5,936.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,706.96 | 7/31/18 | 615070726186045 | 7/26/18 | $5,545.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,706.96 | 7/31/18 | 615070727186045 | 7/27/18 | $7,161.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,804.61 | 8/1/18 | 615070728186045 | 7/28/18 | $6,070.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,804.61 | 8/1/18 | 615070729186045 | 7/29/18 | $2,734.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,919.82 | 8/3/18 | 615070731186045 | 7/31/18 | $6,919.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,785.48 | 8/6/18 | 615070801186045 | 8/1/18 | $3,785.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,410.53 | 8/7/18 | 615070802186045 | 8/2/18 | $5,254.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,410.53 | 8/7/18 | 615070803186045 | 8/3/18 | $8,156.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,131.30 | 8/8/18 | 615070804186045 | 8/4/18 | $6,653.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $8,131.30 | 8/8/18 | 615070805186045 | 8/5/18 | $1,477.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,799.82 | 8/10/18 | 615070807186045 | 8/7/18 | $10,799.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,154.98 | 8/13/18 | 615070808186045 | 8/8/18 | $5,154.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,219.49 | 8/14/18 | 615070809186045 | 8/9/18 | $5,924.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,219.49 | 8/14/18 | 615070810186045 | 8/10/18 | $3,294.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,645.69 | 8/15/18 | 615070811186045 | 8/11/18 | $11,434.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,645.69 | 8/15/18 | 615070812186045 | 8/12/18 | $3,210.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,339.90 | 8/17/18 | 615070814186045 | 8/14/18 | $6,339.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,067.09 | 8/20/18 | 615070815186045 | 8/15/18 | $7,067.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,917.01 | 8/21/18 | 615070816186045 | 8/16/18 | $5,586.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,917.01 | 8/21/18 | 615070817186045 | 8/17/18 | $5,330.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,882.87 | 8/22/18 | 615070818186045 | 8/18/18 | $5,546.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,882.87 | 8/22/18 | 615070819186045 | 8/19/18 | $8,336.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,578.68 | 8/27/18 | 615070822186045 | 8/22/18 | $9,578.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $25,030.39 | 8/28/18 | 615070823186045 | 8/23/18 | $15,151.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $25,030.39 | 8/28/18 | 615070824186045 | 8/24/18 | $9,879.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $19,686.37 | 8/29/18 | 615070825186045 | 8/25/18 | $13,243.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $19,686.37 | 8/29/18 | 615070826186045 | 8/26/18 | $6,442.94 |

TWPD Investments Inc.
Bankruptcy Case: Sears Holding Corporation, et al.
July 6, 2020     Exhibit A     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,467.64 | 8/31/18 | 615070828186045 | 8/28/18 | $14,467.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,091.68 | 9/3/18 | 615070829186045 | 8/29/18 | $6,091.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $19,266.50 | 9/4/18 | 615070830186045 | 8/30/18 | $9,076.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $19,266.50 | 9/4/18 | 615070831186045 | 8/31/18 | $10,189.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,802.59 | 9/5/18 | 615070901186045 | 9/1/18 | $10,354.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,802.59 | 9/5/18 | 615070902186045 | 9/2/18 | $5,448.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,211.13 | 9/7/18 | 615070904186045 | 9/4/18 | $5,211.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,200.24 | 9/10/18 | 615070905186045 | 9/5/18 | $9,200.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,679.81 | 9/11/18 | 615070906186045 | 9/6/18 | $7,940.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,679.81 | 9/11/18 | 615070907186045 | 9/7/18 | $8,739.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,836.57 | 9/12/18 | 615070908186045 | 9/8/18 | $15,744.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $18,836.57 | 9/12/18 | 615070909186045 | 9/9/18 | $3,092.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $14,407.68 | 9/14/18 | 615070911186045 | 9/11/18 | $14,407.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,528.20 | 9/17/18 | 615070912186045 | 9/12/18 | $10,528.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,582.61 | 9/18/18 | 615070913186045 | 9/13/18 | $10,851.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,582.61 | 9/18/18 | 615070914186045 | 9/14/18 | $6,731.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,576.50 | 9/19/18 | 615070915186045 | 9/15/18 | $9,012.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,576.50 | 9/19/18 | 615070916186045 | 9/16/18 | $6,563.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $6,331.84 | 9/21/18 | 615070918186045 | 9/18/18 | $6,331.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,572.47 | 9/24/18 | 615070919186045 | 9/19/18 | $10,572.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,435.13 | 9/25/18 | 615070920186045 | 9/20/18 | $9,265.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,435.13 | 9/25/18 | 615070921186045 | 9/21/18 | $8,170.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,425.67 | 9/26/18 | 615070922186045 | 9/22/18 | $9,447.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $10,425.67 | 9/26/18 | 615070923186045 | 9/23/18 | $978.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,424.60 | 9/28/18 | 615070925186045 | 9/25/18 | $16,424.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,939.30 | 10/1/18 | 615070926186045 | 9/26/18 | $4,939.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,103.42 | 10/2/18 | 615070927186045 | 9/27/18 | $3,386.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $17,103.42 | 10/2/18 | 615070928186045 | 9/28/18 | $13,716.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,565.19 | 10/3/18 | 615070929186045 | 9/29/18 | $6,179.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,565.19 | 10/3/18 | 615070930186045 | 9/30/18 | $7,385.26 |

Totals:    46 transfer(s),  $495,139.74