| Defendant: | **Yangjiang Eka Industries Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $32,707.51 | 8/10/18 | 201818700825 | 5/15/18 | $32,707.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $2,640.00 | 8/10/18 | 201818702920 | 5/15/18 | $2,640.00 |
| Totals: | 2 transfer(s),  $35,347.51 | | | | | | |