| Defendant: | **Design International Group Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18815 | 6/14/18 | $5,714.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18816 | 6/14/18 | $3,351.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18818 | 6/14/18 | $3,113.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18819 | 6/14/18 | $2,528.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18842 | 6/20/18 | $1,351.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18844 | 6/21/18 | $1,039.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18817 | 6/24/18 | $5,291.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 18930 | 6/29/18 | $3,469.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981842 | $25,846.00 | 7/20/18 | 8361AD070818BM5 | 7/6/18 | -$13.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985205 | $6,948.25 | 7/27/18 | 18843 | 6/21/18 | $752.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985205 | $6,948.25 | 7/27/18 | 18865 | 6/25/18 | $2,254.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985205 | $6,948.25 | 7/27/18 | 18866 | 6/25/18 | $843.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985205 | $6,948.25 | 7/27/18 | 18984 | 7/3/18 | $3,105.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985205 | $6,948.25 | 7/27/18 | 8361AD071518BH8 | 7/13/18 | -$8.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $147,249.37 | 8/3/18 | 201820138186 | 7/2/18 | $125,709.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $147,249.37 | 8/3/18 | 201820138186 | 7/2/18 | $21,540.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,822.25 | 8/6/18 | 201819658524 | 7/3/18 | $9,822.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 18864 | 6/25/18 | $1,056.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 18987 | 7/3/18 | $4,583.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 18986 | 7/3/18 | $2,146.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 18988 | 7/3/18 | $1,453.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 18985 | 7/3/18 | $1,202.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 19065 | 7/12/18 | $2,938.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988615 | $13,367.11 | 8/7/18 | 8361AD072218BL8 | 7/20/18 | -$13.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992109 | $6,770.66 | 8/14/18 | 18867 | 6/25/18 | $1,186.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992109 | $6,770.66 | 8/14/18 | 18866 | 6/25/18 | $924.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992109 | $6,770.66 | 8/14/18 | 18983 | 7/3/18 | $1,819.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992109 | $6,770.66 | 8/14/18 | 19062 | 7/11/18 | $2,868.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992109 | $6,770.66 | 8/14/18 | 8361AD072918BM3 | 7/27/18 | -$28.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $0.00 | 8/15/18 | 201820338917 | 7/10/18 | $0.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996375 | $5,269.41 | 8/21/18 | 19072 | 7/16/18 | $2,684.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996375 | $5,269.41 | 8/21/18 | 19074 | 7/16/18 | $1,296.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996375 | $5,269.41 | 8/21/18 | 19129 | 7/27/18 | $1,305.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996375 | $5,269.41 | 8/21/18 | 8361AD080518BR3 | 8/3/18 | -$16.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19075 | 7/16/18 | $1,444.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19073 | 7/16/18 | $791.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19112 | 7/20/18 | $620.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $20,796.46 | 8/30/18 | 201820256005 | 7/23/18 | $20,796.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19110 | 7/25/18 | $2,286.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19108 | 7/25/18 | $858.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19111 | 7/25/18 | $751.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 19109 | 7/25/18 | $632.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999704 | $7,371.57 | 8/30/18 | 8361AD081218BF6 | 8/10/18 | -$14.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | 19247 | 8/9/18 | $1,460.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | 8361AD081918A66 | 8/17/18 | -$8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119463 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119460 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119462 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119464 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119465 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003209 | $551.89 | 9/6/18 | VPASN993119461 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,693.95 | 9/11/18 | 201820928238 | 8/6/18 | $168,693.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 19233 | 8/6/18 | $667.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 19232 | 8/6/18 | $654.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 19234 | 8/6/18 | $641.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 19231 | 8/6/18 | $565.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 8361AD082618BU2 | 8/24/18 | -$1.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006619 | $2,494.75 | 9/13/18 | 8361AD082618BU1 | 8/24/18 | -$33.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014204 | $1,161.39 | 9/27/18 | 19285 | 8/16/18 | $610.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014204 | $1,161.39 | 9/27/18 | 19287 | 8/21/18 | $607.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014204 | $1,161.39 | 9/27/18 | 8361AD090218BO0 | 8/31/18 | -$37.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014204 | $1,161.39 | 9/27/18 | 7705053532 | 9/6/18 | -$0.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014204 | $1,161.39 | 9/27/18 | 8361AD090918BJ7 | 9/7/18 | -$18.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $126,518.95 | 10/2/18 | 201820845213 | 8/19/18 | $126,518.95 |

**Totals:**    **15 transfer(s),  $542,862.01**

| Defendant: | **Design International Group Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $104,505.36 | 9/11/18 | 201820844027 | 8/6/18 | $36,775.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $104,505.36 | 9/11/18 | 201820844027 | 8/6/18 | $36,775.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $104,505.36 | 9/11/18 | 201820844027 | 8/6/18 | $30,955.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $29,493.38 | 10/2/18 | 201820845484 | 8/19/18 | $29,493.38 |

**Totals:** **2 transfer(s), $133,998.74**