Defendant: **Disston Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00026670 | 6/11/18 | $820.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027207 | 6/18/18 | $1,732.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027211 | 6/18/18 | $1,608.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027202 | 6/18/18 | $1,365.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027203 | 6/18/18 | $1,251.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027206 | 6/18/18 | $1,137.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027208 | 6/18/18 | $1,035.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027205 | 6/18/18 | $993.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027209 | 6/18/18 | $879.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027201 | 6/18/18 | $789.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027210 | 6/18/18 | $723.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | CI-00027204 | 6/18/18 | $664.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981850 | $12,952.36 | 7/20/18 | 8361AD070818AZ9 | 7/6/18 | -$49.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985214 | $4,547.11 | 7/27/18 | CI-00028095 | 6/25/18 | $2,320.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985214 | $4,547.11 | 7/27/18 | CI-00028098 | 6/25/18 | $1,363.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985214 | $4,547.11 | 7/27/18 | CI-00028096 | 6/25/18 | $676.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985214 | $4,547.11 | 7/27/18 | CI-00028099 | 6/25/18 | $227.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985214 | $4,547.11 | 7/27/18 | 8361AD071518AX2 | 7/13/18 | -$40.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988624 | $5,371.39 | 8/7/18 | CI-00028097 | 6/25/18 | $1,637.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988624 | $5,371.39 | 8/7/18 | CI-00028605 | 7/2/18 | $1,659.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988624 | $5,371.39 | 8/7/18 | CI-00028602 | 7/2/18 | $1,125.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988624 | $5,371.39 | 8/7/18 | CI-00028601 | 7/2/18 | $1,023.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988624 | $5,371.39 | 8/7/18 | 8361AD072218AY1 | 7/20/18 | -$73.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00022233 | 4/30/18 | $171.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00022233 | 4/30/18 | -$180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00028604 | 7/2/18 | $1,160.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00028603 | 7/2/18 | $964.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029177 | 7/9/18 | $3,314.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029174 | 7/9/18 | $2,729.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029091 | 7/9/18 | $2,614.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029176 | 7/9/18 | $1,729.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029175 | 7/9/18 | $1,152.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029173 | 7/9/18 | $947.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029168 | 7/9/18 | $655.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029169 | 7/9/18 | $630.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | CI-00029171 | 7/9/18 | $423.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992119 | $16,285.55 | 8/14/18 | 8361AD072918AZ7 | 7/27/18 | -$29.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | CI-00029170 | 7/9/18 | $581.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | CI-00030368 | 7/16/18 | $924.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | CI-00030370 | 7/16/18 | $613.18 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | CI-00030367 | 7/16/18 | $543.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | CI-00030369 | 7/16/18 | $430.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996383 | $3,018.77 | 8/21/18 | 8361AD080518A10 | 8/3/18 | -$74.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031362 | 7/23/18 | $1,852.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031363 | 7/23/18 | $1,161.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031365 | 7/23/18 | $1,077.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031367 | 7/23/18 | $1,042.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031369 | 7/23/18 | $862.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031364 | 7/23/18 | $676.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031368 | 7/23/18 | $598.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031370 | 7/23/18 | $400.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | CI-00031361 | 7/23/18 | $93.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999713 | $7,759.06 | 8/30/18 | 8361AD081218AW6 | 8/10/18 | -$6.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00024131 | 5/21/18 | $1,157.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00024131 | 5/21/18 | -$1,218.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00031385 | 7/23/18 | $1,824.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00031384 | 7/23/18 | $654.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00031366 | 7/23/18 | $583.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032266 | 7/30/18 | $1,741.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032263 | 7/30/18 | $1,072.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032265 | 7/30/18 | $980.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032243 | 7/30/18 | $894.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032240 | 7/30/18 | $643.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032241 | 7/30/18 | $622.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032262 | 7/30/18 | $576.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032249 | 7/30/18 | $553.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032264 | 7/30/18 | $533.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | CI-00032250 | 7/30/18 | $330.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003217 | $10,925.22 | 9/6/18 | 8361AD081918AQ5 | 8/17/18 | -$24.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00032269 | 7/30/18 | $1,104.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033106 | 8/6/18 | $273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033479 | 8/8/18 | $1,449.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033511 | 8/8/18 | $773.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033566 | 8/8/18 | $740.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033512 | 8/8/18 | $669.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | CI-00033532 | 8/8/18 | $480.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006627 | $5,441.94 | 9/13/18 | 8361AD082618A32 | 8/24/18 | -$50.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | CI-00034089 | 8/13/18 | $1,926.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | CI-00034088 | 8/13/18 | $931.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | CI-00034113 | 8/13/18 | $752.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | CI-00034087 | 8/13/18 | $605.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | CI-00034090 | 8/13/18 | $128.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010889 | $4,330.33 | 9/20/18 | 8361AD090218A03 | 8/31/18 | -$14.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00033113 | 8/6/18 | $191.52 |

Disston Company

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00033482 | 8/8/18 | $1,287.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034901 | 8/20/18 | $1,205.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034902 | 8/20/18 | $843.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034897 | 8/20/18 | $588.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034898 | 8/20/18 | $452.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034905 | 8/20/18 | $353.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034903 | 8/20/18 | $146.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034900 | 8/20/18 | $133.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034899 | 8/20/18 | $98.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | CI-00034904 | 8/20/18 | $66.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014211 | $5,355.42 | 9/27/18 | 8361AD090918AX3 | 9/7/18 | -$12.21 |

**Totals:** 10 transfer(s), $75,987.15

Defendant: **Disston Company**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028596 | 7/2/18 | $1,385.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028595 | 7/2/18 | $1,077.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028594 | 7/2/18 | $461.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028593 | 7/2/18 | $153.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028600 | 7/2/18 | $153.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92748 | $3,323.56 | 7/23/18 | 0000028590 | 7/2/18 | $91.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00763 | $461.70 | 8/6/18 | 0000030381 | 7/16/18 | $307.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00763 | $461.70 | 8/6/18 | 0000030380 | 7/16/18 | $153.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031380 | 7/23/18 | $3,811.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031357 | 7/23/18 | $3,349.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031377 | 7/23/18 | $3,078.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031356 | 7/23/18 | $641.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031374 | 7/23/18 | $245.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031353 | 7/23/18 | $91.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04612 | $11,309.27 | 8/13/18 | 0000031358 | 7/23/18 | $91.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08618 | $153.90 | 8/20/18 | 0000032247 | 7/30/18 | $153.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09727 | $458.28 | 8/21/18 | 0000030366 | 7/16/18 | $458.28 |

Totals:   5 transfer(s),  $15,706.71