| | |
|---|---|
| Defendant: | **DPI Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 6506725000-1 | 6/12/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 6539645000-1 | 6/12/18 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 6497775000-1 | 6/12/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 6539805000-1 | 6/12/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 6519435000-1 | 6/12/18 | $7.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314048 | 6/19/18 | $5,414.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314592 | 6/20/18 | $14,021.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314489 | 6/20/18 | $3,174.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314488 | 6/20/18 | $2,663.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314425 | 6/20/18 | $1,291.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 315089 | 6/21/18 | $1,776.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314742 | 6/21/18 | $1,291.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314743 | 6/21/18 | $887.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314741 | 6/21/18 | $637.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983778 | $31,628.66 | 7/17/18 | 314740 | 6/21/18 | $403.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984761 | $45.14 | 7/18/18 | 6555035000-1 | 6/13/18 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984761 | $45.14 | 7/18/18 | 6561025000-1 | 6/13/18 | $11.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984761 | $45.14 | 7/18/18 | 6565075000-1 | 6/13/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985229 | $19.00 | 7/19/18 | 6570355000-1 | 6/14/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 6581785000-1 | 6/19/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 6579975000-1 | 6/19/18 | $11.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 6603845000-1 | 6/19/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 317697 | 6/27/18 | $459.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318256 | 6/28/18 | $22,881.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318255 | 6/28/18 | $4,426.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318077 | 6/28/18 | $949.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318109 | 6/28/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318060 | 6/28/18 | $418.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318107 | 6/28/18 | $360.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318078 | 6/28/18 | $262.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318110 | 6/28/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318108 | 6/28/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987232 | $30,890.81 | 7/24/18 | 318359 | 6/29/18 | $120.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988158 | $552.10 | 7/25/18 | 6627445000-1 | 6/20/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988158 | $552.10 | 7/25/18 | 6639555000-1 | 6/20/18 | $1.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988158 | $552.10 | 7/25/18 | 317247 | 6/27/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988642 | $343.80 | 7/26/18 | 320732 | 7/5/18 | $343.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6673445000-1 | 6/26/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6668745000-1 | 6/26/18 | $54.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6684435000-1 | 6/26/18 | $10.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6675675000-1 | 6/26/18 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6663165000-1 | 6/26/18 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6679435000-1 | 6/26/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6697545000-1 | 6/26/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 6664835000-1 | 6/26/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 320922 | 7/5/18 | $7,162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 320673 | 7/5/18 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 320733 | 7/5/18 | $458.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 320734 | 7/5/18 | $229.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990731 | $8,708.18 | 7/31/18 | 320672 | 7/5/18 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991658 | $737.26 | 8/1/18 | 323912 | 7/12/18 | $496.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991658 | $737.26 | 8/1/18 | 323942 | 7/12/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992138 | $4,828.48 | 8/2/18 | 323348 | 7/11/18 | $4,828.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 6757705000-2 | 7/2/18 | $7.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 6757705000-1 | 7/2/18 | $3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 6744125000-1 | 7/3/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 6731005000-1 | 7/3/18 | $10.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 322377 | 7/10/18 | $16,454.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 322376 | 7/10/18 | $2,462.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 322375 | 7/10/18 | $1,030.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 322378 | 7/10/18 | $993.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323347 | 7/11/18 | $37,345.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323351 | 7/11/18 | $15,227.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323345 | 7/11/18 | $5,563.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323350 | 7/11/18 | $2,528.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323249 | 7/11/18 | $1,886.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323352 | 7/11/18 | $1,589.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323349 | 7/11/18 | $1,287.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323346 | 7/11/18 | $1,191.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323435 | 7/11/18 | $847.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323248 | 7/11/18 | $686.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323036 | 7/11/18 | $645.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323424 | 7/11/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323425 | 7/11/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323423 | 7/11/18 | $360.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323247 | 7/11/18 | $257.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323319 | 7/11/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323866 | 7/12/18 | $8,051.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323865 | 7/12/18 | $1,331.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 324082 | 7/12/18 | $686.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323911 | 7/12/18 | $347.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323940 | 7/12/18 | $343.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 323941 | 7/12/18 | $120.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 325208 | 7/16/18 | $147,369.87 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 325207 | 7/16/18 | $91,019.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 325415 | 7/16/18 | $52,807.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | 325414 | 7/16/18 | $19,390.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715590 | 8/2/18 | -$65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715577 | 8/2/18 | -$148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214713110 | 8/2/18 | -$216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715510 | 8/2/18 | -$331.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715508 | 8/2/18 | -$475.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715509 | 8/2/18 | -$734.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715511 | 8/2/18 | -$1,214.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715583 | 8/2/18 | -$2,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715573 | 8/2/18 | -$2,941.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994551 | $398,178.63 | 8/7/18 | MA18214715507 | 8/2/18 | -$6,459.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996397 | $5,275.31 | 8/9/18 | 6804575000-1 | 7/5/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996397 | $5,275.31 | 8/9/18 | 6793815000-1 | 7/5/18 | $1.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996397 | $5,275.31 | 8/9/18 | 327218 | 7/19/18 | $5,269.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996985 | $15.75 | 8/10/18 | 6813245000-1 | 7/6/18 | $11.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996985 | $15.75 | 8/10/18 | 6818745000-1 | 7/6/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 6824965000-1 | 7/10/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 6835035000-1 | 7/10/18 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 6848945000-1 | 7/10/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 326931 | 7/19/18 | $907.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 326908 | 7/19/18 | $203.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 326928 | 7/19/18 | $135.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 326929 | 7/19/18 | $135.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998354 | $1,515.09 | 8/14/18 | 326930 | 7/19/18 | $67.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 314741 | 6/21/18 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6882805000-1 | 7/11/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6879565000-1 | 7/11/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6880375000-1 | 7/11/18 | $26.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6876905000-1 | 7/11/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6883285000-1 | 7/11/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6877345000-1 | 7/11/18 | $3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | 6886045000-1 | 7/12/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999732 | $92.34 | 8/16/18 | VPOT991486087 | 8/12/18 | -$268.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000321 | $23.50 | 8/17/18 | 6892045000-1 | 7/13/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000321 | $23.50 | 8/17/18 | 6895885000-1 | 7/13/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 6939715000-1 | 7/17/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 6922235000-1 | 7/17/18 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 6913265000-1 | 7/17/18 | $18.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329427 | 7/24/18 | $2,240.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329762 | 7/24/18 | $1,589.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329428 | 7/24/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329873 | 7/25/18 | $4,327.24 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329876 | 7/25/18 | $4,305.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330214 | 7/25/18 | $1,589.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329875 | 7/25/18 | $1,259.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330215 | 7/25/18 | $1,222.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330216 | 7/25/18 | $794.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329877 | 7/25/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 329874 | 7/25/18 | $360.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330448 | 7/26/18 | $23,755.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330447 | 7/26/18 | $1,786.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330827 | 7/26/18 | $794.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330765 | 7/26/18 | $794.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330907 | 7/27/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330906 | 7/27/18 | $240.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001825 | $46,490.94 | 8/21/18 | 330905 | 7/27/18 | $120.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6913965000-1 | 7/18/18 | $18.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6911585000-1 | 7/18/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6930575000-1 | 7/18/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6950795000-1 | 7/18/18 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6954995000-1 | 7/19/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6989175000-1 | 7/20/18 | $11.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 7007835000-1 | 7/24/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 6998915000-1 | 7/24/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 7028755000-1 | 7/24/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 7003215000-1 | 7/24/18 | $3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 7005205000-1 | 7/24/18 | $1.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 333061 | 7/31/18 | $7,140.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 333529 | 8/1/18 | $5,943.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 333527 | 8/1/18 | $3,191.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 333528 | 8/1/18 | $2,343.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 334455 | 8/2/18 | $28,604.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 334591 | 8/2/18 | $3,471.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 336862 | 8/7/18 | $3,936.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 8361D006390531 | 8/17/18 | -$3,463.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005255 | $31,750.16 | 8/28/18 | 8361D006390532 | 8/17/18 | -$19,528.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006158 | $27.17 | 8/29/18 | 7058585000-1 | 7/25/18 | $11.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006158 | $27.17 | 8/29/18 | 7038615000-1 | 7/25/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006158 | $27.17 | 8/29/18 | 7046625000-1 | 7/25/18 | $7.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006652 | $6,495.34 | 8/30/18 | 7066115000-1 | 7/26/18 | $3.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006652 | $6,495.34 | 8/30/18 | 337451 | 8/8/18 | $6,130.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006652 | $6,495.34 | 8/30/18 | 337452 | 8/8/18 | $360.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007264 | $16.00 | 8/31/18 | 7078025000-1 | 7/27/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007264 | $16.00 | 8/31/18 | 7080735000-1 | 7/27/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 320674 | 7/5/18 | $573.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 320674 | 7/5/18 | -$600.00 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 7126595000-1 | 7/31/18 | $10.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 7105885000-1 | 7/31/18 | $4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 7100405000-1 | 7/31/18 | $3.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 336862 | 8/7/18 | $1,570.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 337450 | 8/8/18 | $1,785.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 337449 | 8/8/18 | $1,203.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 337448 | 8/8/18 | $874.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 338244 | 8/9/18 | $2,630.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 338705 | 8/10/18 | $24,811.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | 338706 | 8/10/18 | $4,135.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716226 | 8/30/18 | -$207.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242715584 | 8/30/18 | -$231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716476 | 8/30/18 | -$332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242715574 | 8/30/18 | -$336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716343 | 8/30/18 | -$345.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716341 | 8/30/18 | -$367.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716342 | 8/30/18 | -$505.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716344 | 8/30/18 | -$6,146.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008853 | $20,576.87 | 9/4/18 | MA18242716340 | 8/30/18 | -$7,954.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010046 | $46.00 | 9/5/18 | 7102895000-1 | 8/1/18 | $38.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010046 | $46.00 | 9/5/18 | 7144865000-1 | 8/1/18 | $8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010905 | $38,498.22 | 9/6/18 | 320674 | 7/5/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010905 | $38,498.22 | 9/6/18 | 341803 | 8/16/18 | $22,087.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010905 | $38,498.22 | 9/6/18 | 341804 | 8/16/18 | $14,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010905 | $38,498.22 | 9/6/18 | 341814 | 8/16/18 | $1,676.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012822 | $9,789.22 | 9/11/18 | 340438 | 8/14/18 | $3,775.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012822 | $9,789.22 | 9/11/18 | 341285 | 8/15/18 | $3,825.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012822 | $9,789.22 | 9/11/18 | 341286 | 8/15/18 | $2,020.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012822 | $9,789.22 | 9/11/18 | 341705 | 8/16/18 | $171.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012822 | $9,789.22 | 9/11/18 | 5412405000-1 | 9/6/18 | -$4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | PRK160236 | 7/18/18 | -$456.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 344858 | 8/22/18 | $3,609.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 344856 | 8/22/18 | $3,465.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 344686 | 8/22/18 | $2,242.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 344857 | 8/22/18 | $797.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 345448 | 8/23/18 | $2,276.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 345574 | 8/23/18 | $1,807.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 345449 | 8/23/18 | $1,766.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 345526 | 8/23/18 | $1,302.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | 345450 | 8/23/18 | $601.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | VPOT991488670 | 9/9/18 | -$93.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016219 | $16,588.09 | 9/18/18 | VPOT991488671 | 9/9/18 | -$734.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017649 | $23,261.22 | 9/20/18 | 348902 | 8/30/18 | $19,959.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017649 | $23,261.22 | 9/20/18 | 348903 | 8/30/18 | $3,533.50 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020                                    Exhibit A                                    P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781017649 | $23,261.22 | 9/20/18 | VPOT991489273 | 9/16/18 | -$231.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019683 | $12,958.68 | 9/25/18 | 347777 | 8/28/18 | $3,093.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019683 | $12,958.68 | 9/25/18 | 348281 | 8/29/18 | $9,378.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019683 | $12,958.68 | 9/25/18 | 350165 | 8/31/18 | $486.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020643 | $1,432.30 | 9/26/18 | 350164 | 8/31/18 | $773.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020643 | $1,432.30 | 9/26/18 | 350166 | 8/31/18 | $658.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021146 | $21,922.02 | 9/27/18 | 352808 | 9/6/18 | $21,922.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 350751 | 9/4/18 | $9,059.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352140 | 9/5/18 | $19,651.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352137 | 9/5/18 | $13,056.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352138 | 9/5/18 | $5,191.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352139 | 9/5/18 | $1,323.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352136 | 9/5/18 | $481.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352809 | 9/6/18 | $4,093.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352807 | 9/6/18 | $3,653.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023298 | $56,630.40 | 10/2/18 | 352810 | 9/6/18 | $120.33 |

Totals:    30 transfer(s),  $769,336.68

Defendant: **DPI Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89932 | $16,047.09 | 7/17/18 | 0000293449 | 5/11/18 | $18,150.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89932 | $16,047.09 | 7/17/18 | 00003398AA | 5/11/18 | $84.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89932 | $16,047.09 | 7/17/18 | 0000431888 | 7/12/18 | -$2,187.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90436 | $75.92 | 7/18/18 | 00006798AA | 6/26/18 | $40.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90436 | $75.92 | 7/18/18 | 00006567AA | 6/26/18 | $31.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90436 | $75.92 | 7/18/18 | 00006706AA | 6/26/18 | $4.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91341 | $216.30 | 7/19/18 | 0000317472 | 6/27/18 | $145.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91341 | $216.30 | 7/19/18 | 00007396AA | 6/27/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91341 | $216.30 | 7/19/18 | 00007307AA | 6/27/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92084 | $2,850.47 | 7/20/18 | 0000318257 | 6/28/18 | $949.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92084 | $2,850.47 | 7/20/18 | 0000317727 | 6/28/18 | $916.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92084 | $2,850.47 | 7/20/18 | 00007827AA | 6/28/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92084 | $2,850.47 | 7/20/18 | 0000293449 | 7/18/18 | $816.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92084 | $2,850.47 | 7/20/18 | 0000009770 | 7/18/18 | $101.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92760 | $17,027.31 | 7/23/18 | 0000318727 | 6/29/18 | $16,347.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92760 | $17,027.31 | 7/23/18 | 0000318369 | 6/29/18 | $679.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94630 | $24.83 | 7/25/18 | 00000104AA | 7/3/18 | $24.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95458 | $202.00 | 7/26/18 | 0000180815 | 7/24/18 | $202.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 0000320925 | 7/5/18 | $1,613.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 0000320298 | 7/5/18 | $1,102.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 0000320926 | 7/5/18 | $838.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 0000320266 | 7/5/18 | $584.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 0000320297 | 7/5/18 | $137.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000750AA | 7/5/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000713AA | 7/5/18 | $63.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000752AA | 7/5/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000753AA | 7/5/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000751AA | 7/5/18 | $4.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96181 | $4,424.50 | 7/27/18 | 00000829AA | 7/5/18 | $4.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96853 | $17,665.59 | 7/30/18 | 0000321437 | 7/6/18 | $10,027.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96853 | $17,665.59 | 7/30/18 | 0000321436 | 7/6/18 | $7,561.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96853 | $17,665.59 | 7/30/18 | 00001292AA | 7/6/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96853 | $17,665.59 | 7/30/18 | 00001286AA | 7/6/18 | $10.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98676 | $65.89 | 8/1/18 | 00002912AA | 7/10/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99417 | $23.39 | 8/2/18 | 00003027AA | 7/11/18 | $18.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99417 | $23.39 | 8/2/18 | 00003225AA | 7/11/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 0000324045 | 7/12/18 | $1,447.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 0000324064 | 7/12/18 | $519.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 00003814AA | 7/12/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 00003817AA | 7/12/18 | $65.89 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 00003811AA | 7/12/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 00003813AA | 7/12/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00127 | $2,175.47 | 8/3/18 | 00003812AA | 7/12/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00774 | $7,907.34 | 8/6/18 | 0000324751 | 7/13/18 | $7,555.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00774 | $7,907.34 | 8/6/18 | 0000324372 | 7/13/18 | $219.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00774 | $7,907.34 | 8/6/18 | 00004476AA | 7/13/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00774 | $7,907.34 | 8/6/18 | 0000324371 | 7/13/18 | $61.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00774 | $7,907.34 | 8/6/18 | 00004477AA | 7/13/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00006043AA | 7/17/18 | $65.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00005785AA | 7/17/18 | $31.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00005780AA | 7/17/18 | $22.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00005932AA | 7/17/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00006969AA | 7/19/18 | $18.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 00007178AA | 7/19/18 | $10.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000327857 | 7/20/18 | $13,250.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000327793 | 7/20/18 | $805.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000327795 | 7/20/18 | $354.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000327794 | 7/20/18 | $305.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000327792 | 7/20/18 | $191.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604185 | 8/3/18 | -$1,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604285 | 8/6/18 | -$41.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604273 | 8/6/18 | -$51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604321 | 8/6/18 | -$118.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604327 | 8/6/18 | -$159.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000604318 | 8/6/18 | -$2,712.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000394372 | 8/9/18 | $149.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04624 | $10,346.07 | 8/13/18 | 0000431888 | 8/9/18 | $129.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05722 | $367.99 | 8/14/18 | 0000315344 | 6/22/18 | $876.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05722 | $367.99 | 8/14/18 | 0000749213 | 6/22/18 | -$513.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05722 | $367.99 | 8/14/18 | 00008109AA | 7/23/18 | $4.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06398 | $589.40 | 8/15/18 | 0000749213 | 6/22/18 | $513.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06398 | $589.40 | 8/15/18 | 00009361AA | 7/24/18 | $51.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06398 | $589.40 | 8/15/18 | 00009574AA | 7/24/18 | $24.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07246 | $5.25 | 8/16/18 | 00009933AA | 7/25/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07961 | $845.17 | 8/17/18 | 0000330515 | 7/26/18 | $835.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07961 | $845.17 | 8/17/18 | 00000672AA | 7/26/18 | $5.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07961 | $845.17 | 8/17/18 | 00000404AA | 7/26/18 | $4.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08629 | $3,294.75 | 8/20/18 | 0000331218 | 7/27/18 | $2,114.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08629 | $3,294.75 | 8/20/18 | 0000330943 | 7/27/18 | $815.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08629 | $3,294.75 | 8/20/18 | 0000330942 | 7/27/18 | $145.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08629 | $3,294.75 | 8/20/18 | 0000330941 | 7/27/18 | $127.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08629 | $3,294.75 | 8/20/18 | 0000330944 | 7/27/18 | $91.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09731 | $53.71 | 8/21/18 | 00002269AA | 7/30/18 | $24.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09731 | $53.71 | 8/21/18 | 00002268AA | 7/30/18 | $18.14 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020                                Exhibit B                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09731 | $53.71 | 8/21/18 | 00002267AA | 7/30/18 | $10.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000333238 | 8/1/18 | $388.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000334094 | 8/2/18 | $1,289.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000334095 | 8/2/18 | $502.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000334093 | 8/2/18 | $63.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000334835 | 8/3/18 | $3,936.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000334673 | 8/3/18 | $68.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000476794 | 8/20/18 | -$90.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12657 | $1,263.08 | 8/27/18 | 0000446087 | 8/20/18 | -$4,895.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14515 | $41.31 | 8/29/18 | 0000315344 | 8/27/18 | $41.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15297 | $1,152.68 | 8/30/18 | 0000337453 | 8/8/18 | $1,152.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15986 | $16,760.25 | 8/31/18 | 0000338245 | 8/9/18 | $16,760.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000338939 | 8/10/18 | $57,943.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000338912 | 8/10/18 | $1,037.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000338913 | 8/10/18 | $734.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000338773 | 8/10/18 | $145.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000338772 | 8/10/18 | $63.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16618 | $59,454.33 | 9/4/18 | 0000750089 | 8/10/18 | -$470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000341815 | 8/16/18 | $7,907.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604665 | 8/31/18 | -$20.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604635 | 8/31/18 | -$38.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604632 | 8/31/18 | -$85.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604662 | 8/31/18 | -$129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604673 | 8/31/18 | -$130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604668 | 8/31/18 | -$208.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604671 | 8/31/18 | -$380.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604626 | 8/31/18 | -$1,182.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19167 | $5,382.33 | 9/7/18 | 0000604888 | 9/5/18 | -$351.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19637 | $18,450.44 | 9/10/18 | 0000342237 | 8/17/18 | $16,550.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19637 | $18,450.44 | 9/10/18 | 0000342274 | 8/17/18 | $1,015.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19637 | $18,450.44 | 9/10/18 | 0000342221 | 8/17/18 | $739.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19637 | $18,450.44 | 9/10/18 | 0000342220 | 8/17/18 | $145.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22777 | $10,915.65 | 9/14/18 | 0000345452 | 8/23/18 | $8,595.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22777 | $10,915.65 | 9/14/18 | 0000345164 | 8/23/18 | $1,602.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22777 | $10,915.65 | 9/14/18 | 0000345162 | 8/23/18 | $718.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23335 | $9,362.59 | 9/17/18 | 0000345819 | 8/24/18 | $8,146.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23335 | $9,362.59 | 9/17/18 | 0000345867 | 8/24/18 | $711.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23335 | $9,362.59 | 9/17/18 | 0000345780 | 8/24/18 | $382.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23335 | $9,362.59 | 9/17/18 | 0000345818 | 8/24/18 | $122.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000349912 | 8/30/18 | $412.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000348782 | 8/30/18 | $290.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350033 | 8/31/18 | $3,647.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350162 | 8/31/18 | $1,780.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350158 | 8/31/18 | $664.68 |

DPI Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020                                    Exhibit B                                    P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350157 | 8/31/18 | $319.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350160 | 8/31/18 | $313.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350159 | 8/31/18 | $160.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000350161 | 8/31/18 | $122.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000608729 | 9/13/18 | -$78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26940 | $5,835.01 | 9/24/18 | 0000474865 | 9/18/18 | -$1,798.15 |

Totals:    30 transfer(s),   $212,826.11