| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Hang Fung Garment Group Ltd. | | | | | | |
| Bankruptcy Case: | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $9,112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $8,040.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $7,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820054679 | 7/8/18 | $6,911.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $6,520.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820054833 | 7/8/18 | $5,522.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $5,362.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $5,160.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056246 | 7/8/18 | $4,872.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056371 | 7/8/18 | $4,512.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056419 | 7/8/18 | $4,157.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056371 | 7/8/18 | $3,643.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056773 | 7/8/18 | $3,075.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820054833 | 7/8/18 | $1,104.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,079.79 | 8/3/18 | 201820056773 | 7/8/18 | $589.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054023 | 7/10/18 | $7,990.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $7,159.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $6,282.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $5,940.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054078 | 7/10/18 | $5,264.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $5,216.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $4,341.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $4,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054376 | 7/10/18 | $3,762.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054429 | 7/10/18 | $3,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820056723 | 7/10/18 | $3,462.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054158 | 7/10/18 | $3,285.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054576 | 7/10/18 | $3,279.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054429 | 7/10/18 | $2,776.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054158 | 7/10/18 | $1,102.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $68,326.50 | 8/6/18 | 201820054158 | 7/10/18 | $877.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056850 | 7/15/18 | $11,841.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820054644 | 7/15/18 | $8,798.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056684 | 7/15/18 | $5,328.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056684 | 7/15/18 | $5,078.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056631 | 7/15/18 | $3,687.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056631 | 7/15/18 | $3,144.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056814 | 7/16/18 | $11,358.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056523 | 7/16/18 | $4,193.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056523 | 7/16/18 | $3,974.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056480 | 7/16/18 | $2,836.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $62,662.08 | 8/10/18 | 201820056480 | 7/16/18 | $2,419.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846332 | 8/11/18 | $201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846412 | 8/12/18 | $17,761.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846303 | 8/12/18 | $12,297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846491 | 8/13/18 | $57,657.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846491 | 8/13/18 | $18,305.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846379 | 8/13/18 | $17,038.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $134,850.48 | 9/11/18 | 201820846268 | 8/13/18 | $11,588.40 |

Totals:    4 transfer(s),    $341,918.85

Defendant: **Hang Fung Garment Group Ltd.**
Bankruptcy Case **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $30,182.80 | 8/3/18 | 201820057302 | 7/8/18 | $8,635.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $30,182.80 | 8/3/18 | 201820057228 | 7/8/18 | $7,379.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $30,182.80 | 8/3/18 | 201820057302 | 7/8/18 | $4,868.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $30,182.80 | 8/3/18 | 201820057302 | 7/8/18 | $4,820.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $30,182.80 | 8/3/18 | 201820057302 | 7/8/18 | $4,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $37,349.20 | 8/6/18 | 201820057162 | 7/10/18 | $10,639.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $37,349.20 | 8/6/18 | 201820057072 | 7/10/18 | $9,187.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $37,349.20 | 8/6/18 | 201820057162 | 7/10/18 | $6,025.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $37,349.20 | 8/6/18 | 201820057162 | 7/10/18 | $5,976.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $37,349.20 | 8/6/18 | 201820057162 | 7/10/18 | $5,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $39,724.28 | 8/21/18 | 201820056876 | 7/23/18 | $39,724.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $36,727.21 | 8/23/18 | 201820472841 | 7/25/18 | $36,727.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,427.66 | 8/30/18 | 201820472993 | 7/29/18 | $17,427.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,636.10 | 9/4/18 | 201820472953 | 8/6/18 | $20,201.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,636.10 | 9/4/18 | 201820472953 | 8/6/18 | $1,434.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $89,754.34 | 9/11/18 | 201820846585 | 8/13/18 | $51,854.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $89,754.34 | 9/11/18 | 201820846691 | 8/13/18 | $37,900.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $39,107.18 | 10/2/18 | 201820846643 | 8/27/18 | $39,107.18 |

Totals:    8 transfer(s),  $311,908.77

Hang Fung Garment Group Ltd.
Bankruptcy Case: Sears Holding Corporation, et al.
July 6, 2020                                     Exhibit B                                          P. 1