| Defendant: | Hsm (Far East) Co. Limited |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819584226 | 6/12/18 | $33,575.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819584226 | 6/12/18 | $32,239.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819583414 | 6/12/18 | $28,752.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819583414 | 6/12/18 | $25,555.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819584226 | 6/12/18 | $20,668.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819583414 | 6/12/18 | $16,361.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819583414 | 6/12/18 | $12,254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819613591 | 6/12/18 | $7,410.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819613591 | 6/12/18 | $5,355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $183,295.64 | 7/24/18 | 201819613591 | 6/12/18 | $1,122.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,040.06 | 7/25/18 | 201819613968 | 6/13/18 | $16,604.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,040.06 | 7/25/18 | 201819613968 | 6/13/18 | $10,332.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,040.06 | 7/25/18 | 201819613968 | 6/13/18 | $7,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,040.06 | 7/25/18 | 201819613968 | 6/13/18 | $1,891.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463843 | 6/15/18 | $24,850.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463843 | 6/15/18 | $11,775.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463843 | 6/15/18 | $8,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463843 | 6/15/18 | $8,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $27,414.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $17,151.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463259 | 6/16/18 | $13,653.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $11,394.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $8,763.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463259 | 6/16/18 | $6,357.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463259 | 6/16/18 | $5,394.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819463259 | 6/16/18 | $5,394.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $3,924.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,053.30 | 7/27/18 | 201819423335 | 6/16/18 | $1,875.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $20,857.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $16,385.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $13,919.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $7,200.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $3,385.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $3,041.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,574.96 | 7/30/18 | 201819462948 | 6/18/18 | $784.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,059.24 | 8/10/18 | 201820030433 | 6/30/18 | $10,619.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,059.24 | 8/10/18 | 201820030433 | 6/30/18 | $9,752.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,059.24 | 8/10/18 | 201819404164 | 7/1/18 | $14,179.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,059.24 | 8/10/18 | 201819404164 | 7/1/18 | $1,508.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $23,239.26 | 8/16/18 | 201820108825 | 7/3/18 | $23,239.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,538.24 | 8/17/18 | 201820108965 | 7/4/18 | $20,691.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,538.24 | 8/17/18 | 201820025171 | 7/4/18 | $9,011.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $35,538.24 | 8/17/18 | 201820108965 | 7/4/18 | $5,836.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,367.78 | 8/21/18 | 201820030088 | 7/6/18 | $19,504.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $36,367.78 | 8/21/18 | 201820030088 | 7/6/18 | $16,862.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,301.49 | 9/4/18 | 201820338113 | 7/19/18 | $8,445.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $15,301.49 | 9/4/18 | 201820548254 | 7/19/18 | $6,855.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820336199 | 7/24/18 | $23,747.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820336199 | 7/24/18 | $18,411.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820335981 | 7/24/18 | $16,493.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820337972 | 7/24/18 | $13,972.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820335981 | 7/24/18 | $10,961.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820492909 | 7/24/18 | $4,813.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820406575 | 7/24/18 | $4,121.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820406758 | 7/24/18 | $3,599.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820606421 | 7/24/18 | $3,427.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,854.22 | 9/6/18 | 201820606421 | 7/24/18 | $2,304.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $16,901.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $16,426.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $10,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $8,342.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $8,342.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $2,336.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $69,938.21 | 9/11/18 | 201820339824 | 7/29/18 | $2,289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $14,717.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $10,824.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $8,300.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $6,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $5,232.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $4,681.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $51,803.82 | 9/12/18 | 201820373652 | 7/30/18 | $1,765.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,538.88 | 9/18/18 | 201820706423 | 8/4/18 | $11,852.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,538.88 | 9/18/18 | 201820606398 | 8/4/18 | $5,496.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,538.88 | 9/18/18 | 201820606398 | 8/4/18 | $2,413.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,538.88 | 9/18/18 | 201820725395 | 8/5/18 | $12,629.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $38,538.88 | 9/18/18 | 201820725395 | 8/5/18 | $6,147.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820773562 | 8/6/18 | $22,327.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820773562 | 8/6/18 | $14,536.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820773562 | 8/6/18 | $13,353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820773562 | 8/6/18 | $13,353.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820705074 | 8/6/18 | $9,635.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $78,027.28 | 9/19/18 | 201820869845 | 8/6/18 | $4,819.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,541.99 | 9/21/18 | 201820773292 | 8/8/18 | $32,148.45 |

Hsm (Far East) Co. Limited

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,541.99 | 9/21/18 | 201820773292 | 8/8/18 | $18,417.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,541.99 | 9/21/18 | 201820773292 | 8/8/18 | $17,908.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,541.99 | 9/21/18 | 201820773292 | 8/8/18 | $15,067.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,270.12 | 10/2/18 | 201820933029 | 8/13/18 | $5,943.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,270.12 | 10/2/18 | 201820933029 | 8/13/18 | $2,579.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,270.12 | 10/2/18 | 201820933029 | 8/13/18 | $2,579.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $13,270.12 | 10/2/18 | 201820933029 | 8/13/18 | $2,168.62 |

**Totals:** 16 transfer(s), $1,022,444.49

Defendant: **Hsm (Far East) Co. Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819343179 | 6/11/18 | $56,502.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819198829 | 6/11/18 | $55,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819198829 | 6/11/18 | $55,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819343179 | 6/11/18 | $46,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819198829 | 6/11/18 | $44,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $42,653.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $41,516.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819343179 | 6/11/18 | $40,248.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $39,217.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $39,217.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $36,069.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $35,305.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $31,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $29,047.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $28,702.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $23,961.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $17,992.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $16,537.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $10,773.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $9,180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819193998 | 6/11/18 | $5,466.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819618660 | 6/11/18 | $5,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819193998 | 6/11/18 | $5,388.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $718,798.88 | 7/23/18 | 201819193998 | 6/11/18 | $1,920.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $93,958.98 | 7/25/18 | 201819342372 | 6/13/18 | $38,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $93,958.98 | 7/25/18 | 201819342372 | 6/13/18 | $33,573.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $93,958.98 | 7/25/18 | 201819342372 | 6/13/18 | $8,109.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $93,958.98 | 7/25/18 | 201819342372 | 6/13/18 | $8,109.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $93,958.98 | 7/25/18 | 201819342372 | 6/13/18 | $5,916.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,059.60 | 7/26/18 | 201819396300 | 6/14/18 | $20,059.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $53,954.11 | 8/8/18 | 201819973047 | 6/27/18 | $53,954.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $169,145.20 | 8/9/18 | 201820025669 | 6/28/18 | $41,208.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $169,145.20 | 8/9/18 | 201820025669 | 6/28/18 | $41,126.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $169,145.20 | 8/9/18 | 201820025669 | 6/28/18 | $31,192.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $169,145.20 | 8/9/18 | 201820025669 | 6/28/18 | $28,328.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $169,145.20 | 8/9/18 | 201820025669 | 6/28/18 | $27,290.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $98,131.60 | 8/21/18 | 201820107936 | 7/6/18 | $44,590.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $98,131.60 | 8/21/18 | 201820107936 | 7/6/18 | $24,604.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $98,131.60 | 8/21/18 | 201820029109 | 7/6/18 | $21,694.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $98,131.60 | 8/21/18 | 201820107936 | 7/6/18 | $7,242.00 |

Transfers During Preference Period — Exhibit A

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $43,067.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $43,067.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $29,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $25,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $18,767.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $16,110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $16,110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $12,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $212,109.92 | 8/24/18 | 201820228318 | 7/11/18 | $7,038.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820288003 | 7/12/18 | $104,532.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820288003 | 7/12/18 | $48,546.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820108054 | 7/12/18 | $44,523.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820288003 | 7/12/18 | $5,676.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820288003 | 7/12/18 | $5,547.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820108054 | 7/12/18 | $1,516.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $211,501.71 | 8/27/18 | 201820288003 | 7/12/18 | $1,161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820483195 | 7/16/18 | $93,186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820483195 | 7/16/18 | $52,638.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820258410 | 7/16/18 | $20,745.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820338834A | 7/16/18 | $13,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820338834A | 7/16/18 | $13,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $10,932.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820338834A | 7/16/18 | $10,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820338834A | 7/16/18 | $10,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820342106 | 7/16/18 | $9,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820342106 | 7/16/18 | $8,901.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $8,421.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $8,117.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820258410 | 7/16/18 | $7,459.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $7,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820342106 | 7/16/18 | $5,943.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $5,466.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820337337 | 7/16/18 | $3,592.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820378383 | 7/17/18 | $38,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $359,992.18 | 8/30/18 | 201820378383 | 7/17/18 | $31,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $76,761.92 | 9/4/18 | 201820411373 | 7/19/18 | $38,633.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $76,761.92 | 9/4/18 | 201820411373 | 7/19/18 | $38,128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820378925 | 7/28/18 | $33,358.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820437500 | 7/28/18 | $21,576.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820481781 | 7/28/18 | $9,649.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820481781 | 7/28/18 | $8,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820481781 | 7/28/18 | $7,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,576.69 | 9/11/18 | 201820481781 | 7/28/18 | $6,092.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $46,269.00 | 9/13/18 | 201820669092 | 7/31/18 | $27,189.00 |

Hsm (Far East) Co. Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $46,269.00 | 9/13/18 | 201820669092 | 7/31/18 | $19,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,676.88 | 9/18/18 | 201820772286 | 8/5/18 | $44,918.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,676.88 | 9/18/18 | 201820772286 | 8/5/18 | $30,758.40 |

**Totals:** 13 transfer(s), $2,222,936.67