Defendant: **JC Toys Asia Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $88,648.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $47,769.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $43,159.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $32,250.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $31,605.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $14,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $259,459.31 | 8/21/18 | 201820438807 | 7/23/18 | $1,815.00 |

Totals:    1 transfer(s),  $259,459.31

**Defendant:** **JC Toys Asia Limited**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $123,518.12 | 8/30/18 | 201820539763 | 7/29/18 | $73,776.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $123,518.12 | 8/30/18 | 201820539763 | 7/29/18 | $49,741.40 |

**Totals:**   1 transfer(s),  **$123,518.12**