| Defendant: | **Potex Toys Manufacturer Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,597.62 | 8/21/18 | 201818830507 | 5/22/18 | $26,594.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,597.62 | 8/21/18 | 201818830507 | 5/22/18 | $7,002.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,886.40 | 8/27/18 | 201818837116 | 5/28/18 | $5,886.40 |

Totals:    2 transfer(s),  $39,484.02

Defendant: **Potex Toys Manufacturer Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $39,028.80 | 9/17/18 | 201819972155 | 6/18/18 | $39,028.80 |
| Totals: | 1 transfer(s), $39,028.80 | | | | | | |