Defendant: **Prepac Manufacturing Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6278695000-1 | 5/25/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6327755000-1 | 5/28/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6350465000-1 | 5/28/18 | $166.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6351185000-1 | 5/28/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6343065000-1 | 5/29/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6373815000-1 | 5/30/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082681 | $1,268.87 | 7/10/18 | 6384485000-1 | 5/31/18 | $164.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083269 | $744.31 | 7/17/18 | 6416445000-2 | 6/4/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083269 | $744.31 | 7/17/18 | 6442635000-1 | 6/4/18 | $166.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083269 | $744.31 | 7/17/18 | 6428595000-1 | 6/4/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083269 | $744.31 | 7/17/18 | 6416445000-1 | 6/4/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083584 | $977.61 | 7/24/18 | 6518595000-1 | 6/12/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083584 | $977.61 | 7/24/18 | 6547535000-2 | 6/12/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083584 | $977.61 | 7/24/18 | 6507685000-1 | 6/12/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083584 | $977.61 | 7/24/18 | 6547535000-1 | 6/12/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083584 | $977.61 | 7/24/18 | 6560365000-1 | 6/14/18 | $99.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084390 | $138.51 | 8/9/18 | 6607925000-1 | 6/20/18 | $78.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084390 | $138.51 | 8/9/18 | 6668845000-1 | 6/25/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084390 | $138.51 | 8/9/18 | 5376485000-1 | 7/14/18 | -$87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084946 | $653.85 | 8/16/18 | 6738255000-1 | 7/2/18 | $160.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084946 | $653.85 | 8/16/18 | 6760885000-1 | 7/3/18 | $281.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084946 | $653.85 | 8/16/18 | 6755275000-1 | 7/3/18 | $211.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6801195000-1 | 7/6/18 | $187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6751245000-1 | 7/6/18 | $91.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6751245000-2 | 7/6/18 | $78.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6822415000-1 | 7/9/18 | $91.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6858605000-1 | 7/11/18 | $129.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 6857745000-1 | 7/11/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085268 | $866.71 | 8/23/18 | 93002109129 | 7/12/18 | $161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002208487 | 7/13/18 | $215.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002181688 | 7/13/18 | $196.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002180985 | 7/13/18 | $171.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002187162 | 7/13/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 6883925000-1 | 7/13/18 | $109.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002234441 | 7/14/18 | $590.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002243449 | 7/14/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002241513 | 7/14/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002252268 | 7/14/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002240065 | 7/14/18 | $57.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002289578 | 7/15/18 | $156.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002253223 | 7/15/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002290035 | 7/15/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002380794 | 7/16/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 6930995000-1 | 7/16/18 | $109.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002351054 | 7/16/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002453520 | 7/17/18 | $2,288.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002440855 | 7/17/18 | $2,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002457094 | 7/17/18 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93120774658 | 7/17/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002548346 | 7/18/18 | $74.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93003018881 | 7/19/18 | $449.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002579985 | 7/19/18 | $171.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002576790 | 7/19/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 6961065000-1 | 7/19/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002579748 | 7/19/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002595816 | 7/19/18 | $99.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085681 | $8,856.05 | 9/3/18 | 93002595343 | 7/19/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93002234441 | 7/17/18 | -$196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93002440855 | 7/19/18 | -$1,251.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93002453520 | 7/19/18 | -$1,341.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003049598 | 7/20/18 | $490.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003045754 | 7/20/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003151142 | 7/22/18 | $233.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003170454 | 7/22/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003207713 | 7/23/18 | $362.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003204133 | 7/23/18 | $355.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 6994085000-1 | 7/23/18 | $166.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003221009 | 7/23/18 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003241093 | 7/23/18 | $103.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003282716 | 7/24/18 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003281885 | 7/24/18 | $167.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7018185000-1 | 7/24/18 | $87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003255062 | 7/24/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003309023 | 7/25/18 | $314.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003296432 | 7/25/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003298904 | 7/25/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003315734 | 7/25/18 | $182.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003380637 | 7/26/18 | $340.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003367351 | 7/26/18 | $171.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003374665 | 7/26/18 | $163.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003400922 | 7/26/18 | $163.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003315734OP | 7/26/18 | -$91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003410637 | 7/27/18 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7073065000-1 | 7/27/18 | $224.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003428621 | 7/27/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003440310 | 7/27/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003416344 | 7/27/18 | $166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7066695000-1 | 7/27/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7067315000-1 | 7/27/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003420520 | 7/27/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003469712 | 7/28/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003570298 | 7/29/18 | $163.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93002181688 | 7/29/18 | -$98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003380637OP | 7/30/18 | -$170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7089945000-1 | 7/31/18 | $601.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000049752 | 7/31/18 | $463.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7098385000-1 | 7/31/18 | $187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000066381 | 7/31/18 | $172.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7120315000-1 | 7/31/18 | $171.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7086675000-1 | 7/31/18 | $143.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000066282 | 7/31/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000066861 | 7/31/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7145475000-1 | 8/1/18 | $300.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000088492 | 8/1/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7148675000-1 | 8/1/18 | $119.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000145061 | 8/1/18 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000092547 | 8/1/18 | $105.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000143531 | 8/1/18 | $85.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 7140945000-1 | 8/2/18 | $160.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000182209 | 8/2/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93000166050 | 8/2/18 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93002289578 | 8/10/18 | -$78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 93003018881 | 8/10/18 | -$224.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086630 | $5,852.03 | 9/17/18 | 5400205000-1 | 8/23/18 | -$87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002440855 | 7/17/18 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002234441OC | 7/17/18 | -$196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002453520OC | 7/19/18 | -$590.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002440855OC | 7/19/18 | -$625.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003315734OC | 7/26/18 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003462451 | 7/28/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003576618 | 7/29/18 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003581920 | 7/29/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003571206 | 7/29/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003539558 | 7/29/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003541278 | 7/29/18 | $171.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003573761 | 7/29/18 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002181688OC | 7/29/18 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 7078945000-2 | 7/30/18 | $196.69 |

Prepac Manufacturing Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003380637OC | 7/30/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 7078945000-1 | 7/30/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003594617 | 7/30/18 | $107.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000010404 | 7/30/18 | $107.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000202717 | 8/3/18 | $352.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 7139855000-1 | 8/3/18 | $224.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 7156385000-1 | 8/3/18 | $187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000259989 | 8/4/18 | $516.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000245933 | 8/4/18 | $435.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000283345 | 8/4/18 | $167.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000286228 | 8/4/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000282500 | 8/4/18 | $143.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000305805 | 8/5/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000305092 | 8/5/18 | $121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000404304 | 8/6/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000364237 | 8/6/18 | $160.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000402379 | 8/6/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93120778276 | 8/7/18 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000439477 | 8/7/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000443968 | 8/7/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000438733 | 8/7/18 | $86.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000456624 | 8/8/18 | $208.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000464159 | 8/8/18 | $163.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000455976 | 8/8/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000451478 | 8/8/18 | $127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000450127 | 8/8/18 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000534386 | 8/9/18 | $283.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93000589879 | 8/9/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 7188665000-1 | 8/9/18 | $87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93003018881OC | 8/10/18 | $224.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087015 | $6,254.52 | 9/24/18 | 93002289578OC | 8/10/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001087145 | 8/11/18 | $203.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001044319 | 8/11/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001073424 | 8/11/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001097285 | 8/11/18 | $99.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001048926 | 8/11/18 | $45.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001174823 | 8/12/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001106598 | 8/12/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001155763 | 8/12/18 | $131.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001141835 | 8/12/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001098545 | 8/12/18 | $121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001149621 | 8/12/18 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001141791 | 8/12/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001227724 | 8/13/18 | $632.28 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 7219005000-1 | 8/13/18 | $244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001244895 | 8/13/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001200188 | 8/13/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001236051 | 8/13/18 | $167.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001238141 | 8/13/18 | $166.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001230746 | 8/13/18 | $121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001221704 | 8/13/18 | $115.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001229501 | 8/13/18 | $107.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 7216815000-1 | 8/13/18 | $87.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001227726 | 8/13/18 | $45.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001303703 | 8/14/18 | $258.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001283422 | 8/14/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001295765 | 8/14/18 | $196.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001257752 | 8/14/18 | $158.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001260875 | 8/14/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001290998 | 8/14/18 | $101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001373733 | 8/15/18 | $169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001314881 | 8/15/18 | $117.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001375023 | 8/15/18 | $99.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001380638 | 8/15/18 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001380734 | 8/15/18 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 7252035000-1 | 8/15/18 | $90.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001408376 | 8/16/18 | $157.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 93001421110 | 8/16/18 | $45.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087406 | $5,205.36 | 10/1/18 | 5410655000-1 | 9/11/18 | -$300.74 |

Totals:    10 transfer(s),    $30,817.82

Defendant: **Prepac Manufacturing Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170749 | $1,334.68 | 7/5/18 | 00000463AA | 5/11/18 | $467.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170749 | $1,334.68 | 7/5/18 | 00000452AA | 5/11/18 | $321.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170749 | $1,334.68 | 7/5/18 | 00000462AA | 5/11/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170749 | $1,334.68 | 7/5/18 | 00000453AA | 5/11/18 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170749 | $1,334.68 | 7/5/18 | 00000451AA | 5/11/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003219AA | 5/14/18 | $288.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003201AA | 5/14/18 | $189.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003202AA | 5/14/18 | $180.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003204AA | 5/14/18 | $180.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003200AA | 5/14/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003221AA | 5/14/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003220AA | 5/14/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003222AA | 5/14/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00003203AA | 5/14/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004702AA | 5/15/18 | $355.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004703AA | 5/15/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004708AA | 5/15/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004706AA | 5/15/18 | $180.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004704AA | 5/15/18 | $170.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004701AA | 5/15/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004705AA | 5/15/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170807 | $3,182.22 | 7/9/18 | 00004707AA | 5/15/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170841 | $612.57 | 7/10/18 | 00006002AA | 5/16/18 | $317.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170841 | $612.57 | 7/10/18 | 00005993AA | 5/16/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170841 | $612.57 | 7/10/18 | 00005994AA | 5/16/18 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170876 | $317.88 | 7/11/18 | 00007114AA | 5/17/18 | $317.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170904 | $160.90 | 7/12/18 | 00008215AA | 5/18/18 | $160.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00001495AA | 5/21/18 | $180.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00003051AA | 5/22/18 | $498.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00003053AA | 5/22/18 | $317.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00003054AA | 5/22/18 | $180.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00003055AA | 5/22/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 00003052AA | 5/22/18 | $160.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170965 | $1,402.30 | 7/16/18 | 0000588425 | 7/10/18 | -$98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170997 | $267.00 | 7/17/18 | 00004370AA | 5/23/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170997 | $267.00 | 7/17/18 | 00004385AA | 5/23/18 | $117.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171023 | $723.63 | 7/18/18 | 00008544AA | 5/24/18 | $456.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171023 | $723.63 | 7/18/18 | 00005521AA | 5/24/18 | $169.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171023 | $723.63 | 7/18/18 | 00005511AA | 5/24/18 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006718AA | 5/25/18 | $236.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006723AA | 5/25/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006724AA | 5/25/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006717AA | 5/25/18 | $117.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006719AA | 5/25/18 | $117.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006720AA | 5/25/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171055 | $984.79 | 7/19/18 | 00006716AA | 5/25/18 | $86.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009796AA | 5/28/18 | $215.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009808AA | 5/28/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009810AA | 5/28/18 | $167.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009797AA | 5/28/18 | $162.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009812AA | 5/28/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009807AA | 5/28/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00009811AA | 5/28/18 | $78.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001549AA | 5/29/18 | $456.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001568AA | 5/29/18 | $276.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001547AA | 5/29/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001567AA | 5/29/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001550AA | 5/29/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001548AA | 5/29/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001552AA | 5/29/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001569AA | 5/29/18 | $106.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001551AA | 5/29/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171125 | $2,924.85 | 7/23/18 | 00001553AA | 5/29/18 | $91.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 00003124AA | 5/30/18 | $198.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 00003126AA | 5/30/18 | $189.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 00003125AA | 5/30/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 00003127AA | 5/30/18 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 0000591540 | 7/19/18 | -$166.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171171 | $224.77 | 7/24/18 | 0000591526 | 7/19/18 | -$196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171199 | $647.10 | 7/25/18 | 00004288AA | 5/31/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171199 | $647.10 | 7/25/18 | 00004285AA | 5/31/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171199 | $647.10 | 7/25/18 | 00004287AA | 5/31/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171199 | $647.10 | 7/25/18 | 00004286AA | 5/31/18 | $106.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171231 | $429.50 | 7/26/18 | 00005598AA | 6/1/18 | $164.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171231 | $429.50 | 7/26/18 | 00005599AA | 6/1/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171231 | $429.50 | 7/26/18 | 00005594AA | 6/1/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00008882AA | 6/4/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00008883AA | 6/4/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00008877AA | 6/4/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000342AA | 6/5/18 | $355.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000339AA | 6/5/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000343AA | 6/5/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000340AA | 6/5/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000341AA | 6/5/18 | $91.72 |

Prepac Manufacturing Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020                                            Exhibit B                                            P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171789 | $1,597.37 | 7/30/18 | 00000356AA | 6/5/18 | $91.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172145 | $468.44 | 7/31/18 | 00001575AA | 6/6/18 | $468.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172158 | $160.00 | 8/1/18 | 00002790AA | 6/7/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003097AA | 6/8/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003911AA | 6/8/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003909AA | 6/8/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003913AA | 6/8/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003910AA | 6/8/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172187 | $1,200.73 | 8/2/18 | 00003908AA | 6/8/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00007433AA | 6/11/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00007448AA | 6/11/18 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00009053AA | 6/12/18 | $294.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00009051AA | 6/12/18 | $274.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00009052AA | 6/12/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 00009063AA | 6/12/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172244 | $1,018.01 | 8/6/18 | 0000595729 | 8/1/18 | -$160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172278 | $403.99 | 8/7/18 | 00000416AA | 6/13/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172278 | $403.99 | 8/7/18 | 00000428AA | 6/13/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172278 | $403.99 | 8/7/18 | 00000415AA | 6/13/18 | $85.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172299 | $88.00 | 8/8/18 | 00001783AA | 6/14/18 | $88.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172324 | $617.57 | 8/9/18 | 00002893AA | 6/15/18 | $317.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172324 | $617.57 | 8/9/18 | 00002892AA | 6/15/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172324 | $617.57 | 8/9/18 | 00002891AA | 6/15/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00006306AA | 6/18/18 | $187.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00006307AA | 6/18/18 | $98.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00006314AA | 6/18/18 | $90.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00006313AA | 6/18/18 | $86.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00006315AA | 6/18/18 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007757AA | 6/19/18 | $317.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007754AA | 6/19/18 | $208.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007760AA | 6/19/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007758AA | 6/19/18 | $167.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007756AA | 6/19/18 | $160.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007751AA | 6/19/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007755AA | 6/19/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007753AA | 6/19/18 | $141.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007772AA | 6/19/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007761AA | 6/19/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007759AA | 6/19/18 | $91.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007752AA | 6/19/18 | $74.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172384 | $2,442.64 | 8/13/18 | 00007771AA | 6/19/18 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172411 | $324.00 | 8/14/18 | 00009162AA | 6/20/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172411 | $324.00 | 8/14/18 | 00009161AA | 6/20/18 | $121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172439 | $908.63 | 8/15/18 | 00000483AA | 6/21/18 | $259.94 |

Prepac Manufacturing  Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172439 | $908.63 | 8/15/18 | 00000484AA | 6/21/18 | $223.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172439 | $908.63 | 8/15/18 | 00000486AA | 6/21/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172439 | $908.63 | 8/15/18 | 00000485AA | 6/21/18 | $145.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172439 | $908.63 | 8/15/18 | 00000482AA | 6/21/18 | $121.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172466 | $192.10 | 8/16/18 | 00001657AA | 6/22/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172466 | $192.10 | 8/16/18 | 00001638AA | 6/22/18 | $45.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172466 | $192.10 | 8/16/18 | 0000504135 | 8/13/18 | -$50.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00005192AA | 6/25/18 | $178.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00005191AA | 6/25/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00005203AA | 6/25/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00005193AA | 6/25/18 | $74.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006728AA | 6/26/18 | $322.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006732AA | 6/26/18 | $233.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006727AA | 6/26/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006729AA | 6/26/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006751AA | 6/26/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006730AA | 6/26/18 | $86.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 00006731AA | 6/26/18 | $85.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 0000599625 | 8/14/18 | -$131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172511 | $1,437.37 | 8/20/18 | 0000599624 | 8/14/18 | -$131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172533 | $396.38 | 8/21/18 | 00008245AA | 6/27/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172533 | $396.38 | 8/21/18 | 00008247AA | 6/27/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172533 | $396.38 | 8/21/18 | 00008244AA | 6/27/18 | $163.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172533 | $396.38 | 8/21/18 | 00008246AA | 6/27/18 | $1.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172533 | $396.38 | 8/21/18 | 0000600511 | 8/16/18 | -$161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009484AA | 6/28/18 | $262.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009485AA | 6/28/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009481AA | 6/28/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009482AA | 6/28/18 | $182.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009486AA | 6/28/18 | $167.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009487AA | 6/28/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172554 | $1,346.29 | 8/22/18 | 00009483AA | 6/28/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172583 | $428.64 | 8/23/18 | 00000724AA | 6/29/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172583 | $428.64 | 8/23/18 | 00000725AA | 6/29/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172583 | $428.64 | 8/23/18 | 00000736AA | 6/29/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172583 | $428.64 | 8/23/18 | 00000723AA | 6/29/18 | $105.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004415AA | 7/2/18 | $385.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00002913AA | 7/2/18 | $374.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00002913AA | 7/2/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004420AA | 7/2/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004392AA | 7/2/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004389AA | 7/2/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004417AA | 7/2/18 | $175.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004418AA | 7/2/18 | $175.00 |

Prepac Manufacturing Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004414AA | 7/2/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004412AA | 7/2/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00002913AA | 7/2/18 | $121.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004419AA | 7/2/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00004390AA | 7/2/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005963AA | 7/3/18 | $285.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005960AA | 7/3/18 | $169.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005955AA | 7/3/18 | $166.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005991AA | 7/3/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005992AA | 7/3/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005958AA | 7/3/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005961AA | 7/3/18 | $160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005956AA | 7/3/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005964AA | 7/3/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005990AA | 7/3/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005962AA | 7/3/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005959AA | 7/3/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172655 | $4,466.57 | 8/27/18 | 00005957AA | 7/3/18 | $45.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173165 | $739.32 | 8/28/18 | 00007321AA | 7/4/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173165 | $739.32 | 8/28/18 | 00007311AA | 7/4/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173165 | $739.32 | 8/28/18 | 00007322AA | 7/4/18 | $187.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173165 | $739.32 | 8/28/18 | 00007312AA | 7/4/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173541 | $886.26 | 8/29/18 | 00008616AA | 7/5/18 | $327.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173541 | $886.26 | 8/29/18 | 00008605AA | 7/5/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173541 | $886.26 | 8/29/18 | 00008606AA | 7/5/18 | $191.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173541 | $886.26 | 8/29/18 | 00008604AA | 7/5/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000037AA | 7/6/18 | $283.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000053AA | 7/6/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000039AA | 7/6/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000038AA | 7/6/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000035AA | 7/6/18 | $158.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000051AA | 7/6/18 | $117.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000034AA | 7/6/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000052AA | 7/6/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000040AA | 7/6/18 | $106.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000036AA | 7/6/18 | $103.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173572 | $1,713.93 | 8/30/18 | 00000054AA | 7/6/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003746AA | 7/9/18 | $708.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003751AA | 7/9/18 | $319.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003745AA | 7/9/18 | $236.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003721AA | 7/9/18 | $208.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003749AA | 7/9/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003747AA | 7/9/18 | $196.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003752AA | 7/9/18 | $166.25 |

Prepac Manufacturing  Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003744AA | 7/9/18 | $161.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003723AA | 7/9/18 | $142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003748AA | 7/9/18 | $141.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003750AA | 7/9/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003720AA | 7/9/18 | $101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003722AA | 7/9/18 | $81.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00003724AA | 7/9/18 | $45.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005308AA | 7/10/18 | $944.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005291AA | 7/10/18 | $203.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005288AA | 7/10/18 | $189.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005293AA | 7/10/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005292AA | 7/10/18 | $143.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005290AA | 7/10/18 | $129.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173624 | $4,698.42 | 9/4/18 | 00005289AA | 7/10/18 | $103.00 |

Totals:    34 transfer(s),   $38,746.85

Prepac Manufacturing Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.