Defendant: **Quintana & Sons Trading LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083258 | $2,425.61 | 7/17/18 | 11122 | 5/7/18 | $2,431.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083258 | $2,425.61 | 7/17/18 | 7741058024 | 6/19/18 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11150 | 5/10/18 | $2,252.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11149 | 5/10/18 | $1,539.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11178 | 5/11/18 | $271.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11200 | 5/14/18 | $393.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11209 | 5/15/18 | $2,320.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 11210 | 5/15/18 | $2,179.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 61338 | 7/10/18 | -$7.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083574 | $8,792.21 | 7/24/18 | 61337 | 7/10/18 | -$157.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084016 | $1,639.20 | 7/31/18 | 11197 | 5/16/18 | $2,147.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084016 | $1,639.20 | 7/31/18 | 7752047825 | 7/18/18 | -$19.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084016 | $1,639.20 | 7/31/18 | 7752047824 | 7/18/18 | -$43.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084016 | $1,639.20 | 7/31/18 | 7752047823 | 7/18/18 | -$445.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084373 | $29.17 | 8/9/18 | 11268 | 5/29/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084373 | $29.17 | 8/9/18 | 7741058154 | 7/24/18 | -$18.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084373 | $29.17 | 8/9/18 | X66606 | 7/24/18 | -$87.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11285 | 5/30/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11283 | 5/30/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11284 | 5/30/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11267 | 5/30/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11287 | 5/31/18 | $251.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11290 | 5/31/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11289 | 5/31/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11288 | 5/31/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11308 | 6/1/18 | $455.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11299 | 6/1/18 | $364.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11310 | 6/1/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11300 | 6/1/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11301 | 6/1/18 | $273.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11309 | 6/1/18 | $273.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11306 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11295 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11307 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11296 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11297 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11305 | 6/1/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11314 | 6/4/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11311 | 6/4/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11313 | 6/4/18 | $303.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11312 | 6/4/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11315 | 6/4/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11318 | 6/4/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11316 | 6/4/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11317 | 6/4/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11324 | 6/5/18 | $425.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11325 | 6/5/18 | $334.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11327 | 6/5/18 | $273.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 11326 | 6/5/18 | $273.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084935 | $6,974.00 | 8/16/18 | 7741058194 | 7/30/18 | -$75.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11335 | 6/6/18 | $334.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11334 | 6/6/18 | $334.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11336 | 6/6/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11269 | 6/6/18 | $135.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11347 | 6/7/18 | $455.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11348 | 6/7/18 | $334.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085258 | $2,201.71 | 8/23/18 | 11346 | 6/7/18 | $303.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11422 | 6/15/18 | $1,458.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11423 | 6/15/18 | $912.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11421 | 6/15/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11420 | 6/15/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11400 | 6/15/18 | $331.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11428 | 6/15/18 | $285.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11424 | 6/15/18 | $128.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11445 | 6/18/18 | $1,426.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11442 | 6/18/18 | $1,283.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11441 | 6/18/18 | $937.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11440 | 6/18/18 | $927.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11443 | 6/18/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11447 | 6/18/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11446 | 6/18/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11439 | 6/18/18 | $812.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11455 | 6/19/18 | $1,315.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11456 | 6/19/18 | $1,080.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11457 | 6/19/18 | $937.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11451 | 6/19/18 | $912.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11452 | 6/19/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11453 | 6/19/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 11454 | 6/19/18 | $848.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085672 | $19,517.70 | 9/3/18 | 7752047905 | 8/10/18 | -$20.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11460 | 6/20/18 | $1,258.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11459 | 6/20/18 | $1,233.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11463 | 6/21/18 | $2,447.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11462 | 6/21/18 | $2,440.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11465 | 6/21/18 | $2,079.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11464 | 6/21/18 | $1,896.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11476 | 6/22/18 | $2,788.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11477 | 6/22/18 | $2,079.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11493 | 6/25/18 | $2,707.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11492 | 6/25/18 | $2,472.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11496 | 6/26/18 | $2,732.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11498 | 6/26/18 | $2,047.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 11497 | 6/26/18 | $2,023.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086053 | $28,176.99 | 9/10/18 | 8361AD081918A04 | 8/17/18 | -$31.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11514 | 6/27/18 | $2,556.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11515 | 6/27/18 | $2,074.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11536 | 6/28/18 | $1,973.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11538 | 6/28/18 | $1,835.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11537 | 6/28/18 | $1,763.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11543 | 6/29/18 | $1,052.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11542 | 6/29/18 | $1,036.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11545 | 6/29/18 | $995.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 11544 | 6/29/18 | $995.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086517 | $14,238.81 | 9/17/18 | 8361AD082618BI8 | 8/24/18 | -$47.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11605 | 7/9/18 | $1,538.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11604 | 7/9/18 | $1,261.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11609 | 7/9/18 | $1,184.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11607 | 7/9/18 | $1,184.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11603 | 7/9/18 | $1,145.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11608 | 7/9/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11606 | 7/9/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11614 | 7/10/18 | $1,622.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11618 | 7/10/18 | $1,538.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 11617 | 7/10/18 | $1,145.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 8361AD090218BF0 | 8/31/18 | -$68.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 8361AD090218BE9 | 8/31/18 | -$95.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086967 | $12,573.87 | 9/24/18 | 7752047991 | 9/3/18 | -$8.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11627 | 7/11/18 | $1,622.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11629 | 7/11/18 | $1,538.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11625 | 7/11/18 | $1,500.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11628 | 7/11/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11630 | 7/11/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11626 | 7/11/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11624 | 7/11/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11615 | 7/12/18 | $1,377.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11639 | 7/12/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 11640 | 7/12/18 | $1,062.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087391 | $12,482.19 | 10/1/18 | 7752048015 | 9/7/18 | -$8.75 |

Quintana & Sons Trading LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Totals: | 11 transfer(s), $109,051.46 | | | | | | |

**Defendant:** Quintana & Sons Trading LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90086 | $607.98 | 7/17/18 | 0000509108 | 7/10/18 | -$643.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90086 | $607.98 | 7/17/18 | 0000909009 | 7/13/18 | $1,251.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95840 | $587.88 | 7/26/18 | 0000011232 | 5/22/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95840 | $587.88 | 7/26/18 | 0000011231 | 5/22/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95840 | $587.88 | 7/26/18 | 0000011233 | 5/22/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95840 | $587.88 | 7/26/18 | 0000011234 | 5/22/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011236 | 5/23/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011237 | 5/23/18 | $146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000747185 | 5/23/18 | -$146.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011255 | 5/25/18 | $11,169.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011251 | 5/25/18 | $9,285.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011253 | 5/25/18 | $7,571.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011252 | 5/25/18 | $6,157.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011256 | 5/25/18 | $4,834.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000011254 | 5/25/18 | $4,497.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97403 | $43,512.89 | 7/30/18 | 0000916924 | 7/24/18 | -$148.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011262 | 5/29/18 | $6,450.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011261 | 5/29/18 | $5,731.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011266 | 5/29/18 | $5,391.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011264 | 5/29/18 | $4,970.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011263 | 5/29/18 | $4,063.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99784 | $30,390.83 | 8/2/18 | 0000011265 | 5/29/18 | $3,782.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011276 | 5/30/18 | $6,157.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011277 | 5/30/18 | $5,600.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011278 | 5/30/18 | $4,280.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011280 | 5/30/18 | $4,254.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011279 | 5/30/18 | $4,063.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00348 | $26,877.58 | 8/3/18 | 0000011281 | 5/30/18 | $2,521.61 |

**Totals:** 5 transfer(s), $101,977.16