| | | |
|---|---|---|
| Defendant: | **Shi Yi Footwear Mfg. Factory** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $22,543.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $15,825.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689945 | 6/16/18 | $13,466.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689945 | 6/16/18 | $12,688.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $8,870.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689945 | 6/16/18 | $7,321.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $2,993.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $2,787.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,678.18 | 8/10/18 | 201819689637 | 6/16/18 | $181.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $18,386.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $13,183.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $7,221.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $6,728.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $6,244.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $4,804.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819689172 | 6/18/18 | $3,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $2,693.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $65,066.44 | 8/16/18 | 201819688652 | 6/18/18 | $2,060.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $12,749.03 | 9/4/18 | 201820082737 | 7/3/18 | $12,749.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,182.43 | 9/5/18 | 201820082627 | 7/8/18 | $16,182.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $27,955.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $24,273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $17,982.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $12,700.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $10,278.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $10,206.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $4,867.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $3,400.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $3,090.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $117,784.87 | 9/12/18 | 201820432350 | 7/15/18 | $3,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $21,343.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $17,577.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $9,859.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431831 | 7/16/18 | $8,316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $7,209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431831 | 7/16/18 | $6,652.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431831 | 7/16/18 | $4,243.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $2,808.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431831 | 7/16/18 | $2,593.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $1,575.60 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $969.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $363.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $83,814.55 | 9/13/18 | 201820431146 | 7/16/18 | $303.00 |

**Totals:** 6 transfer(s), $382,275.50

18-23538-shl    Doc 8268-1    Filed 07/07/20    Entered 07/07/20 15:39:35    Exhibit A
Pg 2 of 3

Shi Yi Footwear Mfg. Factory
Bankruptcy Case: Sears Holding Corporation, et al.
July 6, 2020                    Exhibit A                    P. 2

Defendant: **Shi Yi Footwear Mfg. Factory**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $59,184.00 | 8/2/18 | 201819284018 | 6/6/18 | $33,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $59,184.00 | 8/2/18 | 201819284018 | 6/6/18 | $26,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $46,109.13 | 8/17/18 | 201819687783 | 6/19/18 | $24,561.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $46,109.13 | 8/17/18 | 201819687783 | 6/19/18 | $14,529.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $46,109.13 | 8/17/18 | 201819688099 | 6/19/18 | $7,017.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $22,244.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $18,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $17,222.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $11,700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $9,601.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $9,509.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $9,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $9,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $9,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $7,539.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $5,029.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $1,610.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $132,244.65 | 9/4/18 | 201820060206 | 7/4/18 | $1,497.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $48,374.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $37,900.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $35,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $34,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $29,808.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $29,412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $14,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $14,640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $9,675.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $9,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $8,179.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $276,287.76 | 9/10/18 | 201820290917 | 7/11/18 | $4,788.00 |

Totals:   4 transfer(s),  $513,825.54