**Defendant:** South Pacific Fashions Ltd.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,035.48 | 7/18/18 | 201819365088 | 5/26/18 | $9,035.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $9,387.84 | 7/24/18 | 201819365222 | 5/28/18 | $9,387.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,716.14 | 8/10/18 | 201819691942 | 6/16/18 | $32,953.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,716.14 | 8/10/18 | 201819691942 | 6/16/18 | $23,953.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,716.14 | 8/10/18 | 201819691942 | 6/16/18 | $20,965.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,716.14 | 8/10/18 | 201819691942 | 6/16/18 | $10,843.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,365.17 | 8/16/18 | 201819690777 | 6/18/18 | $31,725.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,365.17 | 8/16/18 | 201819690777 | 6/18/18 | $18,796.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,365.17 | 8/16/18 | 201819690777 | 6/18/18 | $16,457.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,365.17 | 8/16/18 | 201819690777 | 6/18/18 | $8,385.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $129,580.07 | 8/30/18 | 201820033670 | 7/1/18 | $49,492.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $129,580.07 | 8/30/18 | 201820033670 | 7/1/18 | $41,051.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $129,580.07 | 8/30/18 | 201820033670 | 7/1/18 | $39,036.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $47,428.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $33,211.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $28,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $14,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $6,926.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,337.14 | 9/4/18 | 201820057385 | 7/3/18 | $231.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,585.76 | 9/5/18 | 201820060499 | 7/8/18 | $5,238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $5,585.76 | 9/5/18 | 201820060499 | 7/8/18 | $347.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $26,759.09 | 9/12/18 | 201820374984 | 7/15/18 | $26,759.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $25,676.60 | 9/13/18 | 201820374511 | 7/16/18 | $25,676.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820771725 | 7/19/18 | $257.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820448926 | 7/21/18 | $60,845.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820493550 | 7/21/18 | $7,321.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Transfers | $88,774.19 | 9/18/18 | 201820493550 | 7/21/18 | $6,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820493550 | 7/21/18 | $5,745.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820493550 | 7/21/18 | $5,253.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $88,774.19 | 9/18/18 | 201820493550 | 7/21/18 | $2,799.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820448884 | 7/25/18 | $44,437.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820448884 | 7/25/18 | $13,625.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820492785 | 7/25/18 | $6,887.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820492785 | 7/25/18 | $6,372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820492785 | 7/25/18 | $4,532.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820492785 | 7/25/18 | $4,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $82,095.74 | 9/24/18 | 201820492785 | 7/25/18 | $2,137.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,003.36 | 10/2/18 | 201820642855 | 7/29/18 | $2,217.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,003.36 | 10/2/18 | 201820642855 | 7/29/18 | $1,785.76 |

**Totals:** 12 transfer(s),  $675,316.58

Defendant: **South Pacific Fashions Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $8,042.62 | 7/18/18 | 201819085958 | 5/26/18 | $8,042.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $22,979.10 | 7/24/18 | 201819085497 | 5/28/18 | $22,979.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,459.04 | 7/30/18 | 201819311127 | 6/3/18 | $11,269.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $14,459.04 | 7/30/18 | 201819311127 | 6/3/18 | $3,189.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $17,719.56 | 8/3/18 | 201819311198 | 6/7/18 | $17,719.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,825.32 | 8/10/18 | 201819693122 | 6/16/18 | $38,918.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,825.32 | 8/10/18 | 201819693122 | 6/16/18 | $35,907.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $91,404.44 | 8/16/18 | 201819692330 | 6/18/18 | $47,509.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $91,404.44 | 8/16/18 | 201819692330 | 6/18/18 | $43,894.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $103,244.16 | 9/4/18 | 201820034052 | 7/3/18 | $52,718.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $103,244.16 | 9/4/18 | 201820034052 | 7/3/18 | $50,526.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,577.12 | 9/5/18 | 201820034329 | 7/8/18 | $45,333.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $86,577.12 | 9/5/18 | 201820034329 | 7/8/18 | $41,244.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $28,187.16 | 9/12/18 | 201820377729 | 7/15/18 | $20,016.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $28,187.16 | 9/12/18 | 201820415856 | 7/15/18 | $8,171.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $34,390.04 | 9/13/18 | 201820415727 | 7/16/18 | $24,464.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $34,390.04 | 9/13/18 | 201820377576 | 7/16/18 | $9,926.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $89,394.86 | 9/24/18 | 201820448940 | 7/25/18 | $82,946.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $89,394.86 | 9/24/18 | 201820491809 | 7/25/18 | $6,448.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,480.38 | 10/2/18 | 201820448988 | 7/29/18 | $70,240.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $75,480.38 | 10/2/18 | 201820491934 | 7/29/18 | $5,239.52 |

Totals:    12 transfer(s),  $646,703.80