Defendant: **TJ Tianxing Kesheng Lthr. Prod. Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $58,977.75 | 7/17/18 | 201819421657 | 6/7/18 | $39,916.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $58,977.75 | 7/17/18 | 201819421657 | 6/7/18 | $12,460.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $58,977.75 | 7/17/18 | 201819421657 | 6/7/18 | $6,600.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,406.15 | 7/23/18 | 201819552377 | 6/11/18 | $30,518.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,406.15 | 7/23/18 | 201819552377 | 6/11/18 | $18,665.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,406.15 | 7/23/18 | 201819552377 | 6/11/18 | $8,221.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $70,248.26 | 8/17/18 | 201820111041 | 7/4/18 | $34,848.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $70,248.26 | 8/17/18 | 201820111041 | 7/4/18 | $23,936.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $70,248.26 | 8/17/18 | 201820111230 | 7/4/18 | $8,221.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $70,248.26 | 8/17/18 | 201820111041 | 7/4/18 | $3,242.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,088.38 | 8/30/18 | 201820355554 | 7/16/18 | $26,716.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,088.38 | 8/30/18 | 201820355554 | 7/16/18 | $18,675.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $57,088.38 | 8/30/18 | 201820355554 | 7/16/18 | $11,695.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,980.24 | 9/17/18 | 201820618842 | 8/2/18 | $49,948.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,980.24 | 9/17/18 | 201820618842 | 8/2/18 | $15,146.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $75,980.24 | 9/17/18 | 201820618842 | 8/2/18 | $10,885.20 |

Totals:     5 transfer(s),  $319,700.78

| Defendant: | TJ Tianxing Kesheng Lthr. Prod. Co. Ltd. |
|---|---|
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $84,768.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $66,096.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $46,932.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $41,240.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $32,923.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $32,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $29,455.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $29,376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $22,890.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $21,120.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $19,836.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $12,852.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $449,354.76 | 8/15/18 | 201820081209 | 7/2/18 | $9,465.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $124,424.32 | 8/24/18 | 201820219673 | 7/11/18 | $124,424.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $486,360.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $176,468.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $135,831.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $124,921.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $112,488.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $95,472.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $88,128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $82,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $74,528.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $60,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $40,318.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $35,496.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $28,959.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $17,650.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $14,611.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $13,953.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $12,104.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $7,588.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $1,612,487.67 | 9/17/18 | 201820607009 | 8/2/18 | $4,107.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $264,244.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $135,216.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820929325 | 8/7/18 | $61,246.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $41,502.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $34,487.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $27,613.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $17,136.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $597,926.55 | 9/20/18 | 201820772660 | 8/7/18 | $16,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $58,879.70 | 9/21/18 | 201820929057 | 8/8/18 | $58,879.70 |

Totals:    5 transfer(s),  $2,843,073.00