Defendant: **Winning Resources Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,507.18 | 8/10/18 | 201819339616 | 5/17/18 | $27,230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,507.18 | 8/10/18 | 201819334196 | 5/17/18 | $3,277.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,512.00 | 8/20/18 | 201819338516 | 5/21/18 | $36,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $43,512.00 | 8/20/18 | 201819339659 | 5/21/18 | $7,252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,981.07 | 8/30/18 | 201819554207 | 6/1/18 | $22,997.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,981.07 | 8/30/18 | 201819555404 | 6/1/18 | $17,822.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $40,981.07 | 8/30/18 | 201819581273 | 6/1/18 | $161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,813.50 | 9/4/18 | 201819554455 | 6/3/18 | $26,705.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,813.50 | 9/4/18 | 201819555441 | 6/3/18 | $20,786.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,813.50 | 9/4/18 | 201819581334 | 6/3/18 | $322.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819776536 | 6/9/18 | $22,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819554666 | 6/9/18 | $20,783.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819687407 | 6/9/18 | $11,936.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819776336 | 6/9/18 | $5,862.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819686960 | 6/9/18 | $4,057.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $67,081.71 | 9/6/18 | 201819688511 | 6/9/18 | $2,410.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $4,502.88 | 9/17/18 | 201819928429 | 6/18/18 | $4,502.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819776610 | 6/19/18 | $28,188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819554894 | 6/19/18 | $22,205.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819687808 | 6/19/18 | $15,111.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819776438 | 6/19/18 | $7,391.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819974980 | 6/19/18 | $5,777.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819687223 | 6/19/18 | $5,174.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819688716 | 6/19/18 | $2,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $86,964.85 | 9/18/18 | 201819688716 | 6/19/18 | $999.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,113.95 | 10/2/18 | 201820114785 | 6/29/18 | $34,515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,113.95 | 10/2/18 | 201820112816 | 6/29/18 | $25,418.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,113.95 | 10/2/18 | 201820110485 | 6/29/18 | $12,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $76,113.95 | 10/2/18 | 201820111172 | 6/29/18 | $4,105.50 |

Totals:    8 transfer(s),  $397,477.14

Defendant: **Winning Resources Limited**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201820374967 | 5/26/18 | $56,575.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819468512 | 5/26/18 | $56,445.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819465950 | 5/26/18 | $56,202.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819507307 | 5/26/18 | $41,081.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819466261 | 5/26/18 | $35,394.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819468780 | 5/26/18 | $15,789.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819465950 | 5/26/18 | $14,382.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $283,164.64 | 8/6/18 | 201819432713 | 5/26/18 | $7,294.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507212 | 6/1/18 | $102,465.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201820681323 | 6/1/18 | $62,132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507293 | 6/1/18 | $47,817.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507160 | 6/1/18 | $34,074.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819554996 | 6/1/18 | $25,675.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819656578 | 6/1/18 | $24,225.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819555222 | 6/1/18 | $23,980.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819515244 | 6/1/18 | $17,238.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819516808 | 6/1/18 | $9,078.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507044 | 6/1/18 | $8,187.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819516207 | 6/1/18 | $3,921.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819497574 | 6/1/18 | $1,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507010 | 6/1/18 | $1,960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819515244 | 6/1/18 | $1,632.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819434040 | 6/1/18 | $1,428.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819507166 | 6/1/18 | $1,105.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $367,899.87 | 8/10/18 | 201819434040 | 6/1/18 | $1,020.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $40,546.55 | 8/16/18 | 201819555149 | 6/3/18 | $20,926.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $40,546.55 | 8/16/18 | 201819555299 | 6/3/18 | $19,620.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $130,677.34 | 8/17/18 | 201819645336 | 6/4/18 | $115,114.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $130,677.34 | 8/17/18 | 201819515950 | 6/4/18 | $14,737.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $130,677.34 | 8/17/18 | 201819515950 | 6/4/18 | $825.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $9,640.96 | 8/23/18 | 201819507331 | 5/26/18 | $9,640.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819656570 | 6/12/18 | $89,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819586414 | 6/12/18 | $76,709.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819661356 | 6/12/18 | $37,833.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819852748 | 6/12/18 | $36,828.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819852894 | 6/12/18 | $32,271.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819660927 | 6/12/18 | $26,136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819647526 | 6/12/18 | $20,412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819656542 | 6/12/18 | $18,536.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819853012 | 6/12/18 | $13,568.64 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819656513 | 6/12/18 | $13,068.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819837129 | 6/12/18 | $10,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819647620 | 6/12/18 | $8,556.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819507034 | 6/12/18 | $8,258.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $393,937.21 | 8/27/18 | 201819647682 | 6/12/18 | $2,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819975265 | 6/18/18 | $142,432.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822589 | 6/18/18 | $80,730.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819924611 | 6/18/18 | $76,128.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819927037 | 6/18/18 | $67,507.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819978332 | 6/18/18 | $47,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822457 | 6/18/18 | $47,544.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822648 | 6/18/18 | $39,433.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819977481 | 6/18/18 | $37,255.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819825999 | 6/18/18 | $34,176.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819807986 | 6/18/18 | $23,912.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822335 | 6/18/18 | $23,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819978129 | 6/18/18 | $23,052.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819976173 | 6/18/18 | $18,060.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819975917 | 6/18/18 | $10,752.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819823126 | 6/18/18 | $9,525.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201820012629 | 6/18/18 | $9,045.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819825999 | 6/18/18 | $7,966.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822823 | 6/18/18 | $7,918.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819497641 | 6/18/18 | $7,736.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819823002 | 6/18/18 | $6,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822894 | 6/18/18 | $6,480.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819977611 | 6/18/18 | $6,426.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819978859 | 6/18/18 | $5,586.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819823060 | 6/18/18 | $5,376.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819823035 | 6/18/18 | $4,464.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819823139 | 6/18/18 | $4,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822959 | 6/18/18 | $3,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822842 | 6/18/18 | $3,645.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819822914 | 6/18/18 | $3,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819660845 | 6/18/18 | $3,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $768,271.64 | 9/4/18 | 201819977481 | 6/18/18 | $1,032.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819930796 | 6/23/18 | $65,844.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819930043 | 6/23/18 | $51,840.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819974647 | 6/23/18 | $43,710.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819929595 | 6/23/18 | $34,033.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819930636 | 6/23/18 | $20,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $228,535.40 | 9/5/18 | 201819974748 | 6/23/18 | $12,648.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $38,135.24 | 9/12/18 | 201820183384 | 6/30/18 | $33,725.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $38,135.24 | 9/12/18 | 201820252984 | 6/30/18 | $4,410.00 |

Winning Resources Limited

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $43,558.41 | 9/17/18 | 201819826933 | 6/18/18 | $32,281.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $43,558.41 | 9/17/18 | 201819859786 | 6/18/18 | $7,043.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $43,558.41 | 9/17/18 | 201820407488 | 6/18/18 | $4,233.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $99,876.75 | 9/20/18 | 201819979183 | 7/8/18 | $51,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $99,876.75 | 9/20/18 | 201819978450 | 7/8/18 | $32,736.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $99,876.75 | 9/20/18 | 201820336210 | 7/8/18 | $15,990.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,789.31 | 9/24/18 | 201820335787 | 7/10/18 | $11,789.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820111839 | 6/29/18 | $14,457.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820540197 | 7/13/18 | $27,300.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820330983 | 7/13/18 | $22,737.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820638151 | 7/14/18 | $128,474.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820589337 | 7/14/18 | $111,312.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820576638 | 7/14/18 | $81,853.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820576428 | 7/14/18 | $78,546.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820582389 | 7/14/18 | $57,528.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820380038 | 7/14/18 | $41,664.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820456554 | 7/14/18 | $41,451.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820352926 | 7/14/18 | $30,456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820321052 | 7/14/18 | $26,209.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820356898 | 7/14/18 | $20,460.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820357196 | 7/14/18 | $12,648.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $698,744.40 | 10/2/18 | 201820357576 | 7/14/18 | $3,645.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $40,804.19 | 10/3/18 | 201820540237 | 7/15/18 | $22,402.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $40,804.19 | 10/3/18 | 201820330985 | 7/15/18 | $18,401.73 |

Totals:    14 transfer(s),  $3,155,581.91