Defendant: **Xiamen Sunchoose Imp. and Exp. Co. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $16,151.90 | 8/22/18 | 201820728488 | 7/28/18 | $16,151.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,273.29 | 8/30/18 | 201820728442 | 8/3/18 | $19,247.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,273.29 | 8/30/18 | 201820729105 | 8/3/18 | $5,844.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $30,273.29 | 8/30/18 | 201820729161 | 8/4/18 | $5,180.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,416.16 | 9/12/18 | 201819553542 | 6/15/18 | $34,148.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $47,416.16 | 9/12/18 | 201819553542 | 6/15/18 | $13,267.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,070.62 | 9/13/18 | 201819553961 | 6/16/18 | $22,694.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $33,070.62 | 9/13/18 | 201819553961 | 6/16/18 | $10,376.10 |

Totals:    4 transfer(s),  $126,911.97

| Defendant: | Xiamen Sunchoose Imp. and Exp. Co., Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $39,864.00 | 9/18/18 | 201821114261 | 8/23/18 | $19,932.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $39,864.00 | 9/18/18 | 201821114261 | 8/23/18 | $19,932.00 |

Totals:    1 transfer(s),  $39,864.00

Xiamen Sunchoose Imp. and Exp. Co. Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

July 6, 2020                                                     Exhibit B                                                     P. 1