| Defendant: | Yongkang Dacheng Ind. & Trade Co. Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,107.44 | 7/18/18 | 201818437243 | 4/26/18 | $79,356.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $101,107.44 | 7/18/18 | 201818437243 | 4/26/18 | $21,750.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,628.60 | 7/23/18 | 201818438188 | 4/27/18 | $98,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,628.60 | 7/23/18 | 201818126640 | 4/27/18 | $40,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $168,628.60 | 7/23/18 | 201818126640 | 4/27/18 | $30,274.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,554.12 | 7/27/18 | 201818562020 | 5/3/18 | $48,726.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,554.12 | 7/27/18 | 201818562020 | 5/3/18 | $41,160.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,554.12 | 7/27/18 | 201818562020 | 5/3/18 | $13,033.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,554.12 | 7/27/18 | 201818562020 | 5/3/18 | $9,882.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $118,554.12 | 7/27/18 | 201818562020 | 5/3/18 | $5,750.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $132,743.86 | 8/3/18 | 201818815701 | 5/9/18 | $50,801.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $132,743.86 | 8/3/18 | 201818815701 | 5/9/18 | $42,880.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $132,743.86 | 8/3/18 | 201818815701 | 5/9/18 | $20,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $132,743.86 | 8/3/18 | 201818815701 | 5/9/18 | $18,181.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,416.65 | 8/10/18 | 201818815559 | 5/16/18 | $98,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $154,416.65 | 8/10/18 | 201818815559 | 5/16/18 | $56,166.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $136,162.84 | 8/21/18 | 201818871206 | 5/23/18 | $69,875.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $136,162.84 | 8/21/18 | 201818871206 | 5/23/18 | $66,287.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $96,411.92 | 8/22/18 | 201819209550 | 5/25/18 | $86,251.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $96,411.92 | 8/22/18 | 201819209550 | 5/25/18 | $10,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $267,587.75 | 8/30/18 | 201819209699 | 5/30/18 | $147,149.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $267,587.75 | 8/30/18 | 201819209699 | 5/30/18 | $66,241.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $267,587.75 | 8/30/18 | 201819209699 | 5/30/18 | $22,024.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $267,587.75 | 8/30/18 | 201819209699 | 5/30/18 | $19,152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $267,587.75 | 8/30/18 | 201819209699 | 5/30/18 | $13,020.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $169,995.66 | 9/4/18 | 201819539408 | 6/6/18 | $66,241.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $169,995.66 | 9/4/18 | 201819539408 | 6/6/18 | $60,569.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $169,995.66 | 9/4/18 | 201819539408 | 6/6/18 | $43,184.34 |

Totals:    9 transfer(s),    $1,345,608.84

| Defendant: | **Yongkang Dacheng Ind. & Trade Co. Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $11,534.52 | 7/23/18 | 201818126507 | 4/27/18 | $11,534.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $136,713.38 | 8/30/18 | 201819209674 | 5/30/18 | $114,397.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $136,713.38 | 8/30/18 | 201819209674 | 5/30/18 | $22,315.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $74,692.66 | 9/4/18 | 201819539358 | 6/6/18 | $74,692.66 |

Totals:    3 transfer(s),  $222,940.56