**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>Debtors | Case No. 18-23538-RDD<br><br>Chapter 11<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rosendo E. Miranda Lopez to be admitted, ***pro hac vice***, to represent U.S. Alliance, Corp (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the Commonwealth of Puerto Rico and the bar of the U.S. District Court for the District of Puerto Rico, it is hereby

**ORDERED** that Rosendo E. Miranda López, Esq. is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
July 8, 2020

                                                                              */s/Robert D. Drain*
                                                        UNITED STATES BANKRUPTCY JUDGE