# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  Sears Holdings Corporation                              Case No. 18-23538

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC                              Renaissance Imports Inc
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): 26246
should be sent:                                  **Ballot ID:  182353801018591**
                                                 **Allowed Amount of Administrative Claims being**
TRC MASTER FUND LLC                              **Transferred:**
Attn: Terrel Ross                                **USD$97,135.30**
PO Box 633                                       Date Claim Filed: 7/8/2020
Woodmere, NY 11598                               Phone: (704) 821-1005
                                                 Last four digits of Acct.#:  N/A
Phone:  516-255-1801
Last four digits of Acct#:  N/A                  Name and Current Address of Transferor:

Name and address where transferee payments        Renaissance Imports Inc
should be sent (if different from above):          2052 S Economy Road
                                                 Morristown, TN 37813
Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  /s/Terrel Ross                              Date: July 8th, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New Yok
       Attention: Clerk


AND TO: Sears Holding Corporation, et al.  Case No. 18-23538


Claim#26246
Ballot ID#  182353801018591

**Renaissance Imports, Inc,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross


its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $97,135.30.** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __8th__ DAY OF ___July___, 2020.


ASSIGNOR: Renaissance Imports, Inc

_Dale Whitney_
(Signature)

_Dale Whitney_
(Print Name)

_President_
(Title)


ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

__Terrel Ross_____
(Print Name)

__Managing Member_____
(Title)

Debtors' Notice of Second Distribution
Exhibit 3

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Non-Opt-Out Claims | | | |
|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Second Distribution Amount |
| 208 | REFRESCO BEVERAGES US INC. | 182353801043342 | $42,963.52 | $12,330.53 |
| 209 | REGENCY INTL MARKETING CORP | 182353801017013 | $22,800.00 | $6,543.60 |
| 210 | RENAISSANCE IMPORTS INC | 182353801018591 | $97,135.30 | $27,877.83 |
| 211 | RENFRO CORPORATION | 182353801018594 | $130,462.22 | $37,442.66 |
| 212 | RESCUE WOODWORKS | 182353801041527 | $25,155.35 | $7,219.59 |
| 213 | REVIEWED.COM | 182353801040652 | $87,500.00 | $25,112.50 |
| 214 | REYES COCA COLA BOTTLING LLC | 182353801018615 | $73,380.13 | $21,060.10 |
| 215 | RICOH USA INC | 182353801040666 | $37,658.05 | $10,807.86 |
| 216 | RIVAL MANUFACTURING CO | 182353801018670 | $128,522.14 | $36,885.85 |
| 217 | ROSENTHAL & ROSENTHAL | 182353801020071 | $189,818.92 | $54,478.03 |
| 218 | S R SANDERS LLC | 182353801040685 | $20,340.00 | $5,837.58 |
| 219 | SCHAWK INC | 182353801041891 | $72,115.00 | $20,697.01 |
| 220 | SCHUMACHER ELECTRIC CORP | 182353801020241 | $168,265.97 | $48,292.33 |
| 221 | SCRIPTURE CANDY INC | 182353801020256 | $50,796.54 | $14,578.61 |
| 222 | SDC DESIGNS LLC | 182353801020260 | $132,504.54 | $38,028.80 |
| 223 | SECUROSIS LLC | 182353801040694 | $60,000.00 | $17,220.00 |
| 224 | SEKIGUCHI TRADING | 182353801040696 | $49,072.15 | $14,083.71 |
| 225 | SENSORMATIC ELECTRONICS CORP | 182353801040708 | $171,207.00 | $49,136.41 |
| 226 | SERVICENOW, INC. | 182353801017788 | $52,225.53 | $14,988.73 |
| 227 | SHANGHAI FOCHIER INTL TRADE CO LTD | 182353801043035 | $133,853.47 | $38,415.95 |
| 228 | SHANGHAI GISTON GARMENT CO LTD | 182353801017470 | $19,330.02 | $5,547.72 |
| 229 | SOFTWARE AG USA INC | 182353801041168 | $84,351.87 | $24,208.99 |
| 230 | SOS MAINTENANCE INC | 182353801041172 | $59,330.31 | $17,027.80 |
| 231 | SPHEAR INVESTMENTS, LLC | 182353801018428 | $32,947.49 | $9,455.93 |
| 232 | SPT APPLIANCE INC | 182353801018954 | $42,289.87 | $12,137.19 |
| 233 | STAPLES INC | 182353801041214 | $382,952.05 | $109,907.24 |