**Exhibit 1**

**Debtors' Nineteenth Omnibus Objection**  
**Exhibit 1 - Duplicate Secured Claims**

In re: Sears Holdings Corporation, *et al.*  
Case No. 18-23538 (RDD)

| | | Claims to be Disallowed | | Surviving Claims | |
|---|---|---|---|---|---|
| Ref # | Name of Claimant | Affected Proof of Claim No. | Asserted Secured Claim Amount | Surviving Proof of Claim No. | Asserted Secured Claim Amount |
| 1. | ALPINE CREATIONS LTD | 15288 | $812,351.20 | 15992 | $1,361,346.87 |
| 2. | ALPINE CREATIONS LTD | 16006 | $548,995.67 | 15992 | $1,361,346.87 |
| 3. | BEAUTY GEM INC | 8784 | $86,366.23 | 8813 | $1,008,375.46 |
| 4. | BEAUTY GEM INC | 8825 | $922,009.23 | 8813 | $1,008,375.46 |
| 5. | COMBINE INTERNATIONAL | 14061 | $3,301,662.30 | 14307 | $3,301,662.50 |
| 6. | Creations Jewellery Mfg. Pvt. Ltd. | 806 | $19,875.00 | 1295 | $19,875.00 |
| 7. | D-LINK SYSTEMS INC | 16746 | $676,413.00 | 17260 | $676,413.00 |
| 8. | D-LINK SYSTEMS INC | 16780 | $676,413.00 | 17260 | $676,413.00 |
| 9. | D-LINK SYSTEMS INC | 17063 | $676,413.00 | 17260 | $676,413.00 |
| 10. | D-LINK SYSTEMS INC | 17096 | $676,413.00 | 17260 | $676,413.00 |
| 11. | Hansae Co. Ltd. | 5072 | $1,505,397.80 | 5073 | $1,505,397.80 |
| 12. | Olympus Peak Master Fund LP as Transferee of Allure Gems, LLC | 8089 | $155,089.75 | 8116 | $155,089.75 |
| 13. | Olympus Peak Master Fund LP as Transferee of Allure Gems, LLC | 8115 | $155,089.75 | 8116 | $155,089.75 |
| 14. | RICHLINE GROUP INC | 7148 | $374,519.96 | 7503 | $374,519.96 |
| 16. | Seiko Watch of America LLC | 13456 | $415,611.61 | 14069 | $415,611.61 |
| 17. | Shaghal, Ltd. | 6978 | $1,391,378.18 | 7035 | $1,341,414.43 |
| 18. | Shaghal, Ltd. | 7026 | $1,341,414.43 | 7035 | $1,341,414.43 |
| 19. | UNIQUE DESIGNS | 12778 | $412,971.77 | 12864 | $412,971.77 |