**Exhibit 1**

WEIL:\97536897\2\73217.0004

**Reduced and Reclassified Claims [1]**

| Ref # | Name of Claimant | Affected Claim No. | Affected Ballot No. | Claim Amounts | 503(b)(9) Administrative Priority Claim | Administrative Priority Claim | Secured Claim | Priority Claim | General Unsecured Claim | Total Claim | Reasons for Reduction or Reclassification [2] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Associated Materials, LLC | 16603; 17582 | 182353801039955 | Asserted | $829,743.14 | | | | $795,973.18 | $1,625,716.32 | (ii)(v)(vii) |
| | | | | Surviving | $224,473.58 | | | | $423,625.58 | $648,099.16 | |
| 2. | Bedz King LLC | * | 182353801043280 | Asserted | $4,215.87 | | | | | $4,215.87 | (v) |
| | | | | Surviving | $0.00 | | | | $4,215.87 | $4,215.87 | |
| 3. | Brother International Corporation | 13892 | 182353801014110 | Asserted | $6,195.00 | | | | $141,975.00 | $148,170.00 | (vi) |
| | | | | Surviving | $0.00 | | | | $148,170.00 | $148,170.00 | |
| 4. | CAPARACHIN LAWRENCE, ROSA | 11752 | 182353801042401 | Asserted | $1,294.65 | | | | | $1,294.65 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 6. | E T BROWNE DRUG CO INC | 9971 | 182353801015840 | Asserted | $20,228.34 | | | | $39,326.88 | $59,555.22 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 7. | FANTASIA ACCESSORIES LTD | 11138 | 182353801016492 | Asserted | $43,007.75 | | | | $177,675.63 | $220,683.38 | (ii)(iii) |
| | | | | Surviving | $28,974.91 | | | | $177,675.63 | $206,650.54 | |
| 8. | First Alert, Inc. | 14850; 15094; 15151; 15540; 15614; 15865 | 182353801042293 | Asserted | $114,836.16 | | | | $333,402.57 | $448,238.73 | (vii) |
| | | | | Surviving | $19,018.74 | | | | $123,402.19 | $142,420.93 | |
| 9. | GAINES, KANDI | * | 182353801040227 | Asserted | $20,000.00 | | | | | $20,000.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 10. | HASSAN, TONY M. | 14421 | 182353801042991 | Asserted | $2,100.00 | | | | | $2,100.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 11. | KING, ELAINE S | 11279 | 182353801017650 | Asserted | $1,800.00 | | | | | $1,800.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 12. | MCCOWAN, BETTY | * | 182353801043403 | Asserted | $5,000.00 | | | | | $5,000.00 | (v) |
| | | | | Surviving | $0.00 | | | | $5,000.00 | $5,000.00 | |
| 13. | MELTON, KORY | * | 182353801041721 | Asserted | $800.00 | | | | | $800.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 14. | Moran, Amanda | 18869 | 182353801041784 | Asserted | $9,845.00 | | | $2,850.00 | | $12,695.00 | (v) |
| | | | | Surviving | $0.00 | | | $2,850.00 | $9,845.00 | $12,695.00 | |
| 15. | NYL Holdings LLC | 3051 | 182353801042040 | Asserted | $9,248.40 | | | | | $9,248.40 | (vii) |
| | | | | Surviving | $0.00 | | | | $9,248.40 | $9,248.40 | |
| 16. | PERRY, DEWANDA L. | 4151 | 182353801040584 | Asserted | $2,400.00 | | | $2,400.00 | | $4,800.00 | (ix) |
| | | | | Surviving | $0.00 | | | $2,400.00 | | $2,400.00 | |
| 17. | ROBINSON, JERRY L | 19101 | 182353801041629 | Asserted | $10,000.00 | | | $10,000.00 | | $20,000.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 18. | SCOTT, LOUIS L | * | 182353801042196 | Asserted | Unliquidated | | | | | Unliquidated | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 19. | STANDARD CONTAINER CO | * | 182353801018962 | Asserted | $28,117.30 | | | | | $28,117.30 | (ii) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |
| 21. | Toma, Jean | * | 182353801018962 | Asserted | $1,298.00 | | | $12.98 | | $1,310.98 | (v) |
| | | | | Surviving | $0.00 | | | $12.98 | $1,298.00 | $1,310.98 | |
| 22. | WARD, LAWRENCE O. | 18157 | 182353801040989 | Asserted | $34,820.00 | | | | | $34,820.00 | (ix) |
| | | | | Surviving | $0.00 | | | | | $0.00 | |

\* Amount asserted to be disallowed subject to the Bar Date Order (as defined in the Objection)

[1] Asserted Claim amounts include any asserted unliquidated amounts.

[2] Corresponding reasons, as addressed in paragraph 9 of the Objection, are as follows
   (i) Supporting documentation indicates that the invoices are non-Administrative Expense Claims;
   (ii) The Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off;
   (iii) The Debtors' books and records show a shortage or volume discrepancy for the invoices provided;
   (iv) The Debtors' books and records show that invoices for claims for 503(b)(9) priority pertain to services not entitled to priority pursuant to section 503(b)(9) of the United States Bankruptcy Code;
   (v) The invoices provided by the Claimants are not supported by the Debtors' books and records;
   (vi) Basis for the Disputed Claim was paid or satisfied by the Debtors or by non-debtor third parties in the ordinary course
   (vii) Supporting documentation was not provided for all or a portion of the Disputed Claim; and
   (viii) The Disputed Claim was filed after the applicable date set forth in the Order Establishing Deadline to File Proofs of Claim and Procedures Relating Thereto, entered on February 22, 2019 (ECF No. 2676) (the "Bar Date Order")
   (ix) The claim pertains to employee related claim and is non-Administrative Expense Claim