# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Deborah R. Gross of Kaufman, Coren & Ress, P.C., as one of counsel for Class Representatives Nina Greene and Gerald Greene in the above-captioned case. Class Representatives' interests will continue to be represented by Janice I. Daul of Kaufman, Coren & Ress, P.C.

        Respectfully submitted,

        KAUFMAN, COREN & RESS, P.C.

        /s/ *Deborah R. Gross*

DATED: July 9, 2020

        DEBORAH R. GROSS *pro hac vice*
        Pa. ID No. 44542
        Two Commerce Square, Suite 3900
        2001 Market Street
        Philadelphia, PA 19103
        Telephone:  215-735-8700
        dgross@kcr-law.com

        *Counsel for Class Representatives*

## **CERTIFICATE OF SERVICE**

I, Deborah R. Gross, Esquire, certify that the foregoing Withdrawal of Appearance was filed electronically on July 9, 2020, and is available for viewing and downloading from the ECF system. Counsel are registered ECF users; therefore, service is complete upon Notice of Electronic Case Filing generated in connection with the electronic filing of this pleading.

BY:  /s/ *Deborah R. Gross*
DEBORAH R. GROSS