**SARACHEK LAW FIRM**
Joseph E. Sarachek, Esq. (NY Bar #2163228)
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorney for Wing Hing Shoes Factory Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **SEARS HOLDING CORPORATION,** *et al.*[1], | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## MOTION OF WING HING SHOES FACTORY LIMITED
## FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

Wing Hing Shoes Factory Limited ("Wing Hing"), hereby files this motion (the "Motion") for

allowance of an administrative expense claim, pursuant to 11 U.S.C. § 503(b)(1)(A), for goods

provided to or for the benefit of the Debtors after the Petition Date (defined herein). To the extent the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Court determines to schedule this Motion for a hearing and consider it for entry of an Order, Wing

Hing requests that the Court enter an Order, substantially in the form attached hereto as **Exhibit A**

(the "Proposed Order"). In support of this Motion, Wing Hing respectfully states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2)(A).

2.     The statutory basis for the relief requested is sections 105 and 503(a) and (b) of Title 11

of the United States Code (the "Bankruptcy Code").

## RELEVANT BACKGROUND

3.     On October 15, 2018 (the "Commencement Date"), Sears, Roebuck & Co., a debtor and

debtor in possession in the above-captioned chapter 11 cases, (the "Debtor" and, with the other debtors

and debtors in possession in the above-captioned chapter 11 cases, the "Debtors") commenced with

this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy

Code"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only

pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

4.     The Debtors have continued to operate and manage their businesses as debtors-in-

possession pursuant to 1107 and 1108 of the Bankruptcy Code.

5.     Post-petition, the Debtors ordered goods from Wing Hing pursuant to Invoices

201824577257, 201924606122, 201924639123, 201924729717, 201924731714 and 201924733718

(the "Invoices") true copies of which are attached hereto as **Exhibit B**. Payment was due by February

18, 2019.  A balance of $123,164.43 remains owing for these goods.

6.     Pursuant to the Plan, all pending and subsequently filed administrative expense

requests are adjourned until a date to be determined by the Debtors/the Liquidating Trust and the subject claimant, subject to the Court's availability, and such motions seeking allowance of administrative expense claims (already filed or subsequently filed) are to be treated as "proof of an Administrative Expense Claim." *See* Confirmation Order [Docket No. 5370], ¶ 51.

### **BASIS FOR RELIEF**

7.      Section 503(b)(1)(A) provides for the allowance, as an administrative expense, the "actual, necessary costs and expenses of preserving the estate …" 11 U.S.C. § 503(b)(1)(A).  Section 105(a) of the Bankruptcy Code allows a bankruptcy court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). This language applies to section 503(b).

8.      The Court in *In Re Patient Media*, 221 B.R. 97 (Bankr. S.D.N.Y. 1998) held that 503(b)(1)(A) the granting of administrative priority under 503(b)(1)(A) "…furthers the goal of rehabilitation by encouraging third parties to supply goods and services on credit to the estate." *In re Patient Media at* 101.

9.      The party asserting the administrative claim must show "(1) his claim arose from a transaction with or on account of consideration furnished to the debtor-in-possession, and (2) the transaction or consideration directly benefitted the debtor-in-possession." *In Re Patient Media* at 101.

10.     In this case, Wing Hing provided goods to the Debtors post-petition, and in the ordinary course of business, that allowed the Debtors to continue their operations. The Debtors have benefitted because these goods were placed in their stores for sale.  As a result, Wing Hing is entitled to an administrative expense claim in the amount of $123,164.43 pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

11.    Pursuant to the Confirmation Order and the Plan, this Motion is to be treated as a proof of an administrative expense claim. *See* Confirmation Order, ¶ 51. Furthermore, considering the requirement that all hearings be adjourned until such time as a hearing is required, and scheduled at the convenience of the Liquidating Trust/Debtors, the claimant, and the Court, Wing Hing is not requesting a hearing be conducted on this Motion at this time.

## RESERVATION OF RIGHTS

12.    Wing Hing reserves the right to amend this Motion, or any of the claims asserted in the Debtors' cases, for any reason, including, without limitation, to the extent Wing Hing learns (i) of additional claims that it may have; (ii) that its claims are against a different debtor-entity; or (iii) that the nature of the claims is other than what Wing Hing has already asserted. Nothing herein is intended to be, nor should it be, construed as a waiver of any of Wing Hing's rights or defenses.

## CONCLUSION

For the foregoing reasons, Wing Hing respectfully requests that the Court (a) enter an order, substantially in the form attached hereto as Exhibit A granting Wing Hing an allowed administrative expense claim in the amount of $123,164.43 pursuant to Section 503(b)(1)(A) of the Bankruptcy Code, and (b) grant such other and further relief to Wing Hing as the Court deems just and proper.

Date:  New York, NY
       July 10, 2020

Respectfully submitted,

SARACHEK LAW FIRM


 /s/ Joseph E. Sarachek__
Joseph E. Sarachek
101 Park Avenue – 27th Floor New York, NY.
10178 Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@saracheklawfirm.com

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION, *et al.*[2],<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION OF WING HING SHOES FACTORY LIMITED FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE CLAIM

Upon the motion (the "Motion") of Wing Hing Shoes Factory Limited ("Wing Hing"), pursuant to sections 105(a) and 503(b) of title 11 of the United States Code, for entry of an order granting Wing Hing an allowed administrative expense claim in the amount of $123,164.43 on account of the goods ordered and delivered to both Sears Roebuck & Co. and Kmart Corporation (together, the "Debtors"), debtors and debtors-in-possession in the above-captioned chapter 11 cases, after the commencement of the Debtor's bankruptcy case; and the Court having jurisdiction to decide the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 (a) and (b) and 1334(b); and consideration of the

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided and no further notice being required; and upon the Court's review of

the Motion and all responses thereto; and upon the Court's determination that the legal and factual

bases set forth in the Motion establish just cause for the relief requested therein; and after due

deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is granted.

2.   Wing Hing Shoes Factory Limited is granted an administrative expense claim pursuant to 11

U.S.C. § 503(b)(1)(A) in the amount of $123,164.43 (the "Allowed Administrative Claim").

3.   Payment of the Allowed Administrative Expense Claim shall be consistent with an Order of

this Court on this Motion, the Confirmation Order, or such other Order of the Court.

4.   The Court shall retain jurisdiction to hear and determine all matters arising from or related to

the implementation, interpretation and/or enforcement of this Order.

Dated: July __, 2020
         White Plains, New York

_____

THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT B

# COMMERCIAL INVOICE

Page 1 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7611 | YB RICKY LOAFER NVY S18 536 | 323 | 323 | 39.900  USD | 12,887.70  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 170089287171 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 92509/536 | DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18 GENDER - BOY CASUAL UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR TYPE OF CONSTRUCTION :CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO SIZE RANGE:#13-6 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1 | | | | |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7611 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   105250

WENLING TONGZU SHOES CO.,LTD

NO. 2 XINMIN ROAD, SHANMA IND,

CHENGBEI STREET, WENLING

TAIZHOU

ZHEJIANG

China

**FTY MID NO.**   CNWENTON2TAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7611 | YB RICKY LOAFER NVY S18 587 | 125 | 125 | 79.800  USD | 9,975.00  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 170089288252 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 92509/587 | DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18 GENDER - BOY CASUAL UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR TYPE OF CONSTRUCTION :CEMENT COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO SIZE RANGE:#13-6 HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1 | | | | |

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7611 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| **FACTORY NO.** | 105250 |
| --- | --- |
| WENLING TONGZU SHOES CO.,LTD | |
| NO. 2 XINMIN ROAD, SHANMA IND, | |
| CHENGBEI STREET, WENLING | |
| TAIZHOU | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNWENTON2TAI |

| SEARS | SH7614 | YB RICKY L SZ 13 526 | | 21 | 252 | 6.650  USD | 1,675.80  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 170095025235 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/526 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| **CONTRACT NO.** | SH7614 | **REFERENCE NO.** | 101 |
| --- | --- | --- | --- |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| **FACTORY NO.** | 105250 |
| --- | --- |
| WENLING TONGZU SHOES CO.,LTD | |
| NO. 2 XINMIN ROAD, SHANMA IND, | |
| CHENGBEI STREET, WENLING | |
| TAIZHOU | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNWENTON2TAI |

| SEARS | SH7614 | YB RICKY L SZ 1 552 | | 1 | 12 | 6.650  USD | 79.80  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 170095025250 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/552 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:**  Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | |
|---|---|---|
| **CONTRACT NO.** | SH7614 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 92509 | |
| **BINDING RULING # OR PRECLASS #** | | |

**REFERENCE NO.**   101
**DEPARTMENT NO.**   085
**VENDOR NO.**   8472
**COUNTRY OF ORIGIN**   CHINA (MAINLAND)
**CATEGORY**   RNONE

**FACTORY NO.**          105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China
**FTY MID NO.**          CNWENTON2TAI

| SEARS | SH7614 | YB RICKY L SZ 2 554 | 23 CARTONS | 276 PIECES | 6.650 USD PIECES | 1,835.40 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 170095025268 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/554 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | |
|---|---|---|
| **CONTRACT NO.** | SH7614 | |
| **DC CODE** | RDE | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | 92509 | |
| **BINDING RULING # OR PRECLASS #** | | |

**REFERENCE NO.**   101
**DEPARTMENT NO.**   085
**VENDOR NO.**   8472
**COUNTRY OF ORIGIN**   CHINA (MAINLAND)
**CATEGORY**   RNONE

**FACTORY NO.**          105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China
**FTY MID NO.**          CNWENTON2TAI

# COMMERCIAL INVOICE

Page 4 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7614 | YB RICKY L SZ 3 556 | | 2 | 24 | 6.650 USD | 159.60 USD |
|-------|--------|---------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 170095025276 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/556 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7614 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China
**FTY MID NO.**    CNWENTON2TAI

| SEARS | SH7614 | YB RICKY L SZ 4 558 | | 2 | 24 | 6.650 USD | 159.60 USD |
|-------|--------|---------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 170095025284 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/558 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7614 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**    105250

**COMMERCIAL INVOICE**

Page 5 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China
**FTY MID NO.**      CNWENTON2TAI

| SEARS | SH7614 | YB RICKY L SZ 5 560 | | 16 | 192 | 6.650  USD | 1,276.80  USD |
|-------|--------|---------------------|---|-----|-----|-----|-----|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 170095025300 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/560 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7614 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China
**FTY MID NO.**      CNWENTON2TAI

| SEARS | SH7614 | YB RICKY L SZ 6 562 | | 7 | 84 | 6.650  USD | 558.60  USD |
|-------|--------|---------------------|---|-----|-----|-----|-----|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 170095025318 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 92509/562 |

DESCRIPTION OF TYPE OF SHOE - YB RICKY LOAFER NVY S18
GENDER - BOY CASUAL
UPPER MATERIAL IN PERCENT - 80% POLYURETHANE (PU)/20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60% LEATHER/40% TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:#13-6
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** January 11, 2019

**INVOICE NO.:** 201824577257

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China     **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7614 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 92509 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**          105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**          CNWENTON2TAI

**PAYMENT TERM**          Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**          OPEN ACCOUNT
**LC#**          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 520 | 864 | PIECES | 28,608.30   USD |
| | | 448 | ASSORTMENTS | |

**TOTAL US DOLLARS TWENTY-EIGHT THOUSAND SIX HUNDRED EIGHT DOLLARS AND THIRTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| **WING HING SHOES FACTORY LIMITED** | |
|---|---|
| **EMPLOYEE NAME** | Venus Lee |
| **EMPLOYEE TITLE** | Shipping |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** January 14, 2019

**INVOICE NO.:** 201924606122

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WBL | YG MADALYN 3 HEEL WHDESERVING PK 1 | 327 | 327 | 50.490  USD | 16,510.23  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150098771082 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG MADALYN 3 HEEL WHT S19
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WBL | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 12886 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      105250

WENLING TONGZU SHOES CO.,LTD

NO. 2 XINMIN ROAD, SHANMA IND,

CHENGBEI STREET, WENLING

TAIZHOU

ZHEJIANG

China

**FTY MID NO.**      CNWENTON2TAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WBL | YG MADALYN 3 HEEL WHDESERVING PK 2 | 177 | 177 | 33.660  USD | 5,957.82  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 150098771124 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: YG MADALYN 3 HEEL WHT S19
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WBL | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 12886 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE | |

**FACTORY NO.**      105250

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** January 14, 2019

**INVOICE NO.:** 201924606122

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**     CNWENTON2TAI

| KMART | B2WBL | YG MADALYN 3 HEEL WHNONDES PK 1 | | 41 | 41 | 67.320 USD | 2,760.12 USD |
|-------|-------|------|------|------|------|------|------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 150098771132 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YG MADALYN 3 HEEL WHT S19
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2WBL | **REFERENCE NO.** | 102 |
|------------------|-------|-------------------|-----|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 12886 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

| **FACTORY NO.** | 105250 |
|-----------------|--------|

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**     CNWENTON2TAI

| KMART | B2WBL | YG MADALYN 3 HEEL WHREBUY CORE PK 1 | | 121 | 121 | 33.660 USD | 4,072.86 USD |
|-------|-------|------|------|------|------|------|------|
| | | | | CARTONS | AST | AST | |

| **ITEM:** | 150098771181 |
|-----------|--------------|
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |

DESCRIPTION OF TYPE OF SHOE: YG MADALYN 3 HEEL WHT S19
GENDER: Youth Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:13-5
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** January 14, 2019

**INVOICE NO.:** 201924606122

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2WBL | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 12886 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE, RNONE |

**FACTORY NO.**   105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**   CNWENTON2TAI

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 666 | 666 | ASSORTMENTS | 29,301.03  USD |

**TOTAL US DOLLARS TWENTY-NINE THOUSAND THREE HUNDRED ONE DOLLARS AND THREE CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| WING HING SHOES FACTORY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Venus Lee |
| **EMPLOYEE TITLE** | Shipping |

# COMMERCIAL INVOICE

Page 1 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China   **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7644 | TB RICKY LOAFER NVY S19 538 | 113 | 113 | 119.700  USD | 13,526.10  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 710098957632 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 52357/538 | | | | | |

DESCRIPTION OF TYPE OF SHOE - TB RICKY LOAFER NVY S19
GENDER - TODDLER / INF CASUAL BOYS
UPPER MATERIAL IN PERCENT - 80%POLYURETHANE (PU) /20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60%LEATHER 40%TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7644 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | |
| **VENDOR ITEM CODE** | 52357 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**   105250

WENLING TONGZU SHOES CO.,LTD

NO. 2 XINMIN ROAD, SHANMA IND,

CHENGBEI STREET, WENLING

TAIZHOU

ZHEJIANG

China

**FTY MID NO.**   CNWENTON2TAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SH7644 | TB RICKY LOAFER NVY S19 939 | 92 | 92 | 79.800  USD | 7,341.60  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 710098957640 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 636 | | | | | |
| **SEARS ITEM/SKU** | 52357/939 | | | | | |

DESCRIPTION OF TYPE OF SHOE - TB RICKY LOAFER NVY S19
GENDER - TODDLER / INF CASUAL BOYS
UPPER MATERIAL IN PERCENT - 80%POLYURETHANE (PU) /20% POLYESTER
OUTER SOLE MATERIAL IN PERCENT - 60%LEATHER 40%TPR
TYPE OF CONSTRUCTION :CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7644 | **REFERENCE NO.** | 101 | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | |
| **VENDOR ITEM CODE** | 52357 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

## COMMERCIAL INVOICE

Page 2 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| **FACTORY NO.** | 105250 |
| --- | --- |
| WENLING TONGZU SHOES CO.,LTD | |
| NO. 2 XINMIN ROAD, SHANMA IND, | |
| CHENGBEI STREET, WENLING | |
| TAIZHOU | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNWENTON2TAI |

| SEARS | SH7647 | TG MONA HE SZ 11 522 | | 7 | 84 | 5.220  USD | 438.48  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 740042859199 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/522 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 |
| --- | --- | --- | --- |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

| **FACTORY NO.** | 105250 |
| --- | --- |
| WENLING TONGZU SHOES CO.,LTD | |
| NO. 2 XINMIN ROAD, SHANMA IND, | |
| CHENGBEI STREET, WENLING | |
| TAIZHOU | |
| ZHEJIANG | |
| China | |
| **FTY MID NO.** | CNWENTON2TAI |

| SEARS | SH7647 | TG MONA HE SZ 12 524 | | 4 | 48 | 5.220  USD | 250.56  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |

| **ITEM:** | 740042859868 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/524 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China          **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | | |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**          105250

WENLING TONGZU SHOES CO.,LTD

NO. 2 XINMIN ROAD, SHANMA IND,

CHENGBEI STREET, WENLING

TAIZHOU

ZHEJIANG

China

**FTY MID NO.**          CNWENTON2TAI

| SEARS | SH7647 | TG MONA HE SZ 9 518 | | 10 | 120 | 5.220 USD | 626.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| **ITEM:** | 740042859975 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12 PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/518 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 | | |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 | | |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | | |

**FACTORY NO.**          105250

WENLING TONGZU SHOES CO.,LTD

NO. 2 XINMIN ROAD, SHANMA IND,

CHENGBEI STREET, WENLING

TAIZHOU

ZHEJIANG

China

**FTY MID NO.**          CNWENTON2TAI

# COMMERCIAL INVOICE

Page 4 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China      **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| SEARS | SH7647 | TG MONA HE SZ 10 520 | | 10 CARTONS | 120 PIECES | 5.220 USD PIECES | 626.40 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 740042860593 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/520 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**   CNWENTON2TAI

| SEARS | SH7647 | TG MONA HE SZ 7 514 | | 1 CARTONS | 12 PIECES | 5.220 USD PIECES | 62.64 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 740042861096 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/514 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   105250

# COMMERCIAL INVOICE

Page 5 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China  **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**        CNWENTON2TAI

| SEARS | SH7647 | TG MONA HE SZ 8 516 | | 12 CARTONS | 144 PIECES | 5.220  USD PIECES | 751.68  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 740042870634 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/516 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**        105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**        CNWENTON2TAI

| SEARS | SH7647 | TG MONA HE SZ 6 512 | | 6 CARTONS | 72 PIECES | 5.220  USD PIECES | 375.84  USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **ITEM:** | 740042873208 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 12  PIECES |
| **SEARS DIV** | 636 |
| **SEARS ITEM/SKU** | 20301/512 |

DESCRIPTION OF TYPE OF SHOE - TG MONA HEEL SLV S19
GENDER - TODDLER / INF DRESS GIRL
UPPER MATERIAL IN PERCENT -100% POLYURETHANE (PU)
OUTER SOLE MATERIAL IN PERCENT - 100% TPR
TYPE OF CONSTRUCTION (CEMENT)
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT? 1

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** January 18, 2019

**INVOICE NO.:** 201924639123

8472
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China       **SHIPPED TO:** Delano , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SH7647 | **REFERENCE NO.** | 101 |
| **DC CODE** | RDE | **DEPARTMENT NO.** | 085 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8472 |
| **VENDOR ITEM CODE** | 20301 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**   CNWENTON2TAI

**PAYMENT TERM**   Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**   OPEN ACCOUNT

**LC#**   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 255 | 600 | PIECES | 23,999.70 USD |
| | | 205 | ASSORTMENTS | |

**TOTAL US DOLLARS TWENTY-THREE THOUSAND NINE HUNDRED NINETY-NINE DOLLARS AND SEVENTY CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

| WING HING SHOES FACTORY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Venus Lee |
| **EMPLOYEE TITLE** | Shipping |

# COMMERCIAL INVOICE

Page 1 of 3

**DATE:** January 21, 2019

**INVOICE NO.:** 201924729717

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WBQ | TG MONA HEEL SLV S19DESERVING PK 1 | 177 | 177 | 62.640   USD | 11,087.28   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 140098968241 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG MONA HEEL SLV S19
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WBQ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 12923 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      105250

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**      CNWENTON2TAI

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | B2WBQ | TG MONA HEEL SLV S19NONDES PK 1 | 27 | 27 | 46.980   USD | 1,268.46   USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 140098976855 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: TG MONA HEEL SLV S19
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WBQ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 12923 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      105250

# COMMERCIAL INVOICE

Page 2 of 3

**DATE:** January 21, 2019

**INVOICE NO.:** 201924729717

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China       **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**       CNWENTON2TAI

| KMART | B2WBQ | TG MONA HEEL SLV S19REBUY CORE PK 1 | 124 | 124 | 31.320  USD | 3,883.68  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       140098982309

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG MONA HEEL SLV S19
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WBQ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 12923 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**       105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**       CNWENTON2TAI

| KMART | B2WBQ | TG MONA HEEL SLV S19REBUY SML PK 1 | 83 | 83 | 31.320  USD | 2,599.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:**       140098982333

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**    1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: TG MONA HEEL SLV S19
GENDER: Toddler Girl
UPPER MATERIAL IN PERCENT:100% PU
OUTER SOLE MATERIAL IN PERCENT:100% TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:6-12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 3 of 3

**DATE:** January 21, 2019

**INVOICE NO.:** 201924729717

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ningbo, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2WBQ | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 12923 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      105250
WENLING TONGZU SHOES CO.,LTD
NO. 2 XINMIN ROAD, SHANMA IND,
CHENGBEI STREET, WENLING
TAIZHOU
ZHEJIANG
China

**FTY MID NO.**      CNWENTON2TAI

**PAYMENT TERM**      Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**      OPEN ACCOUNT

**LC#**      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 411 | 411 | ASSORTMENTS | 18,838.98   USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND EIGHT HUNDRED THIRTY-EIGHT DOLLARS AND NINETY-EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WING HING SHOES FACTORY LIMITED |
|---|
| **EMPLOYEE NAME**      Venus Lee |
| **EMPLOYEE TITLE**      Shipping |

# COMMERCIAL INVOICE

Page 1 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B2NGE | KINGSBURY 3 BLACK REBUY LRG PK 8 | | 84 | 84 | 29.580  USD | 2,484.72  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 640051162238 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Route 66 Kingsbury 3 Black
GENDER: Men
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR and 60%Textile
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (whole sizes)
ROYALTY FOR TRADEMARK NAME:ROUTE 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2NGE | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**       039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

**FTY MID NO.**       CNWINSHO6FOS

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NGE | KINGSBURY 3 BLACK REBUY SML PK 1 | 45 | 45 | 29.580  USD | 1,331.10  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 640097432009 | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Route 66 Kingsbury 3 Black
GENDER: Men
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR and 60%Textile
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (whole sizes)
ROYALTY FOR TRADEMARK NAME:ROUTE 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China      **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2NGE | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
**FTY MID NO.** CNWINSHO6FOS

| KMART | B2WWQ | ROUTE 66 KINGSBURY 3REBUY CORE PK 11 | 102 | 102 | 29.580  USD | 3,017.16  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 640051194108 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: Route 66 Kingsbury 3 Tan Clog Slipper
GENDER: Men
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR and 60%Textile
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (whole sizes)
ROYALTY FOR TRADEMARK NAME:Route 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP  -   NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2WWQ | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
**FTY MID NO.** CNWINSHO6FOS

| KMART | B2WWQ | ROUTE 66 KINGSBURY3 TAN REBUY SML PK 2 | 26 | 26 | 29.580  USD | 769.08  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 640084040195 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

**COMMERCIAL INVOICE**

Page 3 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

DESCRIPTION OF TYPE OF SHOE: Route 66 Kingsbury 3 Tan Clog Slipper
GENDER: Men
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR and 60%Textile
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (whole sizes)
ROYALTY FOR TRADEMARK NAME:Route 66
ROYALTY  PERCENTAGE:0.5%
ROYALTY  PAYABLE TO:BONJOUR GROUP  -   NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WWQ | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

**FTY MID NO.** CNWINSHO6FOS

| KMART | B2WWR | JORDAN TAN REBUY LRG PK 1 | | 143 | 143 | 31.020 USD | 4,435.86 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:** 640052595808

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Route 66 Jordan Tan Trapper Moc
GENDER: Men's
UPPER MATERIAL IN PERCENT:100% Cow suede
OUTER SOLE MATERIAL IN PERCENT:100%TPR
TYPE OF CONSTRUCTION: Cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:No
SIZE RANGE:6.5-13
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY  PERCENTAGE:0.50%
ROYALTY  PAYABLE TO:BONJOUR GROUP  -   NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:No
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2WWR | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 20746 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

# COMMERCIAL INVOICE

Page 4 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

China
**FTY MID NO.** CNWINSHO6FOS

| KMART | B2WWR | JORDAN TAN REBUY SML PK 8 | | | 61 CARTONS | 61 AST | 31.020 USD AST | 1,892.22 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 640092884394 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Route 66 Jordan Tan Trapper Moc
GENDER: Men's
UPPER MATERIAL IN PERCENT:100% Cow suede
OUTER SOLE MATERIAL IN PERCENT:100%TPR
TYPE OF CONSTRUCTION: Cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:No
SIZE RANGE:6.5-13
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY PERCENTAGE:0.50%
ROYALTY PAYABLE TO:BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:No
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| **CONTRACT NO.** | B2WWR | **REFERENCE NO.** | 102 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 20746 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.** 039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
**FTY MID NO.** CNWINSHO6FOS

| KMART | B2WWS | JORDAN GREY REBUY SML PK 13 | | | 56 CARTONS | 56 AST | 31.020 USD AST | 1,737.12 USD |
|---|---|---|---|---|---|---|---|---|
| **ITEM:** | 640051194181 | | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |

DESCRIPTION OF TYPE OF SHOE: Route 66 Jordan Grey Trapper Moc
GENDER: Men's
UPPER MATERIAL IN PERCENT:100% Cow suede
OUTER SOLE MATERIAL IN PERCENT:100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:No
SIZE RANGE:6.5-13
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY PERCENTAGE: 0.5%
ROYALTY PAYABLE TO:BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:No
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 5 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WWS | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5288 | |
| VENDOR ITEM CODE | 20860 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO. 039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
FTY MID NO. CNWINSHO6FOS

| KMART | B2WWS | JORDAN 4 GREY REBUY LRG PK 1 | 46 | 46 | 31.020  USD | 1,426.92  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 640052602075
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: Route 66 Jordan Grey Trapper Moc
GENDER: Men's
UPPER MATERIAL IN PERCENT:100% Cow suede
OUTER SOLE MATERIAL IN PERCENT:100%TPR
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:No
SIZE RANGE:6.5-13
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY PERCENTAGE: 0.5%
ROYALTY PAYABLE TO:BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST:No
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WWS | REFERENCE NO. | 102 | |
| DC CODE | CHA | DEPARTMENT NO. | 035 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5288 | |
| VENDOR ITEM CODE | 20860 | COUNTRY OF ORIGIN | CHINA (MAINLAND) | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE | |

FACTORY NO. 039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
FTY MID NO. CNWINSHO6FOS

| KMART | B2WYK | KINGSBURY 3 BLACK REBUY LRG PK 7 | 114 | 114 | 29.580  USD | 3,372.12  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM: 640036556215
MADE IN CHINA (MAINLAND)
CONTENTS 1 ASSORTMENT

# COMMERCIAL INVOICE

Page 6 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

DESCRIPTION OF TYPE OF SHOE: ROUTE 66 KINGSBURY 3 BLACK
GENDER : MEN
UPPER MATERIAL IN PERCENT: 100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT : 40%TPR AND 60%TEXTILE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : NO
SIZE RANGE: 7-13 (WHOLE SIZES)
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY  PERCENTAGE: 0.5%
ROYALTY  PAYABLE TO: BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST: NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| CONTRACT NO. | B2WYK | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5288 |
| VENDOR ITEM CODE | 20160 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

FTY MID NO.          CNWINSHO6FOS

| KMART | B2WYK | KINGSBURY 3 BLACK REBUY SML PK 5 | | 25 | 25 | 29.580  USD | 739.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 640036556256 | | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | | |

DESCRIPTION OF TYPE OF SHOE: ROUTE 66 KINGSBURY 3 BLACK
GENDER : MEN
UPPER MATERIAL IN PERCENT: 100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT : 40%TPR AND 60%TEXTILE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : NO
SIZE RANGE: 7-13 (WHOLE SIZES)
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY  PERCENTAGE: 0.5%
ROYALTY  PAYABLE TO: BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST: NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| CONTRACT NO. | B2WYK | REFERENCE NO. | 102 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 035 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5288 |
| VENDOR ITEM CODE | 20160 | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE |

FACTORY NO.          039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

# COMMERCIAL INVOICE

Page 7 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China          **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

China
**FTY MID NO.**        CNWINSHO6FOS

| KMART | B2WYK | KINGSBURY 3 BLACK REBUY CORE PK 3 | 114 | 114 | 29.580  USD | 3,372.12  USD |
|-------|-------|-----------------------------------|-----|-----|-------------|---------------|
|       |       |                                   | CARTONS | AST | AST |         |

**ITEM:**        640100269166

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: ROUTE 66 KINGSBURY 3 BLACK
GENDER : MEN
UPPER MATERIAL IN PERCENT: 100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT : 40%TPR AND 60%TEXTILE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE : NO
SIZE RANGE: 7-13 (WHOLE SIZES)
ROYALTY FOR TRADEMARK NAME: ROUTE 66
ROYALTY  PERCENTAGE: 0.5%
ROYALTY  PAYABLE TO: BONJOUR GROUP - NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST: NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT: 1

| **CONTRACT NO.** | B2WYK | **REFERENCE NO.** | 102 |
|------------------|-------|-------------------|-----|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**      039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

**FTY MID NO.**        CNWINSHO6FOS

| KMART | B2X6N | ROUTE 66 KINGSBURY 3REBUY LRG PK 6 | 126 | 126 | 29.580  USD | 3,727.08  USD |
|-------|-------|-----------------------------------|-----|-----|-------------|---------------|
|       |       |                                   | CARTONS | AST | AST |         |

**ITEM:**        640014259543

**MADE IN**      CHINA (MAINLAND)

**CONTENTS**     1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: ROUTE 66 KINGSBURY 3 TAN CLOG SLIPPER
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR AND 60%TEXTILE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (WHOLE SIZES)
ROYALTY FOR TRADEMARK NAME? ROUTE 66
ROYALTY  PERCENTAGE? 0.5%
ROYALTY  PAYABLE TO? BONJOUR GROUP -  NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST? NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

# COMMERCIAL INVOICE

Page 8 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X6N | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 039522

WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China

**FTY MID NO.** CNWINSHO6FOS

| KMART | B2X6N | ROUTE 66 KINGSBURY 3REBUY SML PK 4 | 126 | 126 | 29.580 USD | 3,727.08 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

**ITEM:** 640091170480

**MADE IN** CHINA (MAINLAND)

**CONTENTS** 1 ASSORTMENT

DESCRIPTION OF TYPE OF SHOE: ROUTE 66 KINGSBURY 3 TAN CLOG SLIPPER
GENDER: MEN
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:40%TPR AND 60%TEXTILE
TYPE OF CONSTRUCTION: CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:NO
SIZE RANGE:7-13 (WHOLE SIZES)
ROYALTY FOR TRADEMARK NAME? ROUTE 66
ROYALTY  PERCENTAGE? 0.5%
ROYALTY  PAYABLE TO? BONJOUR GROUP  -   NOT DUTIABLE
ROYALTY IS INCLUDED IN FIRST COST? NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2X6N | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 20160 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.** 039522

WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China

**FTY MID NO.** CNWINSHO6FOS

**PAYMENT TERM** Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER** OPEN ACCOUNT

**LC#** NO LC

# COMMERCIAL INVOICE

Page 9 of 9

**DATE:** January 23, 2019

**INVOICE NO.:** 201924731714

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,068 | 1,068 | ASSORTMENTS | 32,032.08   USD |

**TOTAL US DOLLARS THIRTY-TWO THOUSAND THIRTY-TWO DOLLARS AND EIGHT CENTS ONLY.**

**We hereby certify that this shipment does not contain solid wood packing material.**

| WING HING SHOES FACTORY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Venus Lee |
| **EMPLOYEE TITLE** | Shipping |

# COMMERCIAL INVOICE

**DATE:** January 30, 2019

**INVOICE NO.:** 201924733718

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NH2 | JERSEY NONDESERVING PACK | 36 | 36 | 81.600  USD | 2,937.60  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780026334474 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MICRO CAGED ANKLE BACK ZIP
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:60%Textile/40%Pastic
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:Yes
SIZE RANGE:5/6,7/8,9/10,11/12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2NH2 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 50492 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

**FTY MID NO.**          CNWINSHO6FOS

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NH2 | JERSEY DESERVING PACK | 94 | 94 | 122.400  USD | 11,505.60  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780026334532 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MICRO CAGED ANKLE BACK ZIP
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:60%Textile/40%Pastic
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:Yes
SIZE RANGE:5/6,7/8,9/10,11/12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2NH2 | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 50492 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**          039522

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** January 30, 2019

**INVOICE NO.:** 201924733718

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China

**FTY MID NO.**   CNWINSHO6FOS

| KMART | B2SBD | EDIE3 CREAM MEDIUM PACK 1 | | 79 | 79 | 86.100  USD | 6,801.90  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   740099737736

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE-MEMORY FOAM BALLET FLAT
GENDER-WOMENS
UPPER MATERIAL IN PERCENT-40%COTTON, 60%LINEN
OUTER SOLE MATERIAL IN PERCENT-40%PLASTIC, 60%TEXTILE
TYPE OF CONSTRUCTION-CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE-NO
SIZE RANGE-5-11,6.5-9.5
ROYALTY FOR TRADEMARK NAME?-BONGO
ROYALTY  PERCENTAGE?-NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?-1

| **CONTRACT NO.** | B2SBD | **REFERENCE NO.** | 101 |
|---|---|---|---|
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 41134 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**   039522

WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China

**FTY MID NO.**   CNWINSHO6FOS

| KMART | B2SBD | EDIE3 CREAM NON DESERVING PACK 1 | | 129 | 129 | 68.880  USD | 8,885.52  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

**ITEM:**   740099737744

**MADE IN**   CHINA (MAINLAND)

**CONTENTS**   1  ASSORTMENT

DESCRIPTION OF TYPE OF SHOE-MEMORY FOAM BALLET FLAT
GENDER-WOMENS
UPPER MATERIAL IN PERCENT-40%COTTON, 60%LINEN
OUTER SOLE MATERIAL IN PERCENT-40%PLASTIC, 60%TEXTILE
TYPE OF CONSTRUCTION-CEMENT
COVERING THE ANKLE AND / OR ABOVE THE ANKLE-NO
SIZE RANGE-5-11,6.5-9.5
ROYALTY FOR TRADEMARK NAME?-BONGO
ROYALTY  PERCENTAGE?-NO
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT?-1

## COMMERCIAL INVOICE

**DATE:** January 30, 2019
**INVOICE NO.:** 201924733718

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China          **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2SBD | **REFERENCE NO.** | 101 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 41134 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
**FTY MID NO.**      CNWINSHO6FOS

| KMART | B2VTF | JERSEY NONDESERVING PACK | 107 | 107 | 81.600  USD | 8,731.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780039118054 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MICRO CAGED ANKLE BACK ZIP
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER
OUTER SOLE MATERIAL IN PERCENT:60%Textile/40%Pastic
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:Yes
SIZE RANGE:5/6,7/8,9/10,11/12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | B2VTF | **REFERENCE NO.** | 102 | |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 | |
| **VENDOR ITEM CODE** | 50492 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE | |

**FACTORY NO.**      039522
WINDSOR SHOES FACTORY LTD
NO.6, SONGFENG ROAD, LUOCUN,HIAPAI
MANAGEMENT DISTRICT, NO.2 IND DIST.
FOSHAN / NANHAI
GUANGDONG
China
**FTY MID NO.**      CNWINSHO6FOS

| KMART | B2VTF | JERSEY DESERVING PACK | 73 | 73 | 122.400  USD | 8,935.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 780066573635 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |

DESCRIPTION OF TYPE OF SHOE: MICRO CAGED ANKLE BACK ZIP
GENDER: Womens
UPPER MATERIAL IN PERCENT:100% MICRO FIBER

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** January 30, 2019

**INVOICE NO.:** 201924733718

5288
WING HING SHOES FACTORY LIMITED
FLAT 2, 16FL, CANNY IND BLDG
33 TAI YAU STREET, SAN PO KONG
KOWLOON

Hong Kong

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Huangpu, China       **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

OUTER SOLE MATERIAL IN PERCENT:60%Textile/40%Pastic
TYPE OF CONSTRUCTION: cement
COVERING THE ANKLE AND / OR ABOVE THE ANKLE:Yes
SIZE RANGE:5/6,7/8,9/10,11/12
HOW MANY PAIRS WILL BE IN ONE ITEM/SELLING UNIT:1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | B2VTF | **REFERENCE NO.** | 102 |
| **DC CODE** | CHA | **DEPARTMENT NO.** | 035 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5288 |
| **VENDOR ITEM CODE** | 50492 | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | RNONE |

**FACTORY NO.**       039522

WINDSOR SHOES FACTORY LTD

NO.6, SONGFENG ROAD, LUOCUN,HIAPAI

MANAGEMENT DISTRICT, NO.2 IND DIST.

FOSHAN / NANHAI

GUANGDONG

China

**FTY MID NO.**       CNWINSHO6FOS

**PAYMENT TERM**       Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**       OPEN ACCOUNT

**LC#**       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 518 | 518 | ASSORTMENTS | 47,797.02   USD |

TOTAL US DOLLARS FORTY-SEVEN THOUSAND SEVEN HUNDRED NINETY-SEVEN DOLLARS AND TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| WING HING SHOES FACTORY LIMITED | |
|---|---|
| **EMPLOYEE NAME** | Venus Lee |
| **EMPLOYEE TITLE** | Shipping |