# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                    Case No. <u>18-23538</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: <u>516-255-1801</u>
Last four digits of Acct#:  N/A

Name and address where transferee payments should be sent (if different from above):

Phone:  N/A
Last four digits of Acct#:  N/A

<u>EAS ENTERPRISES</u>
Name of Transferor

Court Claim # (if known): <u>26257</u>
Ballot ID: <u>182353801042126</u>
**Administrative Claim**
**Amount being transferred:**  <u>USD$36,100.00</u>
Allowed Admin Amount Per Docket 8062: <u>USD$$36,100.00</u>
Date Original Claim Filed: <u>7/10/20</u>
Phone: <u>(716) 465-5966</u>
Last four digits of Acct.#:  N/A

Name and Current Address of Transferor:

EAS Enterprises
941 Losson Rd.
Buffalo, NY 14227

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                             Date: <u>July 13, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holding Corporation, et al. Case No. 18-23538

Claim# 26257

**EAS ENTERPRISES,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $36,100.00.** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___7___ DAY OF ___July___, 2020.

ASSIGNOR: EAS ENTERPRISES
_(Signature)_

Edward Skierczynski
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_(Signature)_

Terrel Ross
(Print Name)

Managing Member
(Title)

## Prime Clerk | A Division of DUFF&PHELPS



### Creditor Data Details - Claim # 26257

**Creditor**
EAS ENTERPRISES
941 LOSSON RD
CHEEKTOWAGA, NY 14227-2501

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
07/10/2020

**Claim Number**
26257

**Schedule Number**
n/a

### Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $36,100.00 | | $36,100.00 | Asserted |
| Total | $0.00 | | $36,100.00 | | $36,100.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety

18-23538-shl Doc 8285 Filed 07/13/20 Entered 07/13/20 10:14:07 Main Document
18-23538-rdd Doc 8062 Filed 06/26/20 Entered 06/26/20 22:24:58 Main Document
Pg 55 of 71

Debtors' Notice of Second Distribution
Exhibit 3

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Non-Opt-Out Claims ||||
|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Second Distribution Amount |
| 79 | DCT SPECIAL PROJECTS INC | 182353801016333 | $37,914.90 | $10,881.58 |
| 80 | DELL MARKETING, L.P. | 182353801018525 | $19,361.04 | $5,556.62 |
| 81 | DEWAN & SONS | 182353801018021 | $73,650.04 | $21,137.56 |
| 82 | DIVISIONS INC MAINTENANCE GROUP | 182353801043058 | $26,101.45 | $7,491.12 |
| 83 | DOMINION MECHANICAL CONTRACTORS INC | 182353801042100 | $25,268.56 | $7,252.08 |
| 84 | DYNASTY APPAREL CORP | 182353801015820 | $148,821.00 | $42,711.63 |
| 85 | E&C CUSTOM PLASTICS, INC. | 182353801040171 | $73,712.55 | $21,155.50 |
| 86 | EAS ENTERPRISES | 182353801042126 | $36,100.00 | $10,360.70 |
| 87 | EATON CORPORATION | 182353801042140 | $91,451.31 | $26,246.53 |
| 88 | ECHO BRIDGE ACQUISITION CORP LLC | 182353801014335 | $41,812.66 | $12,000.23 |
| 89 | ECOLAB INC. | 182353801042148 | $32,982.20 | $9,465.89 |
| 90 | EDUCATORS RESOURCE INC | 182353801042156 | $32,557.97 | $9,344.14 |
| 91 | E-LAND APPAREL LTD | 182353801043083 | $92,783.92 | $26,628.99 |
| 92 | ELDON W GOTTSCHALK & ASSOICATES LLC | 182353801042161 | $165,826.78 | $47,592.29 |
| 93 | EMPIRE ELECTRONIC CORP | 182353801014346 | $80,106.98 | $22,990.70 |
| 94 | ENTECH SALES & SERVICE INC | 182353801040181 | $29,639.79 | $8,506.62 |
| 95 | ERX NETWORK LLC | 182353801040198 | $27,571.36 | $7,912.98 |
| 96 | ESJAY INTERNATIONAL PRIVATE LIMITED | 182353801043084 | $95,882.96 | $27,518.41 |
| 97 | EXMART INTERNATIONAL PVT LTD | 182353801018022 | $30,087.40 | $8,635.08 |
| 98 | F & F CONSTRUCTION INC | 182353801042243 | $52,322.00 | $15,016.41 |
| 99 | FAMOSA NORTH AMERICA INC | 182353801016485 | $24,480.00 | $7,025.76 |
| 100 | FEROZA GARMENTS LTD | 182353801013767 | $228,225.46 | $65,500.71 |
| 101 | FILA USA INC | 182353801014410 | $24,903.45 | $7,147.29 |
| 102 | FOOD WAREHOUSE CORP | 182353801015502 | $24,000.00 | $6,888.00 |
| 103 | FOOTWEAR SPECIALTIES INTERNATIONAL | 182353801015503 | $21,382.97 | $6,136.91 |
| 104 | FOUR SEASONS DESIGN INC | 182353801015526 | $88,372.80 | $25,362.99 |