# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                                  Case No. <u>18-23538</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>In Gear Fashions Inc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>26258</u><br>**Ballot ID: <u>182353801015414</u>**<br>**<u>Allowed Amount of Administrative Claims being Transferred:</u>**<br>**<u>USD$85,995.50</u>**<br>Date Claim Filed: <u>7/10/2020</u><br>Phone: <u>(305) 830-2900</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor: |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | In Gear Fashions Inc<br>4401 NW 167th Street<br>Miami, FL 33055 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                         Date: <u>July 13th, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holding Corporation, et al. Case No. 18-23538

Claim # 26258
Ballot ID#182353801015414

In Gear Fashions INC., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim Allowed in the Amount of $85,995.00 ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___6___ DAY OF ___July___, 2020.

ASSIGNOR: In Gear Fashions INC

_____
(Signature)

___Jacob Levy___
(Print Name)

___VP___
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

___Terrel Ross___
(Print Name)

___Managing Member___
(Title)

# Creditor Data Details - Claim # 26258

**Creditor**
IN GEAR FASHIONS INC 4401 NW 167TH STREET
MIAMI, FL 33055

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
07/10/2020

**Claim Number**
26258

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $85,995.50 | | $85,995.50 | Asserted |
| Total | $0.00 | | $85,995.50 | | $85,995.50 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

18-23538-shl    Doc 8286    Filed 07/13/20    Entered 07/13/20 10:16:28    Main Document
18-23538-rdd    Doc 8062    Filed 06/26/20    Entered 06/26/20 22:24:58    Main Document
Pg 57 of 71

Debtors' Notice of Second Distribution
Exhibit 3
In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| Allowed Non-Opt-Out Claims | | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Estimated Second Distribution Amount |
| 131 | IGOSEATING LIMITED | 182353801043077 | $39,041.78 | $11,204.99 |
| 132 | ILLIANA SWEEPING COMPANY | 182353801041865 | $27,330.00 | $7,843.71 |
| 133 | ILLINOIS WHOLE CASH REGISTER | 182353801040304 | $24,521.00 | $7,037.53 |
| 134 | IN GEAR FASHIONS INC | 182353801015414 | $85,995.50 | $24,680.71 |
| 135 | INNOCOR INC | 182353801043471 | $51,306.69 | $14,725.02 |
| 136 | INTERDESIGN INC | 182353801014585 | $167,369.37 | $48,035.01 |
| 137 | INTERMODAL SALES | 182353801014587 | $323,525.00 | $92,851.68 |
| 138 | IRON MOUNTAIN RECORDS MANAGEMENT | 182353801040337 | $30,086.01 | $8,634.68 |
| 139 | ISTAR JEWELRY LLC | 182353801040354 | $30,000.00 | $8,610.00 |
| 140 | JEFF SMITH BLDG & DEVELOPMENT INC | 182353801042008 | $81,125.00 | $23,282.88 |
| 141 | JUMP DESIGN GROUP INC | 182353801014971 | $127,216.86 | $36,511.24 |
| 142 | KAI NING LEATHER PRODUCTS CO LTD | 182353801039852 | $551,731.92 | $158,347.06 |
| 143 | KAZ USA INC | 182353801014651 | $44,508.96 | $12,774.07 |
| 144 | KELLOGG SALES COMPANY | 182353801014662 | $91,114.74 | $26,149.93 |
| 145 | KID GALAXY INC | 182353801042087 | $35,155.60 | $10,089.66 |
| 146 | KISS PRODUCTS INC | 182353801015086 | $240,440.88 | $69,006.53 |
| 147 | KLAMCO.ENT | 182353801040388 | $22,857.39 | $6,560.07 |
| 148 | KOMATSU ENTERPRISES INC | 182353801040391 | $29,440.39 | $8,449.39 |
| 149 | KORPACK INC | 182353801014691 | $98,077.14 | $28,148.14 |
| 150 | KR COLLEGETOWN LLC (BRIXMOR PROPERTY GROUP, INC.) T/A COLLEGETOWN SHOPPING CENTER, GLASSBORO, NJ | 182353801018505 | $55,056.67 | $15,801.26 |
| 151 | KUMHO TIRES USA INC | 182353801040404 | $120,594.78 | $34,610.70 |
| 152 | LAWNSTYLES MAINTENANCE INC | 182353801042334 | $29,379.25 | $8,431.84 |
| 153 | LEXISNEXIS RISK DATA MANAGEMENT | 182353801040426 | $33,167.46 | $9,519.06 |
| 154 | LIANG YI DA PTE. LTD. | 182353801017441 | $192,551.17 | $55,262.19 |
| 155 | LIBERTY COCA COLA BEVERAGES LLC | 182353801041561 | $53,966.38 | $15,488.35 |