# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                Case No. <u>18-23538</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>Direct Supply, INC.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): <u>4969</u><br>**Ballot ID:  <u>182353801043050</u>**<br>**<u>Amount of Administrative Claims being</u>**<br>**<u>Transferred: USD$14,240.00</u>**<br>Date Claim Filed: 11/15/2018<br>Phone: (630) 309-1333<br>Last four digits of Acct.#:  <u>N/A</u> |
| Phone:  <u>516-255-1801</u><br>Last four digits of Acct#:  <u>N/A</u> | Name and Current Address of Transferor:<br><br>Direct Supply, Inc<br>PO Box 8249<br>Bartlett, IL 60103 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone:  <u>N/A</u><br>Last four digits of Acct#:  <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                            Date: July 13, 2020
Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk

AND TO: Sears Holding Corporation, et al. Case No. 18-23538
        (Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim# 4969
Ballot ID: 182353801043050

**Direct Supply, Inc**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $14,240.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 DAY OF July, 2020.

**ASSIGNOR: Direct Supply, Inc**
_____
(Signature)

Anthony Fannella
(Print Name)

President
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

**Creditor**
Direct Supply, Inc.
PO Box 8249
Bartlett, IL 60103

**Debtor Name**
Sears Holdings Corporation

**Date Filed**
11/15/2018

**Claim Number**
4969

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $14,240.00 | | $14,240.00 | Asserted |
| Admin Priority | | | | | | |
| Total | $0.00 | | $14,240.00 | | $14,240.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

18-23538-shl    Doc 8287    Filed 07/13/20    Entered 07/13/20 15:21:01    Main Document
18-23538-rdd    Doc 8062    Filed 06/26/20    Entered 06/26/20 22:24:58    Main Document
                                    Pg 23 of 71

Debtors' Notice of Second Distribution                                In re: Sears Holdings Corporation, et al.
Exhibit 2                                                             Case No. 18-23538 (RDD)

| | Non-Opt-Out De Minimis Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Second & Final Distribution Amount |
| 235 | DAVE FOY CABINETRY, INC | 182353801047267 | $100.84 | $80.67 |
| 236 | DAVID KILJANOWICZ | 182353801047268 | $1,279.88 | $1,023.90 |
| 237 | DAVID MICHELSON | 182353801047269 | $1,758.44 | $1,406.75 |
| 238 | DBK CONCEPTS, LLC | 182353801042928 | $55.78 | $44.62 |
| 239 | DEAN DAIRY HOLDINGS, LLC | 182353801040126 | $1,383.17 | $1,106.54 |
| 240 | DEAN FOODS NORTH CENTRAL LLC | 182353801040127 | $5,290.54 | $4,232.43 |
| 241 | DEBBI PETERSON ARCHITECT | 182353801047270 | $824.57 | $659.66 |
| 242 | DEL AMO FASHION CENTER OPERATING CO LLC | 182353801013739 | $100.00 | $80.00 |
| 243 | DELTA PACKAGING, INC. | 182353801040136 | $11,574.04 | $9,259.23 |
| 244 | DEMAR LOGISTICS, INC. | 182353801040142 | $5,220.15 | $4,176.12 |
| 245 | DESERT SKY MALL LLC | 182353801013723 | $652.84 | $522.27 |
| 246 | DESIGN STUDIO | 182353801047298 | $882.03 | $705.62 |
| 247 | DESIGNER DREAM KITCHEN STUDIO | 182353801047299 | $131.12 | $104.90 |
| 248 | DGI LS, LLC | 182353801017910 | $0.44 | $0.35 |
| 249 | DIALOGTECH INC | 182353801043037 | $3,130.33 | $2,504.26 |
| 250 | DIAMOND CHEMICAL & SUPPLY CO. | 182353801043043 | $4,832.75 | $3,866.20 |
| 251 | DICK KREIMBORG LLC | 182353801043046 | $13,097.66 | $10,478.13 |
| 252 | DIRECT SUPPLY, INC. | 182353801043050 | $14,240.00 | $11,392.00 |
| 253 | DISCOUNT WHOLESALERS INC | 182353801016803 | $18,071.04 | $14,456.83 |
| 254 | DISTINGUISHED KITCHENS & BATHS | 182353801047300 | $2,497.70 | $1,998.16 |
| 255 | DIVERSIFIED MAINTENANCE | 182353801015772 | $6,153.00 | $4,922.40 |
| 256 | DIVISION 1 GROUND MAINTENANCE | 182353801043056 | $12,250.00 | $9,800.00 |
| 257 | Document Technologies, LLC (aka Epiq) | 182353801015788 | $4,650.15 | $3,720.12 |
| 258 | DOCUMENTARY DESIGNS INC | 182353801043060 | $1,200.00 | $960.00 |
| 259 | DON TO DUSK & SON LLC | 182353801042102 | $3,277.50 | $2,622.00 |
| 260 | DOOR & GATE USA | 182353801042104 | $596.03 | $476.82 |