**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, et al. | ) | Case No: 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### ORDER ADMITTING BANYAN PARKER TO PRACTICE, *PRO HAC VICE*

Upon the motion of Banyan Parker to be admitted, *pro hac vice*, to represent Bonnie Mullins in the above-captioned chapter 11 cases; and it appearing that Banyan Parker is an attorney is good standing of the bar of the State of California and the bar in the U.S. District Court for the Northern District of California, it is hereby

ORDERED, that Banyan Parker, Esq. is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases to represent Bonnie Mullins in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:   July 14, 2020                          */s/Robert D. Drain*
         White Plains, New York            UNITED STATES BANKRUPTCY COURT