**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION**

In Re:                                                        Chapter 11

SEARS HOLDING CORPORATION

                                                                        Case No. 18-23538

Debtor

## **WITHDRAWAL OF CLAIMS 23728 FILED BY TOWNLEY, INC.**

1. The undersigned law firm, Wachtel Missry LLP, who has offices at 885 Second Avenue, Floor 47, New York, NY 10017, is the attorney for Townley, Inc. and is authorized to withdraw this claim on behalf of claimant.

2. Therefore, the claimant hereby withdraws Claim #23728 against the debtor as this claim has been resolved.

Date: July 14, 2020

                                                                       Respectfully submitted,

                                                                       **WACHTEL MISSRY LLP**

                                                       By: */s/ Jason Libou*
                                                          Jason Libou
                                                          885 Second Avenue, Floor 47
                                                          New York, NY 10017
                                                          Telephone: (212) 909-9535
                                                          Fax: (212) 909-9443
                                                          Email: jlibou@wmllp.com

                                                          *Attorneys for Townley, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2020, a true and correct copy of the foregoing document was served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York, White Plains Division.

>                                   */s/ Jason Libou*
>                                   Jason Libou