**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Case Number 18-23537-rdd** |
| | ) | **(jointly administered with 18-23538-lead case)** |
| **Sears Holding Corporation, et al.** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtors.** | ) | |

**REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST**

Jason L. Libou whose email is jlibou@wmllp.com, requests that he be removed from the list that allows service of electronic filings through the Court's CM/ECF case management system on behalf of Townley, Inc.

Townley, Inc.,

By: /s/ Jason L. Libou
Jason L. Libou
*jlibou@wmllp.com*
WACHTEL MISSRY LLP
885 2nd Avenue, Floor 47
New York, NY 10017
(212) 909-9535 telephone
(212) 371-0320 facsimile

Counsel for Townley, Inc.

2

## **CERTIFICATE OF SERVICE**

Jason L. Libou, an attorney, hereby certifies that he caused the above and foregoing *Request for Removal from CM/ECF Case Management List* to be served upon counsel of record in this case via the U.S. Bankruptcy Court CM/ECF System, on this day of July 14, 2020.

/s/ Jason L. Libou