**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

In re :                                                                          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,        Case No. 18-23538 (RDD)

**Debtors.**                                                               **(Jointly Administered)**

------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF KOOLATRON CORPORATION'S OBJECTION TO NOTICE REGARDING SECOND DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM

PLEASE TAKE NOTICE that Koolatron Corporation[1] ("Koolatron") hereby withdraws, without prejudice, its Objection to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Doc. Nos. 8065, 8066, 8067].

Respectfully submitted,

*/s/* Jayson M. Macyda
(admitted *pro hac vice* for Koolatron Corporation)
Kyko Global, Inc. and Affiliates
P.O. Box 87491
Canton, MI 48187
(248) 243-6685
generalcounsel@kykoglobal.com

---

[1] Koolatron Corporation is an Affiliate of Kyko Global, Inc.

1

## CERTIFICATE OF SERVICE

I, Jayson M. Macyda, am admitted *pro hac vice* in this matter and certify that on July 14, 2020, I electronically filed Koolatron's Notice of Withdrawal of its Objection to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Doc. Nos. 8065, 8066, 8067].

                    Respectfully submitted,

                    */s/* Jayson M. Macyda
                    (admitted *pro hac vice* for Koolatron Corporation)
                    Kyko Global, Inc. and Affiliates
                    P.O. Box 87491
                    Canton, MI 48187
                    (248) 243-6685
                    generalcounsel@kykoglobal.com