Deborah J. Michelson, Esq.
MILLER GOLER FAEGES LAPINE LLP
1301 East 9th Street, Suite 2700
Cleveland, Ohio 44114-1835
Phone: (216) 696-3366
*Attorney for Creditor Arca Industrial (NJ), Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| -------------------------------------------------------X | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| -------------------------------------------------------X | |

**NOTICE OF WITHDRAWAL OF ARCA INDUSTRIAL (NJ), INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE REGARDING SECOND DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM**

**PLEASE TAKE NOTICE** that on July 2, 2020 Arca Industrial (NJ) Inc. ("Arca") filed a limited objection (Docket No. 8212; the "Limited Objection") to Debtors' Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program (Docket No. 8062).

**PLEASE TAKE FURTHER NOTICE** that Arca hereby withdraws without prejudice its Limited Objection.

Respectfully submitted,

Dated: Cleveland, Ohio.
July 14, 2020

MILLER GOLER FAEGES LAPINE LLP

By: */s/ Deborah J. Michelson*
Deborah J. Michelson, Esq.
1301 East 9th Street, Suite 2700
Cleveland, Ohio 44114-1835
Phone: (216) 696-3366
Michelson@MGFL-law.com

*Attorney for Creditor Arca Industrial (NJ), Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| ----------------------------------------------------X | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| ----------------------------------------------------X | |

I, Deborah J. Michelson, an attorney admitted to practice in the State of New York, hereby certify that, on July 14, 2020, I caused true and complete copies of the NOTICE OF WITHDRAWAL OF ARCA INDUSTRIAL (NJ), INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE REGARDING SECOND DISTRIBUTION PURSUANT TO ADMINISTRATIVE EXPENSE CLAIMS CONSENT PROGRAM to be served upon each of the parties listed below via pre-paid properly addressed U.S. mail:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court, S.D.N.Y.
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock
Jacqueline Marcus
Garret A. Fail
Sunny Singh

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for Bank of America, N.A.
4 Times Square
New York, NY 10036
Attn: Paul D. Leake

Kelley Drye & Warren LLP
Attorneys for Computershare Trust Co., N.A.
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson

Cleary Gottlieb Steen & Hamilton
Attorneys for JPP, LLC, JPP II, LLC, and ESL Investments, Inc.
One Liberty Plaza
New York, NY, 10006
Attn: Sean A. O'Neal

Office of United States Trustee
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg

Seyfarth Shaw LLP
Attorneys for Wilmington Trust, N.A.
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox

Davis Polk & Wardell LLP
Attorneys for Citibank, N.A.
450 Lexington Avenue
New York, NY, 10017
Attn: Eli J. Vonnegut

Locke Lord LLP
Attorneys for the Pension Benefit Guaranty Corp.
111 South Wacker Drive
Chicago, IL 60606
Attn: Aaron C. Smith

Carter Ledyard & Milburn LLP
Attorneys for Bank of New York Mellon Trust Co.
2 Wall Street
New York, NY 10005
Attn: James Gadsden

Akin Gump Strauss Hauer & Feld LLP
Attorneys for the Official Committee of Unsecured Creditors
One Bryant Park
New York, NY 10036
Attn: Ira S. Dizengoff

M-III Partners, LP
c/o Colin M. Adams
c/o Brian Griffith
130 West 42nd Street
17th Floor
New York, NY 10036

Dated: Cleveland, Ohio.
July 14, 2020

MILLER GOLER FAEGES LAPINE LLP

By: */s/ Deborah J. Michelson*
Deborah J. Michelson, Esq.
1301 East 9th Street, Suite 2700
Cleveland, Ohio 44114-1835
Phone: (216) 696-3366
Michelson@MGFL-law.com

*Attorney for Creditor Arca Industrial (NJ), Inc.*