# MANN LAW FIRM, P.C.

200 HIGHLAND AVE, STE 300
NEEDHAM HEIGHTS, MA 02494
TEL (617) 690-7379
FAX (781) 444-1014
SIMON@SBMANNLAW.COM

July 6, 2020



US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   Sears Holding Corporation, et al., Ch 11 Case No. 18-23538 (RDD)

Dear Sir/Madam:

The Estate of Bernardino Pellegrino has settled its claims in this matter and respectfully requests its Motion for Relief from Stay and attorney Notice of Appearance be Withdrawn.

Thank you for your attention.

Very truly yours,

Simon B. Mann