Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for Exacme c/o Newacme, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: SEARS HOLDING CORPORATION, et al., Debtors1. | Chapter 11<br><br>Bankruptcy No. 18-23538 (RDD) |
| SEARS HOLDING CORPORATION *et al*, Movants,<br><br>v.<br><br>EXACME C/O NEWACME, LLC., Respondents. | Related Docket No. 7792, 7477<br><br>Hearing Date: n/a<br><br>Objection Deadline: n/a |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**NOTICE OF WITHDRAWAL
OF RESPONSE (CM/ECF #7792) OF EXACME c/o NEWACME,
LLC.  TO DEBTORS' MOTION (I) TO ALLOW
ADMINISTRATIVE CLAIMS AND (II) GRANTING OTHER
RELATED RELIEF**

**TO THE HONORABLE UNITED STATED BANKRUPTCY JUDGE:**

Exacme c/o Newacme, LLC ("Claimant" or "Newacme"), by and through its undersigned counsel, hereby files this Notice of Withdrawal of that certain response "Response" (CM/ECF#7792) (**RESPONSE OF EXACME c/o NEWACME, LLC. TO DEBTORS' MOTION (I) TO ALLOW ADMINISTRATIVE CLAIMS AND (II) GRANTING OTHER RELATED RELIEF**, a true and correct copy of which is attached hereto.

The Parties have resolved the contested matter.  The Debtors shall move this Court for the allowance of the settled administrative claim.

Newacme respectfully requests that this Court docket and record now reflect the same.

Respectfully submitted,

Dated: July 15, 2020

Salene R.M. Kraemer, Esquire
NY ID No. 5228580
skraemer@bernsteinlaw.com
BERNSTEIN-BURKLEY, P.C.
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA  15219
(412) 456-8100 Telephone
(412) 456-8135 Facsimile
*Counsel for Exacme c/o Newacme, LLC*