# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: Sears Holdings Corporation                              Case No. 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Countryside Property Maintenance LLC<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): 26259<br>**Ballot ID: 182353801042635**<br>**Amount of Administrative Claims being Transferred: USD$7,845.00**<br>Date Claim Filed: 07/14/2020<br>Phone: (352) 897-4803<br>Last four digits of Acct.#: N/A |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br><br>Countryside Property Maintenance LLC<br>1159 E Overdrive Circle<br>Hernando, FL 34442 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                              Date: July 15, 2020
Transferee/Transferee's Agent

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      Southern District of New Yok
      Attention: Clerk

AND TO: Sears Holding Corporation, et al.  Case No. 18-23538
        (Jointly Administered under Sears Holding Corporation, et al.  Case No. 18-23538)

Claim# 26259
Ballot ID: 182353801042635

**Countryside Property Maintenance**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $7,845.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___7___ DAY OF ___July___, 2020.

ASSIGNOR: Countryside Property Maintenance          ASSIGNEE: TRC MASTER FUND LLC

_____                     _____
(Signature)                                         (Signature)

__Brian Carney__                                    __Terrel Ross__
(Print Name)                                        (Print Name)

__Manager__                                         __Managing Member__
(Title)                                             (Title)

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Countryside Property Maintenance LLC | Sears Holdings Corporation | 26259 |
| 1159 E Overdrive Circle | Date Filed | Schedule Number |
| Hernando, FL 34442 | 07/14/2020 | n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $7,845.00 | | $7,845.00 | Asserted |
| Total | $0.00 | | $7,845.00 | | $7,845.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

18-23538-shl    Doc 8304    Filed 07/15/20    Entered 07/15/20 15:29:27    Main Document
18-23538-rdd    Doc 8293    Filed 07/14/20    Entered 07/14/20 14:25:30    Main Document
                                        Pg 4 of 4
                                        Pg 21 of 135

Debtors' Notice of Second Distribution                                    In re: Sears Holdings Corporation, et al.
Exhibit 2                                                                 Case No. 18-23538 (RDD)

| | Non-Opt-Out De Minimis Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Second & Final Distribution Amount |
| 190 | CONTROLS SERVICE & ENGINEERING CO | 182353801042621 | $2,116.73 | $1,693.38 |
| 191 | COOPER, JUDI | 182353801047259 | $195.98 | $156.78 |
| 192 | CORAL-CS LTD ASSOCIATES | 182353801013720 | $100.00 | $80.00 |
| 193 | CORBETT, STEVE | 182353801042626 | $100.69 | $80.55 |
| 194 | CORLIVING DISTRIBUTION LLC | 182353801014222 | $7,656.50 | $6,125.20 |
| 195 | CORONADO LAWN SERVICE OF FLORIDA | 182353801042630 | $3,000.00 | $2,400.00 |
| 196 | COSENTINO NORTH AMERICA INC | 182353801042361 | $13,503.82 | $10,803.06 |
| 197 | COUNTRY FRESH LLC | 182353801042634 | $387.27 | $309.82 |
| 198 | COUNTRYSIDE PROPERTY MAINTENANCE LL | 182353801042635 | $7,845.00 | $6,276.00 |
| 199 | CR BRANDS INC | 182353801042641 | $10,965.82 | $8,772.66 |
| 200 | CR WOODWORKS, INC | 182353801047260 | $899.55 | $719.64 |
| 201 | CRE8TIVE WEAR LLC | 182353801042751 | $13,467.55 | $10,774.04 |
| 202 | CRISTALIA ACQUISITION CORP | 182353801042761 | $8,580.65 | $6,864.52 |
| 203 | CROSSLINKS ENBTERPRISES INC | 182353801016216 | $2,003.47 | $1,602.78 |
| 204 | CROWLEY LINER SERVICES | 182353801016221 | $9,408.50 | $7,526.80 |
| 205 | CROWN METAL MANUFACTURING CO | 182353801042764 | $9,079.64 | $7,263.71 |
| 206 | CSC Corporate Domains Inc. | 182353801016226 | $5,910.00 | $4,728.00 |
| 207 | CULBERTSON DURST INTERIORS INC | 182353801047261 | $770.89 | $616.71 |
| 208 | CUSTOM CABINETS OF NY | 182353801047262 | $986.00 | $788.80 |
| 209 | CUSTOM LAWN CARE & LANDSCAPING | 182353801040112 | $8,287.18 | $6,629.74 |
| 210 | CYNERGY TRADING CORPORATION | 182353801040115 | $6,402.40 | $5,121.92 |
| 211 | CZAR INTERIORS | 182353801047263 | $113.60 | $90.88 |
| 212 | D & B INTERIORS | 182353801047264 | $1,098.94 | $879.15 |
| 213 | D.E.M.I. DESIGN | 182353801047265 | $141.20 | $112.96 |
| 214 | DAIRY VALLEY DISTRIBUTING INC | 182353801042862 | $666.12 | $532.90 |
| 215 | DAN HADLEY | 182353801047266 | $322.74 | $258.19 |
| 216 | DAN POST BOOT COMPANY | 182353801014260 | $5,245.50 | $4,196.40 |