UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| **In re** : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors** | |

------------------------------------------------------------- x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Koolatron Corporation's Objection to Debtors' Notice of Adjournment of Hearings on (I) Certain of the Debtors' Pending Objections to Proofs of Claim and (II) The Debtors' Motion to Allow Administrative Claims (Doc. No. 8279) shall be heard on **September 11, 2020 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/* Jayson M. Macyda
(admitted *pro hac vice* for Koolatron Corporation)
Kyko Global, Inc. and Affiliates
P.O. Box 87491
Canton, MI 48187
(248) 243-6685
generalcounsel@kykoglobal.com