# Exhibit A

| Defendant Name | Adversary Number |
|---|---|
| A&A (H.K.) Industrial Limited | 20-06366 |
| A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. | 20-06301 |
| Afranji Inc. | 20-06427 |
| Agglo Corporation Ltd. | 20-06428 |
| Alterra Tools, Ltd. | 20-06302 |
| American President Lines | 20-06429 |
| Aniket Metals Pvt Ltd. | 20-06430 |
| Animal Adventure, LLC | 20-06367 |
| Arshad Corporation (Pvt) Ltd. | 20-06426 |
| Asia Socks Inc. | 20-06368 |
| AT&T Inc. | 20-06304 |
| Auxo International Ltd. | 20-06369 |
| Avataar Home Fashion Private Limited | 20-06305 |
| Bari Textile Mills (PVT) Ltd. | 20-06370 |
| Basic Fun, Inc. | 20-06306 |
| Beijing Gongmei Company | 20-06431 |
| Beijing Industrial Development Co. Ltd. | 20-06371 |
| Beijing Upspirit Co., Ltd. | 20-06432 |
| Best Paramount International Ltd. | 20-06372 |
| Best-Lock (Asia) Ltd. | 20-06307 |
| Blancos Pileso, S.A. De C.V. | 20-06308 |
| Bounce Exchange Inc. | 20-06433 |
| Brown-Gonzales II LLC | 20-06434 |
| C & L Industrial Limited | 20-06309 |
| California Cartage Company LLC | 20-06435 |
| Calzado Lobo S. A. De C. V. | 20-06436 |
| Cardsan Exportadora De Calzado SA De Cv | 20-06373 |
| CellCorp Global Limited | 20-06437 |
| ChangShu Rayee Import & Export Co., LTD | 20-06374 |
| Christmas Creative Company Ltd. | 20-06438 |
| Citi-Talent Limited | 20-06310 |
| Cosmo Lighting Inc. | 20-06375 |
| Cosmos Distributing Company LTD | 20-06311 |
| Creative Bath Products, Inc. | 20-06312 |
| DACOR fdba Distinctive Appliances, Inc. | 20-06376 |
| Daks India Industries Pvt Ltd. | 20-06377 |
| Dan Dee International Ltd. | 20-06378 |
| Descartes Systems USA LLC | 20-06439 |

| | |
|---|---|
| Design International Group Inc. | 20-06467 |
| Dickie Toys (Hong Kong) Ltd. | 20-06313 |
| Disston Company | 20-06468 |
| Dolce Vita Footwear, Inc. | 20-06314 |
| Dongguan Haoyun Shoes Ltd. | 20-06379 |
| Dorel Asia Inc. | 20-06380 |
| Dorel Home Furnishings, Inc. fdba Ameriwood Industries Inc. | 20-06381 |
| Dorel Industries Inc. | 20-06315 |
| Dorel Juvenile Group, Inc. | 20-06382 |
| DPI Inc. | 20-06469 |
| Duke Realty LP | 20-06440 |
| East Asia Artic Flowers Fty. Co. Ltd. | 20-06441 |
| Eastern Prime Textile Limited | 20-06470 |
| ECS Global Inc. | 20-06442 |
| Epossibilities USA Limited | 20-06443 |
| Exmart International Pvt Ltd. | 20-06316 |
| Feedvisor Inc. | 20-06444 |
| Freedompay Inc. | 20-06445 |
| Fusion Accessories Group Limited | 20-06383 |
| Fuzhou Sunrise Import & Export Co., Ltd. | 20-06317 |
| Gaia Group, Inc. dba Gaia Group Restaurants | 20-06318 |
| Garden & Lights Company Limited | 20-06384 |
| Gardex | 20-06319 |
| General Lion Footwear (Int'l) Ltd. | 20-06385 |
| Global Express Inc. | 20-06446 |
| Grendene SA | 20-06320 |
| Greyland Trading Ltd. | 20-06321 |
| Hang Fung Garment Group Ltd. | 20-06471 |
| Hangzhou U-Jump Arts & Crafts Co. Ltd. | 20-06386 |
| Harvest Star International Ltd. | 20-06387 |
| Highjump Software Inc. | 20-06447 |
| Hong Kong City Toys Factory Limited | 20-06448 |
| Hong Kong GreatStar International Company Limited | 20-06388 |
| HongKong Best Source Group Ltd. | 20-06322 |
| House & Home Limited | 20-06323 |
| Hsm (Far East) Co Limited | 20-06472 |
| Hudson Group (HG) Retail, LLC dba Hudson News Company | 20-06324 |
| Impact Innovations, Inc. | 20-06325 |
| J & V International Limited | 20-06389 |

| | |
|---|---|
| J. Kinderman & Sons, Inc. dba Brite Star Manufaturing Co. | 20-06326 |
| JC Toys Asia Limited | 20-06473 |
| Jordache Limited | 20-06449 |
| Jupiter Workshops (HK) Ltd. | 20-06390 |
| KAI Ning Leather Products Co. Ltd. | 20-06391 |
| Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up | 20-06327 |
| KG Denim Limited | 20-06328 |
| Kiddieland Toys Limited | 20-06450 |
| KKU Incorporated | 20-06451 |
| Kurt S. Adler, Inc. | 20-06392 |
| LIC Limited | 20-06329 |
| Lotus Onda Industrial Co. Ltd. | 20-06393 |
| Magppie International Ltd. | 20-06452 |
| Mansheen Industries Ltd. | 20-06330 |
| Micronesian Brokers Inc. | 20-06331 |
| Multi-Link Apparel (Jiangyin) Corp. | 20-06394 |
| MZB World Time Ltd. | 20-06332 |
| N.L.M.S., Inc. | 20-06333 |
| Nanjing Sanic Trading Co., Ltd. | 20-06395 |
| Nano Star Ventures Limited | 20-06396 |
| Nantong Splendor International | 20-06453 |
| New Pioneer Industrial Limited | 20-06454 |
| Ningbo Jade International Co. Ltd. | 20-06397 |
| One To One Garment Mfg., Ltd. | 20-06398 |
| One World Technologies, Inc. | 20-06399 |
| Pacific Cycle Inc. fdba Protective Technologies International Sports LLC | 20-06400 |
| Paco China Garment Ltd. | 20-06334 |
| Pepsico, Inc. fdba Pepsi Cola Company | 20-06335 |
| Pepsi-Cola Bottling Company of Hickory, N.C., Inc. | 20-06336 |
| Pinecone Design Limited | 20-06455 |
| Potex Toys Manufacturer Ltd. | 20-06474 |
| Prepac Manufacturing Ltd. | 20-06475 |
| Prime Time Toys Ltd. | 20-06456 |
| Primo Water Operations Inc. fdba Primo Water Corporation | 20-06337 |
| PTI Group Inc. | 20-06457 |
| Quintana & Sons Trading LLC | 20-06476 |
| Radiant Exports | 20-06401 |
| Ray Padula Holdings, LLC | 20-06338 |
| Real Home Innovations, Inc. | 20-06339 |

| | |
|---|---|
| Reed & Pick Impex Pvt. Ltd. | 20-06402 |
| RNK Remodeling Inc. | 20-06458 |
| Rotary Corporation | 20-06459 |
| Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct | 20-06403 |
| S & L Delivery | 20-06460 |
| SAMD Limited | 20-06404 |
| SDC Designs LLC | 20-06461 |
| Seasonal Visions International Ltd. | 20-06340 |
| SG Corporation (South Korea) | 20-06405 |
| Shandong Lawrence Textile Co. Ltd. | 20-06406 |
| Shanghai East Best Foreign Trade Co. Ltd. | 20-06341 |
| Shanghai Giston Garment Company Co., Ltd. | 20-06407 |
| Shanghai Nex-T International Co. Ltd. | 20-06342 |
| Shanghai Tulip Home Manufacture Co., Ltd. dba Tulip Home Manufacture Co., Ltd. | 20-06343 |
| Shanghai Wei Zhong Yuan International Trade Co. Ltd. | 20-06408 |
| Shanghai Xiyuan Import & Export Co. Ltd. | 20-06409 |
| ShelterLogic Corp. fdba SLogic Acquisition Corp. | 20-06410 |
| Shi Yi Footwear Mfg. Factory | 20-06477 |
| Snowden Brothers LLC | 20-06411 |
| Solideo Corp. | 20-06462 |
| South Pacific Fashions Ltd. | 20-06478 |
| Sportspower Ltd. | 20-06344 |
| Springfield Marketing Group, LLC | 20-06345 |
| Stig Jiangsu Light & Textile Import & Export Co. Ltd. | 20-06346 |
| Suncraft Hardware Tools Corp. | 20-06463 |
| Sunny Jet Textiles Co., Ltd. | 20-06347 |
| Super Technology Limited | 20-06348 |
| Suzhou Hiwel Textile Co., Ltd. | 20-06412 |
| Suzhou Newlook Import and Export Co. Ltd. | 20-06413 |
| Swift Transportation Services, LLC | 20-06414 |
| T&K Moving Inc. | 20-06464 |
| Ta Hsing Electric Wire & Cable Company | 20-06349 |
| Tanya Creations, LLC | 20-06350 |
| Target Marketing LLC | 20-06415 |
| Tata International Limited | 20-06351 |
| Textiles International of Egypt Ltd. | 20-06416 |
| Thanh Cong Textile Garment Investment Trading JSC | 20-06417 |
| The Family Stone, LLC | 20-06352 |

| | |
|---|---|
| Three Stars Fashion | 20-06418 |
| Tianjin Kangli Kitchenware Manufacturer Co. Ltd., dba TJ Kangli Kitchenware Manufacturer Co. Ltd. | 20-06353 |
| Timely Rain Musical Instrument Company Limited | 20-06354 |
| TJ Tianxing Kesheng Lthr. Prod. Co. Ltd. | 20-06479 |
| Torin Inc. | 20-06355 |
| Trend Hive Partners (China) Ltd. | 20-06419 |
| Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group | 20-06356 |
| Trident Limited | 20-06420 |
| True Jade Company Limited | 20-06357 |
| TWPD Investments Inc. | 20-06465 |
| U.S. Vision, Inc. dba U.S. Vision Optical | 20-06358 |
| Van Dale Industries, Inc. | 20-06421 |
| Vasen International Limited | 20-06359 |
| Venus Colombiana SA | 20-06360 |
| Weihai Lianqiao International Cooperation Group | 20-06422 |
| West Indies Company | 20-06361 |
| Western Refining Southwest, Inc. | 20-06362 |
| Wing Hing Shoes Factory Ltd. | 20-06423 |
| Winning Resources Limited | 20-06480 |
| Wowwee Group Limited | 20-06363 |
| Wuhan Dawn Investments Co. Ltd. | 20-06424 |
| Xiamen Sunchoose Imp. and Exp. Co. Ltd. | 20-06481 |
| Xinyao International Trading (Hong Kong) Co., Ltd. | 20-06425 |
| Yangjiang Eka Industries Ltd. | 20-06466 |
| YAT Electrical Appliance Company dba Zhejiang YAT Electrical Appliance Co. Ltd. | 20-06364 |
| Yongkang Dacheng Ind & Trade Co. Ltd. | 20-06482 |
| Zhuhai Shichang Metals Ltd. | 20-06365 |

* 181 Adversary Proceedings