**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

*-and-*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home

1

# AFFIDAVIT OF SERVICE

I, Brigette G. McGrath, and Steven J. Reisman, hereby certify that on July 17, 2020 a copy of the *Fifth Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code* was caused to be served via first class mail to those parties listed on the attached service list.

Dated: July 17, 2020

ASK LLP

By: */s/ Brigette G. McGrath*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Brigette G. McGrath, Esq. NY SBN 4962379
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
E-Mail: eneiger@askllp.com

-and-

---

Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

KATTEN MUCHIN ROSENMAN LLP

By: */s/ Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for Debtors
and Debtors in Possession

# Exhibit A

| **Defendant Name** | **Adversary Number** |
|---|---|
| A&A (H.K.) Industrial Limited | 20-06366 |
| A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. | 20-06301 |
| Afranji Inc. | 20-06427 |
| Agglo Corporation Ltd. | 20-06428 |
| Alterra Tools, Ltd. | 20-06302 |
| American President Lines | 20-06429 |
| Aniket Metals Pvt Ltd. | 20-06430 |
| Animal Adventure, LLC | 20-06367 |
| Arshad Corporation (Pvt) Ltd. | 20-06426 |
| Asia Socks Inc. | 20-06368 |
| AT&T Inc. | 20-06304 |
| Auxo International Ltd. | 20-06369 |
| Avataar Home Fashion Private Limited | 20-06305 |
| Bari Textile Mills (PVT) Ltd. | 20-06370 |
| Basic Fun, Inc. | 20-06306 |
| Beijing Gongmei Company | 20-06431 |
| Beijing Industrial Development Co. Ltd. | 20-06371 |
| Beijing Upspirit Co., Ltd. | 20-06432 |
| Best Paramount International Ltd. | 20-06372 |
| Best-Lock (Asia) Ltd. | 20-06307 |
| Blancos Pileso, S.A. De C.V. | 20-06308 |
| Bounce Exchange Inc. | 20-06433 |
| Brown-Gonzales II LLC | 20-06434 |
| C & L Industrial Limited | 20-06309 |
| California Cartage Company LLC | 20-06435 |
| Calzado Lobo S. A. De C. V. | 20-06436 |
| Cardsan Exportadora De Calzado SA De Cv | 20-06373 |
| CellCorp Global Limited | 20-06437 |
| ChangShu Rayee Import & Export Co., LTD | 20-06374 |
| Christmas Creative Company Ltd. | 20-06438 |
| Citi-Talent Limited | 20-06310 |
| Cosmo Lighting Inc. | 20-06375 |
| Cosmos Distributing Company LTD | 20-06311 |
| Creative Bath Products, Inc. | 20-06312 |
| DACOR fdba Distinctive Appliances, Inc. | 20-06376 |
| Daks India Industries Pvt Ltd. | 20-06377 |
| Dan Dee International Ltd. | 20-06378 |
| Descartes Systems USA LLC | 20-06439 |

| | |
|---|---|
| Design International Group Inc. | 20-06467 |
| Dickie Toys (Hong Kong) Ltd. | 20-06313 |
| Disston Company | 20-06468 |
| Dolce Vita Footwear, Inc. | 20-06314 |
| Dongguan Haoyun Shoes Ltd. | 20-06379 |
| Dorel Asia Inc. | 20-06380 |
| Dorel Home Furnishings, Inc. fdba Ameriwood Industries Inc. | 20-06381 |
| Dorel Industries Inc. | 20-06315 |
| Dorel Juvenile Group, Inc. | 20-06382 |
| DPI Inc. | 20-06469 |
| Duke Realty LP | 20-06440 |
| East Asia Artic Flowers Fty. Co. Ltd. | 20-06441 |
| Eastern Prime Textile Limited | 20-06470 |
| ECS Global Inc. | 20-06442 |
| Epossibilities USA Limited | 20-06443 |
| Exmart International Pvt Ltd. | 20-06316 |
| Feedvisor Inc. | 20-06444 |
| Freedompay Inc. | 20-06445 |
| Fusion Accessories Group Limited | 20-06383 |
| Fuzhou Sunrise Import & Export Co., Ltd. | 20-06317 |
| Gaia Group, Inc. dba Gaia Group Restaurants | 20-06318 |
| Garden & Lights Company Limited | 20-06384 |
| Gardex | 20-06319 |
| General Lion Footwear (Int'l) Ltd. | 20-06385 |
| Global Express Inc. | 20-06446 |
| Grendene SA | 20-06320 |
| Greyland Trading Ltd. | 20-06321 |
| Hang Fung Garment Group Ltd. | 20-06471 |
| Hangzhou U-Jump Arts & Crafts Co. Ltd. | 20-06386 |
| Harvest Star International Ltd. | 20-06387 |
| Highjump Software Inc. | 20-06447 |
| Hong Kong City Toys Factory Limited | 20-06448 |
| Hong Kong GreatStar International Company Limited | 20-06388 |
| HongKong Best Source Group Ltd. | 20-06322 |
| House & Home Limited | 20-06323 |
| Hsm (Far East) Co Limited | 20-06472 |
| Hudson Group (HG) Retail, LLC dba Hudson News Company | 20-06324 |
| Impact Innovations, Inc. | 20-06325 |
| J & V International Limited | 20-06389 |

| | |
|---|---|
| J. Kinderman & Sons, Inc. dba Brite Star Manufaturing Co. | 20-06326 |
| JC Toys Asia Limited | 20-06473 |
| Jordache Limited | 20-06449 |
| Jupiter Workshops (HK) Ltd. | 20-06390 |
| KAI Ning Leather Products Co. Ltd. | 20-06391 |
| Keurig Dr Pepper Inc. dba 7 Up Company aka 7 Up | 20-06327 |
| KG Denim Limited | 20-06328 |
| Kiddieland Toys Limited | 20-06450 |
| KKU Incorporated | 20-06451 |
| Kurt S. Adler, Inc. | 20-06392 |
| LIC Limited | 20-06329 |
| Lotus Onda Industrial Co. Ltd. | 20-06393 |
| Magppie International Ltd. | 20-06452 |
| Mansheen Industries Ltd. | 20-06330 |
| Micronesian Brokers Inc. | 20-06331 |
| Multi-Link Apparel (Jiangyin) Corp. | 20-06394 |
| MZB World Time Ltd. | 20-06332 |
| N.L.M.S., Inc. | 20-06333 |
| Nanjing Sanic Trading Co., Ltd. | 20-06395 |
| Nano Star Ventures Limited | 20-06396 |
| Nantong Splendor International | 20-06453 |
| New Pioneer Industrial Limited | 20-06454 |
| Ningbo Jade International Co. Ltd. | 20-06397 |
| One To One Garment Mfg., Ltd. | 20-06398 |
| One World Technologies, Inc. | 20-06399 |
| Pacific Cycle Inc. fdba Protective Technologies International Sports LLC | 20-06400 |
| Paco China Garment Ltd. | 20-06334 |
| Pepsico, Inc. fdba Pepsi Cola Company | 20-06335 |
| Pepsi-Cola Bottling Company of Hickory, N.C., Inc. | 20-06336 |
| Pinecone Design Limited | 20-06455 |
| Potex Toys Manufacturer Ltd. | 20-06474 |
| Prepac Manufacturing Ltd. | 20-06475 |
| Prime Time Toys Ltd. | 20-06456 |
| Primo Water Operations Inc. fdba Primo Water Corporation | 20-06337 |
| PTI Group Inc. | 20-06457 |
| Quintana & Sons Trading LLC | 20-06476 |
| Radiant Exports | 20-06401 |
| Ray Padula Holdings, LLC | 20-06338 |
| Real Home Innovations, Inc. | 20-06339 |

| | |
|---|---|
| Reed & Pick Impex Pvt. Ltd. | 20-06402 |
| RNK Remodeling Inc. | 20-06458 |
| Rotary Corporation | 20-06459 |
| Royal Appliance Mfg. Co. dba TTI Floor Care North America fdba Floorcare Direct | 20-06403 |
| S & L Delivery | 20-06460 |
| SAMD Limited | 20-06404 |
| SDC Designs LLC | 20-06461 |
| Seasonal Visions International Ltd. | 20-06340 |
| SG Corporation (South Korea) | 20-06405 |
| Shandong Lawrence Textile Co. Ltd. | 20-06406 |
| Shanghai East Best Foreign Trade Co. Ltd. | 20-06341 |
| Shanghai Giston Garment Company Co., Ltd. | 20-06407 |
| Shanghai Nex-T International Co. Ltd. | 20-06342 |
| Shanghai Tulip Home Manufacture Co., Ltd. dba Tulip Home Manufacture Co., Ltd. | 20-06343 |
| Shanghai Wei Zhong Yuan International Trade Co. Ltd. | 20-06408 |
| Shanghai Xiyuan Import & Export Co. Ltd. | 20-06409 |
| ShelterLogic Corp. fdba SLogic Acquisition Corp. | 20-06410 |
| Shi Yi Footwear Mfg. Factory | 20-06477 |
| Snowden Brothers LLC | 20-06411 |
| Solideo Corp. | 20-06462 |
| South Pacific Fashions Ltd. | 20-06478 |
| Sportspower Ltd. | 20-06344 |
| Springfield Marketing Group, LLC | 20-06345 |
| Stig Jiangsu Light & Textile Import & Export Co. Ltd. | 20-06346 |
| Suncraft Hardware Tools Corp. | 20-06463 |
| Sunny Jet Textiles Co., Ltd. | 20-06347 |
| Super Technology Limited | 20-06348 |
| Suzhou Hiwel Textile Co., Ltd. | 20-06412 |
| Suzhou Newlook Import and Export Co. Ltd. | 20-06413 |
| Swift Transportation Services, LLC | 20-06414 |
| T&K Moving Inc. | 20-06464 |
| Ta Hsing Electric Wire & Cable Company | 20-06349 |
| Tanya Creations, LLC | 20-06350 |
| Target Marketing LLC | 20-06415 |
| Tata International Limited | 20-06351 |
| Textiles International of Egypt Ltd. | 20-06416 |
| Thanh Cong Textile Garment Investment Trading JSC | 20-06417 |
| The Family Stone, LLC | 20-06352 |

| | |
|---|---|
| Three Stars Fashion | 20-06418 |
| Tianjin Kangli Kitchenware Manufacturer Co. Ltd., dba TJ Kangli Kitchenware Manufacturer Co. Ltd. | 20-06353 |
| Timely Rain Musical Instrument Company Limited | 20-06354 |
| TJ Tianxing Kesheng Lthr. Prod. Co. Ltd. | 20-06479 |
| Torin Inc. | 20-06355 |
| Trend Hive Partners (China) Ltd. | 20-06419 |
| Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group | 20-06356 |
| Trident Limited | 20-06420 |
| True Jade Company Limited | 20-06357 |
| TWPD Investments Inc. | 20-06465 |
| U.S. Vision, Inc. dba U.S. Vision Optical | 20-06358 |
| Van Dale Industries, Inc. | 20-06421 |
| Vasen International Limited | 20-06359 |
| Venus Colombiana SA | 20-06360 |
| Weihai Lianqiao International Cooperation Group | 20-06422 |
| West Indies Company | 20-06361 |
| Western Refining Southwest, Inc. | 20-06362 |
| Wing Hing Shoes Factory Ltd. | 20-06423 |
| Winning Resources Limited | 20-06480 |
| Wowwee Group Limited | 20-06363 |
| Wuhan Dawn Investments Co. Ltd. | 20-06424 |
| Xiamen Sunchoose Imp. and Exp. Co. Ltd. | 20-06481 |
| Xinyao International Trading (Hong Kong) Co., Ltd. | 20-06425 |
| Yangjiang Eka Industries Ltd. | 20-06466 |
| YAT Electrical Appliance Company dba Zhejiang YAT Electrical Appliance Co. Ltd. | 20-06364 |
| Yongkang Dacheng Ind & Trade Co. Ltd. | 20-06482 |
| Zhuhai Shichang Metals Ltd. | 20-06365 |

\* 181 Adversary Proceedings

| Business Name | Attention Name | Address Line 1 | Address Line 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Hudson Group (HG) Retail, LLC dba Hudson News Company | Roger Fordyce, CEO | One Meadowlands Plaza, Suite 900 | | Rutherford | New Jersey | 7073 | United Stat |
| The Family Stone, LLC | Brian Stone, Officer | 3122 Mula Court | | Stafford | Texas | 77477-332 | United Stat |
| Leech Tishman Fuscaldo & Lampl, LLC | Patrick W. Carothers, Esq. | 525 William Penn Place, 28th Floor | | Pittsburgh | Pennsylvar | 15219 | United Stat |
| Cosmos Distributing Company LTD | Jerry Tan, President | P.O. Box 3517 | | Hagatna, Guam | | 96932 | |
| Fuksa Khorshid LLC | Lucas Fuksa, Esq. | 70 West Erie Street, Second Floor | | Chicago | Illinois | 60654 | United Stat |
| U.S. Vision, Inc. dba U.S. Vision Optical | Adam Levy, President | 1 Harmon Drive | | Blackwood | New Jersey | 08012-510 | United Stat |
| West Indies Company | John E. Anderson, Officer | 3003 Contant | | St. Thomas, VI | | 802 | United Stat |
| Western Refining Southwest, Inc. | Jeff A. Stevens, CEO | 123 West Mills Avenue | Suite 200 | El Paso | Texas | 79901 | United Stat |
| Schiff Hardin LLP | Kayvan B. Sadeghi, Esq. | 666 Fifth Avenue | Suite 1700 | New York | New York | 10103 | United Stat |
| Basic Fun, Inc. | Jay Foreman, Officer | 301 Yamato Road | Suite 2112 | Boca Raton | Florida | 33431 | |
| Sportspower Ltd. | Officer, Managing or General Agent | 20/F, Parkview Centre | 7 Lau Li Street | Causeway Bay | | | Hong Kong |
| Paco China Garment Ltd. | Officer, Managing or General Agent | Room 103, Building 9 | No. 18 Zhu Yuan Road, Hi-Tech Zone | Qingdao City, Shandong | | 266100 | China |
| Dunn Sheehan LLP | William D. Dunn, Esq. | 3400 Carlisle Street | Suite 200 | Dallas | Texas | 75204 | United Stat |
| Sarachek Law Firm | Jonathan H. Miller, Esq. | 101 Park Avenue, 27th Floor | | New York | New York | 10178 | United Stat |
| J. Kinderman & Sons, Inc. dba Brite Star Manufaturing Co. | Judith KInderman, President | 2900 South 20th Street | | Philadelphia | Pennsylvar | 19145-4712 | |
| Alterra Tools, Ltd. | Officer, Managing or General Agent | Room 05, 18/F, Telford House | 16 Wang Hoi Road | Kowloon Bay | | | Hong Kong |
| Venus Colombiana SA | Officer, Managing or General Agent | Carrera 35 #13-55 | Acopi | Yumbo, Valle Del Cauca | | | Colombia |
| Avataar Home Fashion Private Limited | Officer, Managing or General Agent | Plot #B2 , Karur Textile Park | Thalappatti Village, Madurai Bye Pass Road | Karur, Tamil Nadu | | 639003 | India |
| Shanghai Nex-T International Co. Ltd. | Officer, Managing or General Agent | 7F, Shenggao Building, 137 Xianxia Road | Changning District | Shanghai | | 200051 | China |
| C & L Industrial Limited | Officer, Managing or General Agent | Rm.1-3, 25/F Million Fortune Industrial Centre | 34-36 Chai Wan Kok Street | Tsuen Wan, New Territories | | | Hong Kong |
| Gardex | Officer, Managing or General Agent | C-7 Focal Point | | Jalandhar, Punjab | | 144004 | India |
| Stig Jiangsu Light & Textile Import & Export Co. Ltd. | Officer, Managing or General Agent | 21 Ruanjian Avenue | | Nanjing | | 210012 | China |
| MZB World Time Ltd. | Officer, Managing or General Agent | 11/F & 12/F Tal Building | 49 Austin Road | Kowloon | | | Hong Kong |
| Shanghai East Best Foreign Trade Co. Ltd. | Officer, Managing or General Agent | 10-14F, No. 268 Zhaojibang Road | Xuhui District | Shanghau | | 200031 | China |
| Tri-Coastal Design Services, LLC dba Tri-Coastal Design Group | Michael Mastrangelo, CEO | 40 Harry Shupe Boulevard | | Wharton | New Jersey | 7936 | |
| Seasonal Visions International Ltd. | | Room 10, 6/F, Kwai Cheong Centre | 50 Kwai Cheong Road, New Territories | Kwai Chung | | | Hong Kong |
| Tata International Limited | GK Pillai, Officer | Lodha Excelus, 24th Floor, New Cuffe Parade | Sewri-Chembur Road | Mumbai | | 400037 | India |
| KG Denim Limited | Officer, Managing or General Agent | Then Thirumalai, Mettupalayam | | Coimbatore, Tamil Nadu | | 641302 | India |
| Law Offices of Joel A. Schechter | Joel A. Schechter, Esq. | 53 West Jackson Boulevard | Suite 1522 | Chicago | Illinois | 60604 | United Stat |
| Super Technology Limited | Officer, Managing or General Agent | Suites #1203-04, 12/F, Chinachem Golden Plaza | 77 Mody Road | Tsim Sha Tsui East, Kowloon | | | Hong Kong |
| LIC Limited | Officer, Managing or General Agent | Unit 3106, Tower 1, Enterpise Square | Five, No. 38, Wang Chiu Road | Kowloon | | | Hong Kong |
| Fuzhou Sunrise Import & Export Co., Ltd. | Officer, Managing or General Agent | Room 2203, Building A, R&F Center | Shangpu Road, Taijang District | Fuzhou, Fuijiang | | 350000 | China |
| Montgomery McCracken Walker & Rhoads LLP | Edward L. Schnitzer, Esq. | 437 Madison Avenue | | New York | New York | 10022 | United Stat |
| Torin Inc. | Jun Ji, RegAgt/President | 4355 E. Brickell Street | | Ontario | California | 91761 | |
| House & Home Limited | Officer, Managing or Genera Agent | Room 908, Tower A, Hung Hom Community Centre | 39 Ma Tau Wai Road | Kowloon | | | Hong Kong |
| Moore & Van Allen PLLC | Hillary Crabtree, Esq. | 100 North Tryon Street, Floor 4700 | | Charlotte | North Caro | 28202 | United Stat |
| Essex Richards, P.A. | John C. Woodman, Esq. | 1701 South Boulevard | | Charlotte | North Caro | 28203 | United Stat |
| Tianjin Kangli Kitchenware Manufacturer Co. Ltd., dba TJ Kangli Kitc | Officer, Managing or General Agent | Qingsha Road | Xiqing District | Tianjin | | 300380 | China |
| Zhuhai Shichang Metals Ltd. | Officer, Managing or General Agent | No. 2 Chuangye Middle Road, Shuanglinpian Zone | Liangang Industrial Area | Jinwang District Zhuhai, Guangdong | | 519045 | China |
| Greyland Trading Ltd. | Officer, Managing or General Agent | Rooms 705A-707, West Wing. Tsimshatsui Centre | 66 Moody Road, Tsim Sha Tsui | Kowloon | | | Hong Kong |
| Vasen International Limited | Officer, Managing or General Agent | FT 909-911, Kwong Sang Hong Centre | 151-153 Hoi Bun Road, Kwun Tong | Kowloon | | | Hong Kong |
| Creative Bath Products, Inc. | Helene Bartsch, CEO | 250 Creative Drive | | Central Islip | New York | 11722 | |
| Exmart International Pvt Ltd. | Officer, Managing or General Agent | 268, Sant Nagar East of Kailash | | New Delhi | | 110065 | India |
| Taylor English Duma LLP | John Mills, Esq. | 1600 Parkwood Circle, Suite 200 | | Atlanta | Georgia | 30339 | United Stat |
| Best-Lock (Asia) Ltd. | Officer, Managing or General Agent | Unit 1002, Unicorn Trade Centre | 127-131 Des Voeux Road | Central | | | Hong Kong |
| HongKong Best Source Group Ltd. | Officer, Managing or General Agent | Wing Tuck Commercial Centre | 177-183 Wing Lok Street | Sheung Wan | | | Hong Kong |
| Timely Rain Musical Instrument Company Limited | Officer, Managing or General Agent | Unit 216 2/F Mirror Tower | 61 Mody Road | TST East, Kowloon | | | Hong Kong |
| | Adrian Chiang, Esq. | FOREIGN - NO ADDRESS GIVEN | | | | | United Stat |
| True Jade Company Limited | Officer, Managing or General Agent | Flat B. 18/F, Success Industrial Building | 17 Sheung Hei Street | San Po Kong, Kowloon | | | Hong Kong |
| Springfield Marketing Group, LLC | Officer, Managing or General Agent | 2416 Balsam Drive | | Springfield | Ohio | 45503 | |
| Sunny Jet Textiles Co., Ltd. | Officer, Managing or General Agent | No. 9 Longquan Road | Guangling Industry zone | Yangzhou, Jiangsu | | 225004 | China |
| Wowwee Group Limited | Officer, Managing or General Agent | Energy Plaza. 3F | 92 Granville Road | T.S.T. East | | | Hong Kong |

| Name | Agent | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Blancos Pileso, S.A. De C.V. | Officer, Managing or General Agent | Blvd. Hidalgo No. 7038 Col. | The Castles, 1st Section Leon GTO | Leon, Guanajuato | | 37209 | Mexico |
| Ta Hsing Electric Wire & Cable Company | Officer, Managing or General Agent | 209, Fu Hsing S. Road, Sec. 1 | | Taipei | | 10666 | Taiwan, Pr |
| Law Offices of Steve Qi & Associates | Thomas Z. Zhou, Esq. | 388 East Valley Boulevard | Suite 200 | Alhambra | California | 91801 | United Stat |
| Ray Padula Holdings, LLC | Ray Padula, CEO | 135 Pinelawn Road | Suite 230-S | Melville | New York | 11747 | |
| Pepsi-Cola Bottling Company of Hickory, N.C., Inc. | James Lee Teeter, RegAgt/President | 2401 14th Avenue Circle NW | | Hickory | North Caro | 28601 | United Stat |
| Primo Water Operations Inc. fdba Primo Water Corporation | Matt Sheehan, CEO | 101 North Cherry Street | Suite 501 | Winston Salem | North Caro | 27101 | |
| Ruskin Moscou Faltischek P.C. | Michael Amato, Esq. | 1425 RXR Plaza | East Tower, 15th Floor | Uniondale | New York | 11556 | United Stat |
| Hangzhou U-Jump Arts & Crafts Co. Ltd. | Officer, Managing or General Agent | Chongxian Village | Chongxian Town | Hangzhou | | 311108 | China |
| Multi-Link Apparel (Jiangyin) Corp. | Officer, Managing or General Agent | No. 8 Huagang West Road | Shizhuang Town | Jiangyin, Jiangsu | | 214446 | China |
| Cardsan Exportadora De Calzado SA De Cv | Officer, Managing or General Agent | Tarragona #505 Col. Vista Hermosa | | Leon, Guanajuato | | 37330 | Mexico |
| SG Corporation (South Korea) | Officer, Managing or General Agent | 35, Digital-ro 10-gil Geumcheon-gu | | Seoul | | 153801 | Korea, Rep |
| Snowden Brothers LLC | William Snowden, RegAgt/Officer | 1100 Bellevue Way NE | Suite 8A, #553 | Bellevue | Washingto | 98004-428 | United Stat |
| Thanh Cong Textile Garment Investment Trading JSC | Soung Gyu Kim, Officer | 36 Tay Thanh Street, Tay Thanh Ward | Tan Phu District | Ho Chi Minh City | | 708500 | Viet Nam |
| Nanjing Sanic Trading Co., Ltd. | Officer, Managing or General Agent | Room 609, Bangning Tec Plaza | 2 Yuhua Avenue | Nanjing, Jiangsu | | 210012 | China |
| Dan Dee International Ltd. | Officer, Managing or General Agent | Units 401-5 & 408-421, 4/F New Mandrin Plaza Tower B | 14 Science Museum Road | Kowloon | | | Hong Kong |
| Daks India Industries Pvt Ltd. | Officer, Managing or General Agent | F-33/5 Okhla phase - II | | New Delhi | | 110020 | India |
| Three Stars Fashion | Officer, Managing or General Agent | Road #7, Public Free Zon - Amriya | | Alexandria | | 23511 | Egypt |
| Winthrop Golubow Hollander, LLP | Peter W. Lianides, Esq. | 1301 Dove Street | Suite 500 | Newport Beach | California | 92660 | United Stat |
| Xinyao International Trading (Hong Kong) Co., Ltd. | Officer, Managing or General Agent | No. 2307, Block A East Times Plaza | HuaQiang Road | FuTian District, Shenzhen | | 518028 | Hong Kong |
| Ningbo Jade International Co. Ltd. | Officer, Managing or General Agent | 1211 Taoyuanli Xingan | Beilun District | Ningbo | | 315800 | China |
| Bari Textile Mills (PVT) Ltd. | Officer, Managing or General Agent | 29/A, Block 2 | Pechs Shahrah-E-Quaideen | Karachi, Sindh | | 75400 | Pakistan |
| Penachio Malara LLP | Anne Penachio, Esq. | 245 Main Street | Suite 450 | White Plains | New York | 10601 | United Stat |
| Harvest Star International Ltd. | Officer, Managing or General Agent | 33/F, Great Eagle Centre | 23 Harbour Road | Wan Chai | | | Hong Kong |
| Reed & Pick Impex Pvt. Ltd. | Officer, Managing or General Agent | Opposite I.T.I. Grand Trunk Road | | Panipat | | 132103 | India |
| Shanghai Xiyuan Import & Export Co. Ltd. | Officer, Managing or General Agent | Floor 9, No. 111 Baixiang Road | | Yangzhou, Jiangsu | | 225000 | China |
| Sarachek Law Firm | Jonathan H. Miller, Esq. | 101 Park Avenue, 27th Floor | | New York | New York | 10178 | United Stat |
| Suzhou Hiwel Textile Co., Ltd. | Officer, Managing or General Agent | Building 6, Jinting Industrial Park | Jinting Town, Wuzhong District | Suzhou, Jiangsu | | 215111 | China |
| Jupiter Workshops (HK) Ltd. | Officer, Managing or General Agent | 4th Floor, Tower 2 Silvercord | 30 Canton Road | Kowloon | | | Hong Kong |
| Fusion Accessories Group Limited | Officer, Managing or General Agent | 25F, Grandion Plaza | 932 Cheung Sha Wan Road | Kowloon | | | Hong Kong |
| One To One Garment Mfg., Ltd. | Officer, Managing or General Agent | No. 118-2, Chung Shan Road, Sec. 3 | Zhonghe District | New Taipai City | | 23544 | Taiwan, Pr |
| General Lion Footwear (Int'l) Ltd. | Officer, Managing or General Agent | 3/F Ardour Centre | 680 Castle Peak Road, Lai Chi Kok | Kowloon | | | Hong Kong |
| Best Paramount International Ltd. | Officer, Managing or General Agent | 12F, No. 309, Sung Change Road | | Taipei, Taipei City | | | Taiwan, Pr |
| Wuhan Dawn Investments Co. Ltd. | Officer, Managing or General Agent | F14, Building B2, No. 9 Hongtu Road | Modern Enterprise City, Dongxihu District | Wuhan, Hubei | | 430000 | China |
| Howell & Co. | Raymond Yu, Esq. | 1202A, 12/F., Wing On House | 71 Des Voeux Road | Central, Hong Kong | | | |
| Textiles International of Egypt Ltd. | Officer, Managing or General Agent | Public Duty Free Zone | | Nasr City, Cairo | | 11816 | Egypt |
| Kurt S. Adler, Inc. | Clifford Adler, CEO | 122 East 42nd Street | 2nd Floor | New York | New York | 10001 | |
| Trend Hive Partners (China) Ltd. | Officer, Managing or General Agent | 5/F, Quewei Mansion B Building | Fu Yu Road No.5, Fumin Industry District | Shenzhen / Pinghu, Guangdong | | 518111 | China |
| Nano Star Ventures Limited | Officer, Managing or General Agent | 5th Siuke Buinsess Center | Shan Mei Road, How Jie Town | Dong Guan City, Guangdong | | 523000 | China |
| Norton Rose Fullbright US LLP | Andrew Rosenblatt, Esq. | 1301 Avenue of the Americas | | New York | New York | 10019-602 | United Stat |
| Asia Socks Inc. | Officer, Managing or General Agent | 2386 Hu Qing Ping Road | | Shanghai | | 201702 | China |
| Radiant Exports | Vivek Sehgal, Officer | A 70 Sector 64 | | Noida | | 201301 | India |
| Shanghai Giston Garment Company Co., Ltd. | Officer, Managing or General Agent | Room 50B1, Haitang Building No. 49 | Lane No. 229 West Jiangchang Road | Shanghai | | 200436 | China |
| Suzhou Newlook Import and Export Co. Ltd. | Officer, Managing or General Agent | Room 1207, Yiyuan Century Plaza | 19 North Haiyu Road | Changshu, Jiangsu | | 215500 | China |
| Wing Hing Shoes Factory Ltd. | Officer, Managing or General Agent | Flat 2, 16 Floor, Canny Industrial Building | 33 Tai Yau Street | San Po Kong, Kowloon | | | Hong Kong |
| Sarachek Law Firm | Jonathan H. Miller, Esq. | 101 Park Avenue, 27th Floor | | New York | New York | 10178 | United Stat |
| Garden & Lights Company Limited | Officer, Managing or General Agent | Unit 201C, 2/F, Wah Shing Center | 11 Shing Yip Street, Kwon Tong | Kowloon | | | Hong Kong |
| ChangShu Rayee Import & Export Co., LTD | Officer, Managing or General Agent | Tangqiao Village, Meili Town | | Changshu, Jiangsu | | 215511 | China |
| Target Marketing LLC | Lisa A. Ignoffo, Officer | 1754 Half Day Road | | Highland Park | Illinois | 60035 | United Stat |
| Cosmo Lighting Inc. | Johnny Huang, RegAgt/Officer | 385 South Lemon Avenue | #E277 | Walnut | California | 91789 | |
| Shanghai Wei Zhong Yuan International Trade Co. Ltd. | Officer, Managing or General Agent | Room 69, 9th FloorT | No. 461, Middle Huaihai Road | Shanghai, Shanghai | | 200020 | China |
| Dongguan Haoyun Shoes Ltd. | Officer, Managing or General Agent | Limei Industrial Road | Banhu Village Huang Jiang Town | Dongguan, Guangdong | | | China |
| SAMD Limited | Officer, Managing or General Agent | Room 1302, Xin Chuangjul Building | No. 123 Tiyuxi Road | Guangzhou, Guangdong | | 510623 | China |

| Name | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Squire Patton Boggs (US) LLP | Maura P. McIntyre, Esq. | 4900 Key Tower | 127 Public Square | Cleveland | Ohio | 44114 | United States |
| Shandong Lawrence Textile Co. Ltd. | Officer, Managing or General Agent | No. 6 Xichanag Road, ZAOZHUANG | Economic Development Zone | Zaozhuang, Shandong | | 277100 | China |
| Weihai Lianqiao International Cooperation Group | Officer, Managing or General Agent | No. 269, West Wenhua Road | Hi-Tech Development Zone | Weihai | | 264209 | China |
| J & V International Limited | Officer, Managing or General Agent | 4F, Gee Fat Factory Building | 78-80 Fuk Tsun Street | Tai Kok Tsui, Kowloon | | | Hong Kong |
| Dorel Home Furnishings, Inc. fdba Ameriwood Industries Inc. | Jim Kimminau, RegAgt/Officer | 410 E. First Street South | | Wright City | Missouri | 63390 | |
| Fredrikson & Byron, P.A. | Ryan Murphy, Esq. | 200 South Sixth Street, Suite 4000 | | Minneapolis | Minnesota | 55402 | United States |
| Parker Poe Adams & Bernstein LLP | Chip Ford, Esq. | 401 South Tryon Street | Suite 300 | Charlotte | North Carolina | 28202 | United States |
| A.D. Sutton & Sons, Inc. fdba Pacesetter Imports, Inc. | Steven Sutton, CEO | 10 West 33rd Street | Suite 1100 | New York | New York | 10001 | |
| Pepsico, Inc. fdba Pepsi Cola Company | Indra Nooyi, CEO | 700 Anderson Hill Road | | Purchase | New York | 10577 | United States |
| Real Home Innovations, Inc. | Leandro M. Molina, President | 4730 S. Apache Road | Suite 300 | Las Vegas | Nevada | 89147 | |
| Law Offices of Richard W. Ward | Richard W. Ward, Esq. | 6860 North Dallas Parkway, Suite 200 | | Plano | Texas | 75024 | United States |
| AT&T Inc. | Randall L. Stephenson, President | 208 S. Akard Street | | Dallas | Texas | 75202 | United States |
| Pacific Cycle Inc. fdba Protective Technologies International Sports | Alice Tillett, President | 4902 Hammersley Road | | Madison | Wisconsin | 53711 | United States |
| Akerman LLP | Michael I. Goldberg, Esq. | 350 East Las Olas Boulevard, Suite 1600 | | Fort Lauderdale | Florida | 33301 | United States |
| Quarles & Brady LLP | L. Katie Mason, Esq. | 411 East Wisconsin Avenue | Suite 2400 | Milwaukee | Wisconsin | 53202-442 | United States |
| Swift Transportation Services, LLC | Kevin Knight, CEO | 2200 S. 75th Avenue | | Phoenix | Arizona | 85043 | United States |
| ShelterLogic Corp. fdba SLogic Acquisition Corp. | Robert J. Silinski, President | 150 Callender Road | | Watertown | Connecticut | 6795 | United States |
| Dorel Juvenile Group, Inc. | Paul J. Powers, Jr., President | 2525 State Street | | Columbus | Indiana | 47201 | |
| Lazarus & Lazarus, P.C. | Harlan M. Lazarus, Esq. | 240 Madison Avenue | 8th Floor | New York | New York | 10016 | United States |
| Schiff Hardin LLP | Kayvan B. Sadeghi, Esq. | 666 Fifth Avenue | Suite 1700 | New York | New York | 10103 | United States |
| Arshad Corporation (Pvt) Ltd. | Officer, Managing or General Agent | 16th Floor, Tricon Corporate Center | Block H Gulberg 2 | Lahore | | 54660 | Pakistan |

| Defendant Name | Address_Line_1 | Address_Line_2 | Address_Line_3 | City | State | Zip | Country | Attn: |
|---|---|---|---|---|---|---|---|---|
| Afranji Inc. | 6334 27th Street | | | Sacramento | CA | 95822 | United States | Attn: Officer, Managing or General Agent |
| Afranji Inc. | 9048 Elk Grove Blvd | | | Elk Grove | CA | 95624 | United States | Attn: Registered or Authorized Agent |
| Agglo Corporation Ltd. | 3/F., Hoddy Comm. Bldg., | 6-6A Hart Ave., Kln., | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Agglo Corporation Ltd. | Hody Commerical Bldg, 3rd Floor | 6-6A Hart Avenue, Tsim Sha Tsui | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| American President Lines | 2050 Center Point Way | Suite 100 | | Joliet | IL | 60436 | United States | Attn: Officer, Managing or General Agent |
| American President Lines | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | United States | Attn: Registered or Authorized Agent |
| American President Lines | C/O Illinois Corporation Service C | 801 Adlai Stevenson Drive | | Springfield | IL | 62703 | United States | Attn: Registered or Authorized Agent |
| American President Lines | PO Box 70218 | | | Chicago | IL | 60673 | United States | Attn: Officer, Managing or General Agent |
| Aniket Metals Pvt Ltd. | 305 Ready Money Terrace | Dr.A.B. Road, Worli | | Mumbai | Maharashtra | 400018 | India | Attn: Officer, Managing or General Agent |
| Aniket Metals Pvt Ltd. | 305 Ready Money Terrace, | 167 Dr A.B Road | Worli | Mumbai | Maharashtra | 400018 | India | Attn: Officer, Managing or General Agent |
| Beijing Gongmei Company | 5G Zijingge No .318 North Chongqing Road | Huanpu District | | Shanghai | | 200003 | China | Attn: Officer, Managing or General Agent |
| Beijing Gongmei Company | Rm A08, 3F, Blk 2,Camel Paint Bldg | No 62 Hoi Yuen Road, Kwun Tong | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Beijing Upspirit Co., Ltd. | PO Box 59838 | | | Schaumburg | IL | 60159 | United States | Attn: Officer, Managing or General Agent |
| Bounce Exchange Inc. | 1209 Orange St | | | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Bounce Exchange Inc. | 79 Madison Ave. | Floor 12 | | New York | NY | 10017 | United States | Attn: Officer, Managing or General Agent |
| Brown-Gonzales II LLC | 11616 Southfork Avenue | Suite 302 | | Baton Rouge | LA | 70816 | United States | Attn: Officer, Managing or General Agent |
| Brown-Gonzales II LLC | 635 Court Street | Suite 120 | | Clearwater | FL | 33756 | United States | Attn: Officer, Managing or General Agent |
| California Cartage Company LLC | PO Box 92829 | | | Long Beach | CA | 90809 | United States | Attn: Officer, Managing or General Agent |
| Calzado Lobo S. A. De C. V. | Rio Santaigo #245 | Col San Miguel Cp., Leon GT | | | Mexico | | Mexico | Attn: Officer, Managing or General Agent |
| CellCorp Global Limited | 2F, No.189 Dongrenxier Road | | | Xiamen | Fujian | 361022 | China | Attn: Officer, Managing or General Agent |
| Christmas Creative Company Ltd. | Flat A, 5/F., Mou Hing Ind Bldg | 205 Wai Yip Street, Kwun Tong | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Descartes Systems USA LLC | 2030 Powers Ferry Road, Suite 350 | | | Atlanta | GA | 30339 | United States | Attn: Officer, Managing or General Agent |
| Descartes Systems USA LLC | C/O CT Corporation System | 288 S Culver St | | Lawrenceville | GA | 30046 | United States | Attn: Registered or Authorized Agent |
| Descartes Systems USA LLC | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Design International Group Inc. | 1760 Yeager Ave. | | | La Verne | CA | 91750 | United States | Attn: Officer, Managing or General Agent |
| Design International Group Inc. | 713 W Duarte Road | Unit G 888 | | Arcadia | CA | 91007 | United States | Attn: Officer, Managing or General Agent |
| Design International Group Inc. | 755 Epperson Drive | | | City of Industry | CA | 91748 | United States | Attn: Officer, Managing or General Agent |
| Disston Company | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Disston Company | Drawer #1851 | | | Troy | MI | 48007-5935 | United States | Attn: Officer, Managing or General Agent |
| Disston Company | 45 Plainfield St | | | Chicopee | MA | 01013 | United States | Attn: Officer, Managing or General Agent |
| Disston Company | C/O C T Corporation System | 155 Federal Street | Ste 700 | Boston | MA | 02110 | United States | Attn: Registered or Authorized Agent |
| DPI Inc. | 304 High Ave. | | | Oshkosh | WI | 54901 | United States | Attn: Registered or Authorized Agent |
| DPI Inc. | PO #774156 | 4156 Solutions Center | | Chicago | IL | 60677 | United States | Attn: Officer, Managing or General Agent |
| DPI Inc. | 111 E. Wisconsin Ave | | | Milwaukee | WI | 53202 | United States | Attn: Officer, Managing or General Agent |
| DPI Inc. | 900 N 23rd Street | | | St. Louis | MO | 63106 | United States | Attn: Officer, Managing or General Agent |
| DPI Inc. | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Duke Realty LP | 2400 N. Commerce Parkway, Suite 405 | | | Weston | FL | 33326 | United States | Attn: Officer, Managing or General Agent |
| Duke Realty LP | 600 E 96th Street | Suite 100 | | Indianapolis | IN | 46240 | United States | Attn: Officer, Managing or General Agent |
| Duke Realty LP | 75 Remittance Drive Ste. 3205 | | | Chicago | IL | 60675-3205 | United States | Attn: Officer, Managing or General Agent |
| Duke Realty LP | C/O Thompson Hine LLP | 312 Walnut Street | Suite 1400 | Cincinnati | OH | 45202 | United States | Attn: Officer, Managing or General Agent |
| East Asia Artic Flowers Fty. Co. Ltd. | 1/Floor, Well Industrial Building, | 21-23 Lam Tin Street | | Kwai Chung Nt | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Eastern Prime Textile Limited | Unit F 10/F, King Win Fty Bldg | No.65-67 King Yip St | | Kwun Tong | Kowloon | 999077 | China | Attn: Officer, Managing or General Agent |
| Eastern Prime Textile Limited | C/O CKR Law LLP | 1330 Avenue Of The Americas | 14Th Floor | New York | NY | 10019 | United States | Attn: Officer, Managing or General Agent |
| ECS Global Inc. | 200 South Wacker Drive | Suite 3100 | | Chicago | IL | 60606 | United States | Attn: Officer, Managing or General Agent |
| ECS Global Inc. | C/O CT Corporation System | 208 So Lasalle Street | Suite 814 | Chicago | IL | 60604 | United States | Attn: Registered or Authorized Agent |
| ECS Global Inc. | C/O The Corporation Trust Company | Corporation Trust Center | 1209 Orange Street | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Epossibilities USA Limited | The Blade, Abbey Square | | | Reading | | RG1 3BE | United Kingdom | Attn: Officer, Managing or General Agent |
| Feedvisor Inc. | 45 Howard Street | | | New York | NY | 10013 | United States | Attn: Officer, Managing or General Agent |
| Feedvisor Inc. | C/O National Registered Agents, Inc. | 1209 Orange Street | | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Feedvisor Inc. | C/O National Registered Agents, Inc. | 160 Greentree Drive | Suite 101 | Dover | DE | 19904 | United States | Attn: Registered or Authorized Agent |
| Feedvisor Inc. | PO Box 272 | | | Bloomington | IN | 47402 | United States | Attn: Registered or Authorized Agent |
| Freedompay Inc. | 2929 Walnut St Fl 14 | | | Philadelphia | PA | 19104 | United States | Attn: Officer, Managing or General Agent |
| Freedompay Inc. | 75 Remmitance Dr Ste 1127 | | | Chicago | IL | 60675 | United States | Attn: Officer, Managing or General Agent |
| Freedompay Inc. | C/O Corporate Creations Network Inc. | 3411 Silverside Road Tatnall Building | Ste 104 | Wilmington | DE | 19810 | United States | Attn: Registered or Authorized Agent |
| Global Express Inc. | 108 West 13th Street | | | Wilmington | DE | 19801 | United States | Attn: Registered or Authorized Agent |
| Global Express Inc. | 510 King Street | Suite 301 | | Alexandria | VA | 22314 | United States | Attn: Registered or Authorized Agent |
| Global Express Inc. | 8922 Telegraph Road | | | Lorton | VA | 22079 | United States | Attn: Officer, Managing or General Agent |
| Hang Fung Garment Group Ltd. | Flat Ab, 11/F, Everwin Centre | 72 Hung To Road, Kwun Tong | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Highjump Software Inc. | C/O Corporation Service Company | 2345 Rice Street | Suite 230 | Roseville | MN | 55113 | United States | Attn: Registered or Authorized Agent |
| Highjump Software Inc. | C/O Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | United States | Attn: Registered or Authorized Agent |
| Highjump Software Inc. | NW 5230 PO Box 1450 | | | Minneapolis | MN | 55485 | United States | Attn: Officer, Managing or General Agent |
| Hong Kong City Toys Factory Limited | Room 701-5 Silvercord Tower 1 | | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |

| Hsm (Far East) Co Limited | 9 North Huizhan East Road | Nanwu District, Houjie Town | | Dongguan | Guangdong | 523960 | China | Attn: Officer, Managing or General Agent |
|---|---|---|---|---|---|---|---|---|
| Hsm (Far East) Co Limited | Room 1617-18 Star House | 3 Salisburry Road, Tsim Sha Tsui | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| JC Toys Asia Limited | Ste 502 Chinachem | Golden Plaza 77 Mody Rd | | Tsim Sha Tsui | Kowloon | 999077 | China | Attn: Officer, Managing or General Agent |
| JC Toys Asia Limited | 2841 Nw 107th Avenue | | | Miami | FL | 33172 | United States | Attn: Officer, Managing or General Agent |
| Jordache Limited | 1400 Broadway | 15th Floor | | New York | NY | 10018 | United States | Attn: Officer, Managing or General Agent |
| Jordache Limited | C/O The Prentice-Hall Corporation System, Inc. | 251 Little Falls Drive | | Wilmington | DE | 19808 | United States | Attn: Registered or Authorized Agent |
| Jordache Limited | PO Box 3247 | | | Buffalo | NY | 14240 | United States | Attn: Officer, Managing or General Agent |
| Kiddieland Toys Limited | 14th Floor, Bank Of America Tower | 12 Harcourt Road, Central | | Hongkong | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| KKU Incorporated | Tokuei Bldg. New Annex 5th Floor | 5-33-7 Shiba, Minato-Ku | | Tokyo | | 108-0014 | Japan | Attn: Officer, Managing or General Agent |
| Magppie International Ltd. | 215 Hsidc Industrial Estate | Kundli | | Sonipat | Haryana | 131028 | India | Attn: Officer, Managing or General Agent |
| Magppie International Ltd.. | 153 Abc, Epip Exten. | Kundli | | Haryana | | 131028 | India | Attn: Officer, Managing or General Agent |
| Nantong Splendor International | Room 2401-2402, No. 20 Building | Zhongnan Cbd | | Nantong | Jiangsu | 226000 | China | Attn: Officer, Managing or General Agent |
| Nantong Splendor International | Room 911, No. 27 Building | Zhongnan Cbd | | Nantong | Jiangsu | 226000 | China | Attn: Officer, Managing or General Agent |
| New Pioneer Industrial Limited | Rm 903, Honour Industrial Centre | 6 Sun Yip Street | | Chai Wan | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Pinecone Design Limited | Flat 6, 4/F, Kai Fuk Ind. Ctr., | 1 Wang Tung Street, Kowloon Bay | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Potex Toys Manufacturer Ltd. | Room 1212 Peninsula Centre | 67 Mody Road, Tsimshatsui East | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Prepac Manufacturing Ltd. | 6705 Dennett Pl. | | | Delta | BC | V4G 1N4 | Canada | Attn: Officer, Managing or General Agent |
| Prepac Manufacturing Ltd. | PO Box 84332 | | | Seattle | WA | 98124-5632 | United States | Attn: Officer, Managing or General Agent |
| Prime Time Toys Ltd. | Suite 5 2F Kwong Sang Hong Ctr. | 151 Hoi Bun Road | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| PTI Group Inc. | 17989 Chesterfield Airport Rd. | | | Chesterfield | MO | 63005 | United States | Attn: Officer, Managing or General Agent |
| PTI Group Inc. | 871 Midpoint Dr. | | | O'Fallon | Mo | 63366 | United States | Attn: Registered or Authorized Agent |
| Quintana & Sons Trading LLC | 228 Barbosa Ave | | | San Juan | PR | 00917 | United States | Attn: Officer, Managing or General Agent |
| Quintana & Sons Trading LLC | 100 Union Ave. | | | Cresskill | NJ | 07626 | United States | Attn: Officer, Managing or General Agent |
| RNK Remodeling Inc. | 14660 Lull Street | | | Van Nuys | CA | 91405 | United States | Attn: Officer, Managing or General Agent |
| RNK Remodeling Inc. | 14757 Arminta Street | Unit A | | Panorama City | CA | 91402 | United States | Attn: Registered or Authorized Agent |
| Rotary Corporation | 801 West Barnard Street | | | Glennville | GA | 30427 | United States | Attn: Officer, Managing or General Agent |
| Rotary Corporation | PO Box 747 | | | Glennville | GA | 30427 | United States | Attn: Officer, Managing or General Agent |
| Rotary Corporation | One West Park | | | Savannah | GA | 31401 | United States | Attn: Officer, Managing or General Agent |
| S & L Delivery | 2240 55th Street | | | Missoula | MT | 59803 | United States | Attn: Officer, Managing or General Agent |
| SDC Designs LLC | 30-30 47th Avenue | Suite 520 | | Long Island City | NY | 11101 | United States | Attn: Officer, Managing or General Agent |
| Shi Yi Footwear Mfg. Factory | Shang Yang Industrial Park, | Huang Bu, Hui Dong Hui Dong | | Huizhou | Guangdong | 516000 | China | Attn: Officer, Managing or General Agent |
| Solideo Corp. | 3404 Oakcliff Road | Cte C-9 | | Doraville | GA | 30340 | United States | Attn: Officer, Managing or General Agent |
| Solideo Corp. | 3945 Holcomb Bridge Rd | Ste 300 | | Peachtree Corners | GA | 30092 | United States | Attn: Registered or Authorized Agent |
| South Pacific Fashions Ltd. | 11/F, South Asia Building | 108 How Ming Street, Kwun Tong | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Suncraft Hardware Tools Corp. | 26F. Nova Building. | No.123 Tiyuxi Road | | Guangzhou | Guangdong | 510000 | China | Attn: Officer, Managing or General Agent |
| T&K Moving Inc. | 305 Folly Island Ct | | | Wilmington | NC | 28411 | United States | Attn: Registered or Authorized Agent |
| T&K Moving Inc. | 3861 US Highway 421 N | | | Wilmington | NC | 28401 | United States | Attn: Officer, Managing or General Agent |
| TJ Tianxing Kesheng Lthr. Prod. Co. Ltd. | No.2 Jianshe Road Baodi District | | | Tianjin | Tianjin | 301800 | China | Attn: Officer, Managing or General Agent |
| TWPD Investments Inc. | 510 King St. | Ste 301 | | Alexandria | VA | 22314 | United States | Attn: Registered or Authorized Agent |
| TWPD Investments Inc. | 8922 Telegraph Road | | | Lorton | VA | 22079 | United States | Attn: Officer, Managing or General Agent |
| Winning Resources Limited | Rm. No. 612-613, 6th Flr, Chevalier Comm. Ctr. | No. 8 Wang Hoi Rd., Kowloon Bay | | Kowloon | Hong Kong | 999077 | China | Attn: Officer, Managing or General Agent |
| Xiamen Sunchoose Imp. and Exp. Co. Ltd. | 11/F, Building No. 3 | Jinshan Fortune Plaza, Huli Dist. | | Xiamen | Fujian | 360000 | China | Attn: Officer, Managing or General Agent |
| Yangjiang Eka Industries Ltd. | No.18, Dangxiao Road | | | Yangjiang | Guangdong | 529500 | China | Attn: Officer, Managing or General Agent |
| Yongkang Dacheng Ind & Trade Co. Ltd. | No.71, Changlong South Road, Nansi | Changlong Industrial Area, Longshan | | Yongkang | Zhejiang | 321300 | China | Attn: Officer, Managing or General Agent |