MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of
 Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No.  18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.<sup>1</sup> | |

-------------------------------------------------- x

**FOURTH MONTHLY FEE STATEMENT OF MORITT HOCK &
HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF JUNE 1, 2020 THROUGH JUNE 30, 2020**

---

<sup>1</sup> The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | June 1, 2020 through June 30, 2020 |
| Monthly Fees Incurred: | $26,651.50 |
| 20% Holdback: | $ 5,330.30 |
| Total Compensation Less 20% Holdback: | $21,321.20 |
| Monthly Expenses Incurred: | $   325.00 |
| Total Fees and Expenses Requested: | $21,646.20 |

This is a <u>X</u> monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("<u>Moritt Hock</u>"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby submits this statement of fees and disbursements (the "<u>Fourth Monthly Fee Statement</u>") covering the period June 1, 2020 through June 30, 2020 (the "<u>Compensation Period</u>"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "<u>Interim Compensation Order</u>") [Docket No. 769].  By the Fourth Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $21,321.20 (80% of $26,651.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $325.00 incurred by Moritt Hock during the Compensation Period.

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit  C** sets  forth  a  complete  itemization  of  tasks  performed  by  Moritt  Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fourth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman

Estates, Illinois 60179, <u>Attention</u>: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii)

counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153,

<u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:

jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh

(email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss

Hauer & Feld LLP, One Bryant Park, New York, NY 10036, <u>Attention</u>:  Ira S. Dizengoff (email:

idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L.

Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S.

Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, <u>Attention</u>: Paul

Schwartzberg  (email:  paul.schwartzberg@usdoj.gov)  and  Richard  Morrissey  (email:

richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate,

Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email:

paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R.

Howard  (email:  george.howard@skadden.com);  (vi)  Paul  E.  Harner,  fee  examiner,  1675

Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the

fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J.

Marriott  (email:  marriott@ballardspahr.com)  and  Tobey  M.  Daluz  (email:

daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Fourth Monthly Statement Fee, if any, must be filed with the Court and

served upon the Notice Parties so as to be received no later than August 3, 2020 (the "<u>Objection</u>

<u>Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue

(an "<u>Objection</u>").

If no objections to this Fourth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
      July 17, 2020

**MORITT HOCK & HAMROFF LLP**

By:     /s/ James P. Chou
         James P. Chou
         Ted A. Berkowitz
         Danielle J. Marlow
         1407 Broadway
         Suite 3900
         New York, New York 10018
         Telephone: (212) 239-2000
         Facsimile: (212) 239-7277
         jchou@moritthock.com
         tberkowitz@moritthock.com
         dmarlow@moritthock.com

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## EXHIBIT A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 7.00 | $ 4,165.00 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 8.80 | $ 4,928.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 19.60 | $10,780.00 |
| **Total Partner** | | | | **35.40** | **$19,873.00** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 0.60 | $ 237.00 |
| **Total Associates** | | | | **0.60** | **$ 237.00** |
| **PARALEGAL** | | | | | |
| Victoria Jankowski | Litigation | N/A | $245 | 5.80 | $ 1,421.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 20.90 | $ 5,120.50 |
| **Total Paralegal** | | | | **26.70** | **$ 6,541.50** |
| **Total Hours/ Fees Requested** | | | | **62.70** | **$26,651.50** |
| | | | | | |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | **35.40** | **$19,873.00** |
| Associates | 395.00 | **0.60** | **$    237.00** |
| Paralegals/ Non-Legal Staff | 245.00 | **26.70** | **$  6,541.50** |
| Blended Timekeeper Rate | 412.22 | | |
| **Total Fees Incurred** | | | **$26,651.50** |

## EXHIBIT B

### Task Code Summary

| Task Code | Matter | Hours | Value |
|-----------|--------|-------|-------|
| B110 | Case Administration | 5.50 | $ 2,557.00 |
| B120 | Asset Analysis and Recovery | 39.20 | $15,281.50 |
| B160 | Fee/ Employment Applications | 17.70 | $ 8,739.50 |
| B191 | Litigation/Adversary Proceeding | 0.30 | $    73.50 |
| | **Total:** | **62.70** | **$26,651.50** |

## EXHIBIT C

**Itemized Fees**



**MORITT HOCK & HAMROFF LLP**

**INVOICE DATED JULY 2020**

File # N-1944.001 Re: Sears Bankruptcy

| Date | Prof | Narrative | Task Code | Time |
|------|------|-----------|-----------|------|
| 6/1/2020 | DJM | E-mails/calls with counsel for Merrill Lynch (0.5); follow up with S. Thomas regarding service issues (0.3). | B120 | 0.8 |
| 6/1/2020 | SMT | Updates to subpoena service tracking chart. | B120 | 0.8 |
| 6/1/2020 | SMT | Emailed Executive Attorney Service regarding status of outstanding subpoenas and instructions for re-service. | B120 | 0.4 |
| 6/1/2020 | JPC | Review and comment on draft second monthly fee statement, including time entries. | B160 | 1.0 |
| 6/1/2020 | JPC | Review revised monthly fee statement and approve for filing. | B160 | 0.2 |
| 6/1/2020 | TAD | Work on Second Monthly Fee Statement. | B160 | 1.4 |
| 6/1/2020 | TAD | Correspond with V. Jankowsi, M. Cimmino, J. Chou re: Second Monthly Fee Statement (.40); correspond with MIII Partners re: W-9 and follow re: same (.10). | B160 | 0.5 |
| 6/2/2020 | VJ | Finalize and e-file Second Month Fee Statement; download and save filed copy and email to service parties. | B160 | 0.8 |
| 6/2/2020 | SMT | Attention to resolution of process server issues. | B120 | 0.1 |
| 6/2/2020 | TAD | Draft, revise and finalize Second Monthly Fee Statement. | B160 | 1.4 |
| 6/2/2020 | TAD | Correspond with V. Jankowski re: filing and service of Second Monthly Fee Statement. | B160 | 0.2 |
| 6/3/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. (0.3) Emailed D. Marlow attaching updated shareholders chart. (0.1) | B120 | 0.4 |
| 6/3/2020 | DJM | Call with Goldman Sachs (0.4);  e-mails with Goldman Sachs and Akin Gump to follow up (0.3); review of production from Wolverine (0.4); e-mails with S. Thomas regarding incorporation of Wolverine production into public shareholder data analysis (0.4). | B120 | 1.5 |
| 6/4/2020 | DJM | E-mail to Akin Gump regarding status of various subpoena responses (0.3); review of spreadsheet, data analysis in connection with same (0.5), e-mails with counsel for Morgan Stanley (0.1 hours). | B120 | 0.9 |
| 6/4/2020 | SMT | Reviewed and updates to subpoena service tracking chart. | B120 | 0.7 |
| 6/5/2020 | DJM | Call with counsel to Morgan Stanley (0.3); e-mails with Akin Gump regarding productions by Alliance Bernstein (0.2); e-mails regarding production by Sumitomo (0.3), e-mails with Akin Gump regarding production by Invesco (0.4 hours), e-mails with Akin Gump regarding production by Citibank (0.4) | B120 | 1.6 |
| 6/5/2020 | JPC | Review month of May time entries, descriptions and time allocations in preparation for report for monthly fee statement. | B160 | 0.6 |
| 6/6/2020 | DJM | E-mails with M. Young regarding Comerica production. | B120 | 0.3 |
| 6/8/2020 | SMT | Reviewed and updates to subpoena service tracking chart. | B120 | 0.5 |
| 6/11/2020 | ADC | Communicate (in firm) - attended weekly teleconference | B110 | 0.3 |
| 6/11/2020 | DJM | Attend weekly team meeting. | B110 | 0.3 |

| 6/11/2020 | VJ | Status conference call with team. | B110 | 0.3 |
|---|---|---|---|---|
| 6/11/2020 | TAD | Team status call. | B110 | 0.3 |
| 6/11/2020 | TAD | Review status of objections on Second Monthly Fee Statement (.10); review correspondence from MIII Partners re: payment of First Monthly Fee Statement (.20). | B160 | 0.3 |
| 6/11/2020 | JPC | Prepare for and attend weekly team meeting. | B160 | 0.3 |
| 6/12/2020 | SMT | Process Barclay's production documents. | B120 | 0.4 |
| 6/12/2020 | DJM | Review of production from Barclays (0.5); e-mails with IT, S. Thomas, counsel regarding Barclays production (0.4); e-mails with Akin Gump regarding status, next steps (0.3) | B120 | 1.2 |
| 6/15/2020 | DJM | Call with counsel for Barclays regarding production (0.4); review of Barclays production and follow up e-mail (0.2), call with S. Thomas regarding analysis and inputting of Barclays production. (0.3) | B120 | 0.9 |
| 6/15/2020 | SMT | Reviewed produced records for inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 0.4 |
| 6/15/2020 | SMT | Telephone call (0.1) and review regarding new document production for analysis and input with D. Marlow. (0.2) | B191 | 0.3 |
| 6/15/2020 | JPC | Attention to additional third parties to subpoena and conflicts. | B110 | 0.5 |
| 6/16/2020 | DJM | E-mails with Akin Gump regarding analysis of data received from subpoenaed parties. | B120 | 0.3 |
| 6/16/2020 | SMT | Reviewed produced records for inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.1 |
| 6/16/2020 | TAD | Review M-III Partners inquiries re: accruals and forecasts and follow in estate fees (.30); follow with billing re: accruals (.10); review reports re: same (.50); review and compile estate fee numbers from filed April statement (.40). | B160 | 1.3 |
| 6/16/2020 | TAD | Emails with James Chou re: M-III Partners email re: accruals and forecasts and proposed responses thereto. | B160 | 0.6 |
| 6/16/2020 | JPC | Review email correspondence re: discrepancies between DTC data and data supplied by third parties. | B120 | 0.1 |
| 6/16/2020 | JPC | Review email correspondence from T. Driscoll re: M-III Partners' request for budgeting and forecasting information. | B110 | 0.2 |
| 6/16/2020 | JPC | Attention to May 2020 fees to supply to Akin for budgeting purposes. | B110 | 0.2 |
| 6/17/2020 | DJM | Review and analysis of Barclays data as input by S. Thomas, e-mail to Thomas regarding same. | B120 | 0.3 |
| 6/17/2020 | SMT | Reviewed produced records inputting select shareholder information into shareholders chart for further review and analysis. | B120 | 1.8 |
| 6/17/2020 | JPC | Review and make edits to latest May 2020 billing statement for monthly fee statement. | B160 | 1.5 |
| 6/18/2020 | ADC | Attend meeting with Sears team. | B110 | 0.3 |
| 6/18/2020 | DJM | Weekly team meeting. | B110 | 0.3 |
| 6/18/2020 | DJM | Review and analysis of public shareholder data (0.9); follow up with various subpoena respondents regarding data inconsistencies (0.8); analysis of Comerica data, e-mails with S. Thomas regarding same (0.7); follow up with multiple banks regarding subpoena productions (0.5), e-mails with S. Thomas regarding service of additional subpoenas (0.3). | B120 | 3.2 |
| 6/18/2020 | VJ | Draft Third Fee Statement for May 2020 and forward to TAD for review. | B160 | 2.3 |
| 6/18/2020 | VJ | Weekly team conference. | B110 | 0.3 |

| | | | | |
|---|---|---|---|---|
| 6/18/2020 | JPC | Review revised draft of billing statement from accounting (.3); email with accounting department re: additional revisions (.2). | B160 | 0.6 |
| 6/18/2020 | JPC | Prepare agenda for weekly meeting (.2); facilitate weekly meeting (.3). | B110 | 0.5 |
| 6/18/2020 | JPC | Emails a re: conflicts clearance for additional parties and potential defendants (.2); t/c w/ conflicts check staff re: same. (.1). | B110 | 0.3 |
| 6/18/2020 | TAD | Attend Sears team status call. | B110 | 0.3 |
| 6/19/2020 | SMT | Draft additional subpoenas to various entities (3.8).  Draft emails to Executive Attorney Service attaching additional subpoenas for service (0.4) | B120 | 4.2 |
| 6/19/2020 | DJM | Additional review of DTC data (0.3); e-mails with S. Thomas regarding additional subpoenas (0.3). | B120 | 0.6 |
| 6/19/2020 | VJ | Emails with TAD regarding second fee application payment. | B110 | 0.2 |
| 6/19/2020 | TAD | Correspond with James Chou re: M-III request, call with Akin (.10); emails with Zach Lanier re: same (.10); correspond with M-III Partners re: Second Monthly Fee Statement and payment (.20); email and call with V. Jankowski re: same (.10). | B160 | 0.5 |
| 6/19/2020 | JPC | Attention to conflicts for new subpoenaed parties (.1); confer w/ D. Marlowe re: same (.1). | B160 | 0.2 |
| 6/22/2020 | DJM | Draft/revise budget for future adversary proceeding related work. | B110 | 0.5 |
| 6/22/2020 | DJM | Analysis of productions regarding public shareholder data as compared to other sources (1.2); e-mails to subpoenaed parties to follow up on outstanding issues with productions (0.8); e-mails with S. Thomas regarding shareholder data (0.3); research regarding locations and contact information for additional subpoena targets (1.2). | B120 | 3.5 |
| 6/22/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Comerica for updates to chart (.8). Emails and telephone call to Executive Attorney Service regarding service of subpoenas and attaching same. (0.7) Emailed D. Marlow regarding service of subpoenas and email attaching updated shareholders chart for review and input. (0.6) Draft and revised additional subpoenas to various entities. (0.9) | B120 | 3.3 |
| 6/22/2020 | TAD | Call with James Chou and Zach Lanier re: professional fees, budget and M-III Partners request. | B160 | 0.3 |
| 6/22/2020 | JPC | Conf. call w/ T. Driscoll and Z. Lanier (Akin). | B160 | 0.2 |
| 6/22/2020 | JPC | Follow up re: conflicts check on additional parties. | B160 | 0.3 |
| 6/23/2020 | DJM | E-mails with counsel for Barclays regarding follow up questions, supplemental production. | B120 | 0.4 |
| 6/23/2020 | TAD | Review draft of Third Monthly Fee Statement (0.4) and initial edits e: same. | B160 | 0.7 |
| 6/23/2020 | SMT | Analysis of documents production containing shareholder information from various. | B120 | 1.2 |
| 6/25/2020 | DJM | Review and analysis of lists of additional subpoena targets from Akin Gump, e-mails with S. Thomas regarding same, issuing of subpoenas (0.7); e-mails with multiple subpoena targets yet to produce regarding status (0.6), e-mails with counsel for Barclays regarding follow up issues (0.2). | B120 | 1.5 |
| 6/25/2020 | VJ | Telephone conversation with TAD to discuss Third Fee Application. | B110 | 0.3 |
| 6/25/2020 | VJ | Revise Exhibit C and finalize Third Fee Statement; email to JPC and TAD for approval to file. | B160 | 0.5 |
| 6/25/2020 | SMT | Emails and telephone call to Executive Attorney Service regarding additional service of subpoenas and attaching same. (0.5) Draft and revised additional subpoenas to various entities for service. (1.7) Emailed D. Marlow regarding service of subpoenas and attaching updated shareholders chart for review and input. (0.2) | B120 | 2.4 |
| 6/25/2020 | TAD | Revise Third Monthly Fee Statement (.70); correspond with V. Jankowski re: filing and service of same (.30). | B160 | 1.0 |

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 6/26/2020 | DJM | Multiple e-mails with S. Thomas regarding service of additional subpoenas (0.6); follow up with various banks regarding status of production (0.2). | B120 | 0.8 |
| 6/26/2020 | SMT | Emails to Executive Attorney Service regarding additional service of subpoenas and attaching same. (0.6) Draft and revised additional subpoena for service (.4); updates to subpoena service tracking chart (0.4). | B120 | 1.4 |
| 6/26/2020 | JPC | Review draft monthly fee statement. | B160 | 0.3 |
| 6/26/2020 | VJ | Finalize Third Fee Statement and e-file; forward copy of Third Fee Statement to service parties and TAD, JPC and TAB. | B160 | 0.7 |
| 6/29/2020 | DJM | E-mails and call with counsel from TD Waterhouse regarding subpoena response (0.4), e-mails with S. Thomas regarding service issues (0.2); e-mails with counsel for Goldman Sachs (0.1). | B120 | 0.7 |
| 6/29/2020 | SMT | Email to Executive Attorney Service attaching subpoena for service. | B120 | 0.3 |
| 6/29/2020 | SMT | Draft and revised additional subpoena for service (.6); updates to subpoena service tracking chart (0.4) Emailed D. Marlow regarding service of subpoena. (0.2) | B120 | 1.2 |
| 6/30/2020 | VJ | Download and convert sample fee application in order to prepare Fee Application. | B110 | 0.4 |
| | | | **Total:** | **62.70** |

## EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount |
|---|---|
| Outside Vendor – Process Server | $325.00 |
| **Total:** | **$325.00** |

## EXHIBIT E

**Itemized Disbursements**

| DATE | DESCRIPTION | VALUE |
|------|-------------|-------|
| 06/05/20 | Executive Attorney Service Inc., Inv # 55586, Service of Subpoena to Produce Documents etc upon Deutsche Bank Securities Inc. at Albany, NY on 6/3/2020 (attempted), and via Secretary of State 6/3/20 | $175.00 |
| 06/10/20 | Executive Attorney Service Inc., Inv # 55624, Service of Subpoena to Produce Documents etc upon Wells Fargo Securities LLC at Charlotte, NC on 6/8/2020 | $150.00 |
| | **Total** | **$325.00** |