

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 18-23538-rdd

4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   SEARS HOLDINGS CORPORATION,

8

9          Debtor.

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11

12                 United States Bankruptcy Court

13                 300 Quarropas Street, Room 248

14                 White Plains, NY 10601

15

16                 July 15, 2020

17                 10:03 AM

18

19

20

21  B E F O R E :

22  HON ROBERT D. DRAIN

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO:  JUSTIN WALKER

1   HEARING re Notice of Agenda of Matters Scheduled for

2   Telephonic Hearing on July 15, 2020 at 10:00 a.m.

3

4   HEARING re Application for Final Professional Compensation/

5   Third and Final Fee Application of Deloitte Transactions and

6   Business Analytics LLP for Compensation for Services

7   Rendered and Reimbursement of Expenses Incurred as

8   Bankruptcy Advisor from November I, 2018 through September

9   30, 2019 fee: $8,206,710.50, expenses:

10  $364,650.18 (ECF #7960)

11

12  HEARING re Fee Examiner's Statement (ECF #8263)

13

14  HEARING re Notice Regarding Second Distribution Pursuant to

15  Administrative Expense Claims Consent Program filed by

16  Garrett A. Fail on behalf of Sears Holdings Corporation

17  (ECF #8062)

18

19  HEARING re Objection to Notice Regarding Second Distribution

20  Pursuant to Administrative Expense Claims Consent Program

21  (related document(s)8062) filed by Jayson Macyda on behalf

22  of Koolatron Corporation (ECF #8065)

23

24

25  Transcribed by:  Sonya Ledanski Hyde

Page 3

1    A P P E A R A N C E S :

2

3    WEIL, GOTSHAL & MANGES LLP

4        Attorney for the Debtors

5        767 Fifth Avenue

6        New York, NY 10153

7

8    BY:  BRYAN PODZIUS (TELEPHONICALLY)

9

10   DAVIDOFF HUTCHER & CITRON

11       Attorney for Orient Craft Limited and HK Sino-Thai

12       Trading Company Limited.

13       605 3rd Avenue

14       New York, NY 10158

15

16   BY:  DAVID WANDER (TELEPHONICALLY)

17

18   MORRISON & FOERSTER

19       Attorney for Icon Health and Fitness

20       250 W 55th Street

21       New York, NY 10019

22

23   BY:  BEN BUTTERFIELD (TELEPHONICALLY)

24

25

```
 1   ALSO PRESENT TELEPHONICALLY:

 2

 3   PAUL HARNER

 4   MR. MARRIOTT

 5   MARILYN MACRON

 6   DORON YITZCHAKI

 7   JENNIFER MARINES

 8   GARRETT FAIL

 9   CHRISTOPHER STAUBLE

10   JAYSON MACYDA

11   DEBORAH MICHELSON

12   KAREN DINE

13   JOSEPH SARACHEK

14   NATAN BANE

15   ARLENE ALVES

16   LAWRENCE LICTMAN

17   MARK DUEDALL

18   SARA BRAUNER

19   PHILLIP C. DUBLIN

20   SHIRIN MAHKAMOVA

21   RYAN MURRAY

22   ALEXANDER TIKTIN

23   ANA LUCIA HURTADO

24   ROLAND YOUNG

25   KARA CASTEEL
```

1    JOSEPH STEINFELD

2    EMILY PAGORSKI

3    LEE J. ROHN

4    MICHELE BONSIGNORE

5    MARIA CHUTCHIAN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                     P R O C E E D I N G S

2                THE COURT:  Good morning, this is Judge Drain.

3       We're here in in re:  Sears Holdings Corporation et. al.

4       This is a completely telephonic hearing, so when you speak,

5       you should identify yourself and your client.  I may

6       thereafter ask you to do it again if I think the Court

7       Reporter can't put together your name with your voice.

8       There's one authorized recording of this hearing, taken by

9       Court Solutions.  They provide a copy of it to our Clerk's

10      office on a daily basis, and therefore, if you want to order

11      a transcript, you should do so through our Clerk's office.

12               So, I have the agenda updated for today's

13      hearings, and I'm happy to go down it, particularly since

14      it's very limited.

15               MR. PODZIUS:  Good morning, Your Honor, Bryan

16      Podzius, Weil, Gotshal & Manges, for the Debtors.  Sounds

17      like --

18               THE COURT:  Okay, good morning.

19               MR. PODZIUS:  -- I'll take the items in order,

20      Your Honor.  The first item on the agenda is the third and

21      final fee application of Deloitte Transaction and Business

22      Analytics.  I understand Deloitte has reached a consensual

23      resolution with respect to their final fee application, and

24      a representative from Deloitte should be on the line to

25      update the Court on this resolution.
```

1        THE COURT:  Okay, and as I -- maybe I'm wrong, but

2   I understand that resolution is actually set forth in the

3   fee application.  Have there been any other developments on

4   it?

5        MR. HARNER:  Good morning, Your Honor, it's Paul

6   Harner, the Fee Examiner.  We have filed a separate

7   statement, indicating that we're in agreement with that

8   resolution, and accordingly, have no objection.  We've not

9   yet seen a Final Form of Proposed Order but expect to in

10  short order, and expect that the Debtors will submit it.

11       THE COURT:  Okay, very well.  Does anyone have

12  anything more to say on this Final Fee Application?  All

13  right, I will grant the application in the amount sought,

14  which, as already noted on the record, reflects a

15  substantial reduction, after discussions with Mr. Harner, as

16  the fee examiner.  I reviewed the application on my own, and

17  the reduction is consistent with my view of the application,

18  in particular, time spent on monthly fee requests for

19  reporting and other items.  So the concession by Deloitte is

20  well within my own view of the application and without all

21  the analytical tools that the Fee Examiner has.

22       So I will grant the application in the amount

23  sought in that application.  Someone should email chambers

24  the final order, with Schedules A and B attached to it.

25       MR. HARNER:  Your Honor, it's Paul Harner again.

1   With that, may Mr. Marriott and I be excused for the balance

2   of the hearing?

3           THE COURT:  Yes, that's fine, thanks.

4           MR. HARNER:  Thank you.

5           MR. MARRIOTT:  Thanks, Your Honor.

6           THE COURT:  Okay, and obviously, the Deloitte

7   representative can be excused, too.

8           MAN 1:  Thank you, Your Honor.

9           THE COURT:  And then, there are a number of

10  uncontested or adjourned matters on the agenda.  I don't

11  think there are any other live matters, although I think the

12  Debtors may want to give an update in respect of their

13  amended notice regarding second distribution pursuant to

14  administrative expense claim consent program, which was

15  filed yesterday.  Obviously, the Debtor had previously filed

16  a notice regarding second distribution with a June 10

17  response deadline.  And in light of responses, I gather both

18  formal and informal, and developments since then, they have

19  amended the notice and the distribution, as reflected in the

20  amended notice that I just mentioned.  Is anyone on the line

21  prepared to just update the record on where we are on that?

22          MR. PODZIUS:  Yeah, good morning, Your Honor, it's

23  Bryan Podzius again, Weil, Gotshal, for the Debtors.  Happy

24  to walk Your Honor through.  We just have a short update

25  prepared, and happy to answer any questions Your Honor has.

Page 9

```
 1              THE COURT:  Okay.
 2              MR. PODZIUS:  If that's okay, I'll proceed with
 3      the update.
 4              THE COURT:  That's fine.
 5              MR. PODZIUS:  Your Honor, you may recall at the
 6      June omnibus hearing, my colleague provided the Court with
 7      an update with respect to the second distribution to certain
 8      administrative creditors.  In late June, Your Honor, the
 9      Debtors filed their initial schedule of second-distribution
10      participants.  That initial schedule was filed at Docket
11      Number 8062.  At Your Honor's suggestion, the Debtors
12      indicated in their notice that the parties had until July
13      13th to reconcile their non-opt-out administrative claims,
14      in order to participate in the second distribution.
15              The Debtors also indicated in that same notice,
16      Your Honor, that they would be filing an amended schedule
17      ahead of today's hearing.  As Your Honor mentioned,
18      yesterday, the Debtors filed the revised schedule of second-
19      distribution participants.  The amended schedule has been
20      filed at Docket Number 8293.  The revised schedules include
21      four separate schedules covering four buckets of claims, and
22      I'll just quickly walk Your Honor through the four buckets.
23              The first two buckets, set forth on Schedule 1 and
24      Schedule 2 to the notice, are for de minimis claims.  As
25      Your Honor may recall, the Debtors previously received
```

Page 10

1    authority to pay certain de minimis claims.  The purpose of

2    this relief was to allow the Debtors to save the cost and

3    expense of making multiple pro rata payments to smaller

4    Creditors and avoid the cost of reviewing and responding to

5    correspondence from these same Creditors.

6              The Claimants on Schedule 1 and Schedule 2 will

7    receive the full amounts owed to each Creditor, subject to

8    the applicable caps in the confirmation order, as part of

9    the Administrative Claims Consent Program.  Between the two

10   de minimis schedules, Your Honor, the Debtors will be

11   finally resolving over 1,000 claims, which represent

12   approximately 68 percent of the total claims by number.

13             The third schedule that --

14             THE COURT:  So just to be -- I'm sorry.  So just

15   to be clear, then, there will be no further distributions to

16   this group, except with respect to those who have disputed

17   claims, correct?

18             MR. PODZIUS:  If I may clarify, the first -- the

19   first two schedules we're discussing, Your Honor, are the de

20   minimis claims.  Those schedules --

21             THE COURT:  Right, that --

22             MR. PODZIUS:  -- those Claimants, yeah, they will

23   receive one more payment, which will satisfy their claim in

24   full, correct.

25             THE COURT:  Right, and that -- when I referred to

1   this group, I meant the de minimis claim groups on those two

2   schedules.

3            MR. PODZIUS:  Correct, Your Honor.

4            THE COURT:  Okay.  All right.

5            MR. PODZIUS:  Moving on, once again, Bryan

6   Podzius, Weil, Gotshal, for the Debtors.  The third schedule

7   that we filed is for non-opt-out reconciled claims.  These

8   claims, Your Honor, are subject to an 80 percent cap on

9   total recoveries, and the Debtors are intending to

10  distribute 28.7 percent of their allowed claim to these

11  Creditors.  This is the catch-up payment, Your Honor, that

12  will bring these Creditors even with the opt-in Creditors,

13  who previously also received 28.7 percent on their allowed

14  claim back in December.  Ultimately, this non-opt-out group

15  is receiving $11 million to over 250 non-opt-out Claimants.

16            The final category, Your Honor, is Schedule 4.

17  This is for disputed non-opt-out claims.  Here, the Debtors

18  have listed non-opt-out claims that have not been fully and

19  finally reconciled.  As the Debtor stated at the June

20  omnibus hearing, the Debtors will be reserving for the

21  disputed claims in the same 28.7 percent amount that they

22  are distributing to the allowed non-opt-out Creditors.  The

23  Debtors are holding back approximately $13 million on

24  account of this reserve for approximately 240 claim.

25            THE COURT:  Okay.

1           MR. PODZIUS:  Your Honor, the second distribution

2    involved the reconciliation and review of over 1,500 claims.

3    At the hearing in June, the Debtors said we would work to

4    resolve as many claims as possible prior to today's hearing.

5    We've done that, Your Honor, and we've eliminated certain

6    claims from the disputed list.  The Debtors have also

7    responded to dozens of inquiries from Creditors, requesting

8    clarification around the treatment.

9           And finally, Your Honor, the Debtors indicated

10   that they would identify and mark as disputed any claims

11   where the Claimant is subject to a potentially avoidable

12   transfer.  We've done that as well, Your Honor.  And

13   accordingly, in the notice that Debtors filed yesterday,

14   certain Creditors who were previously classified as either

15   non-opt-out claims or de minimis claims on Schedules 1, 2,

16   or 3, were reclassified as disputed claims.

17          And, Your Honor, I set forth in the notice that we

18   filed yesterday, the Debtors are willing to extend the

19   reconciliation deadline for any Creditor whose treatment was

20   moved into the disputed category in the amended schedules

21   that were filed on Tuesday.  These Creditors whose treatment

22   was changed will have until July 31st to fully and finally

23   reconcile their claims in order to participate in the second

24   distribution.

25          The Debtors strongly encourage --

1          THE COURT:  And the second distribution is

2    intended to be on or around, what, August 4th, I think?

3          MR. PODZIUS:  That's right, Your Honor, we're

4    intending to complete that on or around August 5th, is I

5    believe the date we put in the notice.

6          THE COURT:  August 5th, all right.  So, obviously,

7    as with the original notice, those whose claims are in the

8    disputed group under the amended notice should reach out to

9    the Debtors to try to reconcile their claims.  I gather this

10   is -- the movement is entirely due to a determination that

11   the Claimant whose claim has been moved to the disputed

12   category is the recipient of an avoidable transfer?

13         MR. PODZIUS:  That's correct, Your Honor.

14         THE COURT:  All right, so when they reach out, I

15   guess if they are the subject of an adversary proceeding,

16   they should reach out to Counsel for the Debtor in that

17   adversary proceeding.  Are there any who are not yet named

18   in an adversary proceeding?

19         MR. PODZIUS:  Your Honor, there is an email

20   address at the top of the notice where Creditors can reach

21   out to.  It's an M3 email address, but we can quickly -- if

22   Creditors reach out to that email address, we can quickly

23   identify the appropriate preference firm and professionals

24   who are responsible for the preferencing quickly move to

25   reconcile.  So I would recommendation to Creditors that they

Page 14

1   use that email address, and of course, if they're aware or

2   they're subject to a suit, they can reach out to the

3   indicated Counsel as well.

4           THE COURT:  Okay, and the preference avoidance

5   Counsel are -- you've brought them up to speed as to this

6   and the claim amount that the Claimant has as well, I

7   gather?

8           MR. PODZIUS:  Yeah.

9           THE COURT:  I mean, I see several of -- I see some

10  of them on the dashboard for today's call, so I'm assuming

11  that the case, but I just want to make sure of that.

12          MR. PODZIUS:  Yes, Your Honor, the Debtors'

13  professionals have had a number of conversations among all

14  the preference folks and the folks reconciling the claims.

15  And the preference firms are on the call this morning if you

16  have any questions, but we're all coordinating very closely

17  and can move quickly to resolve claims, as soon as folks

18  reach out to them.

19          THE COURT:  Okay.  And again, these are not merits

20  issues.  These are 502(b)(9) issues with -- because of the

21  preference exposure.

22          MR. PODZIUS:  That's right, Your Honor.

23          THE COURT:  Okay.  All right.  Does anyone have

24  any questions on the amended notice?

25          MR. WANDER:  Your Honor, this is David Wander of

Page 15

1    Davidoff Hutcher & Citron, on behalf of HK Sino-Thai

2    Trading, if I may just make one small comment.

3            THE COURT:  Okay.  Good morning.

4            MR. WANDER:  Good morning, Your Honor.  So my

5    comment is simply to now press for the oral argument at the

6    September 11th adjourned hearing on the world imports issue.

7    There now will be a reserve, which means that there'll be

8    real prejudice to my client from further delay because, with

9    a favorable ruling, we'll be in a position to get that

10   money.  My client does have a preference issue.  We expect

11   that to be resolved before then, and therefore, I urge the

12   Court to put the world imports issue on the September 11th

13   hearing.

14           THE COURT:  Well, let me address that.  In the

15   agenda, Category 3 covers a number of adjourned matters.

16   Most are adjourned to September 11th, but not all of them.

17   For example, Item Number 8, which includes Sino-Thai, was

18   adjourned to October 16th, so I don't know -- I don't know

19   whether the other -- whether September 11 matters also have

20   that issue, or that issue is confined to the four Claimants

21   issued in Item 8 that are on for October 16th.

22           MR. WANDER:  October's -- this is David Wander

23   again, Your Honor.  October 16th is fine.  I apologize.  I

24   did not see that was the date for that matter, so I'm fine

25   with October 16th.

Page 16

1              THE COURT:  Okay.  All right, that's fine.

2              MR. WANDER:  (indiscernible).

3              THE COURT:  Yeah, no, and I think when we were

4    here in the last omnibus hearing, I said that unless there

5    was a great deal of movement or facts justifying a further

6    adjournment, that would probably be the date.  That's still

7    three months off, and I would urge the parties to try to

8    resolve their issues before then, if they can.  And I'm

9    assuming that part of the reason why so many other matters

10   are adjourned to September 11th is that the Debtors are

11   actively trying to resolve those claims, which would narrow

12   down the claim universe pretty much, so you'd even have a

13   better idea of what distributions would be available for a

14   third distribution.

15             So I think we're going to have another omnibus

16   hearing on September 11th.  The parties to the world imports

17   issue that are currently scheduled for October 16th should

18   discuss timing of the hearing before the September 11th

19   omnibus, and you can raise it with me then.  But my working

20   assumption is that, if there's to be any additional briefing

21   or any preparation for that hearing, including the need for

22   any evidence, the parties will be focusing on that between

23   September 11th and the October 16th hearing date and discuss

24   that date before the September 11th hearing.

25             MR. WANDER:  This is David Wander --

Page 17

```
 1              THE COURT:  Before the September 11th omnibus
 2    hearing, that is.
 3              MR. WANDER:  This is David Wander, Your Honor.
 4    Thank you.  I will confer with the other Creditors who are
 5    in a similar situation prior to September 11th, and we can
 6    continue this discussion at that hearing.
 7              THE COURT:  Well, not just with them, but with the
 8    Debtors' Counsel.
 9              MR. WANDER:  Of course, yes.  Of course, yes, Your
10    Honor.
11              THE COURT:  And it's just these four, right?  It's
12    just the ones that are on Item Number 8, Infiiloom, Winners,
13    Orient Craft, and HK Sino-Thai.
14              MR. PODZIUS:  Your Honor, it's Bryan Podzius again
15    from Weil, Gotshal.  There are, between the 10th and the
16    11th omnibus objections, which are both the world imports
17    objection, there are approximately seven to eight Creditors
18    outstanding who have a world imports legal issue, and we're
19    happy to discuss that with Your Honor at the September
20    omnibus hearing.
21              THE COURT:  Okay.
22              MR. PODZIUS:  I would just, you know, the Debtors'
23    position, Your Honor, is that, you know, of course many of
24    these creditors who are either opt-out Creditors and not
25    entitled to payment, or have potentially avoidable
```

Page 18

1    transfers, would be subject to 502(b), Your Honor.

2              THE COURT:  Well, clearly, if there's an avoidable

3    transfer issue, we shouldn't be spending time on world

4    imports.  People should just be focusing on that.  Mr.

5    Wander prefaced his remarks by saying he believes he'd be

6    resolving the 502 --

7              MR. PODZIUS:  That's great.

8              THE COURT:  -- issue.  But, just to be clear, I

9    think the only one that's scheduled for October is Item

10   Number 8.  Nine through 11 on the agenda are all scheduled

11   for September 11th.  So, if we are going to have, with

12   people who don't have another basis for an objection to

13   their claim -- namely, you know, books and records or

14   recipient of a potentially avoidable transfer -- and it's

15   just the so-called world imports issue, all those people

16   should be grouped together if we're going to have a hearing

17   on this, so that they have a chance to argue their claim,

18   too.  I had been assuming that it was just the ones listed

19   in Item Number 8 on this agenda.  If there are other ones

20   somewhere else, you know, before the September conference,

21   you should be speaking with them, along with the ones that

22   are listed on Item Number 8, to talk about a potential

23   October hearing.

24              And I want to be clear, again, just to repeat this

25   to make it clear:  if there are other objections to those

1  folks' claims, then I think it doesn't make sense to have --

2  you know, to just deal with one aspect of their claim

3  objection.  But if just those -- if it's just the world

4  imports issue that's holding up distribution of a reserve,

5  then we should probably have the hearing on the 16th of

6  October.

7          MR. BUTTERFIELD:  Your Honor, this is Ben

8  Butterfield from Morrison & Foerster --

9          THE COURT:  Yes?

10          MR. BUTTERFIELD:  -- for Icon Health and Fitness.

11  May I speak?

12          THE COURT:  Okay.

13          MR. BUTTERFIELD:  So, I just want to make sure I

14  understand.  The first thing I'm confused about it, on the

15  agenda, the one I'm looking at was filed yesterday, Docket

16  29 -- or 8294, it said that both matters, Items Number 8 and

17  9, which is the 10th and 11th, are both adjourned to

18  September 11th, so I was unaware of a further adjournment.

19          THE COURT:  Oh, I'm sorry.  You know what?  You're

20  right.  It is adjourned to September 11th.  But what I'm

21  saying is, I think we'll -- probably on October 16th, or

22  whatever the October date is -- I was misreading the agenda,

23  and I thank you for pointing that out to me.  I think we

24  should be planning to have the world imports issue, if

25  that's a standalone issue for claims, there are no other

Page 20

1    claim objections to those particular claims that need to be

2    resolved, that that should -- the October omnibus date

3    should probably be the date to deal with that issue.

4              MR. BUTTERFIELD:  Understood, Your Honor.  My

5    second question was, I think it's possible that there's a

6    scenario where, you know, there are seven or eight Claimants

7    that are subject to the world imports issue.  And let's say,

8    you know, six of those have preference, you know, are also

9    subject to a preference complaint.  When the issue is --

10   when the world imports issue is heard in October, will the

11   six Claimants who have preference liability be able to speak

12   at the hearing or be heard?  I mean, that's my client.

13             THE COURT:  I don't know.  I think, again, this is

14   something you should be -- everyone should be trying to work

15   out all their issues before the September omnibus date.  If

16   they can't work out the world imports issue and most of the

17   people have resolved everything else, then I might well hear

18   it.  if, like, one person has resolved everything else and

19   everyone else is still -- has multiple objections to their

20   claims, I probably wouldn't hear it.  I'm just trying to be

21   efficient here.

22             MR. BUTTERFIELD:  Understood, Your Honor.  Yeah,

23   understood.  Our concern is just, you know, we don't think

24   it's fair to have two separate hearings on world imports --

25             THE COURT:  I agree -- I agree with that.  I agree

1   with that, and I wouldn't have two separate hearings.  The

2   only issue is, would I have a separate hearing on world

3   imports, when most of the people have other grounds for

4   objections to their claims as well?  I probably wouldn't,

5   then.  But, you know, if six of seven have only the world

6   imports issue, I'd probably -- in all likelihood, I'd let

7   that seventh Claimant also appear for the October hearing.

8           MR. BUTTERFIELD:  Thank you, Your Honor.

9           THE COURT:  Okay, but I would urge everyone to try

10  to resolve their claims, all of them, including world

11  imports, before then, but if they can't, at least try to

12  resolve the other ones.

13          MR. PODZIUS:  Once again, it's Bryan Podzius from

14  Weil, Gotshal, for the Debtors, Your Honor.  We echo that

15  sentiment, and we're happy -- we agree that it should be a

16  joint hearing.  And all the folks on the phone are more than

17  happy to reach out to the Debtors, myself included, to work

18  to resolve those claims.

19          THE COURT:  All right.

20          MR. PODZIUS:  And I think that concludes the

21  agenda, Your Honor.

22          THE COURT:  Okay.  Does anyone have anything more

23  to say?  All right, so that will conclude the omnibus

24  hearing in Sears, and that's the only matter on the calendar

25  for today, so I'm going to ring off at this point.

1               (Whereupon these proceedings were concluded at

2      10:28 AM)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 23

1                          I N D E X

2

3                           RULINGS

4                                              Page        Line

5

6    Final Fee Application Motion Granted        7          13

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 24

1              C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  July 16, 2020

[& - behalf]                                                                                    Page 1

| & | | |
|---|---|---|

**&**   3:3,10,18 6:16
  15:1 19:8

| 1 | | |
|---|---|---|

**1**   8:8 9:23 10:6
  12:15
**1,000**   10:11
**1,500**   12:2
**10**   8:16
**10019**   3:21
**10153**   3:6
**10158**   3:14
**10601**   1:14
**10:00**   2:2
**10:03**   1:17
**10:28**   22:2
**10th**   17:15 19:17
**11**   11:15 15:19
  18:10
**11501**   24:23
**11th**   15:6,12,16
  16:10,16,18,23,24
  17:1,5,16 18:11
  19:17,18,20
**13**   11:23 23:6
**13th**   9:13
**15**   1:16 2:2
**16**   24:25
**16th**   15:18,21,23
  15:25 16:17,23
  19:5,21
**18-23538**   1:3

| 2 | | |
|---|---|---|

**2**   9:24 10:6 12:15
**2018**   2:8
**2019**   2:9
**2020**   1:16 2:2
  24:25
**240**   11:24
**248**   1:13
**250**   3:20 11:15

**28.7**   11:10,13,21
**29**   19:16

| 3 | | |
|---|---|---|

**3**   12:16 15:15
**30**   2:9
**300**   1:13 24:22
**31st**   12:22
**330**   24:21
**364,650.18**   2:10
**3rd**   3:13

| 4 | | |
|---|---|---|

**4**   11:16
**4th**   13:2

| 5 | | |
|---|---|---|

**502**   14:20 18:1,6
**55th**   3:20
**5th**   13:4,6

| 6 | | |
|---|---|---|

**605**   3:13
**68**   10:12

| 7 | | |
|---|---|---|

**7**   23:6
**767**   3:5
**7960**   2:10

| 8 | | |
|---|---|---|

**8**   15:17,21 17:12
  18:10,19,22 19:16
**8,206,710.50**   2:9
**80**   11:8
**8062**   2:17,21 9:11
**8065**   2:22
**8263**   2:12
**8293**   9:20
**8294**   19:16

| 9 | | |
|---|---|---|

**9**   14:20 19:17

| a | | |
|---|---|---|

**a.m.**   2:2
**able**   20:11

**account**   11:24
**accurate**   24:4
**actively**   16:11
**additional**   16:20
**address**   13:20,21
  13:22 14:1 15:14
**adjourned**   8:10
  15:6,15,16,18
  16:10 19:17,20
**adjournment**   16:6
  19:18
**administrative**
  2:15,20 8:14 9:8
  9:13 10:9
**adversary**   13:15
  13:17,18
**advisor**   2:8
**agenda**   2:1 6:12
  6:20 8:10 15:15
  18:10,19 19:15,22
  21:21
**agree**   20:25,25,25
  21:15
**agreement**   7:7
**ahead**   9:17
**al**   6:3
**alexander**   4:22
**allow**   10:2
**allowed**   11:10,13
  11:22
**alves**   4:15
**amended**   8:13,19
  8:20 9:16,19
  12:20 13:8 14:24
**amount**   7:13,22
  11:21 14:6
**amounts**   10:7
**ana**   4:23
**analytical**   7:21
**analytics**   2:6 6:22
**answer**   8:25
**apologize**   15:23

**appear**   21:7
**applicable**   10:8
**application**   2:4,5
  6:21,23 7:3,12,13
  7:16,17,20,22,23
  23:6
**appropriate**
  13:23
**approximately**
  10:12 11:23,24
  17:17
**argue**   18:17
**argument**   15:5
**arlene**   4:15
**aspect**   19:2
**assuming**   14:10
  16:9 18:18
**assumption**   16:20
**attached**   7:24
**attorney**   3:4,11
  3:19
**august**   13:2,4,6
**authority**   10:1
**authorized**   6:8
**available**   16:13
**avenue**   3:5,13
**avoid**   10:4
**avoidable**   12:11
  13:12 17:25 18:2
  18:14
**avoidance**   14:4
**aware**   14:1

| b | | |
|---|---|---|

**b**   1:21 7:24 14:20
  18:1
**back**   11:14,23
**balance**   8:1
**bane**   4:14
**bankruptcy**   1:1
  1:12,23 2:8
**basis**   6:10 18:12
**behalf**   2:16,21
  15:1

[believe - discuss]                                                                        Page 2

believe  13:5
believes  18:5
ben  3:23 19:7
better  16:13
bonsignore  5:4
books  18:13
brauner  4:18
briefing  16:20
bring  11:12
brought  14:5
bryan  3:8 6:15
  8:23 11:5 17:14
  21:13
buckets  9:21,22
  9:23
business  2:6 6:21
butterfield  3:23
  19:7,8,10,13 20:4
  20:22 21:8

**c**

c  3:1 4:19 6:1 24:1
  24:1
calendar  21:24
call  14:10,15
called  18:15
cap  11:8
caps  10:8
case  1:3 14:11
casteel  4:25
catch  11:11
category  11:16
  12:20 13:12 15:15
certain  9:7 10:1
  12:5,14
certified  24:3
chambers  7:23
chance  18:17
changed  12:22
christopher  4:9
chutchian  5:5
citron  3:10 15:1
claim  8:14 10:23
  11:1,10,14,24

13:11 14:6 16:12
  18:13,17 19:2
  20:1
claimant  12:11
  13:11 14:6 21:7
claimants  10:6,22
  11:15 15:20 20:6
  20:11
claims  2:15,20
  9:13,21,24 10:1,9
  10:11,12,17,20
  11:7,8,17,18,21
  12:2,4,6,10,15,15
  12:16,23 13:7,9
  14:14,17 16:11
  19:1,25 20:1,20
  21:4,10,18
clarification  12:8
clarify  10:18
classified  12:14
clear  10:15 18:8
  18:24,25
clearly  18:2
clerk's  6:9,11
client  6:5 15:8,10
  20:12
closely  14:16
colleague  9:6
comment  15:2,5
company  3:12
compensation  2:4
  2:6
complaint  20:9
complete  13:4
completely  6:4
concern  20:23
concession  7:19
conclude  21:23
concluded  22:1
concludes  21:20
confer  17:4
conference  18:20

confined  15:20
confirmation  10:8
confused  19:14
consensual  6:22
consent  2:15,20
  8:14 10:9
consistent  7:17
continue  17:6
conversations
  14:13
coordinating
  14:16
copy  6:9
corporation  1:7
  2:16,22 6:3
correct  10:17,24
  11:3 13:13
correspondence
  10:5
cost  10:2,4
counsel  13:16
  14:3,5 17:8
country  24:21
course  14:1 17:9,9
  17:23
court  1:1,12 6:2,6
  6:9,18,25 7:1,11
  8:3,6,9 9:1,4,6
  10:14,21,25 11:4
  11:25 13:1,6,14
  14:4,9,19,23 15:3
  15:12,14 16:1,3
  17:1,7,11,21 18:2
  18:8 19:9,12,19
  20:13,25 21:9,19
  21:22
covering  9:21
covers  15:15
craft  3:11 17:13
creditor  10:7
  12:19
creditors  9:8 10:4
  10:5 11:11,12,12

11:22 12:7,14,21
  13:20,22,25 17:4
  17:17,24,24
currently  16:17

**d**

d  1:22 6:1 23:1
daily  6:10
dashboard  14:10
date  13:5 15:24
  16:6,23,24 19:22
  20:2,3,15 24:25
david  3:16 14:25
  15:22 16:25 17:3
davidoff  3:10 15:1
de  9:24 10:1,10,19
  11:1 12:15
deadline  8:17
  12:19
deal  16:5 19:2
  20:3
deborah  4:11
debtor  1:9 8:15
  11:19 13:16
debtors  3:4 6:16
  7:10 8:12,23 9:9
  9:11,15,18,25
  10:2,10 11:6,9,17
  11:20,23 12:3,6,9
  12:13,18,25 13:9
  14:12 16:10 17:8
  17:22 21:14,17
december  11:14
delay  15:8
deloitte  2:5 6:21
  6:22,24 7:19 8:6
determination
  13:10
developments  7:3
  8:18
dine  4:12
discuss  16:18,23
  17:19

discussing   10:19
discussion   17:6
discussions   7:15
disputed   10:16
    11:17,21 12:6,10
    12:16,20 13:8,11
distribute   11:10
distributing   11:22
distribution   2:14
    2:19 8:13,16,19
    9:7,9,14,19 12:1
    12:24 13:1 16:14
    19:4
distributions
    10:15 16:13
district   1:2
docket   9:10,20
    19:15
document   2:21
doron   4:6
dozens   12:7
drain   1:22 6:2
dublin   4:19
due   13:10
duedall   4:17

**e**

e   1:21,21 3:1,1 6:1
    6:1 23:1 24:1
ecf   2:10,12,17,22
echo   21:14
ecro   1:25
efficient   20:21
eight   17:17 20:6
either   12:14 17:24
eliminated   12:5
email   7:23 13:19
    13:21,22 14:1
emily   5:2
encourage   12:25
entirely   13:10
entitled   17:25
et   6:3

evidence   16:22
examiner   7:6,16
    7:21
examiner's   2:12
example   15:17
excused   8:1,7
expect   7:9,10
    15:10
expense   2:15,20
    8:14 10:3
expenses   2:7,9
exposure   14:21
extend   12:18

**f**

f   1:21 24:1
facts   16:5
fail   2:16 4:8
fair   20:24
favorable   15:9
fee   2:5,9,12 6:21
    6:23 7:3,6,12,16
    7:18,21 23:6
fifth   3:5
filed   2:15,21 7:6
    8:15,15 9:9,10,18
    9:20 11:7 12:13
    12:18,21 19:15
filing   9:16
final   2:4,5 6:21,23
    7:9,12,24 11:16
    23:6
finally   10:11
    11:19 12:9,22
fine   8:3 9:4 15:23
    15:24 16:1
firm   13:23
firms   14:15
first   6:20 9:23
    10:18,19 19:14
fitness   3:19 19:10
focusing   16:22
    18:4

foerster   3:18 19:8
folks   14:14,14,17
    19:1 21:16
foregoing   24:3
form   7:9
formal   8:18
forth   7:2 9:23
    12:17
four   9:21,21,22
    15:20 17:11
full   10:7,24
fully   11:18 12:22
further   10:15
    15:8 16:5 19:18

**g**

g   6:1
garrett   2:16 4:8
gather   8:17 13:9
    14:7
give   8:12
go   6:13
going   16:15 18:11
    18:16 21:25
good   6:2,15,18 7:5
    8:22 15:3,4
gotshal   3:3 6:16
    8:23 11:6 17:15
    21:14
grant   7:13,22
granted   23:6
great   16:5 18:7
grounds   21:3
group   10:16 11:1
    11:14 13:8
grouped   18:16
groups   11:1
guess   13:15

**h**

happy   6:13 8:23
    8:25 17:19 21:15
    21:17
harner   4:3 7:5,6
    7:15,25,25 8:4

health   3:19 19:10
hear   20:17,20
heard   20:10,12
hearing   2:1,2,4,12
    2:14,19 6:4,8 8:2
    9:6,17 11:20 12:3
    12:4 15:6,13 16:4
    16:16,18,21,23,24
    17:2,6,20 18:16
    18:23 19:5 20:12
    21:2,7,16,24
hearings   6:13
    20:24 21:1
hk   3:11 15:1
    17:13
holding   11:23
    19:4
holdings   1:7 2:16
    6:3
hon   1:22
honor   6:15,20 7:5
    7:25 8:5,8,22,24
    8:25 9:5,8,16,17
    9:22,25 10:10,19
    11:3,8,11,16 12:1
    12:5,9,12,17 13:3
    13:13,19 14:12,22
    14:25 15:4,23
    17:3,10,14,19,23
    18:1 19:7 20:4,22
    21:8,14,21
honor's   9:11
hurtado   4:23
hutcher   3:10 15:1
hyde   2:25 24:3,8

**i**

icon   3:19 19:10
idea   16:13
identify   6:5 12:10
    13:23
imports   15:6,12
    16:16 17:16,18
    18:4,15 19:4,24

20:7,10,16,24
  21:3,6,11
**include**  9:20
**included**  21:17
**includes**  15:17
**including**  16:21
  21:10
**incurred**  2:7
**indicated**  9:12,15
  12:9 14:3
**indicating**  7:7
**indiscernible**  16:2
**infiiloom**  17:12
**informal**  8:18
**initial**  9:9,10
**inquiries**  12:7
**intended**  13:2
**intending**  11:9
  13:4
**involved**  12:2
**issue**  15:6,10,12
  15:20,20 16:17
  17:18 18:3,8,15
  19:4,24,25 20:3,7
  20:9,10,16 21:2,6
**issued**  15:21
**issues**  14:20,20
  16:8 20:15
**item**  6:20 15:17
  15:21 17:12 18:9
  18:19,22
**items**  6:19 7:19
  19:16

**j**

**j**  5:3
**jayson**  2:21 4:10
**jennifer**  4:7
**joint**  21:16
**joseph**  4:13 5:1
**judge**  1:23 6:2
**july**  1:16 2:2 9:12
  12:22 24:25

**june**  8:16 9:6,8
  11:19 12:3
**justifying**  16:5
**justin**  1:25

**k**

**kara**  4:25
**karen**  4:12
**know**  15:18,18
  17:22,23 18:13,20
  19:2,19 20:6,8,8
  20:13,23 21:5
**koolatron**  2:22

**l**

**late**  9:8
**lawrence**  4:16
**ledanski**  2:25 24:3
  24:8
**lee**  5:3
**legal**  17:18 24:20
**liability**  20:11
**lictman**  4:16
**light**  8:17
**likelihood**  21:6
**limited**  3:11,12
  6:14
**line**  6:24 8:20
  23:4
**list**  12:6
**listed**  11:18 18:18
  18:22
**live**  8:11
**llp**  2:6 3:3
**looking**  19:15
**lucia**  4:23

**m**

**m3**  13:21
**macron**  4:5
**macyda**  2:21 4:10
**mahkamova**  4:20
**making**  10:3
**man**  8:8

**manges**  3:3 6:16
**maria**  5:5
**marilyn**  4:5
**marines**  4:7
**mark**  4:17 12:10
**marriott**  4:4 8:1,5
**matter**  1:5 15:24
  21:24
**matters**  2:1 8:10
  8:11 15:15,19
  16:9 19:16
**mean**  14:9 20:12
**means**  15:7
**meant**  11:1
**mentioned**  8:20
  9:17
**merits**  14:19
**michele**  5:4
**michelson**  4:11
**million**  11:15,23
**mineola**  24:23
**minimis**  9:24 10:1
  10:10,20 11:1
  12:15
**misreading**  19:22
**money**  15:10
**monthly**  7:18
**months**  16:7
**morning**  6:2,15
  6:18 7:5 8:22
  14:15 15:3,4
**morrison**  3:18
  19:8
**motion**  23:6
**move**  13:24 14:17
**moved**  12:20
  13:11
**movement**  13:10
  16:5
**moving**  11:5
**multiple**  10:3
  20:19

**murray**  4:21

**n**

**n**  3:1 6:1 23:1
  24:1
**name**  6:7
**named**  13:17
**narrow**  16:11
**natan**  4:14
**need**  16:21 20:1
**new**  1:2 3:6,14,21
**nine**  18:10
**non**  9:13 11:7,14
  11:15,17,18,22
  12:15
**noted**  7:14
**notice**  2:1,14,19
  8:13,16,19,20
  9:12,15,24 12:13
  12:17 13:5,7,8,20
  14:24
**november**  2:8
**number**  8:9 9:11
  9:20 10:12 14:13
  15:15,17 17:12
  18:10,19,22 19:16
**ny**  1:14 3:6,14,21
  24:23

**o**

**o**  1:21 6:1 24:1
**objection**  2:19 7:8
  17:17 18:12 19:3
**objections**  17:16
  18:25 20:1,19
  21:4
**obviously**  8:6,15
  13:6
**october**  15:18,21
  15:23,25 16:17,23
  18:9,23 19:6,21
  19:22 20:2,10
  21:7
**october's**  15:22

[office - reserve]                                                                    Page 5

**office**  6:10,11
**oh**  19:19
**okay**  6:18 7:1,11
   8:6 9:1,2 11:4,25
   14:4,19,23 15:3
   16:1 17:21 19:12
   21:9,22
**old**  24:21
**omnibus**  9:6
   11:20 16:4,15,19
   17:1,16,20 20:2
   20:15 21:23
**once**  11:5 21:13
**ones**  17:12 18:18
   18:19,21 21:12
**opt**  9:13 11:7,12
   11:14,15,17,18,22
   12:15 17:24
**oral**  15:5
**order**  6:10,19 7:9
   7:10,24 9:14 10:8
   12:23
**orient**  3:11 17:13
**original**  13:7
**outstanding**  17:18
**owed**  10:7

**p**

**p**  3:1,1 6:1
**page**  23:4
**pagorski**  5:2
**part**  10:8 16:9
**participants**  9:10
   9:19
**participate**  9:14
   12:23
**particular**  7:18
   20:1
**particularly**  6:13
**parties**  9:12 16:7
   16:16,22
**paul**  4:3 7:5,25
**pay**  10:1

**payment**  10:23
   11:11 17:25
**payments**  10:3
**people**  18:4,12,15
   20:17 21:3
**percent**  10:12
   11:8,10,13,21
**person**  20:18
**phillip**  4:19
**phone**  21:16
**plains**  1:14
**planning**  19:24
**podzius**  3:8 6:15
   6:16,19 8:22,23
   9:2,5 10:18,22
   11:3,5,6 12:1 13:3
   13:13,19 14:8,12
   14:22 17:14,14,22
   18:7 21:13,13,20
**point**  21:25
**pointing**  19:23
**position**  15:9
   17:23
**possible**  12:4 20:5
**potential**  18:22
**potentially**  12:11
   17:25 18:14
**prefaced**  18:5
**preference**  13:23
   14:4,14,15,21
   15:10 20:8,9,11
**preferencing**
   13:24
**prejudice**  15:8
**preparation**
   16:21
**prepared**  8:21,25
**present**  4:1
**press**  15:5
**pretty**  16:12
**previously**  8:15
   9:25 11:13 12:14

**prior**  12:4 17:5
**pro**  10:3
**probably**  16:6
   19:5,21 20:3,20
   21:4,6
**proceed**  9:2
**proceeding**  13:15
   13:17,18
**proceedings**  22:1
   24:4
**professional**  2:4
**professionals**
   13:23 14:13
**program**  2:15,20
   8:14 10:9
**proposed**  7:9
**provide**  6:9
**provided**  9:6
**purpose**  10:1
**pursuant**  2:14,20
   8:13
**put**  6:7 13:5 15:12

**q**

**quarropas**  1:13
**question**  20:5
**questions**  8:25
   14:16,24
**quickly**  9:22
   13:21,22,24 14:17

**r**

**r**  1:21 3:1 6:1 24:1
**raise**  16:19
**rata**  10:3
**rdd**  1:3
**reach**  13:8,14,16
   13:20,22 14:2,18
   21:17
**reached**  6:22
**real**  15:8
**reason**  16:9
**recall**  9:5,25
**receive**  10:7,23

**received**  9:25
   11:13
**receiving**  11:15
**recipient**  13:12
   18:14
**reclassified**  12:16
**recommendation**
   13:25
**reconcile**  9:13
   12:23 13:9,25
**reconciled**  11:7
   11:19
**reconciliation**
   12:2,19
**reconciling**  14:14
**record**  7:14 8:21
   24:4
**recording**  6:8
**records**  18:13
**recoveries**  11:9
**reduction**  7:15,17
**referred**  10:25
**reflected**  8:19
**reflects**  7:14
**regarding**  2:14,19
   8:13,16
**reimbursement**
   2:7
**related**  2:21
**relief**  10:2
**remarks**  18:5
**rendered**  2:7
**repeat**  18:24
**reporter**  6:7
**reporting**  7:19
**represent**  10:11
**representative**
   6:24 8:7
**requesting**  12:7
**requests**  7:18
**reserve**  11:24
   15:7 19:4

reserving  11:20
resolution  6:23,25
  7:2,8
resolve  12:4 14:17
  16:8,11 21:10,12
  21:18
resolved  15:11
  20:2,17,18
resolving  10:11
  18:6
respect  6:23 8:12
  9:7 10:16
responded  12:7
responding  10:4
response  8:17
responses  8:17
responsible  13:24
review  12:2
reviewed  7:16
reviewing  10:4
revised  9:18,20
right  7:13 10:21
  10:25 11:4 13:3,6
  13:14 14:22,23
  16:1 17:11 19:20
  21:19,23
ring  21:25
road  24:21
robert  1:22
rohn  5:3
roland  4:24
room  1:13
ruling  15:9
rulings  23:3
ryan  4:21

                    s

s  2:21 3:1 6:1
sara  4:18
sarachek  4:13
satisfy  10:23
save  10:2
saying  18:5 19:21

scenario  20:6
schedule  9:9,10
  9:16,18,19,23,24
  10:6,6,13 11:6,16
scheduled  2:1
  16:17 18:9,10
schedules  7:24
  9:20,21 10:10,19
  10:20 11:2 12:15
  12:20
sears  1:7 2:16 6:3
  21:24
second  2:14,19
  8:13,16 9:7,9,14
  9:18 12:1,23 13:1
  20:5
see  14:9,9 15:24
seen  7:9
sense  19:1
sentiment  21:15
separate  7:6 9:21
  20:24 21:1,2
september  2:8
  15:6,12,16,19
  16:10,16,18,23,24
  17:1,5,19 18:11
  18:20 19:18,20
  20:15
services  2:6
set  7:2 9:23 12:17
seven  17:17 20:6
  21:5
seventh  21:7
shirin  4:20
short  7:10 8:24
similar  17:5
simply  15:5
sino  3:11 15:1,17
  17:13
situation  17:5
six  20:8,11 21:5
small  15:2

smaller  10:3
solutions  6:9
  24:20
sonya  2:25 24:3,8
soon  14:17
sorry  10:14 19:19
sought  7:13,23
sounds  6:16
southern  1:2
speak  6:4 19:11
  20:11
speaking  18:21
speed  14:5
spending  18:3
spent  7:18
standalone  19:25
stated  11:19
statement  2:12
  7:7
states  1:1,12
stauble  4:9
steinfeld  5:1
street  1:13 3:20
strongly  12:25
subject  10:7 11:8
  12:11 13:15 14:2
  18:1 20:7,9
submit  7:10
substantial  7:15
suggestion  9:11
suit  14:2
suite  24:22
sure  14:11 19:13

                    t

t  24:1,1
take  6:19
taken  6:8
talk  18:22
telephonic  2:2 6:4
telephonically  3:8
  3:16,23 4:1
thai  3:11 15:1,17
  17:13

thank  8:4,8 17:4
  19:23 21:8
thanks  8:3,5
thing  19:14
think  6:6 8:11,11
  13:2 16:3,15 18:9
  19:1,21,23 20:5
  20:13,23 21:20
third  2:5 6:20
  10:13 11:6 16:14
three  16:7
tiktin  4:22
time  7:18 18:3
timing  16:18
today  21:25
today's  6:12 9:17
  12:4 14:10
tools  7:21
top  13:20
total  10:12 11:9
trading  3:12 15:2
transaction  6:21
transactions  2:5
transcribed  2:25
transcript  6:11
  24:4
transfer  12:12
  13:12 18:3,14
transfers  18:1
treatment  12:8,19
  12:21
true  24:4
try  13:9 16:7 21:9
  21:11
trying  16:11
  20:14,20
tuesday  12:21
two  9:23 10:9,19
  11:1 20:24 21:1

                    u

u.s.  1:23
ultimately  11:14

| | |
|---|---|
| **unaware** 19:18 | **wrong** 7:1 |
| **uncontested** 8:10 | **x** |
| **understand** 6:22 | **x** 1:4,10 23:1 |
| 7:2 19:14 | **y** |
| **understood** 20:4 | **yeah** 8:22 10:22 |
| 20:22,23 | 14:8 16:3 20:22 |
| **united** 1:1,12 | **yesterday** 8:15 |
| **universe** 16:12 | 9:18 12:13,18 |
| **update** 6:25 8:12 | 19:15 |
| 8:21,24 9:3,7 | **yitzchaki** 4:6 |
| **updated** 6:12 | **york** 1:2 3:6,14,21 |
| **urge** 15:11 16:7 | **young** 4:24 |
| 21:9 | |
| **use** 14:1 | |
| **v** | |
| **veritext** 24:20 | |
| **view** 7:17,20 | |
| **voice** 6:7 | |
| **w** | |
| **w** 3:20 | |
| **walk** 8:24 9:22 | |
| **walker** 1:25 | |
| **wander** 3:16 | |
| 14:25,25 15:4,22 | |
| 15:22 16:2,25,25 | |
| 17:3,3,9 18:5 | |
| **want** 6:10 8:12 | |
| 14:11 18:24 19:13 | |
| **we've** 7:8 12:5,5 | |
| 12:12 | |
| **weil** 3:3 6:16 8:23 | |
| 11:6 17:15 21:14 | |
| **white** 1:14 | |
| **willing** 12:18 | |
| **winners** 17:12 | |
| **work** 12:3 20:14 | |
| 20:16 21:17 | |
| **working** 16:19 | |
| **world** 15:6,12 | |
| 16:16 17:16,18 | |
| 18:3,15 19:3,24 | |
| 20:7,10,16,24 | |
| 21:2,5,10 | |