# EXHIBIT 2




| Total amount due | $15,154.48 |
|---|---|
| Please pay by | June 3, 2019 |

# Your energy bill

**Bill date:** May 17, 2019
**For the period:** April 12, 2019 to May 13, 2019

## Message Center

This bill reflects a BPU approved change, effective May 1, 2019, to the Delivery portion of your electric bill due to a change in the Solar Pilot Recovery Charge. The increase for business customers will vary by individual customer usage. Tariff information may also be found by visiting pseg.com.

This bill reflects a change to the Delivery portion of your electric bill, effective April 18, 2019. This change is the result of a BPU approved Zero Emission Certificate Recovery Charge. The increase for business customers will vary by individual customer usage. Tariff information may also be found by visiting pseg.com.

Attention customers with WorryFree Protection Plans: On June 6, 2019, protection plan monthly charges will change, resulting in an additional $0.50 to $2.00 per plan, per month. The change will be effective with your plan renewal date in the coming year.

**NEXT METER READING** June 12, 2019

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri, Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**

**ACCOUNT NUMBER**
[redacted]18 02



**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | | |
|---|---|---|
| | PSE&G balance from last bill | $14,360.96 |
| Less | Payment received May 2, 2019 - *thank you!* | -$14,360.96 |
| | **Balance remaining from your last bill** | **$0.00** |

### This month's charges and credits

| | | |
|---|---|---|
| | Gas charges - PSE&G for 1 meter | $190.11 |
| Plus | Electric charges - PSE&G for 1 meter | $2,572.41 |
| Plus | Electric supply charges - ENGIE Resources LLC | $12,391.96 |
| | **This month's charges and credits** | **$15,154.48** |

Total amount due by Jun 3, 2019 $15,154.48



PSEG
We make things work for you.

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

| | |
|---|---|
| Account number | [redacted]1802 |
| Total amount due by Jun 3, 2019 | $15,154.48 |
| **Amount enclosed** | |

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444



**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]1802**
Invoice Number: 601605834291

## Message Center (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

**Be aware of scammers.** If you receive a phone call from someone demanding immediate bill payment with a prepaid card, it is a scam. PSE&G never requires payment with a prepaid card. When in doubt, hang up and call the number on your bill: 1-800-436-7734. For more information, visit pseg.com/scamalert.

**Online is easy.** For your convenience, you can access your account and other important information online. Visit pseg.com/myaccount, where you can pay your bill, schedule service appointments, report power outages, and more.

**The energy industry is undergoing a revolution.** To learn more about PSE&G's historic Clean Energy Future proposal, including new initiatives for energy efficiency, electric vehicles, energy storage and smart meter technology, visit pseg.com/poweringprogress.

**For your safety and ours, please slow down and respect traffic cones when you see work being done on the roads.** Be patient and careful, and follow the traffic control warnings around job sites.

**In early May, small businesses throughout the country celebrate National Small Business Week.** In honor of this week, PSE&G would like to thank you for your business, and recognize the critical contributions of New Jersey's small business owners who work hard every day.

**At PSE&G, we are committed to supporting your business needs.** That's why we created a dedicated, toll-free phone number to address your energy questions and concerns. PSE&G's Business Solutions Center is available Monday-Friday, 7:00 a.m. – 5:30 p.m. at 1-855-249-7734 (1-855-BIZ-PSEG).

### Don't miss your meter reading

If you'll be away on your meter reading day, log in to *MyAccount* at pseg.com or call 1-800-622-0197 before your scheduled date, to submit your reading.

### Electric & Gas Rate Information

For news about PSE&G's rate filing and upcoming public hearings visit www.pseg.com/pseandgfilings. Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.

IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**Online or phone**
Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:**
pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Automatic bill pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount

**Credit card**
Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273

**In person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at**
pseg.com/csc

**By mail**
Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]1802**
Invoice Number: 601605834291



# Details of your gas charges

Your rate: *Large Volume Gas (LVG)*

| *Meter # 4239367* | *Usage* |
|---|---|
| Actual reading May 13, 2019 | 14279 |
| *Less* Actual reading Apr 11, 2019 | 14194 |
| **Difference** | **85** |
| Converted to CCF x 1.034 | 87.882 |
| Converted to therms x 1.039 | 91.309 |
| **Total gas you used in 32 days** | **91.309 therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $137.29 |
| Charges for delivering gas to you: | 91.309 therms x $0.012266 | $1.12 |
| Societal Benefits | 91.309 therms x $0.047312 | $4.32 |

*This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.*

**Total gas delivery charges** **$142.73**

## Supply charges

| | | |
|---|---|---|
| Cost of gas supplied by PSE&G: | 91.309 therms x $0.518897 | $47.38 |
| **Total gas supply charges** | | **$47.38** |

**Total gas charges** **$190.11**

## Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is: [redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number:[redacted]1802**
Invoice Number: 601605834291

## Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| *Meter # 9213410* | | *Usage* | |
|---|---|---|---|
| Reading May 13, 2019 | | | |
| On-Peak Actual | | 25337 | |
| Reading Apr 12, 2019 | | | |
| Less On-Peak Actual | | 25081 | |
| Multiplier | | 300 | |
| Total On kWh | | 43,530 | |
| Total Off kWh | | 33,252 | |
| **Total kWh** | | **76,782** | |

### Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $370.81 |
| Charges for delivering electric to you: | | |
| Annual Demand | 339.400 kW x $3.748497 | $1,272.24 |
| *The highest Measured Demand in any time period in the current month.* | | |
| kWh - On-peak | | |
| For the first | 6,515 kWh x $0.000916 | $5.97 |
| For the next | 18,033 kWh x $0.005181 | $93.43 |
| For the next | 18,982 kWh x $0.005220 | $99.09 |
| kWh - Off-peak | | |
| For the first | 6,770 kWh x $0.000916 | $6.20 |
| For the next | 12,403 kWh x $0.005181 | $64.26 |
| For the next | 14,079 kWh x $0.005220 | $73.49 |
| Societal Benefits | 76,782 kWh x $0.007644 | $586.92 |
| **Total electric delivery charges** | | **$2,572.41** |

**Total electric charges** **$2,572.41**

### Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

**MEASURED DEMAND**

| | |
|---|---|
| On-Peak kW | 339.40 |
| Off-Peak2 kW | 294.80 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

**BILLED DEMAND**

| | |
|---|---|
| Annual Demand kW | 339.40 |

**SUPPLY CAPACITY**

| | |
|---|---|
| Generation kW | 617.095 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $12,616.42. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is:[redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# Electric supply charges - ENGIE Resources LLC

Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $12,391.96 |

**Total ENGIE Resources LLC Charges** **$12,391.96**

Energy 76781 kWh at $0.030542 per kWh = $ 2345.03
375 kW @ $0.34973 /kW for 32 days = $ 4196.72
04/12-05/13 617.1 kW at $0.2334/kW for 32 days = $ 4609.04
04/12-05/13 76781.39 kWh @ $0.01616/kWh = $ 1241.17
Network Integration Transmission Charge
Unforced Capacity Charge
Ancillary Services Charge






**Total amount due** **$33,716.88**

See *shut-off notice* below for payment details




**Bill date:** June 18, 2019
**For the period:** May 14, 2019 to June 12, 2019

## Message Center

*** * SHUT-OFF NOTICE * ***
**1-800-357-2262 (Mon-Fri, 7:30 AM - 8:00 PM)**

Your bill is now past due. Payment of $15,154.48 must be received by 7/3/2019 or service may be shut off. A security deposit may be required if late payments continue. **A statement of customer rights and fees is shown on the reverse side.**

Si en el futuro usted desea recibir la notificación de desconexión de servicio en español, por favor llame al 1-800-357-2262.

**This bill reflects an increase in the Supply portion of your bill effective June 1, 2019.** The change in the supply portion of your bill is a result of the statewide supply auction that was approved by the BPU on February 7, 2019. Tariff information may also be found by visiting pseg.com.

**NEXT METER READING** July 12, 2019

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri, Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**

**ACCOUNT NUMBER**
[redacted]18 02



**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | |
|---|---|
| PSE&G balance from last bill | $15,154.48 |
| **Balance remaining from your last bill** | **$15,154.48** |

### This month's charges and credits

| | | |
|---|---|---|
| | Gas charges - PSE&G for 1 meter | $145.84 |
| *Plus* | Electric charges - PSE&G for 1 meter | $5,943.50 |
| *Plus* | Electric supply charges - ENGIE Resources LLC | $12,473.06 |
| | **This month's charges and credits** | **$18,562.40** |

**Total amount due by Jul 3, 2019** **$33,716.88**





**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

| | |
|---|---|
| Account number | [redacted]1802 |
| Total amount due | $33,716.88 |

See *shut-off notice* above for amount that must be paid to avoid shut-off.

**Amount enclosed**

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

[redacted]1802 [redacted] [redacted]

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
Your account number: [redacted]1802
Invoice Number: 601105973288

# STATEMENT OF CUSTOMER'S RIGHTS

If you have any billing or service questions, you should first call PSE&G at **1-800-436-7734** between 7am and 8pm, Monday through Friday, or between 7am and 5pm on Saturdays or visit one of our customer service centers. You may have counsel or third party representation when appearing before PSE&G to contest a bona fide disputed charge.

If you are not able to make a payment, we may be able to help you by setting up a reasonable payment arrangement. You can discuss your options by visiting one of our customer service centers, or by calling our credit and collection center at **1-800-357-2262** between 7:30am and 8pm, Monday through Friday.

If you are not able to resolve a dispute with us, you may contact the New Jersey Board of Public Utilities to ask them to help you resolve it. PSE&G operates under the authority of the Board.

The Board's address is:
44 South Clinton Avenue,
Trenton, NJ 08625
Phone: 1 609 341-9188,
Toll free 1 800 624-0241.

You may also ask for a formal hearing with the Board to discuss your dispute.

If you contact the Board within five days of trying to resolve your dispute with us, we will not shut off service to you because you haven't paid your bill. However, you must pay all other charges that you're not disputing.

### *If your service is shut off*

If we shut off your service because you fail to pay outstanding charges, we will charge a reconnection fee of $45.00 for each service when you do pay the amount you owe. We may not be able to restore your service on the date you make your payment. We may also require you to pay a security deposit.

You can avoid paying a security deposit and earning a poor credit rating with PSE&G by paying your bills by their due date. A fee of $30.00 will be charged if a visit is made to collect past due bills. A late payment fee may be charged for past due bills.



IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**Online or phone**
Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:**
pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Ask Alexa:** "Pay PSE&G"

**Automatic bill pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount

**Credit card**
Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273

**In person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at pseg.com/csc**

**By mail**
Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 601105973288



## Details of your gas charges

Your rate: *Large Volume Gas (LVG)*

| *Meter # 4239367* | *Usage* | |
|---|---|---|
| Actual reading Jun 12, 2019 | 14293 | |
| *Less* Actual reading May 13, 2019 | 14279 | |
| **Difference** | **14** | |
| Converted to CCF x 1.034 | 14.475 | |
| Converted to therms x 1.035 | 14.981 | |
| **Total gas you used in 30 days** | **14.981** | **therms** |

### Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $137.29 |
| Charges for delivering gas to you: | 14.981 therms x $0.012015 | $0.18 |
| Societal Benefits | 14.981 therms x $0.047393 | $0.71 |

*This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.*

| | |
|---|---|
| **Total gas delivery charges** | **$138.18** |

### Supply charges

| | | |
|---|---|---|
| Cost of gas supplied by PSE&G: | 14.981 therms x $0.511314 | $7.66 |
| **Total gas supply charges** | | **$7.66** |

| | |
|---|---|
| **Total gas charges** | **$145.84** |

### Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is:** [redacted]**7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
Your account number: [redacted]1802
Invoice Number: 601105973288

# Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| *Meter # 9213410* | *Usage* |
|---|---|
| Reading Jun 12, 2019 | |
| On-Peak Actual | 25713 |
| Reading May 14, 2019 | |
| *Less* On-Peak Actual | 25337 |
| Multiplier | 300 |
| Total On kWh | 71,917 |
| Total Off kWh | 40,883 |
| **Total kWh** | **112,800** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $370.81 |
| Charges for delivering electric to you: | | |
| Annual Demand<br>*The highest Measured Demand in any time period in the current month.* | 325.400 kW x $3.748494 | $1,219.76 |
| Summer Demand<br>*The Measured Demand (excluding off-peak) in each billing month of June through September.* | 325.400 kW x $8.917886 | $2,901.88 |
| kWh - On-peak<br>*Energy consumed between 7am-9pm, Monday to Friday.* | 71,917 kWh x $0.005220 | $375.40 |
| kWh - Off-peak<br>*Energy consumed outside peak hours.* | 40,883 kWh x $0.005220 | $213.41 |
| Societal Benefits | 112,800 kWh x $0.007644 | $862.24 |
| **Total electric delivery charges** | | **$5,943.50** |

**Total electric charges** **$5,943.50**

## Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

## MEASURED DEMAND

| | |
|---|---|
| On-Peak kW | 325.40 |
| Off-Peak2 kW | 318.90 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

## BILLED DEMAND

| | |
|---|---|
| Annual Demand kW | 325.40 |
| Summer Demand kW | 325.40 |

## SUPPLY CAPACITY

| | |
|---|---|
| Generation kW | 426.497 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $12,998.06. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is: [redacted]47716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# Electric supply charges - ENGIE Resources LLC

Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $12,473.06 |

**Total ENGIE Resources LLC Charges $12,473.06**

**PSE&G**
*We make things work for you.*

**Shut-off notice**
**Total amount due** **$53,417.15**
See *shut-off notice* below for payment details

# Your energy bill

**Bill date:** July 18, 2019
**For the period:** June 13, 2019 to July 15, 2019

## Message Center

*** * SHUT-OFF NOTICE * ***
**1-800-357-2262 (Mon-Fri, 7:30 AM - 8:00 PM)**

Your service is currently in danger of being shut off. $15,154.48 is due immediately. Note further that an additional $18,562.40 is now past due and must be paid by 8/2/2019 or $33,716.88 will be required to avoid shut off. A security deposit may be required if late payments continue. **A statement of customer rights and fees is shown on the reverse side.**

Si en el futuro usted desea recibir la notificación de desconexión de servicio en español, por favor llame al 1-800-357-2262.

*New!* Now you can report a power outage and check the status of your outage with an Amazon Alexa device or the Alexa app! You can also check your balance, pay your bill, and enroll in Paperless Billing. To learn more, go to pseg.com/alexa.

**NEXT METER READING** August 12, 2019

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri,
Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**

**ACCOUNT NUMBER**
[redacted]18 02

**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | | |
|---|---|---|
| | PSE&G balance from last bill | $33,716.88 |
| | **Balance remaining from your last bill** | **$33,716.88** |

### This month's charges and credits

| | | |
|---|---|---|
| | Late payment charge | $214.59 |
| Plus | Gas charges - PSE&G for 1 meter | $140.24 |
| Plus | Electric charges - PSE&G for 1 meter | $7,271.11 |
| Plus | Electric supply charges - ENGIE Resources LLC | $12,074.33 |
| | **This month's charges and credits** | **$19,700.27** |

**Total amount due by Aug 2, 2019** **$53,417.15**

**PSE&G**
*We make things work for you.*

**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

Account number [redacted]1802
Total amount due $53,417.15
See *shut-off notice* above for amount that must be paid to avoid shut-off.

**Amount enclosed**

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

[redacted]1802 [redacted] [redacted]

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
Your account number: [redacted]1802
Invoice Number: 601605940582

# STATEMENT OF CUSTOMER'S RIGHTS

If you have any billing or service questions, you should first call PSE&G at **1-800-436-7734** between 7am and 8pm, Monday through Friday, or between 7am and 5pm on Saturdays or visit one of our customer service centers. You may have counsel or third party representation when appearing before PSE&G to contest a bona fide disputed charge.

If you are not able to make a payment, we may be able to help you by setting up a reasonable payment arrangement. You can discuss your options by visiting one of our customer service centers, or by calling our credit and collection center at **1-800-357-2262** between 7:30am and 8pm, Monday through Friday.

If you are not able to resolve a dispute with us, you may contact the New Jersey Board of Public Utilities to ask them to help you resolve it. PSE&G operates under the authority of the Board.

The Board's address is:
44 South Clinton Avenue,
Trenton, NJ 08625
Phone: 1 609 341-9188,
Toll free 1 800 624-0241.

You may also ask for a formal hearing with the Board to discuss your dispute.

If you contact the Board within five days of trying to resolve your dispute with us, we will not shut off service to you because you haven't paid your bill. However, you must pay all other charges that you're not disputing.

### *If your service is shut off*

If we shut off your service because you fail to pay outstanding charges, we will charge a reconnection fee of $45.00 for each service when you do pay the amount you owe. We may not be able to restore your service on the date you make your payment. We may also require you to pay a security deposit.

You can avoid paying a security deposit and earning a poor credit rating with PSE&G by paying your bills by their due date. A fee of $30.00 will be charged if a visit is made to collect past due bills. A late payment fee may be charged for past due bills.



IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**Online or phone**
Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:**
pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Ask Alexa:** "Pay PSE&G"

**Automatic bill pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount

**Credit card**
Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273

**In person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at pseg.com/csc**

**By mail**
Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number:** [redacted]1802
Invoice Number: 601605940582



# Details of your gas charges

Your rate: Large Volume Gas (LVG)

| *Meter # 4239367* | *Usage* | |
|---|---|---|
| Estimated reading Jul 15, 2019 | 14298 | |
| *Less* Actual reading Jun 12, 2019 | 14293 | |
| **Difference** | **5** | |
| Converted to CCF x 1.034 | 5.170 | |
| Converted to therms x 1.032 | 5.335 | |
| **Total gas you used in 33 days** | **5.335** | **therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $137.29 |
| Charges for delivering gas to you: | 5.335 therms x $0.013121 | $0.07 |
| Societal Benefits | 5.335 therms x $0.044986 | $0.24 |

*This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.*

**Total gas delivery charges** **$137.60**

## Supply charges

| | | |
|---|---|---|
| Cost of gas supplied by PSE&G: | 5.335 therms x $0.494845 | $2.64 |

**Total gas supply charges** **$2.64**

**Total gas charges** **$140.24**

## Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is:** [redacted]**7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 601605940582

# Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| ***Meter # 9213410*** | ***Usage*** |
|---|---|
| Reading Jul 12, 2019 | |
| On-Peak Actual | 26139 |
| Reading Jun 13, 2019 | |
| Less On-Peak Actual | 25713 |
| Multiplier | 300 |
| Total On kWh | 84,597 |
| Total Off kWh | 43,190 |
| **Total kWh** | **127,787** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $370.81 |
| Charges for delivering electric to you: | | |
| Annual Demand<br>*The highest Measured Demand in any time period in the current month.* | 414.200 kW x $3.748503 | $1,552.63 |
| Summer Demand<br>*The Measured Demand (excluding off-peak) in each billing month of June through September.* | 414.200 kW x $8.917914 | $3,693.80 |
| kWh - On-peak | | |
| For the first | 43,221 kWh x $0.005220 | $225.61 |
| For the next | 41,376 kWh x $0.005398 | $223.35 |
| kWh - Off-peak | | |
| For the first | 28,221 kWh x $0.005220 | $147.31 |
| For the next | 14,969 kWh x $0.005398 | $80.80 |
| Societal Benefits | 127,787 kWh x $0.007644 | $976.80 |
| **Total electric delivery charges** | | **$7,271.11** |

## Total electric charges $7,271.11

## Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

**MEASURED DEMAND**

| | |
|---|---|
| On-Peak kW | 414.20 |
| Off-Peak2 kW | 403.10 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

**BILLED DEMAND**

| | |
|---|---|
| Annual Demand kW | 414.20 |
| Summer Demand kW | 414.20 |

**SUPPLY CAPACITY**

| | |
|---|---|
| Generation kW | 426.497 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $12,137.51. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is:** [redacted]**7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# Electric supply charges - ENGIE Resources LLC

Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $12,074.33 |

**Total ENGIE Resources LLC Charges $12,074.33**



**PSEG**
*We make things work for you.*

**Shut-off notice**
**Total amount due** **$76,032.08**
See *shut-off notice* below for payment details

# Your energy bill

**Bill date:** August 16, 2019
**For the period:** July 13, 2019 to August 12, 2019

## Message Center

*** * SHUT-OFF NOTICE * ***
**1-800-357-2262 (Mon-Fri, 7:30 AM - 8:00 PM)**

Your service is currently in danger of being shut off. $33,716.88 is due immediately. Note further that an additional $19,700.27 is now past due and must be paid by 9/3/2019 or $53,417.15 will be required to avoid shut off. A security deposit may be required if late payments continue. **A statement of customer rights and fees is shown on the reverse side.**

Si en el futuro usted desea recibir la notificación de desconexión de servicio en español, por favor llame al 1-800-357-2262.

**Summer storms can bring the potential for power outages.** If there is loss of power, be prepared and safe: keep refrigerator and freezer doors closed, use caution with candles, and turn off lights and appliances to avoid overloading circuits once power is restored.

**NEXT METER READING** September 11, 2019

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri, Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**

**ACCOUNT NUMBER**
18 02



**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | |
|---|---|
| PSE&G balance from last bill | $53,417.15 |
| **Balance remaining from your last bill** | **$53,417.15** |

### This month's charges and credits

| | | |
|---|---|---|
| | Late payment charge | $262.85 |
| Plus | Gas charges - PSE&G for 1 meter | $137.29 |
| Plus | Electric charges - PSE&G for 1 meter | $7,863.58 |
| Plus | Electric supply charges - ENGIE Resources LLC | $14,351.21 |
| | **This month's charges and credits** | **$22,614.93** |

**Total amount due by Sep 3, 2019** **$76,032.08**





**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

Account number 1802
Total amount due $76,032.08
See *shut-off notice* above for amount that must be paid to avoid shut-off.

**Amount enclosed**

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444



**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]1802**
Invoice Number: 601605992623

# STATEMENT OF CUSTOMER'S RIGHTS

If you have any billing or service questions, you should first call PSE&G at **1-800-436-7734** between 7am and 8pm, Monday through Friday, or between 7am and 5pm on Saturdays or visit one of our customer service centers. You may have counsel or third party representation when appearing before PSE&G to contest a bona fide disputed charge.

If you are not able to make a payment, we may be able to help you by setting up a reasonable payment arrangement. You can discuss your options by visiting one of our customer service centers, or by calling our credit and collection center at **1-800-357-2262** between 7:30am and 8pm, Monday through Friday.

If you are not able to resolve a dispute with us, you may contact the New Jersey Board of Public Utilities to ask them to help you resolve it. PSE&G operates under the authority of the Board.

The Board's address is:
44 South Clinton Avenue,
Trenton, NJ 08625
Phone: 1 609 341-9188,
Toll free 1 800 624-0241.

You may also ask for a formal hearing with the Board to discuss your dispute.

If you contact the Board within five days of trying to resolve your dispute with us, we will not shut off service to you because you haven't paid your bill. However, you must pay all other charges that you're not disputing.

### *If your service is shut off*

If we shut off your service because you fail to pay outstanding charges, we will charge a reconnection fee of $45.00 for each service when you do pay the amount you owe. We may not be able to restore your service on the date you make your payment. We may also require you to pay a security deposit.

You can avoid paying a security deposit and earning a poor credit rating with PSE&G by paying your bills by their due date. A fee of $30.00 will be charged if a visit is made to collect past due bills. A late payment fee may be charged for past due bills.



IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**Online or phone**
Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:**
pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Ask Alexa:** "Pay PSE&G"

**Automatic bill pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount



**Credit card**
Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273



**In person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at pseg.com/csc**



**By mail**
Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number:[redacted]1802**
Invoice Number: 601605992623



## Details of your gas charges

Your rate: Large Volume Gas (LVG)

| *Meter # 4239367* | *Usage* | |
|---|---|---|
| Actual reading Aug 12, 2019 | 14298 | |
| *Less* Estimated reading Jul 15, 2019 | 14298 | |
| **Total gas you used in 28 days** | **0.000** | **therms** |

### Delivery charges

| | |
|---|---|
| Monthly service charge | $137.29 |
| **Total gas delivery charges** | **$137.29** |
| **Total gas charges** | **$137.29** |

### Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is:[redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number:[redacted]1802**
Invoice Number: 601605992623

# Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| *Meter # 9213410* | *Usage* |
|---|---|
| Reading Aug 12, 2019 | |
| On-Peak Actual | 26670 |
| Reading Jul 13, 2019 | |
| *Less* On-Peak Actual | 26139 |
| Multiplier | 300 |
| Total On kWh | 86,498 |
| Total Off kWh | 72,873 |
| **Total kWh** | **159,371** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $370.81 |
| Charges for delivering electric to you: | | |
| Annual Demand<br>*The highest Measured Demand in any time period in the current month.* | 426.300 kW x $3.748510 | $1,597.99 |
| Summer Demand<br>*The Measured Demand (excluding off-peak) in each billing month of June through September.* | 426.300 kW x $8.917898 | $3,801.70 |
| kWh - On-peak<br>*Energy consumed between 7am-9pm, Monday to Friday.* | 86,498 kWh x $0.005495 | $475.31 |
| kWh - Off-peak | | |
| For the first | 9,211 kWh x $0.005398 | $49.72 |
| For the next | 63,662 kWh x $0.005495 | $349.82 |
| Societal Benefits<br>*This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.* | 159,371 kWh x $0.007644 | $1,218.23 |
| **Total electric delivery charges** | | **$7,863.58** |

**Total electric charges** **$7,863.58**

## Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

**MEASURED DEMAND**

| | |
|---|---|
| On-Peak kW | 426.30 |
| Off-Peak2 kW | 404.20 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

**BILLED DEMAND**

| | |
|---|---|
| Annual Demand kW | 426.30 |
| Summer Demand kW | 426.30 |

**SUPPLY CAPACITY**

| | |
|---|---|
| Generation kW | 426.497 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $13,996.55. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is:[redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]802**
Invoice Number: 601605992623

# Electric supply charges - ENGIE Resources LLC

**Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.**

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $14,351.21 |

**Total ENGIE Resources LLC Charges $14,351.21**

**PSE&G**
*We make things work for you.*

## Shut-off notice
**Total amount due** **$96,150.53**
See ***shut-off notice*** below for payment details

# Your energy bill

**Bill date:** September 17, 2019
**For the period:** August 13, 2019 to September 12, 2019

## Message Center

*** * SHUT-OFF NOTICE * ***
**1-800-357-2262 (Mon-Fri, 7:30 AM - 8:00 PM)**

Your service is currently in danger of being shut off. $53,417.15 is due immediately. Note further that an additional $22,614.93 is now past due and must be paid by 10/2/2019 or $76,032.08 will be required to avoid shut off. A security deposit may be required if late payments continue. **A statement of customer rights and fees is shown on the reverse side.**

Si en el futuro usted desea recibir la notificación de desconexión de servicio en español, por favor llame al 1-800-357-2262.

**Stay connected during hurricane season!** Sign up for MyAlerts to report power outages via text message, as well as receive outage updates by text and email. For more information, visit pseg.com/myalerts.

**NEXT METER READING** October 10, 2019

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri, Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734) > Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**

**ACCOUNT NUMBER**
[redacted]18 02

**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | |
|---|---|
| PSE&G balance from last bill | $76,032.08 |
| **Balance remaining from your last bill** | **$76,032.08** |

### This month's charges and credits

| | |
|---|---|
| Late payment charge | $278.96 |
| *Plus* Gas charges - PSE&G for 1 meter | $139.54 |
| *Plus* Electric charges - PSE&G for 1 meter | $7,522.41 |
| *Plus* Electric supply charges - ENGIE Resources LLC | $12,177.54 |
| **This month's charges and credits** | **$20,118.45** |

**Total amount due by Oct 2, 2019** **$96,150.53**





**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

Account number [redacted]1802
Total amount due $96,150.53
See *shut-off notice* above for amount that must be paid to avoid shut-off.

**Amount enclosed**

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444



SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 600806170682

# STATEMENT OF CUSTOMER'S RIGHTS

If you have any billing or service questions, you should first call PSE&G at **1-800-436-7734** between 7am and 8pm, Monday through Friday, or between 7am and 5pm on Saturdays or visit one of our customer service centers. You may have counsel or third party representation when appearing before PSE&G to contest a bona fide disputed charge.

If you are not able to make a payment, we may be able to help you by setting up a reasonable payment arrangement. You can discuss your options by visiting one of our customer service centers, or by calling our credit and collection center at **1-800-357-2262** between 7:30am and 8pm, Monday through Friday.

If you are not able to resolve a dispute with us, you may contact the New Jersey Board of Public Utilities to ask them to help you resolve it. PSE&G operates under the authority of the Board.

The Board's address is:
44 South Clinton Avenue,
Trenton, NJ 08625
Phone: 1 609 341-9188,
Toll free 1 800 624-0241.

You may also ask for a formal hearing with the Board to discuss your dispute.

If you contact the Board within five days of trying to resolve your dispute with us, we will not shut off service to you because you haven't paid your bill. However, you must pay all other charges that you're not disputing.

### *If your service is shut off*

If we shut off your service because you fail to pay outstanding charges, we will charge a reconnection fee of $45.00 for each service when you do pay the amount you owe. We may not be able to restore your service on the date you make your payment. We may also require you to pay a security deposit.

You can avoid paying a security deposit and earning a poor credit rating with PSE&G by paying your bills by their due date. A fee of $30.00 will be charged if a visit is made to collect past due bills. A late payment fee may be charged for past due bills.



IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

**Online or phone**
Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:**
pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Ask Alexa:** "Pay PSE&G"

**Automatic bill pay**
Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount

**Credit card**
Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273

**In person**
Payments are accepted at any customer service center or authorized location.

**Locations can be found at pseg.com/csc**

**By mail**
Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless**

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]1802**
Invoice Number: 600806170682



# Details of your gas charges

Your rate: Large Volume Gas (LVG)

| *Meter # 4239367* | *Usage* | |
|---|---|---|
| Actual reading Sep 12, 2019 | 14302 | |
| *Less* Actual reading Aug 12, 2019 | 14298 | |
| **Difference** | **4** | |
| Converted to CCF x 1.034 | 4.136 | |
| Converted to therms x 1.031 | 4.264 | |
| **Total gas you used in 31 days** | **4.264** | **therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $137.29 |
| Charges for delivering gas to you: | | |
| | 4.264 therms x $0.011726 | $0.05 |
| Societal Benefits | 4.264 therms x $0.044559 | $0.19 |
| *This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.* | | |
| **Total gas delivery charges** | | **$137.53** |

## Supply charges

| | | |
|---|---|---|
| Cost of gas supplied by PSE&G: | | |
| | 4.264 therms x $0.471388 | $2.01 |
| **Total gas supply charges** | | **$2.01** |
| **Total gas charges** | | **$139.54** |

## Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is: [redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 600806170682

# Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| *Meter # 9213410* | *Usage* |
|---|---|
| Reading Sep 11, 2019 | |
| On-Peak Actual | 27098 |
| Reading Aug 13, 2019 | |
| *Less* On-Peak Actual | 26670 |
| Multiplier | 300 |
| Total On kWh | 83,963 |
| Total Off kWh | 44,569 |
| **Total kWh** | **128,532** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $370.81 |
| Charges for delivering electric to you: | | |
| Annual Demand<br>*The highest Measured Demand in any time period in the current month.* | 430.900 kW x $3.748503 | $1,615.23 |
| Summer Demand<br>*The Measured Demand (excluding off-peak) in each billing month of June through September.* | 430.900 kW x $8.917893 | $3,842.72 |
| kWh - On-peak<br>*Energy consumed between 7am-9pm, Monday to Friday.* | 83,963 kWh x $0.005495 | $461.38 |
| kWh - Off-peak<br>*Energy consumed outside peak hours.* | 44,569 kWh x $0.005495 | $244.91 |
| Societal Benefits | 128,532 kWh x $0.007682 | $987.36 |
| **Total electric delivery charges** | | **$7,522.41** |

**Total electric charges** $7,522.41

## Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

### MEASURED DEMAND

| | |
|---|---|
| On-Peak kW | 430.90 |
| Off-Peak2 kW | 401.50 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

### BILLED DEMAND

| | |
|---|---|
| Annual Demand kW | 430.90 |
| Summer Demand kW | 430.90 |

### SUPPLY CAPACITY

| | |
|---|---|
| Generation kW | 426.497 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $12,629.41. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is:** [redacted]7716 – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# Electric supply charges - ENGIE Resources LLC

Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $12,177.54 |

**Total ENGIE Resources LLC Charges $12,177.54**

PSEG
*We make things work for you.*

**Total amount due** **$106,303.45**
**Please pay by** **October 22, 2019**

# Your final bill

**Bill date:** October 07, 2019
**For the period:** September 12, 2019 to September 30, 2019

## Message Center

**This bill reflects BPU-approved changes, effective September 1, 2019, in the Delivery and Supply portions of your bill.** These changes are due to an increase in a component of the Societal Benefits Charge, along with an increase in transmission charges if you receive PSE&G's Basic Generation Service (BGS). PSE&G's BGS is provided to customers who do not have a Third Party Supplier. The increase for business customers will vary by individual customer usage. Tariff information may be found by visiting pseg.com.

**This bill reflects a BPU-approved change, effective September 1, 2019, in the Delivery portion of your gas bill.** This change is due to an increase in a component of the Societal Benefits Charge. The increase for business customers will vary by individual customer usage. Tariff information may be found by visiting pseg.com.

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**



**ACCOUNT NUMBER**
[redacted]18 02

**SERVICE ADDRESS**
WILLOWBROOK MALL
WAYNE TWP NJ 07470-6994

## Your billing summary

### Balance remaining from your last bill

| | |
|---|---|
| PSE&G balance from last bill | $96,150.53 |
| **Balance remaining from your last bill** | **$96,150.53** |

### This month's charges and credits

| | | |
|---|---|---|
| | Late payment charge | $320.22 |
| Plus | Gas charges - PSE&G for 1 meter | $84.09 |
| Plus | Electric charges - PSE&G for 1 meter | $3,615.12 |
| Plus | Electric supply charges - ENGIE Resources LLC | $6,133.49 |
| | **This month's charges and credits** | **$10,152.92** |

**Total amount due by Oct 22, 2019** **$106,303.45**

## How to contact us

**1-855-BIZ-PSEG (249-7734)**
**Customer Service:** 7am to 5:30pm Mon to Fri, Closed on weekends and holidays
**Emergencies / Outages / WorryFree Services:** 24/7
**TTY for the hearing impaired:** 1-800-225-0072

**Visit pseg.com/myaccount** to access your account anytime

**Text us.** Register for MyAlerts by texting **REG** to 4PSEG(47734)
> Text **OUT** to report an outage.

facebook.com/pseg twitter.com/psegdelivers






**PAY YOUR WAY, 24/7**
We offer a variety of methods that make it easy to pay your bill. See reverse side for more information.

☐ By checking this box, I authorize PSE&G to initiate recurring ACH/Electronic Debits using the bank account number on the enclosed check.

☐ By checking this box, I authorize PSE&G to enroll me in paperless billing at this email address: ____________________

Account number [redacted]1802
Total amount due by Oct 22, 2019 $106,303.45

**Amount enclosed**

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
PO BOX 2440
SPOKANE WA 99210-2440

PSE&G CO
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

[redacted]1802 [redacted] [redacted]

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 602005983664

## Message Center (Continued from page 1)

Si desea recibir en español una notificación de desconexión del servicio, llame al **1-800-357-2262.**

**Be aware of scam activity.** Recently, scammers have spoofed one of PSE&G's phone numbers in an attempt to obtain personal information. If you receive a phone call from a PSE&G number asking you to schedule a meter reading, offering a bill reduction and/or asking for personal information, hang up and call us at the number provided on your bill or 800-436-PSEG (7734). To learn more about scams and how to protect yourself, visit pseg.com/scamalert.

**When you see our crews in the street installing new gas pipes, please pardon any inconvenience.** We're working hard to make sure our gas system is upgraded to safely and reliably provide you with heat and hot water now and in the future. For a list of towns and streets where the work is taking place, go to pseg.com/gaswork.

**Take back your desk - go paperless!** Sign up for Paperless Billing and instead of receiving a paper bill each month, you'll get a monthly email showing your bill amount and due date, with the ability to view or print your current and past bills. To sign up, log in to *My Account* at pseg.com, and select "Paperless Billing."

**Safety is our top priority.** We want to make sure you know what to do if you smell gas. Natural gas a distinctive odor that smells like rotten eggs. If you smell gas, act fast. Leave the area immediately. Call 911 or PSE&G at 800-880-PSEG. Do not assume somebody else has already called. For more information, visit pseg.com/smellgas.

**Stay connected during hurricane season!** Sign up for MyAlerts to report power outages via text message, as well as receive outage updates by text and email. For more information, visit pseg.com/myalerts.

**Call before you dig when starting a major project that involves digging.** Even if you think there is no underground equipment on your property, you must call the New Jersey One-Call Center at 1-800-272-1000 or 811 three business days before any work begins. It's the law.

**At PSE&G, we are committed to supporting your business needs.** That's why we created a dedicated, toll-free phone number to address your energy questions and concerns. PSE&G's Business Solutions Center is available Monday-Friday, 7:00 a.m. - 5:30 p.m. at 1-855-249-7734 (1-855-BIZ-PSEG).

### Don't miss your meter reading

If you'll be away on your meter reading day, log in to *MyAccount* at pseg.com or call 1-800-622-0197 before your scheduled date, to submit your reading.

### Electric & Gas Rate Information

For news about PSE&G's rate filing and upcoming public hearings visit www.pseg.com/pseandgfilings. Under applicable tax law, the State Sales and Use Tax and corporate business tax are imposed upon the energy you have used.



## IT'S **YOUR BILL.** HOW YOU PAY IS **YOUR CHOICE.**

### Online or phone

Make a payment anytime from a checking or savings account with *MyAccount* or our automated telephone services.

**Online:** pseg.com/myaccount

**Phone:** 1-800-553-7734
Mon-Fri 7am-8pm,
Sat 7am-5pm

**Pay by text:**
Text PAY to 4PSEG (47734)

**Ask Alexa:** "Pay PSE&G"

### Automatic bill pay

Automatic payments from your bank. Skip checks and stamps. Never worry about due dates.

**Enroll at:**
pseg.com/myaccount

### Credit card

Pay your bill with a credit card online or by phone (fee applies).

**Online:**
pseg.com/myaccount

**Phone:**
1-888-575-6273

### In person

Payments are accepted at any customer service center or authorized location.

**Locations can be found at pseg.com/csc**

### By mail

Make your check payable to PSE&G and write your account number on your check. Do not fold your check and do not attach it to the payment slip with a staple, paper clip or tape.

**When you pay by check, you authorize PSE&G to make a one-time electronic fund transfer from your account, in the amount of your check. If you prefer not to authorize us, call 1-800-436-PSEG.**

**GO PAPERLESS!** To sign up visit **pseg.com/paperless** 

**SEARS ROEBUCK & CO.**
**C/O ADVANTAGE IQ-MS 1624**
**Your account number: [redacted]1802**
Invoice Number: 602005983664



# Details of your gas charges

Your rate: Large Volume Gas (LVG)

| *Meter # 4239367* | *Usage* | |
|---|---|---|
| Estimated reading Sep 30, 2019 | 14305 | |
| *Less* Actual reading Sep 12, 2019 | 14302 | |
| **Difference** | **3** | |
| Converted to CCF x 1.034 | 3.102 | |
| Converted to therms x 1.032 | 3.201 | |
| **Total gas you used in 18 days** | **3.201** | **therms** |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $82.37 |
| Charges for delivering gas to you: | 3.201 therms x $0.012496 | $0.04 |
| Societal Benefits | 3.201 therms x $0.046860 | $0.15 |

*This charge recovers the cost of government mandated programs designed to achieve public policy goals, such as energy conservation.*

| | |
|---|---|
| **Total gas delivery charges** | **$82.56** |

## Supply charges

| | | |
|---|---|---|
| Cost of gas supplied by PSE&G: | 3.201 therms x $0.477976 | $1.53 |
| **Total gas supply charges** | | **$1.53** |
| **Total gas charges** | | **$84.09** |

## Your monthly gas use




Visit MyAccount for more details regarding your energy usage.

## Price to compare

A history of PSE&G's monthly Basic Gas Supply Service (BGSS) prices are located on our website at www.pseg.com.

**Your PoD ID is: [redacted]7716** – Your PoD ID is your Point of Delivery identification within PSE&G's system.

SEARS ROEBUCK & CO.
C/O ADVANTAGE IQ-MS 1624
**Your account number:** [redacted]1802
Invoice Number: 602005983664

# Details of your electric charges

Your rate: *Large Power & Lighting Secondary (LPLS)*

| *Meter # 9213410* | *Usage* | |
|---|---|---|
| Reading Sep 30, 2019 | | |
| On-Peak Actual | 27287 | |
| Reading Sep 12, 2019 | | |
| *Less* On-Peak Actual | 27098 | |
| Multiplier | 300 | |
| Total On kWh | 33,307 | |
| Total Off kWh | 23,328 | |
| **Total kWh** | **56,635** | |

## Delivery charges

| | | |
|---|---|---|
| Monthly service charge | | $234.85 |
| Charges for delivering electric to you: | | |
| Annual Demand<br>*The highest Measured Demand in any time period in the current month.* | 327.800 kW x $2.374039 | $778.21 |
| Summer Demand<br>*The Measured Demand (excluding off-peak) in each billing month of June through September.* | 327.800 kW x $5.648017 | $1,851.42 |
| kWh - On-peak<br>*Energy consumed between 7am-9pm, Monday to Friday.* | 33,307 kWh x $0.005495 | $183.02 |
| kWh - Off-peak<br>*Energy consumed outside peak hours.* | 23,328 kWh x $0.005495 | $128.19 |
| Societal Benefits | 56,635 kWh x $0.007759 | $439.43 |
| **Total electric delivery charges** | | **$3,615.12** |

**Total electric charges** **$3,615.12**

## Your monthly electric use




Visit MyAccount for more details regarding your energy usage.

### MEASURED DEMAND

| | |
|---|---|
| On-Peak kW | 327.80 |
| Off-Peak2 kW | 285.90 |

Measured Demand is the maximum use of electricity at any time during a monthly time period, as measured by your meter.

### BILLED DEMAND

| | |
|---|---|
| Annual Demand kW | 327.80 |
| Summer Demand kW | 327.80 |

### SUPPLY CAPACITY

| | |
|---|---|
| Generation kW | 425.555 |
| Transmission kW | 374.996 |

Supply capacity is required to serve the system's annual peak usage. It represents your share of these facilities, in kilowatts (kW). It is calculated based on your peak usage from the previous summer. Supply capacity values are updated periodically throughout the year and are prorated based on your service period.

## Price to compare

You are currently buying your electricity from another supplier. If you had been purchasing your electric supply from PSE&G, your cost would be $6,982.56. This is your *price to compare*. It varies from month to month depending on your usage.

**Your PoD ID is:** [redacted]7716 – Your PoD ID is your Point of Delivery identification within PSE&G's system.

# Electric supply charges - ENGIE Resources LLC

Through the CHOICE Program, you have chosen to purchase electricity from ENGIE Resources LLC. If you have any questions about the electric supply charges below, please contact them directly at (866) 999-8374.

| | |
|---|---|
| Adjustments | $0.00 |
| Current charges | $6,133.49 |

**Total ENGIE Resources LLC Charges** **$6,133.49**