**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF PUBLIC SERVICE ELECTRIC AND GAS COMPANY AND DIRECTING PAYMENT THEREOF FROM ADEQUATE ASSURANCE ACCOUNT**

Upon consideration of the *Application of Public Service Electric and Gas Company* ("PSE&G") *for Allowance and Payment of Administrative Expenses or, in the Alternative, for Payment of Such Expenses by Transform Holdco, LLC* [Docket No. __] (the "Application"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated February 1, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that PSE&G's notice of the Application and opportunity for a hearing on the Application were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application and all responses thereto, if any, including all documents submitted therewith; and this Court having heard the statements of counsel presented with respect to the Application at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of

the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. Transform Holdco, LLC shall pay the sum of $106,303.45 to PSE&G within five (5) business days of the date of entry of this Order.

DATED:    White Plains, New York
_____, 2020

_____
Honorable Robert D. Drain
United States Bankruptcy Judge