**Hearing Date and Time: September 11, 2020 at 10:00 a.m.**
                         **Objection Deadline: September 4, 2020 at 4:00 p.m.**

Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
       mkwiatkowski@cullenllp.com

and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
       john@russelljohnsonlawfirm.com

*Co-Counsel for Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF HEARING ON APPLICATION OF PUBLIC SERVICE ELECTRIC AND GAS COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES OR, IN THE ALTERNATIVE, <u>FOR PAYMENT OF SUCH EXPENSES BY TRANSFORM HOLDCO, LLC</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the *Application of Public Service Electric and Gas Company* ("PSE&G) *for Allowance and Payment of Administrative Expenses*

*or, in the Alternative for Payment of Such Expense by Transform Holdco, LLC* (the "Application"), filed by counsel, for the entry of an order either allowing an administrative expense claim in favor of PSE&G and requiring payment thereof from the adequate assurance account or, in the alternative, requiring payment of such expenses from the applicable Transform purchaser, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains New York 10601-4140 (the "Bankruptcy Court") on September 11, 2020 at 10:00 a.m. (Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-RM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 and the *Order Implementing Certain Notice and Case Management Procedures*, entered on October 17, 2018 (Docket No. 139), so as to be filed and received no later than **September 4, 2020 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Application, PSE&G may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the

2

Application, which order may be entered without further notice or opportunity to be heard.

Dated: Garden City, New York
      July 20, 2020

          CULLEN AND DYKMAN LLP

          By:      */s/ Michael Kwiatkowski*
          Thomas R. Slome
          Michael Kwiatkowski
          100 Quentin Roosevelt Boulevard
          Garden City, New York 11530
          Telephone: (516) 357-3700
          Facsimile: (516) 357-3792
          Email: tslome@cullenllp.com
                 mkwiatkowski@cullenllp.com

          and

          Russell R. Johnson III
          John M. Craig
          Law Firm of Russell R. Johnson III, PLC
          2258 Wheatlands Drive
          Manakin-Sabot, Virginia 23103
          Telephone: (804) 749-8861
          Email: russell@russelljohnsonlawfirm.com
                 john@russelljohnsonlawfirm.com

          *Co-Counsel for Public Service Electric and*
          *Gas Company*