Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 296-9165
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com,
      mkwiatkowski@cullenllp.com

    and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
      john@russelljohnsonlawfirm.com

*Co-Counsel for Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) **(Jointly Administered)** |
| | ) |

### CERTIFICATE OF SERVICE

    I, Michael Kwiatkowski, hereby certify that on July 20, 2020, I caused a true and correct copy of the *Application of Public Service Electric and Gas Company for Allowance and Payment of Administrative Expense or, in the Alternative, for Payment of Such Expenses by Transform Holdco, LLC* [ECF No. 8315] to be served via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) electronic mail (e-mail) upon the parties listed below at the email addresses indicated below.

    Richard C. Morrissey                              richard.morrissey@usdoj.gov
    Office of the United States Trustee
    for the Southern District of New York

1

| | |
|---|---|
| Garrett A. Fail | garrett.fail@weil.com |
| Alexander Lewitt | alexander.lewitt@weil.com |
| Angeline Hwang | angeline.hwang@weil.com |
| Philip Didinato | Philip.didonato@weil.com |
| Weil, Gotshal & Manges LLP | |
| | |
| Sean A. O'Neill | soneal@cgsh.com |
| Luke A. Barefoot | lbarefoot@cgsh.com |
| Joseph Lanzkron | jlanzkron@cgsh.com |
| Charles W. Allen | callen@cgsh.com |
| Hoori Kim | hokim@cgsh.com |
| Cleary Gottlieb Steen & Hamilton LLP | |
| | |
| R. Zachary Gelber | zgelber@gelbersantillo.com |
| Gelber & Santillo PLLC | |
| | |
| Robert L. LeHane | rlehane@kelleydrye.com |
| Maeghan J. McLoughlin | mmcloughlin@kelleydrye.com |
| Kelley Drye & Warren LLP | |
| | |
| Ira S. Dizengoff | idizengoff@akingump.com |
| Lacy Martin Lawrence | llawrence@akingump.com |
| Akin, Gump, Stauss, Hauer & Feld, LLP | |
| | |
| Ted A. Berkowitz | tberkowitz@moritthock.com |
| James P. Chou | jchou@moritthock.com |
| Moritt Hock & Hamroff LLP | |

                                                                                                        /s/ Michael Kwiatkowski  
                                                                                                               Michael Kwiatkowski