# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re: <u>Sears Holdings Corporation</u>                                                            Case No. <u>18-23538</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>Hi Tech Pharmaceuticals Co Inc</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Court Claim # (if known): 26261<br>**Ballot ID: <u>182353801014535</u>**<br>**Amount of Administrative Claims being Transferred: USD$10,536.00**<br>Date Claim Filed: 7/20/2020<br>Phone: (818) 907-6700<br>Last four digits of Acct.#: <u>N/A</u> |
| Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Name and Current Address of Transferor:<br><br>HI TECH PHARMACAL CO INC<br>C/O COMMERCIAL COLLECTION CONSULTANTS<br>16830 VENTURA BLVD., SUITE 620<br>ENCINO, CA 91436 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                                                            Date: <u>July 21, 2020</u>
Transferee/Transferee's Agent

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
       Southern District of New Yok
       Attention: Clerk


AND TO: Sears Holding Corporation, et al.  Case No. 18-23538
        (Jointly Administered under Sears Holding Corporation, et al.  Case No. 18-23538)


Claim# 26261
Ballot ID: 182353801014535


**Hi Tech Pharmaceuticals Co Inc**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross


its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $10.536.00** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 20th DAY OF July, 2020.


**ASSIGNOR: Hi Tech Pharmaceuticals Inc Co**

(Signature)

Sam Sukumar
(Print Name)

Executive Director, Finance Operations
(Title)


**ASSIGNEE: TRC MASTER FUND LLC**

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

Debtors' Notice of Second Distribution
Exhibit 2

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Non-Opt-Out De Minimis Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Second & Final Distribution Amount |
| 352 | HEALTHYPETS INC | 182353801015196 | $2,490.00 | $1,992.00 |
| 353 | HEARTLAND COCA COLA BOTTLING C | 182353801014192 | $4,743.27 | $3,794.62 |
| 354 | HEARTLAND FOOD PRODUCTS GROUP | 182353801015201 | $2,641.28 | $2,113.02 |
| 355 | HEININGER HOLDINGS LLC | 182353801015210 | $550.00 | $440.00 |
| 356 | HELLO DIRECT | 182353801043008 | $118.52 | $94.82 |
| 357 | HENKEL CONSUMER ADHESIVES | 182353801015222 | $11,271.24 | $9,016.99 |
| 358 | HERRON, BRAD | 182353801047315 | $107.56 | $86.05 |
| 359 | HEWLETT PACKARD COMPANY | 182353801040287 | $10,895.15 | $8,716.12 |
| 360 | HI TECH PHARMACEUTICALS INC | 182353801014535 | $10,536.00 | $8,428.80 |
| 361 | HIDEF LIFESTYLE | 182353801040293 | $6,938.68 | $5,550.94 |
| 362 | HILCO WHOLESALE SOLUTIONS LLC | 182353801014545 | $5,638.69 | $4,510.95 |
| 363 | HOBART RETAIL SALES | 182353801041816 | $3,514.37 | $2,811.50 |
| 364 | HOLMES CUSTOM MOLDING | 182353801015274 | $2,823.50 | $2,258.80 |
| 365 | HOMEGOODS MANIA LLC | 182353801015297 | $2,512.39 | $2,009.91 |
| 366 | HONEYTREE INC | 182353801041823 | $3,483.00 | $2,786.40 |
| 367 | HOPE CO INC | 182353801015310 | $2,907.00 | $2,325.60 |
| 368 | HOPWOOD ENTERPRISES INC | 182353801041824 | $2,800.00 | $2,240.00 |
| 369 | HOWARD B GALLAS | 182353801047316 | $252.94 | $202.35 |
| 370 | HUGUENOT LABORATORIES DIVISION OF O'LEARY ASSOCIATES, INC | 182353801041829 | $4,361.70 | $3,489.36 |
| 371 | HUNTER FAN COMPANY | 182353801014549 | $4,298.75 | $3,439.00 |
| 372 | HURST MECHANICAL | 182353801041834 | $6,243.12 | $4,994.50 |
| 373 | HUSKEY VAC OF KODAK | 182353801014553 | $2,640.00 | $2,112.00 |
| 374 | HY KO PRODUCTS COMPANY | 182353801014558 | $2,040.61 | $1,632.49 |
| 375 | HYBRIDCORE HOMES LP | 182353801047317 | $132.52 | $106.02 |
| 376 | HYPHEN SOLUTIONS LTD | 182353801041842 | $2,130.00 | $1,704.00 |
| 377 | IBERIA FOODS CORP | 182353801041846 | $6,016.01 | $4,812.81 |
| 378 | ICEE USA | 182353801041849 | $17,275.49 | $13,820.39 |

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| HI TECH PHARMACAL CO INC<br>C/O COMMERCIAL COLLECTION CONSULTANTS<br>16830 VENTURA BLVD., SUITE 620<br>ENCINO, CA 91436 | Sears Holdings Corporation<br>**Date Filed**<br>07/20/2020 | 26261<br>**Schedule Number**<br>n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $10,536.00 | | $10,536.00 | Asserted |
| Total | $0.00 | | $10,536.00 | | $10,536.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign