# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re:  <u>Sears Holdings Corporation</u>                           Case No. <u>18-23538</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>One Call Maintenance LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u><br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): 26262<br>**Ballot ID: <u>182353801040550</u>**<br>**<u>Amount of Administrative Claims being Transferred: USD$7,417.06</u>**<br>Date Claim Filed: 7/21/20<br>Phone: (303) 690-5777<br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>ONE CALL MAINTENANCE LLC<br>ELITE SNOW REMOVAL<br>P O BOX 1480<br>PARKER, CO 80134 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                              Date: <u>July 22, 2020</u>
Transferee/Transferee's Agent

## EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Southern District of New Yok
Attention: Clerk

AND TO: Sears Holding Corporation, et al. Case No. 18-23538
(Jointly Administered under Sears Holding Corporation, et al. Case No. 18-23538)

Claim# 26262
Ballot ID: 182353801040550

**One Call Maintenance LLC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its **Claim Allowed in the Amount of $7,417.06** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22 DAY OF July, 2020.

**ASSIGNOR: One Call Maintenance LLC**

_____
(Signature)

Nikki Hayes
(Print Name)

Operations Manager
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

18-23538-shl    Doc 8318    Filed 07/22/20    Entered 07/22/20 11:38:20    Main Document
18-23538-rdd    Doc 8293    Filed 07/14/20    Entered 07/14/20 14:25:30    Main Document
Pg 3 of 4
Pg 36 of 135

Debtors' Notice of Second Distribution
Exhibit 2

In re: Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

| | Non-Opt-Out De Minimis Claims | | | |
|---|---|---|---|---|
| Ref # | Creditor Name | Ballot ID | Settled Administrative Claim Amount | Second & Final Distribution Amount |
| 595 | NIFTY HOME PRODUCTS INC | 182353801019505 | $2,925.97 | $2,340.78 |
| 596 | NORCAL KENWORTH | 182353801047275 | $35.80 | $28.64 |
| 597 | NORMAN E MCLASH | 182353801047276 | $798.89 | $639.11 |
| 598 | NORRIS, DAVID J | 182353801018421 | $706.88 | $565.50 |
| 599 | NORTHERN BOTTLING COMPANY - PEPSI COLA OF MINOT | 182353801042022 | $2,999.35 | $2,399.48 |
| 600 | NORTHWESTERN SELECTA INC | 182353801042033 | $3,586.06 | $2,868.85 |
| 601 | NOURISON INDUSTRIES INC | 182353801019535 | $312.00 | $249.60 |
| 602 | NOVANT HEALTH REALTY HOLDINGS, LLC | 182353801013724 | $13,509.01 | $10,807.21 |
| 603 | NW SALES CONNECTION INC | 182353801019555 | $2,928.49 | $2,342.79 |
| 604 | NYBP INC | 182353801042038 | $5,106.36 | $4,085.09 |
| 605 | OAKS MALL, LLC | 182353801017711 | $7,500.00 | $6,000.00 |
| 606 | OBRC | 182353801042042 | $1,063.18 | $850.54 |
| 607 | OHIO DEPARTMENT OF COMMERCE | 182353801040537 | $65.75 | $52.60 |
| 608 | ONE CALL MAINTENANCE LLC | 182353801040550 | $7,417.06 | $5,933.65 |
| 609 | OPPOSUITS USA INC | 182353801019636 | $634.90 | $507.92 |
| 610 | OPSTECHNOLOGY INC | 182353801040559 | $15,032.19 | $12,025.75 |
| 611 | ORGILL BROTHERS & CO | 182353801019652 | $16,658.05 | $13,326.44 |
| 612 | ORLY INTERNATIONAL INC | 182353801019664 | $18,513.00 | $14,810.40 |
| 613 | OSE LLC DBA OLD DUTCH INTERNATIONAL | 182353801019670 | $2,563.95 | $2,051.16 |
| 614 | OUR ALCHEMY LLC | 182353801042611 | $13,618.97 | $10,895.18 |
| 615 | OUTDOOR EDGE CUTLERY CORPORATION | 182353801019677 | $5,268.64 | $4,214.91 |
| 616 | OUTDOOR FX INC | 182353801042615 | $4,819.76 | $3,855.81 |
| 617 | OVEN ARTS LLC BETTY | 182353801042617 | $1,618.20 | $1,294.56 |
| 618 | PACIFIC COAST PROPANE LLC | 182353801041325 | $82.95 | $66.36 |
| 619 | PACIFIC NW PROPERTIES LIMITED PARTNERSHIP | 182353801017766 | $1,795.79 | $1,436.63 |
| 620 | PARKE-DAVIS ASSOCIATES, INC. | 182353801047278 | $470.39 | $376.31 |
| 621 | PARLOR 430 | 182353801047279 | $315.84 | $252.67 |

→ (arrow marker pointing to row 608)

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| ONE CALL MAINTENANCE LLC<br>ELITE SNOW REMOVAL<br>P O BOX 1480<br>PARKER, CO 80134 | Sears Holdings Corporation | 26262 |
| | **Date Filed**<br>07/21/2020 | **Schedule Number**<br>n/a |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | | |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | $7,417.06 | | $7,417.06 | Asserted |
| Total | $0.00 | | $7,417.06 | | $7,417.06 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign