ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:    Peter Muthig
        Deputy County Attorney
        State Bar No. 018526
        MCAO Firm No. 00032000
        E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-1923

*Attorneys for Maricopa County Treasurer*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Sears Holdings Corporation, *et al.*,<br><br>Debtors. | Case No. 18-23538-RDD<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective immediately, the contact information for Peter Muthig, attorney for Maricopa County Treasurer, is as follows:

    Peter Muthig
    Maricopa County Attorney's Office
    Civil Services Division
    225 W. Madison Street
    Phoenix, Arizona 85003
    Email: Muthigk@mcao.maricopa.gov
    Telephone: (602) 506-1923
    Fax: (602) 506-4317

All future pleadings, notices, correspondence, and other papers should be served on the undersigned at the above address.

/ / /

**RESPECTFULLY SUBMITTED** this 22nd day of July, 2020.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

BY: */s/ Peter Muthig*
     PETER MUTHIG
     Deputy County Attorney
     *Attorney for Maricopa County Treasurer*

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing document was served this 22nd day of July 2020, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice and by mail/email to the parties listed below.

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Email: USTPRegion02.NYECF@USDOJ.GOV

Paul M. Basta
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Email: pbasta@paulweiss.com
*Attorneys for Debtors*

        */s/ Peter Muthig*
        Peter Muthig (AZ Bar No. 018526)
        Deputy County Attorney
        MARICOPA COUNTY ATTORNEY'S OFFICE
        CIVIL SERVICES DIVISION
        225 W. Madison Street
        Phoenix, Arizona  85003
        Telephone (602) 506-1923
        Email: muthigk@mcao.maricopa.gov
        *Attorneys for Maricopa County Treasurer*