Nicholas A. Marten
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Counsel for the Sky Billiards, Inc. d/b/a*
*Best Choice Products*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
In re:                                                     :
                                                           :         Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                      :
                                                           :         Case No. 18-23538 (RDD)
                              Debtors.[1]                  :
                                                           :         (Jointly Administered)
                                                           :
-----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF**
**RESPONSE OF SKY BILLIARDS, INC. D/B/A BEST CHOICE PRODUCTS IN**
**OPPOSITION TO DEBTORS' SECOND OMNIBUS OBJECTION TO PROOFS OF**
**CLAIM (RECLASSIFICATION AS GENERAL UNSECURED CLAIMS)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that the *Response of Sky Billiards, Inc. d/b/a Best Choice Products in Opposition to Debtors' Second Omnibus Objection to Proofs of Claim (Reclassification as General Unsecured Claims)* [Docket No. 5421] is hereby withdrawn with prejudice.

Dated:  New York, New York
        July 27, 2020

                                        ARENT FOX LLP

                                        *Counsel for the Sky Billiards, Inc. d/b/a
                                        Best Choice Products*

                                        By:    /s/ Nicholas A. Marten
                                               Nicholas A. Marten
                                               1301 Avenue of the Americas, Floor 42
                                               New York, New York 10019
                                               Telephone: (212) 484-3900
                                               Facsimile: (212) 484-3990

AFDOCS/22466474.1