UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                          :
                                                               :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :     Case No. 18-23538 (RDD)
                                                               :
              Debtors.[1]                                      :     (Jointly Administered)
-----------------------------------------------------------------x

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Yoga Direct LLC, (MMLID: 4858746), PO Box 2218, Richmond, VA 23218-2218:

- Notice of Hearing on Debtors' Motion (I) to Allow Administrative Claims and (II) Granting Other Related Relief [Docket No. 7477]

On July 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Komelon USA, (MMLID: 4131897), Laura Maslowski, N8W2280 Johnson Dr, Waukesha, WI 53186-1666:

- Amended Certificate of No Objection Regarding Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) [Docket No. 7840]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On July 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on J B Weld Company LLC, (MMLID: 4806233), 400 CMH, Sulphur Springs, TX 75482-6000:

- Order (I) Allowing Administrative Claims, and (II) Granting Related Relief [Docket No. 7888]

Dated:  July 27, 2020

/s/ Arnold A. Jaglal
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 27, 2020, by Arnold A. Jaglal, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

/s/ Liz Santodomingo
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022