

**Address**
16 Court Street, 28th Floor
Brooklyn NY 11241

**Phone**
(718) COURT·ST
(718) 643-6063

**Fax**
(718) 643-9788

**Website**
www.courtstreetlaw.com

**Richard A. Klass, Esq.**
Principal
richklass@courtstreetlaw.com

**Hillary F. Schultz, Esq.**
Associate
hschultz@courtstreetlaw.com

**Eucline Spencer**
Paralegal
euclinespencer@courtstreetlaw.com

**Steven D. Cohn, Esq.**, Of Counsel

**Stefano A. Filippazzo, Esq.**, Of Counsel

July 22, 2020

Olga F. Peshko, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Via email

           Re:    <u>Sears Holding Corp. et al. 18-23538(RDD)
                    Motion for Relief from Stay by Scullari
                    (ECF#1112)</u>

Dear Ms. Peshko:

    The Debtors have failed to satisfactorily resolve the above-named motion. Accordingly, I have obtained a court date from Ms. Li to restore the motion to the calendar.  We are hereby requesting that the agenda for September 11, 2020 be amended to include the above motion scheduled to be heard at 10:00 a.m.

    Thank you for your prompt and immediate attention to this matter.

                                            Very truly yours,

                                            /s/ Hillary F. Schultz, Esq.

cc:    Ira S. Dizengoff, Esq., Counsel to the Official
        Committee of Unsecured Creditors