## Schedule A

## Third Interim Fee Application

*In re Sears Holding Corporation, et al.* **(18-23538 (RDD))**  Schedule A

## Third Interim Fee Application of Applicant

| (1) APPLICANT | (2) APPLICATION DATE AND DOCKET NO. | (3) FEE PERIOD | (4) FEES REQUESTED | (5) FEES ALLOWED | (6) FEES TO BE PAID UNDER ORDER[1] | (7) EXPENSES REQUESTED | (8) EXPENSES ALLOWED | (9) EXPENSES TO BE PAID UNDER ORDER[2] |
|---|---|---|---|---|---|---|---|---|
| **Deloitte Transactions and Business Analytics LLP** (Bankruptcy Advisor) | May 15, 2020 Docket No. 7960 | July 1, 2019 to September 30, 2019 | $519,587.00 | $519,587.00 | $519,587.00 | $2,413.13 | $2,413.13 | $2,413.13 |

Order Date: July 29, 2020
Initials: RDD

---

[1] Subject to amounts previously paid by the Debtors. In addition, to the extent that Applicant holds a retainer, such retainer shall be applied to the total fees and expenses approved by the Court.

[2] *Id.*

1

## Schedule B

## Final Fee Application

*In re Sears Holding Corporation, et al.* **(18-23538 (RDD))**　　　　　　　　　　　　　　　　　　　Schedule B

**Final Fee Application of Applicant**[1]

| (1) APPLICANT | (2) APPLICATION DATE AND DOCKET NO. | (3) FEE PERIOD | (4) TOTAL FEES REQUESTED | (5) TOTAL FEES AWARDED | (6) TOTAL EXPENSES REQUESTED | (7) TOTAL EXPENSES AWARDED |
|---|---|---|---|---|---|---|
| **Deloitte Transactions and Business Analytics LLP** (Bankruptcy Advisor) | May 15, 2020 Docket No. 7960 | November 1, 2018 to September 30, 2019 | $8,206,710.50 | $8,206,710.50 | $364,650.18 | $351,650.18 |

Order Date: July 29, 2020
Initials:  RDD

---

[1] The amounts herein reflect voluntary expense reduction agreed to between Applicant and the fee examiner appointed in these cases.  The Application encompasses all fees and expenses requested for both the interim period and the entire period during which the Applicant was retained.

1