# EXHIBIT A

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: June 25, 2020
Invoice No.: 20200605606

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $3,512.50 |
| Total Current Charges | $3,512.50 |
| **TOTAL AMOUNT DUE** | **$3,512.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 05/01/20 | Draft response to most recent professionals' fee application objection settlement proposals (1.2); revise objection settlement proposals (0.6) | 1,405.00 | 1.80 | 2,529.00 |
| Harner,P.E. | 05/15/20 | Extended telephone conference with R. Schrock re: fee application objections and settlement negotiations (.40); telephone conferences and correspondence with V. Marriott re: same (.30) | 1,405.00 | 0.70 | 983.50 |
| **Total B170** | | | | **2.50** | **$3,512.50** |
| | | Total Fees | | **2.50** | **3,512.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner,P.E. | 1,405.00 | 2.50 | 3,512.50 |
| **Total Task: B170** | | **2.50** | **$3,512.50** |
| Total Fees | | **2.50** | **$3,512.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner,P.E. | 1,405.00 | 2.50 | 3,512.50 |
| **Total Fees** | | **2.50** | **$3,512.50** |

|  |  |
|---|---:|
| **Total Current Charges:** | **$3,512.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200605606 | |
| Date: | June 25, 2020 | |

| | |
|---|---:|
| Fee Amount | $3,512.50 |
| **TOTAL AMOUNT DUE** | **$3,512.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | PNC Bank, NA |
| **ABA No.:** | 031 0000 53 |
| **Account No.:** | 85-3131-7345 |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely.  In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer.  If you typically receive paper copies of our invoices, we ask that you accept them via email.  Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center

# Ballard Spahr

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 28, 2020
Invoice No.: 20200706874

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY  10019

Client:     Harner, Paul E., Fee Examiner in Sears Chapter II Cases  (071820.02)
Matter:    Fee Examiner Activities  (00315861)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee Examiner Activities (00315861) | $62,803.50 |
| Total Current Charges | $62,803.50 |
| **TOTAL AMOUNT DUE** | **$62,803.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 06/01/20 | Prepare for and participate in team conference call re: ongoing interim fee and expense application review (.50); follow up telephone conference and correspondence with V. Marriott re: same (.20); review and analyze fee and expense detail in recently submitted monthly statements (1.30) | 1,405.00 | 2.00 | 2,810.00 |
| Harner,P.E. | 06/02/20 | Telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: final Deloitte TBA fee and expense application (.30); review and analyze same and accompanying fee and expense detail, to identify potential subjects of preliminary report (1.60) | 1,405.00 | 1.90 | 2,669.50 |
| Harner,P.E. | 06/03/20 | Telephone conferences and correspondence with V. Marriott and R. Young (DTBA) re: final Deloitte TBA fee and expense application and objections deadline (.30); further review and analysis of same and accompanying fee and expense detail (.90) | 1,405.00 | 1.20 | 1,686.00 |
| Harner,P.E. | 06/04/20 | Prepare for and participate in follow-up team conference call re: fee and expense application review and preparation of preliminary reports (.40); follow up telephone conferences with V. Marriott and T. Daluz re: same (.20); draft, review and revise preliminary report re: WGM and PW fee and expense applications and supporting time and expense detail exhibits (2.90) | 1,405.00 | 3.50 | 4,917.50 |
| Harner,P.E. | 06/04/20 | Review, analyze and revise preliminary report re: Stout Risius interim fee and expense application and accompanying/supporting exhibits re: identified time and expense detail | 1,405.00 | 2.60 | 3,653.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| Harner,P.E. | 06/09/20 | Preliminary review and analysis of nineteenth monthly WGM fee and expense statement, for compliance with Code and UST fee and expense standards and guidelines | 1,405.00 | 2.10 | 2,950.50 |
| Harner,P.E. | 06/11/20 | Telephone conferences and correspondence with V. Marriott re: draft objections to fee and expense applications and preparation of additional preliminary reports re: WGM, PW and AG interim applications (.40); draft, review and revise same (1.90) | 1,405.00 | 2.30 | 3,231.50 |
| Harner,P.E. | 06/12/20 | Review and analyze proposed order re: fourth interim fee and expense applications and related reservation of rights, for June 17 bankruptcy court hearing re: same (.20); telephone conferences and correspondence with V. Marriott and C. McClamb re: same (.10); further review and revision of draft objections to fee and expense applications and additional preliminary reports re: WGM, PW and AG interim applications (2.30) | 1,405.00 | 2.60 | 3,653.00 |
| Harner,P.E. | 06/16/20 | Review and prepare comments on draft preliminary report on second Akin Gump fee and expense application (2.30); telephone conferences and correspondence with V. Marriott re: same (.40); review and revise exhibits to preliminary report on second Weil Gotshal fee and expense application (2.50) | 1,405.00 | 5.20 | 7,306.00 |
| Harner,P.E. | 06/17/20 | Further review and revision of draft preliminary report on second Akin Gump fee and expense application (1.40); telephone conferences and correspondence with V. Marriott re: same (.20); further review and revise exhibits to preliminary reports on second Weil Gotshal and Paul Weiss fee and expense applications (3.10) | 1,405.00 | 5.10 | 7,165.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Harner,P.E. | 06/17/20 | Prepare for and participate in bankruptcy court hearing re: interim fee and expense applications (.80); follow-up telephone conference with V. Marriott re: same (.20) | 1,405.00 | 1.00 | 1,405.00 |
| Harner,P.E. | 06/18/20 | Further review and revision of multiple preliminary reports on interim fee and expense applications and accompanying exhibits re: potentially objectionable time and expense entries | 1,405.00 | 2.00 | 2,810.00 |
| Harner,P.E. | 06/23/20 | Further review and revision of multiple preliminary reports on interim fee and expense applications and accompanying exhibits re: potentially objectionable time and expense entries | 1,405.00 | 3.40 | 4,777.00 |
| Harner,P.E. | 06/24/20 | Further review and revision of multiple preliminary reports on interim fee and expense applications and accompanying exhibits re: potentially objectionable time and expense entries | 1,405.00 | 1.10 | 1,545.50 |
| Harner,P.E. | 06/25/20 | Further review and revision of multiple preliminary reports on interim fee and expense applications and accompanying exhibits re: potentially objectionable time and expense entries | 1,405.00 | 2.20 | 3,091.00 |
| Harner,P.E. | 06/26/20 | Further review, analysis and revision of exhibits to preliminary report in interim WGM fee and expense application (2.60); telephone conferences and correspondence with C. McClamb re: same (.20) | 1,405.00 | 2.80 | 3,934.00 |
| Harner,P.E. | 06/29/20 | Further review and revision of multiple preliminary reports on interim fee and expense applications and accompanying exhibits re: potentially objectionable time and expense entries | 1,405.00 | 3.70 | 5,198.50 |
| **Total B170** | | | | 44.70 | $62,803.50 |
| | | **Total Fees** | | 44.70 | 62,803.50 |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| **Task: B170 - Fee/Employment Objections** | | | |
| Harner, P.E. | 1,405.00 | 44.70 | 62,803.50 |
| **Total Task: B170** | | **44.70** | **$62,803.50** |
| **Total Fees** | | **44.70** | **$62,803.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Harner, P.E. | 1,405.00 | 44.70 | 62,803.50 |
| **Total Fees** | | **44.70** | **$62,803.50** |

| | |
|---|---|
| **Total Current Charges:** | **$62,803.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.02 | Harner, Paul E., Fee Examiner in Sears Chapter II Cases |
| Matter: | 00315861 | Fee Examiner Activities |
| Invoice No.: | 20200706874 | |
| Date: | July 28, 2020 | |

| | |
|---|---:|
| Fee Amount | $62,803.50 |
| **TOTAL AMOUNT DUE** | **$62,803.50** |

**Please return this page with your remittance to the above address.
Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | **PNC Bank, NA** |
| **ABA No.:** | **031 0000 53** |
| **Account No.:** | **85-3131-7345** |
| **Account Name:** | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely. In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer. If you typically receive paper copies of our invoices, we ask that you accept them via email. Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center