# EXHIBIT B

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: June 25, 2020
Invoice No.: 20200605605

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $2,864.50 |
| Total Current Charges | $2,864.50 |
| **TOTAL AMOUNT DUE** | **$2,864.50** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 05/18/20 | Prepare exhibits for 12th monthly fee application | 940.00 | 0.50 | 470.00 |
| Ambrose,S.M. | 05/19/20 | E-mail from T. Daluz; draft twelfth fee application | 270.00 | 1.30 | 351.00 |
| Daluz,T.M. | 05/19/20 | Correspondence with S. Ambrose and team re: 12th monthly fee application | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 05/22/20 | Review monthly fee statement | 495.00 | 0.40 | 198.00 |
| Ambrose,S.M. | 05/22/20 | E-mail from/to T. Daluz and C. McClamb regarding filing of fee application (0.1); e-file twelfth monthly fee statement (0.2); serve same (0.2) | 270.00 | 0.50 | 135.00 |
| Ambrose,S.M. | 05/22/20 | E-mail from/to T. Daluz re: fee application | 270.00 | 0.10 | 27.00 |
| Daluz,T.M. | 05/22/20 | Correspondence with S. Ambrose and C. McClamb re: filing | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 05/22/20 | Review and revise 12th monthly fee application | 940.00 | 0.40 | 376.00 |
| **Total B160** | | | | **3.60** | **$1,933.00** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 05/04/20 | Review status of Weil fee negotiations | 1,035.00 | 0.40 | 414.00 |
| Marriott, III,V.J. | 05/13/20 | Review recently filed pleadings | 1,035.00 | 0.30 | 310.50 |
| Marriott, III,V.J. | 05/15/20 | Attend to Weil fee resolution | 1,035.00 | 0.20 | 207.00 |
| **Total B170** | | | | **0.90** | **$931.50** |
| | | **Total Fees** | | **4.50** | **2,864.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 495.00 | 0.40 | 198.00 |
| Ambrose,S.M. | 270.00 | 1.90 | 513.00 |
| Daluz,T.M. | 940.00 | 1.30 | 1,222.00 |
| **Total Task: B160** | | **3.60** | **$1,933.00** |
| **Task: B170 - Fee/Employment Objections** | | | |
| Marriott, III,V.J. | 1,035.00 | 0.90 | 931.50 |
| **Total Task: B170** | | **0.90** | **$931.50** |
| **Total Fees** | | **4.50** | **$2,864.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 1.30 | 1,222.00 |
| Marriott, III,V.J. | 1,035.00 | 0.90 | 931.50 |
| McClamb,C.D. | 495.00 | 0.40 | 198.00 |
| Ambrose,S.M. | 270.00 | 1.90 | 513.00 |
| **Total Fees** | | **4.50** | **$2,864.50** |

| | |
|---|---:|
| **Total Current Charges:** | **$2,864.50** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200605605 | |
| Date: | June 25, 2020 | |

| | |
|---|---:|
| Fee Amount | $2,864.50 |
| **TOTAL AMOUNT DUE** | **$2,864.50** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | PNC Bank, NA |
| **ABA No.:** | 031 0000 53 |
| **Account No.:** | 85-3131-7345 |
| **Account Name:** | Ballard Spahr LLP |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely.  In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer.  If you typically receive paper copies of our invoices, we ask that you accept them via email.  Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 28, 2020
Invoice No.: 20200706875

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:   Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020

**INVOICE SUMMARY**

FEES

| | |
|---|---:|
| Fee and Expense Review and Reporting (00317415) | $85,402.00 |
| Total Current Charges | $85,402.00 |
| **TOTAL AMOUNT DUE** | **$85,402.00** |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 06/02/20 | Correspondence with P. Harner and V. Marriott re: DTBS extension | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 06/02/20 | Review DTBS final fee application and address objection deadline | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 06/02/20 | Review status chart | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 06/12/20 | E-mails with P. Harner re: interim fee order | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 06/24/20 | Correspondence with P. Harner, V. Marriott, C. McClamb and M. Savva re: preparation of fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 06/24/20 | Review fee application | 940.00 | 0.40 | 376.00 |
| Daluz,T.M. | 06/29/20 | Revise fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 06/29/20 | Correspondence with P. Harner and V. Marriott re: combined monthly fee application | 940.00 | 0.20 | 188.00 |
| **Total B160** | | | | **1.80** | **$1,647.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| Marriott, III,V.J. | 06/01/20 | Review status of second preliminary reports | 1,035.00 | 0.50 | 517.50 |
| Daluz,T.M. | 06/01/20 | Participate in call with P. Harner, V. Marriott, and C. McClamb re: approach to filing objections and preparing remaining reports | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 06/01/20 | Review docket and status of assignments for status update | 495.00 | 3.30 | 1,633.50 |
| McClamb,C.D. | 06/01/20 | Conference call with P. Harner, V. Marriott and T. Daluz re: review status | 495.00 | 0.40 | 198.00 |
| Neitzel,K.N. | 06/02/20 | Telephone conference with C. McClamb and C. Pollard re: review planning | 360.00 | 0.30 | 108.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 06/02/20 | Conference with fee examiner re: Deloitte final fee application | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 06/02/20 | Correspondence with P. Harner and V. Marriott re: same | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 06/02/20 | Correspondence with DTBS re: extension | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 06/02/20 | Conference call with C. Pollard and K. Neitzel re: fee review data | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/03/20 | E-mails with O. Oreabamjo, S. Hill, C. Smith and R. McNulty re: review status | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 06/03/20 | E-mails with R. McNulty, C. Smith and S. Hill re: review assignments | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 06/03/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: review status | 495.00 | 0.30 | 148.50 |
| Neitzel,K.N. | 06/04/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 2.50 | 900.00 |
| Marriott, III,V.J. | 06/04/20 | Conference with P. Harner; T. Daluz; and C. McClamb re: prioritizing fee reviews | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 06/04/20 | Team meeting with P. Harner, V. Marriott, and C. McClamb re: status of reports | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 06/04/20 | Conference call with P. Harner, V. Marriott and T. Daluz re: review status and strategy | 495.00 | 0.50 | 247.50 |
| Neitzel,K.N. | 06/05/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 2.00 | 720.00 |
| McClamb,C.D. | 06/05/20 | E-mails with C. Pollard re: review process | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/05/20 | Enter DTBA fee review data | 495.00 | 5.00 | 2,475.00 |
| Smith,C.H. | 06/05/20 | Meet with C. McClamb re: fee application review strategy, procedure, and best practices | 385.00 | 0.70 | 269.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/05/20 | Meet with C. Smith re: review information and procedures | 495.00 | 0.70 | 346.50 |
| McClamb,C.D. | 06/05/20 | E-mails with C. Smith re: review procedures and assignments | 495.00 | 0.50 | 247.50 |
| Neitzel,K.N. | 06/08/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 2.90 | 1,044.00 |
| Smith,C.H. | 06/08/20 | Review DTBA claims summary compared with application for retention and develop strategy for fee examination of application | 385.00 | 1.20 | 462.00 |
| Smith,C.H. | 06/08/20 | Review SDNY orders, standing order, and fee examination guidelines along with UST guidelines | 385.00 | 1.20 | 462.00 |
| Pollard,C.P. | 06/08/20 | Run various searches and analyses on Weil Gotshall new fees to identify potential time entries for review (communications, block billing, more than 12 hours/day, billing discrepancy) | 320.00 | 2.10 | 672.00 |
| Neitzel,K.N. | 06/09/20 | Telephone conference with C. Pollard re: updating fee data in Relativity with calculated fee amounts for analysis | 360.00 | 0.40 | 144.00 |
| Neitzel,K.N. | 06/09/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 1.40 | 504.00 |
| Babchinetskaya,I. | 06/09/20 | Review documents produced by Deloitte | 375.00 | 0.40 | 150.00 |
| Smith,C.H. | 06/09/20 | Review DTBA fee application for issues: Claims Analysis category, January 2019 fee details | 385.00 | 1.70 | 654.50 |
| McClamb,C.D. | 06/09/20 | E-mails with C. Pollard re: review information | 495.00 | 0.20 | 99.00 |
| Pollard,C.P. | 06/09/20 | Finish identifying time records with potential issues; set up new views for Weil Gotshal review | 320.00 | 1.50 | 480.00 |
| McClamb,C.D. | 06/09/20 | E-mails with C. Smith re: review procedures | 495.00 | 0.20 | 99.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/09/20 | E-mail to R. Smith re: DTBA fee application data | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 06/09/20 | E-mails with C. Smith re: review information and procedures | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 06/09/20 | E-mails with I. Babchinetskaya re: review information and procedures | 495.00 | 0.50 | 247.50 |
| Neitzel,K.N. | 06/10/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 0.60 | 216.00 |
| Smith,C.H. | 06/10/20 | Review DTBA fee application for issues: Claims Analysis category, February 2019 to April 2019 fee details | 385.00 | 3.30 | 1,270.50 |
| Babchinetskaya,I. | 06/10/20 | Review Deloitte expenses | 375.00 | 1.20 | 450.00 |
| Babchinetskaya,I. | 06/10/20 | Talk to C. McClamb re: review of Deloitte expenses | 375.00 | 0.60 | 225.00 |
| Marriott, III,V.J. | 06/10/20 | Prepare Akin second preliminary report | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 06/10/20 | E-mails with I. Babchinetskaya re: review information and procedures | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/10/20 | E-mails with C. Pollard and K. Neitzel re: review information | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 06/10/20 | Phone call with I. Babchinetskaya re: review information and procedures | 495.00 | 0.60 | 297.00 |
| Neitzel,K.N. | 06/11/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 4.80 | 1,728.00 |
| Babchinetskaya,I. | 06/11/20 | Review Deloitte expenses | 375.00 | 1.00 | 375.00 |
| Marriott, III,V.J. | 06/11/20 | Draft Akin second preliminary report | 1,035.00 | 1.80 | 1,863.00 |
| Pollard,C.P. | 06/11/20 | Begin identification of preliminary findings (DTBS second and third fee petitions) | 320.00 | 1.10 | 352.00 |
| McClamb,C.D. | 06/12/20 | E-mails with C. Pollard and K. Neitzel re: review status | 495.00 | 0.40 | 198.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 06/12/20 | E-mails with V. Marriott re: Akin second fee report | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 06/12/20 | E-mails with C. Smith re: fee review status | 495.00 | 0.20 | 99.00 |
| Smith,C.H. | 06/12/20 | Review DTBA fee application for issues: Contracts (Cures/Objections/Other) category, January 2019 fee details | 385.00 | 1.50 | 577.50 |
| Babchinetskaya,I. | 06/12/20 | Review Deloitte expenses | 375.00 | 0.80 | 300.00 |
| Smith,C.H. | 06/12/20 | Review DTBA fee application for issues: Claims Analysis category, May 2019 to August 2019 fee details | 385.00 | 2.40 | 924.00 |
| Smith,C.H. | 06/12/20 | E-mail to C. McClamb re: progress updates and access to Relativity data set | 385.00 | 0.20 | 77.00 |
| Marriott, III,V.J. | 06/12/20 | Prepare Akin second preliminary report | 1,035.00 | 3.50 | 3,622.50 |
| Pollard,C.P. | 06/12/20 | Finish identifying DTBS time entries for potential issues; prepare document views | 320.00 | 1.10 | 352.00 |
| Smith,C.H. | 06/13/20 | Review DTBA fee application for entries exceeding 12 hours per day (600 entries) and for duplicative work (entries 1-800 of potential duplicate time list) | 385.00 | 2.10 | 808.50 |
| Smith,C.H. | 06/13/20 | Phone call with C. McClamb re: fee and expense review strategy, access to Relativity data set, and positioning project for next stages of report draft | 385.00 | 0.60 | 231.00 |
| Smith,C.H. | 06/14/20 | Review DTBA fee application for entries of duplicative work (entries 800-1300 of potential duplicate time list) | 385.00 | 1.80 | 693.00 |
| Neitzel,K.N. | 06/15/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 1.10 | 396.00 |
| Babchinetskaya,I. | 06/15/20 | Review expenses of Deloitte Transactions and Business Analytics LLP | 375.00 | 1.50 | 562.50 |
| McClamb,C.D. | 06/15/20 | Enter DTBA fee review data | 495.00 | 3.50 | 1,732.50 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 06/16/20 | Confer with C. Smith to create search to identify meetings with more than one attendee | 360.00 | 0.90 | 324.00 |
| McClamb,C.D. | 06/16/20 | E-mails with C. Smith re: review status | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/16/20 | E-mails with P. Harner and V. Marriott re: interim fee order | 495.00 | 0.20 | 99.00 |
| Smith,C.H. | 06/16/20 | Review DTBA fee application for entries of duplicative work (entries 1300-1856 of potential duplicate time list) | 385.00 | 2.00 | 770.00 |
| Smith,C.H. | 06/16/20 | Review DTBA fee claims for intraoffice conferences of more than three timekeepers from same firm | 385.00 | 0.50 | 192.50 |
| Smith,C.H. | 06/16/20 | Work with K. Neitzel to develop saved search re: overstaffing meetings | 385.00 | 0.40 | 154.00 |
| Babchinetskaya,I. | 06/16/20 | Review expenses of Deloitte Transactions and Business Analytics LLP | 375.00 | 0.30 | 112.50 |
| Marriott, III,V.J. | 06/16/20 | Attend to Akin second report (0.3); prepare for hearing (0.4) | 1,035.00 | 0.70 | 724.50 |
| McClamb,C.D. | 06/16/20 | Enter DTBA fee review | 495.00 | 6.40 | 3,168.00 |
| Babchinetskaya,I. | 06/17/20 | Call with C. Smith and C. McClamb re: fee objections status update | 375.00 | 0.70 | 262.50 |
| Babchinetskaya,I. | 06/17/20 | Review Deloitte Transactions and Business Analytics LLP expenses | 375.00 | 2.90 | 1,087.50 |
| Smith,C.H. | 06/17/20 | Status meeting with C. McClamb and I. Babchinetskaya | 385.00 | 0.70 | 269.50 |
| Smith,C.H. | 06/17/20 | Develop and refine specialized searches to review for intra-office meetings with more than three members of the same firm; review entries and mark as appropriate | 385.00 | 3.80 | 1,463.00 |
| Smith,C.H. | 06/17/20 | E-mail to C. McClamb and I. Babchinetskaya re: next steps for remaining review of DTBA fee application | 385.00 | 0.20 | 77.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 06/17/20 | Review issues re: Weil second preliminary report (0.4); revise Akin second preliminary report (0.2); prepare for and attend hearing of fee applications and status report (1.0) | 1,035.00 | 1.00 | 1,035.00 |
| McClamb,C.D. | 06/17/20 | Arrange for transcript of fee hearing | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/17/20 | Edits to exhibits to Akin Gump Second preliminary report | 495.00 | 5.30 | 2,623.50 |
| McClamb,C.D. | 06/17/20 | Multiple e-mails with P. Harner re: status of review and fee hearing | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 06/17/20 | Meet with C. Smith and I. Babchinetskaya re: DTBA review | 495.00 | 0.70 | 346.50 |
| McClamb,C.D. | 06/18/20 | Edits to Akin exhibits | 495.00 | 2.10 | 1,039.50 |
| Babchinetskaya,I. | 06/18/20 | Review Deloitte Transactions and Business Analytics LLP expenses | 375.00 | 0.30 | 112.50 |
| Babchinetskaya,I. | 06/18/20 | Call with C. Smith re: fee review | 375.00 | 0.90 | 337.50 |
| Smith,C.H. | 06/18/20 | Call with I. Babchinetskaya re: strategy for time fee review, dividing next phase of work | 385.00 | 0.90 | 346.50 |
| Marriott, III,V.J. | 06/18/20 | Revise Akin second preliminary report | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 06/18/20 | Mark DTBA fee entries for preliminary report | 495.00 | 4.00 | 1,980.00 |
| McClamb,C.D. | 06/18/20 | Phone call with P. Harner re: Weil Second interim | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 06/19/20 | Review fee hearing transcript | 495.00 | 0.20 | 99.00 |
| Babchinetskaya,I. | 06/20/20 | Review Deloitte Transactions and Business Analytics LLP expenses | 375.00 | 0.70 | 262.50 |
| Babchinetskaya,I. | 06/22/20 | Review Deloitte Transactions and Business Analytics LLP expenses and fees | 375.00 | 2.40 | 900.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Smith,C.H. | 06/22/20 | E-mail to I. Babchinetskaya re: fee review provider issue | 385.00 | 0.20 | 77.00 |
| Marriott, III,V.J. | 06/22/20 | Review and revise latest draft of Akin second preliminary response | 1,035.00 | 0.30 | 310.50 |
| Daluz,T.M. | 06/22/20 | Review transcript of fee hearing | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 06/22/20 | Confer with I. Babchinetskaya re: status of DTBA review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 06/22/20 | Quality check time entries for Weil second interim fee application | 495.00 | 4.00 | 1,980.00 |
| McClamb,C.D. | 06/22/20 | Update Akin Second preliminary report exhibits | 495.00 | 1.60 | 792.00 |
| McClamb,C.D. | 06/22/20 | Edits to exhibit for Weil second preliminary report | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 06/22/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: hearing transcript | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 06/22/20 | Phone call with P. Harner re: Weil second preliminary report | 495.00 | 0.40 | 198.00 |
| Babchinetskaya,I. | 06/23/20 | Review Deloitte Transactions and Business Analytics LLP expenses and fees | 375.00 | 0.60 | 225.00 |
| McClamb,C.D. | 06/23/20 | Quality check Weil fee entries | 495.00 | 6.00 | 2,970.00 |
| McClamb,C.D. | 06/23/20 | Quality check DTBA fee review entries | 495.00 | 3.30 | 1,633.50 |
| Smith,C.H. | 06/23/20 | E-mails with I. Babchinetskaya re: scheduling and allocation of fee review for time review and administrative/paralegal entries | 385.00 | 0.10 | 38.50 |
| Babchinetskaya,I. | 06/24/20 | Review Deloitte Transactions and Business Analytics LLP expenses and fees | 375.00 | 0.20 | 75.00 |
| McClamb,C.D. | 06/24/20 | Quality check DTBA fee review entries | 495.00 | 7.00 | 3,465.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Smith,C.H. | 06/24/20 | E-mails to C. McClamb and I. Babchinetskaya re: fee review of administrative/clerical tasks completed by attorneys | 385.00 | 0.20 | 77.00 |
| McClamb,C.D. | 06/24/20 | E-mails with C. Smith re: status of review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 06/25/20 | Quality check DTBA fee review entries | 495.00 | 7.20 | 3,564.00 |
| Smith,C.H. | 06/25/20 | Phone call with C. McClamb re: completing fee review process (0.4); adjustments to search terms and process to automatically exclude entries with no issues (0.7) | 385.00 | 1.10 | 423.50 |
| Smith,C.H. | 06/25/20 | Review fee applications for administrative/clerical work, duplicative work, and fees for over 12 hours in a day (2.5); quality control search (0.3); e-mail to C. McClamb re: conclusions (0.2) | 385.00 | 3.00 | 1,155.00 |
| McClamb,C.D. | 06/25/20 | E-mails with C. Smith re: status of review | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 06/25/20 | Phone call with C. Smith re: status of review and Preliminary Report | 495.00 | 1.10 | 544.50 |
| McClamb,C.D. | 06/26/20 | Quality check DTBA fee review entries | 495.00 | 4.80 | 2,376.00 |
| McClamb,C.D. | 06/26/20 | Begin drafting DTBA preliminary report | 495.00 | 2.80 | 1,386.00 |
| Pollard,C.P. | 06/26/20 | Prepare fee and expense reports for DTBA | 320.00 | 1.80 | 576.00 |
| McClamb,C.D. | 06/26/20 | E-mails with P. Harner re: Weil Second Preliminary Report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 06/26/20 | E-mails with C. Pollard re: fee review updates | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 06/29/20 | Review exhibits for DTBA preliminary report | 495.00 | 3.30 | 1,633.50 |
| McClamb,C.D. | 06/29/20 | Draft DTBA preliminary report | 495.00 | 1.50 | 742.50 |
| McClamb,C.D. | 06/30/20 | Edit exhibits to DTBA final report | 495.00 | 8.40 | 4,158.00 |

**PROFESSIONAL SERVICES**

| Name | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 06/30/20 | E-mails with C. Pollard re: DTBA preliminary report exhibits | 495.00 | 0.40 | 198.00 |
| Pollard,C.P. | 06/30/20 | Revise DTBA reports (review time entries & 12 hours excess) | 320.00 | 2.50 | 800.00 |
| Pollard,C.P. | 06/30/20 | Identify new records and prepare revised "excess 12 hours billed" report | 320.00 | 0.90 | 288.00 |
| **Total B170** | | | | **176.40** | **$83,754.50** |
| | | **Total Fees** | | **178.20** | **85,402.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| **Task: B160 - Fee/Employment Applications** | | | |
| McClamb,C.D. | 495.00 | 0.10 | 49.50 |
| Daluz,T.M. | 940.00 | 1.70 | 1,598.00 |
| **Total Task: B160** | | **1.80** | **$1,647.50** |
| **Task: B170 - Fee/Employment Objections** | | | |
| McClamb,C.D. | 495.00 | 93.40 | 46,233.00 |
| Smith,C.H. | 385.00 | 29.80 | 11,473.00 |
| Pollard,C.P. | 320.00 | 11.00 | 3,520.00 |
| Babchinetskaya,I. | 375.00 | 14.50 | 5,437.50 |
| Neitzel,K.N. | 360.00 | 16.90 | 6,084.00 |
| Daluz,T.M. | 940.00 | 1.80 | 1,692.00 |
| Marriott, III,V.J. | 1,035.00 | 9.00 | 9,315.00 |
| **Total Task: B170** | | **176.40** | **$83,754.50** |
| **Total Fees** | | **178.20** | **$85,402.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Rate | Hours | Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 940.00 | 3.50 | 3,290.00 |
| Marriott, III,V.J. | 1,035.00 | 9.00 | 9,315.00 |

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Babchinetskaya,I. | 375.00 | 14.50 | 5,437.50 |
| McClamb,C.D. | 495.00 | 93.50 | 46,282.50 |
| Smith,C.H. | 385.00 | 29.80 | 11,473.00 |
| Neitzel,K.N. | 360.00 | 16.90 | 6,084.00 |
| Pollard,C.P. | 320.00 | 11.00 | 3,520.00 |
| **Total Fees** | | **178.20** | **$85,402.00** |

|  |  |
|---|---|
| **Total Current Charges:** | **$85,402.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200706875 | |
| Date: | July 28, 2020 | |

| | |
|---|---:|
| Fee Amount | $85,402.00 |
| **TOTAL AMOUNT DUE** | **$85,402.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| **Bank:** | PNC Bank, NA |
| **ABA No.:** | 031 0000 53 |
| **Account No.:** | 85-3131-7345 |
| **Account Name:** | Ballard Spahr LLP |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely. In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer. If you typically receive paper copies of our invoices, we ask that you accept them via email. Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center