# EXHIBIT D

# Ballard Spahr
LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

Invoice Date: July 28, 2020
Invoice No.: 20200706896

Paul E. Harner
1675 Broadway
New York, NY  10019

Client:    Sears Fee Examiner  (071820.03)
Matter:   Fee and Expense Review and Reporting  (00317415)

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020

**INVOICE SUMMARY**

FEES

DISBURSEMENTS
    Professional Services | $70.00

| | |
|---|---:|
| Total Disbursements | $70.00 |
| Total Current Charges | $70.00 |
| **TOTAL AMOUNT DUE** | **$70.00** |

**DISBURSEMENT DETAILS**

| Date | Description | Amount |
|---|---|---|
| 06/17/20 | Professional Services Conference before Judge Robert Drain on 6-17-20 | 70.00 |
| | **Total Disbursements** | **$70.00** |

**DISBURSEMENT SUMMARY**

| Description | Amount |
|---|---|
| Professional Services | 70.00 |
| **Total Disbursements** | **$70.00** |
| **Total Current Charges:** | **$70.00** |

# Ballard Spahr LLP

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999
www.ballardspahr.com

TAX IDENTIFICATION NO. 23-0382195

## REMITTANCE ADVICE

| | | |
|---|---|---|
| Client: | 071820.03 | Sears Fee Examiner |
| Matter: | 00317415 | Fee and Expense Review and Reporting |
| Invoice No.: | 20200706896 | |
| Date: | July 28, 2020 | |

| | |
|---|---:|
| Disbursement Amount | $70.00 |
| **TOTAL AMOUNT DUE** | **$70.00** |

**Please return this page with your remittance to the above address.**
**Payment may also be made by wire transfer to our account.**

| | |
|---|---|
| Bank: | PNC Bank, NA |
| ABA No.: | 031 0000 53 |
| Account No.: | 85-3131-7345 |
| Account Name: | **Ballard Spahr LLP** |

**Please indicate on wire transfer the invoice number stated above.**

To our valued clients,

In response to the Covid-19 pandemic, our personnel are working remotely.  In order to reduce the need to produce and handle paper, we ask that if you typically remit payments by check that you now remit payments electronically, either by ACH or wire transfer.  If you typically receive paper copies of our invoices, we ask that you accept them via email.  Please provide the appropriate email address to our Billing Team at CB@ballardspahr.com for us to forward the invoices and update our records.

Visit our Coronavirus Disease 2019 (COVID-19) Resource center
https://www.ballardspahr.com/practiceareas/initiatives/coronavirus-disease-2019-covid-19-resource-center