JOHN P. DILLMAN
TARA L. GRUNDEMEIER
LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
Post Office Box 3064
Houston, TX 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 – Facsimile

*Counsel for Montgomery County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 18-23538** |
| | § | |
| **Sears HOLDING CORPORATION, ET AL.,** | § | |
| | § | |
| **Debtors,** | § | **Chapter 11** |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF MONTGOMERY COUNTY (CLAIM NO. 4387)

　　　**YOU ARE HEREBY NOTIFIED** that **Montgomery County's** Claim No. 4387 in the amount of **$20,165.06**

is hereby **WITHDRAWN**. Montgomery County represents the taxes are not part of the bankruptcy estate.

　　**Date: July 30, 2020.**

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　**LINEBARGER GOGGAN
　　　　　　　　　　　　BLAIR & SAMPSON, LLP**


　　　　　　　　　　　　*/s/ John P. Dillman*
　　　　　　　　　　　　**JOHN P. DILLMAN**
　　　　　　　　　　　　State Bar No. 05874400
　　　　　　　　　　　　**TARA L. GRUNDEMEIER**
　　　　　　　　　　　　State Bar No. 24036691
　　　　　　　　　　　　Post Office Box 3064
　　　　　　　　　　　　Houston, Texas 77253-3064
　　　　　　　　　　　　(713) 844-3400 - Telephone
　　　　　　　　　　　　(713) 844-3503 - Telecopier

　　　　　　　　　　　　*Counsel for Montgomery County*

JOHN P. DILLMAN
TARA L. GRUNDEMEIER
LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
Post Office Box 3064
Houston, TX 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 – Facsimile

*Counsel for Angelina County*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 18-23538** |
| | § | |
| **Sears HOLDING CORPORATION, ET AL.,** | § | |
| | § | |
| **Debtors.** | § | **Chapter 11** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Notice of Withdrawal of Proof of Claim of Montgomery County (Claim No. 4387)** was served via electronic means if available, otherwise by regular, first class mail upon the following entities on **July 30, 2020.**

Debtor(s)
Ditech Holding Corporation, *et al*
3000 Bayport Drive, Suite 985
Tampa, FL 33607

Attorney in Charge for Debtor(s)
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Trustee
Benjamin J. Higgins
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014

*/S/ Tara L. Grundemeier*
Tara L. Grundemeier