**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**TWENTIETH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

Name of Applicant:                                              FTI Consulting, Inc.

Authorized to provide Professional Services        Official Committee of Unsecured Creditors
to:

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | June 1, 2020 through June 30, 2020 |
| Monthly Fees Incurred: | $80,448.00 |
| Monthly Expenses Incurred: | $70.00 |
| Total Fees and Expenses: | $80,518.00 |

This is a: __X__ monthly _____ interim _____ final application

      This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

      1.    The fees and expenses for the period from June 1, 2020 through and including June 30, 2020 (the "**Twentieth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $80,448.00 |
| Expenses | 70.00 |
| **TOTAL** | **$80,518.00** |

      2.    In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses.  These amounts are presented below.

| | |
|---|---|
| Professional Fees at 80% | $64,358.40 |
| Expenses at 100% | <u>70.00</u> |
| **TOTAL** | **<u>$64,428.40</u>** |

3.       The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Twentieth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4.       A summary of aggregate hours worked and aggregate hourly fees for each task code during the Twentieth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5.       Detailed time entry by task code during the Twentieth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6.       A summary of expenses incurred during the Twentieth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7.       Detailed breakdown of the expenses incurred during the Twentieth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8.       FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Twentieth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

## NOTICE AND OBJECTION PROCEDURES

9.       Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10.       Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than August 14, 2020 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

11.    If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12.    If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  New York, New York
       July 30, 2020

                  FTI CONSULTING, INC.
                  Financial Advisors to the Official Committee of
                  Unsecured Creditors of Sears Holdings Corporation

                  By:    */s/ Matthew Diaz*
                         Matthew Diaz, Senior Managing Director
                         Three Times Square, 10th Floor
                         New York, New York 10036
                         Telephone: (212) 499-3611
                         Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Star, Samuel | Senior Managing Director | Restructuring | $ 1,125 | 0.5 | $ 562.50 |
| Diaz, Matthew | Senior Managing Director | Restructuring | 1,085 | 13.4 | 14,539.00 |
| Hart, Christa | Senior Managing Director | Retail | 1,050 | 1.4 | 1,470.00 |
| Friedland, Scott D. | Senior Managing Director | Forensics | 985 | 3.5 | 3,447.50 |
| Carr, Emre | Senior Managing Director | Forensics | 985 | 1.3 | 1,280.50 |
| Eisler, Marshall | Senior Director | Restructuring | 845 | 11.9 | 10,055.50 |
| Flubacker, Mark | Senior Director | Retail | 755 | 22.5 | 16,987.50 |
| Kim, Ye Darm | Senior Consultant | Restructuring | 560 | 48.4 | 27,104.00 |
| Shapiro, Jill | Consultant | Restructuring | 415 | 10.5 | 4,357.50 |
| Hellmund-Mora, Marili | Associate | Restructuring | 280 | 2.3 | 644.00 |
| **TOTAL** | | | | **115.7** | **$ 80,448.00** |

**EXHIBIT B**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 0.7 | $ 759.50 |
| 11 | Prepare for and Attend Court Hearings | 6.9 | 4,725.00 |
| 14 | Analysis of Claims and Liabilities Subject to Compromise | 1.4 | 1,099.00 |
| 17 | Wind Down Monitoring | 14.6 | 10,992.00 |
| 18 | Potential Avoidance Actions & Litigation | 74.0 | 53,811.00 |
| 20 | General Meetings with Debtor & Debtors' Professionals | 1.1 | 616.00 |
| 24 | Preparation of Fee Application | 17.0 | 8,445.50 |
| | **TOTAL** | **115.7** | **$80,448.00** |

**EXHIBIT C**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 6/30/2020 | Diaz, Matthew | 0.7 | Review Q1 update report for the Committee. |
| **1 Total** | | | **0.7** | |
| 11 | 6/9/2020 | Kim, Ye Darm | 3.0 | Participate (telephonically) in PreTrial hearing. |
| 11 | 6/17/2020 | Eisler, Marshall | 0.8 | Prepare for hearing re: Administrative Claims Distribution. |
| 11 | 6/17/2020 | Diaz, Matthew | 0.5 | [Partial] Participate (telephonically) in hearing re: Administrative Claims Distribution. |
| 11 | 6/17/2020 | Kim, Ye Darm | 1.3 | Participate (telephonically) in hearing re: Administrative Claims Distribution. |
| 11 | 6/17/2020 | Eisler, Marshall | 1.3 | Participate (telephonically) in hearing re: Administrative Claims Distribution. |
| **11 Total** | | | **6.9** | |
| 14 | 6/10/2020 | Kim, Ye Darm | 0.8 | Review administrative claims settlement documents. |
| 14 | 6/27/2020 | Diaz, Matthew | 0.6 | Review non opt out claims distribution. |
| **14 Total** | | | **1.4** | |
| 17 | 6/4/2020 | Diaz, Matthew | 0.7 | Review updated Sears wind down cash flow. |
| 17 | 6/8/2020 | Kim, Ye Darm | 1.1 | Participate in call re: administrative claims. |
| 17 | 6/10/2020 | Kim, Ye Darm | 2.3 | Review declarations and public winddown forecasts. |
| 17 | 6/16/2020 | Diaz, Matthew | 1.1 | Review update re: court hearing. |
| 17 | 6/16/2020 | Star, Samuel | 0.5 | Review updated cash flow projection including funding for non opt out administrative creditor distributions. |
| 17 | 6/16/2020 | Eisler, Marshall | 2.3 | Review updated post confirmation budget. |
| 17 | 6/16/2020 | Kim, Ye Darm | 1.3 | Review summary chart re: presentation to Court on winddown status. |
| 17 | 6/16/2020 | Kim, Ye Darm | 0.4 | Draft summary of observations between latest winddown budget and summary chart for the Court. |
| 17 | 6/16/2020 | Kim, Ye Darm | 1.1 | Review draft of script from Counsel re: Sears hearing on administrative claims status. |
| 17 | 6/16/2020 | Kim, Ye Darm | 0.2 | Review variances between winddown budget and summary chart to Court. |
| 17 | 6/17/2020 | Diaz, Matthew | 0.8 | Review the Sears hearing slides and related updates. |
| 17 | 6/17/2020 | Eisler, Marshall | 1.4 | Review updated wind down budget as provided by the Debtors. |
| 17 | 6/17/2020 | Kim, Ye Darm | 0.5 | Review Debtors' exhibit re: Sears administrative claims status update. |
| 17 | 6/18/2020 | Eisler, Marshall | 0.4 | Review exhibit showing historical financials in order to respond to Counsel's request. |
| 17 | 6/26/2020 | Kim, Ye Darm | 0.5 | Review notice of second distribution re: administrative claims expense. |
| **17 Total** | | | **14.6** | |
| 18 | 6/1/2020 | Diaz, Matthew | 0.4 | Participate in meeting with Counsel re: investigations. |
| 18 | 6/1/2020 | Kim, Ye Darm | 0.4 | Participate in meeting with Counsel re: investigations. |
| 18 | 6/1/2020 | Diaz, Matthew | 0.6 | Review next steps on open items re: investigations. |
| 18 | 6/1/2020 | Kim, Ye Darm | 1.8 | Review historical forecasts re: investigations. |
| 18 | 6/5/2020 | Diaz, Matthew | 0.6 | Review responses to Counsel re: investigations. |
| 18 | 6/5/2020 | Kim, Ye Darm | 2.4 | Prepare analysis re: equity valuation. |
| 18 | 6/9/2020 | Diaz, Matthew | 0.7 | Review open items for Counsel re: investigations. |
| 18 | 6/9/2020 | Kim, Ye Darm | 1.1 | Prepare summary of pre-trial hearing for distribution to team. |
| 18 | 6/10/2020 | Flubacker, Mark | 2.6 | Determine peer set for analysis and gather sales and earnings information. |
| 18 | 6/10/2020 | Hart, Christa | 0.5 | Review approach and outline of peer analysis. |
| 18 | 6/11/2020 | Flubacker, Mark | 0.1 | Participate in meeting re: peer analysis. |
| 18 | 6/11/2020 | Hart, Christa | 0.1 | Participate in meeting re: peer analysis. |
| 18 | 6/11/2020 | Flubacker, Mark | 2.1 | Prepare analysis re: peer sales and earnings. |
| 18 | 6/11/2020 | Kim, Ye Darm | 0.9 | Review data from Counsel re: transactions. |
| 18 | 6/12/2020 | Flubacker, Mark | 0.8 | Analyze Sears sales and earnings performance comparing actual results to plan. |

**EXHIBIT C**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/12/2020 | Flubacker, Mark | 2.1 | Analyze peer sales and earnings information. |
| 18 | 6/12/2020 | Flubacker, Mark | 2.4 | Draft analysis re: peer sales and earnings. |
| 18 | 6/12/2020 | Flubacker, Mark | 2.8 | Develop comparative analysis re: peer sales and earnings. |
| 18 | 6/12/2020 | Kim, Ye Darm | 0.4 | Prepare response to Counsel re: distribution data. |
| 18 | 6/15/2020 | Flubacker, Mark | 2.8 | Analyze various financial metrics re: peer company analysis. |
| 18 | 6/15/2020 | Flubacker, Mark | 3.1 | Prepare analysis re: peer sales and earnings performance comparing actual results to plan. |
| 18 | 6/15/2020 | Flubacker, Mark | 1.8 | Prepare analysis comparing Sears performance to peer set. |
| 18 | 6/15/2020 | Kim, Ye Darm | 0.7 | Review letter to Counsel re: investigations responses. |
| 18 | 6/16/2020 | Flubacker, Mark | 0.8 | Analyze Sears earnings projections as compared to peer set. |
| 18 | 6/16/2020 | Flubacker, Mark | 0.7 | Revise comparative peer analysis. |
| 18 | 6/16/2020 | Kim, Ye Darm | 2.1 | Review latest production materials responsive to outstanding diligence request. |
| 18 | 6/16/2020 | Kim, Ye Darm | 1.1 | Draft summary of production responses to diligence requests for internal update. |
| 18 | 6/17/2020 | Kim, Ye Darm | 1.6 | Review comp analysis and provide updated source figures. |
| 18 | 6/17/2020 | Hart, Christa | 0.4 | Finalize comp analysis. |
| 18 | 6/18/2020 | Diaz, Matthew | 0.6 | Review draft responses to Counsel. |
| 18 | 6/18/2020 | Diaz, Matthew | 0.7 | Review updated discovery responses. |
| 18 | 6/18/2020 | Kim, Ye Darm | 2.1 | Prepare operating loss analysis. |
| 18 | 6/18/2020 | Kim, Ye Darm | 2.1 | Prepare updated diligence request list for discussion with Counsel. |
| 18 | 6/18/2020 | Kim, Ye Darm | 0.7 | Participate in call re: diligence request updates. |
| 18 | 6/19/2020 | Kim, Ye Darm | 1.6 | Review comp analysis re: forecasts. |
| 18 | 6/23/2020 | Diaz, Matthew | 0.3 | Review responses to Counsel's questions re: certain aspects of the complaint. |
| 18 | 6/23/2020 | Kim, Ye Darm | 0.4 | Review Debtor documents re: comp analysis. |
| 18 | 6/23/2020 | Flubacker, Mark | 0.4 | Participate in call with Counsel re: investigations analysis. |
| 18 | 6/23/2020 | Diaz, Matthew | 0.4 | Participate in call with Counsel re: investigations analysis. |
| 18 | 6/23/2020 | Kim, Ye Darm | 0.4 | Participate in call with Counsel re: investigations analysis. |
| 18 | 6/23/2020 | Hart, Christa | 0.4 | Participate in call with Counsel re: investigations analysis. |
| 18 | 6/26/2020 | Friedland, Scott D. | 1.4 | Review Capital Market Risk Advisors' questions re: MTN. |
| 18 | 6/26/2020 | Diaz, Matthew | 0.5 | Review questions re: the MTN litigation. |
| 18 | 6/26/2020 | Kim, Ye Darm | 1.1 | Review purchase agreement and diligence questions re: MTN investigations. |
| 18 | 6/28/2020 | Kim, Ye Darm | 1.3 | Review memo and materials re: MTN investigations. |
| 18 | 6/29/2020 | Eisler, Marshall | 2.9 | Prepare for call with Herrick Feinstein re: MTN issues. |
| 18 | 6/29/2020 | Friedland, Scott D. | 0.7 | Review Herrick Feinstein status memo re: MTN. |
| 18 | 6/29/2020 | Friedland, Scott D. | 0.5 | Review draft responses to questions posed by Capital Market Risk Advisors and Herrick Feinstein re: MTN. |
| 18 | 6/29/2020 | Diaz, Matthew | 1.1 | Review responses re: MTN investigations. |
| 18 | 6/29/2020 | Kim, Ye Darm | 1.0 | Review memo re: MTN investigations. |
| 18 | 6/29/2020 | Kim, Ye Darm | 2.2 | Prepare and review materials for MTN investigations to share with Counsel. |
| 18 | 6/29/2020 | Kim, Ye Darm | 0.8 | Continue reviewing note purchasing agreement re: MTN. |
| 18 | 6/29/2020 | Carr, Emre | 0.5 | Participate in internal meeting re: MTN. |
| 18 | 6/29/2020 | Kim, Ye Darm | 1.4 | Prepare responses to Counsel's MTN diligence questions. |
| 18 | 6/29/2020 | Kim, Ye Darm | 2.6 | Continue preparing and review materials for MTN investigations to share with Counsel. |
| 18 | 6/29/2020 | Kim, Ye Darm | 0.3 | Participate in call with Herrick Feinstein re: MTN. |
| 18 | 6/29/2020 | Kim, Ye Darm | 0.5 | Participate in internal meeting re: MTN. |
| 18 | 6/30/2020 | Eisler, Marshall | 2.1 | Research CDS auction issue in connection with litigation. |

**EXHIBIT C**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 6/30/2020 | Friedland, Scott D. | 0.9 | Review questions and materials gathered to assist Herrick Feinstein re: auction of Sears medium term notes. |
| 18 | 6/30/2020 | Diaz, Matthew | 0.6 | Review documents re: MTN investigation. |
| 18 | 6/30/2020 | Kim, Ye Darm | 0.6 | Revise responses to Counsel re: MTN. |
| 18 | 6/30/2020 | Diaz, Matthew | 0.8 | Participate in call with Herrick Feinstein and their financial advisor re: MTN litigation. |
| 18 | 6/30/2020 | Kim, Ye Darm | 0.6 | Research CDS auction issue in connection with litigation. |
| 18 | 6/30/2020 | Carr, Emre | 0.8 | Participate in call with Herrick Feinstein and their financial advisor re: MTN litigation. |
| 18 | 6/30/2020 | Kim, Ye Darm | 0.8 | Participate in call with Herrick Feinstein and their financial advisor re: MTN litigation. |
| **18 Total** | | | **74.0** | |
| 20 | 6/3/2020 | Kim, Ye Darm | 1.1 | Participate in Pre-Effective Date Committee call. |
| **20 Total** | | | **1.1** | |
| 24 | 6/2/2020 | Hellmund-Mora, Marili | 0.4 | Generate fee and cost estimate in connection with reporting budget and fee statement. |
| 24 | 6/2/2020 | Shapiro, Jill | 0.4 | Prepare the weekly fee estimate. |
| 24 | 6/9/2020 | Hellmund-Mora, Marili | 0.9 | Prepare the May fee statement to ensure compliance with bankruptcy guidelines. |
| 24 | 6/9/2020 | Hellmund-Mora, Marili | 1.0 | Prepare the April fee statement to ensure compliance with bankruptcy guidelines. |
| 24 | 6/9/2020 | Shapiro, Jill | 1.6 | Prepare the April fee statement. |
| 24 | 6/9/2020 | Shapiro, Jill | 0.3 | Prepare the weekly fee estimate. |
| 24 | 6/9/2020 | Shapiro, Jill | 1.4 | Prepare the May fee statement. |
| 24 | 6/9/2020 | Shapiro, Jill | 0.6 | Prepare updates to the March fee statement to meet fee examiner guidelines. |
| 24 | 6/10/2020 | Kim, Ye Darm | 0.9 | Review draft of the May fee statement. |
| 24 | 6/10/2020 | Kim, Ye Darm | 0.9 | Review draft of the April fee statement. |
| 24 | 6/11/2020 | Diaz, Matthew | 0.5 | Review the April monthly fee statement. |
| 24 | 6/11/2020 | Diaz, Matthew | 0.7 | Review the May monthly fee statement. |
| 24 | 6/11/2020 | Shapiro, Jill | 0.3 | Prepare updates to the May fee statement. |
| 24 | 6/11/2020 | Shapiro, Jill | 0.2 | Prepare updates to the April fee statement. |
| 24 | 6/16/2020 | Shapiro, Jill | 0.2 | Prepare the weekly fee estimate. |
| 24 | 6/16/2020 | Shapiro, Jill | 0.6 | Continue to prepare the April fee statement. |
| 24 | 6/17/2020 | Shapiro, Jill | 1.0 | Prepare analysis re: FTI accruals. |
| 24 | 6/17/2020 | Shapiro, Jill | 0.3 | Revise the April fee statement. |
| 24 | 6/18/2020 | Eisler, Marshall | 0.7 | Review fee tracker in order to respond to diligence request from Debtors. |
| 24 | 6/18/2020 | Shapiro, Jill | 1.2 | Continue to prepare analysis re: FTI accruals. |
| 24 | 6/19/2020 | Diaz, Matthew | 0.5 | Review diligence related to request in connection with amounts Sears has accrued for FTI. |
| 24 | 6/19/2020 | Shapiro, Jill | 0.4 | Finalize the April fee statement. |
| 24 | 6/19/2020 | Shapiro, Jill | 0.2 | Finalize the May fee statement. |
| 24 | 6/23/2020 | Shapiro, Jill | 0.4 | Prepare the weekly fee estimate. |
| 24 | 6/29/2020 | Shapiro, Jill | 0.6 | Prepare updates to the April fee statement to meet fee examiner guidelines. |
| 24 | 6/29/2020 | Shapiro, Jill | 0.6 | Prepare updates to the May fee statement to meet fee examiner guidelines. |
| 24 | 6/30/2020 | Shapiro, Jill | 0.2 | Prepare the weekly fee estimate. |
| **24 Total** | | | **17.0** | |
| **Grand Total** | | | **115.7** | |

**EXHIBIT D**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Expense Type | Amount |
|---|---|
| Other | $ 70.00 |
| **Grand Total** | **$ 70.00** |

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2020 TO JUNE 30, 2020**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 6/9/2020 | Kim, Ye Darm | Other | Participate in hearing telephonically via CourtCall. | $ 70.00 |
| | | **Other Total** | | **$ 70.00** |
| | | **Grand Total** | | **$ 70.00** |