**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In Re:

SEARS HOLDINGS CORPORATION, et al,

                                      Debtors.
---------------------------------------------------------------X

Chapter 11

Case No. 18-23538-RDD
(Jointly Administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Sahn Ward Coschignano, PLLC is hereby entering its appearance on behalf of Ray Padula Holdings, LLC, a creditor herein, pursuant to Rules 3017, 2002, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342(a) and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

      **Joel M. Shafferman, Esq**.
      **Sahn Ward Coschignano, PLLC**
      **The Omni - 333 Earle Ovington Boulevard, Suite 601,**
      **Uniondale, New York 11553**
      **Telephone:  (516) 228-1300**
      **Email:  jshafferman@swc-law.com**

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section l109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that affects or seeks to affect in any way the rights or interest of any creditor or party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE THAT** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after de nova review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE THAT** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

**DATED:**   Uniondale, New York
              July 30, 2020

**Sahn Ward Coschignano, PLLC**
**Attorneys for Ray Padula Holdings, LLC,**
**The Omni - 333 Earle Ovington Boulevard**
**Suite 601**
**Uniondale, New York 11553**
**Telephone:    (516) 228-1300**
**Email:  jshafferman@swc-law.com**


By: /S/ Joel M. Shafferman
    **Joel M. Shafferman (JMS-1055)**