**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>                    Debtors.<br><br>BONNIE MULLINS,<br><br>          v.          Plaintiff,<br><br>KMART CORPORATION, et al.<br><br>                    Defendants. | Chapter 11<br><br>Case No: 18-23538 (RDD)<br><br>(Jointly Administered)<br><br><br><br>Adversary Proceeding:<br><br>Case No: CV-418370<br>Lake County Superior Court<br>State of California |

### [PROPOSED] ORDER MODIFYING THE AUTOMATIC STAY

Upon consideration of the Motion for Relief from Automatic heard by this Court on September 11, 2020 at 10:00 am:

**IT IS HEREBY ORDERED** the automatic stay of 11 U.S.C. §362(d)(1) of the United States Bankruptcy Code to be modified to permit Bonnie Mullins to continue a action against Kmart Corporation, as a subsidiary of Sears Holdings Company, (the "Debtor"), filed in Superior Court of California, County of Lake, <u>Bonnie Mullins v. Kmart Corp., et al.</u>, Case Number: CV 418370.

It is further **ORDERED** recovery by Bonnie Mullins in the above action shall be limited to the general liability insurance coverage maintained by or available to the Debtor and/or its subsidiaries; she shall not seek additional recovery from the Debtor, its subsidiaries, its estate or successors, in excess of any applicable general liability insurance policy limit(s); this court retains jurisdiction to order other further relief as this Court deems just and proper.

Dated: _____, 2020
        White Plains, New York

                                                                    _____
                                                                    Hon. Robert D. Drain
                                                                    United States Bankruptcy Judge