# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | Case No: 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| BONNIE MULLINS, | |
| v.    Plaintiff, | Adversary Proceeding: |
| KMART CORPORATION, et al. | Case No: CV-418370<br>Lake County Superior Court<br>State of California |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served **via electronic notice** this 31th day of July, 2020 of the following documents: Notice of Hearing for September 11, 2020 and Motion for Relief from the Automatic Stay:

**Attorney for Debtor (Southern District New York):**
Weil, Gotshal & Manges LLP
767 Fifth Avenue, New York, New York 10153
(212) 310-8000; (212) 310-8007
Ray C. Schrock P.C.: ray.schrock@weil.com
Jacqueline Marcus: jacqueline.marcus@weil.com
Garrett A. Fail: garrett.fail@weil.com
Sunny Singh: sunny.singh@weil.com

**Debtors' Restructuring Advisors**
M-III Partners, LP
130 West 42nd Street, 17th Floor, New York, NY 10036
Phone: 212-716-1491; Fax: 212-531-4532
Colin M. Adams: cadams@miiipartners.com
Brian Griffith: bgriffith@miiipartners.com

**Sears Holdings Corporation**
Rob Riecker:   mmeghji@miiipartners.com

**Unsecured Creditors' Committee Counsel**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036
Phone: 212.872.1000; Fax: 212.872.1002
Ira S. Dizengoff: idizengoff@akingump.com
Philip C. Dublin: pdublin@akingump.com
Abid Qureshi: aqureshi@akingump.com
Sara L. Brauner: sbrauner@akingump.com

**United States Trustee**
U.S. Federal Office Building
201 Varick Street, Suite 1006, New York, NY 10014
Phone: 212-510-0500; Fax: 212-668-2255
Richard Morrissey:  richard.morrissey@usdoj.gov
Paul Schwartzberg: paul.schwartzberg@usdoj.gov

**Attorney for Sedgwick/Insurance Carrier for Debtor, Kmart Corporation**:
Riana E. Daniel, Esq,
CLAPP MORONEY VUCINICH BEEMAN SCHELEY
5860 Owens Drive, Suite 410
Pleasanton, CA 94588
O: 925.734.0990
F:  925.734.0888
rdaniel@clappmoroney.com

_____
Banyan Parker, Esq.