UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, et al.<br><br>Debtors.<br><br>BONNIE MULLINS,<br><br>      v.    Plaintiff,<br><br>KMART CORPORATION, et al.<br><br>Defendants. | Chapter 11<br><br>Case No: 18-23538 (RDD)<br><br>(Jointly Administered)<br><br><br>Adversary Proceeding:<br><br>Case No: CV-418370<br>Lake County Superior Court<br>State of California |

## NOTICE OF HEARING

    PLEASE TAKE NOTICE that upon the Motion for Relief from the Automatic Stay, along with [Proposed] Order, the undersigned will move this Court before the Honorable Robert D. Drain United States Bankruptcy Judge, Southern District of New York on **September 11, 2010 at 10:00 AM,** or as soon thereafter as counsel can be heard, at the U.S Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, for an Order granting relief from the automatic stay pursuant to section 362(d) of the Bankruptcy Code. Counsel for Creditor, Bonnie Mullins, has registered and requested a telephonic appearance with Court Solutions for this upcoming hearing.

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with Court's general rules and to be served all other parties of interest.

Dated: July 30, 2020  
       Santa Rosa, California

By: _____  
Banyan Parker, Esq. (SBN 303125)  
HANSEN & MILLER LAW FIRM  
415 Russell Avenue, Santa Rosa, CA 95403  
O: (707) 575-1040; M: (707) 477-0555  
F: (707) 575-3826  
Email: banyan@hansenmiller.com