SQUIRE PATTON BOGGS (US) LLP
Christopher J. Giaimo, Jr.
Jeffrey N. Rothleder (admitted *pro hac vice*)
Kyle F. Arendsen (admitted *pro hac vice*)
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6000
Facsimile: 202-457-6315
Email:  christopher.giaimo@squirepb.com
          jeffrey.rothleder@squirepb.com
          kyle.arendsen@squirepb.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| Kmart Holding Corporation, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-08349-rdd |
| Dart Container Corporation, | |
| Defendant. | |

## <u>NOTICE OF WITHDRAWAL</u>

1.    Attorneys Christopher J. Giaimo, Kyle F. Arendsen and Jeffrey N. Rothleder

represented Dart Container Corporation in the above referenced adversary proceeding.

2.    The Stipulated Order for Voluntary Dismissal of Adversary Proceeding was

entered on 7/13/2020.

3.    The adversary proceeding is now closed.

1

4.    Christopher J. Giaimo, Kyle F. Arendsen and Jeffrey N. Rothleder would like to be removed from receiving electronic filing notices in the above captioned case.

DATED: July 31, 2020

**SQUIRE PATTON BOGGS (US) LLP**

By:  */s/ Christopher J. Giaimo*
    Christopher J. Giaimo
    Jeffrey N. Rothleder (admitted *pro hac vice*)
    2550 M Street, NW
    Washington, DC 20037
    Telephone: 202-457-6000
    Facsimile: 202-457-6135
    Email:    christopher.giaimo@squirepb.com
            jeffrey.rothleder@squirepb.com

    and

    Kyle F. Arendsen (admitted *pro hac vice*)
    201 E. Fourth St., Suite 1900
    Cincinnati, OH 45202
    Telephone: 513-361-1200
    Facsimile: 513-361-1201
    Email:    kyle.arendsen@squirepb.com

    *Counsel to Dart Container Corporation*

2