UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------X

I, Todd M. Arnold, an attorney admitted to practice in the State of New York, hereby certify that:

1. On August 3, 2020, the *Weihai Lianqiao International Coop. Group Co., Ltd's Opposition To Fifth Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code [Doc 8346]* was filed and served electronically via CM/ECF on all parties registered to receive notices in this case.

2. On August 3, 2020, a true and correct copy of the aforesaid document was served by overnight delivery via Federal Express to the Clerk of the United States Bankruptcy Court for the Southern District of New York for service upon:

> Honorable Robert D. Drain
> U.S. Bankruptcy Court For the Southern District of New York 300 Quarropas Street White Plains, New York 10601

Dated: Los Angeles, California
August 3, 2020

> Levene, Neale, Bender, Yoo & Brill L.L.P.
>
> By: */s/ Todd M. Arnold*
> Todd M. Arnold
> Cal. Bar No. 221868
> (*pro hac vice* approved) [Dkt. 4790]
> 10250 Constellation Blvd., Suite 1700
> Los Angeles, CA 90067
> T: 310-229-1234
> E: tma@LNBYB.com