**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
|  |  |
|---|---|
| In re | Chapter 11 |
| Sears Holdings Corporation, et al. | Case No. 18-23538-RDD |
| Debtors | (Jointly Administered) |
|  | Judge Robert D. Drain |

---------------------------------------------------------------X

MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lynn Rowe Larsen, request admission, *pro hac vice,* before the Honorable Judge Robert D. Drain, to represent Gannett Co., Inc. and its affiliates, including, without limitation, Gannett Satellite Information Network LLC d/b/a USA Today, in these bankruptcy proceedings.

***I certify that I am a member in good standing*** of the bar in the State of Ohio and the bars of the U.S. District Court for the Northern and Southern Districts of Ohio.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: August 7, 2020

/s/ Lynn Rowe Larsen
Lynn Rowe Larsen (OH 0055824)
llarsen@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: 216.241.2838
Facsimile: 216-241-3707

*Attorney for Gannett Co., Inc.*

27676674.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
: 
In re : Chapter 11
:
Sears Holdings Corporation, et al. :
: Case No. 18-23538-RDD
Debtors :
: (Jointly Administered)
:
: Judge Robert D. Drain
---------------------------------------------------------------X

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Lynn Rowe Larsen, to be admitted *pro hac vice*, to represent Gannett Co., Inc. and its affiliates, including, without limitation, Gannett Satellite Information Network LLC d/b/a USA Today, in these bankruptcy proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Northern and Southern Districts of Ohio, it is hereby

**ORDERED**, that Lynn Rowe Larsen, is admitted to practice, *pro hac vice*, in these bankruptcy proceedings to represent her clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York      /s/ _____
                                  UNITED STATES BANKRUPTCY JUDGE

27676674.1