**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re:  Sears Holding Corporation, et al., | Case No.: 18-23538-RDD |
| | Chapter 11 |
| Debtor | |

---------------------------------------------------------------x

| | |
|---|---|
| Sears, Roebuck & Co. | Adversary Proceeding No.:  20-08340 |
| Plaintiff | |
| v. | |
| Dallas Independent School District | |
| Defendant | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Joe E. Marshall, request admission, ***pro hac vice*** before the Honorable Robert D. Drain, to represent the Dallas Independent School District as a Defendant in the above-referenced Adversary Proceeding.

***I certify that I am a member in good standing*** of the bar in the State of Texas and, if applicable, the bar of the U.S. District Court for the Northern District of Texas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  8/7/2020

Dallas, Texas

/s/ *Joe E. Marshall*
Marshall Law
TX Bar No. 13031100
3131 McKinney Ave., Suite 600
Dallas, TX 75204
jmarshall@marshalllaw.net
(214) 579-9173

Attorney for Dallas Independent School District