**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re:  Sears Holding Corporation, et al., | Case No.: 18-23538-RDD |
| | Chapter 11 |
| Debtor | |

---------------------------------------------------------------x

| | |
|---|---|
| Sears, Roebuck & Co. | Adversary Proceeding No.:  20-08340 |
| Plaintiff | |
| v. | |
| Dallas Independent School District | |
| Defendant | |

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Joe E. Marshall, to be admitted, ***pro hac vice,*** to represent the Dallas Independent School District as a Defendant in the above-referenced Adversary Proceeding, and upon the movant's certification that movant is a member in good standing with the bar of the State Bar of Texas and, as applicable, with the bar of the U.S. District Court for the Northern District of Texas, it is hereby,

**ORDERED** that Joe E. Marshall, Esq. is admitted to practice, *pro hac vice*, to represent the Dallas Independent School District in the above-referenced adversary proceeding in the United States Bankruptcy Court for the Southern District of New York, provided that the fee has been paid.

Dated: _____

_____, New York               /s/_____
                                    Honorable Robert D. Drain
                                    United States Bankruptcy Judge