| | |
|---|---|
| Defendant: | **Giza Spinning and Weaving Co.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28972 | $96,103.06 | 7/25/18 | 201820024216 | 6/28/18 | $39,391.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28972 | $96,103.06 | 7/25/18 | 201820024216 | 6/28/18 | $21,810.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28972 | $96,103.06 | 7/25/18 | 201820024216 | 6/28/18 | $14,972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28972 | $96,103.06 | 7/25/18 | 201820024216 | 6/29/18 | $16,705.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28972 | $96,103.06 | 7/25/18 | 201820024216 | 6/29/18 | $3,222.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28973 | $9,192.34 | 8/1/18 | 201820180355 | 7/5/18 | $9,192.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $47,688.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $45,991.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $25,761.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $17,926.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $16,651.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $15,606.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $10,732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $9,676.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $5,660.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $2,118.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28974 | $199,716.34 | 8/10/18 | 201820357129 | 7/14/18 | $1,902.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28975 | $52,307.64 | 8/30/18 | 201820533287 | 7/28/18 | $27,589.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28975 | $52,307.64 | 8/30/18 | 201820492526 | 7/28/18 | $16,410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28975 | $52,307.64 | 8/30/18 | 201820492526 | 7/28/18 | $8,308.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28976 | $23,124.64 | 9/4/18 | 201820767120 | 8/2/18 | $14,326.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28976 | $23,124.64 | 9/4/18 | 201820767120 | 8/2/18 | $5,217.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28976 | $23,124.64 | 9/4/18 | 201820767120 | 8/2/18 | $1,577.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28976 | $23,124.64 | 9/4/18 | 201820767120 | 8/2/18 | $1,099.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28976 | $23,124.64 | 9/4/18 | 201820767120 | 8/2/18 | $902.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821119154 | 8/16/18 | $40,717.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $34,855.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $24,633.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821119154 | 8/16/18 | $23,944.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $22,932.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $21,882.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $18,177.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821119154 | 8/16/18 | $13,175.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821119154 | 8/16/18 | $12,344.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $5,808.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28977 | $223,172.97 | 9/14/18 | 201821065771 | 8/16/18 | $4,702.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28978 | $16,994.70 | 9/21/18 | 201821245167 | 8/23/18 | $9,211.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28978 | $16,994.70 | 9/21/18 | 201821245167 | 8/23/18 | $7,783.30 |

Totals:    7 transfer(s),  $620,611.69

**Defendant:** Giza Spinning and Weaving Co.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9184 | $161,798.30 | 7/25/18 | 201820024213 | 6/28/18 | $59,136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9184 | $161,798.30 | 7/25/18 | 201820024213 | 6/28/18 | $50,769.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9184 | $161,798.30 | 7/25/18 | 201820024213 | 6/28/18 | $50,675.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9184 | $161,798.30 | 7/25/18 | 201820024213 | 6/28/18 | $1,217.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9185 | $107,920.42 | 8/10/18 | 201820363041 | 7/14/18 | $59,868.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9185 | $107,920.42 | 8/10/18 | 201820363041 | 7/14/18 | $26,000.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9185 | $107,920.42 | 8/10/18 | 201820363041 | 7/14/18 | $15,016.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9185 | $107,920.42 | 8/10/18 | 201820363041 | 7/14/18 | $7,034.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $29,339.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $8,668.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $7,470.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $6,603.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $6,350.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $5,978.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $5,495.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $5,322.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $2,997.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $1,372.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $1,217.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9186 | $81,574.60 | 8/30/18 | 201820493166 | 7/28/18 | $758.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9187 | $17,264.45 | 9/14/18 | 201821119251 | 8/16/18 | $17,264.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/16/18 | $19,997.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/16/18 | $8,226.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $30,209.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $26,009.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $20,666.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $10,683.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $8,758.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $7,695.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $7,578.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $6,393.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $5,885.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $4,189.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $3,613.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $2,764.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $1,217.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9188 | $164,647.92 | 9/19/18 | 201821069392 | 8/17/18 | $758.16 |

**Totals:** 5 transfer(s), $533,205.69