| Defendant: | **Renfro India Pvt. Ltd., DBA Infiiloom India Private Limited** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28244 | $27,089.70 | 8/30/18 | 201820632706 | 7/16/18 | $21,106.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28244 | $27,089.70 | 8/30/18 | 201820632706 | 7/16/18 | $5,982.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28245 | $322,219.42 | 9/19/18 | 201821046998 | 8/6/18 | $200,989.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28245 | $322,219.42 | 9/19/18 | 201821047246 | 8/6/18 | $100,399.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28245 | $322,219.42 | 9/19/18 | 201821047296 | 8/6/18 | $20,830.40 |

Totals:    2 transfer(s),  $349,309.12

| Defendant: | **Renfro India Pvt. Ltd., DBA Infiiloom India Private Limited** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821067247 | 8/6/18 | $79,537.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821067247 | 8/6/18 | $76,198.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821068117 | 8/6/18 | $32,809.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821068117 | 8/6/18 | $12,875.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821068117 | 8/6/18 | $8,234.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201820902872 | 8/6/18 | $1,320.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6537 | $211,677.08 | 9/19/18 | 201821068117 | 8/6/18 | $700.80 |

**Totals:**    1 transfer(s),  $211,677.08