| | |
|---|---|
| Defendant: | **Samil Solution Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-28263 | $67,256.25 | 7/18/18 | 201818180599 | 4/26/18 | $30,969.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28263 | $67,256.25 | 7/18/18 | 201818180599 | 4/26/18 | $15,529.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28263 | $67,256.25 | 7/18/18 | 201818180599 | 4/26/18 | $13,827.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28263 | $67,256.25 | 7/18/18 | 201818180599 | 4/26/18 | $6,930.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28264 | $68,818.00 | 7/25/18 | 201818181311 | 4/29/18 | $31,475.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28264 | $68,818.00 | 7/25/18 | 201818181311 | 4/29/18 | $16,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28264 | $68,818.00 | 7/25/18 | 201818181311 | 4/29/18 | $13,931.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28264 | $68,818.00 | 7/25/18 | 201818181311 | 4/29/18 | $4,092.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28264 | $68,818.00 | 7/25/18 | 201818181311 | 4/29/18 | $3,135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28265 | $30,997.00 | 8/27/18 | 201819082346 | 5/28/18 | $21,658.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28265 | $30,997.00 | 8/27/18 | 201819082346 | 5/28/18 | $9,339.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28266 | $29,705.25 | 8/30/18 | 201819081849 | 6/2/18 | $20,795.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28266 | $29,705.25 | 8/30/18 | 201819081849 | 6/2/18 | $8,910.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28267 | $11,315.75 | 9/5/18 | 201819516673 | 6/8/18 | $4,016.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28267 | $11,315.75 | 9/5/18 | 201819516431 | 6/8/18 | $2,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28267 | $11,315.75 | 9/5/18 | 201819516673 | 6/8/18 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28267 | $11,315.75 | 9/5/18 | 201819516431 | 6/8/18 | $1,683.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-28267 | $11,315.75 | 9/5/18 | 201819516431 | 6/8/18 | $1,606.50 |

Totals:    **5 transfer(s),  $208,092.25**

| Defendant: | **Samil Solution Co. Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6571 | $61,324.50 | 7/18/18 | 201818142774 | 4/26/18 | $41,412.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6571 | $61,324.50 | 7/18/18 | 201818142774 | 4/26/18 | $19,912.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6572 | $49,879.50 | 7/25/18 | 201818141829 | 4/29/18 | $33,483.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6572 | $49,879.50 | 7/25/18 | 201818141829 | 4/29/18 | $16,396.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6573 | $23,615.00 | 8/27/18 | 201819082035 | 5/28/18 | $23,615.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6574 | $29,019.00 | 8/30/18 | 201819081382 | 6/2/18 | $29,019.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6575 | $9,027.00 | 9/5/18 | 201819516523 | 6/8/18 | $4,972.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-6575 | $9,027.00 | 9/5/18 | 201819516811 | 6/8/18 | $4,054.50 |

**Totals:** 5 transfer(s), **$172,865.00**