| Defendant: | HK Sino-Thai Trading Company Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $7,920.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $6,650.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $6,047.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $3,745.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $2,584.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $1,114.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $874.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $513.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819342175 | 6/8/18 | $342.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $15,332.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $13,416.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $11,781.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $5,146.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $4,523.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $3,570.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $1,820.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $1,382.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $1,027.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $846.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26131 | $89,327.78 | 7/18/18 | 201819462833 | 6/10/18 | $685.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $19,712.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $15,185.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $10,740.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $6,494.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $6,309.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $6,068.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $4,047.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $3,104.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $2,469.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $1,370.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26132 | $76,359.54 | 7/23/18 | 201819511727 | 6/11/18 | $856.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819528377 | 6/14/18 | $16,201.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819398102 | 6/14/18 | $15,933.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819528377 | 6/14/18 | $9,860.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819549965 | 6/14/18 | $7,271.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819514806 | 6/14/18 | $3,476.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819549965 | 6/14/18 | $2,876.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819549965 | 6/14/18 | $2,745.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819549965 | 6/14/18 | $2,001.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26133 | $60,449.18 | 7/26/18 | 201819549965 | 6/14/18 | $82.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819528309 | 6/16/18 | $16,925.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819398383 | 6/16/18 | $16,850.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819528309 | 6/16/18 | $10,563.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819551488 | 6/16/18 | $8,843.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819553817 | 6/16/18 | $7,046.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819551488 | 6/16/18 | $3,294.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819551488 | 6/16/18 | $2,803.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26134 | $67,307.61 | 7/27/18 | 201819551488 | 6/16/18 | $980.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26135 | $8,979.58 | 7/30/18 | 201819579158 | 6/18/18 | $8,979.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $43,744.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201819887022 | 7/7/18 | $23,118.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $23,042.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201819887022 | 7/7/18 | $12,154.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $8,365.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $6,914.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $5,051.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $3,168.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201819887022 | 7/7/18 | $1,541.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $1,498.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26136 | $129,826.16 | 8/21/18 | 201820030640 | 7/7/18 | $1,226.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820376331 | 7/13/18 | $19,260.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820193696 | 7/13/18 | $7,151.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820193696 | 7/13/18 | $2,387.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820193696 | 7/13/18 | $1,774.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820193696 | 7/13/18 | $1,426.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820193696 | 7/13/18 | $61.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820353253 | 7/17/18 | $30,906.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820373535 | 7/17/18 | $18,590.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820353253 | 7/17/18 | $16,809.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820353253 | 7/17/18 | $8,904.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820195342 | 7/17/18 | $4,167.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820353253 | 7/17/18 | $4,024.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820195342 | 7/17/18 | $2,920.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820195342 | 7/17/18 | $2,682.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820195342 | 7/17/18 | $2,357.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26137 | $123,487.51 | 8/30/18 | 201820195342 | 7/17/18 | $61.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26138 | $10,065.44 | 9/4/18 | 201820142466 | 7/20/18 | $6,650.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26138 | $10,065.44 | 9/4/18 | 201820142466 | 7/20/18 | $3,415.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26139 | $83,656.91 | 9/7/18 | 201820434524 | 7/25/18 | $58,271.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26139 | $83,656.91 | 9/7/18 | 201820538246 | 7/25/18 | $12,708.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26139 | $83,656.91 | 9/7/18 | 201820538246 | 7/25/18 | $12,677.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26140 | $68,675.68 | 9/12/18 | 201820732389 | 7/30/18 | $46,791.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26140 | $68,675.68 | 9/12/18 | 201820538926 | 7/30/18 | $13,171.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26140 | $68,675.68 | 9/12/18 | 201820538926 | 7/30/18 | $8,712.50 |

HK Sino-Thai Trading Company Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.