## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-26141 | $2,638.82 | 9/13/18 | 201820641221 | 7/31/18 | $1,779.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26141 | $2,638.82 | 9/13/18 | 201820641221 | 7/31/18 | $859.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $5,036.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820701893 | 8/2/18 | $1,719.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $1,538.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820701893 | 8/2/18 | $1,466.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $1,185.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $1,109.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $1,092.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26142 | $13,487.03 | 9/17/18 | 201820782471 | 8/2/18 | $338.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820784618 | 8/6/18 | $6,714.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820641530 | 8/6/18 | $3,475.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820703421 | 8/6/18 | $3,438.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820703421 | 8/6/18 | $2,932.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820641530 | 8/6/18 | $1,719.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820784618 | 8/6/18 | $1,583.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820784618 | 8/6/18 | $1,515.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26143 | $22,544.29 | 9/19/18 | 201820784618 | 8/6/18 | $1,164.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26144 | $6,811.85 | 9/20/18 | 201820703883 | 8/7/18 | $4,592.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26144 | $6,811.85 | 9/20/18 | 201820703883 | 8/7/18 | $2,219.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-26145 | $45,246.06 | 9/21/18 | 201820842814 | 8/8/18 | $45,246.06 |

Totals:    15 transfer(s),  $808,863.44

HK Sino-Thai Trading Company Ltd.

Bankruptcy Case: Sears Holding Corporation, et al.

July 31, 2020

Exhibit A

P. 3

| Defendant: | HK Sino-Thai Trading Company Ltd. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9533 | $26,525.47 | 7/18/18 | 201819687435 | 6/10/18 | $16,531.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9533 | $26,525.47 | 7/18/18 | 201819687435 | 6/10/18 | $9,993.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9534 | $48,162.72 | 7/23/18 | 201819704518 | 6/11/18 | $34,572.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9534 | $48,162.72 | 7/23/18 | 201819704518 | 6/11/18 | $13,590.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9535 | $37,371.18 | 7/26/18 | 201819527985 | 6/14/18 | $14,803.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9535 | $37,371.18 | 7/26/18 | 201819527985 | 6/14/18 | $12,720.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9535 | $37,371.18 | 7/26/18 | 201819527985 | 6/14/18 | $6,826.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9535 | $37,371.18 | 7/26/18 | 201819659223 | 6/14/18 | $3,020.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9536 | $41,602.27 | 7/27/18 | 201819528058 | 6/16/18 | $17,997.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9536 | $41,602.27 | 7/27/18 | 201819528058 | 6/16/18 | $13,249.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9536 | $41,602.27 | 7/27/18 | 201819528058 | 6/16/18 | $7,083.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9536 | $41,602.27 | 7/27/18 | 201819659968 | 6/16/18 | $3,271.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9537 | $59,364.20 | 8/10/18 | 201819851402 | 6/29/18 | $26,955.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9537 | $59,364.20 | 8/10/18 | 201819850700 | 6/30/18 | $32,408.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9538 | $33,926.33 | 8/30/18 | 201820542573 | 7/13/18 | $14,344.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9538 | $33,926.33 | 8/30/18 | 201820354246 | 7/17/18 | $19,581.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9539 | $5,005.04 | 9/4/18 | 201820550095 | 7/21/18 | $5,005.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820627774 | 7/25/18 | $109,786.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820627774 | 7/25/18 | $50,121.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820698074 | 7/25/18 | $27,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820548768 | 7/25/18 | $27,060.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820542773 | 7/25/18 | $9,563.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820549761 | 7/25/18 | $4,647.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820627774 | 7/25/18 | $4,592.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9540 | $237,161.01 | 9/7/18 | 201820627774 | 7/25/18 | $3,639.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9541 | $24,078.44 | 9/12/18 | 201820549021 | 7/30/18 | $24,078.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9542 | $36,587.28 | 9/13/18 | 201820771201 | 7/31/18 | $36,587.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9543 | $19,522.18 | 9/17/18 | 201820700846 | 8/2/18 | $9,335.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9543 | $19,522.18 | 9/17/18 | 201820772789 | 8/2/18 | $3,434.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9543 | $19,522.18 | 9/17/18 | 201820772789 | 8/2/18 | $3,434.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9543 | $19,522.18 | 9/17/18 | 201820700846 | 8/2/18 | $3,318.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9544 | $18,008.73 | 9/19/18 | 201820701370 | 8/6/18 | $9,724.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9544 | $18,008.73 | 9/19/18 | 201820773269 | 8/6/18 | $2,792.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9544 | $18,008.73 | 9/19/18 | 201820773269 | 8/6/18 | $2,792.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9544 | $18,008.73 | 9/19/18 | 201820701370 | 8/6/18 | $2,698.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-9545 | $1,505.28 | 9/20/18 | 201820870959 | 8/7/18 | $1,505.28 |

Totals:    13 transfer(s),  $588,820.13