KATTEN MUCHIN ROSENMAN LLP
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

*Counsel for Sears Holdings Corporation, and*
*its debtor affiliates, as debtors and debtors in possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING FOURTH QUARTERLY REPORT OF KATTEN MUCHIN ROSENMAN LLP, AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FROM APRIL 1, 2020 THROUGH JUNE 30, 2020</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Steven J. Reisman, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Fourth Quarterly Report Of Katten Muchin Rosenman LLP, Special Avoidance Counsel For The Debtors, For Allowance Of Contingent Fees And Reimbursement Of Expenses For The Period From April 1, 2020 Through June 30, 2020* (filed on July 15, 2020, at Docket No. 8301) (the "Fourth Quarterly Report").

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Fourth Quarterly Report appears thereon. Pursuant to the Notice of the Fourth Quarterly Report, objections to the Fourth Quarterly Report were to be filed and served no later than August 12, 2020, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed form of order (attached hereto as Exhibit A) approving the Fourth Quarterly Report be entered at the earliest convenience of the Court.

Dated: August 14, 2020                    **KATTEN MUCHIN ROSENMAN LLP**

By: /s/*Steven J. Reisman*
Steven J. Reisman, Esq.
Theresa A. Foudy, Esq.
Karen B. Dine, Esq.
575 Madison Avenue
New York, NY 10022-2585
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Email: sreisman@katten.com

*Counsel for Sears Holdings Corporation, and its debtor affiliates, as debtors and debtors in possession*

## Exhibit A

**Proposed Form of Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 8301 |

**ORDER GRANTING FOURTH QUARTERLY REPORT OF KATTEN MUCHIN ROSENMAN LLP AS SPECIAL AVOIDANCE COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JUNE 30, 2020**

Katten Muchin Rosenman LLP ("Katten"), Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above matter, having filed its Fourth Quarterly Report for the Period of April 1, 2020 through June 30, 2020 as Special Avoidance Counsel (the "Fourth Quarterly Report");[2] and the Court having reviewed the Fourth Quarterly Report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Fourth Quarterly Report was adequate under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Fourth Quarterly Report.

circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Report;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. The request for approval of the Fourth Quarterly Report is GRANTED to the extent set forth in Schedule A and Schedule B hereto.

2. Katten is awarded approval for compensation in the amount of $104,593.96 for professional services rendered on a contingency fee basis and $712.84 for actual and necessary costs and expenses for the period of April 1, 2020 through June 30, 2020.

3. Such sums are authorized for payment less any amounts previously paid to Katten on account of the amounts set forth in the Fourth Quarterly Report.

Dated: _____, 2020
New York, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)  Schedule A
Case Name: In re Sears Holdings Corporation, *et al*.

**CURRENT FEE PERIOD**

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP, Special Avoidance Counsel for the Debtors | 7/15/2020 Docket No. 8301 | 4/1/2020–6/30/2020 | $104,593.96 | $104,593.96 | $104,593.96 | $712.84 | $712.84 | $712.84 |

Case No.: 18-23538 (RDD)  **Schedule B**
Case Name: In re Sears Holdings Corporation, *et al*.

**QUARTERLY REPORT TOTALS**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[1] |
|---|---|---|---|---|
| Katten Muchin Rosenman LLP, Special Avoidance Counsel for the Debtors | $257,881.94 | $257,881.94 | $267,201.41 | $267,201.41 |

---

[1] In accordance with the terms of the Amended Order c(the "Order") signed on July 2, 2019, Authorizing the Employment and Retention of Katten Muchin Rosenman LLP As Special Avoidance Action Counsel to Debtors *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4413], Katten received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order), and its Expenses (as defined in the Order) from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).