# Exhibit A

| **Defendant Name** | **Adversary Number** |
|---|---|
| Giza Spinning and Weaving Co. | 20-06491 |
| HK Sino-Thai Trading Company Ltd. | 20-06519 |
| Renfro India Pvt. Ltd., DBA Infiiloom India Private Limited | 20-06492 |
| Samil Solution Co. Ltd. | 20-06493 |

* 4 Adversary Proceedings