**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :
                                                                  :    Chapter 11
**SEARS HOLDINGS CORPORATION, *et al.*,**                         :
                                                                  :    Case No. 18-23538 (RDD)
                                                                  :
              Debtors.[1]                                         :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Adjournment of Hearings on (I) Certain of the Debtors' Pending Objections to Proofs of Claim and (II) the Debtors' Motion to Allow Administrative Claims [Docket No. 8279]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated:  August 17, 2020

                                                */s/ Arnold A. Jaglal*
                                                Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 17, 2020, by Arnold A. Jaglal, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**<u>Exhibit A</u>**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 4866073 | ALLIANCE MATERIAL HANDLING CORP | 511 BALLANTYNE RD | | | | GROSSE PT SHR | MI | 48236-2604 | |
| 7729592 | DEBBI PETERSON ARCHITECT | 44 GREENFIELD AVE | | | | SAN ANSELMO | CA | 94960-2415 | |
| 4123911 | ELEVATE, LLC | INSIGHT 2 DESIGN | ATTN: ADAM FRENCH | 8681 W 137TH TER | | OVERLAND PARK | KS | 66223-7351 | |
| 5611317 | FACTORIAL DIGITAL INC | 1351 FAIRMONT AVE | | | | MT PLEASANT | SC | 26464-4456 | |
| 5847033 | GROUPBY USA, INC. | WALSH PIZZI O'REILLY FALANGA LLP | CHRISTOPHER M. HEMRICK | PARTNER | 100 MULBERRY ST STE 1500 | NEWARK | NJ | 07102-4056 | |
| 4806233 | J B WELD COMPANY LLC | 400 CMH | | | | SULPHUR SPRINGS | TX | 75482-6000 | |
| 4130568 | KRAUSE WATCH CO. | ALLISON KRAUSE | 99 SE MIZNER BLVD APT 329 | | | BOCA RATON | FL | 33432-5012 | |
| 7729642 | KRISTEN RAYBON | 5121 HIDDEN HARBOR RD | | | | SIESTA KEY | FL | 34242-1425 | |
| 4868080 | LIMBACH COMPANY LLC | 1251 WATERFRONT PL STE 201 | | | | PITTSBURGH | PA | 15222-4238 | |
| 7729662 | MENA, CYNTHIA | 4210 NW 107TH AVE APT 1310 | | | | DORAL | FL | 33178-4873 | |
| 4901129 | PURE GLOBAL BRANDS, INC | PO BOX 216889 | | | | PLANO | TX | 75026-1889 | |
| 5798356 | R2P GROUP INC | 1315 W MACARTHUR RD # 300 | | | | WICHITA | KS | 67217-2736 | |
| 5798454 | RENPURE LLC | 190 PIPPIN ROAD | | | | CONCORD | ON | L4K4X9 | CANADA |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1