**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br>(Jointly Administered)<br><br>Re: Docket Index 8302 |

**ORDER GRANTING FOURTH QUARTERLY REPORT OF
ACUMEN RECOVERY SERVICES, LLC FOR ALLOWANCE OF
CONTINGENT FEES AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM APRIL 1, 2020 THROUGH JUNE 30, 2020**

Acumen Recovery Services, LLC ("Acumen"), as provider of preference action recovery and analysis services to the Debtors, and its debtor affiliates, as debtors and debtors in possession in the above matter, having filed its Fourth Quarterly Report for the Period of April 1, 2020 through June 30, 2020 (the "Fourth Quarterly Report"), dated July 15, 2020;[2] and the Court having reviewed the Fourth Quarterly Report; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334 (b) notice of the Fourth

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms shall have the same meaning ascribed to them in the Fourth Quarterly Report.

Quarterly Report and the opportunity for a hearing thereon was adequate under the circumstances, and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Report, and there have been no objections to the requested relief; and no additional notice or a hearing being required; and, after due deliberation, it appearing that the relief granted herein is consistent with the terms of Acumen's retention and warranted;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The request for approval of the Fourth Quarterly Report is GRANTED to the extent set forth in Schedule A and Schedule B hereto.

2. Acumen is awarded approval for compensation in the amount of $93,420.34 and actual and necessary expenses in the amount of $26,055.09 for the period of April 1, 2020 through June 30, 2020.

3. Such sums are authorized for payment less any amount previously paid to Acumen on account of the amounts set forth in the Fourth Quarterly Report.

Dated: August 17, 2020
      White Plains, New York

                              */s/Robert D. Drain*
                              THE HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE

Case No.: 18-23538 (RDD)            Schedule A
Case Name: In re Sears Holdings Corporation, *et al.*

## CURRENT FEE PERIOD

| (1) Applicant | (2) Quarterly Report Date and Docket No. | (3) Fee Period | (4) Fees Requested | (5) Fees Allowed | (6) Fees to be Paid Under Order | (7) Expenses Requested | (8) Expenses Allowed | (9) Expenses to be Paid Under Order |
|---|---|---|---|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | July 15, 2020 Docket No. 8302 | 4/1/20 – 6/30/20 | $93,420.34 | $93,420.34 | $93,420.34 | $26,055.09 | $26,055.09 | $26,055.09 |

Case No.: 18-23538 (RDD)  Schedule B
Case Name: In re Sears Holdings Corporation, *et al.*

## QUARTERLY REPORT TOTALS

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid[3] |
|---|---|---|---|---|
| Acumen Recovery Services, LLC, provider of preference action recovery and analysis services to the Debtors | $231,555.15 | $231,555.15 | $49,560.05 | $49,560.05 |

---

[3] In accordance with the terms of the Order (the "Order") signed on June 26, 2019, Authorizing the Employment and Retention of Acumen Recovery Services, LLC to Provide Preference Action Recovery and Analysis Services to the Debtors, Effective *Nunc Pro Tunc* to April 1, 2019 [Docket No. 4362], Acumen received payment on account of its fees, in accordance with the Contingency Fee Schedule (as defined in the Order) and its Expenses (as defined in the Order), from proceeds recovered in connection with the avoidance actions as provided in the Engagement Letter (as defined in the Order).