MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- x
In re:                                               : Chapter 11
                                                     :
SEARS HOLDINGS CORPORATION, *et al.*,                : Case No. 18-23538 (RDD)
                                                     :
                                                     : (Jointly Administered)
                      Debtors.[1]                    :
---------------------------------------------------- x

**FIFTH MONTHLY FEE STATEMENT OF MORITT HOCK &
HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND
DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD OF JULY 1, 2020 THROUGH JULY 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | July 1, 2020 through July 31, 2020 |
| Monthly Fees Incurred: | $45,039.00 |
| 20% Holdback: | $ 9,007.80 |
| Total Compensation Less 20% Holdback: | $36,031.20 |
| Monthly Expenses Incurred: | $    129.60 |
| Total Fees and Expenses Requested: | $36,160.80 |

This is a X monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Fifth Monthly Fee Statement") covering the period July 1, 2020 through July 31, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769]. By the Fifth Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $36,031.20 (80% of $45,039.00) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $129.60 incurred by Moritt Hock during the Compensation Period.

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

Exhibit A sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

Exhibit B sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

Exhibit C sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

Exhibit D sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

Exhibit E sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Fifth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman

3

Estates, Illinois 60179, <u>Attention</u>: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, <u>Attention</u>: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, <u>Attention</u>: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Fifth Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than September 3, 2020 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Fifth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fifth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Fifth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
       August 19, 2020

                                          **MORITT HOCK & HAMROFF LLP**

By:    /s/ James P. Chou
        James P. Chou
        Ted A. Berkowitz
        Danielle J. Marlow
        1407 Broadway
        Suite 3900
        New York, New York 10018
        Telephone: (212) 239-2000
        Facsimile: (212) 239-7277
        jchou@moritthock.com
        tberkowitz@moritthock.com
        dmarlow@moritthock.com

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## **EXHIBIT A**

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 2.40 | $1,620.00 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 8.50 | $ 5,057.50 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 4.80 | $ 2,688.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 32.50 | $17,875.00 |
| **Total Partner** | | | | **48.20** | **$27,240.50** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 2.20 | $ 869.00 |
| **Total Associates** | | | | **2.20** | **$ 869.00** |
| **PARALEGAL** | | | | | |
| Victoria Jankowski | Litigation | N/A | $245 | 14.20 | $ 3,479.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 54.90 | $13,450.50 |
| **Total Paralegal** | | | | **69.10** | **$ 16,929.50** |
| **Total Hours/ Fees Requested** | | | | **119.50** | **$45,039.00** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | **48.20** | $27,240.50 |
| Associates | 395.00 | **2.20** | $  869.00 |
| Paralegals/ Non-Legal Staff | 245.00 | **69.10** | $16,929.50 |
| Blended Timekeeper Rate | 412.22 | | |
| **Total Fees Incurred** | | | **$45,039.00** |

## EXHIBIT B

### Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 4.30 | $ 2,287.50 |
| B120 | Asset Analysis and Recovery | 92.20 | $33,926.00 |
| B160 | Fee/ Employment Applications | 23.00 | $ 8,825.50 |
| | **Total:** | **119.50** | **$45,039.00** |

# EXHIBIT C

## Itemized Fees



**MORITT HOCK & HAMROFF LLP**
**INVOICE DATED AUGUST 2020**
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Time |
|---|---|---|---|---|
| 7/1/2020 | DJM | E-mails with counsel for UBS, IT regarding production (0.4); e-mails with counsel for Citibank regarding follow up (0.1); follow up with Goldman Sachs and BNY Mellon (0.1); e-mails with S. Thomas regarding service (0.2), e-mails with Akin Gump regarding data analysis (0.2). | B120 | 1.00 |
| 7/1/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Suimitomo and Investco for updates to chart (1.9). | B120 | 2.20 |
| 7/2/2020 | VJ | Weekly team call for updates and status. | B110 | 0.30 |
| 7/2/2020 | TAB | Prepare for & participate on Team call re status and action items | B110 | 0.30 |
| 7/2/2020 | JPC | Lead weekly team meeting. | B110 | 0.30 |
| 7/2/2020 | DJM | Draft/revise service and shareholder charts and sending of same to Akin Gump; e-mails with Blackrock regarding production (2.4); call with Wells Fargo (0.2); e-mails with Goldman Sachs (0.2). | B120 | 2.80 |
| 7/2/2020 | DJM | Attend weekly team call. | B110 | 0.30 |
| 7/6/2020 | SMT | Emailed to D. Marlow attaching Wells Fargo Clearing Service affidavit of service concerning Wells Fargo's response. | B120 | 0.20 |
| 7/6/2020 | DJM | Call with counsel for Fidelity re subpoena (0.2); e-mails with counsel for RBC re subpoena (0.2); e-mails with counsel for UBS regarding production (0.3); call with S. Thomas regarding public shareholder and service charts (0.3). | B120 | 1.00 |
| 7/6/2020 | SMT | Updates to subpoena service tracking chart (0.3); analysis of documents production containing shareholder information from Blackstone and Vanguard for updates to chart (1.7). | B120 | 2.00 |
| 7/7/2020 | JPC | Analyze and prepare accruals and forecasts for MIII Partners. | B160 | 2.50 |
| 7/7/2020 | DJM | Call with counsel to USAA (0.2); e-mail to counsel for USAA regarding protective order, subpoena (0.4). | B120 | 0.60 |
| 7/7/2020 | JPC | Review and conform June 2020 billing entries for all timekeepers for monthly statement. | B160 | 0.60 |
| 7/8/2020 | SMT | Drafted email to Executive Attorney Service attaching subpoena for service. | B120 | 0.40 |
| 7/8/2020 | SMT | Updates to subpoena service tracking chart (0.1); analysis of documents production containing shareholder information from Vanguard and Goldman Sachs for updates to chart (2.4). | B120 | 2.50 |
| 7/8/2020 | SMT | Process Goldman Sachs and UBS production documents. | B120 | 0.60 |
| 7/8/2020 | SMT | Draft additional subpoenas for service. | B120 | 0.40 |
| 7/8/2020 | DJM | Research and analysis of production by Goldman Sachs, accompanying correspondence (0.6); e-mails and call with S. Thomas regarding same (0.4); follow up e-mail to Goldman Sachs regarding same (0.2), e-mail to Akin Gump (0.1). | B120 | 1.30 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/9/2020 | ADC | Telephone conversation with Sears team. | B110 | 0.20 |
| 7/9/2020 | DJM | Attend team meeting. | B110 | 0.20 |
| 7/9/2020 | JPC | Weekly team meeting re: outstanding tasks and action items. | B110 | 0.20 |
| 7/9/2020 | TAB | Prepare for and participate on weekly status call. | B110 | 0.20 |
| 7/9/2020 | DJM | Follow up with numerous banks regarding production (0.4); e-mail with Fidelity regarding confidentiality stipulation (0.2); review/revision of service chart (0.1). | B120 | 0.70 |
| 7/9/2020 | TAD | Team status call. | B110 | 0.10 |
| 7/10/2020 | DJM | Review of UBS production, e-mails with S. Thomas regarding same (0.5); review/revision of public shareholder chart (0.5); review/revision of service chart, e-mails regarding service issues (0.9); review of Morgan Stanley production and e-mail to Morgan Stanley regarding same (0.5). | B120 | 2.40 |
| 7/10/2020 | SMT | Emails and telephone call to D. Marlow regarding inputting of information contained in Goldman Sachs production documents. | B120 | 0.50 |
| 7/10/2020 | SMT | Analysis of document production containing shareholder information from Goldman Sachs and UBS for updates to chart. | B120 | 6.40 |
| 7/13/2020 | DJM | Review/revise aggregate shareholder chart, e-mails with S. Thomas regarding same (1.2); attention to service issues (0.3). | B120 | 1.50 |
| 7/13/2020 | SMT | Drafted email Executive Attorney Service attaching subpoena for service. | B120 | 0.20 |
| 7/13/2020 | SMT | Draft additional subpoenas for service. | B120 | 0.30 |
| 7/13/2020 | SMT | Analysis of document production information contained in shareholder chart (2.1); updates to subpoena service tracking chart (0.3). | B120 | 2.40 |
| 7/14/2020 | DJM | Review of materials sent by D. Chapman to committee (0.5); review of recent case decision (1.0); follow up with various banks regarding production (0.3). | B120 | 1.80 |
| 7/14/2020 | TAB | Review monthly fee statements issues for JChou (0.2). | B160 | 0.20 |
| 7/14/2020 | TAB | Review and comment on email to Akin regarding future litigation arising from corporate transactions (0.1); Review Akin status memo to litigation trust representatives (0.2). | B120 | 0.30 |
| 7/14/2020 | JPC | Review and analyze memo from Akin summarizing status of investigation and analysis concerning asserting claims (0.5); analyze relevant case law (0.2). | B120 | 0.70 |
| 7/14/2020 | VJ | Review all accounting pre-bill spreadsheets and draft Fourth Fee Statement for June 2020. | B160 | 2.40 |
| 7/15/2020 | DJM | Review of memo from Akin Gump (0.3); review of production from U.S. Bankcorp Investments (0.3); e-mails with subpoena respondents (0.2), attention to issues regarding Citibank supplemental production and encryption (0.2). | B120 | 1.00 |
| 7/15/2020 | SMT | Analysis of document production information contained in shareholder chart (0.6); updates to subpoena service tracking chart (0.4). | B120 | 1.00 |
| 7/16/2020 | TAD | Review and finalize June monthly fee statement. | B160 | 0.80 |
| 7/16/2020 | VJ | Weekly team phone call. | B110 | 0.40 |
| 7/16/2020 | DJM | Attend weekly team meeting. | B110 | 0.40 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/16/2020 | VJ | Commence drafting of First Interim Fee Application. | B160 | 1.80 |
| 7/16/2020 | DJM | Review and analysis of production by Citibank and prior productions and correspondence, e-mails with team regarding same (0.9); e-mails with PNC Bank (0.1); call with Wells Fargo (0.2); review and analysis of e-mail from Clearstream objecting to subpoena, e-mails with team regarding same (0.4), coordination with S. Thomas regarding updates to chart (0.2). | B120 | 1.80 |
| 7/16/2020 | JPC | Team meeting to discuss status of fees, projections, and substantive matters re: subpoenas. | B110 | 0.40 |
| 7/16/2020 | VJ | Finalize June Invoice and forward Fourth Fee Statement and Invoice to JPC to approve for filing. | B160 | 0.40 |
| 7/16/2020 | TAB | Prepare for and participate on weekly Team Call. | B110 | 0.40 |
| 7/16/2020 | TAD | Team meeting. | B110 | 0.40 |
| 7/16/2020 | TAD | Correspond with V. Jankowski re: June monthly fee statement, interim fee application. | B160 | 0.20 |
| 7/17/2020 | JPC | Review draft monthly fee statement and approve for filing | B160 | 0.60 |
| 7/17/2020 | JPC | Review and analyze correspondence and arguments from Clearstream Banking re: service under Hague Convention (.2); email w/ D. Marlow re: same (.1). | B120 | 0.30 |
| 7/17/2020 | VJ | Continue drafting First Fee Application. | B160 | 0.80 |
| 7/17/2020 | VJ | Finalize and e-file Fourth Monthly Fee Statement and forward filed copy to service parties. | B160 | 0.80 |
| 7/17/2020 | SMT | Analysis of document production information contained in shareholder chart (1.9); updates to subpoena service tracking chart (0.2). | B120 | 2.10 |
| 7/17/2020 | DJM | Research and analysis regarding objections by Clearstream regarding service of subpoena (1.8), drafting and sending of response to Clearstream (0.8), e-mails with A. Corey, J. Chou regarding Clearstream and review of cases sent by same (1.0); review of production by TD Ameritrade, e-mails with S. Thomas regarding same (0.6); e-mails with Akin regarding Citibank production (0.6). | B120 | 4.80 |
| 7/17/2020 | SMT | Process TD Ameritrade's production documents. | B120 | 0.40 |
| 7/17/2020 | ADC | Research & Analysis of service objections by Clearstream Banking w/r/t the subpoena. | B120 | 1.60 |
| 7/18/2020 | JPC | Confer w/TAB re Hague Convention issues (0.2) | B120 | 0.20 |
| 7/18/2020 | TAB | Research into Hague Convention service issues; discuss same w/J Chou. | B120 | 1.00 |
| 7/20/2020 | VJ | Continue drafting First Interim Fee Application. | B160 | 1.40 |
| 7/20/2020 | JPC | Attention to billing issues for M-III Partners. | B160 | 0.30 |
| 7/20/2020 | DJM | Review of supplemental correspondence from Goldman Sachs regarding production and e-mail to S. Thomas regarding same (0.3); follow up with Morgan Stanley (0.1). | B120 | 0.40 |
| 7/20/2020 | TAD | Correspond and follow up re: payment of Second Monthly Fee Statement. | B160 | 0.30 |
| 7/21/2020 | VJ | Continue drafting First Fee Application. | B160 | 3.70 |
| 7/21/2020 | SMT | Analysis of document production information contained in shareholder chart (2.6); updates to subpoena service tracking chart (.7). | B120 | 3.30 |
| 7/21/2020 | SMT | Process Citibank's production documents. | B120 | 0.40 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/21/2020 | DJM | Call with Citibank (0.3); follow up e-mail to Citibank (0.4); e-mails regarding production by RBC Wealth Management (0.4); e-mails with Akin Gump regarding service of subpoenas (0.4). | B120 | 1.50 |
| 7/22/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 4.40 |
| 7/22/2020 | JPC | T/c w/ A. Corey re: Clearstream and Hague service issues. | B120 | 0.10 |
| 7/22/2020 | DJM | E-mails with JP Morgan regarding subpoena (0.3); e-mails with USAA regarding subpoena (0.2); follow up with various banks (0.3). | B120 | 0.80 |
| 7/23/2020 | TAD | Call with Mary Korycki, M-III Partners re: invoices, payments, accruals and related items (.20); follow up emails with Mary Korycki re: same (.20); emails to MHH Sears team re: same (.20). | B160 | 0.60 |
| 7/23/2020 | JPC | Attention to Hague service issue re: Clearstream. | B120 | 0.50 |
| 7/23/2020 | DJM | Review and analysis of BlackRock production (0.6); follow up with BlackRock regarding production (0.2); call with S. Thomas regarding status, charts, next steps (0.4); e-mails with Wells Fargo regarding protective order (0.2); call with UMB Bank (0.1). | B120 | 1.50 |
| 7/23/2020 | ADC | Research & Analysis of Hague Service Convention | B120 | 0.40 |
| 7/23/2020 | SMT | Analysis of document production information contained in shareholder chart (4.6); updates to subpoena service tracking chart (0.6). | B120 | 5.20 |
| 7/23/2020 | JPC | Email to team re: status and action items. | B110 | 0.20 |
| 7/24/2020 | DJM | Review and analysis of UMB production (0.4); review and analysis of production by RBC Wealth Management (0.4); review and analysis of production by National Financial Services (0.4); review/revision of service chart (0.3); e-mailing of multiple subpoenaed parties yet to respond to subpoenas and research of relevant contacts at same (1.5). | B120 | 3.00 |
| 7/24/2020 | SMT | Process BlackRock and RBC Wealth Management production documents. | B120 | 0.40 |
| 7/24/2020 | VJ | Continue drafting First Fee Application and email draft to TAD. | B160 | 2.20 |
| 7/24/2020 | TAD | Revise interim fee application. | B160 | 0.70 |
| 7/24/2020 | TAD | Review draft of first interim fee application. | B160 | 0.30 |
| 7/24/2020 | SMT | Analysis of document production information contained in shareholder chart (3.4); updates to subpoena service tracking chart (.4). | B120 | 3.80 |
| 7/24/2020 | SMT | Drafted email to D. Marlow attaching outstanding subpoenas with Exhibit A and corresponding Affidavits of Service. | B120 | 0.60 |
| 7/27/2020 | DJM | Call with S. Thomas regarding analysis of shareholder data (0.4); provision of information to S. Thomas (0.3); e-mails with counsel to Raymond James (0.1). | B120 | 0.80 |
| 7/27/2020 | SMT | Analysis of document production information contained in shareholder chart (3.8); updates to subpoena service tracking chart (.3). | B120 | 4.10 |
| 7/27/2020 | SMT | Process UMB Bank and National Financial Services LLC (Fidelity) production documents. | B120 | 0.40 |
| 7/28/2020 | TAD | Correspond re: payment on third interim fee statement. | B160 | 0.10 |
| 7/28/2020 | TAD | Work on first interim fee application. | B160 | 0.50 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 7/28/2020 | JPC | Review correspondence from Morgan Stanley re: refusal to provide account holder identities (.2); review production from Morgan Stanley. | B120 | 0.40 |
| 7/28/2020 | DJM | Review of supplementary response from Morgan Stanley and analysis of same (0.4); e-mail to S. Thomas regarding Morgan Stanley production (0.2), e-mails to Morgan Stanley regarding production (0.2); e-mails with Akin Gump regarding Morgan Stanley production (0.2); e-mails with counsel for Bank of America (0.2); provision of information regarding subpoena responses to Akin Gump (0.5). | B120 | 1.70 |
| 7/28/2020 | JPC | Review latest subpoena service and production stats. | B120 | 0.20 |
| 7/29/2020 | SMT | Process Morgan Stanley production documents. | B120 | 0.30 |
| 7/29/2020 | JPC | Gathering accrual information for M-III partners. | B160 | 1.00 |
| 7/29/2020 | DJM | Call with counsel to JP Morgan (0.2); call with counsel to Bank of America and follow up e-mail (0.4); call with S. Thomas regarding production by National Financial Services (0.2). | B120 | 0.80 |
| 7/29/2020 | SMT | Analysis of document production information contained in shareholder chart (4.2); updates to subpoena service tracking chart (0.3). | B120 | 4.50 |
| 7/30/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 4.30 |
| 7/30/2020 | TAD | Review and revise First Interim Fee application. | B160 | 0.80 |
| 7/30/2020 | DJM | Response to queries from S. Thomas regarding analysis of shareholder data. | B120 | 0.40 |
| 7/31/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.60 |
| | | | | 119.50 |

## EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount |
|---|---|
| Copies – In House | $ 53.60 |
| Outside Vendor – Document Production Fees | $ 76.00 |
| **Total:** | **$129.60** |

## EXHIBIT E

### Itemized Disbursements

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 7/14/2020 | Copies – In House | $ 6.80 |
| 7/16/2020 | Copies – In House | $ 2.20 |
| 7/20/2020 | Copies – In House | $14.80 |
| 7/21/2020 | Copies – In House | $ 3.40 |
| 7/27/2020 | Copies – In House | $ 3.80 |
| 7/29/2020 | Copies – In House | $22.60 |
| 7/17/2020 | TD Ameritrade – Hours, Production, Notary Fees | $76.00 |
| | **Total** | **$129.60** |