# EXHIBIT B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for 2019 Excluding Bankruptcy and Reorganization* | **Billed in this fee application** |
| Partners[1] | 2 | $578.55 | $965.20[2] |
| Of Counsel & Counsel | 0 | $502.35 | $0.00 |
| Senior Associates (7 + years) | 2 | $397.62 | $499.21 |
| Midlevel Associates (4-6 years) | 1 | $344.54 | $415.00 |
| Junior Associates (1-3 years) | 2 | $262.20 | $381.73 |
| Paraprofessionals | 3 | $218.84 | $328.85 |
| **Aggregated:** | **10** | **$426.98** | **$552.11** |

---

[1] Ballard Spahr is a single tier firm. It does not have non-equity/income partners. Neither does it define or differentiate between senior and junior partners.

[2] The differential in this category is due the number of hours expended by more senior members of the firm's Bankruptcy and Reorganization Group who practice in markets that dictate higher rates as compared to the full range of rates changed by all partners, regardless of years of practice, across all 15 Ballard Spahr offices.