# EXHIBIT C

# BUDGET

| Period | Budget for Fees and Expenses | Actual Fees and Expenses |
|---|---|---|
| March 1, 2020 – March 31, 2020 | $50,000.00 | $46,894.50 |
| April 1, 2020 – April 30, 2020 | $50,000.00 | $32,319.00 |
| May 1, 2020 – May 31, 2020 | $50,000.00 | $6,377.00 |
| June 1, 2020 – June 30, 2020 | $150,000.00 | $148,366.21 |
| **Total** | **$300,000.00** | **$233,956.71** |