FOX ROTHSCHILD LLP
Kathleen Aiello
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

*Counsel to Microsoft Corporation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| In re | : | |
| --- | --- | --- |
| | : | Chapter 11 |
| SEARS HOLDING CORPORATION, et al., | : | (Jointly Administered) |
| | : | Case No. 18-23538-RDD |
| | : | |
| Debtor. | : | |

---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE OF KATHLEEN M. AIELLO
MATRIX AND ECF NOTICE**

TO:    CLERK, U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NY

*PLEASE TAKE NOTICE* that Kathleen M. Aiello of Fox Rothschild LLP hereby withdraws her appearance as counsel for Microsoft Corporation, Inc. in the above-captioned case and requests to be removed from the Service List, Matrix and ECF-Notice in this bankruptcy case.

Dated:    New York, New York          FOX ROTHSCHILD LLP
          August 28, 2020

                                      By:    */s/ Kathleen M. Aiello*
                                             Kathleen Aiello
                                             101 Park Avenue, 17th Floor
                                             New York, New York 10178
                                             (212) 878-7900

                                             *Counsel to Microsoft Corporation, Inc.*