# EXHIBIT A

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                             August 26, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases   Invoice No. 20200806433
1675 Broadway, 19th Floor
New York, NY 10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

### INVOICE SUMMARY

| | |
|---|---:|
| Professional Fees | $21,496.50 |
| **Total Invoice Amount** | **$21,496.50** |

071820.02 - 00315861                                                    August 26, 2020
Vincent J. Marriott, III                                          Invoice No. 20200806433

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|----------|------|-------------|------|-------|--------|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 07/01/20 | Review, analyze and prepare comments on draft preliminary report on Deloitte BTA final fee and expense application and supporting exhibits/anticipated fee objections (1.90); correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.20) | 1,405.00 | 2.20 | 3,091.00 |
| Harner,P.E. | 07/02/20 | Further review, analysis and preparation of comments on draft preliminary report on Deloitte BTA final fee and expense application and supporting exhibits/anticipated fee objections (1.50); correspondence with T. Daluz and C. McClamb re: same (.20); review, analysis and preparation of comments on proposed final form of preliminary report re: second interim Akin Gump fee and expense application (.70); telephone conference and correspondence with V. Marriott re: same (.20) | 1,405.00 | 2.60 | 3,653.00 |
| Harner,P.E. | 07/06/20 | Multiple extended telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: draft preliminary report on Deloitte BTA final fee and expense application and supporting exhibits/anticipated fee objections, including anticipated approach to upcoming objections deadline and hearing | 1,405.00 | 0.50 | 702.50 |
| Harner,P.E. | 07/07/20 | Further review and analysis of draft preliminary report on DBTA final fee and expense application and supporting exhibits/potential fee objections (.80); telephone conferences and correspondence with V. Marriott and T. Daluz re: same (.20) | 1,405.00 | 1.00 | 1,405.00 |

071820.02 - 00315861                                                      August 26, 2020
Vincent J. Marriott, III                                          Invoice No. 20200806433

| Attorney | Date | Description | Rate | Hours | Amount |
|----------|------|-------------|------|-------|--------|
| Harner,P.E. | 07/08/20 | Extended telephone conference with R. Young (Deloitte) re: potential consensual resolution of objections in draft preliminary report on DBTA final fee and expense application and supporting exhibits/potential fee objections (.30); follow-up telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.20); review, finalize and transmit preliminary report re: second interim Akin Gump fee and expense application (.30) | 1,405.00 | 0.80 | 1,124.00 |
| Harner,P.E. | 07/09/20 | Finalize consensual resolution of objections in draft preliminary report on DBTA final fee and expense application and supporting exhibits/potential fee objections, including telephone conferences with R. Young (Deloitte) and V. Marriott re: same | 1,405.00 | 0.40 | 562.00 |
| Harner,P.E. | 07/10/20 | Review and prepare comments on draft statement of fee examiner re: final fee and expense application of Deloitte BTA (.40); telephone conferences and correspondence with V. Marriott, T. Daluz and C. McClamb re: same (.20); review and analyze latest monthly WGM fee and expense statement (1.30) | 1,405.00 | 1.90 | 2,669.50 |
| Harner,P.E. | 07/15/20 | Prepare for and participate in telephonic hearing re: final fee and expense application of Deloitte BTA | 1,405.00 | 0.60 | 843.00 |
| Harner,P.E. | 07/20/20 | Review and analyze Akim Gump response to fee examiner's preliminary report re: second interim fee and expense application (.70); extended telephone conference with V. Marriott re: same (.20) | 1,405.00 | 0.90 | 1,264.50 |

071820.02 -  00315861                                                                          August 26, 2020
Vincent J. Marriott, III                                                                       Invoice No. 20200806433

| Attorney | Date | Description | Rate | Hours | Amount |
|----------|------|-------------|------|-------|--------|
| Harner,P.E. | 07/21/20 | Telephone conferences and correspondence with S. Brauner (AG) and V. Marriott re: Akin Gump response to fee examiner's preliminary report re: second interim fee and expense application (.80); review, analyze and prepare comments on draft preliminary reports re: additional interim fee and expense applications of legal professionals and supporting exhibits/prospective fee and expense objections (3.60) | 1,405.00 | 4.40 | 6,182.00 |
| **Total B170** | | | | **15.30** | **21,496.50** |
| **Total Fees** | | | | **15.30** | **$21,496.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|----------|--------------|-------------|---------------|
| Harner,P.E. | 15.30 | 1,405.00 | 21,496.50 |
| **Total Fees** | **15.30** | | **$21,496.50** |

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                      August 26, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases            Invoice No. 20200806433
1675 Broadway, 19th Floor
New York, NY 10019

Client:     Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:     Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

## REMITTANCE ADVICE

| | |
|---|---:|
| Professional Fees | $21,496.50 |
| **Total Invoice Amount** | **$21,496.50** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days