# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

August 26, 2020
Invoice No. 20200806432

Client:   Sears Fee Examiner (071820.03)
Matter:  Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

**INVOICE SUMMARY**

| | |
|---|---|
| Professional Fees | $53,753.50 |
| **Total Invoice Amount** | **$53,753.50** |

| 071820.03 - 00317415 | August 26, 2020 |
|---|---|
| Vincent J. Marriott, III | Invoice No. 20200806432 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 07/20/20 | Address exhibits to Ballard's fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 07/27/20 | Prepare Ballard's fee application exhibits | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 07/28/20 | Draft Ballard's fee application | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 07/29/20 | Revise fee application and oversee filing | 940.00 | 1.50 | 1,410.00 |
| McClamb,C.D. | 07/29/20 | Review and edit monthly fee application | 495.00 | 0.50 | 247.50 |
| **Total B160** | | | | 4.00 | 3,537.50 |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 07/01/20 | Draft DTBA preliminary report | 495.00 | 5.30 | 2,623.50 |
| McClamb,C.D. | 07/01/20 | E-mails with P. Harner and V. Marriott re: DTBA preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 07/01/20 | E-mails with P. Harner and V. Marriott re: Akin second preliminary report exhibits | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 07/01/20 | Prepare Akin second preliminary report exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 07/01/20 | Review Weil fee entries | 495.00 | 1.20 | 594.00 |
| McClamb,C.D. | 07/01/20 | Prepare exhibits for DTBA preliminary report | 495.00 | 2.00 | 990.00 |
| McClamb,C.D. | 07/02/20 | Review Weil fee entries | 495.00 | 2.30 | 1,138.50 |
| McClamb,C.D. | 07/02/20 | Prepare and finalize Akin Second Preliminary report and exhibits | 495.00 | 6.50 | 3,217.50 |
| McClamb,C.D. | 07/02/20 | E-mails with V. Marriott re: Akin preliminary report | 495.00 | 0.30 | 148.50 |
| Daluz,T.M. | 07/06/20 | Review and revise DTBA report | 940.00 | 2.50 | 2,350.00 |
| Daluz,T.M. | 07/06/20 | Review and revise detailed exhibits with fee entries | 940.00 | 2.50 | 2,350.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

August 26, 2020  
Invoice No. 20200806432

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Daluz,T.M. | 07/06/20 | Correspondence with P. Harner and V. Marriott re: DTBA strategy | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 07/06/20 | Edits to Weil exhibits | 495.00 | 3.50 | 1,732.50 |
| Marriott, III,V.J. | 07/07/20 | Review remaining differences between Deloitte Tax final fee application and potential issues discovered in review | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 07/07/20 | Correspondence with P. Harner, V. Marriott, and C. McClamb re: DTBA review | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 07/07/20 | Review and revise summary e-mail to DTBA | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 07/07/20 | Draft correspondence to DTBA re: review of fee applications | 495.00 | 1.50 | 742.50 |
| McClamb,C.D. | 07/07/20 | Multiple e-mails with P. Harner and T. Daluz re: DTBA report | 495.00 | 1.00 | 495.00 |
| Marriott, III,V.J. | 07/08/20 | Finalize second report for Akin | 1,035.00 | 0.50 | 517.50 |
| Daluz,T.M. | 07/08/20 | Correspondence with DTBA representative and P. Harner re: objection extension | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 07/08/20 | Call with P. Harner re: basis for objection | 940.00 | 0.10 | 94.00 |
| McClamb,C.D. | 07/08/20 | Review and edit preliminary report for second Akin interim application | 495.00 | 2.50 | 1,237.50 |
| McClamb,C.D. | 07/09/20 | Phone call with P. Harner re: DTBA final fee application | 495.00 | 0.10 | 49.50 |
| McClamb,C.D. | 07/09/20 | Edits to Akin second preliminary report | 495.00 | 1.00 | 495.00 |
| Marriott, III,V.J. | 07/10/20 | Attend to transmittal of Akin second report | 1,035.00 | 0.30 | 310.50 |
| Daluz,T.M. | 07/10/20 | Correspondence with P. Harner, V. Marriott, and C. McClamb re: resolution of DTBA final fee application | 940.00 | 0.20 | 188.00 |
| Daluz,T.M. | 07/10/20 | Review and revise DTBA for filing with the court | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 07/10/20 | Draft statement re: DTBA final fee application | 495.00 | 2.80 | 1,386.00 |

071820.03 - 00317415                                                                                            August 26, 2020
Vincent J. Marriott, III                                                                                  Invoice No. 20200806432

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 07/10/20 | Edits to DTBA final fee application statement | 495.00 | 1.20 | 594.00 |
| McClamb,C.D. | 07/10/20 | Draft and prepare transmittal letter and preliminary report package | 495.00 | 1.10 | 544.50 |
| McClamb,C.D. | 07/13/20 | E-mails with C. Smith re: status of review | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 07/13/20 | Review Weil fee entries | 495.00 | 5.30 | 2,623.50 |
| Daluz,T.M. | 07/14/20 | Correspondence with R. Young of DTBA re: order on final fee application | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 07/14/20 | Review agenda of fee hearing | 940.00 | 0.10 | 94.00 |
| McClamb,C.D. | 07/14/20 | Meet with C. Smith re: fee review next steps | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 07/14/20 | E-mails with P. Harner re: status of reports and review | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 07/14/20 | Confer with C. Smith re: Weil fee report | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 07/14/20 | E-mails with P. Harner, V. Marriott, and T. Daluz re: attendance at hearing on DTBA final application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 07/14/20 | E-mails with R. Young re: order approving DTBA fee application | 495.00 | 0.30 | 148.50 |
| Smith,C.H. | 07/14/20 | Call with C. McClamb re: strategy for Weil fee application review | 385.00 | 1.00 | 385.00 |
| Marriott, III,V.J. | 07/15/20 | Prepare for and participate in Deloitte fee hearing | 1,035.00 | 0.50 | 517.50 |
| McClamb,C.D. | 07/15/20 | E-mails with C. Smith re: expense review issues | 495.00 | 0.70 | 346.50 |
| McClamb,C.D. | 07/15/20 | E-mails with C. Smith and K. Neitzel re: fee review issues | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 07/15/20 | E-mails with P. Harner and V. Marriott re: attendance at hearing on DTBA final application | 495.00 | 0.30 | 148.50 |
| Smith,C.H. | 07/15/20 | Review Weil Gotshal 3d 4th fee applications for 12+ hours in one day, communications, meetings (2.0); e-mails with C. McClamb and K. Neitzel re: workspace issues (0.3) | 385.00 | 2.30 | 885.50 |

Page 4

071820.03 - 00317415  
Vincent J. Marriott, III

August 26, 2020  
Invoice No. 20200806432

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 07/15/20 | Prepare fee data to be imported into Relativity workspace for attorney review | 360.00 | 1.00 | 360.00 |
| Pollard,C.P. | 07/16/20 | Update Weil Gotshall preliminary review findings - communications entries | 320.00 | 0.20 | 64.00 |
| Smith,C.H. | 07/16/20 | Review Weil Gotshal fee application for vague/noncompliant entries | 385.00 | 0.40 | 154.00 |
| McClamb,C.D. | 07/17/20 | Review and edit Weil fee entries | 495.00 | 2.50 | 1,237.50 |
| Smith,C.H. | 07/17/20 | Review Weil Gotshal fee application for vague entries | 385.00 | 1.60 | 616.00 |
| Daluz,T.M. | 07/20/20 | Call with C. McClamb re: applications to review | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 07/20/20 | Review order re: DTBA final fee application | 940.00 | 0.10 | 94.00 |
| Daluz,T.M. | 07/20/20 | Correspondence with P. Harner and C. McClamb re: same | 940.00 | 0.10 | 94.00 |
| McClamb,C.D. | 07/20/20 | Meet with C. Smith re: review of Weil fee entries | 495.00 | 1.20 | 594.00 |
| McClamb,C.D. | 07/20/20 | Review proposed order for DTBA final application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 07/20/20 | Phone call with C. Smith re: Weil fee application review | 495.00 | 1.10 | 544.50 |
| Smith,C.H. | 07/20/20 | Review Weil Gotshal 3rd and 4th fee applications for communications with no subject or parties, expenses, excessive time, and other incidental issues | 385.00 | 5.00 | 1,925.00 |
| Marriott, III,V.J. | 07/21/20 | Review Akin response to second preliminary report | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 07/21/20 | Review Akin response to preliminary report | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 07/21/20 | E-mails with P. Harner and S. Brauner re: Akin response to preliminary report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 07/21/20 | Edits to Weil fee entries | 495.00 | 3.30 | 1,633.50 |
| McClamb,C.D. | 07/21/20 | Review proposed order approving DTBA final fee application | 495.00 | 0.30 | 148.50 |

071820.03 -  00317415  
Vincent J. Marriott, III

August 26, 2020  
Invoice No. 20200806432

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Marriott, III,V.J. | 07/22/20 | Review Akin proposal for resolving Second Preliminary Objection | 1,035.00 | 0.20 | 207.00 |
| McClamb,C.D. | 07/22/20 | Draft supplemental declaration | 495.00 | 1.50 | 742.50 |
| Smith,C.H. | 07/22/20 | Review expenses in Weil Gotshal 3rd and 4th fee applications | 385.00 | 1.80 | 693.00 |
| Daluz,T.M. | 07/23/20 | Review recently filed contingent fee applications | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 07/23/20 | Draft supplemental declaration | 495.00 | 2.00 | 990.00 |
| Marriott, III,V.J. | 07/24/20 | Review correspondence re: Deloitte fee order | 1,035.00 | 0.20 | 207.00 |
| Daluz,T.M. | 07/24/20 | Review most recent Weil fee application | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 07/24/20 | E-mails with P. Harner re: Weil comments to order approving DTBA final application | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 07/24/20 | Edits to Weil fee entries | 495.00 | 1.50 | 742.50 |
| McClamb,C.D. | 07/27/20 | Review Weil second interim fee entries | 495.00 | 1.30 | 643.50 |
| McClamb,C.D. | 07/28/20 | Review Weil second interim fee entries | 495.00 | 2.40 | 1,188.00 |
| McClamb,C.D. | 07/28/20 | Draft supplemental declaration | 495.00 | 1.50 | 742.50 |
| Smith,C.H. | 07/29/20 | Review Weil Gotshal expenses in 3rd and 4th Fee Application | 385.00 | 1.20 | 462.00 |
| Smith,C.H. | 07/29/20 | Review Weil Gotshal time entries in 3rd and 4th Fee Application: | 385.00 | 0.80 | 308.00 |
| McClamb,C.D. | 07/30/20 | Quality check Weil fee review | 495.00 | 4.50 | 2,227.50 |
| Pollard,C.P. | 07/31/20 | Prepare Weil Gotshal Second Fee Petition exhibits | 320.00 | 1.80 | 576.00 |
| McClamb,C.D. | 07/31/20 | E-mails with P. Harner re: status of preliminary reports | 495.00 | 0.30 | 148.50 |
| **Total B170** | | | | 96.00 | 50,216.00 |
| **Total Fees** | | | | 100.00 | $53,753.50 |

071820.03 - 00317415  
Vincent J. Marriott, III

August 26, 2020  
Invoice No. 20200806432

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 11.10 | 940.00 | 10,434.00 |
| Marriott, III,V.J. | 2.50 | 1,035.00 | 2,587.50 |
| McClamb,C.D. | 69.30 | 495.00 | 34,303.50 |
| Smith,C.H. | 14.10 | 385.00 | 5,428.50 |
| Neitzel,K.N. | 1.00 | 360.00 | 360.00 |
| Pollard,C.P. | 2.00 | 320.00 | 640.00 |
| **Total Fees** | **100.00** | | **$53,753.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                August 26, 2020
1675 Broadway                                                                 Invoice No. 20200806432
New York, NY 10019

Client:   Sears Fee Examiner (071820.03)

Matter:   Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

**REMITTANCE ADVICE**

| | |
|---|---|
| Professional Fees | $53,753.50 |
| **Total Invoice Amount** | **$53,753.50** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days