# EXHIBIT C

# Ballard Spahr
### LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

August 26, 2020
Invoice No. 20200806434

Client:      Sears Fee Examiner (071820.03)

Matter:      Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Disbursements | $213.20 |
| **Total Invoice Amount** | **$213.20** |

071820.03 -  00317415                                                                    August 26, 2020
Vincent J. Marriott, III                                                        Invoice No. 20200806434

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/20 | Transcripts VISA_0720_9166_17 - VERITEXT CORP: 06/23/20; Transcript | 73.20 |
| 07/15/20 | Professional Services COURT CALL | 70.00 |
| 07/15/20 | Professional Services Client expense | 70.00 |
| **Total Disbursements** | | **$213.20** |

071820.03 -  00317415                                                                    August 26, 2020
Vincent J. Marriott, III                                                        Invoice No. 20200806434

# Ballard Spahr
LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
1675 Broadway
New York, NY 10019

August 26, 2020
Invoice No. 20200806434

Client:     Sears Fee Examiner (071820.03)

Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Disbursements | $213.20 |
| **Total Invoice Amount** | **$213.20** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| **For Payment by US mail:** | **ACH and Wire Payment Instructions** |
|---|---|
| Ballard Spahr LLP | Bank: PNC Bank, NA |
| P O Box 825470 | 1600 Market Street, Philadelphia, PA 19103 |
| Philadelphia, PA 19182 5470 | ABA No.: 031 0000 53 |
| | Account No.: 85-3131-7345 |
| | Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days