IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

PLEASE TAKE NOTICE that Jeffrey Garfinkle, of Buchalter, a Professional Corporation hereby withdraws his appearance as counsel for Supplylogix LLC and request to be removed from the Court's mailing matrix and service list with respect to the bankruptcy cases of the above-captioned debtors.

DATED: September 1, 2020

BUCHALTER, a Professional Corporation

By: /s/ *Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle, Esq.
(Cal Bar. No. 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
jgarfinkle@buchalter.com

Attorneys for Supplylogix LLC

BN 41473030v1