# **EXHIBIT B**

## Exhibit B[1]

| Party | Date Subpoena Served | Current Status |
|---|---|---|
| Knightsbridge Asset Management LLC | 11/12/2019 | No response |
| Force Capital Management LLC | 11/12/2019 | Objection pursuant to section 546(e) |
| Southwest Asset Management | 11/13/2019 | No response |
| Bolton LP | 11/13/2019 | Objection pursuant to section 546(e) |
| Petrus Trust Company LTA | 1/8/2020 | Slow response and no production |
| Interactive Brokers LLC | 7/18/2020 | Slow response and no production |

---

[1] Other parties not listed in Exhibit B have not yet produced documents but have agreed to do so within the next two weeks. Should any of those parties fail to produce as agreed, the Creditors' Committee will promptly seek judicial intervention.