# EXHIBIT B

# Exhibit B[1]

| Party | Date Subpoena Served | Status |
|---|---|---|
| Morgan Stanley Investment Banking and Brokerage Investments | 2/28/2020 | Incomplete production – refused to produce names of beneficial owners of securities at issue and quantities of securities received |
| Jefferies LLC | 3/19/2020 | Incomplete production – refused to produce names of beneficial owners of securities at issue |
| Legal & General Investment Management Limited | 4/22/2020 | No response |
| HSBC Global Asset Management (UK) Limited | 4/27/2020 | No response |
| Deutsche Bank Private Banking and Investment Banking Investments | 6/3/2020 | No response |
| Clearstream Banking AG | 6/25/2020 | Response but has refused to produce – claims inadequate service |
| Wells Fargo Clearing Services LLC | 6/30/2020 | Incomplete production – produced illegible and non-responsive data. |
| BMO Nesbitt Burns Inc. | 7/7/2020 | No response |
| RBC Dominion Securities Inc. | 7/21/2020 | No response |

---

[1] Other parties not listed in Exhibit B have not yet produced documents and/or their production is incomplete and they have agreed to produce and/or supplement their production within the next two weeks. Should any of those parties fail to produce as agreed, the Creditors' Committee will promptly seek judicial intervention.