MORITT HOCK & HAMROFF LLP
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway - 39th Floor
New York, New York, 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277

*Special Conflicts Counsel to the Official Committee of*
*Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
In re:                                          : Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           : Case No. 18-23538 (RDD)
                                                :
                                                : (Jointly Administered)
                        Debtors.[1]             :
------------------------------------------------ x

**SIXTH MONTHLY FEE STATEMENT OF MORITT HOCK &**
**HAMROFF LLP FOR PROFESSIONAL SERVICES RENDERED AND**
**DISBURSEMENTS INCURRED AS SPECIAL CONFLICTS COUNSEL**
**FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Moritt Hock & Hamroff LLP |
| Authorized to Provide Professional Services To: | The Official Committee of Unsecured Creditors of Sears Holdings Corporation |
| Date of Retention: | April 30, 2020 *nunc pro tunc* to January 2, 2020 |
| Period for Which Compensation and Reimbursement Is Sought: | August 1, 2020 through August 31, 2020 |
| Monthly Fees Incurred: | $43,435.50 |
| 20% Holdback: | $ 8,687.10 |
| Total Compensation Less 20% Holdback: | $34,748.40 |
| Monthly Expenses Incurred: | $ 3,131.60 |
| Total Fees and Expenses Requested: | $37,880.00 |

This is a X monthly __ interim __ final application

Moritt Hock & Hamroff LLP ("Moritt Hock"), special conflicts counsel for the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holdings Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby submits this statement of fees and disbursements (the "Sixth Monthly Fee Statement") covering the period August 1, 2020 through August 31, 2020 (the "Compensation Period"), in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses and Retained Professionals* (the "Interim Compensation Order") [Docket No. 769]. By the Sixth Monthly Fee Statement, Moritt Hock requests (a) interim allowance and payment of compensation in the amount of $34,748.40 (80% of $43,435.50) for fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Moritt Hock and (b) reimbursement of actual and necessary costs and expenses in the amount of $3,131.60 incurred by Moritt Hock during the Compensation Period.

2

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Moritt Hock professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period. The rates charged by Moritt Hock for services rendered to the Creditors' Committee are the same rates that Moritt Hock charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Moritt Hock professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Moritt Hock professionals and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Moritt Hock in connection with services rendered to the Creditor's Committee during the Compensation Period.

**Exhibit E** sets forth a complete itemization of disbursements incurred by Moritt Hock in connection with the services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Sixth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman

Estates, Illinois 60179, <u>Attention</u>: Moshin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to Debtors, Weil, Gotshal & Manges LLP, 767 Sixth Avenue, New York, NY 10153, <u>Attention</u>: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) counsel to the Creditors' Committee, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, <u>Attention</u>: Ira S. Dizengoff (email: idizengoff@akingump.com), Philip C. Dublin (email: pdublin@akingump.com), and Sara L. Brauner (sbrauner@akingump.com); (iv) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 1014, <u>Attention</u>: Paul Schwartzberg (email: paul.schwartzberg@usdoj.gov) and Richard Morrissey (email: richard.morrissey@usdoj.gov); (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, <u>Attention</u>: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com), and George R. Howard (email: george.howard@skadden.com); (vi) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vii) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, <u>Attention</u>: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "<u>Notice Parties</u>").

Objections to this Sixth Monthly Statement Fee, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than September 26, 2020 (the "<u>Objection Deadline</u>"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "<u>Objection</u>").

If no objections to this Sixth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Sixth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of the Sixth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: New York, New York
September 11, 2020

**MORITT HOCK & HAMROFF LLP**

By: /s/ James P. Chou
James P. Chou
Ted A. Berkowitz
Danielle J. Marlow
1407 Broadway
Suite 3900
New York, New York 10018
Telephone: (212) 239-2000
Facsimile: (212) 239-7277
jchou@moritthock.com
tberkowitz@moritthock.com
dmarlow@moritthock.com

*Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

## EXHIBIT A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| Ted A. Berkowitz | Restructuring/ Bankruptcy | 1984 | $675 | 0.90 | $607.50 |
| James P. Chou | Litigation | 1997 (NY) 1996 (NJ) | $595 | 12.30 | $7,318.50 |
| Theresa A. Driscoll | Restructuring/ Bankruptcy | 2000 | $560 | 11.60 | $6,496.00 |
| Danielle J. Marlow | Litigation | 1997 | $550 | 13.30 | $7,315.00 |
| **Total Partner** | | | | **38.10** | **$21,737.00** |
| **ASSOCIATES** | | | | | |
| Alex D. Corey | Litigation | 2014 | $395 | 13.10 | $5,174.50 |
| Stephen T. Breidenbach | Cyber Security/ Technology | 2018 | $340 | 4.50 | $1,530.00 |
| **Total Associates** | | | | **17.60** | **$6,704.50** |
| **PARALEGAL** | | | | | |
| Victoria Jankowski | Litigation | N/A | $245 | 9.40 | $ 2,303.00 |
| Sheila Marino-Thomas | Litigation | N/A | $245 | 51.80 | $12,691.00 |
| **Total Paralegal** | | | | **61.20** | **$14,994.00** |
| **Total Hours/ Fees Requested** | | | | **116.90** | **$43,435.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 595.00 | **38.10** | $21,737.00 |
| Associates | 367.50 | **17.60** | $ 6,704.50 |
| Paralegals/ Non-Legal Staff | 245.00 | **61.20** | $14,994.00 |
| Blended Timekeeper Rate | 404.93 | | |
| **Total Fees Incurred** | | | $43,435.50 |

## EXHIBIT B

### Task Code Summary

| Task Code | Matter | Hours | Value |
|---|---|---|---|
| B110 | Case Administration | 3.70 | $ 1,781.00 |
| B120 | Asset Analysis and Recovery | 82.60 | $26,678.00 |
| B160 | Fee/ Employment Applications | 30.60 | $14,976.50 |
| | **Total:** | **116.90** | **$43,435.50** |

**EXHIBIT C**

**Itemized Fees**



## MORITT HOCK & HAMROFF LLP
### INVOICE DATED September, 2020
**File # N-1944.001 Re: Sears Bankruptcy**

| Date | Prof | Narrative | Task Code | Time |
|---|---|---|---|---|
| 8/3/2020 | TAD | Emails with Joseph Szydlo re: fee application. | B160 | 0.1 |
| 8/3/2020 | VJ | Emails with Accounting Department. | B110 | 0.2 |
| 8/3/2020 | DJM | Review and analysis of production by USAA (0.5); e-mail to S. Thomas regarding same (0.2). | B120 | 0.7 |
| 8/3/2020 | TAB | Review and analyze Boston Gen case. | B110 | 0.5 |
| 8/3/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.3 |
| 8/4/2020 | TAD | Draft/revise first interim fee application. | B160 | 1.3 |
| 8/4/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.2 |
| 8/4/2020 | JPC | Gather data for M-III Partners. | B160 | 0.3 |
| 8/5/2020 | DJM | Review and analysis of Wells Fargo production (0.4); drafting of e-mail to Wells requesting supplemental production (0.4). | B120 | 0.8 |
| 8/5/2020 | VJ | Revise First Fee Application with updated payment amounts. | B160 | 0.4 |
| 8/5/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.8 |
| 8/5/2020 | JPC | Email to M-III Partners. | B160 | 0.1 |
| 8/6/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.7 |
| 8/6/2020 | JPC | Team meeting w/ D. Marlow and A. Corey re: status of doc productions service questions, and outstanding issues. | B120 | 0.3 |
| 8/6/2020 | ADC | Telephone conversation with team to discuss case developments and subpoena progress. | B120 | 0.3 |
| 8/6/2020 | JPC | Review prebill descriptions and time allocations for creation of bill for monthly fee statement. | B160 | 1.1 |
| 8/6/2020 | DJM | Weekly team call re: substantive issues re: doc. production. | B120 | 0.3 |
| 8/7/2020 | TAD | Revise and finalize draft of first interim fee application. | B160 | 1.2 |
| 8/7/2020 | TAD | Email M-III Parties re: Fourth Monthly Fee Statement (0.4); email James Chou re: First Interim Fee Application (0.1). | B160 | 0.5 |
| 8/7/2020 | JPC | Review and comment on draft Interim Fee Application. | B160 | 2.1 |
| 8/7/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.2 |
| 8/9/2020 | JPC | Markup time all timekeeper entries to conform will billing practices for Fifth Monthly Fee Statement. | B160 | 0.8 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/10/2020 | TAD | Review JPC comments to first interim fee application (0.2); revise first interim fee application (1.4). | B160 | 1.6 |
| 8/10/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.7 |
| 8/10/2020 | SMT | Processed Wells Fargo Clearing production documents. | B120 | 0.4 |
| 8/10/2020 | DJM | E-mails to multiple banks following up on production. | B120 | 0.6 |
| 8/11/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.1 |
| 8/11/2020 | DJM | E-mails with counsel for Citibank and U.S. Bank. | B120 | 0.2 |
| 8/12/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.3 |
| 8/12/2020 | DJM | Call with counsel to PNC Bank, follow up e-mail (0.4); attention to issues related to Pershing production (0.4); e-mails with counsel to U.S. Bank (0.2); review of recent decision related to safe harbor provision (0.5). | B120 | 1.5 |
| 8/12/2020 | VJ | Review and revise Fee Application and email to JPC and TAD. | B160 | 2.6 |
| 8/12/2020 | VJ | Revise First Interim Fee Application with updated payment numbers and compare to first version and forward to JPC and TAD. | B160 | 0.8 |
| 8/12/2020 | JPC | Review weekly billing report and report stats to M-III Partners (.3); Review, comment and revise draft Interim Fee App. (3.0); review and provide comments/revisions on Fifth Monthly Fee Statement. (.5). | B160 | 3.8 |
| 8/12/2020 | VJ | Draft Fifth Fee Statement and forward to TAD and JPC. | B160 | 1.8 |
| 8/13/2020 | VJ | Conference call with team. | B110 | 0.3 |
| 8/13/2020 | VJ | Finalize itemized time run for Fifth Fee Statement. | B160 | 0.3 |
| 8/13/2020 | VJ | Review and discuss with TAD changes and revisions to fee application. | B160 | 0.3 |
| 8/13/2020 | VJ | Discuss filing of Fee Application with TAD. | B160 | 0.3 |
| 8/13/2020 | JPC | Weekly team meeting re: status of fee apps; status of subpoenas and productions; recent case law developments; additional tasks | B110 | 0.3 |
| 8/13/2020 | ADC | Attended weekly Sears team meeting. | B120 | 0.3 |
| 8/13/2020 | DJM | Weekly team call. | B110 | 0.3 |
| 8/13/2020 | TAB | Prepare for and participate on weekly call (joined late). | B110 | 0.1 |
| 8/13/2020 | JPC | Review and comment on latest draft of Interim fee app. | B160 | 0.4 |
| 8/13/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 3.3 |
| 8/13/2020 | ADC | Research & Analysis of the Boston Generating Bankr.SDNY decision and related cases for the sears team's review. | B120 | 4.2 |
| 8/13/2020 | TAD | Review and confirm numbers in fee application (1.3); revise First Interim Fee Application (1.2). | B160 | 2.5 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/13/2020 | DJM | Attention to issues related to Citibank and Pershing productions (0.4). | B120 | 0.4 |
| 8/13/2020 | TAD | Sears team meeting. | B110 | 0.3 |
| 8/13/2020 | TAD | Emails with JPC re: First Interim Fee Application (0.3); discuss changes with V. Jankowski (0.2); email Akin re: service of fee application (0.1). | B160 | 0.6 |
| 8/14/2020 | TAD | Multiple emails with J. Chou, V. Jankowski re: fee application (0.3); email Akin re: notice of fee applications (0.2); email Prime Clerk re: service of fee application (0.2). | B160 | 0.7 |
| 8/14/2020 | VJ | Emails with TAD and with JPC regarding finalizing Fee Application. | B110 | 0.3 |
| 8/14/2020 | TAD | Review and finalize first interim fee application for filing. | B160 | 2.0 |
| 8/14/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.7 |
| 8/14/2020 | VJ | Finalize and e-file First Interim Application for fees and circulate; email copy to Prime Clerk for service. | B160 | 0.7 |
| 8/14/2020 | ADC | Draft/revise memo outlining the facts and decision of the In re Boston and related cases for sears team. | B120 | 1.2 |
| 8/14/2020 | JPC | Attention to Final Fee App (.7); email w/ T. Driscoll and V. Jankowski re: same (.6). | B160 | 1.3 |
| 8/14/2020 | DJM | Review and analysis of Citibank production, e-mail of follow up questions (0.6), coordination with S. Thomas regarding analysis of data (0.2). | B120 | 0.8 |
| 8/17/2020 | STB | Arranging for laptop pickup, and discussion regarding system image. | B120 | 0.5 |
| 8/17/2020 | DJM | E-mails with counsel to PNC (0.1); e-mails with S. Thomas regarding data analysis (0.1). | B120 | 0.2 |
| 8/17/2020 | VJ | Finalize Fifth Fee Statement. | B160 | 0.4 |
| 8/17/2020 | ADC | Draft/revise memo re Boston Generating decision and related cases for Sears team. | B120 | 2.6 |
| 8/17/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.7 |
| 8/17/2020 | SMT | Process Citibank production documents. | B120 | 0.4 |
| 8/18/2020 | TAD | Review and revise Fifth Monthly Fee Statement. | B160 | 0.8 |
| 8/18/2020 | SMT | Process Citibank's and Pershing production documents. | B120 | 0.5 |
| 8/18/2020 | SMT | Telephone call with D. Marlow regarding Citibank document production and status of review. | B191 | 0.5 |
| 8/18/2020 | JPC | Review billing data and report accrual information to M-III Partners. | B160 | 1.0 |
| 8/18/2020 | JPC | Review information data concerning subpoenas and responses. | B120 | 0.2 |
| 8/18/2020 | STB | Discussions regarding eDiscovery and the acquiring of safe acquisition of digital files for litigation; arranging for laptops re same. | B120 | 1.3 |
| 8/18/2020 | SMT | Analysis of document production information contained in shareholder chart (2.6); updates to Subpoena Service chart (0.4). | B120 | 3.0 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/18/2020 | DJM | Review and analysis of Pershing production (0.4); call with S. Thomas regarding analysis of Citibank production (0.3); e-mail to M. Young of Akin regarding status of subpoenas (0.5); follow up with numerous banks regarding status of production (0.4); call with B. Cohen regarding issues related to processing and review of electronic productions (0.4); review of Memo from A. Corey regarding Boston Generating decision (0.5). | B120 | 2.5 |
| 8/19/2020 | VJ | Revise and finalize Fifth Fee Statement and e-file same. | B160 | 0.5 |
| 8/19/2020 | STB | Conversations with RC and DM regarding streamlining acquisition of digital files; discussions with Russell re same; drafting email regarding setting up of production account and procedure going forward; calls re same. | B120 | 2.2 |
| 8/19/2020 | DJM | Follow up with counsel for Pershing regarding production (0.2); analysis of Pershing production (0.3); call with S. Breidenbach regarding issues related to receipt and processing of productions (0.4); e-mail with counsel to BNY Mellon (0.1); e-mail with counsel to BofA (0.1), e-mails with counsel to Raymond James (0.2). | B120 | 1.3 |
| 8/19/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.6 |
| 8/20/2020 | DJM | Attend weekly team meeting re: substantive discussion. | B110 | 0.3 |
| 8/20/2020 | VJ | Team conference call. | B110 | 0.3 |
| 8/20/2020 | JPC | Attend team meeting re: substantive issues re: to subpoenas and recent 546(e) decision. | B110 | 0.3 |
| 8/20/2020 | DJM | Review and analysis of data from BNY Mellon, e-mails with counsel for same. | B120 | 0.5 |
| 8/20/2020 | TAB | Prepare for and participate on weekly team call. | B110 | 0.3 |
| 8/20/2020 | ADC | Telephone conversation with Sears team re latest case developments. | B120 | 0.3 |
| 8/20/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.3 |
| 8/21/2020 | DJM | Downloading, review and analysis of Bank of America production (0.5); e-mails with S. Thomas regarding same (0.3) | B120 | 0.8 |
| 8/21/2020 | SMT | Telephone call with D. Marlow regarding progress of production analysis and processing of same. | B120 | 0.3 |
| 8/21/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.2 |
| 8/21/2020 | SMT | Process BofA production documents. | B120 | 0.4 |
| 8/24/2020 | STB | Follow up on establishment of production email account to receive documents. | B120 | 0.5 |
| 8/25/2020 | VJ | Email Fee Applications to accounting department. | B110 | 0.2 |
| 8/25/2020 | JPC | Gather information for M-III partners. | B160 | 0.3 |
| 8/25/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.0 |
| 8/25/2020 | DJM | Download, review and analysis of Raymond James production (0.4); e-mails with S. Thomas regarding Raymond James production and handling of same (0.3); follow up with various banks regarding production (0.4); updating of service chart (0.3). | B120 | 1.4 |
| 8/26/2020 | DJM | E-mails with counsel for U.S. Bank (0.2); follow up with PNC Bank (0.2); follow up with Pershing (0.1); call with S. Thomas regarding Citibank production (0.2). | B120 | 0.7 |

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 8/26/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 1.8 |
| 8/26/2020 | SMT | Process USAA Investment Management Co. production documents. | B120 | 0.4 |
| 8/27/2020 | ADC | Review and Analysis of Nine West decision for applicability to Sears action. | B120 | 0.6 |
| 8/27/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.1 |
| 8/28/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.3 |
| 8/31/2020 | SMT | Analysis of document production information contained in shareholder chart. | B120 | 2.6 |
| 8/31/2020 | ADC | Review and Analysis of the In re Nine West decision and drafted a summary for the Sears team. | B120 | 3.6 |
| | | | | 116.9 |

# EXHIBIT D

### Disbursement Summary

| Disbursement Activity | Amount |
|---|---|
| Copies – In House | $   26.60 |
| Outside Vendor – Process Server | $3,105.00 |
| **Total:** | **$3,131.60** |

# EXHIBIT E
## Itemized Disbursements

| DATE | DESCRIPTION | VALUE |
|---|---|---|
| 8/13/20 | Copies – In House | $ 22.20 |
| 7/23/20 | Executive Attorney Service Inc. Inv # 56455, Attempted Service at Address Given - Moved out, Attempted Service in NJ upon RBC Dominion Securities Inc at 30 Hudson Street, Jersey City, NJ | $ 300.00 |
| 7/7/20 | Executive Attorney Service Inc | $ 125.00 |
| 7/7/20 | Executive Attorney Service Inc. Inv # 56106, Process Service, upon National Financial Services LLC at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | $ 75.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56154, Process Service upon JP Morgan Chase Bank at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | $ 75.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56155, Process Service via Secretary of State, Disbursement for Secretary of State Fee, upon BMO Nesbitt Burns Corp at 99 Washington Ave, 6th Floord, Albany, NY 12231 | $ 100.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service and California Notary, upon SSB - Blackrock Institutional Trust at 400 Howard Street, San Francisco, CA 94105 | $ 165.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service, upon USAA Investment Management Company at 9800 Fredericksburg Road, San Antonio, TX 78288 | $ 150.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56156, Process Service, upon TD Prime Services LLC at CSC, 80 Street, Albany, NY 12207 | $ 100.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56156, Out of State Process Service, upon UMB Bank N.A at 1010 Grand Blvd, 3rd Floor, Kansas City, MO 64106 | $ 150.00 |
| 7/13/20 | Executive Attorney Service Inc. Inv # 56156, Process Service, upon RBC Capital Markets, LLC at CSC, 80 State Street, Albany, NY 12207 | $ 100.00 |
| 7/15/20 | Executive Attorney Service Inc. Inv # 56304, Process Service, upon BoFA Securities, Inc. at CT Corp, 28 Liberty Street, 42nd Floor, New York, NY | $ 1,690.00 |
| 7/20/20 | Executive Attorney Service Inc. Inv # 56358, Process Service, upon PNC Bank N.A at 11 Penn Plaza, New York, NY 10001 | $ 75.00 |
| 8/17/20 | Copies – In House | $ 2.20 |
| 8/19/20 | Copies – In House | $ 2.20 |
| | **TOTAL** | **$3,130.60** |