C. PAUL CHALMERS
Acting General Counsel
CHARLES L. FINKE
Deputy General Counsel
LORI BUTLER
Assistant General Counsel
KELLY ROSE CUSICK
Attorney
MICHAEL I. BAIRD
Attorney
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel: (202) 229-6222
 Fax: (202) 326-4112
Emails: baird.michael@pbgc.gov *and* efile@pbgc.gov

*Counsels for the Pension Benefit Guaranty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| ) | **Case No. 18-23538 (RDD)** |
| **SEARS HOLDING CORPORATION., et al.** ) | **Honorable Robert D. Drain** |
| ) | |
| **Debtor.**[1] ) | **(Jointly Administered)** |
| ) | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE, that I, Michael I. Baird, a United States Government Attorney, hereby withdraw my appearance on behalf of the Pension Benefit Guaranty Corporation ("PBGC") in the above captioned matter. PBGC will continue to be represented by attorney Kelly Rose Cusick, who also entered her appearance in this case (see Docket # 49). Consequently, this does not constitute a withdrawal of counsel.

PLEASE TAKE FURTHER NOTICE that the I request to be removed from the following: (1) Service List; (2) Mailing Matrix; and (3) the Court's Electronic Notice system in this matter, and that no further pleadings, notices, or other papers filed in this case need be sent to or served upon me.

Dated: September 14, 2020  
Washington, D.C.

Respectfully submitted,

/s/ Michael I. Baird  
Michael I. Baird, Attorney (DC 479180)  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
1200 K Street, N.W.  
Washington, D.C. 20005-4026  
Telephone: (202) 229-6222  
Fax: (202) 326-4112  
Emails: baird.michael@pbgc.gov  
and efile@pbgc.gov