## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---

In re:

Sears Holdings Corporation, et al.,                    Case No. 18-23528

        Debtors.

---

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

---

    The undersigned hereby gives notice that Cedar Glade L.P., a creditor in the above-captioned case(s), has changed its address and hereby requests that service of any pleadings, notices, correspondence, dividends and distributions relating to its claims be sent to the new address set forth below, effective immediately:

| Former Address for Notices: | New Address for Notices and Payments: |
|---|---|
| Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>660 Madison Avenue, Suite 1700<br>New York, NY 10065<br>Email: rminkoff@cedargladecapital.com | Mr. Robert Minkoff<br>Cedar Glade Capital, LLC<br>600 Madison Avenue, 17th Floor<br>New York, NY 10022<br>rminkoff@cedargladecapital.com |

Date:  September 15, 2020

        By:  /s/ Kesha L. Tanabe
        Kesha L. Tanabe, Esq., ID #0387520
        1515 Canadian Pacific Plaza
        120 South Sixth Street
        Minneapolis, MN 55402
        kesha@tanabelaw.com