# EXHIBIT B

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed:

Case No.: 18-23538

*In re: Sears Holdings Corp., et al*          Plaintiff(s)

against

STATE OF NEW YORK
COUNTY OF Nassau       SS.:

_____Juliya Maiouchkina_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____July 7, 2020____, at ___10:08 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)     on

___BMO NESBITT BURNS CORP. and/or BMO Nesbitt Burns Corp., Attn: Michael G. Zeiss___, the Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY 12210.

__2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section 306 Business Corporation Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __190-200__   Approx. Ht: __5'4"__
Color of skin: __White__   Hair color: __Lt. Brown__   Sex: __Female__   Other: _____

Sworn to before me on this
__7th__ day of July 2020

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2021

Juliya Maiouchkina
**Attny's File No.**
Invoice·Work Order # 1609803

*EXECUTIVE ATTORNEY SERVICE. INC. 585 STEWART AVE. STE LL16. GARDEN CITY. NY 11530 516-333-3447 LIC#*