# EXHIBIT C

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: Sears Holdings Corp., et al | ATTORNEY: MORITT HOCK & HAMROFF LLP |
| | CASE NO.: 18-23538 |
| | DATE OF FILING: |
| | COURT DATE: 05/15/2020 |

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau     ss:

I, John L Hudak, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **05/04/2020** at **12:57 PM** at **Attn: Legal Affairs, 452 Fifth Avenue, New York, NY 10018**
Deponent served the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)**  upon HSBC Global Asset Management UK Ltd c/o HSBC Securities (USA) Inc.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Junqi Wu** personally, a person who stated to be an authorized agent to receive process service for **HSBC Global Asset Management UK Ltd c/o HSBC Securities (USA) Inc.**. Deponent knew said business so served to be the business described in said **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)**.  Deponent knew the individual accepting service to be the **Relationship Manager** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **Asian/Yellow**  Hair: **Black**  Age (Approx): **30** Height(Approx): **5'9"**  Weight(Approx): **170-180 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

May_____, 2020

------------------------------------------------------
ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2021

John L Hudak
License No. 1392295

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060
Case No: 1607994