# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: Sears Holdings Corp., et al

ATTORNEY: MORITT HOCK & HAMROFF LLP

CASE NUMBER: 18-23538

DATE OF FILING:

COURT DATE: 05/08/2020

## AFFIDAVIT OF SERVICE

STATE OF Illinois: COUNTY OF COOK   ss:

I, Kyle Clutter, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of Illinois.

That on 04/22/2020 at 10:29 AM at c/o CT Corp., 208 S LaSalle St #817, Chicago, IL 60604,
Deponent served the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** upon Legal & General Investment Management Limited c/o Legal & General Investment America.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Derek Hackett** personally for **Legal & General Investment Management Limited c/o Legal & General Investment America**. Deponent knew said business so served to be the business described in said **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)**. Deponent knew the individual accepting service to be the **Document Specialist** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **Black** Hair: **Dk. Brown** Age (Approx): **24** Height(Approx): **5'7"** Weight(Approx): **150-160 lbs** Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Kyle Clutter

Sworn to before me this

April 22 2020

OFFICIAL SEAL
LAUREN E CLUTTER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/20/22

Executive Attorney Service, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic# 1422060

Case No: 1607890