# EXHIBIT E

| | |
|---|---|
| **From:** | Danielle J. Marlow |
| **Sent:** | Friday, July 24, 2020 3:05 PM |
| **To:** | 'sfish@bmo.com'; 'simon.fish@bmo.com'; 'simon.a.fish@bmo.com'; 'simon_fish@bmo.com'; 'saf@bmo.com' |
| **Subject:** | In re Sears Holdings/Subpoena to BMO Nesbitt Burns |
| **Attachments:** | Bankr Subpoena Duces Tecum -BMO Nesbitt Burns Inc. and_or BMO Nesbitt Bu....pdf; AOS - BMO Nesbitt Burns Inc. and_or BMO Nesbitt Burns Corp_2020.07.07.pdf; Exhibit A.PDF |

Mr. Fish:

Attached please find a subpoena served upon BMO Nesbitt Burns, along with an affidavit of service. We have yet to receive a response. Can you please let us know when we can expect a response to the subpoena?

Thanks,
Dani

**To view our COVID-19 Resource Page, click here.**

**Danielle J. Marlow**
*Partner*
Tel: 516.873.2000 | Email: dmarlow@moritthock.com
Web: www.moritthock.com

  

 

| | | |
|---|---|---|
| | **400 Garden City Plaza** | 1407 Broadway |
| | **Garden City, NY 11530** | New York, NY 10018 |

CONFIDENTIALITY NOTICE:
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.