# EXHIBIT F

| | |
|---|---|
| **From:** | Danielle J. Marlow |
| **Sent:** | Thursday, May 28, 2020 4:49 PM |
| **To:** | 'mark.steffensen@hsbc.com'; 'msteffensen@hsbc.com' |
| **Subject:** | In re Sears Holdings - Subpoena of HSBC |
| **Attachments:** | HSBC AOS.PDF; Bankr Subpoena Duces Tecum - HSBC Global Asset Management UK Ltd_(signed....pdf; Sears - Subpoena Exhibit A.PDF |

Mark:

We represent the Unsecured Creditors Committee in the bankruptcy of Sears Holdings Corp. I write to bring to your attention the attached subpoena in this matter, which was served May 4, 2020, as noted in the attached affidavit of service. We have yet to receive a response. Can you kindly forward the subpoena to the right personnel so we can obtain a response?

Thanks,
Dani


**To view our COVID-19 Resource Page, click here.**

**Danielle J. Marlow**
*Partner*
Tel: 516.873.2000 | Email: dmarlow@moritthock.com
Web: www.moritthock.com

  



**400 Garden City Plaza**   1407 Broadway
**Garden City, NY 11530**   New York, NY 10018

CONFIDENTIALITY NOTICE:
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.