# EXHIBIT G

| | |
|---|---|
| **From:** | Danielle J. Marlow |
| **Sent:** | Thursday, August 06, 2020 2:27 PM |
| **To:** | 'Nelson Boxer' |
| **Subject:** | RE: PNC Bank, NA, Subpoena; July 11, 2020 |
| **Attachments:** | 2018-12-07 SEARS DN1084 Amended Stipulated Protective Order.pdf |

Hi Nelson.  The protective order is attached.

As discussed, in particular, we are looking for:

The account holder name, the date of the distribution, the number of shares distributed, and the share values for Lands  End shares distributed to account holders at PNC on or about April 7, 2014
The account holder name, the date of the distribution, the number of shares distributed, and the share values Seritge rights distributed to account holders at PNC on or about June 11, 2015

Specifically, we are looking for distributions in connection with the following transactions:

·       https://www.prnewswire.com/news-releases/sears-holdings-corporation-completes-separation-of-its-lands-end-business---receives-500-million-in-gross-proceeds-253982111.html.

·       https://www.prnewswire.com/news-releases/sears-holdings-announces-commencement-of-seritage-growth-properties-rights-offering-300096279.html

·       https://www.prnewswire.com/news-releases/sears-holdings-corporation-announces-expiration-and-over-subscription-of-seritage-growth-properties-rights-offering-300108768.html

Let me know if you need anything further.

Thanks,
Dani


**To view our COVID-19 Resource Page, click here.**

**Danielle J. Marlow**
*Partner*
Tel: 516.873.2000 | Email: dmarlow@moritthock.com
Web: www.moritthock.com

  



**400 Garden City Plaza**   1407 Broadway
**Garden City, NY 11530**   New York, NY 10018

---

**From:** Nelson Boxer [mailto:nboxer@pkbllp.com]
**Sent:** Thursday, August 06, 2020 1:45 PM
**To:** Danielle J. Marlow
**Subject:** PNC Bank, NA, Subpoena; July 11, 2020

Nice meeting and speaking with you, Dannie.  My contact information is below.  Thank you for adjourning the return date to August 21.  Please send over the Protective Order at your convenience.

Best,

Nelson


Nelson A. Boxer
**Petrillo Klein & Boxer LLP**
655 Third Avenue
22nd Floor
New York, New York  10017
**nboxer@pkbllp.com**
p  212.370.0338
c  917.273.2693

*This email is intended only for the person or entity to whom it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure.  Dissemination, distribution or copying of this email or the information in this email by anyone other than the intended recipient, or an employee or agent of the intended recipient responsible for delivering the message to the intended recipient, is prohibited.  If you have received this email in error, please notify the sender immediately and destroy the original message and all copies.  Thank you.*