UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,               :     Case No. 18-23538 (RDD)
                                                    :
                Debtors.[1]                         :     (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

## AFFIRMATION OF SERVICE

DANIELLE J. MARLOW

    1.    I am employed in the County of Nassau, State of New York. I am over the age of 18 and not a party to the within action; my business address is: 400 Garden City Plaza, Garden City, New York 11530.

    2.    I certify that on September 14, 2020 I caused a true and correct copy of the Notice of Motion of the Official Committee of Unsecured Creditors for an Order to Compel Bankruptcy Rule 2004 Production of Documents and all supporting documents to be served on BMO Nesbitt Burns, Inc., HSBC Global Asset Management (UK) Limited, Jefferies LLC, PNC Bank, N.A., and Clearstream Banking AG via email, and BMO Nesbitt Burns, Inc., HSBC Global Asset

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

Management (UK) Limited, and Legal and General Investment Management Limited, via mail at the below addresses:

> BMO Nesbitt Burns Inc.
> Attn: Michael G. Zeiss, Legal Department
> 3 Times Square
> New York, New York 10036
>
> HSBC Global Asset UK, Limited, c/o HSBC Securities (USA) Inc.
> Attn: Legal Affairs
> 452 Fifth Avenue
> New York, New York 10018
>
> Legal & General Investment Management America, Inc.,
> Attn: Legal Affairs/General Counsel
> 71 South Wacker Drive, Suite 800
> Chicago, IL 60604

New York, New York
Dated: September 14, 2020                    */s/ Danielle J. Marlow*
                                             Danielle J. Marlow