UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re:                                             :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
            **Debtors.**[1]                        :        **(Jointly Administered)**
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Biscayne Construction Co., Inc. (MMLID#4124104) 2275 SW 66th Ter, Davie, FL, 33317-7301 and on Neuco Inc. (MLLID#4885120), 515 Crossroads Pkwy, Bolingbrook, IL, 60440:

- Debtors' Fourteenth Omnibus Objection to Ballots (No Liability Ballots) [Docket No. 7453]

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) Design International Group Inc. (MMLID#4807014), 755 Epperson Dr., City Industry, CA, 91748-1335;  (2) on Dun & Bradstreet (MMLID#4898064), P.O. Box 19253, Minneapolis, MN, 55419-0253; and (3) on Maria Sami (MMLID#4397094), address has been redacted in the interest of privacy:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Proofs of Claim [Docket No. 7831]

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Nations Roof, LLC (MMLID#4861450), 7040 Battle Dr NW, #200, Kennesaw, GA, 30152-4388 and on Wagner Saenz Dority, L.LP. (MMLID#7172690), Attn: Jason Wagner, 1110 Kingwood Drive, Suite 280, Houston, TX, 77339:

- Notice of Adjournment of Hearings on (I) Certain of the Debtors' Pending Objections to Proofs of Claim and (II) the Debtors' Motion to Allow Administrative Claims [Docket No. 7917]

- Notice of Adjournment of Hearing on (I) Certain of the Debtors' Pending Objections to Proofs of Claim and (II) the Debtors' Motion to Allow Administrative Claims [Docket No. 8001]

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice Regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 8062]

On September 4, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Affected Notice Parties Service List attached hereto as **Exhibit B**:

Final Notice regarding Second Distribution Pursuant to Administrative Expense Claims Consent Program [Docket No. 8350]

Dated:  September 14, 2020

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on September 14, 2020, by Nuno Cardoso, approved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 45836

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 4866073 | ALLIANCE MATERIAL HANDLING CORP | 511 BALLANTYNE RD | | | | GROSSE PT SHR | MI | 48236-2604 | |
| 5541749 | BABY TREND INC | 13048 VALLEY BLVD | | | | FONTANA | CA | 92335 | |
| 4869911 | BITTERROOT LAWN & LANDSCAPING INC | PO BOX 337 | | | | CORVALLIS | MT | 59828 | |
| 5789162 | BOUNCE EXCHANGE | WUNDERKIND | 1 WORLD TRADE CENTER | FL 74 | | NEW YORK | NY | 10007 | |
| 4860439 | C-LIFE GROUP | 1385 BROADWAY | SUITE 300 | | | NEW YORK | NY | 10018 | |
| 5795327 | COMMAND LINE SYSTEMS | 12315 PARC CREST DR STE 160 | | | | STAFFORD | TX | 77477-2408 | |
| 4874492 | CR BRANDS INC | 8790 BECKETT ROAD | | | | WEST CHESTER | OH | 45069 | |
| 5795446 | CS GROUP INC | 8250 PARK MEADOWS DR STE 100 | | | | LONE TREE | CO | 80124-2745 | |
| 5795581 | DIALOGTECH INC | 120 S RIVERSIDE PLZ | STE 1100 | | | CHICAGO | IL | 60606-3910 | |
| 4882883 | F C L GRAPHICS INC | 4600 North Olcott Avenue | | | | Harwood Heights | IL | 60706 | |
| 5611317 | FACTORIAL DIGITAL INC | 1351 FAIRMONT AVE | | | | MT PLEASANT | SC | 29464-4456 | |
| 4862299 | FINGERPRINT COMMUNICATION LLC | 1017 LA CIENEGA BLVD | SUITE 300 | | | LOS ANGELES | CA | 90069 | |
| 4875976 | FIRST DATA RESOURCES LLC | FIRST DATA | 5565 GLENRIDGE | CONNECTOR NE, SUITE 2000 | | ATLANTA | GA | 30342 | |
| 4867586 | FRESNO FIRE DEPARTMENT | 911 H. STREET | | | | FRESNO | CA | 93721 | |
| 4875651 | HAPPIEST MINDS TECHNOLOGIES PVT LTD | SMILES 1, 3rd & 4th Floor, | SJR Equinox, Sy.No.47/8, | Doddathogur Village, Begur Hobli, | Electronics City Phase 1, | Hosur Road, Bengaluru | | 560 100 | India |
| 5796499 | HOLLANDER SLEEP PRODUCTS LLC | 901 YAMATO RD | #250 | | | BOCA RATON | FL | 33431-4497 | |
| 5645432 | ICEE USA | 265 MASON ROAD | | | | LA VERGNE | TN | 37086 | |
| 4867857 | JMD LANDSCAPING LLC | Justin Defelice, Owner | 37 Hill St | | | New Canaan | CT | 06840 | |
| 4805206 | JOSEPH ENTERPRISES INC | 450 GEARY ST UNIT 400 | | | | SAN FRANCISCO | CA | 94102-1238 | |
| 7729642 | KRISTEN RAYBON | 5121 HIDDEN HARBOR RD | | | | SIESTA KEY | FL | 34242-1425 | |
| 5790579 | LIVECLICKER INC | 19925 Stevens Creek Blvd. | Suite 100 | | | Cupertino | CA | 95014-7800 | |
| 4865308 | LUXE GROUP INC THE | 362 West Broadway | | | | New York | NY | 10013 | |
| 4862185 | MARC ANTHONY COSMETICS LTD | 100 New Park Place, Suite 810 | | | | Vaughan | ON | L4K 0H9 | CANADA |
| 7729662 | MENA, CYNTHIA | 4210 NW 107TH AVE APT 1310 | | | | DORAL | FL | 33178-4873 | |
| 5797720 | MULTIPET INTERNATIONAL INC | 55 MADISON CIRCLE DR | STE 1 | | | E RUTHERFORD | NJ | 07073-2231 | |
| 5797757 | NATERRA INTERNATIONAL INC | 1250 FREEPORT PARKWAY | | | | COPPELL | TX | 75019 | |
| 4885120 | NEUCO INC | 515 Crossroads Pkwy | | | | Bolingbrook | IL | 60440 | |
| 5797930 | OLD WORLD INDUSTRIES LLC | 3100 N. Sanders Rd | | | | Northbrook | IL | 60062 | |
| 7729679 | PARLOR 430 | 1980 Festival Plaza Drive Suite 400 | | | | Las Vegas | NV | 89135 | |
| 4861301 | PETERSON TECHNOLOGY PARTNERS | 1030 W HIGGINS RD | SUITE 230 | | | PARK RIDGE | IL | 60068 | |
| 4858155 | PURACAP PHARMACEUTICAL LLC | 20 KINGSBRIDGE ROAD | | | | PISCATAWAY | NJ | 08854 | |
| 5431403 | QUALITY HOUSE INT | Ivan Vazov district, 1, Balsha str., Fl. 3, | | | | Sofia | | 1408 | Bulgaria |
| 5798454 | RENPURE LLC | 190 PIPPIN ROAD | | | | CONCORD | ON | L4K4X9 | CANADA |
| 5798462 | Rescue Woodworks | John Beck | 9050 Red Branch Road | Suite G | | Columbia | MD | 21045 | |
| 5754520 | RM ACQUISITION LLC | 8770 W BRYN MAWR AVE | STE 1400 | | | CHICAGO | IL | 60631-3584 | |
| 4858491 | SOUTHWEST TOWN MECHANICAL SERVICES | 22349 COMMERCE PKWY | | | | FRANKFORT | IL | 60423-4731 | |
| 5799640 | VERBATIM AMERICAS LLC | 8210 University Executive Park Drive | Suite 300 | | | Charlotte | NC | 28262 | |
| 4861471 | YUJIN ROBOT CO LTD | 33, Harmony-ro 187beon-gil | Yeonsu-gu | | | Incheon | | | Korea |

In re: Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

Page 1 of 1

**<u>Exhibit B</u>**

## Exhibit B
Affected Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5795027 | C R GIBSON CO | AmericasMart, Building 2, Suite 1837 | 230 Spring St. | Atlanta | GA | 30384 |
| 5795045 | CALERES INC | 8300 Maryland Avenue | | St. Louis | MO | 63105 |
| 5611317 | FACTORIAL DIGITAL INC | 1351 FAIRMONT AVE | | MT PLEASANT | SC | 29464-4456 |
| 7729699 | SHELTON  LINA | 9513 SW PURPLE MARTIN WAY | | STUART | FL | 34997-8971 |
| 4805832 | WILDE TOOL CO INC | 1210 Pottawatomie St. | | Hiawatha | KS | 66434 |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1