# UNITED STATES BANKRUPTCY COURT

## For the Southern District of New York

| | |
|---|---|
| In re: ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, ) | Case No: 18-23538 |
| Debtors, ) | |

### REQUEST FOR PAYMENT OF
### ADMINISTRATIVE EXPENSE CLAIM
### AS A CLAIM UNDER TITLE 11 U.S.C. SECTION 503
### OF THE BANKRUPTCY CODE

Comanche County Treasurer, Rhonda Brantley, 315 SW 5th Street, Room 300, Lawton, Oklahoma, 73501, states the following administrative expenses are owed and due pursuant to 11 U.S.C. section 503:

1. That she is the Comanche County Treasurer, Creditor, and is authorized to make this proof of claim on its behalf.

2. The Debtor, Sears Holdings Corporation, *et al.*, was, subsequent to the time of the filing of the petition herein, and still is, justly and truly indebted (or liable) to claimant in the sum of $60072.98 (Sixty Thousand and seventy two dollars and Ninety-eight cents), with a late penalty (Delinquent Tax) of 1.5% per month until paid. Amount of Claim is accurate through August 15, 2020.

3. The consideration of this debt (or liability) is for Business Personal Taxes due to the County of Comanche, Oklahoma, due under the "other taxes authorized by law", Title 11 of the Oklahoma Statutes, Section 22-111A6.

4. Attached, as Exhibit "A" and "B", is detailed information concerning the amount of tax, interest, and penalty owed; all which accrued <u>after</u> this Chapter 11 bankruptcy was filed.

5. The said debt became due on or subsequent to the filing of the Debtor's Chapter 11 Petition, in 2018, and is due for the Tax Years 2018 and 2019, and should be considered an Administrative Expense Claim.

6. No judgment has been rendered on the claim.

7. The amount of all payments of this claim has been credited and deducted for the purpose of making this proof of claim.

8. It is requested that this claim be treated as a priority claim under 11 U.S.C. 507(a)(8).

9. This claim is filed as an Administrative Expense Claim pursuant to 11 U.S.C. §503. Payment is hereby requested pursuant to 11 U.S.C. §503(a).

$60072.98
Total Amount Claimed

Dated at Lawton, Oklahoma, this 31st day of July, 2020.

Signed *Rhonda Brantley*
Rhonda Brantley, County Treasurer
Comanche County Treasurer
315 SW 5th Street, Rm. 300
Lawton, Oklahoma 73501
(580) 355-5763

Penalty for Presenting Fraudulent Claim: Fine of not more than $5000 or imprisonment for not more than five years or both—Title 18 U.S.C. §152.

CC:  ☐  Office of the Attorney General

☑  Bankruptcy Clerk: by mail for filing

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

☑  Debtor's Attorneys: by mail

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

☑  Sears Holdings Corp. Claims Processing Center: by mail

c/o Prime Clerk LLC

Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

Make checks payable to: **Taxpayer Copy**

**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

315 SW 5TH STREET ROOM 300
LAWTON, OKLAHOMA 73501-4371
TELEPHONE: (580) 355-5763

Parcel ID Number
02N12W-27-1-29979-271-0001
2N-12W CITY TRACTS

27-02N-12W

Additional Taxes Due
Owner  552900

K-MART CORPORATION #3044
C/O SEARS, ROEBUCK AND CO
PO BOX 927000 DEPT 768TAX B2 116A
HOFFMAN ESTATES IL 60192-7000

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.23 | 2,574.32 |
| COUNTY HEALTH | 2.56 | 644.23 |
| VO-TECH GENERAL | 10.23 | 2,574.41 |
| VO-TECH BUILDING | 5.02 | 1,263.30 |
| COUNTY WIDE 4-MIL | 4.09 | 1,029.26 |
| CITY SINKING | 13.35 | 3,359.57 |
| SCHOOL DIST GEN. | 35.67 | 8,976.46 |
| SCHOOL DIST BLDG | 5.10 | 1,283.43 |
| SCHOOL DIST SINK. | 13.32 | 3,352.02 |
| TOTALS | 99.57 | 25,057.00 |

7/29/20 9:41

EAH

LAWTON SCHOOLS-LAWTON CITY

**Personal Tax**

(1050 NW 38th St.)

School Dist: L08  Tax Year: 2018  Taxroll Item #: 74475BT

Values
Gross Assessed  251,653
Exemptions  0
Net Assessed  251,653
Total Tax  **25,057.00**
Total Tax Payments  0.00
Penalty thru 8/15/20 $7,141.25

**Total Due   $32,198.25**

Legal Description:
27-2N-12W C T IMPROVEMENTS ON LEASED LAND SEC 27-2N-12W COMM AT NE/C SEC 27 (S0*E) ALG SEC LNE 1417.8' (S89*58'W) 548', (N0*02'W) 3 " BOLL " 15', (39*14'W) 318.02', (N0*02'W) 850', (N89*57'E) ALG SEC LNE 749' TO POB & BEG AT A PT 1417.8' S OF NE/C NE/4 THN (S02'E) 332.85', (S8 9*58'W) 678', (N0*02'W) 489.29' TO A PT ON CUR THN ON C 314.46' FOR 215.51' THN (N (S0*02'E) 315', (N89*58'E) 54 S & 548' W POB OF NE/C NE PT ON CUR THN ON CUR TO LFT OF RAD OF 314.46' FOR 215.51'

2018007 4475

Retain this portion for your records or when paying in person bring entire statement

---

02N12W-27-1-29979-271-0001
**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

Personal Tax

2N-12W CITY TRACTS

School Dist: L08  Tax Year: 2018  Taxroll Item #: 74475BT

---

02N12W-27-1-29979-271-0001
**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

315 SW 5TH STREET ROOM 300
LAWTON, OKLAHOMA 73501-4371
TELEPHONE: (580) 355-5763

Owner  552900

K-MART CORPORATION #3044
C/O SEARS, ROEBUCK AND CO
PO BOX 927000 DEPT 768TAX B2 116A
HOFFMAN ESTATES IL 60192-7000

Enter Address Changes Here

**Full Payment**
Personal Tax
**Delinquent Tax**

2N-12W CITY TRACTS
DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

Additional Taxes 2019P

Return this stub with FULL payment before JANUARY 1st

School Dist: L08  Tax Year: 2018  Taxroll Item #: 74475BT

Payment Enclosed

| Payments | |
|---|---|
| Tax | 25,057.00 |
| Penalty | 7,141.25 |
| Mail | |
| Lien | |
| Advertising | |
| Other | |
| Total | 32,198.25 |

**PAYMENTS NOW ACCEPTED AT COMANCHECOUNTYOK.ORG**

20180074475000000000000000000000001


Exhibit 'A'

**Make Check Payable to:**

**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

315 SW 5TH STREET ROOM 300
LAWTON, OKLAHOMA 73501-4371
TELEPHONE: (580) 355-5763

Parcel ID Number
02N12W-27-1-29979-271-0001
2N-12W CITY TRACTS

27-02N-12W

Additional Taxes Due
Owner   552900

K-MART CORPORATION #3044
C/O SEARS, ROEBUCK AND CO
PO BOX 927000 DEPT 768TAX B2 116A
HOFFMAN ESTATES IL 60192-7000

**Taxpayer Copy**

| Breakdown | Mills | Amount |
|---|---|---|
| COUNTY GENERAL | 10.23 | 2,555.61 |
| COUNTY HEALTH | 2.56 | 639.59 |
| VO-TECH GENERAL | 10.23 | 2,555.85 |
| VO-TECH BUILDING | 5.02 | 1,254.19 |
| COUNTY WIDE 4-MIL | 4.09 | 1,021.84 |
| CITY SINKING | 9.29 | 2,321.00 |
| SCHOOL DIST GEN. | 35.67 | 8,911.76 |
| SCHOOL DIST BLDG | 5.10 | 1,274.18 |
| SCHOOL DIST SINK. | 18.78 | 4,691.98 |
| TOTALS | 100.97 | 25,226.00 |

LAWTON SCHOOLS-LAWTON CITY

**Personal Tax**

(1050 NW 38th St.)

7/29/20
9:40

EAH

School Dist: **L08**
Tax Year: **2019**
Taxroll Item #: **74475BT**

Values
Gross Assessed   249,839
Exemptions   0
Net Assessed   249,839
Total Tax   25,226.00
Total Tax Payments   0.00
Penalty thru 8/15/20 $2,648.73

**Total Due   $27,874.73**

Legal Description:
27-2N-12W C T IMPROVEMENTS ON LEASED LAND SEC 27-2N-12W
COMM AT NE/C SEC 27 (S0*E) ALG SEC LNE 1417.8' (S89*58'W)
548', (N0*02'W) 3 " BOLL " 15', (39*14'W) 318.02', (N0*02'W) 850',
(N89*57'E) ALG SEC LNE 749' TO POB & BEG AT A PT 1417.8' S OF
NE/C NE/4 THN (S02*E) 332.85', (S8 9*58'W) 678', (N0*02'W) 489.29'
TO A PT ON CUR THN ON C[...]
314.46' FOR 215.51' THN (N[...]
(S0*02'E) 315', (N89*58'E) 54[...]
S & 548' W POB OF NE/C NE[...]
PT ON CUR THN ON CUR TO LFT OF RAD OF 314.46' FOR 215.51'

2019007447 5

Retain this portion for your records or when paying in person bring entire statement

---

02N12W-27-1-29979-271-0001

**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

**Personal Tax**

2N-12W CITY TRACTS

School Dist: **L08**
Tax Year: **2019**
Taxroll Item #: **74475BT**

---

02N12W-27-1-29979-271-0001

**COMANCHE COUNTY TREASURER**
**RHONDA BRANTLEY**

315 SW 5TH STREET ROOM 300
LAWTON, OKLAHOMA 73501-4371
TELEPHONE: (580) 355-5763

Owner   552900

K-MART CORPORATION #3044
C/O SEARS, ROEBUCK AND CO
PO BOX 927000 DEPT 768TAX B2 116A
HOFFMAN ESTATES IL 60192-7000

Enter Address Changes Here

**Full Payment**
Personal Tax
**Delinquent Tax**

2N-12W CITY TRACTS
DELINQUENT TAX. Late PENALTY is 1.5% per month until Paid.

Additional Taxes 2018P

Return this stub with
FULL payment before
JANUARY 1st

School Dist: **L08**
Tax Year: **2019**
Taxroll Item #: **74475BT**

Payment Enclosed

| Payments | |
|---|---|
| Tax | 25,226.00 |
| Penalty | 2,648.73 |
| Mail | |
| Lien | |
| Advertising | |
| Other | |
| Total | 27,874.73 |

**PAYMENTS NOW ACCEPTED AT**
**COMANCHECOUNTYOK.ORG**

20190074475000000000000000000

Exhibit 'B'