UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: )  Chapter 11
SEARS HOLDINGS CORPORATION, ET AL. )  Case No. 18-23538
    Debtor, )

## WITHRAWAL OF CLAIM

    COMES NOW, Fred C. Smith, the duly elected and acting District Attorney for the Fifth Judicial District in and for Comanche County, Oklahoma, on behalf of the Claimant, County Treasurer of Comanche County, Oklahoma. Claimant withdraws its Proof of Claim filed with the Court on April 12, 2019 and the Request for Payment of Administrative Expense Claim filed with the Court in August 2020 because the Debtors lease on the real property Parcel ID Number 021N12W-27-1-29979-271-0001, 2N-12W City Tracts in Lawton, Comanche County, Oklahoma expired on March 31, 2018 prior to the 2018 and 2019 tax assessments.

    Claimant maintains its interest in the above-mentioned real property the Debtor formerly leased, including, but not limited to, past, present and future taxes owed, ad valorem taxes, special assessments, and other interests Claimant may have or acquire.

FRED C. SMITH
DISTRICT ATTORNEY

BY: _____
**Assistant District Attorney**
315 SW 5th Street, Room 502
Lawton, Oklahoma 73501
(580) 585-4444

## CERTIFICATE OF MAILING

This is to certify that on the 8th day of September 2020, I mailed a true and correct copy of the above and foregoing instrument to:

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Sears Holdings Corp. Claims Processing Center: by mail
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4708
New York, NY 10163-4708

_____
**Assistant District Attorney**