## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No.: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER FOR MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER coming before the Court on the Motion for Relief from Automatic Stay filed by Bobbie Baker ("the Motion"), due and proper notice of the same having been given, the Court having been advised and advised in the premises, IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED to the extent herein, and;
2. The Automatic Stay imposed pursuant to § 362 of the Bankruptcy Code be and hereby is modified to the limited extent necessary for Bobbie Baker to prosecute that certain civil action pending in the Circuit Court of Cook County, Illinois captioned and identified as *BOBBIE BAKER v. SEARS HOLDINGS CORPORATION, et al.* (No. 18 L 2720), up to the limits of the applicable insurance policy.

Enter:

_____
United States Bankruptcy Judge

Dated:

**Prepared by:**
Christopher J. Hoffman – Law Offices of Scott B. Wolfman & Associates, P.C.
(ARDC# 6306180)
Attorney for Plaintiff Bobbie Baker
641 West Lake Street, Suite 400
Chicago, IL 60661
312-258-1800