# PI Claim - Baker v. Sears et al 18 L 2720

Christopher Hoffman <chris@dandwlawgroup.com>
Thu 11/21/2019 3:31 PM

**To:** project.blue.auto.stay@weil.com <project.blue.auto.stay@weil.com>
**Cc:** Kumri Sulejmani-Pryor <kumri@wolfmanlaw.com>

📎 2 attachments (1 MB)
Baker B. Sears BK PI Claim form.pdf; Baker Complaint at Law Re Filed.pdf;

To whom it may concern:

Please see attached a PI Claim form regarding the claim for which we represent our client, Bobby Baker, against Sears and Icon Health, for negligence and products liability. This case is currently on the bankruptcy stay calendar in the Law Division of Cook County Circuit Court, Cook County, Illinois.

Feel free to contact our office with questions.

—

Christopher J. Hoffman
Associate Attorney
D&W Law Group
641 W. Lake St. #400
Chicago, IL 60661
p (312) 258-1800
f (312) 258-1804

**EXHIBIT A**