

**DAVID M. ZENSKY**
+1 212.872.1075/fax: +1 212.872.1002
dzensky@akingump.com

September 25, 2020

VIA ELECTRONIC COURT FILING

Hon. Robert D. Drain
U.S. Bankruptcy Court for the Southern District
of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *In re Sears Holdings Corp., et al.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y.)

Dear Judge Drain:

      We write as counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the above-captioned proceeding.

      On September 14, 2020, the Creditors' Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order to Compel Bankruptcy Rule 2004 Production of Documents* [ECF No. 8436] (the "Motion to Compel") and supporting documents in the above-captioned proceeding. Since the Creditors' Committee filed the Motion to Compel, one of the parties against whom the Creditors' Committee moved, Knightsbridge Asset Management, LLC ("Knightsbridge"), has produced the information sought by the Creditors' Committee's subpoena. In light of its compliance, the Creditors' Committee hereby withdraws the Motion to Compel as against Knightsbridge. For the avoidance of doubt, the Creditors' Committee still seeks the relief described in the Motion to Compel as against Force Capital Management, LLC.

      Respectfully submitted,

      */s/ David M. Zensky*

      David M. Zensky