ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

By:    Peter Muthig
        Deputy County Attorney
        State Bar No. 018526
        MCAO Firm No. 00032000
        E-mail: muthigk@mcao.maricopa.gov

CIVIL SERVICES DIVISION
225 W. Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-1923

*Attorneys for Maricopa County Treasurer*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| In Re: | Chapter 11 |
|---|---|
| Sears Holdings Corporation, et al., | Case No. 18-23538-RDD |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: October 15, 2020 at 10:00 a.m. (ET)**<br>**Response Deadline: October 9, 2020 by 4:00 p.m. (ET)** |
| | **Relates to Docket No. 8452** |

**MARICOPA COUNTY TREASURER'S RESPONSE TO DEBTORS'
TWENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM
(PROPERTY TAX CLAIMS)**

Maricopa County Treasurer ("MCT"), by and through its undersigned counsel, hereby submits this response (the "Response") to Debtors' *Twenty-Second Omnibus Objection to Proofs of Claim (Property Tax Claims)* [Docket No. 8452] (the "Omnibus Objection"). In support of the Response, MCT respectfully represents as follows.

# BACKGROUND

**MCT Claim #20508:**

On November 8, 2019, MCT filed its Secured Administrative Expense Proof of Claim in the amount of $12,491.90 representing Debtors' post-petition 2019 personal property taxes. Interest accrues at the statutory rate of 16% per annum until paid in full, if the taxes are not timely paid. *See* 11 U.S.C. § 511 and Arizona Revised Statutes ("A.R.S.") § 42-18053. The tax liens attached on January 1, 2019. A.R.S. § 42-17153. Further, the tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached" and the liens "shall not be discharged until the taxes are paid or the title to the property vests in a purchaser of the property for taxes." A.R.S. § 42-19106[1]. The 2019 taxes remaining unpaid are listed below. (Also, see Tax Summaries attached as Exhibit "A").

| Property Address | Parcel | Tax Year | Tax Due As Of 9/23/20 |
|---|---|---|---|
| 10001 N. Metro Pkwy W, Phoenix, AZ | 900-31-151 | 2019 | $0.00 |
| 10001 N. Metro Pkwy W, Phoenix, AZ | 990-76-458 | 2019 | $0.00 |
| 7780 Arrowhead Mall, Glendale, AZ | 947-97-650 | 2nd Half 2019 | $0.00 |
| Desert Sky Mall, Suite C03, Phoenix, AZ | 900-97-199 | Full 2019 | $5,432.55 |
| Paradise Valley Mall, Suite 4604, Phoenix, AZ | 924-31-732 | 2nd Half 2019 | $0.00 |
| 952 E. Baseline Road, Suite 111, Mesa, AZ | 924-31-741 | 2019 | $0.00 |
| 6515 E. Southern Avenue, Mesa, AZ (Superstition Springs) | 928-84-630 | Full 2019 | $3,370.21 |
| 8440 S. Hardy Drive, Tempe, AZ | 943-83-840 | Full 2019 | $745.71 |
| 8440 S. Hardy Drive, Tempe, AZ | 990-76-467 | 2019 | $0.00 |
| Chandler Fashion Center, Chandler, AZ | 947-21-473 | 2019 | $0.00 |
| Fiesta Mall, Suite 1425, Mesa, AZ | 900-87-693 | 2019 | $0.00 |
| 4225 W. Indian School Road, Phoenix, AZ | 901-70-388 | 2019 | $0.00 |
| 8701 W. McDowell Road, Tolleson, AZ | 915-98-671 | 2019 | $0.00 |
| | | | **$9,548.47** |

---

[1] See also A.R.S. § 42-17153.

**OBJECTION**

MCT objects to the relief requested in the Omnibus Objection as the 2019 personal property taxes have not been paid in full or otherwise satisfied. The Debtors owned the personal property on the lien attachment date of January 1, 2019. Further, the Debtors continued to operate these locations into the 2019 tax year. Debtors did not reject the Desert Sky Mall and Superstition Springs leases until March 12, 2019 (Order at DE 2800). Debtors did not reject the Tempe lease until on or about April 30, 2019 (Order at DE 3884). In addition, the 2019 taxes were based on the 2019 business personal property statements submitted by the Debtors to the Maricopa County Assessor.

Pursuant to A.R.S. § 42-17153, the taxes on the property cannot be discharged until one of the following occurs:

(a) The taxes, penalties, charges and interest are paid.

(b) Title to the property has finally vested in a purchaser under a sale for taxes.

(c) A certificate of removal and abatement has been issued pursuant to section 42-18353.

None of these have occurred. Based on the above, the Debtors remain liable for payment of the 2019 taxes.

WHEREFORE, MCT objects to disallowance and expungement of MCT Claim #20508 and requests the Court to deny the Omnibus Objection and allow MCT Claim #20508 in full, including any and all interest, to be paid by Debtors within ten (10) days of entry of the Order.

///

///

Dated**:** September 25, 2020.

        ALLISTER ADEL
        MARICOPA COUNTY ATTORNEY

        /s/ Peter Muthig_____
        PETER MUTHIG (AZ State Bar #018526)
        Deputy County Attorney
        *Attorney for Maricopa County Treasurer*

4

**CERTIFICATE OF SERVICE**

I, Peter Muthig, hereby certify that, on September 25, 2020, I caused a copy of the foregoing document to be served upon the parties below in the manner indicated.

**U.S. MAIL**

Judge Robert D. Drain
Chambers
U.S. Bankruptcy Court, S.D. New York
300 Quarropas Street
White Plains, NY 10601

**ELECTRONIC MAIL**

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014
Email: richard.morrissey@usdoj.gov

Ray C. Schrock
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com
Email: jacqueline.marcus@weil.com
Email: garrett.fail@weil.com
Email: sunny.singh@weil.com
*Attorneys for Debtors*

Philip C. Dublin
Ira Dizengoff
Sara Lynne Brauner
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Email: pdublin@akingump.com
Email: idizengoff@akingump.com
Email: sbrauner@akingump.com
*Attorneys for the Official Committee of Unsecured Creditors*

/s/ Peter Muthig_____
Peter Muthig (AZ Bar No. 018526)

# Exhibit A

## Tax Summary for 900-97-199 1

| Total Property Tax Due | $8,964.30 | | |
|---|---|---|---|

| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
|---|---|---|---|---|
| 2019 | Open - BTX | $4,908.94 | $0.00 | $5,432.55 |
| 2018 | Open - BTX | $5,758.32 | $2,879.16 | $3,531.75 |
| 2017 | Paid - BTX | $6,643.26 | $6,643.26 | $0.00 |
| 2016 | Paid - BTX | $7,394.52 | $7,394.52 | $0.00 |
| 2015 | Paid - BTX | $1,602.66 | $1,602.66 | $0.00 |
| 2014 | Paid - BTX | $3,351.80 | $3,351.80 | $0.00 |
| 2013 | Paid - BTX | $9,054.10 | $9,054.10 | $0.00 |
| 2012 | Paid - BTX | $9,217.76 | $9,217.76 | $0.00 |
| 2011 | Paid - BTX | $8,997.54 | $8,997.54 | $0.00 |
| 2010 | Paid - BTX | $8,267.46 | $8,267.46 | $0.00 |
| 2009 | Paid - BTX | $8,470.12 | $8,470.12 | $0.00 |
| 2008 | Paid - BTX | $11,880.22 | $11,880.22 | $0.00 |
| 2007 | Paid - BTX | $17,773.18 | $17,773.18 | $0.00 |
| 2006 | Paid - BTX | $23,520.78 | $23,520.78 | $0.00 |
| 2005 | Paid - BTX | $34,288.50 | $34,288.50 | $0.00 |
| 2004 | Paid - BTX | $35,675.82 | $35,675.82 | $0.00 |
| 2003 | Paid - BTX | $37,554.18 | $37,554.18 | $0.00 |
| 2002 | Paid - BTX | $34,542.76 | $34,542.76 | $0.00 |
| 2001 | Paid - BTX | $35,992.76 | $35,992.76 | $0.00 |
| 2000 | Paid - BTX | $33,089.63 | $33,089.63 | $0.00 |
| 1999 | Paid - BTX | $17,932.76 | $17,932.76 | $0.00 |
| 1998 | Paid - BTX | $18,917.62 | $18,917.62 | $0.00 |
| 1997 | Paid - BTX | $18,840.51 | $18,840.51 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
PROPERTY TAX COMPLIANCE
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES  IL  60179

### Current Situs Address

DESERT SKY MALL SUITE C03
PHOENIX AZ 85033

### Parcel Indicators

2019 - Comments
2019 - Special Interest
2018 - Comments
2017 - Comments
2003 - Resolution Completed

Printable Version

No Redemption Statement

| Tax Summary for 928-84-630 3 | | | | |
|---|---|---|---|---|
| **Total Property Tax Due** | | **$5,278.23** | | |
| Tax Year | Status | Assessed Tax | Tax Paid | Amount Due |
| 2020 | Paid - CTX | $0.00 | $0.00 | $0.00 |
| 2019 | Open - BTX | $3,045.38 | $0.00 | $3,370.21 |
| 2018 | Open - BTX | $3,110.92 | $1,555.46 | $1,908.02 |
| 2017 | Paid - BTX | $3,152.56 | $3,152.56 | $0.00 |
| 2016 | Paid - BTX | $2,944.70 | $2,944.70 | $0.00 |
| 2015 | Paid - BTX | $2,898.60 | $2,898.60 | $0.00 |
| 2014 | Paid - BTX | $2,797.88 | $2,797.88 | $0.00 |
| 2013 | Paid - BTX | $2,405.66 | $2,405.66 | $0.00 |
| 2012 | Paid - BTX | $2,303.80 | $2,303.80 | $0.00 |
| 2011 | Paid - BTX | $4,673.94 | $4,673.94 | $0.00 |
| 2010 | Paid - BTX | $6,668.56 | $6,668.56 | $0.00 |
| 2009 | Paid - BTX | $9,321.26 | $9,321.26 | $0.00 |
| 2008 | Paid - BTX | $11,838.80 | $11,838.80 | $0.00 |
| 2007 | Paid - BTX | $16,793.50 | $16,793.50 | $0.00 |
| 2006 | Paid - BTX | $19,716.36 | $19,716.36 | $0.00 |
| 2005 | Paid - BTX | $20,106.86 | $20,106.86 | $0.00 |
| 2004 | Paid - BTX | $18,999.02 | $18,999.02 | $0.00 |
| 2003 | Paid - BTX | $17,514.14 | $17,514.14 | $0.00 |
| 2002 | Paid - BTX | $9,592.76 | $9,592.76 | $0.00 |
| 2001 | Paid - BTX | $12,064.86 | $12,064.86 | $0.00 |
| 2000 | Paid - BTX | $14,792.30 | $14,792.30 | $0.00 |
| 1999 | Paid - BTX | $20,214.00 | $20,214.00 | $0.00 |
| 1998 | Paid - BTX | $24,628.92 | $24,628.92 | $0.00 |
| 1997 | Paid - BTX | $26,794.82 | $26,794.82 | $0.00 |

**Current Name & Address**

SEARS ROEBUCK & CO  
PROPERTY TAX COMPLIANCE  
3333 BEVERLY RD  
% DEPT 768 TAX BLDG B2-110A  
HOFFMAN ESTATES  IL  60179

**Current Situs Address**

SUPERSTITION SPRINGS  
MESA AZ 85206

**Parcel Indicators**

2019 - Comments  
2019 - Special Interest  
2018 - Comments  
2004 - Resolution Completed

Printable Version

No Redemption Statement

## Tax Summary for 943-83-840 6

| Total Property Tax Due | | $745.71 | | |
|---|---|---|---|---|
| **Tax Year** | **Status** | **Assessed Tax** | **Tax Paid** | **Amount Due** |
| 2019 | Open - BTX | $673.84 | $0.00 | $745.71 |
| 2018 | Paid - BTX | $700.02 | $700.02 | $0.00 |
| 2017 | Paid - BTX | $1,208.50 | $1,208.50 | $0.00 |
| 2016 | Paid - BTX | $1,835.28 | $1,835.28 | $0.00 |
| 2015 | Paid - BTX | $2,439.56 | $2,439.56 | $0.00 |
| 2014 | Paid - BTX | $3,883.36 | $3,883.36 | $0.00 |
| 2013 | Paid - BTX | $4,750.72 | $4,750.72 | $0.00 |
| 2012 | Paid - BTX | $5,378.48 | $5,378.48 | $0.00 |
| 2011 | Paid - BTX | $6,122.94 | $6,122.94 | $0.00 |
| 2010 | Paid - BTX | $5,846.86 | $5,846.86 | $0.00 |
| 2009 | Paid - BTX | $4,786.98 | $4,786.98 | $0.00 |
| 2008 | Paid - BTX | $3,219.58 | $3,219.58 | $0.00 |
| 2007 | Paid - BTX | $4,376.52 | $4,376.52 | $0.00 |
| 2006 | Paid - BTX | $6,045.12 | $6,045.12 | $0.00 |
| 2005 | Paid - BTX | $6,440.70 | $6,440.70 | $0.00 |
| 2004 | Paid - BTX | $8,309.34 | $8,309.34 | $0.00 |
| 2003 | Paid - BTX | $9,920.28 | $9,920.28 | $0.00 |
| 2002 | Paid - BTX | $11,914.36 | $11,914.36 | $0.00 |
| 2001 | Paid - BTX | $13,555.26 | $13,555.26 | $0.00 |
| 2000 | Paid - BTX | $19,514.58 | $19,514.58 | $0.00 |
| 1999 | Paid - BTX | $15,721.31 | $15,721.31 | $0.00 |

### Current Name & Address

SEARS ROEBUCK & CO
PROPERTY TAX COMPLIANCE
3333 BEVERLY RD
% DEPT 768 TAX BLDG B2-110A
HOFFMAN ESTATES  IL  60179

### Current Situs Address

8440 S HARDY DR
TEMPE AZ 85284

### Parcel Indicators

2019 - Comments
2018 - Comments

Printable Version

No Redemption Statement