**MORRISON & FOERSTER LLP**
Jennifer L. Marines, Esq.
Benjamin W. Butterfield, Esq.
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
jmarines@mofo.com
bbutterfield@mofo.com

*Counsel to Icon Health & Fitness, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                    :
                                         :    **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al.*,**[1] :
                                         :    **Case No. 18-23538 (RDD)**
                                         :
Debtors.                                 :    **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF
RESPONSE OF ICON HEALTH & FITNESS, INC. TO DEBTORS'
ELEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM
(TO RECLASSIFY OR DISALLOW CERTAIN CLAIMS)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR-Rover De Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that the *Response Of Icon Health & Fitness, Inc. to Debtors' Eleventh Omnibus Objection to Proofs of Claim (To Reclassify or Disallow Certain Claims)* [Docket No. 7371] is hereby withdrawn with prejudice.

| | |
|---|---|
| Dated: September 29, 2020<br>New York, New York | Respectfully submitted,<br><br>**MORRISON & FOERSTER LLP**<br><br>By: /s/ *Jennifer L. Marines*<br>Jennifer L. Marines, Esq.<br>Benjamin W. Butterfield, Esq.<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: jmarines@mofo.com<br>         bbutterfield@mofo.com<br><br>*Counsel to Icon Health & Fitness, Inc.* |

1

ny-1998454