## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No.: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES Bobbie Baker ("Plaintiff"), by and through her attorney, LAW OFFICES OF SCOTT B. WOLFMAN & ASSOCIATES, P.C., and in support of her Motion to Withdraw her Motion for Relief from the Automatic Stay, states as follows:

1. On October 15, 2018, the Debtors herein filed its petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

2. On September 24, 2020, Creditor Bobbie Baker filed a motion for relief from the automatic stay. Ms. Baker possesses a personal injury claim against Sears.

3. On September 28, 2020, Counsel for the Debtor informed Ms. Baker through her attorney that insurance coverage for her claim has been exhausted, but that Ms. Baker remains a creditor in the bankruptcy proceeding.

4. Consequently, Ms. Baker now moves to withdraw her Motion for Relief from the Automatic Stay.

WHEREFORE, Movant, Bobbie Baker, respectfully requests that this Court withdraw her Motion for Relief from the Automatic Stay, docket no. 8,454.

                            Respectfully submitted,

                          /s/Christopher Hoffman
            By:   CHRISTOPHER J. HOFFMAN
                  One of Bobbie Baker's Attorneys

LAW OFFICE OF SCOTT B. WOLFMAN & ASSOCIATES, P.C.
641 W. Lake Street, Suite 400
Chicago, IL 60661
Ph# 312/258-1800