## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | Case No.: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER FOR MOTION TO WITHDRAW MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER coming before the Court on the Motion for to Withdraw her Motion for Relief from the Automatic Stay filed by Bobbie Baker ("the Motion"), due and proper notice of the same having been given, the Court having been advised and advised in the premises, IT IS HEREBY ORDERED THAT:

1. The motion is GRANTED, and;
2. Bobbie Baker's Motion for Relief from the Automatic Stay, docket no. 8,454, is hereby withdrawn.

Enter:

_____
United States Bankruptcy Judge

Dated:

**Prepared by:**
Christopher J. Hoffman – Law Offices of Scott B. Wolfman & Associates, P.C.
(ARDC# 6306180)
Attorney for Plaintiff Bobbie Baker
641 West Lake Street, Suite 400
Chicago, IL 60661
312-258-1800