UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- X
:
In re:                                      :   Chapter 11
:
SEARS HOLDING CORPORATION, *et al.*,        :   Case No. 18-23538 (RDD)
:
Debtors.[1]                                 :   (Jointly Administered)
:
------------------------------------------- X

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**TO:**  CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK; and
PRIME CLERK, CLAIMS AND NOTICING AGENT

**PLEASE TAKE NOTICE** that **Maura I. Russell** of Montgomery McCracken Walker & Rhoads LLP withdraws her appearance as counsel for Sakar International Inc. in the above-captioned cases and requests to be removed from all services lists, including all electronic service lists and the ECF notification system, in the above-captioned cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

-2-

**PLEASE TAKE FURTHER NOTICE** that this withdrawal is limited to Maura I. Russell only and does not impact the representation of Sakar International Inc. by other Montgomery McCracken Walker & Rhoads LLP attorneys in the above-captioned cases.

| | |
|---|---|
| Dated: September 30, 2020<br>New York, New York | Respectfully submitted,<br><br>By: */s/ Maura I. Russell*<br>   Maura I. Russell<br>Montgomery McCracken Walker & Rhoads LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: (212) 867-9500<br>Facsimile: (212) 599-5085<br>Email: mrussell@mmwr.com<br><br>*Attorneys for Sakar International Inc.* |