UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

Debtor

Case No.: 18-23538

Chapter 11

-----------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert C. McCorquodale, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Calcasieu Parish Sheriff/Tax Office, a Claimant in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Louisiana and, if applicable, the bar of the U.S. District Court for the Western District of Louisiana.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/1/20
Lake Charles, ~~New York~~ Louisiana

/s/ R. [signature]

Mailing Address:

1011 Lakeshore Dr., Suite 203

Lake Charles, LA 70601

E-mail address: rmccorquodale@cpso.com

Telephone number: (337) 491-3622