**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION, et al.

                                    Debtors.

---------------------------------------------------------------x

Case No.: 18-23538 (RDD)

Chapter 11

(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert C. McCorquodale, to be admitted, *pro hac vice*, to represent Calcasieu Parish Sheriff/Tax Office (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Louisiana and, the bar of the U.S. District Court for the Western District of Louisiana, it is hereby

**ORDERED**, that Robert C. McCorquodale, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       October 1, 2020

                                                          */s/Robert D. Drain*
                                                        UNITED STATES BANKRUPTCY JUDGE