September 28, 2020

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

FILED
U.S. BANKRUPTCY COURT

2020 OCT -2 P 12: 11

S.D. OF N.Y.

*Attorneys for Debtors*
*And Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chapter 11

**In re**

Case No. 18-23538 (RDD)

**SEARS HOLDINGS CORPORATION, *et. al.*,**

(Jointly Administered)

**Debtors**

## In Response to the Twenty-first Omnibus Objection to Reduce or Reclassify Certain filed proofs of claim or submitted ballots.

The claimant has a home warranty plan with Sears Home Repairs to repair appliances. According to the agreement, Sears agrees to *"address the mechanical failure of appliances and systems in your home. When a breakdown happens, we will schedule a technician to diagnose the failure and report the findings to us. We will make every effort to repair the item, if we are unable to repair the item, then we will replace it with a model of comparable features."*

The initial repair was scheduled for July 8, 2018. The technician arrived and needed additional parts to repair the range. An appointment was made on November 5, 2018 to repair the range. The technician informed Sears Home Services that the range could not be repaired. Sears Home Services agreed to replace the range. Once the claim was filed to replace the range, I was told that Sears had filed bankruptcy and would need to file a claim in bankruptcy to get the range replaced. I have filed that claim and now I am asking that this claim be upheld and the range be replaced at cost. I am seeking the bankruptcy courts approval of the claim and Ballot Number 182353801043204 previously filed in this procedures and provide relief in the amount of the original claim, $8,090.66.

Patricia Adams

Sedgwick Claims Management Services, Inc.
P O Box 14448
Lexington, KY 40512-4448


**sedgwick**

Phone: (866)352-1521
Fax: (866)876-7050

October 19, 2018

Patricia Adams
304 Foxfire Drive
Albany, GA  31705

RE:     **File Number:**        L1810185016-0001
        **Store Number:**       08035, Albany GA
        **Date of Incident:**   08/22/2018

Dear Ms. Adams:

Please be advised Sedgwick Claims Management Services, Inc. is the Third Party Claims Administrator for
Sears, Roebuck and Co., and I am the examiner assigned to your file. On behalf of Sears, I would like to
apologize for any inconvenience this incident may have caused.

Please note that Sedgwick is aware that Sears has filed for Chapter 11 Bankruptcy protection.  Sedgwick is a
third party claim administrator for Sears.  Sedgwick is not an insurance carrier.  Sedgwick continues to
administer claims for Sears, but we are unable to negotiate settlements or process payments at this time.
Once we have received orders from the bankruptcy court, along with direction from Sears and its carriers,
Sedgwick will resume issuing payments and continue negotiations. I will advise as soon as we receive any
updates to move forward.

The statute of limitations in the state of GA is 4 years from the date of loss. To pursue your right to file a
claim, you will need to resolve your claim prior to 08/22/2022 or file litigation.

Sincerely,

Sedgwick
Emily Cayez
Claims Representative
(847)645-0657
Emily.Cayez@sedgwick.com



        10/19/2018        L18101850160001        562018101910982        



# sears
## HOME WARRANTY

(/group/my-sears/dashboard)

⚫⚫⚫⚫◉

# Review and Place Claim

This site is intended for placing repair or replacement claims. To schedule preventive maintenance service please contact the phone number on your Welcome Kit.

**Contact Information**

patrisha ada...
304 foxfire dr
albany, GA 31705

TADAMSJOHNSON@HOTMAIL.COM

(229) 446-8019 | Mobile  Primary

(229) 639-0357 | Home

**Claim Information**

Category: Appliance

Item: Range - Electric

Location: Kitchen

**Contract Number**

98526477

**Schedule Information**

Monday, August 6, 2018 at 08:00 AM - 05:00 PM

By clicking Submit Claim, you will submit this claim for processing.

Please verify all the information before doing so.

Cancel

Go back

Privacy Statement (https://www.searshomeservices.com/privacy) | Terms of Use
(https://www.searshomeservices.com/terms-of-use)

