

**DAVID M. ZENSKY**
+1 212.872.1075/fax: +1 212.872.1002
dzensky@akingump.com

October 2, 2020

VIA ELECTRONIC COURT FILING

Hon. Robert D. Drain
U.S. Bankruptcy Court for the Southern District
of New York
300 Quarropas Street
White Plains, NY 10601

Re: *In re Sears Holdings Corp., et al.*, Case No. 18-23538 (RDD) (Bankr. S.D.N.Y.)

Dear Judge Drain:

We write as counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") in the above-captioned proceeding.

On September 14, 2020, the Creditors' Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order to Compel Bankruptcy Rule 2004 Production of Documents* [ECF No. 8436] (the "Motion to Compel") and supporting documents in the above-captioned proceeding. On September 25, 2020, the Creditors' Committee filed a letter with the Court [ECF No. 8458] withdrawing the Motion to Compel as against Knightsbridge Asset Management, LLC ("Knightsbridge"). Since that time, Force Capital Management, LLC ("Force Capital") has also produced the information sought by the Creditors' Committee's subpoena. In light of their compliance, the Creditors' Committee hereby withdraws the Motion to Compel as against Force Capital and Knightsbridge in its entirety. For the avoidance of doubt, nothing herein affects the motion to compel filed by Moritt Hock & Hamroff LLP, as conflicts counsel to the Creditors' Committee [ECF No. 8438].

Respectfully submitted,

 */s/ David M. Zensky*

David M. Zensky