# EXHIBIT A

**From:** Robert Drain [mailto:judge_drain@nysb.uscourts.gov]
**Sent:** Tuesday, September 08, 2020 9:49 AM
**To:** Danielle J. Marlow; NYSBml_Drain's_Chambers
**Cc:** James P. Chou
**Subject:** RE: In re Sears Holding Corp., et al., Case No. 18-23538 (Bankr. S.D.N.Y)

You can make a motion to compel.  No need for a telephonic conference.

**From:** Danielle J. Marlow <dmarlow@moritthock.com>
**Sent:** Saturday, September 05, 2020 12:19 AM
**To:** NYSBml_Drain's_Chambers <rdd.chambers@nysb.uscourts.gov>
**Cc:** James P. Chou <jchou@moritthock.com>
**Subject:** In re Sears Holding Corp., et al., Case No. 18-23538 (Bankr. S.D.N.Y)

To the Chambers of the Honorable Robert D. Drain:

We represent the Official Committee of Unsecured Creditors of Sears Holdings Corp., *et al.* in the above-referenced proceeding, along with Akin Gump.  Please find attached a letter filed on the docket today requesting a telephonic conference.

Respectfully submitted,

**To view our COVID-19 Resource Page, click here.**

**Danielle J. Marlow**
*Partner*
Tel: 516.873.2000 | Email: dmarlow@moritthock.com
Web: www.moritthock.com      

    **400 Garden City Plaza**  1407 Broadway
    **Garden City, NY 11530**  New York, NY 10018

CONFIDENTIALITY NOTICE:
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, use, distribution or copying of this email, its contents, and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you have received this email in error, please immediately notify the sender and delete the email and any attachments and destroy any tangible manifestation thereof. Thank you.