# EXHIBIT A

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                                                   September 30, 2020
Harner, Paul E., Fee Examiner in Sears Chapter II Cases                                          Invoice No. 20200908460
1675 Broadway, 19th Floor
New York, NY 10019

Client:    Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)
Matter:    Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $4,355.50 |
| **Total Invoice Amount** | **$4,355.50** |

071820.02 -  00315861  
Vincent J. Marriott, III

September 30, 2020  
Invoice No. 20200908460

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| **B170 - Fee/Employment Objections** | | | | | |
| Harner,P.E. | 08/25/20 | Review, edit and finalize multiple preliminary reports in interim fee applications and supporting exhibits (2.80); telephone conferences and correspondence with V. Marriott and C McClamb re: same (.30) | 1,405.00 | 3.10 | 4,355.50 |
| **Total B170** | | | | 3.10 | 4,355.50 |
| **Total Fees** | | | | 3.10 | **$4,355.50** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Harner,P.E. | 3.10 | 1,405.00 | 4,355.50 |
| **Total Fees** | **3.10** | | **$4,355.50** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner
Harner, Paul E., Fee Examiner in Sears Chapter II Cases
1675 Broadway, 19th Floor
New York, NY 10019

September 30, 2020
Invoice No. 20200908460

Client:  Harner, Paul E., Fee Examiner in Sears Chapter II Cases (071820.02)

Matter:  Fee Examiner Activities (00315861)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020

**REMITTANCE ADVICE**

| | |
|---|---:|
| Professional Fees | $4,355.50 |
| **Total Invoice Amount** | **$4,355.50** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days