# EXHIBIT B

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                      September 30, 2020
1675 Broadway                                                       Invoice No. 20200908459
New York, NY 10019

Client:     Sears Fee Examiner (071820.03)
Matter:     Fee and Expense Review and Reporting (00317415)

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2020

**INVOICE SUMMARY**

| | |
|---|---:|
| Professional Fees | $86,733.00 |
| **Total Invoice Amount** | **$86,733.00** |

| 071820.03 - 00317415 | September 30, 2020 |
|---|---|
| Vincent J. Marriott, III | Invoice No. 20200908459 |

## Professional Services

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **B160 - Fee/Employment Applications** | | | | | |
| Daluz,T.M. | 08/10/20 | Prep attachments for fee app | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/14/20 | Review interim application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/14/20 | Attend to preparation of Ballard's interim fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/14/20 | Prepare exhibits to monthly fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/17/20 | Address monthly fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/18/20 | Review revised interim fee application | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 08/18/20 | Review and revise interim fee application | 495.00 | 2.80 | 1,386.00 |
| Daluz,T.M. | 08/20/20 | Revise interim fee application | 940.00 | 3.00 | 2,820.00 |
| Daluz,T.M. | 08/20/20 | Multiple correspondence with C. McClamb re: same | 940.00 | 0.30 | 282.00 |
| McClamb,C.D. | 08/20/20 | E-mails with P. Harner re: fourth interim fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/20/20 | E-mails with T. Daluz re: fourth interim fee application | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 08/20/20 | Edits to fourth interim fee application | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 08/21/20 | E-mails with P. Harner re: fourth interim fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/22/20 | E-mails with P. Harner re: fourth interim fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/22/20 | Review and edit fourth interim fee application | 495.00 | 0.40 | 198.00 |
| Daluz,T.M. | 08/24/20 | Address monthly fee application | 940.00 | 1.00 | 940.00 |
| Daluz,T.M. | 08/27/20 | Revise monthly fee application | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/28/20 | Revise fee application | 940.00 | 0.30 | 282.00 |
| Daluz,T.M. | 08/28/20 | Oversee filing of fee application | 940.00 | 0.20 | 188.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

September 30, 2020  
Invoice No. 20200908459

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **Total B160** | | | | **13.50** | **10,598.50** |
| **B170 - Fee/Employment Objections** | | | | | |
| McClamb,C.D. | 08/04/20 | Edits to exhibits to Weil second preliminary report | 495.00 | 3.30 | 1,633.50 |
| McClamb,C.D. | 08/05/20 | Edits to exhibits to Weil second preliminary report | 495.00 | 6.50 | 3,217.50 |
| McClamb,C.D. | 08/06/20 | Prepare Weil 2nd preliminary report exhibits | 495.00 | 4.50 | 2,227.50 |
| McClamb,C.D. | 08/06/20 | Review Weil fee entries | 495.00 | 3.40 | 1,683.00 |
| Marriott, III,V.J. | 08/07/20 | Review status of Weil and Paul Weiss second preliminary reports | 1,035.00 | 0.40 | 414.00 |
| McClamb,C.D. | 08/07/20 | E-mails with P. Harner re: status of review | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 08/07/20 | Prepare Weil 2d preliminary report | 495.00 | 3.80 | 1,881.00 |
| McClamb,C.D. | 08/07/20 | E-mails with P. Harner re: fee applications | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 08/07/20 | Prepare exhibits for Weil 2d preliminary report | 495.00 | 5.00 | 2,475.00 |
| Babchinetskaya,I. | 08/07/20 | Talk to M. McClamb re: Paul Weiss review | 375.00 | 0.20 | 75.00 |
| Marriott, III,V.J. | 08/10/20 | Conference with T. Daluz; P. Harner, and C. McClamb re: status of various second preliminary reports | 1,035.00 | 0.40 | 414.00 |
| Daluz,T.M. | 08/10/20 | Participate in status call with P Harner, V Marriott and C McClamb | 940.00 | 0.50 | 470.00 |
| McClamb,C.D. | 08/10/20 | Review and edit Weil second preliminary report | 495.00 | 2.50 | 1,237.50 |
| McClamb,C.D. | 08/10/20 | E-mails with C. Pollard re: Weil preliminary report exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/10/20 | Conference call with P. Harner, V. Marriott and T. Daluz re: status of fee review | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 08/10/20 | Phone call with C. Smith re: status of fee review | 495.00 | 0.50 | 247.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 - 00317415 | | | | | September 30, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20200908459 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 08/10/20 | E-mails with I. Babchinetskaya re: status of fee review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/10/20 | E-mails with C. Pollard and K. Neitzel re: status of fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/10/20 | Edits to exhibits for Weil second preliminary report | 495.00 | 5.00 | 2,475.00 |
| Smith,C.H. | 08/10/20 | Review Weil Gotshal 3d 4th Fee Application attorney fees | 385.00 | 0.50 | 192.50 |
| Pollard,C.P. | 08/11/20 | Prepare revised Weil Gotshall second fee petition report - Time in Excess of 12 hours | 320.00 | 0.40 | 128.00 |
| McClamb,C.D. | 08/11/20 | E-mails with K. Neitzel re: fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/11/20 | E-mails with C. Pollard re: fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/11/20 | Edits to Weil second preliminary report | 495.00 | 1.70 | 841.50 |
| McClamb,C.D. | 08/11/20 | Edit and prepare exhibits for Weil second preliminary report | 495.00 | 3.20 | 1,584.00 |
| McClamb,C.D. | 08/11/20 | Edit and prepare exhibits for Paul Weiss second preliminary report | 495.00 | 2.80 | 1,386.00 |
| McClamb,C.D. | 08/12/20 | E-mails with C. Pollard re: Paul Weiss second report exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/12/20 | Edit and prepare exhibits for Paul Weiss second preliminary report | 495.00 | 4.80 | 2,376.00 |
| McClamb,C.D. | 08/12/20 | Edits to exhibits for Weil second report | 495.00 | 1.80 | 891.00 |
| McClamb,C.D. | 08/12/20 | E-mails with K. Neitzel re: fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/12/20 | Edits to Paul Weiss second preliminary report | 495.00 | 1.80 | 891.00 |
| Babchinetskaya,I. | 08/12/20 | Review fees and expenses for Paul Weiss | 375.00 | 1.70 | 637.50 |
| Neitzel,K.N. | 08/12/20 | Summarize fee data received per C. McClamb request | 360.00 | 1.00 | 360.00 |
| Pollard,C.P. | 08/13/20 | Prepare Paul Weiss second fee petition exhibit re: time billed in excess of 12 hours/day | 320.00 | 0.50 | 160.00 |
| McClamb,C.D. | 08/13/20 | Phone call with C. Smith re: Weil interim fee application review | 495.00 | 1.20 | 594.00 |

071820.03 - 00317415  September 30, 2020
Vincent J. Marriott, III  Invoice No. 20200908459

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| McClamb,C.D. | 08/13/20 | Edit and prepare exhibits to Paul Weiss preliminary report | 495.00 | 5.00 | 2,475.00 |
| McClamb,C.D. | 08/13/20 | Edits to Paul Weiss preliminary report | 495.00 | 2.00 | 990.00 |
| McClamb,C.D. | 08/13/20 | E-mails with I. Babchinetskaya re: Paul Weiss interim fee application review | 495.00 | 0.20 | 99.00 |
| Babchinetskaya,I. | 08/13/20 | Review Paul Weiss' fees and expenses | 375.00 | 2.10 | 787.50 |
| Smith,C.H. | 08/13/20 | Review Weil Gotshal 3d 4th application time entries for vague descriptions and duplicative work | 385.00 | 1.20 | 462.00 |
| McClamb,C.D. | 08/14/20 | Edit and prepare exhibits to Paul Weiss preliminary report | 495.00 | 4.60 | 2,277.00 |
| McClamb,C.D. | 08/14/20 | E-mails with P. Harner, V. Marriott and T. Daluz re: Houlihan Lokey final fee application | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/14/20 | E-mails with P. Harner re: Paul Weiss preliminary report | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/14/20 | Edits to Paul Weiss preliminary report | 495.00 | 2.30 | 1,138.50 |
| McClamb,C.D. | 08/14/20 | Review Houlihan Lokey final fee application | 495.00 | 0.50 | 247.50 |
| Babchinetskaya,I. | 08/15/20 | Review Paul Weiss' fees and expenses | 375.00 | 1.30 | 487.50 |
| Babchinetskaya,I. | 08/16/20 | Review Paul Weiss' fees and expenses | 375.00 | 0.70 | 262.50 |
| Smith,C.H. | 08/17/20 | Review Weil Gotshal fee applications for communications with no party or subject, overstaffing meetings, vague, and duplicative issues | 385.00 | 4.30 | 1,655.50 |
| Daluz,T.M. | 08/18/20 | Call with C. McClamb re: expansion of review team | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 08/18/20 | E-mails with K. Nietzel re: fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/18/20 | Phone call with P. Osei-Bonsu re: fee application review | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 08/18/20 | E-mails with P. Osei-Bonsu re: fee application review | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/18/20 | Quality check reviewed Paul Weiss fee entries | 495.00 | 3.00 | 1,485.00 |
| McClamb,C.D. | 08/18/20 | Quality check reviewed Weil fee entries | 495.00 | 2.30 | 1,138.50 |

071820.03 - 00317415                                              September 30, 2020
Vincent J. Marriott, III                                      Invoice No. 20200908459

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Neitzel,K.N. | 08/18/20 | Prepare fee data to be loaded into Relativity workspace for attorney review | 360.00 | 1.00 | 360.00 |
| Pollard,C.P. | 08/19/20 | Prepare 14 exhibits (Paul Weiss - 7/1/2019 - 2/28/2020) | 320.00 | 1.40 | 448.00 |
| Daluz,T.M. | 08/19/20 | Review Deloitte's response to preliminary report | 940.00 | 0.50 | 470.00 |
| Daluz,T.M. | 08/19/20 | Correspondence with C. McClamb, P. Harner, and V. Marriott re: same | 940.00 | 0.20 | 188.00 |
| McClamb,C.D. | 08/19/20 | E-mails with K. Neitzel re: status of fee data and data issues | 495.00 | 0.80 | 396.00 |
| McClamb,C.D. | 08/19/20 | E-mails with P. Harner re: potential supplemental declaration | 495.00 | 0.60 | 297.00 |
| McClamb,C.D. | 08/19/20 | Review Akin fee entries | 495.00 | 7.40 | 3,663.00 |
| McClamb,C.D. | 08/19/20 | Review Deloitte Tax response to first preliminary report | 495.00 | 0.40 | 198.00 |
| Neitzel,K.N. | 08/19/20 | Prepare fee data to be loaded into Relativity workspace for attorney review | 360.00 | 1.10 | 396.00 |
| Pollard,C.P. | 08/20/20 | Begin running searches and assigning preliminary findings tags to Akin Gump time entries | 320.00 | 0.30 | 96.00 |
| McClamb,C.D. | 08/20/20 | E-mails with P. Osei-Bonsu re: materials for Deloitte fee application review | 495.00 | 0.90 | 445.50 |
| McClamb,C.D. | 08/20/20 | Review Akin fee entries | 495.00 | 5.00 | 2,475.00 |
| Osei-Bonsu,P. | 08/20/20 | Review background documents in preparation for fee review project | 400.00 | 2.00 | 800.00 |
| Neitzel,K.N. | 08/20/20 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 1.30 | 468.00 |
| Daluz,T.M. | 08/21/20 | Review several contingent fee applications for conformance with fee order | 940.00 | 1.00 | 940.00 |
| McClamb,C.D. | 08/21/20 | Review Akin fee entries | 495.00 | 4.50 | 2,227.50 |

| | | | | | |
|---|---|---|---|---|---|
| 071820.03 -  00317415 | | | | | September 30, 2020 |
| Vincent J. Marriott, III | | | | | Invoice No. 20200908459 |

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Pollard,C.P. | 08/24/20 | Prepare revised Duplicative Entries exhibit for Weil Gotshal second fee petition | 320.00 | 0.20 | 64.00 |
| Daluz,T.M. | 08/24/20 | Review fifth interim fee applications filed with the court | 940.00 | 0.60 | 564.00 |
| McClamb,C.D. | 08/24/20 | Meeting with P. Osei-Bonsu re: training for fee review | 495.00 | 1.20 | 594.00 |
| McClamb,C.D. | 08/24/20 | Edits to Weil 2d interim fee application preliminary report | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 08/24/20 | E-mails with P. Harner re: Weil 2d interim fee application preliminary report | 495.00 | 0.30 | 148.50 |
| McClamb,C.D. | 08/24/20 | E-mails with C. Pollard re: Weil 2d interim fee application exhibits | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/24/20 | Edits to Weil 2d interim fee application exhibits | 495.00 | 2.40 | 1,188.00 |
| McClamb,C.D. | 08/24/20 | E-mails with K. Neitzel re: additional reviewers and status | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 08/24/20 | Edits to Paul Weiss 2d preliminary report | 495.00 | 1.00 | 495.00 |
| McClamb,C.D. | 08/24/20 | Prepare exhibits for Paul Weiss 2d preliminary report | 495.00 | 2.50 | 1,237.50 |
| Osei-Bonsu,P. | 08/24/20 | Review Relativity procedures with Chantelle M | 400.00 | 1.00 | 400.00 |
| Neitzel,K.N. | 08/24/20 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 1.10 | 396.00 |
| McClamb,C.D. | 08/25/20 | Draft Paul Weiss combined preliminary report | 495.00 | 2.50 | 1,237.50 |
| McClamb,C.D. | 08/25/20 | E-mails with K. Neitzel re: status of fee data | 495.00 | 0.20 | 99.00 |
| McClamb,C.D. | 08/25/20 | Prepare exhibits for Paul Weiss combined preliminary report | 495.00 | 7.80 | 3,861.00 |
| McClamb,C.D. | 08/26/20 | Prepare exhibits for Weil 3d and 4th preliminary report | 495.00 | 3.00 | 1,485.00 |
| McClamb,C.D. | 08/26/20 | Phone call with M. Kleissler re: Weil fee data | 495.00 | 0.20 | 99.00 |

071820.03 - 00317415  
Vincent J. Marriott, III

September 30, 2020  
Invoice No. 20200908459

| Attorney | Date | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| McClamb,C.D. | 08/26/20 | Draft Weil 3d and 4th preliminary report | 495.00 | 1.30 | 643.50 |
| McClamb,C.D. | 08/27/20 | Review and revise exhibits for Weil 3d and 4th interim application | 495.00 | 3.20 | 1,584.00 |
| McClamb,C.D. | 08/28/20 | E-mails with C. Pollard and K. Neitzel re: Weil fee data | 495.00 | 0.50 | 247.50 |
| McClamb,C.D. | 08/28/20 | Phone call with K. Neitzel re: Weil fee data | 495.00 | 0.40 | 198.00 |
| McClamb,C.D. | 08/28/20 | Review Weil 4th interim fee application | 495.00 | 4.40 | 2,178.00 |
| Neitzel,K.N. | 08/28/20 | Prepare and import fee data into Relativity workspace for attorney review | 360.00 | 2.60 | 936.00 |
| **Total B170** | | | | **156.80** | **76,134.50** |
| **Total Fees** | | | | **170.30** | **$86,733.00** |

## Summary of Professional Fees

| Attorney | Billed Hours | Billed Rate | Billed Amount |
|---|---:|---:|---:|
| Daluz,T.M. | 11.80 | 940.00 | 11,092.00 |
| Marriott, III,V.J. | 0.80 | 1,035.00 | 828.00 |
| McClamb,C.D. | 131.80 | 495.00 | 65,241.00 |
| Babchinetskaya,I. | 6.00 | 375.00 | 2,250.00 |
| Smith,C.H. | 6.00 | 385.00 | 2,310.00 |
| Osei-Bonsu,P. | 3.00 | 400.00 | 1,200.00 |
| Neitzel,K.N. | 8.10 | 360.00 | 2,916.00 |
| Pollard,C.P. | 2.80 | 320.00 | 896.00 |
| **Total Fees** | **170.30** | | **$86,733.00** |

# Ballard Spahr LLP

TAX IDENTIFICATION NO: 23-0382195

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Tel 215.665.8500
Fax 215.864.8999

Paul E. Harner                                                              September 30, 2020
1675 Broadway                                                                 Invoice No. 20200908459
New York, NY 10019

Client:    Sears Fee Examiner (071820.03)

Matter:    Fee and Expense Review and Reporting (00317415)

<u>FOR PROFESSIONAL SERVICES RENDERED</u> through August 31, 2020

**REMITTANCE ADVICE**

| | |
|---|---|
| Professional Fees | $86,733.00 |
| **Total Invoice Amount** | **$86,733.00** |

For billing inquiries please send an email to centralizedbilling@ballardspahr.com

Our Preferred Method for payment is ACH or Wire Transfer

| For Payment by US mail: | ACH and Wire Payment Instructions |
|---|---|
| Ballard Spahr LLP<br>P O Box 825470<br>Philadelphia, PA 19182 5470 | Bank: PNC Bank, NA<br>1600 Market Street, Philadelphia, PA 19103<br>ABA No.: 031 0000 53<br>Account No.: 85-3131-7345<br>Account Name: Ballard Spahr LLP |

Due and Payable Within 30 Days