Rita L. Hullett, Esq.
Admitted *Pro Hac Vice* [Doc. No. 3959]
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1400 Wells Fargo Tower
420 20th Street N
Birmingham, AL 35203
Telephone: (205) 276-9807
Email: rhullett@bakerdonelson.com

*Counsel for Geodis Logistics LLC.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.* | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson") hereby withdraws its appearance as counsel for Geodis Logistics LLC (f/k/a OHL Acquisition Corporation d/b/a Ozburn - Hessey Logistics LLC) ("Geodis"), in the above-captioned cases. Baker Donelson requests that the attorney listed below be removed from all service lists in these cases, including all electronic service lists and the ECF notification system:

Rita L. Hullett
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 20th Street North
1400 Wells Fargo Tower
Birmingham, AL 35203
(205) 250-8310
rhullett@bakerdonelson.com

4833-7563-2026v1

Dated: October 5, 2020

                                         Respectfully submitted,

                                         BAKER, DONELSON, BEARMAN,
                                         CALDWELL & BERKOWITZ, PC

                                         /s/ *Rita L. Hullett*
                                         Rita L. Hullett
                                         1400 Wells Fargo Tower
                                         420 20th Street N
                                         Birmingham, AL 35203
                                         Telephone: (205) 276-9807
                                         Email: rhullett@bakerdonelson.com

                                         *Counsel for Geodis Logistics LLC.*

4833-7563-2026v1

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of October, 2020, the annexed Notice was served on (i) the parties requesting ECF notifications via the Court's CM/ECF case notification system; (ii) the parties so indicated below *via* first class U.S. mail; (iii) the parties so indicated below *via* electronic mail; and (iv) on all other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018.

*/s/ Rita L. Hullett*
Of Counsel

**U.S. Mail**
**Chambers Copy**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the S. D. of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Debtors**
Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Attn: Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

**Office of the United States Trustee**
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

**Electronic Service**
**Debtors**
Rob Riecker - rob.riecker@searshc.com
Luke Valentino - luke.valentino@searshc.com
Mohsin Meghji - mmeghji@miiipartners.com

**Counsel for the Debtors**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com

**Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

**Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease**
Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

**Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com

4833-7563-2026v1

**Attorneys for Wilmington Trust, NA, as indenture trustee for the Second Lien Notes**
Seyfarth Shaw, LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

**Attorneys to Wells Fargo Bank, National Association**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
jmarshall@choate.com
**Investment Banker for the Debtors**
Lazard Frères & Co., LLC
30 Rockefeller Plaza,
New York, NY 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

5

4833-7563-2026v1

**Buyer**
Luke A. Barefoot
Kimberly Black
Michael Weinberg
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
lbarefoot@cgsh.com
mdweinberg@cgsh.com
kblack@cgsh.com

4833-7563-2026v1