Official Form 410

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | SEARS HOLDINGS CORPORATION, ET AL |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: SOUTHERN District of NEW YORK

Case number 18-23538

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do **not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | CALCASIEU PARISH SHERIFF & TAX COLLECTOR<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | 182353680002187 |

| | |
|---|---|
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>CALCASIEU PARISH SHERIFF & TAX COLLECTOR<br>Name<br><br>P O BOX 1787<br>Number     Street<br><br>LAKE CHARLES LA 70602<br>City                          State                    ZIP Code<br><br>Contact phone 337-491-3680<br><br>Contact email   cperry@cpso.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_ _ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _ | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number     Street<br><br>City                          State                    ZIP Code<br><br>Contact phone _____<br><br>Contact email _____ |

| | |
|---|---|
| 4. Does this claim amend one already filed? | No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>MM / DD / YYYY |

| | |
|---|---|
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                    Proof of Claim                    page 1

RECEIVED

NOV 21 2018

PRIME CLERK LLC

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[ ] No Copy Provided

**EXHIBIT**
**A**
tabbies®

Claim Number: 5390

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  00617598: 13345432:

01345542: 00465623:

---

**7. How much is the claim?**    $158,167.28

**Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

**2018 Taxes**

---

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The  claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:    $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured:  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____

---

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

---

☐ No

| | | Amount entitled to priority |
|---|---|---|

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

X   Yes. *Check all that apply:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).    $_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).    $_____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).    $_____    $_____

X   Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).    $158,167.28

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).    $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after th

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒   I am the creditor.
☐   I am the creditor's attorney or authorized agent.
☐   I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐   I am a guarantor, surety, endorser, or other co debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/14/2018.
                   MM / DD / YYYY


/s/ Carolyn R. Perry
      Signature

Print the name of the person who is completing and signing this claim:

| Name | CAROLYN    RACHEL    PERRY | | |
|---|---|---|---|
| | First name | Middle name | Last name |

Title      DEPUTY TAX COLLECTOR

Company    CALCASIEU PARISH SHERIFF & TAX COLLECOTR
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    P O BOX 1787
           Number      Street

           LAKE CHARLES    LA    70602
           City                State        ZIP Code

Contact phone    337-491-3680          Email    cperry@cpso.com

---

# Property Tax Claim Form

## ESTIMATED TAX NOTICE

**FOR 12 MONTHS**

**TAX YEAR 2018**

**NAME:**  SEARS HOLDINGS CORPORATION, ET AL &

**ADDRESS:**  3333 BEVERLY RD

**CITY, STATE, ZIP:**  HOFFMAN ESTATES ILL 60179

**ASSESSMENT NUMBER:** 00617598 13345432
     01345542  00465623

TAXES BECOME DELINQUENT AFTER DECEMBER 31ST AND BEAR 1% INTEREST PER MONTH OR ANY PART OF A MONTH THEREAFTER.

**ESTIMATED ASSESSED VALUE**

| | |
|---|---|
| NO. OF LOTS | |
| LOT | |
| RES IMPS | |
| COMML LOTS | |
| COML IMPS | 767,550 |
| MOBILE HOME | |
| FOREST ACRES | |
| PERSONAL PROPERTY | 851,710 |
| TOTAL VALUE | 1,619,260 |

**ESTIMATED TAXES:**  $158,167.28

**2018 TAXES**

**TODAY'S DATE:**  11/14/2018

**PROPERTY DESCRIPTION:**  STORE & AUTO REPAIR & SERV STN @ 640 PRIEN LAKE RD W

COML IMPS ONLY LOCA ON LAMD OF SPG

PRIEN LLC (PARCEL 00388890)

INVENTORY, FURN & FIXT, COMP

HW/SOFTWARE; MCHY & EQUIP; LEASHOLD IMPS @ 640 PRIEN LAKE

# CALCASIEU PARISH SHERIFF'S OFFICE
## TONY MANCUSO, SHERIFF

Tax Collector Division
P. O. Box 1787
1011 Lakeshore Dr. Ste. 100
Lake Charles, Louisiana  70602

November 14, 2018

SEARS HOLDINGS CORPORATION ET AL
CLAIMS PROCESSING CENTER
C/O PRIME CLERK, LLC
830 THIRD AVE 9TH FL
NEW YORK NY 10022

To Whom It May Concern:

Enclosed are two copies of a proof claim for **SEARS HOLDINGS CORPORATION, ET AL** 2018 taxes.  Please file this through your bankruptcy system.  Please return our copy with a date when it was filed.  There is a stamped self- addressed envelope for your convenience. Should you have any questions, please call me at 337-491-3688.

Sincerely,

Carolyn Perry
Deputy Tax Collector

CALCASIEU PARISH SHERIFF'S OFFICE
TAX COLLECTOR DIVISION
P. O. BOX 1787
LAKE CHARLES, LA 70602

SEARS HOLDINGS CORPORATION ET AL
CLAIMS PROCESSING CENTER
C/O PRIME CLERK, LLC
830 THIRD AVE 9TH FL
NEW YORK NY 10022

RECEIVED
NOV 21 2018
PRIME CLERK LLC