Calcasieu Parish Sheriff's Office
P O BOX 1787
LAKE CHARLES, LA  70602-1787

THIS IS YOUR RECEIPT FOR CALCASIEU PARISH TAXES
PLEASE KEEP FOR YOUR RECORDS
DEPUTY carolyn
BATCH#6225

| YEAR | PARCEL# | NOTICE# | TAX PAYER | TAX | INTEREST | COST | OTHER | TOTAL PAID |
|------|---------|---------|-----------|-----|----------|------|-------|------------|
| 2018 | 00617598 | 104007 | SEARS ROEBUCK A | 33,760.97 | 0.00 | 0.00 | 0.00 | 33,760.97 |

| DATE PAID | RECEIPT# | CHECK# | CHECK AMT | CASH AMT | CREDT CARD AMT | TOTAL PAID |
|-----------|----------|--------|-----------|----------|----------------|------------|
| 12/31/2018 | 804074 | 140059504 | 33,760.97 | 0.00 | 0.00 | 33,760.97 |

**CONVENIENCE FEE PAID 0.00**
**REF#**
**AUTH#**

REMITTER NAME & ADDRESS:


SEARS DEBTOR IN POSSESSION
DALLAS SUPPORT CENTER #4643
P O BOX 864887
PLANO TX 75086


**\*\*\* PROPERTY DESCRIPTION \*\*\***

PARCEL NUMBER: 00617598
640 PRIEN LAKE RD W
640 W PRIEN LAKE RD



CALCASIEU PARISH TAX COLLECTOR
(DUNS NUMBER: 00-000-0000)

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-856-6973
BANK NO 12
CHECK DATE : 12/25/2018
CHECK NUMBER: 140059504
CHECK AMOUNT: 33,760.97

\* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
\* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|-----------|-----------------|---------------------------|-----------|------------|-----------------|-----------------|-----------------|----------|
| 1336 | PT100088 | | 12/21/18 | | 33,760.97 | .00 | | 400 |

PARCEL # 00617598

| | DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
|---|---|---|---|---|
| | 33,760.97 | .00 | .00 | 33,760.97 |

DISCOUNT CODE: A. ANTICIPATION   C. CASH   F. FREIGHT   T. TRADE

---

SEARS DEBTOR IN POSSESSION

Bank of America

64-1278/611
CHECK NUMBER: 140059504

PAY : THIRTY-THREE THOUSAND SEVEN HUNDRED SIXTY AND 97/100 DOLLARS

VOID AFTER 6 MONTHS

TO THE
ORDER OF   CALCASIEU PARISH TAX COLLECTOR
P.O. BOX 1450
LAKE CHARLES  LA  70602

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 12/25/2018 | $33,760.97 |

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈140059504⑈ ⑆061112788⑈ 335999098⑆

SEARS

DALLAS SUPPORT CENTER #4643

P.O. BOX 864887

PLANO, TX 75086



CALCASIEU PARISH TAX COLLECTOR

P.O. BOX 1450

LAKE CHARLES   LA   70602

Calcasieu Parish Sheriff's Office
P O BOX 1787
LAKE CHARLES, LA  70602-1787

THIS IS YOUR RECEIPT FOR CALCASIEU PARISH TAXES
PLEASE KEEP FOR YOUR RECORDS
DEPUTY carolyn
BATCH#6225

| YEAR | PARCEL# | NOTICE# | TAX PAYER | TAX | INTEREST | COST | OTHER | TOTAL PAID |
|------|---------|---------|-----------|-----|----------|------|-------|------------|
| 2018 | 13345432 | 240799 | SEARS HOMETOW | 17,232.42 | 0.00 | 0.00 | 0.00 | 17,232.42 |

| DATE PAID | RECEIPT# | CHECK# | CHECK AMT | CASH AMT | CREDT CARD AMT | TOTAL PAID |
|-----------|----------|--------|-----------|----------|----------------|------------|
| 12/31/2018 | 804079 | 140059505 | 17,232.42 | 0.00 | 0.00 | 17,232.42 |

CONVENIENCE FEE PAID 0.00
REF#
AUTH#

REMITTER NAME & ADDRESS:

SEARS DEBTOR IN POSSESSION
DALLAS SUPPORT CENTER #4643
P O BOX 864887
PLANO TX 75086

### *** PROPERTY DESCRIPTION ***

PARCEL NUMBER: 13345432
3230 GERSTNER MEMORIAL DR
3230 GERSTNER MEMORIAL DR

# CALCASIEU PARISH TAX COLLECTOR
(DUNS NUMBER:    00-000-0000)

| | |
|---|---|
| CHECK DATE   : | 12/25/2018 |
| CHECK NUMBER: | 140059505 |
| CHECK AMOUNT: | 17,232.42 |

\* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
\* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 4012 | PT100069 | | 12/21/18 | | 17,232.42 | .00 | | 400 |

PARCEL # 13345432

| | DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
|---|---|---|---|---|
| | 17,232.42 | .00 | .00 | 17,232.42 |

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE

---

SEARS DEBTOR IN POSSESSION

Bank of America

64-1278/611

CHECK NUMBER:  140059505

PAY :   SEVENTEEN THOUSAND TWO HUNDRED THIRTY-TWO AND 42/100 DOLLARS

VOID AFTER 6 MONTHS

TO THE
ORDER OF    CALCASIEU PARISH TAX COLLECTOR
            P.O. BOX 1450
            LAKE CHARLES  LA  70602

| CHECK DATE |
|---|
| 12/25/2018 |

| CHECK AMOUNT |
|---|
| $17,232.42 |

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

⑈140059505⑈ ⑆061127⑈ 33599909861⑈

SEARS

DALLAS SUPPORT CENTER #4643

P.O. BOX 864887

PLANO, TX 75086



CALCASIEU PARISH TAX COLLECTOR

P.O. BOX 1450

LAKE CHARLES  LA  70602

Calcasieu Parish Sheriff's Office
P O BOX 1787
LAKE CHARLES, LA 70602-1787

THIS IS YOUR RECEIPT FOR CALCASIEU PARISH TAXES
PLEASE KEEP FOR YOUR RECORDS
DEPUTY carolyn
BATCH#6115

| YEAR | PARCEL# | NOTICE# | TAX PAYER | TAX | INTEREST | COST | OTHER | TOTAL PAID |
|------|---------|---------|-----------|-----|----------|------|-------|------------|
| 2018 | 01240587 | 104499 | PRIEN LAKE MALL | 8,042.86 | 0.00 | 0.00 | 0.00 | 8,042.86 |
| 2018 | 01345542 | 105271 | SEARS | 74,260.48 | 0.00 | 0.00 | 0.00 | 74,260.48 |
| 2018 | 00301930 | 156911 | REINAUER, ANNE C | 3,151.08 | 0.00 | 0.00 | 0.00 | 3,151.08 |
| 2018 | 00388904 | 161768 | SIMON PROPERTY ( | 10,746.99 | 0.00 | 0.00 | 0.00 | 10,746.99 |
| 2018 | 00386626 | 163050 | SIMON PROPERTY ( | 68,316.16 | 0.00 | 0.00 | 0.00 | 68,316.16 |
| 2018 | 00429104 | 167581 | SIMON, MELVIN AN | 106,894.24 | 0.00 | 0.00 | 0.00 | 106,894.24 |
| 2018 | 00429139 | 167584 | SIMON, MELVIN AN | 52,575.89 | 0.00 | 0.00 | 0.00 | 52,575.89 |
| 2018 | 00388890 | 209540 | SPG PRIEN LLC | 25,990.93 | 0.00 | 0.00 | 0.00 | 25,990.93 |
| 2018 | 00412880 | 210991 | SPG PRIEN LLC | 67,936.87 | 0.00 | 0.00 | 0.00 | 67,936.87 |
| 2018 | 00429120 | 8994 | SIMON, MELVIN AN | 1,064.25 | 0.00 | 0.00 | 0.00 | 1,064.25 |

| DATE PAID | RECEIPT# | CHECK# | CHECK AMT | CASH AMT | CREDT CARD AMT | TOTAL PAID |
|-----------|----------|--------|-----------|----------|----------------|------------|
| 12/20/2018 | 793393 | 23182735 | 418,979.75 | 0.00 | 0.00 | 418,979.75 |

CONVENIENCE FEE PAID 0.00
REF#
AUTH#

REMITTER NAME & ADDRESS:


PRIEN LAKE MALL
SIMON PROPERTY GROUP LP
P O BOX 7033
INDIANAPOLIS IN 46207


### *** PROPERTY DESCRIPTION ***

PARCEL NUMBER: 01345542
640 PRIEN LAKE RD W
@071008-0000-3200026 550000
@071008-0000-320X026W 550000
@071008-0000-320002803550000
-640 W PRIEN LAKE RD-
COML IMPS ONLY LOC ON LAND OF SPG PRIEN LLC (PARCEL 00388890) DES AS FOLL:
PARCEL 'C' DESC AS-
COM 30 FT N AND 30 FT W OF SE COR SE SW SEC 7.10.8, TH ALONG N/L PRIEN LAKE RD W 691 FT TO PT OF BEG, W
481.2 FT, N 200 FT, W 208.7 FT TO E/L CREOLE ST, N ALONG E/L CREOLE ST 217.4 FT, E 208.7 FT, N 208.7 FT, E 37.44
FT, S 29.10 FT, E 455 FT, S 162.2 FT, E 140 FT, S 260 FT, W 150 FT, S 175 FT TO PT OF BEG, AND A 30 FT STRIP
ADJACENT TO W LINE THEREOF BEING A PORTION OF ABANDONED CREOLE ST, LESS TRACT DESC AS:
COM 30 FT N AND 30 FT W OF SE COR SE SW SEC 7.10.8, TH ALONG N/L PRIEN LAKE RD W 899.29 FT TO PT OF BEG,
W 269.32 FT, N 319.39  FT, N 13 DEGS E 61.74 FT, N 217.58 FT, E 303.46 FT, S 272.33 FT, W 50.81 FT, S 60.53 FT,
E 4.76 FT, S 264.28 FT TO PT OF BEGINNING
IMPS/99-SEARS


PARCEL NUMBER: 01240587
496 PRIEN LAKE RD W

## Calcasieu Parish - Tax Notice Inquiry

## 11/26/2018 9:19:24 AM

Tax Notice# 105271

Tax Year 2018

Taxpayer

SEARS

C/O SIMON PROPERTY GROUP LP

P O BOX ****

INDIANAPOLIS IN ***** ****

#2318

RECEIVED
PROPERTY TAX

NOV 26 2018

Received _____

Scanned _____

OS Input _____

| Taxes | Interest | Cost | Other | Paid | Balance |
|---|---|---|---|---|---|
| 74,260.48 | 0.00 | 0.00 | 0.00 | 0.00 | 74,260.48 |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**PRIEN LAKE MALL**
SIMON PROPERTY GROUP LP
PO BOX 7033
INDIANAPOLIS IN 46207
(317) 636-1600

Vendor No.
6603

DATE
12/18/18

CHECK NO.
23182735

$****418,979.75

AMOUNT

FOUR HUNDRED EIGHTEEN THOUSAND NINE HUNDRED SEVENTY NINE AND 75/100************************

Void After Six Months

PAY TO THE    SHERIFF & TAX COLLECTOR OF LAKE CHARLES
ORDER OF      TONY MANCUSO
              PO BOX 1450
              LAKE CHARLES LA 706021450

Authorized Signature

ASHLAND, OH    PNC

⑈231827350⑈ ⑈041203895⑈ 4239706695⑈

THE ORIGINAL DOCUMENT HAS A TRUE WATERMARK.  HOLD TO LIGHT TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

| OUR NUMBER | DATE | INVOICE NO. OR OTHER DESCRIPTION | GROSS AMOUNT | PAYMENTS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 18000834 | 12/16/18 | 2018 RE TAXES 1 OF | 418,979.75 | | | 418,979.75 |
| | | | 418,979.75 | | | 418,979.75 |

For Office Use Only:
Payment Handling Code  RE

SIMON CAN PAY YOU FASTER IF YOU ACCEPT MASTERCARD. CONTACT US BANK AT 1-855-268-5386 FOR MORE INFORMATION.

PRIEN LAKE MALL

CO #:  02318

Stub 1 of 1