## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| [X] Sears Holdings Corporation (18-23538) | [ ] Kmart Corporation (18-23549) | [ ] Sears, Roebuck de Puerto Rico, Inc. (18-23561) | [ ] MyGofer LLC (18-23573) | [ ] Kmart.com LLC (18-23585) |
| [ ] Sears, Roebuck and Co. (18-23537) | [ ] MaxServ, Inc. (18-23550) | [ ] SYW Relay LLC (18-23562) | [ ] Sears Brands Business Unit Corporation (18-23574) | [ ] Sears Brands Management Corporation (18-23586) |
| [ ] Kmart Holding Corporation (18-23539) | [ ] Private Brands, Ltd. (18-23551) | [ ] Wally Labs LLC (18-23563) | [ ] Sears Holdings Publishing Company, LLC (18-23575) | [ ] SHC Licensed Business LLC (18-23616) |
| [ ] Kmart Operations LLC (18-23540) | [ ] Sears Development Co. (18-23552) | [ ] Big Beaver of Florida Development, LLC (18-23564) | [ ] Kmart of Michigan, Inc. (18-23576) | [ ] SHC Promotions LLC (18-23630) |
| [ ] Sears Operations LLC (18-23541) | [ ] Sears Holdings Management Corporation (18-23553) | [ ] California Builder Appliances, Inc. (18-23565) | [ ] SHC Desert Springs, LLC (18-23577) | [ ] SRe Holding Corporation (19-22031) |
| [ ] ServiceLive, Inc. (18-23542) | [ ] Sears Home & Business Franchises, Inc. (18-23554) | [ ] Florida Builder Appliances, Inc. (18-23566) | [ ] SOE, Inc. (18-23578) | |
| [ ] A&E Factory Service, LLC (18-23543) | [ ] Sears Home Improvement Products, Inc. (18-23555) | [ ] KBL Holding Inc. (18-23567) | [ ] StarWest, LLC (18-23579) | |
| [ ] A&E Home Delivery, LLC (18-23544) | [ ] Sears Insurance Services, L.L.C. (18-23556) | [ ] KLC, Inc. (18-23568) | [ ] STI Merchandising, Inc. (18-23580) | |
| [ ] A&E Lawn & Garden, LLC (18-23545) | [ ] Sears Procurement Services, Inc. (18-23557) | [ ] Sears Protection Company (Florida), L.L.C. (18-23569) | [ ] Troy Coolidge No. 13, LLC (18-23581) | |
| [ ] A&E Signature Service, LLC (18-23546) | [ ] Sears Protection Company (18-23558) | [ ] Kmart of Washington LLC (18-23570) | [ ] BlueLight.com, Inc. (18-23582) | |
| [ ] FBA Holdings Inc. (18-23547) | [ ] Sears Protection Company (PR) Inc. (18-23559) | [ ] Kmart Stores of Illinois LLC (18-23571) | [ ] Sears Brands, L.L.C. (18-23583) | |
| [ ] Innovel Solutions, Inc. (18-23548) | [ ] Sears Roebuck Acceptance Corp. (18-23560) | [ ] Kmart Stores of Texas LLC (18-23572) | [ ] Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Calcasieu Parish Sheriff & Tax Collector
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[✓] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
*Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)*

Where should notices to the creditor be sent?

Attn: Carolyn Perry
P O Box 1787
Lake Charles LA 70602

Contact phone 337-491-3688
Contact email cperry@cpso.com

Where should payments to the creditor be sent? (if different)

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
[ ] No
[✓] Yes. Claim number on court claims registry (if known) 5390    Filed on 11/21/2018  MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[✓] No
[ ] Yes. Who made the earlier filing? _____

**EXHIBIT C**

Proof of Claim    page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |
| 7. How much is the claim? | $ 32,913.41 . Does this amount include interest or other charges?<br>☒ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A): |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>00465623 - Inventory, Furn & Fixt, Electronics, etc @ 4070 Ryan St. Lake Charles, LA |
| 9. Is all or part of the claim secured? | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>☐ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

| | |
|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☑ Yes. *Check one:* **Amount entitled to priority** <br><br> ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____ <br><br> ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____ <br><br> ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____ <br><br> ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $32,913.41 <br><br> ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____ <br><br> ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.  $_____ <br><br> * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No <br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.  $_____ |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Carolyn Perry*
Carolyn Perry (Sep 30, 2020 12:53 CDT)

Email: cperry@cpso.com

Signature
Print the name of the person who is completing and signing this claim:
Name of the person who is completing and signing this claim:

Name: **Carolyn Rachel Perry**
First name    Middle name    Last name

Title: **Deputy Tax Collector**

Company: **Calcasieu Parish Sheriff & Tax Collector**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: **P O Box 1787**
Number    Street
**Lake Charles**    **LA**    **70602**
City    State    ZIP Code

Contact phone: **337-491-3688**    Email: **cperry@cpso.com**

Modified Form 410    Proof of Claim    page 3

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation. (attach below)   ☐ I do not have supporting documentation.

▓ Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                      12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of the date the case was filed.

- Fill in the caption at the top of the form.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form. Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate.
11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

## Property Tax Claim Form

TAX NOTICE

FOR 12 MONTHS

TAX YEAR 2018

NAME: SEARS HOLDINGS CORPORATION, ET AL &

ADDRESS: 130 WEST 42ND ST 17TH FLOOR

CITY, STATE, ZIP: NEW YORK, NY 10120

ASSESSMENT NUMBER: 00465623

TAXES BECOME DELINQUENT AFTER DECEMBER 31ST AND BEAR 1% INTEREST PER MONTH OR ANY PART OF A MONTH THEREAFTER.

ESTIMATED ASSESSED VALUE

| | |
|---|---|
| NO. OF LOTS | |
| LOT | |
| AG LAND | |
| RES IMPS | |
| COMML LOTS | |
| COML IMPS | |
| MOBILE HOME | |
| FOREST ACRES | |
| PERSONAL PROPERTY | 340,190 |
| TOTAL VALUE | 340,190 |

ESTIMATED TAXES: $32,913.41

2018 TAXES

TODAY'S DATE: 9/30/2020

PROPERTY DESCRIPTION: "-KMART - 4070 RYAN ST- "INVENTORY, FURN & FIXT, ELECTRONICS" "COMP HW/SOFTWARE, MCHY & EQUIP" "LEASEHOLD IMPS"

09/29/2020

DUPLICATE TAX NOTICE TAX YEAR 2018

Calcasieu Parish Sheriff & Tax Collector
P O Box 1787
Lake Charles, LA 70602-1787

K-MART CORPORATION #4128
TAX DEPT B2-110A
3333 BEVERLY RD
HOFFMAN ESTATES, IL 60179-0000
TAX NOTICE#103638

TAX NOTICE #: 103638

TAXES BECOME DELINQUENT AFTER DECEMBER 31, 2019 AND BEAR 1.00% INTEREST PER MONTH OR ANY PART OF A MONTH THEREAFTER AND ALL COSTS. YOU MAY PAY YOUR TAXES ONLINE @WWW.CPSO.COM. THERE IS A 4% NOMINAL FEE TO USE THIS FEATURE

FIGURE COMPUTED THROUGH 10/30/20.

| TAX BODY | MILLAGE | AMOUNT DUE |
|---|---|---|
| 003 PARTXMT(3L4S4W6D7V) | 2.09 | 711.00 |
| 004 CONSTSCHOOL MT(ALL) | 5.13 | 1,745.18 |
| 005 SPECIAL SCHOOL (ALL) | 12.10 | 4,116.30 |
| 008 ROAD MAINT MT (ALL) | 3.88 | 1,319.94 |
| 009 CAL-LC HEALTH MT(ALL) | 2.37 | 806.25 |
| 010 JUV DET MT (ALL) | 3.33 | 1,132.83 |
| 012 MOSQ CONT MT(ALL) | 2.30 | 782.43 |
| 013 ASSESSOR MT (ALL) | 1.27 | 432.05 |
| 017 CRIMINAL JUST MT(ALL) | 3.02 | 1,027.38 |
| 019 SCHOOL #34 (*3,*3L) | 3.80 | 1,292.73 |
| 035 GRAV 4 MT (3,3L) | 5.79 | 1,969.70 |
| 042 LIBRARY MT (ALL) | 5.51 | 1,874.44 |
| 045 AIRPORT MT (3,3L,*4) | 0.60 | 204.12 |
| 047 LCHT(*13,3L*4*4S4W*6) | 2.53 | 860.68 |
| 062 LAW ENF #1 MT(ALL) | 5.23 | 1,779.20 |
| 067 COLISEUM MT (ALL) | 1.43 | 486.47 |
| 086 CHENLT AUTH MT(ALL) | 5.45 | 1,854.04 |
| 087 CRTHSE JAIL MT(ALL) | 3.12 | 1,061.39 |
| 090 LAW ENF #2 MT(ALL) | 4.62 | 1,571.68 |
| 101 L.C. CITY TAXES EXC | 15.23 | 5,181.10 |
| 072 REC DIST#1 WD3 (3,3L) | 7.95 | 2,704.50 |
| MILLAGE TOTAL | 96.75 | |

TOTALS                                 32,913.41
INTEREST                                6,911.82

TOTAL AMOUNT DUE                       39,825.23

PARCEL NUMBER: 00465623
PARCEL TYPE: PERSONAL PROPERTY

| CLASS | VALUE | HOMESTEAD | UNITS/ACREAGE |
|---|---|---|---|
| 017 INVENTORY | 321,510 | 0 | 1.00 |
| 018 FURN & FIXT | 8,910 | 0 | 1.00 |
| 051 ELECTRONICS | 1,770 | 0 | 1.00 |
| 050 COMP HW/SOFTWARE | 5,000 | 0 | 1.00 |
| 019 MCHY & EQUIP | 1,460 | 0 | 1.00 |
| 057 LEASEHOLD IMPS | 1,540 | 0 | 1.00 |

| | |
|---|---|
| TOTAL VALUE | 340,190 |
| HOMESTEAD | 0 |
| LTC VALUE CHANGE | 0 |
| LTC HOMESTEAD CHANGE | 0 |
| TAXABLE | 340,190 |

4070 RYAN ST
===PROPERTY DESCRIPTION===
4070 RYAN ST