Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com,
      mkwiatkowski@cullenllp.com


      and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russell@russelljohnsonlawfirm.com
      john@russelljohnsonlawfirm.com

*Co-Counsel for Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF APPLICATION OF PUBLIC SERVICE
ELECTRIC AND GAS COMPANY FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSES OR, IN THE ALTERNATIVE,
<u>FOR PAYMENT OF SUCH EXPENSES BY TRANSFORM HOLDCO, LLC</u>**

    Public Service Electric and Gas Company ("PSE&G"), by counsel, hereby withdraws,

with prejudice, its Application of Public Service Electric and Gas Company for Allowance and

Payment of Administrative Expenses or, in the Alternative, for Payment of Such Expenses by Transform Holdco, LLC (Docket No. 8315), as resolved.

Dated: Garden City, New York
October 6, 2020

        CULLEN AND DYKMAN LLP

By:    /s/ Michael Kwiatkowski
Thomas R. Slome
Michael Kwiatkowski
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
      mkwiatkowski@cullenllp.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com
      john@russelljohnsonlawfirm.com

*Co-Counsel for Public Service Electric and Gas Company*