Thomas R. Slome
Michael Kwiatkowski
CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Telephone: (516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@cullenllp.com
        mkwiatkowski@cullenllp.com

        and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
        john@russelljohnsonlawfirm.com

*Co-Counsel for Public Service Electric and Gas Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) **Chapter 11** |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) **Case No. 18-23538 (RDD)** |
|  | ) |
| **Debtors.** | ) **(Jointly Administered)** |
|  | ) |

**CERTIFICATE OF SERVICE**

I, Michael Kwiatkowski, hereby certify that on October 6, 2020, I caused a true and correct copy of the *Notice of Withdrawal of Application of Public Service Electric and Gas Company for Allowance and Payment of Administrative Expenses or, in the Alternative, for Payment of Such Expenses by Transform Holdco, LLC* [ECF No. 8486] to be served via (i) CM/ECF electronic notice on all parties who receive such notice, and (ii) electronic mail (e-mail) upon the parties listed below at the email addresses indicated below.

Richard C. Morrissey                    richard.morrissey@usdoj.gov
Office of the United States Trustee
for the Southern District of New York

Garrett A. Fail                         garrett.fail@weil.com
Alexander Lewitt                        alexander.lewitt@weil.com
Angeline Hwang                          angeline.hwang@weil.com
Philip Didinato                         Philip.didonato@weil.com
Weil, Gotshal & Manges LLP

Sean A. O'Neill                         soneal@cgsh.com
Luke A. Barefoot                        lbarefoot@cgsh.com
Joseph Lanzkron                         jlanzkron@cgsh.com
Charles W. Allen                        callen@cgsh.com
Hoori Kim                               hokim@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP

R. Zachary Gelber                       zgelber@gelbersantillo.com
Gelber & Santillo PLLC

Robert L. LeHane                        rlehane@kelleydrye.com
Maeghan J. McLoughlin                   mmcloughlin@kelleydrye.com
Kelley Drye & Warren LLP

Ira S. Dizengoff                        idizengoff@akingump.com
Lacy Martin Lawrence                    llawrence@akingump.com
Akin, Gump, Stauss, Hauer & Feld, LLP

Ted A. Berkowitz                        tberkowitz@moritthock.com
James P. Chou                           jchou@moritthock.com
Moritt Hock & Hamroff LLP

                                        _____/s/ Michael Kwiatkowski_____
                                        Michael Kwiatkowski