**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Henry J. Jaffe
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19899
Telephone:   (302) 777-6500
Email:           henry.jaffe@troutman.com

*Counsel for Oxo International, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | **Chapter 11** |
| SEARS HOLDINGS CORPORATION *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors.[1] | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8, 2020, in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* [Docket No.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

#110588952 v1

405] (the "Case Management Order"),[2] a copy of the foregoing *Motion for Admission to Practice,* Pro Hac Vice (the "Motion") was served upon the Standard Parties and upon the Rule 2002 Parties who did not provide e-mail addresses via United States first class mail, postage prepaid, at the addresses contained in the service list attached hereto as **Exhibit A**.

The undersigned further certifies that on October 8, 2020, in accordance with the Case Management Order, a copy of the Motion was served upon all Rule 2002 Parties with e-mail addresses via e-mail.

| | |
|---|---|
| Dated: October 8, 2020<br>Wilmington, Delaware | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br><br>*/s/ Henry J. Jaffe*<br>Henry J. Jaffe<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, Delaware 19899<br>Telephone:  (302) 777-6500<br>Email:  henry.jaffe@troutman.com<br><br>*Counsel for Oxo International, Ltd.* |

---

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Case Management Order.

2

#110588952 v1

| | EXHIBIT A  FIRST CLASS MAIL SERVICE LIST | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | US Bankruptcy Court SDNY | 300 Quarropas Street, Room 248 | White Plains | NY | 10601 | |
| Debtors | Sears Holding Corporation | Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker | 3333 Beverly Road | | Hoffman Estates | IL | 60179 | |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | 201 Varick St. | Suite 1006 | New York | NY | 10014 | |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | 4 Times Square | | New York | NY | 10036 | |
| Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility | Davis Polk & Wardell LLP | Attn: Marshall S. Huebner, Eli J, Vonnegut | 450 Lexington Avenue | | New York | NY | 10017 | |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney, Abena A. Mainoo, Luke A. Barefoot | One Liberty Plaza | | New York | NY | 10006 | |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. T. Charles Liu, Esq. | 101 Park Avenue | | New York | NY | 10178 | |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox, Steven Paradise | 620 8th Avenue | | New York | NY | 10018 | |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, the SRAC Medium Term Notes (Top 5 Secured Creditor), Counsel to South Central GWB Co., Inc. ("South Central") | Carter Ledyard & Milburn LLP | Attn: James Gadsden and Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | 111 South Wacker Drive | | Chicago | IL | 60606 | |
| Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | One Bryant Park | | New York | NY | 10036 | |
| Counsel to Amanda Gonzales | Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. | Attn: Jeffrey C. Chancas | 377 Broadway | | New York | NY | 10013 | |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | 350 N. Orleans St. | Suite 300 | Chicago | IL | 60654-1607 | |

| EXHIBIT A  FIRST CLASS MAIL SERVICE LIST ||||||||| 
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | Managing Director | 39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay | Kowloon | | | Hong Kong |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq. | 1400 Old Country Road | Suite C103 | Westbury | NY | 11590 | |
| Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4) | Fein, Such & Crane, LLP | Attn: Tammy L. Terrell Benoza, Esq. | 7 Century Drive | Suite 201 | Parsippany | NJ | 07054 | |
| Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates | Frenkel, Lambert, Weiss, Weisman & Gordon, LLP | Attn: Michelle C. Marans, Esq. | 53 Gibson Street | | Bay Shore | NY | 11706 | |
| Counsel to Loancare, LLC | Gross Polowy, LLC | Attn: Courtney R Williams | 1775 Wehrle Drive, Suite 100 | | Williamsville | NY | 14221 | |
| Counsel to Xiamen Luxinjia Imp & Exp Co. Ltd. | Jawlakian Law Group APC | Attn: George K. Jawlakian | 16130 Ventura Blvd. | Suite 500 | Encino | CA | 91436 | |
| Special Avoidance Counsel for the Debtors | Katten Muchin Rosenman LLP | Attn: Steven J. Reisman, Esq. | 575 Madison Avenue | | New York | NY | 10022-2585 | |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | 545 Long Wharf Drive | 9th Floor | New Haven | CT | 06511 | |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | 885 Third Avenue | 16th Floor | New York | NY | 10022 | |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | 100 South Fifth Street | Suite 2500 | Minneapolis | MN | 55402 | |
| Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County | Linebarger Goggan Blair & Sampson, LLP | Attn: Diane Wade Sanders | P.O. Box 17428 | | Austin | TX | 78760 | |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | 1850 K Street, NW | Suite 1100 | Washington | DC | 20006 | |

| | EXHIBIT A FIRST CLASS MAIL SERVICE LIST | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General | 1600 Carew Tower | 441 Vine Street | Cincinnati | OH | 45202 | |
| Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | The Bank of New York Mellon Trust Company | Attn: Corporate Trust Administration | 101 Barclay St., Floor 8W | | New York | NY | 10286 | |
| Indenture Trustee for the Second Lien Notes | Wilmington Trust, National Association | Attn: Sears Holdings Corp. Administrator | Corporate Capital Markets | 50 South Sixth Street, Suite 1290 | Minneapolis | MN | 55402 | |
| Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketpalce | Wilmorite Management Group LLC | Attn: Donald C. Cowan, Jr. | 1265 Scottsville Road | | Rochester | NY | 14624 | |
| Counsel to Jefferies LLC | | Attn: Benjamin I. Friedman | One South Dearborn | | Chicago | IL | 60603 | |