## EXHIBIT A



**INVOICE**

1003705878

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8273
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8273 | 18-MAY-18 | 12895317 | 08273650250 | 13-AUG-18 | 1003705878 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 13-AUG-18 | 77758861586 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 167 | Case | 23116700N1 | OXO SW GRIP & RIP PAPER TOWEL HOLDER | 501 | | 501 | 11.69 | 5,856.69 |
| | | | CUSTOMER SKU: 008435906 | | | | | |
| | | | Subtotal: | | | | | 5,856.69 |
| | | Total: 167 | | | | | | |
| | | Total: | TOTAL CARTONS: 168 | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
5,856.69



# INVOICE

1003744476

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8273<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8273 | 07-AUG-18 | 13448035 | 08273668848 | 19-SEP-18 | 1003744476 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | UPS | 19-SEP-18 | 1Z04WF650303577082 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 004950871 | 36 | | 36 | 4.76 | 171.36 |
| 1 | Case | 2184800N1 | OXO SW SALT/PEPPER SHAKER SET<br>CUSTOMER SKU: 005662272 | 12 | | 12 | 7.95 | 95.40 |
| 2 | Case | 1064826N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 48 | | 48 | 5.31 | 254.88 |
| 2 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 16 | | 16 | 15.94 | 255.04 |
| 5 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 60 | | 60 | 3.19 | 191.40 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| 1 | Case | 2110500N1 | OXO SW 3" MINI STRAINER<br>CUSTOMER SKU: 006758221 | 36 | | 36 | 3.70 | 133.20 |
| 2 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK<br>CUSTOMER SKU: 008408772 | 72 | | 72 | 4.25 | 306.00 |
| | | | Subtotal: | | | | | 1,788.52 |
| | | Total: 16 | | | | | | |
| | | Total: TOTAL CARTONS: 16 | | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU  1,788.52 |

Tracking: UPS - United States                                                                 Page 1 of 1

 **Proof of Delivery**                          Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z04WF650303577082 |
| **Reference Number(s):** | 008275, 08273568848 |
| **Service:** | UPS Ground |
| **Weight:** | 12.00 lbs |
| **Shipped/Billed On:** | 09/24/2018 |
| **Delivered On:** | 09/21/2018 8:34 A.M. |
| **Delivered To:** | KMART<br>3051 LAKEVIEW RD<br>LAWRENCE, KS, US  66049<br>KMART |

**Received By:**

Kmart

**Left At:**                                    Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  10/19/2018 8:14 P.M.  ET



# INVOICE

1003744477

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | DUNS: 14-721-7280<br>SHIP TO: | K MART CORPORATION # 8273<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8273 | 28-AUG-18 | 13594448 | 08273673404 | 19-SEP-18 | 1003744477 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | UPS | 19-SEP-18 | 1Z04WF650303577528 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
| |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 004950871 | 36 | | 36 | 4.76 | 171.38 |
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662269 | 4 | | 4 | 13.26 | 53.04 |
| 1 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2172500N1 | OXO SW STAINLESS STEEL COLANDER - 5 QT<br>CUSTOMER SKU: 005662280 | 12 | | 12 | 13.26 | 159.12 |
| 1 | Case | 1071568N1 | OXO SW WIRE CHEESE SLICER W/ REPLACEABLE WIRES<br>CUSTOMER SKU: 005774094 | 18 | | 18 | 5.31 | 95.58 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 1 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 12 | | 12 | 3.19 | 38.28 |
| 1 | Case | 1050100N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005814276 | 48 | | 48 | 4.11 | 197.28 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| | | | Subtotal: | | | | | 1,039.02 |

Total: 10
Total: TOTAL CARTONS: 10

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | 1,039.02 |

 **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| Tracking Number: | 1Z04WF650303577528 |
| Reference Number(s): | 008273, 08273673404 |
| Service: | UPS Ground |
| Weight: | 3.00 lbs |
| Shipped/Billed On: | 09/24/2018 |
| Delivered On: | 09/21/2018 8:54 A.M. |
| Delivered To: | KMART |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS, US  66049 |
| Received By: | KMART |

*Kmart*

Left At:                          Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  10/19/2018 6:16 P.M.  ET



# INVOICE
1003744480

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8273<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8273 | 14-AUG-18 | 13501494 | 08273670475 | 19-SEP-18 | 1003744480 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | UPS | 19-SEP-18 | 1Z04WF650303577242 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419656 | 24 | | 24 | 6.89 | 165.36 |
| 6 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662269 | 24 | | 24 | 13.26 | 318.24 |
| 1 | Case | 2184800N1 | OXO SW SALT/PEPPER SHAKER SET<br>CUSTOMER SKU: 005662272 | 12 | | 12 | 7.95 | 95.40 |
| 1 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 5 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 40 | | 40 | 15.94 | 637.60 |
| 1 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP<br>CUSTOMER SKU: 005780507 | 12 | | 12 | 4.12 | 49.44 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793796 | 36 | | 36 | 3.55 | 127.80 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 5 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 60 | | 60 | 3.19 | 191.40 |
| 1 | Case | 1064469N1 | OXO SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| 1 | Case | 2110500N1 | OXO SW 3" MINI STRAINER<br>CUSTOMER SKU: 006758221 | 36 | | 36 | 3.70 | 133.20 |
| 2 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK<br>CUSTOMER SKU: 008408772 | 72 | | 72 | 4.25 | 306.00 |
| | | | Subtotal: | | | | | 2,627.96 |

Total: 28
Total: TOTAL CARTONS: 28

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU   2,627.96 |

Tracking: UPS - United States

Page 1 of 1



**Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z04WF850303577242 |
| **Reference Number(s):** | 008273, 08273670475 |
| **Service:** | UPS Ground |
| **Weight:** | 3.00 lbs |
| **Shipped/Billed On:** | 09/24/2018 |
| **Delivered On:** | 09/21/2018 8:54 A.M. |
| **Delivered To:** | KMART<br>3051 LAKEVIEW RD<br>LAWRENCE, KS, US  66049 |
| **Received By:** | KMART |

*Kmart*

**Left At:**                    Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  10/19/2018 8:16 P.M.  ET



# INVOICE

1003747478

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280

SHIP TO:
K MART CORPORATION # 8305
541 PERKINS - JONES RD
WARREN DIST CTR
WARREN, OH 44483

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8305 | 31-JUL-18 | 13397538 | 08305219867 | 21-SEP-18 | 1003747478 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 7 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 84 | | 84 | 2.64 | 221.76 |
| 3 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 72 | | 72 | 5.31 | 382.32 |
| 9 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 72 | | 72 | 15.94 | 1,147.68 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 2 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 72 | | 72 | 6.65 | 478.80 |
| 7 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 84 | | 84 | 3.19 | 267.96 |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005806659 | 36 | | 36 | 4.58 | 164.88 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |

Subtotal: 2,956.08

Total: 32
Total: TOTAL CARTONS: 32

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

2,956.08

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5885172-7**

Ship Date
**2018-09-26**

Reference Number

| Org | DC |
|---|---|
| 361 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219967

SCAC:

Consignee:
K-MART 8305
841 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

**BILL OF LADING**   **BOL Number:** 33254569

**SHIP FROM**
Name: OXO INTERNATIONAL
Address: OXO HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS 38671
MSSCID  P. 662-449-2554 Ext       F
Stop Notes:

**SHIP TO**
Name: 8305 - K Mart DC
Address 1: 841 PERKINS JONES
Address 2:
Address 3:
City/State/Zip: WARREN, OH, 44483
1LYNCH  P: 6169030183 Ext.       F
Stop Notes:

**THIRD PARTY FREIGHT CHARGES BILL TO**
Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

**Carrier** Central Transport International
Pro #:

**BAR CODE SPACE**

Pick up date: 9/19/2018
Trailer #: 11221         Seal #: 741'%

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|

777-5885172-7

Additional Delivery Services Requested

Pro Number   777-5885172-7

| Firm | K-MART 8305 |
|---|---|
| By | |

Shipment received in good order

HUs Received        **5**

Driver  CT-44519 (49-6877)   Date  9/28/2018

Arrive Time  7:43 AM   Depart Time  8:09 AM

[ ] Inside Delivery    [ ] Sort - Segregate    [ ] Driver Delay
[ ] Residential Delivery   [ ] Liftgate    [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

| Date 9/20/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(7)(9).



# INVOICE
1003747480

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-8836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9689 - 8305 | 05-SEP-18 | 13852433 | 08305226014 | 21-SEP-18 | 1003747480 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP. NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851708 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 5 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER<br>CUSTOMER SKU: 005793904 | 180 | | 180 | 6.08 | 1,094.40 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| | | | Subtotal: | | | | | 1,582.36 |

Total: 8
Total: TOTAL CARTONS: 8

PAGE: 1

| | PAY THIS AMOUNT |
|---|---|
| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | 1,582.36 |
| NO ANTICIPATION ALLOWED | THANK YOU |

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

## Central Transport Delivery Receipt

**CT**

Pro Number
**777-5885172-7**

Ship Date
2018-09-26

Reference Number

| Org | DC |
|---|---|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, HS 38671

Special Instructions

---

### BILL OF LADING

**BOL Number:** 33254869

**SHIP FROM**

Name: OXO INTERNATIONAL
Address 1: OXO HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671
MS/CO    P: 662-449-2354 Ext.

**SHIP TO**

Name: 8305 - K Mart DC
Address 1: 541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip: WARREN, OH, 44483
TLYNCH   P: 6159839163 Ext.

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:
Prepaid □ Collect □ 3rd Party □

Carrier: Central Transport International
Pro #:
**BAR CODE SPACE**

Pick up date: 9/[?]2018
Trailer #: 111221    Seal #: 741397

---

### Additional Delivery Services Requested

Firm    K-MART 8305

By

Shipment received in good order

HUs Received    6

Driver  CT-44519 (49-66172)   Date  9/28/2018

Arrive Time  7:43 AM   Depart Time  8:09 AM

Pro Number    777-5885172-7

□ Inside Delivery        □ Sort - Segregate        □ Driver Delay
□ Residential Delivery   □ Liftgate                □ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Date  9/28/2018    # And Type of Container    # And Type of PCS    Exception Type

Log # _____
Total
Exceptions

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(7)(A).



**INVOICE**

1003747481

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8305
541 PERKINS - JONES RD
WARREN DIST CTR
WARREN, OH 44483

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8305 | 28-AUG-18 | 13594449 | 08305224739 | 21-SEP-18 | 1003747481 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD<br>CUSTOMER SKU: 005787477 | 36 | | 36 | 5.61 | 201.96 |
| 1 | Case | 21105000N1 | OXO SW 3" MINI STRAINER<br>CUSTOMER SKU: 008758221 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 21103800N2 | OXO SW SUGAR DISPENSER<br>CUSTOMER SKU: 008758222 | 48 | | 48 | 5.31 | 254.88 |
| 1 | Case | 2188300N3 | OXO SW NO-SPILL ICE CUBE TRAY<br>CUSTOMER SKU: 008409276 | 36 | | 36 | 5.31 | 191.16 |
| | | | Subtotal: | | | | | 781.20 |

Total: 4
Total: TOTAL CARTONS: 4

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

781.20

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5885172-7**

Ship Date
2018-09-26

Reference Number

| Org | DC |
|---|---|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
09305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

**BILL OF LADING**     **BOL Number:** 33254560

SHIP FROM

Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671
MSSID    P: 662-446-2554 Ext

Carrier: Central Transport International
Pro #:
BAR CODE SPACE

Pick up date: 9/26/2018

Trailer #: 11551        Seal #: 747369

SHIP TO

Name: 8305 - K Mart DC
Address 1: 541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip: WARREN, OH, 44483
HLYNCH    P: 0169839183 Ext.

THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:
Prepaid [X] Collect [ ] 3rd Party [ ] Quote ID:

Special Instructions:

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | CO | COMMODITY DESCRIPTION | Lt. Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (Y) | | NMFC | CLASS |
| 8 | | 343 | Pieces | 304 | | | General Merchandise | | 110 |
| 8 | | 4 | Pieces | 78 | | | General Merchandise | | 110 |
| 8 | | 40 | Pieces | 413 | | | General Merchandise | | 110 |
| 8 | | 8 | Pieces | 160 | | | General Merchandise | | 110 |
| 8 | | 43 | Pieces | 413 | | | General Merchandise | | 110 |
| 8 | | 452 | | 1484 | | | GRAND TOTAL | | |

---

Pro Number   777-5885172-7

Additional Delivery Services Requested

Firm _____ K-MART 8305

By _____

Shipment received in good order

HUs Received _____ 6

Driver CT-44519 (49 51173)    Date 5/26/2018

Arrive Time 7:43 AM   Depart Time 9:09 AM

- [ ] Inside Delivery
- [ ] Residential Delivery
- [ ] Sort - Segregate
- [ ] Liftgate
- [ ] Driver Delay
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(9).



# INVOICE

1003747504

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO;
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8273
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8273 | 31-JUL-18 | 13397554 | 08273867324 | 21-SEP-18 | 1003747504 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | UPS | 21-SEP-18 | 1Z04WF850303576912 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.88 |
| 3 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 72 | | 72 | 5.31 | 382.32 |
| 4 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774606 | 32 | | 32 | 15.94 | 510.08 |
| 1 | Case | 1083939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793796 | 36 | | 36 | 3.55 | 127.80 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 4 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 48 | | 48 | 3.19 | 153.12 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 2 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK<br>CUSTOMER SKU: 008408772 | 72 | | 72 | 4.25 | 306.00 |

Subtotal: 1,829.60

Total: 17
Total: TOTAL CARTONS: 17

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

1,829.60

Tracking: UPS - United States                                    Page 1 of 1

 **Proof of Delivery**                       Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z04WF6S0303576912 |
| **Reference Number(s):** | 008275, 08273667324 |
| **Service:** | UPS Ground |
| **Weight:** | 3.00 lbs |
| **Shipped/Billed On:** | 09/24/2018 |
| **Delivered On:** | 09/24/2018 10:59 A.M. |
| **Delivered To:** | KMART<br>3051 LAKEVIEW RD<br>LAWRENCE, KS, US  66049<br>KMART |

**Received By:**

_[signature]_

**Left At:**                                    Dock

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  10/19/2018 6:18 P.M.  ET



# INVOICE
1003747549

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8305 | 07-AUG-18 | 13448037 | 08305221086 | 21-SEP-18 | 1003747549 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 004950871 | 36 | | 36 | 4.76 | 171.36 |
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419856 | 24 | | 24 | 6.89 | 165.36 |
| 8 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005602276 | 96 | | 96 | 2.64 | 253.44 |
| 3 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 72 | | 72 | 5.31 | 382.32 |
| 1 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER<br>CUSTOMER SKU: 005767138 | 24 | | 24 | 6.18 | 148.32 |
| 10 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 80 | | 80 | 15.94 | 1,275.20 |
| 1 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005774560 | 36 | | 36 | 5.14 | 185.04 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 2 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 72 | | 72 | 6.65 | 478.80 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 7 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 84 | | 84 | 3.19 | 267.96 |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005808659 | 36 | | 36 | 4.58 | 164.88 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 2102800N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER<br>CUSTOMER SKU: 005825956 | 18 | | 18 | 5.82 | 104.76 |
| | | | Subtotal: | | | | | 4,075.52 |

Total: 40
Total: TOTAL CARTONS: 40

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

**PAY THIS AMOUNT**

NO ANTICIPATION ALLOWED

THANK YOU

4,075.52

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5885172-7**

Ship Date
2018-09-26

Reference Number

| Org | DC |
|-----|-----|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

| BILL OF LADING | BOL Number: 33254569 |
|---|---|

SHIP FROM

Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671
MSGOO  P: 662-449-2554 Ext.
Stop Notes:

Carrier: Central Transport International
Pro #:

**BAR CODE SPACE**

Pick up date: 9/26/2018
Trailer #: 111221   Seal #: 141351

SHIP TO

Name: 8305 - K Mart DC
Address 1: 641 PERKINS JONES
Address 2:
Address 3:
City/State/Zip: WARREN, OH, 44483
TLYNCH  P: 6168639183 Ext.
Stop Notes:

REFERENCE INFORMATION

THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms
Prepaid [X] Collect [ ] 3rd Party [ ] Quote ID:

Carrier Acct #:

Special Instructions:
08305219867100 KMART PRODUCT 08305321100400 KMART PRODUCT 08305322242000 KMART PRODUCT 08305322473000 KMART PRODUCT 08305322601400 KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on the bill of lading.

LTL or Partial Only:
# of Pallets: 5   Pallet Type:   Skid Spots:   Stackable: No
Pallet Dimensions:   L:   W:   H:

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 0 | | 392 | Pieces | 306 | | General Merchandise | . | 110 |
| 0 | | 4 | Pieces | 78 | | General Merchandise | . | 110 |
| 0 | | 40 | Pieces | 453 | | General Merchandise | . | 110 |
| 0 | | 8 | Pieces | 154 | | General Merchandise | . | 110 |
| 0 | | 43 | Pieces | 466 | | General Merchandise | . | 110 |
| 0 | | 487 | Pieces | 1464 | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:   Collect [ ]   Prepaid [ ]
Customer check acceptable: [ ]

Shipper Signature

CARRIER SIGNATURE / PICKUP DATE

---

Pro Number  **777-5885172-7**

**Additional Delivery Services Requested**

Firm ____ K-MART 8305

By ____
Shipment received in good order

HUs Received   **6**

Driver CT-44519 (49-6877)  Date 9/28/2018

Arrive Time 7:43 AM  Depart Time 8:09 AM

[ ] Inside Delivery      [ ] Sort - Segregate      [ ] Driver Delay
[ ] Residential Delivery [ ] Liftgate              [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ____  Date ____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(f).



# INVOICE

1003747558

| | | |
|---|---|---|
| **MAKE INQUIRIES TO:** | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432 FAX: 915-225-6836 | **REMIT TO:** OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |

**VENDOR:**

**DUNS:** 14-721-7280

| | |
|---|---|
| **BILL TO:** K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | **SHIP TO:** K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8305 | 14-AUG-18 | 13501495 | 08305222402 | 21-SEP-18 | 1003747558 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419856 | 24 | | 24 | 6.89 | 165.36 |
| 8 | Case | 2156200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662269 | 32 | | 32 | 13.26 | 424.32 |
| 7 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 84 | | 84 | 2.64 | 221.76 |
| 1 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER<br>CUSTOMER SKU: 005767138 | 24 | | 24 | 6.18 | 148.32 |
| 1 | Case | 2102600N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 10 | Case | 2128900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 80 | | 80 | 15.94 | 1,275.20 |
| 1 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005774560 | 36 | | 36 | 5.14 | 185.04 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 2 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 72 | | 72 | 6.65 | 478.80 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 7 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 84 | | 84 | 3.19 | 267.96 |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005808659 | 36 | | 36 | 4.58 | 164.88 |
| 1 | Case | 2102600N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER<br>CUSTOMER SKU: 005825956 | 18 | | 18 | 5.82 | 104.76 |

Subtotal: 3,888.00

Total: 43
Total: TOTAL CARTONS: 43

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| PAY THIS AMOUNT |
|---|

**NO ANTICIPATION ALLOWED**     **THANK YOU**     3,888.00

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5885172-7**

Ship Date
**2018-09-26**

Reference Number

| Org | DC |
|-----|-----|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3090 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

**BILL OF LADING**   BOL Number: 33254569

Carrier   Central Transport International
Pro #:

**BAR CODE SPACE**

SHIP FROM
Name:   OXO INTERNATIONAL
Address 1   C/O HELEN OF TROY LP
Address 2   3090 HWY 51
Address 3
City/State/Zip:   SOUTHAVEN, MS, 38671
MSEDO   P:   662-449-2554 Ext   F:
Stop Notes:

Pick up date:  9/18/2018
Trailer #:   11251   Seal #:   741'399

SHIP TO
Name:   8305 - K Mart DC
Address 1   541 PERKINS JONES
Address 2:
Address 3
City/State/Zip:   WARREN, OH, 44483
FLYNGH   P:   8169830163 Ext.   F
Stop Notes:

REFERENCE INFORMATION

| Reference Name | Value |
|----------------|-------|
| Destination Linehaul Code | R305 |
| Lead BOL # | 18304100061 |
| Lead PO # | 08305219867 |
| Lead PO # | 08305272103 |
| Lead PO # | 24205274725 |
| Lead PO # | G8305274414 |
| Sears Lic Id BOL # | DLN40A |

For complete list of reference numbers, please see Attached Supplemental Page

THIRD PARTY FREIGHT CHARGES BILL TO
Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms   Carrier Acct #.
Prepaid [ ] Collect [ ] 3rd Party [ ] Quote ID:

Special Instructions
0830521060200 KMART PRODUCT 083052210600 KMART
PRODUCT 0830522242300 KMART PRODUCT 0830522473000
KMART PRODUCT 0830523061430 KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any incremental charges unless pre-approved by Echo or noted on bill of lading.

LTL or Partial Only:
# of Pallets ___   Pallet Type: ___   Skid Apply: ___   Stackable: No
Pallet Dimensions: ___   L ___   W ___   H ___

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | HM | | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | | | NM/CA | CLASS |
| 0 | | 362 | Pieces | 309 | | | General Merchandise | - | 110 |
| 0 | | 4 | Pieces | 78 | | | General Merchandise | - | 110 |
| 0 | | 40 | Pieces | 490 | | | General Merchandise | - | 110 |
| 0 | | 8 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 43 | Pieces | 646 | | | General Merchandise | - | 110 |
| 0 | | 457 | | 1481 | | | **GRAND TOTAL** | | |

COD Amount: $ ___
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable:

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. # 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Shipper Signature
[signature]   9-21-2016

[ ] By Shipper
[ ] By Driver

Trailer Loaded:
[ ] By Shipper
[ ] By Driver

Freight Counted:
[ ] By Shipper
[ ] By Driver/pieces too numerous to contain

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards.
[signature]   Sec.   9-21-2016

---

Pro Number   777-5885172-7

**Additional Delivery Services Requested**

[ ] Inside Delivery          [ ] Sort - Segregate       [ ] Driver Delay
[ ] Residential Delivery     [ ] Liftgate               [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

| Date   9/20/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

Firm _____ K-MART 8305

By _____
Shipment received in good order

HUs Received _____ 6

Driver  C1-44519 (49 0077)   Date  9/20/2018

Arrive Time  7:43 AM   Depart Time  8:00 AM

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CPR 1051(2)(6).



# INVOICE

1003748447

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | DUNS: 14-721-7280<br><br>SHIP TO: | K MART CORPORATION # 8287<br>5600 E AIRPORT DRIVE<br>ONTARIO DIST CTR<br>ONTARIO, CA 91761 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9869 - 8287 | 14-AUG-18 | 13501503 | 08287243186 | 22-SEP-18 | 1003748447 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 6666250045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419856 | 24 | | 24 | 6.89 | 165.36 |
| 21 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 252 | | 252 | 2.64 | 665.28 |
| 2 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER<br>CUSTOMER SKU: 005767138 | 48 | | 48 | 6.18 | 296.64 |
| 1 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER<br>CUSTOMER SKU: 005773461 | 36 | | 36 | 10.07 | 362.52 |
| 1 | Case | 2111500N1 | OXO SW CHOPPER<br>CUSTOMER SKU: 005774426 | 24 | | 24 | 10.63 | 255.12 |
| 5 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 80 | | 80 | 6.67 | 533.60 |
| 50 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 400 | | 400 | 15.94 | 6,376.00 |
| 2 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005774560 | 72 | | 72 | 5.14 | 370.08 |
| 14 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP<br>CUSTOMER SKU: 005780507 | 168 | | 168 | 4.12 | 692.16 |
| 3 | Case | 1063039N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 108 | | 108 | 3.55 | 383.40 |
| 7 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 252 | | 252 | 6.65 | 1,675.80 |
| 2 | Case | 1009879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 72 | | 72 | 5.15 | 370.80 |
| 30 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 360 | | 360 | 3.19 | 1,148.40 |
| 2 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005814276 | 96 | | 96 | 4.11 | 394.56 |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| 3 | Case | 1040621N2 | OXO SW NYLON ROUND TURNER<br>CUSTOMER SKU: 005825700 | 108 | | 108 | 3.06 | 330.48 |
| 3 | Case | 2102800N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER<br>CUSTOMER SKU: 005825956 | 54 | | 54 | 5.82 | 314.28 |
| 3 | Case | 2110680ON1 | OXO SW 1 LB HEALTHY PORTIONS SCALE<br>CUSTOMER SKU: 006758220 | 54 | | 54 | 6.89 | 372.06 |
| 2 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK<br>CUSTOMER SKU: 008408772 | 72 | | 72 | 4.25 | 306.00 |
| 2 | Case | 2110270ON2 | OXO SW PLASTIC COCKTAIL SHAKER - | 24 | | 24 | 5.31 | 127.44 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



# INVOICE

1003748447

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280
SHIP TO:
K MART CORPORATION # 8287
5600 E AIRPORT DRIVE
ONTARIO DIST CTR
ONTARIO, CA 91761

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9969 - 8287 | 14-AUG-18 | 13501503 | 08287243186 | 22-SEP-18 | 1003748447 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 6686250045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | Case | 21120700N4 | SILVER<br>CUSTOMER SKU: 008409869<br>OXO SW 2 PIECE GRILLING SET | 36 | | 36 | 10.63 | 382.68 |
| 1 | Case | 21120500N2 | CUSTOMER SKU: 008692022<br>OXO SW HAND-HELD SPIRALIZER<br>CUSTOMER SKU: 008692532 | 36 | | 36 | 7.95 | 286.20 |
| | | | Subtotal: | | | | | 16,056.90 |

Total: 159
Total: TOTAL CARTONS: 159

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
16,056.90





# INVOICE

1003748448

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

DUNS: 14-721-7280

VENDOR:

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8287
5600 E AIRPORT DRIVE
ONTARIO DIST CTR
ONTARIO, CA 91761

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8287 | 07-AUG-18 | 13448036 | 08287241816 | 22-SEP-18 | 1003748448 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 6666250045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK | 216 | | 216 | 4.76 | 1,028.16 |
| | | | CUSTOMER SKU: 004950871 | | | | | |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER | 24 | | 24 | 6.89 | 165.36 |
| | | | CUSTOMER SKU: 005419856 | | | | | |
| 21 | Case | 2203700N2 | OXO SW BOTTLE BRUSH | 252 | | 252 | 2.64 | 665.28 |
| | | | CUSTOMER SKU: 005662276 | | | | | |
| 7 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER | 168 | | 168 | 5.31 | 892.08 |
| | | | CUSTOMER SKU: 005662291 | | | | | |
| 1 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER | 24 | | 24 | 6.18 | 148.32 |
| | | | CUSTOMER SKU: 005767138 | | | | | |
| 1 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER | 36 | | 36 | 10.07 | 362.52 |
| | | | CUSTOMER SKU: 005773401 | | | | | |
| 3 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET | 108 | | 108 | 5.31 | 573.48 |
| | | | CUSTOMER SKU: 005774198 | | | | | |
| 2 | Case | 2102500N1 | OXO SW BOX GRATER | 32 | | 32 | 6.67 | 213.44 |
| | | | CUSTOMER SKU: 005774433 | | | | | |
| 47 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY | 376 | | 376 | 15.94 | 5,993.44 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 2 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED | 72 | | 72 | 5.14 | 370.08 |
| | | | CUSTOMER SKU: 005774560 | | | | | |
| 12 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP | 144 | | 144 | 4.12 | 593.28 |
| | | | CUSTOMER SKU: 005780507 | | | | | |
| 1 | Case | 80051N4 | OXO SW SWIVEL PEELER | 36 | | 36 | 4.12 | 148.32 |
| | | | CUSTOMER SKU: 005793758 | | | | | |
| 2 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK | 72 | | 72 | 3.55 | 255.60 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 6 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER | 216 | | 216 | 6.65 | 1,436.40 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP | 36 | | 36 | 5.15 | 185.40 |
| | | | CUSTOMER SKU: 005804598 | | | | | |
| 28 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH | 336 | | 336 | 3.19 | 1,071.84 |
| | | | CUSTOMER SKU: 005804613 | | | | | |
| 1 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED | 48 | | 48 | 4.11 | 197.28 |
| | | | CUSTOMER SKU: 005814276 | | | | | |
| 7 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST | 252 | | 252 | 3.70 | 932.40 |
| | | | CUSTOMER SKU: 005814293 | | | | | |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS | 36 | | 36 | 6.89 | 248.04 |
| | | | CUSTOMER SKU: 005824752 | | | | | |
| 2 | Case | 1040621N2 | OXO SW NYLON ROUND TURNER | 72 | | 72 | 3.06 | 220.32 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



# INVOICE

1003748448

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8287<br>5600 E AIRPORT DRIVE<br>ONTARIO DIST CTR<br>ONTARIO, CA 91761 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8287 | 07-AUG-18 | 13448038 | 08287241816 | 22-SEP-18 | 1003748448 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 8666250045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPO | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | CUSTOMER SKU: 005825790 | | | | | |
| 3 | Case | 2102800N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER | 54 | | 54 | 5.82 | 314.28 |
| | | | CUSTOMER SKU: 005825958 | | | | | |
| 1 | Case | 21106800N1 | OXO SW 1 LB HEALTHY PORTIONS SCALE | 18 | | 18 | 6.89 | 124.02 |
| | | | CUSTOMER SKU: 006758220 | | | | | |
| 1 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK | 36 | | 36 | 4.25 | 153.00 |
| | | | CUSTOMER SKU: 008408772 | | | | | |
| 1 | Case | 21102700N2 | OXO SW PLASTIC COCKTAIL SHAKER - SILVER | 12 | | 12 | 5.31 | 63.72 |
| | | | CUSTOMER SKU: 008409859 | | | | | |
| 3 | Case | 21120700N4 | OXO SW 2 PIECE GRILLING SET | 36 | | 36 | 10.63 | 382.68 |
| | | | CUSTOMER SKU: 008692022 | | | | | |
| 1 | Case | 21120500N2 | OXO SW HAND-HELD SPIRALIZER | 36 | | 36 | 7.95 | 286.20 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| | | | Subtotal: | | | | | 17,024.94 |

Total: 162
Total: TOTAL CARTONS: 162

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU |
| | 17,024.94 |





# INVOICE

1003748472

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:   OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280

SHIP TO:   K MART CORPORATION # 8287
5600 E AIRPORT DRIVE
ONTARIO DIST CTR
ONTARIO, CA 91761

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8287 | 05-SEP-18 | 13652430 | 08287248848 | 22-SEP-18 | 1003748472 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 6686250045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 1089871N4 | OXO SW 12IN TONGS W/ NYLON HEAD<br>CUSTOMER SKU: 005767477 | 36 | | 36 | 5.61 | 201.96 |
| 14 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER<br>CUSTOMER SKU: 005793904 | 504 | | 504 | 6.08 | 3,064.32 |
| 2 | Case | 1045421N2 | OXO SW SALAD SPINNER<br>CUSTOMER SKU: 005613062 | 8 | | 8 | 15.45 | 123.60 |
| 1 | Case | 21135300N1 | OXO SW 2 CUP SQUEEZE & POUR SILICONE<br>MEASURING CUP<br>CUSTOMER SKU: 009355532 | 18 | | 18 | 5.31 | 95.58 |
| | | | Subtotal: | | | | | 3,517.14 |

Total: 19
Total: TOTAL CARTONS: 19

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU       3,517.14

CONSIGNEE
K MART
ONTARIO
FOR: K MART DISTRIBUTION
MANIFEST NO. 182712760160409

CLOSED TRAILER DELIVERY MANIFEST   (14)

CREATE DATE  09/28/2018 13:04 PST
REQUESTED DELIVERY DATE: 09/28/18
CRITICAL SHIPMENT(S)   HWY 841985

SEAL NO. APPLIED BY
YRD FRIEND 0054167
SEAL IS INTACT

PAGE

09/28/2018 17:00 PST  ETA

DEST SC  830

SPECIAL NO.

| BOL NO. | SHIPPER | PRO NUMBER | PKU DATE | PURCHASE ORDER NUMBER | DEPT | CARTON COUNT | PCS | SLC NOT RECVD | EXCEPTIONS | DELIVERY RECEIPT NOT REQUIRED |
|---|---|---|---|---|---|---|---|---|---|---|
| | BEAUMONT PRODUC KENNESAW, GA 30144 | 7064006590 | 0914 | P104027S700 L10275X9T5-53 | 2 | | 300 10.00 | B | | |
| 180917003S9 BLNUM | OXO INTERNATION SOUTHAVEN, MS 38671 | 6664025004 | 0922 | P008287245814 P008287245186 P008283246048 L03326S574 | | | 4746 0.00 | L L | | |
| 33321021 180921003523 BLNUM | KWS KAZ USA OLIVE BRANCH, M 38654 | 7752137266 | 0925 | P008287245442 P008287246741 P008287247918 L03332610D1 | | | 58S 0.00 | N O T | | |
| BLNUM | DORCY COLUMBUS, OH 43217 | 7601438196 | 0919 | P008283724771 P008283724772 L03235959D | | | 454 0.00 | R | | |
| 180972000435 33304245 BLNUM | BELL SPORTS RANTOUL, IL 61866 | 6787176551 | 0924 | P01897000435 L03330402S5 | | | 76 0.00 | E T U | | |
| 0175000003248842 GUIN 09/27 | FAULTLESS STARC KANSAS CIT, MO 64105 | 7563965221 | 0918 | P008287246165 | | | 2212 0.00 | R N | | |
| 33325 STMD 09/26 | INTERNATIONAL P GRAND RAPI, MI 49505 | 7237891988 | 0920 | P008287237860 | | | 4681 0.00 | D | | |

SPOTTED

PICKED UP

* IF TRAILER CONTAINS HAZARDOUS MATERIALS, THE LOADING MANIFEST AND ALL
DELIVERY RECEIPTS DESCRIBING THE HAZARDOUS MATERIALS MUST BE ATTACHED
TO THIS FORM AND MUST TRAVEL WITH THE TRAILER.   CONSIGNEE COPY.

CONSIGNED-PER

RECEIVED BY

DATE

YRC



**INVOICE**

1003748473

| | |
|---|---|
| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 |

REMIT TO:    OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920

VENDOR:

BILL TO:    K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084

DUNS: 14-721-7280

SHIP TO:    K MART CORPORATION # 8287<br>5600 E AIRPORT DRIVE<br>ONTARIO DIST CTR<br>ONTARIO, CA 91761

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8287 | 28-AUG-18 | 13594454 | 08287245546 | 22-SEP-18 | 1003748473 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 22-SEP-18 | 6666260045 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 1 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET<br>CUSTOMER SKU: 005774198 | 36 | | 36 | 5.31 | 191.16 |
| 1 | Case | 80051N4 | OXO SW SWIVEL PEELER<br>CUSTOMER SKU: 005793758 | 36 | | 36 | 4.12 | 148.32 |
| 4 | Case | 81751N3 | OXO SW CORKSCREW<br>CUSTOMER SKU: 005608480 | 144 | | 144 | 4.08 | 587.52 |
| 1 | Case | 1045421N2 | OXO SW SALAD SPINNER<br>CUSTOMER SKU: 005813082 | 4 | | 4 | 15.45 | 61.80 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| | | | Subtotal: | | | | | 1,122.00 |

Total: 8
Total: TOTAL CARTONS: 8

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

1,122.00





# INVOICE

1003749916

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8275
1 KRESGE RD PENN WARNER PK
MORRISVILLE DIST CENTER
FAIRLESS HILLS, PA 19030

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8275 | 14-AUG-18 | 13501497 | 08275301420 | 25-SEP-18 | 1003749916 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851750 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | Case | 1063241N2 | OXO SW DISH BRUSH | 36 | | 36 | 2.64 | 95.04 |
| | | | CUSTOMER SKU: 005142302 | | | | | |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER | 24 | | 24 | 6.89 | 165.36 |
| | | | CUSTOMER SKU: 005419856 | | | | | |
| 22 | Case | 2203700N2 | OXO SW BOTTLE BRUSH | 264 | | 264 | 2.64 | 696.96 |
| | | | CUSTOMER SKU: 005662276 | | | | | |
| 10 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER | 240 | | 240 | 6.18 | 1,483.20 |
| | | | CUSTOMER SKU: 005767138 | | | | | |
| 2 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER | 72 | | 72 | 10.07 | 725.04 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 43 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY | 344 | | 344 | 15.94 | 5,483.36 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 2 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED | 72 | | 72 | 5.14 | 370.08 |
| | | | CUSTOMER SKU: 005774560 | | | | | |
| 51 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP | 612 | | 612 | 4.12 | 2,521.44 |
| | | | CUSTOMER SKU: 005780507 | | | | | |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK | 36 | | 36 | 3.55 | 127.80 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 7 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER | 252 | | 252 | 6.65 | 1,675.80 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 2 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP | 72 | | 72 | 5.15 | 370.80 |
| | | | CUSTOMER SKU: 005804596 | | | | | |
| 30 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH | 360 | | 360 | 3.19 | 1,148.40 |
| | | | CUSTOMER SKU: 005804613 | | | | | |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL | 36 | | 36 | 4.58 | 164.88 |
| | | | CUSTOMER SKU: 005808659 | | | | | |
| 2 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED | 96 | | 96 | 4.11 | 394.56 |
| | | | CUSTOMER SKU: 005814276 | | | | | |
| 1 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER | 18 | | 18 | 5.31 | 95.58 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 3 | Case | 1040621N2 | OXO SW NYLON ROUND TURNER | 108 | | 108 | 3.06 | 330.48 |
| | | | CUSTOMER SKU: 005825790 | | | | | |
| 1 | Case | 1052196N4 | OXO SW 12in/30CM TONGS | 36 | | 36 | 5.82 | 209.52 |
| | | | CUSTOMER SKU: 005825862 | | | | | |
| 2 | Case | 2140000N1 | OXO SW SMOOTH POTATO MASHER | 48 | | 48 | 6.89 | 330.72 |
| | | | CUSTOMER SKU: 005839740 | | | | | |
| 4 | Case | 21106800N1 | OXO SW 1 LB HEALTHY PORTIONS SCALE | 72 | | 72 | 6.89 | 496.08 |
| | | | CUSTOMER SKU: 006758220 | | | | | |
| 1 | Case | 21105000N1 | OXO SW 3" MINI STRAINER | 36 | | 36 | 3.70 | 133.20 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



# INVOICE

1003749916

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:  K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:  K MART CORPORATION # 8275
1 KRESGE RD PENN WARNER PK
MORRISVILLE DIST CENTER
FAIRLESS HILLS, PA 19030

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8275 | 14-AUG-18 | 13501497 | 08275301420 | 25-SEP-18 | 1003749916 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77759851750 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 3 | Case | 2166300N3 | CUSTOMER SKU: 006758221<br>OXO SW NO-SPILL ICE CUBE TRAY | 108 | | 108 | 5.31 | 573.48 |
| 13 | Case | 21102700N2 | CUSTOMER SKU: 008409276<br>OXO SW PLASTIC COCKTAIL SHAKER - SILVER | 156 | | 156 | 5.31 | 828.36 |
| 9 | Case | 21120700N4 | CUSTOMER SKU: 008409859<br>OXO SW 2 PIECE GRILLING SET<br>CUSTOMER SKU: 008692022 | 108 | | 108 | 10.63 | 1,148.04 |
| | | | Subtotal: | | | | | 19,568.18 |

Total: 214
Total: TOTAL CARTONS: 214

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

19,568.18

Proof Of Delivery #1 ; RECVD: 10/4/2018 8:15:37 AM

# Central Transport Delivery Receipt

Pro Number
**777-5885175-0**

| Ship Date | |
|---|---|
| 2018-09-25 | |

Reference Number
33265373

| Org | DC |
|---|---|
| 381 | 086 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08275301420

SCAC:

Consignee:
KMART 8275
1 KRESGE
FAIRLESS HILLS, PA 19030

Shipper:
HELEN OF TROY
3890 HWY 51 N
SOUTHAVEN, MS 38672

**Special Instructions**

## BILL OF LADING

BOL Number: 33265373

**SHIP FROM**
Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 61
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671
MSSOO P: 662-449-2554 Ext. F:
Stop Notes:

Carrier: Central Transport International
Pro #:
BAR CODE SPACE
Pick up date: 9/19/2018
Trailer #: Seal #:

**SHIP TO**
Name: 8275 - FAIRLESS HILLS RDC
Address 1: 1 KRESGE RD
Address 2: PENN WARNER PARK
Address 3:
City/State/Zip: FAIRLESS HLS, PA, 19030
MABRA P: 215-736-8280 Ext. F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8275 |
| Load PO# | 08275300015 |
| Load PO# | 08275301470 |
| Load PO# | 08275306174 |
| Origin Location Code | MSSOOXOWIC01 |
| OTM Booking # | 18091700404 |
| Spark Load BOL # | OLNUM |

For complete list of reference numbers, please see Attached Supplement Page
10919477
10919451
10919461
10919465

**THIRD PARTY FREIGHT CHARGES BILL TO**
Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms: Prepaid [x] Collect [ ] 3rd Party [ ]
Carrier Acct #:
Quote ID

Special Instructions:
0827530002900 KMART PRODUCT 0827530142000 KMART PRODUCT 0827530382500 KMART PRODUCT 0827530517400 KMART PRODUCT
See Shipper and Consignee Instructions

Shipper Instructions
Pickup #: 18091700404
Loc Type: Business
Special Services:

Consignee Instructions
Delivery #:
Loc Type: Business
Special Services:
Processing Fee

777-5885175-0 B/L

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading

LTL or Partial Only:
# of Pallets: 9 Pallet Type: Skid Spots: Stackable: No
Pallet Dimensions: L: W: H:

**CARRIER INFORMATION**

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only NMFC# | LTL Only CLASS |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | 5 | Pieces | 48 | | | General Merchandise | - | 110 |
| 0 | | 214 | Pieces | 2089 | | | General Merchandise | - | 110 |
| 0 | | 109 | Pieces | 1047 | | | General Merchandise | - | 110 |
| 0 | | 17 | Pieces | 139 | | | General Merchandise | - | 110 |
| 0 | | 345 | | 3323 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage to this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

SHIPPER SIGNATURE / DATE
Trailer Loaded: [ ] By Shipper [ ] By Driver
Freight Counted: [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces
CARRIER SIGNATURE / PICKUP DATE

Pro Number 777-5885175-0

Firm KMART 8275

By W Gre

Shipment received in good order

HUs Received **10**

Driver CT-086264 (53-6566) Date 10/4/2018

Arrive Time 8:13 AM Depart Time 8:13 AM

## Additional Delivery Services Requested

- [ ] Inside Delivery
- [ ] Sort - Segregate
- [ ] Driver Delay
- [ ] Residential Delivery
- [ ] Liftgate
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ____________ Date ________

Date 10/4/2018
Log # ________
Total Exceptions ______

| # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|
| | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).

Vendor DR #1 ; RECVD: 10/18/2018 12:46:03 PM

**Delivery Stop Manifest**
10/3/2018

Trailer: 53-6566
Peddle: KMART8275 (086T01)

Bills: 20
HUs: 44

| Stop | Appt | Consignee | Address | Bills | HUs | BOL Required |
|---|---|---|---|---|---|---|
| 99 | | KMART DC MORRISVILLE 8275 | 1 KRESGE RD FAIRLESS HILLS, PA  19030 | 20 | 44 | |

| PRO | HUs |
|---|---|
| 148-0863623-0 | 1 |
| 145-9966122-1 | 1 |
| 148-0251355-7 | 2 |
| 148-0575223-6 | 1 |
| 145-9170444-1 | 1 |
| 145-9170445-8 | 1 |
| 145-9418343-7 | 1 |
| 148-0982285-2 | 7 |
| 145-9084196-2 | 1 |
| 777-5885175-0 | 10 |
| 145-9089690-9 | 1 |
| 145-2855556-9 | 1 |
| 145-5848238-7 | 1 |
| 149-9620975-0 | 5 |
| 145-7910770-8 | 3 |
| 148-0718819-9 | 1 |
| 148-0204658-2 | 2 |
| 777-5742925-1 | 1 |
| 148-0255748-9 | 2 |
| 148-0819460-0 | 2 |



# INVOICE

1003749917

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8781
1475 NITTERHOUSE RD
NORTHEAST REG SPECIALTY DC
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9869 - 8781 | 29-MAY-18 | 12948160 | 08781003001 | 25-SEP-18 | 1003749917 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77756851743 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK  CUSTOMER SKU: 004950871 | 432 | | 432 | 4.76 | 2,056.32 |
| | | | Subtotal: | | | | | 2,056.32 |
| | Total: | 12 | | | | | | |
| | Total: | TOTAL CARTONS: 12 | | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

2,056.32

Proof Of Delivery #1 ; REGVD: 9/28/2018 5:53:12 PM

**Central Transport Delivery Receipt**

**Pro Number**
**777-5885174-3**

Ship Date
**2018-09-25**

Reference Number
33254611

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08781010872

SCAC:

Consignee:
CHAMBERSBURG REGIONAL DC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17201

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

| BILL OF LADING | | BOL Number: 33254611 |
|---|---|---|

| SHIP FROM | Carrier: Central Transport International |
|---|---|

Pro #

Name: OXO INTERNATIONAL
Address 1 C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671
MSSOO    P   562-449-2554 Ext.    F:
Stop Notes

**BAR CODE SPACE**

Pick up date: 9/19/2018
Trailer #:                    Seal #:

| SHIP TO | REFERENCE INFORMATION |
|---|---|

Name: 8781 CHAMBERSBURG RSC
Address 1: 1475 Nitterhouse Dr
Address 2:
Address 3:
City/State/Zip: CHAMBERSBURG, PA, 17201
SUMBR    P:  717-709-4463 Ext.    F:
Stop Notes:

| Reference Name | Value |
|---|---|
| Destination Location Code 8781 | |
| Load PO# 08781098362 | |
| Load PO# 08781010872 | |
| Load PO# 08781011995 | |
| Origin Location Code MSSOOOXINC01 | |
| OTM Booking # 18091700311 | |
| Sears Load BOL # BLNUM | |

| THIRD PARTY FREIGHT CHARGES BILL TO |
|---|

Innovel Solutions ¾ Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached Supplement Page-

10919614
+10919063
10919062

[handwritten: 10919069]

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [X] Collect [ ] 3rd Party [X] | Quote ID: |

Special Instructions:
08781000300160 KMART PRODUCT 08781008356200 KMART
PRODUCT 08781008097200 KMART PRODUCT 08781011090600
KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 8    Pallet Type:    Skid Spots:    Stackable: No
Pallet Dimensions    L:    W:    H.

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #: 18091700311 | Delivery #: |
| Loc Type: Business | Loc Type: Business |
| Special Services: | Special Services: |
| | Processing Fee |

777-5885174-3

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 11 | Pieces | 160 | | | General Merchandise | · | 110 |
| 0 | | 131 | Pieces | 305 | | | General Merchandise | · | 110 |
| 0 | | 12 | Pieces | 154 | | | General Merchandise | | 110 |
| 0 | | 19 | Pieces | 78 | | | General Merchandise | · | 110 |
| 0 | | 193 | | 630 | | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | [ ] By Shipper | [ ] By Shipper | |
| | [ ] By Driver | [ ] By Destination & said to contain | |
| Shipper         Date: | | [ ] By Driver/Pieces | Carrier |

---

**Pro Number** 777-5885174-3

**Additional Delivery Services Requested**

Firm ___CHAMBERSBURG REGIONAL DC___

By ___2 17 03___
Shipment received in good order

HUs Received ___7___

Driver ___CT-217103 (S3-9802)___ Date __9/28/2018__

Arrive Time __5:49 PM__ Depart Time __5:50 PM__

[ ] Inside Delivery        [ ] Sort - Segregate        [ ] Driver Delay

[ ] Residential Delivery   [ ] Liftgate               [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).



# INVOICE
1003749925

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432 FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8289<br>333 S SPRUCE ST<br>MANTENO DIST CTR<br>MANTENO, IL 60950 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8289 | 14-AUG-18 | 13501508 | 08289237141 | 25-SEP-18 | 1003749925 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851776 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Case | 21120400N1 | OXO SW SMALL CITRUS JUICER<br>CUSTOMER SKU: 004846141 | 72 | | 72 | 5.31 | 382.32 |
| 5 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 60 | | 60 | 2.64 | 158.40 |
| 2 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419856 | 48 | | 48 | 6.89 | 330.72 |
| 13 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662289 | 52 | | 52 | 13.26 | 689.52 |
| 1 | Case | 2154000N3 | OXO SW FINE ZESTER/GRATER<br>CUSTOMER SKU: 005662271 | 24 | | 24 | 5.31 | 127.44 |
| 3 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 36 | | 36 | 2.64 | 95.04 |
| 2 | Case | 2179700N3 | OXO SW COOKIE SCOOP<br>CUSTOMER SKU: 005662284 | 48 | | 48 | 7.44 | 357.12 |
| 5 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER<br>CUSTOMER SKU: 005767138 | 120 | | 120 | 6.18 | 741.60 |
| 2 | Case | 2126100N2 | OXO SW SMOOTH EDGE CAN OPENER<br>CUSTOMER SKU: 005773461 | 72 | | 72 | 10.07 | 725.04 |
| 1 | Case | 2111500N1 | OXO SW CHOPPER<br>CUSTOMER SKU: 005774426 | 24 | | 24 | 10.63 | 255.12 |
| 6 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 96 | | 96 | 6.67 | 640.32 |
| 21 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 168 | | 168 | 15.94 | 2,677.92 |
| 22 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP<br>CUSTOMER SKU: 005780507 | 264 | | 264 | 4.12 | 1,087.68 |
| 5 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 180 | | 180 | 3.55 | 639.00 |
| 4 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 144 | | 144 | 6.65 | 957.00 |
| 4 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 144 | | 144 | 5.15 | 741.60 |
| 11 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 132 | | 132 | 3.19 | 421.08 |
| 5 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005808659 | 180 | | 180 | 4.58 | 824.40 |
| 2 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005814276 | 96 | | 96 | 4.11 | 394.56 |
| 4 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER | 72 | | 72 | 5.31 | 382.32 |

PAGE  1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | | PAY THIS AMOUNT |
|---|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



# INVOICE

1003749925

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8289
333 S SPRUCE ST
MANTENO DIST CTR
MANTENO, IL 60950

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8289 | 14-AUG-18 | 13501508 | 08289237141 | 25-SEP-18 | 1003749925 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851776 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS | 36 | | 36 | 6.89 | 248.04 |
| | | | CUSTOMER SKU: 005824752 | | | | | |
| 3 | Case | 1040621N2 | OXO SW NYLON ROUND TURNER | 108 | | 108 | 3.06 | 330.48 |
| | | | CUSTOMER SKU: 005825790 | | | | | |
| 1 | Case | 1052196N4 | OXO SW 12in/30CM TONGS | 36 | | 36 | 5.82 | 209.52 |
| | | | CUSTOMER SKU: 005825862 | | | | | |
| 4 | Case | 21106800N1 | OXO SW 1 LB HEALTHY PORTIONS SCALE | 72 | | 72 | 6.89 | 496.08 |
| | | | CUSTOMER SKU: 006758220 | | | | | |
| 2 | Case | 21105000N1 | OXO SW 3" MINI STRAINER | 72 | | 72 | 3.70 | 266.40 |
| | | | CUSTOMER SKU: 006758221 | | | | | |
| 1 | Case | 21103700N2 | OXO SW BUTTER DISH | 24 | | 24 | 5.31 | 127.44 |
| | | | CUSTOMER SKU: 006758223 | | | | | |
| 5 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK | 180 | | 180 | 4.25 | 765.00 |
| | | | CUSTOMER SKU: 008408772 | | | | | |
| 2 | Case | 2188300N3 | OXO SW NO-SPILL ICE CUBE TRAY | 72 | | 72 | 5.31 | 382.32 |
| | | | CUSTOMER SKU: 008409276 | | | | | |
| 1 | Case | 21102700N2 | OXO SW PLASTIC COCKTAIL SHAKER - SILVER | 12 | | 12 | 5.31 | 63.72 |
| | | | CUSTOMER SKU: 008409859 | | | | | |
| 4 | Case | 2187500N1 | OXO SW CUT & SERVE TURNER | 144 | | 144 | 3.70 | 532.80 |
| | | | CUSTOMER SKU: 006410849 | | | | | |
| 2 | Case | 21120700N4 | OXO SW 2 PIECE GRILLING SET | 24 | | 24 | 10.63 | 255.12 |
| | | | CUSTOMER SKU: 008692022 | | | | | |
| | | | Subtotal: | | | | | 16,305.72 |

Total: 146
Total: TOTAL CARTONS: 146

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED    THANK YOU    16,305.72

Proof Of Delivery #1 ; RECVD: 9/28/2018 9:22:06 AM

Page 2 of 2

**SUPPLEMENT TO THE BILL OF LADING**

Bill of Lading Number: 77533542

| Shipment Reference Information | |
|---|---|
| Reference Name | Reference Value |
| | |

777-5885177-6

**Central Transport Delivery Receipt**

Pro Number
**777-5885177-6**

Ship Date
**2018-09-25**

Reference Number
**33265362**

| Org | DC |
|---|---|
| 381 | 603 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08289234592

SCAC:

Consignee:
KMART SEARS HOLDING CORP
333 S SPRUCE ST
HAITENO, IL 60950

Shipper:
HELEN OF TROY
3850 HWY 51 N
SOUTHAVEN, MS 38672

Special Instructions

Pro Number  777-5885177-6

**Additional Delivery Services Requested**

Firm ___ KMART SEARS HOLDING CORP

By ___
Shipment received in good order

☐ Inside Delivery
☐ Residential Delivery
☐ Sort - Segregate
☐ Liftgate
☐ Driver Delay
☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ___   Date ___

HUs Received   **10**

Driver CT-697244 (DLN107J0147)  Date  9/28/2018

Arrive Time  8:19 AM  Depart Time  8:19 AM

| Date  9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # ___ | | | |
| Total Exceptions ___ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(7)(f).



# INVOICE

1003749926

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432 FAX: 915-225-8836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8289<br>333 S SPRUCE ST<br>MANTENO DIST CTR<br>MANTENO, IL 60950 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8289 | 07-AUG-18 | 13448039 | 08269235811 | 25-SEP-18 | 1003749928 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851776 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Case | 1089987N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 004950871 | 72 | | 72 | 4.76 | 342.72 |
| 2 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 24 | | 24 | 2.64 | 63.36 |
| 1 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 24 | | 24 | 5.31 | 127.44 |
| 11 | Case | 2128900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 88 | | 88 | 15.94 | 1,402.72 |
| 11 | Case | 1083243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 132 | | 132 | 3.19 | 421.08 |
| 1 | Case | 1089165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 1052196N4 | OXO SW 12in/30CM TONGS<br>CUSTOMER SKU: 005825862 | 36 | | 36 | 5.82 | 209.52 |
| 1 | Case | 21103700N2 | OXO SW BUTTER DISH<br>CUSTOMER SKU: 006758223 | 24 | | 24 | 5.31 | 127.44 |
| | | | Subtotal: | | | | | 2,827.48 |

Total: 30
Total: TOTAL CARTONS: 30

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE. NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU   2,827.48

Proof Of Delivery #4 ; RECVD: 9/28/2018 9:22:06 AM

**Central Transport Delivery Receipt**

## Pro Number
**777-5885177-6**

**Ship Date**
2018-09-25

**Reference Number**
33265362

| Org | DO |
|-----|-----|
| 381 | 603 |

**Freight Terms**
**Freight Charges Are Prepaid**

**P.O. Number**
09209234582

**SCAC:**

**Consignee:**
KMART SEARS HOLDING CORP
333 S SPRUCE ST
MANTENO, IL 60950

**Shipper:**
HELEN OF TROY
3890 HWY 51 N
SOUTHAVEN, MS 38672

**Special Instructions**

---

Page 2 of 3

**SUPPLEMENT TO THE BILL OF LADING**

Bill of Lading Number: 33265362

| Shipment Reference Information | |
|---|---|
| Reference Name | Reference Value |

777-5885177-6

---

Pro Number  777-5885177-6

**Additional Delivery Services Requested**

| Firm | KMART SEARS HOLDING CORP |
|------|--------------------------|

By _____
Shipment received in good order

HUs Received **10**

Driver _____ Date 9/28/2018

Arrive Time 8:19 AM  Depart Time 8:19 AM

- [ ] Inside Delivery
- [ ] Residential Delivery
- [ ] Sort - Segregate
- [ ] Liftgate
- [ ] Driver Delay
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|----------------|-------------------------|-------------------|----------------|
| Log # | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1005(2)(f).



# INVOICE
1003749930

**MAKE INQUIRIES TO:**
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

**REMIT TO:**
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

DUNS: 14-721-7280

**BILL TO:**
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

**SHIP TO:**
K MART CORPORATION # 8289
333 S SPRUCE ST
MANTENO DIST CTR
MANTENO, IL 60950

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8289 | 31-JUL-18 | 13397548 | 08289234582 | 25-SEP-18 | 1003749930 |

| WHSE. | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851776 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 2203700N2 | OXO SW BOTTLE BRUSH CUSTOMER SKU: 005062276 | 12 | | 12 | 2.64 | 31.68 |
| 2 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER CUSTOMER SKU: 005062291 | 48 | | 48 | 5.31 | 254.88 |
| 1 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER CUSTOMER SKU: 005767138 | 24 | | 24 | 6.18 | 148.32 |
| 2 | Case | 1069872N4 | OXO SW 9IN TONGS W/ NYLON HEAD CUSTOMER SKU: 005767273 | 72 | | 72 | 5.31 | 382.32 |
| 1 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET CUSTOMER SKU: 005774198 | 36 | | 36 | 5.31 | 191.16 |
| 15 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY CUSTOMER SKU: 005774506 | 120 | | 120 | 15.94 | 1,912.80 |
| 1 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP CUSTOMER SKU: 005780507 | 12 | | 12 | 4.12 | 49.44 |
| 2 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK CUSTOMER SKU: 005793798 | 72 | | 72 | 3.55 | 255.60 |
| 1 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER CUSTOMER SKU: 005793974 | 36 | | 36 | 6.65 | 239.40 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 11 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH CUSTOMER SKU: 005804613 | 132 | | 132 | 3.19 | 421.08 |
| 3 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST CUSTOMER SKU: 005814293 | 108 | | 108 | 3.70 | 399.60 |
| 1 | Case | 21105000N1 | OXO SW 3" MINI STRAINER CUSTOMER SKU: 006758221 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 21103700N2 | OXO SW BUTTER DISH CUSTOMER SKU: 006758223 | 24 | | 24 | 5.31 | 127.44 |
| 1 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK CUSTOMER SKU: 008408772 | 36 | | 36 | 4.25 | 153.00 |

Subtotal: 4,885.32

Total: 44
Total: TOTAL CARTONS: 44

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

**PAY THIS AMOUNT**

NO ANTICIPATION ALLOWED

**THANK YOU**   4,885.32

Proof Of Delivery #1 : RECVD: 9/28/2018 9:22:06 AM

## Central Transport Delivery Receipt

**CT**

Pro Number
**777-5885177-6**

Ship Date
**2018-09-25**

Reference Number
33265362

| Org | DC |
|-----|-----|
| 381 | 603 |

Freight Terms
**Freight Charges
Are Prepaid**

P.O. Number
08209234582

SCAC:

Consignee:
KMART SEARS HOLDING CORP
333 S SPRUCE ST
MANTENO, IL 60950

Shipper:
HELEN OF TROY
3090 HWY 51 N
SOUTHAVEN, MS 38672

Special Instructions

---

Page 2 of 2

### SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 33265262

| Shipment Reference Information | |
|---|---|
| Reference Name | Reference Value |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CT** 777-5885177-6

---

### Additional Delivery Services Requested

Pro Number  **777-5885177-6**

Firm _____ KMART SEARS HOLDING CORP

By _____
Shipment received in good order

HUs Received _____ **10**

Driver CT-601244 (BL/LOT01-02) Date 9/28/2018

Arrive Time 8:19 AM  Depart Time 8:19 AM

| ☐ Inside Delivery | ☐ Sort - Segregate | ☐ Driver Delay |
|---|---|---|
| ☐ Residential Delivery | ☐ Liftgate | ☐ Redelivery |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By suing of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(7)(f).



# INVOICE

1003749931

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8275
1 KRESGE RD PENN WARNER PK
MORRISVILLE DIST CENTER
FAIRLESS HILLS, PA 19030

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8275 | 28-AUG-18 | 13594437 | 08275303825 | 25-SEP-18 | 1003749931 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77756861750 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Case | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD<br>CUSTOMER SKU: 005767477 | 72 | | 72 | 5.61 | 403.92 |
| 2 | Case | 2324000N2 | OXO SW SILICONE SINK STRAINER WITH STOPPER<br>CUSTOMER SKU: 005774158 | 72 | | 72 | 5.31 | 382.32 |
| 3 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET<br>CUSTOMER SKU: 005774198 | 108 | | 108 | 5.31 | 573.48 |
| 3 | Case | 80051N4 | OXO SW SWIVEL PEELER<br>CUSTOMER SKU: 005793758 | 108 | | 108 | 4.12 | 444.96 |
| 1 | Case | 81751N3 | OXO SW CORKSCREW<br>CUSTOMER SKU: 005808460 | 36 | | 36 | 4.08 | 146.88 |
| 4 | Case | 1069166N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 144 | | 144 | 3.70 | 532.80 |
| 1 | Case | 1040615N2 | OXO SW NYLON LADLE<br>CUSTOMER SKU: 005839803 | 36 | | 36 | 3.06 | 110.16 |
| 1 | Case | 21103700N2 | OXO SW BUTTER DISH<br>CUSTOMER SKU: 005758223 | 24 | | 24 | 5.31 | 127.44 |
| | | | Subtotal: | | | | | 2,721.96 |

Total: 17
Total: TOTAL CARTONS: 17

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
2,721.96

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(1)(M).

Exception Type    # And Type of PCS    # And Type of Container    Date 10/4/2018    Total Exceptions

Log #

Customer Signature    Date

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Residential Delivery ☐    Redelivery ☐

Inside Delivery ☐    Driver Delay ☐

Liftgate ☐

Sort - Segregate ☐

Additional Delivery Services Requested

**Pro Number 777-5885175-0**

Arrive Time    Depart Time 8:13 AM    8:13 AM

Driver    (53-6565) (53-0264)    Date 10/4/2018

HUS Received    10

Shipment received in good order.

By    (M) ///gm/-

Firm    KMART 8275

---

**BILL OF LADING**    BOL Number: 33265373

**SHIP FROM**    Carrier: Central Transport International

Name: OXO INTERNATIONAL    Pro #:
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 61    **BAR CODE SPACE**
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38671    Pick up date: 9/19/2018
MS5OO  P: 662-449-2654 Ext.    F:    Trailer #:    Seal #:
Stop Notes:

**SHIP TO**    **REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Name: 8275 - FAIRLESS HILLS RDC | Destination Location Code 8275 |
| Address 1: 1 KRESGE RD | Load PO# 08275300529 |
| Address 2: PENN WARNER PARK | Load PO# 04273301120 |
| Address 3: | Load PO# 04273305174 |
| City/State/Zip: FAIRLESS HLS, PA, 19030 | Origin Location Code MS5OOKON4C01 |
| IMBRA  P: 215-736-8280 Ext.    F: | OTM Booking # 18001700404 |
| Stop Notes: | Sears Load BOL # RLNUM |

**THIRD PARTY FREIGHT CHARGES BILL TO**    For complete list of reference numbers, please see Attached Supplement Page

Innovel Solutions ℅ Echo Global Logistics    Trip# 10919661 Included
600 W. Chicago Avenue, Suite 725    1D919W17    -in-list-written-but-PO#
Chicago, IL 60654    1D919W51    08275303325 belonging

Freight Charge Terms:    Carrier Acct #:    1D919W41    not included in reference
Prepaid ☑ Collect ☐ 3rd Party ☑ Quote ID    1D919W05    info

Special Instructions:    Shipper Instructions    Consignee Instructions
08275300002900 KMART PRODUCT 08275300142000 KMART    Pickup #: 18001700404    Delivery #:
PRODUCT 08275302502500 KMART PRODUCT 08275300517400    Loc Type:  Business    Loc Type:  Business
KMART PRODUCT    Special Services:    Special Services:
See Shipper and Consignee Instructions    Processing Fee

ECHO is not liable for any accessorial charges unless pre-approved by Echo to notify on the bill of lading.

LTL or Partial Only:
# of Pallets: 0    Pallet Type:    Skid Spots:    Stackable: No
Pallet Dimensions:    L:    W:    H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (Y) | (X) | | NMFC# | CLASS |
| 0 | | 5 | Pieces | 46 | | | General Merchandise | - | 110 |
| 0 | | 216 | Pieces | 2060 | | | General Merchandise | - | 110 |
| 0 | | 108 | Pieces | 1047 | | | General Merchandise | - | 110 |
| 0 | | 17 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 345 | | 3323 | | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

| SHIPPER SIGNATURE / DATE | | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| Shipper | Date | By Shipper | By Shipper | |
| | | By Driver | By Driver/pallets said to contain | |
| | | | By Driver/Pieces | |

777-5885175-0    B/L

---

**Central Transport Delivery Receipt**

Special Instructions

Shipper:    HELEN OF TROY    3890 HWY 61 N    SOUTHAVEN, MS 38672

Consignee:    KMART 8275    FAIRLESS HILLS, PA, 19030

SCAC:

P.O. Number    08275301420

Freight Terms    Are Prepaid

Freight Charges

381    080
Org    DC

Reference Number    33265373

Ship Date    2018-09-25

Pro Number    777-5885175-0

Proof Of Delivery #1 : RECVD: 10/4/2018 8:15:37 AM

Vendor DR #1 ; RECVD: 10/18/2018 12:46:03 PM



**Delivery Stop Manifest**
10/3/2018

Bills: 20
HUs: 44

Trailer: 53-6566
Peddle: KMART8275 (086T01)

| Stop | Appt | Consignee | Address | | Bills | HUs | |
|------|------|-----------|---------|--|-------|-----|--|
| 99 | | KMART DC MORRISVILLE 8275 | 1 KRESGE RD FAIRLESS HILLS, PA  19030 | | 20 | 44 | BOL Required |

| PRO | HUs |
|-----|-----|
| 148-0683623-0 | 1 |
| 145-9966122-1 | 1 |
| 148-0251355-7 | 2 |
| 148-0575223-6 | 1 |
| 145-9170444-1 | 1 |
| 145-9170445-8 | 1 |
| 145-9418343-7 | 7 |
| 148-0982285-2 | 1 |
| 145-9084196-2 | 1 |
| 777-5885175-0 | 10 |
| 145-9089690-9 | 1 |
| 145-2855556-9 | 1 |
| 145-5848238-7 | 1 |
| 149-9620975-0 | 5 |
| 145-7910770-8 | 3 |
| 148-0718819-9 | 1 |
| 148-0204658-2 | 1 |
| 777-5742925-1 | 2 |
| 148-0255748-9 | 1 |
| 148-0819460-0 | 2 |



# INVOICE

1003749932

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-226-6836

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:  K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280

SHIP TO:  K MART CORPORATION # 8289
333 S SPRUCE ST
MANTENO DIST CTR
MANTENO, IL 60950

| CUSTOMER NO. | | ORDER DATE | | ORDER NO. | | YOUR P.O. | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 8669 - 8289 | | 29-AUG-18 | | 13594473 | | 08289239451 | | 25-SEP-18 | | 1003749932 |
| WHSE | SHIPPING METHOD | | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | | FRT TERMS | |
| OXO | ECHO GLOBAL | | 25-SEP-18 | 77768861776 | PROVENZA, JO | USD | 2% 20 NET 30 | | Collect | |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 3 | Case | 1069872N4 | OXO SW 9IN TONGS W/ NYLON HEAD<br>CUSTOMER SKU: 005767273 | 108 | | 108 | 5.31 | 573.48 |
| 1 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER<br>CUSTOMER SKU: 005773461 | 36 | | 36 | 10.07 | 362.52 |
| 1 | Case | 1071588N1 | OXO SW WIRE CHEESE SLICER W/<br>REPLACEABLE WIRES<br>CUSTOMER SKU: 005774094 | 18 | | 18 | 5.31 | 95.58 |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| | | | Subtotal: | | | | | 1,279.62 |

Total: 6
Total: TOTAL CARTONS: 38

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE. NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU

1,279.62

Proof Of Delivery #1 ; RECVD: 9/28/2018 9:22:06 AM

Page 2 of 2

**SUPPLEMENT TO THE BILL OF LADING**

Bill of Lading Number: 33265362

**Central Transport Delivery Receipt**

Pro Number
**777-5885177-6**

Ship Date
**2018-09-25**

Reference Number
33265362

| Org | DC |
|-----|-----|
| 381 | 603 |

Freight Terms
**Freight Charges
Are Prepaid**

P.O. Number
08289234582

SCAC:

Consignee:
KMART SEARS HOLDING CORP
333 S SPRUCE ST
MANTENO, IL 60950

Shipper:
HELEN OF TROY
3690 HWY 51 N
SOUTHAVEN, MS 38672

Special Instructions

| Shipment Reference Information | |
|---|---|
| Reference Name | Reference Value |

777-5885177-6

Pro Number   **777-5885177-6**

**Additional Delivery Services Requested**

Firm _____ KMART SEARS HOLDING CORP

By _____
Shipment received in good order

- [ ] Inside Delivery
- [ ] Residential Delivery
- [ ] Sort - Segregate
- [ ] Liftgate
- [ ] Driver Delay
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

HUs Received _____ **10**

Driver _____ Date 9/28/2018

Arrive Time 9:19 AM Depart Time 9:19 AM

Customer Signature _____ Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PC# | Exception Type |
|---|---|---|---|
| Log # | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By taking of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(f).



**INVOICE**

1003749933

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432 FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8781<br>1475 NITTERHOUSE RD<br>NORTHEAST REG SPECIALTY DC<br>CHAMBERSBURG, PA 17201 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8781 | 31-JUL-18 | 13397550 | 08781008362 | 25-SEP-18 | 1003749933 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851743 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 004950871 | 396 | | 396 | 4.76 | 1,884.96 |
| | | | Subtotal: | | | | | 1,884.96 |
| | | Total: 11<br>Total: | TOTAL CARTONS: 11 | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU |
| | 1,884.96 |

Proof Of Delivery #1 ; RECVD: 9/28/2018 5:53:12 PM

**Central Transport Delivery Receipt**

**Pro Number**
**777-5885174-3**

Ship Date
2018-09-25

Reference Number
33254611

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08781010872

SCAC:

Consignee:
CHAMBERSBURG REGIONAL DC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17201

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

| BILL OF LADING | | BOL Number: 33254611 |
|---|---|---|
| | | Carrier   Central Transport International |

**SHIP FROM**

Name         OXO INTERNATIONAL
Address 1    C/O HELEN OF TROY LP
Address 2    3890 HWY 51
Address 3
City/State/Zip    SOUTHAVEN, MS, 38671
MSSOO   P   662-449-2554 Ext        F.
Stop Notes.

**BAR CODE SPACE**

Pick up date 9/19/2018
Trailer #                         Seal #.

**SHIP TO**

Name         8781 CHAMBERSBURG RSC
Address 1    1475 Nitterhouse Dr
Address 2
Address 3:
City/State/Zip:    CHAMBERSBURG, PA, 17201
SUMBR    P:  717-709-4403 Ext.           F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 5781 |
| Load PO# | 08781080362 |
| Load PO# | 08781010872 |
| Load PO# | 08781011896 |
| Origin Location Code | V550OTXORNC01 |
| OIM Booking # | 18091700311 |
| Sear Load BOL # | BLMJM |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached
Supplement Page

109.196~1; 109196669
+0914943
+09193862

Freight Charge Terms:    Carrier Acct #:
Prepaid ☑ Collect ☐ 3rd Party ☐    Quote ID:

Special Instructions:
08781000300100 KMART PRODUCT 08781008362000 KMART
PRODUCT 08781010872000 KMART PRODUCT 08781011896000
KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted
on this bill of lading.

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #:  18091700311 | Delivery #: |
| Loc Type:  Business | Loc Type:  Business |
| Special Services | Special Services: |
| | Processing Fee |

777-5885174-3    B/L

LTL or Partial Only:
# of Pallets: 6    Pallet Type:          Skid Spots:    Stackable:  No
Pallet Dimensions                L:      W:      H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 11 | Pieces | 180 | | | General Merchandise | - | 110 |
| 0 | | 161 | Pieces | 305 | | | General Merchandise | - | 110 |
| 0 | | 12 | Pieces | 184 | | | General Merchandise | - | 110 |
| 0 | | 19 | Pieces | 30 | | | General Merchandise | - | 110 |
| 0 | | 193 | | 539 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:    Collect ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ∎ 14706(c)(f)(A) and (B).

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | ☐ By Shipper | ☐ By Shipper | |
| | ☐ By Driver | ☐ By Driver/Pallets said to contain | |
| Shipper:          Date: | | ☐ By Driver/Pieces | Carrier: |

---

**Pro Number  777-5885174-3**

**Additional Delivery Services Requested**

☐ Inside Delivery          ☐ Sort - Segregate          ☐ Driver Delay

☐ Residential Delivery     ☐ Liftgate                  ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees
to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

| Date  9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

---

Firm    CHAMBERSBURG REGIONAL DC

By    2-7103
        Shipment received in good order

HUs Received    **7**

Driver  GT-217103 (53-9802)  Date  9/28/2018

Arrive Time  5:49 PM  Depart Time  5:50 PM

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is
limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(B).



# INVOICE

1003749934

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8275
1 KRESGE RD PENN WARNER PK
MORRISVILLE DIST CENTER
FAIRLESS HILLS, PA 19030

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9869 - 8275 | 07-AUG-18 | 13448036 | 08275300029 | 25-SEP-18 | 1003749934 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851750 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK | 288 | | 288 | 4.76 | 1,370.88 |
| | | | CUSTOMER SKU: 004950871 | | | | | |
| 6 | Case | 2203700N2 | OXO SW BOTTLE BRUSH | 72 | | 72 | 2.64 | 190.08 |
| | | | CUSTOMER SKU: 005662276 | | | | | |
| 4 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER | 96 | | 96 | 5.31 | 509.76 |
| | | | CUSTOMER SKU: 005662291 | | | | | |
| 29 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY | 232 | | 232 | 15.94 | 3,698.08 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 2 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED | 72 | | 72 | 5.14 | 370.08 |
| | | | CUSTOMER SKU: 005774560 | | | | | |
| 13 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP | 156 | | 156 | 4.12 | 642.72 |
| | | | CUSTOMER SKU: 005780507 | | | | | |
| 31 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH | 372 | | 372 | 3.19 | 1,186.68 |
| | | | CUSTOMER SKU: 005804613 | | | | | |
| 5 | Couo | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST | 180 | | 180 | 3.70 | 666.00 |
| | | | CUSTOMER SKU: 005814293 | | | | | |
| 8 | Case | 21102700N2 | OXO SW PLASTIC COCKTAIL SHAKER - SILVER | 96 | | 96 | 5.31 | 509.76 |
| | | | CUSTOMER SKU: 008409959 | | | | | |
| 3 | Case | 21120700N4 | OXO SW 2 PIECE GRILLING SET | 36 | | 36 | 10.63 | 382.68 |
| | | | CUSTOMER SKU: 008692022 | | | | | |
| | | | Subtotal. | | | | | 9,526.72 |

Total: 109
Total: TOTAL CARTONS: 109

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU   9,526.72

Proof Of Delivery #1 ; RECVD: 10/4/2018 8:15:37 AM

# Central Transport Delivery Receipt

Pro Number
**777-5885175-0**

Ship Date
2018-09-25

Reference Number
33265373

| Org | DC |
|---|---|
| 381 | 086 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08275301420

SCAC:

Consignee:
KMART 8275
1 KRESGE
FAIRLESS HILLS, PA 19030

Shipper:
HELEN OF TROY
3890 HWY 51 N
SOUTHAVEN, MS 38672

**Special Instructions**

## BILL OF LADING

BOL Number: 33265373

**SHIP FROM**

Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS, 38871
MSSOO P: 062-449-2554 Ext. F:
Stop Notes:

Carrier: Central Transport International
Pro #:
BAR CODE SPACE
Pick up date 9/19/2018
Trailer #: Seal #:

**SHIP TO**

Name: 8275 - FAIRLESS HILLS RDC
Address 1: 1 KRESGE RD
Address 2: PENN WARNER PARK
Address 3:
City/State/Zip: FAIRLESS HLS, PA, 19030
MABRA P: 215-736-8280 Ext. F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8275 |
| Load PO# | [illegible] |
| Load PO# | 08275301420 |
| Load PO# | [illegible] |
| Origin Location Code | MSSOOXONC01 |
| OTM Booking # | [illegible] |
| Sears Load RCD. # | [illegible] |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached Supplement Page
10919677
10919651
10919661
10919665

Freight Charge Terms: Prepaid [X] Collect [ ] 3rd Party [X]
Carrier Acct #:
Quote ID:

Special Instructions:
0827530032900 KMART PRODUCT 0827530142000 KMART PRODUCT 0827530262000 KMART PRODUCT 0827530517400 KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

| Shipper Instructions | Consignee Instructions |
|---|---|
| Pickup #: 18091700404 | Delivery #: |
| Loc Type: Business | Loc Type: Business |
| Special Services: | Special Services: Processing Fee |

777-5885175-0 B/L

LTL or Partial Only:
# of Pallets: 9 Pallet Type: Skid Spots: Stackable: No
Pallet Dimensions: L: W: H:

**CARRIER INFORMATION**

| HANDLING UNIT QTY | HANDLING UNIT TYPE | PACKAGE QTY | PACKAGE TYPE | WEIGHT | HM (X) | DD (X) | COMMODITY DESCRIPTION | LTL Only NMFC # | LTL Only CLASS |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | 5 | Pieces | 48 | | | General Merchandise | - | 110 |
| 0 | | 214 | Pieces | 2080 | | | General Merchandise | - | 110 |
| 0 | | 109 | Pieces | 1047 | | | General Merchandise | - | 110 |
| 0 | | 17 | Pieces | 139 | | | General Merchandise | - | 110 |
| 0 | | 345 | | 3313 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

SHIPPER SIGNATURE / DATE
Shipper: Date:

Trailer Loaded: By Shipper [ ] By Driver [ ]

Freight Counted: By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces [ ]

CARRIER SIGNATURE / PICKUP DATE
Carrier: Date:
[signature] 9/25/18
Rt 532709

Firm KMART 8275
By [signature]
Shipment received in good order

HUs Received **10**

Driver CT-008264 (53-6566) Date 10/4/2018

Arrive Time 8:13 AM Depart Time 8:13 AM

Pro Number 777-5885175-0

Additional Delivery Services Requested

- [ ] Inside Delivery
- [ ] Sort - Segregate
- [ ] Driver Delay
- [ ] Residential Delivery
- [ ] Liftgate
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ______ Date ______

Date 10/4/2018 | # And Type of Container | # And Type of PCS | Exception Type
Log # ______
Total Exceptions ______

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ll).

Vendor DR #1 ; RECVD: 10/18/2018 12:46:03 PM



Trailer: 53-6566
Peddler: KMART8275 (086T0i)

**Delivery Stop Manifest**
10/3/2018

Bills: 20
HUs: 44

| Stop | Appt | Consignee | Address | Bills | HUs |
|------|------|-----------|---------|-------|-----|
| 99 | | KMART DC MORRISVILLE 8275 | 1 KRESGE RD FAIRLESS HILLS, PA 19030 | 20 | 44 |

BOL Required

| PRO | HUs |
|-----|-----|
| 148-0653623-0 | 1 |
| 145-9956122-1 | 1 |
| 148-0251355-7 | 2 |
| 148-05752236 | 1 |
| 145-9170444-1 | 1 |
| 145-9170445-8 | 1 |
| 145-9418343-7 | 7 |
| 145-0982285-2 | 1 |
| 145-9084196-2 | 1 |
| 777-5885175-0 | 10 |
| 145-2855556-9 | 1 |
| 145-5848238-7 | 1 |
| 148-9620375-0 | 1 |
| 145-7910770-8 | 5 |
| 148-0718819-9 | 3 |
| 148-0204658-2 | 1 |
| 777-5742925-1 | 2 |
| 148-0255748-9 | 1 |
| 148-0819460-0 | 2 |



# INVOICE

1003749935

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280
SHIP TO:
K MART CORPORATION # 8275
1 KRESGE RD PENN WARNER PK
MORRISVILLE DIST CENTER
FAIRLESS HILLS, PA 19030

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9889 - 8275 | 05-SEP-18 | 13862429 | 08275305174 | 25-SEP-18 | 1003749935 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851750 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 5 | Case | 2102800N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER CUSTOMER SKU: 005825956 | 90 | | 90 | 5.82 | 523.80 |
| | | | Subtotal: | | | | | 523.80 |
| | Total: 5 | | | | | | | |
| | Total: | TOTAL CARTONS: 5 | | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE; NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT
523.80

THANK YOU

Proof Of Delivery #1 ; RECVD: 10/4/2018 8:15:37 AM

# Central Transport Delivery Receipt

Pro Number **777-5885175-0**

Ship Date 2018-09-25

Reference Number 33265373

| Org | DC |
|---|---|
| 381 | 086 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number 08275301420

SCAC:

Consignee:
KMART 8275
1 KRESGE
FAIRLESS HILLS, PA 19030

Shipper:
HELEN OF TROY
3890 HWY 51 N
SOUTHAVEN, MS 38672

**Special Instructions**

## BILL OF LADING

BOL Number: 33265373

**SHIP FROM**

Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2. 3890 HWY 51
Address 3:
City/State/Zip SOUTHAVEN, MS, 38671
MSSOO P: 062-449-2554 Ext. F:
Stop Notes:

Carrier: Central Transport International
Pro #:
BAR CODE SPACE
Pick up date: 9/19/2018
Trailer #: Seal #:

**SHIP TO**

Name: 8275 - FAIRLESS HILLS RDC
Address 1: 1 KRESGE RD
Address 2: PENN WARNER PARK
Address 3:
City/State/Zip: FAIRLESS HLS, PA, 19030
MABRA P: 215-736-8280 Ext. F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8275 |
| Load PO# | 08275300025 |
| Load PO# | 08275301420 |
| Load PO# | 08275305174 |
| Origin Location Code | MSSOOXONC01 |
| OTM Booking # | 18091700401 |
| Sears Load BOL # | BLMJM |

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
500 W. Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached Supplement Page
10919617
10919651
10919661
10919605

Freight Charge Terms: Prepaid [x] Collect [ ] 3rd Party [x]
Carrier Acct #:
Quote ID:

Special Instructions:
0827530002500 KMART PRODUCT 0827530142000 KMART PRODUCT 0827530382500 KMART PRODUCT 0827530517400 KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 9 Pallet Type: Skid Spots: Stackable: No
Pallet Dimensions: L: W: H:

Shipper Instructions
Pickup #: 18091700404
Loc Type: Business
Special Services:

Consignee Instructions
Delivery #:
Loc Type: Business
Special Services:
Processing Fee

777-5885175-0 B/L

**CARRIER INFORMATION**

| Handling Unit QTY | Handling Unit TYPE | Package QTY | Package TYPE | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only NMFC# | LTL Only CLASS |
|---|---|---|---|---|---|---|---|---|---|
| 0 | | 5 | Pieces | 45 | | | General Merchandise | - | 110 |
| 0 | | 214 | Pieces | 2089 | | | General Merchandise | - | 110 |
| 0 | | 108 | Pieces | 1047 | | | General Merchandise | - | 110 |
| 0 | | 17 | Pieces | 139 | | | General Merchandise | - | 110 |
| 0 | | 345 | | 3323 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms: Collect: [ ] Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

SHIPPER SIGNATURE / DATE — Trailer Loaded: By Shipper / By Driver — Freight Counted: By Shipper / By Driver/pallets said to contain / By Driver Pieces — CARRIER SIGNATURE / PICKUP DATE

Pro Number 777-5885175-0

Additional Delivery Services Requested

- [ ] Inside Delivery
- [ ] Sort - Segregate
- [ ] Driver Delay
- [ ] Residential Delivery
- [ ] Liftgate
- [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature ______________ Date ______________

Firm KMART 8275
By W. [signature]
Shipment received in good order

HUs Received **10**

Driver CT-006264 (53-6566) Date 10/4/2018

Arrive Time 8:13 AM Depart Time 8:13 AM

Date 10/4/2018 | # And Type of Container | # And Type of PCS | Exception Type
Log # ______
Total Exceptions ______

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).

Vendor DR #1 ; RECVD: 10/18/2018 12:46:03 PM



Trailer: 53-6566
Peddle: KMART8275 (086T01)

Bills: 20
HUs: 44

Delivery Stop Manifest
10/3/2018

| Stop | Appt | Consignee | Address | Bills | HUs | |
|------|------|-----------|---------|-------|-----|---|
| 99 | | KMART DC MORRISVILLE 8275 | 1 KRESGE RD<br>FAIRLESS HILLS, PA  19030 | 20 | 44 | BOL Required |
| | | PRO | HUs | | | |
| | | 148-0663623-0 | 1 | | | |
| | | 145-9956122-1 | 1 | | | |
| | | 148-0251355-7 | 2 | | | |
| | | 148-0575223-6 | 1 | | | |
| | | 145-9170444-1 | 1 | | | |
| | | 145-9170445-8 | 1 | | | |
| | | 145-9418343-7 | 7 | | | |
| | | 148-0982285-2 | 7 | | | |
| | | 145-9084196-2 | 7 | | | |
| | | 777-5885175-0 | 10 | | | |
| | | 145-9089690-9 | 1 | | | |
| | | 145-2855556-9 | 1 | | | |
| | | 145-5848238-7 | 1 | | | |
| | | 145-9820675-0 | 1 | | | |
| | | 145-7910770-8 | 5 | | | |
| | | 148-0718819-9 | 3 | | | |
| | | 148-0204658-2 | 1 | | | |
| | | 777-5742925-1 | 2 | | | |
| | | 148-0255748-9 | 1 | | | |
| | | 148-08194460-0 | 2 | | | |



# INVOICE
1003749936

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280
SHIP TO:
K MART CORPORATION # 8292
655 SW 52ND AVE
OCALA DIST CTR
OCALA, FL 34474

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8292 | 06-SEP-18 | 13852431 | 08292282109 | 25-SEP-18 | 1003749936 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP. UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1083241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD<br>CUSTOMER SKU: 005767477 | 36 | | 36 | 5.61 | 201.96 |
| 6 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER<br>CUSTOMER SKU: 005793904 | 216 | | 216 | 6.08 | 1,313.28 |
| | | | Subtotal: | | | | | 1,546.92 |

Total: 8
Total: TOTAL CARTONS: 8

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
1,546.92

Proof Of Delivery #1 ; RECVD: 10/1/2018 12:04:19 PM

Page 2 of 2

**SUPPLEMENT TO THE BILL OF LADING**

Bill of Lading Number: 33265353

# Central Transport Delivery Receipt

**Pro Number**
**777-5885178-4**

| Ship Date |
| --- |
| 2018-09-25 |

| Reference Number |
| --- |
| 33265353 |

| Org | DC |
| --- | --- |
| 381 | 328 |

**Freight Terms**

**Freight Charges Are Prepaid**

**P.O. Number**
08292257185

**SCAC:**

**Consignee:**
OCALA RDC 8292
655 SW 52ND AVE
OCALA, FL 34474

**Shipper:**
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

### Shipment Reference Information

| Reference Name | Reference Value |
| --- | --- |
| Destination Location Code | 8292 |
| Load BOL # | 18091700325 |
| Load PO# | 08292257185 |
| Load PO# | 08292258514 |
| Load PO# | 08292260826 |
| Load PO# | 08292262169 |
| Origin Location Code | MSSOCKOIHC01 |
| OTM Booking # | 18091700533 |
| Sears Load BOL # | 9LNUM |

777-5885178-4

**Pro Number** 777-5885178-4

**Additional Delivery Services Requested**

**Firm** _____ OCALA RDC 8292

**By** _IA·MART_
Shipment received in good order

**HUs Received** _____ **10**

**Driver** CI-328404 (5313470R) **Date** 10/1/2018

**Arrive Time** 12:01 PM **Depart Time** 12:02 PM

| | Inside Delivery | | Sort - Segregate | | Driver Delay |
| --- | --- | --- | --- | --- | --- |
| | Residential Delivery | | Liftgate | | Redelivery |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

| Date 10/1/2018 | # And Type of Container | # And Type of PCS | Exception Type |
| --- | --- | --- | --- |
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(II).



# INVOICE
1003749937

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

DUNS: 14-721-7280

VENDOR:

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8292
655 SW 52ND AVE
OCALA DIST CTR
OCALA, FL 34474

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8292 | 07-AUG-18 | 13448040 | 08292257185 | 25-SEP-18 | 1003749937 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | Case | 1069867N4 | OXO SW LARGE NYLON FLEXIBLE TURNER - BLACK | 108 | | 108 | 4.76 | 514.08 |
| | | | CUSTOMER SKU: 004950871 | | | | | |
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH | 12 | | 12 | 2.64 | 31.68 |
| | | | CUSTOMER SKU: 005142302 | | | | | |
| 14 | Case | 2203700N2 | OXO SW BOTTLE BRUSH | 168 | | 168 | 2.64 | 443.52 |
| | | | CUSTOMER SKU: 005662276 | | | | | |
| 2 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER | 48 | | 48 | 6.18 | 296.64 |
| | | | CUSTOMER SKU: 005767138 | | | | | |
| 1 | Case | 1069872N4 | OXO SW 9IN TONGS W/ NYLON HEAD | 36 | | 36 | 5.31 | 191.16 |
| | | | CUSTOMER SKU: 005767273 | | | | | |
| 5 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER | 180 | | 180 | 10.07 | 1,812.60 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 4 | Case | 2324000N2 | OXO SW SILICONE SINK STRAINER WITH STOPPER | 144 | | 144 | 5.31 | 764.64 |
| | | | CUSTOMER SKU: 005774158 | | | | | |
| 3 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET | 108 | | 108 | 5.31 | 573.48 |
| | | | CUSTOMER SKU: 005774198 | | | | | |
| 4 | Case | 2102500N1 | OXO SW BOX GRATER | 64 | | 64 | 6.67 | 426.88 |
| | | | CUSTOMER SKU: 005774433 | | | | | |
| 24 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY | 192 | | 192 | 15.94 | 3,060.48 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 1 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED | 36 | | 36 | 5.14 | 185.04 |
| | | | CUSTOMER SKU: 005774560 | | | | | |
| 31 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP | 372 | | 372 | 4.12 | 1,532.64 |
| | | | CUSTOMER SKU: 005780507 | | | | | |
| 3 | Case | 80051N4 | OXO SW SWIVEL PEELER | 108 | | 108 | 4.12 | 444.96 |
| | | | CUSTOMER SKU: 005793758 | | | | | |
| 8 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER | 288 | | 288 | 6.08 | 1,751.04 |
| | | | CUSTOMER SKU: 005793904 | | | | | |
| 8 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER | 288 | | 288 | 6.65 | 1,915.20 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 11 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH | 132 | | 132 | 3.19 | 421.08 |
| | | | CUSTOMER SKU: 005804613 | | | | | |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL | 36 | | 36 | 4.58 | 164.88 |
| | | | CUSTOMER SKU: 005806650 | | | | | |
| 3 | Case | 1045421N2 | OXO SW SALAD SPINNER | 12 | | 12 | 15.45 | 185.40 |
| | | | CUSTOMER SKU: 005813082 | | | | | |
| 3 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED | 144 | | 144 | 4.11 | 591.84 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



# INVOICE

1003749937

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:
K MART CORPORATION # 8292
655 SW 52ND AVE
OCALA DIST CTR
OCALA, FL 34474

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8292 | 07-AUG-18 | 13448040 | 08292257185 | 25-SEP-18 | 1003749937 |

| WHSE: | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | CUSTOMER SKU: 005814276 | | | | | |
| 8 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER | 144 | | 144 | 5.31 | 764.64 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 4 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST | 144 | | 144 | 3.70 | 532.80 |
| | | | CUSTOMER SKU: 005814293 | | | | | |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS | 36 | | 36 | 6.89 | 248.04 |
| | | | CUSTOMER SKU: 005824752 | | | | | |
| 1 | Case | 1052196N4 | OXO SW 12in/30CM TONGS | 36 | | 36 | 5.82 | 209.52 |
| | | | CUSTOMER SKU: 005825862 | | | | | |
| 1 | Case | 2140000N1 | OXO SW SMOOTH POTATO MASHER | 24 | | 24 | 6.89 | 165.36 |
| | | | CUSTOMER SKU: 005839740 | | | | | |
| 1 | Case | 1040615N2 | OXO SW NYLON LADLE | 36 | | 36 | 3.06 | 110.16 |
| | | | CUSTOMER SKU: 005839803 | | | | | |
| 2 | Case | 21106800N1 | OXO SW 1 LB HEALTHY PORTIONS SCALE | 36 | | 36 | 6.89 | 248.04 |
| | | | CUSTOMER SKU: 006758220 | | | | | |
| 2 | Case | 21103700N2 | OXO SW BUTTER DISH | 48 | | 48 | 5.31 | 254.88 |
| | | | CUSTOMER SKU: 006758223 | | | | | |
| 2 | Case | 2140500N4 | OXO SW MEASURING CUPS & SPOONS SET - BLACK | 72 | | 72 | 4.25 | 306.00 |
| | | | CUSTOMER SKU: 008408772 | | | | | |
| 1 | Case | 2188300N3 | OXO SW NO-SPILL ICE CUBE TRAY | 36 | | 36 | 5.31 | 191.16 |
| | | | CUSTOMER SKU: 008409276 | | | | | |
| 1 | Case | 21102700N2 | OXO SW PLASTIC COCKTAIL SHAKER - SILVER | 12 | | 12 | 5.31 | 63.72 |
| | | | CUSTOMER SKU: 008409859 | | | | | |
| 2 | Case | 21120500N2 | OXO SW HAND-HELD SPIRALIZER | 72 | | 72 | 7.95 | 572.40 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| | | | Subtotal: | | | | | 18,973.96 |

Total: 156
Total: TOTAL CARTONS: 156

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

18,973.96

Proof Of Delivery #1 ; RECVD: 10/1/2018 12:04:19 PM

## Central Transport Delivery Receipt

**Pro Number**
**777-5885178-4**

| Ship Date |
|---|
| 2018-09-25 |

**Reference Number**
33265353

| Org | DC |
|---|---|
| 381 | 328 |

**Freight Terms**

**Freight Charges Are Prepaid**

**P.O. Number**
08292257185

**SCAC:**

**Consignee:**
OCALA RDC 8292
655 SW 52ND AVE
OCALA, FL 34474

**Shipper:**
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

Page 2 of 2

SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 33265353

| Shipment Reference Information | |
|---|---|
| Reference Name | Reference Value |
| Destination Location Code | 8292 |
| Load BOL # | 18091700335 |
| Load PO# | 08292257185 |
| Load PO# | 08292250514 |
| Load PO# | 08292260425 |
| Load PO# | 08292292109 |
| Origin Location Code | N35GOKOIMC01 |
| OTM Booking # | 18091700335 |
| Sears Lead BOL # | BLNUM |

777-5885178-4  Bk Pg 8

---

**Pro Number** 777-5885178-4

**Additional Delivery Services Requested**

| Firm | OCALA RDC 8292 |
|---|---|

By _K. MART_
Shipment received in good order

HUs Received  **10**

Driver _CT-328404 (5313478R)_  Date _10/1/2018_

Arrive Time _12:01 PM_ Depart Time _12:02 PM_

☐ Inside Delivery        ☐ Sort - Segregate        ☐ Driver Delay
☐ Residential Delivery   ☐ Liftgate                ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

| Date _10/1/2018_ | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(d).



# INVOICE

1003749938

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

| VENDOR: | | DUNS: 14-721-7280 | |
|---|---|---|---|
| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8289<br>333 S SPRUCE ST<br>MANTENO DIST CTR<br>MANTENO, IL 60950 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8269 | 28-AUG-18 | 13594473 | 08269239451 | 25-SEP-18 | 1003749938 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851776 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPO | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 1 | Case | 2113520N1 | OXO SW Die-Cast Bottle Opener<br>CUSTOMER SKU: 004849089 | 36 | | 36 | 5.31 | 191.16 |
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662269 | 4 | | 4 | 13.26 | 53.04 |
| 2 | Case | 2324000N2 | OXO SW SILICONE SINK STRAINER WITH STOPPER<br>CUSTOMER SKU: 005774158 | 72 | | 72 | 5.31 | 382.32 |
| 3 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET<br>CUSTOMER SKU: 005774198 | 108 | | 108 | 5.31 | 573.48 |
| 6 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP<br>CUSTOMER SKU: 005760507 | 72 | | 72 | 4.12 | 296.64 |
| 4 | Case | 80051N4 | OXO SW SWIVEL PEELER<br>CUSTOMER SKU: 005793758 | 144 | | 144 | 4.12 | 593.28 |
| 6 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER<br>CUSTOMER SKU: 005793904 | 216 | | 216 | 6.08 | 1,313.28 |
| 1 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 36 | | 36 | 6.65 | 239.40 |
| 1 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005814276 | 48 | | 40 | 4.11 | 197.28 |
| 1 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER<br>CUSTOMER SKU: 005814260 | 18 | | 18 | 5.31 | 95.58 |
| 4 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 144 | | 144 | 3.70 | 532.80 |
| 1 | Case | 2188300N3 | OXO SW NO-SPILL ICE CUBE TRAY<br>CUSTOMER SKU: 008409276 | 36 | | 36 | 5.31 | 191.16 |

Subtotal: 4,691.10

Total: 32
Total: TOTAL CARTONS: 38

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU    4,691.10 |

Proof Of Delivery #1 ; RECVD: 9/28/2018 9:22:06 AM

**CT**

## Central Transport Delivery Receipt

Pro Number
**777-5885177-6**

Ship Date
**2018-09-25**

Reference Number
33265362

| Org | DC |
|-----|-----|
| 381 | 603 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08289234582

SCAC:

**Consignee:**
KMART SEARS HOLDING CORP
333 S SPRUCE ST
MANTENO, IL 60950

**Shipper:**
HELEN OF TROY
3890 HWY 51 N
SOUTHAVEN, MS 38672

**Special Instructions**

---

Page 2 of 2

### SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 23211312

**Shipment Reference Information**

| Reference Name | Reference Value |
|----------------|-----------------|
| Reference Name | 3199 |
| Customer Number Ref # | IRJ453044 |
| Vendor # | CLW-13418Z |
| Dept PO# | 08592304## |
| Store PO# | 08289231731 |
| Dept PO# | 3036234415 |
| Department Code | 0855030065# |
| DTM Routing # | 1005150369 |
| Trlr/Load Bill # | 16NNN |

777-5885177-6

---

Pro Number  777-5885177-6

### Additional Delivery Services Requested

☐ Inside Delivery          ☐ Sort - Segregate          ☐ Driver Delay
☐ Residential Delivery     ☐ Liftgate                  ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

**Firm** KMART SEARS HOLDING CORP

**By** _____
Shipment received in good order

HUs Received          **10**

Driver CI 100244 (HENR070142)  Date  9/28/2018

Arrive Time 8:19 AM  Depart Time 8:19 AM

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|----------------|-------------------------|-------------------|----------------|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(0).



# INVOICE

1003749939

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280
SHIP TO:
K MART CORPORATION # 8292
655 SW 52ND AVE
OCALA DIST CTR
OCALA, FL 34474

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9869 - 8292 | 28-AUG-18 | 13594435 | 08292260825 | 25-SEP-18 | 1003749939 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 2151400N2 | OXO SW FISH TURNER CUSTOMER SKU: 005419856 | 24 | | 24 | 6.89 | 165.36 |
| 1 | Case | 1069872N4 | OXO SW 9IN TONGS W/ NYLON HEAD CUSTOMER SKU: 005767273 | 36 | | 36 | 5.31 | 191.16 |
| 1 | Case | 2324000N2 | OXO SW SILICONE SINK STRAINER WITH STOPPER CUSTOMER SKU: 005774158 | 36 | | 36 | 5.31 | 191.16 |
| 1 | Case | 1069163N2 | OXO SW 7 PIECE CLIP SET CUSTOMER SKU: 005774198 | 36 | | 36 | 5.31 | 191.16 |
| 4 | Case | 80051N4 | OXO SW SWIVEL PEELER CUSTOMER SKU: 005793758 | 144 | | 144 | 4.12 | 593.28 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 6 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER CUSTOMER SKU: 005793904 | 216 | | 216 | 6.08 | 1,313.28 |
| 9 | Case | 81751N3 | OXO SW CORKSCREW CUSTOMER SKU: 005908460 | 324 | | 324 | 4.08 | 1,321.92 |
| 2 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST CUSTOMER SKU: 005814293 | 72 | | 72 | 3.70 | 266.40 |
| 1 | Case | 1040621N2 | OXO SW NYLON ROUND TURNER CUSTOMER SKU: 005825790 | 36 | | 36 | 3.06 | 110.16 |
| 1 | Case | 2102600N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER CUSTOMER SKU: 005825956 | 18 | | 18 | 5.82 | 104.76 |
| 1 | Case | 21105000N1 | OXO SW 3" MINI STRAINER CUSTOMER SKU: 006758221 | 36 | | 36 | 3.70 | 133.20 |

Subtotal: 4,709.64

Total: 29
Total: TOTAL CARTONS: 29

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

4,709.64

Proof Of Delivery #1 ; RECVD: 10/1/2018 12:04:19 PM

Page 2 of 2

## SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 33265353

### Central Transport Delivery Receipt

**Pro Number**
777-5885178-4

**Ship Date**
2018-09-25

**Reference Number**
33265353

| Org | DC |
|-----|-----|
| 381 | 328 |

**Freight Terms**

**Freight Charges Are Prepaid**

**P.O. Number**
08292257185

**SCAC:**

**Consignee:**
OCALA RDC 8292
655 SW 52ND AVE
OCALA, FL 34474

**Shipper:**
OXO INTL ¼ HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

| Shipment Reference Information | |
|---|---|
| **Reference Name** | **Reference Value** |
| Destination Location Code | 8292 |
| Lead BOL # | 18001700336 |
| Lead POS | 08292257185 |
| Lead POS | 08292258514 |
| Lead POS | 08292260825 |
| Lead POS | 08292262100 |
| Origin Location Code | MISLKCHGINC01 |
| OTM Building # | 18001700336 |
| Sears Lead BOL # | #LNUM |

777-5885178-4

**Pro Number  777-5885178-4**

### Additional Delivery Services Requested

| | | | |
|---|---|---|---|
| ☐ Inside Delivery | ☐ Sort - Segregate | ☐ Driver Delay |
| ☐ Residential Delivery | ☐ Liftgate | ☐ Redelivery |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

**Firm** _____ OCALA RDC 8292

**By** _K. MART_
Shipment received in good order

**HUs Received** **10**

**Driver** CT-328404 (5313478R) **Date** 10/1/2018

**Arrive Time** 12:01 PM **Depart Time** 12:02 PM

| Date 10/1/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).



# INVOICE

1003749940

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

DUNS: 14-721-7280

SHIP TO:
K MART CORPORATION # 8292
655 SW 52ND AVE
OCALA DIST CTR
OCALA, FL 34474

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8292 | 14-AUG-18 | 13501491 | 08292258514 | 25-SEP-18 | 1003749940 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Case | 1063241N2 | OXO SW DISH BRUSH | 24 | | 24 | 2.64 | 63.36 |
| | | | CUSTOMER SKU: 005142302 | | | | | |
| 6 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES | 24 | | 24 | 13.26 | 318.24 |
| | | | CUSTOMER SKU: 005662269 | | | | | |
| 16 | Case | 2203700N2 | OXO SW BOTTLE BRUSH | 192 | | 192 | 2.64 | 506.88 |
| | | | CUSTOMER SKU: 005662276 | | | | | |
| 2 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER | 48 | | 48 | 6.18 | 296.64 |
| | | | CUSTOMER SKU: 005767138 | | | | | |
| 6 | Case | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER | 216 | | 216 | 10.07 | 2,175.12 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 6 | Case | 2102500N1 | OXO SW BOX GRATER | 96 | | 96 | 6.67 | 640.32 |
| | | | CUSTOMER SKU: 005774433 | | | | | |
| 28 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY | 224 | | 224 | 15.94 | 3,570.56 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 2 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED | 72 | | 72 | 5.14 | 370.08 |
| | | | CUSTOMER SKU: 005774560 | | | | | |
| 60 | Case | 2312400N1 | OXO SW SILICONE SINK STRAINER CLIP STRIP | 720 | | 720 | 4.12 | 2,966.40 |
| | | | CUSTOMER SKU: 005780507 | | | | | |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK | 36 | | 36 | 3.55 | 127.80 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 10 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER | 360 | | 360 | 6.65 | 2,394.00 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 2 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP | 72 | | 72 | 5.15 | 370.80 |
| | | | CUSTOMER SKU: 005804598 | | | | | |
| 11 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH | 132 | | 132 | 3.19 | 421.08 |
| | | | CUSTOMER SKU: 005804613 | | | | | |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL | 36 | | 36 | 4.58 | 164.88 |
| | | | CUSTOMER SKU: 005808659 | | | | | |
| 4 | Case | 1045421N2 | OXO SW SALAD SPINNER | 16 | | 16 | 15.45 | 247.20 |
| | | | CUSTOMER SKU: 005813082 | | | | | |
| 4 | Case | 1059199N3 | OXO SW 2 CUP ANGLED MEASURING CUP - RED | 192 | | 192 | 4.11 | 789.12 |
| | | | CUSTOMER SKU: 005814276 | | | | | |
| 12 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER | 216 | | 216 | 5.31 | 1,146.96 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS | 36 | | 36 | 6.89 | 248.04 |
| | | | CUSTOMER SKU: 005824752 | | | | | |
| 1 | Case | 1052196N4 | OXO SW 12in/30CM TONGS | 36 | | 36 | 5.82 | 209.52 |
| | | | CUSTOMER SKU: 005825862 | | | | | |
| 2 | Case | 2140000N1 | OXO SW SMOOTH POTATO MASHER | 48 | | 48 | 6.89 | 330.72 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



# INVOICE

**1003749940**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

DUNS: 14-721-7280

| VENDOR:<br>BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8292<br>655 SW 52ND AVE<br>OCALA DIST CTR<br>OCALA, FL 34474 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 9669 - 8292 | 14-AUG-18 | 13501491 | 08292258514 | 25-SEP-18 | 1003749940 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758861784 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 1 | Case | 1040615N2 | CUSTOMER SKU: 005839740<br>OXO SW NYLON LADLE | 36 | | 36 | 3.06 | 110.16 |
| 7 | Case | 21106800N1 | CUSTOMER SKU: 005839803<br>OXO SW 1 LB HEALTHY PORTIONS SCALE | 126 | | 126 | 6.89 | 868.14 |
| 3 | Case | 21103700N2 | CUSTOMER SKU: 006758220<br>OXO SW BUTTER DISH | 72 | | 72 | 5.31 | 382.32 |
| 4 | Case | 2140500N4 | CUSTOMER SKU: 006758223<br>OXO SW MEASURING CUPS & SPOONS SET -<br>BLACK | 144 | | 144 | 4.25 | 612.00 |
| 2 | Case | 2188300N3 | CUSTOMER SKU: 008408772<br>OXO SW NO-SPILL ICE CUBE TRAY | 72 | | 72 | 5.31 | 382.32 |
| 3 | Case | 21102700N2 | CUSTOMER SKU: 008409276<br>OXO SW PLASTIC COCKTAIL SHAKER -<br>SILVER | 36 | | 36 | 5.31 | 191.16 |
| 2 | Case | 21120500N2 | CUSTOMER SKU: 008409859<br>OXO SW HAND-HELD SPIRALIZER | 72 | | 72 | 7.95 | 572.40 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| | | | Subtotal: | | | | | 20,476.22 |

Total: 199
Total: TOTAL CARTONS: 199

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE. NO RETURNS WITHOUT AUTHORIZATION

**NO ANTICIPATION ALLOWED**

**THANK YOU**

| PAY THIS AMOUNT |
|---|
| 20,476.22 |

Proof Of Delivery #1 ; RECVD: 10/1/2018 12:04:19 PM

Page 2 of 2

**SUPPLEMENT TO THE BILL OF LADING**

Bill of Lading Number: 33265353

## Central Transport Delivery Receipt

**Pro Number**
**777-5885178-4**

| Ship Date |
|---|
| 2018-09-25 |

| Reference Number |
|---|
| 33265353 |

| Org | DC |
|---|---|
| 381 | 328 |

**Freight Terms**

**Freight Charges Are Prepaid**

**P.O. Number**
08292257185

**SCAC:**

**Consignee:**
OCALA RDC 8292
655 SW 52ND AVE
OCALA, FL 34474

**Shipper:**
OXO INTL % HELEN OF TROY LP
3090 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

### Shipment Reference Information

| Reference Name | Reference Value |
|---|---|
| Destination Location Code | 8792 |
| Load BOL # | 18001700335 |
| Load PO# | 08292257185 |
| Load PO# | 08292268814 |
| Load PO# | 08292290435 |
| Load PO# | 08292362109 |
| Origin Location Code | M35OONONCO1 |
| OTM Booking # | 18001700335 |
| Sears Load BOL # | BLFKM |

CT 777-5885178-4 DR Pg 2

| | | |
|---|---|---|
| Firm | OCALA RDC 8292 | **Pro Number  777-5885178-4** |

**Additional Delivery Services Requested**

By _K. MART_
Shipment received in good order

☐ Inside Delivery          ☐ Sort - Segregate          ☐ Driver Delay

**HUs Received     10**

☐ Residential Delivery     ☐ Liftgate                 ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Driver _CT-328404 (5313478R)_ Date _10/1/2018_

Customer Signature _____ Date _____

Arrive Time _12:01 PM_ Depart Time _12:02 PM_

| Date  10/1/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(II).



# INVOICE

2000032434

| | | |
|---|---|---|
| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD. ONE HELEN OF TROY PLAZA EL PASO, TX 79912 PH: 800-487-8432 FAX: 915-225-6836 | REMIT TO: OXO INTERNATIONAL LTD P.O. BOX 849920 DALLAS, TX 75284-9920 |
| VENDOR: | | DUNS: 14-721-7280 |
| BILL TO: | SEARS ROEBUCK & CO P O. BOX 660200 DALLAS A/P CENTER DALLAS, TX 75266 | SHIP TO: SEARS/KMART RSC #8780 3100 MILLIKIN AVE MIRA LOMA, CA 91752 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 12-SEP-18 | MULTIPLE | 037952 | 19-SEP-18 | 2000032434 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 24 | | 24 | 4.58 | 109.92 |
| 11 | Inner Pack | 1063189N3 | CUSTOMER SKU: 005808659 OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE | 33 | | 33 | 6.65 | 219.45 |
| 26 | Inner Pack | 87051N3 | CUSTOMER SKU: 005793974 OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE | 78 | | 78 | 6.08 | 474.24 |
| 3 | Inner Pack | 2102700N5 | CUSTOMER SKU: 005793904 OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 9 | | 9 | 5.31 | 47.79 |
| 4 | Inner Pack | 87551N4 | CUSTOMER SKU: 005793909 OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 12 | | 12 | 3.06 | 36.72 |
| 5 | Inner Pack | 21120300N2 | CUSTOMER SKU: 005814279 OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE | 15 | | 15 | 15.94 | 239.10 |
| 2 | Case | 2164600N2 | CUSTOMER SKU: 008691641 OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 8 | | 8 | 15.94 | 127.52 |
| 10 | Inner Pack | 80051N4 | CUSTOMER SKU: 007982304 OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 30 | | 30 | 4.12 | 123.60 |
| 3 | Inner Pack | 87151N2 | CUSTOMER SKU: 005793758 OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE | 9 | | 9 | 5.15 | 46.35 |
| 8 | Inner Pack | 2128000N2 | CUSTOMER SKU: 005793778 OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 24 | | 24 | 10.63 | 255.12 |
| 9 | Inner Pack | 2102500N1 | CUSTOMER SKU: 007979046 OXO SW BOX GRATER, Sales Order Number: MULTIPLE | 18 | | 18 | 6.67 | 120.06 |
| 4 | Inner Pack | 2128900N4 | CUSTOMER SKU: 005774433 OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 8 | | 8 | 15.94 | 127.52 |
| 7 | Inner Pack | 21120500N2 | CUSTOMER SKU: 005774500 OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 21 | | 21 | 7.95 | 166.95 |
| 7 | Inner Pack | 2160900N2 | CUSTOMER SKU: 008692532 OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE | 21 | | 21 | 5.15 | 108.15 |
| 11 | Inner Pack | 1069163N2 | CUSTOMER SKU: 008693854 OXO SW 7 PIECE CLIP SET, Sales Order | 33 | | 33 | 5.31 | 175.23 |

PAGE: 1

| | |
|---|---|
| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



# INVOICE

2000032434

**MAKE INQUIRIES TO:**
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

**REMIT TO:**
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

**BILL TO:**
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280

**SHIP TO:**
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 12-SEP-18 | MULTIPLE | 037952 | 19-SEP-18 | 2000032434 |

| WHSE | SHIPPING METHOD. | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77762842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Number: MULTIPLE CUSTOMER SKU: 005774198 | | | | | |
| 9 | Inner Pack | 1069971N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 27 | | 27 | 5.61 | 151.47 |
| | | | CUSTOMER SKU: 005767477 | | | | | |
| 3 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE | 9 | | 9 | 10.07 | 90.63 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 9 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE | 27 | | 27 | 3.55 | 95.85 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 9 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE | 27 | | 27 | 5.31 | 143.37 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| | | | Subtotal: | | | | | 2,859.04 |

Total: 148
Total: TOTAL CARTONS: 56

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | 2,859.04 |



# INVOICE

2000032435

**MAKE INQUIRIES TO:**
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

**REMIT TO:**
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

DUNS: 14-721-7280

**BILL TO:**
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

**SHIP TO:**
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 29-AUG-18 | MULTIPLE | 036852 | 19-SEP-18 | 2000032435 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE | 111 | | 111 | 6.08 | 674.88 |
| 2 | Inner Pack | 87151N2 | CUSTOMER SKU: 005793904 OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE | 6 | | 6 | 5.15 | 30.90 |
| 5 | Inner Pack | 60051N4 | CUSTOMER SKU: 005793778 OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 15 | | 15 | 4.12 | 61.80 |
| 3 | Inner Pack | 1052191N2 | CUSTOMER SKU: 005793758 OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE | 9 | | 9 | 5.31 | 47.79 |
| 3 | Inner Pack | 21120500N2 | CUSTOMER SKU: 005814280 OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 9 | | 9 | 7.95 | 71.55 |
| 1 | Inner Pack | 21120300N2 | CUSTOMER SKU: 008692532 OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE | 3 | | 3 | 15.94 | 47.82 |
| 4 | Inner Pack | 2160900N2 | CUSTOMER SKU: 008691641 OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE | 12 | | 12 | 5.15 | 61.80 |
| 2 | Inner Pack | 87551N4 | CUSTOMER SKU: 008693854 OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 6 | | 6 | 3.06 | 18.36 |
| 11 | Inner Pack | 60751N2 | CUSTOMER SKU: 005814279 OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 33 | | 33 | 4.58 | 151.14 |
| 7 | Inner Pack | 1069871N4 | CUSTOMER SKU: 005808659 OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 21 | | 21 | 5.61 | 117.81 |
| 1 | Inner Pack | 2128100N2 | CUSTOMER SKU: 005767477 OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE | 3 | | 3 | 10.07 | 30.21 |
| 8 | Inner Pack | 1069163N2 | CUSTOMER SKU: 005773461 OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE | 24 | | 24 | 5.31 | 127.44 |
| 1 | Inner Pack | 2102700N5 | CUSTOMER SKU: 005774198 OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 3 | | 3 | 5.31 | 15.93 |
| 4 | Inner Pack | 2102500N1 | CUSTOMER SKU: 005793909 OXO SW BOX GRATER, Sales Order Number: MULTIPLE | 8 | | 8 | 6.67 | 53.36 |
| 6 | Inner Pack | 1063930N4 | CUSTOMER SKU: 005774433 OXO SW NYLON FLEXIBLE TURNER - BLACK, | 18 | | 18 | 3.55 | 63.90 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

**PAY THIS AMOUNT**

NO ANTICIPATION ALLOWED

**THANK YOU**

CONTINUE



# INVOICE
2000032435

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

DUNS: 14-721-7280

VENDOR:
BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 29-AUG-18 | MULTIPLE | 036852 | 19-SEP-18 | 2000032435 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77762842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| | | | Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | | | | | |
| 1 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 3 | | 3 | 10.63 | 31.89 |
| | | | CUSTOMER SKU: 007979046 | | | | | |
| 1 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774606 | 2 | | 2 | 15.94 | 31.88 |
| | | | Subtotal: | | | | | 1,638.46 |
| | | Total: | 97 | | | | | |
| | | Total: | TOTAL CARTONS: 43 | | | | | |

PAGE: 2

PAY THIS AMOUNT

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

1,638.46

Central Transport Delivery Receipt

Pro Number
777-5284216-9

Freight Charges
Are Prepaid

Pro Number 777-5284216-9

Additional Delivery Services Requested

HUs Received _____ 3



BILL OF LADING

Page 1 of 1



# INVOICE

2000032481

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 12-SEP-18 | MULTIPLE | 011996 | 25-SEP-18 | 2000032481 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851743 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP. UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 4 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 12 | | 12 | 5.31 | 63.72 |
| 13 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 39 | | 39 | 3.55 | 138.45 |
| 4 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 12 | | 12 | 15.94 | 191.28 |
| 2 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 4 | | 4 | 15.94 | 63.76 |
| 42 | Inner Pack | 67051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 126 | | 126 | 6.08 | 766.08 |
| 15 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 45 | | 45 | 4.12 | 185.40 |
| 1 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE CUSTOMER SKU: 007979046 | 3 | | 3 | 10.63 | 31.89 |
| 7 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 14 | | 14 | 6.67 | 93.38 |
| 8 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 24 | | 24 | 7.95 | 190.80 |
| 10 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 30 | | 30 | 5.31 | 159.30 |
| 13 | Inner Pack | 1069671N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 39 | | 39 | 5.61 | 218.79 |
| 4 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 12 | | 12 | 10.07 | 120.84 |
| 5 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 15 | | 15 | 6.65 | 99.75 |
| 7 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 21 | | 21 | 5.31 | 111.51 |
| 4 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales | 12 | | 12 | 5.15 | 61.80 |

PAGE: 1

| | PAY THIS AMOUNT |
|---|---|
| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | |
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



# INVOICE

**2000032481**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6636 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

| BILL TO: | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 | DUNS: 14-721-7280<br>SHIP TO: | SEARS/KMART RSC #8781<br>1475 NITTERHOUSE RD<br>CHAMBERSBURG, PA 17201 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 12-SEP-18 | MULTIPLE | 011996 | 25-SEP-18 | 2000032481 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77756851743 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Order Number: MULTIPLE<br>CUSTOMER SKU: 008893854 | | | | | |
| 4 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 12 | | 12 | 4.58 | 54.96 |
| | | | CUSTOMER SKU: 005808859 | | | | | |
| 3 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 9 | | 9 | 3.06 | 27.54 |
| | | | CUSTOMER SKU: 005814279 | | | | | |
| 2 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 8 | | 8 | 15.94 | 127.52 |
| | | | CUSTOMER SKU: 007982304 | | | | | |
| 3 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE | 9 | | 9 | 5.15 | 46.35 |
| | | | CUSTOMER SKU: 005793778 | | | | | |
| | | | Subtotal: | | | | | 2,753.12 |

Total: 151
Total: TOTAL CARTONS: 56

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

**PAY THIS AMOUNT**

THANK YOU    2,753.12

Proof Of Delivery #1 ; RECVD=9/28/2018 5:53:12 PM

**Central Transport Delivery Receipt**

Pro Number
**777-5885174-3**

Ship Date
**2018-09-25**

Reference Number
33254611

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08781010872

SCAC:

Consignee:
CHAMBERSBURG REGIONAL DC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17201

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

| BILL OF LADING | | BOL Number: | 33254611 |
|---|---|---|---|

Carrier:   Central Transport International

**SHIP FROM**

Name       OXO INTERNATIONAL
Address 1  C/O HELEN OF TROY LP
Address 2  3890 HWY 51
Address 3
City/State/Zip   SOUTHAVEN, MS, 38671
MSSOO   P   662-449-2554 Ext.       F:
Stop Notes:

Pick up date: 9/19/2018
Trailer #:                Seal #:

**BAR CODE SPACE**

**SHIP TO**

Name:       8781 CHAMBERSBURG RSC
Address 1:  1475 Nitterhouse Dr
Address 2:
Address 3:
City/State/Zip.   CHAMBERSBURG, PA, 17201
SLMBR   P:   717-709-4463 Ext.       F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8781 |
| Load PO# 08781010862 | |
| Load PO# 08781010872 | |
| Load PO# 08781011996 | |
| Origin Location Code | MSSOOXOINC01 |
| OTM Booking # | 180917003111 |
| Sears Load BOL # | SLMUM |

For complete list of reference numbers, please see Attached
Supplement Page

1091961    10919669
10919943
109190

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:        Carrier Acct #:
Prepaid [X] Collect [ ] 3rd Party [X]  Quote ID:

Special Instructions:
08781003000100 KMART PRODUCT 08781008362000 KMART
PRODUCT 08781007200 KMART PRODUCT 08781011996000
KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre approved by Echo or noted
on this bill of lading.

LTL or Partial Only:
# of Pallets:   Pallet Type:     Skid Spots:  Stackable  No
Pallet Dimensions:         L     W:     H.

**Shipper Instructions**
Pickup #:   180917003111
Loc Type    Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type    Business
Special Services:
Processing Fee

777-5885174-3

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 11 | Pieces | 180 | | | General Merchandise | · | 110 |
| 0 | | 151 | Pieces | 305 | | | General Merchandise | · | 110 |
| 0 | | 12 | Pieces | 154 | | | General Merchandise | · | 110 |
| 0 | | 19 | Pieces | 30 | | | General Merchandise | · | 110 |
| 0 | | 193 | | 618 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:  Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability: Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

SHIPPER SIGNATURE / DATE     Trailer Loaded    Freight Counted     CARRIER SIGNATURE / PICKUP DATE

Shipper:          Date:      By Shipper   By Shipper
                  By Driver   By Driver/Pallets
                              By Driver/Pieces

Carrier:

---

Pro Number   777-5885174-3

**Additional Delivery Services Requested**

Firm   CHAMBERSBURG REGIONAL DC

By   217103
Shipment received in good order

HUs Received   7

Driver  GT-217103 (53-9802)  Date  9/28/2018

Arrive Time  5:49 PM  Depart Time  5:50 PM

| [ ] Inside Delivery | [ ] Sort - Segregate | [ ] Driver Delay |
|---|---|---|
| [ ] Residential Delivery | [ ] Liftgate | [ ] Redelivery |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Date  9/28/2018    # And Type of Container    # And Type of PCS    Exception Type

Log # _____
Total
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is
limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(B).



# INVOICE
2000032482

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 650200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 29-AUG-18 | MULTIPLE | 010872 | 25-SEP-18 | 2000032482 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | PRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851743 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 12 | | 12 | 4.12 | 49.44 |
| 1 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793796 | 3 | | 3 | 3.55 | 10.65 |
| 1 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 2 | | 2 | 6.67 | 13.34 |
| 2 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774196 | 6 | | 6 | 5.31 | 31.86 |
| 3 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 9 | | 9 | 6.65 | 59.85 |
| 1 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE CUSTOMER SKU: 007979046 | 3 | | 3 | 10.63 | 31.89 |
| 2 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 006767477 | 6 | | 6 | 5.61 | 33.66 |
| 1 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 3 | | 3 | 5.31 | 15.93 |
| 1 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 3 | | 3 | 7.95 | 23.85 |
| 3 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005800659 | 9 | | 9 | 4.58 | 41.22 |
| | | | Subtotal: | | | | | 311.69 |

Total: 19
Total: TOTAL CARTONS: 8

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
311.69

Proof Of Delivery #1 : RECVD: 9/28/2018 5:53:12 PM

**Central Transport Delivery Receipt**

**Pro Number**
**777-5885174-3**

Ship Date
**2018-09-25**

Reference Number
**33254611**

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08781010872

SCAC:

Consignee:
CHAMBERSBURG REGIONAL DC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17201

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

| BILL OF LADING | | BOL Number: 33254611 |
|---|---|---|

| SHIP FROM | Carrier   Central Transport International |
|---|---|

| | |
|---|---|
| Name: | OXO INTERNATIONAL |
| Address 1 | C/O HELEN OF TROY LP |
| Address 2: | 3890 HWY 51 |
| Address 3: | |
| City/State/Zip. | SOUTHAVEN, MS, 38671 |
| MSSOO    P | 562-449-2554 Ext.       F: |
| Stop Notes. | |

Pb #

**BAR CODE SPACE**

Pick up date: 9/19/2018
Trailer #                     Seal #:

| SHIP TO | REFERENCE INFORMATION |
|---|---|

| | |
|---|---|
| Name: | 8781 CHAMBERSBURG RSC |
| Address 1 | 1475 Nitterhouse Dr |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | CHAMBERSBURG, PA, 17201 |
| SUMBR      P: | 717-709-4463 Ext.       F: |
| Stop Notes: | |

| Reference Name | Value |
|---|---|
| Destination Location Code | 8781 |
| Lead PO# | 08781008362 |
| Lead PO# | 08781010872 |
| Lead PO# | 08781011095 |
| Origin Location Code | MSSOOXBINC01 |
| OTM Booking # | 18091700311 |
| Gern Lead BOL # | BLMUM |

For complete list of reference numbers, please see Attached
Supplement Page

THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:
Prepaid [x] Collect [ ] 3rd Party [x]   Quote ID:

Carrier Acct #:

1.09196-1   10919669
*09190043
1.09190062

Special Instructions:
08781008360/200 KMART PRODUCT 08781008830/200 KMART
PRODUCT 08781010872/00/200 KMART PRODUCT 08781011109/600
KMART PRODUCT
See Shipper and Consignee Instructions

Shipper Instructions
Pickup #:   18091700311
Loc Type:  Business
Special Services:

Consignee Instructions
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

LTL or Partial Only:
# of Pallets: 6   Pallet Type:       Skid Spots:      Stackable: No
Pallet Dimensions:                    L:       W:       H:

777-5885174-3   BM.

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 11 | Pieces | 160 | | | General Merchandise | - | 110 |
| 0 | | 151 | Pieces | 305 | | | General Merchandise | | 110 |
| 0 | | 12 | Pieces | 154 | | | General Merchandise | | 110 |
| 0 | | 19 | Pieces | 20 | | | General Merchandise | - | 110 |
| 0 | | 193 | Pieces | 639 | | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ⊠ 14706(c)(1)(A) and (B).

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | [ ] By Shipper | [ ] By Shipper | |
| | [ ] By Driver | [ ] By Driver/Pallets said in/said n | Carrier |
| Shipper:          Date: | | [ ] By Driver/Pieces | |

Shipper Signature

---

Pro Number  777-5885174-3

**Additional Delivery Services Requested**

Firm   CHAMBERSBURG REGIONAL DC

By   2 17103
Shipment received in good order

HUs Received   **7**

Driver  CT-217103 (53-9902)   Date  9/28/2018

Arrive Time  5:49 PM   Depart Time  5:50 PM

[ ] Inside Delivery         [ ] Sort - Segregate      [ ] Driver Delay

[ ] Residential Delivery    [ ] Liftgate              [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees
to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Date  9/28/2018        # And Type of Container    # And Type of PCS    Exception Type

Log # _____

Total
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is
limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).



# INVOICE

2000032483

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 25-JUL-18 | MULTIPLE | 007852 | 25-SEP-18 | 2000032483 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 99 | | 99 | 10.07 | 996.93 |
| 1 | Case | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 18 | | 18 | 5.31 | 95.58 |
| 33 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 99 | | 99 | 4.58 | 453.42 |
| 11 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 33 | | 33 | 5.31 | 175.23 |
| 24 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 48 | | 48 | 6.67 | 320.16 |
| 24 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 72 | | 72 | 7.95 | 572.40 |
| 26 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 78 | | 78 | 5.15 | 401.70 |
| 26 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 78 | | 78 | 5.31 | 414.18 |
| 20 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 60 | | 60 | 5.61 | 336.60 |
| 1 | Case | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 36 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 108 | | 108 | 6.08 | 656.64 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 27 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 81 | | 81 | 3.06 | 247.86 |
| 12 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 36 | | 36 | 15.94 | 573.84 |
| 47 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order | 141 | | 141 | 4.12 | 580.92 |

PAGE 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU

CONTINUE



# INVOICE

2000032483

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 25-JUL-18 | MULTIPLE | 007852 | 25-SEP-18 | 2000032483 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Number: MULTIPLE | | | | | |
| | | | CUSTOMER SKU: 005793758 | | | | | |
| 20 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 80 | | 80 | 15.94 | 1,275.20 |
| | | | CUSTOMER SKU: 007962304 | | | | | |
| 76 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE | 228 | | 228 | 5.31 | 1,210.68 |
| | | | CUSTOMER SKU: 005774198 | | | | | |
| 23 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 46 | | 46 | 15.94 | 733.24 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 32 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE | 96 | | 96 | 6.65 | 638.40 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 16 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 48 | | 48 | 10.63 | 510.24 |
| | | | CUSTOMER SKU: 007979046 | | | | | |
| 25 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE | 75 | | 75 | 3.55 | 266.25 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 7 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 56 | | 56 | 15.94 | 892.64 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| | | | Subtotal: | | | | | 11,586.63 |

Total: 521
Total: TOTAL CARTONS: 132

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU       11,586.63

Proof Of Delivery #1 ; RECVD: 10/11/2018 8:45:10 AM

# Central Transport Delivery Receipt

**Pro Number**
777-5446591-0

**Ship Date**
2018-09-27

**Reference Number**

| Org | DC |
|-----|-----|
| 381 | 217 |

**Freight Terms**
**Freight Charges Are Prepaid**

**P.O. Number**
02784010824

**SCAC:**

**Consignee:**
8781 CHAMBERSBURG RSC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17202

**Shipper:**
OXO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

Pro Number  777-5446591-0

**Additional Delivery Services Requested**

Firm _____ 8781 CHAMBERSBURG RSC

By _____
Shipment received in good order

HUs Received _____ **13**

Driver _____ Date 10/11/2018

Arrive Time 7:50 AM  Depart Time 7:50 AM

☐ Inside Delivery        ☐ Sort - Segregate        ☐ Driver Delay
☐ Residential Delivery   ☐ Liftgate                ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____        Date _____

| Date 10/11/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(I).



# INVOICE

2000032484

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO I |
|---|---|---|---|---|---|
| 80008 - 6781 | 11-JUL-18 | MULTIPLE | 008591 | 25-SEP-18 | 2000032484 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 2 | Inner Pack | 2126000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 6 | | 6 | 10.63 | 63.78 |
| 1 | Inner Pack | 80751N2 | CUSTOMER SKU: 007979048 OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 3 | | 3 | 4.56 | 13.74 |
| 1 | Inner Pack | 2160900N2 | CUSTOMER SKU: 005808859 OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE | 3 | | 3 | 5.15 | 15.45 |
| 7 | Inner Pack | 1052191N2 | CUSTOMER SKU: 008693854 OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE | 21 | | 21 | 5.31 | 111.51 |
| 15 | Inner Pack | 2126900N4 | CUSTOMER SKU: 005814280 OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 30 | | 30 | 15.94 | 478.20 |
| 4 | Inner Pack | 1069163N2 | CUSTOMER SKU: 005774506 OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE | 12 | | 12 | 5.31 | 63.72 |
| | Case | 2164600N2 | CUSTOMER SKU: 005774198 OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 4 | | 4 | 15.94 | 83.76 |
| 1 | Inner Pack | 2102700N5 | CUSTOMER SKU: 007982304 OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 3 | | 3 | 5.31 | 15.93 |
| 6 | Inner Pack | 87051N3 | CUSTOMER SKU: 005793909 OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE | 18 | | 18 | 6.08 | 109.44 |
| 7 | Inner Pack | 80051N4 | CUSTOMER SKU: 005793904 OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 21 | | 21 | 4.12 | 86.52 |
| 2 | Inner Pack | 2128100N2 | CUSTOMER SKU: 005793758 OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE | 6 | | 6 | 10.07 | 60.42 |
| 4 | Inner Pack | 1069871N4 | CUSTOMER SKU: 005773461 OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 12 | | 12 | 5.61 | 67.32 |
| 4 | Inner Pack | 2112050N2 | CUSTOMER SKU: 005767477 OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 12 | | 12 | 7.95 | 95.40 |
| 2 | Inner Pack | 2102500N1 | CUSTOMER SKU: 008692532 OXO SW BOX GRATER, Sales Order Number: MULTIPLE | 4 | | 4 | 6.67 | 26.68 |
| 9 | Inner Pack | 1063189N3 | CUSTOMER SKU: 005774433 OXO SW SNAP-LOCK CAN OPENER, Sales | 27 | | 27 | 6.65 | 179.55 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



# INVOICE

2000032484

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280
SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 60008 - 8781 | 11-JUL-18 | MULTIPLE | 000591 | | 25-SEP-18 | 2000032484 |
| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
| OXO | ECHO GLOBAL | 25-SEP-18 | 77764465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHIPPD | | |
| | | | Order Number: MULTIPLE CUSTOMER SKU: 005793974 | | | | | |
| 6 | Inner Pack | 1083939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE | 18 | | 18 | 3.55 | 63.90 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 2 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 6 | | 6 | 3.06 | 18.36 |
| | | | CUSTOMER SKU: 005814279 | | | | | |
| | | | Subtotal: | | | | | 1,533.68 |

Total: 74
Total: TOTAL CARTONS: 22

PAGE 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED          THANK YOU          1,533.68

Proof Of Delivery #1 ; RECVD: 10/11/2018 8:45:10 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5446591-0**

Ship Date
**2018-09-27**

Reference Number

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges
Are Prepaid**

P.O. Number
02784010024

SCAC:

Consignee:
8701 CHAMBERSBURG RSC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17202

Shipper:
OXO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

Pro Number  **777-5446591-0**

Additional Delivery Services Requested

Firm ___ 8701 CHAMBERSBURG RSC

By ___
Shipment received in good order

☐ Inside Delivery          ☐ Sort - Segregate          ☐ Driver Delay
☐ Residential Delivery     ☐ Liftgate                  ☐ Redelivery

HUs Received    **13**

By signing below, Consignee acknowledges that additional delivery service was performed and agrees
to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Driver ___ C1-71711 (67 0003)  Date 10/11/2018

Arrive Time 7:58 AM  Depart Time 7:58 AM

Date 10/11/2018    # And Type of Container    # And Type of PCS    Exception Type

Log # _____
Total
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is
limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(f).



# INVOICE
2000032485

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 24-JUL-18 | MULTIPLE | 033852 | 25-SEP-18 | 2000032485 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77759851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE | 24 | | 24 | 6.67 | 160.08 |
| | | | CUSTOMER SKU: 005774433 | | | | | |
| 8 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE | 24 | | 24 | 6.65 | 159.60 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 8 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE | 24 | | 24 | 6.08 | 145.92 |
| | | | CUSTOMER SKU: 005793904 | | | | | |
| 49 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE | 147 | | 147 | 5.31 | 780.57 |
| | | | CUSTOMER SKU: 005774198 | | | | | |
| 7 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 21 | | 21 | 5.31 | 111.51 |
| | | | CUSTOMER SKU: 005793909 | | | | | |
| 8 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 24 | | 24 | 4.58 | 109.92 |
| | | | CUSTOMER SKU: 005808659 | | | | | |
| 13 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE | 39 | | 39 | 5.31 | 207.09 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 13 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE | 39 | | 39 | 3.55 | 138.45 |
| | | | CUSTOMER SKU: 005793796 | | | | | |
| 11 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE | 33 | | 33 | 5.15 | 169.95 |
| | | | CUSTOMER SKU: 005793778 | | | | | |
| 4 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 16 | | 16 | 15.94 | 255.04 |
| | | | CUSTOMER SKU: 007982304 | | | | | |
| 5 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE | 15 | | 15 | 10.07 | 151.05 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 11 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 33 | | 33 | 4.12 | 135.96 |
| | | | CUSTOMER SKU: 005793758 | | | | | |
| 11 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 22 | | 22 | 15.94 | 350.68 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 4 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 12 | | 12 | 10.63 | 127.56 |
| | | | CUSTOMER SKU: 007979046 | | | | | |
| 3 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales | 9 | | 9 | 5.15 | 46.35 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



**INVOICE**

2000032485

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 24-JUL-18 | MULTIPLE | 033652 | 25-SEP-18 | 2000032485 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Order Number: MULTIPLE CUSTOMER SKU: 008693854 | | | | | |
| 5 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 15 | | 15 | 5.61 | 84.15 |
| | | | CUSTOMER SKU: 008767477 | | | | | |
| 2 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE | 6 | | 6 | 15.94 | 95.64 |
| | | | CUSTOMER SKU: 008691641 | | | | | |
| 2 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 6 | | 6 | 3.06 | 18.36 |
| | | | CUSTOMER SKU: 005814279 | | | | | |
| 4 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 12 | | 12 | 7.95 | 95.40 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| | | | Subtotal: | | | | | 3,343.28 |

Total: 180
Total: TOTAL CARTONS: 67

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

THANK YOU

PAY THIS AMOUNT
3,343.28



# INVOICE

2000032486

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432 FAX: 915-225-8836 |
|---|---|

REMIT TO:  OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920

VENDOR:

BILL TO:  SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266

DUNS: 14-721-7280

SHIP TO:  SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 22-AUG-18 | MULTIPLE | 036269 | 25-SEP-18 | 2000032486 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | QUANTITY (UNITS) | | | | |
| 6 | Case | 2184600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE | 24 | | 24 | 15.94 | 382.56 |
| | | | CUSTOMER SKU: 007982304 | | | | | |
| 30 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE | 90 | | 90 | 5.31 | 477.90 |
| | | | CUSTOMER SKU: 005774198 | | | | | |
| 13 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE | 39 | | 39 | 4.58 | 178.62 |
| | | | CUSTOMER SKU: 005808659 | | | | | |
| 8 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 24 | | 24 | 5.31 | 127.44 |
| | | | CUSTOMER SKU: 005793909 | | | | | |
| 8 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE | 24 | | 24 | 5.15 | 123.60 |
| | | | CUSTOMER SKU: 005793778 | | | | | |
| 7 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE | 21 | | 21 | 5.31 | 111.51 |
| | | | CUSTOMER SKU: 005814280 | | | | | |
| 13 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE | 26 | | 26 | 15.94 | 414.44 |
| | | | CUSTOMER SKU: 005774506 | | | | | |
| 12 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE | 36 | | 36 | 3.55 | 127.80 |
| | | | CUSTOMER SKU: 005793798 | | | | | |
| 15 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 45 | | 45 | 4.12 | 185.40 |
| | | | CUSTOMER SKU: 005793759 | | | | | |
| 2 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 6 | | 6 | 3.06 | 18.36 |
| | | | CUSTOMER SKU: 005814279 | | | | | |
| 7 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE | 21 | | 21 | 5.15 | 108.15 |
| | | | CUSTOMER SKU: 008693854 | | | | | |
| 1 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE | 3 | | 3 | 10.07 | 30.21 |
| | | | CUSTOMER SKU: 005773461 | | | | | |
| 12 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 36 | | 36 | 5.61 | 201.96 |
| | | | CUSTOMER SKU: 005767477 | | | | | |
| 13 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE | 26 | | 26 | 6.67 | 173.42 |
| | | | CUSTOMER SKU: 005774433 | | | | | |
| 11 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, | 33 | | 33 | 6.08 | 200.64 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU | CONTINUE |



**INVOICE**

2000032486

MAKE
INQUIRIES
TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-8836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 6780 | 22-AUG-18 | MULTIPLE | 036286 | 25-SEP-18 | 2000032486 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | | | | | |
| 5 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 15 | | 15 | 7.95 | 119.25 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| 7 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE | 21 | | 21 | 6.65 | 139.65 |
| | | | CUSTOMER SKU: 005793974 | | | | | |
| 3 | Inner Pack | 2126000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 9 | | 9 | 10.63 | 95.67 |
| | | | CUSTOMER SKU: 007979046 | | | | | |
| 3 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691541 | 9 | | 9 | 15.94 | 143.46 |
| | | | Subtotal: | | | | | 3,360.04 |
| | Total: | 176 | | | | | | |
| | Total: | TOTAL CARTONS: 75 | | | | | | |

PAGE: 2

PAY THIS AMOUNT

3,360.04





# INVOICE
2000032489

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432 FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:
BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280
SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 28-AUG-18 | MULTIPLE | 036801 | 25-SEP-18 | 2000032489 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77756851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 6 | | 6 | 5.15 | 30.90 |
| 4 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 12 | | 12 | 6.08 | 72.96 |
| 4 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 12 | | 12 | 4.58 | 54.96 |
| 2 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 6 | | 6 | 5.31 | 31.86 |
| 2 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 6 | | 6 | 6.65 | 39.90 |
| 12 | Inner Pack | 1059163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774196 | 36 | | 36 | 5.31 | 191.16 |
| | | | Subtotal: | | | | | 421.74 |

Total: 26
Total: TOTAL CARTONS: 13

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT
421.74

THANK YOU







# INVOICE

2000032490

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:

SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280

SHIP TO:  SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 24-JUL-18 | MULTIPLE | 007795 | 25-SEP-18 | 2000032490 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 36 | | 36 | 4.12 | 148.32 |
| 12 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 36 | | 36 | 6.08 | 218.88 |
| 33 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 99 | | 99 | 5.31 | 525.69 |
| 5 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793778 | 15 | | 15 | 5.15 | 77.25 |
| 15 | Inner Pack | 1062191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 45 | | 45 | 5.31 | 238.95 |
| 4 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 12 | | 12 | 5.31 | 63.72 |
| 3 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 9 | | 9 | 3.06 | 27.54 |
| 3 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 006691641 | 9 | | 9 | 15.94 | 143.46 |
| 7 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 21 | | 21 | 6.65 | 139.65 |
| 19 | Inner Pack | 2128900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 38 | | 38 | 15.94 | 605.72 |
| 10 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 30 | | 30 | 4.58 | 137.40 |
| 18 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 54 | | 54 | 10.07 | 543.78 |
| 2 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 6 | | 6 | 7.95 | 47.70 |
| 3 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 9 | | 9 | 5.61 | 50.49 |
| 4 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR | 16 | | 16 | 15.94 | 255.04 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU |  CONTINUE |



# INVOICE
**2000032490**

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849820
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 24-JUL-18 | MULTIPLE | 007795 | 25-SEP-18 | 2000032490 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77764465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | LID, Sales Order Number: MULTIPLE CUSTOMER SKU: 007982304 | | | | | |
| 4 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 12 | | 12 | 5.15 | 61.80 |
| 3 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 9 | | 9 | 3.55 | 31.95 |
| 4 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 8 | | 8 | 6.67 | 53.36 |
| | | | Subtotal: | | | | | 3,370.70 |

Total: 161
Total: TOTAL CARTONS: 60

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU   3,370.70

Proof Of Delivery #1 ; RECVD: 10/11/2018 8:45:10 AM

## Central Transport Delivery Receipt

Pro Number
**777-5446591-0**

Ship Date
2018-09-27

Reference Number

| Org | DO |
|-----|-----|
| 381 | 217 |

Freight Terms

**Freight Charges Are Prepaid**

P.O. Number
02784010824

SCAC:

Consignee:
8701 CHAMBERSBURG RSC
1475 RITTERHOUSE DR
CHAMBERSBURG, PA 17201

Shipper:
OXO INTERNATIONAL
3090 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 332760914

Page 2 of 2

Pro Number    777-5446591-0

### Additional Delivery Services Requested

☐ Inside Delivery        ☐ Sort - Segregate        ☐ Driver Delay

☐ Residential Delivery        ☐ Liftgate        ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature_____ Date _____

Firm _____8781 CHAMBERSBURG RSC_____

By _____
Shipment received in good order

HUs Received        **13**

Driver CF-217110 (49-8083) Date 10/11/2018

Arrive Time 7:58 AM Depart Time 7:58 AM

| Date 10/11/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(D)(I).



# INVOICE
2000032491

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:

OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:

SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:

SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 25-JUL-18 | MULTIPLE | 033910 | 25-SEP-18 | 2000032491 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 18 | | 18 | 15.94 | 286.92 |
| 19 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 57 | | 57 | 5.61 | 319.77 |
| 20 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 60 | | 60 | 6.65 | 399.00 |
| 15 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 45 | | 45 | 6.08 | 273.60 |
| 14 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 42 | | 42 | 5.15 | 216.30 |
| 25 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 50 | | 50 | 15.94 | 797.00 |
| 7 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 21 | | 21 | 10.07 | 211.47 |
| 1 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 8 | | 8 | 15.94 | 127.52 |
| 32 | Inner Pack | 60751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 96 | | 96 | 4.58 | 439.68 |
| 90 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 270 | | 270 | 5.31 | 1,433.70 |
| 39 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 78 | | 78 | 6.67 | 520.26 |
| 34 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 102 | | 102 | 3.55 | 362.10 |
| 19 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE CUSTOMER SKU: 007979046 | 57 | | 57 | 10.63 | 605.91 |
| 12 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 36 | | 36 | 3.06 | 110.16 |
| 21 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order | 63 | | 63 | 5.31 | 334.53 |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

NO ANTICIPATION ALLOWED

THANK YOU

CONTINUE



# INVOICE
2000032491

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

DUNS: 14-721-7280
SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 25-JUL-18 | MULTIPLE | 033910 | 25-SEP-18 | 2000032491 |

| WHSE: | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Number: MULTIPLE<br>CUSTOMER SKU: 005814280 | | | | | |
| 44 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order<br>Number: MULTIPLE | 132 | | 132 | 4.12 | 543.84 |
| | | | CUSTOMER SKU: 005793758 | | | | | |
| 25 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales<br>Order Number: MULTIPLE | 75 | | 75 | 7.95 | 596.25 |
| | | | CUSTOMER SKU: 008692532 | | | | | |
| 13 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales<br>Order Number: MULTIPLE | 39 | | 39 | 5.31 | 207.09 |
| | | | CUSTOMER SKU: 005793909 | | | | | |
| 19 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR<br>LID, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 007982304 | 76 | | 76 | 15.94 | 1,211.44 |
| | | | Subtotal: | | | | | 8,996.54 |
| | | Total: 455 | | | | | | |
| | | Total: TOTAL CARTONS: 127 | | | | | | |

PAGE: 2

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU   8,996.54





# INVOICE

2000032492

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8781 | 28-AUG-18 | MULTIPLE | 010824 | 25-SEP-18 | 2000032492 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 12 | | 12 | 6.08 | 72.96 |
| 22 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 66 | | 66 | 5.31 | 350.46 |
| 2 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 6 | | 6 | 5.31 | 31.86 |
| 2 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 6 | | 6 | 5.61 | 33.66 |
| | | | Subtotal: | | | | | 488.94 |
| | | Total: 30 Total: TOTAL CARTONS: 15 | | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

NO ANTICIPATION ALLOWED

PAY THIS AMOUNT

THANK YOU    488.94

Proof Of Delivery #1 ; RECVD: 10/11/2018 8:45:10 AM

**Central Transport Delivery Receipt**

Pro Number
**777-5446591-0**

Ship Date
2018-09-27

Reference Number

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
02784010924

SCAC:

Consignee:
0781 CHAMBERSBURG RSC
1475 RITTENHOUSE DR
CHAMBERSBURG, PA 17202

Shipper:
OXO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

Pro Number   777-5446591-0

**Additional Delivery Services Requested**

Firm    0781 CHAMBERSBURG RSC

By _____
Shipment received in good order

HUs Received     **13**

Driver  CT-217118(49-0003)  Date  10/11/2018

Arrive Time  7:58 AM  Depart Time  7:58 AM

☐ Inside Delivery    ☐ Sort - Segregate    ☐ Driver Delay

☐ Residential Delivery   ☐ Liftgate    ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

| Date 10/11/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|-----|-----|-----|-----|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(B).



# INVOICE
2000032493

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

| BILL TO: | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 | DUNS: 14-721-7280<br>SHIP TO: | SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|---|
| 80008 - 8780 | 10-JUL-18 | MULTIPLE | 032868 | 25-SEP-18 | 2000032493 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77756851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) ORDER | QUANTITY (UNITS) B/O | QUANTITY (UNITS) SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | Inner Pack | 1063186N3 | OXO SW SNAP-LOCK CAN OPENER, Sales<br>Order Number: MULTIPLE<br>CUSTOMER SKU: 005793974 | 6 | | 6 | 6.65 | 39.90 |
| | | | Subtotal: | | | | | 39.90 |
| | | Total: 2<br>Total: | TOTAL CARTONS: 1 | | | | | |

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

| | PAY THIS AMOUNT |
|---|---|
| NO ANTICIPATION ALLOWED | THANK YOU  39.90 |

