**EXHIBIT B**

#110532034 v4

# INVOICE

**1003747478**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8305 | 31-JUL-18 | 13397538 | 08305219867 | 21-SEP-18 | 1003747478 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 7 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 84 | | 84 | 2.64 | 221.76 |
| 3 | Case | 1064626N1 | OXO SW ANALOG SINGLE TIMER<br>CUSTOMER SKU: 005662291 | 72 | | 72 | 5.31 | 382.32 |
| 9 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 72 | | 72 | 15.94 | 1,147.68 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 2 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 72 | | 72 | 6.65 | 478.80 |
| 7 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 84 | | 84 | 3.19 | 267.96 |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005808659 | 36 | | 36 | 4.58 | 164.88 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |

Subtotal: 2,956.08

Total: 32
Total: TOTAL CARTONS: 32

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

**PAY THIS AMOUNT**

**NO ANTICIPATION ALLOWED**    **THANK YOU**    **2,956.08**

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

# Central Transport Delivery Receipt

**Pro Number**
**777-5885172-7**

**Ship Date**
2018-09-26

**Reference Number**

| Org | DC |
|-----|-----|
| 381 | 445 |

**Freight Terms**

## Freight Charges Are Prepaid

**P.O. Number**
08305219867

**SCAC:**

**Consignee:**
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

**Shipper:**
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

### Special Instructions

---

| BILL OF LADING | BOL Number:  33254569 |
|---|---|

**SHIP FROM**
Name:      OXO INTERNATIONAL
Address 1:   C/O HELEN OF TROY LP
Address 2:   3890 HWY 51
Address 3:
City/State/Zip:   SOUTHAVEN, MS, 38671
MSSOO   P:  662-449-2554 Ext.   F:
Stop Notes:

Carrier:   Central Transport International
Pro #

## BAR CODE SPACE

Pick up date: 9/18/2018
Trailer #.   11221     Seal #.  741399

**SHIP TO**
Name:      8305 - K Mart DC
Address 1:   541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip:   WARREN, OH, 44483
TLYNCH   P:  6158839183 Ext.   F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8305 |
| Load BOL # | 18091700464 |
| Load PO# | 08305219867 |
| Load PO# | 08305222402 |
| Load PO# | 08305224739 |
| Load PO# | 08305226014 |
| Sears Load BOL # | BLNUM |

**THIRD PARTY FREIGHT CHARGES BILL TO**
Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached
Supplement Page

**Freight Charge Terms:**   Carrier Acct #:
Prepaid [x] Collect [ ] 3rd Party [x]   Quote ID:

**Special Instructions:**
083052198600 KMART PRODUCT 083052210600 KMART
PRODUCT 0830522240200 KMART PRODUCT 0830522473900
KMART PRODUCT 0630522601400 KMART PRODUCT
See Shipper and Consignee Instructions

EHO is not liable for any accessorial charges unless pre-approved by Echo or noted
on this bill of lading.

**Shipper Instructions**
Pickup #:   18091700
Loc Type:   Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:   Business
Special Services:
   Processing Fee

**LTL or Partial Only:**
# of Pallets: 8    Pallet Type:    Skid Spots:   Stackable:  No
Pallet Dimensions:      L:      W:      H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | | | | NMFC# | CLASS |
| 0 | | 392 | Pieces | 309 | | | General Merchandise | - | 110 |
| 0 | | 4 | Pieces | 78 | | | General Merchandise | - | 110 |
| 0 | | 40 | Pieces | 450 | | | General Merchandise | - | 110 |
| 0 | | 8 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 43 | Pieces | 458 | | | General Merchandise | - | 110 |
| 0 | | 487 | | 1454 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

Shipper Signature

**SHIPPER SIGNATURE / DATE**
[signature] 9-21-2018

**Trailer Loaded:**
By Shipper [ ]
By Driver [ ]

**Freight Counted:**
By Shipper [ ]
By Driver/pallets said to contain [ ]
By Driver/Pieces [ ]

**CARRIER SIGNATURE / PICKUP DATE**
[signature] 9-21-18  SCC  TCI 11221

---

## Pro Number  777-5885172-7

### Additional Delivery Services Requested

Firm _____ K-MART 8305

By _____ [signature]

Shipment received in good order

HUs Received        **6**

Driver  CT-44519 (49-6877)   Date  9/28/2018

Arrive Time  7:43 AM   Depart Time  8:09 AM

[ ] Inside Delivery
[ ] Residential Delivery
[ ] Sort - Segregate
[ ] Liftgate
[ ] Driver Delay
[ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees
to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Date  9/28/2018   # And Type of Container   # And Type of PCS   Exception Type
Log # _____
Total
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is
limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1052(2)(ii).

# INVOICE

**1003747480**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8305 | 05-SEP-18 | 13652433 | 08305226014 | 21-SEP-18 | 1003747480 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
|  |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 1 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 5 | Case | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER<br>CUSTOMER SKU: 005793904 | 180 | | 180 | 6.08 | 1,094.40 |
| 1 | Case | 1069165N2 | OXO SW HEAVY DUTY CLIPS - 4 PK - ASST<br>CUSTOMER SKU: 005814293 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 1064469N1 | OXO SW SS MEASURING CUPS<br>CUSTOMER SKU: 005824752 | 36 | | 36 | 6.89 | 248.04 |
| | | | Subtotal: | | | | | 1,582.36 |

Total: 8
Total: TOTAL CARTONS: 8

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** |  1,582.36 |

**Central Transport Delivery Receipt**

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

**Pro Number**
**777-5885172-7**

**Ship Date**
2018-09-26

Reference Number

| Org | DC |
|-----|-----|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

| BILL OF LADING | BOL Number:  33254569 |
|---|---|

| SHIP FROM | Carrier:   Central Transport International |
|---|---|

Name:        OXO INTERNATIONAL
Address 1:   C/O HELEN OF TROY LP
Address 2:   3890 HWY 51
City/State/Zip:   SOUTHAVEN, MS, 38671
MSSOO   P:   662-449-2554 Ext.     F:
Stop Notes:

Pro #

**BAR CODE SPACE**

Pick up date: 9/16/2018
Trailer #.   11221          Seal #:  741599

| SHIP TO | REFERENCE INFORMATION |
|---|---|

Name:        8305 - K Mart DC
Address 1:   541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip:   WARREN, OH, 44483
TLYNCH   P:   6158839183 Ext.     F:
Stop Notes:

| Reference Name | Value |
|---|---|
| Destination Location Code | 8305 |
| Load BOL # | 18091700464 |
| Load PO# | 08305219867 |
| Load PO# | 08305222402 |
| Load PO# | 08305224739 |
| Load PO# | 08305226014 |
| Sears Load BOL # | BLNUM |

THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached Supplement Page

| Freight Charge Terms: | Carrier Acct #: |
|---|---|
| Prepaid [x] Collect [ ] 3rd Party [x] | Quote ID: |

Special Instructions:
083052198700 KMART PRODUCT 0830522108600 KMART PRODUCT 0830522240200 KMART PRODUCT 0830522473900 KMART PRODUCT 0630522601400 KMART PRODUCT
See Shipper and Consignee Instructions

EOHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

Shipper Instructions
Pickup #:   18091700
Loc Type:   Business
Special Services:

Consignee Instructions
Delivery #:
Loc Type:   Business
Special Services:
Processing Fee

LTL or Partial Only:
# of Pallets: 8      Pallet Type:         Skid Spots:       Stackable:  No
Pallet Dimensions:          L:        W:        H:

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | HM | OD | COMMODITY DESCRIPTION | LTL Only | |
| QTY | TYPE | QTY | TYPE | WEIGHT | (X) | (X) | | NMFC# | CLASS |
| 0 | | 392 | Pieces | 309 | | | General Merchandise | - | 110 |
| 0 | | 4 | Pieces | 78 | | | General Merchandise | - | 110 |
| 0 | | 40 | Pieces | 450 | | | General Merchandise | - | 110 |
| 0 | | 8 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 43 | Pieces | 468 | | | General Merchandise | - | 110 |
| 0 | | 487 | Pieces | 1464 | | | GRAND TOTAL | | |

Where the rate is depend on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____"

COD Amount: $ _____
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

RECEIVED subject to individually determined rates or to tariffs that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classification and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section IV)

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | [ ] By Shipper [ ] By Driver | [ ] By Shipper [ ] By Driver/pallets said to contain [ ] By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |

9-21-2018                                                   9-21-18   SLC   Trlr 11221

---

**Pro Number**  777-5885172-7

**Additional Delivery Services Requested**

Firm _____ K-MART 8305 _____

By _____

Shipment received in good order

HUs Received _____ **6**

Driver CT-44519 (49-6877) Date 9/28/2018

Arrive Time 7:43 AM  Depart Time 8:09 AM

[ ] Inside Delivery
[ ] Residential Delivery
[ ] Sort - Segregate
[ ] Liftgate
[ ] Driver Delay
[ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____          Date _____

| Date 9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).

# INVOICE

**1003747481**

MAKE
INQUIRIES
TO:

OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:   K MART CORP
K MART CORP
3100 W BIG BEAVER RD
TROY, MI 48084

SHIP TO:   K MART CORPORATION # 8305
541 PERKINS - JONES RD
WARREN DIST CTR
WARREN, OH 44483

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8305 | 28-AUG-18 | 13594449 | 08305224739 | 21-SEP-18 | 1003747481 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
|  |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 1 | Case | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD CUSTOMER SKU: 005767477 | 36 | | 36 | 5.61 | 201.96 |
| 1 | Case | 21105000N1 | OXO SW 3" MINI STRAINER CUSTOMER SKU: 006758221 | 36 | | 36 | 3.70 | 133.20 |
| 1 | Case | 21103800N2 | OXO SW SUGAR DISPENSER CUSTOMER SKU: 006758222 | 48 | | 48 | 5.31 | 254.88 |
| 1 | Case | 2188300N3 | OXO SW NO-SPILL ICE CUBE TRAY CUSTOMER SKU: 008409276 | 36 | | 36 | 5.31 | 191.16 |
| | | | Subtotal: | | | | | 781.20 |

Total:  4
Total:  TOTAL CARTONS: 4

PAGE:  1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

**NO ANTICIPATION ALLOWED**    THANK YOU    781.20

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

## Central Transport Delivery Receipt

**Pro Number**
**777-5885172-7**

**Ship Date**
2018-09-26

Reference Number

| Org | DC |
|-----|-----|
| 381 | 445 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
08305219867

SCAC:

Consignee:
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

### BILL OF LADING

**BOL Number:** 33254569

**SHIP FROM**
Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
Address 3:
City/State/Zip: SOUTHAVEN, MS 38671
MSSOO   P: 662-449-2554 Ext.   F:
Stop Notes:

Carrier: Central Transport International
Pro #:
**BAR CODE SPACE**

Pick up date: 9/16/2018
Trailer #: 111221   Seal #: 741399

**SHIP TO**
Name: 8305 - K Mart DC
Address 1: 541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip: WARREN, OH, 44483
TLYNCH   P: 6158839183 Ext.   F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|----------------|-------|
| Destination Location Code | 8305 |
| Load BOL # | 18091700464 |
| Load PO# | 08305219867 |
| Load PO# | 08305222402 |
| Load PO# | 08305224739 |
| Load PO# | 08305226014 |
| Sears Load BOL # | BLNUM |

**THIRD PARTY FREIGHT CHARGES BILL TO**
Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

For complete list of reference numbers, please see Attached Supplement Page

Freight Charge Terms:
Prepaid [x] Collect [ ] 3rd Party [x]   Carrier Acct #:
Quote ID:

Special Instructions:
083052198670 KMART PRODUCT 083052210860 KMART PRODUCT 083052224026 KMART PRODUCT 083052247390 KMART PRODUCT 083052260140 KMART PRODUCT
See Shipper and Consignee Instructions

EHCO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**Shipper Instructions**
Pickup #: 18091700
Loc Type: Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type: Business
Special Services:
Processing Fee

LTL or Partial Only:
# of Pallets: 8   Pallet Type:   Skid Spots:   Stackable: No
Pallet Dimensions:   L:   W:   H:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 392 | Pieces | 309 | | | General Merchandise | - | 110 |
| 0 | | 4 | Pieces | 78 | | | General Merchandise | - | 110 |
| 0 | | 40 | Pieces | 450 | | | General Merchandise | - | 110 |
| 0 | | 8 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 43 | Pieces | 458 | | | General Merchandise | - | 110 |
| 0 | | 487 | | 1454 | | | **GRAND TOTAL** | | |

Where the rate is depend on value, shippers are required to specifically marking the agreed to declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____."

COD Amount: $
Fee Terms:   Collect: [ ]   Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (Section Fr)

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

[signature] 9-21-2018

**Trailer Loaded:**
[ ] By Shipper
[ ] By Driver

**Freight Counted:**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

[signature] 9-21-18  Sec. (Lot 111221)

---

**Pro Number**  777-5885172-7

### Additional Delivery Services Requested

Firm _____ K-MART 8305 _____
By _____ [signature] _____
Shipment received in good order

HUs Received  **6**

Driver _____ CT-44519 (49-6877) ____ Date 9/28/2018

Arrive Time 7:43 AM   Depart Time 8:09 AM

[ ] Inside Delivery
[ ] Residential Delivery
[ ] Sort - Segregate
[ ] Liftgate
[ ] Driver Delay
[ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

Date  9/28/2018   # And Type of Container   # And Type of PCS   Exception Type

Log # _____

Total Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).

# INVOICE
### 1003747558

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | K MART CORP<br>K MART CORP<br>3100 W BIG BEAVER RD<br>TROY, MI 48084 | SHIP TO: | K MART CORPORATION # 8305<br>541 PERKINS - JONES RD<br>WARREN DIST CTR<br>WARREN, OH 44483 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 9669 - 8305 | 14-AUG-18 | 13501495 | 08305222402 | 21-SEP-18 | 1003747558 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 21-SEP-18 | 77758851768 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Case | 1063241N2 | OXO SW DISH BRUSH<br>CUSTOMER SKU: 005142302 | 12 | | 12 | 2.64 | 31.68 |
| 1 | Case | 2151400N2 | OXO SW FISH TURNER<br>CUSTOMER SKU: 005419856 | 24 | | 24 | 6.89 | 165.36 |
| 8 | Case | 2158200N3 | OXO SW 3 PC MIXING BOWL SET - RED HANDLES<br>CUSTOMER SKU: 005662269 | 32 | | 32 | 13.26 | 424.32 |
| 7 | Case | 2203700N2 | OXO SW BOTTLE BRUSH<br>CUSTOMER SKU: 005662276 | 84 | | 84 | 2.64 | 221.76 |
| 1 | Case | 1070534N2 | OXO SW ZINC MEAT TENDERIZER<br>CUSTOMER SKU: 005767138 | 24 | | 24 | 6.18 | 148.32 |
| 1 | Case | 2102500N1 | OXO SW BOX GRATER<br>CUSTOMER SKU: 005774433 | 16 | | 16 | 6.67 | 106.72 |
| 10 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY<br>CUSTOMER SKU: 005774506 | 80 | | 80 | 15.94 | 1,275.20 |
| 1 | Case | 1059200N3 | OXO SW 4 CUP ANGLED MEASURING CUP - RED<br>CUSTOMER SKU: 005774560 | 36 | | 36 | 5.14 | 185.04 |
| 1 | Case | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK<br>CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 2 | Case | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER<br>CUSTOMER SKU: 005793974 | 72 | | 72 | 6.65 | 478.80 |
| 1 | Case | 1069879N3 | OXO SW TRIGGER ICE CREAM SCOOP<br>CUSTOMER SKU: 005804598 | 36 | | 36 | 5.15 | 185.40 |
| 7 | Case | 1063243N1 | OXO SW SOAP DISPENSER DISH BRUSH<br>CUSTOMER SKU: 005804613 | 84 | | 84 | 3.19 | 267.96 |
| 1 | Case | 80751N2 | OXO SW PIZZA WHEEL<br>CUSTOMER SKU: 005808659 | 36 | | 36 | 4.58 | 164.88 |
| 1 | Case | 2102800N5 | OXO SW LARGE SILICONE FLEXIBLE TURNER<br>CUSTOMER SKU: 005825956 | 18 | | 18 | 5.82 | 104.76 |

Subtotal: 3,888.00

Total: 43
Total: TOTAL CARTONS: 43

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** | 3,888.00 |

Proof Of Delivery #1 ; RECVD: 9/28/2018 8:11:54 AM

## Central Transport Delivery Receipt

**Pro Number**
**777-5885172-7**

**Ship Date**
2018-09-26

Reference Number

| Org | DC |
|-----|-----|
| 381 | 445 |

**Freight Terms**
**Freight Charges Are Prepaid**

**P.O. Number**
08305219867

**SCAC:**

**Consignee:**
K-MART 8305
541 PERKINS JONES RD
WARREN, OH 44483

**Shipper:**
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

**Special Instructions**

---

### BILL OF LADING    BOL Number: 33254569

**SHIP FROM**

Name:        OXO INTERNATIONAL
Address 1:    C/O HELEN OF TROY LP
Address 2:    3890 HWY 51
Address 3:
City/State/Zip:    SOUTHAVEN, MS, 38671
MSSOO    P:  662-449-2554 Ext.        F:
Stop Notes:

Carrier:    Central Transport International
Pro #:

**BAR CODE SPACE**

Pick up date: 9/18/2018
Trailer #:  11221        Seal #: 741599

**SHIP TO**

Name:        8305 - K Mart DC
Address 1:    541 PERKINS JONES
Address 2:
Address 3:
City/State/Zip:    WARREN, OH, 44483
TLYNCH    P:  6158839183 Ext.        F:
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|---|---|
| Destination Location Code | 8305 |
| Load BOL # | 18091700464 |
| Load PO# | 08305219867 |
| Load PO# | 08305222402 |
| Load PO# | 08305224739 |
| Load PO# | 08305226014 |
| Sears Load BOL # | BLNUM |

For complete list of reference numbers, please see Attached Supplement Page

**THIRD PARTY FREIGHT CHARGES BILL TO**

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:    Carrier Acct #:
Prepaid [x] Collect [ ] 3rd Party [x]  Quote ID:

**Special Instructions:**
083052198600 KMART PRODUCT 083052210860 KMART PRODUCT 083052224920 KMART PRODUCT 083052247390 KMART PRODUCT 083052260140 KMART PRODUCT
See Shipper and Consignee Instructions

ECHO is not liable for any accessorial charges unless pre-approved by Echo or noted on this bill of lading.

**LTL or Partial Only:**
# of Pallets: 6    Pallet Type:    Skid Spots:    Stackable:  No
Pallet Dimensions:        L:    W:    H:

**Shipper Instructions**
Pickup #:  18091700464
Loc Type:  Business
Special Services:

**Consignee Instructions**
Delivery #:
Loc Type:  Business
Special Services:
Processing Fee

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM (X) | OD (X) | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 0 | | 392 | Pieces | 309 | | | General Merchandise | - | 110 |
| 0 | | 4 | Pieces | 78 | | | General Merchandise | - | 110 |
| 0 | | 40 | Pieces | 450 | | | General Merchandise | - | 110 |
| 0 | | 8 | Pieces | 159 | | | General Merchandise | - | 110 |
| 0 | | 43 | Pieces | 458 | | | General Merchandise | - | 110 |
| 0 | | 487 | | 1454 | | | GRAND TOTAL | | |

COD Amount: $
Fee Terms:    Collect: [ ]    Prepaid: [ ]
Customer check acceptable: [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ■ 14706(c)(1)(A) and (B).

Shipper Signature

**SHIPPER SIGNATURES / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:**
[ ] By Shipper
[ ] By Driver

**Freight Counted:**
[ ] By Shipper
[ ] By Driver/pallets said to contain
[ ] By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.

---

**Firm**    K-MART 8305

**By**

Shipment received in good order

**HUs Received    6**

**Driver** CT-44519 (49-6877)  **Date** 9/28/2018

**Arrive Time** 7:43 AM  **Depart Time** 8:09 AM

---

**Pro Number**  777-5885172-7

**Additional Delivery Services Requested**

[ ] Inside Delivery       [ ] Sort - Segregate      [ ] Driver Delay
[ ] Residential Delivery  [ ] Liftgate              [ ] Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

| Date  9/28/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|---|---|---|---|
| Log # ___ | | | |
| Total Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).

# INVOICE

**2000032434**

**MAKE INQUIRIES TO:**
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

**REMIT TO:**
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

DUNS: 14-721-7280

**BILL TO:**
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

**SHIP TO:**
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 12-SEP-18 | MULTIPLE | 037952 | 19-SEP-18 | 2000032434 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 24 | | 24 | 4.58 | 109.92 |
| 11 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 33 | | 33 | 6.65 | 219.45 |
| 26 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 78 | | 78 | 6.08 | 474.24 |
| 3 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 9 | | 9 | 5.31 | 47.79 |
| 4 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 12 | | 12 | 3.06 | 36.72 |
| 5 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 15 | | 15 | 15.94 | 239.10 |
| 2 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE CUSTOMER SKU: 007982304 | 8 | | 8 | 15.94 | 127.52 |
| 10 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 30 | | 30 | 4.12 | 123.60 |
| 3 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793778 | 9 | | 9 | 5.15 | 46.35 |
| 8 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE CUSTOMER SKU: 007979046 | 24 | | 24 | 10.63 | 255.12 |
| 9 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 18 | | 18 | 6.67 | 120.06 |
| 4 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 8 | | 8 | 15.94 | 127.52 |
| 7 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 21 | | 21 | 7.95 | 166.95 |
| 7 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 21 | | 21 | 5.15 | 108.15 |
| 11 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order | 33 | | 33 | 5.31 | 175.23 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | THANK YOU | **CONTINUE** |

# INVOICE

**2000032434**

| | |
|---|---|
| **MAKE INQUIRIES TO:** | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 |

**REMIT TO:**  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

**DUNS:** 14-721-7280

**BILL TO:**  SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

**SHIP TO:**  SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 12-SEP-18 | MULTIPLE | 037952 | 19-SEP-18 | 2000032434 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
| |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | Inner Pack | 1069871N4 | Number: MULTIPLE<br>CUSTOMER SKU: 005774198<br>OXO SW 12IN TONGS W/ NYLON HEAD, Sales<br>Order Number: MULTIPLE | 27 | | 27 | 5.61 | 151.47 |
| 3 | Inner Pack | 2128100N2 | CUSTOMER SKU: 005767477<br>OXO SW SMOOTH EDGE CAN OPENER, Sales<br>Order Number: MULTIPLE | 9 | | 9 | 10.07 | 90.63 |
| 9 | Inner Pack | 1063939N4 | CUSTOMER SKU: 005773461<br>OXO SW NYLON FLEXIBLE TURNER - BLACK,<br>Sales Order Number: MULTIPLE | 27 | | 27 | 3.55 | 95.85 |
| 9 | Inner Pack | 1052191N2 | CUSTOMER SKU: 005793798<br>OXO SW 8in/20CM STRAINER, Sales Order<br>Number: MULTIPLE<br>CUSTOMER SKU: 005814280 | 27 | | 27 | 5.31 | 143.37 |

Subtotal: 2,859.04

Total: 148
Total: TOTAL CARTONS: 56

PAGE: 2

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU**  2,859.04 |

Proof Of Delivery #1 ; RECVD: 9/26/2018 1:01:03 PM

**Central Transport Delivery Receipt**

**CF**

Pro Number
**777-5284216-9**

Ship Date
**2018-09-19**

Reference Number
33254648

| Org | DC |
|-----|-----|
| 381 | 923 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
0

SCAC:

Consignee:
KMART
3100 MILLIKEN AVE
MIRA LOMA, CA 91752

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

BILL OF LADING

BOL Number: 33254648

Carrier: Central Transport International
Pro #

**BAR CODE SPACE**

Pick up date: 9/19/2018
Trailer #: 91042    Seal #: 7211901/6

**SHIP FROM**
Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
City/State/Zip: SOUTHAVEN, MS, 38671
MSSGO P: 662-449-2554 Ext. N
Stop Notes:

**SHIP TO**
Name: KMART DC CAMLREG/ON01--8780
Address 1: 3100 Milliken Ave
Address 2:
City/State/Zip: MIRA LOMA, CA, 91752
MXARCO P: 951-727-3200 Ext. N
Stop Notes:

**REFERENCE INFORMATION**

| Reference Name | Value |
|----------------|-------|
| Destination Location Code | 8780 |
| Load BOL # | 18091700472 |
| Load PO# | 0878003682 |
| Load PO# | 0878003782 |
| Origin Location Code | MSSGOKRONQO7 |
| OTM Business # | 18091700472 |
| Sears Load DOL #23LN/UM | |

**THIRD PARTY FREIGHT CHARGES BILL TO**
Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

Freight Charge Terms:
Prepaid ☑ Collect ☐ 3rd Party ☐ Quote ID:

Special Instructions:
0878003782200 KMART PRODUCT 0878003682200 KMART
PRODUCT
See Shipper and Consignee Instructions

ECHO is solt liable for any accessorial charges unless pre approved by Echo or noted
in the body of bill of lading.

| Shipper Instructions | Consignee Instructions |
|----------------------|------------------------|
| Pickup #: 18091700472 | Delivery #: |
| Loc Type: Business | Loc Type: Business |
| Special Services: | Special Services: |
| | Processing Fee |

LTL or Partial Only:
# of Pallets: 4    Pallet Qty:    Skid Spots:    Stackable: No
Pallet Dimensions:

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM | DD | COMMODITY DESCRIPTION | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | (X) | | NMFC# | CLASS |
| G | | 2 | PLT | 196 | | | General Merchandise | | 110 |
| G | | 348 | Pieces | 300 | | | General Merchandise | | 110 |
| G | | 245 | | 496 | | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms:  Collect ☐  Prepaid: ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

CARRIER SIGNATURE / PICKUP DATE

---

Pro Number  777-5284216-9

**Additional Delivery Services Requested**

Firm  KMART

By
Shipment received in good order

HUs Received  3

Driver  CT-92311 (1700493)  Date  9/26/2018

Arrive Time  9:57 AM  Depart Time  9:58 AM

☐ Inside Delivery       ☐ Sort - Segregate       ☐ Driver Delay
☐ Residential Delivery  ☐ Liftgate              ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

| Date 9/26/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|----------------|-------------------------|-------------------|----------------|
| Log # | | | |
| Total | | | |
| Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(6).

---

Vendor DR #1 ; RECVD: 9/26/2018 6:07:17 PM

**BILL OF LADING**    Page 1 of 1

Date: 09/25/2018

**SHIP FROM**
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA  92324
SID#:                              FOB ☐

**SHIP TO**
Name: 91752000115 (10)    Location #:
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA  91752
CID#:                              FOB ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Bill of Lading Number: 9231151185237 7

CARRIER NAME: CTII
Trailer number: 1700493
Seal number(s): 05195162
SCAC:
Pro number: 923-1185237-3

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid  X    Collect _____  3rd Party _____
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|-----------------------|--------|--------|-----|-----|-------------------------|
| 18091400299 | | | Y | N | |
| 33073506 | | | Y | N | |
| 33146277 | | | Y | N | |
| 33206558 | | | Y | N | |
| GRAND TOTAL | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | |
| 30 | SKD | | | 6310 | | TOILET PREPS |
| 2 | CTN | | | 478 | | GENERAL MERCHANDISE |
| | | | | | | |
| | | | | | | Kmart 8705  Appt # |
| | | | | | | Carrier Central Transport Trailer 1700493 |
| | | | | | | Arrival Date 9-26-18  Time 0940 |
| | | | | | | Seal # 150056  Applied? |
| | | | | | | Kmart 8770 Receiving Stamp |
| | | | | | | Appt Date ____ Time ____ # of Chairs ____ |
| | | | | | | Unld Date ____ Time ____ # Recv'd ____ |
| | | | | | | Exceptions ____ |
| 32 | | | | 6788 | | **GRAND TOTAL** |

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

COD Amount: $
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

| Trailer Loaded: | Freight Counted: |
|-----------------|------------------|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted

# INVOICE

**2000032435**

**MAKE INQUIRIES TO:**
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

**REMIT TO:**
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

**VENDOR:**

DUNS: 14-721-7280

**BILL TO:**
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

**SHIP TO:**
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 29-AUG-18 | MULTIPLE | 036852 | 19-SEP-18 | 2000032435 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 111 | | 111 | 6.08 | 674.88 |
| 2 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793778 | 6 | | 6 | 5.15 | 30.90 |
| 5 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 15 | | 15 | 4.12 | 61.80 |
| 3 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 9 | | 9 | 5.31 | 47.79 |
| 3 | Inner Pack | 21120500N2 | OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 9 | | 9 | 7.95 | 71.55 |
| 1 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 3 | | 3 | 15.94 | 47.82 |
| 4 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 12 | | 12 | 5.15 | 61.80 |
| 2 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 6 | | 6 | 3.06 | 18.36 |
| 11 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 33 | | 33 | 4.58 | 151.14 |
| 7 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 21 | | 21 | 5.61 | 117.81 |
| 1 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 3 | | 3 | 10.07 | 30.21 |
| 8 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 24 | | 24 | 5.31 | 127.44 |
| 1 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 3 | | 3 | 5.31 | 15.93 |
| 4 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 8 | | 8 | 6.67 | 53.36 |
| 6 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, | 18 | | 18 | 3.55 | 63.90 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | THANK YOU | **CONTINUE** |

**OXO**

# INVOICE
**2000032435**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD. ONE HELEN OF TROY PLAZA EL PASO, TX 79912 PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD P.O. BOX 849920 DALLAS, TX 75284-9920 |
|---|---|---|---|

VENDOR:

DUNS: 14-721-7280

| BILL TO: | SEARS ROEBUCK & CO P.O. BOX 660200 DALLAS A/P CENTER DALLAS, TX 75266 | SHIP TO: | SEARS/KMART RSC #8780 3100 MILLIKIN AVE MIRA LOMA, CA 91752 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 29-AUG-18 | MULTIPLE | 036852 | 19-SEP-18 | 2000032435 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 19-SEP-18 | 77752842169 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
|  |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | | | | | |
| 1 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE | 3 | | 3 | 10.63 | 31.89 |
| | | | CUSTOMER SKU: 007979046 | | | | | |
| 1 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 2 | | 2 | 15.94 | 31.88 |
| | | | Subtotal: | | | | | 1,638.46 |
| | | Total: | 97 | | | | | |
| | | Total: | TOTAL CARTONS: 43 | | | | | |

PAGE: 2

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU**   1,638.46 |

Proof Of Delivery #1 ; RECVD: 9/26/2018 1:01:03 PM

**Central Transport Delivery Receipt**

Pro Number
**777-5284216-9**

Ship Date
**2018-09-19**

Reference Number
33254648

| Org | DC |
|-----|-----|
| 381 | 923 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
0

SCAC:

Consignee:
KMART
3100 MILLIKEN AVE
MIRA LOMA, CA 91752

Shipper:
OXO INTL % HELEN OF TROY LP
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

BOL Number: 33254648

Carrier: Central Transport International
Pro #

**BAR CODE SPACE**

Pick up date: 9/19/2018
Trailer #: 171042   Seal #: 7211904

SHIP FROM
Name: OXO INTERNATIONAL
Address 1: C/O HELEN OF TROY LP
Address 2: 3890 HWY 51
City/State/Zip: SOUTHAVEN, MS, 38671
MSSGO P: 662-449-2554  Ext. N:
Stop Notes:

SHIP TO
Name: KMART DC CAMLREG/ON01 - 8760
Address 1: 3100 Milliken Ave
Address 2:
City/State/Zip: MIRA LOMA, CA, 91752
MSMRC P: 951-727-3200 Ext.
Stop Notes:

### REFERENCE INFORMATION

| Reference Name | Value |
|---|---|
| Destination Location Code | 8760 |
| Load BOL # | 18091700472 |
| Load PO# | 087850036802 |
| Load PO# | 087850037952 |
| Origin Location Code | MSSGO/KON/QVI |
| OTM Shipping # | 18091700472 |
| Sears Load DCL # | 26,N,AM |

THIRD PARTY FREIGHT CHARGES BILL TO

Innovel Solutions % Echo Global Logistics
600 W. Chicago Avenue, Suite 725
Chicago, IL 60654

**777-5284216-9**

| Freight Charge Terms: | | Carrier Acct.# |
|---|---|---|
| Prepaid X | Collect | 3rd Party | Quote ID: |

Special Instructions:
087850037952/20 KMART PRODUCT 087850036802/20 KMART
PRODUCT
See Shipper and Consignee Instructions

Shipper Instructions        Consignee Instructions
Pickup #: 18091700472      Delivery #:
Loc Type: Business         Loc Type: Business
Special Services:          Special Services:
                          Processing Fee

ECHO is solely liable for any accessorial charges unless pre-approved by Echo or listed on this bill of lading.

LTL or Partial Only:
| # of Pallets: 4 | Pallet Dimensions: | Skid Spots: | Stackable: No |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | HM | DD | COMMODITY DESCRIPTION | | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | (X) | (X) | | NMFC# | CLASS |
| G | G | G | Pallet | 196 | | | General Merchandise | | 110 |
| G | G | 348 | Pieces | 300 | | | General Merchandise | | 110 |
| G | | 346 | | 496 | | | **GRAND TOTAL** | | 110 |

COD Amount: $
Fee Terms:  Collect □  Prepaid: □
Customer check acceptable? □

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | By Shipper | By Shipper | |
| | By Driver | By Driver/pallets said to contain | |
| 9/19 | | By Driver/Pieces | RH1092 |

---

Pro Number 777-5284216-9

**Additional Delivery Services Requested**

Firm            KMART

By
Shipment received in good order

| □ Inside Delivery | □ Sort - Segregate | □ Driver Delay |
| □ Residential Delivery | □ Liftgate | □ Redelivery |

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

HUs Received    3

Driver  CT-92311 (1700493)  Date  9/26/2018

Arrive Time  9:57 AM  Depart Time  9:58 AM

Customer Signature _____  Date _____

| Date  9/26/2018 | # And Type of Container | # And Type of PCS | Exception Type |
| Log # | | | |
| Total | | | |
| Exceptions | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(6).

---

Vendor DR #1 ; RECVD: 9/26/2018 6:07:17 PM

Date: 09/25/2018

**BILL OF LADING**                    Page 1 of 1

SHIP FROM
Name:  SHELTON CLT
Address:  1849 W VALLEY BLVD
City/State/Zip:  COLTON, CA  92324
SID#:                    FOB: □

SHIP TO
Name:  91752000115 (10)   Location #:
Address:  3100 MILIKEN AVE
City/State/Zip:  MIRA LOMA, CA  91752
CID#:                    FOB: □

THIRD PARTY FREIGHT CHARGES BILL TO:
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Bill of Lading Number: 9231151185237

CARRIER NAME: CTII
Trailer number: 1700493
Seal number(s): 05195162
SCAC:
Pro number: 923-1185237-3

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid  X     Collect ____  3   Party ____
(check box)

Master Bill of Lading: with attached underlying Bills of Lading □

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 18091400299 | | | Y  N | |
| 33073506 | | | Y  N | |
| 33146277 | | | Y  N | |
| 33206558 | | | Y  N | |
| **GRAND TOTAL** | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | |
| 30 | SKD | | | 6310 | | TOILET PREPS |
| 2 | CTN | | | 478 | | GENERAL MERCHANDISE |
| | | | | | | |
| | | | | | | Kmart 8760  Apt # |
| | | | | | | Carrier Central Transport Trailer 1700493 |
| | | | | | | Arrival Date 9/26/18 Time 0940 |
| | | | | | | Seal # 180056  Applied |
| | | | | | | Kmart 8760 Receiving Stamp |
| | | | | | | Appt Date ____ Time ____ # of Chep |
| | | | | | | Unld Date ____ Time ____ # Recv'd |
| | | | | | | Exceptions |
| 32 | | | | 6788 | lbs. | **GRAND TOTAL** |

COD Amount: $
Fee Terms:  Collect: □   Prepaid: □
Customer check acceptable? □

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | By Shipper | By Shipper | Carrier acknowledges receipt of packages and required... |
| | By Driver | By Driver/pallets said to contain | |

TK-3734771-ST-25-4312854F-4A0E-459E-B973-2BF73D236EFA-F-

# INVOICE

**2000032485**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

DUNS: 14-721-7280

| BILL TO: | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 | SHIP TO: | SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 24-JUL-18 | MULTIPLE | 033852 | 25-SEP-18 | 2000032485 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
| |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005774433 | 24 | | 24 | 6.67 | 160.08 |
| 8 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793974 | 24 | | 24 | 6.65 | 159.60 |
| 8 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793904 | 24 | | 24 | 6.08 | 145.92 |
| 49 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005774198 | 147 | | 147 | 5.31 | 780.57 |
| 7 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793909 | 21 | | 21 | 5.31 | 111.51 |
| 8 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005808659 | 24 | | 24 | 4.58 | 109.92 |
| 13 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005814280 | 39 | | 39 | 5.31 | 207.09 |
| 13 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793798 | 39 | | 39 | 3.55 | 138.45 |
| 11 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793778 | 33 | | 33 | 5.15 | 169.95 |
| 4 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 007982304 | 16 | | 16 | 15.94 | 255.04 |
| 5 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005773461 | 15 | | 15 | 10.07 | 151.05 |
| 11 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793758 | 33 | | 33 | 4.12 | 135.96 |
| 11 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005774506 | 22 | | 22 | 15.94 | 350.68 |
| 4 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 007979046 | 12 | | 12 | 10.63 | 127.56 |
| 3 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales | 9 | | 9 | 5.15 | 46.35 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | | PAY THIS AMOUNT |
|---|---|---|
| **NO ANTICIPATION ALLOWED** | THANK YOU | **CONTINUE** |

# INVOICE

**2000032485**

**OXO**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD. | REMIT TO: | OXO INTERNATIONAL LTD |
|---|---|---|---|
| | ONE HELEN OF TROY PLAZA | | P.O. BOX 849920 |
| | EL PASO, TX 79912 | | DALLAS, TX 75284-9920 |
| | PH: 800-487-8432  FAX: 915-225-6836 | | |

**VENDOR:**

DUNS: 14-721-7280

**BILL TO:** SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

**SHIP TO:** SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 24-JUL-18 | MULTIPLE | 033852 | 25-SEP-18 | 2000032485 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
| |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 5 | Inner Pack | 1069871N4 | Order Number: MULTIPLE CUSTOMER SKU: 008693854 OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE | 15 | | 15 | 5.61 | 84.15 |
| 2 | Inner Pack | 21120300N2 | CUSTOMER SKU: 005767477 OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE | 6 | | 6 | 15.94 | 95.64 |
| 2 | Inner Pack | 87551N4 | CUSTOMER SKU: 008691641 OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE | 6 | | 6 | 3.06 | 18.36 |
| 4 | Inner Pack | 21120500N2 | CUSTOMER SKU: 005814279 OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE CUSTOMER SKU: 008692532 | 12 | | 12 | 7.95 | 95.40 |
| | | | Subtotal: | | | | | 3,343.28 |
| | Total: | 180 | | | | | | |
| | Total: | TOTAL CARTONS: 67 | | | | | | |

PAGE: 2

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** | 3,343.28 |

Proof Of Delivery #1 ; RECVD: 10/4/2018 1:39:40 PM

**Pg 18 of 28**

## Central Transport Delivery Receipt

Pro Number
**777-5446592-8**
Ship Date
2018-09-27

Reference Number
33271763

Org 381    DC 923

Freight Terms
**Freight Charges Are Collect**

P.O. Number
987800033468

SCAC:

Consignee:
KHARTENO
3100 MILIKEN AVE
MIRA LOMA, CA 91752

Shipper:
CIAO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

Pro Number 777-5446592-8

Additional Delivery Services Requested

Firm _____ KHARTENO

By _____
Shipment received in good order

HUs Received _____ **10**

Driver _____ CT-92348 (1480-4103)    Date 10/4/2018

Arrive Time 10:20 AM  Depart Time 10:36 AM

☐ Inside Delivery    ☐ Sort - Segregate    ☐ Driver Delay
☐ Residential Delivery    ☐ Liftgate    ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____    Date _____

Date _____ 10/4/2018    # And Type of Container _____    # And Type of PCS _____    Exception Type _____
Log # _____
Total _____
Exceptions _____

All claims for loss or damage must be reported immediately. By using of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made in this bill as permitted by 49 CFR 1310(2)(b).

---

Vendor DR #1 ; RECVD: 10/4/2018 8:24:06 PM

Date: 10/03/2018

# BILL OF LADING

Page 1 of 1

SHIP FROM
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#: _____    FOB: ☐

Bill of Lading Number: 923115118S253

SHIP TO
Name: 91752000115 (11)    Location #: _____
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#: _____    FOB: ☐

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 6 0519521 9
SCAC: _____
Pro number: 923-1188253-0

THIRD PARTY FREIGHT CHARGES BILL TO:
Name: _____
Address: _____
City/State/Zip: _____

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _X_    Collect ____    3rd Party ____
☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0047213300071196 | | | Y | N | |
| 33271763 | | | Y | N | |
| 33304208 | | | Y | N | |
| 33304304 | | | Y | N | |
| GRAND TOTAL | | | | | |

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKID | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | GRAND TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

TK-3790984-ST-25-036E3A48-F846-4CD3-97E2-ECA9EC8F2E87-F-

---

Vendor DR #2 ; RECVD: 10/4/2018 8:27:33 PM

Date: 10/03/2018

# BILL OF LADING

Page 1 of 1

SHIP FROM
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#: _____    FOB: ☐

Bill of Lading Number: 923115118S253

SHIP TO
Name: 91752000115 (11)    Location #: _____
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#: _____    FOB: ☐

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 6 0519521 9
SCAC: _____
Pro number: 923-1188253-0

THIRD PARTY FREIGHT CHARGES BILL TO:
Name: _____
Address: _____
City/State/Zip: _____

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _X_    Collect ____    3rd Party ____
☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0047213300071196 | | | Y | N | |
| 33271763 | | | Y | N | |
| 33304208 | | | Y | N | |
| 33304304 | | | Y | N | |
| GRAND TOTAL | | | | | |

CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKID | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | GRAND TOTAL |

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ Shipper Signature

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

TK-3790984-ST-25-036E3A48-F846-4CD3-97E2-ECA9EC8F2E87-F-

# INVOICE

**2000032486**

OXO

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |
|---|---|---|---|

**VENDOR:**

DUNS: 14-721-7280

| BILL TO: | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 | SHIP TO: | SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752 |
|---|---|---|---|

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 22-AUG-18 | MULTIPLE | 036269 | 25-SEP-18 | 2000032486 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
|  |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 6 | Case | 2164600N2 | OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE CUSTOMER SKU: 007982304 | 24 | | 24 | 15.94 | 382.56 |
| 30 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 90 | | 90 | 5.31 | 477.90 |
| 13 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 39 | | 39 | 4.58 | 178.62 |
| 8 | Inner Pack | 2102700N5 | OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793909 | 24 | | 24 | 5.31 | 127.44 |
| 8 | Inner Pack | 87151N2 | OXO SW GARLIC PRESS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793778 | 24 | | 24 | 5.15 | 123.60 |
| 7 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 21 | | 21 | 5.31 | 111.51 |
| 13 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 26 | | 26 | 15.94 | 414.44 |
| 12 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 36 | | 36 | 3.55 | 127.80 |
| 15 | Inner Pack | 80051N4 | OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793758 | 45 | | 45 | 4.12 | 185.40 |
| 2 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 6 | | 6 | 3.06 | 18.36 |
| 7 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 21 | | 21 | 5.15 | 108.15 |
| 1 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 3 | | 3 | 10.07 | 30.21 |
| 12 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 36 | | 36 | 5.61 | 201.96 |
| 13 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 26 | | 26 | 6.67 | 173.42 |
| 11 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, | 33 | | 33 | 6.08 | 200.64 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | | PAY THIS AMOUNT |
|---|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** | **CONTINUE** |

# INVOICE

**2000032486**

| | |
|---|---|
| **MAKE INQUIRIES TO:** | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 |
| **REMIT TO:** | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |

**VENDOR:**

DUNS: 14-721-7280

| | |
|---|---|
| **BILL TO:** | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 |
| **SHIP TO:** | SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 22-AUG-18 | MULTIPLE | 036269 | 25-SEP-18 | 2000032486 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

| SPECIAL INSTRUCTIONS |
|---|
| |

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | Inner Pack | 21120500N2 | Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 005793904<br>OXO SW HAND-HELD SPIRALIZER, Sales<br>Order Number: MULTIPLE<br>CUSTOMER SKU: 008692532 | 15 | | 15 | 7.95 | 119.25 |
| 7 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales<br>Order Number: MULTIPLE<br>CUSTOMER SKU: 005793974 | 21 | | 21 | 6.65 | 139.65 |
| 3 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order<br>Number: MULTIPLE<br>CUSTOMER SKU: 007979046 | 9 | | 9 | 10.63 | 95.67 |
| 3 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET,<br>Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 008691641 | 9 | | 9 | 15.94 | 143.46 |
| | | | Subtotal: | | | | | 3,360.04 |
| | | Total: 176 | | | | | | |
| | | Total: | TOTAL CARTONS: 75 | | | | | |

PAGE: 2

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** | 3,360.04 |

Proof Of Delivery #1 ; RECVD: 10/4/2018 1:39:40 PM

## Central Transport Delivery Receipt

| | |
|---|---|
| Pro Number | 777-5446592-8 |
| Ship Date | 2018-09-27 |
| Reference Number | 33271763 |
| Org | 381 |
| DC | 923 |

**Freight Terms**
**Freight Charges Are Collect**

P.O. Number
987800033468

SCAC:

Consignee:
KHARTENG
3100 MILIKEN AVE
MIRA LOMA, CA 91752

Shipper:
CIAO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

Pro Number 777-5446592-8

**Additional Delivery Services Requested**

Firm _KHARTENG_

By _____

Shipment received in good order

HUs Received __10__

Driver ___ H2344 (1486:410) ___ Date _10/4/2018_

Arrive Time _10:20 AM_ Depart Time _10:36 AM_

☐ Inside Delivery  ☐ Sort - Segregate  ☐ Driver Delay
☐ Residential Delivery  ☐ Liftgate  ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____

Date _____

Date _10/4/2018_   # And Type of Container ___ # And Type of PCS ___ Exception Type ___
Log # _____
Total _____
Exceptions _____

All claims for loss or damage must be reported immediately, by ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this list as permitted by 49 CFR 1310.22(3).

---

Vendor DR #1 ; RECVD: 10/4/2018 8:24:06 PM

## BILL OF LADING

Date: 10/03/2018                              Page 1 of 1

**SHIP FROM**
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:                              FOB: ☐

Bill of Lading Number: 923115118S253

**SHIP TO**
Name: 9175200011S (11)
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#:                              FOB: ☐

Location #: ___

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 0519S219
SCAC:
Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _X_      Collect _____      3rd Party _____

☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 004721330007011196 | | | Y    N | |
| 33271763 | | | Y    N | |
| 33304208 | | | Y    N | |
| 33304304 | | | Y    N | |
| **GRAND TOTAL** | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| | | | | | | Xmart 8790 |
| | | | | | | Seal # |
| | | | | | | Carrier |
| | | | | | | Arrival Date ___ Time ___ |
| | | | | | | Seal # R0796 |
| | | | | | | Xmart 8790 Receiving |
| | | | | | | Appt Date ___ Time ___ # of Chep |
| | | | | | | Unld Date ___ Time ___ # Revd |
| | | | | | | Exceptions |
| | | | | | | Receiving Rep |
| 148 | | | | 10637 | lbs. | **GRAND TOTAL** |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___"

COD Amount: $
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

TK-3790984-ST-25-036E3A48-F846-4CD5-97E2-ECA9EC8F2E87-F-

---

Vendor DR #2 ; RECVD: 10/4/2018 8:27:33 PM

## BILL OF LADING

Date: 10/03/2018                              Page 1 of 1

**SHIP FROM**
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:                              FOB: ☐

Bill of Lading Number: 923115118S253

**SHIP TO**
Name: 9175200011S (11)
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#:                              FOB: ☐

Location #: ___

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 0519S219
SCAC:
Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid _X_      Collect _____      3rd Party _____

☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 004721330007011196 | | | Y    N | |
| 33271763 | | | Y    N | |
| 33304208 | | | Y    N | |
| 33304304 | | | Y    N | |
| **GRAND TOTAL** | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| | | | | | | Xmart 8790 |
| | | | | | | Seal # |
| | | | | | | Carrier |
| | | | | | | Arrival Date ___ Time ___ |
| | | | | | | Seal # R0796 |
| | | | | | | Xmart 8790 Receiving |
| | | | | | | Appt Date ___ Time ___ # of Chep |
| | | | | | | Unld Date ___ Time ___ # Revd |
| | | | | | | Exceptions |
| | | | | | | Receiving Rep |
| 148 | | | | 10637 | lbs. | **GRAND TOTAL** |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___"

COD Amount: $
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

TK-3790984-ST-25-036E3A48-F846-4CD5-97E2-ECA9EC8F2E87-F-

# INVOICE

**2000032489**

MAKE INQUIRIES TO:
OXO INTERNATIONAL, LTD.
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912
PH: 800-487-8432  FAX: 915-225-6836

REMIT TO:
OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:
SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:
SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 28-AUG-18 | MULTIPLE | 036801 | 25-SEP-18 | 2000032489 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 2 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 6 | | 6 | 5.15 | 30.90 |
| 4 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 12 | | 12 | 6.08 | 72.96 |
| 4 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 12 | | 12 | 4.58 | 54.96 |
| 2 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 6 | | 6 | 5.31 | 31.86 |
| 2 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 6 | | 6 | 6.65 | 39.90 |
| 12 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 36 | | 36 | 5.31 | 191.16 |

Subtotal: 421.74

Total: 26
Total: TOTAL CARTONS: 13

PAGE: 1

ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION

PAY THIS AMOUNT

**NO ANTICIPATION ALLOWED**

THANK YOU

421.74

**Central Transport Delivery Receipt**

Pg 23 of 28

Pro Number
**777-5446592-8**
Ship Date
2018-09-27

Reference Number
33271763

Org        DC
381        923

Freight Terms
**Freight Charges Are Collect**

P.O. Number
987800033468

SCAC:

Consignee:
KHARTENG
3100 MILIKEN AVE
MIRA LOMA, CA 91752

Shipper:
OAO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

Pro Number  777-5446592-8

**Additional Delivery Services Requested**

Firm _____  KHARTENG
By _____
Shipment received in good order

HUs Received _____ **10**

Driver ___ CT-92340 (1401-410) ___ Date 10/4/2018

Arrive Time _10:20 AM_ Depart Time _11:36 AM_

☐ Inside Delivery   ☐ Sort - Segregate   ☐ Driver Delay
☐ Residential Delivery  ☐ Liftgate   ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____  Date _____

Date __10/4/2018__   # And Type of Container   # And Type of PCS   Exception Type
Log # _____
Total
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made in this bill as permitted by 49 CFR 1310(2)(3).

---

## BILL OF LADING

Date: 10/03/2018        Page 1 of ___

**SHIP FROM**
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:        FOR: ☐

Bill of Lading Number: 923115118825 3

**SHIP TO**
Name: 91752000115 (11)   Location # ___
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#:        FOR: ☐

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 0 0519521 9
SCAC:
Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid _X_   Collect ___   3rd Party ___
☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 004721330007D1196 | | | Y | N | |
| 33271763 | | | Y | N | |
| 33304208 | | | Y | N | |
| 33304304 | | | Y | N | |
| **GRAND TOTAL** | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | **GRAND TOTAL** |

COD Amount: $ ___
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE            CARRIER SIGNATURE / PICKUP DATE

TK-3790984-ST-25-036EEA48-F846-4CD3-97E2-ECA9EC8F2E87-F-

---

## BILL OF LADING

Date: 10/03/2018        Page 1 of ___

**SHIP FROM**
Name: SHELTON CLT
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:        FOR: ☐

Bill of Lading Number: 923115118825 3

**SHIP TO**
Name: 91752000115 (11)   Location # ___
Address: 3100 MILIKEN AVE
City/State/Zip: MIRA LOMA, CA 91752
CID#:        FOR: ☐

CARRIER NAME: CENTRAL
Trailer number: 1801410
Seal number(s): 0 0519521 9
SCAC:
Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid _X_   Collect ___   3rd Party ___
☐ Master Bill of Lading with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 004721330007D1196 | | | Y | N | |
| 33271763 | | | Y | N | |
| 33304208 | | | Y | N | |
| 33304304 | | | Y | N | |
| **GRAND TOTAL** | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | **GRAND TOTAL** |

COD Amount: $ ___
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE            CARRIER SIGNATURE / PICKUP DATE

TK-3790984-ST-25-036EEA48-F846-4CD3-97E2-ECA9EC8F2E87-F-

# INVOICE

**2000032491**

| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 | REMIT TO: | OXO INTERNATIONAL LTD<br>P.O. BOX 849920<br>DALLAS, TX 75284-9920 |

VENDOR:

DUNS: 14-721-7280

| BILL TO: | SEARS ROEBUCK & CO<br>P.O. BOX 660200<br>DALLAS A/P CENTER<br>DALLAS, TX 75266 | SHIP TO: | SEARS/KMART RSC #8780<br>3100 MILLIKIN AVE<br>MIRA LOMA, CA 91752 |

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 25-JUL-18 | MULTIPLE | 033910 | 25-SEP-18 | 2000032491 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

SPECIAL INSTRUCTIONS

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | Inner Pack | 21120300N2 | OXO SW COMPLETE GRATE & SLICE SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 008691641 | 18 | | 18 | 15.94 | 286.92 |
| 19 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 57 | | 57 | 5.61 | 319.77 |
| 20 | Inner Pack | 1063189N3 | OXO SW SNAP-LOCK CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793974 | 60 | | 60 | 6.65 | 399.00 |
| 15 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 45 | | 45 | 6.08 | 273.60 |
| 14 | Inner Pack | 2160900N2 | OXO SW COLANDER - GREEN HANDLES, Sales Order Number: MULTIPLE CUSTOMER SKU: 008693854 | 42 | | 42 | 5.15 | 216.30 |
| 25 | Inner Pack | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 50 | | 50 | 15.94 | 797.00 |
| 7 | Inner Pack | 2128100N2 | OXO SW SMOOTH EDGE CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005773461 | 21 | | 21 | 10.07 | 211.47 |
| 1 | Case | 2126900N4 | OXO SW 5-LB FOOD SCALE WITH PULL-OUT DISPLAY, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774506 | 8 | | 8 | 15.94 | 127.52 |
| 32 | Inner Pack | 80751N2 | OXO SW PIZZA WHEEL, Sales Order Number: MULTIPLE CUSTOMER SKU: 005808659 | 96 | | 96 | 4.58 | 439.68 |
| 90 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 270 | | 270 | 5.31 | 1,433.70 |
| 39 | Inner Pack | 2102500N1 | OXO SW BOX GRATER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774433 | 78 | | 78 | 6.67 | 520.26 |
| 34 | Inner Pack | 1063939N4 | OXO SW NYLON FLEXIBLE TURNER - BLACK, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793798 | 102 | | 102 | 3.55 | 362.10 |
| 19 | Inner Pack | 2128000N2 | OXO SW SPLATTER SCREEN, Sales Order Number: MULTIPLE CUSTOMER SKU: 007979046 | 57 | | 57 | 10.63 | 605.91 |
| 12 | Inner Pack | 87551N4 | OXO SW MEASURING CUPS, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814279 | 36 | | 36 | 3.06 | 110.16 |
| 21 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: | 63 | | 63 | 5.31 | 334.53 |

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | THANK YOU | **CONTINUE** |

# INVOICE

**2000032491**

**OXO**

| | |
|---|---|
| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 |

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:  SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:  SEARS/KMART RSC #8780
3100 MILLIKIN AVE
MIRA LOMA, CA 91752

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8780 | 25-JUL-18 | MULTIPLE | 033910 | 25-SEP-18 | 2000032491 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77758851792 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | ORDER | B/O | SHPPD | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 44 | Inner Pack | 80051N4 | Number: MULTIPLE<br>CUSTOMER SKU: 005814280<br>OXO SW SWIVEL PEELER, Sales Order Number: MULTIPLE | 132 | | 132 | 4.12 | 543.84 |
| 25 | Inner Pack | 21120500N2 | CUSTOMER SKU: 005793758<br>OXO SW HAND-HELD SPIRALIZER, Sales Order Number: MULTIPLE | 75 | | 75 | 7.95 | 596.25 |
| 13 | Inner Pack | 2102700N5 | CUSTOMER SKU: 008692532<br>OXO SW SILICONE FLEXIBLE TURNER, Sales Order Number: MULTIPLE | 39 | | 39 | 5.31 | 207.09 |
| 19 | Case | 2164600N2 | CUSTOMER SKU: 005793909<br>OXO SW SALAD SPINNER - GREEN - CLR LID, Sales Order Number: MULTIPLE<br>CUSTOMER SKU: 007982304 | 76 | | 76 | 15.94 | 1,211.44 |

Subtotal:  8,996.54

Total:  455
Total:  TOTAL CARTONS: 127

PAGE:  2

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** |
| | **8,996.54** |

Proof Of Delivery #1 | RECVD: 10/4/2018 1:39:40 PM

Pg 20 of 20

**Central Transport Delivery Receipt**

Pro Number
777-5446592-8

Ship Date
2018-09-27

Reference Number
33271763

Org         DC
381        923

Freight Terms
**Freight Charges Are Collect**

P.O. Number
987800033668

SCAC:

Consignee:
KHARTENG
3100 MILIKEN AVE
MIRA LOMA, CA 91752

Shipper:
OAD INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

Pro Number 777-5446592-8

**Additional Delivery Services Requested**

Firm _____KHARTENG_____

By _____
Shipment received in good order

HUs Received _____ 10

Driver _____ CT H3340 (1401-410)   Date 10/4/2018

Arrive Time 10:20 AM   Depart Time 11:36 AM

☐ Inside Delivery    ☐ Sort - Segregate    ☐ Driver Delay
☐ Residential Delivery  ☐ Liftgate    ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____ Date _____

Date ____10/4/2018____   # And Type of Container _____   # And Type of PCS _____   Exception Type _____
Log # _____
Total _____
Exceptions _____

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made in this bid as permitted by 49 CFR 1005(25)6.

---

Vendor DR #1 | RECVD: 10/4/2018 8:24:06 PM

Date: 10/03/2018                     **BILL OF LADING**                Page 1 of ____

**SHIP FROM**
Name: SHELTON CLT                    Bill of Lading Number: 923115118S253
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:                          FOB: ☐

**SHIP TO**                          CARRIER NAME: CENTRAL
Name: 9175200011S (11)     Location #: ____    Trailer number: 1801410
Address: 3100 MILIKEN AVE                     Seal number(s): 0519S219
City/State/Zip: MIRA LOMA, CA 91752           SCAC:
CID#:                          FOB: ☐    Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:                             **Freight Charge Terms:** (freight charges are prepaid unless
City/State/Zip:                      marked otherwise)
                                     Prepaid _X_    Collect ____    3rd Party ____
SPECIAL INSTRUCTIONS:                ☐ Master Bill of Lading with attached
                                        underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | |
| 004721330007011196 | | | Y   N | |
| 33271763 | | | Y   N | |
| 33304208 | | | Y   N | |
| 33304304 | | | Y   N | |
| GRAND TOTAL | | | | |

| CARRIER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | GRAND TOTAL |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

---

Vendor DR #2 | RECVD: 10/4/2018 8:27:33 PM

Date: 10/03/2018                     **BILL OF LADING**                Page 1 of ____

**SHIP FROM**
Name: SHELTON CLT                    Bill of Lading Number: 923115118S253
Address: 1849 W VALLEY BLVD
City/State/Zip: COLTON, CA 92324
SID#:                          FOB: ☐

**SHIP TO**                          CARRIER NAME: CENTRAL
Name: 9175200011S (11)     Location #: ____    Trailer number: 1801410
Address: 3100 MILIKEN AVE                     Seal number(s): 0519S219
City/State/Zip: MIRA LOMA, CA 91752           SCAC:
CID#:                          FOB: ☐    Pro number: 923-1188253-0

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:                             **Freight Charge Terms:** (freight charges are prepaid unless
City/State/Zip:                      marked otherwise)
                                     Prepaid _X_    Collect ____    3rd Party ____
SPECIAL INSTRUCTIONS:                ☐ Master Bill of Lading with attached
                                        underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | |
| 004721330007011196 | | | Y   N | |
| 33271763 | | | Y   N | |
| 33304208 | | | Y   N | |
| 33304304 | | | Y   N | |
| GRAND TOTAL | | | | |

| CARRIER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | |
| 7 | CTN | | | 142 | | GENERAL MERCHANDISE |
| 101 | PKG | | | 1857 | | RETAIL PROD |
| 39 | SKD | | | 7968 | | FAK |
| 1 | CTN | | | 670 | | GENERAL MERCH |
| 148 | | | | 10637 | lbs. | GRAND TOTAL |

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

# INVOICE

**2000032492**

OXO

| | |
|---|---|
| MAKE INQUIRIES TO: | OXO INTERNATIONAL, LTD.<br>ONE HELEN OF TROY PLAZA<br>EL PASO, TX 79912<br>PH: 800-487-8432  FAX: 915-225-6836 |

REMIT TO:  OXO INTERNATIONAL LTD
P.O. BOX 849920
DALLAS, TX 75284-9920

VENDOR:

DUNS: 14-721-7280

BILL TO:  SEARS ROEBUCK & CO
P.O. BOX 660200
DALLAS A/P CENTER
DALLAS, TX 75266

SHIP TO:  SEARS/KMART RSC #8781
1475 NITTERHOUSE RD
CHAMBERSBURG, PA 17201

| CUSTOMER NO. | ORDER DATE | ORDER NO. | YOUR P.O. | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|
| 80008 - 8781 | 28-AUG-18 | MULTIPLE | 010824 | 25-SEP-18 | 2000032492 |

| WHSE | SHIPPING METHOD | SHIP DATE | PRO NUMBER | SALESREP NAME | CURRENCY | TERMS OF SALE | FRT TERMS |
|---|---|---|---|---|---|---|---|
| OXO | ECHO GLOBAL | 25-SEP-18 | 77754465910 | PROVENZA, JO | USD | 2% 20 NET 30 | Collect |

**SPECIAL INSTRUCTIONS**

| SHIPPD | SHIP UOM | PRODUCT CODE | DESCRIPTION | QUANTITY (UNITS) | | | UNIT PRICE | EXTENSION AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | ORDER | B/O | SHPPD | | |
| 4 | Inner Pack | 87051N3 | OXO SW STAINLESS STEEL CAN OPENER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005793904 | 12 | | 12 | 6.08 | 72.96 |
| 22 | Inner Pack | 1069163N2 | OXO SW 7 PIECE CLIP SET, Sales Order Number: MULTIPLE CUSTOMER SKU: 005774198 | 66 | | 66 | 5.31 | 350.46 |
| 2 | Inner Pack | 1052191N2 | OXO SW 8in/20CM STRAINER, Sales Order Number: MULTIPLE CUSTOMER SKU: 005814280 | 6 | | 6 | 5.31 | 31.86 |
| 2 | Inner Pack | 1069871N4 | OXO SW 12IN TONGS W/ NYLON HEAD, Sales Order Number: MULTIPLE CUSTOMER SKU: 005767477 | 6 | | 6 | 5.61 | 33.66 |
| | | | Subtotal: | | | | | 488.94 |

Total: 30
Total: TOTAL CARTONS: 15

PAGE: 1

| ALL CLAIMS MUST BE MADE WITHIN 5 DAYS OF RECEIPT OF MERCHANDISE, NO RETURNS WITHOUT AUTHORIZATION | PAY THIS AMOUNT |
|---|---|
| **NO ANTICIPATION ALLOWED** | **THANK YOU** | 488.94 |

Proof Of Delivery #1 ; RECVD: 10/11/2018 8:45:10 AM



# Central Transport Delivery Receipt

Pro Number
**777-5446591-0**

Ship Date
2018-09-27

Reference Number

| Org | DC |
|-----|-----|
| 381 | 217 |

Freight Terms
**Freight Charges Are Prepaid**

P.O. Number
02784010824

SCAC:

Consignee:
8781 CHAMBERSBURG RSC
1475 NITTERHOUSE DR
CHAMBERSBURG, PA 17202

Shipper:
OXO INTERNATIONAL
3890 HWY 51
SOUTHAVEN, MS 38671

Special Instructions

---

SUPPLEMENT TO THE BILL OF LADING

Bill of Lading Number: 3327091

Page 2 of 2

Shipment Reference Information

| Reference Name | Reference Value |
|----------------|-----------------|
| Destination Location Code | 8781 |
| Load BOL # | 1609100352 |
| Load PO# | 0278401669 |
| Load PO# | 0278401796 |
| Load PO# | 0278401892 |
| Load PO# | 0278401824 |
| Origin Location Code | MSSOXOXONJCON |
| OTM Booking # | 1609100352 |
| Sears Load BOL # | BLNVM |

Firm: 8781 CHAMBERSBURG RSC

By _____
Shipment received in good order

HUs Received **13**

Driver CT-217118 (49-8083)   Date 10/11/2018

Arrive Time 7:58 AM   Depart Time 7:58 AM

## Pro Number  777-5446591-0

### Additional Delivery Services Requested

☐ Inside Delivery ☐ Sort - Segregate ☐ Driver Delay
☐ Residential Delivery ☐ Liftgate ☐ Redelivery

By signing below, Consignee acknowledges that additional delivery service was performed and agrees to pay any and all additional delivery service fees at the rate(s) listed above.

Customer Signature _____   Date _____

| Date 10/11/2018 | # And Type of Container | # And Type of PCS | Exception Type |
|-----------------|-------------------------|-------------------|----------------|
| Log # _____ | | | |
| Total Exceptions _____ | | | |

All claims for loss or damage must be reported immediately. By ruling of the Interstate Commerce Commission extension of credit is limited to seven (7) days. A reduction, allowance may be made to this bill as permitted by 49 CFR 1051(2)(ii).