Hearing Date & Time: October 15, 2020, 10:00 AM
Objection Date & Time: October 9, 2020, 4:00 PM

Wolf Wallenstein, PC
11400 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087
Ellen K. Wolf
*Attorneys for Claimant*
*Shaghal, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.,                    Chapter 11

                                    Debtor.               Case No. 18-23538 (RDD)

                                                          (Jointly Administered)

**SHAGHAL LTD.'S RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO REDUCE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM OR SUBMITTED BALLOTS**

Shaghal Ltd. ("Shaghal" or "Claimant"), by and through its undersigned counsel, hereby submits this Response to the Twenty-First Omnibus Objection to Reduce or Reclassify Certain Filed Proofs of Claim or Submitted Ballots (the "Objection"), and in support thereof respectfully states as follows:

Shaghal asserted an administrative expense claim in the aggregate amount of $354,671.75 (the "Claim"). The Objection states that the Debtors are seeking to reduce Shaghal's Claim to $4,092.40 on the grounds that: (ii) the Debtors' books and records show outstanding unclaimed credits against which the Debtors' are entitled to set off; and (iv) the supporting documents provided by Shaghal are not

1

supported by the Debtors' books and records.  However, the Debtors' have not offered any explanation or evidentiary support for their Objection to Shaghal's Claim.

Instead, the Debtors seem to assert that they are not required to offer any support for their Objection.  They appear to argue that the mere act of objecting, without more, shifts the burden back on the claimant to demonstrate the validity of the Claim. (*See* Objection at ¶ 11 – claiming that, "[u]pon an objection, the claimant has the burden to demonstrate the validity of the claim.")  However, that is not what the law says.

It is true that courts employ a burden-shifting framework to determine whether a claim should be allowed or disallowed.  However, "[a] proof of claim is prima facie evidence of the validity and amount of a claim, and **the objector bears the initial burden of persuasion**." (*In re Oneida, Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009), aff'd, No. 09 Civ. 2229 (DC), 2010 WL 234827 (S.D.N.Y. Jan. 22, 2010).) "To overcome this prima facie evidence, **the objecting party must come forth with evidence** which, if believed, would refute at least one of the allegations essential to the claim." (*Sherman v. Novak* (*In re Reilly*), 245 B.R. 768, 773 (B.A.P. 2d Cir. 2000), aff'd, 242 F.3d 367 (2d Cir. 2000).)  "In short, the allegations of the proof of claim are taken as true…Should objection be taken, **the objector is then called upon to produce evidence and show facts tending to defeat the claim** by probative force equal to that of the allegations of the proofs of claim themselves." (*In re Holm* (9th Cir. 1991) F.2d 620, 623.) As one commentator has explained, "it may be said that the proof of claim is some evidence as to its validity and amount. *It is strong enough to carry over a mere formal objection without more*." (*Collier on Bankruptcy* § 502.02, at 502-22 (15th ed. 1991) (emphasis added).

In this case, the Objection to Shaghal's claim does not contain any evidentiary support – let alone any explanation for the Debtor's stated position.  For example, while the Debtors' state that their books and records show outstanding credits against which they claim they are entitled to set off, their Objection provides no information concerning the alleged credits.  They do not identify the alleged credits or state the amount of the alleged credits they claim.  And, while the Debtors state that their records do not support Shaghal's supporting documentation, they do nothing to describe or otherwise identify the

alleged discrepancy or explain how their "books and records" differ from Shaghal's supporting documentation.  Likewise, the Objection does not give any indication as to how the proposed surviving amount ($4,092.40) was calculated.  Simply stated, the Debtors have not provided any evidence or facts supporting their Objection to Shaghal's Claim.  None. The Objection should be overruled on that basis.

Notwithstanding the foregoing, the documentation Shaghal has submitted in support of its Claim is attached hereto as **Exhibit A**.  At a minimum, the Debtors should be required to furnish additional information and support for their Objection before Shaghal is forced to respond with additional facts and evidence.  The lack of any meaningful details or explanation for the Debtor's position makes it extremely difficult, if not impossible, for Shaghal to intelligently respond to the Objection at this time.  Without more information from the Debtors, Shaghal cannot reasonably be expected to know what additional documentation, if any, may actually be needed to further support its Claim.  As such, Shaghal reserves the right to offer additional evidence and arguments in support of its Claim.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

If the Court is not prepared to overrule the Debtor's Objection to Shaghal's Claim at this time, Shaghal respectfully requests that the Court continue the hearing on this matter and require the Debtors to provide satisfactory information and/or support for their Objection.

Any reply to this Response should be delivered to:

  Wolf Wallenstein PC
  Attn: Ellen K Wolf and Scott Antoine
  11400 W. Olympic Blvd., Suite 700
  Los Angeles, CA 90064
  (310) 622-1000
  ewolf@wolfwallenstein.com
  santoine@wolfwallenstein.com

The above-described law firm possesses the authority to reconcile, settle or otherwise resolve the Claim on behalf of Shaghal.

DATED:  October 8, 2020
   Los Angeles, CA

        **WOLF WALLENSTEIN, PC**
        Attorneys for Shaghal, Ltd.
        11400 W. Olympic Blvd, Suite 700
        Los Angeles, CA  90064
        (310) 622-1000

        By:_____/s/ Ellen K. Wolf_____
         Ellen Kaufman Wolf

## DECLRATION OF DEBORAH FREGOSO IN SUPPORT OF SHAGHAL LTD.'S RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO REDUCE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM OR SUBMITTED BALLOTS

I, Deborah Fregoso, hereby declare as follows:

1.    I make this declaration on my own personal knowledge, and if called upon to testify to the facts set forth herein, I could and would do so competently.

2.    I am an employee of Shaghal Ltd. ("Shaghal"). I hold the position of Accounting Manager at Shaghal. In my capacity as the Accounting Manager, I am familiar with the record keeping practices of Shaghal, including Shaghal's procedures and practices related to accounting, tracking charges to customers and the receipt of payments received from customers, the generation and sending of invoices to customers, and the creation and retention of billing and accounting records.

3.    The documents attached hereto as **Exhibit A** are true and correct copies of billing records, including invoices and corresponding spreadsheets, that have been kept by Shaghal in the regular course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 8, 2020

_____
Deborah Fregoso

**EXHIBIT A**

1:07 PM
11/27/19

## Shaghal, Ltd.
## A/R Aging QuickZoom
### As of November 27, 2019

SHAGHAL LTD. ADMINISTRATIVE AND 503(B)(9) CLAIMS SPREADSHEET - Sears Administrative Expense Consent Program Ballot ID 182353801041122
DUNS (unique identifier(s) with Sears, Kmart and their affiliates): 178902474
DBA Names: XO Vision, Ematic
Proofs of Claim for $49,963.75 in 11 USC 503(b)(9) claims have been filed. No motions seeking payment have been filed.

| Invoice Number | Purchase Order Number | Invoice Date | Invoice Amount | Open Balance | 503(b)(9) | Administrative |
|---|---|---|---|---|---|---|
| 672253 | 419337 | 09/28/16 | $2,840.82 | $2,098.26 | Y | N |
| 672256 | 419335 | 09/28/16 | $1,218.72 | $1,218.72 | Y | N |
| 672261 | 419336 | 09/28/16 | $983.30 | $983.30 | Y | N |
| 672282 | 419338 | 09/28/16 | $259.52 | $259.52 | Y | N |
| 672291 | 419339 | 09/28/16 | $704.48 | $704.48 | N | N |
| 672304 | 419340 | 09/28/16 | $2,775.22 | $1,540.90 | N | N |
| 679999 | 421479 | 10/10/16 | $340.50 | $340.50 | Y | N |
| 680000 | 421480 | 10/10/16 | $1,115.06 | $1,115.06 | Y | N |
| 680002 | 421481 | 10/10/16 | $1,843.60 | $1,499.62 | Y | N |
| 680003 | 421482 | 10/10/16 | $222.06 | $222.06 | Y | N |
| 680005 | 420251 | 10/13/16 | $53,600.00 | $37.22 | Y | N |
| 680613 | 422980 | 10/13/16 | $7,565.06 | $2,881.02 | Y | N |
| 680629 | 422981 | 10/13/16 | $1,700.02 | $1,496.02 | Y | N |
| 680661 | 422983 | 10/13/16 | $729.64 | $719.59 | Y | N |
| 680671 | 422984 | 10/13/16 | $2,002.20 | $567.72 | Y | N |
| 680698 | 422986 | 10/13/16 | $405.44 | $4.06 | N | N |
| 683347 | 425134 | 10/19/16 | $2,404.88 | $1,137.20 | Y | N |
| 683348 | 425135 | 10/19/16 | $1,142.66 | $1,142.66 | Y | N |
| 683349 | 425136 | 10/19/16 | $70.20 | $70.20 | Y | N |
| 683350 | 425137 | 10/19/16 | $143.56 | $143.56 | Y | N |
| 683351 | 425138 | 10/19/16 | $675.24 | $675.24 | Y | N |
| 683352 | 425139 | 10/19/16 | $1,857.02 | $289.10 | Y | N |
| 686466 | 427228 | 10/27/16 | $5,597.84 | $3,753.80 | Y | N |
| 686497 | 427231 | 10/27/16 | $741.66 | $741.66 | Y | N |
| 686503 | 427232 | 10/27/16 | $2,160.38 | $692.54 | Y | N |
| 688308 | 429207 | 11/01/16 | $1,287.58 | $0.86 | N | N |
| 688309 | 429208 | 11/01/16 | $4,124.78 | $8.80 | N | N |
| 688310 | 429210 | 11/01/16 | $1,436.34 | $7.25 | N | N |
| 688312 | 429209 | 11/01/16 | $300.56 | $8.24 | N | N |
| 692209 | 431200 | 11/10/16 | $30,050.32 | $467.08 | Y | Y |
| 693478 | 431467 | 11/10/16 | $174.80 | $19.55 | Y | Y |
| 699224 | 434217 | 11/18/16 | $8,443.12 | $17.92 | Y | Y |
| 699325 | 434386 | 11/18/16 | $31,952.80 | $21,413.85 | Y | Y |
| 701738 | 434547 | 11/22/16 | $58,800.00 | $25,614.00 | Y | Y |
| 702153 | 435043 | 11/22/16 | $3,731.72 | $11.66 | Y | Y |
| 702155 | 435048 | 11/22/16 | $22,014.80 | $1.93 | Y | Y |
| 702157 | 435045 | 11/22/16 | $1,595.54 | $29.60 | Y | Y |
| 702162 | 435042 | 11/22/16 | $648.72 | $2.54 | Y | Y |
| 703235 | 436042 | 11/23/16 | $10,050.00 | $7,242.21 | Y | Y |
| 721975 | 436703 | 11/30/16 | $25,833.68 | $856.82 | N | Y |

1:07 PM
11/27/19

**Shaghai, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 721997 | 436702 | 11/30/16 | $573.44 | $4.81 | N | Y |
| 723582 | 437786 | 12/02/16 | $5,452.80 | $1,625.80 | N | Y |
| 728635 | 438494 | 12/08/16 | $5,871.44 | $5,810.44 | N | Y |
| 728648 | 438493 | 12/08/16 | $1,356.26 | $3.48 | N | Y |
| 728649 | 439425 | 12/08/16 | $715.20 | $585.50 | N | Y |
| 732128 | 440026 | 12/14/16 | $171.12 | $4.08 | N | Y |
| 732134 | 440023 | 12/14/16 | $1,816.14 | $17.71 | N | Y |
| 732138 | 440030 | 12/14/16 | $6,718.00 | $1,405.94 | N | Y |
| 732191 | 440924 | 12/14/16 | $3,888.00 | $2,025.00 | N | Y |
| 736533 | 441726 | 12/22/16 | $1,905.14 | $3.34 | N | Y |
| 736534 | 441727 | 12/22/16 | $787.50 | $0.78 | N | Y |
| 736538 | 441733 | 12/22/16 | $1,680.00 | $3.38 | N | Y |
| 736539 | 442581 | 12/22/16 | $935.12 | $2.23 | N | Y |
| 736540 | 442582 | 12/22/16 | $17,378.64 | $5,572.28 | N | Y |
| 736546 | 441731 | 12/22/16 | $2,393.86 | $1.76 | N | Y |
| 752951 | 443250 | 12/30/16 | $19,091.60 | $308.54 | N | Y |
| 782391 | 444714 | 01/06/17 | $2,726.40 | $2,273.30 | N | Y |
| 782393 | 445499 | 01/06/17 | $5,970.32 | $255.61 | N | Y |
| 784013 | 447165 | 01/13/17 | $991.60 | $1.02 | N | Y |
| 784028 | 447168 | 01/13/17 | $1,865.60 | $17.68 | N | Y |
| 794221 | 447975 | 01/19/17 | $851.20 | $14.00 | N | Y |
| 794224 | 447978 | 01/19/17 | $488.52 | $25.68 | N | Y |
| 794227 | 448984 | 01/19/17 | $715.20 | $685.40 | N | Y |
| 794229 | 447980 | 01/19/17 | $1,631.02 | $14.50 | N | Y |
| 795893 | 460394 | 01/24/17 | $2,923.74 | $2.76 | N | Y |
| 795894 | 460395 | 01/24/17 | $566.74 | $2.12 | N | Y |
| 795896 | 460399 | 01/24/17 | $1,120.00 | $239.12 | N | Y |
| 795899 | 460392 | 01/24/17 | $969.18 | $14.04 | N | Y |
| 799154 | 462501 | 02/01/17 | $1,430.40 | $929.97 | N | Y |
| 802006 | 464357 | 02/08/17 | $1,695.74 | $7.99 | N | Y |
| 802023 | 464362 | 02/08/17 | $1,120.00 | $431.50 | N | Y |
| 804410 | 466558 | 02/14/17 | $414.10 | $5.80 | N | Y |
| 806509 | 468441 | 02/21/17 | $200.16 | $200.16 | N | Y |
| 806510 | 468444 | 02/21/17 | $438.50 | $12.50 | N | Y |
| 806512 | 468442 | 02/21/17 | $400.32 | $11.97 | N | Y |
| 806508 | 468440 | 02/21/17 | $800.64 | $104.26 | N | Y |
| 806513 | 468443 | 02/21/17 | $800.64 | $47.88 | N | Y |
| 807336 | 469391 | 02/23/17 | $3,888.00 | $567.12 | N | Y |
| 810398 | 470290 | 03/02/17 | $133.44 | $3,780.00 | N | Y |
| 810400 | 470293 | 03/02/17 | $896.00 | $658.00 | N | Y |
| 812927 | 471970 | 03/07/17 | $1,296.00 | $1,296.00 | N | Y |
| 813491 | 472986 | 03/08/17 | $1,852.44 | $42.48 | N | Y |
| 817453 | 474616 | 03/16/17 | $865.88 | $12.84 | N | Y |
| 817456 | 474621 | 03/16/17 | $1,344.00 | $778.22 | N | Y |

1:07 PM
11/27/19

**Shaghal, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | |
|---|---|---|---|---|---|
| 817457 | 474619 | 03/16/17 | $556.92 | | |
| 817458 | 474620 | 03/16/17 | $1,432.82 | N | Y |
| 817859 | 474840 | 03/17/17 | $780.20 | N | Y |
| 817862 | 474843 | 03/17/17 | $2,565.40 | N | Y |
| 820519 | 476365 | 03/23/17 | $715.20 | N | Y |
| 824415 | 477069 | 03/28/17 | $3,307.20 | N | Y |
| 824996 | 477811 | 03/30/17 | $1,120.00 | N | Y |
| 827350 | 478159 | 04/07/17 | $3,003.42 | N | Y |
| 827352 | 478161 | 04/07/17 | $4,311.68 | N | Y |
| 827353 | 478162 | 04/07/17 | $1,000.84 | N | Y |
| 827354 | 478691 | 04/07/17 | $1,611.20 | N | Y |
| 827355 | 479595 | 04/07/17 | $1,285.40 | N | Y |
| 827359 | 479598 | 04/07/17 | $625.76 | N | Y |
| 829314 | 480379 | 04/14/17 | $1,296.00 | N | Y |
| 829317 | 481179 | 04/14/17 | $1,755.30 | N | Y |
| 829320 | 481181 | 04/14/17 | $1,317.30 | N | Y |
| 830148 | 481426 | 04/18/17 | $896.00 | N | Y |
| 832716 | 483281 | 04/25/17 | $715.20 | N | Y |
| 832722 | 482885 | 04/25/17 | $1,989.24 | N | Y |
| 832724 | 482886 | 04/25/17 | $233.00 | N | Y |
| 832748 | 482888 | 04/25/17 | $1,051.52 | N | Y |
| 833544 | 483958 | 04/28/17 | $2,545.86 | N | Y |
| 833545 | 483961 | 04/28/17 | $1,473.00 | N | Y |
| 833547 | 483959 | 04/28/17 | $994.62 | N | Y |
| 833551 | 483957 | 04/28/17 | $536.82 | N | Y |
| 835081 | 485230 | 05/03/17 | $1,204.96 | N | Y |
| 835086 | 485235 | 05/03/17 | $1,964.00 | N | Y |
| 835547 | 485413 | 05/05/17 | $2,011.20 | N | Y |
| 836702 | 485802 | 05/09/17 | $896.00 | N | Y |
| 837406 | 486430 | 05/11/17 | $1,619.58 | N | Y |
| 837408 | 486434 | 05/11/17 | $2,104.20 | N | Y |
| 837410 | 486438 | 05/11/17 | $2,224.60 | N | Y |
| 837411 | 486439 | 05/11/17 | $982.00 | N | Y |
| 839463 | 487816 | 05/18/17 | $567.54 | N | Y |
| 839464 | 487817 | 05/18/17 | $2,141.94 | N | Y |
| 839465 | 487820 | 05/18/17 | $982.00 | N | Y |
| 841293 | 488343 | 05/24/17 | $2,011.20 | N | Y |
| 844089 | 490419 | 06/02/17 | $1,115.20 | N | Y |
| 844092 | 490507 | 06/02/17 | $958.76 | N | Y |
| 844095 | 490510 | 06/02/17 | $354.34 | N | Y |
| 844096 | 490511 | 06/02/17 | $2,310.00 | N | Y |
| 846068 | 490844 | 06/07/17 | $2,726.40 | N | Y |
| 850674 | 492660 | 06/14/17 | $885.48 | N | Y |
| 850675 | 492661 | 06/14/17 | $435.58 | N | Y |
| 850676 | 492662 | 06/14/17 | $1,569.72 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | $206.28 | | |
| | | | $22.96 | N | Y |
| | | | $111.96 | N | Y |
| | | | $562.32 | N | Y |
| | | | $461.90 | N | Y |
| | | | $3,098.60 | N | Y |
| | | | $802.00 | N | Y |
| | | | $6.36 | N | Y |
| | | | $20.52 | N | Y |
| | | | $20.56 | N | Y |
| | | | $434.60 | N | Y |
| | | | $57.80 | N | Y |
| | | | $12.04 | N | Y |
| | | | $540.00 | N | Y |
| | | | $13.98 | N | Y |
| | | | $17.42 | N | Y |
| | | | $466.00 | N | Y |
| | | | $286.10 | N | Y |
| | | | $46.38 | N | Y |
| | | | $4.06 | N | Y |
| | | | $99.30 | N | Y |
| | | | $43.82 | N | Y |
| | | | $785.60 | N | Y |
| | | | $35.00 | N | Y |
| | | | $26.82 | N | Y |
| | | | $61.46 | N | Y |
| | | | $147.30 | N | Y |
| | | | $171.92 | N | Y |
| | | | $140.00 | N | Y |
| | | | $74.12 | N | Y |
| | | | $4.03 | N | Y |
| | | | $70.08 | N | Y |
| | | | $716.78 | N | Y |
| | | | $23.20 | N | Y |
| | | | $17.70 | N | Y |
| | | | $797.36 | N | Y |
| | | | $1,562.40 | N | Y |
| | | | $179.60 | N | Y |
| | | | $58.36 | N | Y |
| | | | $49.92 | N | Y |
| | | | $19.98 | N | Y |
| | | | $2,339.00 | N | Y |
| | | | $107.10 | N | Y |
| | | | $105.38 | N | Y |
| | | | $19.66 | | |

**9**

## Shaghai, Ltd.
## A/R Aging QuickZoom
### As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 853123 | 493777 | 06/21/17 | $2,726.40 | $2,669.94 | N | Y |
| 853686 | 493890 | 06/23/17 | $104.40 | $83.52 | N | Y |
| 855369 | 494867 | 06/28/17 | $1,096.60 | $31.16 | N | Y |
| 855370 | 494868 | 06/28/17 | $389.60 | $230.84 | N | Y |
| 855373 | 494871 | 06/28/17 | $847.40 | $18.92 | N | Y |
| 855374 | 494872 | 06/28/17 | $685.52 | $76.98 | N | Y |
| 857989 | 495609 | 07/07/17 | $715.20 | $715.20 | N | Y |
| 861276 | 496396 | 07/17/17 | $723.20 | $222.20 | N | Y |
| 861423 | 496397 | 07/17/17 | $518.50 | $518.50 | N | Y |
| 861463 | 496398 | 07/17/17 | $1,996.94 | $192.00 | N | Y |
| 861477 | 496401 | 07/17/17 | $1,296.00 | $1,296.00 | N | Y |
| 861478 | 496402 | 07/17/17 | $715.20 | $715.20 | N | Y |
| 861479 | 496399 | 07/17/17 | $723.20 | $355.88 | N | Y |
| 862991 | 496752 | 07/21/17 | $248.40 | $133.20 | N | Y |
| 862993 | 496755 | 07/21/17 | $1,643.20 | $239.94 | N | Y |
| 864563 | 497518 | 07/26/17 | $815.00 | $634.64 | N | Y |
| 864565 | 497519 | 07/26/17 | $161.00 | $161.00 | N | Y |
| 864566 | 497520 | 07/26/17 | $1,494.50 | $701.68 | N | Y |
| 864567 | 497521 | 07/26/17 | $333.60 | $333.60 | N | Y |
| 864578 | 497522 | 07/26/17 | $1,828.10 | $250.16 | N | Y |
| 864584 | 498674 | 08/02/17 | $677.76 | $453.14 | N | Y |
| 864585 | 498675 | 08/02/17 | $176.40 | $105.84 | N | Y |
| 866485 | 498676 | 08/02/17 | $647.10 | $83.60 | N | Y |
| 866486 | 498677 | 08/02/17 | $176.40 | $52.92 | N | Y |
| 866487 | 498679 | 08/02/17 | $352.80 | $105.84 | N | Y |
| 866489 | 498681 | 08/02/17 | $176.40 | $176.40 | N | Y |
| 866491 | 498684 | 08/02/17 | $715.20 | $521.50 | N | Y |
| 866492 | 498683 | 08/02/17 | $176.40 | $176.40 | N | Y |
| 866494 | 499593 | 08/08/17 | $352.80 | $19.26 | N | Y |
| 867985 | 499594 | 08/08/17 | $1,103.50 | $35.28 | N | Y |
| 867986 | 499595 | 08/08/17 | $176.40 | $90.46 | N | Y |
| 867987 | 499596 | 08/08/17 | $400.32 | $28.62 | N | Y |
| 867989 | 499597 | 08/08/17 | $1,640.92 | $87.42 | N | Y |
| 867990 | 512918 | 11/01/17 | $582.00 | $319.67 | N | Y |
| 868339 | 512922 | 11/01/17 | $2,476.28 | $389.95 | N | Y |
| 868341 | 512917 | 11/01/17 | $6,066.50 | $23.40 | N | Y |
| 868343 | 512923 | 11/01/17 | $23,964.00 | $36.69 | N | Y |
| 868347 | 512992 | 11/01/17 | $3,576.00 | $20,688.34 | N | Y |
| 887247 | 512991 | 11/03/17 | $6,480.00 | $3,576.00 | N | Y |
| 887248 | | 11/03/17 | $124.20 | $6,318.00 | N | Y |
| 889826 | 514045 | 11/09/17 | $321.20 | $124.20 | N | Y |
| 889827 | 514046 | 11/09/17 | $373.40 | $321.20 | N | Y |
| 889828 | 514047 | 11/09/17 | $124.20 | $373.40 | N | Y |
| 889829 | 514048 | 11/09/17 | $124.20 | $124.20 | N | Y |
| 889831 | 514049 | 11/09/17 | $943.80 | $319.54 | N | Y |
| 894421 | 514920 | 11/17/17 | $4,156.80 | $3,699.60 | N | Y |

1:07 PM
11/27/19

**Shaghal, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 894422 | 514918 | 11/17/17 | $501.56 | $501.56 | N | Y |
| 909678 | 516633 | 12/01/17 | $2,623.64 | $1,833.06 | N | Y |
| 909679 | 516635 | 12/01/17 | $1,570.60 | $1,264.70 | N | Y |
| 909680 | 516636 | 12/01/17 | $1,437.16 | $1,437.16 | N | Y |
| 914457 | 515834 | 12/05/17 | $795.20 | $795.20 | N | Y |
| 914458 | 515835 | 12/05/17 | $373.40 | $373.40 | N | Y |
| 914460 | 515839 | 12/05/17 | $3,441.60 | $3,441.60 | N | Y |
| 914461 | 516634 | 12/05/17 | $758.40 | $405.60 | N | Y |
| 914462 | 515837 | 12/05/17 | $449.36 | $449.36 | N | Y |
| 914463 | 515838 | 12/05/17 | $746.78 | $746.78 | N | Y |
| 916243 | 517464 | 12/07/17 | $1,450.06 | $213.94 | N | Y |
| 916244 | 517465 | 12/07/17 | $494.60 | $494.60 | N | Y |
| 916245 | 517468 | 12/07/17 | $1,296.00 | $1,296.00 | N | Y |
| 916246 | 517466 | 12/07/17 | $200.16 | $200.16 | N | Y |
| 916247 | 517467 | 12/07/17 | $655.60 | $655.60 | N | Y |
| 919343 | 517639 | 12/11/17 | $5,376.70 | $4,953.46 | N | Y |
| 926851 | 518439 | 12/18/17 | $104.40 | $104.40 | N | Y |
| 926853 | 518441 | 12/18/17 | $466.30 | $122.72 | N | Y |
| 926854 | 518442 | 12/18/17 | $276.70 | $276.70 | N | Y |
| 926972 | 519587 | 12/20/17 | $1,296.00 | $1,296.00 | N | Y |
| 936859 | 521265 | 01/09/18 | $161.00 | $161.00 | N | Y |
| 936860 | 521266 | 01/09/18 | $2,785.80 | $2,785.80 | N | Y |
| 936862 | 521268 | 01/09/18 | $8,247.20 | $8,247.20 | N | Y |
| 936865 | 521270 | 01/09/18 | $4,346.20 | $4,346.20 | N | Y |
| 936867 | 521272 | 01/09/18 | $8,472.00 | $8,472.00 | N | Y |
| 937720 | 521131 | 01/12/18 | $104.40 | $3.07 | N | Y |
| 937721 | 522132 | 01/12/18 | $1,276.20 | $1,276.20 | N | Y |
| 941830 | 522937 | 01/23/18 | $2,396.80 | $777.34 | N | Y |
| 941844 | 522938 | 01/23/18 | $192.60 | $192.60 | N | Y |
| 941845 | 522939 | 01/23/18 | $212.40 | $212.40 | N | Y |
| 941846 | 522940 | 01/23/18 | $407.28 | $407.28 | N | Y |
| 942550 | 522879 | 01/25/18 | $104.40 | $104.40 | N | Y |
| 942551 | 523880 | 01/25/18 | $1,675.00 | $1,675.00 | N | Y |
| 942552 | 523881 | 01/25/18 | $317.60 | $7.18 | N | Y |
| 942553 | 523882 | 01/25/18 | $670.00 | $536.00 | N | Y |
| 942554 | 523883 | 01/25/18 | $670.00 | $201.00 | N | Y |
| 942555 | 523884 | 01/25/18 | $480.82 | $480.82 | N | Y |
| 944233 | 524907 | 02/01/18 | $241.50 | $241.50 | N | Y |
| 944234 | 524908 | 02/01/18 | $670.00 | $670.00 | N | Y |
| 944235 | 524909 | 02/01/18 | $1,107.80 | $825.56 | N | Y |
| 944236 | 524910 | 02/01/18 | $890.40 | $890.40 | N | Y |
| 944237 | 524911 | 02/01/18 | $1,503.28 | $1,079.92 | N | Y |
| 944238 | 524912 | 02/01/18 | $264.60 | $264.60 | N | Y |
| 944239 | 524913 | 02/01/18 | $1,150.48 | $1,150.48 | N | Y |
| 948462 | 525837 | 02/13/18 | $1,115.20 | $1,115.20 | N | Y |

1:07 PM
11/27/19

**Shaghal, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 948463 | 525838 | 02/13/18 | $445.20 | $445.20 | N | Y |
| 948464 | 525839 | 02/13/18 | $641.82 | $641.82 | N | Y |
| 948465 | 525840 | 02/13/18 | $414.10 | $414.10 | N | Y |
| 948466 | 525841 | 02/13/18 | $1,115.20 | $1,115.20 | N | Y |
| 948467 | 525842 | 02/13/18 | $789.04 | $789.04 | N | Y |
| 949511 | 526910 | 02/16/18 | $329.70 | $329.70 | N | Y |
| 949512 | 526911 | 02/16/18 | $161.00 | $161.00 | N | Y |
| 949513 | 526913 | 02/16/18 | $491.00 | $491.00 | N | Y |
| 949514 | 526912 | 02/16/18 | $337.40 | $337.40 | N | Y |
| 969634 | 531372 | 03/16/18 | $1,410.26 | $1,410.26 | N | Y |
| 969635 | 531373 | 03/16/18 | $66.72 | $66.72 | N | Y |
| 969636 | 531374 | 03/16/18 | $488.52 | $488.52 | N | Y |
| 981297 | 533671 | 04/04/18 | $445.20 | $445.20 | N | Y |
| 989992 | 536746 | 04/23/18 | $6,710.00 | $6,710.00 | N | Y |
| 991576 | 537608 | 04/27/18 | $72.00 | $72.00 | N | Y |
| 991577 | 537609 | 04/27/18 | $1,065.24 | $1,065.24 | N | Y |
| 996515 | 539142 | 05/09/18 | $780.20 | $780.20 | N | Y |
| 1001106 | 539668 | 05/17/18 | $335.00 | $335.00 | N | Y |
| 1001108 | 539669 | 05/17/18 | $335.00 | $335.00 | N | Y |
| 1001109 | 539670 | 05/17/18 | $445.20 | $445.20 | N | Y |
| 1012349 | 543899 | 06/08/18 | $10,941.40 | $10,941.40 | N | Y |
| 1012350 | 543900 | 06/08/18 | $1,085.10 | $1,085.10 | N | Y |
| 1012367 | 543901 | 06/08/18 | $4,479.40 | $4,479.40 | N | Y |
| 1012368 | 543902 | 06/08/18 | $2,419.40 | $2,419.40 | N | Y |
| 1012370 | 543903 | 06/08/18 | $6,234.60 | $6,234.60 | N | Y |
| 1012381 | 543904 | 06/08/18 | $6,614.40 | $6,614.40 | N | Y |
| 1018587 | 543975 | 06/22/18 | $1,536.20 | $1,536.20 | N | Y |
| 1018588 | 543976 | 06/22/18 | $6,070.90 | $6,070.90 | N | Y |
| 1018589 | 545017 | 06/22/18 | $768.10 | $768.10 | N | Y |
| 1018590 | 545018 | 06/22/18 | $1,658.50 | $1,658.50 | N | Y |
| 1018591 | 543977 | 06/22/18 | $1,536.20 | $1,536.20 | N | Y |
| 1018592 | 545019 | 06/22/18 | $10.42 | $10.42 | N | Y |
| 1018593 | 545674 | 06/22/18 | $445.20 | $445.20 | N | Y |
| 1018595 | 545020 | 06/22/18 | $1,536.20 | $1,536.20 | N | Y |
| 1022884 | 546186 | 07/06/18 | $2,968.70 | $2,968.70 | N | Y |
| 1022900 | 546184 | 07/06/18 | $1,536.20 | $1,536.20 | N | Y |
| 1022901 | 546185 | 07/06/18 | $3,840.50 | $3,840.50 | N | Y |
| 1022902 | 546650 | 07/06/18 | $1,103.10 | $1,103.10 | N | Y |
| 1022904 | 546653 | 07/06/18 | $300.60 | $300.60 | N | Y |
| 1022905 | 546656 | 07/06/18 | $2,011.20 | $2,011.20 | N | Y |
| 1022906 | 546187 | 07/06/18 | $2,304.30 | $2,304.30 | N | Y |
| 1022907 | 546188 | 07/06/18 | $3,840.50 | $3,840.50 | N | Y |
| 1022908 | 546189 | 07/06/18 | $402.50 | $402.50 | N | Y |
| 1022909 | 546652 | 07/06/18 | $670.00 | $670.00 | N | Y |
| 1022910 | 546654 | 07/06/18 | $670.00 | $670.00 | N | Y |

1:07 PM
11/27/19

**Shaghai, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 1022911 | 546655 | 07/06/18 | $822.10 | $140.64 | N | Y |
| 1023978 | 546651 | 07/10/18 | $1,147.40 | $1,147.40 | N | Y |
| 1029450 | 550759 | 07/27/18 | $670.00 | $670.00 | N | Y |
| 1029451 | 550760 | 07/27/18 | $335.00 | $335.00 | N | Y |
| | | | | $311,961.55 | | |

**Shaghal, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

NISTRATIVE AND 503(B)(9) CLAIMS SPREADSHEET

| Invoice Number | Purchase Order Number | Invoice Date | Invoice Amount | OpenBalance | 503(b)(9) | Administrative |
|---|---|---|---|---|---|---|
| 671354 | 08287064570R | 09/27/16 | $5,025.50 | $2,489.61 | N | N |
| 671355 | 08287064571R | 09/27/16 | $8,342.82 | $2,959.94 | Y | N |
| 680397 | 08305058490R | 10/11/16 | $9,461.90 | $6,776.58 | Y | N |
| 680398 | 08292089387R | 10/11/16 | $29,813.18 | $11,090.70 | Y | N |
| 680945 | 08287047187R | 10/13/16 | $4,970.60 | $647.55 | N | N |
| 680949 | 08275125960R | 10/13/16 | $11,588.47 | $3.31 | Y | N |
| 680950 | 08287069344R | 10/13/16 | $14,976.86 | $13,719.18 | Y | Y |
| 680951 | 08289072242R | 10/13/16 | $5,330.69 | $3,762.31 | Y | N |
| 683355 | 08292091756R | 10/19/16 | $13,320.00 | $6,635.90 | Y | N |
| 683356 | 08289074607R | 10/19/16 | $10,459.20 | $6,232.30 | Y | N |
| 683357 | 08287071775R | 10/19/16 | $9,028.80 | $8,623.80 | Y | N |
| 683358 | 08275128375R | 10/19/16 | $7,598.40 | $1.40 | Y | N |
| 683359 | 08273474563R | 10/19/16 | $5,587.20 | $45.24 | Y | N |
| 683360 | 08305060805R | 10/19/16 | $7,732.80 | $7,186.20 | Y | Y |
| 683361 | 08289072321R | 10/19/16 | $11,246.54 | $24.22 | Y | Y |
| 683362 | 08275128960R | 10/19/16 | $11,931.80 | $21.62 | Y | Y |
| 683363 | 08287072358R | 10/19/16 | $19,484.13 | $64.50 | Y | Y |
| 683364 | 08289075172R | 10/19/16 | $14,953.28 | $232.65 | Y | Y |
| 683365 | 08292092321R | 10/19/16 | $18,972.80 | $13,960.79 | Y | Y |
| 683366 | 08305061360R | 10/19/16 | $15,531.35 | $14,761.40 | Y | Y |
| 686507 | 08273477968R | 10/27/16 | $1,444.60 | $247.35 | Y | Y |
| 686509 | 08275131443R | 10/27/16 | $15,539.19 | $10,098.06 | Y | Y |
| 686511 | 08287087R | 10/27/16 | $5,000.54 | $3,671.54 | Y | Y |
| 686512 | 08289077533R | 10/27/16 | $11,173.62 | $6,152.94 | N | Y |
| 686513 | 08292094763R | 10/27/16 | $14,492.30 | $13,120.22 | Y | Y |
| 686514 | 08305063673R | 10/27/16 | $6,107.79 | $2,012.22 | Y | Y |
| 688182 | 08273479319R | 11/01/16 | $9,856.88 | $25.32 | Y | Y |
| 688183 | 08287060410R | 11/01/16 | $16,465.47 | $6,343.47 | Y | Y |
| 702166 | 08287083074R | 11/22/16 | $10,064.10 | $18.04 | N | Y |
| 703260 | 08275140708R | 11/23/16 | $2,011.20 | $65.10 | Y | Y |
| 723598 | 08273490981R | 12/02/16 | $4,919.10 | $14.73 | Y | Y |
| 723599 | 08287086451R | 12/02/16 | $13,940.48 | $20.06 | Y | Y |
| 724575 | 08287086450R | 12/02/16 | $3,307.20 | $576.20 | N | Y |
| 728650 | 08275145014R | 12/08/16 | $3,441.60 | $104.30 | N | Y |
| 728651 | 08289090686R | 12/08/16 | $2,011.20 | $1,957.20 | Y | Y |
| 728653 | 08305076648R | 12/08/16 | $2,726.40 | $1,810.10 | Y | Y |
| 732194 | 08292110271R | 12/14/16 | $2,592.00 | $1,620.00 | Y | Y |
| 732197 | 08305078622R | 12/14/16 | $1,296.00 | $1,296.00 | Y | Y |
| 732214 | 08287090681R | 12/14/16 | $2,726.40 | $2,510.40 | Y | Y |
| 736686 | 08273498293R | 12/22/16 | $1,296.00 | $49.32 | Y | Y |
| 736687 | 08275142259R | 12/22/16 | $1,296.00 | $1,296.00 | Y | Y |
| 736688 | 08305080707R | 12/22/16 | $1,296.00 | $1,296.00 | Y | Y |
| 736689 | 08287092318R | 12/22/16 | $835.20 | $22.22 | Y | Y |
| 736690 | 08287092894R | 12/22/16 | $1,296.00 | $918.00 | Y | Y |

## Shaghal, Ltd.
## A/R Aging QuickZoom
### As of November 27, 2019

| | | | | | |
|---|---|---|---|---|---|
| 752952 | 082890908865R | 12/30/16 | $1,296.00 | | |
| 782410 | 083050842385R | 01/06/17 | $790.20 | N | Y |
| 782412 | 082751525977R | 01/06/17 | $3.16 | N | Y |
| 782413 | 082890983078R | 01/06/17 | $1,296.00 | N | Y |
| 782414 | 082921160595R | 01/06/17 | $1,296.00 | N | Y |
| 782415 | 082870965955R | 01/06/17 | $1,296.00 | N | Y |
| 782416 | 082870965948R | 01/06/17 | $2,714.40 | N | Y |
| 794994 | 082871014408R | 01/23/17 | $1,296.00 | N | Y |
| 794995 | 082921207565R | 01/23/17 | $2,145.60 | N | Y |
| 804420 | 082921282008R | 02/14/17 | $1,430.40 | N | Y |
| 807333 | 082871118828R | 02/23/17 | $529.20 | N | Y |
| 807334 | 082891128738R | 02/23/17 | $2,011.20 | N | Y |
| 807335 | 083050098672R | 02/23/17 | $1,296.00 | N | Y |
| 810394 | 082921133261R | 03/02/17 | $1,296.00 | N | Y |
| 810395 | 082735219898R | 03/02/17 | $1,296.00 | N | Y |
| 810396 | 083050100705R | 03/02/17 | $682.20 | N | Y |
| 813479 | 083050102721R | 03/08/17 | $2,011.20 | N | Y |
| 813480 | 082871161978R | 03/08/17 | $1,430.40 | N | Y |
| 813481 | 082871161988R | 03/08/17 | $1,296.00 | N | Y |
| 820539 | 082751767388R | 03/23/17 | $1,430.40 | N | Y |
| 820542 | 082921392558R | 03/23/17 | $963.00 | N | Y |
| 820544 | 082921392558R | 03/23/17 | $4,037.88 | N | Y |
| 820544 | 082735292777A | 03/23/17 | $1,492.20 | N | Y |
| 820545 | 082891211114R | 03/23/17 | $35,430.30 | N | Y |
| 820547 | 082871206111R | 03/23/17 | $156.60 | N | Y |
| 825001 | 082751792577R | 03/30/17 | $1,296.00 | N | Y |
| 825002 | 082891234358R | 03/30/17 | $2,726.40 | N | Y |
| 825003 | 082735320665R | 03/30/17 | $1,430.40 | N | Y |
| 827343 | 082751813755R | 04/07/17 | $5,156.00 | N | Y |
| 827344 | 082891254665R | 04/07/17 | $421.20 | N | Y |
| 827345 | 082934600R | 04/07/17 | $1,143.00 | N | Y |
| 827347 | 082735340401R | 04/07/17 | $228.60 | N | Y |
| 827348 | 082871251201R | 04/07/17 | $2,492.00 | N | Y |
| 829267 | 082751583278R | 04/14/17 | $2,726.40 | N | Y |
| 832698 | 082735383931R | 04/25/17 | $3,441.60 | N | Y |
| 833514 | 082735407001R | 04/28/17 | $2,726.40 | N | Y |
| 833515 | 082735407702R | 04/28/17 | $14,994.00 | N | Y |
| 835044 | 082735404309R | 05/03/17 | $2,726.40 | N | Y |
| 837399 | 082735454599A | 05/11/17 | $29,250.10 | N | Y |
| 837400 | 082735459910R | 05/11/17 | $8,820.00 | N | Y |
| 837401 | 082735454598R | 05/11/17 | $2,726.40 | N | Y |
| 839319 | 082735476760R | 05/18/17 | $2,726.40 | N | Y |
| 841879 | 082735497699R | 05/26/17 | $4,872.00 | N | Y |
| 841891 | 082735505418R | 05/26/17 | $7,308.00 | N | Y |
| 844086 | 082735521588R | 06/02/17 | $46,894.20 | N | Y |
| 846070 | 082735539368R | 06/07/17 | $2,726.40 | N | Y |
| 846883 | 082735546918R | 06/09/17 | $14,068.00 | N | Y |

1:07 PM
11/27/19

Shaghai, Ltd.
A/R Aging QuickZoom
As of November 27, 2019

| Account | Code | Date | Amount | Amount | | |
|---|---|---|---|---|---|---|
| 846884 | 0827519963SR | 06/09/17 | $5,088.75 | $777.86 | N | Y |
| 852260 | 0827355689DR | 06/19/17 | $2,726.40 | $2,726.40 | N | Y |
| 853122 | 0827355828IR | 06/21/17 | $2,726.40 | $2,483.40 | N | Y |
| 855156 | 0827355985SR | 06/27/17 | $2,726.40 | $53.00 | N | Y |
| 855160 | 0827355985GR | 06/27/17 | $783.00 | $783.00 | N | Y |
| 857733 | 0827356279GR | 07/06/17 | $10,740.00 | $16.50 | N | Y |
| 857734 | 0827356203SR | 07/06/17 | $2,726.40 | $1,817.60 | N | Y |
| 859505 | 0827356464R | 07/11/17 | $80,959.40 | $67,756.73 | N | Y |
| 862984 | 0827521004IR | 07/21/17 | $1,545.60 | $961.18 | N | Y |
| 865752 | 0827356952SR | 07/31/17 | $2,592.00 | $2,349.00 | N | Y |
| 866481 | 0827357090DR | 08/02/17 | $2,726.40 | $1,908.60 | N | Y |
| 867983 | 0827357242SR | 08/08/17 | $1,296.00 | $1,296.00 | N | Y |
| 886348 | 0827359815TR | 11/01/17 | $72,584.00 | $1,933.17 | N | Y |
| 886349 | 0827359815SR | 11/01/17 | $59,805.00 | $27,702.28 | N | Y |
| 886330 | 0827523724R | 11/01/17 | $2,010.20 | $1,809.18 | N | Y |
| 886351 | 0828917831DR | 11/01/17 | $1,545.60 | $1,545.60 | N | Y |
| 886352 | 0827359815GR | 11/01/17 | $2,726.40 | $2,726.40 | N | Y |
| 889347 | 0827360289AR | 11/15/17 | $14,928.00 | $10,275.10 | N | Y |
| 914456 | 0827360667YR | 12/05/17 | $8,044.80 | $8,044.80 | N | Y |
| 916248 | 0827360849R | 12/07/17 | $2,726.40 | $2,726.40 | N | Y |
| 922505 | 0827361027R | 12/14/17 | $2,726.40 | $2,582.40 | N | Y |
| 931552 | 0827361288R | 12/26/17 | $14,564.34 | $45.84 | N | Y |
| 932455 | 0827361265ZR | 12/28/17 | $111,975.40 | $111,975.40 | N | Y |
| 932860 | 0827361432ZR | 12/29/17 | $11,443.20 | $11,443.20 | N | Y |
| 935028 | 0827361619SR | 01/05/18 | $1,430.40 | $730.10 | N | Y |
| 937717 | 0827361759SR | 01/12/18 | $1,430.40 | $1,341.00 | N | Y |
| 941847 | 0827361923ZR | 01/23/18 | $2,011.20 | $2,011.20 | N | Y |
| 941421 | 0827361352YR | 01/29/18 | $28,788.20 | $28,788.20 | N | Y |
| 943423 | 0827525842SR | 01/29/18 | $7,397.03 | $7,397.03 | N | Y |
| 943424 | 0829221839YR | 01/29/18 | $9,592.15 | $9,592.15 | N | Y |
| 943426 | 0828720165SR | 01/29/18 | $2,369.92 | $2,369.92 | N | Y |
| 943427 | 0828917991SR | 01/29/18 | $154.56 | $154.56 | N | Y |
| 948411 | 0827361620R | 01/29/18 | $982.00 | $982.00 | N | Y |
| 948807 | 0827362486AR | 02/13/18 | $2,696.00 | $2,378.48 | N | Y |
| 950623 | 0827362634SR | 02/14/18 | $1,430.40 | $1,430.40 | N | Y |
| 963634 | 0827362694DR | 02/19/18 | $4,669.00 | $4,669.00 | N | Y |
| 963635 | 0827363163R | 03/07/18 | $2,785.80 | $2,785.80 | N | Y |
| 965297 | 0827363148AR | 03/07/18 | $25,115.18 | $25,115.18 | N | Y |
| 980450 | 0827363148AR | 03/09/18 | $25,115.18 | $25,115.18 | N | Y |
| 981298 | 0827363836LR | 04/03/18 | $23,144.84 | $23,144.84 | N | Y |
| 989993 | 0827363638GR | 04/04/18 | $9,023.00 | $9,023.00 | N | Y |
| 989994 | 0827363434R | 04/23/18 | $23,059.04 | $23,059.04 | N | Y |
| 991574 | 0827363145R | 04/23/18 | $8,898.90 | $8,898.90 | N | Y |
| 991575 | 0827364930R | 04/27/18 | $10,655.80 | $10,655.80 | N | Y |
| | 0827364931R | 04/27/18 | $7,123.20 | $7,123.20 | N | Y |
| 995270 | 0827364655R | 05/07/18 | $11,833.92 | $11,833.92 | N | Y |

**Shaghai, Ltd.**
**A/R Aging QuickZoom**
As of November 27, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 995271 | 0827364656OR | 05/07/18 | $26,002.80 | $26,002.80 | N | Y |
| 999490 | 0827364859R | 05/15/18 | $7,101.30 | $7,101.30 | N | Y |
| 1001110 | 0827364858SR | 05/17/18 | $11,143.20 | $11,143.20 | N | Y |
| 1004817 | 0827365169ZR | 05/24/18 | $8,582.20 | $8,582.20 | N | Y |
| 1005412 | 0827365193OR | 05/25/18 | $9,081.28 | $9,081.28 | N | Y |
| 1010771 | 0827365387OR | 06/05/18 | $9,362.40 | $9,362.40 | N | Y |
| 1010772 | 0827365386R | 06/05/18 | $9,329.88 | $9,329.88 | N | Y |
| 1012347 | 0827365496ZR | 06/08/18 | $26,772.00 | $22,493.16 | N | Y |
| 1012348 | 0827365496ZR | 06/08/18 | $9,257.88 | $9,257.88 | N | Y |
| 1018581 | 0827365523R | 06/22/18 | $16,358.40 | $16,358.40 | N | Y |
| 1018582 | 0827365522R | 06/22/18 | $33,228.86 | $33,228.86 | N | Y |
| 1018583 | 0827365522SR | 06/22/18 | $27,217.20 | $27,217.20 | N | Y |
| 1018584 | 0827365690R | 06/22/18 | $8,286.28 | $8,286.28 | N | Y |
| 1018586 | 0827365690ZR | 06/22/18 | $19,054.70 | $18,307.50 | N | Y |
| 1022870 | 0827365996OR | 07/06/18 | $715.20 | $715.20 | N | Y |
| 1022873 | 0827365887ZR | 07/06/18 | $261.00 | $261.00 | N | Y |
| 1022892 | 0827365098R | 07/06/18 | $2,576.00 | $2,576.00 | N | Y |
| 1022893 | 0828923115S7R | 07/06/18 | $2,576.00 | $2,576.00 | N | Y |
| 1022894 | 0829249103R | 07/06/18 | $927.36 | $927.36 | N | Y |
| 1022895 | 0830521646AR | 07/06/18 | $2,782.08 | $2,782.08 | N | Y |
| 1022896 | 0828723752R | 07/06/18 | $2,576.00 | $1.31 | N | Y |
| 1023975 | 0827365938R | 07/10/18 | $13,057.70 | $13,057.70 | N | Y |
| 1042812 | 0827365678712R | 09/12/18 | $15,948.00 | $15,948.00 | N | Y |

$935,092.05

# Shaghal Ltd.
Est. 1985

Shaghal 05/18

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 05/17/2018 | 1001106 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 539668 | | N/A | | | | | 05/17/2018 | 05/17/2018 |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

```
3Y49V7              MAY 18, 2018   ACT WT 9.0 LBS      1 OF 1
SVC GNDCOM                       BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341924132
REF 1:INV#1001106
REF 2:PO#539668

HANDLING CHARGE 0.00                        SVC  7.99 USD
SINGLE – PIECE NR RATE CHRGS:               RS  0.00
DV 0.00                  COD   0.00          SD  0.00
DC 0.00                  DGD   0.00          SP  0.00
AH 0.00                  PR    0.00
TOT NR CHG 7.99                      NR + HC7.99
TOT PUB CHG 16.90                    PUB + HC16.90
```

| | Grand Total | $335.0 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**18**

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
HANOVER INDUSTRIAL PK
VILKES BARRE PA 187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE PA 187062028

**DELIV DATE** / /
**REQST DATE** 05/23/18
**CANCEL DATE** / /
**ORDER DATE** 05/09/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100681                    **PO NO:** 539668                    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0443

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019569    / FUNTAB3 | 5 (5) | EA $67.00 | |
|   | Ematic 7" HD Kid Safe Tablet e | | | |

(1) Box — 9 lbs

UPS Ground

(W) → 9 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          05/18/18                                          INV #      1001106
SOLD TO       SEARS                                            PO #       539668
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS UNIT #0443
              1055 HANOVER ST
              HANOVER INDUSTRIAL PK
              WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| FUNTAB3 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 5 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                 REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                 DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                 ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                 CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Shaghal 1001518

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/17/2018 | 1001108 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 539669 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/17/2018 | 05/17/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

```
3Y49V7          MAY 18, 2018   ACT WT 9.0 LBS        1 OF 1
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341099749
REF 1:INV#1001108
REF 2:PO#539669

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00          COD   0.00           RS  0.00
DC  0.00          DGD   0.00           SD  0.00
AH  0.00          PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

| | Grand Total | $335.00 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

PICKING LIST

**DATE** 05/10/18

**HIP-TO ADDRESS**
SEARS UNIT # 0447
LDG F & G
775 W MILLER RD
ARLAND  TX    750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX    750411210

**DELIV DATE**    / /
**REQST DATE** 05/23/18
**CANCEL DATE** / /
**ORDER DATE** 05/09/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100682        **PO NO:** 539669

**PAGE:**    1

**SHIP TO:** SEARS UNIT # 0447

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019569        / FUNTAB3 | 5 (5) | EA  $67.00 | |
| | Ematic 7" HD Kid Safe Tablet e | | | |

① Box's — 9 lbJ

UPS Ground

W — 9 lbJ



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

DATE          05/18/18                                                        INV #    1001108
SOLD TO       SEARS                                                           PO #     539669
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS UNIT #0447
              BLDG F&G
              2775 W MILLER RD
              GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| FUNTAB3 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 5 | |

_____

       SIGNATURE


PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                CAN CLAIM WITHIN THE TIME FRAME

                       THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

Budget 501 05/18

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 05/17/2018 | 1001109 |

| BILL TO |
|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 539670 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 05/17/2018 | 05/17/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 0 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |

3Y49V7     MAY 18, 2018   ACT WT 12.0 LBS          1 OF 1
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340860963
REF 1:INV#1001109
REF 2:PO#539670

HANDLING CHARGE 0.00                    SVC  7.98 USD
SINGLE – PIECE NR RATE CHRGS:           RS  0.00
DV 0.00              COD   0.00          SD  0.00
DC 0.00              DGD   0.00          SP  0.00
AH 0.00              PR    0.00
TOT NR CHG 7.98                     NR+HC7.98
TOT PUB CHG 10.98                   PUB+HC10.98

| | |
|---|---|
| **Grand Total** | **$445.20** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| | |
|---|---|
| | Prepared By |

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| |
|---|
| Authorized By |

## Thank you for your Business!

**PICKING LIST**

**DATE** 05/10/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**DELIV DATE**    / /
**REQST DATE** 05/23/18
**CANCEL DATE** / /
**ORDER DATE** 05/09/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100683                **PO NO:** 539670                **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0449

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016629    / EGQ347BL<br>7" Quad-Core with Android 5.0 | 10 (10) | EA $ 44.52 | |

(1) Box — 12 lbs

UPS Ground

(W) — 12 lbs



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 05/18/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 1001109 |
| PO # | 539670 |

SHIP TO    SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EGQ347BL | | 1 | 10 | 10 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 10 | |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon 06/28*

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/08/2018 | 1012349 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 543899 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 130 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 936.00 | |
| 110 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,148.40 | |
| 120 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 2,116.80 | |
| 120 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 4,003.20 | |
| 170 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 2,737.00 | |

(QUTV) QI4 Transportation Services
BOL# 88112

| | |
|---|---|
| **Grand Total** | **$10,941.40** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

**27**

PICKING LIST

**06/28**

DATE 06/07/18

Veyyton

(4)

**HIP-TO ADDRESS**
SEARS UNIT # 0425
ACKSONVILLE - RRC
0512 BUSCH DR N
ACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

7/4  7/5  7/6
**DELIV DATE**  / /
**REQST DATE** 06/20/18
**CANCEL DATE** / /
**ORDER DATE** 06/06/18

**EPT:** 657        **TYPE:** RE          **INSTRUCTIONS:**

**DER NO:** 100686                    **PO NO:** 543899                              **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0425

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  *10*  / EMW5105 (13) 23-65 Fixed Low Profile TV Wal | 130 | EA $ 7.20 | |
| 2 | 817707019781  *5*  / EMW3401 (22) 10-49 FULL Motion TV Mount | 110 | EA $ 10.44 | |
| 3 | 817707019811  *5*  / EMW4101 (24) 17-55 Full Motion TV Mount | 120 | EA $ 17.64 | |
| 4 | 817707019804  *2*  / EMW5306 (60) TV Wall Mount Kit with HDMI ca | 120 | EA $ 33.36 | |
| 5 | 817707019798  *5*  / EMW6201 (34) 30-79 Tilting TV Wall Mount | 170 | EA $ 16.10 | |

(153) Box's

(#1) 40"×48"×80" → EMW5105 — (13) Box'
                    EMW3104 — (22) Box' — 2137 lb
                    EMW4101 — (24) Box'
                    EMW5306 → (11) Box'

(#2) 40" × 48" × 75" → EMW5306 → (49) Box' 1728 lb

(#3) 40" × 48" × 60" → EMW6201 → (34) Box' 1152

(3) PALLETS

(W) → 5017 lb)



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 06/08/18 | **INV #** | **1012349** |
| **SOLD TO** | SEARS | **PO #** | **543899** |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0425 | | |
| | JACKSONVILLE - RRC | | |
| | 10512 BUSCH DR N | | |
| | JACKSONVILLE, FL 322185604 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | | 13 | 10 | 130 | CHINA |
| EMW3401 | 1 | 22 | 5 | 110 | CHINA |
| EMW4101 | | 24 | 5 | 120 | CHINA |
| EMW5306 | | 11 | 2 | 22 | CHINA |
| EMW5306 | 2 | 49 | 2 | 98 | CHINA |
| EMW6201 | 3 | 34 | 5 | 170 | CHINA |
| | | | | | |
| **TOTAL** | **3** | **153** | | **650** | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date 6/28/2018    **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**

| SHIP FROM | **Bill of Lading Number: 88112** |
|---|---|

**SHIP FROM**

SG Logistics
2034 E. 27th St. Unit A & B
Vernon, CA 90058
310-968-8509

**SHIP TO**

**Carrier Name: QUALITY TRANSPORTATION SERVICES**
**SCAC CODE: QUTV**
**C/O SMITH TRUCKS**

Sears Unit #0425
10512 Busch Dr N
Jacksonville, FL 32218
904-727-3228

**THIRD PARTY FREIGHT CHARGES BILL TO**

PO# 543899
Inv# 1012349

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868
PH 714-939-6366 FX 714-939-6362

**Special Instructions:**
**NOTIFY ARRIVAL/DELIVERY APPOINTMENT REQUIRED , MUST DELIVER BY JULY 4-6, 2018. THANK YOU.**

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐   Collect ☐   3rd Party ☐☒☒☒
☐ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#543899 | 3 pallets | 5,017 lbs | Y | N | 40" x 48" x 80" 40" x 48" x 75" 40" x 48" x 60" |
| Inv#1012349 | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | | | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 3 | Pallets | 153 | Boxes | 5,017 lbs | | TV WALL MOUNT | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ .

**COD Amount: $**
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Smith cargo    6/28/18
3 plts

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Vernon 06/28*

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/08/2018 | 1012350 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
|      | 06/08/2018 | 06/08/2018 |        |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 543900 |           | N/A   |         |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

*SAIA LH Freight*
*PRO# 101499002910*        *6/28/18*

| | Grand Total | $1,085.10 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242


(SAIA)

**PLACE PRO-LABEL HERE**

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1046261 | 543900 | 7376521   101499029|0-0 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff or to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 1703 Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SG LOGISTICS | 310-968-8509 | 6/28/18 |

| STREET | BILL TO |
|---|---|
| 2034 E. 27TH ST. UNIT A&B | SHAGHAL LTD |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| VERNON | CA | 90058 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT#0440 | 815-468-2543 | 2231 COLBY AVENUE |

| STREET | | |
|---|---|---|
| 1600 N. BOUDREAU RD | (815) 468-2156 | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| MANTENO | IL | 60950 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | Freight charges are PREPAID unless marked collect. |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT KIT (15 BOXES) | 563 | 85 | |
| | | 40X48X38 | | | CHECK BOX IF COLLECT ☐ |
| | | | | | |
| | | REFERENCE: INVOICE#1012350 / PO#543900 | | | CHARGES ADVANCED $ _____ |
| | | | | | |
| | | PLEASE NOTE: | | | Received: _____ |
| | | NOTIFY ARRIVAL, DELIVERY APPOINTMENT REQUIRED | | | to apply in the prepayment of the charges on the property described hereon. |
| | | MUST DELIVER BY JULY 4-6, 2018. THANK YOU. | | | |
| | | email: recv-8289@searshc.com | | | _____ |
| | | | | | (Agent or Cashier) |
| | | PICK UP BET. 2-4 PM | | | Per _____ |
| | | PICK UP # 1960081 | | · | (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |

NOTE  (Release valuation on household goods, furniture
and personal effects are not to exceed 10c per pound).     TOTAL

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D.          $

Per _____

Shipper _____

Per _____ Address _____

SAIA LTL FREIGHT
BY: _Manor 6/28/18_

C.O.D. fee to be paid by:
☐ SHIPPER     ☐ CONSIGNEE

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?
☐ YES     ☐ NO

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Vernon 06/28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/08/2018 | 1012367 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 543901 | | N/A | | | | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 50 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 882.00 | |
| 70 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 2,335.20 | |
| 50 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 805.00 | |

(QUTV)
BOL# 88257/ 4083758

| | Grand Total | $4,479.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

PICKING LIST

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE** / /
**REQST DATE** 06/20/18
**CANCEL DATE** / /
**ORDER DATE** 06/06/18

DATE 06/07/18

DEPT: 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100688                 **PO NO:** 543901                 **PAGE:**    1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828   / EMW5105  ②<br>23-65 Fixed Low Profile TV Wal | 20 | EA $7.20 | |
| 2 | 817707019781   / EMW3401  ⑥<br>10-49 FULL Motion TV Mount | 30 | EA $10.44 | |
| 3 | 817707019811   / EMW4101  ⑩<br>17-55 Full Motion TV Mount | 50 | EA $17.64 | |
| 4 | 817707019804   / EMW5306  ㉟<br>TV Wall Mount Kit with HDMI ca | 70 | EA $33.36 | |
| 5 | 817707019798   / EMW6201  ⑩<br>30-79 Tilting TV Wall Mount | 50 | EA $16.10 | |

40" x 118 x 85

(W) — 2139 lbs

34



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 06/08/18 | | | INV # | 1012367 |
|---|---|---|---|---|---|
| SOLD TO | SEARS | | | PO # | 543901 |

SOLD TO: SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO: SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5105 | | 2 | 10 | 20 | CHINA |
| EMW3401 | | 6 | 5 | 30 | CHINA |
| EMW4101 | 1 | 10 | 5 | 50 | CHINA |
| EMW5306 | | 35 | 2 | 70 | CHINA |
| EMW6201 | | 10 | 5 | 50 | CHINA |
| | | | | | |
| TOTAL | 1 | 63 | | 220 | |

SIGNATURE

PLEASE NOTE:  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date 6/28/2018     **BILL OF LADING – SHORT FORM NOT NEGOTIABLE**

| SHIP FROM | | Bill of Lading Number: **88257** |
|---|---|---|
| SG Logistics<br>2034 E. 27th St. A & B<br>Vernon, CA 90058<br>310-968-8509 | | |

| SHIP TO | Carrier Name: **QUALITY TRANSPORTATION SERVICES** |
|---|---|
| Seals #0443<br>1055 Hanover St.<br>Hanover Industrial Park<br>Wilkes Barre, PA 18706<br>570-831-2000 | SCAC CODE: QUTV<br>**C/O DOTLINE TRANSPORTATION** |

| THIRD PARTY FREIGHT CHARGES BILL TO | PO# 543901<br>Inv# 1012367 |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | |

**Special Instructions:**
NOTIFY ARRIVAL, DELIVERY APPOINTMENT REQUIRED. MUST DELIVER BY JULY 4-6, 2018.

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐    Collect ☐    3rd Party ☐☒☒☒
☐ Master bill of lading with attached underlying bills of lading.

**CUSTOMER ORDER INFORMATION**

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO# 543901 | 1 pallet | 2139 lbs | Y | N | 40" x 48" x 85" |
| Inv# 1012367 | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | | | | | |

**CARRIER INFORMATION**

LTL Only

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | NMFC No. | Class |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | |
| 1 | Pallet | 63 | boxes | 2139 lbs | | TV MOUNT | | |

**DL 4083758**
**DOT-LINE**

Notice of Tariff; Dot-Line performs all services subject to its governing rules DOLR 100 tariff, the terms and conditions of which shall prevail over any other terms and conditions. A copy of that tariff is available online at www.dotline.net to registered users or by calling (800)423-3780

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $**
Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable ☐

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**    6-28-18

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

1 Pallet OTC
DOT LI

**36**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon 06/29* 7/3

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/08/2018 | 1012368 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 543902 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 40 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,334.40 | |
| 40 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 644.00 | |

| | |
|---|---|
| **Grand Total** | **$2,419.40** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

PICKING LIST

**DATE** 06/07/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND TX 750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND TX 750411210

**DELIV DATE** 7/4 7/5 7/6
**REQST DATE** 06/20/18
**CANCEL DATE** / /
**ORDER DATE** 06/06/18

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100689    **PO NO:** 543902    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  (1)<br>23-65 Fixed Low Profile TV Wal | 10 | EA $ 7.20 | |
| 2 | 817707019781  5  / EMW3401  (2)<br>10-49 FULL Motion TV Mount | 10 | EA $ 10.44 | |
| 3 | 817707019811  5  / EMW4101  (3)<br>17-55 Full Motion TV Mount | 15 | EA $ 17.64 | |
| 4 | 817707019804  2  / EMW5306  (20)<br>TV Wall Mount Kit with HDMI ca | 40 | EA $ 33.36 | |
| 5 | 817707019798  5  / EMW6201  (8)<br>30-79 Tilting TV Wall Mount | 40 | EA $ 16.10 | |

(34) Box's

40" x 48 x 60'

(W) → 1175 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | **06/08/18** |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | **1012368** |
| **PO #** | **543902** |

**SHIP TO**   SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | | 1 | 10 | 10 | CHINA |
| EMW3401 | | 2 | 5 | 10 | CHINA |
| EMW4101 | 1 | 3 | 5 | 15 | CHINA |
| EMW5306 | | 20 | 2 | 40 | CHINA |
| EMW6201 | | 8 | 5 | 40 | CHINA |
| | | | | | |
| **TOTAL** | **1** | **34** | | **115** | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

**SAIA**
**LTL Freight**
(SAIA)

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242

10249172330 4

Driver signature acknowledges
receipt of freight only. Shipment
is subject to applicable terms
and conditions of the Uniform
Bill of Lading, Saia's tariffs and
current NMFC 100. See Saia
170-D tariffs at www.saia.com

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1046261 | 543902 | 7376577 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SG LOGISTICS | SHIPPER PHONE NO. 310-968-8509 | DATE JUNE 29, 2018 |
|---|---|---|

| STREET 2034 E. 27TH ST., UNIT A & B | | | BILL TO SHAGHAL LTD |
|---|---|---|---|

| CITY VERNON | STATE CA | ZIP CODE 90058 | |
|---|---|---|---|

| CONSIGNEE SEARS UNIT#0447 | CONSIGNEE PHONE NO. (972) 864-2670 | STREET ADDRESS 2231 COLBY AVENUE |
|---|---|---|

| STREET 2775 W MILLER RD | | | | |
|---|---|---|---|---|

| CITY GARLAND | STATE TX | ZIP CODE 75041 | CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
|---|---|---|---|---|---|

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT KIT, 34 BOXES | 1175 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | 40X48X60 | | | CHECK BOX IF COLLECT ☐ |
| | | REFERENCE: INV#1012368 / PO#543902 | | | CHARGES ADVANCED $ _____ |
| | | PLS NOTE: | | | Received: _____ |
| | | NOTIFY ARRIVAL, DELIVERY APPOINTMENT REQUIRED | | | to apply in the prepayment of the charges on the property described hereon. |
| | | MUST DELIVERY BY JULY 4-6, 2018. THANK YOU. | | | |
| | | | | | (Agent or Cashier) |
| | | *PICK UP REF. 2-4pm* | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | *PICK UP # 1960219* | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

Per _____

Shipper _____

Per _____ Address _____

SAIA LTL FREIGHT

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

This shipment will be forwarded open unless C.O.D. Amount is filled in here
C.O.D. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

**40**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Vernon 07/03* (handwritten)

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/08/2018 | 1012370 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 543903 | | N/A | | | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 60 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 432.00 | |
| 60 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 626.40 | |
| 60 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 1,058.40 | |
| 80 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 2,668.80 | |
| 90 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 1,449.00 | |

(DPHE) = Depandable Hwy Express (handwritten)
PRO# 102987513 (handwritten)

| | |
|--|--|
| **Grand Total** | **$6,234.60** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**41**

PICKING LIST
DATE  06/07/18

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0449 | SEARS UNIT # 0449 |
| 700 SCHUSTER RD | DELANO INDUSTRIAL PK |
| DELANO INDUSTRIAL PK | DELANO  CA  932159572 |
| DELANO  CA  932159572 | |

7/4  7/5  7/6
**DELIV DATE**  / /
**REQST DATE**  ~~06/20/18~~
**CANCEL DATE**  / /
**ORDER DATE**  06/06/18

EPT: 657        **TYPE:** RE        **INSTRUCTIONS:**

RDER NO: 100690                    **PO NO:** 543903                    **PAGE:**    1

SHIP TO: SEARS UNIT # 0449

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  / EMW5105  6 (#1)<br>23-65 Fixed Low Profile TV Wal | 60 | EA  $ 7.20 | |
| 2 | 817707019781  / EMW3401  12 (#1)<br>10-49 FULL Motion TV Mount | 60 | EA  $ 10.44 | |
| 3 | 817707019811  / EMW4101  12 (#1)<br>17-55 Full Motion TV Mount | 60 | EA  $ 17.64 | |
| 4 | 817707019804  / EMW5306  40 (#2)<br>TV Wall Mount Kit with HDMI ca | 80 | EA  $ 33.36 | |
| 5 | 817707019798  / EMW6201  18 (#1)<br>30-79 Tilting TV Wall Mount | 90 | EA  $ 16.10 | |

(88) Box's

(#1) 40" x 48" x 68" → See Abov — 1494 lb,

(#2) 40" x 48" x 64" → Se Abov — 1418 lb,

2 PALLETS

(W) → 2912 lb,



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 06/08/18 | **INV #** | 1012370 |
| **SOLD TO** | SEARS | **PO #** | 543903 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | | 6 | 10 | 60 | CHINA |
| EMW3401 | 1 | 12 | 5 | 60 | CHINA |
| EMW4101 | | 12 | 5 | 60 | CHINA |
| EMW6201 | | 18 | 5 | 90 | CHINA |
| EMW5306 | 2 | 40 | 2 | 80 | CHINA |
| | | | | | |
| **TOTAL** | **2** | **88** | | **350** | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal —06/28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/08/2018 | 1012381 |

| BILL TO |
|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS UNIT #0475<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 543904 | | N/A | | | | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |
| 96 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 192 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 5,184.00 | |

```
3Y49V7        JUN 28, 2018  ACT WT 17.0 LBS      1 OF 2
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70341897949
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 11.94 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 11.94              NR+HC11.94
  TOT PUB CHG 24.88             PUB+HC24.88
```

```
3Y49V7        JUN 28, 2018  ACT WT 17.0 LBS      2 OF 2
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70342931159
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 11.94 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 11.94              NR+HC11.94
  TOT PUB CHG 24.88             PUB+HC24.88
```

```
3Y49V7        JUN 13, 2018  ACT WT 15.0 LBS      3 OF 8
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340303288
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.66 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 10.66              NR+HC10.66
  TOT PUB CHG 22.71             PUB+HC22.71
```

```
3Y49V7        JUN 13, 2018  ACT WT 15.0 LBS      4 OF 8
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340462893
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.66 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 10.66              NR+HC10.66
  TOT PUB CHG 22.71             PUB+HC22.71
```

```
3Y49V7        JUN 13, 2018  ACT WT 15.0 LBS      5 OF 8
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340848100
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.66 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 10.66              NR+HC10.66
  TOT PUB CHG 22.71             PUB+HC22.71
```

```
3Y49V7        JUN 13, 2018  ACT WT 15.0 LBS      6 OF 8
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342034913
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.66 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 10.66              NR+HC10.66
  TOT PUB CHG 22.71             PUB+HC22.71
```

```
3Y49V7        JUN 13, 2018  ACT WT 15.0 LBS      7 OF 8
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342569320
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.66 USD
  DV 0.00           COD    0.00      RS 0.00
  DC 0.00           DGD    0.00      SD 0.00
  AH 0.00           PR     0.00      SP 0.00
  TOT NR CHG 10.66              NR+HC10.66
  TOT PUB CHG 22.71             PUB+HC22.71
```

| | Grand Total | $7,596.40 |
|---|---|---|

acknowledged and accepted in full.

your Business!

**PICKING LIST**

DATE 06/07/18

| | | |
|---|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** | |
| SEARS UNIT # 0475 | SEARS UNIT # 0475 | DELIV DATE  / / |
| MANTENO - CDF - SLS | 8374 N 4000 EAST | REQST DATE 06/20/18 |
| 8374 N 4000 EAST | MANTENO IL 60950 | CANCEL DATE / / |
| MANTENO IL 60950 | | ORDER DATE 06/06/18 |

7/4  7/5  7/6

EPT: 657     TYPE: RE          INSTRUCTIONS:

RDER NO: 100691                PO NO: 543904                          PAGE:   1

SHIP TO: SEARS UNIT # 0475

| ne # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 815592020066  50 / ESFC204<br>Ematic Stud Finder | 100 (100) | EA $ 9.82 | |
| 2 | 817707012676  48 / EM208VIDBL<br>Ematic 8GB 1.5" MP3 Video Plar | 96 | EA $ 14.90 | |
| 3 | 817707016803  48 / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | 192 | EA $ 27.00 | |

(2) — 17 lb

(2) — 15 lb

(4) — 15 lb

(8) Box

UPS Grd

(W) — 124 lb



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 06/08/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| | |
| **SHIP TO** | SEARS UNIT#0475 |
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

**INV #**  1012381
**PO #**  543904

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| ESFC204 | | 2 | 50 | 100 | CHINA |
| EM208VIDBL | | 2 | 48 | 96 | CHINA |
| EM318VIDBL | | 4 | 48 | 192 | CHINA |
| | | | | | |
| **TOTAL** | | **8** | | **388** | |

_____

**SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        JUN 13, 2018   ACT WT 16.0 LBS        8 OF 8
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342517339
REF 1:INV#1012381
REF 2:PO#543904

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  10.66 USD
DV  0.00        COD  0.00        RS  0.00
DC  0.00        DGD  0.00        SD  0.00
AH  0.00        PR  0.00        SP  0.00
TOT NR CHG 10.66        NR + HC10.66
TOT PUB CHG 22.71        PUB + HC22.71
```

**46**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018587 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 543975 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 1,536.20 | |

```
3Y49V7        JUN 28, 2018   ACT WT 20.0 LBS        1 OF 2
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341213767
REF 1:INV#1018587
REF 2:PO#543975

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:         SVC  12.83 USD
DV 0.00          COD   0.00     RS 0.00
DC 0.00          DGD   0.00     SD 0.00
AH 0.00          PR    0.00     SP 0.00
TOT NR CHG 12.83        NR+HC12.83
TOT PUB CHG 26.86       PUB+HC26.86
```

```
3Y49V7        JUN 28, 2018   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342434179
REF 1:INV#1018587
REF 2:PO#543975

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:         SVC  12.83 USD
DV 0.00          COD   0.00     RS 0.00
DC 0.00          DGD   0.00     SD 0.00
AH 0.00          PR    0.00     SP 0.00
TOT NR CHG 12.83        NR+HC12.83
TOT PUB CHG 26.86       PUB+HC26.86
```

| | | Grand Total | $1,536.20 |
|---|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

47

**;HIP-TO ADDRESS**
;EARS UNIT # 0440

600 N BOUDREAU RD
1ANTENO   IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO   IL   609509377

**DELIV DATE** / /
**REQST DATE** ~~06/20/18~~
**CANCEL DATE** / /
**ORDER DATE** 06/07/18

**EPT:** 6[]3          **TYPE:** RE          **INSTRUCTIONS:**

**\Der No:** 100692          **PO NO:** 543975          **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0440

| 1e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650    / 52555 | 20  (20) | EA $76.81 |  |
|   | EGQ223BL 10" android 5.1 tablt |  |  |  |

② bags — 20 lbs

UPS Grd

(w) — 40 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 06/25/18 | **INV #** | 1018587 |
| **SOLD TO** | SEARS | **PO #** | 543975 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | | 2 | 10 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | 2 | | 20 | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018588 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 543976 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 3,840.50 | |
| 20 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 890.40 | |
| 20 | FUNTAB3 | FUNTAB 3 | 67.00 | | 1,340.00 | |

```
3Y49V7      JUN 28, 2018   ACT WT 20.0 LBS          1 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342560229
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  12.49 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7      JUN 28, 2018   ACT WT 20.0 LBS          2 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340382238
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  12.49 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7      JUN 28, 2018   ACT WT 20.0 LBS          3 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341333842
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  12.49 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7      JUN 28, 2018   ACT WT 20.0 LBS          4 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340831056
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  12.49 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7      JUN 28, 2018   ACT WT 20.0 LBS          5 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340649861
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  12.49 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7      JUN 28, 2018   ACT WT 12.0 LBS          6 OF 11
SVC GNDCOM                 BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340526270
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  8.62 USD
DV  0.00           COD    0.00           RS  0.00
DC  0.00           DGD    0.00           SD  0.00
AH  0.00           PR     0.00           SP  0.00
TOT NR CHG 8.62              NR+HC8.62
TOT PUB CHG 19.10            PUB+HC19.10
```

| | Grand Total | $6,070.90 |

icknowledged and accepted in full.

Prepared By

accounts will incur a charge of 1.5% per month. All charges are non-refundable
proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

## Thank you for

WILKES BARRE  PA  187062028

**50**



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | **06/25/18** |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| | |
| **SHIP TO** | SEARS UNIT #0443 |
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| INV # | 1018588 |
|---|---|
| PO # | 543976 |

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 5 | 10 | 50 | CHINA |
| EGQ347BL | | 2 | 10 | 20 | CHINA |
| FUNTAB3 | | 4 | 5 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | **11** | | **90** | |

```
3Y49V7        JUN 28, 2018   ACT WT 12.0 LBS        7 OF 11
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341756289
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 8.62 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 8.62              NR + HC8.62
TOT PUB CHG 19.10           PUB + HC19.10
```

```
3Y49V7        JUN 28, 2018   ACT WT 9.0 LBS        8 OF 11
SVC GNDCOM                    BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341795899
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 15.90           PUB + HC15.90
```

```
3Y49V7        JUN 28, 2018   ACT WT 9.0 LBS        9 OF 11
SVC GNDCOM                    BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340861103
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 15.90           PUB + HC15.90
```

NY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
IOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
G UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
ON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY

```
3Y49V7        JUN 28, 2018   ACT WT 9.0 LBS        10 OF 11
SVC GNDCOM                    BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342527917
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.90           PUB + HC16.90
```

```
3Y49V7        JUN 28, 2018   ACT WT 9.0 LBS        11 OF 11
SVC GNDCOM                    BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342332323
REF 1:INV#1018588
REF 2:PO#543976

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.90           PUB + HC16.90
```

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal 6|28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018589 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 545017 | | N/A | | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 768.10 | |

```
3Y49V7        JUN 28, 2018   ACT WT 20.0 LBS        1 OF 1
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342248184
REF 1:INV#1018589
REF 2:PO#545017

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 12.83 USD
DV 0.00                COD  0.00        RS 0.00
DC 0.00                DGD  0.00        SD 0.00
AH 0.00                PR   0.00        SP 0.00
TOT NR CHG 12.83                 NR + HC12.83
TOT PUB CHG 26.86                PUB + HC26.86
```

| | Grand Total | $768.10 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

LOS ANGELES  CA   90024

PICKING LIST

*Shagne*

**DATE** 06/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

7/4  7/5  7/6
**DELIV DATE**   / /
**REQST DATE** 06/27/18
**CANCEL DATE**  / /
**ORDER DATE** 06/14/18

**DEPT:** 603          **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100696          **PO NO:** 545017          **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650          / 52555<br>EGQ223BL 10" android 5.1 tablt | 10 (10) | EA | $76.81 |

(1) Box — 20  lb e

UPS Grd

(W) — 20  lbs

53



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 06/25/18 | **INV #** ___1018589___ |
| **SOLD TO** | SEARS | **PO #** ___545017___ |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT #0440 | |
| | 1600 N BOUDREAU RD | |
| | MANTENO, IL 609509377 | |

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 1 | 10 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | | 10 | |

_____

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Shaghal 6/28

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018590 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 545018 | | N/A | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 768.10 | |
| 20 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 890.40 | |

```
3Y49V7        JUN 28, 2018   ACT WT 20.0 LBS        1 OF 3
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340511795
REF 1:INV#1018590
REF 2:PO#645018

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.49 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             SD   0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 12.49             NR+HC12.49
TOT PUB CHG 27.68           PUB+HC27.68
```

```
3Y49V7        JUN 28, 2018   ACT WT 12.0 LBS        2 OF 3
SVC GNDCOM                   BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342841005
REF 1:INV#1018590
REF 2:PO#645018

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  8.62 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD  0.00           SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 8.62             NR+HC8.62
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7        JUN 28, 2018   ACT WT 12.0 LBS        3 OF 3
SVC GNDCOM                   BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340211814
REF 1:INV#1018590
REF 2:PO#645018

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  8.62 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD  0.00           SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 8.62             NR+HC8.62
TOT PUB CHG 19.10           PUB+HC19.10
```

| | |
|---|---|
| **Grand Total** | **$1,658.50** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.   F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**55**

PICKING LIST

DATE 06/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
IANOVER INDUSTRIAL PK
VILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE
REQST DATE 06/27/18
CANCEL DATE  / /
ORDER DATE 06/14/18

**EPT:** 603          **TYPE:** RE          **INSTRUCTIONS:**

**RDER NO:** 100697                      **PO NO:** 545018                      **PAGE:**     1

SHIP TO: SEARS UNIT # 0443

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650        / 52555 | 10 (10) | EA | $ 76.81 |
|   | EGQ223BL 10" android 5.1 tablt | | | |
| 2 | 817707016629        / EGQ347BL | 20 (20) | EA | $ 44.52 |
|   | 7" Quad-Core with Android 5.0 | | | |



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| DATE | 06/25/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 1018590 |
| PO # | 545018 |

SHIP TO        SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 1 | 10 | 10 | CHINA |
| EGQ347BL | | 2 | 10 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | **3** | | **30** | |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Shaghal 6/29

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/22/2018 | 1018591 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 543977 | | N/A | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 1,536.20 | |

3Y49V7        JUN 29, 2018    ACT WT 20.0 LBS        1 OF 2
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342524929
REF 1:INV#1018591
REF 2:PO#543977

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.15  USD
DV 0.00              COD    0.00          RS  0.00
DC 0.00              DGD    0.00          SD  0.00
AH 0.00              PR     0.00          SP  0.00
TOT NR CHG 9.15          NR + HC9.15
TOT PUB CHG 20.27        PUB + HC20.27

3Y49V7        JUN 29, 2018    ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342468939
REF 1:INV#1018591
REF 2:PO#543977

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.15  USD
DV 0.00              COD    0.00          RS  0.00
DC 0.00              DGD    0.00          SD  0.00
AH 0.00              PR     0.00          SP  0.00
TOT NR CHG 9.15          NR + HC9.15
TOT PUB CHG 20.27        PUB + HC20.27

| | |
|---|---|
| **Grand Total** | **$1,536.20** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

| Prepared By |
|---|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---|

### Thank you for your Business!

DATE 06/08/18

SHIP-TO ADDRESS
SEARS UNIT # 0447
BLDG F & G
775 W MILLER RD
GARLAND TX 750411210

SHIP-FOR ADDRESS
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND TX 750411210

DELIV DATE   / /
REQST DATE 06/20/18
CANCEL DATE / /
ORDER DATE 06/07/18

EPT: 603        TYPE: RE          INSTRUCTIONS:

RDER NO: 100694                   PO NO: 543977                    PAGE:   1

SHIP TO: SEARS UNIT # 0447

| ne # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650      / 52555 | 20 (20) | EA | |
|   | EGQ223BL 10" android 5.1 tablt | | | |



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 06/25/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 1018591
**PO #** 543977

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0447 |
| | BLDG F&G |
| | 2775 W MILLER RD |
| | GARLAND, TX 750411210 |

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 2 | 10 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | 2 | | 20 | |

_____
SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Shaglal 6/29

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/22/2018 | 1018592 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 545019 | | N/A | | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 768.10 | |

```
3Y49V7          JUN 29, 2018   ACT WT 20.0 LBS     1 OF 1
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342384518
REF 1:INV#1018592
REF 2:PO#545019

HANDLING CHARGE 0.00                  SVC  9.15 USD
SINGLE – PIECE NR RATE CHRGS:              RS  0.00
DV  0.00               COD   0.00         SD  0.00
DC  0.00               DGD   0.00         SP  0.00
AH  0.00               PR    0.00    NR + HC9.15
TOT NR CHG 9.15                      PUB + HC20.27
TOT PUB CHG 20.27
```

| | Grand Total | $768.10 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

DATE  06/15/18

Shagla

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

7/4 7/5 7/6
**DELIV DATE**   / /
**REQST DATE**  06/27/18
**CANCEL DATE**  / /
**ORDER DATE** 06/14/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100698        **PO NO:** 545019        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0447

| ne # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650        / 52555 | 10 (10) | EA & 76-81 | |
| | EGQ223BL 10" android 5.1 tablt | | | |

(1) Box —20 lbs

UPS Grd

(W) ← 20 lbs)



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 06/25/18 | | INV # | 1018592 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 545019 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EGQ223BL | | 1 | 10 | 10 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 10 | |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

*Shaghal 9/2*

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/22/2018 | 1018593 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 545674 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |

```
3Y49V7        JUL 2, 2018    ACT WT 12.0 LBS      1 OF 1
SVC GNDCOM                   BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341552365
REF 1:INV#1018593
REF 2:PO#545674

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:       SVC 7.98 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 7.98                  NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63
```

| | |
|---|---|
| **Grand Total** | **$445.20** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. **F**

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| DATE | 06/25/18 | | INV # | 1018593 |
| SOLD TO | SEARS | | PO # | 545674 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ347BL | | 1 | 10 | 10 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 10 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018595 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 545020 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 1,536.20 | |
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |

```
3Y49V7        JUL 3, 2018   ACT WT 20.0 LBS        1 OF 3
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342676794
REF 1:INV#1018595
REF 2:PO#545020

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.99 USD
DV  0.00              COD   0.00        RS  0.00
DC  0.00              DGD   0.00        SD  0.00
AH  0.00              PR    0.00        SP  0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 12.22           PUB + HC12.22

3Y49V7        JUL 3, 2018   ACT WT 20.0 LBS        2 OF 3
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340445009
REF 1:INV#1018595
REF 2:PO#545020

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.99 USD
DV  0.00              COD   0.00        RS  0.00
DC  0.00              DGD   0.00        SD  0.00
AH  0.00              PR    0.00        SP  0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 12.22           PUB + HC12.22

3Y49V7        JUL 3, 2018   ACT WT 12.0 LBS        3 OF 3
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341655816
REF 1:INV#1018595
REF 2:PO#545020

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.98 USD
DV  0.00              COD   0.00        RS  0.00
DC  0.00              DGD   0.00        SD  0.00
AH  0.00              PR    0.00        SP  0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 10.98           PUB + HC10.98
```

| | Grand Total | $1,981.40 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

66



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**      06/25/18

**SOLD TO**   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**   1018595
**PO #**    545020

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL |  | 2 | 10 | 20 | CHINA |
| EGQ347BL |  | 1 | 10 | 10 | CHINA |
|  |  |  |  |  |  |
| **TOTAL** |  | **3** |  | **30** |  |

_____

      **SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon 7/12*

# INVOICE - A

**OFFICE COPY**

| Date | Invoice # |
|---|---|
| 07/06/2018 | 1022884 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 546186 | | N/A | | | | 07/06/2018 | 07/06/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 35 | EMW4101 | 17-55" Full Motion TV Mount | 14.64 | | 512.40 | |
| 50 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,668.00 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | |
|---|---|
| **Grand Total** | $2,863.70 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

DATE  06/26/18

SHIP-TO ADDRESS
SEARS UNIT # 0443
055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

SHIP-FOR ADDRESS
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE     / /
REQST DATE  07/12/18
CANCEL DATE  / /
ORDER DATE  06/25/18

DEPT: 657        TYPE:  RE          INSTRUCTIONS:

ORDER NO: 100703                     PO NO:  546186                              PAGE:    1

SHIP TO:  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828     / EMW5105  23-65 Fixed Low Profile TV Wal | 10 | EA | |
| 2 | 817707019781     / EMW3401  10-49 FULL Motion TV Mount | 20 | EA | |
| 3 | 817707019811     / EMW4101  17-55 Full Motion TV Mount | 35 | EA | |
| 4 | 817707019804     / EMW5306  TV Wall Mount Kit with HDMI ca | 50 | EA | |
| 5 | 817707019798     / EMW6201  30-79 Tilting TV Wall Mount | 25 | EA | |



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | **07/06/18** | | | **INV #** | **1022884** |
| **SOLD TO** | SEARS | | | **PO #** | **546186** |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| | | | | | |
| **SHIP TO** | SEARS UNIT #0443 | | | | |
| | 1055 HANOVER ST | | | | |
| | HANOVER INDUSTRIAL PK | | | | |
| | WILKES BARRE, PA 187062028 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | | 1 | 10 | 10 | CHINA |
| EMW3401 | | 4 | 5 | 20 | CHINA |
| EMW4101 | 1 | 7 | 5 | 35 | CHINA |
| EMW5306 | | 25 | 2 | 50 | CHINA |
| EMW6201 | | 5 | 5 | 25 | CHINA |
| | | | | | |
| **TOTAL** | **1** | **42** | | **140** | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

EDI

**STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.
NOT to be used for ORDER NOTIFY SHIPMENTS.
SHIPPER PLEASE NOTE: FREIGHT CHARGES ARE PREPAID
ON THIS BILL OF LADING UNLESS MARKED COLLECT OR BILL TO/3RD
PARTY FILLED OUT COMPLETE WITH NAME & ADDRESS.

This shipment is governed by the terms of EDI's Rules Tariff 100A, available on request and at www.edi-express.com/docs/EDITARIFF.pdf, and, if applicable, by the terms of the written agreement between EDI and its customer, the pricing agreement created for the account of the customer and/or the Rate Quote issued for this shipment

**EDI EXPRESS**

**505970719**

1-800-365-0100
EDI EXPRESS

| SHIPPER: | | DATE: 7/12/18 |
|---|---|---|
| COMPANY NAME SG LOGISTICS | | |
| STREET 2034 E. 27TH ST. UNIT A+B | | QUOTE # 2829664 |
| CITY VERNON STATE CA ZIP CODE 90058 | | PICK UP # 1427211 |
| TELEPHONE 310 968-8509 BAHRAM | | |

SHIP TO / RECEIVER:
COMPANY NAME SEARS UNIT # 0443
STREET HANOVER IND. PK - 1055 HANOVER ST.
CITY WILKES BARRE STATE PA ZIP CODE 18706
TELEPHONE 570 831-2000

FREIGHT CHARGES
☐ PREPAID
☐ COLLECT
☑ OTHER

BILL TO / 3RD PARTY:
COMPANY NAME SHAQHAL LTD
STREET 2231 COLBY AVE.
CITY LOS ANGELES STATE CA ZIP CODE 90064
TELEPHONE (310) 966-1133

*EDI EXPRESS*

This shipment is bound by all terms and conditions of NMFC item 360 and EDI Tariff 100A provisions.

COD AMT $ _____

CUSTOMER COMPANY CHECK OK FOR COD AMOUNT? YES ☐ NO ☐

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

| # SHIPPING UNITS | KIND OF PACKAGING | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM NO. | CLASS | WEIGHT (LBS) (SUBJECT TO CORR.) | SHIPPED DIMENSIONS LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| 1 | PLT | TV MOUNT | | 65 | 1447 | 48 | 40 | 65 |
| (42 | BOX) | | | | | | | |
| | | INVOICE # 1022884 | | | | | | |
| | | PO # 546/86 | | | | | | |
| | | NOTIFY ARRIVAL | | | | | | |
| Acc1 | | DELIVERY APPT. REQUIRED - PLS. DELIVER JULY 16-19. | | | | | | |
| Acc2 | | PICK UP BET. 2-4 PM   THANK YOU. | | | | | | |

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding

$ ____

Terms and conditions of this bill of lading are specifically subject to items 129-1,150-155 of EDI's Online Tariff 100A which limit carrier liability and terms of bill of lading between shipper and carrier.

Appointment (Yes) No          Residential Yes (No)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above and in apparent good order, except as noted (contents and condition of contents of packages unknown) marked consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER | DRIVER | | | | | 800-365-0100 |
|---|---|---|---|---|---|---|
| PER | PIECES | | | | | EDI EXPRESS |

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022900 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 546184 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 1,536.20 | |

```
3Y49V7       JUL 12, 2018   ACT WT 20.0 LBS        1 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340447285
REF 1:INV#1022900
REF 2:PO#546184

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  12.83 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 12.83                NR+HC12.83
TOT PUB CHG 26.86              PUB+HC26.86
```

```
3Y49V7       JUL 12, 2018   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340846899
REF 1:INV#1022900
REF 2:PO#546184

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  12.83 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 12.83                NR+HC12.83
TOT PUB CHG 26.86              PUB+HC26.86
```

| | Grand Total | $1,536.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

PICKING LIST

**DATE** 06/26/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE** / /
**REQST DATE** ~~07/12/18~~
**CANCEL DATE** / /
**ORDER DATE** 06/25/18

EPT: 603          **TYPE:** RE          **INSTRUCTIONS:**

RDER NO: 100701                          **PO NO:** 546184          **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0440

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650          / 52555<br>EGQ223BL 10" android 5.1 tablt | 20  (20) | EA  $ 76.81 | |

② Box – 20 lb

UPS Grd

(W) – 40 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | **7/6/2018** |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| **SHIP TO** | SEARS UNIT #0440 |
| | 1600 N BOUDREAU RD |
| | MANTENO, IL 609509377 |

| | |
|---|---|
| **INV #** | **1022900** |
| **PO #** | **546184** |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | | 2 | 10 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | **2** | | **20** | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022901 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 546185 | | N/A | | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 3,840.50 | |

```
3Y49V7          JUL 12, 2018    ACT WT 20.0 LBS      1 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340872100
REF 1:INV#1022901
REF 2:PO#546185

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  12.49 USD
DV 0.00              COD   0.00          RS  0.00
DC 0.00              DGD   0.00          SD  0.00
AH 0.00              PR    0.00          SP  0.00
TOT NR CHG 12.49                   NR+HC12.49
TOT PUB CHG 27.68                  PUB+HC27.68
```

```
3Y49V7          JUL 12, 2018    ACT WT 20.0 LBS      2 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341098919
REF 1:INV#1022901
REF 2:PO#546185

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  12.49 USD
DV 0.00              COD   0.00          RS  0.00
DC 0.00              DGD   0.00          SD  0.00
AH 0.00              PR    0.00          SP  0.00
TOT NR CHG 12.49                   NR+HC12.49
TOT PUB CHG 27.68                  PUB+HC27.68
```

```
3Y49V7          JUL 12, 2018    ACT WT 20.0 LBS      3 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340063323
REF 1:INV#1022901
REF 2:PO#546185

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  12.49 USD
DV 0.00              COD   0.00          RS  0.00
DC 0.00              DGD   0.00          SD  0.00
AH 0.00              PR    0.00          SP  0.00
TOT NR CHG 12.49                   NR+HC12.49
TOT PUB CHG 27.68                  PUB+HC27.68
```

```
3Y49V7          JUL 12, 2018    ACT WT 20.0 LBS      4 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340861336
REF 1:INV#1022901
REF 2:PO#546185

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  12.49 USD
DV 0.00              COD   0.00          RS  0.00
DC 0.00              DGD   0.00          SD  0.00
AH 0.00              PR    0.00          SP  0.00
TOT NR CHG 12.49                   NR+HC12.49
TOT PUB CHG 27.68                  PUB+HC27.68
```

```
3Y49V7          JUL 12, 2018    ACT WT 20.0 LBS      5 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342748947
REF 1:INV#1022901
REF 2:PO#546185

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  12.49 USD
DV 0.00              COD   0.00          RS  0.00
DC 0.00              DGD   0.00          SD  0.00
AH 0.00              PR    0.00          SP  0.00
TOT NR CHG 12.49                   NR+HC12.49
TOT PUB CHG 27.68                  PUB+HC27.68
```

| Grand Total | $3,840.50 |
|-------------|-----------|

...knowledged and accepted in full.

**Prepared By**

...hey are in good condition and accepts them in ...of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

PICKING LIST

**DATE** 06/26/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
IANOVER INDUSTRIAL PK
VILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

$\frac{7}{16} - \frac{7}{20}$

**DELIV DATE**  / /

**REQST DATE**  ~07/13/18~

**CANCEL DATE** / /

**ORDER DATE** 06/25/18

**EPT:** 603          **TYPE:** RE          **INSTRUCTIONS:**

**RDER NO:** 100702

**PO NO:** 546185

**PAGE:**   1

**SHIP TO:** SEARS UNIT # 0443

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 317707016650          / 52555 | SD (50) | EA  $76.81 | |
| | EGQ223BL 10" android 5.1 tablt | | | |
| 2 | 317707016629          / EGQ347EL | 20 | EA | |
| | 7" Quad-Core with Android 5.0 | | | |

(5) Bux's — 20 lb.

UPS Gnd

(W) — 100 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | **7/6/2018** |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | **1022901** |
| PO # | **546185** |

SHIP TO     SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | | 5 | 10 | 50 | **CHINA** |
| | | | | | |
| **TOTAL** | | **5** | | **50** | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022902 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 546650 | | N/A | | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 768.10 | |
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

3Y49V7        JUL 12, 2018    ACT WT 20.0  LBS        1 OF 2
SVC GNDCOM                    BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341742150
REF 1:INV#1022902
REF 2:PO#546650

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  12.49 USD
DV  0.00              COD    0.00          RS  0.00
DC  0.00              DGD    0.00          SD  0.00
AH  0.00              PR     0.00          SP  0.00
TOT NR CHG 12.49              NR+HC12.49
TOT PUB CHG 27.68            PUB+HC27.68

3Y49V7        JUL 12, 2018    ACT WT 9.0  LBS        2 OF 2
SVC GNDCOM                    BL WT 9.0  LBS
TRACKING# 1Z3Y49V70340216962
REF 1:INV#1022902
REF 2:PO#546650

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.99 USD
DV  0.00              COD    0.00          RS  0.00
DC  0.00              DGD    0.00          SD  0.00
AH  0.00              PR     0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 15.90            PUB+HC15.90

| | Grand Total | $1,103.10 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**PICKING LIST**

DATE 06/27/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE   PA    187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE   PA    187062028

**DELIV DATE**    / /
**REQST DATE** 07/11/18
**CANCEL DATE** / /
**ORDER DATE** 06/26/18

**EPT:** 603        **TYPE:** RE            **INSTRUCTIONS:**

**RDER NO:** 100708                **PO NO:** 546650                            **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650 / 52555<br>EGQ223BL 10" android 5.1 tablt | 10 | EA | $76.81 |
| | 817707016629 / EGQ347BL<br>7" Quad-Core with Android 5.0 | 50 | EA | |
| 3 | 817707019569 / FUNTAB3<br>Ematic 7" HD Kid Safe Tablet e | 5 | EA | $67.00 |

handwritten annotations: "Shag", "- 20 lbs", "- 9 lb", "UPS Grd", "(W) - 29 lbs"



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/6/2018 | **INV #** 1022902 |
| **SOLD TO** | SEARS | **PO #** 546650 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**   SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 1 | 10 | 10 | CHINA |
| FUNTAB3 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| **TOTAL** | | **2** | | **15** | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022904 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 546653 | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7          JUL 12, 2018   ACT WT 26.0 LBS        1 OF 4
SVC GNDCOM                     BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341509377
REF 1: INV#1022904
REF 2: PO#546653

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  11.43 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 11.43            NR + HC11.43
TOT PUB CHG 25.37          PUB + HC25.37

3Y49V7          JUL 12, 2018   ACT WT 19.0 LBS        2 OF 4
SVC GNDCOM                     BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341515388
REF 1: INV#1022904
REF 2: PO#546653

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC   8.76 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 8.76            NR + HC8.76
TOT PUB CHG 19.42         PUB + HC19.42

3Y49V7          JUL 12, 2018   ACT WT 40.0 LBS        3 OF 4
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341290997
REF 1: INV#1022904
REF 2: PO#546653

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  16.45 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 16.45            NR + HC16.45
TOT PUB CHG 36.45         PUB + HC36.45

3Y49V7          JUL 12, 2018   ACT WT 40.0 LBS        4 OF 4
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341652202
REF 1: INV#1022904
REF 2: PO#546653

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  16.45 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 16.45            NR + HC16.45
TOT PUB CHG 36.45         PUB + HC36.45
```

| | |
|---|---|
| **Grand Total** | **$300.60** |

...acknowledged and accepted in full.

**Prepared By**

...t they are in good condition and accepts them in
...n of special orders can be accepted. However, in
...ocking charge of 15% per month. All past due
accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

DATE  06/27/18

DELIV DATE   / /
REQST DATE  07/11/18
CANCEL DATE  / /
ORDER DATE  06/26/18

7/16 – 7/20

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100711                   **PO NO:** 546653            **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  / EMW5105<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA $7.20 | |
| 2 | 817707019781  / EMW3401<br>10-49 FULL Motion TV Mount | 5 (5) | EA $10.44 | |
| 3 | 817707019811  / EMW4101<br>17-55 Full Motion TV Mount | 10 (10) | EA $17.64 | |

(1) – 26 lbs
(1) – 19 lbs
(2) – 40 lbs
(4) Box'

UPS Grnd

(W) – 128 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 7/6/2018 | | INV # | 1022904 |
|------|----------|--|-------|---------|
| SOLD TO | SEARS | | PO # | 546653 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5105 | | 1 | 10 | 10 | CHINA |
| EMW3401 | | 1 | 5 | 5 | CHINA |
| EMW4101 | | 2 | 5 | 10 | CHINA |
| | | | | | |
| TOTAL | | 4 | | 25 | |

_____
SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022905 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0475<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 546656 | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDB... | EM318VIDBL Blister & Gift Box | 27.00 | | 1,296.00 | |

```
3Y49V7        JUL 12, 2018   ACT WT 15.0 LBS        1 OF 2
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340776019
REF 1:INV#1022905
REF 2:PO#546656

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  10.96 USD
DV 0.00           COD   0.00           RS 0.00
DC 0.00           DGD   0.00           SD 0.00
AH 0.00           PR    0.00           SP 0.00
TOT NR CHG 10.96         NR+HC10.96
TOT PUB CHG 22.71        PUB+HC22.71
```

```
3Y49V7        JUL 12, 2018   ACT WT 15.0 LBS        2 OF 2
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340795426
REF 1:INV#1022905
REF 2:PO#546656

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  10.96 USD
DV 0.00           COD   0.00           RS 0.00
DC 0.00           DGD   0.00           SD 0.00
AH 0.00           PR    0.00           SP 0.00
TOT NR CHG 10.96         NR+HC10.96
TOT PUB CHG 22.71        PUB+HC22.71
```

| | Grand Total | $2,011.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/6/2018 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 1022905
**PO #** 546656

**SHIP TO**   SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDBL | | 1 | 48 | 48 | CHINA |
| EM318VIDBL | | 1 | 48 | 48 | CHINA |
| | | | | | |
| **TOTAL** | | 2 | | 96 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022906 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 546187 | | N/A | | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 2,304.30 | |

```
3Y49V7        JUL 13, 2018    ACT WT 20.0 LBS       1 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342435230
REF 1:INV#1022906
REF 2:PO#546187

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  9.15 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.15                        NR+HC9.15
TOT PUB CHG 20.27                      PUB+HC20.27

3Y49V7        JUL 13, 2018    ACT WT 20.0 LBS       2 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340266846
REF 1:INV#1022906
REF 2:PO#546187

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  9.15 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.15                        NR+HC9.15
TOT PUB CHG 20.27                      PUB+HC20.27
```

```
3Y49V7        JUL 13, 2018    ACT WT 20.0 LBS       3 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341444063
REF 1:INV#1022906
REF 2:PO#546187

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  9.15 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.15                        NR+HC9.15
TOT PUB CHG 20.27                      PUB+HC20.27
```

| | |
|---|---|
| **Grand Total** | **$2,304.30** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**86**

DATE 06/26/18

$7/16 - 7/20$

**HIP-TO ADDRESS**
EARS UNIT # 0447
LDG F & G
775 W MILLER RD
ARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**   / /
**REQST DATE** ~~07/12/18~~
**CANCEL DATE** / /
**ORDER DATE** 06/25/18

EPT: 603        **TYPE:** RE        **INSTRUCTIONS:**

RDER NO: 100704                **PO NO:** 546187                **PAGE:**    1

SHIP TO: SEARS UNIT # 0447

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650      / 52555<br>EGQ223BL 10" android 5.1 tablt | 30 (30) | EA | $76.81 |
| 2 | 817707016629      / EGQ347BL<br>7" Quad-Core with Android 5.0 | 10 | EA | |

(3) Box's — 20 lb

UPS Grd

(W) — 60 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 7/6/2018 | **INV #** | 1022906 |
| **SOLD TO** | SEARS | **PO #** | 546187 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EGQ223BL | | 3 | 10 | 30 | CHINA |
| | | | | | |
| TOTAL | | 3 | | 30 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022907 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER ST
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 546188 | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 3,840.50 | |

```
3Y49V7          JUL 13, 2018    ACT WT 20.0 LBS        1 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341901184
REF 1:INV#1022907
REF 2:PO#546188

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC   7.99 USD
DV 0.00              COD    0.00       RS 0.00
DC 0.00              DGD    0.00       SD 0.00
AH 0.00              PR     0.00       SP 0.00
TOT NR CHG 7.99                     NR+HC7.99
TOT PUB CHG 12.22                   PUB+HC12.22

3Y49V7          JUL 13, 2018    ACT WT 20.0 LBS        2 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340044791
REF 1:INV#1022907
REF 2:PO#546188

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC   7.99 USD
DV 0.00              COD    0.00       RS 0.00
DC 0.00              DGD    0.00       SD 0.00
AH 0.00              PR     0.00       SP 0.00
TOT NR CHG 7.99                     NR+HC7.99
TOT PUB CHG 12.22                   PUB+HC12.22

3Y49V7          JUL 13, 2018    ACT WT 20.0 LBS        3 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341054000
REF 1:INV#1022907
REF 2:PO#546188

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC   7.99 USD
DV 0.00              COD    0.00       RS 0.00
DC 0.00              DGD    0.00       SD 0.00
AH 0.00              PR     0.00       SP 0.00
TOT NR CHG 7.99                     NR+HC7.99
TOT PUB CHG 12.22                   PUB+HC12.22
```

```
3Y49V7          JUL 13, 2018    ACT WT 20.0 LBS        4 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341904814
REF 1:INV#1022907
REF 2:PO#546188

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC   7.99 USD
DV 0.00              COD    0.00       RS 0.00
DC 0.00              DGD    0.00       SD 0.00
AH 0.00              PR     0.00       SP 0.00
TOT NR CHG 7.99                     NR+HC7.99
TOT PUB CHG 12.22                   PUB+HC12.22

3Y49V7          JUL 13, 2018    ACT WT 20.0 LBS        5 OF 5
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340633226
REF 1:INV#1022907
REF 2:PO#546188

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC   7.99 USD
DV 0.00              COD    0.00       RS 0.00
DC 0.00              DGD    0.00       SD 0.00
AH 0.00              PR     0.00       SP 0.00
TOT NR CHG 7.99                     NR+HC7.99
TOT PUB CHG 12.22                   PUB+HC12.22
```

| | |
|---|---|
| **Grand Total** | **$3,840.50** |

y acknowledged and accepted in full.   F

Prepared By

at they are in good condition and accepts them in ...on of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**PICKING LIST**

**DATE** 06/26/18

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0449 | SEARS UNIT # 0449 |
| 700 SCHUSTER RD | DELANO INDUSTRIAL PK |
| DELANO INDUSTRIAL PK | DELANO  CA   932159572 |
| DELANO  CA   932159572 | |

7/16 – 7/20
**DELIV DATE**   / /
**REQST DATE**   07/12/18
**CANCEL DATE**  / /
**ORDER DATE** 06/25/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100705                  **PO NO:** 546188                          **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0449

| ıe # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650    / 52555 | 50 (50) | EA | #76.81 |
|   | EGQ223BL 10" android 5.1 tablt | | | |
| 2 | 817707016629 ___  / EGQ347BL | 10 | EA | |
|   | 7" Quad-Core with Android 5.0 | | | |

(5) boxes – 20 lbs.

UPS Gnd

(W) – 100 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 7/6/2018 | | **INV #** | 1022907 |
| **SOLD TO** | SEARS | | **PO #** | 546188 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

**SHIP TO**    SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 5 | 10 | 50 | CHINA |
| | | | | | |
| **TOTAL** | | 5 | | 50 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022908 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 546189 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

3Y49V7          JUL 13, 2018     ACT WT 33.0 LBS     1 OF 5
SVC GNDCOM                        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341607136
REF 1:INV#1022908
REF 2:PO#546189

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:               SVC 7.99 USD
DV 0.00              COD    0.00            RS 0.00
DC 0.00              DGD    0.00            SD 0.00
AH 0.00              PR     0.00            SP 0.00
TOT NR CHG 7.99                  NR+HC7.99
TOT PUB CHG 15.61                PUB+HC15.61

3Y49V7          JUL 13, 2018     ACT WT 33.0 LBS     2 OF 5
SVC GNDCOM                        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342462746
REF 1:INV#1022908
REF 2:PO#546189

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:               SVC 7.99 USD
DV 0.00              COD    0.00            RS 0.00
DC 0.00              DGD    0.00            SD 0.00
AH 0.00              PR     0.00            SP 0.00
TOT NR CHG 7.99                  NR+HC7.99
TOT PUB CHG 15.61                PUB+HC15.61

3Y49V7          JUL 13, 2018     ACT WT 33.0 LBS     3 OF 5
SVC GNDCOM                        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342703959
REF 1:INV#1022908
REF 2:PO#546189

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:               SVC 7.99 USD
DV 0.00              COD    0.00            RS 0.00
DC 0.00              DGD    0.00            SD 0.00
AH 0.00              PR     0.00            SP 0.00
TOT NR CHG 7.99                  NR+HC7.99
TOT PUB CHG 15.61                PUB+HC15.61

3Y49V7          JUL 13, 2018     ACT WT 33.0 LBS     4 OF 5
SVC GNDCOM                        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340506765
REF 1:INV#1022908
REF 2:PO#546189

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:               SVC 7.99 USD
DV 0.00              COD    0.00            RS 0.00
DC 0.00              DGD    0.00            SD 0.00
AH 0.00              PR     0.00            SP 0.00
TOT NR CHG 7.99                  NR+HC7.99
TOT PUB CHG 15.61                PUB+HC15.61

3Y49V7          JUL 13, 2018     ACT WT 33.0 LBS     5 OF 5
SVC GNDCOM                        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341007178
REF 1:INV#1022908
REF 2:PO#546189

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:               SVC 7.99 USD
DV 0.00              COD    0.00            RS 0.00
DC 0.00              DGD    0.00            SD 0.00
AH 0.00              PR     0.00            SP 0.00
TOT NR CHG 7.99                  NR+HC7.99
TOT PUB CHG 15.61                PUB+HC15.61

| | |
|---|---|
| Grand Total | $402.50 |

acknowledged and accepted in full.

| Prepared By |
|---|
| |

...all sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

...they are in good condition and accepts them in

| Authorized By |
|---|
| |

## Thank you for your Business!

BISO INC LIST

**DATE** 06/26/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO CA 932159572

7/16 - 7/20

**DELIV DATE** / /
**REQST DATE** 07/12/18
**CANCEL DATE** / /
**ORDER DATE** 06/25/18

**EPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100706              **PO NO:** 546189            **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0449

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019798    / EMW6201 30-79 Tilting TV Wall Mount | 25  25 | EA  $16.10 | |

(5) Box's) -.33 lb

UPS Grd

(W) — 165



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/6/2018 | **INV #** 1022908 |
| **SOLD TO** | SEARS | **PO #** 546189 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**     SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW6201 | | 5 | 5 | 25 | CHINA |
| | | | | | |
| **TOTAL** | | 5 | | 25 | |

_____

        **SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022909 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 546652 | | N/A | | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7       JUL 13, 2018   ACT WT 9.0 LBS        1 OF 2
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341742866
REF 1:INV#1022909
REF 2:PO#546662

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 7.99           NR+HC7.99
TOT PUB CHG 13.39         PUB+HC13.39
```

```
3Y49V7       JUL 13, 2018   ACT WT 9.0 LBS        2 OF 2
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340899270
REF 1:INV#1022909
REF 2:PO#546662

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 7.99           NR+HC7.99
TOT PUB CHG 13.39         PUB+HC13.39
```

| | Grand Total | $670.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**95**

PACKING LIST                                 **DATE** 06/27/18

**SHIP-TO ADDRESS**             **SHIP-FOR ADDRESS**
SEARS UNIT # 0447               SEARS UNIT # 0447            7/16 – 7/20
BLDG F & G                      2775 W MILLER RD             **DELIV DATE**  / /
775 W MILLER RD                 GARLAND  TX   750411210      **REQST DATE** 07/11/18
GARLAND  TX   750411210                                      **CANCEL DATE** / /
                                                             **ORDER DATE** 06/26/18

EPT: 603        **TYPE:** RE        **INSTRUCTIONS:**

RDER NO: 100710        **PO NO:** 546652                     **PAGE:**    1
                                      **SHIP TO:** SEARS UNIT # 0447

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|-----|-------------------------------|-------------|-----------------|----------|
|     | 817707016629      / EGQ347EL  | 20          | EA              |          |
|     | 7" Quad-Core with Android 5.0 |             |                 |          |
| 2   | 817707019569      / FUNTAB3   | 10 (10)     | EA   $67.00     |          |
|     | Ematic 7" HD Kid Safe Tablet e |            |                 |          |

(2) Box's — 9 lb

UPS Grd

(W) – 18 lb



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 7/6/2018 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 1022909 |
| **PO #** | 546652 |

**SHIP TO**     SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | | 2 | 5 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | **2** | | **10** | |

_____

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022910 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 546654 | | N/A | | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7      JUL 13, 2018   ACT WT 9.0 LBS      1 OF 2
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340209283
REF 1:INV#1022910
REF 2:PO#546664

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 10.18            PUB+HC10.18
```

```
3Y49V7      JUL 13, 2018   ACT WT 9.0 LBS      2 OF 2
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340128898
REF 1:INV#1022910
REF 2:PO#546664

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 10.18            PUB+HC10.18
```

| | Grand Total | $670.00 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

DATE  06/27/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

7/16 – 7/20
**DELIV DATE**  / /
**REQST DATE**  ~~07/11/18~~
**CANCEL DATE**  / /
**ORDER DATE**  06/26/18

EPT: 603          **TYPE:** RE          **INSTRUCTIONS:**

RDER NO: 100712              **PO NO:** 546654              **PAGE:**    1

SHIP TO: SEARS UNIT # 0449

| ie # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629    / EGQ347BL  7" Quad-Core with Android 5.0 | 40 | EA |  |
| 2 | 817707019569    / FUNTAB3  Ematic 7" HD Kid Safe Tablet e | 10 (10) | EA | $67.00 |

(2) Box's – 9 lb.

UPS Grd

(W) – 18 lb)



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | **7/6/2018** |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | **1022910** |
| **PO #** | **546654** |

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | | 2 | 5 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | **2** | | **10** | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022911 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 546655 | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 35 | EMW4101 | 17-55" Full Motion TV Wall Mount | 17.64 | | 617.40 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

3Y49V7   JUL 13, 2018   ACT WT 26.0 LBS   1 OF 10
SVC GNDCOM   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340874108
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 13.95          PUB+HC13.95

3Y49V7   JUL 13, 2018   ACT WT 19.0 LBS   2 OF 10
SVC GNDCOM   BL WT 19.0 LBS
TRACKING# 1Z3Y49V70340020913
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 12.05          PUB+HC12.05

3Y49V7   JUL 13, 2018   ACT WT 40.0 LBS   3 OF 10
SVC GNDCOM   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342105328
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 17.03          PUB+HC17.03

3Y49V7   JUL 13, 2018   ACT WT 40.0 LBS   4 OF 10
SVC GNDCOM   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341223336
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 17.03          PUB+HC17.03

3Y49V7   JUL 13, 2018   ACT WT 40.0 LBS   5 OF 10
SVC GNDCOM   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342630948
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 17.03          PUB+HC17.03

3Y49V7   JUL 13, 2018   ACT WT 40.0 LBS   6 OF 10
SVC GNDCOM   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342344160
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 17.03          PUB+HC17.03

| | Grand Total | $822.10 |
|--|-------------|---------|

acknowledged and accepted in full.

3Y49V7   JUL 13, 2018   ACT WT 40.0 LBS   7 OF 10
SVC GNDCOM   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342738967
REF 1:INV#1022911
REF 2:PO#546655

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99            NR+HC7.99
TOT PUB CHG 17.03          PUB+HC17.03

SHIP TO: SEARS UNIT # 0449

101

| Qty Ordered | Unit of Measure | Location |



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 7/6/2018 | | INV # | 1022911 |
|------|----------|--|-------|---------|
| SOLD TO | SEARS | | PO # | 546655 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| SHIP TO | SEARS UNIT #0449 | | | |
| | 1700 SCHUSTER RD | | | |
| | DELANO INDUSTRIAL PK | | | |
| | DELANO, CA 932159572 | | | |

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|-------|---------|-------------|---------|-----------|---------|
| EMW5105 | | 1 | 10 | 10 | CHINA |
| EMW3401 | | 1 | 5 | 5 | CHINA |
| EMW4101 | | 7 | 5 | 35 | CHINA |
| EMW6201 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| **TOTAL** | | **10** | | **55** | |

_____

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

```
3Y49V7       JUL 13, 2018   ACT WT 40.0 LBS      8 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341161379
REF 1:INV#1022911
REF 2:PO#546655
```

## R YOUR BUSINESS

```
HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03
```

```
3Y49V7       JUL 13, 2018   ACT WT 40.0 LBS      9 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342477383
REF 1:INV#1022911
REF 2:PO#546655
```

```
HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03
```

```
3Y49V7       JUL 13, 2018   ACT WT 33.0 LBS      10 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341772994
REF 1:INV#1022911
REF 2:PO#546655
```

```
HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 15.51           PUB+HC15.51
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/10/2018 | 1023978 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O # | Order/TC # | Terms | Phone # |
|-------|-----------|-------|---------|
| 546651 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | | 7/10/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 40 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 705.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7      JUL 11, 2018  ACT WT 26.0 LBS      1 OF 15
SVC GNDCOM             BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342036637
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 15.70 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 15.70            NR + HC15.70
TOT PUB CHG 34.82          PUB + HC34.82

3Y49V7      JUL 11, 2018  ACT WT 19.0 LBS      2 OF 15
SVC GNDCOM             BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341116149
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 11.93 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 11.93            NR + HC11.93
TOT PUB CHG 26.45          PUB + HC26.45

3Y49V7      JUL 11, 2018  ACT WT 19.0 LBS      3 OF 15
SVC GNDCOM             BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341621352
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 11.93 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 11.93            NR + HC11.93
TOT PUB CHG 26.45          PUB + HC26.45

3Y49V7      JUL 11, 2018  ACT WT 19.0 LBS      4 OF 15
SVC GNDCOM             BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341128163
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 11.93 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 11.93            NR + HC11.93
TOT PUB CHG 26.45          PUB + HC26.45
```

```
3Y49V7      JUL 11, 2018  ACT WT 19.0 LBS      5 OF 15
SVC GNDCOM             BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341172670
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 11.93 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 11.93            NR + HC11.93
TOT PUB CHG 26.45          PUB + HC26.45

3Y49V7      JUL 11, 2018  ACT WT 40.0 LBS      6 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341850588
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 22.42 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 22.42            NR + HC22.42
TOT PUB CHG 49.70          PUB + HC49.70
```

| | Grand Total | $1,147.40 |
|---|---|---|

acknowledged and accepted in full.

```
3Y49V7      JUL 11, 2018  ACT WT 40.0 LBS      7 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342418197
REF 1:INV#1023978
REF 2:PO#546651

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 22.42 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 22.42            NR + HC22.42
TOT PUB CHG 49.70          PUB + HC49.70
```

4   817707019798      / EMW6201   (2)     22 (D)      10 (10)   EA  19.10   **103**
30-79 Tilting TV Wall Mount



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 7/10/2018 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 1023978 |
| PO # | 546651 |

| | |
|---|---|
| SHIP TO | SEARS UNIT #0443 |
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5105 | | 1 | 10 | 10 | CHINA |
| EMW3401 | | 4 | 5 | 20 | CHINA |
| EMW4101 | | 8 | 5 | 40 | CHINA |
| EMW6201 | | 2 | 5 | 10 | CHINA |
| **TOTAL** | | **15** | | **80** | |

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       8 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341891409
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       9 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342646217
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       10 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342018628
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       11 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341904636
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       12 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340360243
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

```
3Y49V7      JUL 11, 2018   ACT WT 40.0 LBS       13 OF 15
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341201458
REF 1:INV#1023978
REF 2:PO#546661

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  22.42 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 22.42              NR+HC22.42
TOT PUB CHG 49.70              PUB+HC49.70
```

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal 811*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 07/27/2018 | 1029450 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 550759 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 07/27/2018 | 07/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7        AUG 1, 2018    ACT WT 9.0 LBS              3Y49V7        AUG 1, 2018    ACT WT 9.0 LBS
SVC GNDCOM          BL WT 9.0 LBS       1 OF 2      SVC GNDCOM          BL WT 9.0 LBS         2 OF 2
TRACKING# 1Z3Y49V70342539217                       TRACKING# 1Z3Y49V70341191620
REF 1:INV#1029450                                  REF 1:INV#1029450
REF 2:PO#550759                                    REF 2:PO#550769

HANDLING CHARGE 0.00                               HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 7.99 USD     SINGLE – PIECE NR RATE CHRGS:       SVC 7.99 USD
DV 0.00        COD        RS 0.00                   DV 0.00         COD        RS 0.00
DC 0.00        DGD 0.00   SD 0.00                   DC 0.00         DGD 0.00   SD 0.00
AH 0.00        PR 0.00    SP 0.00                   AH 0.00         PR 0.00    SP 0.00
TOT NR CHG 7.99        NR+HC7.99                    TOT NR CHG 7.99         NR+HC7.99
TOT PUB CHG 16.90     PUB+HC16.90                   TOT PUB CHG 16.90      PUB+HC16.90
```

| | |
|--|--|
| **Grand Total** | **$670.00** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

231 COLBY AVE
OS ANGELES CA 90024

18-23538-shl    Doc 8495    Filed 10/08/20    Entered 10/08/20 18:54:10    Main Document
PICKING LIST
Pg 106 of 150

DATE 07/25/18

LK 7/27

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
HANOVER INDUSTRIAL PK
VILKES BARRE PA 187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE PA 187062028

**DELIV DATE** / /
**REQST DATE** 08/08/18
**CANCEL DATE** / /
**ORDER DATE** 07/24/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100722        **PO NO:** 550759        **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0443

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| ~~1~~ | ~~817707010029~~ / ~~EGQ347BL~~ ~~7" Quad-Core with Android 5.0~~ | ~~20~~ | ~~EA~~ | |
| 2 | 817707019569 / FUNTAB3 Ematic 7" HD Kid Safe Tablet e | 10 (10) | EA | $67.00 |

(2) Box's — 9 lbs

UPS Ground

(W) — 18 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE        07/27/18

SOLD TO     SEARS
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

INV #       1029450
PO #        550759

SHIP TO     SEARS UNIT #0443
            1055 HANOVER ST
            HANOVER INDUSTRIAL PK
            WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| FUNTAB3 | | 2 | 5 | 10 | CHINA |
| | | | | | |
| TOTAL | | 2 | | 10 | |

_____
SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
               REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
               DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
               PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
               SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 07/27/2018 | 1029451 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 550760 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 07/27/2018 | 07/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

```
3Y49V7          AUG 1, 2018    ACT WT 9.0 LBS        1 OF 1
SVC GNDCOM               BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342157639
REF 1:INV#1029451
REF 2:PO#550760

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.99 USD
DV  0.00            COD  0.00      RS  0.00
DC  0.00            DGD  0.00      SD  0.00
AH  0.00            PR   0.00      SP  0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 13.39              PUB+HC13.39
```

| Grand Total | $335.00 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

PICKING LIST

**DATE** 07/25/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
775 W MILLER RD
GARLAND TX 750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND TX 750411210

**DELIV DATE** / /
**REQST DATE** 08/08/18
**CANCEL DATE** / /
**ORDER DATE** 07/24/18

EPT: 603        **TYPE:** RE        **INSTRUCTIONS:**

RDER NO: 100723        **PO NO:** 550760        **PAGE:** 1

SHIP TO: SEARS UNIT # 0447

| ne # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | ~~817707010029~~ / ~~ECQ847BL~~ ~~7" Quad-Core with Android 5.0~~ | ~~10~~ | ~~EA~~ | |
| 2 | 817707019569 / FUNTAB3 Ematic 7" HD Kid Safe Tablet e | 5 (5) | EA $ 67.00 | |

(1) Box — 9 lbs

UPS Ground

(W) — 9 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 07/27/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 1029451 |
| **PO #** | 550760 |

**SHIP TO**   SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| FUNTAB3 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | | 5 | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

Shaghal → 10/04

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 9/28/2016 | 672253 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 419337 | | N/A | | | | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 280.80 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 35 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 602.00 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 715.66 | |
| 65 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,020.50 | |

| | Grand Total | $2,822.56 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. $\beta$

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

→ 10/04

**DATE** 09/27/16

Shaghal

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   / /
**REQST DATE**  10/12/16
**CANCEL DATE** / /
**ORDER DATE**  09/26/16

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100216          **PO NO:** 419337                    **PAGE:**    1

SHIP TO: SEARS UNIT # 0443

BOX'S

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--|-------------|-----------------|----------|
| 1 | 817707019828 ⑩ / EMW5105<br>23-65 Fixed Low Profile TV Wal | ④ → 26-05 lb | 40 ㊵ | EA | $ 7.02 |
| 2 | 817707019781 ⑤ / EMW3401<br>10-49 FULL Motion TV Mount | ④ → 19-75 lb | 20 ⑳ | EA | $ 10.18 |
| 3 | 817707019811 ⑤ / EMW4101<br>17-55 Full Motion TV Mount | ⑦ → 40-10 lbs | 35 ㉟ | EA | $ 17.20 |
| 4 | 817707019804 ② / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑪ → 34-45 lb | 22 ㉒ | EA | $ 32.53 |
| 5 | 817707019798 ⑤ / EMW6201<br>30-79 Tilting TV Wall Mount | ⑬ → 32-70 lb | 65 �65 | EA | $ 15.70 |

30

182

40" x 48" x 62"

UPSP   636.37
UPSG   686.01      10/16
SAIA   1350.45

Ⓦ → 1308 lbs

112

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 9/27/2016 | **INV #** | 672253 |
| **SOLD TO** | SEARS | **PO #** | 419337 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 4 | 40 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 7 | 35 | CHINA |
| EMW5306 | 2 | | 11 | 22 | CHINA |
| EMW6201 | 5 | | 13 | 65 | CHINA |
| | | | | | |
| | TOTAL | 1 | 39 | 182 | |

_i3_

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER
INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE

PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHING THE TIME FRAME
## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE**

SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**FedEx** Freight

**351687083-6**

| Date | Purchase Order # |
|---|---|
| 10/06/2016 | 419337 |
| Shipper # | Shipper # |
| | INVOICE# 672253 |

**REQUIRED: Please select a service type**

☑ FedEx Freight® Priority (FXFE)    ☐ FedEx Freight® Economy (FXNL)

**OPTIONAL:** You may select a money-back guarantee delivery (charges and tariff limitations may apply).

☐ A.M. Delivery    ☐ Close of Business Delivery

Please provide ZIP codes and phone numbers.

| SHIPPER (from) | | CONSIGNEE (to) | |
|---|---|---|---|
| Shipper | FXF Acct. # | Consignee | FXF Acct. # |
| SHAGHAL LTD | | SEARS UNIT# 0443 | |
| Attn. to | Area Code / Phone Number | Attn. to | Area Code / Phone Number |
| SHIPPING | 310 966 1133 | RECEIVING | |
| Address | | Address | |
| 2231 COLBY AVE | | 1055 HANOVER ST | |
| Address (Store, Dept., Ste., Flr., Apt., Div.) | | Address (Store, Dept., Ste., Flr., Apt., Div.) | |
| | | HANOVER INDUSTRIAL PARK | |
| Address | | Address | |
| City | | City | |
| LOS ANGELES | | WILKES BARRE | |
| State/Province | ZIP/Postal Code | State/Province | ZIP/Postal Code |
| CA | 90068 | PA | 18706 |
| | Country | | Country |
| | USA | | USA |
| Accessorial Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | | Accessorial Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access | |
| Shipper Bill of Lading # | | ☐ Custom Delivery Window: | |

Special Instructions

MUST DELIVER BY 10/10-10/11  *PRIORITY SERVICE*  PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP

**BILL FREIGHT CHARGES TO (if different than above):**

| Name | FXF Acct. # | Mailing Address | | | |
|---|---|---|---|---|---|
| FEDEX TRUCKLOAD BROKERAGE | 474589161 | PO BOX 5000 | | | |
| City | State | ZIP/Postal Code | Country | Area Code | Phone Number |
| GREEN | OH | 44232 | USA | 330 | 437-5523 |

Freight charges are **PREPAID** unless marked collect.

**CHECK BOX IF COLLECT** ☐

**C.O.D.**

$ _____  **AMOUNT**

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds  ☐ Company Check  ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper  ☐ Consignee

**REMIT C.O.D. TO (if different than shipper above):**

| Name | | Mailing Address | | | | |
|---|---|---|---|---|---|---|
| City | State | ZIP/Postal Code | Country | Country Code | Area Code | Phone Number |

**RECEIVED,** subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown hereon, which said carrier agrees to carry to its destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, and the conditions of the FXF 100 Series Rules Tariff, or otherwise referenced, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| HANDLING UNITS (H/U) | H/U PKG. TYPE | PIECES | HM (X) | DESCRIPTION OF ARTICLES, KIND OF PACKAGE, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | NMFC ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 1 | Pallet | 1 | | 1 PALLET @ 40X48X62 | 1308 | | 50 | |
| 39 | Boxs | | | | | | | |
| | | | | TV- METAL WALL MOUNTS | | | | |
| | | | | ***MUST MAKE DELIVERY APPOINTMENT*** | | | | |

**TOTAL H/U:** 1

★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

| HM EMERGENCY CONTACT PHONE NUMBER ( ) | AREA CODE |
|---|---|
| HM EMERGENCY RESPONSE PROVIDER PERSON or CONTRACT # | |

**FOR INTERNATIONAL SHIPMENTS PLEASE INDICATE BELOW THE NAME, FAX NUMBER AND PHONE NUMBER OF THE BROKER.**

EEI/SED Number or Exception _____  Phone # ( )  AREA CODE

Broker Name _____  Fax # ( )

**NOTE (1)** Where the rate and carrier's liability for loss or damage may be dependent on value, shippers must state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**NOTE (2)** liability limitation for loss or damage on this shipment shall be applicable as provided by contract or in the current NMFC or this carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions. Carrier's maximum standard liability is limited to $25 per pound per package for NEW articles and $0.50 per pound per package for USED or RECONDITIONED articles. In no case shall carrier liability exceed $100,000 per occurrence for NEW articles or $10,000 per occurrence for USED or RECONDITIONED articles. For availability and limits of excess liability coverage and applicable rates and charges, please refer to FXF 100 Series Rules Tariff. Not selecting an additional coverage option is considered to be a waiver of same and standard liability coverage will apply.

☐ Articles are **NEW,** and require Excess Liability Coverage in the amount of $_____ per pound. **Additional charges will apply.**

☐ Articles are **USED or RECONDITIONED** and require Excess Liability Coverage. **Additional charges will apply.**

**NOTE (3)** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

**FOR FREIGHT COLLECT SHIPMENTS**

Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature _____

**SHIPPER CERTIFICATION**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature _____  Date _____

**CARRIER CERTIFICATION**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|---|---|---|---|
| 10-06-16 | V. JOV | 1 Sars | |
| | | 39 | |

Create your next Bill of Lading online at fedex.com/us/freight/main/

FedEx Freight

CO202/1210-FXF

# Shaghal Ltd.
Est. 1985

Shaghal → 10/05

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 9/28/2016 | 672256 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 419335 | | N/A | | | | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 140.40 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 50.90 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 258.00 | |
| 14 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 455.42 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 314.00 | |

```
3Y49V7              OCT 5, 2016    ACT WT 26.1 LBS
SVC GNDCOM                      BL WT 27.0 LBS        1 OF 17
TRACKING# 1Z3Y49V70340604480
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.76 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 14.76              NR+HC14.76
TOT PUB CHG 33.87            PUB+HC33.87
```

```
3Y49V7              OCT 5, 2016    ACT WT 26.1 LBS
SVC GNDCOM                      BL WT 27.0 LBS        2 OF 17
TRACKING# 1Z3Y49V70341916098
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.76 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 14.76              NR+HC14.76
TOT PUB CHG 33.87            PUB+HC33.87
```

```
3Y49V7              OCT 5, 2016    ACT WT 19.8 LBS
SVC GNDCOM                      BL WT 20.0 LBS        3 OF 17
TRACKING# 1Z3Y49V70342373306
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 11.36 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 11.36              NR+HC11.36
TOT PUB CHG 26.04            PUB+HC26.04
```

```
3Y49V7              OCT 5, 2016    ACT WT 40.1 LBS
SVC GNDCOM                      BL WT 41.0 LBS        4 OF 17
TRACKING# 1Z3Y49V70340752114
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 20.61 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 20.61              NR+HC20.61
TOT PUB CHG 47.29            PUB+HC47.29
```

| Grand Total | $1,218.72 |
|---|---|

cknowledged and accepted in full. B

```
3Y49V7              OCT 5, 2016    ACT WT 40.1 LBS
SVC GNDCOM                      BL WT 41.0 LBS        5 OF 17
TRACKING# 1Z3Y49V70342788629
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 20.61 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 20.61              NR+HC20.61
TOT PUB CHG 47.29            PUB+HC47.29
```

to said past due funds all legal costs and attorney fees reasonably incurred
legal action, Vendee agrees to be sued in the County of Los Angeles, State
State of California. Vendee agrees to the terms and co

Thank you fo

115

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Shaghal— 10/05   (4)

DATE 09/27/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

DELIV DATE   / /
REQST DATE  10/12/16
CANCEL DATE  / /
ORDER DATE  09/26/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100214                    **PO NO:** 419335                          **PAGE:** 1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 ⑩ / EMW5105 | Box's | 20 (20) | EA | $ 7.02 |
| | 23-65 Fixed Low Profile TV Wal | (2) —> 26·05 lb | | | |
| 2 | 817707019781 ⑤ / EMW3401 | (1) —> 14·75 lb | 5 (5) | EA | $ 10.18 |
| | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811 ⑤ / EMW4101 | (3) —> 40·10 lb | 15 (15) | EA | $ 17.20 |
| | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019804 ② / EMW5306 | (7) —> 34·45 lb | 14 (14) | EA | $ 32.53 |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 5 | 817707019798 ⑤ / EMW6201 | (4) —> 32·70 lbs | 20 (20) | EA | $ 15.70 |
| | 30-79 Tilting TV Wall Mount | | | | |
| | | 17 | 74 | | |



UPS Grd



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 9/27/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV # 672256
PO # 419335

SHIP TO    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | | 7 | 14 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | TOTAL | | 17 | 74 | |

SIGNATURE

3Y49V7    OCT 5, 2016    ACT WT 40.1 LBS    6 OF 17
SVC GNDCOM    BL WT 41.0 LBS
TRACKING# 1Z3Y49V70340778634
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 20.61 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 20.61    NR+HC20.61
TOT PUB CHG 47.29    PUB+HC47.29

3Y49V7    OCT 5, 2016    ACT WT 34.6 LBS    7 OF 17
SVC GNDCOM    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341178145
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 18.67 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 18.67    NR+HC18.67
TOT PUB CHG 42.57    PUB+HC42.57

3Y49V7    OCT 5, 2016    ACT WT 34.6 LBS    8 OF 17
SVC GNDCOM    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341203358
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 18.67 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 18.67    NR+HC18.67
TOT PUB CHG 42.57    PUB+HC42.57

3Y49V7    OCT 5, 2016    ACT WT 34.6 LBS    9 OF 17
SVC GNDCOM    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341430166
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 18.67 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 18.67    NR+HC18.67
TOT PUB CHG 42.57    PUB+HC42.57

3Y49V7    OCT 5, 2016    ACT WT 34.6 LBS    10 OF 17
SVC GNDCOM    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340394674
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 18.67 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 18.67    NR+HC18.67
TOT PUB CHG 42.57    PUB+HC42.57

3Y49V7    OCT 5, 2016    ACT WT 34.6 LBS    11 OF 17
SVC GNDCOM    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341192585
REF 1:INV#672256
REF 2:PO#419335

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:    SVC 18.67 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 18.67    NR+HC18.67
TOT PUB CHG 42.57    PUB+HC42.57

```
3Y49V7          OCT 5, 2016   ACT WT 34.5 LBS        12 OF 17
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340080199
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  18.67 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 18.67               NR+HC18.67
TOT PUB CHG 42.67              PUB+HC42.67
```

```
3Y49V7          OCT 5, 2016   BL WT 34.5 LBS        13 OF 17
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342073407
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  18.67 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 18.67               NR+HC18.67
TOT PUB CHG 42.67              PUB+HC42.67
```

```
3Y49V7          OCT 5, 2016   ACT WT 32.7 LBS        14 OF 17
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340548210
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  17.59 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 17.59               NR+HC17.59
TOT PUB CHG 40.33              PUB+HC40.33
```

```
3Y49V7          OCT 5, 2016   ACT WT 32.7 LBS        15 OF 17
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341840624
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  17.59 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 17.59               NR+HC17.59
TOT PUB CHG 40.33              PUB+HC40.33
```

```
3Y49V7          OCT 5, 2016   ACT WT 32.7 LBS        16 OF 17
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341846637
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  17.59 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 17.59               NR+HC17.59
TOT PUB CHG 40.33              PUB+HC40.33
```

```
3Y49V7          OCT 5, 2016   ACT WT 32.7 LBS        17 OF 17
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341622244
REF 1:INV#672256
REF 2:PO#419335


HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  17.59 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 17.59               NR+HC17.59
TOT PUB CHG 40.33              PUB+HC40.33
```

# Shaghal Ltd.
Est. 1985

*Shaghal → 101 05*

# INVOICE - A
### OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 9/28/2016 | 672261 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 419336 | | N/A | | | | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 101.80 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 325.30 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 314.00 | |

```
3Y49V7        OCT 6, 2016   ACT WT 26.1 LBS        1 OF 14
SVC GNDCOM              BL WT 27.0 LBS
TRACKING# 1Z3Y49V70341069942
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 14.43 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.43           NR + HC14.43
TOT PUB CHG 31.36          PUB + HC31.36
```

```
3Y49V7        OCT 6, 2016   ACT WT 19.8 LBS        2 OF 14
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340123161
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 11.83 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 11.83           NR + HC11.83
TOT PUB CHG 26.40          PUB + HC26.40
```

```
3Y49V7        OCT 6, 2016   ACT WT 19.8 LBS        3 OF 14
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341367960
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 11.83 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 11.83           NR + HC11.83
TOT PUB CHG 26.40          PUB + HC26.40
```

```
3Y49V7        OCT 6, 2016   ACT WT 40.1 LBS        4 OF 14
SVC GNDCOM              BL WT 41.0 LBS
TRACKING# 1Z3Y49V70340010371
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 19.68 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 19.68           NR + HC19.68
TOT PUB CHG 43.18          PUB + HC43.18
```

```
3Y49V7        OCT 6, 2016   ACT WT 40.1 LBS        5 OF 14
SVC GNDCOM              BL WT 41.0 LBS
TRACKING# 1Z3Y49V70340976383
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 19.68 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 19.68           NR + HC19.68
TOT PUB CHG 43.18          PUB + HC43.18
```

| Grand Total | $983.30 |
|-------------|---------|

legal action, Vendee agrees to be sued in the County of Los Angeles, State of California. Vendee agrees to the terms and ... attorney fees reasonably incu...

**119**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 10/05*

DATE  09/27/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

DELIV DATE    / /
REQST DATE  10/12/16
CANCEL DATE  / /
ORDER DATE  09/26/16

DEPT: 657        TYPE:  RE        INSTRUCTIONS:

ORDER NO: 100215              PO NO:  419336                        PAGE:    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828  (10)  / EMW5105  23-65 Fixed Low Profile TV Wal | (1) → 26·05 lbs | 10 (10) | EA | $ 7·02 |
| 2 | 817707019781  (5)  / EMW3401  10-49 FULL Motion TV Mount | (2) → 19·75 lbs | 10 (10) | EA | $ 10·18 |
| 3 | 817707019811  (5)  / EMW4101  17-55 Full Motion TV Mount | (2) → 40·10 lbs | 10 (10) | EA | $ 17·20 |
| 4 | 817707019804  (2)  / EMW5306  TV Wall Mount Kit with HDMI ca | (5) → 34·45 lb | 10 (10) | EA | $ 32·53 |
| 5 | 817707019798  (5)  / EMW6201  30-79 Tilting TV Wall Mount | (4) → 32·70 lbs | 20 (20) | EA | $ 15·70 |



UPS Grd

120

**Shanhai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 9/27/2016 | **INV #** | 672261 |
| **SOLD TO** | SEARS | **PO #** | 419336 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | **TOTAL** | | **14** | **60** | |

SIGNATURE

---

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS    6 OF 14
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342311999
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.29 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 17.29                 NR+HC17.29
TOT PUB CHG 37.91               PUB+HC37.91
```

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS    7 OF 14
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341833203
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.29 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 17.29                 NR+HC17.29
TOT PUB CHG 37.91               PUB+HC37.91
```

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS    8 OF 14
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340716010
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.29 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 17.29                 NR+HC17.29
TOT PUB CHG 37.91               PUB+HC37.91
```

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS    9 OF 14
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341096420
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.29 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 17.29                 NR+HC17.29
TOT PUB CHG 37.91               PUB+HC37.91
```

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS    10 OF 14
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340670436
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.29 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 17.29                 NR+HC17.29
TOT PUB CHG 37.91               PUB+HC37.91
```

```
3Y49V7        OCT 5, 2016    ACT WT 32.7 LBS    11 OF 14
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342294044
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  16.64 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 16.64                 NR+HC16.64
TOT PUB CHG 36.45               PUB+HC36.45
```

```
3Y49V7            OCT 5, 2016      ACT WT 32.7 LBS
SVC GNDCOM                   BL WT 33.0 LBS                12 OF 14
TRACKING# 1Z3Y49V70342583259
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:
DV  0.00                                   SVC  16.64 USD
DC  0.00               COD    0.00         RS  0.00
AH  0.00               DGD    0.00         SD  0.00
TOT NR CHG 16.64       PR     0.00         SP  0.00
TOT PUB CHG 36.45                   NR+HC16.64
                                    PUB+HC36.45
```

```
3Y49V7            OCT 5, 2016      ACT WT 32.7 LBS
SVC GNDCOM                   BL WT 33.0 LBS                13 OF 14
TRACKING# 1Z3Y49V70341514067
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:
DV  0.00                                   SVC  16.64 USD
DC  0.00               COD    0.00         RS  0.00
AH  0.00               DGD    0.00         SD  0.00
TOT NR CHG 16.64       PR     0.00         SP  0.00
TOT PUB CHG 36.45                   NR+HC16.64
                                    PUB+HC36.45
```

```
3Y49V7            OCT 5, 2016      ACT WT 32.7 LBS
SVC GNDCOM                   BL WT 33.0 LBS                14 OF 14
TRACKING# 1Z3Y49V70340022476
REF 1:INV#672261
REF 2:PO#419336

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:
DV  0.00                                   SVC  16.64 USD
DC  0.00               COD    0.00         RS  0.00
AH  0.00               DGD    0.00         SD  0.00
TOT NR CHG 16.64       PR     0.00         SP  0.00
TOT PUB CHG 36.45                   NR+HC16.64
                                    PUB+HC36.45
```

# Shaghal Ltd.
Est. 1985

Shaghal → 10/05

# INVOICE - A
OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 9/28/2016 | 672282 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 419338 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 50.90 | |
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 130.12 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 78.50 | |

```
3Y49V7           OCT 6, 2016    ACT WT 19.8 LBS      1 OF 4
SVC GNDCOM                      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340453107
REF 1:INV#672282
REF 2:PO#419338

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 10.03 USD
DV 0.00           COD   0.00             RS  0.00
DC 0.00           DGD   0.00             SD  0.00
AH 0.00           PR    0.00             SP  0.00
TOT NR CHG 10.03                    NR+HC10.03
TOT PUB CHG 22.98                  PUB+HC22.98
```

```
3Y49V7           OCT 6, 2016    ACT WT 34.6 LBS      2 OF 4
SVC GNDCOM                      BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340439918
REF 1:INV#672282
REF 2:PO#419338

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 16.48 USD
DV 0.00           COD   0.00             RS  0.00
DC 0.00           DGD   0.00             SD  0.00
AH 0.00           PR    0.00             SP  0.00
TOT NR CHG 16.48                    NR+HC16.48
TOT PUB CHG 35.49                  PUB+HC35.49
```

```
3Y49V7           OCT 6, 2016    ACT WT 34.6 LBS      3 OF 4
SVC GNDCOM                      BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342764321
REF 1:INV#672282
REF 2:PO#419338

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 16.48 USD
DV 0.00           COD   0.00             RS  0.00
DC 0.00           DGD   0.00             SD  0.00
AH 0.00           PR    0.00             SP  0.00
TOT NR CHG 16.48                    NR+HC16.48
TOT PUB CHG 35.49                  PUB+HC35.49
```

```
3Y49V7           OCT 6, 2016    ACT WT 32.7 LBS      4 OF 4
SVC GNDCOM                      BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341622334
REF 1:INV#672282
REF 2:PO#419338

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.84 USD
DV 0.00           COD   0.00             RS  0.00
DC 0.00           DGD   0.00             SD  0.00
AH 0.00           PR    0.00             SP  0.00
TOT NR CHG 14.84                    NR+HC14.84
TOT PUB CHG 34.03                  PUB+HC34.03
```

Visa

| Grand Total | $259.52 |
|---|---|

...owledged and accepted in full.

**Prepared By**

...are in good condition and accepts them in
...special orders can be accepted. However, in
...charge of 15% per month. All past due
...In the event Vendor institutes collection
proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition
to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal →* 10/05        DATE  09/27/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS   TN   381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS   TN   381081917

DELIV DATE    / /
REQST DATE  10/12/16
CANCEL DATE / /
ORDER DATE  09/26/16

**DEPT:** 657        **TYPE:**  RE        **INSTRUCTIONS:**

**ORDER NO:** 100217

**PO NO:** 419338                                **PAGE:**    1

SHIP TO:  SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781  ⑤  / EMW3401<br>10-49 FULL Motion TV Mount | 5 ⑤ | EA | $ 10.18 |
| 2 | 817707019804  ②  / EMW5306<br>TV Wall Mount Kit with HDMI ca | 4 ④ | EA | $ 32.53 |
| 3 | 817707019798  ⑤  / EMW6201<br>30-79 Tilting TV Wall Mount | 5 ⑤ | EA | $ 15.70 |

*BOX'S
① — 19.75 lbs
② → 34.45 lbs
① → 32.70 lbs*
*4*
*14*

*UPS Ground*

*Ⓦ → 122 lbs*

**124**

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| DATE | 9/27/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #   672282
PO #    419338

| | |
|---|---|
| SHIP TO | SEARS UNIT #0446 |
| | 3456 MEYERS RD |
| | MEMPHIS, TN 381081917 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 2 | 4 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 14 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT
PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE

PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHING THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

125

# Shaghal Ltd.

Est. 1985

*Shaghal → 10/05*

# INVOICE - A
### OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 9/28/2016 | 672291 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 419339 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 101.80 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 195.18 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 235.50 | |

```
3Y49V7        OCT 5, 2016    ACT WT 19.8 LBS      1 OF 10
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341233003
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.32 USD
DV 0.00             COD    0.00       RS 0.00
DC 0.00             DGD    0.00       SD 0.00
AH 0.00             PR     0.00       SP 0.00
TOT NR CHG 8.32                  NR+HC8.32
TOT PUB CHG 19.07                PUB+HC19.07
```

```
3Y49V7        OCT 5, 2016    ACT WT 19.8 LBS      2 OF 10
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342923819
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.32 USD
DV 0.00             COD    0.00       RS 0.00
DC 0.00             DGD    0.00       SD 0.00
AH 0.00             PR     0.00       SP 0.00
TOT NR CHG 8.32                  NR+HC8.32
TOT PUB CHG 19.07                PUB+HC19.07
```

```
3Y49V7        OCT 5, 2016    ACT WT 40.1 LBS      3 OF 10
SVC GNDCOM                   BL WT 41.0  LBS
TRACKING# 1Z3Y49V70341792221
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  16.29 USD
DV 0.00             COD    0.00       RS 0.00
DC 0.00             DGD    0.00       SD 0.00
AH 0.00             PR     0.00       SP 0.00
TOT NR CHG 15.29                 NR+HC15.29
TOT PUB CHG 36.06                PUB+HC36.06
```

```
3Y49V7        OCT 5, 2016    ACT WT 40.1 LBS      4 OF 10
SVC GNDCOM                   BL WT 41.0  LBS
TRACKING# 1Z3Y49V70340334236
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  15.29 USD
DV 0.00             COD    0.00       RS 0.00
DC 0.00             DGD    0.00       SD 0.00
AH 0.00             PR     0.00       SP 0.00
TOT NR CHG 15.29                 NR+HC15.29
TOT PUB CHG 36.06                PUB+HC36.06
```

```
3Y49V7        OCT 5, 2016    ACT WT 34.5 LBS      5 OF 10
SVC GNDCOM                   BL WT 35.0  LBS
TRACKING# 1Z3Y49V70340206849
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  13.36 USD
DV 0.00             COD    0.00       RS 0.00
DC 0.00             DGD    0.00       SD 0.00
AH 0.00             PR     0.00       SP 0.00
TOT NR CHG 13.36                 NR+HC13.36
TOT PUB CHG 30.62                PUB+HC30.62
```

| Grand Total | $704.48 |
|---|---|

to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and conditi

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal → 10/05* ③

DATE 09/27/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**   / /
**REQST DATE**  10/12/16
**CANCEL DATE** / /
**ORDER DATE** 09/26/16

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100218              PO NO:  419339                    PAGE:    1

SHIP TO: SEARS UNIT # 0447



| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--|-------------|-----------------|----------|
| 1 | 817707019781  ⑤  / EMW3401 | Box's ② → 20-49-75lb | 10 ⑩ | EA $ 10.18 |
|   | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811  ⑤  / EMW4101 | ② → 40·10 lbs | 10 ⑩ | EA $ 17.20 |
|   | 17-55 Full Motion TV Mount | | | |
| 3 | 817707019804  ②  / EMW5306 | ③ → 34-45 lb | 6 ⑥ | EA $ 32.53 |
|   | TV Wall Mount Kit with HDMI ca | | | |
| 4 | 817707019798  ⑤  / EMW6201 | ③ → 32-7 lb | 15 ⑮ | EA $ 15.70 |
|   | 30-79 Tilting TV Wall Mount | | | |



## Shanghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 9/27/2016 | **INV #** | 672291 |
| **SOLD TO** | SEARS | **PO #** | 419339 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | **TOTAL** | | 10 | 41 | |

SIGNATURE _____ ß _____

```
3Y49V7          OCT 5, 2016    ACT WT 34.5 LBS    6 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342823062
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 13.36 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 13.36              NR+HC13.36
TOT PUB CHG 30.62            PUB+HC30.62
```

```
3Y49V7          OCT 5, 2016    ACT WT 34.5 LBS    7 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340961862
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 13.36 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 13.36              NR+HC13.36
TOT PUB CHG 30.62            PUB+HC30.62
```

```
3Y49V7          OCT 5, 2016    ACT WT 32.7 LBS    8 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340368274
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.79 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 12.79              NR+HC12.79
TOT PUB CHG 29.34            PUB+HC29.34
```

```
3Y49V7          OCT 5, 2016    ACT WT 32.7 LBS    9 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342308289
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.79 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 12.79              NR+HC12.79
TOT PUB CHG 29.34            PUB+HC29.34
```

```
3Y49V7          OCT 5, 2016    ACT WT 32.7 LBS    10 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341267898
REF 1:INV#672291
REF 2:PO#419339

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.79 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 12.79              NR+HC12.79
TOT PUB CHG 29.34            PUB+HC29.34
```



# Shaghal Ltd.
Est. 1985

Shaghal → 10/10

# INVOICE - A
### OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 9/28/2016 | 672304 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 419340 | | N/A | | | | 9/28/2016 | 9/28/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 430.00 | |
| 32 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,040.96 | |
| 55 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 863.50 | |

| | |
|---|---|
| **Grand Total** | **$2,748.66** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**129**

Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST        Pg 130 of 150        *10/10*        (2)

DATE  09/27/16

*Shaghal*

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DELIV DATE    / /
REQST DATE  10/12/16
CANCEL DATE  / /
ORDER DATE  09/26/16

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100219        PO NO: 419340        PAGE:  1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--|-------------|-----------------|----------|
| 1 | 817707019828  (10)  / EMW5105 | | 30  (30) | EA | $ 7.02 |
|   | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781  (5)  / EMW3401 | | 20  (20) | EA | $ 10.18 |
|   | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811  (5)  / EMW4101 | | 25  (25) | EA | $ 17.20 |
|   | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019804  (2)  / EMW5306 | | 32  (32) | EA | $ 32.53 |
|   | TV Wall Mount Kit with HDMI ca | | | | |
| 5 | 817707019798  (5)  / EMW6201 | | 55  (55) | EA | $ 15.70 |
|   | 30-79 Tilting TV Wall Mount | | | | |

BOX's
(3) → 26-05 lbs
(4) → 19-75 lbs
(5) → 40-10 lb
(16) → 34-45 lb
(11) → 32-70 lbs
      39

162

$$40^y \times 48^n \times 62^b$$

UPSP:  243.18   1 Days
UPSG:  284.31
SAIA:  $200.31
  YRC   295.65
  FTB   278.34

(W) → 1309 lbs

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 9/27/2016 | | **INV #** | 672304 |
| **SOLD TO** | SEARS | | **PO #** | 419340 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| **SHIP TO** | SEARS UNIT #0449 | | | |
| | 1700 SCHUSTER RD | | | |
| | DELANO INDUSTRIAL PK | | | |
| | DELANO, CA 932159572 | | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 16 | 32 | CHINA |
| EMW6201 | 5 | | 11 | 55 | CHINA |
| | **TOTAL** | 1 | 39 | 162 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL

FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE

PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHING THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**131**

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

**SAIA** ®

(SAIA)

**10131775180 3**

Other signature acknowledges
receipt of freight only. Shipment
is subject to applicable terms
and conditions of the Uniform
Bill of Lading, Saia's tariffs and
current NMFC 100. See Saia
170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
| | 419340 | |

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec 1

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | (310) 966-1133 | 10/10/2016 |

| STREET | BILL TO |
|---|---|
| COLBY AVE | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT # 0449 | ( ) | |

| STREET | |
|---|---|
| 1700 SCHUSTER RD DELANO INDUSTRIAL PK | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| DELANO | CA | 93215 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 | PLT | TV WALLMOUNTS | 1,309 | 50 | Freight charges are PREPAID unless marked collect. |
| 39 | BOX | FREIGHT PREPAID | | | CHECK BOX IF COLLECT ☐ |
| | | PO#419340 INV#672304 | | | CHARGES ADVANCED $_____ |
| | | MUST DELIVER BY 10/10-10/11 2016. | | | Received $_____ to apply in the prepayment of the charges on the property described hereon. |
| | | PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP | | | |
| | | TO AVOID CHARGEBACK | | | (Agent or Cashier) |
| | | GUARANTEED SAIA BY 5PM | | | Per _____ (The signature here acknowledges only the amount prepaid) |

Subject to Section 7 of conditions. If this shipment is
to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following state-
ment:
    The carrier shall not make delivery of this shipment
without payment of freight and all other lawful charges.

| NOTE | (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound.) | TOTAL | 1,309 |
|---|---|---|---|

(Signature of Consignor)

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value
of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

This Shipment will be forwarded open unless C.O.D.
account is billed in here

Per _____
Shipper _____
Per _____ Address _____

SAIA MOTOR FREIGHT LINE, INC.
By _____

C.O.D.      $_____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materi-
als. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.204(a)(1)(iii) of Title 49, Code of
Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regula-
tions must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

**132**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

Shaghal
10/11

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/10/2016 | 679999 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 421479 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/10/2016 | 10/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 254.50 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 86.00 | |

```
3Y49V7         OCT 11, 2016   ACT WT 19.8 LBS      1 OF 6
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342827245
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.36 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 11.36                  NR+HC11.36
TOT PUB CHG 26.04                 PUB+HC26.04
```

```
3Y49V7         OCT 11, 2016   ACT WT 19.8 LBS      4 OF 6
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341731671
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.36 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 11.36                  NR+HC11.36
TOT PUB CHG 26.04                 PUB+HC26.04
```

```
3Y49V7         OCT 11, 2016   ACT WT 19.8 LBS      2 OF 6
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341988456
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.36 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 11.36                  NR+HC11.36
TOT PUB CHG 26.04                 PUB+HC26.04
```

```
3Y49V7         OCT 11, 2016   ACT WT 19.8 LBS      5 OF 6
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342146688
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.36 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 11.36                  NR+HC11.36
TOT PUB CHG 26.04                 PUB+HC26.04
```

```
3Y49V7         OCT 11, 2016   ACT WT 19.8 LBS      3 OF 6
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342911260
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.36 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 11.36                  NR+HC11.36
TOT PUB CHG 26.04                 PUB+HC26.04
```

| | Grand Total | $340.50 |
|---|---|---|

acknowledged and accepted in full.

BC

```
3Y49V7         OCT 11, 2016   ACT WT 40.1 LBS      6 OF 6
SVC GNDCOM                    BL WT 41.0 LBS
TRACKING# 1Z3Y49V70341009292
REF 1:INV#679999
REF 2:PO#421479

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  20.61 USD
DV 0.00              COD      0.00        RS 0.00
DC 0.00              DGD      0.00        SD 0.00
AH 0.00              PR       0.00        SP 0.00
TOT NR CHG 20.61                  NR+HC20.61
TOT PUB CHG 47.29                 PUB+HC47.29
```

proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and cor

Thank you for

133

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE  10/04/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

DELIV DATE    / /
REQST DATE  10/19/16
CANCEL DATE  / /
ORDER DATE  10/03/16

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100223          **PO NO:** 421479                          **PAGE:**   1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781 (5) / EMW3401 | 25 (25) | EA | $10.18 |
|   | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811 (5) / EMW4101 | 5 (5) | EA | $ 17.20 |
|   | 17-55 Full Motion TV Mount | | | |

BOX'S
(5) → 19-75 lbs
(1) → 40-10 lbs



UPS Ground

(W) → 179 lbs

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/10/2016 | **INV #** | 679999 |
| **SOLD TO** | SEARS | **PO #** | 421479 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0425 | | |
| | JACKSONVILLE - RRC | | |
| | 10512 BUSCH DR N | | |
| | JACKSONVILLE, FL 322185604 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 5 | 25 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 6 | 30 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
**OFFICE COPY**

| Date | Invoice # |
|---|---|
| 10/10/2016 | 680000 |

**PAID 12/18/2019**

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 421480 | | N/A | | | | 10/10/2016 | 10/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|---|---|---|---|---|---|---|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 152.70 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 258.00 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 390.36 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 314.00 | |

| | Grand Total | USD 1,115.06 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**136**

**Thank you for your Business!**



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/10/2016 | 680002 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 421481 | | N/A | | | | 10/10/2016 | 10/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 60 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 421.20 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 344.00 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 325.30 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 549.50 | |

| | Grand Total | $1,843.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**137**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST ⑴ ⟨Pg 150 of 150⟩

DATE  10/04/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE      / /
REQST DATE  10/19/16
CANCEL DATE / /
ORDER DATE  10/03/16

DEPT: 657      TYPE:  RE      INSTRUCTIONS:

ORDER NO: 100225            PO NO:  421481                    PAGE:    1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828 ⑩ / EMW5105<br>23-65 Fixed Low Profile TV Wal | ⑥ → 26·05 lbs | 60 (60) | EA | $ 7.02 |
| 2 | 817707019781 ⑤ / EMW3401<br>10-49 FULL Motion TV Mount | ④ → 19·75 lbs | 20 (20) | EA | $ 10.18 |
| 3 | 817707019811 ⑤ / EMW4101<br>17-55 Full Motion TV Mount | ④ → 40·10 lb | 20 (20) | EA | $ 17.20 |
| 4 | 817707019804 ② / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑤ → 34·45 lbs | 10 (10) | EA | $ 32.53 |
| 5 | 817707019798 ⑤ / EMW6201<br>30-79 Tilting TV Wall Mount | ⑦ → 32·70 lbs | 35 (35) | EA | $ 15.70 |

40" X 48" X 42"

SAIA $ 1016.06      4 DAYS

FTB  $ 366.03

YRC $ 312.14

Ⓦ → 837 lbs

**138**

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 10/10/2016 | | | **INV #** | 680002 |
| **SOLD TO** | SEARS | | | **PO #** | 421481 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

**SHIP TO**   SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 6 | 60 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 7 | 35 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 26 | 145 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OP-097 01

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

# YRC
FREIGHT

SCAC: RDWY

639-633849-4

| Date: 10/11/2016 | B/L number: | | PRO Number: |
|---|---|---|---|

| Shipper number: | Trailer number: | Consignee name and address: SEARS UNIT # 0443 |
|---|---|---|

| Shipper name: SHAGHAL LTD | Attn: RECEIVING |
|---|---|

| Address: 2231 COLBY AVE | HANOVER INDUSTRIAL PK  1055 Hanover ST |
|---|---|

| City: LOS ANGELES | State: CA | ZIP code: 90064 | Destination City: WILKES-BARRE | State: PA | ZIP code: 18706 |
|---|---|---|---|---|---|

| Origin city (if different than before): | State: | ZIP code: | Phone Number: (570) 831-2000 |
|---|---|---|---|

| Invoice#: | Customer number: | Store number: | Department: |
|---|---|---|---|

| Address: | P.O. Number: 421481/INV#680002 |
|---|---|

| | Special instructions: TIME CRITICAL SRVC. MUST DELIVER BY 10/17-10/18 2016. |
|---|---|

| City: | State: | ZIP code: | PLS SCHEDULE DEL APPT ASAP TO AVOID CHARGEBACK |
|---|---|---|---|

| Contact Name: | Contact Phone: |
|---|---|

**Standard** / **Faster Standard**
- ☐ Standard
- ☐ Accelerated

**Standard Guaranteed** / **Expedited Guaranteed**
- ☐ Guaranteed Standard Service by 5 p.m. or end of business day
- ☒ Time-Critical   Deliver by 10 / 17 / 2016   ☐ By noon   ☒ By 5 p.m. or end of business day
- ☐ Guaranteed Multiday Window   Between ___/___/___ & ___/___/___
- ☐ Time-Critical Hour Window   Deliver on: ___   Between: ___ & ___
- ☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 16474723

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | | | COD amount: $ | | Customer check OK for COD amount?  Yes ☐  No ☐ | | | |
|---|---|---|---|---|---|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 26 | BOX | | WALL MOUNTS | 115780 | 100 | 837 | 40 | 48 | 42 |
| | | | | | Notify Consignee:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 26 | | | GRAND TOTAL | | | 837 | | | |

| EMERGENCY CONTACT Phone: | Contract #: | Shipment charges are prepaid unless marked collect: Collect ☐ | Total charges: $ |
|---|---|---|---|

**NOTE (1)** Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

**Note: (2)** Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

**Note (3)** Products requiring special care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor _____

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route; otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: YRC FREIGHT | Trailer # 89789 | Date: 101146 | Trailer loaded by:  ☐ Shipper  ☒ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by:  ☒ Driver: pallets said to contain  ☐ Shipper  ☐ Driver: Loose pieces |
| | | | | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*
*10/11*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/10/2016 | 680003 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 421482 | | N/A | | | | 10/10/2016 | 10/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 65.06 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 157.00 | |

```
3Y49V7            OCT 11, 2016   ACT WT 34.5 LBS      1 OF 3
SVC GNDCOM                       BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340938603
REF 1:INV#68003
REF 2:PO#421482

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  16.48 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 16.48                    NR+HC16.48
TOT PUB CHG 36.49                   PUB+HC36.49
```

```
3Y49V7            OCT 11, 2016   ACT WT 32.7 LBS      3 OF 3
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341857723
REF 1:INV#68003
REF 2:PO#421482

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  14.84 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.84                    NR+HC14.84
TOT PUB CHG 34.03                   PUB+HC34.03
```

```
3Y49V7            OCT 11, 2016   ACT WT 32.7 LBS      2 OF 3
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341909319
REF 1:INV#68003
REF 2:PO#421482

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  14.84 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.84                    NR+HC14.84
TOT PUB CHG 34.03                   PUB+HC34.03
```

| Grand Total | $222.06 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**141**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shajke*  10/12  (4)

DATE  10/04/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

DELIV DATE    / /
REQST DATE  10/19/16
CANCEL DATE  / /
ORDER DATE  10/03/16

DEPT: 657        TYPE:  RE          INSTRUCTIONS:

ORDER NO: 100226                    PO NO:  421482                                        PAGE:    1

SHIP TO:  SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019804 (2) / EMW5306 | (1) → 34.45 lb | 2 (2) | EA $ | 32.53 |
|   | TV Wall Mount Kit with HDMI ca | | | | |
| 2 | 817707019798 (5) / EMW6201 | (2) → 32.7 lb, | 10 (10) | EA $ | 15.70 |
|   | 30-79 Tilting TV Wall Mount | | | | |

UPS Ground

(W) → 99.85 lbs

**142**

**Shanghai Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 10/10/2016 | | INV # | 680003 |
|------|------------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 421482 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO     SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| EMW5306 | 2 | | 1 | 2 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | TOTAL | | 3 | 12 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED
TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN
21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE
TIME FRAME

## THANK YOU FOR YOUR BUSINESS

143




# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/10/2016 | 680005 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 420251 | | N/A | | | | 10/10/2016 | 10/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 800 | FUNTAB3 | FUNTAB 3 | 59.13 | | 47,304.00 | |

| | |
|--|--|
| **Grand Total** | **$47,304.00** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**144**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 10/19 (4)*

PICKING LIST

DATE 09/29/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

10/19 - 10/21   10/24

DELIV DATE  10/21
REQST DATE  ~~10/06/16~~   10/26
CANCEL DATE  / /
ORDER DATE  09/28/16

DEPT: 603        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100222              PO NO: 420251                                    PAGE:    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019569   / 817707019569  FUNTAB3  UNKNOWN WGT & DFLT QTY | 800 (800) | EA | |

(160) Box's → 9.5 lbs

(#1) — 40" x 48" x 60"   →   (80) Box's

(#2) — 40" x 48" x 60"   →   (80) Box's

(2) PALLETS

UPS - 945.20
SAIA $ 855.28  10/25/16
~~TFC $ 774.86~~
      762.36  10/24
UPS $ 988
FTB $ 850.86

(W) → 1600 lbs

**145**

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 10/10/2016 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

| | |
|---|---|
| **INV #** | 680005 |
| **PO #** | 420251 |

**SHIP TO**    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | 5 | 1 | 80 | 400 | CHINA |
| FUNTAB3 | 5 | 2 | 80 | 400 | CHINA |
| | | | | | |
| | **TOTAL** | 2 | 160 | 800 | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

# YRC FREIGHT

**SCAC: RDWY**

651-833573-7

| | |
|---|---|
| Date: 10/19/2016 | B/L number: |
| Shipper number: | Trailer number: |

PRO Number:

Consignee name and address:
SEARS UNIT# 0475

Attn: RECEIVING

CDFMANTENOSLS 8374 N 400 E

| Shipper name: SHAGHAL LTD | | |
|---|---|---|
| Address: 2231 COLBY AVE | | |
| City: LOS ANGELES | State: CA | ZIP code: 90064 |
| Origin city (if different than before): | State: | ZIP code: |

| Destination City MANTENO | State: IL | ZIP Code: 60950 |
|---|---|---|

Phone Number: (815) 468-1317

| Customer number: | Store number: | Department: |
|---|---|---|

| Invoicee: | | |
|---|---|---|
| Address: | | |
| City: | State: | ZIP code: |

P.O. Number:
420251/INV#680005

Special instructions:
TIME CRITICAL SRVC. MUST DEL BY 10/24-10/25 2016. PLS

SCHED DEL APPT ASAP TO AVOID CHARGEBACK

Contact Name:                    Contact Phone:

| Standard | Faster Standard |
|---|---|
| ☐ Standard | ☐ Accelerated |
| Standard Guaranteed* | Expedited Guaranteed* |
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☒ Time-Critical   Deliver by: 10 / 24 / 2016   ☐ By noon   ☒ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window   Between: ___/___/___ & ___/___/___ | ☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: ___ & ___ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points

Quote I.D.: 17700501

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | | | | | COD amount: $ | Customer check OK for COD amount? | Yes ☐ No ☐ | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 80 | BOX | | AUDIO PRODUCTS | 115780 | 100 | 800 | 40 | 48 | 60 |
| 1 | PLT | 80 | BOX | | AUDIO PRODUCTS | 115780 | 100 | 800 | 40 | 48 | 60 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 2 | | 160 | | | GRAND TOTAL | | | 1600 | | | |

EMERGENCY CONTACT
Phone:                    Name:                    Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐   Total charges: $

**NOTE (1)** Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____.

**Note:** (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

**Note (3)** Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Shipper company name: SHAGHAL LTD | Carrier: YRC FREIGHT | Trailer #: 81784 | Date: 10-19-16 | | ☐ Shipper   ☐ Driver |
|---|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | Date received: | Freight counted by: | ☐ Driver: pallets said to contain |
| | | | | | ☐ Shipper   ☐ Driver: pallets containing |
| | | | | | ☐ Driver: Loose pieces |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.



# Shaghal Ltd.
### Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

PAID
12/26/2019

| Date | Invoice # |
|---|---|
| 10/13/2016 | 680613 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 422980 | | N/A | | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|---|---|---|---|---|---|---|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 280.80 | |
| 45 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 458.10 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 516.00 | |
| 18 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 600.48 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 549.50 | |

| | Grand Total | USD 2,404.88 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**



## Shaghal Ltd.
### Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 680629 |

**PAID 12/30/2019**

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 422981 | | N/A | | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 254.50 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 344.00 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 733.92 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 157.00 | |

| | Grand Total | USD 1,700.02 |
|---|-------------|--------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**149**

### Thank you for your Business!

Shaghal 10/18



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 680661 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 422983 | | N/A | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 140.40 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 260.24 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 157.00 | |

```
3Y49V7        OCT 19, 2016   ACT WT 26.0 LBS      1 OF 10
SVC GNDCOM                    BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341575395
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 12.40 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 12.40            NR+HC12.40
TOT PUB CHG 28.43          PUB+HC28.43
```

```
3Y49V7        OCT 19, 2016   ACT WT 26.0 LBS      2 OF 10
SVC GNDCOM                    BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341960601
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 12.40 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 12.40            NR+HC12.40
TOT PUB CHG 28.43          PUB+HC28.43
```

```
3Y49V7        OCT 19, 2016   ACT WT 37.0 LBS      3 OF 10
SVC GNDCOM                    BL WT 37.0 LBS
TRACKING# 1Z3Y49V70340147411
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 16.36 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 16.36            NR+HC16.36
TOT PUB CHG 37.52          PUB+HC37.52
```

```
3Y49V7        OCT 19, 2016   ACT WT 37.0 LBS      4 OF 10
SVC GNDCOM                    BL WT 37.0 LBS
TRACKING# 1Z3Y49V70340671827
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 16.36 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 16.36            NR+HC16.36
TOT PUB CHG 37.52          PUB+HC37.52
```

```
3Y49V7        OCT 19, 2016   ACT WT 32.0 LBS      5 OF 10
SVC GNDCOM                    BL WT 32.0 LBS
TRACKING# 1Z3Y49V70340629838
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 14.33 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 14.33            NR+HC14.33
TOT PUB CHG 32.85          PUB+HC32.85
```

| | Grand Total | $729.64 |
|--|-------------|---------|

...y acknowledged and accepted in full.

...State of California. Vendee agrees to the terms and con...

**Thank you for**

150