SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shagla 10/18 (4)*

PICKING LIST

**DATE** 10/11/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**  / /
**REQST DATE**  10/26/16
**CANCEL DATE** / /
**ORDER DATE** 10/10/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100233        **PO NO:** 422983        **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828 (10) / EMW5105<br>23-65 Fixed Low Profile TV Wal | (2) 26 LBS | (20) | EA | 7.02 |
| 2 | 817707019811 (5) / EMW4101<br>17-55 Full Motion TV Mount | (2) 37 LBS | (10) | EA | 17.20 |
| 3 | 817707019804 (2) / EMW5306<br>TV Wall Mount Kit with HDMI ca | (4) 32 LBS | (8) | EA | 32.53 |
| 4 | 817707019798 (5) / EMW6201<br>30-79 Tilting TV Wall Mount | (2) 32 LBS | (10) | EA | 15.70 |

40" X 48" X 28"

SAIA $187.27    10/24
G UPS 150.90
P UPS 213.82

(W) → 376 lbs

**151**

**Shanghai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 10/19/2016 | | INV # | 680661 |
|------|-----------|---|-------|--------|
| SOLD TO | SEARS | | PO # | 422983 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| SHIP TO | SEARS UNIT #0446 | | | |
| | 3456 MEYERS RD | | | |
| | MEMPHIS, TN 381081917 | | | |

| PACKING LIST | | | | | |
|-------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 10 | 48 | |

```
3Y49V7          OCT 19, 2016   ACT WT 32.0 LBS      6 OF 10
SVC GNDCOM               BL WT 32.0 LBS
TRACKING# 1Z3Y49V70342277447
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.33 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 14.33              NR+HC14.33
TOT PUB CHG 32.85            PUB+HC32.85
```

```
3Y49V7          OCT 19, 2016   ACT WT 32.0 LBS      7 OF 10
SVC GNDCOM               BL WT 32.0 LBS
TRACKING# 1Z3Y49V70341630665
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.33 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 14.33              NR+HC14.33
TOT PUB CHG 32.85            PUB+HC32.85
```

```
3Y49V7          OCT 19, 2016   ACT WT 32.0 LBS      8 OF 10
SVC GNDCOM               BL WT 32.0 LBS
TRACKING# 1Z3Y49V70341065463
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.33 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 14.33              NR+HC14.33
TOT PUB CHG 32.85            PUB+HC32.85
```

```
3Y49V7          OCT 19, 2016   ACT WT 32.0 LBS      9 OF 10
SVC GNDCOM               BL WT 32.0 LBS
TRACKING# 1Z3Y49V70340917876
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.33 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 14.33              NR+HC14.33
TOT PUB CHG 32.85            PUB+HC32.85
```

R YOUR BUSINESS

```
3Y49V7          OCT 19, 2016   ACT WT 32.0 LBS     10 OF 10
SVC GNDCOM               BL WT 32.0 LBS
TRACKING# 1Z3Y49V70340083883
REF 1:INV#680661
REF 2:PO#422983

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.33 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 14.33              NR+HC14.33
TOT PUB CHG 32.85            PUB+HC32.85
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal* 10/19

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/13/2016 | 680671 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 422984 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 140.40 | |
| 45 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 458.10 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 344.00 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 650.60 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 392.50 | |

| | Grand Total | $1,985.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

153

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*(handwritten: Shaghal 10/19)*

DATE 10/11/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE    / /
REQST DATE  10/26/16
CANCEL DATE / /
ORDER DATE 10/10/16

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100234              PO NO:  422984                        PAGE:    1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (2) | (20) | EA | 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (9) | (45) | EA | 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (4) | (20) | EA | 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (10) | (20) | EA | 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (5) | (25) | EA | 15.70 |

*(handwritten: 40⁴ x 48⁴ x 48⁶)*

*(handwritten: CAIA $ 221.07)*
*(handwritten: YRC $ 285.60)*

*(handwritten: (W) → 939 lbs)*

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/13/2016 | **INV #** | 680671 |
| **SOLD TO** | SEARS | **PO #** | 422984 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**          SEARS UNIT #0447
                     BLDG F&G
                     2775 W MILLER RD
                     GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 9 | 45 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | **TOTAL** | **1** | **30** | **130** | |

**SIGNATURE**

**PLEASE NOTE:**          UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER
WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE
NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT
ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING**
ORIGINAL - NOT NEGOTIABLE



**(SAIA)**

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242

10125256880 6

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER |
|---|---|
| | 422984 |

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

The property described below, in apparent good order, except as noted (contents of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | (310) 966-1133 | 10/19/2016 |

| STREET | BILL TO |
|---|---|
| 2231 COLBY AVE | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT #0447 | ( ) | |

| STREET | | |
|---|---|---|
| 2775 W MILLER RD | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| GARLAND | TX | 75041 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 | PLT | WALL MOUNT 40X48X48 | 939 | 50 | Freight charges are **PREPAID** unless marked collect. |
| 30 | BOX | FREIGHT PREPAID | | | CHECK BOX IF COLLECT ☐ |
| | | PO#422984 INV#680671 | | | CHARGES ADVANCED $_____ |
| | | MUST DELIVER BY 10/24-10/25 2016 PLS SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK | | | Received $_____ to apply in the prepayment of the charges on the property described hereon. |
| | | GUARANTEED SAIA BY 5PM | | | (Agent or Cashier) |

Per _____
(The signature here acknowledges only the amount prepaid)

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| NOTE | (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 939 |
|---|---|---|---|

_____
(Signature of Consignor)

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Per _____
Shipper _____
Per _____    Address _____

Signature
6/19/2016

SAIA MOTOR FREIGHT LINE, INC.

N. MERINO 1D14

This shipment will be forwarded upon unless C.O.D. tag it is filed in here.

C.O.D. $_____
C.O.D. fee to be paid by:
☐ SHIPPER    ☐ CONSIGNEE
IS COMPANY CHECK ACCEPTABLE?
☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

*Shaghal* 10/18

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 680698 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDING CORP
SEARS UNIT #0470
8374 N 4000 EAST
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 422986 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 4 | EPD909RD | Ematic Portable DVD Player (Red) | 49.36 | | 197.44 | |
| 4 | EPD116BU | 10 Inch Portable DVD Player (Blue) | 52.00 | | 208.00 | |

```
3Y49V7        OCT 19, 2016   ACT WT 15.0 LBS        1 OF 2
SVC GNDCOM             BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341167193
REF 1:INV#680698
REF 2:PO#422986

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 10.12 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.12                   NR+HC10.12
TOT PUB CHG 21.50                  PUB+HC21.50
```

```
3Y49V7        OCT 19, 2016   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM             BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342680402
REF 1:INV#680698
REF 2:PO#422986

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 11.83 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 11.83                   NR+HC11.83
TOT PUB CHG 26.40                  PUB+HC26.40
```

| | |
|--|--|
| **Grand Total** | **$405.44** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

157

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  10/11/16

SHIP-TO ADDRESS
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL  609503588

SHIP-FOR ADDRESS
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL  609503588

DELIV DATE    / /
REQST DATE    10/26/16
CANCEL DATE  / /
ORDER DATE  10/10/16

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100236                PO NO: 422986                PAGE:    1

SHIP TO: SEARS UNIT # 0470

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707013291 (4)  / EPD909RD  EPD909 9" Portable DVD Player | (1) → (15) lb | (4) | EA | 49.36 |
| 2 | 817707017152 (4)  / EPD116BU  10" Portable DVD | (1) → (20) lbs | (4) | EA | 52.00 |

UPS Ground

(W) → 35 lb1

**158**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/13/2016 | **INV #** | 680698 |
| **SOLD TO** | SEARS | **PO #** | 422986 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0470 | | |
| | MANTENO-CDF-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EPD909RD | 4 | | 1 | 4 | CHINA |
| EPD116BU | 4 | | 1 | 4 | CHINA |
| | **TOTAL** | | **2** | **8** | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**159**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

10/26

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683347 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 425134 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 80 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 561.60 | |
| 115 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,170.70 | |
| 85 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,462.00 | |
| 76 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,472.28 | |
| 115 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,805.50 | |

| | Grand Total | $7,472.08 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**160**

*Thank you for your Business!*

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES CA 90024

PICKING LIST

DATE 10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL 322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE FL 322185604

DELIV DATE / /
REQST DATE 11/02/16
CANCEL DATE / /
ORDER DATE 10/17/16

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100238       **PO NO:** 425134       **PAGE:** 1

SHIP TO: SEARS UNIT # 0425

BOX

| Line # | UPC or EAN Number / Vendor ID | | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|---|-------------|-----------------|----------|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (8) | (#1) | 80 (80) | EA | 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (23) | (#1) | 115 (115) | EA | 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (17) | (#1) | 85 (85) | EA | 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (38) | (#2) | 76 (76) | EA | 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (23) | (#3) | 115 (115) | EA | 15.70 |

(#1) 40" x 48 x 56" — Sec Abov 1385 lbs

(#2) 40" x 48" x 64" — Sec Abov 1349 lbs

(#3) 40" x 48" x 41" → Sec Abov 792 lbs

(3) PALLETS        (W) → 3526 lbs

SAIA # 1432.87
YRC # 965.11   oct 31

**161**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 10/19/2016 | INV # | 683347 |
| --- | --- | --- | --- |
| SOLD TO | SEARS | PO # | 425134 |

SOLD TO
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO
SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
| --- | --- | --- | --- | --- | --- |
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 8 | 80 | CHINA |
| EMW3401 | 5 | 1 | 23 | 115 | CHINA |
| EMW4101 | 5 | | 17 | 85 | CHINA |
| EMW5306 | 2 | 2 | 38 | 76 | CHINA |
| EMW6201 | 5 | 3 | 23 | 115 | CHINA |
| | | | | | |
| | TOTAL | 3 | 109 | 471 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

OP-097 01/16.
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

**YRC** FREIGHT

**SCAC: RDWY**

**651-857217-2**

Date: **10/26/2016**   B/L number:

PRO Number:

| Shipper number: | Trailer number: |

Shipper name:
**LOGISTICS TEAM**
Address:
**19914 S VIA BARON**

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90220** |

Origin city (if different than before): | State: | ZIP code: |

Consignee name and address:
**SEARS UNIT#0425**

**Attn: RECEIVING**

**JACKSONVILLERRC 10512 BUSCH DR N**

| Destination City **JACKSONVILLE** | State: **FL** | ZIP Code: **32218** |

Phone Number:
**(904) 727-3228**

Invoice:
**SHAGHAL LTD**
Address:
**2231 COLBY AVE**

**Attn: LYN EGANGO**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |

| Customer number: | Store number: | Department: |

P.O. Number:
**425134/INV#683347**

Special Instructions:
**TIME CRITICAL SRVS MUST DEL BY 10/31-11/01 2016 PLS**

**SCHED DEL APPT ASAP TO AVOID CHARGEBACK**

| Contact Name: | Contact Phone: |

| Standard | Faster Standard |
| ☐ Standard | ☐ Accelerated |

**Standard Guaranteed***
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: __/__/__ & __/__/__

**Expedited Guaranteed***
☒ Time-Critical   Deliver by: **10/31/2016**   ☐ By noon  ☒ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: __/__/__   Between: __:__ & __:__
☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service points

Quote I.D.: **18607522**

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount?   Yes ☐   No ☐ |

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 48 | BOX | | WALL MOUNTS | | | 1385 | 40 | 48 | 56 |
| 1 | PLT | 38 | BOX | | WALL MOUNTS | | | 1349 | 40 | 48 | 64 |
| 1 | PLT | 23 | BOX | | WALL MOUNTS | | | 792 | 40 | 48 | 41 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| 3 | | 109 | | | PAGE TOTAL | | | 3526 | | | |

**EMERGENCY CONTACT**
Phone:   Name:   Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐
Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and the shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said property, if on its route, otherwise to deliver to another carrier on the route to said destination.
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor _____

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Shipper company name: **LOGISTICS TEAM** | Carrier: **YRC FREIGHT** | Trailer # | Date: 10/26/16 |
| Shipper signature: ANDY LIM/10/26/16 | YRC Freight employee signature: | HU received/or | |

| Trailer loaded by: | ☐ Shipper   ☐ Driver |
| Freight counted by: | ☐ Driver: pallets said to contain |
| | ☐ Shipper |
| | ☐ Driver: Loose pieces |

| | ☐ Driver: pallets said to contain |
| | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

*LOGISTICS*

*10/26*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/19/2016 | 683348 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 425135 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|
| | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 86.00 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 390.36 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 392.50 | |

| Grand Total | $1,142.66 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*H*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**164**

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

**DATE** 10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE**  11/02/16
**CANCEL DATE** / /
**ORDER DATE**  10/17/16

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100239

**PO NO:** 425135

**PAGE:**    1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | BOX | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|-------------|-----------------|----------|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (1) | 10 (10) | EA | 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (4) | 20 (20) | EA | 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (1) | 5 (5) | EA | 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (6) | 12 (12) | EA | 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (5) | 25 (25) | EA | 15.70 |

17                                                          72

40" x 48" x 35"

SAIA $ 250.92    11/01
YRE $ 235.17    10/31

(W) → 555 lbs

**165**

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE        10/19/2016                                    INV #        683348
SOLD TO     SEARS                                         PO #         425135
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS UNIT #0440
            1600 N BOUDREAU RD
            MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 |  | 1 | 10 | CHINA |
| EMW3401 | 5 |  | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 1 | 5 | CHINA |
| EMW5306 | 2 |  | 6 | 12 | CHINA |
| EMW6201 | 5 |  | 5 | 25 | CHINA |
|  |  |  |  |  |  |
|  | TOTAL | 1 | 17 | 72 |  |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

**166**

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**651-857159-5**

Date: **10/26/2016**    B/L number:

Shipper number:    Trailer number:

Shipper name:
**LOGISTICS TEAM**
Address:
**19914 S VIA BARON**
City: **RANCHO DOMINGUEZ**    State: **CA**    ZIP code: **90220**
Origin city (if different than before):    State:    ZIP code:

Invoicee:
**SHAGHAL LTD**
Address:
**2231 COLBY AVE**
Attn: **LYN EGANGO**
City: **LOS ANGELES**    State: **CA**    ZIP code: **90064**

PRO Number:

Consignee name and address:
**SEARS UNIT # 0440**
Attn: **RECEIVING**
**1600 N BOUDREAU RD**
Destination City: **MANTENO**    State: **IL**    ZIP code: **60950**
Phone Number:
**(815) 468-2000**

Customer number:    Store number:    Department:

P.O. Number:
**425135/INV#683348**
Special instructions:
**TIME CRITICAL SRVC. MUST DEL BY 10/31-11/01 2016. PLS SCHED DEL APPT ASAP TO AVOID CHARGEBACK**

Contact Name:    Contact Phone:

Standard
☐ Standard

Standard Guaranteed*
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window    Between: __/__/__ & __/__/__

Faster Standard
☐ Accelerated

Expedited Guaranteed*
☒ Time-Critical    Deliver by: **10 / 31 / 2016**    ☐ By noon   ☒ By 5 p.m. or end of business day
☐ Time-Critical Hour Window    Deliver on: __/__/__    Between: __ & __
☐ Time-Critical (fastest ground delivery; no delivery date required)

Quote I.D.: **18599547**

*expedited only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐    COD amount: $    Customer check OK for COD amount? Yes ☐ No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Shipment dimensions Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 17 | BOX | | WALL MOUNTS | | | 555 | 40 | 48 | 35 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 17 | | | **GRAND TOTAL** | | | 555 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____.

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

The property described above is in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper company name:
**LOGISTICS TEAM**
Shipper signature:

Carrier:
**YRC FREIGHT**
YRC Freight employee signature:

Trailer #:    Date:

Trailer loaded by:    ☐ Shipper    ☐ Driver
Freight counted by:    ☐ Driver: pallets said to contain
☐ Shipper    ☐ Driver: pallets containing
☐ Driver: Loose pieces

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

**167**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*
*10/26*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683349 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 425136 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |

```
3Y49V7        OCT 26, 2016    ACT WT 26.0 LBS        1 OF 1
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341984614
REF 1:INV#683349
REF 2:PO#425136

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.28  USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 14.28          NR+HC14.28
TOT PUB CHG 32.76         PUB+HC32.76
```

| | Grand Total | $70.20 |
|---|-------------|--------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

*Prepared By*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
**168**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE    / /
REQST DATE   11/02/16
CANCEL DATE   / /
ORDER DATE  10/17/16

**DEPT:** 657       **TYPE:** RE            **INSTRUCTIONS:**

**ORDER NO:** 100240             **PO NO:** 425136                              **PAGE:**     1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | BOX | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|-------------|------------------|----------|
| 1 | 817707019828  (10) / EMW5105 <br> 23-65 Fixed Low Profile TV Wal | (1) — 26 lb | 10   (10) | EA | 7.02 |

UPS Ground

(W) → 26 lbs

**169**

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 10/19/2016 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**   683349
**PO #**   425136

**SHIP TO**
SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| | **TOTAL** | | 1 | 10 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Stonghal
10/26

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683350 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 425137 | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 65.06 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 78.50 | |

```
3Y49V7      OCT 26, 2016   ACT WT 35.0 LBS      1 OF 2
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342124923
REF 1:INV#683350
REF 2:PO#425137

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  15.48 USD
DV 0.00      COD    0.00        RS 0.00
DC 0.00      DGD    0.00        SD 0.00
AH 0.00      PR     0.00        SP 0.00
TOT NR CHG 15.48            NR+HC16.48
TOT PUB CHG 36.49          PUB+HC35.49
```

```
3Y49V7      OCT 26, 2016   ACT WT 33.0 LBS      2 OF 2
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342058933
REF 1:INV#683350
REF 2:PO#425137

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.84 USD
DV 0.00      COD    0.00        RS 0.00
DC 0.00      DGD    0.00        SD 0.00
AH 0.00      PR     0.00        SP 0.00
TOT NR CHG 14.84            NR+HC14.84
TOT PUB CHG 34.03          PUB+HC34.03
```

| Grand Total | $143.56 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

171

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

**DATE** 10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**   / /
**REQST DATE**  11/02/16
**CANCEL DATE** / /
**ORDER DATE** 10/17/16

**DEPT:** 657     **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100241          **PO NO:** 425137                            **PAGE:**   1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | BOX | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|-------------|-----------------|----------|
| 1 | 817707019804 ②  / EMW5306 TV Wall Mount Kit with HDMI ca | ① 35 lbs | 2 ② | EA | 32.53 |
| 2 | 817707019798 ⑤  / EMW6201 30-79 Tilting TV Wall Mount | ① 33 lbs | 5 ⑤ | EA | 15.70 |

UPS Ground

W → 68 lbs

**172**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/19/2016 | **INV #** | 683350 |
| **SOLD TO** | SEARS | **PO #** | 425137 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0446 | | |
| | 3456 MEYERS RD | | |
| | MEMPHIS, TN 381081917 | | |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5306 | 2 | | 1 | 2 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 7 | |

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**173**

*Logistics*

*10/27*

# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683351 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 425138 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 101.80 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 86.00 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 260.24 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 157.00 | |

| Grand Total | $675.24 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**174**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE  10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**   / /
**REQST DATE**  11/02/16
**CANCEL DATE** / /
**ORDER DATE** 10/17/16

**DEPT:** 657      **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100242          **PO NO:** 425138                              **PAGE:**   1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | BOX | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|-------------|-----------------|----------|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (1) | 10 (10) | EA | 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (2) | 10 (10) | EA | 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (1) | 5 (5) | EA | 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (4) | 8 (8) | EA | 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (2) | 10 (10) | EA | 15.70 |

10                                43

$$40^4 \times 48^4 \times 28^6$$

SAIA $ 187.52    10/31
YRC $ 212.15    10/31

(W) → 349 lbs

**175**

**Shaghai Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 10/19/2016 | | INV # | 683351 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 425138 |

3333 BEVERLY RD C2-114B

HOFFMAN ESTATES, IL 60176

SHIP TO    SEARS UNIT #0447

BLDG F&G

2775 W MILLER RD

GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | 1 | 1 | 5 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | 1 | 10 | 43 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF

U FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS. CALL
TOLL-FREE 1-800-950-7242



(SAIA)

10131316660 1

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
| --- | --- | --- |
| | 425138 | |

*Received, subject to the classifications and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading."
On Collect or Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

| SHIPPER | SHIPPER PHONE NO. | DATE |
| --- | --- | --- |
| SHAGHAL LTD C/O LOGISTICS TEAM | (310) 747-7388 | 10/27/2016 |
| STREET | | BILL TO |
| 19914 S VIA BARON | | |

| CITY | STATE | ZIP CODE |
| --- | --- | --- |
| RANCHO DOMINQUEZ | CA | 90220 |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
| --- | --- | --- |
| SEARS UNIT#0447 | ( ) | |
| STREET | | |
| 2775 W MILLER RD | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| GARLAND | TX | 75041 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
| --- | --- | --- | --- | --- | --- |
| 1 | PLT | WALL MOUNTS 40X48X28 | 349 | 50 | Freight charges are PREPAID unless marked collect. |
| 10 | BOX | THIRD PARTY | | | CHECK BOX IF COLLECT ☐ |
| | | PO#425138 | | | CHARGES-ADVANCED $_____ |
| | | INV#683351 | | | Received $_____ |
| | | MUST DELIVER BY 10/31-11/01 2016 | | | to apply in the prepayment of the charges on the |
| | | PLS SCHEDULE DELIVERY APT ASAP | | | property described hereon. |
| | | TO AVOID CHARGEBACK | | | |
| | | | | | (Agent or Cashier) |
| | | GUARANTEED SAIA BY 5PM | | | Per_____ |

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment, without payment of freight and all other lawful charges.

| | TOTAL | 349 |
| --- | --- | --- |

(Signature of Consignor)

NOTE   (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound).

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding,

Signature

SAIA MOTOR FREIGHT LINE, INC.

Per_____
Shipper     ANDY LIM/10/27/16

By _____ 10/27/16

Per_____
_____Address_____

This shipment will be forwarded upon actual receipt. Amount is filled in here.

C.O.D. $_____

☐ SHIPPER    ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on Bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the Bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.



**Shaghal Ltd.**
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics*

10/28

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683352 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 425139 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 140.40 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 152.70 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 516.00 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 715.66 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 314.00 | |

| Grand Total | $1,838.76 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**178**

## Thank you for your Business!

(1)

DATE 10/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DELIV DATE    / /
REQST DATE   11/02/16
CANCEL DATE / /
ORDER DATE  10/17/16

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100243          **PO NO:** 425139                **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | BOX | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 ⑩ / EMW5105 23-65 Fixed Low Profile TV Wal | ② | 20 · ⑳ | EA | 7.02 |
| 2 | 817707019781 ⑤ / EMW3401 10-49 FULL Motion TV Mount | ③ | 15 · ⑮ | EA | 10.18 |
| 3 | 817707019811 ⑤ / EMW4101 17-55 Full Motion TV Mount | ⑥ | 30 · ㉚ | EA | 17.20 |
| 4 | 817707019804 ② / EMW5306 TV Wall Mount Kit with HDMI ca | ⑪ | 22 · ㉒ | EA | 32.53 |
| 5 | 817707019798 ⑤ / EMW6201 30-79 Tilting TV Wall Mount | ④ | 20 · ⑳ | EA | 15.70 |

26

107

$$40^4 \times 48^5 \times 45^6$$

SAIA $187.52
YRC $ 191.97
global $222.83
DECoo
FTB $201.76

(W) → 902 lbs

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 10/19/2016 | | INV # | 683352 |
|------|------------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 425139 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW5306 | 2 | | 11 | 22 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | TOTAL | 1 | 26 | 107 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN
BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

# SAIA ®

**(SAIA)**

FOR RATE QUOTATIONS. CALL

**10131316760 4**

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
|  | 425139 |  |

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD C/O LOGISTICS TEAM | (310) 747-7388 | 10/28/2016 |
| STREET | | BILL TO |
| 19914 S VIA BARON | | |
| CITY       STATE       ZIP CODE | | |
| RANCHO DOMINQUEZ   CA   90220 | | |
| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
| SEARS UNIT#0449 | ( ) | |
| STREET | | |
| 1700 SCHUSTER RD   DELANO INDUSTRIAL PK | | CITY       STATE       ZIP CODE |
| CITY       STATE       ZIP CODE | | |
| DELANO   CA   93215 | | |

| No. of Pkgs. | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 | PLT | AUDIO PRODUCTS 40X48X45 | 902 | 50 | Freight charges are PREPAID unless marked collect. |
| 26 | BOX | THIRD PARTY | | | CHECK BOX IF COLLECT ☐ |
| | | | | | |
| | | PO#425139 | | | CHARGES ADVANCED $ |
| | | INV#683352 | | | |
| | | | | | Received $ |
| | | MUST DELIVER BY 10/31-11/01 2016 | | | to apply in the prepayment of the charges on the property described hereon. |
| | | PLS SCHEDULE DELIVERY APT ASAP | | | |
| | | TO AVOID CHARGEBACK | | | |
| | | | | | (Agent or Cashier) |
| | | GUARANTEED SAIA BY 5PM | | | |
| | | | | | Per |
| | | | | | (The signature here acknowledges only the amount prepaid) |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment, without payment of freight and all other lawful charges.

| NOTE | (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 902 | |
|---|---|---|---|---|

(Signature of Consignor)

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

Signature

This Shipment will be forwarded upon order C. O. D. Account is filed in here.

C.O.D. $

Per
Shipper   ANDY LIM   10/28/16

SAIA MOTOR FREIGHT LINE, INC.

Per
Address

By

| C.O.D. fee to be paid by: |
|---|
| ☐ SHIPPER   ☐ CONSIGNEE |

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulation. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

**181**



**Log Inv**

11/2

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/27/2016 | 686466 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 427228 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| 75 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 763.50 | |
| 50 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 860.00 | |
| 84 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,732.52 | |
| 60 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 942.00 | |

| | | Grand Total | $5,508.62 |
|---|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

*LOGISTIO* /02  (4)

DATE 10/25/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

DELIV DATE    / /
REQST DATE  11/09/16
CANCEL DATE  / /
ORDER DATE  10/24/16

DEPT: 657       TYPE: RE       INSTRUCTIONS:

ORDER NO: 100247              PO NO:  427228                         PAGE:   1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Box's | | Qty Ordered | Unit of Measure | Location |
|--------|------|------|------|------|------|------|
| 1 | 817707019828 (10) / EMW5105  23-65 Fixed Low Profile TV Wal | (3) | (#1) | (30) | EA | $ 7.02 |
| 2 | 817707019781 (5) / EMW3401  10-49 FULL Motion TV Mount | (15) | (#1) | (75) | EA | $ 10.18 |
| 3 | 817707019811 (5) / EMW4101  17-55 Full Motion TV Mount | (10) | (#1) | (50) | EA | $ 17.20 |
| 4 | 817707019804 (2) / EMW5306  TV Wall Mount Kit with HDMI ca | (42) | (#2) | (84) | EA | $ 32.53 |
| 5 | 817707019798 (5) / EMW6201  30-79 Tilting TV Wall Mount | (12) | (#1) | (60) | EA | $ 15.70 |

82

209

(#1)  40" x 48" x 55" → Sec Above

(#2)  40" x 48" x 72" → EMW5306 → (42) Box's

(2) PALLETS

(W) → { (#1) 1208 lbs
        (#2) 1487 lbs

YRC $ 738.01
SAIA $ 1094.79
FTB $ 490

2695

**183**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 10/27/2016 | | INV # | 686466 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 427228 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO          SEARS UNIT #0425
                 JACKSONVILLE - RRC
                 10512 BUSCH DR N
                 JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | 1 | 15 | 75 | CHINA |
| EMW4101 | 5 | | 10 | 50 | CHINA |
| EMW6201 | 5 | | 12 | 60 | CHINA |
| EMW5306 | 2 | 2 | 42 | 84 | CHINA |
| | | | | | |
| | TOTAL | 2 | 82 | 299 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**FedEx Freight**

# 396818097-4

| | |
|---|---|
| Date 1/2/2016 | Purchase Order # 427228 |
| Shipper # | Shipper # |

**REQUIRED: Please select a service type**
☑ FedEx Freight® Priority
☐ FedEx Freight® Economy

**OPTIONAL:** You may select a money-back guarantee delivery (charges and tariff limitations may apply).
☐ A.M. Delivery    ☑ Close of Business Delivery

| SHIPPER (from) | | | | CONSIGNEE (to) | | | |
|---|---|---|---|---|---|---|---|
| Please provide ZIP codes and phone numbers. | | | | | | | |
| Shipper SHANGHAI LTD C/O LOGISTICS TEAM | FXF Acct. # | | | Consignee SEARS UNIT#0425 | | FXF Acct. # | |
| Attn. to | Area Code 310 | Phone Number 747-7356 | | Attn. to | | Area Code | Phone Number |
| Address 18914 S VIA BARON | | | | Address JACKSONVILLE-RRC 10512 BUSCHFDR N | | | |
| Address (Store, Dept., Ste., Flr., Apt., Div.) | | | | Address (Store, Dept., Ste., Flr., Apt., Div.) | | | |
| Address | | | | Address | | | |
| City RANCHO DOMINGUEZ | | | | City JACKSONVILLE | | | |
| State/Province | ZIP/Postal Code | Country | | State/Province | ZIP/Postal Code | Country | |
| Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | | | | Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access | | | |
| Shipper Bill of Lading # | | | | ☐ Custom Delivery Window: | | | |

Special Instructions **MUST DELIVER BY 11/7-11/8 2016. PLS SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK**

| BILL FREIGHT CHARGES TO (if different than above): | | | PXF Acct. # | | Mailing Address | | |
|---|---|---|---|---|---|---|---|
| Name FEDEX TRUCK LOAD BROKERAGE POBOX GREEN OH | | | | | | Area Code | Phone Number |
| City | | State | | ZIP/Postal Code | Country | | |

| Freight charges are PREPAID unless marked collect. CHECK BOX IF COLLECT ☐ | C.O.D. ☐ USD ☐ CAD AMOUNT | 1. The letters "C.O.D." must appear in box before consignee's name above. 2. C.O.D. funds to be collected as: ☐ Certified Funds ☐ Company Check ☐ Personal Check 3. C.O.D. fee to be paid by: ☐ Shipper ☐ Consignee |
|---|---|---|

| REMIT C.O.D. TO (if different than shipper above): | | | | Mailing Address | | | |
|---|---|---|---|---|---|---|---|
| Name | | State | | ZIP/Postal Code | Country | Country Code Area Code | Phone Number |
| City | | | | | | | |

| HANDLING UNITS (HU) | NO.PKG. TYPE | PIECES (X) | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | HM ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|
| 2 | PLT | | WALL MOUNTS | 2695 | | | |
| 82 | BOX | | THIRD PARTY ( FEDEXTRUCKLOAD BROKERAGE PO BOX GREEN OH) | | | | |
| | | | PO#427228 | | | | |
| | | | INV#686466 | | | | |
| | | | #1    40X48X55 | | | | |
| | | | #2    40X48X72 | | | | |

**TOTAL H/U:**    ★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.
FOR INTERNATIONAL SHIPMENTS INDICATE BROKER NAME, FAX AND PHONE NUMBERS.

| HM EMERGENCY CONTACT PHONE NUMBER | | EEI/SED Number or Exception | Phone # | AREA CODE |
|---|---|---|---|---|
| CUSTOMER REGISTERED W/EMERGENCY RESPONSE INFO. PROVIDER or CONTRACT # | | Broker Name | Fax # | AREA CODE |

NOTE(1) Where the rate and carrier's liability for loss or damage may be dependent on value, shippers may state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

Note (2) liability limitation for loss or damage on this shipment shall be applicable as provided by contract or in the current NMFC or this carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions. Carrier's maximum standard liability is limited to $25 per pound per package for NEW articles and $.50 per pound per package (in equivalent in Mexican Pesos (MXN) or Canadian Dollars (CAD), at the rate of exchange which is in effect at the place and on the date of shipment) for USED or RECONDITIONED articles. In no case shall carrier liability exceed $100,000 per occurrence (or its equivalent in MXN or CAD at the rate of exchange which is in effect at the place and on the date of shipment for NEW articles or $10,000 per occurrence (or its equivalent in MXN or CAD at the rate of exchange which is in effect at the place and on the date of shipment) for USED or RECONDITIONED articles. For availability and limits of excess liability coverage and applicable rates and charges, please refer to FXF 100 Series Rules Tariff. Not selecting an additional coverage option is considered to be a waiver of same and standard liability coverage will apply.

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Consignor Signature _____

**SHIPPER CERTIFICATION**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.
Shipper Signature  ANDY LIM    Date    11/2/16

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

☐ Articles are NEW, and require Excess Liability Coverage in the amount of ____ ☐ USD ☐ CAD ☐ MXN per pkg. Or pkg. Additional charges will apply. ☐ Articles are USED or RECONDITIONED and require Excess Liability Coverage. Additional charges will apply. NOTE(3) Damaged/less opaque packages or additional care or attention in handling or stowing must be so marked and packaged so as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

Create your next Bill of Lading online at fedex.com/us/freight/main/

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|---|---|---|---|
| 11/8/16 | R A GUBU  1205732 (25) | STU 82 B | |
| | FedEx Freight | X3548 | |



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/27/2016 | 686497 |

| BILL TO |
|---|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS UNIT #0446 |
| 3456 MEYERS RD |
| MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 427231 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 50.90 | |
| 16 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 520.48 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 157.00 | |

| Grand Total | $728.38 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|---|
| |

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---|
| |

**186**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**   *Loqistics 10/ox (4)*

DATE  10/25/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**    / /
**REQST DATE**  11/09/16
**CANCEL DATE**  / /
**ORDER DATE**  10/24/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100250           **PO NO:** 427231           **PAGE:**   1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019781  (5) / EMW3401<br>10-49 FULL Motion TV Mount | (1) | (5) | EA  $ | 10.18 |
| 2 | 817707019804  (2) / EMW5306<br>TV Wall Mount Kit with HDMI ca | (8) | (16) | EA  $ | 32.53 |
| 3 | 817707019798  (3) / EMW6201<br>30-79 Tilting TV Wall Mount | (2) | (10) | EA  $ | 15.70 |
| | | | 31 | | |

*40" X 48" X 26"*

*YRC $190.00*
*SAIA $205.62*
*FTB $354.*

*W) → 401 lbs*

187

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 10/27/2016 | | INV # | 686497 |
|------|-----------|---|-------|--------|
| SOLD TO | SEARS | | PO # | 427231 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | 1 | 8 | 16 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | 1 | 11 | 31 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED
TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN
21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE
TIME FRAME

### THANK YOU FOR YOUR BUSINESS

188

OP-007-01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

# YRC FREIGHT

**SCAC: RDWY**

**651-880573-X**

Date: 11/02/2016    B/L number:

Shipper number:    Trailer number:

PRO Number:

Shipper name:
**LOGISTICS TEAM**

Consignee name and address:
**SEARS UNIT#0446**

Address:
**19914 S VIA BARON**

Attn: **RECEIVING**

**3456 MEYERS RD**

| City: RANCHO DOMINGUEZ | State: CA | ZIP code: 90220 |
| --- | --- | --- |

| Destination City: MEMPHIS | State: TN | ZIP code: 38108 |
| --- | --- | --- |

| Origin city (if different than before): | State: | ZIP code: |
| --- | --- | --- |

Phone Number:
**(901) 937-7400**

Invoice:
**SHAGHAL LTD**

| Customer number: | Store number: | Department: |
| --- | --- | --- |

Address:
**2231 COLBY AVE**

P.O. Number:
**427231/INV#686497**

Attn: **LYN EGANGO**

Special Instructions:
**TIME CRITICAL SRVC. MUST DEL BY 11/7-11/8 2016. PLS**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
| --- | --- | --- |

**SCHED DEL APPT ASAP TO AVOID CHARGEBACK**

Contact Name:    Contact Phone:

☐ Standard    ☑ Accelerated

☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Midday Window    Between: __/__ & __/__

☑ Time-Critical    Deliver by: 11 / 07 / 2016  ☐ By noon  ☑ By 5 p.m. or end of business day
☐ Time-Critical Hour Window    Deliver on: __/__    Between: __ & __
☐ Time-Critical (fastest ground delivery — no delivery date required)

*guarantee only applies to direct service points

Quote I.D.: 19625035

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐    COD amount: $    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | KM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | PLT | 11 | BOX | | WALL MOUNTS | 115 780 | 100 | 401 | 40 | 48 | 26 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 11 | | | GRAND TOTAL | | | 401 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked collect:  Collect ☐    Total charges:  $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
____ per ____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.
It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Shipper company name: LOGISTICS TEAM | Carrier: YRC FREIGHT | Trailer #: BTO4 | Date: 11/2/16 | Trailer loaded by: ☐ Shipper  ☐ Driver |
| --- | --- | --- | --- | --- |
| | | | | Freight counted by: ☐ Driver: pallets said to contain |
| Shipper signature: ANDY LIM/11/2/16 | YRC Freight employee signature: | H/U received: 1 PLT | ☐ Shipper ☐ Driver: Loose pieces | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

*Logistics*
*11/3*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/27/2016 | 686503 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 427232 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 140.40 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 101.80 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 258.00 | |
| 38 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,236.14 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 392.50 | |

| Grand Total | $2,128.84 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**
**190**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

EO9 IS FC 1/03

DATE  10/25/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE    / /
REQST DATE  11/09/16
CANCEL DATE  / /
ORDER DATE  10/24/16

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100251              **PO NO:** 427232              **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (2) | (20) | EA $ | 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (2) | (10) | EA $ | 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (3) | (15) | EA $ | 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (19) | (38) | EA $ | 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (5) | (25) | EA $ | 15.70 |

/31

108

$$40^4 \times 48^4 \times 55^{11}$$

SAIA $301.98
YRC $266.24

(W) → 1070 lbs

**191**

OP-067 (11/15)
**Web straight bill of lading—original—not negotiable**

**YRC FREIGHT**

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**651-884399-1**

Date: 11/03/2016   B/L number:

PRO Number:

| Shipper name: | | | | Consignee name and address: SEARS UNIT #0447 |
| LOGISTICS TEAM | | | | Attn: RECEIVING |
| Address: 19914 S VIA BARON | | | | 2775 W MILLER RD |
| City: RANCHO DOMINGUEZ | State: CA | ZIP code: 90220 | | Destination City: GARLAND | State: TX | ZIP Code: 75041 |
| Origin city (if different than before): | State: | ZIP code: | | Phone Number: (972) 864-2476 |

Trailer number:

Invoice: SHAGHAL LTD

Address: 2231 COLBY AVE

Attn: LYN EGANGO

City: LOS ANGELES   State: CA   ZIP code: 90064

Customer number:   Store number:   Department:

P.O. Number: 427232/INV#686503

Special Instructions: TIME CRITICAL SRVC. MUST DEL BY 11/7-11/8 2016. PLS SCHED DEL APPT ASAP TO AVOID CHARGEBACK

Contact Name:   Contact Phone:

☐ Standard
☐ Standard Guaranteed
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Midday Window   Between: __/__/__ & __/__/__

☐ Accelerated
☐ Expedited Guaranteed
☒ Time-Critical   Deliver by: 11/07/2016   ☐ By noon   ☒ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: __/__/__   Between: __ & __
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:   19800338

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐     COD amount: $     Customer check OK for COD amount?  Yes ☐ No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | H/M | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 31 | BOX | | WALL MOUNTS | 115780 | 100 | 1070 | 40 | 48 | 55 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 31 | | | GRAND TOTAL | | | 1070 | | | |

EMERGENCY CONTACT
Phone:   Name:   Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____ per ____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: LOGISTICS TEAM | Carrier: YRC FREIGHT | Trailer # | Date: 10/4/16 | Trailer loaded by: ☐ Shipper  ☐ Driver |
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by: ☐ Shipper  ☐ Driver: pallets said to contain |
| | | | | ☐ Shipper  ☐ Driver: Loose pieces   YRC received: ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

# INVOICE - A
## OFFICE COPY

**shaghal Ltd.**
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 11/1/2016 | 688308 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 429207 | | N/A | | | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 260.24 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 549.50 | |

| | |
|--|--|
| **Grand Total** | **$1,255.54** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. P

_LH_

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**193**

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

④

PICKING LIST   *LOGISTICS 11/09*

DATE  11/01/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL  609509377

DELIV DATE   / /
REQST DATE  11/16/16
CANCEL DATE / /
ORDER DATE  10/31/16

**DEPT:** 657    **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100258              PO NO:  429207                    **PAGE:**  1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Box's | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|------|-------------|-----------------|----------|
| 1 | 817707019828 ⑩ / EMW5105 23-65 Fixed Low Profile TV Wal | ① | 26.05 | ⑩ | EA  $ | 7.02 |
| 2 | 817707019781 ⑤ / EMW3401 10-49 FULL Motion TV Mount | ④ | 19.75 | ⑳ | EA  $ | 10.18 |
| 3 | 817707019811 ⑤ / EMW4101 17-55 Full Motion TV Mount | ② | 40.1 | ⑩ | EA  $ | 17.20 |
| 4 | 817707019804 ② / EMW5306 TV Wall Mount Kit with HDMI ca | ④ | 34.45 | ⑧ | EA  $ | 32.53 |
| 5 | 817707019798 ⑤ / EMW6201 30-79 Tilting TV Wall Mount | ⑦ | 32.7 | ㉟ | EA  $ | 15.70 |

18

83

$40^4 \times 48^4 \times 35^5$

YRC $255.94  11/14
SAIA $ 337.67
FTB $ 224.35

Ⓦ → 592

194

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/1/2016 | **INV #** | 688308 |
| **SOLD TO** | SEARS | **PO #** | 429207 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 2 | 10 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 7 | 35 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 18 | 83 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

195

YRC FREIGHT SHIPMENT STATUS CALL 1-800-610-6500

09/13/16    **639-913975-4**

847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

**STRAIGHT BILL of LADING**

LOAD #    7280177
BOL #    INVOICE# 688308
PO #    429207
Date: Nov 9, 2016

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| LOGISTICS TEAM | SEARS UNIT# 0440 |
| 19914 S VIA BARON | 1600 BOUDREAU RD |
| RNCHO DOMINGZ, CA 90220 | MANTENO, IL 60950 |

Shipper Instructions: MABD 10/14 - 10/15.    Rec~~e~~ Notify before delivery ASAP
to avoid chargeback

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 1 | SKID | METAL- TV WALL MOUNTS    NMFC CODE: -    Dim: L:40 W:48 H:35 | 1 | 592 LBS | 70 |

40 × 48 × 35

**Totals**

| Units: 1 PLT (18 Boxes) | Spots: 1 | Weight: 592 LBS |
|---|---|---|

Billing terms:

COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to insure safe transportation with ordinary care. See Sec2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Shipper Signature**

**Driver Signature**

| PLACARDS REQUIRED | YES ☐ NO ☐ | PLACARDS SUPPLIED | YES ☐ NO ☐ | **Consignee Signature** |
|---|---|---|---|---|

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery without payment of freight and all other lawful charges.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: YRC FREIGHT    820701
PER: Rodolgo Soaneda
DATE: 11-09-16    DSKd

Page 1 of 1

196

# INVOICE - A

**OFFICE COPY**

...aghal Ltd.
Est. 1985
..., Los Angeles, CA 90064
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 11/1/2016 | 688309 |

### BILL TO

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

### SHIP TO

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 429208 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 280.80 | |
| 50 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 509.00 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 516.00 | |
| 28 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 910.84 | |
| 115 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,805.50 | |

| | |
|--|--|
| **Grand Total** | **$4,022.14** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_LH_

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**197**

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE 11/01/16

| SHIP-TO ADDRESS | SHIP-FOR ADDRESS | |
|---|---|---|
| SEARS UNIT # 0443 | SEARS UNIT # 0443 | DELIV DATE   / / |
| 1055 HANOVER ST | HANOVER INDUSTRIAL PK | REQST DATE  11/16/16 |
| HANOVER INDUSTRIAL PK | WILKES BARRE  PA  187062028 | CANCEL DATE / / |
| WILKES BARRE  PA  187062028 | | ORDER DATE 10/31/16 |

DEPT: 657      TYPE: RE      INSTRUCTIONS:

ORDER NO: 100259         PO NO: 429208                                 PAGE:   1

SHIP TO:  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (40) | EA | $ 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (50) | EA | $ 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (30) | EA | $ 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (28) | EA | $ 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (115) | EA | $ 15.70 |

Handwritten notes:

BOX'S
(4)  26.05
(10) 19.75
(6)  40.1
(14) 34.45
(23) 32.7
/51

263

1606   1813  1817

40⁴ X 48⁴ X 82⁶

YRC $524.49  11/14

SAIA N GTD

FTB $623.25

(W) —) 1817

198

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/1/2016 | **INV #** | 688309 |
| **SOLD TO** | SEARS | **PO #** | 429208 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 4 | 40 | CHINA |
| EMW3401 | 5 | | 10 | 50 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW5306 | 2 | | 14 | 28 | CHINA |
| EMW6201 | 5 | | 23 | 115 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 57 | 263 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

YRC FREIGHT SHIPMENT STATUS CALL 1-800-610-6500

09/13/16    **639-913974-5**

847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

**STRAIGHT BILL of LADING**
LOAD # 7280156
INV# 688309
PO # 429208
Date: Nov 9, 2016

FROM (SHIPPER):

LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

TO (CONSIGNEE):

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PARK
WILKES BARRE, PA 18706

Shipper instructions: Must deliver by 11/14-11/15. NOTIFY BEFORE DELIVERY ASAP

to avoid CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 1 | SKID | METAL- TV WALL MOUNTS | 1 | 1,817 LBS | 70 |
| | | | NMFC CODE: - Dim: L:40 W:48 H:82 | | | |

Totals

Units: 1 PLT    (57 BOXES)    Spots: 1    Weight: 1,817

Billing terms:    COLLECT: [ ]

PREPAID: [ ]

3RD PARTY: [X]

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(a)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(c) of NMFC 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC item 172. California interstate shipments must comply with NMFC item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature    4/9/16

Driver Signature

PLACARDS REQUIRED    YES [ ]    NO [ ]
PLACARDS SUPPLIED    YES [ ]    NO [ ]

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

RECEIVED: subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry in its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: YRC FREIGHT  83070
PER: Rodrigo Sepulveda    DSKd
DATE: 11-09-16

Page 1 of 1

**200**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2016 | 688310 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 429210 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 152.70 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 86.00 | |
| 14 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 455.42 | |
| 45 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 706.50 | |

| Grand Total | $1,400.62 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. ℞

_____
Customer Signature

*LH*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**201**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*LOGISTICS — 11/10* ③

**DATE** 11/01/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**     / /
**REQST DATE**  11/16/16
**CANCEL DATE**  / /
**ORDER DATE**  10/31/16

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100261

**PO NO:** 429210

**PAGE:**   1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | BOX'S | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|------|-------------|-----------------|----------|
| 1 | 817707019781  ⑤ / EMW3401 10-49 FULL Motion TV Mount | ③ | 19.75 | 15 | EA $ | 10.18 |
| 2 | 817707019811  ⑤ / EMW4101 17-55 Full Motion TV Mount | ① | 40.1 | 5 | EA $ | 17.28 |
| 3 | 817707019804  ② / EMW5306 TV Wall Mount Kit with HDMI ca | ⑦ | 34.45 | 14 | EA $ | 32.53 |
| 4 | 817707019798  ⑤ / EMW6201 30-79 Tilting TV Wall Mount | ⑨ | 32.7 | 45 | EA $ | 15.170 |

$40^4 \times 48^4 \times 39^1$

SAIA$ 282.28  11/14
YRC$ 294.88  11/14

Ⓦ 674 → 674

**202**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| DATE | 11/1/2016 | | INV # | 688310 |
| SOLD TO | SEARS | | PO # | 429210 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW4101 | 5 | 1 | 1 | 5 | CHINA |
| EMW5306 | 2 | | 7 | 14 | CHINA |
| EMW6201 | 5 | | 9 | 45 | CHINA |
| | | | | | |
| | TOTAL | 1 | 20 | 79 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF

## U FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

# SAIA

(SAIA)

FOR RATE QUOTATIONS, CALL
~~TOLL FREE 1-800-950-7242~~

**10144578550 5**

Driver signature acknowledges
receipt of shipment. Shipment
is subject to applicable terms
and conditions of the Uniform
Bill of Lading, Saia's tariffs and
current NMFC 100. See Saia
170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
| | **429210** | |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and in all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD C/O LOGISTICS TEAM | 310-747-7388 | 11/10/2016 |

| STREET 19914 S VIA BARON | | | BILL TO |
|---|---|---|---|
| CITY RANCHO DOMINGUEZ | STATE CA | ZIP CODE 90220 | |

| CONSIGNEE SEARS UNIT#0447 | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|

| STREET 2775 W MILLER RD | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CITY GARLAND | STATE TX | ZIP CODE 75041 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. To Cor.) | Class or Rate | Freight charges are PREPAID unless marked collect. |
|---|---|---|---|---|---|
| 1 PALLET | | WALL MOUNTS | 674 | 70 | CHECK BOX IF COLLECT ☐ |
| 20BOXES | | FREIGHT PREPAID | | | |
| | | PO#429210 | | | CHARGES ADVANCED $ _____ |
| | | INV# 688310 | | | |
| | | | | | Received _____ to apply in the prepayment of the charges on the property described hereon. |
| | | SAIA GUARANTEED BY SPM | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |
| NOTE (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | | | TOTAL 674 | 70 | (Signature of Consignor) |

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

Per _____

Shipper _____ 11/10/16

Per _____

SAIA MOTOR FREIGHT LINE, INC.

BY: _____

Signature

This Shipment will be forwarded open unless C.O.D. Amount is filed in here.

C.O.D. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER    ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/1/2016 | 688312 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 429209 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 65.06 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 235.50 | |

```
3Y49V7          NOV 9, 2016      ACT WT 35.0 LBS        1 OF 4
SVC GNDCOM                       BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340123179
REF 1:INV#688312
REF 2:PO#429209

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 16.48 USD
DV 0.00         COD   0.00              RS 0.00
DC 0.00         DGD   0.00              SD 0.00
AH 0.00         PR    0.00              SP 0.00
TOT NR CHG 16.48            NR+HC16.48
TOT PUB CHG 36.49           PUB+HC36.49
```

```
3Y49V7          NOV 9, 2016      ACT WT 33.0 LBS        3 OF 4
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340480793
REF 1:INV#688312
REF 2:PO#429209

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.84 USD
DV 0.00         COD   0.00              RS 0.00
DC 0.00         DGD   0.00              SD 0.00
AH 0.00         PR    0.00              SP 0.00
TOT NR CHG 14.84            NR+HC14.84
TOT PUB CHG 34.03           PUB+HC34.03
```

```
3Y49V7          NOV 9, 2016      ACT WT 33.0 LBS        2 OF 4
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341377180
REF 1:INV#688312
REF 2:PO#429209

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.84 USD
DV 0.00         COD   0.00              RS 0.00
DC 0.00         DGD   0.00              SD 0.00
AH 0.00         PR    0.00              SP 0.00
TOT NR CHG 14.84            NR+HC14.84
TOT PUB CHG 34.03           PUB+HC34.03
```

```
3Y49V7          NOV 9, 2016      ACT WT 33.0 LBS        4 OF 4
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340060006
REF 1:INV#688312
REF 2:PO#429209

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 14.84 USD
DV 0.00         COD   0.00              RS 0.00
DC 0.00         DGD   0.00              SD 0.00
AH 0.00         PR    0.00              SP 0.00
TOT NR CHG 14.84            NR+HC14.84
TOT PUB CHG 34.03           PUB+HC34.03
```

| Grand Total | $300.56 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

*LH*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

205

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

DATE 11/01/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN   381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN   381081917

DELIV DATE   / /
REQST DATE 11/16/16
CANCEL DATE / /
ORDER DATE 10/31/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100260          **PO NO:** 429209          **PAGE:**   1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | | Location |
|---|---|---|---|---|---|
| 1 | 817707019804 ② / EMW5306 | 2 | EA | $ | 32.53 |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 2 | 817707019798 ⑤ / EMW6201 | 15 | EA | $ | 15.70 |
| | 30-79 Tilting TV Wall Mount | | | | |

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 11/1/2016 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

| | |
|---|---|
| INV # | 688312 |
| PO # | 429209 |

SHIP TO    SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5306 | 2 | | 1 | 2 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 17 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/10/2016 | 693478 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDING CORP<br>SEARS UNIT #0475<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 431200 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|--|------|----------|-----------|----------|
| | | 11/10/2016 | 11/10/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 600 | EPD707BU | Ematic Portable DVD Player (Blue) | 42.00 | | 25,200.00 | |
| 76 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 4,850.32 | |

| | Grand Total | $30,050.32 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*LH*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**208**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

609 18 71 a    11/16

DATE  11/08/16

3:40

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

DELIV DATE    / /
REQST DATE  11/23/16
CANCEL DATE  / /
ORDER DATE  11/07/16

DEPT: 657    TYPE: RE    INSTRUCTIONS:

ORDER NO: 100267    PO NO: 431200    PAGE:    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| | BOX'S | | | |
| 1 | 817707013215  (4)  / EPD707BU  (150) — 13.20 lbs | (600) | EA $ | 42.00 |
| | The Ematic 7" Portable DVD PLY | | | |
| 2 | 815592020042  (4)  / ED737  (19) — 14.80 lbs | (76) | EA $63.82 | |
| | Ematic 7" Dual Screen Portablr    169 | 676 | | |

(#1) — (#3)   40" x 48" x 82" → EPD707BU — (49) Box's

(#4)   40" x 48" x 49" → EPD707BU — (3) Box's
                              ED737 — (19) Box's

(4) PALLETS

2421.
(W) → 2436 lbs

**209**

**Shaghad ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 11/10/2016 | | INV # | 693478 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 431200 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EPD707BU | 4 | 1 | 49 | 196 | CHINA |
| EPD707BU | 4 | 2 | 49 | 196 | CHINA |
| EPD707BU | 4 | 3 | 49 | 196 | CHINA |
| EPD707BU | 4 | 4 | 3 | 12 | CHINA |
| ED737 | 4 | | 19 | 76 | CHINA |
| | | | | | |
| | TOTAL | 4 | 169 | 676 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

For shipment information, visit yrcfreight.com or call 1-800-610-6500

Web straight bill of lading—original—not negotiable

# YRC
### FREIGHT

SCAC: RDWY

Date: **11/18/16**    Bol number: **7281768**    Trailer number:

PRO Number:

Shipper number: **LOGISTICS TEAM**
Shipper name: **ANDY**
Address: **19914 S VIA BARON**
City: **RANCHO DOMINGUEZ**   State: **CA**   ZIP code: **90220**
Origin city (if different than before):   State:   ZIP code:

Invoiced: **PEDEX TRUCKLOAD BROKERAGE**
Address: **PO BOX 5000**
City: **GREEN**   State: **OH**   ZIP code: **44232**

Consignee name and address:
**SEARS UNIT# 0475**
**RECEIVING**
**8374 N 400 EAST**
Destination City: **MANTENO**   State: **IL**   ZIP Code: **60950**
Phone Number:

Customer number:   Store number:   Department:

P.O. Number:
**431200 / INV# 693478**
Special Instructions:
**MABD 11/22 - 11/23   PLease schedule delivery**
**appointment asap to avoid chargeback**

Contact Name:   Contact Phone:

☒ Standard
☐ Accelerated
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Time-Critical   Deliver by __/__/__   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between __/__/__ ☐ Time-Critical Hour Window   Deliver on __/__/__   Between __ & __

Quote I.D.:

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee:  Prepaid ☐  Collect ☐    COD amount: $    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | 1-4 | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | PALLET | 169 | Boxes | | AUDIO PRODUCTS | 115780 | 100 | 2421 | 40 | 48 | 82 |
| | | | | | THIRD PARTY | | | | | | |

**YRC FREIGHT SHIPMENT STATUS CALL 800-610-6500**
09/13/16   **639-914319-1**
847

Shipment charges are prepaid unless marked collect:  Collect ☐   Total charges: $

Signature of consignor

Signature of consignee

NOTE (1) Where the rate depends on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is $__ per __.

Note: (2) Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)

Shipper company name:   Carrier: **YRC FREIGHT**   Trailer #:   Date: **11/18/16**
Trailer loaded by:  ☐ Shipper  ☐ Driver
Freight counted by:  ☐ Driver, pallets said to contain
                     ☐ Shipper
                     ☐ Driver, loose pieces   ☐ Driver, pallets containing

Shipper signature: **11/17/16**   YRC Freight employee signature:

(4 plt)   11/17/16

3/10/20

211

*Shaghal*
11/22

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 699224 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDING CORP<br>SEARS UNIT #0470<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 434467 | | N/A | | | | 11/18/2016 | 11/18/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 8 | EMD213 | Ematic Wall Mount 817707010894 | 23.90 | | 191.20 | |

```
3Y49V7      NOV 22, 2016   ACT WT 48.0 LBS     1 OF 2
SVC GNDCOM                  BL WT 48.0 LBS
TRACKING# 1Z3Y49V70341625189
REF 1:INV#699224
REF 2:PO#434467

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 22.48 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 22.48           NR+HC22.48
TOT PUB CHG 49.82          PUB+HC49.82
```

```
3Y49V7      NOV 22, 2016   ACT WT 48.0 LBS     2 OF 2
SVC GNDCOM                  BL WT 48.0 LBS
TRACKING# 1Z3Y49V70341808795
REF 1:INV#699224
REF 2:PO#434467

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 22.48 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 22.48           NR+HC22.48
TOT PUB CHG 49.82          PUB+HC49.82
```

| | Grand Total | $191.20 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*
Prepared By

Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

212

Thank you for your Business!

SHAGHAL LTD
2231 CGLBY AVE
LOS ANGELES  CA  90024

DATE  11/18/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL  609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL  609503588

DELIV DATE   / /
REQST DATE   11/30/16
CANCEL DATE  / /
ORDER DATE   11/17/16

DEPT: 657      TYPE:  RE        INSTRUCTIONS:

ORDER NO: 100278             PO NO:  434467                        PAGE:    1

                                          SHIP TO:  SEARS UNIT # 0470

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707010894  / EMD213<br>DVD Wall Mount Three Shelf | 8 | EA | 23·90 |

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

|  |  |
|---|---|
| **DATE** | 11/18/2016 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

|  |  |
|---|---|
| **INV #** | 699224 |
| **PO #** | 434467 |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0470 |
| | MANTENO-CDF-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMD213 | 4 | | 2 | 8 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 8 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**Logistics 11/22**

## ...ghal Ltd.
...t. 1985
... ...ve., Los Angeles, CA 90064
... (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/18/2016 | 699298 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 434217 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/18/2016 | 11/18/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 100 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 702.00 | |
| 145 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,476.10 | |
| 105 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,806.00 | |
| 92 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,992.76 | |
| 80 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,256.00 | |

| | |
|---|---|
| **Grand Total** | **$8,232.86** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____

Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**215**

### Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**        *Logistics 1122*        (4)

**DATE** 11/16/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   / /
**REQST DATE** 11/30/16
**CANCEL DATE** / /
**ORDER DATE** 11/15/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100271

**PO NO:** 434217        **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

BOX'S

| Line # | UPC or EAN Number / Vendor ID | | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105 23-65 Fixed Low Profile TV Wal | (10) | (#1) | (100) | EA | $ 7.02 |
| 2 | 817707019781 (5) / EMW3401 10-49 FULL Motion TV Mount | (29) | (#1) | (145) | EA | $ 10.18 |
| 3 | 817707019811 (5) / EMW4101 17-55 Full Motion TV Mount | (21) | (#1) | (105) | EA | $ 17.20 |
| 4 | 817707019804 (2) / EMW5306 TV Wall Mount Kit with HDMI ca | (46) — | (#2) | (92) | EA | $ 32.53 |
| 5 | 817707019798 (5) / EMW6201 30-79 Tilting TV Wall Mount | (16) | (#1) | (80) | EA | $ 15.70 |

122                522

(#1) 40" x 48" x 87" —> See Above.

(#2) 40" x 48" x 83" —> See Above

(2) PALLETS

(W) → (#1) — 2238 lbs
       (#2) — 1625 lbs
              3863 LBS

SHA ANGTD
YRC $1,047.52

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 11/18/2016 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 699298 |
| **PO #** | 434217 |

**SHIP TO**

SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 10 | 100 | CHINA |
| EMW3401 | 5 | 1 | 29 | 145 | CHINA |
| EMW4101 | 5 | | 21 | 105 | CHINA |
| EMW6201 | 5 | | 16 | 80 | CHINA |
| EMW5306 | 2 | 2 | 46 | 92 | CHINA |
| | **TOTAL** | **2** | **122** | **522** | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

DP-097 (11/16)

**Web straight bill of lading—original—not negotiable**

E029

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**666-031709-4**

Date: 11/22/2016    B/L number:

PRO Number:

Shipper number:    Trailer number:

Consignee name and address:
**SEARS UNIT # 0443**

Shipper name:
**LOGISTICS TEAM**

Attn: **RECEIVING**

Address:
**19914 S VIA BARON**

**1055 HANOVER ST HANOVER, INDUSTRIAL PK**

City: **RANCHO DOMINGUEZ**    State: **CA**    ZIP code: **90220**

Destination City: **WILKES-BARRE**    State: **PA**    ZIP code: **18706**

Origin city (if different than before):    State:    ZIP code:

Phone Number: **(570) 831-2000**

Invoice:
**SHAGHAL LTD**

Customer number:    Store number:    Department:

Address:
**2231 COLBY AVE**

P.O. Number: **434217/INV#699298**

Attn: **LYN EGANGO**

Special Instructions:
**MABD 11/29/16 ~ 12/01/16**

City: **LOS ANGELES**    State: **CA**    ZIP code: **90064**

Contact Name:    Contact Phone:

□ Standard    □ Accelerated

□ Guaranteed Standard Service by 5 p.m. or end of business day

□ Guaranteed Multiday Window    Between: __/__/__ & __/__/__

☒ Time-Critical    Deliver by: **11/29/2016**   □ By noon   ☒ By 5 p.m. or end of business day

□ Time-Critical Hour Window   Deliver on: __/__/__   Between: __:__ & __:__

□ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 22816366

*guarantee only applies to direct service points

*All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee:  Prepaid □  Collect □    COD amount: $    Customer check OK for COD amount?  Yes □  No □

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 46 | BOX | | WALL MOUNTS | 115780 | 100 | 2238 | 40 | 48 | 87 |
| 1 | PLT | 76 | BOX | | WALL MOUNTS | 115780 | 100 | 1625 | 40 | 48 | 83 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 2 | | 122 | | | GRAND TOTAL | | | 3863 | | | |

EMERGENCY CONTACT
Phone: ___    Name: ___    Contract #: ___

Shipment charges are prepaid unless marked collect: Collect □    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

Note (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor ___

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by their proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper company name:
**LOGISTICS TEAM**

Carrier:
**YRC FREIGHT**    Trailer #:

Date: **11-23-16**

Trailer loaded by:  □ Shipper   □ Driver

Shipper signature:
11/23/16

YRC Freight employee signature:

RU received:
**2 Plts**

Freight counted by:  ☒ Driver: pallets said to contain
□ Shipper   □ Driver: Loose pieces

□ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup:

**218**

*Logistics 11/22*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/18/2016 | 699325 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 434386 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/18/2016 | 11/18/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 700 | EPD707BU | Ematic Portable DVD Player (Blue) | 42.00 | | 29,400.00 | |
| 40 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 2,552.80 | |

| Grand Total | $31,952.80 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

219

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*[handwritten]* Logistics 11/22

PICKING LIST

**DATE** 11/17/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

**DELIV DATE**   / /
**REQST DATE**  11/30/16
**CANCEL DATE** / /
**ORDER DATE**  11/16/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100277      **PO NO:** 434386      **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707013215  (4) / EPD707BU  The Ematic 7" Portable DVD PLY | (700) | EA  $ | 42.00 |
| 2 | 815592020042  (4) / ED737  Ematic 7" Dual Screen Portablr | (40) | EA  $ | 63.82 |

*[handwritten annotations]*

Box's

(175) → 13.20 lbs

(10) → 15.00 lbs

185

740

(#1)  40" × 48" × 82" → EPD707BU → (49) Box's

(#2)  40" × 48" × 82" → EPD707BU → (49) Box's

(#3)  40" × 48" × 82" → EPD707BU → (49) Box's

(#4)  40" × 48" × 71" → EPD707BU → (28) Box's
         ED737  → (10) Box's

(W) →
(#1) → 687 lbs
(#2) → 687 lbs
(#3) → 687 lbs
(#4) → 560 lbs

(4) PALLETS

SAIA $ 1530.50
YRC $ 1695.65

2621 lbs

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | |
|---|---|
| INV # | 699325 |
| PO # | 434386 |

DATE      11/18/2016

SOLD TO   SEARS

3333 BEVERLY RD C2-114B

HOFFMAN ESTATES, IL 60176

SHIP TO   SEARS UNIT#0475

CDF-MANTENO-SLS

8374 N 4000 EAST

MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EPD707BU | 4 | 1 | 49 | 196 | CHINA |
| EPD707BU | 4 | 2 | 49 | 196 | CHINA |
| EPD707BU | 4 | 3 | 49 | 196 | CHINA |
| EPD707BU | 4 | 4 | 28 | 112 | CHINA |
| ED737 | 4 | | 10 | 40 | CHINA |
| | TOTAL | 4 | 185 | 740 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

### THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

**FOR RATE QUOTATIONS, CALL**
**TOLL-FREE 1-800-950-7242**





**10144783050 1**

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| | 434386 | Z487817 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 1700 Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1.

| SHIPPER SHAGHAL LTD C/O LOGISTICS TEAM | SHIPPER PHONE NO. 310-747-7388 | DATE 11/22/2016 |
|---|---|---|
| STREET 19914 S VIA BARON | | BILL TO |
| CITY RANCHO DOMINGUEZ  STATE CA  ZIP CODE 90220 | CONSIGNEE PHONE NO. | STREET ADDRESS |
| CONSIGNEE SEARS UNIT#0475 | | |
| STREET CDF-MANTENO-SLS 8374 N 4000 EAST | | CITY  STATE  ZIP CODE |
| CITY MANTENO  STATE IL  ZIP CODE 60950 | | |

| No.of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 4 PALLETS | | AUDIO PRODUCTS | 2621LBS | 125 | Freight charges are PREPAID unless marked collect. |
| 185BOXES | | THIRD PARTY | | | CHECK BOX IF COLLECT ☐ |
| | | MUST DELIVER 11/30/2016  12/02/16 | | | |
| | | PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP | | | CHARGES ADVANCED $ |
| | | TO AVOID CHARGEBACK | | | |
| | | INV#699325 | | | Received: |
| | | PO#434386 | | | to apply in the prepayment of the charges on the property described hereon. |
| | | | | | (Agent or Cashier) |
| | | #1-#3 40X48X82 | | | |
| | | #4   40X48X71 | | | Per |
| | | | | | (The signature here acknowledges only the amount prepaid) |
| | | GUARANTEED 5 P.M | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |
| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL 2621LBS | 125 | |

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

(Signature of Consignor)

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

C.O.D.              $

Per _____
Shipper _____  11/22/16

Per _____
Address _____

45WP
STC 085

SAIA LTL FREIGHT
BY: _____ 11-23-16

C.O.D. fee to be paid by:
☐ SHIPPER    ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials.
The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.



**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/22/2016 | 701738 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 434547 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|---|---|---|---|---|---|---|
| 1,400 | EPD707BU | Ematic Portable DVD Player (Blue) | 42.00 | | 58,800.00 | |

| | Grand Total | USD 58,800.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**223**

**Thank you for your Business!**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/22/2016 | 702153 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 435043 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 140 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 982.80 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 516.00 | |
| 32 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,040.96 | |
| 70 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,099.00 | |

| | |
|---|---|
| **Grand Total** | **$3,638.76** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*LH*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

224

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistic 121*

DATE  11/22/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

DELIV DATE    / /
REQST DATE  12/07/16
CANCEL DATE / /
ORDER DATE 11/21/16

DEPT: 657      TYPE: RE      INSTRUCTIONS:

ORDER NO: 100282          PO NO: 435043                                   PAGE:    1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828  ⑩ / EMW5105<br>23-65 Fixed Low Profile TV Wal | ⑭ | ⑭⓪ | EA  $ | 7.02 |
| 2 | 817707019811  ⑤ / EMW4101<br>17-55 Full Motion TV Mount | ⑥ | ㉚ | EA  $ | 17.20 |
| 3 | 817707019804  ② / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑯ | ㉜ | EA  $ | 32.53 |
| 4 | 817707019798  ⑤ / EMW6201<br>30-79 Tilting TV Wall Mount | ⑭ | ⑦⓪ | EA  $ | 15.70 |

50

272

40" X 48" X 72"

① PALLET

YRC $557.32   12/05

SAIA $ NGTD

(PW) ~ 1654 lbs

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/22/2016 | **INV #** | 702153 |
| **SOLD TO** | SEARS | **PO #** | 435043 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 14 | 140 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW5306 | 2 | | 16 | 32 | CHINA |
| EMW6201 | 5 | | 14 | 70 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **50** | **272** | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

OP-657 01/16
**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or
call 1-800-610-6500

# YRC FREIGHT

SCAC: RDWY

**666-046286-2**

| Date: 11/29/2016 | B/L number: | | | PRO Number: |
|---|---|---|---|---|

| Shipper number: | Trailer number: |
|---|---|

Shipper name:
**LOGISTICS TEAM**

Consignee name and address:
**SEARS UNIT # 0443**

Address:
**19914 S VIA BARON**

Attn: RECEIVING

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90220** | HANOVER INDUSTRIAL PK 1055 Hanover St |
|---|---|---|---|

| Origin city (if different than above): | State: | ZIP code: | Destination City **WILKES-BARRE** | State: **PA** | ZIP Code: **18706** |
|---|---|---|---|---|---|

Invoice:
**SHAGHAL LTD**

Phone Number:
**(570) 831-2000**

| Address: **2231 COLBY AVE** | | Customer number: | Store number: | Department: |
|---|---|---|---|---|

Attn: LYN EGANGO

P.O. Number:
**435043/INV#702153**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** | Special instructions:
**MABD 12/05-12/06 2016.** |
|---|---|---|---|

| Contact Name: | | Contact Phone: |
|---|---|---|

☐ Standard
☐ Accelerated

☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Time-Critical   Deliver by: **12 / 05 / 2016**   ☐ By noon   ☒ By 5 p.m. or end of business day

☐ Guaranteed Multiday Window   Between__/__/__ & __/__/__
☐ Time-Critical Hour Window   Deliver on __/__/__   Between __ & __
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 23631843

*guarantee only applies to direct service points
All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount? Yes ☐ No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 50 | BOX | | WALL MOUNTS | 115780 | 100 | 1654 | 40 | 48 | 72 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 50 | | | GRAND TOTAL | | | 1654 | | | |

EMERGENCY CONTACT
Phone: ____ Name: ____ Contract #: ____

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
____ per ____.

Note (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor ____

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **LOGISTICS TEAM** | Carrier: **YRC FREIGHT** | Trailer # | Date: | Trailer loaded by: ☐ Shipper  ☐ Driver |
|---|---|---|---|---|
| | | | | Freight counted by: ☐ Driver: pallets said to contain |

| Shipper signature: 11/29/06 | YRC Freight employee signature: | R/U received: ☐ Shipper  ☐ Driver: Loose pieces | ☐ Driver: pallets containing |
|---|---|---|---|

Mark "X" in "HM" column for hazardous materials.    Single shipment pickup: ☐

4/29/16

Page 1 of 1

# INVOICE - A
## OFFICE COPY

**...d.**

... ave., Los Angeles, CA 90064
.. (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 11/22/2016 | 702155 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDING CORP<br>SEARS UNIT #0475<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 435048 | | N/A | | | | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 400 | EPD707BU | Ematic Portable DVD Player (Blue) | 42.00 | | 16,800.00 | |
| 40 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 2,552.80 | |
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |
| 120 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,680.00 | |

| | Grand Total | $22,014.80 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. ℞

_____
Customer Signature

*LH*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

228

**Thank you for your Business!**

registra — 11/29    (4)

DATE 11/22/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

**DELIV DATE**   / /
**REQST DATE**  12/07/16
**CANCEL DATE** / /
**ORDER DATE**  11/21/16

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100287    **PO NO:** 435048    **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707013215 (4) / EPD707BU  The Ematic 7" Portable DVD PLY | (100) | (400) | EA | $ 42.00 |
| 2 | 815592020042 (4) / ED737  Ematic 7" Dual Screen Portablr | (10) | (40) | EA | $ 63.82 |
| 3 | 815592020066 (50) / ESFC204  Ematic Stud Finder | (2) | (100) | EA | $ 9.82 |
| 4 | 817707018043 (8) / EDT201ANT  edt201ant/multi | (15) | (120) | EA | $ 14.00 |

127                    160

(#1)  40" x 48" x 82" → EPD707BU → (49) Box's

(#2)  40" x 48" x 82" → EPD707BU → (49) Box'

(#3)  40" x 48" x 55" → EPD707BU → (2) Box
                         ED737 → (10) Box
                         ESFC204 → (2) Box
                         EDT201ANT → (15) Box'

(3) PALLETS
          968.86  12/05
YRC  1,151.73  12/02

SAIA $ 1,189.01  12/05

FTB $ 899

(#1) → 687 lbs
(#2) → 687 lbs
(#3) → 665 lbs
(W)

2039 lbs

**225**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 11/22/2016 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| | |
| **SHIP TO** | SEARS UNIT#0475 |
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

**INV #** 702155
**PO #** 435048

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EPD707BU | 4 | 1 | 49 | 196 | CHINA |
| EPD707BU | 4 | 2 | 49 | 196 | CHINA |
| EPD707BU | 4 | 3 | 2 | 8 | CHINA |
| ED737 | 4 | | 10 | 40 | CHINA |
| ESFC204 | 50 | | 2 | 100 | CHINA |
| EDT201ANT | 8 | | 15 | 120 | CHINA |
| | | | | | |
| | **TOTAL** | 3 | 127 | 660 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

#32

| | |
|---|---|
| AFFIX PRO STICKER HERE | **STRAIGHT BILL of LADING**<br>LOAD # 7284072<br>INV# 702155<br>PO# 435 048<br>Date: Nov 30, 2016 |

**FROM (SHIPPER):**
LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220
Phone: Raymond 310-966-1133

**TO (CONSIGNEE):**
SEARS HOLDINGS  SEARS UNIT#0475
8374 N 4000 EAST
MANTENO, IL 60950

Shipper Instructions: PO#435048 INV#702155.
MUST DELIVER BY 12/05 - 12/06 2016   PLS. SCHEDULE DELIVERY Appointment asap
To avoid chargeback

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 2 | SKID | DVD PLAYERS  NMFC CODE: 063035-00  Dim: L:40 W:48 H:82 | 2 | 1,374 LBS | 125 |
| | 1 | SKID | DVDS/AENTENNAS  NMFC CODE: 063321-04  Dim: L:40 W:48 H:55 | 1 | 665 LBS | 110 |

YRC FREIGHT SHIPMENT STATUS CALL 1-800-106330
09/13/16   **639-913328-2**
848

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Totals

Units: 3 PTS   126   124 Boxes   Spots: 3   Weight: 2,039

Billing terms:  COLLECT: [ ]  PREPAID: [ ]  3RD PARTY: [X]

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are
required to state specifically in writing the agreed or declared value
of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment
may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or
attention in handling or stowing must be so marked and packaged as
to ensure safe transportation with ordinary care. See Sec 2(e) of
NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the
shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172.  California intrastate shipments
must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation
according to the applicable regulations of the Department of Transportation.

**Shipper Signature**

**Driver Signature**

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Consignee Signature**

PLACARDS REQUIRED  YES [ ] NO [ ]   PLACARDS SUPPLIED  YES [ ] NO [ ]

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages
unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to
carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said
route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all terms of lading terms and conditions in the governing classification on the date of
shipment.

**SHIPPER:** LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220

**CARRIER:** YRC FREIGHT
**PER:**
**DATE:**   126/ON 3   11-30-16

Page 1 of 1

**231**



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/22/2016 | 702157 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 435045 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 780.72 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 392.50 | |

| | Grand Total | $1,555.82 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R

_____
Customer Signature

LH

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

232

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Logis Tici 11/30*   ③

**PICKING LIST**   DATE  11/22/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE      / /
REQST DATE  12/07/16
CANCEL DATE  / /
ORDER DATE  11/21/16

**DEPT:** 657      **TYPE:** RE      INSTRUCTIONS:

**ORDER NO:** 100284      PO NO:  435045      **PAGE:**   1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | *BOX'S* | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 ⑩ / EMW5105<br>23-65 Fixed Low Profile TV Wal | ③ | ㉚ | EA | $ 7.02 |
| 2 | 817707019811 ⑤ / EMW4101<br>17-55 Full Motion TV Mount | ② | ⑩ | EA | $ 17.20 |
| 3 | 817707019804 ② / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑫ | ㉔ | EA | $ 32.53 |
| 4 | 817707019798 ⑤ / EMW6201<br>30-79 Tilting TV Wall Mount | ⑤ | ㉕ | EA | $ 15.70 |

*22*

*89*

*40" ⍺ 48" ⍺ 38"*

*① PALLET*

*PW → 776 lbs*

*YRC $276.24  12/05*

*SAIA $ 324.43*

*FTB $ 239*

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T. (310) 966 1133        F (310) 966 1134

| DATE | 11/22/2016 | | INV # | 702157 |
| SOLD TO | SEARS | | PO # | 435045 |

SOLD TO
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO
SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW4101 | 5 | 1 | 2 | 10 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | | | | | |
| | TOTAL | 1 | 22 | 89 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF

U FOR YOUR BUSINESS

234

Page  1

# STRAIGHT BILL OF LADING

| Carrier: | CONWAY-D. | | Trailer: | |
| Date | 11/30/2016 1300 | | Pro #: | 7284078 |

| SHIPPER | | | CONSIGNEE | | |
|---|---|---|---|---|---|
| LOGISTICS TEAM | | | SEARS UNIT#0447 | | |
| 18914 S VIA BARON | | | 2775 W MILLER RD | | |
| RNCHO DOMINGZ | CA | 90220 | GARLAND | TX | 75041 |
| 310.865.1133 | Raymond | | | | |
| | | | 12/05/2016 0000 | | |

| Total Pieces: 1 | | Total Weight: 775.0 | | | |
|---|---|---|---|---|---|
| Stop Details Name | | Address | City | | State |
| PU | LOGISTICS TEAM | 18914 S VIA BARON | RNCHO DOMINGZ | | CA |
| SO | SEARS UNIT#0447 | 2775 W MILLER RD | GARLAND | | TX |

| # | Pcs | Wght | Commodity | | NMPC # | NMFC Class | Length | Height | Width |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 775 SKID | TV WALL MOUNT | 22 BOXES | 093480-00 | 50 | 40 | 38 | 48 |

**** NOTE TO CARRIER **** ANY questions or problems with this call  JEFFERY VALLI                  at  855.852.0274

PO#435045 INV#702157   PLS SCHED DELivery AppoiNtment ASAP to avoiD chargeback
PO#435045 INV#702157

Accessorial Charges
Fuel Surcharge - LTL

| Terms: | T | Bill To: | DLS WORLDWIDE | Please reference load number | 7284078 | for invoicing |
|---|---|---|---|---|---|---|
| | | | 1000 WINDHAM PARKWAY | | | |
| | | | BOLINGBROOK, IL 60490 | | | |

NOTE: Liability limitation for the loss or damage in this shipment may be applicable. See 49 USC 14706(c)(1)(A) and (B)
and carrier's tariff.

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Carrier acknowledges receipt of packages and required placards.
Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described herein is received in apparent good order, except as noted.

| Shipper: | LOGISTICS TEAM | | Pieces | | Date: | |
|---|---|---|---|---|---|---|
| Signature | | Date: | Carrier/Driver Signature: | | | |
| | | | License Plate | Trailer # | | MC # |

This is to certify that the above named materials are properly classified, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Received subject to rates that have been agreed upon in writing between the carrier and shipper, directly or through a broker, otherwise the rates, classifications and rules that have been established by the carrier and are available to the shipper, on shall apply.

| Shipper: | LOGISTICS TEAM | | Consignee: | SEARS UNIT#0447 | |
|---|---|---|---|---|---|
| Signature | *Andy Lim* | 12/1/16 Date: | Signature | *[signature]* | Date: 12/1/16 |

Driver's signature acknowledges receipt of freight only.
Received shipment is subject to terms of a written contract.
If any, otherwise subject to the terms, conditions and limitations of liability set forth in XPO Logistics Freight, Inc. rules tariff. (see www.xpo.com)
XPO Logistics

246-347603

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/22/2016 | 702162 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 435042 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 70.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 390.36 | |

```
3Y49V7          NOV 29, 2016   ACT WT 26.0 LBS
SVC GNDCOM               BL WT 26.0 LBS          1 OF 9
TRACKING# 1Z3Y49V70340849798
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   14.21 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 14.21               NR+HC14.21
TOT PUB CHG 30.86              PUB+HC30.86
```

```
3Y49V7          NOV 29, 2016   ACT WT 40.0 LBS
SVC GNDCOM               BL WT 40.0 LBS          2 OF 9
TRACKING# 1Z3Y49V70340669001
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   19.21 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 19.21               NR+HC19.21
TOT PUB CHG 42.33              PUB+HC42.33
```

```
3Y49V7          NOV 29, 2016   ACT WT 40.0 LBS
SVC GNDCOM               BL WT 40.0 LBS          3 OF 9
TRACKING# 1Z3Y49V70340309817
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   19.21 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 19.21               NR+HC19.21
TOT PUB CHG 42.33              PUB+HC42.33
```

```
3Y49V7          NOV 29, 2016   ACT WT 34.6 LBS
SVC GNDCOM               BL WT 35.0 LBS          4 OF 9
TRACKING# 1Z3Y49V70340738229
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   17.29 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 17.29               NR+HC17.29
TOT PUB CHG 37.91              PUB+HC37.91
```

```
3Y49V7          NOV 29, 2016   ACT WT 34.5 LBS
SVC GNDCOM               BL WT 35.0 LBS          5 OF 9
TRACKING# 1Z3Y49V70341440236
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   17.29 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 17.29               NR+HC17.29
TOT PUB CHG 37.91              PUB+HC37.91
```

```
3Y49V7          NOV 29, 2016   ACT WT 34.5 LBS
SVC GNDCOM               BL WT 35.0 LBS          6 OF 9
TRACKING# 1Z3Y49V70341071849
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   17.29 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 17.29               NR+HC17.29
TOT PUB CHG 37.91              PUB+HC37.91
```

| Grand Total | $632.56 |
|-------------|---------|

...cknowledged and accepted in full.  F

LH

proceedings or legal action to enforce any of the funds due under this invoice, th...
to said past due funds all legal costs and attorney fees reasonably incurred by V...
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca...
State of California. Vendee agrees to the terms and condit...

Thank you for ...

236

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal 11/29*

*(4)*

**DATE** 11/22/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE** 12/07/16
**CANCEL DATE** / /
**ORDER DATE** 11/21/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100281        **PO NO:** 435042        **PAGE:**    1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  (10) / EMW5105  23-65 Fixed Low Profile TV Wal | (10) | EA  $ 7.02 |
| 2 | 817707019811  (5) / EMW4101  17-55 Full Motion TV Mount | (10) | EA  $ 17.20 |
| 3 | 817707019804  (2) / EMW5306  TV Wall Mount Kit with HDMI ca | (12) | EA  $ 32.53 |



BOX'S
① 26 LBS
② 40 LBS
⑥ 34.5 LBS

32



U PS Ground

(W) → 313 lbs

GROUND = $ 156.37

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | **11/22/2016** | |
| **SOLD TO** | SEARS | **INV #**   702162 |
| | 3333 BEVERLY RD C2-114B | **PO #**   435042 |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS UNIT #0440 | |
| | 1600 N BOUDREAU RD | |
| | MANTENO, IL 609509377 | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| | **TOTAL** | | 9 | 32 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        NOV 29, 2016   ACT WT 34.5 LBS        7 OF 9
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341049062
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 17.29 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 17.29          NR+HC17.29
TOT PUB CHG 37.91         PUB+HC37.91
```

```
3Y49V7        NOV 29, 2016   ACT WT 34.5 LBS        9 OF 9
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341104278
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 17.29 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 17.29          NR+HC17.29
TOT PUB CHG 37.91         PUB+HC37.91
```

```
3Y49V7        NOV 29, 2016   ACT WT 34.5 LBS        8 OF 9
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340147868
REF 1:INV#702162
REF 2:PO#435042

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 17.29 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 17.29          NR+HC17.29
TOT PUB CHG 37.91         PUB+HC37.91
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/23/2016 | 703235 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDING CORP
SEARS UNIT #0475
8374 N 4000 EAST
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 436042 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/23/2016 | 11/23/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 150 | FUNTAB3 | FUNTAB 3 | 59.13 | | 8,869.50 | |

| | Grand Total | $8,869.50 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R.

_____
Customer Signature

LH

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
**239**

Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal* (4)

DATE  11/23/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

DELIV DATE    / /
REQST DATE  12/07/16
CANCEL DATE  / /
ORDER DATE  11/22/16

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100289         **PO NO:** 436042                    **PAGE:**   1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569 ⑤ / FUNTAB3 | Box's (30) ⟶ 9-5 lbs | (150) | EA $ | 59.13 |
| | Ematic 7" HD Kid Safe Tablet e | | | | |

$$40^4 \times 48^4 \times 28^{\shortmid\shortmid}$$



(PW) ⟶ 325 lbs

SAIA $ 245.07  12/07
YRC $ 345.97  12/05

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/23/2016 | **INV #** | 703235 |
| **SOLD TO** | SEARS | **PO #** | 436042 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT#0475 |
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | 5 | 1 | 30 | 150 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 30 | 150 | |

_____

SIGNATURE

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

241

UNIFORM STRAIGHT BILL OF LADING   FOR RATE QUOTATIONS, CALL
ORIGINAL - NOT NEGOTIABLE   TOLL-FREE 1-800-950-7242



**SAIA**
**LTL Freight**
**(SAIA)**

10125246320 0

Other signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-O tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| | 436042 | |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. 310-966-1133 | DATE 12/01/2016 |
|---|---|---|
| STREET 2231 COLBY AVE | | BILL TO |
| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
| CONSIGNEE SEARS UNIT#0475 | CONSIGNEE PHONE NO. | STREET ADDRESS |
| STREET 8374 N 400 EAST | | |
| CITY MANTENO | STATE IL | ZIP CODE 60950 |

| | | | | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate |
|---|---|---|---|---|
| 1PLT | | ANDROID TABLET 40X48X28 | 325 | 92.5 |
| 30BOXES | | FREIGHT PREPAID | | |
| | | PO#436042 | | |
| | | INV#703235 | | |
| | | MABD 12/5-12/7 2016 | | |
| | | PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP | | |
| | | TO AVOID CHARGEBACK | | |
| | | SAIA GUARANTEED BY 5PM | | |
| | | *15 w PLT* (handwritten) | | |

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

CHARGES ADVANCED $ _____

Received: _____
to apply in the prepayment of the charges on the property described hereon.

_____
(Agent or Cashier)

Per _____
(The signature here acknowledges only the amount prepaid)

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound).

| | TOTAL | 325 | 92.5 |
|---|---|---|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature _____

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

Per _____

Shipper _____

Per _____   Address _____

SAIA LTL FREIGHT

BY: _____ (signature)

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☑ YES   ☐ NO

**242**

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.



# INVOICE - A
### OFFICE COPY

**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**



| Date | Invoice # |
|------|-----------|
| 11/30/2016 | 721975 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDING CORP<br>SEARS UNIT #0475<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 436703 |  | N/A |  |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
|  | 11/30/2016 | 11/30/2016 |  |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 400 | EPD707BU | Ematic Portable DVD Player (Blue) | 42.00 |  | 16,800.00 |  |
| 124 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 |  | 7,913.68 |  |
| 80 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 |  | 1,120.00 |  |

| | Grand Total | USD 25,833.68 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____ Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**243**

Thank you for your Business!

12/07

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/30/2016 | 721997 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDING CORP
SEARS UNIT #0470
8374 N 4000 EAST
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 436702 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/30/2016 | 11/30/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 4 | EPD707TL | Ematic Portable DVD Player (Teal) | 42.00 | | 168.00 | |
| 4 | EPD909BU | Ematic Portable DVD Player (Blue) | 49.36 | | 197.44 | |
| 4 | EPD116BL | 10 Inch Portable DVD Player (Black) | 52.00 | | 208.00 | |

```
3Y49V7        DEC 7, 2016     ACT WT 13.0 LBS          1 OF 3
SVC GNDCOM                    BL WT 13.0 LBS
TRACKING# 1Z3Y49V70340337877
REF 1:INV#721997
REF 2:PO#436702

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  9.41 USD
DV 0.00                COD    0.00          RS 0.00
DC 0.00                DGD    0.00          SD 0.00
AH 0.00                PR     0.00          SP 0.00
TOT NR CHG 9.41                  NR+HC9.41
TOT PUB CHG 19.86                PUB+HC19.86

3Y49V7        DEC 7, 2016     ACT WT 14.0 LBS          2 OF 3
SVC GNDCOM                    BL WT 14.0 LBS
TRACKING# 1Z3Y49V70340703882
REF 1:INV#721997
REF 2:PO#436702

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  9.88 USD
DV 0.00                COD    0.00          RS 0.00
DC 0.00                DGD    0.00          SD 0.00
AH 0.00                PR     0.00          SP 0.00
TOT NR CHG 9.88                  NR+HC9.88
TOT PUB CHG 20.94                PUB+HC20.94
```

```
3Y49V7        DEC 7, 2016     ACT WT 20.0 LBS          3 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341439498
REF 1:INV#721997
REF 2:PO#436702

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  11.83 USD
DV 0.00                COD    0.00          RS 0.00
DC 0.00                DGD    0.00          SD 0.00
AH 0.00                PR     0.00          SP 0.00
TOT NR CHG 11.83                 NR+HC11.83
TOT PUB CHG 26.40                PUB+HC26.40
```

| Grand Total | $573.44 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

**Prepared By** *BC*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

244

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal 707 (1)

DATE 11/29/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL  609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL   609503588

**DELIV DATE**    / /
**REQST DATE**  12/14/16
**CANCEL DATE** / /
**ORDER DATE**  11/28/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100290          **PO NO:** 436702          **PAGE:**  1

SHIP TO:  SEARS UNIT # 0470

BOX'S

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707013222 (4) / EPD707TL EPD707 7" Portable DVD Player | ① 13 lbs | (4) | EA $ | 42.00 |
| 2 | 817707013260 (4) / EPD909BU EPD909 9" Portable DVD Player | ① 14 lbs | (4) | EA $ | 49.36 |
| 3 | 817707017145 (4) / EPD116BL 10" Portable DVD | ① 20 lb | (4) | EA $ | 52.00 |

UPS Ground

(W) → 47 lbs

**245**

**Shaghai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 12/2/2016 | | INV # | 721997 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 436702 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0470
MANTENO-CDF-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EPD707TL | 4 | | 1 | 4 | CHINA |
| EPD909BU | 4 | | 1 | 4 | CHINA |
| EPD116BL | 4 | | 1 | 4 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 12 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN
BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
*Est. 1985*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*
*12/07*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/2/2016 | 723582 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 437786 | | N/A | | | | 12/2/2016 | 12/2/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 192 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 2,860.80 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        1 OF 6
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340306642
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        4 OF 6
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340722076
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        2 OF 6
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342730868
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        5 OF 6
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340920085
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        3 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342357664
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

| | Grand Total | $5,452.80 |
|--|-------------|-----------|

...nowledged and accepted in full.

```
3Y49V7          DEC 7, 2016   ACT WT 15.0 LBS        6 OF 6
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342207692
REF 1:INV#723682
REF 2:437786

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 10.12 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

... a charge of 1.5% per month. All charges are non-refundable
proceedings or legal action to enforce any of the funds due under this invoice, the
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and conditi

**Thank you for y**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal 1207* (4)

PICKING LIST

DATE  11/30/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 4000 EAST
MANTENO  IL  60950

**DELIV DATE**   / /
**REQST DATE**  12/14/16
**CANCEL DATE**  / /
**ORDER DATE**  11/29/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100299        **PO NO:** 437786        **PAGE:**    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707012676 (48) / EM208VIDBL Ematic 8GB 1.5" MP3 Video Plar | (4) — 15 lbs | (192) | EA | 14.90 |
| 2 | 817707016803 (48) / EM318VIDBL Ematic 8GB 2.4" Touch Screen h | (2) — 15 lbs | (96) | EA | 27.00 |

UPS Ground

(W) —) 90 lbs

248

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 12/2/2016 | | INV # | 723582 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 437786 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO      SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 4 | 192 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | TOTAL | | 6 | 288 | |

_____
SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 728635 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 438494 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 92 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 5,871.44 | |

| | Grand Total | $5,871.44 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

250



2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**                                                    DATE  12/06/16

| SHIP-TO ADDRESS | SHIP-FOR ADDRESS | |
|---|---|---|
| SEARS UNIT # 0475 | SEARS UNIT # 0475 | DELIV DATE    / / |
| MANTENO - CDF - SLS | 8374 N 4000 EAST | REQST DATE  12/21/16 |
| 8374 N 4000 EAST | MANTENO  IL  60950 | CANCEL DATE  / / |
| MANTENO  IL  60950 | | ORDER DATE  12/05/16 |

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100307                    **PO NO:** 438494                    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 815592020042 ④ / ED737 Ematic 7" Dual Screen Portablr | 92 ⑨② | EA | $ 6382 |

*Handwritten: Box's ㉓ → 15 lbs*

*Handwritten: 40" x 48" x 99"*

*Handwritten: (W) → 385 lbs*

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/8/2016 | **INV #** | 728635 |
| **SOLD TO** | SEARS | **PO #** | 738494 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**
SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ED737 | 4 | 1 | 23 | 92 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 23 | 92 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| | | | STRAIGHT BILL of LADING |
|---|---|---|---|
| **FedEx** Freight | | | LOAD #   7287088 |
| **364943821-4** | | | PO # |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | | Date: Dec 14, 2016 |

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| LOGISTICS TEAM | SEARS UNIT#0425 MANTENO - CDF - SLS |
| 19914 S VIA BARON | 8374 N 4000 EAST |
| RNCHO DOMINGZ, CA 90220 | MANTENO, IL 60950 |
| Phone: Andy Lim 310-747-7388 | Phone: receiving 815-468-1317 |

Shipper Instructions: PO 438494 / INV 728635.

Consignee Instructions: MUST DELIVER BY 12/20/2016.

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 1 | SKID | TV WALL MOUNTS                               NMFC CODE: 093490-00 Dim: L:40 W:48 H:49 | 1 | 385 LBS | 50 |

Totals

| Units: 1 | | Spots: 1 | Weight: 385 LBS |
|---|---|---|---|

| Billing terms: | | Bill to:  FedEx Truckload Brokerage |
|---|---|---|
| COLLECT: | ☐ | P. O. Box 5000 |
| PREPAID: | ☐ | Green, OH 44232 |
| 3RD PARTY: | X | 888-444-5940 |

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC item 172. California intrastate shipments must comply with NMFC item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignee, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

| PLACARDS REQUIRED | YES ☐ NO ☐ | PLACARDS SUPPLIED | YES ☐ NO ☐ |
|---|---|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in its governing classification on the date of shipment.

| SHIPPER: LOGISTICS TEAM | CARRIER: FEDEX FREIGHT PRIORITY |
|---|---|
| 19914 S VIA BARON | PER: |
| RNCHO DOMINGZ, CA 90220 | DATE: A   *CINVANITES 12-14-16* |
| | *( SXII )*   *X7203* |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | Page 1 of 1 |

253



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/8/2016 | 728648 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDING CORP
SEARS UNIT #0470
8374 N 4000 EAST
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 438493 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|
| | | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 25 | EMP60 | 6ft Optical Audio Cable | 2.50 | | 62.50 | |
| 4 | EPD707PR | Ematic Portable DVD Player (Purple) | 42.00 | | 168.00 | |
| 4 | EPD707RD | Ematic Portable DVD Player (Red) | 42.00 | | 168.00 | |
| 4 | EPD707BL | Ematic Portable DVD Player (Black) | 42.00 | | 168.00 | |
| 4 | EPD909RD | Ematic Portable DVD Player (Red) | 49.36 | | 197.44 | |
| 4 | EPD909BU | Ematic Portable DVD Player (Blue) | 49.36 | | 197.44 | |
| 4 | EPD909TL | Ematic Portable DVD Player (Teal) | 49.36 | | 197.44 | |
| 4 | EPD909PR | Ematic Portable DVD Player (Purple) | 49.36 | | 197.44 | |
| 4 | EPD116RD | 10 Inch Portable DVD Player (Red) | 52.00 | | 208.00 | |

```
3Y49V7        DEC 14, 2016   ACT WT 10.0 LBS      1 OF 9
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341619286
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  9.09 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.09              NR+HC9.09
TOT PUB CHG 16.86           PUB+HC16.86
```

```
3Y49V7        DEC 14, 2016   ACT WT 13.0 LBS      2 OF 9
SVC GNDCOM              BL WT 13.0 LBS
TRACKING# 1Z3Y49V70342138892
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  9.41 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.41              NR+HC9.41
TOT PUB CHG 19.86           PUB+HC19.86
```

```
3Y49V7        DEC 14, 2016   ACT WT 13.0 LBS      3 OF 9
SVC GNDCOM              BL WT 13.0 LBS
TRACKING# 1Z3Y49V70340484100
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  9.41 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.41              NR+HC9.41
TOT PUB CHG 19.86           PUB+HC19.86
```

```
3Y49V7        DEC 14, 2016   ACT WT 13.0 LBS      4 OF 9
SVC GNDCOM              BL WT 13.0 LBS
TRACKING# 1Z3Y49V70340230919
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  9.41 USD
DV 0.00              DGD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.41              NR+HC9.41
TOT PUB CHG 19.86           PUB+HC19.86
```

```
3Y49V7        DEC 14, 2016   ACT WT 14.0 LBS      5 OF 9
SVC GNDCOM              BL WT 14.0 LBS
TRACKING# 1Z3Y49V70342916328
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  9.88 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 9.88              NR+HC9.88
TOT PUB CHG 20.94           PUB+HC20.94
```

acknowledged and accepted in full.

| Grand Total | $1,564.26 |
|---|---|

Thank you fo

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/8/2016 | **INV #** | 728648 |
| **SOLD TO** | SEARS | **PO #** | 438493 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0470 |
| | MANTENO-CDF-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMP60 | 25 | | 1 | 25 | CHINA |
| EPD707PR | 4 | | 1 | 4 | CHINA |
| EPD707RD | 4 | | 1 | 4 | CHINA |
| EPD707BL | 4 | | 1 | 4 | CHINA |
| EPD909RD | 4 | | 1 | 4 | CHINA |
| EPD909BU | 4 | | 1 | 4 | CHINA |
| EPD909TL | 4 | | 1 | 4 | CHINA |
| EPD909PR | 4 | | 1 | 4 | CHINA |
| EPD116RD | 4 | | 1 | 4 | CHINA |
| | **TOTAL** | | 9 | 57 | |

**SIGNATURE**

```
3Y49V7          DEC 14, 2016    ACT WT 14.0 LBS    6 OF 9
SVC GNDCOM                      BL WT 14.0 LBS
TRACKING# 1Z3Y49V70342633336
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  9.88 USD
DV 0.00            COD  0.00           RS 0.00
DC 0.00            DGD  0.00           SD 0.00
AH 0.00            PR   0.00           SP 0.00
TOT NR CHG 9.88              NR+HC9.88
TOT PUB CHG 20.94            PUB+HC20.94
```

```
3Y49V7          DEC 14, 2016   ACT WT 14.0 LBS    7 OF 9
SVC GNDCOM                     BL WT 14.0 LBS
TRACKING# 1Z3Y49V70341640948
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  9.88 USD
DV 0.00            COD  0.00           RS 0.00
DC 0.00            DGD  0.00           SD 0.00
AH 0.00            PR   0.00           SP 0.00
TOT NR CHG 9.88              NR+HC9.88
TOT PUB CHG 20.94            PUB+HC20.94
```

```
3Y49V7          DEC 14, 2016    ACT WT 14.0 LBS    8 OF 9
SVC GNDCOM                      BL WT 14.0 LBS
TRACKING# 1Z3Y49V70341954154
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  9.88 USD
DV 0.00            COD  0.00           RS 0.00
DGD 0.00           DGD  0.00           SD 0.00
AH 0.00            PR   0.00           SP 0.00
TOT NR CHG 9.88              NR+HC9.88
TOT PUB CHG 20.94            PUB+HC20.94
```

R BUSINESS

```
3Y49V7          DEC 14, 2016   ACT WT 18.0 LBS    9 OF 9
SVC GNDCOM                     BL WT 18.0 LBS
TRACKING# 1Z3Y49V70342948963
REF 1:INV#728648
REF 2:PO#438493

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  11.20 USD
DV 0.00            COD  0.00           RS 0.00
DC 0.00            DGD  0.00           SD 0.00
AH 0.00            PR   0.00           SP 0.00
TOT NR CHG 11.20             NR+HC11.20
TOT PUB CHG 23.97            PUB+HC23.97
```

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST   Shaghai 12114   (4)

DATE  12/06/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL   609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL   609503588

DELIV DATE    / /
REQST DATE  12/21/16
CANCEL DATE  / /
ORDER DATE  12/05/16

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100306          **PO NO:** 438493          **PAGE:**  1

SHIP TO:  SEARS UNIT # 0470

Boy's

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707017268  (23) / EMP60  (1) — 10 lbs<br>6ft Optical Audio Cable | 25 (25) | EA | $ 2.50 |
| 2 | 817707013239  (4) / EPD707PR  (1) — 13 lbs.<br>EPD707 7" Portable DVD Player | 4 (4) | EA | $ 42.00 |
| 3 | 817707013253  (4) / EPD707RD  (1) — 13 lbs.<br>EPD707 7" Portable DVD Player | 4 (4) | EA | $ 42.00 |
| 4 | 817707015271  (4) / EPD707BL  (1) — 13 lbs<br>EPD707BL | 4 (4) | EA | $ 42.00 |
| 5 | 817707013291  (4) / EPD909RD  (1) — 14 lbs<br>EPD909 9" Portable DVD Player | 4 (4) | EA | $ 49.36 |
| 6 | 817707013260  (4) / EPD909BU  (1) — 14 lbs<br>EPD909 9" Portable DVD Player | 4 (4) | EA | $ 49.36 |
| 7 | 817707013277  (4) / EPD909TL  (1) — 14 lbs<br>EPD909 9" Portable DVD Player | 4 (4) | EA | $ 49.36 |
| 8 | 817707013284  (4) / EPD909PR  (1) — 14 lbs<br>EPD909 9" Portable DVD Player | 4 (4) | EA | $ 49.36 |
| 9 | 817707017169  (4) / EPD116RD  (1) — 18 lbs.<br>10" Portable DVD | 4 (4) | EA | $ 52.00 |

(9)

57

UPS Ground

(W) — 123 lbs



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/8/2016 | 728649 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 439425 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7          DEC 14, 2016   ACT WT 16.0 LBS
SVC GNDCOM                     BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341961379
REF 1:INV#728649
REF 2:PO#439425                            1 OF 1

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:     SVC 10.12 USD
DV 0.00               COD  0.00      RS 0.00
                                     SD 0.00
DC 0.00               DGD  0.00      SP 0.00
AH 0.00               PR   0.00
TOT NR CHG 10.12                NR+HC10.12
TOT PUB CHG 21.60              PUB+HC21.60
```

| | Grand Total | $715.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal —> 1414

DATE  12/07/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  12/21/16
**CANCEL DATE**  / /
**ORDER DATE**  12/06/16

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100308                **PO NO:** 439425                **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box No. | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|-------------|-----------------|----------|
| 1 | 817707012676        / EM208VIDBL<br>Ematic 8GB 1.5" MP3 Video Plar | ①—>15 lb | 48    (48) | EA | $14.90 |

UPS Ground

Ⓦ — 15 lbs

258

## Shanghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 12/8/2016 | | **INV #** | 728649 |
| **SOLD TO** | SEARS | | **PO #** | 439425 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT#0475 | | | |
| | CDF-MANTENO-SLS | | | |
| | 8374 N 4000 EAST | | | |
| | MANTENO, IL 60950-3588 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

_____          $B$

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO
THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21
DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME
FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 732128 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 440026 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/14/2016 | 12/14/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 66.72 | |

```
3Y49V7        DEC 21, 2016    ACT WT 20.0 LBS      1 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342994887
REF 1:INV#732128
REF 2:PO#440026

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 10.03 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 10.03              NR+HC10.03
TOT PUB CHG 22.98            PUB+HC22.98
```

```
3Y49V7        DEC 21, 2016    ACT WT 35.0 LBS      3 OF 3
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340971708
REF 1:INV#732128
REF 2:PO#440026

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 15.48 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 15.48              NR+HC15.48
TOT PUB CHG 36.49            PUB+HC35.49
```

```
3Y49V7        DEC 21, 2016    ACT WT 20.0 LBS      2 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341090499
REF 1:INV#732128
REF 2:PO#440026

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 10.03 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 10.03              NR+HC10.03
TOT PUB CHG 22.98            PUB+HC22.98
```

| | Grand Total | $171.12 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

260

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 12/2*

**PICKING LIST**

DATE 12/13/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

DELIV DATE    / /
REQST DATE  12/28/16
CANCEL DATE  / /
ORDER DATE  12/12/16

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

ORDER NO: 100312    PO NO: 440026    PAGE:  1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781 ⑤ / EMW3401  10-49 FULL Motion TV Mount | 10 ⑩ | EA | $ 10.44 |
| 2 | 817707019804 ② / EMW5306  TV Wall Mount Kit with HDMI ca | 2 ② | EA | $ 33.36 |

*Boy's*
*② ← 20 lbs*
*① → 35 lbs*

*UPS Ground*

*W → 75 lbs*

**Shaghal Ltd.**
Corporate Headquarters
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 12/14/2016 | | **INV #** | 732128 |
| **SOLD TO** | SEARS | | **PO #** | 440026 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT #0446 | | | |
| | 3456 MEYERS RD | | | |
| | MEMPHIS, TN 381081917 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 1 | 2 | CHINA |
| | | | | | |
| **TOTAL** | | | 3 | 12 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

262

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 732134 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 440023 |  | N/A |  |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
|  | 12/14/2016 | 12/14/2016 |  |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 |  | 144.00 |  |
| 35 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 |  | 365.40 |  |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 |  | 264.60 |  |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 |  | 800.64 |  |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 |  | 241.50 |  |

| | Grand Total | $1,816.14 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

263

SHAGHAI LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE  12/13/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**DELIV DATE**    / /
**REQST DATE**  12/28/16
**CANCEL DATE**  / /
**ORDER DATE**  12/12/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100309          **PO NO:** 440023          **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  (10) / EMW5105  (2) <br> 23-65 Fixed Low Profile TV Wal | 20  (20) | EA | $ 7.20 |
| 2 | 817707019781  (5) / EMW3401  (7) <br> 10-49 FULL Motion TV Mount | 35  (35) | EA | $ 10.44 |
| 3 | 817707019811  (5) / EMW4101  (3) <br> 17-55 Full Motion TV Mount | 15  (15) | EA | $ 17.64 |
| 4 | 817707019804  (2) / EMW5306  (12) <br> TV Wall Mount Kit with HDMI ca | 24  (24) | EA | $ 33.36 |
| 5 | 817707019798  (5) / EMW6201  (3) <br> 30-79 Tilting TV Wall Mount | 15  (15) | EA | $ 16.10 |

Box's

40" x 48" x 48"

(W) ⟶ 862 lbs

264

**Shanghai Ltd.**
Co...al...25...

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 12/14/2016 | | | INV # | 732134 |
|------|-----------|--|--|-------|--------|
| SOLD TO | SEARS | | | PO # | 440023 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO      SEARS UNIT #0425
             JACKSONVILLE - RRC
             10512 BUSCH DR N
             JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|--------------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 7 | 35 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | TOTAL | 1 | 27 | 109 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

# YRC FREIGHT

**SCAC: RDWY**

**669-337722-0**

PRO Number:

Date: 12/20/2016

B/L number:

Shipper number: ___ Trailer number: ___

Shipper name:
LOGISTICS TEAM

Address:
19914 S VIA BARON

| City: | State: | ZIP code: |
|---|---|---|
| RANCHO DOMINGUEZ | CA | 90220 |

Origin city (if different than before): ___ State: ___ ZIP code: ___

Invoices:
SHAGHAL LTD

Address:
2231 COLBY AVE

Attn: LYN EGANGO

| City: | State: | ZIP code: |
|---|---|---|
| LOS ANGELES | CA | 90064 |

Consignee name and address:
SEARS UNIT #0425

Attn: RECEIVING

10512 BUSCH DR N

| Destination City | State: | ZIP Code: |
|---|---|---|
| JACKSONVILLE | FL | 32218 |

Phone number:
(904) 727-3228

Customer number: ___ Store number: ___ Department: ___

P.O. Number:
440023/ INV#732134

Special instructions:
ACCELERATED SRVC, DELIVERY APPOINTMENT INCLUDED, FOR
DELIVERY ON 12/28 TO AVOID CHARGE BACK

Contact Phone:

Contact Name:

☐ Standard
☒ Accelerated
☐ Expedited

☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: __/__ & __/__

☐ Time-Critical   Deliver by: __/__   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window  Deliver on: __/__   Between: __ & __
☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service policy

Quote I.D.: 26897147

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

COD amount: $ ___    Customer check OK for COD amount?   Yes ☐   No ☐

Cod fee: Prepaid ☐  Collect ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 109 | BOX | | WALL MOUNT | 115780 | 100 | 862 | 40 | 48 | 48 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 109 | 27 | | GRAND TOTAL | | | 862 | | | |

EMERGENCY CONTACT

Phone: ___   Name: ___   Contract #: ___

Shipment charges are prepaid unless marked collect:  Collect ☐    Total charges: $ ___

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

Note (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.

Shipper company name:
LOGISTICS TEAM

Carrier:
YRC FREIGHT

YRC Freight employee signature

Shipper signature

Trailer #: ___    Date: ___

Trailer loaded by:   ☐ Shipper   ☐ Driver
Freight counted by:   ☐ Driver; pallets said to contain
☐ Driver; Loose pieces   ☐ Driver; pallets containing

✖ Mark "X" in "HM" column for hazardous materials.

Single shipment pickup

Page 1 of 1

**266**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/14/2016 | 732138 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 440030 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/14/2016 | 12/14/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 100 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 6,382.00 | |
| 24 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 336.00 | |

| | Grand Total | $6,718.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**267**

2231 COLBY AVE
LOS ANGELES  CA   90024

DATE  12/13/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
 MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  12/28/16
**CANCEL DATE** / /
**ORDER DATE**  12/12/16

**DEPT:** 657       **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100316            **PO NO:** 440030                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020042  (4) / ED737  Ematic 7" Dual Screen Portablr | 100 (100) | EA | $ 63.82 |
| 2 | 817707018043  (8) / EDT201ANT  edt201ant/multi | 24 (24) | EA | $ 14.00 |

Boxes (25) ← 15 lbs

(3) → 8 lbs

40" x 48" x 52"

(W) → 439 lbs

268

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 12/14/2016 | **INV #** 732138 |
| **SOLD TO** | SEARS | **PO #** 440030 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ED737 | 4 | 1 | 25 | 100 | CHINA |
| EDT201ANT | 8 | | 3 | 24 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **28** | **124** | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**FedEx** Freight

**403255570-4**

| STRAIGHT BILL of LADING |
|---|
| LOAD # 7288231 |
| PO # |
| Date: Dec 20, 2016 |

**FROM (SHIPPER):**

LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220
Phone: Andy Lim 310-747-7388

**TO (CONSIGNEE):**

SEARS UNIT # 0475 MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO, IL 60950
Phone: receiving 815-468-1317

Shipper Instructions: PO 440030 / INV 732138.

| HM | Units | Packaging | Kind of Packages; Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
|  | 1 | SKID | TV WALL MOUNTS  (28 BOXES)   NMFC CODE: 093490-00  Dim: L 40 W 48 H 52 | 1 | 439 LBS | 50 |

**Totals**

Units: 1   PLT (28 BOXES)          Spots: 1     Weight: 439 LBS

| Billing terms: | COLLECT: |  |
|---|---|---|
|  | PREPAID: |  |
|  | 3RD PARTY: | X |

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC item 172). If there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, the liability shall be limited to the extent provided by NMFC item 172. California intrastate shipments must comply with NMFC item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

| PLACARDS REQUIRED | YES | | PLACARDS SUPPLIED | YES | |
|---|---|---|---|---|---|
|  | NO | | | NO | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: FEDEX FREIGHT PRIORITY
PER:
DATE: 12-2016

Page 1 of 1



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

12/21

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/14/2016 | 732191 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 440924 | | N/A | | | | 12/14/2016 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 144 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 3,888.00 | |

```
3Y49V7        DEC 21, 2016   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341463070
REF 1:INV#732191
REF 2:PO#440924

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 10.48 USD
DV 0.00            COD  0.00         RS 0.00
DC 0.00            DGD  0.00         SD 0.00
AH 0.00            PR   0.00         SP 0.00
TOT NR CHG 10.48               NR+HC10.48
TOT PUB CHG 22.31              PUB+HC22.31

3Y49V7        DEC 21, 2016   ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341411089
REF 1:INV#732191
REF 2:PO#440924

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 10.48 USD
DV 0.00            COD  0.00         RS 0.00
DC 0.00            DGD  0.00         SD 0.00
AH 0.00            PR   0.00         SP 0.00
TOT NR CHG 10.48               NR+HC10.48
TOT PUB CHG 22.31              PUB+HC22.31
```

```
3Y49V7        DEC 21, 2016   ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340058697
REF 1:INV#732191
REF 2:PO#440924

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 10.48 USD
DV 0.00            COD  0.00         RS 0.00
DC 0.00            DGD  0.00         SD 0.00
AH 0.00            PR   0.00         SP 0.00
TOT NR CHG 10.48               NR+HC10.48
TOT PUB CHG 22.31              PUB+HC22.31
```

| | Grand Total | $3,888.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

**BC**

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

(4)

shaghai - 1212

**DATE** 12/14/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**    / /
**REQST DATE**  12/28/16
**CANCEL DATE**  / /
**ORDER DATE**  12/13/16

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100318          **PO NO:** 440924                **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box's (3) — 16 lbs | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|---------|---------|---------|
| 1 | 817707016803 (48) / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | | 144 (144) | EA | $ 27.00 |

UPS Ground

(w) → 48 lbs

272

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/14/2016 | **INV #** | 732191 |
| **SOLD TO** | SEARS | **PO #** | 440924 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 3 | 144 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 144 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

*Shaghal*
*12/29*

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736533 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 441726 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 261.00 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | Grand Total | $1,905.14 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

274

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

DATE  12/20/16

*Shaghal →  12/29*

DELIV DATE  01/06/17
REQST DATE  01/01/17
CANCEL DATE  / /
ORDER DATE  12/19/16

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100319    **PO NO:** 441726    **PAGE:**  1

SHIP TO:  SEARS UNIT # 0425

*Box's*

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|-------------|-----------------|----------|
| 1 | 817707019781  ⑤  / EMW3401  10-49 FULL Motion TV Mount | ⑤ | 25 ㉕ | EA  $ | 10·44 |
| 2 | 817707019811  ⑤  / EMW4101  17-55 Full Motion TV Mount | ⑤ | 25 ㉕ | EA  $ | 17·64 |
| 3 | 817707019804  ②  / EMW5306  TV Wall Mount Kit with HDMI ca | ⑫ | 24 ㉔ | EA  $ | 33·36 |
| 4 | 817707019798  ⑤  / EMW6201  30-79 Tilting TV Wall Mount | ⑤ | 25 ㉕ | EA  $ | 16·10 |

*40" x 48" x 45"*

*Ⓦ → 916 lbs*

*FD = 18.32*
*70*

**275**

**Shaghai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 12/22/2016 |
|---|---|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| INV # | 736533 |
|---|---|
| PO # | 441726 |

**SHIP TO**

SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 5 | 25 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | | | | | |
| TOTAL | | 1 | 27 | 99 | |

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

BOL. NBR.

OTI 021506NF

**SAIA**

LTL Freight

SAIA PRO NUMBER: 770611727900

| DRIVER | ARRIVE | DEPART | HU | 16+ |
|--------|--------|--------|-----|-----|

DATE | **Dec 28, 2016**

TERMS | **Prepaid**

CARRIER | **SAIA**

SEC 7

SHIPPER
**Shaghal Ltd**
**2231 Colby Avenue**
**Los Angeles, CA 90064**
BILL TO OR REMIT TO

CONSIGNEE
**Sears Unit #0425,**
**Jacksonville - Rrc**
**10512 Busch Dr. N**
**Jacksonville, FL 32218**
ISSUING OFFICE OR AGENT

GENERAL COMMENTS

| PIECES | IN | *HM | DESCRIPTION | WEIGHT LBS (SUBJECT TO CORRECTION) | RATE | CHARGES | CLASS |
|--------|-----|------|-------------|--------|------|---------|-------|
| 1 (27 BOX) | PT | | **TV WALL MOUNT** | 916 | | | 70 |
| | | | | | | | |
| 1 (27 BOX) | | | ***Total Pieces & Weight*** | 916 | | | |
| | | | PO# 441726  / INV # 736533 | | | | |
| | | | | | | | |
| | | | **Fuel Surcharge** | | | | |
| | | | **Notification Prior To Delivery** | | | | |
| | | | QUOTE # 3659365   $ 319.91 | | | | |
| | | | PICK UP # 5934017 | | | | |
| | | | ETA : 1/4/17 | | | | |

REMIT C.O.D. TO

ADDRESS

COD AMT $0.00

C.O.D. FEE
PREPAID ☐ $
COLLECT ☐

TOTAL
CHARGES $

FREIGHT CHARGES ARE PREPAID UNLESS MARKED COLLECT
CHECK BOX IF COLLECT ☐

$        per

SHIPPER
Shaghal Ltd

PER.

CARRIER
Saia LTL Freight

PER

DATE

ANDREW 11.28.16

(PLASTIC)

**277**

# Shaghal Ltd.
Est. 1985

**Shaghal**
**12/29**

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736534 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 441727 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7        DEC 29, 2016   ACT WT 26.0 LBS        1 OF 11
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341817230
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  14.21 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 14.21              NR+HC14.21
TOT PUB CHG 30.86            PUB+HC30.86
```

```
3Y49V7        DEC 29, 2016   ACT WT 20.0 LBS        2 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340368843
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  11.83 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.83              NR+HC11.83
TOT PUB CHG 26.40            PUB+HC26.40
```

```
3Y49V7        DEC 29, 2016   ACT WT 40.0 LBS        3 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340466069
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  19.21 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 19.21              NR+HC19.21
TOT PUB CHG 42.33            PUB+HC42.33
```

```
3Y49V7        DEC 29, 2016   ACT WT 35.0 LBS        4 OF 11
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340884866
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 17.29              NR+HC17.29
TOT PUB CHG 37.91            PUB+HC37.91
```

```
3Y49V7        DEC 29, 2016   ACT WT 35.0 LBS        5 OF 11
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341361277
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 17.29              NR+HC17.29
TOT PUB CHG 37.91            PUB+HC37.91
```

| Grand Total | $787.50 |
|-------------|---------|

acknowledged and accepted in full.

*BC*

legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

## Thank you for

278

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  12/20/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE** 01/06/17
**REQST DATE** 01/01/17
**CANCEL DATE** / /
**ORDER DATE** 12/19/16

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100320    **PO NO:** 441727    **PAGE:** 1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | $ | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA | $ | 7.20 |
| 2 | 817707019781 (5) / EMW3401<br>10-49 FULL Motion TV Mount | 5 (5) | EA | $ | 10.44 |
| 3 | 817707019811 (5) / EMW4101<br>17-55 Full Motion TV Mount | 5 (5) | EA | $ | 17.64 |
| 4 | 817707019804 (2) / EMW5306<br>TV Wall Mount Kit with HDMI ca | 10 (10) | EA | $ | 33.36 |
| 5 | 817707019798 (5) / EMW6201<br>30-79 Tilting TV Wall Mount | 15 (15) | EA | $ | 16.10 |

Box's
(1) — 26 lbs
(1) — 20 lbs
(1) — 40 lbs
(5) — 35 lbs
(3) — 33 lbs



UPS Ground ✓

(W) → 360 lbs

279

**Shanghai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 12/22/2016 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 736534
**PO #** 441727

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0440 |
| | 1600 N BOUDREAU RD |
| | MANTENO, IL 609509377 |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | **TOTAL** | | **11** | **45** | |

```
3Y49V7      DEC 29, 2016   ACT WT 35.0 LBS      6 OF 11
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340191284
REF 1:INV#736534
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.29 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 17.29           NR+HC17.29
TOT PUB CHG 37.91          PUB+HC37.91
```

```
3Y49V7      DEC 29, 2016   ACT WT 33.0 LBS      9 OF 11
SVC GNDCOM                 BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342762912
REF 1:INV#736634
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.64 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 16.64           NR+HC16.64
TOT PUB CHG 36.45          PUB+HC36.45
```

```
3Y49V7      DEC 29, 2016   ACT WT 36.0 LBS      7 OF 11
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340830897
REF 1:INV#736634
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.29 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 17.29           NR+HC17.29
TOT PUB CHG 37.91          PUB+HC37.91
```

```
3Y49V7      DEC 29, 2016   ACT WT 33.0 LBS     10 OF 11
SVC GNDCOM                 BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340167328
REF 1:INV#736634
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.64 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 16.64           NR+HC16.64
TOT PUB CHG 36.45          PUB+HC36.45
```

```
3Y49V7      DEC 29, 2016   ACT WT 36.0 LBS      8 OF 11
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340496106
REF 1:INV#736634
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.29 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 17.29           NR+HC17.29
TOT PUB CHG 37.91          PUB+HC37.91
```

```
3Y49V7      DEC 29, 2016   ACT WT 33.0 LBS     11 OF 11
SVC GNDCOM                 BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341805332
REF 1:INV#736634
REF 2:PO#441727

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.64 USD
DV 0.00        COD  0.00           RS 0.00
DC 0.00        DGD  0.00           SD 0.00
AH 0.00        PR   0.00           SP 0.00
TOT NR CHG 16.64           NR+HC16.64
TOT PUB CHG 36.45          PUB+HC36.45
```

*Shaghal*
12/29

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736538 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 441733 | | N/A | | | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 120 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,680.00 | |

```
3Y49V7       DEC 29, 2016   ACT WT 17.0 LBS    1 OF 16
SVC GNDCOM               BL WT 17.0 LBS
TRACKING# 1Z3Y49V70340826259
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  11.00 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 11.00              NR+HC11.00
TOT PUB CHG 23.53            PUB+HC23.53
```

```
3Y49V7       DEC 29, 2016   ACT WT 8.0 LBS    2 OF 16
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342037063
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 9.49               NR+HC9.49
TOT PUB CHG 16.51            PUB+HC16.51
```

```
3Y49V7       DEC 29, 2016   ACT WT 8.0 LBS    3 OF 16
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341625474
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 9.49               NR+HC9.49
TOT PUB CHG 16.51            PUB+HC16.51
```

```
3Y49V7       DEC 29, 2016   ACT WT 8.0 LBS    4 OF 16
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342087483
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 9.49               NR+HC9.49
TOT PUB CHG 16.51            PUB+HC16.51
```

```
3Y49V7       DEC 29, 2016   ACT WT 8.0 LBS    5 OF 16
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342079090
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 9.49               NR+HC9.49
TOT PUB CHG 16.51            PUB+HC16.51
```

```
3Y49V7       DEC 29, 2016   ACT WT 8.0 LBS    6 OF 16
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340016302
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00         COD    0.00      RS 0.00
DC 0.00         DGD    0.00      SD 0.00
AH 0.00         PR     0.00      SP 0.00
TOT NR CHG 9.49               NR+HC9.49
TOT PUB CHG 16.51            PUB+HC16.51
```

| Grand Total | $2,171.00 |
|-------------|-----------|

...knowledged and accepted in full.

*BC*

to said past due funds all legal costs and attorney fees reasonably incurred by V...
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C...
State of California. Vendee agrees to the terms and cond...

**Thank you for**

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal — 12/29  (4)

DATE  12/20/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE** 1 01/06/17
**REQST DATE** 01/04/17
**CANCEL DATE** / /
**ORDER DATE** 12/19/16

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100326          **PO NO:** 441733          **PAGE:**  1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066 (50) / ESFC204  Ematic Stud Finder | 50 (50) | EA | $ 9.82 |
| 2 | 817707018043 (5) / EDT201ANT  edt201ant/multi | 120 (120) | EA | $ 14.00 |

Box's
① — 17 lbs
(15) — 8 lbs
——
16

50 (50)
120 (120)
——
170

UPS Ground

(W) → 137 lbs

W'

282



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA. 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 12/22/2016 | **INV #**   736538 |
| **SOLD TO** | SEARS | **PO #**   441733 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 1 | 50 | CHINA |
| EDT201ANT | 8 | | 15 | 120 | CHINA |
| | | | | | |
| | TOTAL | | 16 | 170 | |

**SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS        7 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340675118
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       12 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340763168
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS        8 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340791528
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       13 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340797677
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS        9 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341661532
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       14 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341476683
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       10 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340741144
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       15 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342043190
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       11 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341246367
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

```
3Y49V7              DEC 29, 2016   ACT WT 8.0  LBS       16 OF 16
SVC GNDCOM                    BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341516403
REF 1:INV#736538
REF 2:PO#441733

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC 9.49 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 9.49                NR+HC9.49
TOT PUB CHG 16.51             PUB+HC16.51
```

*Shaghal*
12/29

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736539 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0470<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 442581 | | N/A | | | | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 24 | EMW222 | Ematic TV Bracket | 15.90 | | 381.60 | |
| 8 | EMD213 | Ematic Wall Mount 817707010894 | 23.90 | | 191.20 | |
| 4 | EPD707PR | Ematic Portable DVD Player (Purple) | 42.00 | | 168.00 | |
| 8 | EPD909BU | Ematic Portable DVD Player (Blue) | 49.36 | | 394.88 | |
| 4 | EPD909TL | Ematic Portable DVD Player (Teal) | 49.36 | | 197.44 | |

```
3Y49V7        DEC 29, 2016   ACT WT 42.0 LBS        1 OF 9
SVC GNDCOM                   BL WT 42.0 LBS
TRACKING# 1Z3Y49V70342271210
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   20.05 USD
DV 0.00            COD    0.00         RS 0.00
DC 0.00            DGD    0.00         SD 0.00
AH 0.00            PR     0.00         SP 0.00
TOT NR CHG 20.05                  NR+HC20.05
TOT PUB CHG 44.26                 PUB+HC44.26
```

```
3Y49V7        DEC 29, 2016   ACT WT 42.0 LBS        2 OF 9
SVC GNDCOM                   BL WT 42.0 LBS
TRACKING# 1Z3Y49V70341643623
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   20.05 USD
DV 0.00            COD    0.00         RS 0.00
DC 0.00            DGD    0.00         SD 0.00
AH 0.00            PR     0.00         SP 0.00
TOT NR CHG 20.05                  NR+HC20.05
TOT PUB CHG 44.26                 PUB+HC44.26
```

```
3Y49V7        DEC 29, 2016   ACT WT 42.0 LBS        3 OF 9
SVC GNDCOM                   BL WT 42.0 LBS
TRACKING# 1Z3Y49V70341529631
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   20.05 USD
DV 0.00            COD    0.00         RS 0.00
DC 0.00            DGD    0.00         SD 0.00
AH 0.00            PR     0.00         SP 0.00
TOT NR CHG 20.05                  NR+HC20.05
TOT PUB CHG 44.26                 PUB+HC44.26
```

```
3Y49V7        DEC 29, 2016   ACT WT 48.0 LBS        4 OF 9
SVC GNDCOM                   BL WT 48.0 LBS
TRACKING# 1Z3Y49V70342985244
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   22.48 USD
DV 0.00            COD    0.00         RS 0.00
DC 0.00            DGD    0.00         SD 0.00
AH 0.00            PR     0.00         SP 0.00
TOT NR CHG 22.48                  NR+HC22.48
TOT PUB CHG 49.82                 PUB+HC49.82
```

```
3Y49V7        DEC 29, 2016   ACT WT 48.0 LBS        5 OF 9
SVC GNDCOM                   BL WT 48.0 LBS
TRACKING# 1Z3Y49V70340826465
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   22.48 USD
DV 0.00            COD    0.00         RS 0.00
DC 0.00            DGD    0.00         SD 0.00
AH 0.00            PR     0.00         SP 0.00
TOT NR CHG 22.48                  NR+HC22.48
TOT PUB CHG 49.82                 PUB+HC49.82
```

| Grand Total | $1,333.12 |
|-------------|-----------|

...knowledged and accepted in full.

*BC*

State of California. Vendee agrees to the terms and cond...

Thank you for

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal → 12/29*

**DATE** 12/21/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL   609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL   609503588

**DELIV DATE** /01/06/17
**REQST DATE** ~~~~
**CANCEL DATE** / /
**ORDER DATE** 12/20/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100327          **PO NO:** 442581          **PAGE:** 1

SHIP TO: SEARS UNIT # 0470

*BOX'S*

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|----|-------------|-----------------|----------|
| 1 | 817707012843  (8) / EMW222  23-42 TV Mount w/ HDMI | ③ — 42 lbs | 24 (24) | EA | $ 15.90 |
| 2 | 817707010894  (4) / EMD213  DVD Wall Mount Three Shelf | ② — 48 lbs | 8 (8) | EA | $ 23.90 |
| 3 | 817707013239  (4) / EPD707PR  EPD707 7" Portable DVD Player | ① — 13.80 lb | 4 (4) | EA | $ 42.00 |
| 4 | 817707013260  (4) / EPD909BU  EPD909 9" Portable DVD Player | ② — 15.00 lbs | 8 (8) | EA | $ 49.36 |
| 5 | 817707013277  (4) / EPD909TL  EPD909 9" Portable DVD Player | ① — 15.00 lbs | 4 (4) | EA | $ 49.36 |

*UPS Ground*

*(W) —) 280 lbs*

**286**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 12/22/2016 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV # 736539
PO # 442581

| | |
|---|---|
| SHIP TO | SEARS UNIT #0470 |
| | MANTENO-CDF-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW222 | 8 | | 3 | 24 | CHINA |
| EMD213 | 4 | | 2 | 8 | CHINA |
| EPD707PR | 4 | | 1 | 4 | CHINA |
| EPD909BU | 4 | | 2 | 8 | CHINA |
| EPD909TL | 4 | | 1 | 4 | CHINA |
| | | | | | |
| TOTAL | | | 9 | 48 | |

SIGNATURE

---

3Y49V7        DEC 29, 2016    ACT WT 13.0 LBS        6 OF 9
SVC GNDCOM            BL WT 13.0 LBS
TRACKING# 1Z3Y49V70342229267
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.49 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 19.86            PUB+HC19.86

---

3Y49V7        DEC 29, 2016    ACT WT 15.0 LBS        8 OF 9
SVC GNDCOM            BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341823689
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  10.12 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 10.12            NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60

---

3Y49V7        DEC 29, 2016    ACT WT 15.0 LBS        7 OF 9
SVC GNDCOM            BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340329671
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  10.12 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 10.12            NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60

---

3Y49V7        DEC 29, 2016    ACT WT 15.0 LBS        9 OF 9
SVC GNDCOM            BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340567299
REF 1:INV#736539
REF 2:PO#442581

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  10.12 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 10.12            NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics → 12/29*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/22/2016 | 736540 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 442582 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 252 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 16,082.64 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

| | Grand Total | $17,378.64 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

288

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal - Stapley* (handwritten)

DATE  12/21/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

01/04 ~ 01/06 (handwritten)
DELIV DATE  / 01/06/17
REQST DATE  01/04/17
CANCEL DATE  / /
ORDER DATE  12/20/16

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100328              PO NO: 442582                      PAGE:    1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 815592020042 (4) / ED737 — Ematic 7" Dual Screen Portablr | 252 (252) | EA | $ 63.82 |
| 2 | 817707016803 (8) / EM318VIDBL — Ematic 8GB 2.4" Touch Screen h | 48 (48) | EA | $ 27.00 |

*Handwritten annotations:*

Box's
(63) — 15 lbs
(1) — 15 lbs

(#1) 40" × 48" × 83" —> ED737 — (49) Box's
(#2) 40" × 48" × 38" —> ED737 — (14) Box's
— EM318 VIDBL —> (1) Box

(2) PALLETS

K 1
(W) — (#1) — 775 lbs
— (#2) — 265 lbs
1040

#1 FD = 8.4, CLASS = 100
#2 FD = 6.24, CLASS = 125

YRC QUOTE = $ 541.39   1/5
SIAMA QUOTE = $ 621.93   1/5
JEFF/FTN3 = $ 557.06   1/5



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 12/22/2016 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #    736540
PO #    442582

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ED737 | 4 | 1 | 49 | 196 | CHINA |
| ED737 | 4 | 2 | 14 | 56 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | 2 | 64 | 300 | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**290**

For shipment information, visit yrcfreight.com or
call 1-800-610-6500

Web straight bill of lading—original—not negotiable

**YRC** FREIGHT

SCAC: RDWY

669-358614-8

Date: 12/29/2016

Bill number:
Trailer number:

PRO Number:

Shipper number:

Consignee name and address:
SEARS UNIT #0475

Shipper name:
LOGISTICS TEAM

Attn: RECEIVING

Address:
19914 S VIA BARON

MANTENO CDF SLS  8374 N 4000 E

City: RANCHO DOMINGUEZ   State: CA   ZIP code: 90220

Destination City: MANTENO   State: IL   ZIP Code: 60950

Origin city (if different than below):   State:   ZIP code:

Phone Number:
(815) 468-1317

Invoice:

Customer number:   Store number:   Department:

Address:

P.O. Number:
442682 INV# 736540

Special instructions:
MUST DELIVER BY 01/05/17

City:   State:   ZIP code:

Contact Phone:

Contact Name:

☐ Standard

☐ Accelerated

Guaranteed Standard Service by 5 p.m. end of business day.
☐ Guaranteed Standard Service by 5 p.m. end of business day
☐ Guaranteed Multiday Window:  Between

☐ Time-Critical   Deliver by:   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on:   Between
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 27953540

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts

Cod fee: Prepaid ☐  Collect ☐     COD amount: $     Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | Description of articles, special marks and exceptions | NMFC item | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 49 | BOX | DVD PLAYER / MP3 | 115780 | 100 | 775 | 40 | 48 | 83 |
| 1 | PLT | 15 | BOX | DVD PLAYER / MP3 | 115780 | 100 | 265 | 40 | 48 | 38 |
|  |  |  |  | Delivery Appointment Prepaid |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 1040 |  |  |  |
| 2 | PLT | 64 | BOXES | GRAND TOTAL |  |  |  |  |  |  |

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

EMERGENCY CONTACT
Phone:   Name:   Contract #:

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: LOGISTICS TEAM | Carrier: YRC FREIGHT | Trailer #: 025 | Date: 12-29-16 | Trailer loaded by: ☐ Shipper ☐ Driver |
|---|---|---|---|---|
| Shipper signature: [signature] 12/29/16 | YRC Freight employee signature: Jose Castillo  2 PLTS | PRO receipt: | | Freight counted by: ☐ Driver/ pallets said to contain ☐ Shipper ☐ Driver/ pallets containing ☐ Driver/ Loose pieces |

Mark "X" in "HM" column for hazardous materials.    Single shipment pickup:

Page 1 of 1

QUOTATIONS:
YRC = $541.39  1/5
GAIA = $621.93  1/5
FTB = $557.06  7/5

**291**



# Shaghal Ltd.
**Est. 1985**

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/22/2016 | 736546 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 441731 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 50 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 522.00 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 26 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 867.36 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 563.50 | |

| | |
|---|---|
| **Grand Total** | **$2,393.86** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

292

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES CA 90024

**PICKING LIST**

DATE 12/20/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE** 01/06/17
**REQST DATE** 01/03/17
**CANCEL DATE** / /
**ORDER DATE** 12/19/16

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100324          **PO NO:** 441731          **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019781 (5) / EMW3401<br>10-49 FULL Motion TV Mount | (10) | 50 (50) | EA | $ 10.44 |
| 2 | 817707019811 (5) / EMW4101<br>17-55 Full Motion TV Mount | (5) | 25 (25) | EA | $ 17.64 |
| 3 | 817707019804 (2) / EMW5306<br>TV Wall Mount Kit with HDMI ca | (13) | 26 (26) | EA | $ 33.36 |
| 4 | 817707019798 (5) / EMW6201<br>30-79 Tilting TV Wall Mount | (7) | 35 (35) | EA | $ 16.10 |

40" x 48" x 55"

(W) → 1,115 lbs

FO = 18.25
CLASS = 70

293



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T. (310) 966 1133    F. (310) 966 1134

| | | |
|---|---|---|
| DATE | 12/22/2016 | INV #  736546 |
| SOLD TO | SEARS | PO #  441731 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

SHIP TO    SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 10 | 50 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 13 | 26 | CHINA |
| EMW6201 | 5 | | 7 | 35 | CHINA |
| | TOTAL | 1 | 35 | 136 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

294

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242

## SAIA
## LTL Freight
### (SAIA)

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

10125185650 2

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 441731 | 3782195 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE | BILL TO |
|---|---|---|---|
| SHAGHAL LTD | 310-966-1133 | 01/03/17 | SHAGHAL LTD |

| STREET | | | |
|---|---|---|---|
| 2231 COLBY AVENUE | | | |

| CITY | STATE | ZIP CODE | STREET ADDRESS |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | 2231 COLBY AVENUE |

| CONSIGNEE | CONSIGNEE PHONE NO. | |
|---|---|---|
| SEARS UNIT#0449 | | |

| STREET | | |
|---|---|---|
| 1700 SCHUSTER RD, DELANO INDUSTRIAL PK | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| DELANO | CA | 93215 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV MOUNT ( 40X48X55)  1115 LBS  Class 70 | 1115 lbs. | 70 | Freight charges are PREPAID unless marked collect. |
| (35 BOX) | | PO# 441731   INV# 736546 | | | CHECK BOX IF COLLECT ☐ |
| | | QUOTE $158.90 | | | CHARGES ADVANCED $ |
| | | PICK-UP# 5967426   TIME 3-5PM | | | |

Received:
to apply in the prepayment of the charges on the property described hereon.

(Agent or Cashier)

Per
(The signature here acknowledges only the amount prepaid.)

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

**NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound).**

| TOTAL |
|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

This shipment will be forwarded open unless C.O.D.
Amount is filled in here.
C.O.D. $

Per _____

Shipper _____

Per _____   Address

SAIA LTL FREIGHT

BY: _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

QUOTATIONS:  SAIA = $158.90  ,  FIB = $194.82  ,  YRC = 230.84

**295**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/30/2016 | 752951 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 443250 | | N/A | | | | 12/30/2016 | 12/30/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|-----------|---------------|--------|-------|
| 220 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 14,040.40 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 144 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 3,888.00 | |
| 32 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 448.00 | |

| | Grand Total | $19,091.60 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_MB_

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE  12/28/16

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

**DELIV DATE**  / /
**REQST DATE**  01/11/17
**CANCEL DATE**  / /
**ORDER DATE**  12/27/16

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100330          **PO NO:** 443250          **PAGE:**  1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 815592020042  4  / ED737 <br> Ematic 7" Dual Screen Portablr | (55) —15 lb | 220  220 | EA | $ 63.82 |
| 2 | 817707012676  48  / EM208VIDBL <br> Ematic 8GB 1.5" MP3 Video Plar | (1) — 15 lb | 48  48 | EA | 14.90 |
| 3 | 817707016803  48  / EM318VIDBL <br> Ematic 8GB 2.4" Touch Screen h | (3) — 16 lbs | 144  144 | EA | 27.00 |
| 4 | 817707018043  8  / EDT201ANT <br> edt201ant/multi | (4) — 8 lbs | 32  32 | EA | 14.00 |

63                    444

#1   40" x 48" x 72"  → ED737 — (42) Box's

#2   40" x 48" x 44"  → ED737 — (13) Box's
        → EM208VIDBL — (1) Box
        — EM318VIDBL — (3) Box's
        → EDT201ANT → 4 Box

(2) PALLETS

(W)   #1 — 870 lbs   PD 8.38   cubes = 100
      #2 — 330 lbs   6.95   cubes = 125

**297**

**Shaghaf Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 12/22/2016 | | INV # | 752951 |
|------|------------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 443250 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| SHIP TO | SEARS UNIT#0475 |
|---------|------------------|
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ED737 | 4 | 1 | 42 | 168 | CHINA |
| ED737 | 4 | | 13 | 52 | CHINA |
| EM208VIDBL | 48 | 2 | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 3 | 144 | CHINA |
| EDT201ANT | 8 | | 4 | 32 | CHINA |
| | | | | | |
| | TOTAL | 2 | 63 | 444 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

OP-097-01/16
**Web straight bill of lading—original—not negotiable**

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or
call 1-800-610-6500

**669-374288-9**

| Date: 01/05/2017 | B/L number: | | PRO Number: |
|---|---|---|---|

Shipper number:

Trailer number:

Shipper name:
**LOGISTICS TEAM**

Address:
**19914 S VIA BARON**

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90220** |
|---|---|---|

| Origin city (if different than before): | State: | ZIP code: |
|---|---|---|

Invoice:

Address:

| City: | State: | ZIP code: |
|---|---|---|

Consignee name and address:
**SEARS UNIT#0475**

Attn: RECEIVING

**MANTENOCDFSLS 8374 N 4000 E**

| Destination City **MANTENO** | State: **IL** | ZIP code: **60950** |
|---|---|---|

Phone Number:
**(815) 468-4187**

| Customer number: | Store number: | Department: |
|---|---|---|

P.O. Number:
**443250  INV# 752951**

Special Instructions:
**PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID**

**CHARGEBACK.**

Contact Name:                Contact Phone:

☒ Standard
☒ Standard

☐ Standard
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window    Between:___/___/___ & ___/___/___

☐ Accelerated
☐ Time-Critical    Deliver by:___/___/___    ☐ By noon    ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window    Deliver on:___/___/___    Between:_____ & _____
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: **28567531**

*guarantee only applies to direct service points
All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts

| Cod fee: Prepaid ☐  Collect ☐ | COD amount: $ | Customer check OK for COD amount?  Yes ☐  No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 42 | BOX | | DVD PLAYER / MP3 PLAYER | 115740 | 100 | 670 | 40 | 48 | 72 |
| 1 | PLT | 21 | BOX | | DVD PLAYER / MP3 PLAYER | 115780 | 100 | 330 | 40 | 48 | 44 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 2 | | 63 | | | GRAND TOTAL | | | 1000 | | | |

EMERGENCY CONTACT
Phone:              Name:              Contract #:

Shipment charges are prepaid
unless marked collect: Collect ☐

Total charges:        $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

**Note: (2) Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.
The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.
It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **LOGISTICS TEAM** | Carrier: **YRC FREIGHT** | Trailer # | Date: 1/5/17 | Trailer loaded by: ☐ Shipper  ☐ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | H/U received | Freight counted by: ☐ Driver: pallets said to contain |

**2 PLTS**

Mark "X" in "HM" column for hazardous materials.

Freight counted by:
☐ Shipper
☐ Driver: Loose pieces

☐ Driver: pallets containing

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/6/2017 | 782391 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT#0475 |
| CDF-MANTENO-SLS |
| 8374 N 4000 EAST |
| MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 444714 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/6/2017 | 1/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7      JAN 12, 2017   ACT WT 15.0  LBS        1 OF 2
SVC GNDCOM                 BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341026380
REF 1:INV#782391
REF 2:PO#444714

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.12 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7      JAN 12, 2017   ACT WT 16.0  LBS        2 OF 2
SVC GNDCOM                 BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342361999
REF 1:INV#782391
REF 2:PO#444714

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.12 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

| | Grand Total | $2,726.40 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal – 0112*

**PICKING LIST**
Completed List of 250

DATE  01/04/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  01/18/17
**CANCEL DATE** / /
**ORDER DATE**  01/03/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100331          **PO NO:** 444714                    **PAGE:**   1

                                        **SHIP TO:**  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676    / EM208VIDBL  Ematic 8GB 1.5" MP3 Video Plar | 96  (96) | EA | 14.90 |
| 2 | 817707016803    / EM318VIDBL  Ematic 8GB 2.4" Touch Screen h | 48  (48) | EA | 27.00 |

*Box*

*① – 15 lb*

*①f – 15 lb*
*2*

*UPS Ground*

*(W) –30 lb*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 1/6/2017 | | **INV #** | 782391 |
| **SOLD TO** | SEARS | | **PO #** | 444714 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT#0475 | | | |
| | CDF-MANTENO-SLS | | | |
| | 8374 N 4000 EAST | | | |
| | MANTENO, IL 60950-3588 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 96 | | 1 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| **TOTAL** | | | 2 | 144 | |

_____

        **SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/6/2017 | 782393 |

**BILL TO**
Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 445499 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/6/2017 | 1/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 76 | ED737 | 7" Portable DVD Player with Dual Screen Monitors | 63.82 | | 4,850.32 | |
| 80 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,120.00 | |

| | Grand Total | $5,970.32 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_MB_
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

303

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal — 01/12*

DATE 01/05/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

*815 - 468 - 1317*

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

DELIV DATE  //
REQST DATE  01/18/17
CANCEL DATE  //
ORDER DATE  01/04/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100333          **PO NO:** 445499          **PAGE:** 1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 815592020042 (4) / ED737  Ematic 7" Dual Screen Portablr | 76 (76) | EA | $ 63.82 |
| 2 | 817707018043 (3) / EDT201ANT  edt201ant/multi | 80 (80) | EA | 4.00 |

*Box! (19)*  *(10)*  *29*  *156*

*40" x 48" x 52"*

*(W) → 405 lbs*

*FD = 7.01*
*CL = 125*

*# ED737 NOT AVAILABLE*

304



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 1/12/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 782393
**PO #** 445499

**SHIP TO**    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ED737 | 4 | 1 | 19 | 76 | CHINA |
| EDT201ANT | 8 | | 10 | 80 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **29** | **156** | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC FREIGHT**

**SCAC: RDWY**

**669-397396-1**

PRO Number:

Date: **01/12/2017**   B/L number:

Shipper number:              Trailer number:

Shipper name:
**SHAGHAL LTD**

Address:
**2231 COLBY AVE**

| City | State | ZIP code |
|---|---|---|
| **LOS ANGELES** | **CA** | **90064** |

Origin city (if different than before):   State:   ZIP code:

Invoice:

Address:

City:   State:   ZIP code:

Consignee name and address:
**SEARS UNIT#0475**

Attn: **RECEIVING**

**MANTENOCDFSLS 8374 N 4000 E**

| Destination City | State | ZIP Code |
|---|---|---|
| **MANTENO** | **IL** | **60950** |

Phone Number:
**(815) 468-1317**

Customer number:   Store number:   Department:

P.O. Number:
**PO#445499  INV#782393**

Special instructions:
**PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID**

**CHARGEBACK. MABD 01/17/17**

Contact Name:                    Contact Phone:

| Standard | Faster Standard |
|---|---|
| X Standard | ☐ Accelerated |

| Standard Guaranteed | Expedited Guaranteed |
|---|---|
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical    Deliver by: / / ☐ By noon ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Midday Window   Between: / / & / / | ☐ Time-Critical Hour Window  Deliver on: / / Between: & |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points

Quote I.D.:  **29645107**

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount?  Yes ☐ No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 29 | BOX | | DVD PLAYER /HD TV ANTENNA | 115730 | 100 | 405 | 40 | 48 | 52 |
| | | | | | **Delivery Appointment:Prepaid** | | | | | | |
| | | | | | PICKUP# 86599753 | | | | | | |
| | | | | | TIME: 4-6 PM | | | | | | |
| 1 | | 29 | | | **GRAND TOTAL** | | | 405 | | | |

EMERGENCY CONTACT
Phone:          Name:          Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges:  $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

**Note (3)** Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: | Carrier: | Trailer # | Date: | Trailer loaded by: ☐ Shipper ☑ Driver |
|---|---|---|---|---|
| **SHAGHAL LTD** | **YRC FREIGHT** | 84789 | 1-12-17 | Freight counted by: ☑ Driver: pallets said to contain |
| Shipper signature: | YRC Freight employee signature: | HM received: | | ☐ Shipper ☐ Driver: pallets containing |
| | | ☐ Shipper ☐ Driver-loose pieces | | |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784013 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 447165 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $991.60 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
**Customer Signature**

*Prepared By*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

*Authorized By*

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES CA 90024

**PICKING LIST**

_Shaghal_ (4) /18

**DATE** 01/11/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL 609509377

815 - 468 - 2000

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL 609509377

**DELIV DATE** / /
**REQST DATE** 01/25/17
**CANCEL DATE** / /
**ORDER DATE** 01/10/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100337    **PO NO:** 447165    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  23-65 Fixed Low Profile TV Wal | ① → 26 lb | 10 (10) | EA | $ 7.20 |
| 2 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | ③ — 20 lbs | 15 (5) | EA | 10.44 |
| 3 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | ⑤ — 40 lbs | 25 (25) | EA | 17.64 |
| 4 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | ④ — 33 lbs | 20 (20) | EA | 16.10 |

13

70



9

40" x 48" x 26"

(W) → 458 lb
(458) lbs.

FV = 15.85
cu = 70

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 1/13/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 784013
**PO #** 447165

**SHIP TO**    SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | 1 | 3 | 15 | CHINA |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 13 | 70 | |

_____
**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

309

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



**SAIA**
**LTL Freight**
(SAIA)

10125185930 2

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

SHIPPER'S NUMBER
**1007387**

PURCHASE ORDER NUMBER
**447165**

QUOTE NUMBER
**1391387**

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packed contents unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE 01/18/17 |
|---|---|---|
| SHAGHAL LTD | | |

| STREET | | BILL TO |
|---|---|---|
| 2231 COLBY AVENUE | | SHAGHAL LTD |

| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 | |
|---|---|---|---|

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT #0440 | | 2231 COLBY AVENUE |

| STREET 1600 N BOUDREAU RD | | |
|---|---|---|

| CITY MANTENO | STATE IL | ZIP CODE 60950 | CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
|---|---|---|---|---|---|

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT ( 40X48X26) 13 BOX | 458 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PICKUP# 6114191 TIME 2PM - 4PM | | | |
| | | PO# 447165 INV# 784013 | | | CHARGES ADVANCED $ |
| | | MABD 01/24/17 | | | |
| | | | | | Received: to apply in the prepayment of the charges on the property described hereon. |
| | | 1 S 1 W 2 LT | | | (Agent or Cashier) |
| | | | | | Per (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |
| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL 458 LBS | | (Signature of Consignor) |

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

C.O.D. $

Per _____
Shipper _____
Per _____ Address _____

SAIA LTL FREIGHT
BY: _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.10(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784028 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447168 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 65 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 678.60 | |
| 50 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 882.00 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | Grand Total | $1,865.60 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

*Prepared By*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

*Authorized By*

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

*Shaghal – 01/20*

**DATE** 01/11/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA   932159572

661-721-5910

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**DELIV DATE** / /
**REQST DATE** 01/25/17
**CANCEL DATE** / /
**ORDER DATE** 01/10/17

**DEPT:** 657       **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100340       **PO NO:** 447168       **PAGE:** 1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | BOX # | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  23-65 Fixed Low Profile TV Wal | ② — 26 lbs | ⑳ | EA $ | 7.20 |
| 2 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | ⑬ — 20 lbs | ㉕ | EA | 10.44 |
| 3 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | ⑩ — 40 lbs | ㊿ | EA | 17.64 |
| 4 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | ② — 33 lbs | ⑩ | EA | 16.10 |

27

145



40 x 48 x 39

Ⓦ → 815 lbs
818
PD = 18.88
CW = 70

312

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 1/13/2017 | | **INV #** | 784028 |
| **SOLD TO** | SEARS | | **PO #** | 447168 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT #0449 | | | |
| | 1700 SCHUSTER RD | | | |
| | DELANO INDUSTRIAL PK | | | |
| | DELANO, CA 932159572 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | 1 | 13 | 65 | CHINA |
| EMW4101 | 5 | | 10 | 50 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | 1 | 27 | 145 | |

**SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE



**FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7342**



10144776570 4

Driver signature acknowledges
receipt of freight only. Shipment
is subject to applicable terms
and conditions of the Uniform
Bill of Lading, Saia's tariffs and
current NMFC 100. See Saia
170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 447168 | 1498428 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Rules 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packed) unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE | |
|---|---|---|---|
| SHAGHAL | 310-966-1133 | 01/23/17 | |
| STREET | | BILL TO | |
| 2231 COLBY AVENUE | | SHAGHAL LTD | |
| CITY | STATE | ZIP CODE | |
| LOS ANGELES | CA | 90064 | |
| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS | |
| SEARS UNIT # 0449 | 661-721-5910 | 2231 COLBY AVENUE | |
| STREET | | | |
| 1700 SCHUSTER RD, DELANO INDUSTRIAL PK | | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| DELANO | CA | 93215 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | Freight charges are PREPAID unless marked collect. |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT ( 40X48X39 ) 27 BOX | 818 LBS | 70 | |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PO# 447168 INV# 784028 | | | |
| | | PICKUP# 6155203 TIME: 2PM-4PM | | | CHARGES ADVANCED $ _____ |
| | | MABD 01/25/17 | | | |
| | | IS/W PLT | | | Received: _____ to apply in the prepayment of the charges on the property described hereon. |
| | | 280497 | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL | 818 LBS | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

*This is to certify that the materials named above are properly classified, described, packaged, marked and
Labeled and are in proper condition for transportation according to the applicable regulations of the
Department of Transportation.

Signature  1/23/17

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $

Per _____

Shipper _____

Per _____   Address _____

SAIA LTL FREIGHT

BY: _____

| C.O.D. fee to be paid by: |
|---|
| ☐ SHIPPER   ☐ CONSIGNEE |

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous material.
The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal
Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be
indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?

☐ YES   ☐ NO

**314**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/19/2017 | 794221 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0425 |
| JACKSONVILLE - RRC |
| 10512 BUSCH DR N |
| JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447975 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | | 1/19/2017 | 1/19/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        1 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341774189
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        2 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340997799
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        3 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341887003
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        4 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341417814
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        5 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340526225
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

```
3Y49V7        JAN 25, 2017   ACT WT 40.0 LBS        6 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341708232
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 20.38               NR+HC20.38
TOT PUB CHG 46.76             PUB+HC46.76
```

| Grand Total | $851.20 |
|-------------|---------|

acknowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges are non-refundable. proceedings or legal action to enforce any of the funds due under this invoice, th to said past due funds all legal costs and attorney fees reasonably incurred by Ve legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca State of California. Vendee agrees to the terms and condit

**Thank you for y**

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal — 01/26*

**DATE** 01/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**    / /
**REQST DATE** 02/01/17
**CANCEL DATE** / /
**ORDER DATE** 01/16/17

**DEPT:** 657      **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100341        **PO NO:** 447975                          **PAGE:**   1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 ⑤ / EMW4101 | BOX# ⑥ ← 40 lbs  30 ㉚ | EA | $17.64 |
|   | 17-55 Full Motion TV Mount |  |  |  |
| 2 | 817707019798 ⑤ / EMW6201 | ④ −33 lbs  20 ⑳ | EA | 16.10 |
|   | 30-79 Tilting TV Wall Mount | 10   50 |  |  |

UPS Ground

Ⓦ — 1372 lbs

316

**Shanghai Ltd.**
Conssignarrived5
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 1/19/2017 | **INV #** | 794221 |
| **SOLD TO** | SEARS | **PO #** | 447975 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0425 |
| | JACKSONVILLE - RRC |
| | 10512 BUSCH DR N |
| | JACKSONVILLE, FL 322185604 |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW4101 | 5 | | 6 | 30 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | | **10** | **50** | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7      JAN 26, 2017   ACT WT 33.0 LBS          7 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340619849
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.69 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 17.69            NR+HC17.69
TOT PUB CHG 40.33          PUB+HC40.33
```

```
3Y49V7      JAN 26, 2017   ACT WT 33.0 LBS          9 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340655863
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.69 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 17.69            NR+HC17.69
TOT PUB CHG 40.33          PUB+HC40.33
```

```
3Y49V7      JAN 26, 2017   ACT WT 33.0 LBS          8 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341677062
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.69 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 17.69            NR+HC17.69
TOT PUB CHG 40.33          PUB+HC40.33
```

```
3Y49V7      JAN 26, 2017   ACT WT 33.0 LBS          10 OF 10
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340292273
REF 1:INV#794221
REF 2:PO#447975

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.69 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 17.69            NR+HC17.69
TOT PUB CHG 40.33          PUB+HC40.33
```

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/19/2017 | 794224 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447978 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/19/2017 | 1/19/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7        JAN 26, 2017   ACT WT 40.0 LBS        1 OF 7
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341882286
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  17.40 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 17.40                NR+HC17.40
TOT PUB CHG 39.91              PUB+HC39.91
```

```
3Y49V7        JAN 26, 2017   ACT WT 25.0 LBS        4 OF 7
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341333913
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.89 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 11.89                NR+HC11.89
TOT PUB CHG 27.26              PUB+HC27.26
```

```
3Y49V7        JAN 26, 2017   ACT WT 25.0 LBS        2 OF 7
SVC GNDCOM                   BL WT 25.0 LBS
TRACKING# 1Z3Y49V70342881892
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.89 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 11.89                NR+HC11.89
TOT PUB CHG 27.26              PUB+HC27.26
```

```
3Y49V7        JAN 26, 2017   ACT WT 25.0 LBS        5 OF 7
SVC GNDCOM                   BL WT 25.0 LBS
TRACKING# 1Z3Y49V70340898324
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.89 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 11.89                NR+HC11.89
TOT PUB CHG 27.26              PUB+HC27.26
```

```
3Y49V7        JAN 26, 2017   ACT WT 25.0 LBS        3 OF 7
SVC GNDCOM                   BL WT 25.0 LBS
TRACKING# 1Z3Y49V70340507102
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.89 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 11.89                NR+HC11.89
TOT PUB CHG 27.26              PUB+HC27.26
```

| | Grand Total | $488.52 |
|--|-------------|---------|

acknowledged and accepted in full.

```
3Y49V7        JAN 26, 2017   ACT WT 25.0 LBS        6 OF 7
SVC GNDCOM                   BL WT 25.0 LBS
TRACKING# 1Z3Y49V70342296337
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.89 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 11.89                NR+HC11.89
TOT PUB CHG 27.26              PUB+HC27.26
```

accounts will incur a charge of 1.5% per month. All charges are non-refundable
proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

## Thank you for

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST                          Shaghal 01/26  (4)

DATE 01/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**     / /
**REQST DATE**  02/01/17
**CANCEL DATE** / /
**ORDER DATE**  01/16/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100344          **PO NO:** 447978                              **PAGE:**    1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019811 5  / EMW4101  17-55 Full Motion TV Mount | ①→40 lbs | 5 ⑤ | EA | $ 17.64 |
| 2 | 817707019804 2  / EMW5306  TV Wall Mount Kit with HDMI ca | ⑥→25 lbs | 12 ⑫ | EA | 33.36 |

UPS Ground

(W) → 190 lbs

319

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 1/19/2017 | **INV #** | 794224 |
| **SOLD TO** | SEARS | **PO #** | 447978 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0446 | | |
| | 3456 MEYERS RD | | |
| | MEMPHIS, TN 381081917 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| | | | | | |
| | **TOTAL** | | 7 | 17 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

```
3Y49V7        JAN 26, 2017   ACT WT 26.0 LBS        7 OF 7
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341783946
REF 1:INV#794224
REF 2:PO#447978

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.89 USD
DV 0.00              COD   0.00           RS 0.00
DC 0.00              DGD   0.00           SD 0.00
AH 0.00              PR    0.00           SP 0.00
TOT NR CHG 11.89                 NR+HC11.89
TOT PUB CHG 27.26                PUB+HC27.26
```

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 1/19/2017 | 794227 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 448984 | | N/A | | | | 1/19/2017 | 1/19/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7        JAN 26, 2017   ACT WT 16.0 LBS              1 OF 1
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342722627
REF 1:INV#794227
REF 2:PO#448984

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  10.12 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.12                  NR+HC10.12
TOT PUB CHG 21.50                 PUB+HC21.50
```

| | Grand Total | $715.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

321

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shagha) 01/26* (4)

**PICKING LIST**

DATE 01/18/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  02/01/17
**CANCEL DATE** / /
**ORDER DATE**  01/17/17

**DEPT:** 657       **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100349                **PO NO:** 448984                         **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707012676  48  / EM208VIDBL  Ematic 8GB 1.5" MP3 Video Plar | (1) → 15 lb | (48) | EA | $14.90 |
| ~~2~~ | ~~817707010663~~  ~~48~~ / ~~EM614VIDBL~~  ~~8GB 2.4" Touch Screen~~ | (1) | ~~48~~ | ~~EA~~ | ~~$7.00~~ |

UPS Ground

(W) — 15 lbs

322



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 12/22/2016 | | | INV # | 794227 |
|---|---|---|---|---|---|
| SOLD TO | SEARS | | | PO # | 448984 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

| SHIP TO | SEARS UNIT#0475 |
|---|---|
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **1** | **48** | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/19/2017 | 794229 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447980 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/19/2017 | 1/19/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 32 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,067.52 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 563.50 | |

| | Grand Total | $1,631.02 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 CELBY AVE
LOS ANGELES  CA  90024

Shanghai - 01/30    (1)

DATE 01/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**   / /
**REQST DATE** 02/01/17
**CANCEL DATE** / /
**ORDER DATE** 01/16/17

661-771-5410

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100346              **PO NO:** 447980                                    **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | BOX # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306<br>TV Wall Mount Kit with HDMI ca | (16) | 32 (32) | EA | $ 33.36 |
| 2 | 817707019798  5  / EMW6201<br>30-79 Tilting TV Wall Mount | (7) | 35 (35) | EA | 16.10 |

40⁴ x 48⁴ x 43⁶

(W) -) 660 lbs

FV =13.81
W = 88

325

## Shaghaï Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**        1/19/2017

**SOLD TO**     SEARS
                3333 BEVERLY RD C2-114B
                HOFFMAN ESTATES, IL 60176

**INV #**    794229
**PO #**     447980

**SHIP TO**     SEARS UNIT #0449
                1700 SCHUSTER RD
                DELANO INDUSTRIAL PK
                DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | 1 | 16 | 32 | CHINA |
| EMW6201 | 5 | | 7 | 35 | CHINA |
| | | | | | |
| **TOTAL** | | **1** | **23** | **67** | |

**SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

**SAIA**

## LTL Freight

**(SAIA)**



**10177344100 0**

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

TOLL-FREE 1-800-950-7242

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 08287101069R | 1851188 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. 310-966-1133 | DATE 01/30/17 | |
|---|---|---|---|
| STREET 2231 COLBY AVENUE | | BILL TO SHAGHAL LTD | |
| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 | |

| CONSIGNEE SEARS UNIT # 0449 | CONSIGNEE PHONE NO. 661-721-5910 | STREET ADDRESS 2231 COLBY AVENUE | |
|---|---|---|---|
| STREET 1700 SCHUSTER RD, DELANO INDUSTRIAL PK | | | |
| CITY DELANO | STATE CA | ZIP CODE 93215 | CITY LOS ANGELES |

| STATE CA | ZIP CODE 90064 |
|---|---|

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT | 660 LBS | 85 | Freight charges are PREPAID unless marked collect. |
| | | ( 40X48X43 ) 38 BOX | | | CHECK BOX IF COLLECT ☐ |
| | | PO# 447980 | | | |
| | | INV# 794229 | | | CHARGES ADVANCED $ _____ |
| | | PICKUP# 6224981  TIME: 4:30PM - 6:00PM | | | |
| | | MABD : 01/31/17 | | | Received: _____ to apply in the prepayment of the charges on the property described hereon. |
| | | | | | _____ |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| NOTE  (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL  660 LBS | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $ _____

Per _____
Shipper _____
Per _____ Address _____

SAIA LTL FREIGHT
BY: _____ 1/30/17

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

*Richard Aguinize*

**327**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/24/2017 | 795893 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 460394 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/24/2017 | 1/24/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 60 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 626.40 | |
| 40 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 705.60 | |
| 34 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,134.24 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| | Grand Total | $2,923.74 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*GC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST                                                                                    (4)

N1P 02/01

DATE 01/24/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

570-831-2000

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**  / /
**REQST DATE**  02/08/17
**CANCEL DATE**  / /
**ORDER DATE**  01/23/17

DEPT: 657         TYPE: RE          INSTRUCTIONS:

ORDER NO: 100352               PO NO: 460394                                    PAGE:   1

SHIP TO:  SEARS UNIT # 0443

BOX'S

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|-------------|-----------------|----------|
| 1 | 817707019828  10  / EMW5105  23-65 Fixed Low Profile TV Wal | (3) | 30 (30) | EA | $ 7.20 |
| 2 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | (12) | 60 (60) | EA | $ 10.44 |
| 3 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | (8) | 40 (40) | EA | $ 17.64 |
| 4 | 817707019804  2  / EMW5306  TV Wall Mount Kit with HDMI ca | (17) | 34 (34) | EA | $ 33.36 |
| 5 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | (3) | 15 (15) | EA | $ 16.10 |

43                    179

40" x 48" x 65"

(W) → 1189 lbs

FD = 16.44
W = 70

329

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 1/24/2017 | | **INV #** | 795893 |
| **SOLD TO** | SEARS | | **PO #** | 460394 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT #0443 | | | |
| | 1055 HANOVER ST | | | |
| | HANOVER INDUSTRIAL PK | | | |
| | WILKES BARRE, PA 187062028 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 12 | 60 | CHINA |
| EMW4101 | 5 | 1 | 8 | 40 | CHINA |
| EMW5306 | 2 | | 17 | 34 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **43** | **179** | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242





10144776870 6

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 460394 | 1963732 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party as any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | 310-966-1133 | 012/02/17 |

| STREET | BILL TO |
|---|---|
| 2231 COLBY AVENUE | SHAGHAL LTD |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT # 0443 | 570-831-2000 | 2231 COLBY AVENUE |

| STREET | | |
|---|---|---|
| 1055 HANOVER ST | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| WILKES BARRE | PA | 18706 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate |
|---|---|---|---|---|
| 1 PLTS | | TV WALL MOUNT  40X48X65  43 BOX | 1189 LBS | 70 |
| | | PO# 460394  INV# 795893 | | |
| | | PICKUP # 6252164 TIME: 4:30PM - 6:00PM | | |
| | | MABD : 02/07/17 | | |

Freight charges are PREPAID unless marked collect.

CHECK BOX IF COLLECT ☐

CHARGES ADVANCED $ _____

Received: _____
to apply in the prepayment of the charges on the property described hereon.

_____
(Agent or Cashier)

Per _____
(The signature here acknowledges only the amount prepaid)

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | TOTAL |

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

Per _____

Shipper _____

Per _____   Address _____

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

SAIA/LTL FREIGHT

BY: _____

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/24/2017 | 795894 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings 3333 BEVERLY RD. C2-114B HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446 3456 MEYERS RD MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 460395 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|--|------|----------|-----------|----------|
| | | 1/24/2017 | 1/24/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 10 | EMW4101 | 17-55" FULL Motion TV Mount | 17.64 | | 176.40 | |
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

3Y49V7        FEB 1, 2017        ACT WT 26.0 LBS        1 OF 8
SVC GNDCOM                       BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342253641
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  12.40 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 12.40                 NR+HC12.40
TOT PUB CHG 28.43                PUB+HC28.43

3Y49V7        FEB 1, 2017        ACT WT 20.0 LBS        2 OF 8
SVC GNDCOM                       BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342768856
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  10.03 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 10.03                 NR+HC10.03
TOT PUB CHG 22.98                PUB+HC22.98

3Y49V7        FEB 1, 2017        ACT WT 20.0 LBS        3 OF 8
SVC GNDCOM                       BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342265665
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  10.03 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 10.03                 NR+HC10.03
TOT PUB CHG 22.98                PUB+HC22.98

3Y49V7        FEB 1, 2017        ACT WT 40.0 LBS        4 OF 8
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342310070
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  17.40 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 17.40                 NR+HC17.40
TOT PUB CHG 39.91                PUB+HC39.91

3Y49V7        FEB 1, 2017        ACT WT 40.0 LBS        5 OF 8
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342988081
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  17.40 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 17.40                 NR+HC17.40
TOT PUB CHG 39.91                PUB+HC39.91

| Grand Total | $566.74 |
|-------------|---------|

acknowledged and accepted in full.

GC

at th...
on of...
ockin...
dabl...
e, th...
y Ve...
...in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and condit...

Thank you for y...

2231 COLBY AVE
LOS ANGELES  CA  90024

Ship 02(0)

**PICKING LIST**

DATE 01/24/17

④

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

DELIV DATE     / /
REQST DATE  02/08/17
CANCEL DATE  / /
ORDER DATE  01/23/17

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100353        PO NO: 460395        PAGE:   1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828  10 / EMW5105  23-65 Fixed Low Profile TV Wal | ① — 26 lbs | 10 (10) | EA | $ 7.20 |
| 2 | 817707019781  5 / EMW3401  10-49 FULL Motion TV Mount | ② — 20 lbs | 10 (10) | EA | $ 10.44 |
| 3 | 817707019811  5 / EMW4101  17-55 Full Motion TV Mount | ② — 40 lbs | 10 (10) | EA | $ 17.64 |
| 4 | 817707019804  2 / EMW5306  TV Wall Mount Kit with HDMI ca | ② — 25 lbs | 4 (4) | EA | $ 33.30 |
| 5 | 817707019798  5 / EMW6201  30-79 Tilting TV Wall Mount | ① — 35 lbs | 5 (5) | EA | $ 16.10 |

8

39

UPS Around

W) — 1229 lbs

333

**Shanghai Ltd.**
Corp_____
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 1/24/2017 | | INV # | 795894 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 460395 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| SHIP TO | SEARS UNIT #0446 |
|---------|------------------|
| | 3456 MEYERS RD |
| | MEMPHIS, TN 381081917 |

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 2 | 4 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| TOTAL | | | 8 | 39 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7      FEB 1, 2017    ACT WT 25.0 LBS        6 OF 8
SVC GNDCOM             BL WT 25.0 LBS
TRACKING# 1Z3Y49V70340555695
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  11.89 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 11.89              NR+HC11.89
TOT PUB CHG 27.26            PUB+HC27.26
```

```
3Y49V7      FEB 1, 2017    ACT WT 33.0 LBS        8 OF 8
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340783715
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.84 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 14.84              NR+HC14.84
TOT PUB CHG 34.03            PUB+HC34.03
```

```
3Y49V7      FEB 1, 2017    ACT WT 25.0 LBS        7 OF 8
SVC GNDCOM             BL WT 25.0 LBS
TRACKING# 1Z3Y49V70340028906
REF 1:INV#795894
REF 2:PO#460395

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  11.89 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 11.89              NR+HC11.89
TOT PUB CHG 27.26            PUB+HC27.26
```

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 1/24/2017 | 795896 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 460399 | | N/A | | | | 1/24/2017 | 1/24/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 80 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,120.00 | |

```
3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        1 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341368226
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51

3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        2 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340870237
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51

3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        3 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342301848
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51
```

```
3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        4 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341079056
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51

3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        5 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341977882
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51

3Y49V7        FEB 1, 2017   ACT WT 8.0 LBS        6 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341734276
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.49 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 9.49                    NR+HC9.49
TOT PUB CHG 15.51                 PUB+HC15.51
```

| | Grand Total | $1,120.00 |
|---|---|---|

...y acknowledged and accepted in full.        *GC*

...accounts will incur a charge of 1.5% per month. All charges are non-refundab...
proceedings or legal action to enforce any of the funds due under this invoice, t...
to said past due funds all legal costs and attorney fees reasonably incurred by V...
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca...
State of California. Vendee agrees to the terms and condi...

**Thank you for**

335

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE 01/24/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  02/08/17
**CANCEL DATE** / /
**ORDER DATE** 01/23/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100357            **PO NO:** 460399            **PAGE:** 1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707018043  8  / EDT201ANT<br>edt201ant/multi | (10) — 8 lbs | 80 (80) | EA | $ 14.00 |

UPS Ground

(W) → 80 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 986 1133    F (310) 986 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 1/24/2017 | | **INV #** | 795896 |
| **SOLD TO** | SEARS | | **PO #** | 460399 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT#0475 | | | |
| | CDF-MANTENO-SLS | | | |
| | 8374 N 4000 EAST | | | |
| | MANTENO, IL 60950-3588 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT201ANT | 8 | | 10 | 80 | CHINA |
| | **TOTAL** | | 10 | 80 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7      FEB 1, 2017   ACT WT 8.0 LBS      7 OF 10
SVC GNDCOM            BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341644284
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.49 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 9.49              NR+HC9.49
TOT PUB CHG 16.61           PUB+HC16.61
```

```
3Y49V7      FEB 1, 2017   ACT WT 8.0 LBS      9 OF 10
SVC GNDCOM            BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340609100
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.49 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 9.49              NR+HC9.49
TOT PUB CHG 16.61           PUB+HC16.61
```

```
3Y49V7      FEB 1, 2017   ACT WT 8.0 LBS      8 OF 10
SVC GNDCOM            BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342163891
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.49 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 9.49              NR+HC9.49
TOT PUB CHG 16.61           PUB+HC16.61
```

```
3Y49V7      FEB 1, 2017   ACT WT 8.0 LBS     10 OF 10
SVC GNDCOM            BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340266910
REF 1:INV#795896
REF 2:PO#460399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.49 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 9.49              NR+HC9.49
TOT PUB CHG 16.61           PUB+HC16.61
```

*Shaghal 795899*

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 1/24/2017 | 795899 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 460392 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 1/24/2017 | 1/24/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| Grand Total | $969.18 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*GC*

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

338

2231 COLBY AVE
LOS ANGELES  CA   90024

*(handwritten)* PICKING LIST  *Ser LP - 0401*  ④

**DATE** 01/24/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**   / /
**REQST DATE**  02/08/17
**CANCEL DATE** / /
**ORDER DATE** 01/23/17

*(handwritten)* 904-727-3228

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100350            **PO NO:** 460392                                **PAGE:**   1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  *10*  / EMW5105  23-65 Fixed Low Profile TV Wal | ② | 20 (20) | EA | $ *7.20* |
| 2 | 817707019781  *5*  / EMW3401  10-49 FULL Motion TV Mount | ① | 5 (5) | EA | $ *10.44* |
| 3 | 817707019811  *5*  / EMW4101  17-55 Full Motion TV Mount | ③ | 15 (15) | EA | $ *17.64* |
| 4 | 817707019804  *2*  / EMW5306  TV Wall Mount Kit with HDMI ca | ④ | 8 (8) | EA | $ *33.36* |
| 5 | 817707019798  *5*  / EMW6201  30-79 Tilting TV Wall Mount | ③ | 15 (15) | EA | $ *16.10* |

*(handwritten)* 13 ‾        63 ‾

*(handwritten)* 40" × 48 × 28"  -- 194.56

*(handwritten)* Ⓦ → 428 lbs    FD = 13.76    CL = 85

*(handwritten)* 339

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 1/24/2017 | | | **INV #** | 795899 |
| **SOLD TO** | SEARS | | | **PO #** | 460392 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

**SHIP TO**   SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 13 | 63 | |

_____
        **SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

SM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



(SAIA)

**10144776880 0**

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariff at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 460392 | 1964438 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. 310-966-1133 | DATE 012/02/17 | |
|---|---|---|---|
| STREET 2231 COLBY AVENUE | | BILL TO SHAGHAL LTD | |
| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 | |

| CONSIGNEE SEARS UNIT # 0425 | CONSIGNEE PHONE NO. 904-727-3228 | STREET ADDRESS 2231 COLBY AVENUE | | |
|---|---|---|---|---|
| STREET JACKSONVILLE - RRC 10512 BUSCH DR N | | CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
| CITY JACKSONVILLE | STATE FL | ZIP CODE 32218 | | |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLTS | | TV WALL MOUNT 40X48X28 13 BOX | 428 LBS | 85 | Freight charges are PREPAID unless marked collect. |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PO# 460392 INV# 795899 | | | |
| | | PICKUP # 6252164 TIME: 4:30PM - 6:00PM | | | CHARGES ADVANCED $ _____ |
| | | MABD : 02/07/17 | | | |
| | | | | | Received: to apply in the prepayment of the charges on the property described hereon. |
| | | IS/WPLT | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | TOTAL | 428 LBS |
|---|---|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature _____

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $

| Per _____ | | | | C.O.D. fee to be paid by: |
|---|---|---|---|---|
| Shipper _____ | | SAIA LTL FREIGHT | | ☐ SHIPPER ☐ CONSIGNEE |
| Per _____ Address _____ | | BY: _____ | | |

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?
☐ YES ☐ NO



# SHAGHAL Ltd.
### Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 2/1/2017 | 799154 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 462501 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 2/1/2017 | 2/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 1,430.40 | |

| | Grand Total | USD 1,430.40 |
|--|-------------|--------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____  Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**342**

## Thank you for your Business!



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 2/8/2017 | 802006 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 464357 | | N/A | | | 2/8/2017 | 2/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 14 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 467.04 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | Grand Total | $1,695.74 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

343

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal — 02116*    (4)

DATE  02/07/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**    / /
**REQST DATE**  02/22/17
**CANCEL DATE**  / /
**ORDER DATE**  02/06/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100368                **PO NO:** 464357                **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019828  10  / EMW5105<br>23-65 Fixed Low Profile TV Wal | ① | 10 ⑩ | EA | $ 7.20 |
| 2 | 817707019781  5  / EMW3401<br>10-49 FULL Motion TV Mount | ⑥ | 30 ㉚ | EA | $ 10.44 |
| 3 | 817707019811  5  / EMW4101<br>17-55 Full Motion TV Mount | ⑤ | 25 ㉕ | EA | $ 17.64 |
| 4 | 817707019804  2  / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑦ | 14 ⑭ | EA | $ 33.36 |
| 5 | 817707019798  5  / EMW6201<br>30-79 Tilting TV Wall Mount | ⑤ | 25 ㉕ | EA | $ 16.10 |

24

104

40"x48x 45"

(W") —) 719 lbs

FO = 14.38
cu = 85

**344**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 2/8/2017 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 802006 |
| PO # | 464357 |

| | |
|---|---|
| SHIP TO | SEARS UNIT #0443 |
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 6 | 30 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 7 | 14 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | | | | | |
| | TOTAL | 1 | 24 | 104 | |

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

345

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



**SAIA**
**LTL Freight**
**(SAIA)**

10183383510 2

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 464357 | 2590192 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | | SHIPPER PHONE NO. | DATE |
|---|---|---|---|
| SHAGHAL LTD | | 310-966-1133 | 02/15/17 |

| STREET | | | BILL TO |
|---|---|---|---|
| 2231 COLBY AVENUE | | | SHAGHAL  LTD |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS # 0443 | 570-831-2000 | 2231 COLBY AVENUE |

| STREET | | | |
|---|---|---|---|
| 1055 HANOVER ST., HANOVER INDUSTRIAL PK | | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| WILKES BARRE | PA | 18706 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT  ( 40X48X45 )  24 BOXES | 719 LBS | 85 | Freight charges are PREPAID unless marked collect. |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PO# 464357  INV# 802006 | | | |
| | | PICKUP# 6392013 TIME: 4PM - 6PM | | | CHARGES ADVANCED $ _____ |
| | | MABD : 02/21/17 | | | |
| | | | | | Received: |
| | | | | | to apply in the prepayment of the charges on the property described hereon. |
| | | | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ |
| | | | | | (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |

NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound).

| | TOTAL | 719 LBS |
|---|---|---|

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

C.O.D.    $

C.O.D. fee to be paid by:

Per _____

Shipper _____

Per _____  Address _____

SAIA LTL FREIGHT

BY: _____

☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?

☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 2/8/2017 | 802023 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 464362 | | N/A | | | | 2/8/2017 | 2/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 80 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,120.00 | |

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        1 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342540198
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        2 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342133404
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        3 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341208219
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        4 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340100621
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        5 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340706638
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

```
3Y49V7      FEB 16, 2017   ACT WT 8.0 LBS        6 OF 10
SVC GNDCOM               BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341082248
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 9.54             NR + HC9.54
TOT PUB CHG 16.34           PUB + HC16.34
```

cknowledged and accepted in full. *F*

| Grand Total | $1,120.00 |
|---|---|

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and condit

**Thank you for y**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

*Shaghal 02/16* (4)

DATE 02/07/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE** / /
**REQST DATE** 02/22/17
**CANCEL DATE** / /
**ORDER DATE** 02/06/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100373              **PO NO:** 464362                              **PAGE:**   1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box# | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|------|-------------|-----------------|----------|
| 1 | 817707018043  8  / EDT201ANT  edt201ant/multi | (10) → 8 lbs  80 | (80) | EA  $ 14.00 | |

*UPS Ground*

(W) → 80 lbs

348



**Shaghal Ltd.**
2221 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 2/8/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT#0475 | |
| | CDF-MANTENO-SLS | |
| | 8374 N 4000 EAST | |
| | MANTENO, IL 60950-3588 | |

**INV #** 802023
**PO #** 464362

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EDT201ANT | 8 | | 10 | 80 | CHINA |
| | | | | | |
| **TOTAL** | | | **10** | **80** | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE

## THANK YOU FOR YOUR BUSINESS

3Y49V7      FEB 16, 2017    ACT WT 8.0  LBS        7 OF 10
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342043458
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.54 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD  0.00
AH 0.00          PR  0.00          SP  0.00
TOT NR CHG 9.54                    NR+HC9.54
TOT PUB CHG 16.34              PUB+HC16.34

3Y49V7      FEB 16, 2017    ACT WT 8.0  LBS        9 OF 10
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342386676
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.54 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD  0.00
AH 0.00          PR  0.00          SP  0.00
TOT NR CHG 9.54                    NR+HC9.54
TOT PUB CHG 16.34              PUB+HC16.34

3Y49V7      FEB 16, 2017    ACT WT 8.0  LBS        8 OF 10
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341766269
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.54 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD  0.00
AH 0.00          PR  0.00          SP  0.00
TOT NR CHG 9.54                    NR+HC9.54
TOT PUB CHG 16.34              PUB+HC16.34

3Y49V7      FEB 16, 2017    ACT WT 8.0  LBS        10 OF 10
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341600688
REF 1:INV#802023
REF 2:PO#464362

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  9.54 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD  0.00
AH 0.00          PR  0.00          SP  0.00
TOT NR CHG 9.54                    NR+HC9.54
TOT PUB CHG 16.34              PUB+HC16.34

Shaghal Ltd.

# INVOICE - A

*Est. 1985*

OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 2/14/2017 | 804410 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0446<br>3456 MEYERS RD<br>MEMPHIS, TN 381081917 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 466558 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 2/14/2017 | 2/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7        FEB 23, 2017   ACT WT 25.0 LBS       1 OF 6
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341766831
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.64 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 12.64              NR+HC12.64
TOT PUB CHG 28.98            PUB+HC28.98

3Y49V7        FEB 23, 2017   ACT WT 25.0 LBS       2 OF 6
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341973446
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.64 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 12.64              NR+HC12.64
TOT PUB CHG 28.98            PUB+HC28.98

3Y49V7        FEB 23, 2017   ACT WT 25.0 LBS       3 OF 6
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340486663
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.64 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 12.64              NR+HC12.64
TOT PUB CHG 28.98            PUB+HC28.98
```

```
3Y49V7        FEB 23, 2017   ACT WT 25.0 LBS       4 OF 6
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342681466
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.64 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 12.64              NR+HC12.64
TOT PUB CHG 28.98            PUB+HC28.98

3Y49V7        FEB 23, 2017   ACT WT 25.0 LBS       5 OF 6
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342893870
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 12.64 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 12.64              NR+HC12.64
TOT PUB CHG 28.98            PUB+HC28.98

3Y49V7        FEB 23, 2017   ACT WT 33.0 LBS       6 OF 6
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340019861
REF 1:INV#804410
REF 2:PO#466558

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 15.77 USD
DV 0.00        COD    0.00        RS 0.00
DC 0.00        DGD    0.00        SD 0.00
AH 0.00        PR     0.00        SP 0.00
TOT NR CHG 15.77              NR+HC15.77
TOT PUB CHG 36.18            PUB+HC36.18
```

| Grand Total | $414.10 |
|---|---|

acknowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges are non-refundal
proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

**Thank you for**

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE  02/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**  / /
**REQST DATE**  03/01/17
**CANCEL DATE**  / /
**ORDER DATE**  02/13/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100377            **PO NO:** 466558                    **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804 / EMW5306  TV Wall Mount Kit with HDMI ca | 10 | EA | $ 33.36 |
| 2 | 817707019798 / EMW6201  30-79 Tilting TV Wall Mount | 5 | EA | $ 16.10 |

*Handwritten annotations:*

Box's
(5) – 25 lbs
(1) – 33 lbs

(2) 817707019804, (10) Qty, $33.36
(5) 817707019798, (5) Qty, $16.10

UPS Ground

(W) –1 158 lbs

351



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 2/14/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**  804410
**PO #**  466558

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0446 |
| | 3456 MEYERS RD |
| | MEMPHIS, TN 381081917 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| **TOTAL** | | | 6 | 15 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/21/2017 | 806507 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 468439 | | N/A | | | | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      1 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342787333
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      2 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342634944
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      3 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340188154
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      4 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340822968
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      5 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341875374
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        MAR 2, 2017    ACT WT 35.0  LBS      6 OF 6
SVC GNDCOM                   BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342241387
REF 1:INV#806607
REF 2:PO#468439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00              COD   0.00         RS 0.00
DC 0.00              DGD   0.00         SD 0.00
AH 0.00              PR    0.00         SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

| | Grand Total | $400.32 |
|--|-------------|---------|

acknowledged and accepted in full.

the event vendors accept returned goods, Vendee will pay Vendor a restock
accounts will incur a charge of 1.5% per month. All charges are non-refundal
proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

## Thank you for

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal 03/02*

DATE 02/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  / /
**REQST DATE** 03/08/17
**CANCEL DATE** / /
**ORDER DATE** 02/20/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100381          **PO NO:** 468439          **PAGE:**  1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306 | 12 (12) | EA | $ 33.36 |
|   | TV Wall Mount Kit with HDMI ca | | | |

*Box's*
⑥ — 35 lb

*UPS Ground*

Ⓦ — 210 lb

354

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 02/21/17 | | INV # | 806507 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 468439 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| SHIP TO | SEARS UNIT #0440 |
|---------|------------------|
| | 1600 N BOUDREAU RD |
| | MANTENO, IL 609509377 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| | | | | | |
| | TOTAL | | 6 | 12 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 02/21/2017 | 806508 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0443 |
| 1055 HANOVER ST |
| HANOVER INDUSTRIAL PK |
| WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 468440 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |

```
3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         1 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342976996
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25


3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         2 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341898206
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25


3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         3 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340181017
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25
```

```
3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         4 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342961420
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25


3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         5 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341936433
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25


3Y49V7        MAR 2, 2017   ACT WT 35.0  LBS         6 OF 12
SVC GNDCOM                  BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342969040
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 19.73                 NR+HC19.73
TOT PUB CHG 45.25                PUB+HC45.25
```

| Grand Total | $800.64 |
|-------------|---------|

acknowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges are non-refundabl
proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and conditi

**Thank you for y**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal 03102  (4)

PICKING LIST

DATE  02/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**    / /
**REQST DATE**  03/08/17
**CANCEL DATE** / /
**ORDER DATE** 02/20/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100382           **PO NO:** 468440                **PAGE:**   1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Box's | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019804  2 / EMW5306  TV Wall Mount Kit with HDMI ca | (12) ← 35 lbs | 24 (24) | EA | $ 33.36 |



UPS Ground

$ 236.76

(W) → 420 lbs

357

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 02/21/17 | | INV # | 806508 |
|------|----------|---|-------|--------|
| SOLD TO | SEARS | | PO # | 468440 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| SHIP TO | SEARS UNIT #0443 |
|---------|------------------|
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| | TOTAL | | 12 | 24 | |

---

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        7 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342648261
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        8 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340979068
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        9 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341887478
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        10 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341869489
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        11 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342581091
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

3Y49V7          MAR 2, 2017      ACT WT 35.0 LBS        12 OF 12
SVC GNDCOM                       BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342438308
REF 1:INV#806508
REF 2:PO#468440

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/21/2017 | 806509 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 468441 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |

```
3Y49V7          MAR 2, 2017   ACT WT 35.0 LBS        1 OF 3
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340217112
REF 1:INV#806509
REF 2:PO#468441

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.46 USD
DV 0.00                 COD   0.00       RS  0.00
DC 0.00                 DGD   0.00       SD  0.00
AH 0.00                 PR    0.00       SP  0.00
TOT NR CHG 16.46                   NR+HC16.46
TOT PUB CHG 37.73                  PUB+HC37.73
```

```
3Y49V7          MAR 2, 2017   ACT WT 35.0 LBS        2 OF 3
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341663623
REF 1:INV#806509
REF 2:PO#468441

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.46 USD
DV 0.00                 COD   0.00       RS  0.00
DC 0.00                 DGD   0.00       SD  0.00
AH 0.00                 PR    0.00       SP  0.00
TOT NR CHG 16.46                   NR+HC16.46
TOT PUB CHG 37.73                  PUB+HC37.73
```

```
3Y49V7          MAR 2, 2017   ACT WT 35.0 LBS        3 OF 3
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342043638
REF 1:INV#806509
REF 2:PO#468441

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  16.46 USD
DV 0.00                 COD   0.00       RS  0.00
DC 0.00                 DGD   0.00       SD  0.00
AH 0.00                 PR    0.00       SP  0.00
TOT NR CHG 16.46                   NR+HC16.46
TOT PUB CHG 37.73                  PUB+HC37.73
```

| | Grand Total | $200.16 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL INC.
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal 03/02*  (4)

DATE  02/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0446

3456 MEYERS RD
MEMPHIS  TN  381081917

**SHIP-FOR ADDRESS**
SEARS UNIT # 0446
3456 MEYERS RD
MEMPHIS  TN  381081917

**DELIV DATE**    / /
**REQST DATE**  03/08/17
**CANCEL DATE**  / /
**ORDER DATE**  02/20/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100383          **PO NO:** 468441          **PAGE:**    1

SHIP TO: SEARS UNIT # 0446

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019804  2 / EMW5306  TV Wall Mount Kit with HDMI ca | *BOX's* *(3)* — *35 lbs*  6 *(6)* | EA | *$33.36* |

*UPS Ground*

*(W) — 105 lbs*

360

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles. CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 02/21/17 | | INV # | 806509 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 468441 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO     SEARS UNIT #0446
3456 MEYERS RD
MEMPHIS, TN 381081917

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 6 | |

_____
SIGNATURE

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/21/2017 | 806510 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT #0470
8374 N 4000 EAST
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 468444 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 25 | EMP60 | 6ft Optical Audio Cable | 2.50 | | 62.50 | |
| 4 | EPD707TL | Ematic Portable DVD Player (Teal) | 42.00 | | 168.00 | |
| 4 | EPD116BL | 10 Inch Portable DVD Player (Black) | 52.00 | | 208.00 | |

```
3Y49V7        MAR 2, 2017   ACT WT 10.0 LBS        1 OF 3
SVC GNDCOM                  BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341843149
REF 1:INV#806510
REF 2:PO#468444

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.64 USD
  DV  0.00         COD    0.00           RS   0.00
  DC  0.00         DGD    0.00           SD   0.00
  AH  0.00         PR     0.00           SP   0.00
TOT NR CHG 9.64                 NR+HC9.64
TOT PUB CHG 17.78              PUB+HC17.78

3Y49V7        MAR 2, 2017   ACT WT 14.0 LBS        2 OF 3
SVC GNDCOM                  BL WT 14.0 LBS
TRACKING# 1Z3Y49V70341268361
REF 1:INV#806510
REF 2:PO#468444

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 10.39 USD
  DV  0.00         COD    0.00           RS   0.00
  DC  0.00         DGD    0.00           SD   0.00
  AH  0.00         PR     0.00           SP   0.00
TOT NR CHG 10.39               NR+HC10.39
TOT PUB CHG 22.11             PUB+HC22.11
```

```
3Y49V7        MAR 2, 2017   ACT WT 19.0 LBS        3 OF 3
SVC GNDCOM                  BL WT 19.0 LBS
TRACKING# 1Z3Y49V70340895167
REF 1:INV#806510
REF 2:PO#468444

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 12.08 USD
  DV  0.00         COD    0.00           RS   0.00
  DC  0.00         DGD    0.00           SD   0.00
  AH  0.00         PR     0.00           SP   0.00
TOT NR CHG 12.08               NR+HC12.08
TOT PUB CHG 26.97             PUB+HC26.97
```

| Grand Total | $438.50 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal 03/02*

DATE 02/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL  609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO  IL  609503588

**DELIV DATE**  / /
**REQST DATE** 03/08/17
**CANCEL DATE** / /
**ORDER DATE** 02/20/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100386          **PO NO:** 468444          **PAGE:**  1

SHIP TO: SEARS UNIT # 0470

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|-------------|-----------------|----------|
| 1 | 817707017268 *25* / EMP60  6ft Optical Audio Cable | ① — 10 lbs | 25 ㉕ | EA | $ 2.50 |
| 2 | 817707013222 *4* / EPD707TL  EPD707 7" Portable DVD Player | ① — 14 lbs | 4 ④ | EA | $ 42.00 |
| 3 | 817707017145 *4* / EPD116BL  10" Portable DVD | ① — 19 lbs | ④ ④ | EA | $ 52.00 |

*UPS Around*

*(W) →*

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133       F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/21/17 | **INV #** | 806510 |
| **SOLD TO** | SEARS | **PO #** | 468444 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0470 |
| | MANTENO-CDF-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMP60 | 25 | | 1 | 25 | CHINA |
| EPD707TL | 4 | | 1 | 4 | CHINA |
| EPD116BL | 4 | | 1 | 4 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 33 | |

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/21/2017 | 806512 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 468442 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        1 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341852139
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        2 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340907742
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        3 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342348960
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        4 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341351760
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        5 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340052175
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7        MAR 3, 2017    ACT WT 35.0 LBS        6 OF 6
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342146187
REF 1:INV#806512
REF 2:PO#468442

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.19 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 14.19              NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

| | Grand Total | $400.32 |
|---|---|---|

acknowledged and accepted in full.

the event vendors accept returned goods, Vendee will pay Vendor a restock...
accounts will incur a charge of 1.5% per month. All charges are non-refunda...
proceedings or legal action to enforce any of the funds due under this invoice, ...
to said past due funds all legal costs and attorney fees reasonably incurred by V...
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C...
State of California. Vendee agrees to the terms and conc...

**Thank you for**

365

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal → 00/10*    ③

DATE 02/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE    / /
REQST DATE  03/08/17
CANCEL DATE  / /
ORDER DATE  02/20/17

DEPT: 657      TYPE: RE      INSTRUCTIONS:

ORDER NO: 100384      PO NO: 468442      PAGE:    1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019804  *2* / EMW5306<br>TV Wall Mount Kit with HDMI ca | 12 *(12)* | EA | |

*Box's*
*⑥ — 35 lbs*

*$33.36*

*UPS Ground*

*Ⓦ) → 210 lbs*

366

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/21/17 | **INV #** | 806512 |
| **SOLD TO** | SEARS | **PO #** | 468442 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**

SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5306 | 2 | | 6 | 12 | CHINA |
| **TOTAL** | | | 6 | 12 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

367

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/21/2017 | 806513 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 468443 | | N/A | | | 02/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      1 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341489792
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      2 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340699003
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      3 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342749811
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      4 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342678229
REF 1:INV#806613
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      5 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342680233
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

3Y49V7      MAR 3, 2017    ACT WT 36.0 LBS      6 OF 12
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341711844
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.88                PUB+HC16.88

| | Grand Total | $800.64 |
|---|---|---|

acknowledged and accepted in full.  F

said condition. All sales are final, and no refunds are allowed. No cancellation o
the event vendors accept returned goods, Vendee will pay Vendor a restockin
accounts will incur a charge of 1.5% per month. All charges are non-refundabl
proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and condit

Thank you for y

**PICKING LIST**

Shaghal 03/03 ①

DATE 02/21/17

| SHIP-TO ADDRESS | SHIP-FOR ADDRESS | |
|---|---|---|
| SEARS UNIT # 0449 | SEARS UNIT # 0449 | DELIV DATE  / / |
| 1700 SCHUSTER RD | DELANO INDUSTRIAL PK | REQST DATE  03/08/17 |
| DELANO INDUSTRIAL PK | DELANO  CA  932159572 | CANCEL DATE  / / |
| DELANO  CA  932159572 | | ORDER DATE  02/20/17 |

DEPT: 657    TYPE: RE    INSTRUCTIONS:

ORDER NO: 100385    PO NO: 468443    PAGE:    1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019804   2 / EMW5306 | 24 | EA | |
| | TV Wall Mount Kit with HDMI ca | | | |

Box's

⑫ — 35 lbs

24 ㉔    $ 33.36

UPS Ground    $92.64

Ⓦ — 420 lbs

369

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 02/21/17 | | **INV #** | 806513 |
| **SOLD TO** | SEARS | | **PO #** | 468443 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

**SHIP TO**    SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| | **TOTAL** | | 12 | 24 | |

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS      7 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341089064
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS     10 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340464286
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS      8 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342687862
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS     11 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341573897
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS      9 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342044270
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7          MAR 3, 2017    ACT WT 35.0 LBS     12 OF 12
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340519108
REF 1:INV#806513
REF 2:PO#468443

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 2/23/2017 | 807336 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 469391 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 2/23/2017 | 2/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 144 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 3,888.00 | |

```
3Y49V7          MAR 2, 2017   ACT WT 15.0 LBS      1 OF 3
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342467683
REF 1:INV#807336
REF 2:PO#469391

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00              COD   0.00     RS 0.00
DC 0.00              DGD   0.00     SD 0.00
AH 0.00              PR    0.00     SP 0.00
TOT NR CHG 10.66                    NR+HC10.66
TOT PUB CHG 22.71                   PUB+HC22.71


3Y49V7          MAR 2, 2017   ACT WT 15.0 LBS      2 OF 3
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340745195
REF 1:INV#807336
REF 2:PO#469391

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00              COD   0.00     RS 0.00
DC 0.00              DGD   0.00     SD 0.00
AH 0.00              PR    0.00     SP 0.00
TOT NR CHG 10.66                    NR+HC10.66
TOT PUB CHG 22.71                   PUB+HC22.71


3Y49V7          MAR 2, 2017   ACT WT 15.0 LBS      3 OF 3
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342138409
REF 1:INV#807336
REF 2:PO#469391

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00              COD   0.00     RS 0.00
DC 0.00              DGD   0.00     SD 0.00
AH 0.00              PR    0.00     SP 0.00
TOT NR CHG 10.66                    NR+HC10.66
TOT PUB CHG 22.71                   PUB+HC22.71
```

| Grand Total | $3,888.00 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shaghai 03/02 (4

DATE  02/22/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  03/08/17
**CANCEL DATE**  / /
**ORDER DATE**  02/21/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100388                **PO NO:** 469391                **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Boxs (3) — 15 lbs | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------------|-------------|-----------------|----------|
| 1 | 817707016803 (48) / EM318VIDBL Ematic 8GB 2.4" Touch Screen h | | 144 (144) | EA | $ 27.00 |

UPS Ground

(W) → 45 lbs

372



| DATE | 2/23/2017 | | INV # | 807336 |
| SOLD TO | SEARS | | PO # | 469391 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO   SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 3 | 144 | CHINA |
| | TOTAL | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/02/2017 | 810398 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 470290 | | N/A | | | | 03/02/2017 | 03/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |

```
3Y49V7        MAR 9, 2017     ACT WT 35.0 LBS        1 OF 2
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340496893
REF 1:INV#810398
REF 2:PO#470290

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00          COD   0.00     RS 0.00
DC 0.00          DGD   0.00     SD 0.00
AH 0.00          PR    0.00     SP 0.00
TOT NR CHG 18.27          NR+HC18.27
TOT PUB CHG 40.16         PUB+HC40.16
```

```
3Y49V7        MAR 9, 2017     ACT WT 35.0 LBS        2 OF 2
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340622103
REF 1:INV#810398
REF 2:PO#470290

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00          COD   0.00     RS 0.00
DC 0.00          DGD   0.00     SD 0.00
AH 0.00          PR    0.00     SP 0.00
TOT NR CHG 18.27          NR+HC18.27
TOT PUB CHG 40.16         PUB+HC40.16
```

| | Grand Total | $133.44 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

374

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* 303109    (4)

PICKING LIST

**DATE** 02/28/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**    / /
**REQST DATE**  03/15/17
**CANCEL DATE** / /
**ORDER DATE** 02/27/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100389        **PO NO:** 470290        **PAGE:**    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306  TV Wall Mount Kit with HDMI ca | (2) — 35 lb | 4   4 | EA | $33.36 |

(2) → 35 lbs

UPS Ground

(W) → 70 lbs

375



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 3/2/2017 | **INV #** | 810398 |
| **SOLD TO** | SEARS | **PO #** | 470290 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**    SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 2 | 4 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 4 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 3/2/2017 | 810400 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 470293 | | N/A | | | | 3/2/2017 | 3/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 64 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 896.00 | |

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      1 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342713322
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      4 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341392164
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      2 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340511339
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      5 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342866962
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      3 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342398941
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

| | Grand Total | $896.00 |
|---|---|---|

acknowledged and accepted in full. *F*

*BC*

```
3Y49V7          MAR 9, 2017   ACT WT 8.0 LBS      6 OF 8
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341159371
REF 1:INV#810400
REF 2:PO#470293

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00              COD     0.00         RS 0.00
DC 0.00              DGD     0.00         SD 0.00
AH 0.00              PR      0.00         SP 0.00
TOT NR CHG 9.54                 NR + HC9.54
TOT PUB CHG 16.34               PUB + HC16.34
```

accounts will incur a charge of 1.5% per month. All charges are non-refunda
proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and conc

**Thank you for**

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

*Shaghal → 03/09* (4)

DATE 02/28/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  03/15/17
**CANCEL DATE**  / /
**ORDER DATE**  02/27/17

**DEPT:** 657        **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100392            **PO NO:** 470293            **PAGE:**    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707018043  8  / EDT201ANT <br> edt201ant/multi | 64   64 | EA   $ 14.00 | |

*Box#*

*(8) — 8 lb*

*(8) → 8 lbs*

*UPS Ground*

*(W) → 8 64 lbs*

378



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (320) 966 1134

| | | |
|---|---|---|
| **DATE** | 3/2/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

| | |
|---|---|
| **INV #** | 810400 |
| **PO #** | 470293 |

**SHIP TO**  SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT201ANT | 8 | | 8 | 64 | CHINA |
| | | | | | |
| | **TOTAL** | | 8 | 64 | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| | | | |
|---|---|---|---|
| 3Y49V7 | MAR 9, 2017   ACT WT 8.0 LBS | | 7 OF 8 |
| SVC GNDCOM | BL WT 8.0 LBS | | |
| TRACKING# 1Z3Y49V70341165382 | | | |
| REF 1:INV#810400 | | | |
| REF 2:PO#470293 | | | |

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:           SVC 9.54 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 9.54                NR+HC9.54
TOT PUB CHG 16.34             PUB+HC16.34

| | | | |
|---|---|---|---|
| 3Y49V7 | MAR 9, 2017   ACT WT 8.0 LBS | | 8 OF 8 |
| SVC GNDCOM | BL WT 8.0 LBS | | |
| TRACKING# 1Z3Y49V70340940992 | | | |
| REF 1:INV#810400 | | | |
| REF 2:PO#470293 | | | |

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:           SVC 9.54 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 9.54                NR+HC9.54
TOT PUB CHG 16.34             PUB+HC16.34

379

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/07/2017 | 812927 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 471970 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/07/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        MAR 16, 2017   ACT WT 15.0 LBS        1 OF 1
SVC GNDCOM             BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342024602
REF 1:INV#812927
REF 2:PO#471970

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  10.66 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.66             NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

380

DATE  03/07/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

DELIV DATE    / /
REQST DATE  03/22/17
CANCEL DATE  / /
ORDER DATE  03/06/17

DEPT: 657     TYPE: RE        INSTRUCTIONS:

ORDER NO: 100393       PO NO: 471970              PAGE:     1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|-------------|-----------------|----------|
| 1 | 817707016803 *48* / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | *①—15 lb* | 48 *(48)* | EA | *$ 27.00* |

*UPS Ground*

*Ⓦ — 15 lb*

**Shaghal Ltd.**
Corporate at page 232 of 250

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 03/07/17 | INV # 812927 |
| SOLD TO | SEARS | PO # 471970 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| TOTAL | | | 1 | 48 | |

SIGNATURE

PLEASE NOTE: UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/8/2017 | 813491 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 472986 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/8/2017 | 3/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 35 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 365.40 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 34 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,134.24 | |

| | |
|---|---|
| **Grand Total** | **$1,852.44** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

383

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal ~ 03/17*

DATE  03/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DELIV DATE      / /
REQST DATE  03/22/17
CANCEL DATE  / /
ORDER DATE  03/07/17

DEPT: 657        TYPE:  RE          INSTRUCTIONS:

ORDER NO: 100397              PO NO:  472986                    PAGE:    1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|-------------|-----------------|----------|
| 1 | 817707019781 *5* / EMW3401 *(7)* 10-49 FULL Motion TV Mount | | 35 *(35)* | EA | $ *10·4/4* |
| 2 | 817707019811 *5* / EMW4101 *(4)* 17-55 Full Motion TV Mount | | 20 *(20)* | EA | $ *17·64* |
| 3 | 817707019804 *2* / EMW5306 *(17)* TV Wall Mount Kit with HDMI ca | | 34 *(34)* | EA | $ *33·36* |

*40⁴ x 48⁷ x 48⁸*

*FD = 17.33*
*CL = 70*

*(W) → 924 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE        3/8/2017                          INV #    813491
SOLD TO     SEARS                             PO #     472986
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS UNIT #0449
            1700 SCHUSTER RD
            DELANO INDUSTRIAL PK
            DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 |  | 7 | 35 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 |  | 17 | 34 | CHINA |
|  |  |  |  |  |  |
| TOTAL |  | 1 | 28 | 89 |  |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

385

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



(SAIA)



10188662070 2

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | |
|---|---|---|
| 1007387 | see below | 3933369 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. 310-966-1133 | DATE 03/17/17 |
|---|---|---|
| STREET 2231 COLBY AVENUE | | BILL TO SHAGHAL LTD |
| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |

| CONSIGNEE SEARS UNIT # 0449 | CONSIGNEE PHONE NO. 661-721-5910 | STREET ADDRESS 2231 COLBY AVENUE | | |
|---|---|---|---|---|
| STREET 1700 SCHUSTER RD, DELANO INDUSTRIAL PK | | | | |
| CITY DELANO | STATE CA | ZIP CODE 93215 | CITY LOS ANGELES | STATE CA / ZIP CODE 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | FULL MOTION TV MOUNT | 924 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | 40X48X48  28 BOXES | | | CHECK BOX IF COLLECT ☐ |
| | | ************************************************* | | | CHARGES ADVANCED $ _____ |
| | | (1SLWE CT) | | | Received: _____ to apply in the prepayment of the charges on the property described hereon. |
| | | PICKUP#: 6703675 | | | |
| | | TIME: 4PM to 6PM | | | (Agent or Cashier) |
| | | PO#: 472986 | | | Per _____ |
| | | INV#: 813491 | | | (The signature here acknowledges only the amount prepaid) |
| | | MABD: 03/21/17 | | | |
| | | Please schedule delivery appointment to avoid chargeback. | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |

NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound).   TOTAL

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____ Signature

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

C.O.D. $

Per _____
Shipper _____
Per _____  Address _____

SAIA LTL FREIGHT

BY: _____

| C.O.D. fee to be paid by: |
|---|
| ☐ SHIPPER   ☐ CONSIGNEE |

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

386

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|---|---|
| 03/16/2017 | 817453 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 474616 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/16/2017 | 03/16/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 18 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 600.48 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7          MAR 22, 2017  ACT WT 20.0 LBS        1 OF 13
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340347802
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68             PUB+HC27.68
```

```
3Y49V7          MAR 22, 2017  ACT WT 20.0 LBS        2 OF 13
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341246616
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68             PUB+HC27.68
```

```
3Y49V7          MAR 22, 2017  ACT WT 36.0 LBS        3 OF 13
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341003029
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25             PUB+HC45.25
```

```
3Y49V7          MAR 22, 2017  ACT WT 36.0 LBS        4 OF 13
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340913039
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25             PUB+HC45.25
```

```
3Y49V7          MAR 22, 2017  ACT WT 36.0 LBS        5 OF 13
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341432646
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25             PUB+HC45.25
```

```
3Y49V7          MAR 22, 2017  ACT WT 36.0 LBS        6 OF 13
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342777863
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  19.73 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25             PUB+HC45.25
```

| Grand Total | $865.88 |
|---|---|

acknowledged and accepted in full.

proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and condi

Thank you for

387

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal   08/XX*

**DATE** 03/15/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**   / /
**REQST DATE**  03/29/17
**CANCEL DATE**  / /
**ORDER DATE**  03/14/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100398                 **PO NO:** 474616                              **PAGE:**   1

                        **SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|---|-----------------|----------|
| 1 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | (2) → 20 lbs | 10 | 10 | EA | $ 10.44 |
| 2 | 817707019804  2  / EMW5306  TV Wall Mount Kit with HDMI ca | (9) → 35 lb | 18 | 18 | EA | $ 33.36 |
| 3 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | (2) → 33 lb | 10 | 10 | EA | $ 16.10 |

13

38



UPS Ground

$239.11 ✓

(W) → 421 lbs

**Shanghai Ltd.**
Container Supply Co.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 3/17/2017 | | INV # | 817453 |
|------|-----------|---|-------|--------|
| SOLD TO | SEARS | | PO # | 474616 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO        SEARS UNIT #0425
               JACKSONVILLE - RRC
               10512 BUSCH DR N
               JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 9 | 18 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 13 | 38 | |

```
3Y49V7      MAR 22, 2017  ACT WT 36.0 LBS      7 OF 13
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342524661
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 19.73            NR + HC19.73
TOT PUB CHG 45.25          PUB + HC45.25

3Y49V7      MAR 22, 2017  ACT WT 36.0 LBS      8 OF 13
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342209074
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          DGD    0.00        RS 0.00
DC 0.00                              SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 19.73            NR + HC19.73
TOT PUB CHG 45.25          PUB + HC45.25

3Y49V7      MAR 22, 2017  ACT WT 36.0 LBS      9 OF 13
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341927086
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 19.73            NR + HC19.73
TOT PUB CHG 45.25          PUB + HC45.25

3Y49V7      MAR 22, 2017  ACT WT 36.0 LBS      10 OF 13
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340934696
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 19.73            NR + HC19.73
TOT PUB CHG 45.25          PUB + HC45.25
```

```
3Y49V7      MAR 22, 2017  ACT WT 36.0 LBS      11 OF 13
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341247909
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 19.73            NR + HC19.73
TOT PUB CHG 45.25          PUB + HC45.25

3Y49V7      MAR 22, 2017  ACT WT 33.0 LBS      12 OF 13
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342242716
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 18.70            NR + HC18.70
TOT PUB CHG 42.88          PUB + HC42.88

3Y49V7      MAR 22, 2017  ACT WT 33.0 LBS      13 OF 13
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341256123
REF 1:INV#817453
REF 2:PO#474616

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 18.70            NR + HC18.70
TOT PUB CHG 42.88          PUB + HC42.88
```

389

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/16/2017 | 817456 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 474621 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/16/2017 | 03/16/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,344.00 | |

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        1 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341676189
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        2 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341858796
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        3 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341308003
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        4 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342998810
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        5 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341867221
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0  LBS        6 OF 12
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340409236
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC   9.64 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 9.64            NR+HC9.64
TOT PUB CHG 16.34          PUB+HC16.34

| | Grand Total | $1,344.00 |

acknowledged and accepted in full.                MB

accounts will incur a charge of 1.5% per month. All charges are non-refundable
proceedings or legal action to enforce any of the funds due under this invoice, the
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and conditi

Thank you for y

390

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal — 03/22

(4)

**DATE** 03/15/17

| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** | |
|---|---|---|
| SEARS UNIT # 0475 | SEARS UNIT # 0475 | **DELIV DATE**  / / |
| MANTENO - CDF - SLS | 8374 N 4000 EAST | **REQST DATE**  03/29/17 |
| 8374 N 4000 EAST | MANTENO IL  60950 | **CANCEL DATE** / / |
| MANTENO  IL  60950 | | **ORDER DATE**  03/14/17 |

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100403              **PO NO:**  474621              **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707018043  8  / EDT201ANT edt201ant/multi | (12) → 8 lbs | 96  96 | EA  $ 14.00 | |

UPS Ground

(W) — 96 lbs

391

**Shaghal Ltd.**
Company #2 - 242310
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 03/16/17 | **INV #** | 817456 |
| **SOLD TO** | SEARS | **PO #** | 474621 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT201ANT | 8 | | 12 | 96 | CHINA |
| | **TOTAL** | | 12 | 96 | |

SIGNATURE

---

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        7 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340280848
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        8 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342898063
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        9 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341036860
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        10 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340433272
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        11 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342383288
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        MAR 22, 2017   ACT WT 8.0 LBS        12 OF 12
SVC GNDCOM                   BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341342896
REF 1:INV#817456
REF 2:PO#474621

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00            COD   0.00            RS  0.00
DC  0.00            DGD   0.00            SD  0.00
AH  0.00            PR    0.00            SP  0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/16/2017 | 817457 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 474619 | | N/A | | | | 03/16/2017 | 03/16/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7          MAR 24, 2017  ACT WT 20.0 LBS          1 OF 9
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342029607
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  8.84 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27

3Y49V7          MAR 24, 2017  ACT WT 20.0 LBS          2 OF 9
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340456417
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  8.84 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27

3Y49V7          MAR 24, 2017  ACT WT 20.0 LBS          3 OF 9
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340620828
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  8.84 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27

3Y49V7          MAR 24, 2017  ACT WT 36.0 LBS          4 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342618837
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  14.19 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

```
3Y49V7          MAR 24, 2017  ACT WT 35.0 LBS          5 OF 9
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342706447
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  14.19 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55

3Y49V7          MAR 24, 2017  ACT WT 35.0 LBS          6 OF 9
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342899650
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  14.19 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

| | Grand Total | $556.92 |
|---|---|---|

acknowledged and accepted in full.

MB

```
3Y49V7          MAR 24, 2017  ACT WT 35.0 LBS          7 OF 9
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342574465
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  14.19 USD
DV 0.00            COD    0.00        RS 0.00
DC 0.00            DGD    0.00        SD 0.00
AH 0.00            PR     0.00        SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55            PUB+HC32.55
```

Thank you for

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal — 03/24* (3)

DATE 03/15/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE    / /
REQST DATE  03/29/17
CANCEL DATE  / /
ORDER DATE  03/14/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100401      **PO NO:** 474619  /      **PAGE:**  1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Box# | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019781 *5* / EMW3401 10-49 FULL Motion TV Mount | ③ ⊤ *20 lb* | 15 (15) | EA | $ 10.44 |
| 2 | 817707019804 *2* / EMW5306 TV Wall Mount Kit with HDMI ca | ⑥ — *35 lb* / 9 | 12 (12) / 27 | EA | $ 33.36 |



PD = 10.59   CL = 92.5

*UPS Grou̅d*      $ 111.66 ✓
Ⓦ      → 270 lbs

394

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 03/16/17 | **INV #** | 817457 |
| **SOLD TO** | SEARS | **PO #** | 474619 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| | | | | | |
| | **TOTAL** | | 9 | 27 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

```
3Y49V7        MAR 24, 2017  ACT WT 35.0 LBS      8 OF 9
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342066871
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 14.19         NR+HC14.19
TOT PUB CHG 32.65        PUB+HC32.65
```

```
3Y49V7        MAR 24, 2017  ACT WT 35.0 LBS      9 OF 9
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340272884
REF 1:INV#817457
REF 2:PO#474619

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19 USD
DV 0.00            COD   0.00        RS 0.00
DC 0.00            DGD   0.00        SD 0.00
AH 0.00            PR    0.00        SP 0.00
TOT NR CHG 14.19         NR+HC14.19
TOT PUB CHG 32.65        PUB+HC32.65
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/16/2017 | 817458 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 474620 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/16/2017 | 03/16/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 35 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 365.40 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | | |
|---|---|---|
| **Grand Total** | | **$1,432.82** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Exhibit Ex A

*Shaghal → 00124*

DATE  03/15/17

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0449 | SEARS UNIT # 0449 |
| 1700 SCHUSTER RD | DELANO INDUSTRIAL PK |
| DELANO INDUSTRIAL PK | DELANO  CA  932159572 |
| DELANO  CA  932159572 | |

DELIV DATE    / /
REQST DATE  03/29/17
CANCEL DATE  / /
ORDER DATE  03/14/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100402    PO NO: 474620

PAGE:    1

SHIP TO:  SEARS UNIT # 0449

Box #

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781  5 / EMW3401 | ⑦ → 20 lb | 35 ㉟ | EA | $ 10.44 |
| | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811  5 / EMW4101 | ③ → 40 lbs | 15 ⑮ | EA | $ 17.64 |
| | 17-55 Full Motion TV Mount | | | |
| 3 | 817707019804  2 / EMW5306 | ⑥ → 35 lbs | 12 ⑫ | EA | $ 33.36 |
| | TV Wall Mount Kit with HDMI ca | | | |
| 4 | 817707019798  5 / EMW6201 | ⑤ → 33 lbs | 25 ㉕ | EA | $ 16.10 |
| | 30-79 Tilting TV Wall Mount | | | |

21

87

$40^4 \times 48^4 \times 33^h$    $ 135.62

Ⓦ → 669 lbs

FD = 14.25   CU = 70

397

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 03/16/17 | **INV #** | 817458 |
| **SOLD TO** | SEARS | **PO #** | 474620 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0449 |
| | 1700 SCHUSTER RD |
| | DELANO INDUSTRIAL PK |
| | DELANO, CA 932159572 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 7 | 35 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **21** | **87** | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



(SAIA)



**10101345850 5**

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100, See Saia - 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | see below | 1264601 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said route over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. 310-966-1133 | DATE 03/28/17 |
|---|---|---|
| STREET 2231 COLBY AVENUE | | BILL TO SHAGHAL LTD |
| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |

| CONSIGNEE SEARS UNIT # 0449 | CONSIGNEE PHONE NO. 661-721-5910 | STREET ADDRESS 2231 COLBY AVENUE |
|---|---|---|
| STREET 1700 SCHUSTER RD, DELANO INDUSTRIAL PK | | |
| CITY DELANO | STATE CA | ZIP CODE 93215 | CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | FULL MOTION TV MOUNT | 669 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | 40X48X33  21 BOXES | | | |
| | | ************************************************** | | | CHECK BOX IF COLLECT ☐ |
| | | | | | |
| | | | | | CHARGES ADVANCED $ _____ |
| | | | | | |
| | | PICKUP#: 68079975 | | | Received: _____ to apply in the prepayment of the charges on the property described hereon. |
| | | TIME: 4PM to 6PM | | | |
| | | PO#: 474620 | | | |
| | | INV#: 817458 | | | (Agent or Cashier) |
| | | MABD:  03/27/17 | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | Please schedule delivery appointment to avoid chargeback. | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |

NOTE (Release valuation on household goods, furniture
and personal effects are not to exceed 10c per pound).   TOTAL

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____
Signature

(Signature of Consignor)

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $

Per _____

Shipper _____

Per _____ Address _____

SAIA LTL FREIGHT

BY: _____ 3-28-

| C.O.D. fee to be paid by: |
|---|
| ☐ SHIPPER   ☐ CONSIGNEE |

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

**399**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 03/17/2017 | 817859 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 474840 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/17/2017 | 03/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

```
3Y49V7        MAR 22, 2017   ACT WT 12.0  LBS        1 OF 2
SVC GNDCOM           BL WT 12.0  LBS
TRACKING# 1Z3Y49V70340400762
REF 1:INV#817859
REF 2:PO#474840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00         COD   0.00        RS  0.00
DC  0.00         DGD   0.00        SD  0.00
AH  0.00         PR    0.00        SP  0.00
TOT NR CHG 9.54               NR+HC9.54
TOT PUB CHG 19.73             PUB+HC19.73
```

```
3Y49V7        MAR 22, 2017   ACT WT 10.0  LBS        2 OF 2
SVC GNDCOM           BL WT 10.0  LBS
TRACKING# 1Z3Y49V70341141175
REF 1:INV#817859
REF 2:PO#474840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.54 USD
DV  0.00         COD   0.00        RS  0.00
DC  0.00         DGD   0.00        SD  0.00
AH  0.00         PR    0.00        SP  0.00
TOT NR CHG 9.54               NR+HC9.54
TOT PUB CHG 17.78             PUB+HC17.78
```

| Grand Total | $780.20 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!