SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**
~~Compliance Inst 406~~

*Shaghal* 03/22   ④

DATE  03/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  / /
**REQST DATE**  03/29/17
**CANCEL DATE**  / /
**ORDER DATE**  03/16/17

**DEPT:** 603     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100404        **PO NO:** 474840

**PAGE:** 1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629  *10*  / EGQ347BL  *Box's  ① — 12 lbs*<br>7" Quad-Core with Android 5.0 | 10  ⑩ | EA | $ 44.52 |
| 2 | 817707019569  *5*  / FUNTAB3  *① — 10 lbs*<br>Ematic 7" HD Kid Safe Tablet e | 5  ⑤ | EA | $ 67.00 |

*UPS Ground*

*Ⓦ → 22 lbs*

**401**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| DATE | 03/17/17 | | INV # | 817859 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 474840 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | |
|--------------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ347BL | 10 | 1 | 10 | CHINA |
| FUNTAB3 | 5 | 1 | 5 | CHINA |
| | | | | |
| | TOTAL | 2 | 15 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM
MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID
CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER
INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/17/2017 | 817862 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 474843 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/17/2017 | 03/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 890.40 | |
| 25 | FUNTAB3 | FUNTAB 3 | 67.00 | | 1,675.00 | |

3Y49V7     MAR 24, 2017   ACT WT 12.0 LBS      1 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340540316
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.98                  PUB+HC10.98

3Y49V7     MAR 24, 2017   ACT WT 12.0 LBS      2 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340248722
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.98                  PUB+HC10.98

3Y49V7     MAR 24, 2017   ACT WT 10.0 LBS      3 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342030739
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7     MAR 24, 2017   ACT WT 10.0 LBS      4 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341642349
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7     MAR 24, 2017   ACT WT 10.0 LBS      6 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340199663
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7     MAR 24, 2017   ACT WT 10.0 LBS      6 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342778361
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7     MAR 24, 2017   ACT WT 10.0 LBS      7 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340014779
REF 1:INV#817862
REF 2:PO#474843

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV  0.00           COD   0.00         RS 0.00
DC  0.00           DGD   0.00         SD 0.00
AH  0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 10.36                  PUB+HC10.36

| | Grand Total | $2,565.40 |
|---|---|---|

y acknowledged and accepted in full.

MB

**Thank you for**

**403**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*PICKING LIST* Shaghal 03/24

DATE 03/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE** / /
**REQST DATE** 03/29/17
**CANCEL DATE** / /
**ORDER DATE** 03/16/17

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100407                    **PO NO:** 474843                    **PAGE:** 1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016629  _10_ / EGQ347BL<br>7" Quad-Core with Android 5.0 | **20** (20) | EA | $ 44.52 |
| 2 | 817707019569  _5_ / FUNTAB3<br>Ematic 7" HD Kid Safe Tablet e | **25** (25) | EA | $ 67.00 |

_Box's_
(2) — 12 lbs
(5) — 10 lbs

*U PS Ground*

(N) — 74 lbs.

**404**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 03/17/17 | **INV #** | 817862 |
| **SOLD TO** | SEARS | **PO #** | 474843 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**
SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | |
|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ347BL | 10 | 2 | 20 | CHINA |
| FUNTAB3 | 5 | 5 | 25 | CHINA |
| | **TOTAL** | 7 | 45 | |

_____
**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM
MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID
CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER
INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# INVOICE - A
## OFFICE COPY

## Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 3/23/2017 | 820519 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 476365 | | N/A | | | | 3/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7           MAR 30, 2017  ACT WT 15.0 LBS              1 OF 1
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342220686
REF 1:INV#820519
REF 2:PO#476365

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00                    COD  0.00       RS  0.00
DC 0.00                    DGD  0.00       SD  0.00
AH 0.00                    PR   0.00       SP  0.00
TOT NR CHG 10.66                   NR + HC10.66
TOT PUB CHG 22.71                  PUB + HC22.71
```

| | Grand Total | $715.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTB
2231 COLBY AVE
LOS ANGELES  CA   90024

DATE  03/22/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  04/05/17
**CANCEL DATE**  / /
**ORDER DATE**  03/21/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100412         **PO NO:** 476365                        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | BOX# | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|------|-------------|-----------------|----------|
| 1 | 817707012676  48  / EM208VIDBL<br>Ematic 8GB 1.5" MP3 Video Plar | ①—15 lbs | 48  48 | EA  $ 14.90 | |

UPS Ground

Ⓦ → 15 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**    3/23/2017                             INV #    820519
**SOLD TO**   SEARS                                PO #     476365
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

**SHIP TO**   SEARS UNIT#0475
              CDF-MANTENO-SLS
              8374 N 4000 EAST
              MANTENO, IL 60950-3588

| PACKING LIST | | | | |
|---|---|---|---|---|
| MODEL | QTY/BOX | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | 1 | 48 | CHINA |
|  |  |  |  |  |
|  | TOTAL | 1 | 48 |  |

_____
                SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM
MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID
CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER
INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 3/28/2017 | 824415 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 477069 | | N/A | | | | 3/28/2017 | 3/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |

```
3Y49V7          APR 6, 2017    ACT WT 16.0 LBS        1 OF 3
SVC GNDCOM                     BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341955877
REF 1:INV#824415
REF 2:PO#477069

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 10.66                NR+HC10.66
TOT PUB CHG 22.71              PUB+HC22.71

3Y49V7          APR 6, 2017    ACT WT 16.0 LBS        2 OF 3
SVC GNDCOM                     BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341601883
REF 1:INV#824415
REF 2:PO#477069

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 10.66                NR+HC10.66
TOT PUB CHG 22.71              PUB+HC22.71
```

```
3Y49V7          APR 6, 2017    ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                     BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340417496
REF 1:INV#824415
REF 2:PO#477069

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  10.66 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 10.66                NR+HC10.66
TOT PUB CHG 22.71              PUB+HC22.71
```

| | Grand Total | $3,307.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

④

DATE  03/28/17

| SHIP-TO ADDRESS | SHIP-FOR ADDRESS | |
|---|---|---|
| SEARS UNIT # 0475 | SEARS UNIT # 0475 | DELIV DATE  / / |
| MANTENO - CDF - SLS | 8374 N 4000 EAST | REQST DATE  04/12/17 |
| 8374 N 4000 EAST | MANTENO  IL   60950 | CANCEL DATE  / / |
| MANTENO  IL   60950 | | ORDER DATE  03/27/17 |

DEPT: 657        TYPE:  RE          INSTRUCTIONS:

ORDER NO: 100413              PO NO:  477069                              PAGE:      1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707012676    / EM208VIDBL ① — 15 lbs<br>Ematic 8GB 1.5" MP3 Video Plar | 48  (48) | EA | $ 14.90 |
| 2 | 817707016803    / EM318VIDBL ② — 15 lb<br>Ematic 8GB 2.4" Touch Screen h | 96  (96) | EA | $ 27.00 |

UPS Ground

(W) 45 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 3/28/2017 | | INV # | 824415 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 477069 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | **TOTAL** | | **3** | **144** | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/30/2017 | 824996 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 477811 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/30/2017 | 03/30/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 80 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 1,120.00 | |

```
3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       1 OF 10
TRACKING# 1Z3Y49V70340603777
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       2 OF 10
TRACKING# 1Z3Y49V70341133782
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       3 OF 10
TRACKING# 1Z3Y49V70340573399
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34
```

```
3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       4 OF 10
TRACKING# 1Z3Y49V70342038606
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34

3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       5 OF 10
TRACKING# 1Z3Y49V70340106411
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34
```

| | Grand Total | $1,120.00 |
|---|-------------|-----------|

acknowledged and accepted in full. F

MB

```
3Y49V7        APR 6, 2017      ACT WT 8.0 LBS
SVC GNDCOM              BL WT 8.0 LBS       6 OF 10
TRACKING# 1Z3Y49V70342309822
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54                   NR+HC9.54
TOT PUB CHG 16.34                 PUB+HC16.34
```

the event vendors accept returned goods, Vendee will pay Vendor a restockin
accounts will incur a charge of 1.5% per month. All charges are non-refundabl
proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cal
State of California. Vendee agrees to the terms and condit

**Thank you for y**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal → 09/06*    *(4)*

**DATE** 03/29/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  04/12/17
**CANCEL DATE**  / /
**ORDER DATE**  03/28/17

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100414           **PO NO:** 477811                              **PAGE:**    1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | *Box #* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|-------------|-----------------|----------|
| 1 | 817707018043  *8*  / EDT201ANT  edt201ant/multi | *(10) → 8 lbs* | 80  *(80)* | EA  $ 14.00 | |

*UPS Ground*

*(W) → 80 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 03/30/17 | | INV # | 824996 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 477811 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO      SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT201ANT | 8 | | 10 | 80 | CHINA |
| | | | | | |
| | **TOTAL** | | 10 | 80 | |

SIGNATURE

PLEASE NOTE:          UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7        APR 6, 2017   ACT WT 8.0 LBS      7 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342747831
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 16.34           PUB+HC16.34
```

```
3Y49V7        APR 6, 2017   ACT WT 8.0 LBS      9 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341108658
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 16.34           PUB+HC16.34
```

```
3Y49V7        APR 6, 2017   ACT WT 8.0 LBS      8 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340875449
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 16.34           PUB+HC16.34
```

```
3Y49V7        APR 6, 2017   ACT WT 8.0 LBS      10 OF 10
SVC GNDCOM                  BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340423461
REF 1:INV#824996
REF 2:PO#477811

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 16.34           PUB+HC16.34
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827350 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0425 |
| JACKSONVILLE - RRC |
| 10512 BUSCH DR N |
| JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 478159 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 70 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 730.80 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 32 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,067.52 | |
| 45 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 724.50 | |

| | Grand Total | $3,003.42 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

415

2231 COLBY AVE
LOS ANGELES  CA  90024

*Original — 0473*  (4)

DATE 03/31/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

DELIV DATE  1/04/19/17
REQST DATE  ~~03/19/17~~
CANCEL DATE  / /
ORDER DATE  03/30/17

*904 - 727 - 3228*

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100415          **PO NO:** 478159          **PAGE:**  1

SHIP TO: SEARS UNIT # 0425

*Box #*

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 *lt* / EMW5105<br>23-65 Fixed Low Profile TV Wal | *(3) → 26 lbs* | *(30)* 30 | EA | *$ 7.20* |
| 2 | 817707019781 *5* / EMW3401<br>10-49 FULL Motion TV Mount | *(14) → 20 Lbs* | *(70)* 70 | EA | *$ 10.44* |
| 3 | 817707019811 *5* / EMW4101<br>17-55 Full Motion TV Mount | *(3) → 40 lbs* | *(15)* 15 | EA | *$ 17.64* |
| 4 | 817707019804 *2* / EMW5306<br>TV Wall Mount Kit with HDMI ca | *(16) → 35 lbs 2* | *(32)* 32 | EA | *$ 33.36* |
| 5 | 817707019798 *5* / EMW6201<br>30-79 Tilting TV Wall Mount | *(9) → 33 lbs* | *(45)* 45 | EA | *$ 16.10* |

*40 x 48 x 62*

*DEN -19.75*
*w/s - 69.88*

*(W) → 1361 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 4/7/2017 | | INV # | 827350 |
|------|----------|---|-------|--------|
| SOLD TO | SEARS | | PO # | 478159 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 14 | 70 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW5306 | 2 | | 16 | 32 | CHINA |
| EMW6201 | 5 | | 9 | 45 | CHINA |
| | | | | | |
| **TOTAL** | | **1** | **45** | **192** | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

417

| Date: 04/13/2017 | **BILL OF LADING** |
|---|---|

| SHIP FROM | |
|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number : 84914401 |
| Address: 2231 COLBY AVENUE | Carrier Name: YRC FREIGHT |
| | SCAC: RDWY |
| City/State/Zip: LOS ANGELES,CA 90064 | YRC FREIGHT SHIPMENT STATUS CALL 1-800-610-6500 |
| Ph: 310-966-1133 Contact: LYN          FOB:☐ | 02/20/17   **693-728927-X**   YRC |

SHIPPER BOL   847

| SHIP TO | |
|---|---|
| Name: SEARS UNIT # 0425          Location# | YRC Freight tariffs are incorporated herein (copies available upon request). YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff. |
| Address: 10512 N BUSCH DR N | |
| City/State/Zip: JACKSONVILLE,FL 32218 | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |
| Ph: 904-727-3228 Contact: RECEIVING     FOB:☐ | |

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name:    Worldwide Express | ☐ Master Bill of Lading: with attached underlying Bill Of Lading |
| Address:   2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INVOICE # 827350 / PO # 478159

Pickup Instructions:

Delivery Instructions: APPOINTMENT DELIVERY REQUIRED. PLEASE DELIVER ON MABD OF APRIL 19-21, 2017, THANK YOU.

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M.X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 45 | CARTON | 1361 | | 15 but less than 22.5, 48(L) x 40(W) x 62(H)  DO NOT STACK   TV MOUNT | 116030-9 | 70 |
| 1 | | 45 | | 1361 | | **Grand Total** | | |

| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ | COD Amount: $ Fee Terms: 3rd Party WWE Remit Address: | Acceptable Forms of Payment: |
|---|---|---|
| | | Bank Certified Check ☐ |
| Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.B14706(c)(1)(A) and (B) | | Company Check ☐ |
| | | Personal Check ☐ |
| RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations. | | Money Order ☐ |

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE /PICKUP DATE Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted. |
|---|---|---|---|
| | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces | |
| (Signature)                    (Date) | | | (Signature)                    (Date) |

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827352 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 478161 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 288.00 | |
| 80 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 835.20 | |
| 45 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 793.80 | |
| 38 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,267.68 | |
| 70 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 1,127.00 | |

| | Grand Total | $4,311.68 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

419

SHAGHAL 1-872
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal – 04/13* *4*

**PICKING LIST**

DATE 03/31/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE** *04/19/17*
**REQST DATE** ~~~~
**CANCEL DATE** / /
**ORDER DATE** 03/30/17

*570-831-2000*

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100417     **PO NO:** 478161     **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| | *BOX#* | | | |
| 1 | 817707019828 *10* / EMW5105 *(4)* → 26 lbs 23-65 Fixed Low Profile TV Wal | *(40)* 40 | EA $ 7.20 | |
| 2 | 817707019781 *5* / EMW3401 *(16)* → 20 lbs 10-49 FULL Motion TV Mount | 80 80 | EA $ 10.44 | |
| 3 | 817707019811 *5* / EMW4101 *(9)* → 40 lbs 17-55 Full Motion TV Mount | *(45)* 45 | EA $ 17.64 | |
| 4 | 817707019804 *2* / EMW5306 *(19)* → 35 lbs TV Wall Mount Kit with HDMI ca | 38 38 | EA $ 33.36 | |
| 5 | 817707019798 *5* / EMW6201 *(14)* → 33 lbs 30-79 Tilting TV Wall Mount | *(70)* 70 | EA $ 16.10 | |

*40⁴ x 48⁴ x 81⁴*

*DEN - 21.47*
*CUFT - 90*

*(W) → 1933 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 4/7/2017 | | INV # | 827352 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 478161 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO      SEARS UNIT #0443
             1055 HANOVER ST
             HANOVER INDUSTRIAL PK
             WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|--------------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 4 | 40 | CHINA |
| EMW3401 | 5 | | 16 | 80 | CHINA |
| EMW4101 | 5 | | 9 | 45 | CHINA |
| EMW5306 | 2 | | 19 | 38 | CHINA |
| EMW6201 | 5 | 1 | 14 | 70 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **62** | **273** | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| Date: 04/13/2017 | **BILL OF LADING** |
|---|---|

### SHIP FROM

Name: SHAGHAL LTD
Address: 2231 COLBY AVENUE

City/State/Zip: LOS ANGELES, CA 90064
Ph: 310-966-1133  Contact: LYN          FOB:☐

Bill of Lading Number : 84914018

Carrier Name: UPS FREIGHT

SCAC:       UPGF
Pro number:

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF
THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight   767 194 890 LOS

### SHIP TO

Name: SEARS UNIT # 0443          Location#
Address: HANOVER INDUSTRIAL PK
         1055 HANOVER ST
City/State/Zip: WILKES BARRE, PA 18706
Ph: 570-831-2000 Contact: RECEIVING     FOB:☐

Freight Charge Terms: (freight charges are prepaid by
Worldwide Express unless indicated otherwise)

### FREIGHT CHARGES BILL TO

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

☐   Master Bill of Lading:
    with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939
Handling Instructions: INVOICE # 827352
PO # 478161
Pickup Instructions:

Delivery Instructions: PLEASE DELIVER ON MABD APRIL 17-21, 2017. THANK YOU.  APPOINTMENT DELIVERY
REQUIRED

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M.X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 62 | CTN | 1933 | | 15 but less than 22.5, 48(L) x 40(W) x 81(H)  DO NOT STACK  TV MOUNT | 116030-9 | 70 |
| 1 | | 62 | | 1933 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

COD Amount: $
Fee Terms:  3rd Party WWE
Remit Address:

Acceptable Forms of Payment:
| Bank Certified Check | |
| Company Check | |
| Personal Check | |
| Money Order | |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_____   _____
(Signature)              (Date)

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallet
   said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

4/14/17

_____              (Date)
(Signature)

UPSF    Johnny C

t PGF

**422**



**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 4/7/2017 | 827353 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 478162 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | USD 1,000.84 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____ Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**423**

**Thank you for your Business!**



# Shaghal Ltd.
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827354 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 478691 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 64 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 896.00 | |

| | Grand Total | USD 1,611.20 |
|--|-------------|--------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

**424**

## Thank you for your Business!

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 4/7/2017 | 827355 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 479595 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | |
|---|---|
| **Grand Total** | **$1,285.40** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 04/13*

**DATE** 04/05/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

*904 727 3228 —*

**DELIV DATE**  / /
**REQST DATE**  04/19/17
**CANCEL DATE**  / /
**ORDER DATE**  04/04/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100426        **PO NO:** 479595        **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 *10* / EMW5105 | ① → 26 lbs | 10 ⑩ | EA | $ 7.20 |
| | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781 *5* / EMW3401 | ④ → 20 lbs | 20 ⑳ | EA | $ 10.44 |
| | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811 *5* / EMW4101 | ② → 40 lbs | 10 ⑩ | EA | $ 17.64 |
| | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019804 *2* / EMW5306 | ⑩ → 35 lbs | 20 ⑳ | EA | $ 33.36 |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 5 | 817707019798 *5* / EMW6201 | ② → 33 lbs | 10 ⑩ | EA | $ 16.10 |
| | 30-79 Tilting TV Wall Mount | | | | |

*Box's*

*40" x 48" x 38"*

*DIN — 15.04*
*CFT — 42.22*

*(W) → 635 lbs*

426



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 4/7/2017 | **INV #** 827355 |
| **SOLD TO** | SEARS | **PO #** 479595 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT #0425 | |
| | JACKSONVILLE - RRC | |
| | 10512 BUSCH DR N | |
| | JACKSONVILLE, FL 322185604 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 2 | 10 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 19 | 70 | |

_____
**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: 04/13/2017

# BILL OF LADING

Bill of Lading Number : 84913279

Carrier Name: YRC FREIGHT

## SHIP FROM

Name: SHAGHAL LTD
Address: 2231 COLBY AVENUE

City/State/Zip: LOS ANGELES, CA 90064
Ph: 310-966-1133 Contact: LYN          FOB: ☐

## SHIP TO

Name: SEARS UNIT # 0425          Location#
Address: 10512 N BUSCH DR N

City/State/Zip: JACKSONVILLE, FL 32218
Ph: 904-727-3228 Contact: RECEIVING          FOB: ☐

## FREIGHT CHARGES BILL TO

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

**YRC FREIGHT SHIPMENT STATUS CALL 1-800-610-6500**

10/27/16   **665-592919-3**

847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)*

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939
Handling Instructions: INVOICE # 827355 / PO # 479595
Pickup Instructions:
Delivery Instructions: APPOINTMENT DELIVERY REQUIRED.
PLEASE DELIVER ON MABD OF APRIL 19-21, 2017
THANK YOU.

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|-----------|--------|-----------|--------|-----------------|
|           |        |           |        |                 |
|           |        |           |        |                 |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or slowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 19 | CTN | 635 | | 15 but less than 22.5, 48(L) x 40(W) x 38(H) DO NOT STACK   TV MOUNT | 116030-9 | 70 |
| 1 | | 19 | | 635 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

COD Amount: $
Fee Terms: 3rd Party WWE
Remit Address:

Acceptable Forms of Payment:
☐ Bank Certified Check
☐ Company Check
☐ Personal Check
☐ Money Order

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)          (Date)

(Signature)          (Date)

428

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/14/2017 | 829314 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 480379 | | N/A | | | | 4/14/2017 | 4/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        APR 19, 2017   ACT WT 15.0 LBS        1 OF 1
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341778390
REF 1:INV#829314
REF 2:PO#480379

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.66 USD
DV  0.00         COD   0.00           RS  0.00
DC  0.00         DGD   0.00           SD  0.00
AH  0.00         PR    0.00           SP  0.00
TOT NR CHG 10.66                 NR+HC10.66
TOT PUB CHG 22.71                PUB+HC22.71
```

| Grand Total | $1,296.00 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

429

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*shaghes ← 04119*

DATE 04/11/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**   / /
**REQST DATE**  04/26/17
**CANCEL DATE**  / /
**ORDER DATE**  04/10/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100431      **PO NO:** 480379      **PAGE:** 1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707016803 *48* / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | *(1) → 15 lbs* | *48* (48) | EA *$ 27.00* | |

*UPS Ground*

*(W) — 15 lb.*

**430**



**Shaghal Ltd.**
2221 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| DATE | 4/14/2017 | | INV # | 829314 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 480379 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO  SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

431

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/14/2017 | 829317 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0443 |
| 1055 HANOVER ST |
| HANOVER INDUSTRIAL PK |
| WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 481179 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/14/2017 | 4/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 30 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,000.80 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| | Grand Total | $1,755.30 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES   CA   90024

*Shaghal → 04/19* (4)

DATE 04/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE   PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE   PA   187062028

*(570) 831 - 2000*

**DELIV DATE**   / /
**REQST DATE**  04/26/17
**CANCEL DATE**  / /
**ORDER DATE**  04/11/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100434     **PO NO:** 481179     **PAGE:**   1

SHIP TO:  SEARS UNIT # 0443

*Box's*

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828 *10* / EMW5105<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA | $ 7.20 |
| 2 | 817707019811 *5* / EMW4101<br>17-55 Full Motion TV Mount | 25 (25) | EA | $ 17.64 |
| 3 | 817707019804 *2* / EMW5306<br>TV Wall Mount Kit with HDMI ca | 30 (30) | EA | $ 33.36 |
| 4 | 817707019798 *5* / EMW6201<br>30-79 Tilting TV Wall Mount | 15 (15) | EA | $ 16.10 |

*(1) → 26 lbs*
*(5) → 40 lbs*
*(15) → 35 lbs*
*(3) → 33 lbs*

*40" x 48" x 45"*

*(W) → 882 lbs*

*Clen 70*
*Dens. 17.62*
*CuFt. 50*

*4-6 pm*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 4/14/2017 | | | INV # | 829317 |
|---|---|---|---|---|---|
| SOLD TO | SEARS | | | PO # | 481179 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| EMW5306 | 2 | | 15 | 30 | CHINA |
| EMW6201 | 5 | 1 | 3 | 15 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 24 | 80 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| Date: 04/19/2017 | BILL OF LADING | | |
|---|---|---|---|

| **SHIP FROM** | | |
|---|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number : 85122601 |
| Address: 2231 COLBY AVENUE | Carrier Name: UPS FREIGHT |
| City/State/Zip: LOS ANGELES,CA 90064 | SCAC: UPGF |
| Ph: 310-966-1133  Contact: LYN   FOB:☐ | Pro number: |

| **SHIP TO** | |
|---|---|
| Name: SEARS UNIT # 0443   Location# | |
| Address: HANOVER INDUSTRIAL PK | |
| 1055 HANOVER ST | |
| City/State/Zip: WILKES BARRE,PA 18706 | |
| Ph: 570-831-2000 Contact: RECEIVING   FOB:☐ | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |

| **FREIGHT CHARGES BILL TO** | |
|---|---|
| Name: Worldwide Express | ☐ Master Bill of Lading: with attached underlying Bill Of Lading |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INVOICE # 829317
PO # 481179

Pickup Instructions:

Delivery Instructions: PLEASE DELIVER MABD APRIL 25-26, 2017. THANK YOU.  APPOINTMENT DELIVERY REQUIRED

| **REFERENCE NUMBER INFORMATION** | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| **CARRIER INFORMATION** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNITS** | | **PIECES** | | WEIGHT | H.M.X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | **LTL ONLY** |
| QTY | TYPE | QTY | TYPE | | | | NMFC#  CLASS |
| 1 | PLT | 24 | CTN | 882 | | 15 but less than 22.5, 48(L) x 40(W) x 45(H)  DO NOT STACK  TV MOVNT | 116030-9  70 |
| 1 | | 24 | | 882 | | **Grand Total** | |

| Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ | COD Amount: $ Fee Terms: 3rd Party WWE Remit Address: | Acceptable Forms of Payment: |
|---|---|---|
| | | ☐ Bank Certified Check |
| Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B) | | ☐ Company Check |
| | | ☐ Personal Check |
| | | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are property classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE /PICKUP DATE Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted. |
|---|---|---|---|
| | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces | |
| (Signature)          (Date) | | | (Signature)                     (Date) 04-19-17 |



LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE:1-800-333-7400

UPS Freight   368 943 002 LOS

**435**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 4/14/2017 | 829320 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 481181 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 4/14/2017 | 4/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| | |
|---|---|
| **Grand Total** | **$1,317.30** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*Prepared By*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

436

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal →* 04/12   ①

**DATE** 04/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**    / /
**REQST DATE**  04/26/17
**CANCEL DATE**  / /
**ORDER DATE**  04/11/17

**DEPT:** 657       **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100436         **PO NO:** 481181                     **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828 *10*  / EMW5105  *Box's*  ② → 20 lbs | 20 ⑳ | EA $ *7.20* |
|  | 23-65 Fixed Low Profile TV Wal | | | |
| 2 | 817707019811 *5*   / EMW4101   ③ → 40 lbs | 15 ⑮ | EA $ *12.64* |
|  | 17-55 Full Motion TV Mount | | | |
| 3 | 817707019804 *2*  / EMW5306  ⑩ → 35 lbs | 20 ⑳ | EA $ *33.36* |
|  | TV Wall Mount Kit with HDMI ca | | | |
| 4 | 817707019798 *5*  / EMW6201  ③ → 33 lbs | 15 ⑮ | EA $ *16.10* |
|  | 30-79 Tilting TV Wall Mount | | | |

*40" x 48" x 38"*

*Ⓦ → 655 lbs*

437



**Shaghal Ltd.**
2331 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

**DATE**   4/14/2017
**SOLD TO**   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**   829320
**PO #**   481181

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW4101 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | 1 | 10 | 20 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | TOTAL | 1 | 18 | 70 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OTI 021506NF

**SAIA PRO NUMBER: 770634254203**

☐ BOL NBR.

DATE **Apr 21, 2017**

TERMS **Prepaid**

CARRIER **SAIA**

SEC 7

**SAIA**
**LTL Freight**

| DRIVER | ARRIVE | DEPART | HU | 16+ |
|--------|--------|--------|-----|-----|
| | | | | |

SHIPPER
SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

CONSIGNEE
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
1700 SCHUSTER RD
DELANO, CA 93215

BILL TO OR REMIT TO

ISSUING OFFICE OR AGENT

**GENERAL COMMENTS**
PLEASE SCHEDULE DELIVERY APPOINTMENT - MABD APRIL 25-26, 2017. THANK YOU.
Quote #2520135

| PIECES | In | DESCRIPTION | WEIGHTLBS (SUBJECT TO CORRECTION) | Class | CHARGES |
|--------|-----|-------------|-----------|-------|---------|
| 1 | PT | 18 CASES(1 PALLET) OF TV MOUNT | 661 | 70 | |
| | | DIM: 40X48X38 DENSITY: 15.66 CU | | | |
| | | FT: 42.22 NMFC: 116030-9 INVOICE# | | | |
| | | 829320 PO# 481181 ORDER# 100436 | | | |
| | | SAIA QUOTE#2520135 PICK UP# _7060501_ | | | |
| | | | | | |
| 1 | | *** Total Pieces & Weight *** | 661 | | |
| | | | | | |
| | | PO# 481181 | | | |
| | | Store SEARS UNIT # 0449 | | | |
| | | | | | |
| | | **NOTIFICATION PRIOR TO DELIVERY** | | | |

REMIT C.O.D.
TO

ADDRESS

**COD** AMT: **$0.00**

C.O.D. FEE
PREPAID ☐ $
COLLECT ☐

$      per

TOTAL CHARGES
$

(Signature of Consignor)

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT
CHECK BOX IF COLLECT ☐

SHIPPER
Shaghal Ltd

PER

CARRIER
PER      Saia LTL Freight
DATE   4/21/17

**439**



# Shaghal Ltd.
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827359 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 479598 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | Grand Total | USD 625.76 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____ Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**440**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 4/18/2017 | 830148 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 481426 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/18/2017 | 4/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|-----------------|--------|-------|
| 64 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 22.00 | | 1,408.00 | |

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              1 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340046922
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              2 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340100934
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              3 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341004546
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              4 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342373763
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              5 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341184567
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

```
3Y49V7            APR 19, 2017   ACT WT 8.0  LBS              6 OF 8
SVC GNDCOM                      BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341372970
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.54 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.54                  NR+HC9.54
TOT PUB CHG 16.34                PUB+HC16.34
```

| | Grand Total | $1,408.00 |
|--|-------------|-----------|

...py acknowledged and accepted in full. ⌐

Prepared By

said condition. All sales are final, and no refunds are allowed. No cancellation that
the event vendors accept returned goods, Vendee will pay Vendor a resto...
accounts will incur a charge of 1.5% per month. All charges are non-refund
proceedings or legal action to enforce any of the funds due under this invoice
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and co...

Thank you for

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

_Shaghal → 011/19_   (4)

**DATE** 04/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**    / /
**REQST DATE**  04/26/17
**CANCEL DATE**  / /
**ORDER DATE**  04/13/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100438                **PO NO:** 481426                **PAGE:**    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707018043 (8)  / EDT201ANT  edt201ant/multi | 64 (64) | EA | $ 22.00 |

(8) Boxs — 8 lbs

UPS Ground

(W) — 64 lbs

442



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 4/18/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

| | |
|---|---|
| **INV #** | 830148 |
| **PO #** | 481426 |

**SHIP TO**      SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT220iANT | 8 | | 8 | 64 | CHINA |
| | | | | | |
| | **TOTAL** | | 8 | 64 | |

SIGNATURE

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7          APR 19, 2017   ACT WT 8.0 LBS        7 OF 8
SVC GNDCOM                     BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342434982
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 9.54           NR+HC9.54
TOT PUB CHG 16.34         PUB+HC16.34
```

```
3Y49V7          APR 19, 2017   ACT WT 8.0 LBS        8 OF 8
SVC GNDCOM                     BL WT 8.0  LBS
TRACKING# 1Z3Y49V70340026597
REF 1:INV#830148
REF 2:PO#481426

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  9.54 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 9.54           NR+HC9.54
TOT PUB CHG 16.34         PUB+HC16.34
```


## Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/25/2017 | 832716 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 483281 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 04/25/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7        MAY 4, 2017   ACT WT 16.0 LBS       1 OF 1
SVC GNDCOM                 BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340746943
REF 1:INV#832716
REF 2:PO#483281

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 10.66 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 10.66                 NR+HC10.66
TOT PUB CHG 22.71                PUB+HC22.71
```

| | Grand Total | $715.20 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**444**

2231 COLBY AVE
LOS ANGELES  CA   90024

DATE  04/25/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**      / /
**REQST DATE**  05/10/17
**CANCEL DATE** / /
**ORDER DATE**  04/24/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100446              **PO NO:** 483281                                        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676        / EM208VIDBL<br>Ematic 8GB 1.5" MP3 Video Plar | 48   48 | EA   $ 14.90 | |

UPS Ground

445

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 04/25/17 | **INV #** | 832716 |
| **SOLD TO** | SEARS | **PO #** | 483281 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/25/2017 | 832722 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 482885 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 04/25/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |

| Grand Total | $1,989.24 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By** MB

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

SHAGHAI
2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 04/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

DELIV DATE      / /
REQST DATE 05/03/17
CANCEL DATE / /
ORDER DATE  04/20/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100440          **PO NO:** 482885                    **PAGE:**    1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828      / EMW5105<br>23-65 Fixed Low Profile TV Wal | 20 (20) | EA $7.20 | |
| 2 | 817707019781      / EMW3401<br>10-49 FULL Motion TV Mount | 20 (20) | EA $10.44 | |
| 3 | 817707019811      / EMW4101<br>17-55 Full Motion TV Mount | 20 (20) | EA $17.64 | |
| 4 | 817707019804      / EMW5306<br>TV Wall Mount Kit with HDMI ca | 24 (24) | EA $33.36 | |
| 5 | 817707019798      / EMW6201<br>30-79 Tilting TV Wall Mount | 30 (30) | EA $16.10 | |

*Handwritten annotations:* Box: 2, 4, 4, 12, 6

40 x 48 x 45

(W) -> 941 lbs

18.32
50

Clan 70

c/o UPS

**448**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 04/25/17 | | INV # | 832722 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 482885 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|--------------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 6 | 30 | CHINA |
| | | | | | |
| | TOTAL | 1 | 28 | 114 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# BILL OF LADING

Date: 04/27/2017

| Bill of Lading Number : | 85478610 |
|---|---|
| Carrier Name: | UPS FREIGHT |

## SHIP FROM

Name:  SHAGHAL LTD
Address:  2231 COLBY AVENUE

City/State/Zip:  LOS ANGELES,CA 90064
Ph: 310-966-1133  Contact: LYN       FOB:☐

SCAC: UPGF

**LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400**

UPS Freight    710 855 972 LOS

## SHIP TO

Name:  SEARS UNIT # 0425       Location#
Address:  10512 N BUSCH DR N

City/State/Zip:  JACKSONVILLE,FL 32218
Ph: 904-727-3228 Contact: RECEIVING    FOB:☐

Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)*

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

## FREIGHT CHARGES BILL TO

Name:  Worldwide Express
Address:  2323 Victory Avenue Ste 1600
City/State/Zip:  Dallas, TX 75219

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INVOICE# 832722
PO# 482885
ORDER# 100440

Pickup Instructions:

Delivery Instructions: MABD MAY 03, 2017.  APPOINTMENT DELIVERY REQUIRED

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 28 | BOX | 941 | | 15 but less than 22.5, 48(L) x 40(W) x 45(H) DO NOT STACK    *TV MOUNT* | 116030-9 | 70 |
| 1 | | 28 | | 941 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| COD Amount: $ | Acceptable Forms of Payment: |
|---|---|
| Fee Terms:  3rd Party WWE | ☐ Bank Certified Check |
| Remit Address: | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

(Signature) _____ (Date) _____

(Signature) _____ (Date) _____

4/27/17

**450**

*Shaghal 890427*

# INVOICE - A

## Shaghal Ltd.
Est. 1985

**OFFICE COPY**

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 04/25/2017 | 832724 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 482886 | | N/A | | | | 04/25/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        APR 27, 2017    ACT WT 26.0 LBS        1 OF 3
SVC GNDCOM                    BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342087063
REF 1:INV#832724
REF 2:PO#482886

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  14.99 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 14.99              NR+HC14.99
TOT PUB CHG 32.65            PUB+HC32.65

3Y49V7        APR 27, 2017    ACT WT 33.0 LBS        2 OF 3
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341676474
REF 1:INV#832724
REF 2:PO#482886

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.69 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 17.69              NR+HC17.69
TOT PUB CHG 38.60            PUB+HC38.60
```

```
3Y49V7        APR 27, 2017    ACT WT 33.0 LBS        3 OF 3
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342137482
REF 1:INV#832724
REF 2:PO#482886

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  17.69 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 17.69              NR+HC17.69
TOT PUB CHG 38.60            PUB+HC38.60
```

| | Grand Total | $233.00 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. **F**

_____
Customer Signature

**MB**

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES CA 90024

*shaghel* 04/21

DATE 04/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL 609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL 609509377

**DELIV DATE** / /
**REQST DATE** 05/03/17
**CANCEL DATE** / /
**ORDER DATE** 04/20/17

**DEPT:** 657   **TYPE:** RE   **INSTRUCTIONS:**

**ORDER NO:** 100441        **PO NO:** 482886              **PAGE:**   1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  / EMW5105  *Box!* ①→ 26 lbs  23-65 Fixed Low Profile TV Wal | 10 ⑩ | EA $7.20 | |
| 2 | 817707019798  / EMW6201  ②→ 33 lbs  30-79 Tilting TV Wall Mount | 10 ⑩ | EA $16.10 | |

UPS Ground

Ⓦ → 92 lbs

**452**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**      04/25/17

**SOLD TO**     SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**      SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

INV # 832724
PO # 482886

| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS |
|-------|---------|---------|-------------|-----------|
| EMW5105 | 10 | | 1 | 10 |
| EMW6201 | 5 | | 2 | 10 |
| | | | | |
| | **TOTAL** | | 3 | 20 |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST E
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIA
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS U
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/25/2017 | 832748 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 482888 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 04/25/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 733.92 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | Grand Total | $1,051.52 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

454

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Shaghal — 0428 (3)

DATE 04/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE      / /
REQST DATE   05/03/17
CANCEL DATE  / /
ORDER DATE   04/20/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100443        **PO NO:** 482888                    **PAGE:**   1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781      / EMW3401  (3) 10-49 FULL Motion TV Mount | 15  (15) | EA $ 10.44 | |
| 2 | 817707019804      / EMW5306  (11) TV Wall Mount Kit with HDMI ca | 22  (22) | EA $ 39.36 | |
| 3 | 817707019798      / EMW6201  (2) 30-79 Tilting TV Wall Mount | 10  (10) | EA $ 16.10 | |

BU's

40" x 48" x 36"

(W) → 544 lbs

13.6 Dn
40 cuft
Cleo 8
SAIA DIRECT 178.61

**455**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 04/25/17 | **INV #** | 832748 |
| **SOLD TO** | SEARS | **PO #** | 482888 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | 1 | 11 | 22 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 16 | 47 | |

---

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**SAIA**
**LTL Freight**

OTI 021506NF

SAIA PRO NUMBER: 770636244000

☐ BOL NBR:

DATE      **Apr 28, 2017**

TERMS     **Prepaid**

CARRIER   **SAIA**

SEC 7

| DRIVER | ARRIVE | DEPART | HU | 16+ |
|---|---|---|---|---|

SHIPPER
SHAGHAL LTD
2231 COLBY AVENUE
LOS ANGELES, CA 90064

BILL TO OR REMIT TO

CONSIGNEE
SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 75041 -1210

ISSUING OFFICE OR AGENT

GENERAL COMMENTS
MABD MAY 2-3, 2017. DELIVERY APPT REQUIRED.
Quote #2995201

| PIECES | In | DESCRIPTION | WEIGHT LBS (SUBJECT TO CORRECTION) | Class | CHARGES |
|---|---|---|---|---|---|
| 1 | PT | 16 BOXES OF TV MOUNT PO#482888 | 544 | 85 | |
| | | INV#832748 DENSITY: 13.6 CU FT: | | | |
| | | 40 | | | |
| 1 | | *** Total Pieces & Weight *** | 544 | | |
| | | PO# 482888/INV#832748 | | | |
| | | **FUEL SURCHARGE** | | | |
| | | **NOTIFICATION PRIOR TO DELIVERY** | | | |

QUOTE # 2995201
PICK UP # 7153302

1 SKWPLT STK 16 PC

REMIT C.O.D.
TO

ADDRESS

NOTE: where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is herby specifically stated by the shipper to be not exceeding.

$_____ per _____

COD AMT: $0.00

C.O.D. FEE
PREPAID ☐   $0.00
COLLECT ☐

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

TOTAL CHARGES
$1,840.89

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT
CHECK BOX IF COLLECT
☐

Received, subject to the Saia Series 1700 Rules Tariff and to published or individual rates on the date of the issue of this bill of lading...

SHIPPER
Shaghal Ltd

PER

CARRIER
Saia LTL Freight

PER   Henry

DATE   4/28/17

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/28/2017 | 833544 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 483958 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 288.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 26 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 867.36 | |
| 45 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 724.50 | |

| | Grand Total | $2,545.86 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal → 03/09

④

PICKING LIST

DATE  04/26/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   / /
**REQST DATE**  05/10/17
**CANCEL DATE**  / /
**ORDER DATE**  04/25/17

570 831-2000

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100449          **PO NO:**  483958          **PAGE:**   1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Boxs | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105 (4) 23-65 Fixed Low Profile TV Wal | | 40 (40) | EA $ 7.20 | |
| 2 | 817707019781  5 / EMW3401 (6) 10-49 FULL Motion TV Mount | | 30 (30) | EA $ 10.44 | |
| 3 | 817707019811  5 / EMW4101 (4) 17-55 Full Motion TV Mount | | 20 (20) | EA $ 17.64 | |
| 4 | 817707019804 (2) / EMW5306 (13) TV Wall Mount Kit with HDMI ca | | 26 (26) | EA $ 33.36 | |
| 5 | 817707019798  5 / EMW6201 (9) 30-79 Tilting TV Wall Mount | | 45 (45) | EA $ 16.10 | |

40" x 48" x 53"

(W) → 1165 lbs

19.78 D
C 7°

459



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 4/28/2017 | | INV # | 833544 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 483958 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO     SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|------|------|------|------|------|------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 4 | 40 | CHINA |
| EMW3401 | 5 | | 6 | 30 | CHINA |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| EMW5306 | 2 | | 13 | 26 | CHINA |
| EMW6201 | 5 | 1 | 9 | 45 | CHINA |
| | | | | | |
| | TOTAL | 1 | 36 | 161 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: 05/04/2017

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: | SHAGHAL LTD |
| Address: | 2231 COLBY AVENUE |
| City/State/Zip: | LOS ANGELES,CA 90064 |
| Ph: 310-966-1133 Contact: LYN | FOB:☐ |

| Bill of Lading Number : | 85767843 |
|---|---|
| Carrier Name: | UPS FREIGHT |
| SCAC: | UPGF |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight    589 782 233 LOS

| SHIP TO | | |
|---|---|---|
| Name: | SEARS UNIT #0443 | Location# |
| Address: | HANOVER INDUSTRIAL PK | |
| | 1055 HANOVER ST | |
| City/State/Zip: | WILKES BARRE,PA 18706 | |
| Ph: 570-831-2000 Contact: RECEIVING | | FOB:☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| | Master Bill of Lading: |
|---|---|
| ☐ | with attached underlying Bill Of Lading |

WWE Number: W709699565

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INVOICE #833544
PO #483958

Pickup Instructions:

Delivery Instructions: MABD MAY 9-10, 2017.  APPOINTMENT DELIVERY REQUIRED

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 36 | BOX | 1165 | | 15 but less than 22.5, 48(L) x 40(W) x 53(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 36 | | 1165 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| COD Amount: $ | |
|---|---|
| Fee Terms:  3rd Party WWE | |
| Remit Address: | |

| Acceptable Forms of Payment: | |
|---|---|
| ☐ | Bank Certified Check |
| ☐ | Company Check |
| ☐ | Personal Check |
| ☐ | Money Order |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)                    (Date)

(Signature) 1 PLT 05-04-17                  (Date)

461

*Shaghal 05/04*

# Shaghal Ltd.
### Est. 1985

# INVOICE - A
### OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|---|---|
| 4/28/2017 | 833545 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 483961 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 150 | ESFC204 | ESFC204 | 9.82 | | 1,473.00 | |

```
3Y49V7        MAY 4, 2017    ACT WT 17.0 LBS        1 OF 3
SVC GNDCOM                   BL WT 17.0 LBS
TRACKING# 1Z3Y49V70340782841
REF 1:INV#833545
REF 2:PO#483961

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  11.61 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 11.61              NR+HC11.61
TOT PUB CHG 24.88            PUB+HC24.88

3Y49V7        MAY 4, 2017    ACT WT 17.0 LBS        2 OF 3
SVC GNDCOM                   BL WT 17.0 LBS
TRACKING# 1Z3Y49V70342320050
REF 1:INV#833545
REF 2:PO#483961

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  11.61 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 11.61              NR+HC11.61
TOT PUB CHG 24.88            PUB+HC24.88
```

```
3Y49V7        MAY 4, 2017    ACT WT 17.0 LBS        3 OF 3
SVC GNDCOM                   BL WT 17.0 LBS
TRACKING# 1Z3Y49V70340578867
REF 1:INV#833545
REF 2:PO#483961

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  11.61 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 11.61              NR+HC11.61
TOT PUB CHG 24.88            PUB+HC24.88
```

| | Grand Total | $1,473.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

*PICKING LIST*   Shaghal → 05/09   (4)

DATE  04/26/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

DELIV DATE     / /
REQST DATE  05/10/17
CANCEL DATE  / /
ORDER DATE  04/25/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100452        **PO NO:** 483961        **PAGE:**   1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066  *50* / ESFC204 ③ → 17 lbs  *Boxs*  Ematic Stud Finder | ~~150~~ (150) | EA  $9.82 | |

UPS Ground

(W) — 51 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1139   F (305) 966 1134

| | | |
|---|---|---|
| **DATE** | 4/28/2017 | **INV #** 833545 |
| **SOLD TO** | SEARS | **PO #** 483961 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT#0475 | |
| | CDF-MANTENO-SLS | |
| | 8374 N 4000 EAST | |
| | MANTENO, IL 60950-3588 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 3 | 150 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 150 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

464

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/28/2017 | 833547 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 483959 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| | Grand Total | $994.62 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

465

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal → 05/05* ③

**DATE** 04/26/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**   / /
**REQST DATE**  05/10/17
**CANCEL DATE**  / /
**ORDER DATE**  04/25/17

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100450            **PO NO:** 483959                        **PAGE:**      1

                                                        **SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | *Box* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|------------------|----------|
| 1 | 817707019828  *10* / EMW5105 ① | | 10 ⑩ | EA | $ *7.20* |
| | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781  *5* / EMW3401 ② | | 10 ⑩ | EA | $ *10.44* |
| | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811  *5* / EMW4101 ② | | 10 ⑩ | EA | $ *17.64* |
| | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019804  *2* / EMW5306 ⑥ | | 12 ⑫ | EA | $ *33.36* |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 5 | 817707019798  *5* / EMW6201 ③ | | 15 ⑮ | EA | $ *16.10* |
| | 30-79 Tilting TV Wall Mount | | | | |

*40" × 48" × 35"*

*Ⓦ → 491 lbs*    *12.63 D*
*C-85*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 4/28/2017 | **INV #** | 833547 |
| **SOLD TO** | SEARS | **PO #** | 483959 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | 1 | 2 | 10 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| **TOTAL** | | **1** | **14** | **57** | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OTI 021506NF

SAIA PRO NUMBER: 770637892803

| DRIVER | ARRIVE | DEPART | HU | 16+ |

☐ BOL NBR.

DATE    May 5, 2017

TERMS    Prepaid

CARRIER    SAIA

SEC 7

| SHIPPER | CONSIGNEE |
|---|---|
| SHAGHAL LTD | SEARS UNIT # 0447 |
| 2231 COLBY AVENUE | 2775 W MILLER RD |
| LOS ANGELES, CA 90064 | GARLAND, TX 75041 |
| BILL TO OR REMIT TO | ISSUING OFFICE OR AGENT |

GENERAL COMMENTS

MABD MAY 9-10, 2017
Quote #3529059

| PIECES | In | DESCRIPTION | WEIGHTLBS (SUBJECT TO CORRECTION) | Class | CHARGES |
|---|---|---|---|---|---|
| 1 | PT | 14 BOXES OF TV MOUNT DIMENSION: | 491 | 85 | |
| | | 40X48X35 DENSITY: 12.63 INVOICE# | | | |
| | | S33547 PO#483959 | | | |
| | | **Deficit Weight** | 9 | | |
| 1 | | *** Total Pieces & Weight *** | 491 | | |
| | | PO# 483959 | | | |
| | | **NOTIFICATION PRIOR TO DELIVERY** | | | |
| | | *PICK UP # 7232517* | | | |

REMIT C.O.D. TO

ADDRESS

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreedor declared value of the property is hereby specifically stated by the shipper to be not exceeding.

$              per

COD AMT: $0.00

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the followingstatement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

C.O.D. FEE

PREPAID ☐   $
COLLECT ☐

TOTAL CHARGES

$

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT
CHECK BOX IF COLLECT ☐

| SHIPPER | CARRIER |
|---|---|
| PER    Shaghal Ltd | Saia LTL Freight |
| | PER    *Rodolfo mendez*    DATE  5/05/17 |

(Signature of Consignor)

https://www.saia.com/bol/bolBlank.aspx?IBOL=77063789280&CHKD=3&vics=n&formrates=n&UID=shaghal&PWD=BrtBCwCw&SID=I66XO93365457&QtNu...    1/1

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 4/28/2017 | 833551 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 483957 | | N/A | | | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 66.72 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

3Y49V7      MAY 4, 2017   ACT WT 20.0 LBS      1 OF 7
SVC GNDCOM            BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341295278
REF 1:INV#833661
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  12.47 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86

3Y49V7      MAY 4, 2017   ACT WT 40.0 LBS      2 OF 7
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342765286
REF 1:INV#833661
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.31 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.86            PUB+HC44.86

3Y49V7      MAY 4, 2017   ACT WT 40.0 LBS      3 OF 7
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342444891
REF 1:INV#833661
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  20.31 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.86            PUB+HC44.86

3Y49V7      MAY 4, 2017   ACT WT 35.0 LBS      4 OF 7
SVC GNDCOM            BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340560109
REF 1:INV#833661
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.27 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.16

3Y49V7      MAY 4, 2017   ACT WT 33.0 LBS      5 OF 7
SVC GNDCOM            BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340656915
REF 1:INV#833551
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.59 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 17.59              NR+HC17.59
TOT PUB CHG 38.60            PUB+HC38.60

3Y49V7      MAY 4, 2017   ACT WT 33.0 LBS      6 OF 7
SVC GNDCOM            BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341301322
REF 1:INV#833651
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.59 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 17.59              NR+HC17.59
TOT PUB CHG 38.60            PUB+HC38.60

3Y49V7      MAY 4, 2017   ACT WT 33.0 LBS      7 OF 7
SVC GNDCOM            BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342579335
REF 1:INV#833651
REF 2:PO#483967

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  17.59 USD
DV 0.00        COD     0.00        RS  0.00
DC 0.00        DGD     0.00        SD  0.00
AH 0.00        PR      0.00        SP  0.00
TOT NR CHG 17.59              NR+HC17.59
TOT PUB CHG 38.60            PUB+HC38.60

cknowledged and accepted in full.

| Grand Total | $536.82 |
|---|---|

*BC*

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST   *Shaghal → 05/04*

**DATE** 04/26/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**   / /
**REQST DATE**  05/10/17
**CANCEL DATE**  / /
**ORDER DATE**  04/25/17

**DEPT:** 657     **TYPE:** RE         **INSTRUCTIONS:**

**ORDER NO:** 100448            **PO NO:** 483957                              **PAGE:**    1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781 *5* / EMW3401 *①* — 20 lbs<br>10-49 FULL Motion TV Mount | 5 *5* | EA | *$ 10.44* |
| 2 | 817707019811 *5* / EMW4101 *②* — 40 lbs<br>17-55 Full Motion TV Mount | 10 *10* | EA | *$ 17.64* |
| 3 | 817707019804 *2* / EMW5306 *①* — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 2 *2* | EA | *$ 33.36* |
| 4 | 817707019798 *5* / EMW6201 *③* 33 lbs<br>30-79 Tilting TV Wall Mount | 15 *15* | EA | *$ 16.10* |

UPC or EAN Number / Vendor ID *Box*



UPS Ground = $124.13
Ⓦ — 234 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 5/4/2017 | **INV #** 833551 |
| **SOLD TO** | SEARS | **PO #** 483957 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**   SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 1 | 2 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | **TOTAL** | | 7 | 32 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 5/3/2017 | 835081 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 485230 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 5/3/2017 | 5/3/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 261.00 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 16 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 533.76 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $1,204.96 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

472

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal → 05/10*

④

**DATE** 05/03/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**   / /
**REQST DATE**  05/17/17
**CANCEL DATE** / /
**ORDER DATE**  05/02/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100454        **PO NO:** 485230        **PAGE:**  1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  *5*  / EMW3401<br>10-49 FULL Motion TV Mount | 25 ㉕ | EA | $ *10·44* |
| 2 | 817707019811  *5*  / EMW4101<br>17-55 Full Motion TV Mount | 5 ⑤ | EA | $ *17·64* |
| 3 | 817707019804  *2*  / EMW5306<br>TV Wall Mount Kit with HDMI ca | 16 ⑯ | EA | $ *33.36* |
| 4 | 817707019798  *5*  / EMW6201<br>30-79 Tilting TV Wall Mount | 20 ⑳ | EA | $ *16.10* |

*Boxs*
⑤ → 20 lbs
① → 40 lbs
⑧ → 35 lbs
④ → 33 lbs



*40 × 48 × 33"*        *YRC - 262.35 (5 day)*

Ⓦ → 585 lbs

*NMFC 116030-9*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 5/4/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 835081
**PO #** 485230

**SHIP TO**   SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 5 | 25 | CHINA |
| EMW4101 | 5 | 1 | 1 | 5 | CHINA |
| EMW5306 | 2 | | 8 | 16 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 18 | 66 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# BILL OF LADING

**Date:** 05/10/2017

## SHIP FROM

**Name:** SHAGHAL LTD
**Address:** 2231 COLBY AVENUE

**City/State/Zip:** LOS ANGELES,CA 90064
**Ph:** 310-966-1133  **Contact:** LYN          FOB:☐

## SHIP TO

**Name:** SEARS UNIT # 0425          Location#
**Address:** 10512 N BUSCH DR N

**City/State/Zip:** JACKSONVILLE,FL 32218
**Ph:** 904-727-3228 **Contact:** RECEIVING          FOB:☐

## FREIGHT CHARGES BILL TO

**Name:** Worldwide Express
**Address:** 2323 Victory Avenue Ste 1600
**City/State/Zip:** Dallas, TX 75219

**Bill of Lading Number:** 85991547

**Carrier Name:** YRC FREIGHT

02/10/17   **693-366654-9**

847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

Freight Charge Terms: (*freight charges are prepaid by Worldwide Express unless indicated otherwise*)

☐   Master Bill of Lading:
    with attached underlying Bill Of Lading

**WWE Number: W709699565**

**SPECIAL INSTRUCTIONS:** For assistance, please call (888) 326-9939

Handling Instructions: INVOICE # 835081
PO # 485230
ORDER # 100454

Pickup Instructions:

Delivery Instructions: MABD MAY 15-17, 2017.  APPOINTMENT DELIVERY REQUIRED

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|-----------|--------|-----------|--------|-----------------|
|           |        |           |        |                 |
|           |        |           |        |                 |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 18 | BOX | 585 | | 15 but less than 22.5, 48(L) x 40(W) x 33(H) DO NOT STACK  TV MOUNT | 116030-9 | 70 |
| 1 | | 18 | | 585 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

COD Amount: $
Fee Terms:  3rd Party WWE
Remit Address:

Acceptable Forms of Payment:
☐ Bank Certified Check
☐ Company Check
☐ Personal Check
☐ Money Order

SHIPPERS SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

(Signature)                    (Date)

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallet said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

*YRC 89789   51017*
                              (Date)

(Signature)

475

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 5/3/2017 | 835086 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 485235 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 5/3/2017 | 5/3/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 200 | ESFC204 | ESFC204 | 9.82 | | 1,964.00 | |

```
3Y49V7      MAY 11, 2017   ACT WT 17.0 LBS      1 OF 4
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70341256926
REF 1:INV#835086
REF 2:PO#485235

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  11.61  USD
DV 0.00          COD   0.00        RS  0.00
DC 0.00          DGD   0.00        SD  0.00
AH 0.00          PR    0.00        SP  0.00
TOT NR CHG 11.61                   NR+HC11.61
TOT PUB CHG 24.88                  PUB+HC24.88
```

```
3Y49V7      MAY 11, 2017   ACT WT 17.0 LBS      3 OF 4
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70340414542
REF 1:INV#835086
REF 2:PO#485235

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  11.61  USD
DV 0.00          COD   0.00        RS  0.00
DC 0.00          DGD   0.00        SD  0.00
AH 0.00          PR    0.00        SP  0.00
TOT NR CHG 11.61                   NR+HC11.61
TOT PUB CHG 24.88                  PUB+HC24.88
```

```
3Y49V7      MAY 11, 2017   ACT WT 17.0 LBS      2 OF 4
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70341910932
REF 1:INV#835086
REF 2:PO#485235

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  11.61  USD
DV 0.00          COD   0.00        RS  0.00
DC 0.00          DGD   0.00        SD  0.00
AH 0.00          PR    0.00        SP  0.00
TOT NR CHG 11.61                   NR+HC11.61
TOT PUB CHG 24.88                  PUB+HC24.88
```

```
3Y49V7      MAY 11, 2017   ACT WT 17.0 LBS      4 OF 4
SVC GNDCOM              BL WT 17.0 LBS
TRACKING# 1Z3Y49V70342383761
REF 1:INV#835086
REF 2:PO#485235

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  11.61  USD
DV 0.00          COD   0.00        RS  0.00
DC 0.00          DGD   0.00        SD  0.00
AH 0.00          PR    0.00        SP  0.00
TOT NR CHG 11.61                   NR+HC11.61
TOT PUB CHG 24.88                  PUB+HC24.88
```

| | Grand Total | $1,964.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* ~~DATE~~ 05/03/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  05/17/17
**CANCEL DATE** / /
**ORDER DATE** 05/02/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100459                      **PO NO:** 485235                      **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066 *50* / ESFC204<br>Ematic Stud Finder | *Box's* *(4) — 17 lbs* 200 (200) | EA | *$9.82* |

*UPS Ground*

*(W) — 68 lbs*

477



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (383) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 5/4/2017 | **INV #** | 835086 |
| **SOLD TO** | SEARS | **PO #** | 485235 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 4 | 200 | CHINA |
| | | | | | |
| | **TOTAL** | | 4 | 200 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 5/5/2017 | 835547 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 485413 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 5/5/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7       MAY 11, 2017   ACT WT 15.0 LBS        1 OF 2
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341794569
REF 1:INV#835547
REF 2:PO#485413

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00        COD    0.00           RS  0.00
DC 0.00        DGD    0.00           SD  0.00
AH 0.00        PR     0.00           SP  0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7       MAY 11, 2017   ACT WT 16.0 LBS        2 OF 2
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342582974
REF 1:INV#835547
REF 2:PO#485413

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  11.04  USD
DV 0.00        COD    0.00           RS  0.00
DC 0.00        DGD    0.00           SD  0.00
AH 0.00        PR     0.00           SP  0.00
TOT NR CHG 11.04              NR+HC11.04
TOT PUB CHG 23.68            PUB+HC23.68
```

| | Grand Total | $2,011.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal – 05/11*

**DATE** 05/04/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**   / /
**REQST DATE**  05/17/17
**CANCEL DATE**  / /
**ORDER DATE**  05/03/17

**DEPT:** 657        **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100460               **PO NO:** 485413                                       **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707012676    / EM208VIDBL | ① → 15 lbs | 48 48 | EA  $14.90 | |
|  | Ematic 8GB 1.5" MP3 Video Plar | | | | |
| 2 | 817707016803    / EM318VIDBL | ① → 16 lbs | 48 48 | EA  $27.00 | |
|  | Ematic 8GB 2.4" Touch Screen h | | | | |

*UPS Ground*

*(W) — 31 lbs*

**480**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 05/05/17 | **INV #** | 835547 |
| **SOLD TO** | SEARS | **PO #** | 485413 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **2** | **96** | |

### SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

481

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/09/2017 | 836702 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT#0475 |
| CDF-MANTENO-SLS |
| 8374 N 4000 EAST |
| MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 485802 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/09/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 64 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 896.00 | |

```
3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        1 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341931348
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34

3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        2 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342028666
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34

3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        3 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342447361
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34
```

```
3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        4 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342923775
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34

3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        6 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341763782
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34
```

| | Grand Total | $896.00 |
|--|-------------|---------|

acknowledged and accepted in full.

```
3Y49V7        MAY 18, 2017   ACT WT 8.0 LBS        6 OF 8
SVC GNDCOM                    BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342393393
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64               NR+HC9.64
TOT PUB CHG 16.34             PUB+HC16.34
```

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for

2231 COLBY AVE
LOS ANGELES CA  90024

*Shaghal — 05118*

④

PICKING LIST                    DATE  05/09/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  05/24/17
**CANCEL DATE**  / /
**ORDER DATE**  05/08/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100461            **PO NO:** 485802            **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707018043  8  / EDT201ANT  ⑧ Box's — 8 lbs | 64 ⑥④ | EA  $ 14.00 | |
|   | edt201ant/multi | | | |

*UPS Ground*

Ⓦ — 64 lbs

483

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | **05/09/17** | |
| **SOLD TO** | SEARS | **INV #**    836702 |
| | 3333 BEVERLY RD C2-114B | **PO #**    485802 |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EDT201ANT | 8 | | 8 | 64 | CHINA |
| | **TOTAL** | | 8 | 64 | |

_____

### SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        MAY 18, 2017   ACT WT 8.0  LBS          7 OF 8
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70342058602
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64              NR+HC9.64
TOT PUB CHG 16.34           PUB+HC16.34
```

```
3Y49V7        MAY 18, 2017   ACT WT 8.0  LBS          8 OF 8
SVC GNDCOM              BL WT 8.0  LBS
TRACKING# 1Z3Y49V70341326413
REF 1:INV#836702
REF 2:PO#485802

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.64 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 9.64              NR+HC9.64
TOT PUB CHG 16.34           PUB+HC16.34
```

**484**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837406 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 486430 | | N/A | | | | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 18 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 600.48 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

| | Grand Total | $1,619.58 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal → 05/18*

**DATE** 05/10/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**DELIV DATE**    / /
**REQST DATE** 05/24/17
**CANCEL DATE** / /
**ORDER DATE** 05/09/17

**DEPT:** 657       **TYPE:** RE

**INSTRUCTIONS:**

**ORDER NO:** 100462

**PO NO:** 486430

**PAGE:**    1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | *Box#* | Qty Ordered | | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707019828  *10*  / EMW5105<br>23-65 Fixed Low Profile TV Wal | *(3) → 26 lbs* | *30* 30 | | EA *$7.20* | |
| 2 | 817707019781  *5*  / EMW3401<br>10-49 FULL Motion TV Mount | *(4) → 20 lbs* | *20* 20 | | EA *$10.44* | |
| 3 | 817707019811  *5*  / EMW4101<br>17-55 Full Motion TV Mount | *(4) → 40 lbs* | *20* 20 | | EA *$17.64* | |
| 4 | 817707019804  *2*  / EMW5306<br>TV Wall Mount Kit with HDMI ca | *(9) → 35 lbs* | *18* 18 | | EA *$33.36* | |
| 5 | 817707019798  *5*  / EMW6201<br>30-79 Tilting TV Wall Mount | *(3) → 33 lbs* | *15* 15 | | EA *$16.10* | |

*23*

*40" x 48 x 38"*

*(W) → 766 lbs*

**486**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**  05/11/17

**SOLD TO**
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**  837406
**PO #**  486430

**SHIP TO**
SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 9 | 18 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | TOTAL | 1 | 23 | 103 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| Date: 05/18/2017 | **BILL OF LADING** |
|---|---|

| SHIP FROM | |
|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number : 86341016 |
| Address: 2231 COLBY AVENUE | Carrier Name: UPS FREIGHT |
| City/State/Zip: LOS ANGELES,CA 90064 | SCAC: UPGF |
| Ph: 310-966-1133  Contact: LYN        FOB:☐ | Pro number: |

| SHIP TO | |
|---|---|
| Name: SEARS UNIT # 0425        Location# | |
| Address: 10512 N BUSCH DR N | |
| City/State/Zip: JACKSONVILLE,FL 32218 | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |
| Ph: 904-727-3228 Contact: RECEIVING    FOB:☐ | |

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: Worldwide Express | ☐  Master Bill of Lading: with attached underlying Bill Of Lading |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 837406
PO# 486430

Pickup Instructions:

Delivery Instructions: MABD 05/24/17  APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 23 | BOX | 766 | | 15 but less than 22.5, 48(L) x 40(W) x 38(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 23 | | 766 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| COD Amount: $ | Acceptable Forms of Payment: |
|---|---|
| Fee Terms: 3rd Party WWE | Bank Certified Check |
| Remit Address: | Company Check |
| | Personal Check |
| | Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are property classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)        (Date)

(Signature)                    5/8/17 (Date)

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|

UPS Freight   526 926 606 LOS

**488**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837408 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 486434 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |

| | Grand Total | $2,104.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Shaghal → 0418   (4)

DATE 05/10/17

SHIP-TO ADDRESS
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

SHIP-FOR ADDRESS
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

DELIV DATE   / /
REQST DATE  05/24/17
CANCEL DATE  / /
ORDER DATE  05/09/17

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100466

PO NO: 486434                                              PAGE:   1

SHIP TO: SEARS UNIT # 0443

BOX #

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105 | (3) → 26 lbs | 30  30 | EA $ 7.20 | |
| | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781  5  / EMW3401 | (4) → 20 lbs | 20  20 | EA $ 10.44 | |
| | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811  5  / EMW4101 | (6) → 40 lbs | 30  30 | EA $ 17.64 | |
| | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019804  2  / EMW5306 | (10) → 35 lbs | 20  20 | EA $ 33.36 | |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 5 | 817707019798  5  / EMW6201 | (6) → 33 lbs | 30  30 | EA $ 16.10 | |
| | 30-79 Tilting TV Wall Mount | | | | |

29

12.35
$333
70

40" x 48" x 48"

(W") → 979 lbs

**490**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 05/11/17 |
|------|----------|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    837408
PO #    486434

| SHIP TO | SEARS UNIT #0443 |
|---------|------------------|
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| PACKING LIST | | | | | |
|-------|---------|---------|-------------|-----------|----------|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 6 | 30 | CHINA |
| | **TOTAL** | 1 | 29 | 130 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

# YRC
FREIGHT

**SCAC: RDWY**

**697-789989-9**

PRO Number:

Date: 05/18/2017    B/L number:

Shipper number:    Trailer number:

Consignee name and address:
**SEARS UNIT # 0443**

Shipper name:
**SHAGHAL LTD**

**Attn: RECEIVING**

Address:
**2231 COLBY AVE**

**1055 HANOVER ST HANOVER, INDUSTRIAL PK**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |

Destination City **WILKES-BARRE** | State: PA | ZIP Code: 18706

Origin city (if different than before):    State:    ZIP code:

Phone Number:
**(570) 831-2000**

Invoice:

Customer number:    Store number:    Department:

Address:

P.O. Number:
**486434/INV# 837408**

Special instructions:

City:    State:    ZIP code:

Contact Name:    Contact Phone:

| Standard | Faster Standard |
| ☐ Standard | ☐ Accelerated |
| Standard Guaranteed | Expedited Guaranteed |
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☒ Time-Critical  Deliver by: 05 / 23 / 2017  ☐ By noon  ☒ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window  Between: / / & / / | ☐ Time-Critical Hour Window  Deliver on: / /  Between: & |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

Quote I.D.: 53448466

*guarantee only applies to direct service points*

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐    COD amount: $    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 29 | BOX | | TV WALL MOUNT | 99810(-) | 70 | 979 | 40 | 48 | 48 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 29 | | | GRAND TOTAL | | | 979 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked-collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: **YRC FREIGHT** 89789 | Date: 5/18/17 | Trailer loaded by: ☐ Shipper  ☒ Driver |
| | | | Freight counted by: ☒ Driver: pallets said to contain |
| Shipper signature: | YRC freight employee signature: | | ☐ Shipper  ☐ Driver: pallets containing |
| | | | ☐ Shipper  ☒ Driver: Loose pieces |

**Mark "X" in "HM" column for hazardous materials.**

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837410 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 486438 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 30 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,000.80 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $2,224.60 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

### Thank you for your Business!

**493**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal* → *05/19* ①

DATE  05/10/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  / /
**REQST DATE**  05/24/17
**CANCEL DATE** / /
**ORDER DATE** 05/09/17

DEPT: 657        TYPE: RE        INSTRUCTIONS:

ORDER NO: 100470          PO NO:  486438                          PAGE:   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|------|------|------|------|
| 1 | 817707019828  10  / EMW5105  ③ → 26 lbs  23-65 Fixed Low Profile TV Wal | 30  30 | EA  $ 7.20 | |
| 2 | 817707019781  5  / EMW3401  ③ → 20 lbs  10-49 FULL Motion TV Mount | 15  15 | EA  $ 10.44 | |
| 3 | 817707019811  5  / EMW4101  ⑥ → 40 lbs  17-55 Full Motion TV Mount | 30  30 | EA  $ 17.64 | |
| 4 | 817707019804  2  / EMW5306  ⑮ → 35 lbs  TV Wall Mount Kit with HDMI ca | 30  30 | EA  $ 33.36 | |
| 5 | 817707019798  5  / EMW6201  ④ → 33 lbs  30-79 Tilting TV Wall Mount | 20  20 | EA  $ 16.10 | |

Box #

31

4  4  4
40 x 48 x 48
_____

19.98
53.33
70

Ⓦ → 1066 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 05/11/17 | **INV #** | 837410 |
| **SOLD TO** | SEARS | **PO #** | 486438 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0449 | | |
| | 1700 SCHUSTER RD | | |
| | DELANO INDUSTRIAL PK | | |
| | DELANO, CA 932159572 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW5306 | 2 | | 15 | 30 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **31** | **125** | |

_____

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date: 05/22/2017                    **BILL OF LADING**

| | |
|---|---|
| **SHIP FROM** | Bill of Lading Number: 86451183 |
| Name: SHAGHAL LTD | Carrier Name: DEPENDABLE HIGHWAY EXPRESS |
| Address: 2231 COLBY AVENUE | SCAC: DPHE |
| City/State/Zip: LOS ANGELES,CA 90064 | Pro number: |
| Ph: 310-966-1133 Contact: LYN        FOB: ☐ | |

**DHE** Dependable Highway Express

102702255

| | |
|---|---|
| **SHIP TO** | |
| Name: SEARS HOLDINGS UNIT# 0449    Location# | |
| Address: 1700 SCHUSTER RD | |
| DELANO INDUSTRIAL PK | |
| City/State/Zip: DELANO,CA 93215 | Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)* |
| Ph: 6617215910 Contact: RECEIVING        FOB: ☐ | |

| | |
|---|---|
| **FREIGHT CHARGES BILL TO** | ☐ Master Bill of Lading: |
| Name: Worldwide Express | with attached underlying Bill Of Lading |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 837410
PO# 486438

Pickup Instructions:

Delivery Instructions: MABD 05/23/2017  APPOINTMENT DELIVERY REQUIRED

| **REFERENCE NUMBER INFORMATION** | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| **CARRIER INFORMATION** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **HANDLING UNITS** | | **PIECES** | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | | **LTL ONLY** | |
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 1 | PLT | 31 | BOX | 1066 | | 15 but less than 22.5, 48(L) x 40(W) x 48(H)  DO NOT STACK | | 116030-9 | 70 |
| 1 | | 31 | | 1066 | | **Grand Total** | | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| | |
|---|---|
| COD Amount: $ | **Acceptable Forms of Payment:** |
| Fee Terms:  3rd Party WWE | ☐ Bank Certified Check |
| Remit Address: | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carrier broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| | | |
|---|---|---|
| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: ☐ By Shipper ☐ By Driver | Freight Counted: ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |

(Signature)                    (Date)

_(Signature)_        R2470  S-22-17        _(Date)_

**496**

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837411 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 486439 | | N/A | | | | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |

```
3Y49V7       MAY 18, 2017   ACT WT 17.0 LBS      1 OF 2
SVC GNDCOM             BL WT 17.0 LBS
TRACKING# 1Z3Y49V70342463210
REF 1:INV#837411
REF 2:PO#486439

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.61 USD
DV  0.00             COD   0.00        RS  0.00
DC  0.00             DGD   0.00        SD  0.00
AH  0.00             PR    0.00        SP  0.00
TOT NR CHG 11.61            NR+HC11.61
TOT PUB CHG 24.88          PUB+HC24.88
```

```
3Y49V7       MAY 18, 2017   ACT WT 17.0 LBS      2 OF 2
SVC GNDCOM             BL WT 17.0 LBS
TRACKING# 1Z3Y49V70342645620
REF 1:INV#837411
REF 2:PO#486439

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  11.61 USD
DV  0.00             COD   0.00        RS  0.00
DC  0.00             DGD   0.00        SD  0.00
AH  0.00             PR    0.00        SP  0.00
TOT NR CHG 11.61            NR+HC11.61
TOT PUB CHG 24.88          PUB+HC24.88
```

| Grand Total | $982.00 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES CA 90024

*Magna* → 05/18   (4)

DATE 05/10/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO IL 60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL 60950

**DELIV DATE** / /
**REQST DATE** 05/24/17
**CANCEL DATE** / /
**ORDER DATE** 05/09/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100471        **PO NO:** 486439                    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066  50  / ESFC204 (2) → 17 lbs   *BOX#* | 100 (100) | EA  $9.82 | |
|   | Ematic Stud Finder | | | |

UPS Ground

(W) — 34 lbs

498

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 05/11/17 | **INV #** | 837411 |
| **SOLD TO** | SEARS | **PO #** | 486439 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 2 | 100 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 100 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

499

# Shaghal Ltd.

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/18/2017 | 839463 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 487816 | | N/A | | | | 05/18/2017 | 05/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7           MAY 23, 2017   ACT WT 20.0 LBS        1 OF 8
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341386773
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86

3Y49V7           MAY 23, 2017   ACT WT 20.0 LBS        2 OF 8
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341616780
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86

3Y49V7           MAY 23, 2017   ACT WT 40.0 LBS        3 OF 8
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341876394
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  20.31 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.85            PUB+HC44.85
```

```
3Y49V7           MAY 23, 2017   ACT WT 35.0 LBS        4 OF 8
SVC GNDCOM                     BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342060808
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.16            PUB+HC40.16

3Y49V7           MAY 23, 2017   ACT WT 35.0 LBS        5 OF
SVC GNDCOM                     BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340247410
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  18.27 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.16            PUB+HC40.16
```

| | | | Grand Total | $567.54 |
|--|--|--|-------------|---------|

acknowledged and accepted in full.

```
3Y49V7           MAY 23, 2017   ACT WT 33.0 LBS        6 OF 8
SVC GNDCOM                     BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340771826
REF 1:INV#839463
REF 2:PO#487816

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  17.59 USD
DV 0.00        COD    0.00        RS  0.00
DC 0.00        DGD    0.00        SD  0.00
AH 0.00        PR     0.00        SP  0.00
TOT NR CHG 17.59              NR+HC17.59
TOT PUB CHG 38.60            PUB+HC38.60
```

proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

**Thank you for**

SHAGHAI BTP
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**                                        *Nagha) →  05/23*                     ④

                                                         DATE  05/17/17

**SHIP-TO ADDRESS**                    **SHIP-FOR ADDRESS**
SEARS UNIT # 0440                      SEARS UNIT # 0440
                                       1600 N BOUDREAU RD                **DELIV DATE**    / /
1600 N BOUDREAU RD                     MANTENO  IL   609509377           **REQST DATE**  05/31/17
MANTENO  IL   609509377                                                 **CANCEL DATE**  / /
                                                                        **ORDER DATE**  05/16/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100474                   **PO NO:** 487816                          **PAGE:**    1

                                       SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | *Boxs* | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------|-------------|-----------------|----------|
| 1 | 817707019781    / EMW3401<br>10-49 FULL Motion TV Mount | ② — *20 lbs* | 10 ⑩ | EA  $ *10.44* |
| 2 | 817707019811    / EMW4101<br>17-55 Full Motion TV Mount | ① — *40 lbs* | 5 ⑤ | EA  $ *17.64* |
| 3 | 817707019804    / EMW5306<br>TV Wall Mount Kit with HDMI ca | ② — *35 lbs* | 4 ④ | EA $ *33.70* |
| 4 | 817707019798    / EMW6201<br>30-79 Tilting TV Wall Mount | ③ → *33 lbs* | 15 ⑮ | EA $ *16.10* |



*UPS Ground*
*(W) → 249 lbs*

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 05/18/17 | **INV #** | 839463 |
| **SOLD TO** | SEARS | **PO #** | 487816 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 2 | 4 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | TOTAL | | 8 | 34 | |

**SIGNATURE**

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

| | |
|---|---|
| 3Y49V7      MAY 23, 2017   ACT WT 33.0 LBS       7 OF 8<br>SVC GNDCOM                    BL WT 33.0 LBS<br>TRACKING# 1Z3Y49V70340729837<br>REF 1:INV#839463<br>REF 2:PO#487816 | 3Y49V7      MAY 23, 2017   ACT WT 33.0 LBS       8 OF 8<br>SVC GNDCOM                    BL WT 33.0 LBS<br>TRACKING# 1Z3Y49V70342377446<br>REF 1:INV#839463<br>REF 2:PO#487816 |
| HANDLING CHARGE 0.00<br>SINGLE-PIECE NR RATE CHRGS:        SVC  17.59 USD<br>DV 0.00            COD   0.00       RS 0.00<br>DC 0.00            DGD   0.00       SD 0.00<br>AH 0.00            PR    0.00       SP 0.00<br>TOT NR CHG 17.59          NR+HC17.59<br>TOT PUB CHG 38.60         PUB+HC38.60 | HANDLING CHARGE 0.00<br>SINGLE-PIECE NR RATE CHRGS:        SVC  17.59 USD<br>DV 0.00            COD   0.00       RS 0.00<br>DC 0.00            DGD   0.00       SD 0.00<br>AH 0.00            PR    0.00       SP 0.00<br>TOT NR CHG 17.59          NR+HC17.59<br>TOT PUB CHG 38.60         PUB+HC38.60 |

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 05/18/2017 | 839464 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 487817 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 05/18/2017 | 05/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| 45 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 469.80 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 14 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 467.04 | |
| 45 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 724.50 | |

| | Grand Total | $2,141.94 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

503

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*shaghal → 05/23* (4)

DATE  05/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE    / /
REQST DATE  05/31/17
CANCEL DATE  / /
ORDER DATE  05/16/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100475                **PO NO:** 487817                        **PAGE:**    1

SHIP TO: SEARS UNIT # 0443

*Boxs*

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828    / EMW5105 (3)<br>23-65 Fixed Low Profile TV Wal | 30 (30) | EA $ 7.20 | |
| 2 | 817707019781    / EMW3401 (9)<br>10-49 FULL Motion TV Mount | 45 (45) | EA $ 10.44 | |
| 3 | 817707019811    / EMW4101 (3)<br>17-55 Full Motion TV Mount | 15 (15) | EA $ 17.64 | |
| 4 | 817707019804    / EMW5306 (7)<br>TV Wall Mount Kit with HDMI ca | 14 (14) | EA $ 33.34 | |
| 5 | 817707019798    / EMW6201 (9)<br>30-79 Tilting TV Wall Mount | 45 (45) | EA $ 16.10 | |

31

- 16.47
- 57.77
  70

$40'' \times 48'' \times 52''$

(W') → 952 lbs

**504**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 05/18/17 | | | INV # | 839464 |
|------|----------|---|---|------|--------|
| SOLD TO | SEARS | | | PO # | 487817 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL P.K
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| EMW3401 | 5 | | 9 | 45 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW5306 | 2 | | 7 | 14 | CHINA |
| EMW6201 | 5 | | 9 | 45 | CHINA |
| | | | | | |
| | TOTAL | 1 | 31 | 149 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

**YRC FREIGHT**

**SCAC: RDWY**

**698-907352-5**

| | |
|---|---|
| Date: 05/24/2017 | B/L number: |

**PRO Number:**

| Shipper number: | Trailer number: |
|---|---|

Consignee name and address:
**SEARS HOLDINGS UNIT# 0443**

Shipper name:
**SHAGHAL LTD**

**Attn: RECEIVING**

Address:
**2231 COLBY AVE**

**1055 HANOVER ST HANOVER INDUSTRIAL PARK**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
|---|---|---|

| Destination City WILKES-BARRE | State: PA | ZIP Code: 18706 |
|---|---|---|

| Origin city (if different than before): | State: | ZIP code: |
|---|---|---|

Phone Number:
**(570) 831-2000**

Invoice:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**487817** / 

Special Instructions:
**TIME CRITICAL**

| City: | State: | ZIP code: |
|---|---|---|

| Contact Name: | Contact Phone: |
|---|---|

**Standard**
☐ Standard
**Faster Standard**
☐ Accelerated

**Standard Guaranteed**
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: _/_/_ & _/_/_

**Expedited Guaranteed**
☒ Time-Critical   Deliver by: 05/30/2017   ☐ By noon   ☒ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: _/_/_   Between: _ & _
☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service points

Quote I.D.: **54496555**

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount?   Yes ☐   No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 31 | BOX | | TV MOUNT | 99810-1 | 70 | 952 | 40 | 48 | 52 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | | | | | Contact Ph:(310) 966-1133 | | | | | | |
| 1 | | 31 | | | GRAND TOTAL | | | 952 | | | |

EMERGENCY CONTACT
Phone: _____ Name: _____ Contract #: _____

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges: $

**NOTE (1)** Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

**Note2:** Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

**Note (3)** Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: YRC FREIGHT | Trailer #: 8789 | Date: 5-24-17 | Trailer loaded by: ☐ Shipper ☒ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by: ☒ Driver: pallets said to contain |
| | | Material Received: ☐ Shipper ☐ Driver: Loose pieces | | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 05/18/2017 | 839465 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 487820 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 05/18/2017 | 05/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |

```
3Y49V7       MAY 23, 2017   ACT WT 17.0 LBS      1 OF 2
SVC GNDCOM             BL WT 17.0 LBS
TRACKING# 1Z3Y49V70341430669
REF 1:INV#839465
REF 2:PO#487820

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  11.61 USD
DV 0.00        COD  0.00         RS 0.00
DC 0.00        DGD  0.00         SD 0.00
AH 0.00        PR   0.00         SP 0.00
TOT NR CHG 11.61            NR+HC11.61
TOT PUB CHG 24.88           PUB+HC24.88
```

```
3Y49V7       MAY 23, 2017   ACT WT 17.0 LBS      2 OF 2
SVC GNDCOM             BL WT 17.0 LBS
TRACKING# 1Z3Y49V70340769366
REF 1:INV#839465
REF 2:PO#487820

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  11.61 USD
DV 0.00        COD  0.00         RS 0.00
DC 0.00        DGD  0.00         SD 0.00
AH 0.00        PR   0.00         SP 0.00
TOT NR CHG 11.61            NR+HC11.61
TOT PUB CHG 24.88           PUB+HC24.88
```

| | Grand Total | $982.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

507

(4)

**DATE** 05/17/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**  / /
**REQST DATE**  05/31/17
**CANCEL DATE** / /
**ORDER DATE**  05/16/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100478              **PO NO:** 487820              **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066    / ESFC204  ② Boxs — 17 lb | 100  (100) | EA  $ 9.82 | |
|   | Ematic Stud Finder | | | |

UPS Ground

(W) — 34 lbs

**508**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 05/18/17 | | **INV #** | 839465 |
| **SOLD TO** | SEARS | | **PO #** | 487820 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| **SHIP TO** | SEARS UNIT#0475 | | | |
| | CDF-MANTENO-SLS | | | |
| | 8374 N 4000 EAST | | | |
| | MANTENO, IL 60950-3588 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 2 | 100 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 100 | |

## SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 5/24/2017 | 841293 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 488343 | | N/A | | | 5/24/2017 | 5/24/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7          JUN 8, 2017    ACT WT 15.0 LBS              1 OF 2
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342950923
REF 1:INV#841293
REF 2:PO#488343

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  10.66 USD
DV 0.00              COD    0.00         RS 0.00
DC 0.00              DGD    0.00         SD 0.00
AH 0.00              PR     0.00         SP 0.00
TOT NR CHG 10.66                  NR+HC10.66
TOT PUB CHG 22.71                 PUB+HC22.71
```

```
3Y49V7          JUN 8, 2017    ACT WT 15.0 LBS              2 OF 2
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340844936
REF 1:INV#841293
REF 2:PO#488343

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  10.66 USD
DV 0.00              COD    0.00         RS 0.00
DC 0.00              DGD    0.00         SD 0.00
AH 0.00              PR     0.00         SP 0.00
TOT NR CHG 10.66                  NR+HC10.66
TOT PUB CHG 22.71                 PUB+HC22.71
```

| | Grand Total | $2,011.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

⑷

*Shaghal* 06/08
**DATE** 05/23/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE** / /
**REQST DATE** 06/14/17
**CANCEL DATE** / /
**ORDER DATE** 05/22/17

**DEPT:** 657       **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100479                    **PO NO:** 488343                              **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676    / EM208VIDBL  ① — 15 lbs <br> Ematic 8GB 1.5" MP3 Video Plar | 48 ㊽ | EA | $ 14.90 |
| 2 | 817707016803    / EM318VIDBL  Ⓦ — 15 lb <br> Ematic 8GB 2.4" Touch Screen h | 48 ㊽ | EA | $ 27.00 |

UPS Ground

Ⓦ — 30 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (305) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 5/24/2017 | | **INV #** | 841293 |
| **SOLD TO** | SEARS | | **PO #** | 488343 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT#0475 |
| | CDF-MANTENO-SLS |
| | 8374 N 4000 EAST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/02/2017 | 844089 |

**BILL TO**
Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 490419 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/02/2017 | 06/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

3Y49V7       JUN 8, 2017     ACT WT 12.0 LBS        1 OF 3
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340837660
REF 1:INV#844089
REF 2:PO#490419

HANDLING CHARGE 0.00
SINGLE− PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 14.63           PUB+HC14.63

3Y49V7       JUN 8, 2017     ACT WT 10.0 LBS        2 OF 3
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340896362
REF 1:INV#844089
REF 2:PO#490419

HANDLING CHARGE 0.00
SINGLE− PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80           PUB+HC13.80

3Y49V7       JUN 8, 2017     ACT WT 10.0 LBS        3 OF 3
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340412777
REF 1:INV#844089
REF 2:PO#490419

HANDLING CHARGE 0.00
SINGLE− PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80           PUB+HC13.80

| | Grand Total | $1,115.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MD*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

③

PICKING LIST

Shaghal → 6/8

**DATE** 06/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**   / /
**REQST DATE**  06/14/17
**CANCEL DATE** / /
**ORDER DATE**  05/31/17

**DEPT:** 603          **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100482                    **PO NO:** 490419                              **PAGE:**    1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629    / EGQ347BL ① — 12 lbs<br>7" Quad-Core with Android 5.0 | 10 ⑩ | EA $ 44.52 |
| 2 | 817707019569    / FUNTAB3 ② — 10 lbs<br>Ematic 7" HD Kid Safe Tablet e | 10 ⑩ | EA $ 67.00 |

UPS Ground

Ⓦ — 32 lbs

**514**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 06/02/17 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #   844089
PO #    490419

**SHIP TO**
SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ347BL | 10 | | 1 | 10 | CHINA |
| FUNTAB3 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 20 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/02/2017 | 844092 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 490507 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/02/2017 | 06/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | Grand Total | $958.76 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

*~handwritten: 6/8, (4)~*

PICKING LIST

DATE  06/02/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

*MABD 6/12 – 6/16 (handwritten)*
DELIV DATE  / /
REQST DATE  06/14/17
CANCEL DATE  / /
ORDER DATE  06/01/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100484              **PO NO:** 490507                              **PAGE:** 1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781   / EMW3401  ③ — 20 lbs<br>10-49 FULL Motion TV Mount | 15 (15) | EA $ | 10.44 |
| 2 | 817707019811   / EMW4101  ⑤ — 40 lbs<br>17-55 Full Motion TV Mount | 25 (25) | EA $ | 17.04 |
| 3 | 817707019804   / EMW5306  ③ — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 6 (6) | EA $ | 33.36 |
| 4 | 817707019798   / EMW6201  ② — 33 lbs<br>30-79 Tilting TV Wall Mount | 10 (10) | EA $ | 16.16 |

*handwritten: 13*

*handwritten notes:*
15.07
31.11
70

$$40^{4} \times 48^{4} \times 28^{4}$$

$ 198.10

(W) → 469 lbs

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 06/02/17 | | **INV #** | **844092** |
| **SOLD TO** | SEARS | | **PO #** | **490507** |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT #0425 | | | |
| | JACKSONVILLE - RRC | | | |
| | 10512 BUSCH DR N | | | |
| | JACKSONVILLE, FL 322185604 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | **TOTAL** | 1 | 13 | 56 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

| Date: 06/08/2017 | **BILL OF LADING** |
|---|---|

| SHIP FROM | |
|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number: 87182070 |
| Address: 2231 COLBY AVENUE | Carrier Name: ROADRUNNER |
| | SCAC: RDFS |
| City/State/Zip: LOS ANGELES,CA 90064 | Pro number: |
| Ph: 310-966-1133 Contact: LYN     FOB:☐ | |

**Roadrunner** Transportation Services .COM

| SHIP TO | |
|---|---|
| Name: SEARS UNIT # 0425    Location# | |
| Address: 10512 N BUSCH DR N | |
| City/State/Zip: JACKSONVILLE,FL 32218 | |
| Ph: 904-727-3228 Contact: RECEIVING     FOB:☐ | |

*(barcode)* 420742249

**SHIPPER'S COPY**

This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations, and all other applicable provisions of this carrier's individual and collective tariffs, including NMFC 100 series unless otherwise agreed by contract.

WWE Number: W709699565

| FREIGHT CHARGES BILL TO |
|---|
| Name: Worldwide Express |
| Address: 2323 Victory Avenue Ste 1600 |
| City/State/Zip: Dallas, TX 75219 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 844092
PO# 490507

Pickup Instructions:

Delivery Instructions: MABD 06/16/2017  APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 13 | BOX | 469 | | 15 but less than 22.5, 48(L) x 40(W) x 28(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 13 | | 469 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ |
|---|
| Fee Terms:  3rd Party WWE |
| Remit Address: |

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

_Jose G_        _6-8-17_
(Signature)        (Date)
_1 SKD_

_____
(Signature)                (Date)

519

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/02/2017 | 844095 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 490510 | | N/A | | | | 06/02/2017 | 06/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7        JUN 8, 2017   ACT WT 20.0 LBS        1 OF 6
SVC GNDCOM                  BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342060260
REF 1:INV#844095
REF 2:PO#490510

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 8.84            NR+HC8.84
TOT PUB CHG 20.27         PUB+HC20.27

3Y49V7        JUN 8, 2017   ACT WT 40.0 LBS        2 OF 6
SVC GNDCOM                  BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342920670
REF 1:INV#844095
REF 2:PO#490510

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC 16.90 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 16.90          NR+HC16.90
TOT PUB CHG 38.45         PUB+HC38.45

3Y49V7        JUN 8, 2017   ACT WT 35.0 LBS        3 OF 6
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341774689
REF 1:INV#844095
REF 2:PO#490510

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 14.19          NR+HC14.19
TOT PUB CHG 32.55         PUB+HC32.55
```

```
3Y49V7        JUN 8, 2017   ACT WT 35.0 LBS        4 OF 6
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341478295
REF 1:INV#844095
REF 2:PO#490510

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 14.19          NR+HC14.19
TOT PUB CHG 32.55         PUB+HC32.55

3Y49V7        JUN 8, 2017   ACT WT 33.0 LBS        6 OF 6
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341647603
REF 1:INV#844095
REF 2:PO#490510

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC 13.60 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 13.60          NR+HC13.60
TOT PUB CHG 31.19         PUB+HC31.19
```

| | Grand Total | $354.34 |
|---|---|---|

y acknowledged and accepted in full.

_MB_

Prepared By

...at they are in good condition and accepts them in
...ion of special orders can be accepted. However, in
...ocking charge of 15% per month. All past due
...ndable. In the event Vendor institutes collection
...ce, the Vendee shall pay to the Vendor in addition
to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

*Shaghal* → 6/8

③

DATE  06/02/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**   / /
**REQST DATE**  06/14/17
**CANCEL DATE**  / /
**ORDER DATE**  06/01/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100487            **PO NO:** 490510            **PAGE:**   1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781      / EMW3401  ① → 20 lbs<br/>10-49 FULL Motion TV Mount | 5 ⑤ | EA | $ 10.44 |
| 2 | 817707019811      / EMW4101  ① → 40 lbs<br/>17-55 Full Motion TV Mount | 5 ⑤ | EA | $ 17.64 |
| 3 | 817707019804      / EMW5306  ② → 35 lbs<br/>TV Wall Mount Kit with HDMI ca | 4 ④ | EA | $ 33.36 |
| 4 | 817707019798      / EMW6201  ① → 33 lbs<br/>30-79 Tilting TV Wall Mount | 5 ⑤ | EA | $ 16.10 |

UPS Ground

Ⓦ → 163 lbs

521



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**      06/02/17
**SOLD TO**   SEARS
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

INV # 844095
PO # 490510

**SHIP TO**   SEARS UNIT #0447
              BLDG F&G
              2775 W MILLER RD
              GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 2 | 4 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 5 | 19 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/02/2017 | 844096 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 490511 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/02/2017 | 06/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 35 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 617.40 | |
| 30 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,000.80 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |

| | Grand Total | $2,310.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

523

2231 COLBY AVE
LOS ANGELES  CA   90024

Shaghal → 6/9   ①

**DATE** 06/02/17

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0449 | SEARS UNIT # 0449 |
| 1700 SCHUSTER RD | DELANO INDUSTRIAL PK |
| DELANO INDUSTRIAL PK | DELANO  CA  932159572 |
| DELANO  CA  932159572 | |

**DELIV DATE**  / /
**REQST DATE**  06/14/17
**CANCEL DATE** / /
**ORDER DATE**  06/01/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100488      **PO NO:** 490511      **PAGE:**  1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781    / EMW3401  ④ —20 lbs<br>10-49 FULL Motion TV Mount | 20 ㉚ | EA $ 10.44 |
| 2 | 817707019811    / EMW4101  ⑦ —40 lb<br>17-55 Full Motion TV Mount | 35 ㉟ | EA $ 17.64 |
| 3 | 817707019804    / EMW5306  ⑮ — 35 lb<br>TV Wall Mount Kit with HDMI ca | 30 ㉚ | EA $ 33.36 |
| 4 | 817707019798    / EMW6201  ⑥ — 33 lbs<br>30-79 Tilting TV Wall Mount | 30 ㉚ | EA $ 16.10 |

32

40ᵛ x 48¹ x 55ⁿ

Ⓦ → 1113 lbs

18.21
61.11
70

524



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| DATE | 06/02/17 |
|------|----------|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #   844096
PO #   490511

| SHIP TO | SEARS UNIT #0449 |
|---------|------------------|
| | 1700 SCHUSTER RD |
| | DELANO INDUSTRIAL PK |
| | DELANO, CA 932159572 |

| PACKING LIST | | | | | |
|-------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 7 | 35 | CHINA |
| EMW5306 | 2 | | 15 | 30 | CHINA |
| EMW6201 | 5 | | 6 | 30 | CHINA |
| | | | | | |
| | TOTAL | 1 | 32 | 115 | |

### SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**Date:** 06/12/2017                    **BILL OF LADING**

| SHIP FROM | |
|---|---|
| **Name:** | SHAGHAL LTD |
| **Address:** | 2231 COLBY AVENUE |
| **City/State/Zip:** | LOS ANGELES, CA 90064 |
| **Ph:** 310-966-1133 **Contact:** LYN | **FOB:** ☐ |

**Bill of Lading Number :** 87302404

**Carrier Name:** DEPENDABLE HIGHWAY EXPRESS

**SCAC:** DPHE

**Pro number:**

Shipper Copy
**102654041**
Driver's signature ONLY acknowledges receipt of freight. Shipment is subject to applicable terms and conditions of the Uniform Straight Bill of Lading and the DPHE - 100 rules tariff

| SHIP TO | |
|---|---|
| **Name:** | SEARS UNIT# 0449          Location# |
| **Address:** | 1700 SCHUSTER RD |
| | DELANO INDUSTRIAL PK |
| **City/State/Zip:** | DELANO, CA 93215 |
| **Ph:** 6617215910 **Contact:** RECEIVING | **FOB:** ☐ |

**Freight Charge Terms:** *(freight charges are prepaid by Worldwide Express unless indicated otherwise)*

| FREIGHT CHARGES BILL TO | |
|---|---|
| **Name:** | Worldwide Express |
| **Address:** | 2323 Victory Avenue Ste 1600 |
| **City/State/Zip:** | Dallas, TX 75219 |

| ☐ | Master Bill of Lading: with attached underlying Bill Of Lading |
|---|---|

**WWE Number: W709699565**

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 844096
PO# 490511
Pickup Instructions:
Delivery Instructions: MABD 6/13/2017  APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 32 | BOX | 1113 | | 15 but less than 22.5, 48(L) x 40(W) x 55(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 32 | | 1113 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
                                        per

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

**COD Amount: $**
Fee Terms:  3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: |
|---|
| Bank Certified Check |
| Company Check |
| Personal Check |
| Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

*DHC 1PLT 8TC*

*(Signature)*                    *(Date)* 6/12/17

*(Signature)*

*(Date)*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 6/7/2017 | 846068 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 490844 | | N/A | | | | 6/7/2017 | 6/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 96 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7      JUN 16, 2017   ACT WT 16.0 LBS        1 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342816616
REF 1:INV#846068
REF 2:PO#490844

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 10.66 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71

3Y49V7      JUN 16, 2017   ACT WT 16.0 LBS        2 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340676920
REF 1:INV#846068
REF 2:PO#490844

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 10.66 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7      JUN 16, 2017   ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342630930
REF 1:INV#846068
REF 2:PO#490844

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 10.66 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

| | Grand Total | $2,726.40 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

BC
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

527

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

Shaghal — 06/15
DATE  06/06/17

④

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

DELIV DATE     / /
REQST DATE  06/21/17
CANCEL DATE  / /
ORDER DATE  06/05/17

**DEPT:** 657          **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100489                    **PO NO:**  490844                    **PAGE:**    1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707012676     / EM208VIDBL    ② — 15 lb | 96  (96) | EA | $14.90 |
|   | Ematic 8GB 1.5" MP3 Video Plar | | | |
| 2 | 817707016803     / EM318VIDBL    ① — 15 lbs | 48  (48) | EA | $27.00 |
|   | Ematic 8GB 2.4" Touch Screen h | | | |

UPS Ground

(W) — 45 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1139    F (310) 966 1134

DATE      6/7/2017                                         INV #    846068
SOLD TO   SEARS                                            PO #     490844
          3333 BEVERLY RD C2-114B
          HOFFMAN ESTATES, IL 60176

SHIP TO   SEARS UNIT#0475
          CDF-MANTENO-SLS
          8374 N 4000 EAST
          MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 6/14/2017 | 850674 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 492660 | | N/A | | | 6/14/2017 | 6/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

3Y49V7        JUN 22, 2017   ACT WT 40.0 LBS      1 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341098375
REF 1:INV#850674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 21.67 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 21.67                    NR+HC21.67
TOT PUB CHG 49.70                   PUB+HC49.70

3Y49V7        JUN 22, 2017   ACT WT 40.0 LBS      2 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342544381
REF 1:INV#850674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 21.67 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 21.67                    NR+HC21.67
TOT PUB CHG 49.70                   PUB+HC49.70

3Y49V7        JUN 22, 2017   ACT WT 40.0 LBS      3 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340159999
REF 1:INV#850674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 21.67 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 21.67                    NR+HC21.67
TOT PUB CHG 49.70                   PUB+HC49.70

3Y49V7        JUN 22, 2017   ACT WT 35.0 LBS      4 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340761202
REF 1:INV#850674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 19.73 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 19.73                    NR+HC19.73
TOT PUB CHG 45.26                   PUB+HC45.26

3Y49V7        JUN 22, 2017   ACT WT 35.0 LBS      5 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342524018
REF 1:INV#850674
REF 2:PD#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 19.73 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 19.73                    NR+HC19.73
TOT PUB CHG 45.26                   PUB+HC45.26

3Y49V7        JUN 22, 2017   ACT WT 35.0 LBS      6 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341584429
REF 1:INV#850674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 19.73 USD
DV 0.00              COD 0.00          RS 0.00
DC 0.00              DGD 0.00          SD 0.00
AH 0.00              PR 0.00          SP 0.00
TOT NR CHG 19.73                    NR+HC19.73
TOT PUB CHG 45.26                   PUB+HC45.26

| | Grand Total | $853.48 |

acknowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges are non-refunda
proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

Thank you for

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 06/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   / /
**REQST DATE**  06/28/17
**CANCEL DATE** / /
**ORDER DATE** 06/13/17

**DEPT:** 657       **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100492              **PO NO:** 492660                          **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811    / EMW4101<br>17-55 Full Motion TV Mount | (3) → 40 lbs   15  (15) | EA $ | 17.64 |
| 2 | 817707019804    / EMW5306<br>TV Wall Mount Kit with HDMI ca | (4) → 35 lbs   8  (8) | EA $ | 33.36 |
| 3 | 817707019798    / EMW6201<br>30-79 Tilting TV Wall Mount | (4) → 33 lbs   20  (20) | EA $ | 16.10 |



UPS Ground    $ 218 - 73
(iii) → 392 lbs

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 06/14/17 | **INV #** | 850674 |
| **SOLD TO** | SEARS | **PO #** | 492660 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

## PACKING LIST

| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW4101 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | | 11 | 43 | |

```
3Y49V7      JUN 22, 2017   ACT WT 36.0 LBS        7 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341638433
REF 1:INV#860674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  19.73 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 46.25            PUB+HC45.25
```

SCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
AIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
O WE CAN CLAIM WITHIN THE TIME FRAME

```
3Y49V7      JUN 22, 2017   ACT WT 33.0 LBS        8 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342542043
REF 1:INV#860674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  18.70 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7      JUN 22, 2017   ACT WT 33.0 LBS       10 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342722063
REF 1:INV#860674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  18.70 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7      JUN 22, 2017   ACT WT 33.0 LBS        9 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340911256
REF 1:INV#860674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  18.70 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7      JUN 22, 2017   ACT WT 33.0 LBS       11 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342910476
REF 1:INV#860674
REF 2:PO#492660

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  18.70 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 6/14/2017 | 850675 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0447 |
| 2775 W MILLER RD |
| GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 492661 | | N/A | | | | 6/14/2017 | 6/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7         JUN 22, 2017   ACT WT 40.0  LBS        1 OF 6
SVC GNDCOM                    BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342031792
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  15.90  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 15.90                    NR+HC15.90
TOT PUB CHG 36.45                   PUB+HC36.45

3Y49V7         JUN 22, 2017   ACT WT 35.0  LBS        2 OF 6
SVC GNDCOM                    BL WT 35.0  LBS
TRACKING# 1Z3Y49V70342661004
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 14.19                    NR+HC14.19
TOT PUB CHG 32.55                   PUB+HC32.55

3Y49V7         JUN 22, 2017   ACT WT 35.0  LBS        3 OF 6
SVC GNDCOM                    BL WT 35.0  LBS
TRACKING# 1Z3Y49V70341131819
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 14.19                    NR+HC14.19
TOT PUB CHG 32.55                   PUB+HC32.55
```

```
3Y49V7         JUN 22, 2017   ACT WT 35.0  LBS        4 OF 6
SVC GNDCOM                    BL WT 35.0  LBS
TRACKING# 1Z3Y49V70341660226
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 14.19                    NR+HC14.19
TOT PUB CHG 32.55                   PUB+HC32.55

3Y49V7         JUN 22, 2017   ACT WT 36.0  LBS        5 OF 6
SVC GNDCOM                    BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340702230
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.19  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 14.19                    NR+HC14.19
TOT PUB CHG 32.55                   PUB+HC32.55
```

| Grand Total | $435.58 |
|-------------|---------|

acknowledged and accepted in full.

```
3Y49V7         JUN 22, 2017   ACT WT 33.0  LBS        6 OF 6
SVC GNDCOM                    BL WT 33.0  LBS
TRACKING# 1Z3Y49V70342863841
REF 1:INV#850675
REF 2:PO#492661

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  13.60  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 13.60                    NR+HC13.60
TOT PUB CHG 31.19                   PUB+HC31.19
```

accounts will incur a charge of 1.5% per month. All charges are non-refunda
proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and conc

Thank you for

2231 COLBY AVE
LOS ANGELES CA  90024

magal — 08/22  (3)

**DATE** 06/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**    / /
**REQST DATE**  06/28/17
**CANCEL DATE**  / /
**ORDER DATE**  06/13/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100493              **PO NO:** 492661                                **PAGE:**    1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811  5  / EMW4101  (1) → 40 lbs | 5  (5) | EA  $ 17.64 |
| | 17-55 Full Motion TV Mount | | | |
| 2 | 817707019804  2  / EMW5306  (4) → 35 lbs | 8  (8) | EA  $ 33.36 |
| | TV Wall Mount Kit with HDMI ca | | | |
| 3 | 817707019798  .5  / EMW6201  (1) → 33 lbs | 5  (5) | EA  $ 16.10 |
| | 30-79 Tilting TV Wall Mount | | | |

UPS Ground
(W) — 213 lbs

534



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE** 06/14/17

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO** SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

**INV #** 850675
**PO #** 492661

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 6 | 18 | |

**SIGNATURE**

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 6/14/2017 | 850676 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 492662 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 6/14/2017 | 6/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 733.92 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |

| | Grand Total | $1,569.72 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

. SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES   CA   90024

**PICKING LIST**

**DATE** 06/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO   CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO   CA   932159572

**DELIV DATE**   / /
**REQST DATE**   06/28/17
**CANCEL DATE**   / /
**ORDER DATE**   06/13/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100494          **PO NO:** 492662                    **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811   5  / EMW4101<br>17-55 Full Motion TV Mount | 20  (20) | EA | $ 17.64 |
| 2 | 817707019804   2  / EMW5306<br>TV Wall Mount Kit with HDMI ca | 22  (22) | EA | $ 33.36 |
| 3 | 817707019798   5  / EMW6201<br>30-79 Tilting TV Wall Mount | 30  (30) | EA | $ 16.10 |

(4) → 40 lbs
(11) → 35 lbs
(6) → 33 lbs



40" × 48" × 38"    $ 150.12

(W) — 776 lbs

18.37
42.22
70
11 6030-9

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 06/14/17 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 850676
**PO #** 492662

**SHIP TO**
SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| EMW5306 | 2 | 1 | 11 | 22 | CHINA |
| EMW6201 | 5 | | 6 | 30 | CHINA |
| | TOTAL | 1 | 21 | 72 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| Date: 06/23/2017 | **BILL OF LADING** | |
|---|---|---|

| SHIP FROM | |
|---|---|
| Name:        SHAGHAL LTD | Bill of Lading Number:   87827507 |
| Address:     2231 COLBY AVENUE | Carrier Name:   BEST OVERNITE EXPRESS |
| City/State/Zip:  LOS ANGELES,CA 90064 | SCAC:        BTVP |
| Ph: 310-966-1133  Contact: LYN        FOB:☐ | Pro number: |

| SHIP TO | |
|---|---|
| Name:      SEARS UNIT# 0449          Location# | |
| Address:   1700 SCHUSTER RD | |
| *DELANO INDUSTRIAL PARK* | |
| City/State/Zip:  DELANO,CA 93215 | |
| Ph: 6617215910 Contact: RECEIVING     FOB:☐ | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name:      Worldwide Express | ☐  Master Bill of Lading: with attached underlying Bill Of Lading |
| Address:   2323 Victory Avenue Ste 1600 | |
| City/State/Zip:  Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 850676
PO# 492662
Pickup Instructions:
Delivery Instructions: MABD 6/27/2017  APPOINTMENT DELIVERY REQUIR

CUSTOMER COPY

**BEST OVERNITE**

69273139 9

This shipment is governed by the terms, including the limitation of liability provisions, of the applicable written contract or pricing agreement and, if not expressly superseded, by Best Overnite's rules tariff, a copy of which is available on request.

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360. | LTL ONLY |
| QTY | TYPE | QTY | TYPE | | | | NMFC#   CLASS |
| 1 | PLT | 21 | BOX | 776 | | 15 but less than 22.5, 48(L) x 40(W) x 38(H)  DO NOT STACK | 116030-9   70 |
| 1 | | 21 | | 776 | | **Grand Total** | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| COD Amount: $ | Acceptable Forms of Payment: |
|---|---|
| Fee Terms:  3rd Party WWE | ☐ Bank Certified Check |
| Remit Address: | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: | Freight Counted: |
|---|---|---|
| | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |

(Signature)                    (Date)

(Signature)                    6/23/17 (Date)

*Richof Sequera*

PLATE # 06883P1

11:21 AM
2-4 PM

**539**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/21/2017 | 853123 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 493777 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/21/2017 | 06/21/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7      JUN 30, 2017   ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM                  BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342809738
REF 1:INV#863123
REF 2:PO#493777

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  10.56 USD
DV  0.00            COD   0.00        RS  0.00
DC  0.00            DGD   0.00        SD  0.00
AH  0.00            PR    0.00        SP  0.00
TOT NR CHG 10.56              NR+HC10.56
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7      JUN 30, 2017   ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340161342
REF 1:INV#863123
REF 2:PO#493777

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  10.56 USD
DV  0.00            COD   0.00        RS  0.00
DC  0.00            DGD   0.00        SD  0.00
AH  0.00            PR    0.00        SP  0.00
TOT NR CHG 10.56              NR+HC10.56
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7      JUN 30, 2017   ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342068669
REF 1:INV#863123
REF 2:PO#493777

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  10.93 USD
DV  0.00            COD   0.00        RS  0.00
DC  0.00            DGD   0.00        SD  0.00
AH  0.00            PR    0.00        SP  0.00
TOT NR CHG 10.93              NR+HC10.93
TOT PUB CHG 23.68            PUB+HC23.68
```

| | Grand Total | $2,726.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA   90024

Packing List   Shaghal — 6/30

DATE  06/21/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  07/06/17
**CANCEL DATE**  / /
**ORDER DATE**  06/20/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100495     **PO NO:** 493777     **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676      / EM208VIDBL<br>Ematic 8GB 1.5" MP3 Video Plar | 96 | EA | |
| 2 | 817707016803      / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | 48 | EA | |



UPS Ground

541



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

**DATE**      06/21/17

**SOLD TO**   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**   853123
**PO #**    493777

**SHIP TO**   SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

**SIGNATURE**

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 6/23/2017 | 853686 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 493890 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 6/23/2017 | 6/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |

```
3Y49V7        JUN 30, 2017   ACT WT 20.0 LBS
SVC GNDCOM                   BL WT 20.0 LBS          1 OF 2
TRACKING# 1Z3Y49V70341676689
REF 1:INV#853686
REF 2:PO#493890

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00           COD   0.00      RS 0.00
DC 0.00           DGD   0.00      SD 0.00
AH 0.00           PR    0.00      SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 12.22           PUB + HC12.22
```

```
3Y49V7        JUN 30, 2017   ACT WT 20.0 LBS
SVC GNDCOM                   BL WT 20.0 LBS          2 OF 2
TRACKING# 1Z3Y49V70342339291
REF 1:INV#853686
REF 2:PO#493890

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00           COD   0.00      RS 0.00
DC 0.00           DGD   0.00      SD 0.00
AH 0.00           PR    0.00      SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 12.22           PUB + HC12.22
```

| | Grand Total | $104.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

543

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  06/22/17

SHIP-TO ADDRESS
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

SHIP-FOR ADDRESS
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DELIV DATE    / /
REQST DATE  07/05/17
CANCEL DATE   / /
ORDER DATE  06/21/17

DEPT: 657      TYPE: RE        INSTRUCTIONS:

ORDER NO: 100498                PO NO:  493890                              PAGE:   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781 / EMW3401 | 10 | EA | |
|   | 10-49 FULL Motion TV Mount | | | |



**Shaghal Ltd.**

DATE   6/23/2017

SOLD TO
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #   853686
PO #   493890

SHIP TO
SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| PACKING LIST | | | | | |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 2 | 10 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**



# Shaghal Ltd.
### Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 6/28/2017 | 855369 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 494867 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 6/28/2017 | 6/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | USD 1,096.60 |
|--|-------------|--------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**546**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/28/2017 | 855370 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 494868 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/28/2017 | 06/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

3Y49V7        JUL 6, 2017        ACT WT 20.0 LBS        1 OF 6
SVC GNDCOM                       BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341762058
REF 1:INV#855370
REF 2:PO#494868

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC 12.34 USD
DV 0.00            COD    0.00            RS 0.00
DC 0.00            DGD    0.00            SD 0.00
AH 0.00            PR     0.00            SP 0.00
TOT NR CHG 12.34                   NR+HC12.34
TOT PUB CHG 26.86                  PUB+HC26.86

3Y49V7        JUL 6, 2017        ACT WT 40.0 LBS        2 OF 6
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341340861
REF 1:INV#855370
REF 2:PO#494868

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC 20.10 USD
DV 0.00            COD    0.00            RS 0.00
DC 0.00            DGD    0.00            SD 0.00
AH 0.00            PR     0.00            SP 0.00
TOT NR CHG 20.10                   NR+HC20.10
TOT PUB CHG 44.85                  PUB+HC44.85

3Y49V7        JUL 6, 2017        ACT WT 40.0 LBS        3 OF 6
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341677277
REF 1:INV#855370
REF 2:PO#494868

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC 20.10 USD
DV 0.00            COD    0.00            RS 0.00
DC 0.00            DGD    0.00            SD 0.00
AH 0.00            PR     0.00            SP 0.00
TOT NR CHG 20.10                   NR+HC20.10
TOT PUB CHG 44.85                  PUB+HC44.85

3Y49V7        JUL 6, 2017        ACT WT 33.0 LBS        4 OF 6
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340767288
REF 1:INV#855370
REF 2:PO#494868

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC 17.41 USD
DV 0.00            COD    0.00            RS 0.00
DC 0.00            DGD    0.00            SD 0.00
AH 0.00            PR     0.00            SP 0.00
TOT NR CHG 17.41                   NR+HC17.41
TOT PUB CHG 38.60                  PUB+HC38.60

3Y49V7        JUL 6, 2017        ACT WT 33.0 LBS        5 OF 6
SVC GNDCOM                       BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342366896
REF 1:INV#855370
REF 2:PO#494868

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC 17.41 USD
DV 0.00            COD    0.00            RS 0.00
DC 0.00            DGD    0.00            SD 0.00
AH 0.00            PR     0.00            SP 0.00
TOT NR CHG 17.41                   NR+HC17.41
TOT PUB CHG 38.60                  PUB+HC38.60

acknowledged and accepted in full.

| Grand Total | $389.60 |
|-------------|---------|

| Prepared By |
|-------------|

...t they are in good condition and accepts them in
...n of special orders can be accepted. However, in
...cking charge of 15% per month. All past due
...dable. In the event Vendor institutes collection
proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition
to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Shaghal — 07/06

DATE  06/28/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**   / /
**REQST DATE**  07/12/17
**CANCEL DATE**  / /
**ORDER DATE**  06/27/17

**DEPT:** 657      **TYPE:** RE

**INSTRUCTIONS:**

**ORDER NO:** 100500

**PO NO:**  494868

**PAGE:**   1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781   / EMW3401   20 lbs | 5   5 | EA | 70 qu |
| | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811   2 → 40 lbs | 10  10 | EA | 7 qu |
| | 17-55 Full Motion TV Mount | | | |
| 3 | 817707019798   2 → 33 lbs | 10  10 | EA | 6 10 |
| | 30-79 Tilting TV Wall Mount | | | |

5

UPS Ground

W → 166 lbs

**548**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| DATE | 06/28/17 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #  855370
PO #  494868

SHIP TO   SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 5 | 25 | |

**SIGNATURE**

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

549

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/28/2017 | 855373 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 494871 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/28/2017 | 06/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7          JUL 6, 2017   ACT WT 26.0 LBS
SVC GNDCOM              BL WT 26.0 LBS          1 OF 12
TRACKING# 1Z3Y49V/0342018913
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 10.93 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 10.93              NR + HC10.93
TOT PUB CHG 26.37            PUB + HC26.37

3Y49V7          JUL 6, 2017   ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS          2 OF 12
TRACKING# 1Z3Y49V70342183324
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 8.74 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27            PUB + HC20.27

3Y49V7          JUL 6, 2017   ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS          3 OF 12
TRACKING# 1Z3Y49V7041181337
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 8.74 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27            PUB + HC20.27
```

```
3Y49V7          JUL 6, 2017   ACT WT 40.0 LBS
SVC GNDCOM              BL WT 40.0 LBS          4 OF 12
TRACKING# 1Z3Y49V7034126894O
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 16.71 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 16.71              NR + HC16.71
TOT PUB CHG 36.45            PUB + HC36.45

3Y49V7          JUL 6, 2017   ACT WT 40.0 LBS
SVC GNDCOM              BL WT 40.0 LBS          6 OF 12
TRACKING# 1Z3Y49V70341462169
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 16.71 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 16.71              NR + HC16.71
TOT PUB CHG 36.45            PUB + HC36.45
```

| | Grand Total | $847.40 |
|--|-------------|---------|

nowledged and accepted in full.

```
3Y49V7          JUL 6, 2017   ACT WT 35.0 LBS
SVC GNDCOM              BL WT 35.0 LBS          6 OF 12
TRACKING# 1Z3Y49V70341136967
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC 14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03              NR + HC14.03
TOT PUB CHG 32.56            PUB + HC32.56
```

to said past due funds all legal costs and attorney fees reasonably incurred by
legal action. Vendee agrees to be sued in the County of Los Angeles. State of Cal
State of California. Vendee agrees to the terms and condit

**Thank you for y**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Shaghal — 07/07  ③

DATE  06/28/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

DELIV DATE      / /
REQST DATE  07/12/17
CANCEL DATE  / /
ORDER DATE  06/27/17

DEPT: 657         TYPE: RE          INSTRUCTIONS:

ORDER NO: 100503                    PO NO:  494871

PAGE:    1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  / EMW5105  23-65 Fixed Low Profile TV Wal | 10 | EA | |
| 2 | 817707019781  / EMW3401  10-49 FULL Motion TV Mount | 10 | EA | |
| 3 | 817707019811  / EMW4101  17-55 Full Motion TV Mount | 10 | EA | |
| 4 | 817707019804  / EMW5306  TV Wall Mount Kit with HDMI ca | 10 | EA | |
| 5 | 817707019798  / EMW6201  30-79 Tilting TV Wall Mount | 10 | EA | |





**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1135    F (310) 966 1134

DATE **06/28/17**

SOLD TO
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV # **855373**
PO # **494871**

SHIP TO
SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 12 | 50 | |

```
3Y49V7          JUL 6, 2017   ACT WT 35.0 LBS        7 OF 12
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340629374
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR + HC14.03
TOT PUB CHG 32.66           PUB + HC32.66

3Y49V7          JUL 6, 2017   ACT WT 35.0 LBS        8 OF 12
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341835381
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR + HC14.03
TOT PUB CHG 32.66           PUB + HC32.66

3Y49V7          JUL 6, 2017   ACT WT 35.0 LBS        9 OF 12
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342810996
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR + HC14.03
TOT PUB CHG 32.66           PUB + HC32.66
```

```
3Y49V7          JUL 6, 2017   ACT WT 35.0 LBS        10 OF 12
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341372201
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR + HC14.03
TOT PUB CHG 32.66           PUB + HC32.66

3Y49V7          JUL 6, 2017   ACT WT 33.0 LBS        11 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341696014
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 13.44 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 13.44             NR + HC13.44
TOT PUB CHG 31.19           PUB + HC31.19

3Y49V7          JUL 6, 2017   ACT WT 33.0 LBS        12 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342916426
REF 1:INV#866373
REF 2:PO#494871

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 13.44 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 13.44             NR + HC13.44
TOT PUB CHG 31.19           PUB + HC31.19
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | | Invoice # |
|---|---|---|
| 06/28/2017 | | 855374 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 494872 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/28/2017 | 06/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7       JUL 7, 2017   ACT WT 26.0 LBS        1 OF 10
SVC GNDCOM            BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342813672
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.96           PUB+HC13.96

3Y49V7       JUL 7, 2017   ACT WT 20.0 LBS        2 OF 10
SVC GNDCOM            BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340851689
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 12.22           PUB+HC12.22

3Y49V7       JUL 7, 2017   ACT WT 36.0 LBS        3 OF 10
SVC GNDCOM            BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342379196
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7       JUL 7, 2017   ACT WT 35.0 LBS        4 OF 10
SVC GNDCOM            BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340412400
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88

3Y49V7       JUL 7, 2017   ACT WT 35.0 LBS        5 OF 10
SVC GNDCOM            BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340327217
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

| Grand Total | $685.52 |
|---|---|

... acknowledged and accepted in full.

```
3Y49V7       JUL 7, 2017   ACT WT 35.0 LBS        6 OF 10
SVC GNDCOM            BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342469826
REF 1:INV#855374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.88           PUB+HC16.88
```

proceedings or legal action to enforce any of the funds due under this invoice, the ... at th
to said past due funds all legal costs and attorney fees reasonably incurred by V... on o
legal action. Vendee agrees to be sued in the County of Los Angeles. State of Ca ...ockin...
State of California. Vendee agrees to the terms and condi... ...dab...

Thank you for y...

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST          Shaghal — 07/07

**DATE** 06/28/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  / /
**REQST DATE**  07/12/17
**CANCEL DATE**  / /
**ORDER DATE**  06/27/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100504              **PO NO:** 494872            **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  '0 / EMW5105  (1) → 20 lbs  23-65 Fixed Low Profile TV Wal | '0  10 | EA | 8 7.20 |
| 2 | 817707019781  5 / EMW3401  5 → 20 lbs  10-49 FULL Motion TV Mount | 5  5 | EA | 2 '0.40 |
| 3 | 817707019804  2 / EMW5306  2 → 55 lbs  TV Wall Mount Kit with HDMI ca | 12  12 | EA | 4 83.36 |
| 4 | 817707019798  5 / EMW6201  5 → 33 lbs  30-79 Tilting TV Wall Mount | '0  10 | EA | 8 16.10 |

10



UPS Ground  $77.20

(W) → 322 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

DATE   06/28/17
SOLD TO   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #   855374
PO #   494872

SHIP TO   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | TOTAL | | 10 | 37 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

```
3Y49V7      JUL 7, 2017    ACT WT 36.0 LBS      7 OF 10
SVC GNDCOM            BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342706636
REF 1:INV#865374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 15.88            PUB + HC15.88
```

```
3Y49V7      JUL 7, 2017    ACT WT 36.0 LBS      8 OF 10
SVC GNDCOM            BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342121248
REF 1:INV#865374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 15.88            PUB + HC15.88
```

```
3Y49V7      JUL 7, 2017    ACT WT 33.0 LBS      9 OF 10
SVC GNDCOM            BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341622460
REF 1:INV#865374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 16.61            PUB + HC16.61
```

```
3Y49V7      JUL 7, 2017    ACT WT 33.0 LBS      10 OF 10
SVC GNDCOM            BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342086261
REF 1:INV#865374
REF 2:PO#494872

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 16.61            PUB + HC16.61
```

# Shaghal Ltd.
### Est. 1985

231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/7/2017 | 857989 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 495609 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/7/2017 | 7/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|-----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7        JUL 12, 2017   ACT WT 16.0 LBS           1 OF 1
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341619730
REF 1:INV#857989
REF 2:PO#495609

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 10.56 USD
DV 0.00              COD  0.00          RS 0.00
DC 0.00              DGD  0.00          SD 0.00
AH 0.00              PR   0.00          SP 0.00
TOT NR CHG 10.56                     NR+HC10.56
TOT PUB CHG 22.71                    PUB+HC22.71
```

| | Grand Total | $715.20 |
|---|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD    *Shaghal - 07/12*    (5)
2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 07/07/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  07/19/17
**CANCEL DATE**  / /
**ORDER DATE**  07/06/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100505              **PO NO:**  495609                      **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|------------------------------|-------------|-----------------|----------|
| 1 | 817707012676    / EM208VIDBL    ① → 15 lbs | 48 | EA   $ 14.90 | |
|   | Ematic 8GB 1.5" MP3 Video Plar | | | |

*UPS Ground*

*(W) — 15 lbs*

**557**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1139    F (213) 966 1134

| DATE | 7/7/2017 | | INV # | 857989 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 495609 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | TOTAL | | 1 | 48 | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

558

# Shaghal Ltd.

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 07/17/2017 | 861276 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0425 |
| JACKSONVILLE - RRC |
| 10512 BUSCH DR N |
| JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 496396 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 07/17/2017 | 07/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        JUL 20, 2017   ACT WT 26.0 LBS     1 OF 11
SVC GNDCOM                 BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342436329
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  16.00 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 15.00              NR+HC15.00
TOT PUB CHG 34.82            PUB+HC34.82

3Y49V7        JUL 20, 2017   ACT WT 20.0 LBS     2 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340353331
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  11.93 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 11.93              NR+HC11.93
TOT PUB CHG 27.68            PUB+HC27.68

3Y49V7        JUL 20, 2017   ACT WT 20.0 LBS     3 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340560947
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  11.93 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 11.93              NR+HC11.93
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7        JUL 20, 2017   ACT WT 20.0 LBS     4 OF 11
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342074167
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  11.93 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 11.93              NR+HC11.93
TOT PUB CHG 27.68            PUB+HC27.68

3Y49V7        JUL 20, 2017   ACT WT 36.0 LBS     5 OF 11
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341268968
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.25            PUB+HC45.25
```

| | Grand Total | $723.20 |
|--|-------------|---------|

...y acknowledged and accepted in full. F

IAN

Prepared By

```
3Y49V7        JUL 20, 2017   ACT WT 36.0 LBS     6 OF 11
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341481370
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.25            PUB+HC45.25
```

proceedings or legal action to enforce any of the funds due under this invoice,
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and con...

**Thank you for**

559

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal — 7/20

DATE  07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

DELIV DATE      / /
REQST DATE  07/26/17
CANCEL DATE  / /
ORDER DATE  07/11/17

**DEPT:** 657        **TYPE:** RE        INSTRUCTIONS:

**ORDER NO:** 100506              **PO NO:** 496396                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  ① — 26 lbs<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA | $ 7.20 |
| 2 | 817707019781  5  / EMW3401  ③ — 20 lbs<br>10-49 FULL Motion TV Mount | 15 (15) | EA | $ 10.44 |
| 3 | 817707019804  2  / EMW5306  ⑤ — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 10 (10) | EA | $ 33.36 |
| 4 | 817707019798  5  / EMW6201  ② — 33 lbs<br>30-79 Tilting TV Wall Mount | 10 (10) | EA | $ 16.10 |



(W) — 327 lbs

UPS Around  $185.27

(W) — 327 lbs

**560**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 7/18/2017 | **INV #** | 861276 |
| **SOLD TO** | SEARS | **PO #** | 496396 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0425 | | |
| | JACKSONVILLE - RRC | | |
| | 10512 BUSCH DR N | | |
| | JACKSONVILLE, FL 322185604 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | **TOTAL** | | 11 | 45 | |

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS       7 OF 11
SVC GNDCOM                   BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341607387
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  19.60 USD
DV 0.00            COD    0.00         RS  0.00
DC 0.00            DGD    0.00         SD  0.00
AH 0.00            PR     0.00         SP  0.00
TOT NR CHG 19.60              NR+HC19.60
TOT PUB CHG 45.26             PUB+HC46.26
```

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS       8 OF 11
SVC GNDCOM                   BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342702996
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  19.60 USD
DV 0.00            COD    0.00         RS  0.00
DC 0.00            DGD    0.00         SD  0.00
AH 0.00            PR     0.00         SP  0.00
TOT NR CHG 19.60              NR+HC19.60
TOT PUB CHG 45.26             PUB+HC46.26
```

```
3Y49V7        JUL 20, 2017   ACT WT 36.0 LBS       9 OF 11
SVC GNDCOM                   BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342684203
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  19.60 USD
DV 0.00            COD    0.00         RS  0.00
DC 0.00            DGD    0.00         SD  0.00
AH 0.00            PR     0.00         SP  0.00
TOT NR CHG 19.60              NR+HC19.60
TOT PUB CHG 45.26             PUB+HC46.26
```

E ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON

```
3Y49V7        JUL 20, 2017   ACT WT 33.0 LBS      10 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342427016
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  18.49 USD
DV 0.00            COD    0.00         RS  0.00
DC 0.00            DGD    0.00         SD  0.00
AH 0.00            PR     0.00         SP  0.00
TOT NR CHG 18.49              NR+HC18.49
TOT PUB CHG 42.88             PUB+HC42.88
```

```
3Y49V7        JUL 20, 2017   ACT WT 33.0 LBS      11 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341367422
REF 1:INV#861276
REF 2:PO#496396

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  18.49 USD
DV 0.00            COD    0.00         RS  0.00
DC 0.00            DGD    0.00         SD  0.00
AH 0.00            PR     0.00         SP  0.00
TOT NR CHG 18.49              NR+HC18.49
TOT PUB CHG 42.88             PUB+HC42.88
```

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/17/2017 | 861423 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 496397 | | N/A | | | | 7/17/2017 | 7/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7        JUL 20, 2017   ACT WT 20.0 LBS      1 OF 8
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341196849
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  12.34 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 12.34              NR+HC12.34
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        JUL 20, 2017   ACT WT 20.0 LBS      2 OF 8
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341174060
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  12.34 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 12.34              NR+HC12.34
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS      3 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340272866
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  18.08 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS      4 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341229278
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  18.08 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS      5 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342339282
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  18.08 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

| | Grand Total | $518.50 |
|--|-------------|---------|

acknowledged and accepted in full.

IAN

```
3Y49V7        JUL 20, 2017   ACT WT 35.0 LBS      6 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341068891
REF 1:INV#861423
REF 2:PO#496397

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  18.08 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

accounts will incur a charge of 1.5% per month. All charges are non-refundab
proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for



SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal —* DATE 07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**   / /
**REQST DATE**  07/26/17
**CANCEL DATE** / /
**ORDER DATE**  07/11/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100507    **PO NO:** 496397    **PAGE:**   1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  5  / EMW3401 <br> 10-49 FULL Motion TV Mount | 10 (10) | EA | $ 10.44 |
| 2 | 817707019804  2  / EMW5306 <br> TV Wall Mount Kit with HDMI ca | 10 (10) | EA | $ 33.36 |
| 3 | 817707019798   / EMW6201 <br> 30-79 Tilting TV Wall Mount | 5 (5) | EA | $ 16.10 |

(2) — 20 lbs
(5) — 35 lbs
(1) — 33 lbs

(w) — 248 lbs



UPS Ground $132.49

(W) — 248 lbs

563



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 7/18/2017 | | INV # | 861423 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 496397 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS UNIT #0440 | | | |
| | 1600 N BOUDREAU RD | | | |
| | MANTENO, IL 609509377 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | TOTAL | | 8 | 25 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| 3Y49V7        JUL 20, 2017    ACT WT 35.0 LBS        7 OF 8 |
|---|
| SVC GNDCOM                BL WT 35.0 LBS |
| TRACKING# 1Z3Y49V70340604104 |
| REF 1:INV#861423 |
| REF 2:PO#496397 |

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:                SVC  18.08 USD
DV 0.00                COD  0.00                RS 0.00
DC 0.00                DGD  0.00                SD 0.00
AH 0.00                PR   0.00                SP 0.00
TOT NR CHG 18.08                NR + HC18.08
TOT PUB CHG 40.15                PUB + HC40.15

| 3Y49V7        JUL 20, 2017    ACT WT 33.0 LBS        8 OF 8 |
|---|
| SVC GNDCOM                BL WT 33.0 LBS |
| TRACKING# 1Z3Y49V70341560910 |
| REF 1:INV#861423 |
| REF 2:PO#496397 |

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:                SVC  17.41 USD
DV 0.00                COD  0.00                RS 0.00
DC 0.00                DGD  0.00                SD 0.00
AH 0.00                PR   0.00                SP 0.00
TOT NR CHG 17.41                NR + HC17.41
TOT PUB CHG 38.60                PUB + HC38.60

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 7/17/2017 | 861463 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 496398 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/17/2017 | 7/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | Grand Total | $1,996.94 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

IAN

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

565

2231 COLBY AVE
- LOS ANGELES  CA  90024

DATE 07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE** / /
**REQST DATE** 07/26/17   +1
**CANCEL DATE** / /
**ORDER DATE** 07/11/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100508          **PO NO:** 496398          **PAGE:**   1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828   /0  / EMW5105   (2) – 26 lbs | 20 (20) | EA @ | 7.20 |
| | 23-65 Fixed Low Profile TV Wal | | | |
| 2 | 817707019781   8  / EMW3401   (4) – 20 lbs | 20 (20) | EA @ | 10.44 |
| | 10-49 FULL Motion TV Mount | | | |
| 3 | 817707019811   5  / EMW4101   (5) – 40 lbs | 25 (25) | EA @ | 17.64 |
| | 17-55 Full Motion TV Mount | | | |
| 4 | 817707019804   2  / EMW5306   (12) – 35 lbs | 24 (24) | EA @ | 33.34 |
| | TV Wall Mount Kit with HDMI ca | | | |
| 5 | 817707019798   5  / EMW6201   (5) – 93 lbs | 25 (25) | EA @ | 16.10 |
| | 30-79 Tilting TV Wall Mount | | | |

26 BOXES



40" x 48" x 52"

(W) → 949 lbs

16.42
57.77
70



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 7/17/2017 | | INV # | 861463 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 496398 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO   SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|--------------|--------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | | | | | |
| TOTAL | | 1 | 28 | 114 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: 07/20/2017            **BILL OF LADING**

| SHIP FROM | |
|---|---|
| Name: | SHAGHAL LTD |
| Address: | 2231 COLBY AVENUE |
| City/State/Zip: | LOS ANGELES,CA 90064 |
| Ph: 310-966-1133 Contact: LYN | FOB: ☐ |

| Bill of Lading Number : | 88865606 |
|---|---|
| Carrier Name: | UPS FREIGHT |
| SCAC: | UPGF |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

**UPS Freight**        236 648 296 LOS

| SHIP TO | |
|---|---|
| Name: | SEARS UNIT# 0443        Location# |
| Address: | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PARK |
| City/State/Zip: | WILKES BARRE,PA 18706 |
| Ph: 5708312000 Contact: RECEIVING | FOB: ☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

| ☐ | Master Bill of Lading: with attached underlying Bill Of Lading |
|---|---|

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 861463
PO# 496398

Pickup Instructions:

Delivery Instructions: MABD 07/27/2017  APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | | |
|---|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs | |
| | | | | | |
| | | | | | |
| | | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 28 | BOX | 949 | | 15 but less than 22.5, 48(L) x 40(W) x 52(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 28 | | 949 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ | |
|---|---|
| Fee Terms:  3rd Party WWE | |
| Remit Address: | |

| Acceptable Forms of Payment: |
|---|
| Bank Certified Check |
| Company Check |
| Personal Check |
| Money Order |

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

(Signature) _____    (Date) _____

(Signature) _____    07-2017 (Date)

568

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/17/2017 | 861477 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 496401 | | N/A | | | | 7/17/2017 | 7/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        JUL 20, 2017   ACT WT 16.0 LBS        1 OF 1
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340863227
REF 1:INV#861477
REF 2:PO#496401

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.93 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 10.93                NR+HC10.93
TOT PUB CHG 23.68              PUB+HC23.68
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

IAN

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

Shaghal — 7/20

DATE 07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  07/26/17
**CANCEL DATE** / /
**ORDER DATE**  07/11/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100511          **PO NO:** 496401                    **PAGE:**   1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016803      / EM318VIDBL | 48  48 | EA | 27.00 |
|   | Ematic 8GB 2.4" Touch Screen h | | | |

① — 16 lbs

UPS Ground

W — 16 lbs

**570**



| DATE | 7/17/2017 | | | INV # | 861477 |
|------|-----------|--|--|-------|--------|
| SOLD TO | SEARS | | | PO # | 496401 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/17/2017 | 861478 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 496402 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/17/2017 | 7/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7        JUL 20, 2017    ACT WT 15.0  LBS        1 OF 1
SVC GNDCOM                    BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341566235
REF 1:INV#861478
REF 2:PO#496402

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  10.56  USD
DV  0.00         COD   0.00        RS   0.00
DC  0.00         DGD   0.00        SD   0.00
AH  0.00         PR    0.00        SP   0.00
TOT NR CHG 10.56                   NR+HC10.56
TOT PUB CHG 22.71                  PUB+HC22.71
```

| | Grand Total | $715.20 |
|---|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

**IAN**

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

Snagner

DATE 07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

DELIV DATE     / /
REQST DATE  07/28/17
CANCEL DATE  / /
ORDER DATE  07/11/17

DEPT:  657        TYPE:  RE        INSTRUCTIONS:

ORDER NO: 100512        PO NO:  496402        PAGE:    1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676    / EM208VIDBL | 48   48 | EA | $14.90 |
|   | Ematic 8GB 1.5" MP3 Video Plar ⟵ -15 lbs | | | |

UPS Ground

(W) — 15 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1135    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 7/17/2017 | **INV #** | 861478 |
| **SOLD TO** | SEARS | **PO #** | 496402 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **1** | **48** | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

574

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/17/2017 | 861479 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 496399 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/17/2017 | 7/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

3Y49V7          JUL 21, 2017     ACT WT 20.0 LBS     1 OF 10
SVC GNDCOM                       BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340462876
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.74 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74              NR+HC8.74
TOT PUB CHG 20.27            PUB+HC20.27

3Y49V7          JUL 21, 2017     ACT WT 40.0 LBS     2 OF 10
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340828882
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  15.71 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 15.71             NR+HC15.71
TOT PUB CHG 36.45            PUB+HC36.45

3Y49V7          JUL 21, 2017     ACT WT 40.0 LBS     3 OF 10
SVC GNDCOM                       BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341664496
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  15.71 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 15.71             NR+HC15.71
TOT PUB CHG 36.45            PUB+HC36.45

3Y49V7          JUL 21, 2017     ACT WT 36.0 LBS     4 OF 10
SVC GNDCOM                       BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340486707
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR+HC14.03
TOT PUB CHG 32.55            PUB+HC32.55

3Y49V7          JUL 21, 2017     ACT WT 36.0 LBS     5 OF 10
SVC GNDCOM                       BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341768516
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR+HC14.03
TOT PUB CHG 32.55            PUB+HC32.55

3Y49V7          JUL 21, 2017     ACT WT 36.0 LBS     6 OF 10
SVC GNDCOM                       BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341648923
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  14.03 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 14.03             NR+HC14.03
TOT PUB CHG 32.55            PUB+HC32.55

acknowledged and accepted in full.

IAN

| Grand Total | $723.20 |
|-------------|---------|

...to said past due funds all legal costs and attorney fees reasonably incurred by Ve...
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cali...
State of California. Vendee agrees to the terms and conditi...

**Thank you for yo...**

575

2231 COLBY AVE
LOS ANGELES CA 90024

Shaghal /21 ③

**DATE** 07/12/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND TX 750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND TX 750411210

**DELIV DATE** / /
**REQST DATE** 07/26/17
**CANCEL DATE** / /
**ORDER DATE** 07/11/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100509    **PO NO:** 496399    **PAGE:** 1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781  5 / EMW3401  ① — 20 lbs<br>10-49 FULL Motion TV Mount | 5 ⑤ | EA $ 10.44 | |
| 2 | 817707019811  5 / EMW4101  ② — 40 lbs<br>17-55 Full Motion TV Mount | 10 ⑩ | EA $ 17.64 | |
| 3 | 817707019804  2 / EMW5306  ⑤ — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 10 ⑩ | EA $ 33.36 | |
| 4 | 817707019798  5 / EMW6201  ② — 33 lbs<br>30-79 Tilting TV Wall Mount | 10 ⑩ | EA $ 16.10 | |



UPS Ground $137.19

Ⓦ — 341 lbs

**576**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 7/18/2017 | **INV #** | 861479 |
| **SOLD TO** | SEARS | **PO #** | 496399 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | **TOTAL** | | 10 | 35 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE

```
3Y49V7      JUL 21, 2017   ACT WT 35.0 LBS      7 OF 10
SVC GNDCOM                 BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340522934
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  14.03 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 14.03           NR+HC14.03
TOT PUB CHG 32.65          PUB+HC32.65
```

```
3Y49V7      JUL 21, 2017   ACT WT 33.0 LBS      9 OF 10
SVC GNDCOM                 BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341236762
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  13.44 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 13.44           NR+HC13.44
TOT PUB CHG 31.19          PUB+HC31.19
```

```
3Y49V7      JUL 21, 2017   ACT WT 35.0 LBS      8 OF 10
SVC GNDCOM                 BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341546641
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  14.03 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 14.03           NR+HC14.03
TOT PUB CHG 32.65          PUB+HC32.65
```

```
3Y49V7      JUL 21, 2017   ACT WT 33.0 LBS      10 OF 10
SVC GNDCOM                 BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342666663
REF 1:INV#861479
REF 2:PO#496399

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  13.44 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 13.44           NR+HC13.44
TOT PUB CHG 31.19          PUB+HC31.19
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/21/2017 | 862991 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 496752 | | N/A | | | | 7/21/2017 | 7/21/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7        JUL 26, 2017   ACT WT 26.0 LBS         1 OF 3
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340414417
REF 1:INV#862991
REF 2:PO#496752

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.84 USD
DV  0.00              COD   0.00         RS  0.00
DC  0.00              DGD   0.00         SD  0.00
AH  0.00              PR    0.00         SP  0.00
TOT NR CHG 14.84                NR+HC14.84
TOT PUB CHG 32.65              PUB+HC32.65

3Y49V7        JUL 26, 2017   ACT WT 40.0 LBS         2 OF 3
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342268824
REF 1:INV#862991
REF 2:PO#496752

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  20.10 USD
DV  0.00              COD   0.00         RS  0.00
DC  0.00              DGD   0.00         SD  0.00
AH  0.00              PR    0.00         SP  0.00
TOT NR CHG 20.10                NR+HC20.10
TOT PUB CHG 44.85              PUB+HC44.85
```

```
3Y49V7        JUL 26, 2017   ACT WT 40.0 LBS         3 OF 3
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341736836
REF 1:INV#862991
REF 2:PO#496752

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  20.10 USD
DV  0.00              COD   0.00         RS  0.00
DC  0.00              DGD   0.00         SD  0.00
AH  0.00              PR    0.00         SP  0.00
TOT NR CHG 20.10                NR+HC20.10
TOT PUB CHG 44.85              PUB+HC44.85
```

| | Grand Total | $248.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

IAN

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

**DATE** 07/18/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE**  08/02/17
**CANCEL DATE**  / /
**ORDER DATE**  07/17/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100514              **PO NO:** 496752                    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828 _10_ / EMW5105 ① — 26 lbs | 10 (10) | EA $ 7.20 | |
|  | 23-65 Fixed Low Profile TV Wal | | | |
| ~~2~~ | ~~817707019xxx~~ ~~EMW~~ | | | |
|  | ~~18-40 FULL Motion TV Mount~~ | | | |
| 3 | 817707019811 _5_ / EMW4101 ② — 40 lbs | 10 (10) | EA $ 17.64 | |
|  | 17-55 Full Motion TV Mount | | | |

UPS Ground

Ⓦ — 106 lbs

**579**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 7/21/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 862991
**PO #** 496752

**SHIP TO**   SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | | 3 | 20 | |

_____
**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/21/2017 | 862993 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 496755 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 7/21/2017 | 7/21/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 30 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,000.80 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $1,643.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

IAN

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES   CA   90024

*Logistics - 7/28*

PICKING LIST

DATE 07/18/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO   CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO   CA   932159572

**DELIV DATE**    / /
**REQST DATE**   08/02/17
**CANCEL DATE**  / /
**ORDER DATE**   07/17/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100517           **PO NO:** 496755                          **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  *10*  / EMW5105  *②) — 26 lbs* <br> 23-65 Fixed Low Profile TV Wal | *20* (20) | EA  $ 7.20 | |
| 3 | 817707019811  *5*  / EMW4101  *②) ← 40 lbs* <br> 17-55 Full Motion TV Mount | *10* (10) | EA  $ 17.64 | |
| 4 | 817707019804  *2* / EMW5306  *(15) — 35 lbs* <br> TV Wall Mount Kit with HDMI ca | *30* (30) | EA  $ 33.30 | |
| 5 | 817707019798  *5* / EMW6201  *④) — 33 lbs* <br> 30-79 Tilting TV Wall Mount | *20* (20) | EA  $ 16.10 | |

*40" x 48 x 44 '/₅*

*(W) → 819 lbs*

*16.75*
*48.88*
*70*

582



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 7/21/2017 | | | **INV #** | 862993 |
| **SOLD TO** | SEARS | | | **PO #** | 496755 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| | | | | | |
| **SHIP TO** | SEARS UNIT #0449 | | | | |
| | 1700 SCHUSTER RD | | | | |
| | DELANO INDUSTRIAL PK | | | | |
| | DELANO, CA 932159572 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW4101 | 5 | 1 | 2 | 10 | CHINA |
| EMW5306 | 2 | | 15 | 30 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 23 | 80 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**


**WORLDWIDE EXPRESS**

| Ship | Manage My Data | Services | Reports | Logout |

LOGGED IN AS SPAGHN

---

**Freight**

### Freight Quotes

Find Freight Class

**From:** RANCHO DOMINGUEZ, CA 90220 US
**To:** DELANO, CA 93215 US

| Handling Unit #1 | Type PLT | # of Units 1 | Dims 48x40x44 |
|---|---|---|---|
| Class 70 | Weight 819 | Descr 15 but less than 22.5 | HazMat N |

| Pickup Options | Delivery Options |
|---|---|
| None selected | Appointment Delivery |

<< Back    Start Over    Save Quote

| | Carrier | Estimated Transit | Price | *Maximum Limits of Liability | |
|---|---|---|---|---|---|
| Central Freight Lines | Central Freight Lines, Inc | 1 business days | $121.06 | New: $819.00 Used: $409.50 | Select |

*\* Any pickup request received after 3 PM shipper's local time will be scheduled for the following business day.*

| | Carrier | Estimated Transit | Price | *Maximum Limits of Liability | |
|---|---|---|---|---|---|
| Best Ovrnite Express | Best Overnite Express | 1 business days | $138.43 | New: $819.00 Used: $409.50 | Select |
| R+L Carriers | R & L Carriers Inc | business days | $152.58 | New: $4,914.00 Used: $81.90 | Select |
| Reddaway | USF Reddaway | 2 business days | $159.19 | New: $4,095.00 Used: $409.50 | Select |
| DHE Dependable Highway Express | Dependable Highway Express | 1 business days | $165.45 | New: $4,095.00 Used: $81.90 | Select |
| UPS Freight | UPS Freight | 1 business days | $165.73 | New: $12,285.00 Used: $409.50 | Select |
| SAIA | SAIA | 1 business days | $166.17 | New: $8,190.00 Used: $81.90 | Select |
| YRC | YRC | 2 business days | $192.04 | New: $4,504.50 Used: $409.50 | Select |
| Daylight Transport | Daylight Transport | 1 business days | $210.80 | New: $4,914.00 Used: $409.50 | Select |
| Oak Harbor Freight Lines | Oak Harbor Freight Lines | 1 business days | $214.89 | New: $4,848.48 Used: $81.90 | Select |
| XPOLogistics | Con-Way | 1 business days | $228.75 | New: $4,095.00 Used: $81.90 | Select |
| Estes Express Lines | Estes Express Lines | 1 business days | $274.27 | New: $4,848.48 Used: $81.90 | Select |
| Old Dominion | Old Dominion | 1 business days | $312.97 | New: $4,095.00 Used: $81.90 | Select |

Rates provided on SpeedFreight are for informational purposes only and do not represent a binding contract. Actual charges shall be determined by the actual shipment characteristics (origin/destination zip codes, weight and actual freight class) and any applicable rules at the time of shipment based upon NMFC classifications. These base rates do not include any additional charges (except as otherwise provided in SpeedFreight) that may apply for shipments and that may be subject to the Linear Foot, Cubic Capacity and or Excess Capacity Rules of our carrier partners, plus any other unique accessorial services that may be requested to effect a shipment's delivery. For information regarding these specific rate applications, please see the Carrier's Individual Rules Tariffs. Truckload rates are also not a part of this rating application.

https://speedship.wwex.com/pls/apex/f?p=77055:10:107977083069653::NO:::

1/2

**584**

## Ship

# Rate Quote

## Manage

Thank you for your interest in YRC Freight.
Standard and Time-Based rates are shown below. **Click a charge to view the details, service pricing programs and Quote ID.**    You can complete and submit your Bill of Lading online to automatically schedule your pickup.   Please call Customer Service at 1-800-610-6500 if you need assistance.

## Resources

This quote is not yet finalized. When **CALL** appears for your desired service date or quote, you **must** call our Customer Service Center at 1-800-610-6500 to schedule your shipment. When **FINALIZE QUOTE** appears for your desired service date and quote, you may click it to finalize your quote and schedule your shipment online.

## Services

## About

### Rates and Transit Times for our Faster Delivery Options

| **Accelerated**<br>(Delivery on Mon 07/31) | **Time-Critical by 5 p.m. (Guaranteed)**<br>(Delivery on Mon 07/31) | ****Additional Time-Critical options below**** |
|---|---|---|
| $189.73 | $259.99 | |

### Rates and Transit Time for Standard Delivery

| **Standard LTL**<br>(Delivery on Tue 08/01) | **Guaranteed Standard by 5 p.m.**<br>(Delivery on Tue 08/01) |
|---|---|
| $153.38 | $192.15 |

### Additional Guaranteed Rates and Transit Times for Time-Critical Delivery

| Service Type | Fri<br>07/28 | Sat<br>07/29 | Sun<br>07/30 | Mon<br>07/31 | Tue<br>08/01 | Wed<br>08/02 |
|---|---|---|---|---|---|---|
| **Time-Critical by 5 p.m.** | Request a<br>call back | Request a<br>call back | Request a<br>call back | $259.99<br>Finalize Quote | $259.99<br>Finalize Quote | $259.99<br>Finalize Quote |
| **Time-Critical by noon** | Request a<br>call back | Request a<br>call back | Request a<br>call back | $273.32<br>Finalize Quote | $273.32<br>Finalize Quote | $273.32<br>Finalize Quote |
| **Time-Critical Hour Window** | Request a<br>call back | Request a<br>call back | Request a<br>call back | $279.38<br>Finalize Quote | $279.38<br>Finalize Quote | $279.38<br>Finalize Quote |
| **Time-Critical Dedicated Equipment** | Request a<br>call back | $1,019.37<br>Finalize Quote | $1,019.37<br>Finalize Quote | Request a<br>call back | Request a<br>call back | Request a<br>call back |

### Shipment Information

Shipping Date: **Fri 07/28**

Standard Delivery: **Tue 08/01 (2 Days)**

Weight: **819**

Comments:

Ship From: RANCHO DOMINGUEZ, CA 90220 USA

Ship To: DELANO, CA 93215 USA

Terms: **Prepaid**

Direct Service:Yes **(847)**

Direct Service:Yes **(822)**

[ Update Quote ]    [ New Quote ]

**Notes:**

- Charges assume that we receive your pick up request by 4 p.m. and that your shipment is ready by 4 p.m. You must schedule your shipment pick up 90 minutes or more before your close time.
  Additional charges may apply, and additional transit may be needed, depending on the shipment dimensions and weight.
- Additional pick up charges will apply for pickup/delivery before 9 a.m. or after 5 p.m.
- Standard pickups/deliveries are Monday through Friday. For weekend or holiday pickups/deliveries, call your local terminal for availability and charges.
- Quoted charges include estimated fuel surcharge. Actual charges may vary.
- Stated rates and charges assume pickup by YRC Freight or its authorized agent.
- Rates and charges are computed based on a pickup date of Fri 07/28.
  Proactive notification is not applicable for standard LTL service.

**585**

# Online Rate Quote

## Quote# 9066522

Effective Date: 07/28/17
Expiration Date: 08/04/17

|  | Origin | Destination | Bill-To |
|---|---|---|---|
| Account | 1009837 | | |
| Name | Shaghal Ltd | | |
| Address | % Logistic Team | | |
| Address 2 | 19914 S Via Baron | | |
| City | Rancho Dominguez | Delano | |
| State | Ca | Ca | |
| Zipcode | 90220 | 93215 | |

| Weight | | Class | Rate | Amount |
|---|---|---|---|---|
| 819 | | 70 | 127.42 | $1,043.57 |
| Discount | | | 87.00% | -$907.91 |
| | | | | |
| Notification Prior To Delivery | | | | $12.00 |
| California Compliance Surcharge 671 | | | | $5.95 |
| Fuel Surcharge | | | 21.10% | $28.62 |
| | | | | |
| Actual Weight | | | | 819 lbs. |
| Rated Weight | | | | 819 lbs. |
| Tariff | | | | SAIA5700 |
| Total Invoice | | | | $182.23 |

**Estimated Delivery Date:** 07/31/17
**Transit Time:1 Day(s)\***

\* Note: Destination point served direct by Saia

|  | Origin Terminal | Destination Terminal |
|---|---|---|
| | ORG - Orange County, Ca (754) | BAK - Bakersfield, Ca (757) |
| Name | Mike Eley | Alex Conter |
| Manager | | |
| Address | 14719 S. San Pedro St | 7100 Mcdivitt Ave |
| City Dispatch | (310)217-1499 | (661)836-1989 |
| Customer Service | (800)765-7242 | (800)765-7242 |
| Toll-Free | (800)957-9073 | (800)765-7242 |
| Fax | (310)217-0899 | (661)836-1699 |

This quote is based on the information provided. The rates provided are for information purposes only and are not a binding contract. Actual charges shall be determined by the current Saia rules tariff, the actual shipment characteristics, and any accessorial charges that are applicable to the shipment at the time of the shipment. If volume of shipment exceeds 10 standard pallet spaces or 16' of vehicle used, contact the truckload department.

**586**

**BILL OF LADING**

| Date: 07/28/2017 | |
|---|---|

**SHIP FROM**

Name: LOGISTICS TEAM
Address: 19914 VIA BARON

City/State/Zip: RANCHO DOMINGUEZ,CA 90220
Ph: 3107477388  Contact: ANDY LIM          FOB:☐

**SHIP TO**

Name: SEARS UNIT# 0449          Location#
Address: 1700 SCHUSTER RD
DELANO INDUSTRIAL PARK
City/State/Zip: DELANO,CA 93215
Ph: 6617215910  Contact: RECEIVING       FOB:☐

**FREIGHT CHARGES BILL TO**

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX.75219

Bill of Lading Number : 89238141
Carrier Name:  R&L Carriers
SCAC:          RLCA
Pro number:

SHIPPERS COPY                    **59996174-4**
R&L CARRIERS
This shipment is subject solely to the terms and conditions of Carrier's individual and Collective Tariffs, including limitations of Liability and the Uniform Straight Bill of Lading, NMFC 100 series.

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| ☐ | Master Bill of Lading: ~ with attached underlying Bill Of Lading |
|---|---|

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 862993
PO# 496755
Pickup Instructions:
Delivery Instructions: MABD 08/01/2017  APPOINTMENT DELIVERY REQUIRED

**REFERENCE NUMBER INFORMATION**

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**CARRIER INFORMATION**

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 23 | BOX | 819 | | 15 but less than 22.5, 48(L) x 40(W) x 44(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 23 | | 819 | | Grand Total | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

COD Amount: $
Fee Terms:  3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: | |
|---|---|
| Bank Certified Check | |
| Company Check | |
| Personal Check | |
| Money Order | |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)  7/28/17  (Date)

(Signature)  7.28.17  (Date)
23 ONS ON 1pt

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/26/2017 | 864563 |

BILL TO

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 497518 | | N/A | | | | 7/26/2017 | 7/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        AUG 2, 2017    ACT WT 26.0 LBS      1 OF 11
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340833545
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  15.00 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 15.00              NR+HC15.00
TOT PUB CHG 34.82            PUB+HC34.82

3Y49V7        AUG 2, 2017    ACT WT 26.0 LBS      2 OF 11
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340042767
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  15.00 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 15.00              NR+HC15.00
TOT PUB CHG 34.82            PUB+HC34.82

3Y49V7        AUG 2, 2017    ACT WT 40.0 LBS      3 OF 11
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342093565
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  21.43 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        AUG 2, 2017    ACT WT 40.0 LBS      4 OF 11
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341921975
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  21.43 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7        AUG 2, 2017    ACT WT 35.0 LBS      5 OF 11
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342023989
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

| | Grand Total | $815.00 |
|--|-------------|---------|

y acknowledged and accepted in full.

```
3Y49V7        AUG 2, 2017    ACT WT 35.0 LBS      6 OF 11
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341056590
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

proceedings or legal action to enforce any of the funds due under this invoice, t
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of C
State of California. Vendee agrees to the terms and cond

**Thank you for**

588

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghel → 8/02*
~~DATE~~ 07/25/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**DELIV DATE**   / /
**REQST DATE**  08/09/17
**CANCEL DATE** / /
**ORDER DATE** 07/24/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100521        **PO NO:** 497518                    **PAGE:**  1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|----|-------------|-----------------|----------|
| 1 | 817707019828    / EMW5105 | (2) *26 LBS* | 20 (20) | EA | |
|   | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019811    / EMW4101 | (2) *40 LBS* | 10 (10) | EA | |
|   | 17-55 Full Motion TV Mount | | | | |
| 3 | 817707019804    / EMW5306 | (5) *35 LBS* | 10 (10) | EA | |
|   | TV Wall Mount Kit with HDMI ca | | | | |
| 4 | 817707019798    / EMW6201 | (2) *33 LBS* | 10 (10) | EA | |
|   | 30-79 Tilting TV Wall Mount | | | | |



*UPS Ground          $208.89*

*(10) → 373 lbs*

589



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/26/2017 | **INV #** 864563 |
| **SOLD TO** | SEARS | **PO #** 497518 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT #0425 | |
| | JACKSONVILLE - RRC | |
| | 10512 BUSCH DR N | |
| | JACKSONVILLE, FL 322185604 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 11 | 50 | |

```
3Y49V7        AUG 2, 2017   ACT WT 36.0 LBS      7 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340432808
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 19.50                NR+HC19.50
TOT PUB CHG 45.25              PUB+HC45.25

3Y49V7        AUG 2, 2017   ACT WT 36.0 LBS      8 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341931616
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 19.50                NR+HC19.50
TOT PUB CHG 45.25              PUB+HC45.25

3Y49V7        AUG 2, 2017   ACT WT 36.0 LBS      9 OF 11
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342288024
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  19.50 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 19.50                NR+HC19.50
TOT PUB CHG 45.25              PUB+HC45.25
```

```
3Y49V7        AUG 2, 2017   ACT WT 33.0 LBS     10 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342798036
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  18.49 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 18.49                NR+HC18.49
TOT PUB CHG 42.88              PUB+HC42.88

3Y49V7        AUG 2, 2017   ACT WT 33.0 LBS     11 OF 11
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340917642
REF 1:INV#864563
REF 2:PO#497518

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  18.49 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 18.49                NR+HC18.49
TOT PUB CHG 42.88              PUB+HC42.88
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/26/2017 | 864565 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 497519 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 7/26/2017 | 7/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        AUG 2, 2017    ACT WT 33.0 LBS            1 OF 2
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342395926
REF 1:INV#864565
REF 2:PO#497519

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  17.41  USD
DV  0.00         COD    0.00        RS  0.00
DC  0.00         DGD    0.00        SD  0.00
AH  0.00         PR     0.00        SP  0.00
TOT NR CHG 17.41             NR+HC17.41
TOT PUB CHG 38.60           PUB+HC38.60
```

```
3Y49V7        AUG 2, 2017    ACT WT 33.0 LBS            2 OF 2
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341489934
REF 1:INV#864565
REF 2:PO#497519

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  17.41  USD
DV  0.00         COD    0.00        RS  0.00
DC  0.00         DGD    0.00        SD  0.00
AH  0.00         PR     0.00        SP  0.00
TOT NR CHG 17.41             NR+HC17.41
TOT PUB CHG 38.60           PUB+HC38.60
```

| | Grand Total | $161.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

591

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghey 0810*
DATE 07/25/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**    / /
**REQST DATE**  08/09/17
**CANCEL DATE**  / /
**ORDER DATE**  07/24/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100522      **PO NO:** 497519      **PAGE:**   1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019798        / EMW6201  ②  — 33 lbs | 10  ⑩ | EA | |
|   | 30-79 Tilting TV Wall Mount | | | |

UPS Ground

⑩ — 66 lbs

592

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/26/2017 | **INV #** 864565 |
| **SOLD TO** | SEARS | **PO #** 497519 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS UNIT #0440 | |
| | 1600 N BOUDREAU RD | |
| | MANTENO, IL 609509377 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 10 | |

**SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/26/2017 | 864566 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 497520 | | N/A | | | 7/26/2017 | 7/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | |
|---|---|
| **Grand Total** | **$1,494.50** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

594

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* — 08/02

DATE  07/25/17

5 DAYS

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**    / /
**REQST DATE**  08/09/17
**CANCEL DATE** / /
**ORDER DATE** 07/24/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100523    **PO NO:** 497520    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  / EMW5105 ①<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA | $ 7.20 |
| 2 | 817707019811  / EMW4101 ④<br>17-55 Full Motion TV Mount | 20 (20) | EA | $ 17.64 |
| 3 | 817707019804  / EMW5306 ⑩<br>TV Wall Mount Kit with HDMI ca | 20 (20) | EA | $ 33.36 |
| 4 | 817707019798  / EMW6201 ⑤<br>30-79 Tilting TV Wall Mount | 25 (25) | EA | $ 16.10 |

40" x 48" x 38"

(W) — 735 lbs

17.4
42.22
70

**595**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 7/26/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**    864566
**PO #**    497520

**SHIP TO**    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 5 | 25 | CHINA |
| | TOTAL | 1 | 20 | 75 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**shipping@ematic.us**

**From:**           ecomm@yrcfreight.com
**Sent:**           Wednesday, August 2, 2017 11:20 AM
**To:**             SHIPPING@EMATIC.US
**Subject:**        Pickup Request Confirmation - 00446994 - SHAGHAL LTD

Pickup Request Confirmation
(Do NOT Reply to this e-mail address. Contact the local customer care center.)

As a courtesy at the request of JUDE,
(contact requestor: SHIPPING@EMATIC.US),
this is to confirm a pickup request has been received
by the local service center for processing.
If you have any questions, please call the number shown below.

GARDENA - 847
15400 SOUTH MAIN ST
GARDENA, CA  90248

CSR PHONE: (800) 610-6500

Pickup Request Reference Number: 00446994

The reference number allows quick and unique identification of
a pickup request. Refer to this number when contacting the local
customer care center about this request.
If you have any questions, please call the number shown above.

Shipment Information
--------------------
Shipper Name    : SHAGHAL LTD
Pickup Date     : 08/02/2017
Shipment Pieces : 1
Shipment Weight : 735
Consignee Name  : SEARS UNIT# 0443
Consignee Location: WILKES-BARRE, PA, 18706  USA
Customer Tracking : Not Specified

1

**597**

U.S.    CAN.    LIVE CHAT                                    Hi, Lyn Egango |    LOGOUT

## Ship

# Rate Quote

## Manage

Thank you for your interest in YRC Freight.

Standard and Time-Based rates are shown below.  **Click a charge to view the details, service pricing programs and Quote ID.**    You can complete and submit your Bill of Lading online to automatically schedule your pickup.   Please call Customer Service at 1-800-610-6500 if you need assistance.

## Resources

**This quote is not yet finalized.** When **CALL** appears for your desired service date or quote, you **must** call our Customer Service Center at 1-800-610-6500 to schedule your shipment. When **FINALIZE QUOTE** appears for your desired service date and quote, you may click it to finalize your quote and schedule your shipment online.

## Services

## About

### Rates and Transit Times for our Faster Delivery Options

**Accelerated**
**(Delivery on Mon 08/07)**

$260.32

**Time-Critical by 5 p.m. (Guaranteed)**
**(Delivery on Mon 08/07)**

$330.67

**\*\*Additional Time-Critical options below\*\***

### Rates and Transit Time for Standard Delivery

**Standard LTL**
**(Delivery on Wed 08/09)**

$223.93

**Guaranteed Standard by 5 p.m.**
**(Delivery on Wed 08/09)**

$267.11

### Additional Guaranteed Rates and Transit Times for Time-Critical Delivery

| Service Type | Thu 08/03 | Fri 08/04 | Sat 08/05 | Sun 08/06 | Mon 08/07 | Tue 08/08 | Wed 08/09 |
|---|---|---|---|---|---|---|---|
| **Time-Critical by 5 p.m.** | $3,291.99 Finalize Quote | $2,795.35 Finalize Quote | Request a call back | Request a call back | $330.67 Finalize Quote | $330.67 Finalize Quote | $330.67 Finalize Quote |
| **Time-Critical by noon** | $3,420.43 Finalize Quote | $3,420.43 Finalize Quote | Request a call back | Request a call back | $344.01 Finalize Quote | $344.01 Finalize Quote | $344.01 Finalize Quote |
| **Time-Critical Hour Window** | Request a call back | Request a call back | Request a call back | Request a call back | $353.49 Finalize Quote | $353.49 Finalize Quote | $353.49 Finalize Quote |
| **Time-Critical Dedicated Equipment** | Request a call back | Request a call back | $3,879.75 Finalize Quote | $3,879.75 Finalize Quote | Request a call back | Request a call back | Request a call back |

### Shipment Information

Shipping Date: **Wed 08/02**

Standard Delivery: **Wed 08/09 (5 Days)**

Weight: **735**

Comments:

Ship From: **LOS ANGELES, CA 90064 USA**

Ship To: **WILKES-BARRE, PA 18706 USA**

Terms: **Prepaid**

Direct Service:Yes (**847**)

Direct Service:Yes (**178**)

[ Update Quote ]    [ New Quote ]

**Notes:**

- Charges assume that we receive your pick up request by 4 p.m. and that your shipment is ready by 4 p.m. You must schedule your shipment pick up 90 minutes or more before your close time.
  Additional charges may apply, and additional transit may be needed, depending on the shipment dimensions and weight.
- Additional pick up charges will apply for pickup/delivery before 9 a.m. or after 5 p.m.
- Standard pickups/deliveries are Monday through Friday. For weekend or holiday pickups/deliveries, call your local terminal for availability and charges.
- Quoted charges include estimated fuel surcharge. Actual charges may vary.
- Stated rates and charges assume pickup by YRC Freight or its authorized agent.
- Rates and charges are computed based on a pickup date of Wed 08/02.
  Proactive notification is not applicable for standard LTL service.

**598**



| | Ship | Manage My Data | Services | Reports | Logout |

**LOGGED IN AS** SHAGHAL

**Freight**

### Freight Quotes

Find Freight Class

**From:** LOS ANGELES, CA 90064 US
**To:** WILKES BARRE, PA 18706 US

| Handling Unit #1 | Type PLT | # of Units 1 | Dims 48x40x38 | Pickup Options None selected | Delivery Options Appointment Delivery |
|---|---|---|---|---|---|

| Class 70 | Weight 735 | Descr 15 but less than 22.5 | HazMat N | | |

<< Back    Start Over    Save Quote

| Carrier | | Estimated Transit | Price | *Maximum Limits of Liability | |
|---|---|---|---|---|---|
| UPS Freight | UPS Freight | 5 business days | $292.28 | New: $11,025.00 Used: $367.50 | Select |
| Roadrunner | Roadrunner Transportation Services | 6 business days | $314.89 | New: $7,350.00 Used: $73.50 | Select |
| YRC | YRC | 5 business days | $315.81 | New: $4,042.50 Used: $367.50 | Select |
| Estes Express Lines | Estes Express Lines | 5 business days | $375.95 | New: $4,351.20 Used: $73.50 | Select |
| R+L Carriers | R & L Carriers Inc | 5 business days | $379.97 | New: $4,410.00 Used: $73.50 | Select |
| Daylight Transport | Daylight Transport | 3 business days | $413.55 | New: $4,410.00 Used: $367.50 | Select |
| SAIA | SAIA | 7 business days | $470.45 | New: $7,350.00 Used: $73.50 | Select |
| XPO Logistics | Con-Way | 4 business days | $558.17 | New: $3,675.00 Used: $73.50 | Select |
| Old Dominion | Old Dominion | 5 business days | $704.48 | New: $3,675.00 Used: $73.50 | Select |

Rates provided on SpeedFreight are for informational purposes only and do not represent a binding contract. Actual charges shall be determined by the actual shipment characteristics (origin/destination zip codes, weight and actual freight class) and any applicable rules at the time of shipment based upon NMFC classifications. These base rates do not include any additional charges (except as otherwise provided in SpeedFreight) that may apply for shipments and that may be subject to the Linear Foot, Cubic Capacity and or Excess Capacity Rules of our carrier partners, plus any other unique accessorial services that may be requested to effect a shipment's delivery. For information regarding these specific rate applications, please see the Carrier's Individual Rules Tariffs. Truckload rates are also not a part of this rating application.

All prices quoted herein are subject to the provisions of the NMFTA bill of lading. Transit times on SpeedFreight are based upon our carrier's published transit time schedules and do not represent service guarantees. For volume, guaranteed time definite service and/or to price any other specialized service, please contact your Worldwide Express franchise directly. If your shipment contains an individual piece exceeding 5,000lbs, equipment availability is not guaranteed.

*These figures represent the maximum allowable liability for each carrier, and are subject to provisions outlined in carrier rules tariff. Please refer to the carrier rules tariff for a complete listing of exceptions and exclusions regarding carrier limits of liability.

<< Back    Start Over    Save Quote

All original content copyright 2003-2017 Worldwide Express Operations, LLC.
All other content used with permission.

# Online Rate Quote

## Quote# 9378763

Effective Date: 08/02/17
Expiration Date: 08/09/17

|  | Origin | Destination | Bill-To |
|---|---|---|---|
| Account | 1007387 | | |
| Name | Shaghal Ltd | | |
| Address | 2231 Colby Ave | | |
| City | Los Angeles | Wilkes Barre | |
| State | Ca | Pa | |
| Zipcode | 90064 | 18706 | |

| Weight | | Class | Rate | Amount |
|---|---|---|---|---|
| 735 | | 70 | 409.86 | $3,012.47 |
| Discount | | | 90.80% | -$2,735.32 |
| Notification Prior To Delivery | | | | $12.00 |
| California Compliance Surcharge 671 | | | | $5.95 |
| Fuel Surcharge | | | 21.15% | $58.62 |
| Actual Weight | | | | 735 lbs. |
| Rated Weight | | | | 735 lbs. |
| Tariff | | | | SAIA5700 |
| Total Invoice | | | | $353.72 |

**Estimated Delivery Date:** 08/09/17
**Transit Time:5 Day(s)\***

\* Note: Transit times reflect Origin Terminal to Destination Terminal.
Additional transit time required due to interchange with marketing partner

| | Origin Terminal | Destination Terminal |
|---|---|---|
| Name | LAX - Los Angeles, Ca (751) | HBG - Harrisburg, Pa (404) |
| Manager | Armando Valdez | Phil Garrett |
| Address | 2550 East 28th Street | 1362 Cloverleaf Rd |
| City Dispatch | (323)277-2880 | (717)492-1977 |
| Customer Service | (800)765-7242 | (800)765-7242 |
| Toll-Free | (800)453-4155 | (800)765-7242 |
| Fax | (323)588-1580 | (888)965-7248 |

This quote is based on the information provided. The rates provided are for information purposes only and are not a binding contract. Actual charges shall be determined by the current Saia rules tariff, the actual shipment characteristics, and any accessorial charges that are applicable to the shipment at the time of the shipment. If volume of shipment exceeds 10 standard pallet spaces or 16' of vehicle used, contact the truckload department.

**600**

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

# YRC
FREIGHT

**SCAC: RDWY**

**720-180701-7**

Date: 08/02/2017    B/L number:

PRO Number:

Shipper number:    Trailer number:

**Consignee name and address:**
**SEARS UNIT# 0443**

Shipper name:
**SHAGHAL LTD**

**Attn: RECEIVING**

Address:
**2231 COLBY AVE**

**1055 HANOVER ST, HANOVER IND'L PARK**

City: **LOS ANGELES**    State: **CA**    ZIP code: **90064**

Destination City **WILKES-BARRE**    State: **PA**    ZIP Code: **18706**

Origin city (if different than before):    State:    ZIP code:

Phone Number: **(570) 831-2000**

Invoicee:

Customer number:    Store number:    Department:

Address:

P.O. Number: **497520**

Special instructions:

City:    State:    ZIP code:

Contact Name:    Contact Phone:

| Standard | Faster Standard |
|---|---|
| ☑ Standard | ☐ Accelerated |
| **Standard Guaranteed** | **Expedited Guaranteed** |
| ☒ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window   Between:___/___/___ & ___/___/___ | ☐ Time-Critical Hour Window  Deliver on: ___/___/___   Between: ___ & ___ |
| MABD 08/09/2017 | ☐ Time-Critical (fastest ground delivery – no delivery date required) |
| | *guarantee only applies to direct service points |
| Quote I.D.:  66992239 | All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts. |

Cod fee: Prepaid ☐  Collect ☐    COD amount: $    Customer check OK for COD amount?   Yes ☐   No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 20 | BOX | | TV WALL MOUNTS | 9981001 | 70 | 735 | 40 | 48 | 38 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 1 | | 20 | | | GRAND TOTAL | | | 735 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked collect:  Collect ☐    Total charges:  $

**NOTE (1)** Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____.

**Note: (2)** Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

**Note (3)** Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor _____

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper company name:
**SHAGHAL LTD**

Carrier:
**YRC FREIGHT**    Trailer #    Date:

Trailer loaded by:  ☐ Shipper   ☑ Driver
Freight counted by:  ☑ Driver: pallets said to contain

Shipper signature:

YRC Freight employee signature:

☐ Shipper
☐ Driver: Loose pieces

☐ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup:  ☐

Printed in U.S.A.

Page 1 of 2

**Date:** 08/02/2017     **SUPPLEMENT TO THE WEB BILL OF LADING**

**Pro Number:** 720-180701-7

**Bill of Lading Number:**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | STORE # | DEPT # | # PKGS | WEIGHT (lbs) |
|---|---|---|---|---|
| IV=864566 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| PAGE TOTAL | | | | |

## CARRIER INSTRUCTIONS

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT (lbs) | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Page 2 of 2

602

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/26/2017 | 864567 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 497521 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/26/2017 | 7/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |

```
3Y49V7        AUG 4, 2017      ACT WT 35.0 LBS        1 OF 6
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342864857
REF 1:INV#864567
REF 2:PO#497521

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.03 USD
DV 0.00            COD 0.00            RS 0.00
DC 0.00            DGD 0.00            SD 0.00
AH 0.00            PR  0.00            SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        AUG 4, 2017      ACT WT 35.0 LBS        2 OF 6
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342131666
REF 1:INV#864567
REF 2:PO#497521

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.03 USD
DV 0.00            COD 0.00            RS 0.00
DC 0.00            DGD 0.00            SD 0.00
AH 0.00            PR  0.00            SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        AUG 4, 2017      ACT WT 35.0 LBS        3 OF 6
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342636078
REF 1:INV#864567
REF 2:PO#497521

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.03 USD
DV 0.00            COD 0.00            RS 0.00
DC 0.00            DGD 0.00            SD 0.00
AH 0.00            PR  0.00            SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        AUG 4, 2017      ACT WT 35.0 LBS        4 OF 6
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341174087
REF 1:INV#864567
REF 2:PO#497521

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.03 USD
DV 0.00            COD 0.00            RS 0.00
DC 0.00            DGD 0.00            SD 0.00
AH 0.00            PR  0.00            SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        AUG 4, 2017      ACT WT 35.0 LBS        5 OF 6
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340301691
REF 1:INV#864567
REF 2:PO#497521

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.03 USD
DV 0.00            COD 0.00            RS 0.00
DC 0.00            DGD 0.00            SD 0.00
AH 0.00            PR  0.00            SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.55          PUB+HC32.55
```

acknowledged and accepted in full.

| Grand Total | $333.60 |
|-------------|---------|

Prepared By

said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD                                                                                *Shaghal* ← 08/09  (3)
2231 COLBY AVE
LOS ANGELES  CA   90024                          **PICKING LIST**
                                                                              **DATE** 07/25/17

**SHIP-TO ADDRESS**                    **SHIP-FOR ADDRESS**
SEARS UNIT # 0447                      SEARS UNIT # 0447                **DELIV DATE**   / /
BLDG F & G                             2775 W MILLER RD                 **REQST DATE**  08/09/17
2775 W MILLER RD                       GARLAND  TX   750411210          **CANCEL DATE**  / /
GARLAND  TX  750411210                                                 **ORDER DATE**  07/24/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100524                   **PO NO:**  497521                              **PAGE:**   1

                                                       **SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804    / EMW5306  ⑤ — 35 lbs | 10  ⑩ | EA | |
|   | TV Wall Mount Kit with HDMI ca | | | |

UPS Ground

Ⓦ — 175 lbs

**604**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/26/2017 | 864578 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 497522 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/26/2017 | 7/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 30 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,000.80 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | Grand Total | $1,828.10 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

### Thank you for your Business!

PICKING LIST

*Naghes 08/04*

**DATE** 07/25/17

2 8645

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0449 | SEARS UNIT # 0449 |
| 1700 SCHUSTER RD | DELANO INDUSTRIAL PK |
| DELANO INDUSTRIAL PK | DELANO  CA  932159572 |
| DELANO  CA  932159572 | |

**DELIV DATE**  / /
**REQST DATE** 08/09/17
**CANCEL DATE** / /
**ORDER DATE** 07/24/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100525                **PO NO:** 497522                        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828     / EMW5105 ①<br>23-65 Fixed Low Profile TV Wal | 10 ⑩ | EA | |
| 2 | 817707019811     / EMW4101 ④<br>17-55 Full Motion TV Mount | 20 ⑳ | EA | |
| 3 | 817707019804     / EMW5306 ⑮<br>TV Wall Mount Kit with HDMI ca | 30 ㉚ | EA | |
| 4 | 817707019798     / EMW6201 ⑤<br>30-79 Tilting TV Wall Mount | 25 ㉕ | EA | |

40 x 48 x 45

W → 907 lbs

18.14
50
70

**606**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/26/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #    864578
PO #    497522

**SHIP TO**  SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 15 | 30 | CHINA |
| EMW6210 | 5 | | 5 | 25 | CHINA |
| | **TOTAL** | 1 | 25 | 85 | |

**SIGNATURE**

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

CP-097 01/16

**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

# YRC
## FREIGHT

**SCAC: RDWY**

**720-190547-6**

| | |
|---|---|
| Date: 08/04/2017 | B/L number: |

**PRO Number:**

| Shipper number: | Trailer number: |
|---|---|

Consignee name and address:
**SEARS UNIT# 0449**

Shipper name:
**SHAGHAL LTD**

**Attn: RECEIVING**

Address:
**2231 COLBY AVE**

**1700 SCHUSTER RD, DELANO IND'L PK**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
|---|---|---|

| Destination City DELANO | State: CA | ZIP Code: 93215 |
|---|---|---|

| Origin city (if different than before): | State: | ZIP code: |
|---|---|---|

Phone Number:
**(661) 721-5910**

Invoice#:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**497522**

| City: | State: | ZIP code: |
|---|---|---|

Special instructions:

| Contact Name: | Contact Phone: |
|---|---|

| Standard | Faster Standard |
|---|---|
| ☒ Standard | ☐ Accelerated |

**Standard Guaranteed**

☐ Guaranteed Standard Service by 5 p.m. or end of business day

☐ Guaranteed Multiday Window   Between ___/___/___ & ___/___/___

**Expedited Guaranteed**

☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business day

☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: ___ & ___

☐ Time-Critical (fastest ground delivery – no delivery date required)

**Quote I.D.:  67511307**

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount?   Yes ☐  No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLT | 25 | BOX | | | TV WALL MOUNTS | 9981001 | 70 | 907 | 40 | 48 | 45 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | 25 | | | | GRAND TOTAL | | | 907 | | | |

EMERGENCY CONTACT
Phone: ___ Name: ___ Contract#: ___

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
___ per ___

Note (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: **YRC FREIGHT** | Trailer # 8989 | Date: 8-4-17 | Trailer loaded by:  ☐ Shipper  ☒ Driver |
|---|---|---|---|---|

| Shipper signature: | YRC Freight employee signature: | HM received by: ☐ Shipper ☐ Driver Loose pieces | Freight counted by:  ☒ Driver: pallets said to contain  ☐ Driver: pallets containing |
|---|---|---|---|

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page ___ of 2

**608**

**Date:** 08/04/2017      **SUPPLEMENT TO THE WEB BILL OF LADING**

**Pro Number:** 720-190547-6

**Bill of Lading Number:**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | STORE # | DEPT # | # PKGS | WEIGHT (lbs) |
|---|---|---|---|---|
| IV=864578 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| PAGE TOTAL | | | | |

## CARRIER INSTRUCTIONS

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT (lbs) | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**609**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
**OFFICE COPY**

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866484 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 498674 | | N/A | | | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 16 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 533.76 | |

```
3Y49V7        AUG 10, 2017  ACT WT 26.0 LBS      1 OF 10
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342780232
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  16.00 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 15.00            NR+HC16.00
TOT PUB CHG 34.82          PUB+HC34.82
```

```
3Y49V7        AUG 10, 2017  ACT WT 26.0 LBS      2 OF 10
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341811843
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  16.00 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 15.00            NR+HC16.00
TOT PUB CHG 34.82          PUB+HC34.82
```

```
3Y49V7        AUG 10, 2017  ACT WT 35.0 LBS      3 OF 10
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341189053
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  19.50 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 19.50            NR+HC19.50
TOT PUB CHG 45.25          PUB+HC45.25
```

```
3Y49V7        AUG 10, 2017  ACT WT 35.0 LBS      4 OF 10
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342687861
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  19.50 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 19.50            NR+HC19.50
TOT PUB CHG 45.25          PUB+HC45.25
```

```
3Y49V7        AUG 10, 2017  ACT WT 35.0 LBS      5 OF 10
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340044273
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  19.50 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 19.50            NR+HC19.50
TOT PUB CHG 45.25          PUB+HC45.25
```

```
3Y49V7        AUG 10, 2017  ACT WT 35.0 LBS      6 OF 10
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340554286
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  19.50 USD
DV 0.00      COD  0.00      RS 0.00
DC 0.00      DGD  0.00      SD 0.00
AH 0.00      PR   0.00      SP 0.00
TOT NR CHG 19.50            NR+HC19.50
TOT PUB CHG 45.25          PUB+HC45.25
```

| Grand Total | $677.76 |
|-------------|---------|

acknowledged and accepted in full.

the event vendors accept returned goods, Vendee will pay Vendor a res...
accounts will incur a charge of 1.5% per month. All charges are non-refu...
proceedings or legal action to enforce any of the funds due under this invoi...
to said past due funds all legal costs and attorney fees reasonably incurred...
legal action, Vendee agrees to be sued in the County of Los Angeles, State...
State of California. Vendee agrees to the terms and c...

**Thank you f...**

610

**PICKING LIST**

Shaghal →  82/10  ④

DATE 08/01/17

8/14 – 8/17

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0425 | SEARS UNIT # 0425 |
| JACKSONVILLE - RRC | 10512 BUSCH DR N |
| 10512 BUSCH DR N | JACKSONVILLE  FL  322185604 |
| JACKSONVILLE  FL  322185604 | |

DELIV DATE  / /
REQST DATE  08/16/17
CANCEL DATE  / /
ORDER DATE  07/31/17

DEPT: 657      TYPE: RE        INSTRUCTIONS:

ORDER NO: 100526              PO NO: 498674                    PAGE:   1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828 ⑩ / EMW5105 | ② ← 26 lbs | 20 ⑳ | EA | $ 7.20 |
| | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019804 ② / EMW5306 | ⑧ ← 35 lbs | 16 ⑯ | EA | $ 33.36 |
| | TV Wall Mount Kit with HDMI ca | | | | |



UPS Ground   $186.00

Ⓦ → 332 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 8/2/2017 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #    866484
PO #    498674

| | |
|---|---|
| SHIP TO | SEARS UNIT #0425 |
| | JACKSONVILLE - RRC |
| | 10512 BUSCH DR N |
| | JACKSONVILLE, FL 322185604 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW5306 | 2 | | 8 | 16 | CHINA |
| | TOTAL | | 10 | 36 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        AUG 10, 2017   ACT WT 36.0 LBS        7 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341673896
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  19.50 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

```
3Y49V7        AUG 10, 2017   ACT WT 36.0 LBS        8 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340619107
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  19.50 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

```
3Y49V7        AUG 10, 2017   ACT WT 36.0 LBS        9 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340965911
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  19.50 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

```
3Y49V7        AUG 10, 2017   ACT WT 36.0 LBS       10 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341260324
REF 1:INV#866484
REF 2:PO#498674

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  19.50 USD
DV 0.00           COD   0.00          RS 0.00
DC 0.00           DGD   0.00          SD 0.00
AH 0.00           PR    0.00          SP 0.00
TOT NR CHG 19.50              NR+HC19.50
TOT PUB CHG 45.26            PUB+HC45.26
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866485 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 498675 | | N/A | | | | 8/2/2017 | 8/2/2017 |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7        AUG 10, 2017   ACT WT 40.0 LBS        1 OF 2
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341668330
REF 1:INV#866485
REF 2:PO#498675

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00         COD   0.00      RS 0.00
DC 0.00         DGD   0.00      SD 0.00
AH 0.00         PR    0.00      SP 0.00
TOT NR CHG 21.43         NR+HC21.43
TOT PUB CHG 49.70        PUB+HC49.70
```

```
3Y49V7        AUG 10, 2017   ACT WT 40.0 LBS        2 OF 2
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341175942
REF 1:INV#866485
REF 2:PO#498675

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00         COD   0.00      RS 0.00
DC 0.00         DGD   0.00      SD 0.00
AH 0.00         PR    0.00      SP 0.00
TOT NR CHG 21.43         NR+HC21.43
TOT PUB CHG 49.70        PUB+HC49.70
```

| | Grand Total | $176.40 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*shaghal*  8/10  (4)

**DATE** 08/01/17

| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** | |
|---|---|---|
| SEARS UNIT # 0425 | SEARS UNIT # 0425 | 8/14 – 8/17 |
| JACKSONVILLE - RRC | 10512 BUSCH DR N | **DELIV DATE** / / |
| 10512 BUSCH DR N | JACKSONVILLE FL  322185604 | **REQST DATE** ~~08/18/17~~ |
| JACKSONVILLE  FL  322185604 | | **CANCEL DATE** / / |
| | | **ORDER DATE** 07/31/17 |

**DEPT:** 657    **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100527          **PO NO:** 498675              **PAGE:** 1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019811 ⑤ / EMW4101 ② — 40 lbs | 10 ⑩ | EA | $ 17.04 |
| | 17-55 Full Motion TV Mount | | | |

*UPS Ground*

*W — 80 lbs*

614



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 8/2/2017 | **INV #** | 866485 |
| **SOLD TO** | SEARS | **PO #** | 498675 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0425 | | |
| | JACKSONVILLE - RRC | | |
| | 10512 BUSCH DR N | | |
| | JACKSONVILLE, FL 322185604 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | **2** | **10** | |

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866486 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 498676 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7          AUG 10, 2017   ACT WT 26.0 LBS           1 OF 9
SVC GNDCOM                     BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342089150
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  14.84 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 14.84                    NR+HC14.84
TOT PUB CHG 32.65                   PUB+HC32.65
```

```
3Y49V7          AUG 10, 2017   ACT WT 36.0 LBS           2 OF 9
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340683967
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  18.08 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 18.08                    NR+HC18.08
TOT PUB CHG 40.15                   PUB+HC40.15
```

```
3Y49V7          AUG 10, 2017   ACT WT 36.0 LBS           3 OF 9
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340296377
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  18.08 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 18.08                    NR+HC18.08
TOT PUB CHG 40.15                   PUB+HC40.15
```

```
3Y49V7          AUG 10, 2017   ACT WT 35.0 LBS           4 OF 9
SVC GNDCOM                     BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342822384
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  18.08 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 18.08                    NR+HC18.08
TOT PUB CHG 40.15                   PUB+HC40.15
```

```
3Y49V7          AUG 10, 2017   ACT WT 35.0 LBS           5 OF 9
SVC GNDCOM                     BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340317997
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  18.08 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 18.08                    NR+HC18.08
TOT PUB CHG 40.15                   PUB+HC40.15
```

```
3Y49V7          AUG 10, 2017   ACT WT 35.0 LBS           6 OF 9
SVC GNDCOM                     BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342599206
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  18.08 USD
DV 0.00             COD    0.00          RS 0.00
DC 0.00             DGD    0.00          SD 0.00
AH 0.00             PR     0.00          SP 0.00
TOT NR CHG 18.08                    NR+HC18.08
TOT PUB CHG 40.15                   PUB+HC40.15
```

| | Grand Total | $647.10 |
|---|---|---|

...nowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges are non-refundable
proceedings or legal action to enforce any of the funds due under this invoice, the
to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Cali
State of California. Vendee agrees to the terms and conditi

**Thank you for yo...**

2231 COLBY AVE
LOS ANGELES  CA  90024



*Shaghal*   8/10

**DATE**  08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  8/14 - 8/17
**REQST DATE**  08/16/17
**CANCEL DATE** / /
**ORDER DATE**  07/31/17

**DEPT:** 657       **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100528              **PO NO:** 498676                          **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828 (10) / EMW5105 (1) — 26 lbs<br>23-65 Fixed Low Profile TV Wal | 10 (10) | EA | $ 7.20 |
| 2 | 817707019804 (2) / EMW5306 (5) — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 10 (10) | EA | $ 33.36 |
| 3 | 817707019798 (5) / EMW6201 (3) — 33 lbs<br>30-79 Tilting TV Wall Mount | 15 (15) | EA | $ 16.10 |



UPS Ground     $157.47
(W) → 299 lbs

617



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 8/2/2017 | | **INV #** | 866486 |
| **SOLD TO** | SEARS | | **PO #** | 498676 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| **SHIP TO** | SEARS UNIT #0440 | | | |
| | 1600 N BOUDREAU RD | | | |
| | MANTENO, IL 609509377 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| **TOTAL** | | | 9 | 35 | |

_____
SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        AUG 10, 2017   ACT WT 33.0 LBS        7 OF 9
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341842016
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  17.41 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 17.41          NR+HC17.41
TOT PUB CHG 38.60         PUB+HC38.60
```

```
3Y49V7        AUG 10, 2017   ACT WT 33.0 LBS        8 OF 9
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340182427
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  17.41 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 17.41          NR+HC17.41
TOT PUB CHG 38.60         PUB+HC38.60
```

```
3Y49V7        AUG 10, 2017   ACT WT 33.0 LBS        9 OF 9
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341316432
REF 1:INV#866486
REF 2:PO#498676

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  17.41 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 17.41          NR+HC17.41
TOT PUB CHG 38.60         PUB+HC38.60
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/2/2017 | 866487 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 498677 | | N/A | | | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7      AUG 10, 2017   ACT WT 40.0  LBS    1 OF 2
SVC GNDCOM                  BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342100047
REF 1:INV#866487
REF 2:PO#498677

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  20.10 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 20.10            NR+HC20.10
TOT PUB CHG 44.85          PUB+HC44.85
```

```
3Y49V7      AUG 10, 2017   ACT WT 40.0  LBS    2 OF 2
SVC GNDCOM                  BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342149266
REF 1:INV#866487
REF 2:PO#498677

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:        SVC  20.10 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 20.10            NR+HC20.10
TOT PUB CHG 44.85          PUB+HC44.85
```

| Grand Total | $176.40 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*magna → 8/10*

DATE  08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

DELIV DATE  *8/14 - 8/17*
REQST DATE  ~~08/15/17~~
CANCEL DATE  / /
ORDER DATE  07/31/17

DEPT: 657        TYPE: RE          INSTRUCTIONS:

ORDER NO:  100529              PO NO:  498677                          PAGE:    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 (5) / EMW4101 (2) — *40 lbs*<br>17-55 Full Motion TV Mount | 1 0 (10) | EA | $ 17.04 |

*UPS Ground*

*W —80 lbs*

620



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 8/2/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**   866487
**PO #**   498677

**SHIP TO**   SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| | **TOTAL** | | 2 | 10 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
*Est. 1985*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866489 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 498679 | | N/A | | | | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |

```
3Y49V7        AUG 10, 2017   ACT WT 40.0  LBS      1 OF 4
SVC GNDCOM              BL WT 40.0  LBS
TRACKING# 1Z3Y49V70340739308
REF 1:INV#866489
REF 2:PO#498679

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        AUG 10, 2017   ACT WT 40.0  LBS      3 OF 4
SVC GNDCOM              BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342474628
REF 1:INV#866489
REF 2:PO#498679

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        AUG 10, 2017   ACT WT 40.0  LBS      2 OF 4
SVC GNDCOM              BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342478113
REF 1:INV#866489
REF 2:PO#498679

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        AUG 10, 2017   ACT WT 40.0  LBS      4 OF 4
SVC GNDCOM              BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342024531
REF 1:INV#866489
REF 2:PO#498679

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  21.43 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 21.43              NR+HC21.43
TOT PUB CHG 49.70            PUB+HC49.70
```

| | Grand Total | $352.80 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST                    Shaghal → 8/10

                                DATE  08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   8/14 – 8/17
**REQST DATE**   ~~08/01/17~~
**CANCEL DATE**  / /
**ORDER DATE**   07/31/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100531           **PO NO:** 498679                      **PAGE:**   1

                                    SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 ⑤ / EMW4101  ④→ 40 lbs<br>17-55 Full Motion TV Mount | 20 ⑳ | EA | $17.64 |

UPS Ground

⑩ — 160 lbs

623



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 8/2/2017 | | INV # | 866489 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 498679 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | | 4 | 20 | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866491 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 498681 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7        AUG 10, 2017   ACT WT 40.0 LBS        1 OF 2
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340692636
REF 1:INV#866491
REF 2:PO#498681

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  16.71 USD
DV 0.00          COD   0.00       RS 0.00
DC 0.00          DGD   0.00       SD 0.00
AH 0.00          PR    0.00       SP 0.00
TOT NR CHG 16.71            NR+HC16.71
TOT PUB CHG 36.45          PUB+HC36.45
```

```
3Y49V7        AUG 10, 2017   ACT WT 40.0 LBS        2 OF 2
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342628246
REF 1:INV#866491
REF 2:PO#498681

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  16.71 USD
DV 0.00          COD   0.00       RS 0.00
DC 0.00          DGD   0.00       SD 0.00
AH 0.00          PR    0.00       SP 0.00
TOT NR CHG 16.71            NR+HC16.71
TOT PUB CHG 36.45          PUB+HC36.45
```

| | Grand Total | $176.40 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal* 8/10    (3)

DATE  08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

8/14 — 8/17
**DELIV DATE**  / /
**REQST DATE**  ~~08/18/17~~
**CANCEL DATE** / /
**ORDER DATE** 07/31/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100533              **PO NO:** 498681                      **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 (5) / EMW4101 (2)  — 40 lbs | 10 (10) | EA | $ 17.04 |
|   | 17-55 Full Motion TV Mount | | | |

UPS Ground

(10) — 80 lbs

**626**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 8/2/2017 | **INV #** | 866491 |
| **SOLD TO** | SEARS | **PO #** | 498681 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | **2** | **10** | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866492 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 498684 | | N/A | | | | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |

```
3Y49V7        AUG 10, 2017   ACT WT 16.0 LBS          1 OF 1
SVC GNDCOM            BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342749466
REF 1:INV#866492
REF 2:PO#498684

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  10.93 USD
DV 0.00           COD   0.00         RS  0.00
DC 0.00           DGD   0.00         SD  0.00
AH 0.00           PR    0.00         SP  0.00
TOT NR CHG 10.93                NR+HC10.93
TOT PUB CHG 23.68              PUB+HC23.68
```

| | Grand Total | $715.20 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

...31 COLBY AVE
...S ANGELES  CA  90024

PICKING LIST    *Shagha*→ 8/10

DATE  08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

8/14 – 8/17
**DELIV DATE**
**REQST DATE**  08/16/17
**CANCEL DATE**  / /
**ORDER DATE**  07/31/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100536            **PO NO:** 498684            **PAGE:**  1

SHIP TO: SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676 (48) / EM208VIDBL (1) – 16 lbs | 48 (48) | EA | $ 14.90 |
|   | Ematic 8GB 1.5" MP3 Video Plar | | | |

UPS Ground
(W) – 16 lbs

629



| DATE | 8/2/2017 | | | | INV # | 866492 |
|------|----------|--|--|--|-------|--------|
| SOLD TO | SEARS | | | | PO # | 498684 |
| | 3333 BEVERLY RD C2-114B | | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | | |

SHIP TO    SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|--------------|--|--|--|--|--|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
**Est. 1985**

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
**OFFICE COPY**

| Date | Invoice # |
|------|-----------|
| 8/2/2017 | 866494 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 498683 | | N/A | | | | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |

```
3Y49V7        AUG 11, 2017   ACT WT 40.0 LBS        1 OF 4
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340579080
REF 1:INV#866494
REF 2:PO#498683

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03            PUB+HC17.03
```

```
3Y49V7        AUG 11, 2017   ACT WT 40.0 LBS        3 OF 4
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341939902
REF 1:INV#866494
REF 2:PO#498683

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03            PUB+HC17.03
```

```
3Y49V7        AUG 11, 2017   ACT WT 40.0 LBS        2 OF 4
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341506692
REF 1:INV#866494
REF 2:PO#498683

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03            PUB+HC17.03
```

```
3Y49V7        AUG 11, 2017   ACT WT 40.0 LBS        4 OF 4
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341254713
REF 1:INV#866494
REF 2:PO#498683

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03            PUB+HC17.03
```

| | Grand Total | $352.80 |
|---|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

631

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal →* (1)

DATE 08/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
 1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  *8/14 – 8/17*
**REQST DATE**  ~~08/13/17~~
**CANCEL DATE** / /
**ORDER DATE** 07/31/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100535                    **PO NO:** 498683                    **PAGE:**    1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 ⑤ / EMW4101 ④ → 40 lbs<br>17-55 Full Motion TV Mount | 20 ⑳ | EA | $17.64 |

*UPS Ground*
*④ – 160 lbs*

632



| DATE | 8/2/2017 | | | INV # | 866494 |
|------|----------|--|--|-------|--------|
| SOLD TO | SEARS | | | PO # | 498683 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO     SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | | **4** | **20** | |

_____

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

633

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/8/2017 | 867985 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 499593 | | N/A | | | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |

```
3Y49V7      AUG 16, 2017   ACT WT 40.0  LBS        1 OF 2
SVC GNDCOM                 BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342580378
REF 1:INV#867985
REF 2:PO#499593

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:        SVC  20.10 USD
DV  0.00            COD  0.00         RS  0.00
DC  0.00            DGD  0.00         SD  0.00
AH  0.00            PR   0.00         SP  0.00
TOT NR CHG 20.10                 NR+HC20.10
TOT PUB CHG 44.86                PUB+HC44.86

3Y49V7      AUG 16, 2017   ACT WT 40.0  LBS        2 OF 2
SVC GNDCOM                 BL WT 40.0  LBS
TRACKING# 1Z3Y49V70341746389
REF 1:INV#867985
REF 2:PO#499593

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:        SVC  20.10 USD
DV  0.00            COD  0.00         RS  0.00
DC  0.00            DGD  0.00         SD  0.00
AH  0.00            PR   0.00         SP  0.00
TOT NR CHG 20.10                 NR+HC20.10
TOT PUB CHG 44.86                PUB+HC44.86
```

| | Grand Total | $176.40 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**IAN**
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

DATE  08/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE**  08/23/17
**CANCEL DATE**  / /
**ORDER DATE**  08/07/17

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100538              **PO NO:**  499593                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811  5 / EMW4101  (2) - 40 lbs | 10   10 | EA | $ 17.64 |
|   | 17-55 Full Motion TV Mount | | | |

UPS Ground
W - 80 lbs

635



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 8/8/2017 | **INV #** | 867985 |
| **SOLD TO** | SEARS | **PO #** | 499593 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**     SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW4101 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 10 | |

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/8/2017 | 867986 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 499594 | | N/A | | | | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        1 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341281998
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15

3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        2 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342003205
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15

3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        3 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342086019
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15

3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        4 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340666422
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

```
3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        5 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341440431
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15

3Y49V7        AUG 16, 2017   ACT WT 35.0 LBS        6 OF 6
SVC GNDCOM                   BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341264042
REF 1:INV#867986
REF 2:PO#499594

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC 18.08 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 18.08              NR+HC18.08
TOT PUB CHG 40.15            PUB+HC40.15
```

| | Grand Total | $400.32 |
|---|---|---|

...nowledged and accepted in full.

IAN

Prepared By

...ney are in good condition and accepts them in
...of special orders can be accepted. However, in
...ing charge of 15% per month. All past due
...ble. In the event Vendor institutes collection
...the Vendee shall pay to the Vendor in addition
...Vendor therewith. In connection with any such
...alifornia, and consent to the jurisdiction of the
...litions described herein.

Authorized By

**your Business!**

637

2231 COLBY AVE
LOS ANGELES   CA   90024

*_Shaghai_ - 08/16*   (4)

**DATE**  08/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**  / /
**REQST DATE**  08/23/17
**CANCEL DATE**  / /
**ORDER DATE**  08/07/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100539              **PO NO:**  499594                    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|------|------|------|------|
| 1 | 817707019804  *2* / EMW5306  *(6) - 35 lbs*  <br> TV Wall Mount Kit with HDMI ca | *12* 12 | EA  *$ 33.36* | *V* |

*UPS Ground*

*(W) → 210 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 986 1133     F (310) 986 1134

| | | | |
|---|---|---|---|
| **DATE** | 8/8/2017 | **INV #** | 867986 |
| **SOLD TO** | SEARS | **PO #** | 499594 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| | | | | | |
| | **TOTAL** | | 6 | 12 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

639

# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/8/2017 | 867987 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 499595 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 22 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 733.92 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $1,640.92 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**IAN**

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*PICKING LIST*

*Shaghal – 08/16*  ④

DATE  08/08/17

5 DAYS

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE    /  /
REQST DATE  08/23/17
CANCEL DATE  /  /
ORDER DATE  08/07/17

DEPT: 657       TYPE: RE       INSTRUCTIONS:

ORDER NO: 100540                PO NO:  499595                PAGE:   1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  *10* / EMW5105   ② – 26 lbs <br> 23-65 Fixed Low Profile TV Wal | 20   20 | EA | $ 7.20 |
| 2 | 817707019811  *5* / EMW4101   ⑤ – 40 lbs <br> 17-55 Full Motion TV Mount | 25   25 | EA | $ 17.64 |
| 3 | 817707019804  *2* / EMW5306   ⑪ – 35 lbs <br> TV Wall Mount Kit with HDMI ca | 22   22 | EA | $ 33.36 |
| 4 | 817707019798  *5* / EMW6201   ④ – 33 lbs <br> 30-79 Tilting TV Wall Mount | 20   20 | EA | $ 16.10 |



40˝ x 48˝ x 38˝       $279.99

Ⓦ → 802 lbs

18.99
42.22
70



| DATE | 8/8/2017 | | | INV # | 867987 |
|------|----------|---|---|-------|--------|
| SOLD TO | SEARS | | | PO # | 499595 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 11 | 22 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | TOTAL | 1 | 22 | 87 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

DP-097 01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

# YRC
FREIGHT

**SCAC: RDWY**

**723-318519-8**

Date: 08/16/2017    B/L number:

PRO Number:

| Shipper number: | Trailer number: |
|---|---|

Consignee name and address:
**SEARS UNIT# 0443**

Attn: RECEIVING

Shipper name:
**SHAGHAL LTD**

Address:
**2231 COLBY AVE**

1055 HANOVER ST, HANOVER IND'L PARK

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
|---|---|---|

| Destination City WILKES-BARRE | State: PA | ZIP Code: 18706 |
|---|---|---|

| Origin city (if different than before): | State: | ZIP code: |
|---|---|---|

Phone Number:
**(570) 831-2000**

Invoice#:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**499595**

Special instructions:

| City: | State: | ZIP code: |
|---|---|---|

MABD 08/23/2017

Contact Name:                                      Contact Phone:

**Standard**
☐ Standard
**Standard Guaranteed**
☒ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window    Between:___/___/___ & ___/___/___

**Faster Standard**
☐ Accelerated
**Expedited Guaranteed**
☐ Time-Critical    Deliver by: ___/___/___  ☐ By noon  ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: ___/___/___  Between:___ & ___
☐ Time-Critical (fastest ground delivery – po delivery date required)

Quote I.D.: 69686789

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐        COD amount: $        Customer check OK for COD amount?   Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 22 | BOX | | TV WALL MOUNT | 9981001 | 70 | 802 | 40 | 48 | 38 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 22 | | | **GRAND TOTAL** | | | 802 | | | |

EMERGENCY CONTACT
Phone:_____ Name:_____ Contract #:_____

Shipment charges are prepaid unless marked collect:  Collect ☐    Total charges:  $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

**Note: (2)** Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: **YRC FREIGHT** | Trailer # 8989  81617 | Date: | Trailer loaded by: ☐ Shipper  ☒ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by: ☒ Driver: pallets said to contain ☐ Shipper ☐ Driver: Loose pieces ☐ Driver: pallets containing |

*Mark "X" in "HM" column for hazardous materials.*

Single shipment pickup: ☐

Page 1 of 2
Printed in U.S.A.

**643**

**Date:** 08/16/2017        **SUPPLEMENT TO THE WEB BILL OF LADING**

**Pro Number:** 723-318519-8

**Bill of Lading Number:**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | STORE # | DEPT # | # PKGS | WEIGHT (lbs) |
|---|---|---|---|---|
| IV=867987 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| PAGE TOTAL | | | | |

## CARRIER INSTRUCTIONS

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT (lbs) | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. *See Section 2(e) of NMFC Item 360* | NMFC # | CLASS |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**644**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/8/2017 | 867989 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 499596 | | N/A | | | | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |

```
3Y49V7          AUG 17, 2017   ACT WT 26.0 LBS   1 OF 8
SVC GNDCOM                     BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341370276
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.93 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 10.93            NR+HC10.93
TOT PUB CHG 26.37          PUB+HC26.37
```

```
3Y49V7          AUG 17, 2017   ACT WT 40.0 LBS   2 OF 8
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342840284
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 16.71 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 16.71            NR+HC16.71
TOT PUB CHG 36.45          PUB+HC36.45
```

```
3Y49V7          AUG 17, 2017   ACT WT 40.0 LBS   3 OF 8
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342519891
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 16.71 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 16.71            NR+HC16.71
TOT PUB CHG 36.45          PUB+HC36.45
```

```
3Y49V7          AUG 17, 2017   ACT WT 36.0 LBS   4 OF 8
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340626109
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 14.03 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.66          PUB+HC32.66
```

```
3Y49V7          AUG 17, 2017   ACT WT 36.0 LBS   5 OF 8
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340731913
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 14.03 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.66          PUB+HC32.66
```

```
3Y49V7          AUG 17, 2017   ACT WT 36.0 LBS   6 OF 8
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341376323
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 14.03 USD
DV 0.00             COD  0.00      RS 0.00
DC 0.00             DGD  0.00      SD 0.00
AH 0.00             PR   0.00      SP 0.00
TOT NR CHG 14.03            NR+HC14.03
TOT PUB CHG 32.66          PUB+HC32.66
```

...owledged and accepted in full.

| Grand Total | $582.00 |
|---|---|

IAN

accounts will incur a charge of 1.5% per month. All charges are non-ref...
proceedings or legal action to enforce any of the funds due under this inv...
to said past due funds all legal costs and attorney fees reasonably incurred...
legal action, Vendee agrees to be sued in the County of Los Angeles, Stat...
State of California. Vendee agrees to the terms and...

Thank you f...

2231 COLBY AVE
LOS ANGELES   CA   90024

*Naghi — 08/17*   ③

DATE  08/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND   TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND   TX   750411210  ✓

**DELIV DATE**   / /
**REQST DATE**  08/23/17
**CANCEL DATE** / /
**ORDER DATE**  08/07/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100541              **PO NO:** 499596                    **PAGE:**   1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  *10 / EMW5105 ✓ ① — 26 lbs*  23-65 Fixed Low Profile TV Wal | *10* 10 ✓ | EA | $ *7.20 ✓* |
| 2 | 817707019811  *5 / EMW4101 ✓ ② — 40 lbs*  17-55 Full Motion TV Mount | *10* 10 ✓ | EA | $ *17.64 ✓* |
| 3 | 817707019804  *2 / EMW5306 ✓ ⑤ — 35 lbs*  TV Wall Mount Kit with HDMI ca | *10* 10 ✓ | EA | $ *33.36 ✓* |

*UPS Ground*

*W — 28 lbs*

**646**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 8/8/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 867989 V
**PO #** 499596 V

**SHIP TO**   SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210 V

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 V | | 1 | 10 V | CHINA |
| EMW4101 | 5 | | 2 | 10 V | CHINA |
| EMW5306 | 2 | | 5 | 10 V | CHINA |
| | | | | | |
| | TOTAL | | 8 | 30 V | |

```
3Y49V7       AUG 17, 2017   ACT WT 35.0 LBS      7 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342664333
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  14.03 USD
DV 0.00          COD   0.00       RS 0.00
DC 0.00          DGD   0.00       SD 0.00
AH 0.00          PR    0.00       SP 0.00
TOT NR CHG 14.03              NR + HC14.03
TOT PUB CHG 32.66            PUB + HC32.66
3Y49V7       AUG 17, 2017   ACT WT 35.0 LBS      8 OF 8
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340821941
REF 1:INV#867989
REF 2:PO#499596

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  14.03 USD
DV 0.00          COD   0.00       RS 0.00
DC 0.00          DGD   0.00       SD 0.00
AH 0.00          PR    0.00       SP 0.00
TOT NR CHG 14.03              NR + HC14.03
TOT PUB CHG 32.66            PUB + HC32.66
```

SCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
TS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
Y/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE

**OUR BUSINESS**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/8/2017 | 867990 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 499597 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 35 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 617.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7          AUG 18, 2017   ACT WT 26.0 LBS      1 OF 14
SVC GNDCOM                     BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341664726
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 13.95                PUB+HC13.95

3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS      2 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340806735
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.03                PUB+HC17.03

3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS      3 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341278340
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.03                PUB+HC17.03
```

```
3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS      4 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341496662
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.03                PUB+HC17.03

3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS      5 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340234362
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.03                PUB+HC17.03
```

| Grand Total | $1,103.50 |
|---|---|

nowledged and accepted in full. R

IAN

```
3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS      6 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340230777
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00           COD  0.00        RS 0.00
DC 0.00           DGD  0.00        SD 0.00
AH 0.00           PR   0.00        SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.03                PUB+HC17.03
```

proceedings or legal action to enforce any of the funds due under this invoice, the V
to said past due funds all legal costs and attorney fees reasonably incurred by Vend
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Califo
State of California. Vendee agrees to the terms and condition

### Thank you for you

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 08/18*

~~DATE~~ 08/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572 ✓

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**     / /
**REQST DATE**  08/23/17
**CANCEL DATE**  / /
**ORDER DATE**  08/07/17

**DEPT:** 657      **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100542              **PO NO:**  499597                **PAGE:**   1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828   10  / EMW5105 ✓   ① – 26 lbs | 10 | 10 ✓ | EA | $ 7.26 ✓ |
| | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019811   5  / EMW4101 ✓   ⑦ – 40 lbs | 35 | 35 ✓ | EA | $ 17.64 ✓ |
| | 17-55 Full Motion TV Mount | | | | |
| 3 | 817707019804   2  / EMW5306 ✓   ⑤ – 35 lbs | 10 | 10 ✓ | EA | $ 33.36 ✓ |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 4 | 817707019798   5  / EMW6201 ✓   ① – 33 lbs | 5 | 5 ✓ | EA | $ 16.10 ✓ |
| | 30-79 Tilting TV Wall Mount | | | | |



$108.08

UPS Grand

ⓌⓇ – 514 lbs



**DATE** 8/8/2017

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #** 867990 ✔
**PO #** 499597 ✔

**SHIP TO** SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572 ✔

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 ✔ | CHINA |
| EMW4101 | 5 | | 7 | 35 ✔ | CHINA |
| EMW5306 | 2 | | 5 | 10 ✔ | CHINA |
| EMW6201 | 5 | | 1 | 5 ✔ | CHINA |
| | **TOTAL** | | | 14 | 60 ✔ |

```
3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS        7 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342780787
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 17.03          PUB+HC17.03
```

```
3Y49V7          AUG 18, 2017   ACT WT 40.0 LBS        8 OF 14
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342340396
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 17.03          PUB+HC17.03
```

```
3Y49V7          AUG 18, 2017   ACT WT 35.0 LBS        9 OF 14
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342126600
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 16.88          PUB+HC16.88
```

```
3Y49V7          AUG 18, 2017   ACT WT 35.0 LBS       10 OF 14
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342712412
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 15.88          PUB+HC15.88
```

```
3Y49V7          AUG 18, 2017   ACT WT 35.0 LBS       11 OF 14
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342636826
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 16.88          PUB+HC16.88
```

```
3Y49V7          AUG 18, 2017   ACT WT 35.0 LBS       12 OF 14
SVC GNDCOM                     BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341994834
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00             COD   0.00       RS 0.00
DC 0.00             DGD   0.00       SD 0.00
AH 0.00             PR    0.00       SP 0.00
TOT NR CHG 7.72             NR+HC7.72
TOT PUB CHG 16.88          PUB+HC16.88
```

```
3Y49V7          AUG 18, 2017    ACT WT 35.0 LBS        13 OF 14
SVC GNDCOM                      BL WT 35.0  LBS
TRACKING# 1Z3Y49V70340042444
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:            SVC 7.72 USD
DV  0.00              COD    0.00          RS  0.00
DC  0.00              DGD    0.00          SD  0.00
AH  0.00              PR     0.00          SP  0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 15.88             PUB+HC15.88
```

```
3Y49V7          AUG 18, 2017    ACT WT 33.0 LBS        14 OF 14
SVC GNDCOM                      BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341795667
REF 1:INV#867990
REF 2:PO#499597

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:            SVC 7.72 USD
DV  0.00              COD    0.00          RS  0.00
DC  0.00              DGD    0.00          SD  0.00
AH  0.00              PR     0.00          SP  0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.51             PUB+HC16.51
```

651

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886339 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 512918 | | N/A | | | | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $1,727.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

**PICKING LIST**

Cogustos   FY 03

DATE  11/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
   1600 N BOUDREAU RD
   MANTENO  IL   609509377

815 - 468 - 2000

**DELIV DATE**   / /
**REQST DATE**  11/10/17
**CANCEL DATE**  / /
**ORDER DATE**  10/31/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100568            **PO NO:** 512918                              **PAGE:**   1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  (1)  26 | (10) | EA $ 7.20 | |
| | 23-65 Fixed Low Profile TV Wal | | | |
| 2 | 817707019781  5  / EMW3401  (6)  20 | (30) | EA $ 10.44 | |
| | 10-49 FULL Motion TV Mount | | | |
| 3 | 817707019811  5  / EMW4101  (4)  40 | (20) | EA $ 17.04 | |
| | 17-55 Full Motion TV Mount | | | |
| 4 | 817707019804  2  / EMW5306  (10)  35 | (20) | EA $ 33.36 | |
| | TV Wall Mount Kit with HDMI ca | | | |
| 5 | 817707019798  5  / EMW6201  (4)  33. | (20) | EA $ 16.10 | |
| | 30-79 Tilting TV Wall Mount | | | |

25 BOX

40 x 48 x 45

(W) — 3828 b.



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 11/01/17 | INV # | 886339 |
| SOLD TO | SEARS | PO # | 512918 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

SHIP TO    SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 6 | 30 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| TOTAL | | 1 | 25 | 100 | |

SIGNATURE

PLEASE NOTE:          UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

654

For shipment information, visit yrcfreight.com or
call 1-800-610-6500

OP-097 01/16
Web straight bill of lading—original—not negotiable

SCAC: RDWY

YRC FREIGHT

736-828838-1

Date: 11/03/2017
Bill number:
Shipper number:    Trailer number:

Shipper name:
SHAGHAL LTD (SHIP FROM LOGISTICS TEAM
Address:
19914 S VIA BARON ST
City: RANCHO DOMINGUEZ    State: CA    ZIP code: 90220
Origin city (if different than before):    State:    ZIP code:

Invoicee:
SHAGHAL LTD
Address:
2231 COLBY AVE
City: LOS ANGELES    State: CA    ZIP code: 90064

Contact Name:

PRO Number:
Consignee name and address:
SEARS UNIT #0440
Attn: RECEIVING
1600 N BOUDREAU RD
Destination City: MANTENO    State: IL    ZIP Code: 60950
Phone Number: (815) 468-2000
Customer number:    Store number:    Department:
P.O. Number:
512918/INV#886339
Special Instructions:
MABD 11/10/17

Contact Phone:

| | Accelerated | |
|---|---|---|
| X Standard | ☐ Time-Critical    Deliver by: / / | ☐ By noon  ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical Hour Window  Deliver on: / / | Between: & |
| ☐ Guaranteed Noonday Window  Between: / / & / / | ☐ Time-Critical (fastest ground delivery – no delivery date required) | |

*guarantee only applies to check service points

Quote I.D.: 94305360

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

COD fee: Prepaid ☐  Collect ☐    COD amount: $    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PLT | 25 | | BOX | | TV WALL MOUNT KIT | 9961001 | 70 | 828 | 40 | 48 | 45 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 1 | | 25 | | | GRAND TOTAL | | | 828 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contact #:

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

Received, subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

Shipment charges are prepaid
unless marked collect: Collect ☐    Total charges: $

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor:

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and classed, is labeled/placarded above which said carrier (the word carrier being understood throughout this contract) as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

This mutually agreed to in each sector of all or any of said property over all or any portion of said route to destination and to is made part of any lien enforced in at any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable laws and national governmental regulations.

| Shipper company name: SHAGHAL LTD (SHIP FROM LOGISTICS TEAM | Carrier: YRC FREIGHT | Trailer #: | Date: | Trailer loaded by: | ☐ Shipper  ☐ Driver |
|---|---|---|---|---|---|
| Shipper signature: | YRC Freight employee's signature: | | | Freight counted by: | ☐ Driver: pallets said to contain |
| | | | H/U received: | ☐ Shipper  ☐ Driver: Loose pieces | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886341 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W. MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 512922 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 28 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 934.08 | |
| 40 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 644.00 | |

| | Grand Total | $2,476.28 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE**  11/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**     / /
**REQST DATE**   11/10/17
**CANCEL DATE**  / /
**ORDER DATE**  10/31/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100572     **PO NO:** 512922     **PAGE:** 1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  / EMW5105  23-65 Fixed Low Profile TV Wal | 20 | EA $ 7.20 | |
| 2 | 817707019781  / EMW3401  10-49 FULL Motion TV Mount | 30 | EA $ 10.44 | |
| 3 | 817707019811  / EMW4101  17-55 Full Motion TV Mount | 25 | EA $ 17.64 | |
| 4 | 817707019804  / EMW5306  TV Wall Mount Kit with HDMI ca | 28 | EA $ 33.36 | |
| 5 | 817707019798  / EMW6201  30-79 Tilting TV Wall Mount | 40 | EA $ 16.10 | |

657



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE **11/01/17**

SOLD TO   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #   886341
PO #   512922

SHIP TO   SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 6 | 30 | CHINA |
| EMW4101 | 5 | 1 | 5 | 25 | CHINA |
| EMW5306 | 2 | | 14 | 28 | CHINA |
| EMW6201 | 5 | | 8 | 40 | CHINA |
| | | | | | |
| | TOTAL | 1 | 35 | 143 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

#92647

**BILL OF LADING**

Date: 11/06/2017

| Bill of Lading Number : | 93479846 |
|---|---|
| Carrier Name: | SAIA |
| SCAC: | SAIA |
| Pro number: | |

### SHIP FROM

Name: SHAGHAL LTD(SHIP FROM LOGISTICS TEAM
Address: 19914 VIA BARON

City/State/Zip: RANCHO DOMINGUEZ,CA 90220
Ph: 3107477388  Contact: ANDY LIM          FOB:☐

**10210006300 0**

SAIA

### SHIP TO

Name: SEARS UNIT # 0447.          Location#
Address: 2775 W MILLER RD

City/State/Zip: GARLAND, TX 75041
Ph: 972-864-2670 Contact: RECEIVING          FOB:☐

Worldwide Express unless

### FREIGHT CHARGES BILL TO

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699555

SPECIAL INSTRUCTIONS: For assistance, please call (310) 893-2010

Handling Instructions: *** Notify before delivery ***
INVOICE#886341, PO#512922
Pickup Instructions: PICK UP BETWEEN 2-4 PM.
Delivery Instructions: MABD 11/10/17  APPOINTMENT DELIVERY REQUIRED
Delivery Service(s): Notify Before Delivery

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | | NMFC# | CLASS |
| 1 | PLT | 35 | BOX | 1166 | | 15 but less than 22.5, 48(L) x 40(W) x 62(H)  DO NOT STACK | | 116030-9 | 70 |
| 1 | | 35 | | 1166 | | Grand Total | | | |

Where the rate is dependent on value ; shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC. a registered motor carrier broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature: Andy   Date: 11/6/17

COD Amount: $ _____
Fee Terms: 3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Properly described above is received in good order, except as noted.

Signature: 11/6/17   (Date)

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

35 BXS on 1 PLT

659

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

*Shaghal 11/03*

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886343 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD.<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 512917 | | N/A | | | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite | Amount | UPC # |
|----------|-----------|-------------|------------|-------------|--------|-------|
| 50 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 3,840.50 | |
| 50 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 2,226.00 | |

```
3Y49V7        NOV 3, 2017    ACT WT 20.0 LBS      1 OF 10
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341996976
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        NOV 3, 2017    ACT WT 20.0 LBS      2 OF 10
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342098980
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        NOV 3, 2017    ACT WT 20.0 LBS      3 OF 10
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341130598
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        NOV 3, 2017    ACT WT 20.0 LBS      4 OF 10
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340507808
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86
```

```
3Y49V7        NOV 3, 2017    ACT WT 20.0 LBS      5 OF 10
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342006613
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86            PUB+HC26.86
```

| | Grand Total | $6,066.50 |
|--|-------------|-----------|

nowledged and accepted in full.

| | Prepared By |
|--|-------------|

```
3Y49V7        NOV 3, 2017    ACT WT 12.0 LBS      6 OF 10
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342363022
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC   9.54 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 9.54               NR+HC9.54
TOT PUB CHG 19.73           PUB+HC19.73
```

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for you

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* — 11/03

**PICKING LIST**

DATE 11/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  / /
**REQST DATE**  11/10/17
**CANCEL DATE**  / /
**ORDER DATE**  10/31/17

**DEPT:** 603     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100567          **PO NO:** 512917          **PAGE:** 1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650  / EGQ223BL — ⑤ — 20 lb    50 (50) | | EA $ 76.81 | |
|   | EGQ223BL 10" android 5.1 tablt | | | |
| 2 | 817707016629  / EGQ347BL — ⑤ — 12 lb    50 (50) | | EA $ 44.52 | |
|   | 7" Quad-Core with Android 5.0 | | | |

UPS Ground

Ⓦ → 160 lb)



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 11/1/2017 | INV # | 886343 |
| SOLD TO | SEARS | PO # | 512917 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| SHIP TO | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ223BL | 10 | | 5 | 50 | CHINA |
| EGQ347BL | 10 | | 5 | 50 | CHINA |
| | **TOTAL** | | 10 | 100 | |

```
3Y49V7      NOV 3, 2017   ACT WT 12.0 LBS        7 OF 10
SVC GNDCOM              BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342873034
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 19.73           PUB+HC19.73
```

```
3Y49V7      NOV 3, 2017   ACT WT 12.0 LBS        8 OF 10
SVC GNDCOM              BL WT 12.0  LBS
TRACKING# 1Z3Y49V70340992641
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 19.73           PUB+HC19.73
```

```
3Y49V7      NOV 3, 2017   ACT WT 12.0 LBS        9 OF 10
SVC GNDCOM              BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342937859
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 19.73           PUB+HC19.73
```

```
                                ...E ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
3Y49V7      NOV 3, 2017   ACT WT 12.0 LBS        10 OF 10
SVC GNDCOM              BL WT 12.0  LBS
TRACKING# 1Z3Y49V70340284666
REF 1:INV#886343
REF 2:PO#512917

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 9.54 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 19.73           PUB+HC19.73
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/1/2017 | 886347 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 512923 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 180 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 13,825.80 | |
| 160 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 7,123.20 | |
| 45 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,015.00 | |

| | Grand Total | $23,964.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**663**

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghd

**DATE** 11/01/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**   / /
**REQST DATE**   11/10/17
**CANCEL DATE**  / /
**ORDER DATE**   10/31/17

**DEPT:** 603        **TYPE:**  RE        **INSTRUCTIONS:**

**ORDER NO:** 100573              **PO NO:** 512923                          **PAGE:**   1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650  / EGQ223BL (18) — 19·4 lb<br>EGQ223BL 10" android 5.1 tablt | 1 (180) | EA  $ 76.81 | |
| 2 | 817707016629  / EGQ347BL (16) — 12 lbs<br>7" Quad-Core with Android 5.0 | (160) | EA  $44.52 | |
| 3 | 817707019569  / FUNTAB3 (9) — 9·5 u<br>Ematic 7" HD Kid Safe Tablet e | (45) | EA  $ 67·00 | |

40" × 48" × 67"

(W) → 667 lbs

**664**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 11/01/17 | | **INV #** | 886347 |
| **SOLD TO** | SEARS | | **PO #** | 512923 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS UNIT #0449 | | | |
| | 1700 SCHUSTER RD | | | |
| | DELANO INDUSTRIAL PK | | | |
| | DELANO, CA 932159572 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | 10 | | 18 | 180 | CHINA |
| EGQ347BL | 10 | 1 | 16 | 160 | CHINA |
| FUNTAB3 | 5 | | 9 | 45 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **43** | **385** | |

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

665

OP-007 01/16
**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com
call 1-800-610-6500

# YRC FREIGHT

SCAC: RDWY

**736-839104-9**

| | |
|---|---|
| Date: 11/07/2017 | B/L number: |

**PRO Number:**

| Shipper number: | Trailer number: |
|---|---|

Consignee name and address:
**SEARS UNIT #0449**

Shipper name:
**SHAGHAL LTD**

Address:
**2231 COLBY AVE**

**Attn: RECEIVING**

**1700 SCHUSTER RD DELANO INDUSTRL PK**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |
|---|---|---|

| Destination City **DELANO** | State: **CA** | ZIP code: **93215** |
|---|---|---|

| Origin city (if different than before): | State: | ZIP code: |
|---|---|---|

Phone Number:
**(661) 721-5910**

Invoicee:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**512923/INV#886347**

Special instructions:
**MABD: 11/09/17 GUARANTEED DEL.**

| City: | State: | ZIP code: |
|---|---|---|

| Contact Name: | Contact Phone: |
|---|---|

| Standard | Faster Standard |
|---|---|
| ☐ Standard | ☐ Accelerated |

| Standard Guaranteed* | Expedited Guaranteed* |
|---|---|
| ☒ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business |
| ☐ Guaranteed Multiday Window   Between: ___/___/___ & ___/___/___ | ☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: ___ & ___ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

Quote I.D.: **94893484**

*guarantee only applies to direct service only

All shipments are subject to individual pricing programs as published by YRC or by written transportation contract.

| Cod fee: Prepaid ☐  Collect ☐ | COD amount: $ | Customer check OK for COD amount?   Yes ☐  No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Hei |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 43 | BOX | | ELECTRONICS | 115780 | 100 | 667 | 40 | 48 | 67 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 1 | | 43 | | | GRAND TOTAL | | | 667 | | | |

**EMERGENCY CONTACT**

| Phone: | Name: | Contract #: |
|---|---|---|

| Shipment charges are prepaid unless marked collect:  Collect ☐ | Total charges: $ |
|---|---|

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor _____

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SHAGHAL LTD** | Carrier: **YRC FREIGHT** | Trailer #: 8918 | Date: 11-7-17 | Trailer loaded by:  ☐ Shipper  ☒ Driver |
|---|---|---|---|---|

| | | | | Freight counted by:  ☒ Driver: pallets said to contain |
|---|---|---|---|---|

| Shipper signature: | YRC Freight employee signature: | P/U received | ☐ Shipper ☒ Driver: Loose pieces | ☐ Driver: pallets containing |
|---|---|---|---|---|

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup:

Printed in U.S.

age 1 of 1

**666**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/3/2017 | 887247 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 512992 | | N/A | | | | | 11/3/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 240 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 3,576.00 | |

```
3Y49V7       NOV 8, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS        1 OF 6
TRACKING# 1Z3Y49V70342060379
REF 1:INV#887247
REF 2:PO#512992

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 10.66           NR+HC10.66
TOT PUB CHG 22.71          PUB+HC22.71
```

```
3Y49V7       NOV 8, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS        4 OF 6
TRACKING# 1Z3Y49V70342073201
REF 1:INV#887247
REF 2:PO#512992

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 10.66           NR+HC10.66
TOT PUB CHG 22.71          PUB+HC22.71
```

```
3Y49V7       NOV 8, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS        2 OF 6
TRACKING# 1Z3Y49V70342416386
REF 1:INV#887247
REF 2:PO#512992

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 10.66           NR+HC10.66
TOT PUB CHG 22.71          PUB+HC22.71
```

```
3Y49V7       NOV 8, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS        5 OF 6
TRACKING# 1Z3Y49V70340356016
REF 1:INV#887247
REF 2:PO#512992

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 10.66           NR+HC10.66
TOT PUB CHG 22.71          PUB+HC22.71
```

```
3Y49V7       NOV 8, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS        3 OF 6
TRACKING# 1Z3Y49V70340151997
REF 1:INV#887247
REF 2:PO#512992

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 10.66           NR+HC10.66
TOT PUB CHG 22.71          PUB+HC22.71
```

| | Grand Total | $3,576.00 |
|--|-------------|-----------|

...knowledged and accepted in full.

ian

Prepared By

Authorized By

...they are in good condition and accepts them in ... of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE  11/02/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL  60950

**DELIV DATE**    / /
**REQST DATE**  11/15/17
**CANCEL DATE**  / /
**ORDER DATE**  11/01/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100577            **PO NO:** 512992            **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676        / EM208VIDBL | 240 (240) | EA | $14.90 |
|   | Ematic 8GB 1.5" MP3 Video Plar | | | |

5 Box's — 15 lbs

UPS Ground

W — 75 lbs

668

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/3/2017 | **INV #** 887247 √ |
| **SOLD TO** | SEARS | **PO #** 512992 √ |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT#0475 | |
| | CDF-MANTENO-SLS | |
| | 8374 N 4000 EAST | |
| | MANTENO, IL 60950-3588 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 5 √ | 240 √ | CHINA |
| | | | | | |
| | **TOTAL** | | **5** √ | **240** √ | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/3/2017 | 887248 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 512991 | | N/A | | | | 11/3/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 240 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 6,480.00 | |

```
3Y49V7          NOV 3, 2017   ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS      1 OF 6
TRACKING# 1Z3Y49V70340011049
REF 1:INV#887248
REF 2:PO#512991

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7          NOV 3, 2017   ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS      4 OF 6
TRACKING# 1Z3Y49V70342299478
REF 1:INV#887248
REF 2:PO#512991

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7          NOV 3, 2017   ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS      2 OF 6
TRACKING# 1Z3Y49V70341620255
REF 1:INV#887248
REF 2:PO#512991

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7          NOV 3, 2017   ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS      5 OF 6
TRACKING# 1Z3Y49V70341801489
REF 1:INV#887248
REF 2:PO#512991

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7          NOV 3, 2017   ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS      3 OF 6
TRACKING# 1Z3Y49V70340071066
REF 1:INV#887248
REF 2:PO#512991

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

| | Grand Total | $6,480.00 |
|--|-------------|-----------|

acknowledged and accepted in full.

ian

Prepared By

: they are in good condition and accepts them in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES CA 90024

PICKING LIST

Shaghy - 11/03

**DATE** 11/02/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO IL 60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL 60950

**DELIV DATE** / /
**REQST DATE** 11/10/17
**CANCEL DATE** / /
**ORDER DATE** 11/01/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100576     **PO NO:** 512991     **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016803 / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | 240 (240) | EA | $27.00 |

(5) Box's - 15 lbs

UPS Ground

(1) - 75 lbs

671

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/3/2017 | **INV #** | 887248 |
| **SOLD TO** | SEARS | **PO #** | 512991 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**       SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 5 | 240 | CHINA |
| | | | | | |
| | **TOTAL** | | 5 | 240 | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/09/2017 | 889826 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 514045 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/09/2017 | 11/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |

```
3Y49V7        NOV 14, 2017   ACT WT 20.0 LBS        1 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340724270
REF 1:INV#889826
REF 2:PO#514045

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 12.07                NR+HC12.07
TOT PUB CHG 27.68              PUB+HC27.68


3Y49V7        NOV 14, 2017   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340034284
REF 1:INV#889826
REF 2:PO#514045

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 12.07                NR+HC12.07
TOT PUB CHG 27.68              PUB+HC27.68
```

| Grand Total | $124.20 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_MB_
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

*Shaghd*

DATE  11/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**   / /
**REQST DATE**   11/22/17
**CANCEL DATE** / /
**ORDER DATE**  11/07/17

**DEPT:** 657        **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100578              **PO NO:** 514045                                    **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  *10*  / EMW5105<br>23-65 Fixed Low Profile TV Wal | ⑩ | EA | $ 7.20 |
| 2 | 817707019781  *1*  / EMW3401<br>10-49 FULL Motion TV Mount | ⑤ | EA | $ 10.44 |

① – 26 lbs

① – 20 lbs

② Box's

UPS Ground

674



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133       F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/09/17 | **INV #** | 889826 |
| **SOLD TO** | SEARS | **PO #** | 514045 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 15 | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/09/2017 | 889827 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 514046 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/09/2017 | 11/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7     NOV 14, 2017   ACT WT 26.0 LBS          1 OF 4
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342963895
REF 1:INV#889827
REF 2:PO#514046

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  14.99 USD
DV  0.00            COD   0.00         RS  0.00
DC  0.00            DGD   0.00         SD  0.00
AH  0.00            PR    0.00         SP  0.00
TOT NR CHG 14.99              NR+HC14.99
TOT PUB CHG 32.65            PUB+HC32.65
```

```
3Y49V7     NOV 14, 2017   ACT WT 40.0 LBS          2 OF 4
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340699101
REF 1:INV#889827
REF 2:PO#514046

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  20.31 USD
DV  0.00            COD   0.00         RS  0.00
DC  0.00            DGD   0.00         SD  0.00
AH  0.00            PR    0.00         SP  0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.86            PUB+HC44.86
```

```
3Y49V7     NOV 14, 2017   ACT WT 33.0 LBS          3 OF 4
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342846912
REF 1:INV#889827
REF 2:PO#514046

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  17.69 USD
DV  0.00            COD   0.00         RS  0.00
DC  0.00            DGD   0.00         SD  0.00
AH  0.00            PR    0.00         SP  0.00
TOT NR CHG 17.69              NR+HC17.69
TOT PUB CHG 38.60            PUB+HC38.60
```

```
3Y49V7     NOV 14, 2017   ACT WT 33.0 LBS          4 OF 4
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341930321
REF 1:INV#889827
REF 2:PO#514046

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  17.69 USD
DV  0.00            COD   0.00         RS  0.00
DC  0.00            DGD   0.00         SD  0.00
AH  0.00            PR    0.00         SP  0.00
TOT NR CHG 17.69              NR+HC17.69
TOT PUB CHG 38.60            PUB+HC38.60
```

| Grand Total | $321.20 |
|---|---|

...acknowledged and accepted in full.

Prepared By

...at they are in good condition and accepts them in
...n of special orders can be accepted. However, in
...cking charge of 15% per month. All past due
...dable. In the event Vendor institutes collection
...e, the Vendee shall pay to the Vendor in addition
...y Vendor therewith. In connection with any such
...f California, and consent to the jurisdiction of the
...nditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD.
2231 COLBY AVE
LOS ANGELES  CA  90024

Shashel    11/19
DATE  11/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**    / /
**REQST DATE**  11/22/17
**CANCEL DATE**  / /
**ORDER DATE**  11/07/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100579            **PO NO:** 514046            **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|-------------|-----------------|----------|
| 1 | 817707019828  10  / EMW5105  23-65 Fixed Low Profile TV Wal | ① — 26 lbs | 10 | EA | $ 7.20 |
| 2 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | ① — 40 lbs | 5 | EA | $ 17.64 |
| 3 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | ② — 33 lbs | 10 | EA | $ 16.10 |

④ Box's

UPS Ground

677



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

**DATE**       11/09/17                                    **INV #**    889827
**SOLD TO**    SEARS                                      **PO #**     514046
               3333 BEVERLY RD C2-114B
               HOFFMAN ESTATES, IL 60176

**SHIP TO**    SEARS UNIT #0440
               1600 N BOUDREAU RD
               MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 4 | 25 | |

**SIGNATURE**

**PLEASE NOTE:**        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Exhibit Ex A Pg 279 of 406

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/09/2017 | 889828 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 514047 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/09/2017 | 11/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        NOV 14, 2017   ACT WT 26.0 LBS        1 OF 5
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341048339
REF 1:INV#889828
REF 2:PO#514047

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  16.18 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 16.18              NR+HC16.18
TOT PUB CHG 34.82            PUB+HC34.82
```

```
3Y49V7        NOV 14, 2017   ACT WT 20.0 LBS        2 OF 5
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342456941
REF 1:INV#889828
REF 2:PO#514047

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7        NOV 14, 2017   ACT WT 40.0 LBS        3 OF 5
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342169163
REF 1:INV#889828
REF 2:PO#514047

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  21.67 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 21.67              NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        NOV 14, 2017   ACT WT 33.0 LBS        4 OF 5
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342563968
REF 1:INV#889828
REF 2:PO#514047

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.70 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

| | Grand Total | $373.40 |
|---|---|---|

...cknowledged and accepted in full.

```
3Y49V7        NOV 14, 2017   ACT WT 33.0 LBS        5 OF 5
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340976374
REF 1:INV#889828
REF 2:PO#514047

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.70 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for

2231 COLBY AVE
LOS ANGELES CA 90024

PICKING LIST

DATE 11/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE PA 187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE PA 187062028

DELIV DATE / /
REQST DATE 11/22/17
CANCEL DATE / /
ORDER DATE 11/07/17

**DEPT:** 657     **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100580          **PO NO:** 514047                              **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828 / EMW5105<br>23-65 Fixed Low Profile TV Wal | 10 | EA $ 7.20 |
| 2 | 817707019781 / EMW3401<br>10-49 FULL Motion TV Mount | 5 | EA $ 10.44 |
| 3 | 817707019811 / EMW4101<br>17-55 Full Motion TV Mount | 5 | EA $ 17.64 |
| 4 | 817707019798 / EMW6201<br>30-79 Tilting TV Wall Mount | 10 | EA $ 16.10 |

*(handwritten annotations: "10", "5", "5", "5"; "(1) - 26 lbs", "(1) - 20 lbs", "(1) - 40 lbs", "(2) - 33 lbs"; "(5) Box's"; circled Qty: 10, 5, 5, 10; "UPS Ground")*

**680**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| DATE | 11/09/17 | | | INV # | 889828 |
| SOLD TO | SEARS | | | PO # | 514047 |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| | | | | | |
| SHIP TO | SEARS UNIT #0443 | | | | |
| | 1055 HANOVER ST | | | | |
| | HANOVER INDUSTRIAL PK | | | | |
| | WILKES BARRE, PA 187062028 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 5 | 30 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Cont 2   Pg 282 of 406
*Shaghal 11/15*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/09/2017 | 889829 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 514048 | | N/A | | | | 11/09/2017 | 11/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |

```
3Y49V7        NOV 15, 2017   ACT WT 26.0 LBS        1 OF 2
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340963176
REF 1:INV#889829
REF 2:PO#514048

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 11.06 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 11.06               NR+HC11.06
TOT PUB CHG 26.37              PUB+HC26.37


3Y49V7        NOV 15, 2017   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341007187
REF 1:INV#889829
REF 2:PO#514048

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 8.84 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 8.84                NR+HC8.84
TOT PUB CHG 20.27              PUB+HC20.27
```

| Grand Total | $124.20 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*MB*

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

*Shaghal →*   11/18

**DATE**  11/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**  / /
**REQST DATE**  11/22/17
**CANCEL DATE**  / /
**ORDER DATE**  11/07/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100581              **PO NO:** 514048                                    **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  *16*  / EMW5105 | ① → 26 lbs | ⑩ | EA | $ 7.20 |
|   | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781  *5*  / EMW3401 | ① → 20 lbs | ⑤ | EA | $ 10.44 |
|   | 10-49 FULL Motion TV Mount | ② Box's | | | |

*UPS Ground*

683



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| DATE | 11/09/17 | INV # | 889829 |
| SOLD TO | SEARS | PO # | 514048 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

SHIP TO      SEARS UNIT #0447
             BLDG F&G
             2775 W MILLER RD
             GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 2 | 15 | |

_____
              SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                    REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                    DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                    ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                    CAN CLAIM WITHIN THE TIME FRAME
                    **THANK YOU FOR YOUR BUSINESS**

**684**

## Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/09/2017 | 889831 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 514049 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/09/2017 | 11/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |

```
3Y49V7        NOV 17, 2017   ACT WT 26.0 LBS        1 OF 12
SVC GNDCOM           BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340320214
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.95           PUB+HC13.95

3Y49V7        NOV 17, 2017   ACT WT 26.0 LBS        2 OF 12
SVC GNDCOM           BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341732626
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.95           PUB+HC13.95

3Y49V7        NOV 17, 2017   ACT WT 20.0 LBS        3 OF 12
SVC GNDCOM           BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340068633
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        NOV 17, 2017   ACT WT 40.0 LBS        4 OF 12
SVC GNDCOM           BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342364247
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7        NOV 17, 2017   ACT WT 40.0 LBS        5 OF 12
SVC GNDCOM           BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340436468
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7        NOV 17, 2017   ACT WT 40.0 LBS        6 OF 12
SVC GNDCOM           BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341478268
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00          COD     0.00        RS 0.00
DC 0.00          DGD     0.00        SD 0.00
AH 0.00          PR      0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.03           PUB+HC17.03
```

cknowledged and accepted in full.

| | Grand Total | $943.80 |
|---|---|---|

ed By

zed By

proceedings or legal action to enforce any of the funds due und
to said past due funds all legal costs and attorney fees reasonab
legal action, Vendee agrees to be sued in the County of Los An
State of California. Vendee agrees to the

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal* 11/17

DATE  11/08/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**    / /
**REQST DATE**  11/22/17
**CANCEL DATE**  / /
**ORDER DATE**  11/07/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100582              **PO NO:** 514049                              **PAGE:**  1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  *10*  / EMW5105  <br> 23-65 Fixed Low Profile TV Wal | (20) | EA | $ 7.20 |
| 2 | 817707019781  *5*  / EMW3401  <br> 10-49 FULL Motion TV Mount | (5) | EA | $ 10.44 |
| 3 | 817707019811  *5*  / EMW4101  <br> 17-55 Full Motion TV Mount | (15) | EA | $ 17.64 |
| 4 | 817707019798  *5*  / EMW6201  <br> 30-79 Tilting TV Wall Mount | (30) | EA | $ 16.10 |

(2) → 26 lbs
(1) → 20 lbs
(3) → 40 lbs
(6) → 33 lbs

(12) Box's



UPS Ground = $92.64
(W) → 390 lbs

686



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/09/17 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 889831
**PO #** 514049

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 3 | 15 | CHINA |
| EMW6201 | 5 | | 6 | 30 | CHINA |
| | TOTAL | | 12 | 70 | |

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        7 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341618679
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        8 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341552687
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        9 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341136298
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        10 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342985502
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        11 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341076317
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

3Y49V7        NOV 17, 2017    ACT WT 33.0 LBS        12 OF 12
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342344721
REF 1:INV#889831
REF 2:PO#514049

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 7.72                     NR+HC7.72
TOT PUB CHG 16.51                   PUB+HC16.51

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 11/17/2017 | 894421 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 514920 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|---|------|----------|-----------|----------|
| | | 11/17/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 192 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 2,860.80 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        NOV 21, 2017   ACT WT 15.0 LBS          1 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342328409
REF 1:INV#894421
REF 2:PO#514920

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:              SVC  10.66 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7        NOV 21, 2017   ACT WT 15.0 LBS          4 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341501633
REF 1:INV#894421
REF 2:PO#514920

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:              SVC  10.66 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7        NOV 21, 2017   ACT WT 15.0 LBS          2 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342603218
REF 1:INV#894421
REF 2:PO#514920

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:              SVC  10.66 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

```
3Y49V7        NOV 21, 2017   ACT WT 15.0 LBS          6 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340077247
REF 1:INV#894421
REF 2:PO#514920

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:              SVC  11.04 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 11.04              NR+HC11.04
TOT PUB CHG 23.58            PUB+HC23.58
```

```
3Y49V7        NOV 21, 2017   ACT WT 15.0 LBS          3 OF 6
SVC GNDCOM                    BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342695629
REF 1:INV#894421
REF 2:PO#514920

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:              SVC  10.66 USD
DV  0.00              COD    0.00        RS  0.00
DC  0.00              DGD    0.00        SD  0.00
AH  0.00              PR     0.00        SP  0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71            PUB+HC22.71
```

| Grand Total | $4,156.80 |
|-------------|-----------|

...eby acknowledged and accepted in full.

MB

Prepared By

...that they are in good condition and accepts them in
...ation of special orders can be accepted. However, in
...estocking charge of 15% per month. All past due
...fundable. In the event Vendor institutes collection
...oice, the Vendee shall pay to the Vendor in addition
...ed by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD.
2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  11/16/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

**DELIV DATE**    / /
**REQST DATE**  11/29/17
**CANCEL DATE**  / /
**ORDER DATE**  11/15/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100588      **PO NO:** 514920      **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707012676 (48) / EM208VIDBL  Ematic 8GB 1.5" MP3 Video Plar | (192) | EA | $ 14.90 |
| 2 | 817707016803 (48) / EM318VIDBL  Ematic 8GB 2.4" Touch Screen h | (48) | EA | $ 27.00 |

④ 15 LBS
① 16 LBS
5 BOX'S

UPS Ground    © -
            (W) -

**689**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| INV # | 894421 |
| PO # | 514920 |

**DATE**  11/17/2017

**SOLD TO**
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 4 | 192 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 5 | 240 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/17/2017 | 894422 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 514918 | | N/A | | | | | 11/17/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7          NOV 22, 2017   ACT WT 20.0 LBS        1 OF 7
SVC GNDCOM                     BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342072426
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 8.84 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 8.84             NR+HC8.84
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7          NOV 22, 2017   ACT WT 40.0 LBS        2 OF 7
SVC GNDCOM                     BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342606439
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 16.90 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 16.90            NR+HC16.90
TOT PUB CHG 36.45           PUB+HC36.45

3Y49V7          NOV 22, 2017   ACT WT 35.0 LBS        3 OF 7
SVC GNDCOM                     BL WT 35.0  LBS
TRACKING# 1Z3Y49V70342790043
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.19 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

```
3Y49V7          NOV 22, 2017   ACT WT 35.0 LBS        4 OF 7
SVC GNDCOM                     BL WT 36.0  LBS
TRACKING# 1Z3Y49V70342239266
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.19 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

| Grand Total | $501.56 |
|---|---|

...knowledged and accepted in full.

```
3Y49V7          NOV 22, 2017   ACT WT 35.0 LBS        5 OF 7
SVC GNDCOM                     BL WT 35.0  LBS
TRACKING# 1Z3Y49V70340930066
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC 14.19 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

proceedings or legal action to enforce any of the funds due under
to said past due funds all legal costs and attorney fees reasonably
legal action, Vendee agrees to be sued in the County of Los Angel
State of California. Vendee agrees to the te

Thank

SHAGHAL LTD. 2231 COLBY AVE LOS ANGELES CA 90024

(3'

*Shaghal* ~ ~ 11/22

DATE 11/16/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**   / /
**REQST DATE**  11/29/17
**CANCEL DATE**  / /
**ORDER DATE**  11/15/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100586          **PO NO:** 514918          **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019781  ⑤ / EMW3401  10-49 FULL Motion TV Mount | ① 20 LBS | ⑤ | EA | $ 10.44 |
| 2 | 817707019811  ⑤ / EMW4101  17-55 Full Motion TV Mount | ① 40 LBS | ⑤ | EA | $ 17.64 |
| 3 | 817707019804  ② / EMW5306  TV Wall Mount Kit with HDMI ca | ③ 35 LBS | ⑥ | EA | $ 33.30 |
| 4 | 817707019798  ⑤ / EMW6201  30-79 Tilting TV Wall Mount | ② 33 LBS | ⑩ | EA | $ 16.10 |

7 BOX'S

UPS Ground



⑥ -

⑩ -

692

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/17/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 894422
**PO #** 514918

**SHIP TO**
SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | **TOTAL** | | 7 | 26 | |

6 OF 7

```
3Y49V7        NOV 22, 2017   ACT WT 33.0 LBS
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342798474
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 13.60 USD
DV 0.00                    COD  0.00        RS 0.00
DC 0.00                    DGD  0.00        SD 0.00
AH 0.00                    PR   0.00        SP 0.00
TOT NR CHG 13.60                    NR+HC13.60
TOT PUB CHG 31.19                   PUB+HC31.19
```

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE A
REPORTED TO THE SHIPPER WITHIN 48
DAMAGES/PARTIAL SHORTAGES/MISSING U
ONLY IF FILED WITHIN 21 DAYS UPON DELIV
CAN CLAIM

**THANK YOU FOR Y**

7 OF

```
3Y49V7        NOV 22, 2017   ACT WT 33.0 LBS
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341340487
REF 1:INV#894422
REF 2:PO#514918

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 13.60 USD
DV 0.00                    COD  0.00        RS 0.00
DC 0.00                    DGD  0.00        SD 0.00
AH 0.00                    PR   0.00        SP 0.00
TOT NR CHG 13.60                    NR+HC13.60
TOT PUB CHG 31.19                   PUB+HC31.19
```

**693**



# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

Logistics  $12.00

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/01/2017 | 909678 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 516633 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/01/2017 | 12/01/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 30 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 313.20 | |
| 45 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 793.80 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |
| 40 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 644.00 | |

| | Grand Total | $2,623.64 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**694**

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

**DATE** 11/30/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**      / /
**REQST DATE**  12/13/17
**CANCEL DATE**  / /
**ORDER DATE**  11/29/17

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100599              **PO NO:** 516633                                    **PAGE:**     1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828   10  / EMW5105 23-65 Fixed Low Profile TV Wal | 10 | EA $ 7.20 | |
| 2 | 817707019781   5  / EMW3401 10-49 FULL Motion TV Mount | 30 | EA $ 10.44 | |
| 3 | 817707019811   5  / EMW4101 17-55 Full Motion TV Mount | 45 | EA $ 17.64 | |
| 4 | 817707019804   2  / EMW5306 TV Wall Mount Kit with HDMI ca | 24 | EA $ 33.36 | |
| 5 | 817707019798   5  / EMW6201 30-79 Tilting TV Wall Mount | 40 | EA $ 16.10 | |

695



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 12/01/17 | | **INV #** | 909678 |
| **SOLD TO** | SEARS | | **PO #** | 516633 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

**SHIP TO**     SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 6 | 30 | CHINA |
| EMW4101 | 5 | 1 | 9 | 45 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | | 8 | 40 | CHINA |
| | | | | | |
| | TOTAL | 1 | 36 | 149 | |

_____
SIGNATURE

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**696**

#94680

| Date: 12/06/2017 | BILL OF LADING | |
|---|---|---|

| SHIP FROM | | |
|---|---|---|
| Name: | SHAGHAL LTD(SHIP FROM LOGISTICS TEAM | |
| Address: | 19914 VIA BARON | |
| City/State/Zip: | RANCHO DOMINGUEZ,CA 90220 | |
| Ph: 3107477388 Contact: ANDY LIM | FOB:☐ | |

Bill of Lading Number: __94736488__

Carrier Name: __YRC FREIGHT__

**YRC FREIGHT SHIPMENT STATUS CALL 1-300-610-6500**
09/07/17   **735-923914-9**   YRC
SHIPPER BOL   847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

| SHIP TO | | |
|---|---|---|
| Name: | SEARS UNIT # 0425 | Location# |
| Address: | 10512 N BUSCH DR N | |
| City/State/Zip: | JACKSONVILLE,FL 32218 | |
| Ph: 904-751-8570 Contact: RECEIVING | FOB:☐ | |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (310) 893-2010

Handling Instructions: *** Notify before delivery ***
INVOICE#909678, PO#516633

Pickup Instructions: PLS PICKUP BETWEEN 2-4 PM.

Delivery Instructions: PLS SCHEDULE DELIVERY APPOINTMENT ASAP FOR DELIVERY ON 12.13.17 THANK YOU.
APPOINTMENT DELIVERY REQUIRED

Delivery Service(s): Notify Before Delivery

| REFERENCE NUMBER INFORMATION | | | | | |
|---|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs | |
| | | | | | |
| | | | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | | H.M. | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | X | NMFC# | CLASS |
| 1 | PLT | 36 | BOX | 1221 | | 15 but less than 22.5, 48(L) x 40(W) x 55(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 36 | | 1221 | | **Grand Total** | | |

COMMODITY DESCRIPTION
Commodities requiring special or additional care or attention in
handling or stowing must be so marked and packaged as to ensure
safe transportation with ordinary care. See section 2(e) of NMFC
Item 360

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

COD Amount: $ ____
Fee Amount: 3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet |
| | said to contain |
| | ☐ By Driver/Pieces |

_Andy_ 12/6/17
(Signature)           (Date)

Y-R-C
ACRUZ
(Signature)

35 PCS
on 1 PLC
(Date)
12-6-17

TC-830898

697

Logistics 12/06

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/01/2017 | 909679 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 516635 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/01/2017 | 12/01/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $1,570.60 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

698

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  11/30/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**  / /
**REQST DATE**  12/13/17
**CANCEL DATE**  / /
**ORDER DATE**  11/29/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100601          **PO NO:** 516635                    **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  /  EMW5105<br>23-65 Fixed Low Profile TV Wal | 10 | EA | |
| 2 | 817707019781  /  EMW3401<br>10-49 FULL Motion TV Mount | 15 | EA | |
| 3 | 817707019811  /  EMW4101<br>17-55 Full Motion TV Mount | 20 | EA | |
| 4 | 817707019804  /  EMW5306<br>TV Wall Mount Kit with HDMI ca | 20 | EA | |
| 5 | 817707019798  /  EMW6201<br>30-79 Tilting TV Wall Mount | 20 | EA | |

**699**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 12/01/17 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 909679 |
| **PO #** | 516635 |

**SHIP TO**    SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW4101 | 5 | 1 | 4 | 20 | CHINA |
| EMW5306 | 2 | | 10 | 20 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 22 | 85 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# BILL OF LADING

Date: 12/06/2017

| SHIP FROM | |
|---|---|
| Name: | SHAGHAL LTD(SHIP FROM LOGISTICS TEAM |
| Address: | 19914 VIA BARON |
| City/State/Zip: | RANCHO DOMINGUEZ, CA 90220 |
| Ph: 3107477388 Contact: ANDY LIM | FOB: ☐ |

Bill of Lading Number : 94737959

Carrier Name: UPS FREIGHT

SCAC: UPGF

**LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400**

UPS Freight    934 048 286 LOS

| SHIP TO | |
|---|---|
| Name: | SEARS UNIT# 0443    Location# |
| Address: | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PARK |
| City/State/Zip: | WILKES BARRE,PA 18706 |
| Ph: 5708312000 Contact: RECEIVING | FOB: ☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

SPECIAL INSTRUCTIONS: For assistance, please call (310) 893-2010

Handling Instructions: *** Notify before delivery ***
INVOICE#909679, PO#516635

Pickup Instructions: PICK UP BETWEEN 2-4PM

Delivery Instructions: PLS SCHEDULE DELIVERY APPOINTMENT ASAP FOR DEC 13 DELIVERY. THANK YOU.
APPOINTMENT DELIVERY REQUIRED

Delivery Service(s): Notify Before Delivery

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PLT | 22 | BOX | 761 | | 15 but less than 22.5, 48(L) x 40(W) x 38(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 22 | | 761 | | Grand Total | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

COD Amount: $

Fee Terms: 3rd Party WWE

Remit Address:

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

_Andy_ 12/6/17
(Signature)        (Date)

(Signature)        (Date)



# Shaghal Ltd.
### Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/1/2017 | 909680 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 516636 | | N/A | | | | 12/1/2017 | 12/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 16 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 533.76 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | USD 1,437.16 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**702**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/05/2017 | 914457 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 515834 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        DEC 6, 2017    ACT WT 26.0 LBS      1 OF 11
SVC GNDCOM               BL WT 26.0  LBS
TRACKING# 1Z3Y49V70342681644
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  15.18 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 15.18              NR+HC15.18
TOT PUB CHG 34.82            PUB+HC34.82
```

```
3Y49V7        DEC 6, 2017    ACT WT 20.0 LBS      2 OF 11
SVC GNDCOM               BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342966854
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  12.07 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68            PUB+HC27.68
```

```
3Y49V7        DEC 6, 2017    ACT WT 40.0 LBS      3 OF 11
SVC GNDCOM               BL WT 40.0  LBS
TRACKING# 1Z3Y49V70341153662
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 21.67              NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        DEC 6, 2017    ACT WT 40.0 LBS      4 OF 11
SVC GNDCOM               BL WT 40.0  LBS
TRACKING# 1Z3Y49V70341678079
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 21.67              NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70
```

| | Grand Total | $795.20 |
|---|---|---|

...knowledged and accepted in full.

```
3Y49V7        DEC 6, 2017    ACT WT 36.0 LBS      5 OF 11
SVC GNDCOM               BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341636088
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  19.73 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 19.73              NR+HC19.73
TOT PUB CHG 45.25            PUB+HC45.25
```

legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and co...

Thank you for

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal.*

DATE  11/27/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

DELIV DATE      / /
REQST DATE  12/06/17   12/13
CANCEL DATE  / /
ORDER DATE   11/22/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100589      **PO NO:** 515834      **PAGE:**  1

SHIP TO:  SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Boxs | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|------|-------------|-----------------|----------|
| 1 | 817707019828  10  / EMW5105 <br> 23-65 Fixed Low Profile TV Wal | ① ← 26 lbs | 10 | EA $ 7.20 | |
| 2 | 817707019781  5  / EMW3401  Bko | ① — 20 lbs | 5 | EA $10.44 | |
| 3 | 817707019811  5  / EMW4101 <br> 17-55 Full Motion TV Mount | ② — 40 lbs | 10 | EA $17.64 | |
| 4 | 817707019804  2  / EMW5306 <br> TV Wall Mount Kit with HDMI ca | ⑤ — 35 lbs | 10 | EA $33.76 | |
| 5 | 817707019798  5  / EMW6201 <br> 30-79 Tilting TV Wall Mount | ② — 33 lbs | 10 | EA $16.10 | |



UPS Ground = $206.64
W → 367 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 12/06/17 | | INV # | 914457 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 515834 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO   SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|--------------|----------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | TOTAL | | 11 | 45 |

```
3Y49V7        DEC 6, 2017    ACT WT 35.0 LBS      6 OF 11
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340283694
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  19.73 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 19.73                NR+HC19.73
TOT PUB CHG 46.25              PUB+HC46.25
```

```
3Y49V7        DEC 6, 2017    ACT WT 35.0 LBS      7 OF 11
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342636906
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  19.73 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 19.73                NR+HC19.73
TOT PUB CHG 46.25              PUB+HC46.25
```

```
3Y49V7        DEC 6, 2017    ACT WT 35.0 LBS      8 OF 11
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342071712
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  19.73 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 19.73                NR+HC19.73
TOT PUB CHG 46.25              PUB+HC46.25
```

```
3Y49V7        DEC 6, 2017    ACT WT 35.0 LBS      9 OF 11
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341924123
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  19.73 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 19.73                NR+HC19.73
TOT PUB CHG 46.25              PUB+HC46.25
```

```
3Y49V7        DEC 6, 2017    ACT WT 33.0 LBS      10 OF 11
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341090131
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  18.70 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 18.70                NR+HC18.70
TOT PUB CHG 42.88              PUB+HC42.88
```

```
3Y49V7        DEC 6, 2017    ACT WT 33.0 LBS      11 OF 11
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340625743
REF 1:INV#914457
REF 2:PO#515834

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:            SVC  18.70 USD
DV 0.00              COD    0.00         RS  0.00
DC 0.00              DGD    0.00         SD  0.00
AH 0.00              PR     0.00         SP  0.00
TOT NR CHG 18.70                NR+HC18.70
TOT PUB CHG 42.88              PUB+HC42.88
```

Copy 21 Pg 306 of 406


# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/05/2017 | 914458 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 515835 | | N/A | | | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        DEC 6, 2017    ACT WT 26.0 LBS        1 OF 5
SVC GNDCOM                   BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340784189
REF 1:INV#914458
REF 2:PO#516835

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.99 USD
DV 0.00          COD   0.00            RS 0.00
DC 0.00          DGD   0.00            SD 0.00
AH 0.00          PR    0.00            SP 0.00
TOT NR CHG 14.99            NR+HC14.99
TOT PUB CHG 32.65          PUB+HC32.65
```

```
3Y49V7        DEC 6, 2017    ACT WT 20.0 LBS        2 OF 5
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340807790
REF 1:INV#914458
REF 2:PO#516835

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  12.47 USD
DV 0.00          COD   0.00            RS 0.00
DC 0.00          DGD   0.00            SD 0.00
AH 0.00          PR    0.00            SP 0.00
TOT NR CHG 12.47            NR+HC12.47
TOT PUB CHG 26.86          PUB+HC26.86
```

```
3Y49V7        DEC 6, 2017    ACT WT 40.0 LBS        3 OF 5
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342097007
REF 1:INV#914458
REF 2:PO#516835

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  20.31 USD
DV 0.00          COD   0.00            RS 0.00
DC 0.00          DGD   0.00            SD 0.00
AH 0.00          PR    0.00            SP 0.00
TOT NR CHG 20.31            NR+HC20.31
TOT PUB CHG 44.85          PUB+HC44.85
```

```
3Y49V7        DEC 6, 2017    ACT WT 33.0 LBS        4 OF 5
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342227812
REF 1:INV#914458
REF 2:PO#516835

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  17.59 USD
DV 0.00          COD   0.00            RS 0.00
DC 0.00          DGD   0.00            SD 0.00
AH 0.00          PR    0.00            SP 0.00
TOT NR CHG 17.59            NR+HC17.59
TOT PUB CHG 38.60          PUB+HC38.60
```

```
3Y49V7        DEC 6, 2017    ACT WT 33.0 LBS        5 OF 5
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341938227
REF 1:INV#914458
REF 2:PO#516835

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  17.59 USD
DV 0.00          COD   0.00            RS 0.00
DC 0.00          DGD   0.00            SD 0.00
AH 0.00          PR    0.00            SP 0.00
TOT NR CHG 17.59            NR+HC17.59
TOT PUB CHG 38.60          PUB+HC38.60
```

| Grand Total | $373.40 |
|-------------|---------|

y acknowledged and accepted in full.

legal action, Vendee agrees to be sued in the County of Los Angeles, State
State of California. Vendee agrees to the terms and c

Thank you f

706

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

→ 12/06

**DATE** 11/27/17

(4)

*Shaghal*

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**   / /
**REQST DATE**  ~~12/06/17~~ 12/13
**CANCEL DATE**  / /
**ORDER DATE**  11/22/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100590          **PO NO:** 515835                              **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0440

Box

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105 | (1) — 26 lbs | (10) | EA | $ 7.20 |
|   | 23-65 Fixed Low Profile TV Wal | | | | |
| 2 | 817707019781    ~~/ EMW3401~~ | (1) — 20 lbs | (5) | EA | $ 10.44 |
|   | 10-49 FULL Motion TV Mount | | | | |
| 3 | 817707019811  5  / EMW4101 | (1) — 40 lbs | (5) | EA | $ 17.64 |
|   | 17-55 Full Motion TV Mount | | | | |
| 4 | 817707019798  5  / EMW6201 | (2) — 33 lbs | (10) | EA | $ 16.10 |
|   | 30-79 Tilting TV Wall Mount | | | | |

UPS Ground

(W) → 152 lbs

**707**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 12/06/17 |
|------|----------|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| INV # | 914458 |
|-------|--------|
| PO # | 515835 |

| SHIP TO | SEARS UNIT #0440 |
|---------|------------------|
| | 1600 N BOUDREAU RD |
| | MANTENO, IL 609509377 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW54101 | 5 | | 1 | 5 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 5 | 30 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME
**THANK YOU FOR YOUR BUSINESS**



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/05/2017 | 914460 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 515839 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 144 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 2,145.60 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        DEC 6, 2017    ACT WT 15.0 LBS        1 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342308323
REF 1:INV#914460
REF 2:PO#515839

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 10.66 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 10.66              NR + HC10.66
TOT PUB CHG 22.71            PUB + HC22.71
```

```
3Y49V7        DEC 6, 2017    ACT WT 15.0 LBS        2 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341306336
REF 1:INV#914460
REF 2:PO#515839

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 10.66 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 10.66              NR + HC10.66
TOT PUB CHG 22.71            PUB + HC22.71
```

```
3Y49V7        DEC 6, 2017    ACT WT 15.0 LBS        3 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341393948
REF 1:INV#914460
REF 2:PO#515839

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 10.66 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 10.66              NR + HC10.66
TOT PUB CHG 22.71            PUB + HC22.71
```

```
3Y49V7        DEC 6, 2017    ACT WT 15.0 LBS        4 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341687159
REF 1:INV#914460
REF 2:PO#515839

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 10.66 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 10.66              NR + HC10.66
TOT PUB CHG 22.71            PUB + HC22.71
```

| Grand Total | $3,441.60 |
|-------------|-----------|

acknowledged and accepted in full.

Prepared By

they are in good condition and accepts them in
n of special orders can be accepted. However, in
cking charge of 15% per month. All past due
able. In the event Vendor institutes collection
, the Vendee shall pay to the Vendor in addition
Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES   CA   90024

**PICKING LIST**

*Shaghal* →   **1766**

**DATE**  11/27/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
 MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE**  ~~12/06/17~~  12/13
**CANCEL DATE**  / /
**ORDER DATE**  11/22/17

**DEPT:** 657     **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100594              **PO NO:** 515839                    **PAGE:**   1

SHIP TO:  SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707012676  *48*  / EM208VIDBL  Ematic 8GB 1.5" MP3 Video Plar | (144) | EA $14.90 | |
| 2 | 817707016803  *48*  / EM318VIDBL  Ematic 8GB 2.4" Touch Screen h | (48) | EA $27.00 | |

(3) — 15 lb

(1) — 15 lb

*UPS Ground*

(W) → 60 lbs

**710**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 12/06/17 | INV # | 914460 |
| SOLD TO | SEARS | PO # | 515839 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| SHIP TO | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 3 | 144 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 192 | |

_____

SIGNATURE

**PLEASE NOTE:**       UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Comp and sec 1 of 406 OC

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/05/2017 | 914461 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 516634 | | N/A | | | | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |

```
3Y49V7      DEC 6, 2017   ACT WT 26.0 LBS      1 OF 10
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70341261965
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  14.99 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 14.99              NR+HC14.99
TOT PUB CHG 32.65            PUB+HC32.65
```

```
3Y49V7      DEC 6, 2017   ACT WT 40.0 LBS      4 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342935995
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.85            PUB+HC44.85
```

```
3Y49V7      DEC 6, 2017   ACT WT 40.0 LBS      2 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340764372
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.85            PUB+HC44.85
```

```
3Y49V7      DEC 6, 2017   ACT WT 40.0 LBS      5 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341497201
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.85            PUB+HC44.85
```

```
3Y49V7      DEC 6, 2017   ACT WT 40.0 LBS      3 OF 10
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341960389
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 20.31              NR+HC20.31
TOT PUB CHG 44.85            PUB+HC44.85
```

| Grand Total | $758.40 |
|-------------|---------|

acknowledged and accepted in full.

```
3Y49V7      DEC 6, 2017   ACT WT 36.0 LBS      6 OF 10
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341820011
REF 1:INV#914461
REF 2:PO#516634

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.27 USD
DV 0.00      COD  0.00          RS 0.00
DC 0.00      DGD  0.00          SD 0.00
AH 0.00      PR   0.00          SP 0.00
TOT NR CHG 18.27              NR+HC18.27
TOT PUB CHG 40.15            PUB+HC40.15
```

to said past due funds all legal costs and attorney fees reasonably incu
legal action, Vendee agrees to be sued in the County of Los Angeles, S
State of California. Vendee agrees to the terms

Thank yo

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE  11/30/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

DELIV DATE    / /
REQST DATE  12/13/17
CANCEL DATE  / /
ORDER DATE  11/29/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100600        PO NO:  516634        **PAGE:**    1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  10  / EMW5105  23-65 Fixed Low Profile TV Wal | 10 | EA | $ 7.20 |
| 2 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | 20 | EA | $ 17.64 |
| 3 | 817707019804  2  / EMW5306  TV Wall Mount Kit with HDMI ca | 10 | EA | $ 33.36 |



① 26 LBS

④ 40 LBS

⑤ 35 LBS

UPS Ground    = $187.58

Ⓦ —) 361

713



**Shaghal Ltd.**

2281 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 12/06/17 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #    914461
PO #    516634

SHIP TO    SEARS UNIT #0440

1600 N BOUDREAU RD

MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 10 | 40 | |

```
3Y49V7          DEC 6, 2017    ACT WT 35.0 LBS       7 OF 10
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340040428
REF 1:INV#914461
REF 2:PO#516634


HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 18.27            NR+HC18.27
TOT PUB CHG 40.16          PUB+HC40.16
```

```
3Y49V7          DEC 6, 2017    ACT WT 35.0 LBS      8 OF 10
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342864439
REF 1:INV#914461
REF 2:PO#516634


HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 18.27            NR+HC18.27
TOT PUB CHG 40.16          PUB+HC40.16
```

```
3Y49V7          DEC 6, 2017    ACT WT 35.0 LBS     10 OF 10
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340447268
REF 1:INV#914461
REF 2:PO#516634


HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 18.27            NR+HC18.27
TOT PUB CHG 40.16          PUB+HC40.16
```

```
3Y49V7          DEC 6, 2017    ACT WT 35.0 LBS      9 OF 10
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341118049
REF 1:INV#914461
REF 2:PO#516634


HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 18.27            NR+HC18.27
TOT PUB CHG 40.16          PUB+HC40.16
```

714

Page 315 of 406

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/05/2017 | 914462 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 515837 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        DEC 7, 2017   ACT WT 40.0 LBS      1 OF 6
SVC GNDCOM                  BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341467360
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 16.90 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 16.90               NR+HC16.90
TOT PUB CHG 36.45              PUB+HC36.45
```

```
3Y49V7        DEC 7, 2017   ACT WT 35.0 LBS      2 OF 6
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340134167
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 14.19               NR+HC14.19
TOT PUB CHG 32.55              PUB+HC32.55
```

```
3Y49V7        DEC 7, 2017   ACT WT 35.0 LBS      3 OF 6
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342938572
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 14.19               NR+HC14.19
TOT PUB CHG 32.55              PUB+HC32.55
```

```
3Y49V7        DEC 7, 2017   ACT WT 35.0 LBS      4 OF 6
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340976689
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 14.19               NR+HC14.19
TOT PUB CHG 32.55              PUB+HC32.55
```

```
3Y49V7        DEC 7, 2017   ACT WT 33.0 LBS      5 OF 6
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342504192
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 13.60 USD
DV 0.00           COD   0.00          RS  0.00
DC 0.00           DGD   0.00          SD  0.00
AH 0.00           PR    0.00          SP  0.00
TOT NR CHG 13.60               NR+HC13.60
TOT PUB CHG 31.19              PUB+HC31.19
```

| Grand Total | $449.36 |
|---|---|

.eby acknowledged and accepted in full.

Thank you

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

Shaghal ← 12/07

**DATE** 11/27/17

(3)

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**  / /
**REQST DATE**  ~~12/08/17~~  12/13
**CANCEL DATE**  / /
**ORDER DATE**  11/22/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100592          **PO NO:** 515837          **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0447

Box

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019811  5  / EMW4101 | (1) — 40 lbs | (5) | EA $ 17.64 | |
| | 17-55 Full Motion TV Mount | | | | |
| 2 | 817707019804  2  / EMW5306 | (3) — 35 lbs | (6) | EA $ 33.36 | |
| | TV Wall Mount Kit with HDMI ca | | | | |
| 3 | 817707019798  5  / EMW6201 | (2) — 33 lbs | (10) | EA $ 16.10 | |
| | 30-79 Tilting TV Wall Mount | | | | |

UPS Ground

(W) → 211 lbs

716



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE    12/06/17

SOLD TO    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #   914462
PO #   515837

SHIP TO    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD
GARLAND, TX 750411210

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| TOTAL | | | 6 | 21 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7        DEC 7, 2017   ACT WT 33.0 LBS        6 OF 6
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340537400
REF 1:INV#914462
REF 2:PO#515837

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  13.60 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 13.60          NR+HC13.60
TOT PUB CHG 31.19         PUB+HC31.19
```

717

*Cont 2 Pg 318 of 406*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/05/2017 | 914463 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 515838 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 16 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 533.76 | |
| 35 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 563.50 | |

```
3Y49V7      DEC 8, 2017   ACT WT 26.0 LBS    1 OF 20
SVC GNDCOM                BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340700886
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 13.95         PUB+HC13.95
```

```
3Y49V7      DEC 8, 2017   ACT WT 40.0 LBS    4 OF 2
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342600515
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 17.03         PUB+HC17.03
```

```
3Y49V7      DEC 8, 2017   ACT WT 20.0 LBS    2 OF 20
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341566496
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 12.22         PUB+HC12.22
```

```
3Y49V7      DEC 8, 2017   ACT WT 20.0 LBS    3 OF 20
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341797708
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 12.22         PUB+HC12.22
```

| | Grand Total | $1,450.06 |
|---|---|---|

knowledged and accepted in full.

```
3Y49V7      DEC 8, 2017   ACT WT 40.0 LBS    5 OF 20
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340100926
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 17.03         PUB+HC17.03
```

Prepared By

legal action, Vendee agrees to be sued in the County of Los Angeles, State of California. Vendee agrees to the term

Thank yo

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE 11/27/17

*Shaghal*

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  / /
**REQST DATE** ~~12/06/17~~  12/13
**CANCEL DATE** / /
**ORDER DATE** 11/22/17

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100593                **PO NO:** 515838                              **PAGE:** 1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  *10* / EMW5105<br>23-65 Fixed Low Profile TV Wal | ① — 26 lbs | ⑩ | EA $ 7.20 |
| 2 | 817707019781 / ~~EMW3401~~<br>10-49 FULL Motion TV Mount | ② — 20 lbs | ~~10~~ EA $ 10.44 |
| 3 | 817707019811  *5* / EMW4101<br>17-55 Full Motion TV Mount | ② — 40 lbs | ⑩ | EA $ 17.64 |
| 4 | 817707019804  *2* / EMW5306<br>TV Wall Mount Kit with HDMI ca | ⑧ — 35 lbs | ⑯ | EA $ 33.36 |
| 5 | 817707019798  *5* / EMW6201<br>30-79 Tilting TV Wall Mount | ⑦ — 33 lbs | ㉟ | EA $ 16.10 |

*Box's*



UPS Ground = $154.40

W → 657 lbs

719



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 12/06/17 | **INV #**  914463 |
| **SOLD TO** | SEARS | **PO #**  515838 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS UNIT #0449 | |
| | 1700 SCHUSTER RD | |
| | DELANO INDUSTRIAL PK | |
| | DELANO, CA 932159572 | |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW5306 | 2 | | 8 | 16 | CHINA |
| EMW6201 | 5 | | 7 | 35 | CHINA |
| | TOTAL | | 20 | 81 | |

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      6 OF 20
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340994934
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      7 OF 20
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342138643
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      8 OF 20
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340147751
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      9 OF 20
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340998565
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      10 OF 20
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342626971
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7        DEC 8, 2017   ACT WT 35.0 LBS      11 OF
SVC GNDCOM                  BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341528981
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00            COD  0.00          RS  0.00
DC 0.00            DGD  0.00          SD  0.00
AH 0.00            PR   0.00          SP  0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 15.88           PUB+HC15.88
```

```
3Y49V7          DEC 8, 2017    ACT WT 36.0 LBS          12 OF 20
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342360698
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.88                  PUB+HC16.88


3Y49V7          DEC 8, 2017    ACT WT 36.0 LBS          13 OF 20
SVC GNDCOM             BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340537802
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.88                  PUB+HC16.88


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          14 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340836613
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          15 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342993020
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          16 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342303033
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          17 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342222648
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          18 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342967863
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          19 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342114667
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61


3Y49V7          DEC 8, 2017    ACT WT 33.0 LBS          20 OF 20
SVC GNDCOM             BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341199079
REF 1:INV#914463
REF 2:PO#515838

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.72 USD
DV  0.00               COD    0.00          RS  0.00
DC  0.00               DGD    0.00          SD  0.00
AH  0.00               PR     0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 15.61                  PUB+HC15.61
```



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/07/2017 | 916243 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 517464 | | N/A | | | | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 4 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 133.44 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7      DEC 13, 2017    ACT WT 35.0 LBS        1 OF 3
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340486680
REF 1:INV#916243
REF 2:PO#517464

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC 18.27 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 18.27             NR+HC18.27
TOT PUB CHG 40.15           PUB+HC40.15
```

```
3Y49V7      DEC 13, 2017    ACT WT 33.0 LBS        3 OF
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340599504
REF 1:INV#916243
REF 2:PO#517464

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC 17.59 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 17.59             NR+HC17.59
TOT PUB CHG 38.60           PUB+HC38.60
```

```
3Y49V7      DEC 13, 2017    ACT WT 35.0 LBS        2 OF 3
SVC GNDCOM                  BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342710290
REF 1:INV#916243
REF 2:PO#517464

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC 18.27 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 18.27             NR+HC18.27
TOT PUB CHG 40.15           PUB+HC40.15
```

| | **Grand Total** | $213.94 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

_Shaghed_ →  12/13                     DATE  12/06/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD        V
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE**  12/20/17
**CANCEL DATE** / /
**ORDER DATE**  12/05/17

**DEPT:** 657      **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100604          **PO NO:**  517464  V                              **PAGE:**     1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306<br>TV Wall Mount Kit with HDMI ca | ④ | EA ⊄ 33.36 V |  |
| 2 | 817707019798  5  / EMW6201<br>30-79 Tilting TV Wall Mount | ⑤ | EA ⊄ 16.10 V |  |

② — 35 lbs

① — 33 lbs

3 Box's

UPS Ground

③ → 103 lbs

**723**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1193      F (310) 966 1134

| DATE | 12/11/17 | INV # | 916243 √ |
|------|----------|-------|----------|
| SOLD TO | SEARS | PO # | 517464 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

SHIP TO     SEARS HOLDINGS CORPS
          1600 N  BOUDREAU RD  √
          MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|--------------|---------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 2 √ | 4 √ | CHINA |
| EMW6201 | 5 | | 1 √ | 5 √ | CHINA |
| | | | | | |
| | TOTAL | | 3 √ | 9 √ | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**724**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/07/2017 | 916244 |

BILL TO

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 517465 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        DEC 13, 2017   ACT WT 35.0 LBS      1 OF 7
SVC GNDCOM         BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340130312
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 19.73                  NR+HC19.73
TOT PUB CHG 45.26                 PUB+HC45.26
```

```
3Y49V7        DEC 13, 2017   ACT WT 35.0 LBS      2 OF 7
SVC GNDCOM         BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342238720
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 19.73                  NR+HC19.73
TOT PUB CHG 45.26                 PUB+HC45.26
```

```
3Y49V7        DEC 13, 2017   ACT WT 35.0 LBS      3 OF 7
SVC GNDCOM         BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340420731
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.0
AH  0.00          PR    0.00          SP  0.
TOT NR CHG 19.73                  NR+HC19.73
TOT PUB CHG 45.26                 PUB+HC45.26
```

```
3Y49V7        DEC 13, 2017   ACT WT 35.0 LBS      4 OF
SVC GNDCOM         BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342332341
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 19.73                  NR+HC19.73
TOT PUB CHG 45.26                 PUB+HC45.26
```

```
3Y49V7        DEC 13, 2017   ACT WT 35.0 LBS      5 OF 7
SVC GNDCOM         BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340389663
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  19.73 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 19.73                  NR+HC19.73
TOT PUB CHG 45.26                 PUB+HC45.26
```

```
3Y49V7        DEC 13, 2017   ACT WT 33.0 LBS      6 OF 7
SVC GNDCOM         BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342368367
REF 1:INV#916244
REF 2:PO#517465

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.70 USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 18.70                  NR+HC18.70
TOT PUB CHG 42.88                 PUB+HC42.88
```

| | Grand Total | $494.60 |
|--|-------------|---------|

acknowledged and accepted in full.

Prepared By

MB

horized By

accounts will incur a charge of 1.5% per month. All charg
proceedings or legal action to enforce any of the funds due
to said past due funds all legal costs and attorney fees reaso
legal action, Vendee agrees to be sued in the County of Los
State of California. Vendee agrees to

Th

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

Shaghal —> 12/13

**PICKING LIST**

**DATE** 12/06/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK   V
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE**   / /
**REQST DATE**  12/20/17
**CANCEL DATE** / /
**ORDER DATE**  12/05/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100605           **PO NO:** 517465 V                    **PAGE:**     1

                                        **SHIP TO:**  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804  2 / EMW5306  ⑤ — 35 lbs | ⑩ | EA | $ 33.36 V |
|   | TV Wall Mount Kit with HDMI ca |  |  |  |
| 2 | 817707019798  5 / EMW6201  ② — 33 lbs | ⑩ | EA | $ 16.10 V |
|   | 30-79 Tilting TV Wall Mount |  |  |  |

7 Boxs

UPS Ground

Ⓦ — 241 lbs

**726**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | | |
|---|---|---|---|
| DATE | 12/11/17 | | INV # | 916244 √ |
| SOLD TO | SEARS | | PO # | 517465 √ |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS UNIT #0443 | | | |
| | 1055 HANOVER ST | | | |
| | HANOVER INDUSTRIAL PK  √ | | | |
| | WILKES BARRE, PA 187062028 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 5 √ | 10  √ | CHINA |
| EMW6201 | 5 | | 2 √ | 10  √ | CHINA |
| | | | | | |
| | TOTAL | | 7 √ | 20  √ | |

```
3Y49V7        DEC 13, 2017    ACT WT 33.0 LBS        7 OF 7
SVC GNDCOM               BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342004777
REF 1:INV#916244
REF 2:PO#517465
```

PLEASE NOTE:

```
HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  18.70 USD
DV  0.00        COD   0.00        RS  0.00
DC  0.00        DGD   0.00        SD  0.00
AH  0.00        PR    0.00        SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

AGE ON ANY ITEM MUST BE
US TO BE PAID CLAIMS ON
NSURANCE CLAIM CAN BE PAID
PORT ANY DISCREPANCY SO WE

**727**

Cont 2  Pg 328 of 406

# Shaghal Ltd.

*Shaghal 12/13*

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/07/2017 | 916245 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 517468 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        DEC 13, 2017   ACT WT 16.0 LBS      1 OF 1
SVC GNDCOM            BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340594787
REF 1:INV#916245
REF 2:PO#517468

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:     SVC 10.66 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 10.66                NR+HC10.66
TOT PUB CHG 22.71              PUB+HC22.71
```

| | Grand Total | $1,296.00 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!





# Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/11/17 | **INV #** | 916245 √ |
| **SOLD TO** | SEARS | **PO #** | 517468 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST √ | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 √ | 48 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 1 √ | 48 √ | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/07/2017 | 916246 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 517466 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 6 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 200.16 | |

```
3Y49V7        DEC 14, 2017    ACT WT 35.0 LBS       1 OF 3
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342940407
REF 1:INV#916246
REF 2:PO#617466

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  14.19 USD
DV  0.00         COD   0.00         RS  0.00
DC  0.00         DGD   0.00         SD  0.00
AH  0.00         PR    0.00         SP  0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        DEC 14, 2017    ACT WT 35.0 LBS       2 OF 3
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342736219
REF 1:INV#916246
REF 2:PO#517466

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  14.19 USD
DV  0.00         COD   0.00         RS  0.00
DC  0.00         DGD   0.00         SD  0.00
AH  0.00         PR    0.00         SP  0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7        DEC 14, 2017    ACT WT 35.0 LBS       3 OF 3
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340547622
REF 1:INV#916246
REF 2:PO#517466

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  14.19 USD
DV  0.00         COD   0.00         RS  0.00
DC  0.00         DGD   0.00         SD  0.00
AH  0.00         PR    0.00         SP  0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

| Grand Total | $200.16 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shagha→*  12/14  DATE  12/06/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**    / /
**REQST DATE**   12/20/17
**CANCEL DATE**   / /
**ORDER DATE**   12/05/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100606          **PO NO:** 517466                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306  TV Wall Mount Kit with HDMI ca | 6 | EA | $ 33.36 |

*(3) Box's — 35 lbs*

*UPS Ground*

*(1) — 105 lbs*

731



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/11/17 | **INV #** | 916246 |
| **SOLD TO** | SEARS | **PO #** | 517466 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 3 | 6 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 6 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/07/2017 | 916247 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 517467 | | N/A | | | | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

```
3Y49V7          DEC 16, 2017   ACT WT 36.0 LBS         1 OF 9
SVC GNDCOM                     BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341116711
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.88                 PUB + HC16.88
```

```
3Y49V7          DEC 16, 2017   ACT WT 36.0 LBS         4 OF 9
SVC GNDCOM                     BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341589746
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.88                 PUB + HC16.88
```

```
3Y49V7          DEC 16, 2017   ACT WT 36.0 LBS         2 OF 9
SVC GNDCOM                     BL WT 36.0  LBS
TRACKING# 1Z3Y49V70341208120
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.88                 PUB + HC16.88
```

```
3Y49V7          DEC 16, 2017   ACT WT 35.0 LBS         5 OF 9
SVC GNDCOM                     BL WT 35.0  LBS
TRACKING# 1Z3Y49V70340760956
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.88                 PUB + HC16.88
```

```
3Y49V7          DEC 16, 2017   ACT WT 35.0 LBS         3 OF 9
SVC GNDCOM                     BL WT 36.0  LBS
TRACKING# 1Z3Y49V70340014136
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.88                 PUB + HC16.88
```

| | Grand Total | $655.60 |
|---|---|---|

...owledged and accepted in full.

MB

```
3Y49V7          DEC 16, 2017   ACT WT 33.0 LBS         6 OF 9
SVC GNDCOM                     BL WT 33.0  LBS
TRACKING# 1Z3Y49V70341673761
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00            COD    0.00          RS 0.00
DC 0.00            DGD    0.00          SD 0.00
AH 0.00            PR     0.00          SP 0.00
TOT NR CHG 7.72                   NR + HC7.72
TOT PUB CHG 15.61                 PUB + HC15.61
```

accounts will incur a charge of 1.5% per month. All charges are non-...
proceedings or legal action to enforce any of the funds due under this i...
to said past due funds all legal costs and attorney fees reasonably incur...
legal action, Vendee agrees to be sued in the County of Los Angeles, St...
State of California. Vendee agrees to the terms a...

## Thank you

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal →    12/18

**DATE** 12/06/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**    / /
**REQST DATE**  12/20/17
**CANCEL DATE**  / /
**ORDER DATE**  12/05/17

**DEPT:** 657        **TYPE:**  RE        **INSTRUCTIONS:**

**ORDER NO:** 100607            **PO NO:**  517467                    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306   (5) — 35 Ubs | (10) | EA  $ 33.36 |
| | TV Wall Mount Kit with HDMI ca | | |
| 2 | 817707019798  5  / EMW6201   (4) — 33 lbs | (20) | EA  $ 15.10 |
| | 30-79 Tilting TV Wall Mount | | |

9 Box's

UPS Ground

(W) → 307 lbs

734



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 12/11/17 | INV # | 916247 |
| SOLD TO | SEARS | PO # | 517467 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

SHIP TO       SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | TOTAL | | 9 | 30 | |

```
3Y49V7       DEC 16, 2017    ACT WT 33.0 LBS        7 OF 9
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340494171
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 15.61                 PUB+HC15.61
```

NY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
NITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
RY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
WITHIN THE TIME FRAME

```
3Y49V7       DEC 16, 2017    ACT WT 33.0 LBS        8 OF 9
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340908189
REF 1:INV#916247
REF 2:PO#517467
```

OUR BUSINESS

```
HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 15.61                 PUB+HC15.61
```

```
3Y49V7       DEC 16, 2017    ACT WT 33.0 LBS        9 OF 9
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342771797
REF 1:INV#916247
REF 2:PO#517467

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 15.61                 PUB+HC15.61
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/11/2017 | 919343 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0447 |
| 2775 W MILLER RD |
| GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 517639 | | N/A | | | | 12/11/2017 | 12/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 70 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 5,376.70 | |

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         1 OF 7
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342974210
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         2 OF 7
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342226626
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         3 OF 7
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340792634
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         4 OF
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342728246
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         5 OF 7
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342849464
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

```
3Y49V7          DEC 13, 2017    ACT WT 20.0 LBS         6 OF 7
SVC GNDCOM                 BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342332261
REF 1:INV#919343
REF 2:PO#517639

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  8.84  USD
DV 0.00          COD    0.00       RS 0.00
DC 0.00          DGD    0.00       SD 0.00
AH 0.00          PR     0.00       SP 0.00
TOT NR CHG 8.84               NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27
```

| Grand Total | $5,376.70 |
|-------------|-----------|

wledged and accepted in full.

Vo
sai
accounts will incur a charge of 1.5% per month. All charges are no
proceedings or legal action to enforce any of the funds due under thi
to said past due funds all legal costs and attorney fees reasonably inc
legal action, Vendee agrees to be sued in the County of Los Angeles,
State of California. Vendee agrees to the term

Thank yo

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD    V
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**PICKING LIST** V

*Shaghd →*    *12/13*

**DATE**  12/08/17

**DELIV DATE**    / /
**REQST DATE**  12/20/17
**CANCEL DATE**  / /
**ORDER DATE**  12/07/17

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100609        **PO NO:** 517639 V        **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016650    / 52555    *EGQ223BL* | ~~70~~ (70) | EA  $ *76.81* V | |
|   | EGQ223BL 10" android 5.1 tablt | | | |

(7) *Box's ~ 20  lbs*

*UPS Ground*

(W) *— 140  lb,*

737



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 12/11/17 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 919343 √
**PO #** 517639 √

**SHIP TO**    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD   √
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ223BL | 10 | | 7 √ | 70 √ | CHINA |
| | TOTAL | | 7 √ | 70 √ | |

3Y49V7            DEC 13, 2017    ACT WT 20.0 LBS          7 OF 7
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340312670
REF 1:INV#919343
REF 2:PO#517639

**SIGNATURE**

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC 8.84 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27            PUB+HC20.27

**PLEASE NOTE:**    UPON REC          EM MUST BE
REPORTED          CLAIMS ON
DAMAGES/PAR          IM CAN BE PAID
ONLY IF FILED \          REPANCY SO WE

**THANK YOU FOR YOUR BUSINESS**

Sched Pg 339 of 406

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/18/2017 | 926851 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 518439 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/18/2017 | 12/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |

```
3Y49V7       DEC 20, 2017   ACT WT 20.0 LBS        1 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341471364
REF 1:INV#926851
REF 2:PO#518439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  12.47 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86             PUB+HC26.86


3Y49V7       DEC 20, 2017   ACT WT 20.0 LBS        2 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340978167
REF 1:INV#926851
REF 2:PO#518439

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  12.47 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 12.47              NR+HC12.47
TOT PUB CHG 26.86             PUB+HC26.86
```

| Grand Total | $104.40 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_MP_

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shagha* )

**DATE**  12/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

**DELIV DATE**    / /
**REQST DATE**  12/27/17
**CANCEL DATE**  / /
**ORDER DATE**  12/13/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100610              **PO NO:** 518439                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781        / EMW3401 <br> 10-49 FULL Motion TV Mount | (2) Box's 20 LBS (10) | EA  $ 10.44 | |

**740**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE        12/18/2017

SOLD TO     SEARS
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

INV #    926851 √
PO #     518439  √

SHIP TO     SEARS UNIT #0440
            1600 N BOUDREAU RD
            MANTENO, IL 609509377 √

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| \multicolumn — PACKING LIST | | | | | |
| EMW3401 √ | 5 | | 2 √ | 10 √ | CHINA |
| | | | | | |
| TOTAL | | | 2 √ | 10 √ | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



**Shaghal Ltd.**
Est. 1985
2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/18/2017 | 926853 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 518441 | | N/A | | | | 12/18/2017 | 12/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall mount | 16.10 | | 80.50 | |

```
3Y49V7      DEC 20, 2017   ACT WT 20.0 LBS     1 OF 7
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3V49V70341022571
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  8.84 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27           PUB+HC20.27
```

```
3Y49V7      DEC 20, 2017   ACT WT 35.0 LBS     2 OF 7
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3V49V70341700689
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.66           PUB+HC32.66
```

```
3Y49V7      DEC 20, 2017   ACT WT 35.0 LBS     3 OF 7
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3V49V70342268199
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

```
3Y49V7      DEC 20, 2017   ACT WT 35.0 LBS     4 OF 7
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3V49V70341741400
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

```
3Y49V7      DEC 20, 2017   ACT WT 35.0 LBS     5 OF 7
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3V49V70342496219
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

```
3Y49V7      DEC 20, 2017   ACT WT 35.0 LBS     6 OF 7
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3V49V70341868622
REF 1:INV#926853
REF 2:PO#518441

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC 14.19 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 14.19             NR+HC14.19
TOT PUB CHG 32.55           PUB+HC32.55
```

| | Grand Total | $466.30 |
|--|-------------|---------|

...nowledged and accepted in full.

By

By

accounts will incur a charge of 1.5% per month. All charges are
proceedings or legal action to enforce any of the funds due under
to said past due funds all legal costs and attorney fees reasonably
legal action, Vendee agrees to be sued in the County of Los Angel
State of California. Vendee agrees to the te

### Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal →* 12/20

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210 \|

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**    / /
**REQST DATE**  12/27/17
**CANCEL DATE**  / /
**ORDER DATE**  12/13/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100612          **PO NO:** 518441 \|          **PAGE:**   1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  $5$  / EMW3401  ① 20 LBS | ⑤ | EA  $ 10.44 v |
| | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019804  $2$  / EMW5306  ⑤ 35 LBS | ⑩ | EA  $ 33.36 V |
| | TV Wall Mount Kit with HDMI ca | | | |
| 3 | 817707019798  $5$  / EMW6201  ① 33 LBS | ⑤ | EA  $ 16.10V |
| | 30-79 Tilting TV Wall Mount | | | |

⑦ Box's

743



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/18/2017 | **INV #** | 926853 √ |
| **SOLD TO** | SEARS | **PO #** | 518441 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**  SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD √
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 1 √ | 5 √ | CHINA |
| EMW5306 | 2 | | 5 √ | 10 √ | CHINA |
| EMW6201 | 5 | | 1 √ | 5 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 7 √ | 20 √ | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7       DEC 20, 2017   ACT WT 33.0 LBS      7 OF 7
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341764638
REF 1:INV#926863
REF 2:PO#618441

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC 13.60 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 13.60               NR + HC13.60
TOT PUB CHG 31.19              PUB + HC31.19
```

*Shaghal 12/22*

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/18/2017 | 926854 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 518442 | | N/A | | | | 12/18/2017 | 12/18/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7      DEC 22, 2017   ACT WT 26.0 LBS
SVC GNDCOM            BL WT 26.0 LBS        1 OF 4
TRACKING# 1Z3Y49V70342680377
REF 1:INV#926854
REF 2:PO#518442

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:
DV 0.00           COD  0.00        SVC 7.72 USD
DC 0.00           DGD  0.00        RS 0.00
AH 0.00           PR   0.00        SD 0.00
TOT NR CHG 7.72                    SP 0.00
TOT PUB CHG 13.95       NR+HC7.72
                        PUB+HC13.95
```

```
3Y49V7      DEC 22, 2017   ACT WT 33.0 LBS
SVC GNDCOM            BL WT 33.0 LBS        4 OF 4
TRACKING# 1Z3Y49V70342103204
REF 1:INV#926854
REF 2:PO#518442

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:
DV 0.00           COD  0.00        SVC 7.72 USD
DC 0.00           DGD  0.00        RS 0.00
AH 0.00           PR   0.00        SD 0.00
TOT NR CHG 7.72                    SP 0.00
TOT PUB CHG 16.51       NR+HC7.72
                        PUB+HC16.51
```

```
3Y49V7      DEC 22, 2017   ACT WT 26.0 LBS
SVC GNDCOM            BL WT 26.0 LBS        2 OF 4
TRACKING# 1Z3Y49V70341846388
REF 1:INV#926854
REF 2:PO#518442

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:
DV 0.00           COD  0.00        SVC 7.72 USD
DC 0.00           DGD  0.00        RS 0.00
AH 0.00           PR   0.00        SD 0.00
TOT NR CHG 7.72                    SP 0.00
TOT PUB CHG 13.95       NR+HC7.72
                        PUB+HC13.95
```

```
3Y49V7      DEC 22, 2017   ACT WT 20.0 LBS
SVC GNDCOM            BL WT 20.0 LBS        3 OF 4
TRACKING# 1Z3Y49V70341381997
REF 1:INV#926854
REF 2:PO#518442

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:
DV 0.00           COD  0.00        SVC 7.72 USD
DC 0.00           DGD  0.00        RS 0.00
AH 0.00           PR   0.00        SD 0.00
TOT NR CHG 7.72                    SP 0.00
TOT PUB CHG 12.22       NR+HC7.72
                        PUB+HC12.22
```

acknowledged and accepted in full.

t they are in good condition and accepts them in
n of special orders can be accepted. However, in
cking charge of 15% per month. All past due
able. In the event Vendor institutes collection
, the Vendee shall pay to the Vendor in addition
Vendor therewith. In connection with any such
California, and consent to the jurisdiction of the
ditions described herein.

| Grand Total | $276.70 |
|-------------|---------|

**Prepared By**

**Authorized By**

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES   CA   90024

PICKING LIST

*Shaghael → 12/22*

DATE   12/14/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO   CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO   CA   932159572

DELIV DATE    / /
REQST DATE   12/27/17
CANCEL DATE  / /
ORDER DATE   12/13/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100613            **PO NO:** 518442                              **PAGE:**   1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|-------------|-----------------|----------|
| 1 | 817707019828  *10* / EMW5105   23-65 Fixed Low Profile TV Wal | *(2)  26 LBS* | *(20)* | EA | $ *7.20* |
| 2 | 817707019781  *5* / EMW3401   10-49 FULL Motion TV Mount | *(1)  20 LBS* | *(5)* | EA | $ *10.44* |
| 3 | 817707019798  *5* / EMW6201   30-79 Tilting TV Wall Mount | *(1)  33 LBS* | *(5)* | EA | $ *16.10* |

*(4) Box's*

**746**



**DATE**   12/18/2017

**SOLD TO**   SEARS

3333 BEVERLY RD C2-114B

HOFFMAN ESTATES, IL 60176

**INV #**   926854

**PO #**   518442

**SHIP TO**   SEARS UNIT #0449

1700 SCHUSTER RD

DELANO INDUSTRIAL PK

DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 30 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/20/2017 | 928972 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 519587 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/20/2017 | 12/20/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

```
3Y49V7        DEC 22, 2017   ACT WT 16.0  LBS        1 OF 1
SVC GNDCOM                   BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342343400
REF 1:INV#928972
REF 2:PO#519687

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.66  USD
DV 0.00              COD   0.00       RS  0.00
DC 0.00              DGD   0.00       SD  0.00
AH 0.00              PR    0.00       SP  0.00
TOT NR CHG 10.66                 NR+HC10.66
TOT PUB CHG 22.71                PUB+HC22.71
```

| | **Grand Total** | $1,296.00 |
|--|--|--|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

748

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal →* 12/22

**DATE** 12/20/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO IL  60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL  60950

**DELIV DATE**   / /
**REQST DATE**  12/27/17
**CANCEL DATE** / /
**ORDER DATE** 12/19/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100619              **PO NO:** 519587                              **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016803        / EM318VIDBL<br>Ematic 8GB 2.4" Touch Screen h | (48) | EA | |

*(1) Box - 15 lbs*                          *$ 27.00*

*UPS Ground*

*(W) - 15 lbs)*

749



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 12/20/2017 | | INV # | 928972 |
|------|------------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 519587 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

**SHIP TO**
SEARS UNIT#0475
CDF-MANTENO-SLS
8374 N 4000 EAST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|------|------|------|------|------|------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**750**



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/09/2018 | 936859 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES. IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 521265 | | N/A | | | | 01/09/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7          JAN 11, 2018   ACT WT 33.0 LBS          1 OF 2
SVC GNDCOM                     BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342864456
REF 1:INV#936859
REF 2:PO#521265

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  18.70 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 18.70                     NR + HC18.70
TOT PUB CHG 42.88                    PUB + HC42.88


3Y49V7          JAN 11, 2018   ACT WT 33.0 LBS          2 OF 2
SVC GNDCOM                     BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341747262
REF 1:INV#936859
REF 2:PO#521265

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC  18.70 USD
DV  0.00              COD   0.00           RS  0.00
DC  0.00              DGD   0.00           SD  0.00
AH  0.00              PR    0.00           SP  0.00
TOT NR CHG 18.70                     NR + HC18.70
TOT PUB CHG 42.88                    PUB + HC42.88
```

| Grand Total | $161.00 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By  *MB*

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

SHAGHAL TD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

→ 01/11

**DATE**  01/04/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

V

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

Shaghal

**DELIV DATE**   / /
**REQST DATE**  01/17/18
**CANCEL DATE**  / /
**ORDER DATE**  01/03/18

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100620          **PO NO:** 521265          **PAGE:**    1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019798  5  / EMW6201  (2)  Box's -33 lbs | (10) | EA | $ 16.10 V |
|   | 30-79 Tilting TV Wall Mount | | | |

UPS Ground

(W) — 66 lbs

752



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE     01/10/18
SOLD TO  SEARS
         3333 BEVERLY RD C2-114B
         HOFFMAN ESTATES, IL 60176

INV #    936859 V
PO #     521265 V

SHIP TO  SEARS UNIT #0425
         JACKSONVILLE - RRC    V
         10512 BUSCH DR N
         JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW6201 | 5 | | 2 V | 10 V | CHINA |
| | | | | | |
| | TOTAL | | 2 | 10 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/09/2018 | 936860 |

| BILL TO |
|---------|
| Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 521266 |  | N/A |  |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
|  | 01/09/2018 |  |  |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 40 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 |  | 1,780.80 |  |
| 15 | FUNTAB3 | FUNTAB 3 | 67.00 |  | 1,005.00 |  |

```
3Y49V7        JAN 11, 2018   ACT WT 12.0 LBS      1 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342553586
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 19.73          PUB+HC19.73
```

```
3Y49V7        JAN 11, 2018   ACT WT 12.0 LBS      4 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342389219
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 19.73          PUB+HC19.73
```

```
3Y49V7        JAN 11, 2018   ACT WT 12.0 LBS      2 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340001194
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 19.73          PUB+HC19.73
```

```
3Y49V7        JAN 11, 2018   ACT WT 10.0 LBS      5 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341041621
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 17.78          PUB+HC17.78
```

```
3Y49V7        JAN 11, 2018   ACT WT 12.0 LBS      3 OF 7
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341164401
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 19.73          PUB+HC19.73
```

| Grand Total | $2,785.80 |
|-------------|-----------|

...knowledged and accepted in full.

```
3Y49V7        JAN 11, 2018   ACT WT 10.0 LBS      6 OF 7
SVC GNDCOM                BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342007630
REF 1:INV#936860
REF 2:PO#521266

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.80 USD
DV 0.00        COD  0.00        RS 0.00
DC 0.00        DGD  0.00        SD 0.00
AH 0.00        PR   0.00        SP 0.00
TOT NR CHG 9.80            NR+HC9.80
TOT PUB CHG 17.78          PUB+HC17.78
```

State of California. Vendee agrees to the term

Thank y

**754**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shagha* — 01/11

**DATE** 01/04/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD  V
MANTENO  IL  609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  / /
**REQST DATE**  01/17/18
**CANCEL DATE**  / /
**ORDER DATE**  01/03/18

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100621      **PO NO:** 521266  \/      **PAGE:** 1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| ~~1~~ | ~~817707010053~~  10  / ~~EGG~~  ~~EGG233BL 10" android 5.1 tab~~ | ~~20~~ | ~~EA~~ | ~~$ 56.01~~ |
| 2 | 817707016629  10  / EGQ347BL  7" Quad-Core with Android 5.0 | 40 | EA | $ 44.52  V |
| 3 | 817707019569  5  / FUNTAB3  Ematic 7" HD Kid Safe Tablet e | 15 | EA | $ 67.00  V |

④ — 12 lbs

③ — 10 lbs

⑦ Box's

UPS Ground

W — 78 lbs

755



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 01/10/18 | | INV # | 936860 V |
| SOLD TO | SEARS | | PO # | 521266 V |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS UNIT #0440
1600 N BOUDREAU RD   V
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ347BL | 10 | | 4 V | 40 V | CHINA |
| FUNTAB3 | 5 | | 3 V | 15 V | CHINA |
| | | | | | |
| | TOTAL | | 7 V | 55 V | |

```
3Y49V7        JAN 11, 2018   ACT WT 10.0 LBS
SVC GNDCOM                   BL WT 10.0 LBS        7 OF 7
TRACKING# 1Z3Y49V70340343244
REF 1:INV#936860
REF 2:PO#521266
```

```
HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.80 USD
DV 0.00                    COD   0.00      RS 0.00
DC 0.00                    DGD   0.00      SD 0.00
AH 0.00                    PR    0.00      SP 0.00
TOT NR CHG 9.80                 NR+HC9.80
TOT PUB CHG 17.78               PUB+HC17.78
```

PLEASE NOTE:

ORTAGE ON ANY ITEM MUST BE
FOR US TO BE PAID CLAIMS ON
PER INSURANCE CLAIM CAN BE PAID
E REPORT ANY DISCREPANCY SO WE
ME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/09/2018 | 936862 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES. IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 521268 | | N/A | | | | 01/09/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 110 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 4,897.20 | |
| 50 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,350.00 | |

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        1 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70340165320
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        2 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70342883336
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        3 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70341890946
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        4 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70342204159
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        5 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70340198965
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

```
3Y49V7           JAN 11, 2018   ACT WT 12.0 LBS        6 OF 21
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3V49V70342211374
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  8.33 USD
DV 0.00           COD    0.00         RS  0.00
DC 0.00           DGD    0.00         SD  0.00
AH 0.00           PR     0.00         SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

| | Grand Total | $8,247.20 |
|--|-------------|-----------|

owledged and accepted in full.

proceedings or legal action to enforce any of the funds due under this inv
to said past due funds all legal costs and attorney fees reasonably incurre
legal action, Vendee agrees to be sued in the County of Los Angeles, Stat
State of California. Vendee agrees to the terms anc

Thank you

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

01/11

**DATE**  01/04/18

Shaghal —

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**  / /
**REQST DATE**  01/17/18
**CANCEL DATE**  / /
**ORDER DATE**  01/03/18

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100623

**PO NO:** 521268

**PAGE:**  1

SHIP TO:  SEARS UNIT # 0443



| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016650  ~~10~~  / ~~58588~~ | ~~80~~ | EA | |
|  | ~~EGQ225BL  10  android 8.1 tablet~~ | | | |
| 2 | 817707016629  10  / EGQ347BL | 110 (11) ← 12 lbs | 110 | EA  $  44.52 |
|  | 7" Quad-Core with Android 5.0 | | | |
| 3 | 817707019569  5  / FUNTAB3 | 10 ← 70 lbs | 50 | EA  $  67.00 |
|  | Ematic 7" HD Kid Safe Tablet e | | | |

21 Box's



UPS Ground  = $ 172.33 ✓
(4 DAYS)
(W) → 232 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 01/10/18 | | INV # | 936862 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 521268 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO   SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ347BL | 10 | | 11 | 110 | CHINA |
| FUNTAB3 | 5 | | 10 | 50 | CHINA |
| | | | | | |
| | TOTAL | | 21 | 160 | |

```
3Y49V7          JAN 11, 2018   ACT WT 12.0 LBS
SVC GNDCOM              BL WT 12.0 LBS         7 OF 21
TRACKING# 1Z3Y49V70341137386
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.33 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.33  PR     0.00      SP 0.00
TOT PUB CHG 19.10           NR+HC8.33
                           PUB+HC19.10
```

```
3Y49V7          JAN 11, 2018   ACT WT 12.0 LBS
SVC GNDCOM              BL WT 12.0 LBS         8 OF 21
TRACKING# 1Z3Y49V70341032999
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.33 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.33  PR     0.00      SP 0.00
TOT PUB CHG 19.10           NR+HC8.33
                           PUB+HC19.10
```

```
3Y49V7          JAN 11, 2018   ACT WT 12.0 LBS
SVC GNDCOM              BL WT 12.0 LBS         9 OF 21
TRACKING# 1Z3Y49V70342714206
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.33 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.33  PR     0.00      SP 0.00
TOT PUB CHG 19.10           NR+HC8.33
                           PUB+HC19.10
```

```
3Y49V7          JAN 11, 2018   ACT WT 12.0 LBS
SVC GNDCOM              BL WT 12.0 LBS        10 OF 21
TRACKING# 1Z3Y49V70341357013
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.33 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.33  PR     0.00      SP 0.00
TOT PUB CHG 19.10           NR+HC8.33
                           PUB+HC19.10
```

```
3Y49V7          JAN 11, 2018   ACT WT 12.0 LBS
SVC GNDCOM              BL WT 12.0 LBS        11 OF 21
TRACKING# 1Z3Y49V70342097427
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.33 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.33  PR     0.00      SP 0.00
TOT PUB CHG 19.10           NR+HC8.33
                           PUB+HC19.10
```

```
3Y49V7          JAN 11, 2018   ACT WT 10.0 LBS
SVC GNDCOM              BL WT 10.0 LBS        12 OF 21
TRACKING# 1Z3Y49V70342631438
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:
DV 0.00                          SVC 8.07 USD
DC 0.00          COD    0.00      RS 0.00
AH 0.00          DGD    0.00      SD 0.00
TOT NR CHG 8.07  PR     0.00      SP 0.00
TOT PUB CHG 16.95           NR+HC8.07
                           PUB+HC16.95
```

759

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     13 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342816043
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     14 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342264255
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     15 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340955066
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     16 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342823472
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     17 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341365488
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     18 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341237090
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     19 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340854308
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     20 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341993111
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

3Y49V7      JAN 11, 2018   ACT WT 10.0 LBS     21 OF 21
SVC GNDCOM        BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341389524
REF 1:INV#936862
REF 2:PO#521268

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC 8.07 USD
DV 0.00        COD 0.00       RS 0.00
DC 0.00        DGD 0.00       SD 0.00
AH 0.00        PR 0.00       SP 0.00
TOT NR CHG 8.07       NR + HC8.07
TOT PUB CHG 16.95      PUB + HC16.95

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/09/2018 | 936865 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 521270 | | N/A | | | 01/09/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 60 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 2,671.20 | |
| 25 | FUNTAB3 | FUNTAB 3 | 67.00 | | 1,675.00 | |

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        1 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341486368
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        2 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342432162
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        3 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340316678
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        4 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341234684
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        5 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341442199
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

```
3Y49V7        JAN 12, 2018  ACT WT 12.0 LBS        6 OF 11
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342966400
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.98 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.98                  NR+HC7.98
TOT PUB CHG 14.63                PUB+HC14.63
```

| Grand Total | $4,346.20 |
|---|---|

acknowledged and accepted in full.

accounts will incur a charge of 1.5% per month. All charges a
proceedings or legal action to enforce any of the funds due unde
to said past due funds all legal costs and attorney fees reasonabl
legal action, Vendee agrees to be sued in the County of Los Ang
State of California. Vendee agrees to the

Thank

761

2231 COLBY AVE
LOS ANGELES  CA   90024

**DATE**  01/04/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**    / /
**REQST DATE**  01/17/18
**CANCEL DATE**   / /
**ORDER DATE**  01/03/18

**DEPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100625              **PO NO:** 521270              **PAGE:**   1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| | ~~817707016663    16  / 52656~~ | | | |
| | ~~EGQ266BL 10" android 5.1 tablet~~ | | | |
| 2 | 817707016629  10  / EGQ347BL | 60 | EA  $44.52 | |
| | 7" Quad-Core with Android 5.0 | | | |
| 3 | 817707019569  5  / FUNTAB3 | 25 | EA  $67.00 | |
| | Ematic 7" HD Kid Safe Tablet e | | | |

*(handwritten notes:)*

6 — 12 lbs

5 — 10 lbs

11 Box's

UPS Grow

11 — 122 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 01/10/18 | **INV #** 936865 V |
| **SOLD TO** | SEARS | **PO #** 521270 V |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS UNIT #0447 | |
| | BLDG F&G | |
| | 2775 W MILLER RD V | |
| | GARLAND, TX 750411210 | |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ347BL | 10 | | 6 V | 60 V | CHINA |
| FUNTAB3 | 5 | | 5 V | 25 V | CHINA |
| | **TOTAL** | | 11 V | 85 V | |

```
3Y49V7        JAN 12, 2018   ACT WT 10.0 LBS       7 OF 11
SVC GNDCOM                   BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342150216
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 7.99 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.80           PUB+HC13.80
```

```
3Y49V7        JAN 12, 2018   ACT WT 10.0 LBS       8 OF 11
SVC GNDCOM                   BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342362621
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 7.99 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.80           PUB+HC13.80
```

```
3Y49V7        JAN 12, 2018   ACT WT 10.0 LBS       9 OF 11
SVC GNDCOM                   BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342488639
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 7.99 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.80           PUB+HC13.80
```

```
3Y49V7        JAN 12, 2018   ACT WT 10.0 LBS      10 OF 11
SVC GNDCOM                   BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340584243
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 7.99 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.80           PUB+HC13.80
```

```
3Y49V7        JAN 12, 2018   ACT WT 10.0 LBS      11 OF 11
SVC GNDCOM                   BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340465452
REF 1:INV#936865
REF 2:PO#521270

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 7.99 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.80           PUB+HC13.80
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/09/2018 | 936867 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 521272 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | | 01/09/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 100 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 4,452.00 | |
| 60 | FUNTAB3 | FUNTAB 3 | 67.00 | | 4,020.00 | |

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      1 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342906310
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      4 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70340788345
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      2 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342974729
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      5 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70341605668
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      3 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342716730
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

| | Grand Total | $8,472.00 |
|---|---|---|

...nowledged and accepted in full.

```
3Y49V7          JAN 12, 2018   ACT WT 12.0 LBS      6 OF 22
SVC GNDCOM                BL WT 12.0  LBS
TRACKING# 1Z3Y49V70340944363
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 10.98          PUB+HC10.98
```

proceedings or legal action to enforce any of the funds due under t...
to said past due funds all legal costs and attorney fees reasonably i...
legal action, Vendee agrees to be sued in the County of Los Angele...
State of California. Vendee agrees to the ter...

By

Thank y...

764

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shaghal → 01/12

DATE  01/04/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DELIV DATE    / /
REQST DATE  01/17/18
CANCEL DATE  / /
ORDER DATE  01/03/18

**DEPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100627        **PO NO:** 521272        **PAGE:**  1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|



| 1 | ~~817707019569~~ 10 / ~~E9555~~ ~~EGQ333BL 10" android 5.1 tab~~ | ~~80~~ | ~~EA~~ | ~~$ 76.81~~ |
| 2 | 817707016629  10 / EGQ347BL  7" Quad-Core with Android 5.0 | (10) — 12 lbc | 100 | EA  $ 44.52 |
| 3 | 817707019569  5 / FUNTAB3  Ematic 7" HD Kid Safe Tablet e | (12) — 10 lb) | 60 | EA  $ 67.00 |

22 Box's



UPS Ground  = $175.68 ✓
(1 DAY)
(W) → 240 lb)

765



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE                01/10/18                          INV #        936867
SOLD TO        SEARS                                    PO #        521272

3333 BEVERLY RD C2-114B

HOFFMAN ESTATES, IL 60176

SHIP TO        SEARS UNIT #0449

1700 SCHUSTER RD

DELANO INDUSTRIAL PK

DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ347BL | 10 | | 10 | 100 | CHINA |
| FUNTAB3 | 5 | | 12 | 60 | CHINA |
| | | | | | |
| | TOTAL | | 22 | 160 | |

```
3Y49V7       JAN 12, 2018   ACT WT 12.0 LBS
SVC GNDCOM            BL WT 12.0 LBS            7 OF 22
TRACKING# 1Z3Y49V70341540770
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.98 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.98          NR+HC7.98
TOT PUB CHG 10.98        PUB+HC10.98
```

```
3Y49V7       JAN 12, 2018   ACT WT 12.0 LBS
SVC GNDCOM            BL WT 12.0 LBS            8 OF 22
TRACKING# 1Z3Y49V70341690788
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.98 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.98          NR+HC7.98
TOT PUB CHG 10.98        PUB+HC10.98
```

```
3Y49V7       JAN 12, 2018   ACT WT 12.0 LBS
SVC GNDCOM            BL WT 12.0 LBS            9 OF 22
TRACKING# 1Z3Y49V70341860391
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.98 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.98          NR+HC7.98
TOT PUB CHG 10.98        PUB+HC10.98
```

```
3Y49V7       JAN 12, 2018   ACT WT 12.0 LBS
SVC GNDCOM            BL WT 12.0 LBS            10 OF 22
TRACKING# 1Z3Y49V70342235607
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.98 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.98          NR+HC7.98
TOT PUB CHG 10.98        PUB+HC10.98
```

```
3Y49V7       JAN 12, 2018   ACT WT 10.0 LBS
SVC GNDCOM            BL WT 10.0 LBS            11 OF 22
TRACKING# 1Z3Y49V70340422417
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 10.36        PUB+HC10.36
```

```
3Y49V7       JAN 12, 2018   ACT WT 10.0 LBS
SVC GNDCOM            BL WT 10.0 LBS            12 OF 22
TRACKING# 1Z3Y49V70340946825
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 10.36        PUB+HC10.36
```

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340904834
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    14 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342552443
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE--PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    15 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341905663
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    16 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341340469
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    17 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341192870
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    18 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340358881
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342894495
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    20 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340615709
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    21 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70340698613
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

3Y49V7              JAN 12, 2018    ACT WT 10.0 LBS    22 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342278928
REF 1:INV#936867
REF 2:PO#521272

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:                SVC  7.99 USD
DV  0.00              COD    0.00              RS  0.00
DC  0.00              DGD    0.00              SD  0.00
AH  0.00              PR     0.00              SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 10.36                  PUB+HC10.36

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/12/2018 | 937720 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 522131 | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|
| | | 01/12/2018 | 01/12/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |

```
3Y49V7       JAN 18, 2018    ACT WT 20.0 LBS         1 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341846860
REF 1:INV#937720
REF 2:PO#522131

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  8.84 USD
DV  0.00           COD    0.00          RS  0.00
DC  0.00           DGD    0.00          SD  0.00
AH  0.00           PR     0.00          SP  0.00
TOT NR CHG 8.84                 NR+HC8.84
TOT PUB CHG 20.27               PUB+HC20.27


3Y49V7       JAN 18, 2018    ACT WT 20.0 LBS         2 OF 2
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341843274
REF 1:INV#937720
REF 2:PO#522131

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  8.84 USD
DV  0.00           COD    0.00          RS  0.00
DC  0.00           DGD    0.00          SD  0.00
AH  0.00           PR     0.00          SP  0.00
TOT NR CHG 8.84                 NR+HC8.84
TOT PUB CHG 20.27               PUB+HC20.27
```

| | Grand Total | $104.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST** — 01/18

Shagha

**DATE** 01/10/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD  V
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE** 11/22 — 1/26
**REQST DATE** 01/24/18
**CANCEL DATE** / /
**ORDER DATE** 01/09/18

**DEPT:** 657     **TYPE:** RE     **INSTRUCTIONS:**

**ORDER NO:** 100632          **PO NO:** 522131 V          **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  5  / EMW3401  V  ② Box's — 20 lbs | ⑩ | EA | $10.44  V |
|   | 10-49 FULL Motion TV Mount |  |  |  |

UPS Ground

③ —> 40 lbs

769



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 01/12/18 |
|---|---|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #   937720 V
PO #    522131 V

| SHIP TO | SEARS UNIT #0447 |
|---|---|
| | BLDG F&G |
| | 2775 W MILLER RD   V |
| | GARLAND, TX 750411210 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 2 V | 10 V | CHINA |
| | TOTAL | | 2 | 10 | |

SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

770

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/12/2018 | 937721 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 522132 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/12/2018 | 01/12/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 80 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 835.20 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      1 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342358403
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      2 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341433216
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      3 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70340326620
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      4 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70340931635
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      5 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341307246
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      6 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342268467
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

| | Grand Total | $1,276.20 |
|--|-------------|-----------|

knowledged and accepted in full.          MB

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS      7 OF 21
SVC GNDCOM                   BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341991266
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
   TOT NR CHG 7.99             NR+HC7.99
   TOT PUB CHG 12.22           PUB+HC12.22
```

771

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal → 01/19*

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

DATE  01/10/18

DELIV DATE  *11  1/22 -1/26*
REQST DATE  01/24/18
CANCEL DATE  / /
ORDER DATE  01/09/18

**DEPT**: 657        **TYPE**: RE        **INSTRUCTIONS**:

**ORDER NO**: 100633                    **PO NO**: 522132                    **PAGE**:    1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--|-------------|-----------------|----------|
| 1 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | ⟨16⟩  20 LBS | ⟨80⟩ | EA $ | 10.44 |
| 2 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | ⟨13⟩  40 LBS | ⟨25⟩ | EA $ | 17.64 |

⟨21⟩ Box's



UPS Ground = $167.79 (1 DAY)

⟨W⟩ → 520 lbs

772



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| DATE | 01/12/18 | | INV # | 937721 |
| SOLD TO | SEARS | | PO # | 522132 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS UNIT #0449 | | | |
| | 1700 SCHUSTER RD | | | |
| | DELANO INDUSTRIAL PK | | | |
| | DELANO, CA 932159572 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 16 | 80 | CHINA |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| | **TOTAL** | | 21 | 105 | |

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS         8 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342611674
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS         9 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341825687
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS        10 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342489290
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS        11 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341218602
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS        12 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340989315
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

```
3Y49V7        JAN 19, 2018   ACT WT 20.0 LBS        13 OF 21
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342737726
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00            COD   0.00          RS  0.00
DC 0.00            DGD   0.00          SD  0.00
AH 0.00            PR    0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22
```

3Y49V7          JAN 19, 2018   ACT WT 20.0 LBS          14 OF 21
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342959737
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22

3Y49V7          JAN 19, 2018   ACT WT 20.0 LBS          15 OF 21
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340311340
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22

3Y49V7          JAN 19, 2018   ACT WT 20.0 LBS          16 OF 21
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342208667
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22           PUB+HC12.22

3Y49V7          JAN 19, 2018   ACT WT 40.0 LBS          17 OF 21
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341427367
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7          JAN 19, 2018   ACT WT 40.0 LBS          18 OF 21
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340703776
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7          JAN 19, 2018   ACT WT 40.0 LBS          19 OF 21
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341333780
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7          JAN 19, 2018   ACT WT 40.0 LBS          20 OF 21
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340773397
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03

3Y49V7          JAN 19, 2018   ACT WT 40.0 LBS          21 OF 21
SVC GNDCOM                BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342238604
REF 1:INV#937721
REF 2:PO#522132

HANDLING CHARGE 0.00
SINGLE−PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD  0.00          RS 0.00
DC  0.00              DGD  0.00          SD 0.00
AH  0.00              PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03           PUB+HC17.03



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/23/2018 | 941830 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL. 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 522937 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/23/2018 | 01/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 288.00 | |
| 65 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 678.60 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 20 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 667.20 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $2,396.80 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

775

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

01/23
*Shaghal →* 01

DATE  01/17/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N    V
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

DELIV DATE      /  /
REQST DATE  01/31/18
CANCEL DATE  /  /
ORDER DATE  01/16/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100636        **PO NO:** 522937        **PAGE:**    1

SHIP TO:  SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828  10  / EMW5105<br>23-65 Fixed Low Profile TV Wal | 40 | EA | $ 7.20 V |
| 2 | 817707019781  5  / EMW3401<br>10-49 FULL Motion TV Mount | 65 | EA | $ 10.44 V |
| 3 | 817707019811  5  / EMW4101<br>17-55 Full Motion TV Mount | 25 | EA | $ 17.64 V |
| 4 | 817707019804  2  / EMW5306<br>TV Wall Mount Kit with HDMI ca | 20 | EA | $ 33.36 V |
| 5 | 817707019798  5  / EMW6201<br>30-79 Tilting TV Wall Mount | 20 | EA | $ 16.10 V |

(4)

(13)

(5)

(10)

(4)

V (36) Box's

$40" x 48" x 55'$

(W) → 1077 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | <u>01/23/18</u> | **INV #** | <u>941830</u> V |
| **SOLD TO** | SEARS | **PO #** | <u>522937</u> V |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0425 |
| | JACKSONVILLE - RRC |
| | 10512 BUSCH DR N |
| | JACKSONVILLE, FL 322185604 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 4 V | 40 V | CHINA |
| EMW3401 | 5 | | 13 V | 65 V | CHINA |
| EMW4101 | 5 | 1 V | 5 V | 25 V | CHINA |
| EMW5306 | 2 | | 10 V | 20 V | CHINA |
| EMW6201 | 5 | | 4 V | 20 V | CHINA |
| | | | | | |
| | TOTAL | 1 V | 36 V | 170 V | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Date: 01/24/2018      **BILL OF LADING**

| SHIP FROM | |
|---|---|
| Name: | SHAGHAL LTD |
| Address: | 2231 COLBY AVENUE |
| City/State/Zip: | LOS ANGELES,CA 90064 |
| Ph: 310-966-1133 | Contact: LYN    FOB:☐ |

| Bill of Lading Number : | 96554099 |
|---|---|
| Carrier Name: | Estes Express |
| SCAC: | EXLA |
| Pro number: | |

**ESTES** EXPRESS LINES   www.estes-express.com   Shipper's Copy

**210 - 0634405**

Driver's signature ONLY acknowledges receipt of freight. Shipment is subject to applicable terms and conditions of the Uniform Straight Bill of Lading and the EXLA-105 series rules tariff.

| SHIP TO | |
|---|---|
| Name: | SEARS UNIT # 0425     Location# |
| Address: | 10512 N BUSCH DR N |
| City/State/Zip: | JACKSONVILLE,FL 32218 |
| Ph: 904-751-8570 | Contact: RECEIVING    FOB:☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

| ☐ | Master Bill of Lading: with attached underlying Bill Of Lading |
|---|---|
| WWE Number: W709699565 | |

SPECIAL INSTRUCTIONS: For assistance, please call (310) 893-2010

Handling Instructions: *** Notify before delivery ***
INVOICE#941830, PO#522937

Pickup Instructions: PICK UP BETWEEN 4-6PM

Delivery Instructions: PLS NOTIFY & SCHEDULE DEL APPT FOR DELIVERY ON 1/31/18 TO AVOID CHARGEBACK.
THANK YOU.  APPOINTMENT DELIVERY REQUIRED

Delivery Service(s): Notify Before Delivery

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

**CARRIER INFORMATION**

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 1 | PLT | 36 | PLT | 1077 | | 15 but less than 22.5, 48(L) x 40(W) x 55(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 36 | | 1077 | | **Grand Total** | | |

| Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding | |
|---|---|
| | per |

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ |
|---|
| Fee Terms: 3rd Party WWE |
| Remit Address: |

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| SHIPPER'S SIGNATURE / DATE | Trailer Loaded: | Freight Counted: |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |
| (Signature)     (Date) | | |

(Signature) _Adrian_    1/25/18 (Date)

_Adrian Martinez_

_1 pallet_

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/23/2018 | 941844 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 522938 | | N/A | | | 01/23/2018 | 01/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |

```
3Y49V7        JAN 24, 2018    ACT WT 20.0 LBS        1 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340414391
REF 1:INV#941844
REF 2:PO#522938

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68             PUB+HC27.68
```

```
3Y49V7        JAN 24, 2018    ACT WT 40.0 LBS        3 OF 3
SVC GNDCOM                    BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341266416
REF 1:INV#941844
REF 2:PO#522938

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  21.67 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 21.67              NR+HC21.67
TOT PUB CHG 49.70             PUB+HC49.70
```

```
3Y49V7        JAN 24, 2018    ACT WT 20.0 LBS        2 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342239603
REF 1:INV#941844
REF 2:PO#522938

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  12.07 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 12.07              NR+HC12.07
TOT PUB CHG 27.68             PUB+HC27.68
```

| | Grand Total | $192.60 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal*  01/021

DATE  01/17/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK  V
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**  / /
**REQST DATE**  01/31/18
**CANCEL DATE**  / /
**ORDER DATE**  01/16/18

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100637        **PO NO:** 522938 V        **PAGE:** 1

SHIP TO:  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  ⟨  / EMW3401  27→ 20 lbs | 10 | EA $ 10.44 V | |
|   | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811  ⟨  / EMW4101  1→ 40 lbs | 5 | EA $ 17.64 V | |
|   | 17-55 Full Motion TV Mount | | | |

③ Box's

UPS Ground

(W) — 80 lb,

**780**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | <u>01/23/18</u> | **INV #** | 941844 V |
| **SOLD TO** | SEARS | **PO #** | 522938 V |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST      V | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 2 V | 10 V | CHINA |
| EMW4101 | 5 | | 1 V | 5 V | CHINA |
| | | | | | |
| | **TOTAL** | 0 | 3 V | 15 V | |

_____

**SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/23/2018 | 941845 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 522939 | | N/A | | | | 01/23/2018 | 01/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |

```
3Y49V7      JAN 26, 2018   ACT WT 26.0 LBS     1 OF 3
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70342060304
REF 1:INV#941845
REF 2:PO#522939

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 11.06 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 11.06          NR+HC11.06
TOT PUB CHG 26.37         PUB+HC26.37
```

```
3Y49V7      JAN 26, 2018   ACT WT 40.0 LBS     3 OF 3
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342715526
REF 1:INV#941845
REF 2:PO#522939

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 16.90 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 16.90          NR+HC16.90
TOT PUB CHG 36.45         PUB+HC36.45
```

```
3Y49V7      JAN 26, 2018   ACT WT 20.0 LBS     2 OF 3
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342959111
REF 1:INV#941845
REF 2:PO#522939

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 8.84 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 8.84          NR+HC8.84
TOT PUB CHG 20.27         PUB+HC20.27
```

| | Grand Total | $212.40 |
|---|---|---|

.knowledged and accepted in full.

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**DATE** 01/17/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210 V

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE** / /
**REQST DATE** 01/31/18
**CANCEL DATE** / /
**ORDER DATE** 01/16/18

**DEPT:** 657       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100638              **PO NO:** 522939 \|                              **PAGE:** 1

SHIP TO: SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828   10  / EMW5105  23-65 Fixed Low Profile TV Wal | 10 | EA $ 7.20 V | |
| 2 | 817707019781   5  / EMW3401  10-49 FULL Motion TV Mount | 5 | EA $ 10.44 V | |
| 3 | 817707019811   5  / EMW4101  17-55 Full Motion TV Mount | 5 | EA $ 17.64 V | |

① ← 26 lbs
① — 20 lbs
① — 40 lb

③ Box's

UPS Ground

W — 86 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 01/23/18 | **INV #**  941845 V |
| **SOLD TO** | SEARS | **PO #**  522939 V |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**    SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD    V
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5105 | 10 | | 1 V | 10 V | CHINA |
| EMW3401 | 5 | | 1 V | 5 V | CHINA |
| EMW4101 | 5 | | 1 V | 5 V | CHINA |
| | TOTAL | 0 | 3 V | 20 V | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/23/2018 | 941846 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 522940 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/23/2018 | 01/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |

```
3Y49V7        JAN 26, 2018   ACT WT 20.0 LBS      1 OF 6
SVC GNDCOM             BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340598434
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 12.22             PUB+HC12.22
```

```
3Y49V7        JAN 26, 2018   ACT WT 40.0 LBS      2 OF 6
SVC GNDCOM             BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342102046
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 17.03             PUB+HC17.03
```

```
3Y49V7        JAN 26, 2018   ACT WT 35.0 LBS      3 OF 6
SVC GNDCOM             BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341071260
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7        JAN 26, 2018   ACT WT 35.0 LBS      4 OF 6
SVC GNDCOM             BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340482068
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7        JAN 26, 2018   ACT WT 35.0 LBS      5 OF 6
SVC GNDCOM             BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341270473
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 15.88             PUB+HC16.88
```

```
3Y49V7        JAN 26, 2018   ACT WT 35.0 LBS      6 OF 6
SVC GNDCOM             BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342932489
REF 1:INV#941846
REF 2:PO#522940

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

nowledged and accepted in full.

| Grand Total | $407.28 |
|-------------|---------|

Prepared By

State of California. Vendee agrees to the terms

Thank yo

PICKING LIST

*Shaghal →* 01/26

**DATE** 01/17/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO CA 932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO CA 932159572

**DELIV DATE** / /
**REQST DATE** 01/31/18
**CANCEL DATE** / /
**ORDER DATE** 01/16/18

**DEPT:** 657    **TYPE:** RE

**INSTRUCTIONS:**

**ORDER NO:** 100639

**PO NO:** 522940

**PAGE:** 1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781 / EMW3401 | 5 | EA | |
| | 10-49 FULL Motion TV Mount | | | |
| 2 | 817707019811 / EMW4101 | 5 | EA | |
| | 17-55 Full Motion TV Mount | | | |
| 3 | 817707019804 / EMW5306 | 8 | EA | |
| | TV Wall Mount Kit with HDMI ca | | | |

① — 20 Ubs
① — 40 Ub
④ = 35 lb.

⑥ Box's

UPS Ground

Ⓦ —200 Ubs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

DATE     01/23/18
SOLD TO   SEARS
         3333 BEVERLY RD C2-114B
         HOFFMAN ESTATES, IL 60176

INV #   941846 V
PO #    522940  V

SHIP TO   SEARS UNIT #0449
         1700 SCHUSTER RD
         DELANO INDUSTRIAL PK
         DELANO, CA 932159572   V

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| EMW3401 | 5 | | 1 V | 5 V | CHINA |
| EMW4101 | 5 | | 1 V | 5 V | CHINA |
| EMW5306 | 2 | | 4 V | 8 V | CHINA |
| | | | | | |
| | TOTAL | 0 | 6 V | 18 V | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/25/2018 | 942550 |

BILL TO

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 523879 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/25/2018 | 01/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 104.40 | |

3Y49V7          JAN 31, 2018    ACT WT 19.0 LBS      1 OF 2
SVC GNDCOM                      BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341936843
REF 1:INV#942550
REF 2:PO#523879

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.08 USD
DV  0.00              COD   0.00        RS  0.00
DC  0.00              DGD   0.00        SD  0.00
AH  0.00              PR    0.00        SP  0.00
TOT NR CHG 12.08                NR + HC12.08
TOT PUB CHG 25.97              PUB + HC25.97

3Y49V7          JAN 31, 2018    ACT WT 19.0 LBS      2 OF 2
SVC GNDCOM                      BL WT 19.0  LBS
TRACKING# 1Z3Y49V70341314050
REF 1:INV#942550
REF 2:PO#523879

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.08 USD
DV  0.00              COD   0.00        RS  0.00
DC  0.00              DGD   0.00        SD  0.00
AH  0.00              PR    0.00        SP  0.00
TOT NR CHG 12.08                NR + HC12.08
TOT PUB CHG 25.97              PUB + HC25.97

| Grand Total | $104.40 |
|-------------|---------|

All terms,                                          ...d in full.

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES CA 90024

*Shaghal*

**DATE** 01/24/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL 609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL 609509377

**DELIV DATE** / /
**REQST DATE** 02/07/18
**CANCEL DATE** / /
**ORDER DATE** 01/23/18

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100640    **PO NO:** 523879    **PAGE:** 1
**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781 / EMW3401 (2) Box's — 19 lb | (10) | EA | $10.44 |
| | 10-49 FULL Motion TV Mount | | | |

UPS Ground
(W) — 38 lbs

789



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE** 01/25/18

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #** 942550 √
**PO #** 523879 √

**SHIP TO** SEARS UNIT #0440
1600 N BOUDREAU RD √
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 2 √ | 10 √ | CHINA |
| | | | | | |
| | TOTAL | | 2 | 10 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/25/2018 | 942551 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 523880 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/25/2018 | 01/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC |
|----------|-----------|-------------|------------|---------------|--------|-----|
| 25 | FUNTAB3 | FUNTAB 3 | 67.00 | | 1,675.00 | |

3Y49V7    JAN 31, 2018    ACT WT 9.0 LBS                1 OF 5
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342812868
REF 1:INV#942551
REF 2:PO#523880

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 16.90            PUB+HC15.90

3Y49V7    JAN 31, 2018    ACT WT 9.0 LBS                4 OF 5
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341798896
REF 1:INV#942551
REF 2:PO#523880

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 16.90            PUB+HC15.90

3Y49V7    JAN 31, 2018    ACT WT 9.0 LBS                2 OF 5
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340169273
REF 1:INV#942551
REF 2:PO#523880

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 16.90            PUB+HC15.90

3Y49V7    JAN 31, 2018    ACT WT 9.0 LBS                5 OF 5
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340744105
REF 1:INV#942551
REF 2:PO#523880

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 16.90            PUB+HC15.90

3Y49V7    JAN 31, 2018    ACT WT 9.0 LBS                3 OF 5
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340679285
REF 1:INV#942551
REF 2:PO#523880

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 16.90            PUB+HC15.90

| **Grand Total** | **$1,675.00** |
|---|---|

knowledged and accepted in full.

_____

Prepared By

hey are in good condition and accepts them in
of special orders can be accepted. However, in
ing charge of 15% per month. All past due

accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

*Shaghe* — 01/.3

DATE 01/24/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST       V
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE**   / /
**REQST DATE**  02/07/18
**CANCEL DATE** / /
**ORDER DATE**  01/23/18

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100641

**PO NO:** 523880 V

**PAGE:**   1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019569    5  / FUNTAB3<br>Ematic 7" HD Kid Safe Tablet e | (25) | EA  $ 67.00 V |  |

⑤ Box's — 9 lbs

UPS Ground

(W) — 45 lbs

792



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE     01/25/18

SOLD TO  SEARS
         3333 BEVERLY RD C2-114B
         HOFFMAN ESTATES, IL 60176

SHIP TO  SEARS UNIT #0443
         1055 HANOVER ST
         HANOVER INDUSTRIAL PK
         WILKES BARRE, PA 187062028

INV #  942551 V
PO #   523880 V

| PACKING LIST | | | | | |
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| FUNTAB3 | 5 | | 5 V | 25 V | CHINA |
| | | | | | |
| | TOTAL | | 5 | 25 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/25/2018 | 942552 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 523881 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/25/2018 | 01/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

3Y49V7             JAN 31, 2018     ACT WT 19.0 LBS      1 OF 5
SVC GNDCOM                    BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341090917
REF 1:INV#942552
REF 2:PO#523881

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  11.63 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 11.63            NR + HC11.63
TOT PUB CHG 26.45          PUB + HC26.45

3Y49V7             JAN 31, 2018     ACT WT 33.0 LBS      4 OF 5
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341300949
REF 1:INV#942552
REF 2:PO#523881

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  18.70 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.70            NR + HC18.70
TOT PUB CHG 42.88          PUB + HC42.88

3Y49V7             JAN 31, 2018     ACT WT 19.0 LBS      2 OF 5
SVC GNDCOM                    BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341376324
REF 1:INV#942552
REF 2:PO#523881

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  11.63 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 11.63            NR + HC11.63
TOT PUB CHG 26.45          PUB + HC26.45

3Y49V7             JAN 31, 2018     ACT WT 33.0 LBS      5 OF 5
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342214167
REF 1:INV#942552
REF 2:PO#523881

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  18.70 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 18.70            NR + HC18.70
TOT PUB CHG 42.88          PUB + HC42.98

3Y49V7             JAN 31, 2018     ACT WT 19.0 LBS      3 OF 5
SVC GNDCOM                    BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341693338
REF 1:INV#942552
REF 2:PO#523881

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  11.63 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 11.63            NR + HC11.63
TOT PUB CHG 26.45          PUB + HC26.45

| Grand Total | $317.60 |
|-------------|---------|

...knowledged and accepted in full.

Prepared By

...hey are in good condition and accepts them in
...of special orders can be accepted. However, in
...ing charge of 15% per month. All past due
...ble. In the event Vendor institutes collection
...he Vendee shall pay to the Vendor in addition
...ally incurred by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**794**

2231 COLBY AVE
LOS ANGELES  CA   90024

DATE 01/24/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE**    / /
**REQST DATE** 02/07/18
**CANCEL DATE** / /
**ORDER DATE** 01/23/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100642                **PO NO:** 523881

**PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781   5   / EMW3401  (3) — 19 lbs<br>10-49 FULL Motion TV Mount | (15) | EA $ 10.44 V | |
| 2 | 817707019798  5   / EMW6201  (2) — 33 lb<br>30-79 Tilting TV Wall Mount | (10) | EA $ 16.10V | |

(5) Box's

UPS Ground

(W) — 123 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 01/25/18 | **INV #** | 942552 |
| **SOLD TO** | SEARS | **PO #** | 523881 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**  SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 5 | 25 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/25/2018 | 942553 |

**BILL TO**
Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS UNIT# 0447
2775 W MILLER RD
GARLAND, TX 750411210

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 523882 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 01/25/2018 | 01/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7      FEB 1, 2018    ACT WT 9.0 LBS        1 OF 2
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340528018
REF 1:INV#942553
REF 2:PO#523882

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  7.99 USD
DV  0.00          COD   0.00        RS  0.00
DC  0.00          DGD   0.00        SD  0.00
AH  0.00          PR    0.00        SP  0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 13.39             PUB+HC13.39


3Y49V7      FEB 1, 2018    ACT WT 9.0 LBS        2 OF 2
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340426420
REF 1:INV#942553
REF 2:PO#523882

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  7.99 USD
DV  0.00          COD   0.00        RS  0.00
DC  0.00          DGD   0.00        SD  0.00
AH  0.00          PR    0.00        SP  0.00
TOT NR CHG 7.99                NR+HC7.99
TOT PUB CHG 13.39             PUB+HC13.39
```

| Grand Total | $670.00 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

③

*Shaghal — 0401*

**DATE** 01/24/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX  750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX  750411210

**DELIV DATE**    / /
**REQST DATE**  02/07/18
**CANCEL DATE**  / /
**ORDER DATE**  01/23/18

**DEPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100643        **PO NO:** 523882        **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019569  5  /  FUNTAB3   Ematic 7" HD Kid Safe Tablet e | ② Box's — 9 lbs    ⑩ | EA $ 67.00 | |

*UPS Ground*

*W — 18 lbs*

798



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| DATE | <u>01/25/18</u> |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    942553 √
PO #     523882 √

| | |
|---|---|
| SHIP TO | SEARS UNIT #0447 |
| | BLDG F&G |
| | 2775 W MILLER RD    √ |
| | GARLAND, TX 750411210 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| FUNTAB3 | 5 | | 2 √ | 10 √ | CHINA |
| | | | | | |
| | TOTAL | | 2 | 10 | |

SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS



**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/25/2018 | 942554 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 523883 | | N/A | | | | 1/25/2018 | 1/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

| | Grand Total | USD 670.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**800**

**Thank you for your Business!**



**Shaghal Ltd.**
Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/25/2018 | 942555 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0449 |
| 1700 SCHUSTER RD |
| DELANO INDUSTRIAL PK |
| DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 523884 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/25/2018 | 1/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

| | Grand Total | USD 480.82 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**801**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/01/2018 | 944233 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 524907 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7      FEB 7, 2018   ACT WT 33.0 LBS        1 OF 3
SVC GNDCOM                BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340236245
REF 1:INV#944233
REF 2:PO#524907

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 18.70          NR+HC18.70
TOT PUB CHG 42.88         PUB+HC42.88
```

```
3Y49V7      FEB 7, 2018   ACT WT 33.0 LBS        3 OF 3
SVC GNDCOM                BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342479266
REF 1:INV#944233
REF 2:PO#524907

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 18.70          NR+HC18.70
TOT PUB CHG 42.88         PUB+HC42.88
```

```
3Y49V7      FEB 7, 2018   ACT WT 33.0 LBS        2 OF 3
SVC GNDCOM                BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341076451
REF 1:INV#944233
REF 2:PO#524907

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 18.70          NR+HC18.70
TOT PUB CHG 42.88         PUB+HC42.88
```

| Grand Total | $241.50 |
|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

④

**DATE** 02/01/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N        √
JACKSONVILLE  FL  322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL  322185604

**DELIV DATE**    / /
**REQST DATE** 02/14/18
**CANCEL DATE** / /
**ORDER DATE** 01/31/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100646        **PO NO:** 524907  √        **PAGE:** 1

SHIP TO: SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019798  S  / EMW6201   ③ Box's — 33 lbs | 15 ⑮ | EA  $16.10 √ | |
|   | 30-79 Tilting TV Wall Mount | | | |

UPS Ground

Ⓦ — 99 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/01/18 | **INV #** | 944233 √ |
| **SOLD TO** | SEARS | **PO #** | 524907 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N   √
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW6201 | 5 | | 3 √ | 15 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 15 | |

**SIGNATURE**

**PLEASE NOTE:**       UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/01/2018 | 944234 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 524908 | | N/A | | | | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7      FEB 7, 2018    ACT WT 9.0  LBS        1 OF 2
SVC GNDCOM                 BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340579679
REF 1:INV#944234
REF 2:PO#524908

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.80  USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 9.80              NR+HC9.80
TOT PUB CHG 16.92           PUB+HC16.92


3Y49V7      FEB 7, 2018    ACT WT 9.0 LBS         2 OF 2
SVC GNDCOM                 BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342073686
REF 1:INV#944234
REF 2:PO#524908

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.80  USD
DV  0.00          COD    0.00        RS  0.00
DC  0.00          DGD    0.00        SD  0.00
AH  0.00          PR     0.00        SP  0.00
TOT NR CHG 9.80              NR+HC9.80
TOT PUB CHG 16.92           PUB+HC16.92
```

| | Grand Total | $670.00 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 02/01/18

Shaghal → 02/07

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL  609509377✓

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL  609509377

**DELIV DATE**  / /
**REQST DATE** 02/14/18
**CANCEL DATE** / /
**ORDER DATE** 01/31/18

**DEPT:** 603      **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100647            **PO NO:** 524908 ✓                     **PAGE:**    1

SHIP TO:  SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019569  5   / FUNTAB3   ② Box's — 9 lbs | 10 ⑩ | EA  $67.00 ✓ | |
|   | Ematic 7" HD Kid Safe Tablet e | | | |

UPS Ground

Ⓦ — 18 lbs

**806**