

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/01/18 | **INV #** | 944234 √ |
| **SOLD TO** | SEARS | **PO #** | 524908 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD  √ | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | 5 | | 2 √ | 10 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 10 | |

**SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/01/2018 | 944235 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 524909 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 40 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 417.60 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

| | Grand Total | $1,107.80 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES CA 90024

*Logistics*

→ 02/01

**DATE** 02/01/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL 609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL 609509377

815 - 468 - 2000

**DELIV DATE** / /
**REQST DATE** 02/14/18
**CANCEL DATE** / /
**ORDER DATE** 01/31/18

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100648    **PO NO:** 524909    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019781  S / EMW3401  (8) Box's — 19 lbs   10-49 FULL MOTION TV Mount | 40 (40) | EA $10.44 | |
| 2 | 817707019811  S / EMW4101  (6) Box's — 40 lbs   17-55 Full Motion TV Mount | 30 (30) | EA $17.64 | |
| 3 | 817707019798  S / EMW6201  (2) Box's — 33 lbs   30-79 Tilting TV Wall Mount | 10 (10) | EA $16.10 | |

(16) Box's

40"x 48"x 28"

(W) → 504 lbs

YRC - 208.88



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/01/18 | **INV #** | 444235 |
| **SOLD TO** | SEARS | **PO #** | 524909 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS UNIT #0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 8 | 40 | CHINA |
| EMW4101 | 5 | 1 | 6 | 30 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **16** | **80** | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

810

OP-097-01/16

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

# YRC FREIGHT

SCAC: RDWY

**743-932451-8**

Date: **02/07/2018**   B/L number:

PRO Number:

Shipper number:     Trailer number:

Consignee name and address:
**SEARS UNIT #0440**

Shipper name:
**SHAGHAL LTD C/O UNISYS/LOGISTICS TEAM**

Attn: **RECEIVING**

Address:
**19201 S REYES AVE**

**1600 N BOUDREAU RD**

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90221** |
|---|---|---|

Destination City **MANTENO**   State: **IL**   ZIP code: **60950**

Origin city (if different than before):     State:    ZIP code:

Phone Number: **(815) 468-2000**

Invoicee:
**SHAGHAL LTD**

Customer number:   Store number:   Department:

Address:
**2231 COLBY AVE**

P.O. Number:
**524909**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |
|---|---|---|

Special instructions:
**MUST DELIVERY BY FEB 14, 2018**

**INVOICE#944235**

Contact Name:     Contact Phone:

☐ Standard   ☐ Faster Standard   ☒ Accelerated

Standard Guaranteed:   Expedited Guaranteed:
☐ Guaranteed Standard Service by 5 p.m. or end of business day   ☐ Time-Critical   Deliver by: _/_/_   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: _/_/_ & _/_/_   ☐ Time-Critical Hour Window   Deliver on: _/_/_   Between: _ & _
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:

*guarantee only applies to direct service points*

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐   COD amount: $   Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 16 | BOX | | TV MOUNT | 9981001 | 70 | 504 | 40 | 48 | 28 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 16 | | | **GRAND TOTAL** | | | 504 | | | |

EMERGENCY CONTACT
Phone: _____ Name: _____   Contract #: _____

Shipment charges are prepaid unless marked collect: Collect ☐   Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

Note:- (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper company name:
**SHAGHAL LTD C/O UNISYS/LOGIST TEAM**   Carrier: **YRC FREIGHT**   Trailer #   Date: **2-7-18**

Trailer loaded by:  ☐ Shipper  ☐ Driver

Shipper signature: 2/7/18   YRC Freight employee signature:   H/U received:

Freight counted by:  ☐ Driver: pallets said to contain
☐ Shipper   ☐ Driver: pallets containing
☐ Driver: Loose pieces

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

Printed in U.S.A.

**811**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/01/2018 | 944236 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 524910 | | N/A | | | | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 890.40 | |

```
3Y49V7    FEB 7, 2018    ACT WT 12.0 LBS       1 OF 2
SVC GNDCOM            BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340817296
REF 1:INV#944236
REF 2:PO#524910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  8.33 USD
DV 0.00         COD   0.00        RS  0.00
DC 0.00         DGD   0.00        SD  0.00
AH 0.00         PR    0.00        SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10


3Y49V7    FEB 7, 2018    ACT WT 12.0 LBS       2 OF 2
SVC GNDCOM            BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342426508
REF 1:INV#944236
REF 2:PO#624910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  8.33 USD
DV 0.00         COD   0.00        RS  0.00
DC 0.00         DGD   0.00        SD  0.00
AH 0.00         PR    0.00        SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10
```

| Grand Total | $890.40 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Authorized By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said invoice. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

Confirm List # 150

*Shagha →* 0207

**DATE**  02/01/18

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS UNIT # 0443 | SEARS UNIT # 0443 |
| 1055 HANOVER ST  √ | HANOVER INDUSTRIAL PK |
| HANOVER INDUSTRIAL PK | WILKES BARRE  PA  187062028 |
| WILKES BARRE  PA  187062028 | |

**DELIV DATE**   / /
**REQST DATE**  02/14/18
**CANCEL DATE**  / /
**ORDER DATE**  01/31/18

**DEPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100649              **PO NO:** 524910 √                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016629   /0  / EGQ347BL ②Box's — 12 lbs | 20 ⑳ | EA | $44.52 √ |
| | 7" Quad-Core with Android 5.0 | | | |

UPS Ground
‾‾‾‾‾‾‾‾‾‾‾‾
Ⓦ — 24 lbs

813

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/01/2018 | 944237 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 524911 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 40 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 705.60 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| Grand Total | $1,503.28 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

814

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE 02/01/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

DELIV DATE     / /
REQST DATE  02/14/18
CANCEL DATE  / /
ORDER DATE  01/31/18

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100650      **PO NO:** 524911      **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781    5  / EMW3401  10-49 FULL Motion TV Mount | 20 (20) | EA $ | 10.44 |
| 2 | 817707019811    5  / EMW4101  17-55 Full Motion TV Mount | 40 (40) | EA $ | 17.64 |
| 3 | 817707019804    2  / EMW5306  TV Wall Mount Kit with HDMI ca | 8 (8) | EA $ | 33.36 |
| 4 | 817707019798    5  / EMW6201  30-79 Tilting TV Wall Mount | 20 (20) | EA $ | 16.10 |





## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/01/18 | **INV #** | 944237 |
| **SOLD TO** | SEARS | **PO #** | 524911 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS UNIT #0443 |
| | 1055 HANOVER ST |
| | HANOVER INDUSTRIAL PK |
| | WILKES BARRE, PA 187062028 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | 1 | 8 | 40 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 20 | 88 | |

**SIGNATURE**

**PLEASE NOTE:**       UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

743-932378-4

PRO Number:

Date: 02/07/2018   B/L number:

Shipper number:      Trailer number:

Consignee name and address:
SEARS UNIT #0443

Shipper name:
SHAGHAL LTD C/O UNISYS/LOGISTICS TEAM

Attn: RECEIVING

Address:
19201 S REYES AVE

HANOVER IND PK, 1055 HANOVER ST

| City: RANCHO DOMINGUEZ | State: CA | ZIP code: 90221 |

Destination City
WILKES-BARRE

| | State: PA | ZIP Code: 18706 |

| Origin city (if different than before): | State: | ZIP code: |

Phone Number:
(570) 831-2000

Invoicee:
SHAGHAL LTD

| Customer number: | Store number: | Department: |

Address:
2231 COLBY AVE

P.O. Number:
524911

| City: LOS ANGELES | State: CA | ZIP code: 90064 |

Special Instructions:
MUST DELIVER BY FEB. 14

Contact Name:

INVOICE#944237

Contact Phone:

☐ Standard
☐ Standard
**Standard Guaranteed***
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: __/__/__ & __/__/__

**Faster Standard**
☒ Accelerated
**Expedited Guaranteed***
☐ Time-Critical   Delivery by: __/__/__   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: __/__/__   Between: __ & __
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 20243907

*guarantee only applies to direct service points
All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐     COD amount: $     Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 20 | BOX | | TV WALLMOUNT | 9981001 | 70 | 705 | 40 | 48 | 34 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 20 | | | **GRAND TOTAL** | | | 705 | | | |

EMERGENCY CONTACT
Phone:      Name:      Contract #:

Shipment charges are prepaid unless marked collect:  Collect ☐   Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper company name:
SHAGHAL LTD C/O UNISYS/LOGISTICS TEAM

Carrier:
YRC FREIGHT

Trailer #

Date: 2-7-18

Trailer loaded by:  ☐ Shipper   ☐ Driver

Shipper signature:      YRC Freight employee signature:

Freight counted by:  ☐ Driver: pallets said to contain

H/U received:  ☐ Shipper  ☐ Driver: Loose pieces      ☐ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

817



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/01/2018 | 944238 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 524912 | | N/A | | | | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |

```
3Y49V7      FEB 8, 2018   ACT WT 40.0 LBS        1 OF 3
SVC GNDCOM               BL WT 40.0  LBS
TRACKING# 1Z3Y49V70341226708
REF 1:INV#944238
REF 2:PO#524912

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  16.90 USD
DV  0.00        COD   0.00      RS  0.00
DC  0.00        DGD   0.00      SD  0.00
AH  0.00        PR    0.00      SP  0.00
TOT NR CHG 16.90              NR+HC16.90
TOT PUB CHG 36.45            PUB+HC36.45
```

```
3Y49V7      FEB 8, 2018   ACT WT 40.0 LBS        2 OF 3
SVC GNDCOM               BL WT 40.0  LBS
TRACKING# 1Z3Y49V70342869512
REF 1:INV#944238
REF 2:PO#524912

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  16.90 USD
DV  0.00        COD   0.00      RS  0.00
DC  0.00        DGD   0.00      SD  0.00
AH  0.00        PR    0.00      SP  0.00
TOT NR CHG 16.90              NR+HC16.90
TOT PUB CHG 36.45            PUB+HC36.45
```

```
3Y49V7      FEB 8, 2018   ACT WT 40.0 LBS        3 OF 3
SVC GNDCOM               BL WT 40.0  LBS
TRACKING# 1Z3Y49V70340609921
REF 1:INV#944238
REF 2:PO#524912

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  16.90 USD
DV  0.00        COD   0.00      RS  0.00
DC  0.00        DGD   0.00      SD  0.00
AH  0.00        PR    0.00      SP  0.00
TOT NR CHG 16.90              NR+HC16.90
TOT PUB CHG 36.45            PUB+HC36.45
```

| | Grand Total | $264.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|---|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice. the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action. Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---|

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

*Shaghal* — 02/08

**DATE**  02/01/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD          √
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**   / /
**REQST DATE**  02/14/18
**CANCEL DATE**  / /
**ORDER DATE**  01/31/18

**DEPT:** 657        **TYPE:** RE          **INSTRUCTIONS:**

**ORDER NO:** 100651              **PO NO:**  524912 √                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811  √  / EMW4101  ③ Box's — 40 lbs<br>17-55 Full Motion TV Mount | 15  ⑮ | EA  $ 17.64<br>√ | |

UPS Ground
_____

Ⓦ → 120 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| DATE | 02/01/18 | | INV # | 944238 √ |
| SOLD TO | SEARS | | PO # | 524912 √ |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO

SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD  √
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 3 √ | 15 √ | CHINA |
| | | | | | |
| | TOTAL | | 3 | 15 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/01/2018 | 944239 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 524913 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/01/2018 | 02/01/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 208.80 | |
| 20 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 352.80 | |
| 8 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 266.88 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

```
3Y49V7        FEB 12, 2018   ACT WT 20.0 LBS         1 OF 16
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340148232
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22            PUB+HC12.22
```

```
3Y49V7        FEB 12, 2018   ACT WT 20.0 LBS         2 OF 16
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341459641
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22            PUB+HC12.22
```

```
3Y49V7        FEB 12, 2018   ACT WT 20.0 LBS         3 OF 16
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341917061
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22            PUB+HC12.22
```

```
3Y49V7        FEB 12, 2018   ACT WT 20.0 LBS         4 OF 16
SVC GNDCOM                   BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340296869
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 12.22            PUB+HC12.22
```

```
3Y49V7        FEB 12, 2018   ACT WT 40.0 LBS         5 OF 16
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342332270
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03            PUB+HC17.03
```

```
3Y49V7        FEB 12, 2018   ACT WT 40.0 LBS         6 OF 16
SVC GNDCOM                   BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340322285
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD    0.00           RS 0.00
DC 0.00              DGD    0.00           SD 0.00
AH 0.00              PR     0.00           SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.03            PUB+HC17.03
```

| | Grand Total | $1,150.48 |
|---|---|---|

acknowledged and accepted in full. F        MB

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

## Thank you for y

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* → 02/09

**DATE** 02/01/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  / /
**REQST DATE** 02/14/18
**CANCEL DATE** / /
**ORDER DATE** 01/31/18

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100652        **PO NO:** 524913        **PAGE:**   1

SHIP TO: SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781  ( / EMW3401 (4) → 20 LBS<br>10-49 FULL Motion TV Mount | 20 (20) | EA $ 10.44 | |
| 2 | 817707019811  ( / EMW4101 (4) → 40 LBS<br>17-55 Full Motion TV Mount | 20 (20) | EA $ 17.64 | |
| 3 | 817707019804  2 / EMW5306 (4) → 35 LBS<br>TV Wall Mount Kit with HDMI ca | 8 (8) | EA $ 33.36 | |
| 4 | 817707019798  ( / EMW6201 (4) → 33 LBS<br>30-79 Tilting TV Wall Mount | 20 (20) | EA $ 16.10 | |

(16) Burt

UPS Ground = $127.84 (1 DAY)
(W) → 508 lbs



3Y49V7        FEB 12, 2018    ACT WT 33.0 LBS      15 OF 16
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341384378
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD    0.00      RS  0.00
DC  0.00              DGD    0.00      SD  0.00
AH  0.00              PR     0.00      SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.61           PUB+HC16.61

3Y49V7        FEB 12, 2018    ACT WT 33.0 LBS      16 OF 16
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341390389
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00              COD    0.00      RS  0.00
DC  0.00              DGD    0.00      SD  0.00
AH  0.00              PR     0.00      SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.61           PUB+HC16.61



**Shagh**

2231 Colby Ave., Los An
T (310) 966 1133    F

| | |
|---|---|
| DATE | 02/01/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| | |
| SHIP TO | SEARS UNIT #0449 |
| | 1700 SCHUSTER RD |
| | DELANO INDUSTRIAL PK |
| | DELANO, CA 932159572 |

INV # 944239
PO # 524913

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW4101 | 5 | | 4 | 20 | CHINA |
| EMW5306 | 2 | | 4 | 8 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | TOTAL | | 16 | 68 | |

---

3Y49V7        FEB 12, 2018    ACT WT 33.0 LBS        13 OF 16
SVC GNDCOM        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341617162
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.61        PUB+HC16.61

3Y49V7        FEB 12, 2018    ACT WT 33.0 LBS        14 OF 16
SVC GNDCOM        BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340091963
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.61        PUB+HC16.61

---

3Y49V7        FEB 12, 2018    ACT WT 40.0 LBS        7 OF 16
SVC GNDCOM        BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340721899
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 17.03        PUB+HC17.03

3Y49V7        FEB 12, 2018    ACT WT 40.0 LBS        8 OF 16
SVC GNDCOM        BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340747102
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 17.03        PUB+HC17.03

3Y49V7        FEB 12, 2018    ACT WT 36.0 LBS        9 OF 16
SVC GNDCOM        BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340973911
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.88        PUB+HC16.88

---

3Y49V7        FEB 12, 2018    ACT WT 36.0 LBS        10 OF 16
SVC GNDCOM        BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342938321
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.88        PUB+HC16.88

3Y49V7        FEB 12, 2018    ACT WT 36.0 LBS        11 OF 16
SVC GNDCOM        BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340736338
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.88        PUB+HC16.88

3Y49V7        FEB 12, 2018    ACT WT 36.0 LBS        12 OF 16
SVC GNDCOM        BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342623947
REF 1:INV#944239
REF 2:PO#524913

HANDLING CHARGE 0.00
SINGLE − PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.99        NR+HC7.99
TOT PUB CHG 16.88        PUB+HC16.88

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/13/2018 | 948462 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0440
1600 N BOUDREAU RD
MANTENO, IL 609509377

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 525837 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7          FEB 16, 2018    ACT WT 12.0 LBS        1 OF 3
SVC GNDCOM                      BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340958241
REF 1:INV#948462
REF 2:PO#525837

HANDLING CHARGE 0.00                    SVC  9.80 USD
SINGLE-PIECE NR RATE CHRGS:     COD  0.00      RS  0.00
DV  0.00                        DGD  0.00      SD  0.00
DC  0.00                        PR   0.00      SP  0.00
AH  0.00                               NR+HC9.80
TOT NR CHG 9.80                        PUB+HC19.73
TOT PUB CHG 19.73
```

```
3Y49V7          FEB 16, 2018    ACT WT 9.0 LBS         3
SVC GNDCOM                      BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341162269
REF 1:INV#948462
REF 2:PO#525837

HANDLING CHARGE 0.00                    SVC  9.80 USD
SINGLE-PIECE NR RATE CHRGS:     COD  0.00      RS  0.00
DV  0.00                        DGD  0.00      SD  0.00
DC  0.00                        PR   0.00      SP  0.00
                                       NR+HC9.80
TOT NR CHG 9.80                        PUB+HC16.92
TOT PUB CHG 16.92
```

```
3Y49V7          FEB 16, 2018    ACT WT 9.0 LBS         2 OF 3
SVC GNDCOM                      BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342879458
REF 1:INV#948462
REF 2:PO#525837

HANDLING CHARGE 0.00                    SVC  9.80 USD
SINGLE-PIECE NR RATE CHRGS:     COD  0.00      RS  0.00
DV  0.00                        DGD  0.00      SD  0.00
DC  0.00                        PR   0.00      SP  0.00
AH  0.00                               NR+HC9.80
TOT NR CHG 9.80                        PUB+HC16.92
TOT PUB CHG 16.92
```

| | Grand Total | $1,115.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

Shaghd → 02918

DATE 02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO  IL   609509377

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO  IL   609509377

DELIV DATE   / /
REQST DATE  02/21/18
CANCEL DATE  / /
ORDER DATE  02/07/18

**DEPT:** 603      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100653                PO NO: 525837 ✓                **PAGE:**   1

SHIP TO: SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629      / EGQ347BL ① — 12 lbs<br>7" Quad-Core with Android 5.0 | 10 ⑩ | EA | $ 44.52 ✓ |
| 2 | 817707019569      / FUNTAB3 ② — 9 lbs<br>Ematic 7" HD Kid Safe Tablet e | 10 ⑩ | EA | $ 67.00 ✓ |

UPS Ground

W → 30 lbs

825



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 02/13/18 | **INV #**  948462 √ |
| **SOLD TO** | SEARS | **PO #**  525837 √ |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS UNIT #0440 | |
| | 1600 N BOUDREAU RD | |
| | MANTENO, IL 609509377 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ347BL | 10 | | 1 √ | 10 √ | CHINA |
| FUNTAB3 | 5 | | 2 √ | 10 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 3 √ | 20 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/13/2018 | 948463 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 525838 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |

```
3Y49V7        FEB 16, 2018    ACT WT 12.0 LBS         1 OF 1
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340942678
REF 1:INV#948463
REF 2:PO#626838

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  8.33 USD
DV 0.00          COD  0.00       RS 0.00
DC 0.00          DGD  0.00       SD 0.00
AH 0.00          PR   0.00       SP 0.00
TOT NR CHG 8.33                 NR+HC8.33
TOT PUB CHG 19.10               PUB+HC19.10
```

| | Grand Total | $445.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

827

2231 COLBY AVE
LOS ANGELES  CA   90024

**DATE** 02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
 1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE**  / /
**REQST DATE**  02/21/18
**CANCEL DATE**  / /
**ORDER DATE**  02/07/18

**DEPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100654              **PO NO:** 525838              **PAGE:**   1

SHIP TO:  SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629      / EGQ347BL | 10 (10) | EA | |
|   | 7" Quad-Core with Android 5.0 | | | |

828



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 02/13/18 | INV # | 948463 √ |
| SOLD TO | SEARS | PO # | 525838 √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| SHIP TO | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EGQ347BL | 10 | | 1 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 10 | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

829

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 02/13/2018 | 948464 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 525839 | | N/A | | | | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        1 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340391237
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26

3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        2 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340982849
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26

3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        3 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342620068
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26

3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        4 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340778865
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26
```

```
3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        5 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341495276
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26

3Y49V7          FEB 16, 2018  ACT WT 35.0 LBS        6 OF 9
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342965284
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  19.73 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 19.73                     NR+HC19.73
TOT PUB CHG 46.26                    PUB+HC45.26

3Y49V7          FEB 16, 2018  ACT WT 33.0 LBS        7 OF 9
SVC GNDCOM                    BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342644899
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00                 SVC  18.70 USD
SINGLE – PIECE NR RATE CHRGS:        RS  0.00
DV 0.00            COD    0.00        SD  0.00
DC 0.00            DGD    0.00        SP  0.00
AH 0.00            PR     0.00
TOT NR CHG 18.70                     NR+HC18.70
TOT PUB CHG 42.88                    PUB+HC42.88
```

| | Grand Total | $641.82 |
|---|-------------|---------|

acknowledged and accepted in full. F

MB

Thank you for

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST** — _0418_

Shaghd

**DATE** 02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**  / /
**REQST DATE** 02/21/18
**CANCEL DATE** / /
**ORDER DATE** 02/07/18

**DEPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100655            **PO NO:** 525839                        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | ~~817707040988~~  / ~~EMW5485~~  ~~20-55 Fixed Low Profile TV Wal~~ | ~~20~~ | ~~EA~~ | |
| 2 | 817707019804  / EMW5306  TV Wall Mount Kit with HDMI ca | (6) —35 lbs    12 (12) | EA $ 33.36 | |
| 3 | 817707019798  / EMW6201  30-79 Tilting TV Wall Mount | (3) — 33 lbs   15 (15) | EA $ 16.10 | |

(9) Box

UPS Ground

(W) —1309 lbs

831



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/13/18 | **INV #** | 948464 |
| **SOLD TO** | SEARS | **PO #** | 525839 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 6 | 12 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | **TOTAL** | | 9 | 27 | |

**SIGNATURE**

**PLEASE NOTE:**          UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS      8 OF 9
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340750107
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD  0.00         RS  0.00
DC 0.00          DGD  0.00         SD  0.00
AH 0.00          PR   0.00         SP  0.00
TOT NR CHG 18.70          NR+HC18.70
TOT PUB CHG 42.88         PUB+HC42.88
```

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS      9 OF 9
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340856913
REF 1:INV#948464
REF 2:PO#525839

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00          COD  0.00         RS  0.00
DC 0.00          DGD  0.00         SD  0.00
AH 0.00          PR   0.00         SP  0.00
TOT NR CHG 18.70          NR+HC18.70
TOT PUB CHG 42.88         PUB+HC42.88
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/13/2018 | 948465 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 525840 | | N/A | | | | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 333.60 | |
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 80.50 | |

```
3Y49V7      FEB 15, 2018   ACT WT 35.0 LBS           1 OF 6
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342916686
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.19 USI
DV 0.00            COD   0.00      RS 0.00
DC 0.00            DGD   0.00      SD 0.00
AH 0.00            PR    0.00      SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7      FEB 15, 2018   ACT WT 35.0 LBS           4 OF 6
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341960316
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.19 USD
DV 0.00            COD   0.00      RS 0.00
DC 0.00            DGD   0.00      SD 0.00
AH 0.00            PR    0.00      SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PU8+HC32.55
```

```
3Y49V7      FEB 15, 2018   ACT WT 35.0 LBS           2 OF 6
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340940296
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.19 USD
DV 0.00            COD   0.00      RS 0.00
DC 0.00            DGD   0.00      SD 0.00
AH 0.00            PR    0.00      SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

```
3Y49V7      FEB 15, 2018   ACT WT 35.0 LBS           3 OF 6
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340629507
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.19 USD
DV 0.00            COD   0.00      RS 0.00
DC 0.00            DGD   0.00      SD 0.00
AH 0.00            PR    0.00      SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

| | Grand Total | $414.10 |
|--|-------------|---------|

...nowledged and accepted in full.        MB

```
3Y49V7      FEB 15, 2018   ACT WT 35.0 LBS           6 OF 6
SVC GNDCOM                 BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342868728
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  14.19 USD
DV 0.00            COD   0.00      RS 0.00
DC 0.00            DGD   0.00      SD 0.00
AH 0.00            PR    0.00      SP 0.00
TOT NR CHG 14.19            NR+HC14.19
TOT PUB CHG 32.55          PUB+HC32.55
```

legal action, Vendee agrees to be sued in the County of Los Angeles,
State of California. Vendee agrees to the terms

Thank yo...

833

2231 COLBY AVE
LOS ANGELES  CA   90024

③

*Shag w — 0416*

**DATE** 02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**   / /
**REQST DATE**  02/21/18
**CANCEL DATE** / /
**ORDER DATE**  02/07/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100656 /                **PO NO:** 525840                    **PAGE:**    1

SHIP TO:  SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|------------------------------|-------------|-----------------|----------|
| 1 | 817707019804      / EMW5306  ⑤ — 35 lbs<br>TV Wall Mount Kit with HDMI ca | 10  ⑩ | EA  $ 33.36 | |
| 2 | 817707019798      / EMW6201  ① — 33 lbs<br>30-79 Tilting TV Wall Mount | 5  ⑤ | EA  $ 16.10 | |

⑥ Box's

UPS Ground

Ⓦ — >208 lbs

834



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/13/18 | **INV #** | 948465 |
| **SOLD TO** | SEARS | **PO #** | 525840 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0447 | | |
| | BLDG F&G | | |
| | 2775 W MILLER RD | | |
| | GARLAND, TX 750411210 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | | 5 | 10 | CHINA |
| EMW6201 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | **TOTAL** | | 6 | 15 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

```
3Y49V7        FEB 15, 2018   ACT WT 33.0 LBS      6 OF 6
SVC GNDCOM               BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342850737
REF 1:INV#948465
REF 2:PO#525840

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  13.60 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 13.60                 NR+HC13.60
TOT PUB CHG 31.19                PUB+HC31.19
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/13/2018 | 948466 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 525841 | | N/A | | | | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |
| 10 | FUNTAB3 | FUNTAB 3 | 67.00 | | 670.00 | |

```
3Y49V7       FEB 16, 2018    ACT WT 12.0 LBS       1 OF 3
SVC GNDCOM                   BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341201985
REF 1:INV#948466
REF 2:PO#525841

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00         COD  0.00       RS 0.00
DC 0.00         DGD  0.00       SD 0.00
AH 0.00         PR   0.00       SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 10.98         PUB+HC10.98
```

```
3Y49V7       FEB 16, 2018    ACT WT 9.0 LBS        3 OF 3
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341170803
REF 1:INV#948466
REF 2:PO#525841

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00         COD  0.00       RS 0.00
DC 0.00         DGD  0.00       SD 0.00
AH 0.00         PR   0.00       SP 0.00
TOT NR CHG 7.99           NR+HC7.99
TOT PUB CHG 10.18         PUB+HC10.18
```

```
3Y49V7       FEB 16, 2018    ACT WT 9.0 LBS        2 OF 3
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340113691
REF 1:INV#948466
REF 2:PO#525841

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00         COD  0.00       RS 0.00
DC 0.00         DGD  0.00       SD 0.00
AH 0.00         PR   0.00       SP 0.00
TOT NR CHG 7.99           NR+HC7.99
TOT PUB CHG 10.18         PUB+HC10.18
```

| Grand Total | $1,115.20 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action. Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**836**

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

*Shagha* →  0216

DATE  02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**DELIV DATE**   / /
**REQST DATE**  02/21/18
**CANCEL DATE**  / /
**ORDER DATE**  02/07/18

**DEPT:** 603       **TYPE:** RE       **INSTRUCTIONS:**

**ORDER NO:** 100657          **PO NO:** 525841                    **PAGE:**   1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629   / EGQ347BL ① — 12 lb<br>7" Quad-Core with Android 5.0 | 10 ⑩ | EA $ 44.52 | |
| 2 | 817707019569   / FUNTAB3 ② — 9 lbs<br>Ematic 7" HD Kid Safe Tablet e | 10 ⑩ | EA $ 67.00 | |

UPS Ground

③ — 30 lbs

837



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/13/18 | **INV #** | 948466 |
| **SOLD TO** | SEARS | **PO #** | 525841 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0449 | | |
| | 1700 SCHUSTER RD | | |
| | DELANO INDUSTRIAL PK | | |
| | DELANO, CA 932159572 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ347BL | 10 | | 1 | 10 | CHINA |
| FUNTAB3 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 20 | |

SIGNATURE

**PLEASE NOTE:**  UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

838

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/13/2018 | 948467 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 525842 | | N/A | | | | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 14 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 467.04 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          1 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342786021
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          5 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340827869
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          2 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341376038
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          6 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340392076
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          3 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342376644
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

| | Grand Total | $789.04 |
|--|-------------|---------|

cknowledged and accepted in full.

MB

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          4 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340000866
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

```
3Y49V7      FEB 16, 2018   ACT WT 35.0 LBS          7 OF 11
SVC GNDCOM               BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341790081
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:             SVC  7.99 USD
DV 0.00             COD   0.00          RS 0.00
DC 0.00             DGD   0.00          SD 0.00
AH 0.00             PR    0.00          SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.88             PUB+HC16.88
```

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal — 02/16

DATE  02/08/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**    / /
**REQST DATE**  02/21/18
**CANCEL DATE**  / /
**ORDER DATE**  02/07/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100658        **PO NO:** 525842        **PAGE:**    1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | ~~817707019828~~ / ~~EMW5108~~ ~~20-60 Fixed Low Profile TV Wall~~ | ~~80~~ | ~~EA~~ | |
| 2 | 817707019804 / EMW5306 ⑦ — 35 lbs. TV Wall Mount Kit with HDMI ca | 14 ⑭ | EA $ 33.36 | |
| 3 | 817707019798 / EMW6201 ④ — 33 lbs 30-79 Tilting TV Wall Mount | 20 ⑳ | EA $ 16.10 | |

⑪ Bua's

UPS Ground

Ⓦ — 377 lbs

**840**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          02/13/18                                    INV #     948467
SOLD TO       SEARS                                       PO #      525842
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS UNIT #0449
              1700 SCHUSTER RD
              DELANO INDUSTRIAL PK
              DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | | 7 | 14 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | **TOTAL** | | 11 | 34 | |

SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                   REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                   DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                   ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                   CAN CLAIM WITHIN THE TIME FRAME

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS        8 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341277690                              )R
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.61           PUB + HC16.61
```

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS        9 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340870906
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.61           PUB + HC16.61
```

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS       10 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70342945715
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.61           PUB + HC16.61
```

```
3Y49V7        FEB 16, 2018   ACT WT 33.0 LBS       11 OF 11
SVC GNDCOM                   BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341838128
REF 1:INV#948467
REF 2:PO#525842

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.61           PUB + HC16.61
```



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/16/2018 | 949511 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0425<br>JACKSONVILLE - RRC<br>10512 BUSCH DR N<br>JACKSONVILLE FL, 322185604 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 526910 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/16/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |

```
3Y49V7        FEB 21, 2018  ACT WT 40.0 LBS    1 OF 4
SVC GNDCOM                  BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342716561
REF 1:INV#949511
REF 2:PO#526910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00           COD   0.00       RS  0.00
DC 0.00           DGD   0.00       SD  0.00
AH 0.00           PR    0.00       SP  0.00
TOT NR CHG 21.67              NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70
```

```
3Y49V7        FEB 21, 2018  ACT WT 33.0 LBS    2 OF 4
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340624977
REF 1:INV#949511
REF 2:PO#526910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00           COD   0.00       RS  0.00
DC 0.00           DGD   0.00       SD  0.00
AH 0.00           PR    0.00       SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7        FEB 21, 2018  ACT WT 33.0 LBS    3 OF 4
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340606988
REF 1:INV#949511
REF 2:PO#526910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00           COD   0.00       RS  0.00
DC 0.00           DGD   0.00       SD  0.00
AH 0.00           PR    0.00       SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7        FEB 21, 2018  ACT WT 33.0 LBS    4 OF 4
SVC GNDCOM                  BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341318592
REF 1:INV#949511
REF 2:PO#526910

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  18.70 USD
DV 0.00           COD   0.00       RS  0.00
DC 0.00           DGD   0.00       SD  0.00
AH 0.00           PR    0.00       SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

| Grand Total | $329.70 |
|-------------|---------|

acknowledged and accepted in full.

**Prepared By**

they are in good condition and accepts them in ... of special orders can be accepted. However, in ...king charge of 15% per month. All past due ... able. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES CA 90024

Cont PICKING LIST 150

*Shagha*

→ 02/21

**DATE** 02/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL 322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE FL 322185604

**DELIV DATE** / /
**REQST DATE** 02/28/18
**CANCEL DATE** / /
**ORDER DATE** 02/14/18

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100659    **PO NO:** 526910    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811 ⑧ / EMW4101 ① → 40 40 lbe | 5 ⑤ | EA ← 17.64 | |
| | 17-55 Full Motion TV Mount | | | |
| 2 | 817707019798 ✓ / EMW6201 ③ → 33 lbr | 15 ⑮ | EA ← 6-10 | |
| | 30-79 Tilting TV Wall Mount | | | |

UPS Ground

Ⓦ → 139 lby



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 02/16/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #   949511
PO #   526910

| SHIP TO | SEARS UNIT #0425 |
| | JACKSONVILLE - RRC |
| | 10512 BUSCH DR N |
| | JACKSONVILLE, FL 322185604 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 1 | 5 | CHINA |
| EMW6201 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 20 | |

SIGNATURE

PLEASE NOTE:          UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/16/2018 | 949512 |

| BILL TO |
|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS UNIT# 0443<br>1055 HANOVER ST<br>HANOVER INDUSTRIAL PK<br>WILKES BARRE, PA 187062028 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 526911 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/16/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7      FEB 21, 2018   ACT WT 33.0 LBS        1 OF 2
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341696640
REF 1:INV#949512
REF 2:PO#526911

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.70 USD
DV 0.00        COD  0.00        RS  0.00
DC 0.00        DGD  0.00        SD  0.00
AH 0.00        PR   0.00        SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

```
3Y49V7      FEB 21, 2018   ACT WT 33.0 LBS        2 OF 2
SVC GNDCOM              BL WT 33.0 LBS
TRACKING# 1Z3Y49V70341386761
REF 1:INV#949512
REF 2:PO#526911

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  18.70 USD
DV 0.00        COD  0.00        RS  0.00
DC 0.00        DGD  0.00        SD  0.00
AH 0.00        PR   0.00        SP  0.00
TOT NR CHG 18.70              NR+HC18.70
TOT PUB CHG 42.88            PUB+HC42.88
```

| Grand Total | $161.00 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

SHAGHAL LTD.
2231 COLBY AVE
LOS ANGELES  CA   90024

Shaghal → 02/21

DATE  02/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

DELIV DATE      / /
REQST DATE  02/28/18
CANCEL DATE  / /
ORDER DATE  02/14/18

DEPT: 657      TYPE:  RE         INSTRUCTIONS:

ORDER NO: 100660              PO NO:  526911                              PAGE:      1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | ~~817707019804~~      / ~~EMW5606~~  ~~TV Wall Mount Kit with HDMI ca~~ | ~~10~~ | ~~EA~~ | |
| 2 | 817707019798   5 / EMW620₁ (2) — 33 lbs  30-79 Tilting TV Wall Mount | 1 0 (10) | EA | $ 16.10 |

UPS Ground

(W) —1 66 lbs,

846



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | <u>02/16/18</u> | **INV #** | 949512 |
| **SOLD TO** | SEARS | **PO #** | 526911 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0443 | | |
| | 1055 HANOVER ST | | |
| | HANOVER INDUSTRIAL PK | | |
| | WILKES BARRE, PA 187062028 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 10 | |

SIGNATURE

**PLEASE NOTE:**       UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Cont 3, Pg 42 of 150

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/16/2018 | 949513 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 526913 | | N/A | | | | 02/16/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |

```
3Y49V7      FEB 21, 2018   ACT WT 17.0  LBS             1 OF 1
SVC GNDCOM                 BL WT 17.0  LBS
TRACKING# 1Z3Y49V70340672933
REF 1:INV#949513
REF 2:PO#526913

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:         SVC  11.61 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 11.61            NR + HC11.61
TOT PUB CHG 24.88           PUB + HC24.88
```

| | Grand Total | $491.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

848

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

**DATE** 02/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO  IL   60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO  IL   60950

**DELIV DATE**   / /
**REQST DATE** 02/28/18
**CANCEL DATE** / /
**ORDER DATE** 02/14/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100662              **PO NO:** 526913                              **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0475

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 815592020066 / ESFC204<br>Ematic Stud Finder | 50 | EA | |

*(handwritten: Box — 17 lbs    $9.82)*

*(handwritten: UPS Ground)*

849



### Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/16/18 | **INV #** | 949513 |
| **SOLD TO** | SEARS | **PO #** | 526913 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS UNIT#0475 | | |
| | CDF-MANTENO-SLS | | |
| | 8374 N 4000 EAST | | |
| | MANTENO, IL 60950-3588 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 1 | 50 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 50 | |

_____

**SIGNATURE**

**PLEASE NOTE:**        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**850**

Cont 3 Pg 45 of 150 23

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/16/2018 | 949514 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|------------|-------|---------|---|------|----------|-----------|----------|
| 526912 | | N/A | | | | 02/16/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |

```
3Y49V7        FEB 23, 2018    ACT WT 40.0 LBS          1 OF 4
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342234939
REF 1:INV#949514
REF 2:PO#526912

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00                 COD    0.00         RS  0.00
DC 0.00                 DGD    0.00         SD  0.00
AH 0.00                 PR     0.00         SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 17.03              PUB+HC17.03
```

```
3Y49V7        FEB 23, 2018    ACT WT 33.0 LBS          4 OF 4
SVC GNDCOM                     BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340438662
REF 1:INV#949514
REF 2:PO#526912

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00                 COD    0.00         RS  0.00
DC 0.00                 DGD    0.00         SD  0.00
AH 0.00                 PR     0.00         SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 16.51              PUB+HC16.51
```

```
3Y49V7        FEB 23, 2018    ACT WT 40.0 LBS          2 OF 4
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342778549
REF 1:INV#949514
REF 2:PO#526912

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00                 COD    0.00         RS  0.00
DC 0.00                 DGD    0.00         SD  0.00
AH 0.00                 PR     0.00         SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 17.03              PUB+HC17.03
```

| | | Grand Total | $337.40 |
|---|---|-------------|---------|

```
3Y49V7        FEB 23, 2018    ACT WT 33.0 LBS          3 OF 4
SVC GNDCOM                     BL WT 33.0 LBS
TRACKING# 1Z3Y49V70340187763
REF 1:INV#949514
REF 2:PO#526912

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00                 COD    0.00         RS  0.00
DC 0.00                 DGD    0.00         SD  0.00
AH 0.00                 PR     0.00         SP  0.00
TOT NR CHG 7.99                    NR+HC7.99
TOT PUB CHG 16.51              PUB+HC16.51
```

knowledged and accepted in full.

Prepared By

...ey are in good condition and accepts them in
...f special orders can be accepted. However, in
...ng charge of 15% per month. All past due
...le. In the event Vendor institutes collection
...e Vendee shall pay to the Vendor in addition
...endor therewith. In connection with any such
...lifornia, and consent to the jurisdiction of the
...terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal    → 02/23

**DATE** 02/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**   / /
**REQST DATE**  02/28/18
**CANCEL DATE**  / /
**ORDER DATE**  02/14/18

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100661            **PO NO:** 526912            **PAGE:**    1

SHIP TO:  SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019811    / EMW4101 | 10 (10) | EA | $ 17.64 |
|   | 17-55 Full Motion TV Mount | (2) — 40 lbs | | |
| ~~2~~ | ~~817707019804    / EMW5306~~ | ~~10~~ | | |
|   | ~~Full Motion Mount Kit with HDMI ca~~ | | | |
| 3 | 817707019798    / EMW6201 | 10 (10) | EA | $ 16.10 |
|   | 30-79 Tilting TV Wall Mount | (2) — 33 lbs | | |

UPS Ground

(3) → 146 lbs

852



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 02/16/18 | **INV #** | 949514 |
| **SOLD TO** | SEARS | **PO #** | 526912 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0449 | | |
| | 1700 SCHUSTER RD | | |
| | DELANO INDUSTRIAL PK | | |
| | DELANO, CA 932159572 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 20 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/16/2018 | 969634 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 531372 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/16/2018 | 3/16/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 26 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 867.36 | |
| 25 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 402.50 | |

| | |
|--|--|
| **Grand Total** | **$1,410.26** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**854**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

DATE  03/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

**DELIV DATE**  / /
**REQST DATE**  03/28/18
**CANCEL DATE** / /
**ORDER DATE**  03/14/18

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100673      **PO NO:** 531372      **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0425

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781    / EMW3401<br>10-49 FULL Motion TV Mount | 5 | EA | |
| 2 | 817707019811    / EMW4101<br>17-55 Full Motion TV Mount | 5 | EA | |
| 3 | 817707019804    / EMW5306<br>TV Wall Mount Kit with HDMI ca | 26 | EA | |
| 4 | 817707019798    / EMW6201<br>30-79 Tilting TV Wall Mount | 25 | EA | |





## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 03/19/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 969634 |
| PO # | 531372 |

SHIP TO    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | QTY/BOX | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | | 5 | 1 | 5 | CHINA |
| EMW4101 | 1 | 5 | 1 | 5 | CHINA |
| EMW5306 | | 2 | 13 | 26 | CHINA |
| EMW6201 | | 5 | 5 | 25 | CHINA |
| | | | | | |
| TOTAL | 1 | | 20 | 61 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: 03/21/2018  **BILL OF LADING**

| | |
|---|---|
| Bill of Lading Number : 99079482 | |
| Carrier Name: ROADRUNNER | |
| SCAC: RDFS | |
| Pro number: | |

## SHIP FROM

Name: SHAGHAL LTD
Address: 2231 COLBY AVENUE

City/State/Zip: LOS ANGELES,CA 90064
Ph: 310-966-1133 Contact: LYN          FOB: ☐

## SHIP TO

Name: SEARS UNIT # 0425          Location#
Address: 10512 N BUSCH DR N

City/State/Zip: JACKSONVILLE,FL 32218
Ph: 904-751-8570 Contact: RECEIVING          FOB: ☐

## FREIGHT CHARGES BILL TO

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

*Roadrunner Freight* **.COM**

457072841

SHIPPER'S COPY

This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations, and all other applicable provisions of this carrier's individual and collective tariffs, including NMF 100 series unless otherwise agreed by contract.

SPECIAL INSTRUCTIONS: For assistance, please call (310) 893-2010

Handling Instructions: *** Notify before delivery ***
inv#969634; po#531372

Pickup Instructions: pick up time : 2-4 pm

Delivery Instructions: notify before delivery  APPOINTMENT DELIVERY REQUIRED

Delivery Service(s): Notify Before Delivery

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or slowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 20 | BOX | 711 | | 12 but less than 15, 48(L) x 40(W) x 44(H)  DO NOT STACK | 116030-8 | 85 |
| 1 | | 20 | | 711 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ | Acceptable Forms of Payment: | |
|---|---|---|
| Fee Terms: 3rd Party WWE | Bank Certified Check | |
| Remit Address: | Company Check | |
| | Personal Check | |
| | Money Order | |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |

JOS & LUS
(Signature)          (Date)

3- 2LID
1 WD
(Signature)          (Date)

(Signature)          (Date)

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 3/16/2018 | 969635 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0447<br>2775 W MILLER RD<br>GARLAND, TX 750411210 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 531373 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 3/16/2018 | 3/16/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 66.72 | |

```
                                    MAR 22, 2018   ACT WT 35.0 LBS          1 OF 1
3Y49V7                                             BL WT 35.0 LBS
SVC GNDCOM
TRACKING# 1Z3Y49V70342480173
REF 1:INV#969635
REF 2:PO#531373

HANDLING CHARGE 0.00                          SVC  14.19  USD
SINGLE - PIECE NR RATE  CHRGS:                RS   0.00
DV  0.00                  COD    0.00         SD   0.00
DC  0.00                  DGD    0.00         SP   0.00
AH  0.00                  PR     0.00
TOT NR CHG 14.19                              NR + HC14.19
TOT PUB CHG 32.65                             PUB + HC32.65
```

| | Grand Total | $66.72 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| | Prepared By |
|---|---|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**858**

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

DATE  03/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0447
BLDG F & G
2775 W MILLER RD
GARLAND  TX   750411210

**SHIP-FOR ADDRESS**
SEARS UNIT # 0447
2775 W MILLER RD
GARLAND  TX   750411210

**DELIV DATE**    / /
**REQST DATE**  03/28/18
**CANCEL DATE**  / /
**ORDER DATE**  03/14/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100674        **PO NO:** 531373        **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0447

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019804        / EMW5306<br>TV Wall Mount Kit with HDMI ca | 2  (2) | EA | $ 33.36 |

Box — 35 lbs

UPS Ground

(W) →35 lbs



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 03/19/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 969635 ✓ |
| **PO #** | 531373 ✓ |

**SHIP TO**   SEARS UNIT #0447
BLDG F&G
2775 W MILLER RD ✓
GARLAND, TX 750411210

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | QTY/BOX | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 1 | 2 | 1 | 2 ✓ | CHINA |
| | | | | | |
| TOTAL | 1 | | 1 | 2 | |

_____

**SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|---|---|
| 3/16/2018 | 969636 |

| BILL TO |
|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 531374 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 3/16/2018 | 3/16/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 5 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 88.20 | |
| 12 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 400.32 | |

```
3Y49V7         MAR 23, 2018   ACT WT 40.0 LBS        1 OF 7
SVC GNDCOM                    BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341976336
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 17.03             PUB + HC17.03

3Y49V7         MAR 23, 2018   ACT WT 35.0 LBS        2 OF 7
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340263947
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 16.88             PUB + HC16.88

3Y49V7         MAR 23, 2018   ACT WT 36.0 LBS        3 OF 7
SVC GNDCOM                    BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341657154
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 16.88             PUB + HC16.88
```

```
3Y49V7         MAR 23, 2018   ACT WT 35.0 LBS        4 OF 7
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342531966
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 16.88             PUB + HC16.88

3Y49V7         MAR 23, 2018   ACT WT 35.0 LBS        5 OF 7
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70340224373
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 16.88             PUB + HC16.88
```

| Grand Total | $488.52 |
|---|---|

acknowledged and accepted in full.

```
3Y49V7         MAR 23, 2018   ACT WT 35.0 LBS        6 OF 7
SVC GNDCOM                    BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342630386
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.99                NR + HC7.99
TOT PUB CHG 16.88             PUB + HC16.88
```

accounts will incur a charge of 1.5% per month. All charges ...
proceedings or legal action to enforce any of the funds due und...
to said past due funds all legal costs and attorney fees reasonab...
legal action, Vendee agrees to be sued in the County of Los An...
State of California. Vendee agrees to the

Thank

**861**

DATE  03/15/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA   932159572

**DELIV DATE**    / /
**REQST DATE**  03/28/18
**CANCEL DATE**  / /
**ORDER DATE**  03/14/18

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100675                **PO NO:** 531374              **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0449

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019811        / EMW4101<br>17-55 Full Motion TV Mount | 5 | EA | 17.64 |
| 2 | 817707019804        / EMW5306<br>TV Wall Mount Kit with HDMI ca | 12 | EA | 33.36 |

UPS Ground

W — 250 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 03/19/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 969636 ✓ |
| **PO #** | 531374 ✓ |

**SHIP TO**   SEARS UNIT #0449
1700 SCHUSTER RD ✓
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **QTY/BOX** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 1 | 5 | 1 | 5 ✓ | CHINA |
| EMW5306 | | 2 | 6 | 12 ✓ | CHINA |
| | | | | | |
| **TOTAL** | 1 | | 7 | 17 ✓ | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

```
3Y49V7          MAR 23, 2018   ACT WT 35.0  LBS        7 OF 7
SVC GNDCOM               BL WT 35.0  LBS
TRACKING# 1Z3Y49V70341805994
REF 1:INV#969636
REF 2:PO#531374

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99  USD
DV  0.00                     COD    0.00        RS  0.00
DC  0.00                     DGD    0.00        SD  0.00
AH  0.00                     PR     0.00        SP  0.00
TOT NR CHG 7.99                    NR + HC7.99
TOT PUB CHG 16.88                  PUB + HC16.88
```

# Shaghal Ltd.
Est. 1985

*Shaghal→04/09*

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 04/04/2018 | 981297 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 533671 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 04/04/2018 | 04/04/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |

```
3Y49V7               APR 9, 2018   ACT WT 12.0 LBS        1 OF 1
SVC GNDCOM                         BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342016096
REF 1:INV#981297
REF 2:PO#533671

HANDLING CHARGE 0.00                      SVC  7.98 USD
SINGLE - PIECE NR RATE  CHRGS:            RS  0.00
DV  0.00                  COD   0.00      SD  0.00
DC  0.00                  DGD   0.00      SP  0.00
AH  0.00                  PR    0.00
TOT NR CHG 7.98                   NR + HC7.98
TOT PUB CHG 10.98                 PUB + HC10.98
```

| | Grand Total | $445.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**864**

**PICKING LIST**

**;HIP-TO ADDRESS**
EARS UNIT # 0449
700 SCHUSTER RD
)ELANO INDUSTRIAL PK
)ELANO CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO CA  932159572

**DELIV DATE**  / /
**REQST DATE**  04/11/18
**CANCEL DATE**  / /
**ORDER DATE**  03/30/18

**EPT:** 603      **TYPE:** RE          **INSTRUCTIONS:**

**?DER NO:** 100676          **PO NO:** 533671          **PAGE:**  1

**SHIP TO:** SEARS UNIT # 0449

| ne # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707016629  / EGQ347BL  | 10 (10) | EA  $44.52 | |
| | 7" Quad-Core with Android 5.0 | | | |

(1) Box — 12 lbs

UPS Ground

(W) — 12 lbs



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 04/04/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 981297 |
| **PO #** | 533671 |

**SHIP TO**  SEARS UNIT #0449
1700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO, CA 932159572

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EGQ347BL | | 1 | 10 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | **1** | | **10** | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

Vernon 4/26 27

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 04/23/2018 | 989992 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE FL, 322185604

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 536746 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 04/23/2018 | 04/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 100 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 720.00 | |
| 100 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,044.00 | |
| 100 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 3,336.00 | |
| 100 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 1,610.00 | |

| | | |
|---|---|---|
| **Grand Total** | | **$6,710.00** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice. acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**867**

**PICKING LIST**

Vernon 4/20

DATE 04/20/18

**SHIP-TO ADDRESS**
SEARS UNIT # 0425
ACKSONVILLE - RRC
0512 BUSCH DR N
ACKSONVILLE  FL   322185604

**SHIP-FOR ADDRESS**
SEARS UNIT # 0425
10512 BUSCH DR N
JACKSONVILLE  FL   322185604

MABD – 5/7 – 5/9
**DELIV DATE**   / /
**REQST DATE**
**CANCEL DATE**  / /
**ORDER DATE** 04/19/18

**EPT:** 657      **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100677              **PO NO:** 536746                    **PAGE:**   1

SHIP TO: SEARS UNIT # 0425

| ıe # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019828  / EMW5105  23-65 Fixed Low Profile TV Wal | (10) Box's (#1)  100 (100) | EA | $ 7.20 |
| 2 | 817707019781  / EMW3401  10-49 FULL Motion TV Mount | (20) Box's (#1)  100 (100) | EA | $ 10.44 |
| 3 | 817707019804  / EMW5306  TV Wall Mount Kit with HDMI ca | (50) Box's — (#2)  100 (100) | EA | $ 33.36 |
| 4 | 817707019798  / EMW6201  30-79 Tilting TV Wall Mount | (20) Box's (#1)  100 (100) | EA | $ 16.10 |

(#1)  40" × 48" × 62" → See Above — 1334 lbs

(#2)  40" × 48" × 74" → See Above — 1762 lbs

(2) PALLETS

(W) → 3096 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE**    04/23/18

**SOLD TO**    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**    SEARS UNIT #0425
JACKSONVILLE - RRC
10512 BUSCH DR N
JACKSONVILLE, FL 322185604

**INV #**    989992
**PO #**    536746

| PACKING LIST | | | | | |
|------|--------|-------------|---------|-----------|---------|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5105 | 1 | 10 | 10 | 100 | CHINA |
| EMW3401 | | 20 | 5 | 100 | CHINA |
| EMW6201 | | 20 | 5 | 100 | CHINA |
| EMW5306 | 2 | 50 | 2 | 100 | CHINA |
| | | | | | |
| TOTAL | 2 | 100 | | 400 | |

_____

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**ROADRUNNER**
*Transportation*
*Systems*

STRAIGHT BILL OF LADING - PAGE 64 OF 150TIABLE
**ROADRUNNER TRANSPORTATION SYSTEMS, INC.**
4501 E Washington Blvd, Ste 2
Los Angeles, CA 90040

**PRO NUMBER:** 432184406

DATE: 04-26-2018

Questions? Contact RRTS at (855) 776-3567
You may request pickups, trace shipments or learn more

432184406B

**DO NOT COVER**

| | |
|---|---|
| SQ / RATE QUOTE #: 24829285 | CARRIER'S PRO NUMBER: 432184406 |
| SHIPPER'S BOL NUMBER: 732973 | CUSTOMER P.O. NUMBER: 536746 |

| **SHIPPER INFO (FROM)** | **BILL TO (THIRD PARTY)** |
|---|---|
| SHIPPER: SG LOGISTICS | BILL TO NAME: SHAGHAL LTD |
| STREET: 2034 E. 27th St. Unit A&B | STREET: 2231 COLBY AVE |
| CITY: Vernon  STATE: CA  ZIP: 90058 | CITY: Los Angeles  STATE: CA  ZIP: 90064 |

| **CONSIGNEE (TO)** | **CONSIGNEE CONTACT BEFORE DELIVERY** |
|---|---|
| CONSIGNEE: Sears Unit#0425 | [X] CHECK HERE IF CONTACT IS REQUIRED PRIOR TO DELIVERY |
| STREET: 10512 Busch Dr N | CONTACT: Receiving |
| CITY: Jacksonville  STATE: FL  ZIP: 32218 | PHONE: (904) 727-3228 |

| HANDLING UNITS NO. TYPE | PACKAGE NO. TYPE | HAZ MAT | KIND OF PACKAGING, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | NMFC | CLASS | WEIGHT | CUBIC FT |
|---|---|---|---|---|---|---|---|
| 1 Pallet | 50 Box | | Wall mount - 40x48x62 - Invoice#989992 | 99810 - 1 | 70 | 1334 | 68 |
| 1 Pallet | 50 Box | | Wall mount - 40x48x74 - PO#536746 | 99810 - 1 | 70 | 1762 | 82 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Total Handling Pieces: 100 | Total Package Pieces: 2 | Total Weight: 3096 | Total Cube: 150 |
|---|---|---|---|

SPECIAL INSTRUCTIONS: Please call asap to notify delivery. Delivery appointment required. Must deliver by date 5/2-5/4 2018. Thank you.

ADDITIONAL SERVICES:

| NOTIFY IF PROBLEM ENROUTE OR AT DELIVERY: | CONTACT: Shipping dept. | PH#: (310) 966-1133 | (informational) |
|---|---|---|---|

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request or at www.rrts.com.
The property described above, in apparent good order, except as noted (contents and condition of the contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the terms and conditions shown in item 355 of RDFS rules tariff 100 series, which are hereby agreed to by the shipper and accepted for him or his assigns.

| **COD Information Only:** | **Remit COD to:** | **FREIGHT CHARGES** | |
|---|---|---|---|
| C.O.D. AMT. $ | COMPANY NAME: | [ ] COLLECT [ ] PREPAID | |
| C.O.D. FEE: | STREET: | [X] 3RD PARTY | |
| [ ] COLLECT [ ] PREPAID [ ] 3RD PARTY | CITY:  STATE:  ZIP: | **For Freight Collect Shipments** | |
| COMPANY CHECK ACCEPTABLE [ ] | NAME/CONTACT: | If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. | |

NOTE (1) Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $ _____ per _____
Excess liability coverage requested $ _____

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable. See sec 49 U.S.C § 14706(c)(1)(A) and (B).
NOTE (3) Commodities requiring special or additional care or attention in handling or storing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.

(Signature of Consignor)

| **SHIPPER CERTIFICATION** | **CARRIER CERTIFICATION** |
|---|---|
| This is to certify that the named materials above are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| PER:  DATE: | PER:  NO. PKGS: 2  DATE: 5/3/18 |

**870**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 04/27/2018 | 991576 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 537608 | | N/A | | | | | 04/27/2018 | 04/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |

```
3Y49V7        MAY 2, 2018   ACT WT 26.0 LBS          1 OF 1
SVC GNDCOM              BL WT 26.0 LBS
TRACKING# 1Z3Y49V70340938147
REF 1:INV#991576
REF 2:PO#537608

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  15.18 USD
DV  0.00            COD   0.00          RS  0.00
DC  0.00            DGD   0.00          SD  0.00
AH  0.00            PR    0.00          SP  0.00
TOT NR CHG 15.18                   NR + HC16.18
TOT PUB CHG 34.82                  PUB + HC34.82
```

| | **Grand Total** | **$72.00** |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**871**

PICKING LIST

**DATE** 04/26/18

**HIP-TO ADDRESS**
SEARS UNIT # 0443
055 HANOVER ST
IANOVER INDUSTRIAL PK
VILKES BARRE  PA   187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA   187062028

**DELIV DATE** / /
**REQST DATE** 05/09/18
**CANCEL DATE** / /
**ORDER DATE** 04/25/18

**EPT:** 657          **TYPE:** RE          **INSTRUCTIONS:**

**RDER NO:** 100678                 **PO NO:** 537608                      **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| 1e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-------------|-----------------|----------|
| 1 | 817707019828          / EMW5105 | 10 (10) | EA | $ 7.20 |
|   | 23-65 Fixed Low Profile TV Wal | | | |

Box → 26 lbs

UPS Ground

(W) — 26 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**   04/27/18

**SOLD TO**   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**   SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

**INV #**   991576
**PO #**   537608

| PACKING LIST | | | | | |
|------|--------|-------------|---------|-----------|---------|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5105 | | 1 | 10 | 10 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 10 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST
BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS
ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM
CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/27/2018 | 991577 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0449<br>1700 SCHUSTER RD<br>DELANO INDUSTRIAL PK<br>DELANO, CA 932159572 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 537609 | | N/A | | | | 04/27/2018 | 04/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 24 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 800.64 | |

```
3Y49V7        MAY 4, 2018   ACT WT 40.1 LBS      1 OF 15
SVC GNDCOM              BL WT 41.0 LBS
TRACKING# 1Z3Y49V70340087334
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.25           PUB+HC17.25
```

```
3Y49V7        MAY 4, 2018   ACT WT 40.1 LBS      2 OF 15
SVC GNDCOM              BL WT 41.0 LBS
TRACKING# 1Z3Y49V70342934941
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.25           PUB+HC17.25
```

```
3Y49V7        MAY 4, 2018   ACT WT 40.1 LBS      3 OF 15
SVC GNDCOM              BL WT 41.0 LBS
TRACKING# 1Z3Y49V70340488151
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 17.25           PUB+HC17.25
```

```
3Y49V7        MAY 4, 2018   ACT WT 34.5 LBS      4 OF 15
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70341122963
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7        MAY 4, 2018   ACT WT 34.5 LBS      5 OF 15
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342176379
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7        MAY 4, 2018   ACT WT 34.5 LBS      6 OF 15
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342541384
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.88           PUB+HC16.88
```

```
3Y49V7        MAY 4, 2018   ACT WT 34.5 LBS      7 OF 1
SVC GNDCOM              BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340276997
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.88           PUB+HC16.88
```

| | Grand Total | $1,065.24 |
|--|-------------|-----------|

cknowledged and accepted in full.

Thank you for yo

**874**

# PICKING LIST

**DATE** 04/26/18

**HIP-TO ADDRESS**
SEARS UNIT # 0449
700 SCHUSTER RD
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**SHIP-FOR ADDRESS**
SEARS UNIT # 0449
DELANO INDUSTRIAL PK
DELANO  CA  932159572

**DELIV DATE**  / /
**REQST DATE** 05/09/18
**CANCEL DATE** / /
**ORDER DATE** 04/25/18

**EPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100679                    **PO NO:** 537609                    **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0449

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019811    / EMW4101   (3) — 40-10 lbs<br>17-55 Full Motion TV Mount | 15 (15) | EA $ 17.64 | |
| 2 | 817707019804    / EMW5306   (12) — 34.45 lbs<br>TV Wall Mount Kit with HDMI ca | 24 (24) | EA $ 33.36 | |



UPS Ground = $ 119.85 (1 DAY)

(W) — 540 lbs

3Y49V7     MAY 4, 2018     ACT WT 34.5 LBS          14 OF 15
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70341279063
REF 1:INV#991677
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.88           PUB + HC15.88

3Y49V7     MAY 4, 2018     ACT WT 34.5 LBS          15 OF 15
SVC GNDCOM              BL WT 35.0 LBS
TRACKING# 1Z3Y49V70342187473
REF 1:INV#991677
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00      RS 0.00
DC 0.00          DGD   0.00      SD 0.00
AH 0.00          PR    0.00      SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.88           PUB + HC15.88

**875**



# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 04/27/18 | **INV #** | 991577 |
| **SOLD TO** | SEARS | **PO #** | 537609 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0449 | | |
| | 1700 SCHUSTER RD | | |
| | DELANO INDUSTRIAL PK | | |
| | DELANO, CA 932159572 | | |

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW4101 | | 3 | 5 | 15 | CHINA |
| EMW5306 | | 12 | 2 | 24 | CHINA |
| | | | | | |
| **TOTAL** | | 15 | | 39 | |

---

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    8 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342198201
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    9 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340481014
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    10 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340261421
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    11 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342235438
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    12 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70340259041
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

3Y49V7    MAY 4, 2018    ACT WT 34.5 LBS    13 OF 15
SVC GNDCOM                BL WT 36.0 LBS
TRACKING# 1Z3Y49V70342948258
REF 1:INV#991577
REF 2:PO#537609

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 7.99          NR + HC7.99
TOT PUB CHG 15.88         PUB + HC15.88

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/09/2018 | 996515 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 539142 | | N/A | | | | 05/09/2018 | 05/09/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 0 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 445.20 | |
| 5 | FUNTAB3 | FUNTAB 3 | 67.00 | | 335.00 | |

3Y49V7     MAY 16, 2018   ACT WT 12.0 LBS          1 OF 2
SVC GNDCOM              BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342623787
REF 1:INV# 996515
REF 2:PO# 539142

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  8.33 USD
DV  0.00          COD    0.00          RS  0.00
DC  0.00          DGD    0.00          SD  0.00
AH  0.00          PR     0.00          SP  0.00
TOT NR CHG 8.33              NR+HC8.33
TOT PUB CHG 19.10           PUB+HC19.10

3Y49V7     MAY 16, 2018   ACT WT 9.0 LBS          2 OF 2
SVC GNDCOM              BL WT 9.0  LBS
TRACKING# 1Z3Y49V70341463390
REF 1:INV# 996515
REF 2:PO# 539142

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV  0.00          COD    0.00          RS  0.00
DC  0.00          DGD    0.00          SD  0.00
AH  0.00          PR     0.00          SP  0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.90           PUB+HC16.90

| | Grand Total | $780.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**877**

PICKING LIST

**DATE** 05/08/18

**SHIP-TO ADDRESS**
EARS UNIT # 0443
055 HANOVER ST
IANOVER INDUSTRIAL PK
VILKES BARRE  PA  187062028

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE**   / /
**REQST DATE** 05/23/18
**CANCEL DATE** / /
**ORDER DATE** 05/07/18

**EPT:** 603        **TYPE:** RE        **INSTRUCTIONS:**

**RDER NO:** 100680              **PO NO:** 539142                    **PAGE:**    1

**SHIP TO:** SEARS UNIT # 0443

| e # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707016629       / EGQ347BL  (1)  — 12 lbs<br>7" Quad-Core with Android 5.0 | 10 (10) | EA | $44.52 |
| 2 | 817707019569       / FUNTAB3  (1)  — 9 lb<br>Ematic 7" HD Kid Safe Tablet e | 5 (5) | EA | $67.00 |

UPS Ground

(W) — 21 lbs



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| DATE | 05/09/18 | INV # 996515 |
| SOLD TO | SEARS | PO # 539142 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

SHIP TO
SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ347BL | | 1 | 10 | 10 | CHINA |
| FUNTAB3 | | 1 | 5 | 5 | CHINA |
| | | | | | |
| TOTAL | | 2 | | 15 | |

_____

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

879

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

Shaghal 5|18

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/17/2018 | 1001110 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827364859... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/17/2018 | 05/17/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 60 | FUNTAB3 | FUNTAB 3 | 67.00 | | 4,020.00 | |
| 60 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 7,123.20 | |

REF:PO# 08273648598R

---

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    1 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70340441826
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    2 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70341599833
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    3 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70341447443
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    4 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70342000665
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

---

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    5 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70342635461
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

3Y49V7    MAY 18, 2018   ACT WT 9.0 LBS    6 OF 22
SVC GNDCOM         BL WT 9.0 LBS
TRACKING# 1Z3V49V70340687874
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 13.39           PUB + HC13.39

| | Grand Total | $11,143.20 |
|---|-------------|------------|

acknowledged and accepted in full.  F

3Y49V7    MAY 18, 2018   ACT WT 12.0 LBS    7 OF 22
SVC GNDCOM         BL WT 12.0 LBS
TRACKING# 1Z3V49V70341053887
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63           PUB + HC14.63

231 COLBY AVE
OS ANGELES CA 90024
18-23538-shl Doc 8495-3 Filed 10/08/20 Entered 10/08/20 18:54:10 Exhibit Ex A
PICKING LIST
Cont 3 Pg 75 of 150
DATE 05/11/2018

Shcighd

③

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8273

051 LAKEVIEW RD
AWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

05/23 05/24 05/25
**DELIV DATE** 05/23/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 05/11/2018

EPT: 020        TYPE: R        INSTRUCTIONS:

RDER NO: 100807                PO NO: 08273648598 R                PAGE: 1

SHIP TO: SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569    / FUNTAB3  ⑥ — 9 lbs | FUNTAB3 | 60 (60) | EA $67 |  |
|  | 817707016650    / EGQ223BL     Ematic 10" Quad-Core Tablet wp | EGQ223B | 210 | EA |  |
|  | Ematic Funtab 7"HD Kid Safe Td |  |  |  |  |
| 3 | 817707016629    / EGQ347BL  16 — 12 lb | EGQ347B | 160 (160) | EA $44.52 |  |
|  | Ematic 7HD Quad-Core Tablet |  |  |  |  |

H PO REF #-Delivery Requested: 20180523|

UPS Ground

W — 246 lbs

3Y49V7        MAY 18, 2018   ACT WT 12.0 LBS        16 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340699978
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.98                NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7        MAY 18, 2018   ACT WT 12.0 LBS        17 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340681987
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.98                NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7        MAY 18, 2018   ACT WT 12.0 LBS        18 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341393591
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.98                NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7        MAY 18, 2018   ACT WT 12.0 LBS        19 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341250806
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00        COD 0.00        RS 0.00
DC 0.00        DGD 0.00        SD 0.00
AH 0.00        PR 0.00        SP 0.00
TOT NR CHG 7.98                NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

```
SVC GNDCOM          BL WT 12.0 LBS     ACT WT 12.0 LBS
TRACKING# 1Z3Y49V70342029619
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
                    MAY 18, 2018  ACT WT 12.0 LBS
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340466022
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

| DATE | 05/18/18 |
| --- | --- |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV # 1001110
PO # 08273648598R

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      22 OF 2
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340856039
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

| SHIP TO | SEARS HOLDINGS CORPS |
| --- | --- |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

**PACKING LIST**

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| --- | --- | --- | --- | --- | --- |
| FUNTAB3 | | 6 | 10 | 60 | CHINA |
| EGQ347BL | | 16 | 10 | 160 | CHINA |
| | | | | | |
| TOTAL | | 22 | | 220 | |

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      8 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341789495
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      12 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340747933
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      9 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340710703
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      13 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341771648
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      10 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341993513
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      14 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341460759
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      11 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341773920
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

```
3Y49V7         MAY 18, 2018  ACT WT 12.0 LBS      15 OF 22
SVC GNDCOM          BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342791560
REF 1:INV#1001110
REF 2:PO#08273648598 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD  0.00      RS 0.00
DC 0.00          DGD  0.00      SD 0.00
AH 0.00          PR   0.00      SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

Shagal 5/30

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 05/24/2018 | 1004817 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827365169... | | N/A | | | | 05/24/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 55 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,685.00 | |
| 110 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 4,897.20 | |

PO# 08273651692R

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      1 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340693894
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      2 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340839101
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      3 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342385919
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      4 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340870326
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      5 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342388336
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      6 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340195940
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

| | Grand Total | $8,582.20 |
|--|-------------|-----------|

y acknowledged and accepted in full.  F

Prepared By

**3Y49V7**      MAY 30, 2018   ACT WT 9.0 LBS      7 OF 22
SVC GNDCOM            BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342309153
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:           SVC  7.99 USD
DV 0.00           COD   0.00           RS  0.00
DC 0.00           DGD   0.00           SD  0.00
AH 0.00           PR    0.00           SP  0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

231 COLBY AVE
OS ANGELES CA 90024

18-23538-shl   Doc 8495-3   Filed 10/08/20   Entered 10/08/20 18:54:10   Exhibit Ex A
Cont 3   Pg 78 of 150

**PICKING LIST**

**DATE** 05/24/2018

**SHIP-TO ADDRESS**

SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD

AWRENCE  KS   66049

**SHIP-FOR ADDRESS**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

06/04  06/05  06/0.
**DELIV DATE**   06/05/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   05/24/2018

**EPT:** 020        **TYPE:** R        **INSTRUCTIONS:**

**RDER NO:** 100810          **PO NO:** 08273651692 R          **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019569    / FUNTAB3    (11) _ 9 lbs | FUNTAB3 | 55 (55) | EA | $67.00 |
|   | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016629    / EGQ347BL   (11) _ 12 lb/ | EGQ347B | 110 (110) | EA | $ 44.52 |
|   | Ematic 7HD Quad-Core Tablet | | | | |

H PO REF #-Delivery Requested: 20180604|

UPS Ground

(W) → 231 lbs

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 05/24/18 | INV # | 1004817 |
| SOLD TO | SEARS | PO # | 08273651692R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| FUNTAB3 | | 11 | 5 | 55 | CHINA |
| EGQ347BL | | 11 | 10 | 110 | CHINA |
| | | | | | |
| TOTAL | | 22 | | 165 | |

3Y49V7          MAY 30, 2018   ACT WT 9.0 LBS          8 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342103964
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

3Y49V7          MAY 30, 2018   ACT WT 9.0 LBS          9 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342916372
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

3Y49V7          MAY 30, 2018   ACT WT 9.0 LBS          10 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340642386
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

3Y49V7          MAY 30, 2018   ACT WT 9.0 LBS          11 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342337999
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.99                  NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS          12 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342819209
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.98                  NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS          13 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340262019
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.98                  NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS          14 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342802422
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.98                  NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS          15 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342136438
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00          COD   0.00          RS 0.00
DC 0.00          DGD   0.00          SD 0.00
AH 0.00          PR    0.00          SP 0.00
TOT NR CHG 7.98                  NR + HC7.98
TOT PUB CHG 14.63                PUB + HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        16 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341120045
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        17 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342369259
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        18 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342860066
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        19 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340528474
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        20 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340870488
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE– PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        21 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342542296
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7          MAY 30, 2018   ACT WT 12.0 LBS        22 OF 22
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340969302
REF 1:INV#1004817
REF 2:PO#08273651692 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.98           NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

# Shaghal Ltd.
Est. 1985

Vernon-76??

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 05/25/2018 | 1005412 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP |
| 3051 LAKEVIEW RD |
| LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827365193... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/25/2018 | 05/25/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 38 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,267.68 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |
| 290 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 5,115.60 | |
| 200 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 2,088.00 | |
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 288.00 | |
| | | PO# 08273651930R | | | | |

QTS Ref# 87964

QUTV

| Grand Total | $9,081.28 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

**887**

**PICKING LIST**

DATE 05/25/2018

**SHIP-TO ADDRESS**

SEARS HOLDINGS CORP         8273

051 LAKEVIEW RD

AWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

6/6, 6/7, 6/8
**DELIV DATE** 06/04/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 05/25/2018

EPT: 012        TYPE: R          INSTRUCTIONS:

RDER NO: 100811               PO NO: 08273651930 R                    **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Box | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|-----|--------------|-------------|-----------------|----------|
| 1 | 817707019804 / EMW5306 (19) (#1) EMATIC TV Wall Mount Kit for 3 | | EMW5306 | 38 (38) | EA | $ 33.36 |
| 2 | 817707019798 / EMW6201 (4) (#1) EMATIC TV Wall Mount Kit for 3 | | EMW6201 | 20 (20) | EA | $ 16.10 |
| 3 | 817707019811 / EMW4101 (58) (#2) EMATIC TV Wall Mount Kit for 1 | | EMW4101 | 290 (290) | EA | $ 17.64 |
| 4 | 817707019781 / EMW3401 (40) (#1) EMATIC TV Wall Mount Kit for 1 | | EMW3401 | 200 (200) | EA | $ 10.44 |
| 5 | 817707019828 / EMW5105 (4) (#1) EMATIC TV Wall Mount Kit for 2 | | EMW5105 | 40 (40) | EA | $ 7.70 |

H PO REF #-Delivery Requested: 20180604

(#1) 40"x48"x80" → See Above — 1719 lbs

(#2) 40"x48"x87" → See Above — 2366 lbs

(2) PALLETS

(W) — 4085 lb



# Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE    05/25/18

SOLD TO    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #    1005412
PO #    08273651930R

SHIP TO    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5306 | | 19 | 2 | 38 | CHINA |
| EMW6201 | 1 | 4 | 5 | 20 | CHINA |
| EMW3401 | | 40 | 5 | 200 | CHINA |
| EMW5105 | | 4 | 10 | 40 | CHINA |
| EMW4101 | 2 | 58 | 5 | 290 | CHINA |
| | | | | | |
| TOTAL | 2 | 125 | | 588 | |

SIGNATURE

PLEASE NOTE:

UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: JUNE 01, 2018

# BILL OF LADING

Page 1 of 1

### SHIP FROM

Name: SG LOGISTICS
Address: 2034 E. 27TH ST., UNIT A & B
City/State/Zip: VERNON, CA, 90058
SID#: PHONE# 310-968-8509 (BAHRAM)    FOB: ☐

Bill of Lading Number: QTS REF#87964

### SHIP TO

Name: SEARS HOLDINGS CORP    Location #: _____
Address: 3051 LAKEVIEW RD
City/State/Zip: LAWRENCE, KS, 66049
CID#: PHONE#(785) 842-0677 / (785) 842-9600    FOB: ☐

CARRIER NAME: QUALITY TRANSPORTATION
Trailer number: (TWG TRUCKING)
Seal number(s):

SCAC: QUTV

Pro number:

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name: QUALITY TRANSPORTATION
Address: 1820 W. ORANGEWOOD AVE. #213
City/State/Zip: ORANGE, CA 92868

SPECIAL INSTRUCTIONS:
NOTIFY DELIVERY/ARRIVAL, MUST DELIVER (SET
APPOINTMENT BET. JUNE 6-8. email: recv-8273@searshc.com

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _____    3rd Party XXX

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#08273651930 R | 2 PLT | 4085 LBS | Y● | N | INVOICE#1005412 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | | Y | N | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 1 | PALLET | 67 | BOXES | 1719 LBS | | TV WALL MOUNT 40X48X80 | | |
| 1 | PALLET | 58 | BOXES | 2366 LBS | | TV WALL MOUNT 40X48X87 | | |
| | | | | | | | | |
| | | | | | | INVOICE#1005412 | | |
| | | | | | | PO#08273651930 R | | |
| | | | | | | | | |
| 2 | | 125 | | 4085 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

2PLTS -

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134



# INVOICE - A
**OFFICE COPY**

| Date | Invoice # |
|---|---|
| 06/05/2018 | 1010771 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827365387... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/05/2018 | 06/05/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 60 | FUNTAB3 | FUNTAB 3 | 67.00 | | 4,020.00 | |
| 120 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 5,342.40 | |

PO# 08273653870R

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       1 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340794294
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       2 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341323504
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       3 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342894315
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       4 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340442726
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       5 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342464735
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

| Grand Total | $9,362.40 |
|---|---|

acknowledged and accepted in full. F

3Y49V7        JUN 6, 2018    ACT WT 9.0 LBS       6 OF 24
SVC GNDCOM           BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341616340
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00                 COD    0.00           RS 0.00
DC 0.00                 DGD    0.00           SD 0.00
AH 0.00                 PR     0.00           SP 0.00
TOT NR CHG 7.99                      NR+HC7.99
TOT PUB CHG 13.39                    PUB+HC13.39

legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and co

**Thank you fo**

2   817707016629      / EGQ347BL (12) — 121b1
         Ematic 7HD Quad-Core Tablet
4 PO REF #-Delivery Requested: 20180613

EGQ347B  120 (120)      EA  $ 44.52
                              **891**



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 06/05/18 | **INV #** | 1010771 |
| **SOLD TO** | SEARS | **PO #** | 08273653870R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| FUNTAB3 | | 12 | 5 | 60 | CHINA |
| EGQ347BL | | 12 | 10 | 120 | CHINA |
| | | | | | |
| **TOTAL** | | **24** | | **180** | |

---

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      7 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342313559
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      8 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340332363
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      9 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341408771
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      10 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340838782
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      11 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342078396
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 9.0 LBS      12 OF 24
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342343606
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39            PUB+HC13.39

3Y49V7      JUN 6, 2018    ACT WT 12.0 LBS      13 OF 24
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342210419
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

3Y49V7      JUN 6, 2018    ACT WT 12.0 LBS      14 OF 24
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340214820
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        16 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342452837
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        16 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342180443
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        17 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341413668
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        18 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342528461
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        19 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342860879
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        20 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341306881
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        22 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342623706
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        23 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341286519
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

```
3Y49V7        JUN 6, 2018   ACT WT 12.0 LBS        24 OF 24
SVC GNDCOM                  BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340346929
REF 1:INV#1010771
REF 2:PO#08273653870 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD    0.00           RS  0.00
DC 0.00              DGD    0.00           SD  0.00
AH 0.00              PR     0.00           SP  0.00
TOT NR CHG 7.98                    NR+HC7.98
TOT PUB CHG 14.63                  PUB+HC14.63
```

*Vernon Cep*

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/05/2018 | 1010772 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827365386... | | N/A | | | 06/05/2018 | 06/05/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 28 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 934.08 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |
| 285 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 5,027.40 | |
| 235 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 2,453.40 | |
| 60 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 432.00 | |
| | | REF: PO# 08273653869R | | | | |

| | |
|---|---|
| **Grand Total** | **$9,329.88** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

894

**PICKING LIST**

(4)

**DATE** 06/04/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

6/13, 6/14, 6/15
**DELIV DATE**
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 06/02/2018

EPT: 012     **TYPE:** R     **INSTRUCTIONS:**

RDER NO: 100812          **PO NO:** 08273653869 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019804 / EMW5306 | EMW5306 | 28 (28) | EA | $ 33.36 |
|   | EMATIC TV Wall Mount Kit for 3 | | | | |
| 2 | 817707019798 / EMW6201 | EMW6201 | 30 (30) | EA | $ 16.10 |
|   | EMATIC TV Wall Mount Kit for 3 | | | | |
| 3 | 817707019811 / EMW4101 | EMW4101 | 285 (285) | EA | $ 17.64 |
|   | EMATIC TV Wall Mount Kit for 1 | | | | |
| 4 | 817707019781 / EMW3401 | EMW3401 | 235 (235) | EA | $ 10.44 |
|   | EMATIC TV Wall Mount Kit for 1 | | | | |
| 5 | 817707019828 / EMW5105 | EMW5105 | 60 (60) | EA | $ 7.20 |
|   | EMATIC TV Wall Mount Kit for 2 | | | | |

H PO REF #-Delivery Requested: 20180613|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

**DATE**    06/05/18

**SOLD TO**    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**    1010772
**PO #**    08273653869R

**SHIP TO**    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 1 | 57 | 5 | 285 | CHINA |
| EMW5306 |  | 14 | 2 | 28 | CHINA |
| EMW6201 | 2 | 6 | 5 | 30 | CHINA |
| EMW3401 |  | 47 | 5 | 235 | CHINA |
| EMW5105 |  | 6 | 10 | 60 | CHINA |
|  |  |  |  |  |  |
| **TOTAL** | **2** | **130** |  | **638** |  |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date: JUNE 11, 2018

# BILL OF LADING

Page 1 of 1

## SHIP FROM

Name: SG LOGISTICS
Address: 2034 E. 27TH STREET, UNIT A & B
City/State/Zip: VERNON, CA 90058
SID#: PHONE#310-968-8509 BAHRAM          FOB: ☐

Bill of Lading Number: QTS REF#88088

## SHIP TO

Name: SEARS HOLDINGS CORP.          Location #: _____
Address: 3051 LAKEVIEW RD          recv-8273@searshc.com
City/State/Zip: LAWRENCE, KS 66049
CID#: (785) 842-9600, 785-842-0677          FOB: ☐

CARRIER NAME: TWG TRANSPORTATION
Trailer number:
Seal number(s):
SCAC: TWGB
Pro number:

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: QUALITY TRANSPORTATION SERVICES (QTS)
Address: 1820 W. ORANGEWOOD, SUITE 213
City/State/Zip: ORANGE, CA 92868-2052 PHONE#714-939-6366

SPECIAL INSTRUCTIONS:
NOTIFY ARRIVAL, DELIVERY APPT REQUIRED, MUST
DELIVER BY JUNE 13-15.GUARANTEED

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _____     Collect _____     3rd Party XXX

☐ Master Bill of Lading: with attached underlying
(check box)     Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| PO#08273653869 R | 2 PLT | 4129 LBS | Y | N | INVOICE# 1010772 |
| | | | Y | N | PICK UP BETWEEN 12:00NN - 4:00PM. |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 1 | PLT | 57 | BOXES | 2326 LBS | | TV WALL MOUNT KIT   40X48X80 | | |
| 1 | PLT | 73 | BOXES | 1803 LBS | | TV WALL MOUNT KIT   40X48X79 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 2 | | 130 | | 4129 LBS | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:    Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▪ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. *Property described above is received in good order, except as noted.*

Chuti Sharp 06112018
2 PLTS

**897**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon — 06/29*

# INVOICE - A
**OFFICE COPY**

| Date | Invoice # |
|---|---|
| 06/08/2018 | 1012347 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827365496... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 55 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,685.00 | |
| 260 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 19,970.60 | |
| 70 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 3,116.40 | |
| | | REF: PO# 08273654963R | | | | |

*QUTV # 88114*

| | |
|---|---|
| **Grand Total** | $26,772.00 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

PICKING LIST

(3)

Vernon

06/21

DATE 06/07/2018

7/4    7/5    7/6

BY 18-23538-shl
...LES  CA  90024

SHIP-FOR ADDRESS
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

DELIV DATE    06/21/2018
REQST DATE    / /
CANCEL DATE   / /
ORDER DATE    06/07/2018

...-TO ADDRESS
...RS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

EPT: 020        TYPE: R        INSTRUCTIONS:

RDER NO: 100815                PO NO: 08273654963 R                    PAGE:  1

SHIP TO: SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019569  1  / FUNTAB3     11 —9.50 lb,  | FUNTAB3 | 55 | EA  $67.00 | |
|   | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016650  10  / ECQ223BL   26— 19-40"  | EGQ223B | 260 | EA $76.81 | |
|   | Ematic 10" Quad-Core Tablet wp | | | | |
| 3 | 817707016629  10  / EGQ347BL   7 — 12 lbs  | EGQ347B | 70 | EA  $ 44.52 | |
|   | Ematic 7HD Quad-Core Tablet | | | | |

-I PO REF #-Delivery Requested: 20180621|   (44) Box's

40" x 48" x 65"

(W) —) 733 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | **06/08/18** |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**   **1012347**
**PO #**   **08273654963R**

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | | 11 | 5 | 55 | CHINA |
| EGQ223BL | 1 | 26 | 10 | 260 | CHINA |
| EGQ347BL | | 7 | 10 | 70 | CHINA |
| | | | | | |
| **TOTAL** | **1** | **44** | | **385** | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Date 6/29/18

Cont. 3 Pg. 95 of 150

| SHIP FROM | Bill of Lading Number: QTS#88114 |
|---|---|
| SG Logistics<br>2034 E. 27th St. A & B<br>Vernon, CA 90058<br>310-968-8509 | |

| SHIP TO | Carrier Name: QUALITY TRANSPORTATION SERVICES<br>C/O TWG TRUCKING<br>Trailer number:<br>Shipper number: |
|---|---|
| Sears Holding Corp.<br>3051 Lakeview Rd.<br>Lawrence, KS 66049<br>**785-842-0677**<br>Recv-8273@searshc.com CALL 48-72 Hours prior for delivery appt. | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC:QUTV |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO Numbers: 08273654962R, 08273654963R, 08273655224R,<br>08273655225R, 08273656906R, 08273656907R |

**Special Instructions:**

# Deliver by 7/6/18

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):

Prepaid ☐   Collect ☐   3rd Party ☐☒☒☒

☐ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08273654962R (2plt with 129boxes) Inv#1012348 (2) | 20 plts | 31,845 lbs | Y | N | PO#08273656906R (2plt with 116boxes) (2)<br>Inv#1018584 |
| PO#08273654963R (1plt with 44 boxes) Inv#1012347 (1) | | | Y | N | PO#08273656907R (1plt with 31boxes) (1)<br>Inv#1018586 |
| PO#08273655224R (13plt with 513boxes) Inv#1018582 (13) | | | Y | N | |
| PO#08273655225R (1plt with 45boxes) Inv#1018583 (1) | | | Y | N | |
| Grand Total | 20 plts | 31,845 lbs | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | | NMFC No. | Class |
| | | | | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transport with ordinary care. See Section 2(e) of NMFC item 360 | | |
| 20 | Pallets | 878 | Boxes | 31,845 | | TV WALL MOUNTS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

**COD Amount: $**

Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

Received, classified to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Received by: _____

Date: _Chester Shays_ 06 29 2013

20 plt

**901**

# aghal Ltd.
Est. 1985

**...1 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

Vernon - 66/29

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/08/2018 | 1012348 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827365496... | | N/A | | | | 06/08/2018 | 06/08/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 28 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 934.08 | |
| 30 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 483.00 | |
| 285 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 5,027.40 | |
| 235 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 2,453.40 | |
| 50 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 360.00 | |

REF: PO# 08273654962R

TWG/
QTS Trucking # 88114
(QUTV)

| | Grand Total | $9,257.88 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

5    817707019828        / EMW5105    5  (#2)         EMW5105        50    EA $  7.00



EMATIC TV Wall Mount Kit for 2
d PO REF #-Delivery Requested: 20180621I



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 06/08/18 | | INV # | 1012348 |
|------|----------|--|-------|---------|

**SOLD TO**  SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176                    PO #   08273654962R

**SHIP TO**  SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 1 | 57 | 5 | 285 | CHINA |
| EMW5306 | | 14 | 2 | 28 | CHINA |
| EMW6201 | 2 | 6 | 5 | 30 | CHINA |
| EMW3401 | | 47 | 5 | 235 | CHINA |
| EMW5105 | | 5 | 10 | 50 | CHINA |
| | | | | | |
| **TOTAL** | **2** | **129** | | **628** | |

_____

      **SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Date 6/29/18

# BILL OF LADING – SHORT FORM – NOT NEGOTIABLE

**Bill of Lading Number: QTS#88114**

**SHIP FROM**

SG Logistics
2034 E. 27th St. A & B
Vernon, CA 90058
310-968-8509

**SHIP TO**

Sears Holding Corp.
3051 Lakeview Rd.
Lawrence, KS 66049
**785-842-0677**
Recv-8273@searshc.com  CALL 48-72 Hours prior for delivery appt.

**THIRD PARTY FREIGHT CHARGES BILL TO**

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868
PH 714-939-6366 FX 714-939-6362

**Carrier Name: QUALITY TRANSPORTATION SERVICES**
**C/O TWG TRUCKING**
Trailer number:
Shipper number:

**SCAC:QUTV**

**PO Numbers: 08273654962R, 08273654963R, 08273655224R, 08273655225R, 08273656906R, 08273656907R**

**Special Instructions:**
## Deliver by 7/6/18

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐  Collect ☐  3rd Party ☐☒☒☒
☐ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08273654962R (2plt with 129boxes) Inv#1012348 | 20 plts | 31,845 lbs | Y | N | PO#08273656906R (2plt with 116boxes) Inv#1018584 |
| PO#08273654963R (1plt with 44 boxes) Inv#1012347 | | | Y | N | PO#08273656907R (1plt with 31boxes) Inv#1018586 |
| PO#08273655224R (13plt with 513boxes) Inv#1018582 | | | Y | N | |
| PO#08273655225R (1plt with 45boxes) Inv#1018583 | | | Y | N | |
| **Grand Total** | 20 plts | 31,845 lbs | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | | NMFC No. | Class |
| 20 | Pallets | 878 | Boxes | 31,845 | | TV WALL MOUNTS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $**
Fee terms: Collect ☐  Prepaid ☐  Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.
**Shipper Signature**

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Received by: _____

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Date: _Chester Shay_ 06292013
20 plt

**904**

# Shaghal Ltd.
Est. 1985

Shaghal 6128

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018581 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O # | Order/TC # | Terms | Phone # |
|-------|------------|-------|---------|
| 0827365522... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 240 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 3,576.00 | |
| 336 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 5,006.40 | |
| 288 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 7,776.00 | |

REF: PO# 08273655223R

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        1 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341329973
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        2 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340111986
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        3 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342623690
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        4 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341280800
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        5 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340859616
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

| Grand Total | $16,358.40 |
|-------------|-----------|

cknowledged and accepted in full.

3Y49V7          JUN 28, 2018    ACT WT 15.0 LBS        6 OF 18
SVC GNDCOM          BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341096028
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.99          NR+HC7.99
TOT PUB CHG 16.85          PUB+HC16.85

to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for

**905**

**PICKING LIST**

(3)

DATE 06/08/2018

Shagh

7/4, 7/5, 7/6

| SHIP-TO ADDRESS | | SHIP-FOR ADDRESS | |
|---|---|---|---|
| SEARS HOLDINGS CORP | 8273 | SEARS HOLDINGS CORP | DELIV DATE ~~06/20/2018~~ |
| | | 3051 LAKEVIEW RD | REQST DATE / / |
| 051 LAKEVIEW RD | | LAWRENCE  KS  66049 | CANCEL DATE / / |
| AWRENCE  KS  66049 | | | ORDER DATE 06/08/2018 |

EPT: 018        TYPE: R        INSTRUCTIONS:

RDER NO: 100816        PO NO: 08273655223 R        PAGE:  1

SHIP TO: SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  / 006237877 (5) — 15 lb  EMATIC MP3 PLAYER | EM208VID RD | 240 | EA $14.90 | |
| 2 | 817707012676  / 006238001 (7) — 15 lb  EMATIC MP3 PLAYER | EM208VID BL | 336 | EA $4.90 | |
| 3 | 817707016803  / 006238011 (6) — 15 lb  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 288 | EA $27.00 | |

H PO REF #-Delivery Requested: 20180620

(18) Box's

UPS Grd

(W) — 270 lbs

```
3Y49V7        JUN 28, 2018   ACT WT 15.0 LBS        16 OF 18
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340655710
REF 1:INV#1018681
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.85           PUB + HC16.85

3Y49V7        JUN 28, 2018   ACT WT 15.0 LBS        16 OF 18
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340148125
REF 1:INV#1018681
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.85           PUB + HC16.85
```

```
3Y49V7        JUN 28, 2018   ACT WT 15.0 LBS        17 OF 18
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341364132
REF 1:INV#1018681
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.85           PUB + HC16.85

3Y49V7        JUN 28, 2018   ACT WT 15.0 LBS        18 OF 18
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342329748
REF 1:INV#1018681
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.99 USD
DV 0.00              COD   0.00       RS 0.00
DC 0.00              DGD   0.00       SD 0.00
AH 0.00              PR    0.00       SP 0.00
TOT NR CHG 7.99              NR + HC7.99
TOT PUB CHG 16.85           PUB + HC16.85
```



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 06/22/18 | | INV # | 1018581 |
|------|----------|--|-------|---------|
| SOLD TO | SEARS | | PO # | 08273655223R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | |
| | 3051 LAKEVIEW RD | | | |
| | LAWRENCE, KS 66049 | | | |

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|-------|---------|-------------|---------|-----------|---------|
| EM208VIDRD | | 5 | 48 | 240 | CHINA |
| EM208VIDBL | | 7 | 48 | 336 | CHINA |
| EM318VIDBL | | 6 | 48 | 288 | CHINA |
| | | | | | |
| **TOTAL** | | 18 | | 864 | |

---

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      7 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340286039
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      8 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341886649
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      9 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340110852
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      10 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341537668
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      11 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341702078
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      12 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340700081
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      13 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340787695
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

3Y49V7      JUN 28, 2018    ACT WT 15.0 LBS      14 OF 18
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340980903
REF 1:INV#1018581
REF 2:PO#08273655223 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.99 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85              PUB+HC16.85

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

Vernon Ce/29

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/22/2018 | 1018582 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827365522... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 168 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 8,655.36 | |
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |
| 300 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 10,008.00 | |
| 515 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 8,291.50 | |
| 300 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 3,132.00 | |
| 300 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 2,160.00 | |
| | | REF: PO# 08273655224R | | | | |

QUTV8314

| | Grand Total | $33,228.86 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

Sears Holding Corp
3051 Lakeview Rd.
KS 66049

Shipper number:

**908**

# Shaghal Ltd.
Est. 1985

*Vernon Co29*

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 06/22/2018 | 1018583 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827365522... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 55 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,685.00 | |
| 260 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 19,970.60 | |
| 80 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 3,561.60 | |
| | | REF: PO# 08273655225R | | | | |

*QUTV 88114*

| | |
|---|---|
| **Grand Total** | $27,217.20 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**909**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

INV #    __1018583__
PO #    __08273655225R__

DATE    __06/22/18__
SOLD TO    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| FUNTAB3 |  | 11 | 5 | 55 | CHINA |
| EGQ223BL | 1 | 26 | 10 | 260 | CHINA |
| EGQ347BL |  | 8 | 10 | 80 | CHINA |
|  |  |  |  |  |  |
| TOTAL | 1 | 45 |  | 395 |  |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date 6/29/18

## BILL OF LADING – SHORT FORM – NOT NEGOTIABLE

**SHIP FROM**

SG Logistics
2034 E. 27th St. A & B
Vernon, CA 90058
310-968-8509

**Bill of Lading Number: QTS#88114**

**Carrier Name: QUALITY TRANSPORTATION SERVICES**
**C/O TWG TRUCKING**
Trailer number:
Shipper number:

**SHIP TO**

Sears Holding Corp.
3051 Lakeview Rd.
Lawrence, KS 66049
785-842-0677
Recv-8273@searshc.com  CALL 48-72 Hours prior for delivery appt.

THIRD PARTY FREIGHT CHARGES BILL TO

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868
PH 714-939-6366 FX 714-939-6362

**SCAC:QUTV**

PO Numbers: 08273654962R, 08273654963R, 08273655224R,
08273655225R, 08273656906R, 08273656907R

**Special Instructions:**

## Deliver by 7/6/18

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐   Collect ☐   3rd Party ☐☒☒☒
☐ Master bill of lading with attached underlying bills of lading.

### CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08273654962R (2plt with 129boxes) Inv#1012348 | 20 plts | 31,845 lbs | Y | N | PO#08273656906R (2plt with 116boxes) Inv#1018584 |
| PO#08273654963R (1plt with 44 boxes) Inv#1012347 | | | Y | N | PO#08273656907R (1plt with 31boxes) Inv#1018586 |
| PO#08273655224R (13plt with 513boxes) Inv#1018582 | | | Y | N | |
| PO#08273655225R (1plt with 45boxes) Inv#1018583 | | | Y | N | |
| **Grand Total** | 20 plts | 31,845 lbs | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC No. | Class |
| 20 | Pallets | 878 | Boxes | 31,845 | | TV WALL MOUNTS | | |

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $**
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Received by: _____

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Date: _Chester Shay_ 06.29.20

20 plt

**911**

*Vernon #13*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018584 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827365690... | | N/A | | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 18 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 600.48 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |
| 265 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 4,674.60 | |
| 230 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 2,401.20 | |
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 288.00 | |
| | | REF: PO# 08273656906R | | | | |

*QUTV 88114*

| | |
|---|---|
| **Grand Total** | **$8,286.28** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**912**

**PICKING LIST**

**DATE** 06/15/2018

**SHIP-TO ADDRESS**

SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   06/28/2018
**REQST DATE**  / /
**CANCEL DATE** / /
**ORDER DATE** 06/15/2018

**EPT:** 012        **TYPE:** R          **INSTRUCTIONS:**

**RDER NO:** 100819                  **PO NO:** 08273656906 R                    **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| ie # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019804  2  / EMW5306  (9) (#2)  EMATIC TV Wall Mount Kit for 3 | EMW5306 | 18 | EA | $ 33.36 |
| 2 | 817707019798  5  / EMW6201  (4) (#2)  EMATIC TV Wall Mount Kit for 3 | EMW6201 | 20 | EA | $ 16-10 |
| 3 | 817707019811  5  / EMW4101  (53)  EMATIC TV Wall Mount Kit for 1 | EMW4101 | 265 | EA | $ 17.64 |
| 4 | 817707019781  5  / EMW3401  (46) (#2)  EMATIC TV Wall Mount Kit for 1 | EMW3401 | 230 | EA | $ 10.44 |
| 5 | 817707019828  0  / EMW5105  (4) (#2)  EMATIC TV Wall Mount Kit for 2 | EMW5105 | 40 | EA | $ 7.20 |

H PO REF #-Delivery Requested: 20180628|

(116) Box's

(#1) 40"x48"x76" → EMW4101 → (53) Box's

(#2) 40"x48"x72" → See Above

(#1) – 3,165 lbs

(2) PALLETS

(W) (#2) – 1,494 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE      **06/22/18**

SOLD TO      SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #      **1018584**
PO #      **08273656906R**

SHIP TO      SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW4101 | 1 | 53 | 5 | 265 | CHINA |
| EMW5306 |  | 9 | 2 | 18 | CHINA |
| EMW6201 | 2 | 4 | 5 | 20 | CHINA |
| EMW3401 |  | 46 | 5 | 230 | CHINA |
| EMW5105 |  | 4 | 10 | 40 | CHINA |
|  |  |  |  |  |  |
| TOTAL | 2 | 116 |  | 573 |  |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date 6/29/18

## BILL OF LADING  SHORT FORM - NON NEGOTIABLE
Page 109 of 150

| SHIP FROM | Bill of Lading Number: QTS#88114 |
|---|---|
| SG Logistics<br>2034 E. 27th St. A & B<br>Vernon, CA 90058<br>310-968-8509 | |

| SHIP TO | Carrier Name: **QUALITY TRANSPORTATION  SERVICES**<br>**C/O TWG TRUCKING**<br>Trailer number:<br>Shipper number: |
|---|---|
| Sears Holding Corp.<br>3051 Lakeview Rd.<br>Lawrence, KS 66049<br>**785-842-0677**<br>Recv-8273@searshc.com  **CALL 48-72 Hours prior for delivery appt.** | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC:QUTV |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO Numbers: 08273654962R, 08273654963R, 08273655224R,<br>08273655225R, 08273656906R, 08273656907R |

| Special Instructions:<br><br>## Deliver by 7/6/18 | **Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):<br>Prepaid ☐   Collect ☐   3rd Party ☐☒☒☒<br>☐ Master bill of lading with attached underlying bills of lading. |
|---|---|

### CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08273654962R (2plt with 129boxes) Inv#1012348 | 20 plts | 31,845 lbs | Y | N | PO#08273656906R (2plt with 116boxes)<br>Inv#1018584 |
| PO#08273654963R (1plt with 44 boxes) Inv#1012347 | 1 | | Y | N | PO#08273656907R (1plt with 31boxes)<br>Inv#1018586 |
| PO#08273655224R (13plt with 513boxes) Inv#1018582 | 13 | | Y | N | |
| PO#08273655225R (1plt with 45boxes) Inv#1018583 | 1 | | Y | N | |
| **Grand Total** | 20 plts | 31,845 lbs | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | | | | | LTL Only | |
|---|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodity Description<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | | NMFC No. | Class |
| 20 | Pallets | 878 | Boxes | 31,845 | | TV WALL MOUNTS | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ .

**COD Amount: $**

Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Received by: _____

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Date: _Chester Shay_ 06292013
20 plt

# Shaghal Ltd.

Est. 1985

*Vernon 8702*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/22/2018 | 1018586 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827365690... | | N/A | | | | 06/22/2018 | 06/22/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 40 | FUNTAB3 | FUNTAB 3 | 67.00 | | 2,680.00 | |
| 190 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 14,593.90 | |
| 40 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 1,780.80 | |
| | | REF: PO# 08273656907R | | | | |

*GNTV 88114*

| | |
|--|--|
| **Grand Total** | $19,054.70 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**916**

Date 6/29/18      **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**

| SHIP FROM | Bill of Lading Number: QTS#88114 |
|---|---|

SG Logistics
2034 E. 27th St. A & B
Vernon, CA 90058
310-968-8509

**SHIP TO**

Sears Holding Corp.
3051 Lakeview Rd.
Lawrence, KS 66049
785-842-0677
Recv-8273@searshc.com CALL 48-72 Hours prior for delivery appt.

**THIRD PARTY FREIGHT CHARGES BILL TO**

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868
PH 714-939-6366 FX 714-939-6362

**Carrier Name: QUALITY TRANSPORTATION SERVICES**
**C/O TWG TRUCKING**
Trailer number:
Shipper number:

**SCAC:QUTV**

PO Numbers: 08273654962R, 08273654963R, 08273655224R,
08273655225R, 08273656906R, 08273656907R

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ☐    Collect ☐    3rd Party ☐☒☒☒
☐ Master bill of lading with attached underlying bills of lading.

**Special Instructions:**
# Deliver by 7/6/18

## CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08273654962R (2plt with 129boxes) Inv#1012348 | 20 plts | 31,845 lbs | Y | N | PO#08273656906R (2plt with 116boxes) Inv#1018584 |
| PO#08273654963R (1plt with 44 boxes) Inv#1012347 | | | Y | N | PO#08273656907R (1plt with 31boxes) Inv#1018586 |
| PO#08273655224R (13plt with 513boxes) Inv#1018582 | | | Y | N | |
| PO#08273655225R (1plt with 45boxes) Inv#1018583 | | | Y | N | |
| **Grand Total** | 20 plts | 31,845 lbs | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 20 | Pallets | 878 | Boxes | 31,845 | | TV WALL MOUNTS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Received by: _____

**COD Amount: $**
Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable ☐

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

**Trailer Loaded:**
☐ By shipper
☐ By driver

**Freight Counted:**
☐ By shipper
☐ By driver/pallets said to contain
☐ By driver/pieces

**Carrier Signature/Pickup Date**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

Date: _Chester Shay_ 0629201

20 plt

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 07/06/2018 | 1022870 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827365996... | | N/A | | | | 07/06/2018 | 07/06/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO# 08273659960R | | | | |

```
3Y49V7        JUL 6, 2018   ACT WT 15.0 LBS      1 OF 1
SVC GNDCOM                  BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340989306
REF 1:INV#1022870
REF 2:PO#08273659960 R
HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC   7.99 USD
 DV  0.00           COD   0.00        RS  0.00
 DC  0.00           DGD   0.00        SD  0.00
 AH  0.00           PR    0.00        SP  0.00
 TOT NR CHG 7.99              NR+HC7.99
 TOT PUB CHG 16.85           PUB+HC16.85
```

| | Grand Total | $715.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**918**

**PICKING LIST**

**DATE** 06/28/2018

**HIP-TO ADDRESS**
EARS HOLDINGS CORP                 8273

051 LAKEVIEW RD
AWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**   07/12/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE** 06/28/2018

**EPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**RDER NO:** 100829                    **PO NO:** 08273659960 R

**PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|-----|------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012676   / 006238001 EMATIC MP3 PLAYER | EM208VID BLU8 (48) | | EA  $14.90 | |

H PO REF #-Delivery Requested: 20180712|

(1) Box   -15 lb

UPS Grd

(W)   -15 lb



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE**          07/06/18

**SOLD TO**       SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**          1022870
**PO #**       08273659960R

**SHIP TO**       SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|------|---------|-------------|---------|-----------|---------|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EM208VIDBL | | 1 | 48 | 48 | CHINA |
| | | | | | |
| TOTAL | | 1 | | 48 | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 07/06/2018 | 1022873 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827365887... | | N/A | | | 07/06/2018 | 07/06/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 261.00 | |
| | | PO# 08273658878R | | | | |

3Y49V7      JUL 10, 2018    ACT WT 19.0 LBS      1 OF 5
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341265710
REF 1:INVS1022873
REF 2:PO#08273658878 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 8.76 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 8.76              NR + HC8.76
TOT PUB CHG 19.42          PUB + HC19.42

3Y49V7      JUL 10, 2018    ACT WT 19.0 LBS      2 OF 5
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341358129
REF 1:INVS1022873
REF 2:PO#08273658878 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 8.76 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 8.76              NR + HC8.76
TOT PUB CHG 19.42          PUB + HC19.42

3Y49V7      JUL 10, 2018    ACT WT 19.0 LBS      3 OF 5
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70340164134
REF 1:INVS1022873
REF 2:PO#08273658878R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 8.76 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 8.76              NR + HC8.76
TOT PUB CHG 19.42          PUB + HC19.42

3Y49V7      JUL 10, 2018    ACT WT 19.0 LBS      4 OF 5
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341739744
REF 1:INVS1022873
REF 2:PO#08273658878 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 8.76 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 8.76              NR + HC8.76
TOT PUB CHG 19.42          PUB + HC19.42

3Y49V7      JUL 10, 2018    ACT WT 19.0 LBS      5 OF 5
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70340900964
REF 1:INVS1022873
REF 2:PO#08273658878 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 8.76 USD
DV 0.00          COD 0.00          RS 0.00
DC 0.00          DGD 0.00          SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 8.76              NR + HC8.76
TOT PUB CHG 19.42          PUB + HC19.42

| | Grand Total | $261.00 |
|---|-------------|---------|

cknowledged and accepted in full.

**Prepared By**

they are in good condition and accepts them in
of special orders can be accepted. However, in
king charge of 15% per month. All past due
accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**PICKING LIST**

**DATE** 06/28/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

7/16  7/17  7/18
**DELIV DATE** 07/05/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 06/23/2018

**EPT:** 012        **TYPE:** R          **INSTRUCTIONS:**

**RDER NO:** 100821              **PO NO:** 08273658878 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019897 / 005636023 ~~EMATIC METAL GLASS UP TO 70LB~~ | ~~ETVS670~~ | 0 | EA | |
| 2 | 817707019781 / EMW3401 EMATIC TV Wall Mount Kit for 1 | EMW3401 25 (25) | EA $ 10.44 | | |

H PO REF #-Delivery Requested: 20180705|

(5) Box's — 19 lbs

UPS Grd

(W) — 95 lbs



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE      **11/01/17**                                    INV #      **1022873**
SOLD TO    SEARS                                          PO #    **08273658878R**
           3333 BEVERLY RD C2-114B
           HOFFMAN ESTATES, IL 60176

SHIP TO    SEARS HOLDINGS CORPS
           3051 LAKEVIEW RD
           LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW3401 | | 5 | 5 | 25 | CHINA |
| | | | | | |
| **TOTAL** | | 5 | | 25 | |

_____

          SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Vernon*
*07/17*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022892 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0827529509... | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 50 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,576.00 | |
| | | PO# 08275295098 R | | | | |

| | Grand Total | $2,576.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

**924**

PICKING LIST
DATE 07/12/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8275

KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE**   07/25/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**  07/12/2018

EPT: 012        **TYPE:** R        **INSTRUCTIONS:**

RDER NO: 100830                    **PO NO:** 08275295098 R            **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774  / 005578010 | ETVS660 | 50 (50) | EA | $51.52 |
|   | EMATIC METAL & GLASSUP TP 66LB | | | | |

H PO REF #-Delivery Requested: 20180725|

(handwritten)
(#1) 48" x 48" x 70" → (26) Box's — 1756 lbs
(#2) 48' x 46 x 65" → (24) Box's — 1624 lbs

(2) PALLETS

(W) — 3380 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 07/13/18 |
| --- | --- |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| INV # | 1022892 |
| --- | --- |
| PO # | 08275295098R |

| SHIP TO | SEARS HOLDINGS CORPS |
| --- | --- |
| | 1 KRESGE ROAD |
| | FAIRLESS HILLS, PA 19030 |

| PACKING LIST | | | | | |
| --- | --- | --- | --- | --- | --- |
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 26 | 1 | 26 | CHINA |
| ETVS660 | 2 | 24 | 1 | 24 | CHINA |
| | | | | | |
| TOTAL | 2 | 50 | | 50 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

This shipment is governed by the terms of EDI's Rules Tariff 100A, available on request at at www.edi-express.com/doc/EDITARIFF.pdf, and, if applicable, by the terms of the written agreement between EDI and its customer, the pricing agreement created for the account of the customer and/or the Rate Quote issued for this shipment

*EDI EXPRESS*

1-800-365-0100

**506044009**

## STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of lading.

**NOT to be used for ORDER NOTIFY SHIPMENTS.**

SHIPPER PLEASE NOTE FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT OR BILL TO/3RD PARTY FILLED OUT COMPLETE WITH NAME & ADDRESS

| SHIPPER: | | DATE: 7/17/18 |
|---|---|---|
| COMPANY NAME SG LOGISTICS | | QUOTE # |
| STREET 2034 E. 27TH ST., UNIT A&B | | |
| CITY VERNON  STATE CA  ZIP CODE 90058 | | PICK UP # 1430337 |
| TELEPHONE ( ) 310-968-8509 | | |

| SHIP TO / RECEIVER: | |
|---|---|
| COMPANY NAME SEARS HOLDINGS CORP | |
| STREET 1 KRESGE ROAD | |
| CITY FAIRLESS HILLS  STATE PA  ZIP CODE 19030 | |
| TELEPHONE ( 215 ) 736-8280 | |

| BILL TO / 3RD PARTY: | |
|---|---|
| COMPANY NAME SHAGHAL LTD | |
| STREET 2231 COLBY AVENUE | |
| CITY LOS ANGELES  STATE CA  ZIP CODE 90064 | |
| TELEPHONE ( ) 310-966-1133 | |

*EDI EXPRESS*

This shipment is bound by all terms and conditions of · NMFC Item 360 and EDI Tariff 100A provisions.

**COD AMT $**

FREIGHT CHARGES

[ ] PREPAID
[ ] COLLECT
[✓] OTHER

CUSTOMER COMPANY CHECK OK FOR COD AMOUNT? YES [ ] NO [ ]

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**(SIGNATURE OF CONSIGNOR)**

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding:

$_____

per _____

"Terms and conditions of this bill of lading are specifically subject to terms 176 &190>19) of EDXI Rules Tariff 100A which tent carrier liability and terms of Bill of Lading between shipper and carrier."

| # SHIPPING UNITS | KIND OF PACKAGING | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM NO. | CLASS | WEIGHT (LBS) (SUBJECT TO CORR.) | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | SHIPMENT DIMENSIONS | | |
| 1 | plt | (26 boxes) TV Stand | | | 1756 | 48 | 48 | 70 |
| 1 | plt | (24 boxes) TV Stand | | | 1624 | 48 | 46 | 65 |
| Total | | | | | | | | |
| 2 | plt | (50 boxes) TV Stand | | | 3380 | | | |
| | | Invoice#1022892 | | | | | | |
| | | PO#08275295098 R | | | | | | |
| | | pickup between 2-4pm | | | | | | |
| | | Appointment   Yes / No | Residential   Yes / No | | | | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above and in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver

to another carrier on the route to said destination. It is mutually agreed to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and its assigns.

This is to certify that the above materials are properly classified, described,packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER | DRIVER  Jorge | DRIVER # | DATE 7/7/18 | 800-365-0100 |
|---|---|---|---|---|
| PER | PIECES  2 plts bts cts shrl | | | *EDI Express* |

LOS ANGELES BUS. FORMS (310) 215-3911

**927**

# Shaghal Ltd.
Est. 1985

**??1 Colby Ave., Los Angeles, CA 90064**
**?..: (310) 966-1133 Fax: (310) 966-1134**

*VENDOR*
*07/17*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022893 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828923115... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,576.00 | |
| | | PO# 08289231157 R | | | | |

| | Grand Total | $2,576.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**928**

**PICKING LIST**

**DATE** 07/12/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

33 SOUTH SPRUCE STREET
MANTENO IL   609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO IL   609503430

**DELIV DATE**   07/25/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE** 07/12/2018

**EPT:** 012       **TYPE:** R          **INSTRUCTIONS:**

**RDER NO:** 100831              **PO NO:** 08289231157 R            **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774    / 005578010 | ETVS660 | 50 (50) | EA | $51.82 |
|   | EMATIC METAL & GLASSUP TP 66LB | | | | |

H PO REF #-Delivery Requested: 20180725|

(#1)   48" x 46" x 70" → (26) Box's — 1756 lb
(#2)   48" x 48" x 65" → (24) Box's — 1624 lb.

(2) PALLETS

(W) −3380 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 07/13/18 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 1022893
**PO #** 08289231157R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 333 SOUTH SPRUCE ST |
| | MANTENO, IL 60950-3430 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 26 | 1 | 26 | CHINA |
| ETVS660 | 2 | 24 | 1 | 24 | CHINA |
| | | | | | |
| **TOTAL** | **2** | **50** | | **50** | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of lading.

**NOT to be used for ORDER NOTIFY SHIPMENTS.**

SHIPPER PLEASE NOTE: FREIGHT CHARGES ARE PREPAID
ON THIS BILL OF LADING UNLESS MARKED COLLECT OR BILL TO 3RD
PARTY FILLED OUT COMPLETE WITH NAME & ADDRESS

This shipment is governed by the terms of EDI's Rules Tariff 100A, available on request at www.edi-express.com/docs/EDITARIFF.pdf, and, if applicable, by the terms of the written agreement between EDI and its customer, the pricing agreement created for the account of the customer and/or the Rate Quote issued for this shipment

**EDI EXPRESS**
1-800-365-0100

**506044283**

**SHIPPER:**

| COMPANY NAME | SG LOGISTICS | | |
|---|---|---|---|
| STREET | 2034 E. 27TH ST., UNIT A&B | | |
| CITY | VERNON | STATE | CA | ZIP CODE | 90058 |
| TELEPHONE | ( ) 310-968-8509 | | |

| DATE: | 7/17/18 |
|---|---|
| QUOTE # | |
| PICK UP # | 1430337 |

EDI EXPRESS

This shipment is bound by all terms and conditions of NMFC Item 360 and EDI Tariff 100A provisions.

**COD AMT $**

**FREIGHT CHARGES**
- [ ] PREPAID
- [ ] COLLECT
- [✓] OTHER

**SHIP TO / RECEIVER:**

| COMPANY NAME | SEARS HOLDINGS CORP | | |
|---|---|---|---|
| STREET | 333 SOUTH SPRUCE STREET | | |
| CITY | MANTENO | STATE | IL | ZIP CODE | 60950 |
| TELEPHONE | ( 815 ) 468-3488 | | |

**BILL TO / 3RD PARTY:**

| COMPANY NAME | SHAGHAL LTD | | |
|---|---|---|---|
| STREET | 2231 COLBY AVENUE | | |
| CITY | LOS ANGELES | STATE | CA | ZIP CODE | 90064 |
| TELEPHONE | ( ) 310-966-1133 | | |

CUSTOMER COMPANY CHECK OK FOR COD AMOUNT? YES [ ] NO [ ]

| # SHIPPING UNITS | KIND OF PACKAGING | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM NO. | CLASS | WEIGHT (LBS) (SUBJECT TO CORR.) | SHIPMENT DIMENSIONS | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | LENGTH | WIDTH | HEIGHT |
| 1 | plt | (26 boxes) TV Stand | | | 1756 | 48 | 48 | 70 |
| 1 | plt | (24 boxes) TV Stand | | | 1624 | 48 | 46 | 65 |
| Total | | | | | | | | |
| 2 | plt | (50 boxes) TV Stand | | | 3380 | | | |
| | | Invoice#1022893 | | | | | | |
| | | PO#0828923115 7 R | | | | | | |
| | | pickup between 2-4pm | | | | | | |
| | | Appointment  Yes / No | | | Residential  Yes / No | | | | |

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding.

$ _____

**(SIGNATURE OF CONSIGNOR)**

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

per _____

"Terms and conditions of this bill of lading are specifically subject to items 178 & 190-199 of EDXI Rules Tariff 100A which limit carrier liability and terms of Bill of Lading between shipper and carrier."

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above and in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person in possession of the property under the contract), agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER | DRIVER | DRIVER # | DATE | 800-365-0100 |
|---|---|---|---|---|
| PER | PIECES | | | EDI EXPRESS |

# Shaghal Ltd.
### Est. 1985

*Vernon* 07/12

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 07/06/2018 | 1022894 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| P.O # | Order/TC # | Terms | Phone # |
|-------|-----------|-------|---------|
| 0829224910... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 07/06/2018 | 07/06/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 18 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62"  PO# 08292249103R | 51.52 | | 927.36 | |

| | | | | | **Grand Total** | **$927.36** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**932**

**PICKING LIST**

**DATE** 06/28/2018

| **SHIP-TO ADDRESS** | | **SHIP-FOR ADDRESS** | |
|---|---|---|---|
| SEARS HOLDINGS CORP | 8292 | SEARS HOLDINGS CORP | |
| | | 655 SOUTHWEST 52ND AVENUE | **DELIV DATE** 07/05/2018 |
| 55 SOUTHWEST 52ND AVENUE | | OCALA FL 344749365 | **REQST DATE** / / |
| OCALA FL 344749365 | | | **CANCEL DATE** / / |
| | | | **ORDER DATE** 06/23/2018 |

EPT: 012     **TYPE:** R     **INSTRUCTIONS:**

RDER NO: 100825     **PO NO:** 08292249103 R     **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774 / 005578010<br>EMATIC METAL & GLASSUP TP 66LB | ETVS660 | 18 (18) | EA | $51.52 |
| | 817707019897 / 005636023<br>EMATIC METAL GLASS UP TO 70LB | ETVS670 | 0 | EA | |

H PO REF #-Delivery Requested: 20180705|

48 x 46 x 50

(W) — 1228 lbs

① PALLET



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE:    07/06/18

SOLD TO:    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO:    SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

INV #    1022894
PO #    08292249103R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 18 | 1 | 18 | CHINA |
| | | | | | |
| TOTAL | 1 | 18 | | 18 | |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

This shipment is governed by the terms of EDI's Rules Tariff 100A, available on request and at www.edi-express.com/docs/EDITARIFF.pdf, and, if applicable, by the terms of the written agreement between EDI and its customer, the pricing agreement created for the account of the customer and/or the Rate Quote issued for this shipment

**EDI EXPRESS**

# 505970682

1-800-365-0100

**STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of lading.
NOT to be used for ORDER NOTIFY SHIPMENTS.
SHIPPER PLEASE NOTE. FREIGHT CHARGES ARE PREPAID
ON THIS BILL OF LADING UNLESS MARKED COLLECT OR BILL TO/3RD
PARTY FILLED OUT COMPLETE WITH NAME & ADDRESS

**SHIPPER:**

COMPANY NAME  SG LOGISTICS
STREET  2034 E. 27TH ST., UNIT A&B
CITY  VERNON    STATE CA    ZIP CODE  90058
TELEPHONE  ( ) 310-968-8509 BAHRAM

DATE  7/12/18
QUOTE #  2830388
PICK UP #  1427211
FREIGHT CHARGES
☐ PREPAID
☐ COLLECT
☑ OTHER

**SHIP:**

COMPANY NAME  SEARS HOLDINGS CORP
STREET  655 SOUTHWEST 52ND AVENUE OCALA
CITY  OCALA    STATE FL    ZIP CODE  34474
TELEPHONE  ( ) 352-873-7377

**BILL TO / 3RD PARTY:**

COMPANY NAME  SHAGHAL LTD
STREET  2231 COLBY AVENUE
CITY  LOS ANGELES    STATE CA    ZIP CODE  90064
TELEPHONE  ( ) 310-966-1133

*EDI EXPRESS*

This shipment is bound by all terms and conditions of
NMFC Item 360 and EDI Tariff 100A provisions.

**COD AMT $**

CUSTOMER COMPANY CHECK OK FOR COD AMOUNT?  YES ☐  NO ☐

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
the carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| # SHIPPING UNITS | KIND OF PACKAGING | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM NO. | CLASS | WEIGHT (LBS) (SUBJECT TO CORR) | LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| 1 | PLT | ( 18 BOXES) TV STAND | | 65 | 1228 | 48 | 46 | 50 |
| | | PICK UP BET 2-4PM | | | | | | |
| | | INVOICE#1022894 | | | | | | |
| | | PO#08292249103 R | | | | | | |
| | | NOTIFY ARRIVAL | | | | | | |
| Acc1 | | DELIVERY APPT. REQUIRED | | | | | | |
| Acc2 | | PLS. DELIVER JULY 16-18. | | | | | | |

Appointment  Yes ☑ No    Residential  Yes  No ☑

(SIGNATURE OF CONSIGNOR)

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding

$_____

per _____

"Terms and conditions of this bill of lading are specifically subject to items 178 & 190-195 of EDXI Rules Tariff 100A which limit carrier liability and terms of Bill of Lading between shipper and carrier."

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above and in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person in possession of the property under the contract), agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above materials are properly classified, described packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| SHIPPER | DRIVER | DRIVER | DATE 7/12 | 800-365-0100 |
|---|---|---|---|---|
| PER | PIECES | | | EDI EXPRESS |

LOS ANGELES BUS. FORMS (310) 215-2911



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Verhod*
*07/07*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/6/2018 | 1022895 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0830521646... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 54 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,782.08 | |
| | | PO# 08305216464 R | | | | |

| | **Grand Total** | **$2,782.08** |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**936**

PICKING LIST

**DATE** 07/12/2018

**HIP-TO ADDRESS**
EARS HOLDINGS CORP                8305

4T PERKINS JONES RD NE
VARREN OH 444831848

~~SHIP-FOR ADDRESS~~
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN OH 444831848

**DELIV DATE** 07/25/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 07/12/2018

EPT: 012        **TYPE:** R        **INSTRUCTIONS:**

RDER NO: 100832              **PO NO:** 08305216464 R              **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| he # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774   / 005578010 | ETVS660 | 54 | EA | |

EMATIC METAL & GLASSUP TP 66LB

H PO REF #-Delivery Requested: 20180725|

*(handwritten notes)*

#1) 48' x 46" x 75" → (28) Box" — 1888 lbs

#2) 48 x 46" x 70" → (26) Box' — 1756 lb.

(W) — 3644 lbs

② PALLETS



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

**DATE** 07/13/18

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO** SEARS HOLDINGS CORPS
541 PERKINS JONES RD NE
WARREN, OH 44483

**INV #** 1022895
**PO #** 08305216464R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 28 | 1 | 28 | CHINA |
| ETVS660 | 2 | 26 | 1 | 26 | CHINA |
| | | | | | |
| TOTAL | 2 | 54 | | 54 | |

_____

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

938

# STRAIGHT BILL OF LADING - SHORT FORM - Original-Not Negotiable

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of lading.

**NOT to be used for ORDER NOTIFY SHIPMENTS.**

SHIPPER PLEASE NOTE: FREIGHT CHARGES ARE PREPAID
ON THIS BILL OF LADING UNLESS MARKED COLLECT OR BILL TO/3RD
PARTY FILLED OUT COMPLETE WITH NAME & ADDRESS

**EDI EXPRESS**

This shipment is governed by the terms of EDI's Rules Tariff 100A, available on request and at www.ediexpress.com/docs/EDITARIFF.pdf, and, if applicable, by the terms of the written agreement between EDI and its customer, the pricing agreement created for the account of the customer and/or the Rate Quote issued for this shipment.

1-800-365-0100

**5060044146**

## SHIPPER:

**COMPANY NAME** SG LOGISTICS

**STREET** 2034 E. 27TH ST., UNIT A&B

**CITY** VERNON   **STATE** CA   **ZIP CODE** 90058

**TELEPHONE** ( ) 310-968-8509

## SHIP TO / RECEIVER:

**COMPANY NAME** SEARS HOLDINGS CORP

**STREET** 541 PERKINS JONES RD NE

**CITY** WARREN   **STATE** OH   **ZIP CODE** 44483

**TELEPHONE** ( ) (330) 372-6688

## BILL TO / 3RD PARTY:

**COMPANY NAME** SHAGHAL LTD

**STREET** 2231 COLBY AVENUE

**CITY** LOS ANGELES   **STATE** CA   **ZIP CODE** 90064

**TELEPHONE** ( ) 310-966-1133

**DATE:** 7/17/18

**QUOTE #**

**PICK UP #** 1430337

**FREIGHT CHARGES**
- [ ] PREPAID
- [ ] COLLECT
- [✓] OTHER

This shipment is bound by all terms and conditions of NMFC Item 360 and EDI Tariff 100A provisions.

**COD AMT $**

**CUSTOMER COMPANY CHECK OK FOR COD AMOUNT?** YES [ ] NO [ ]

| # SHIPPING UNITS | KIND OF PACKAGING | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | NMFC ITEM NO. | CLASS | WEIGHT (LBS) (SUBJECT TO CORR.) | SHIPMENT DIMENSIONS LENGTH | WIDTH | HEIGHT |
|---|---|---|---|---|---|---|---|---|
| 1 | plt | (28 boxes) TV Stand | | | 1888 | 48 | 46 | 75 |
| 1 | plt | (26 boxes) TV Stand | | | 1756 | 48 | 46 | 70 |
| Total | | | | | -------- | | | |
| 2 | plt | (54 boxes) TV Stand | | | 3644 | | | |
| | | Invoice#1022895 | | | | | | |
| | | PO#08305216464 R | | | | | | |
| | | pickup between 2-4pm | | | | | | |

**Appointment** Yes / No     **Residential** Yes / No

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (SIGNATURE OF CONSIGNOR)

NOTE - When the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to not be exceeding:

$ _____

per _____

"Terms and conditions of this bill of lading are specifically subject to terms 178 &190-199 of EDXI Rules Tariff 100A which limit carrier liability and terms if Bill of Lading between shipper and carrier."

**800-365-0100**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above and in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER | DRIVER | DRIVER # | DATE |
|---|---|---|---|
| PER | PIECES | | |

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2018 | 1022896 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|-------|-----------|-------|---------|------|----------|-----------|----------|
| 0828723752... | | N/A | | | 7/6/2018 | 7/6/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,576.00 | |
| | | 08287237523 R | | | | |

| | Grand Total | $2,576.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods. Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**940**

231 COLBY AVE 19-23538-shl   Doc 8495-3   Filed 10/08/20   Entered 10/08/20 18:54:10   Exhibit Ex A
OS ANGELES CA  90024                        Cont 3   Pg 135 of 150

PICKING LIST

Vernon

DATE 07/16/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                    8287

600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE** 07/25/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 07/14/2018

**EPT:** 012        **TYPE:** R          **INSTRUCTIONS:**

**RDER NO:** 100833                **PO NO:** 08287237523 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774    / 005578010 | ETVS660 | 50 (50) | EA $51.52 | |
| | EMATIC METAL & GLASSUP TP 66LB | | | | |

H PO REF #-Delivery Requested: 20180725|

#1)  48" x 46" x 70" → (26) Box" — 1756 lbs

#2)  48" x 46" x 65" → (24) Box" — 1624 lbs

W — 3380 lbs

2 PALLETS



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 7/16/2018 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**   1022896
**PO #**   08287237523R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 26 | 1 | 26 | CHINA |
| ETVS660 | 2 | 24 | 1 | 24 | CHINA |
| | | | | | |
| **TOTAL** | **2** | **50** | | **50** | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# BILL OF LADING

DATE: 7/23/18

| SHIP FROM (ORIGIN) | |
|---|---|

NAME:  SG Logistics // Unit A&B

STREET:  2034 East 27th Street

CITY/STATE/ZIP:  Vernon, CA 90058

CONTACT:  Bahram (310) 968-8509

PICKUP TIME: 07/23/2018 08:00AM - 10:00AM (PDT)

| SHIP TO (DESTINATION) | |
|---|---|

NAME:  Sears Holdings Corp

STREET:  5600 East Airport Drive

CITY/STATE/ZIP:  Ontario, CA 91761

CONTACT:  Receiving (909) 390-4515

DELIVERY TIME:  N/A

| BILL TO (THIRD PARTY) | |
|---|---|

NAME:  IDC LOGISTICS, INC.

STREET:  2700 East Imperial Highway

CITY/STATE/ZIP:  Lynwood, CA 90262

**Bill of Lading Number:** B0032527

**Shipment Number:** T0141397

**Reference Number(s)**

P.O.#:  08287237523 R
*Reference#:*  PO# 08287237523 R
*Reference#:*  Invoice# 1022896
*Reference#:*

**CARRIER NAME:**  NEXT TRUCKING

TRACTOR#:

TRAILER#:

SEAL#:

SCAC:  NEXQ

**FREIGHT CHARGE TEMRS**

[ ] COLLECT      [ ] PREPAID      [√] 3RD PARTY

[ ] Master BOL (Multiple Stops) - with attached underlying BOLs

SPECIAL INSTRUCTIONS:
PENDING DEL APPT **

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT (LBS) | | |
|---|---|---|---|---|
| PO# 08287237523 R | | 3,380.00 | | |
| | | | Total Package Pieces: | Total Weight: 3,380.00 |

| HANDLING UNITS NO. TYPE | | PACKAGE NO. TYPE | | HAZ MAT | KIND OF PACKAGING, COMMODITY DESCRIPTION, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (LBS) | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| 2 | PLT | 50 | BOXES | | TV stand | 3,380.00 | | 175 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total Handling Pieces: 2 (50 BOXES)   Total Package Pieces: 50 BOXES   Total Weight: 3,380.00

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.
Under 49 U.S.C. section 14706(c)(1)(A)(B) and the terms and conditions set forth on the reverse page of this Bill of Lading, the Carrier's liability to the Customer may be limited. The Carrier has established and offered alternative rates of freight for the Carriage and the Customer acknowledges that it has made an election between those alternative rates, between (A) the Carrier's regular/lower rates for goods with limited value, and (B) ad valorem rates for goods not so limited, which rates are dependent on the value declared by the Customer. Unless the Customer declares the nature and value of the Goods prior to the Carriage, sets forth the same on this front page of this Bill of Lading, and pays the corresponding ad valorem rate, the Customer knowingly and willingly elects to ship under the Carrier's regular/lower rates, the consequence of which is that in no event shall the Carrier be or become liable for any loss of or damage to or in connection with the Carriage of the Goods in an amount exceeding the lesser of $ 50 per pound or $50.

NOTE      Where the rate is dependant on value, shippers are required to state specifically in writing the
            agreed or declared value of the property as follows.
            The agreed or declared value of the property is specifically stated by the shipper to be not
            exceeding $ 100,000 ___ per ___

            Excess liability coverage requested $ _____

**PROOF OF DELIVERY SIGNATURE & DATE**

*Date:*

| SHIPPER SIGNATURE & DATE | CARRIER SIGNATURE & PICKUP DATE |
|---|---|
| This is to certify that the named materials above are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/ or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| *Date:* | Roberto      Date: 7/23/18 |

**943**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/10/2018 | 1023975 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 08273659338 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/10/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 170 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 13,057.70 | |
| | | REF: PO# 08273659338 R | | | | |

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        1 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340455963
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        2 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340188378
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        3 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341034380
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        4 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341049990
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        5 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341051209
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        6 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342214013
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

| | Grand Total | $13,057.70 |

cknowledged and accepted in full.

3Y49V7        JUL 11, 2018    ACT WT 20.0 LBS        7 OF 17
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340674422
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.15 USD
DV 0.00              COD    0.00          RS 0.00
DC 0.00              DGD    0.00          SD 0.00
AH 0.00              PR     0.00          SP 0.00
TOT NR CHG 9.15                    NR + HC9.15
TOT PUB CHG 20.27                  PUB + HC20.27

**944**



# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/10/2018 | **INV #** 1023975 |
| **SOLD TO** | SEARS | **PO #** 08273659338 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049 | |

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EGQ223BL | | 17 | 10 | 170 | CHINA |
| | | | | | |
| **TOTAL** | | 17 | | 170 | |

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    8 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340128432
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    9 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340432040
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    10 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341201262
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    11 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342412068
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    12 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342000477
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    13 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342462488
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    14 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342454096
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

3Y49V7    JUL 11, 2018    ACT WT 20.0 LBS    16 OF 17
SVC GNDCOM         BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340391308
REF 1:INV#1023975
REF 2:PO#08273659338 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 9.15 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.15              NR+HC9.15
TOT PUB CHG 20.27           PUB+HC20.27

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 09/12/2018 | 1042812 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827367871... | | N/A | | | 09/12/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 300 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 10,008.00 | |
| 500 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 5,220.00 | |
| 300 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 2,160.00 | |
| | | REF:PO# 08273678712R | | | | |

PRO# 776-842850-3

| | Grand Total | $17,388.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

946

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  09/24/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

MABD 10/3/10/4/10/05
**DELIV DATE**  10/05/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  09/22/2018

**DEPT:** .012      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100836            **PO NO:** 08273678712 R            **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019804  / EMW5306  (150) *Box's* | EMW5306 | 300 | EA | & 33.36 |
|   | EMATIC TV Wall Mount Kit for 3 | | | | |
| 2 | 817707019781  / EMW3401  (100) | EMW3401 | 500 | EA | 8 10.44 |
|   | EMATIC TV Wall Mount Kit for 1 | | | | |
| 3 | 817707019828  / EMW5105  (30) | EMW5105 | 300 | EA | & 7.20 |
|   | EMATIC TV Wall Mount Kit for 2 | | | | |

KIH PO REF #-Delivery Requested: 20181005|

280

#1-#3    40 × 48 × 75   → EMW5306 → (50) Box's – 1763 lbs
#4        40 × 48 × 65   → EMW3401 → (72) Box's = 1405 lbs
#5        40 × 48 × 52   → EMW3401 → (28) Box's = 1352 lbs
                            EMW5105 → (30)

(W) → 8,046 lbs


(5) Pallets



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 09/25/18 | | | **INV #** | 1042812 |
| **SOLD TO** | SEARS | | | **PO #** | 08273678712R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| | | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | | |
| | 3051 LAKEVIEW RD | | | | |
| | LAWRENCE, KS 66049 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 1 | 50 | 2 | 100 | CHINA |
| EMW5306 | 2 | 50 | 2 | 100 | CHINA |
| EMW5306 | 3 | 50 | 2 | 100 | CHINA |
| EMW3401 | 4 | 72 | 5 | 360 | CHINA |
| EMW3401 | 5 | 28 | 5 | 140 | CHINA |
| EMW5105 | | 30 | 10 | 300 | CHINA |
| | | | | | |
| **TOTAL** | 5 | 280 | | 1100 | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Web straight bill of lading—original—not negotiable

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC** FREIGHT

SCAC: RDWY

**776-842850-3**

| Date | 09/28/2018 | B/L number. | |
|---|---|---|---|

PRO Number

| Shipper number | Trailer number. |
|---|---|

Consignee name and address
SEARS HOLDINGS CORP

Shipper name
SHAGHAL LTD

Attn: RECEIVING

Address
2034 E 27TH ST UNIT A&B

3051 LAKEVIEW RD

| City | State | ZIP code |
|---|---|---|
| VERNON | CA | 90058 |

Destination name
LAWRENCE

| | State | ZIP Code |
|---|---|---|
| | KS | 66049 |

| Origin city (if different than before) | State | ZIP code |
|---|---|---|

Phone Number
(785) 842-0677

Invoice
SHAGHAL LTD

| Customer number | Store number | Department |
|---|---|---|

Address
2231 COLBY AVE

P O Number
08273678712 R

Special instructions
INV#1042812 MUST

| City | State | ZIP code |
|---|---|---|
| LOS ANGELES | CA | 90064 |

ARRIVE BY 10/3/18

| Contact Name | Contact Phone |
|---|---|

☐ Standard    ☐ Accelerated

X Guaranteed Standard Service by 5 p.m. or end of business day    ☐ Time-Critical    Deliver by __/__/__   ☐ By noon   ☐ By 5 p.m. or end of business day

☐ Guaranteed Multiday Window    Between __/__/__  &  __/__/__    ☐ Time-Critical Hour Window   Deliver on __/__/__   Between __ & __

☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:  68938169

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount? Yes ☐ No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PLT | 150 | BOX | WALL MOUNT | 9981001 | 70 | 5289 | 40 | 48 | 75 |
| 1 | PLT | 72 | BOX | WALL MOUNT | 9981001 | 70 | 1405 | 40 | 48 | 65 |
| 1 | PLT | 58 | BOX | WALL MOUNT | 9981001 | 70 | 1352 | 40 | 48 | 52 |
| | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | Delivery Appointment:Prepaid | | | | | | |
| 5 | | 280 | | GRAND TOTAL | | | 8046 | | | |

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) If product requiring special or enhanced care or attention in handling or stowing must be so marked and packaged as to ensure safe transit with ordinary care. See Sec. 2(e) of NMFC item 360. If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: YRC FREIGHT | Trailer # | 9-28-18 | Trailer loaded by: ☐ Shipper  ☐ Driver |
|---|---|---|---|---|
| | | | | Freight counted by: ☐ Driver: pallets said to contain |
| Shipper signature: | YRC Freight employee signature: | | 5 SUP | ☐ Shipper  ☐ Driver: Loose pieces  ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.    Single-shipment indicator

# Shaghal Ltd.
Est. 1985

Logisters 10/10

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 9/27/2016 | 671354 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828706457... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 9/27/2016 | 9/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 5,025.50 | |
| | | PO# 08287064570 R | | | | |

| Grand Total | $5,025.50 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
**950**

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

10/10   DATE  09/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

10/10 - 10/12
DELIV DATE  / /
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  09/24/2016

DEPT: 012      TYPE: R        INSTRUCTIONS:

ORDER NO: 100565               PO NO:  08287064570 R                    PAGE:   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019897 ① / 005636023 | ETVS670 | 50 (50) | EA | $ 100.51 |
|   | EMATIC METAL GLASS  UP TO 70LB | | | | |

Box's 50

KIH PO REF #-Delivery Requested: 20160926|



(#1)  40" x 48" x 79"  ->  ⊗⊗⊗ (14) pcs

(#2)  40" x 48" x 79"  ->  (14) pcs

(#3)  40" x 48" x 79'  <->  (14) pcs

(#4)  40" x 48" x 53"  ->  (8) pcs

④ PALLETS

(#1) — (#3) -> 1020 lbs

(W) (#4)   -> 600 lbs

SAIA = 310.52   1 DAY
YRC = 488.68

3660 LBS

951



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| DATE | 9/27/2016 | INV #   671354 |
| SOLD TO | SEARS | PO #   08287064570 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

SHIP TO   SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS670 | 1 | 1 | 14 | 14 | CHINA |
| ETVS670 | 1 | 2 | 14 | 14 | CHINA |
| ETVS670 | 1 | 3 | 14 | 14 | CHINA |
| ETVS670 | 1 | 4 | 8 | 8 | CHINA |
| | | | | | |
| | TOTAL | 4 | 50 | 50 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED
WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE
PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHING THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Date 10/10/16

# BILL OF LADING – SHORT FORM – NOT NEGOTIABLE

Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| Logistics Team<br>19914 S Via Barron<br>Rancho Dominguez, CA 90220 | USA 3224144 |

| SHIP TO | Carrier: Flash Truck Lines |
|---|---|
| Kmart SEARS HOLDING CORP<br>5600 east Airport Road<br>Ontario, CA 91761 | Trailer number: 37371N<br>Truck number:<br>Seal number: 0274305 |

| THIRD PARTY FREIGHT CHARGES BILL TO | SPAC: |
|---|---|
| USA Truck, Inc<br>P.O Box 1326<br>Van Buren, AR 72957 | Pro Number:<br>Bar Code Space |
| Reference #:<br>MUST DELIVER BY 10/10-10/11 2016. PLS SCHEDULE DELIVERY<br>APPOINTMENT ASAP TO AVOID CHARGEBACK | Freight Charge Terms |
| | ☐ Master bill of lading with attached underlying bills of lading. |

## CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight LBS | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08287064570R INV#671354 | 4 | 3660 | Y | N | |
| | | | Y | N | |
| Grand Total: | | | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 4 | PLTS | 50 | BOXES | 3660 | | METAL GLASS | | 050 |
| | | | | | | #1-#3 40X48X79 1020LBS | | |
| | | | | | | #4   40X48X53 600 LBS | | |
| | | | | | | Total:3660 | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.
Shipper Signature _____ 4 PALLETS 10-10-16

Shipper Signature/Date _____ 10/10/16

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|
| ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |


# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics* 10/10

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 9/27/2016 | 671355 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828706457... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 9/27/2016 | 9/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 23 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 1,184.96 | |
| 76 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,472.28 | |
| 125 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,962.50 | |
| 50 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 860.00 | |
| 250 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,755.00 | |
| | | PO# 08287064571 R | | | | |

| | |
|---|---|
| **Grand Total** | **$8,234.74** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

954

Thank you for your Business!

PICKING LIST

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 09/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

*10/10 — 10/12*
DELIV DATE  / /
REQST DATE  / /
CANCEL DATE / /
ORDER DATE 09/24/2016

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100566          **PO NO:** 08287064571 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|---|
| 1 | 817707019774 ① / 005578010  EMATIC METAL & GLASSUP TP 66LB | 23 | #1 | ETVS660 | 23 (23) | EA | $ 51.52 |
| 2 | 817707019804 ② / 008990735  EMATIC TV Wall Mount Kit for 3 | 38 | #2 | EMW5306 | 76 (76) | EA | $ 32.53 |
| 3 | 817707019798 ⑤ / 008990801  EMATIC TV Wall Mount Kit for 3 | 25 | #3 | EMW6201 | 125 (125) | EA | $ 15.70 |
| 4 | 817707019811 ⑤ / 008991066  EMATIC TV Wall Mount Kit for 1 | 10 | #3 | EMW4101 | 50 (50) | EA | $ 17.20 |
| 5 | 817707019828 ⑩ / 008991102  EMATIC TV Wall Mount Kit for 2 | 25 | #3 | EMW5105 | 250 (250) | EA | $ 7.02 |

KIH PO REF #-Delivery Requested: 20161005|

121

524

(#1) 40" x 48" x 65" → See Above

(#2) 40" x 48" x 64" → See Above

(#3) 40" x 48" x 69" → See Above

(3) PALLETS

SAIA 310.52 1 Day
YRC $30646



(W) — (#1) — 1558 lbs
(W) — (#2) — 1349 lbs
(W) — (#3) — 1909 lbs

4816



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| DATE | 9/27/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| INV # | 671355 |
| PO # | 08287064571 R |

SHIP TO
SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| ETVS660 | 1 | 1 | 23 | 23 | CHINA |
| EMW5306 | 2 | 2 | 38 | 76 | CHINA |
| EMW6201 | 5 | | 25 | 125 | CHINA |
| EMW4101 | 5 | 3 | 10 | 50 | CHINA |
| EMW5105 | 10 | | 25 | 250 | CHINA |
| | | | | | |
| | TOTAL | 3 | 121 | 524 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED
WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE
PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHING THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS