Date 10/10/16

## BILL OF LADING – SHORT FORM – NOT NEGOTIABLE

Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|
| Logistics Team<br>19914 S Via Barron<br>Rancho DominQuez, CA 90220 | USA 3224144 |

| SHIP TO | Carrier: Flash Truck Lines |
|---|---|
| Kmart SEARS HOLDINGS CORP<br>5600 east Airport Road<br>Ontario, CA 91761 | Trailer number: 3737INI<br>Truck number:<br>Seal number: 0291305 |

| THIRD PARTY FREIGHT CHARGES BILL TO | SPAC: |
|---|---|
| USA Truck, Inc<br>P.O Box 1326<br>Van Buren, AR 72957 | Pro Number:<br>Bar Code Space |
| Reference #: | Freight Charge Terms |
| MUST DELIVER BY 10/10-10/11 2016 PLS SCHED DEL APPT ASAP TO AVOID CHARGEBACK | ☐ Master bill of lading with attached underlying bills of lading. |

### CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight LBS | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO#08287064571 R INV#671355 | 3 | 4816 | Y | N | |
| | | | Y | N | |
| Grand Total: | | | | | |

### CARRIER INFORMATION

| Handling Unit | | Package | | | HM | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC No. | Class |
| 3 | PLTS | 121 | BOXES | 4816 | | TV MOUNT, TV SHELF | | 50 |
| | | | | | | FREIGH PREPAID | | |
| | | 1 | | | | #1 40X48X65  1558LBS | | |
| | | | | | | #2 40X48X64  1349LBS | | |
| | | | | | | #3 40X48X69  1909 LBS | | |
| | | | | | | **TOTAL  4816LBS** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

Shipper Signature _____ 10-10-

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| _____ 10/10/16<br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver  3. PALLETS | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/11/2016 | 680397 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0830505849... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/11/2016 | 10/11/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 53 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,730.56 | |
| 18 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,809.18 | |
| 26 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 845.78 | |
| 110 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,727.00 | |
| 40 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 688.00 | |
| 110 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,119.80 | |
| 70 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 491.40 | |
| | | PO#08305058490 R | | | | |

| Grand Total | $9,411.72 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R

_____
Customer Signature

_Prepared By_

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
**958**

Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

**PICKING LIST**   *nag nar*   10/18   (4)

DATE 10/11/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8305

541 PERKINS JONES RD NE
WARREN OH   444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN OH   444831848

10/26
DELIV DATE   ~~10/19/2016~~
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE 10/11/2016

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100582

PO NO: 08305058490 R

**PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | (53) | ETVS660 | (53) | EA | 51.52 |
| 2 | 817707019897 (1) / 005636023 EMATIC METAL GLASS  UP TO 70LB | (18) | ETVS670 | (18) | EA | 100.51 |
| 3 | 817707019804 (2) / 008990735 EMATIC TV Wall Mount Kit for 3 | (13) (#4) | EMW5306 | (26) | EA | 32.53 |
| 4 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (22) (#4) | EMW6201 | (110) | EA | 15.70 |
| 5 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (8) (#5) | EMW4101 | (40) | EA | 17.20 |
| 6 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (22) (#5) | EMW3401 | (110) | EA | 10.18 |
| 7 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (7) (#5) | EMW5105 | (70) | EA | 7.02 (W) |

KIH PO REF #-Delivery Requested: 20161019|6|

427

(#1)  46" x48" x75"  → ETVS660 → (28) pcs   1888 lbs
(#2)  46" x48" x70"  → ETVS660 → (25) pcs   1690 lbs
(#3)  59" x23" x 75"  → ETVS670 → (14) pcs   1020 lbs
      40" x48" x78"  → ETVS670 → (4) pcs   1487 lbs
(#4)                   → See Above
                      40" x48" x45" → See Abov   978 lbs
(#5)

(5) PALLET

SAIA # 1612.90   10/25   7063

YRC # ~~1852.43~~

1587.99

FTB # 1540. to $1400.00    **959**



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 10/13/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    680397
PO #    08305058490 R

SHIP TO    SEARS HOLDINGS CORPS
541 PERKINS JONES RD NE
WARREN, OH 44483

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 25 | 25 | CHINA |
| ETVS670 | 1 | 3 | 14 | 14 | CHINA |
| ETVS670 | 1 | | 4 | 4 | CHINA |
| EMW5306 | 2 | 4 | 13 | 26 | CHINA |
| EMW6201 | 5 | | 22 | 110 | CHINA |
| EMW4101 | 5 | | 8 | 40 | CHINA |
| EMW3401 | 5 | 5 | 22 | 110 | CHINA |
| EMW5105 | 10 | | 7 | 70 | |
| | | | | | |
| | TOTAL | 5 | 143 | 427 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**STRAIGHT BILL of LADING**

AFFIX PRO STICKER HERE

LOAD # 7276095
BOL # INVOICE# 680397
PO # 08305058490R
Date: Oct 20, 2016

FROM (SHIPPER):

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

TO (CONSIGNEE):

KMART DC SEARS HOLDING CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

Shipper Instructions: MABD 10/26 10/27 PLEASE SCHEDULE DELIVERY Appointment

ASAP to avoid CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 5 | SKID | METAL- TV WALL MOUNT | 5 | 7,063 LBS | 70 |
| | | | NMFC CODE: - Dim: L:40 W:48 H:78 | | | |

#1 46×48×75    1888 LBS
#2 46×48×70    1690 LBS
#3 59×23×75    1020 LBS
#4 40×48×78    1487 LBS
#5 40×40×45    978

The CUSTOM COMPANIES, INC.    310•672•8800    LAX    ISO 9001:2008 certified
www.customco.com    The Full Service Transportation Company    31967570

**Totals**

Units: 5 PCTS _____ (143 BOXES)    Spots: 5    Weight: 7,063

Billing terms: COLLECT: [ ]

PREPAID: [ ]

3RD PARTY: [X]

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Shipper Signature

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

PLACARDS REQUIRED  YES [ ]  NO [ ]

PLACARDS SUPPLIED  YES [ ]  NO [ ]

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

CARRIER: CDN LOGISTICS
PER: SPIT9
DATE: 16-21-16

Page 1 of 1

**961**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/11/2016 | 680398 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 0829208938... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/11/2016 | 10/11/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 45 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,318.40 | |
| 138 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 4,489.14 | |
| 635 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 9,969.50 | |
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 516.00 | |
| 540 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 5,497.20 | |
| 940 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 6,598.80 | |
| | | PO#08292089387 R | | | | |

| | Grand Total | $29,389.04 |
|---|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. R

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
962

**Thank you for your Business!**



*PICKING LIST*   *Shagla* 10/18
DATE 10/11/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

DELIV DATE   10/13/2016  10/26
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/11/2016

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100581

**PO NO:** 08292089387 R

**PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | (45) | ETVS660 | (45) | EA | 51.52 |
| 2 | 817707019804 (2) / 008990735 EMATIC TV Wall Mount Kit for 3 | (69) | EMW5306 | (138) | EA | 32.53 |
| 3 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (127) | EMW6201 | (635) | EA | 15.70 |
| 4 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (6) | EMW4101 | (30) | EA | 17.20 |
| 5 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (108) | EMW3401 | (540) | EA | 10.18 |
| 6 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (94) | EMW5105 | (940) | EA | 7.02 (W) |

KIH PO REF #-Delivery Requested: 20161019|

449

#1  46" x 48" x 75"  →  ETVS660  →  (28) pcs   2328   1888 lbs
#2  46 x 48 x 80"  →  ETVS660  →  (17) pcs     1885 lbs
                    →  EMW5306  →  (21) Box's
#3  40" x 48" x 80"  →  EMW5306  →  (48) Box's   1694 lbs
#4  #5  40" x 48" x 84"  →  EMW6201  →  (55) Box's   1838 lb
#6  40" x 48" x 69"  →  EMW6201  →  (17) Box's    1548 lbs
                        EMW4101  →  (6) Box's
                        EMW3401  →  (36) Box'
#7  →  40" x 48" x 84"  →  EMW3401  →  (72) Box'   1462 lbs
#8  →  40" x 48" x 62"  →  EMW5105  →  (94) Box's   2488 lbs

(8)  PALLETS   SAIA 2,939.45   10/25  Total →   12803
963 641

**Shaghai Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE:** | 10/13/2016 |
| **SOLD TO:** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 680398 |
| **PO #** | 08292089387 R |

| | |
|---|---|
| **SHIP TO:** | SEARS HOLDINGS CORPS |
| | 655 SOUTHWEST 52ND AVENUE |
| | OCALA, FL 34474 |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 17 | 17 | CHINA |
| EMW5306 | 2 | | 21 | 42 | CHINA |
| EMW5306 | 2 | 3 | 48 | 96 | CHINA |
| EMW6201 | 5 | 4 | 55 | 275 | CHINA |
| EMW6201 | 5 | 5 | 55 | 275 | CHINA |
| EMW6201 | 5 | | 17 | 85 | CHINA |
| EMW4101 | 5 | 6 | 6 | 30 | CHINA |
| EMW3401 | 5 | | 36 | 180 | CHINA |
| EMW3401 | 5 | 7 | 72 | 360 | CHINA |
| EMW5105 | 10 | 8 | 94 | 940 | CHINA |
| | **TOTAL** | 8 | 449 | 2328 | |

_____
**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



(SAIA)



10125256840 2

Other signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading. Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER |
|---|---|
| | 08292089387 R |

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec 1

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | (310) 966-1133 | 10/19/2016 |

| STREET | | BILL TO |
|---|---|---|
| 2231 COLBY AVE | | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS HOLDING CORP | ( ) | |

| STREET | | |
|---|---|---|
| 655 SOUTHWEST 52ND AVENUE | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| OCALA | FL | 34474 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 8 449 | PLT BOX | WALL MOUNT FREIGHT PREPAID | 14641 | 50 | Freight charges are PREPAID unless marked collect. |

CHECK BOX IF COLLECT ☐

PO#08292089387 R
INV#680398

MUST DELIVER BY 10/24-10/25 2016
PLS SCHEDULE DELIVERY APPOINTMENT ASAP
TO AVOID CHARGEBACK

GUARANTEED SAIA BY 5PM

#1  40 x 48 x 75   1088 LBS
#2  40 x 48 x 80   1885 LBS
#3  40 x 48 x 80   1699 LBS
#4 - #5  40 x 48 x 84   1898 LBS
#6  40 x 48 x 69   1590 LBS
#7  40 x 48 x 84   1462 LBS
#8  40 x 48 x 62   2988 LBS

CHARGES ADVANCED $ _____

Received $ _____
to apply in the prepayment of the charges on the property described hereon.

_____
(Agent or Cashier)

Per _____
(The signature here acknowledges only the amount prepaid)

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NOTE | (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 14641 |
|---|---|---|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

10/19/2016

Per _____  $ _____

Shipper _____

Per _____  Address _____

SAIA MOTOR FREIGHT LINE, INC.

By N. MERINO 8 P/S

This Shipment will be forwarded open unless C.O.D. Amount is filled in here.

C.O.D. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER      ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES      ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

965

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/13/2016 | 680945 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827347187... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 34 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 1,751.68 | |
| 12 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,206.12 | |
| 40 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 628.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 17.20 | | 258.00 | |
| 90 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 916.20 | |
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| | | PO#08273471873 R | | | | |

| | |
|---|---|
| Grand Total | $4,970.60 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

966

Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**   *Shagle*   *10/11*   (3")

DATE  10/11/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE   KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE   KS   66049

DELIV DATE   ~~10/19/2016~~  10/26
REQST DATE   / /
CANCEL DATE   / /
ORDER DATE  10/11/2016

DEPT: 012    TYPE: R        INSTRUCTIONS:

ORDER NO: 100577              PO NO:  08273471873 R              PAGE:   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | (34) | ETVS660 | (34) | EA | 51.52 |
| 2 | 817707019897 (1) / 005636023 EMATIC METAL GLASS  UP TO 70LB | (12) | ETVS670 | (12) | EA | 100.31 |
| 3 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (8) (#3) | EMW6201 | (40) | EA | 15.70 |
| 4 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (3) (#3) | EMW4101 | (15) | EA | 17.20 |
| 5 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (18) (#3) | EMW3401 | (90) | EA | 10.18 |
| 6 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (3) (#3) | EMW5105 | (30) | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161019|

(#1) 40" x 48" x 75" → ETVS660 → (28) pcs

(#2) 40" x 48" x 74" → ETVS660 → (6) pcs
                        ETVS670 → (12) pcs

(#3) 40" x 48" x 34" → See Above

(3) PALLETS

4019



(#1) → 1888 lbs
(W)  (#2) → 1276 lbs
     (#3) → 855 lbs

SKIA  751.97   10/24
TRC  776.64

967



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/13/2016 | **INV #** | 680945 |
| **SOLD TO** | SEARS | **PO #** | 08273471873 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 6 | 6 | CHINA |
| ETVS670 | 1 | | 12 | 12 | CHINA |
| EMW6201 | 5 | | 8 | 40 | CHINA |
| EMW4101 | 5 | 3 | 3 | 15 | CHINA |
| EMW3401 | 5 | | 18 | 90 | CHINA |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| | | | | | |
| | **TOTAL** | **3** | **78** | **221** | |

_____
SIGNATURE

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# UNIFORM STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE



**SAIA**®

(SAIA)

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242

10125256860 4

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-O tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER |
|---|---|
| | 08273471873 R |

SHIPPER OR HAZARDOUS MATERIAL
24 HOUR EMERGENCY

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | (310) 966-1133 | 10/19/2016 |

| STREET | BILL TO |
|---|---|
| 2231 COLBY AVE | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| LOS ANGELES | CA | 90064 |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS HOLDING CORP | ( ) | |

| STREET | | |
|---|---|---|
| 3051 LAKEVIEW RD | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| LAWRENCE | KS | 66049 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 3 | PLT | WALL MOUNT | 4,019 | 50 | Freight charges are PREPAID unless marked collect. |
| 78 | BOX | FREIGHT PREPAID | | | CHECK BOX IF COLLECT ☐ |
| | | PO#08273471873 R | | | |
| | | INV#680945 | | | CHARGES ADVANCED $_____ |
| | | | | | Received $_____ |
| | | **MUST DELIVER BY 10/24-10/25 2016** | | | to apply in the prepayment of the charges on the property described hereon. |
| | | **PLS SCHEDULE DELIVERY APPOINTMENT ASAP** | | | |
| | | **TO AVOID CHARGEBACK** | | | |
| | | | | | (Agent or Cashier) |
| | | **GUARANTEED SAIA BY 5PM** | | | Per _____ |
| | | | | | (The signature here acknowledges only the amount prepaid) |
| | | #1 40x48x75   1888 LBS | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | #2 40x48x74   R76 LBS | | | The carrier shall not make delivery of this shipment, without payment of freight and all other lawful charges. |
| | | #3 40x48x34   855 LBS | | | |
| | | 4019 LBS | | | |

| NOTE (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 4,019 | |
|---|---|---|---|
| | | | (Signature of Consignor) |

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Signature

This Shipment will be forwarded open unless C.O.D. is filled in here.

C.O.D. $_____

Per _____

Shipper _____

SAIA MOTOR FREIGHT LINE, INC.

10/19/2016

Per _____

_____Address_____

By N'MERINO 3PLTS

C.O.D. fee to be paid by:
☐ SHIPPER  ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES  ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

969

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/13/2016 | 680949 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0827512596... | | N/A | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,472.96 | |
| 7 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 703.57 | |
| 60 | ETQK302 | Wallmount Tool Kit | 5.90 | | 354.00 | |
| 34 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,106.02 | |
| 185 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,904.50 | |
| 70 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,204.00 | |
| 180 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,832.40 | |
| 130 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 912.60 | |
| | | PO#08275125960 R | | | | |

| | |
|---|---|
| **Grand Total** | **$11,490.05** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**970**

Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

_hagbad 10/18_

**DATE** 10/11/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP        8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE** ~~10/19/2016~~ 10/26
**REQST DATE**  /  /
**CANCEL DATE**  /  /
**ORDER DATE** 10/11/2016

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100578           **PO NO:** 08275125960 R           **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Boxs | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707019774 (1) / 005578010<br>EMATIC METAL & GLASSUP TP 66LB | (48) | ETVS660 | (48) | EA | 51.52 |
| 2 | 817707019897 (1) / 005636023<br>EMATIC METAL GLASS  UP TO 70LB | (7) | ETVS670 | (7) | EA | 100.51 |
| 3 | 815592020035 (30) / 006237873<br>Ematic Stud Finder | (2) #4 | ETQK302 | (60) | EA | 5.90 |
| 4 | 817707019804 (2) / 008990735<br>EMATIC TV Wall Mount Kit for 3 | (17) #3 | EMW5306 | (34) | EA | 32.53 |
| 5 | 817707019798 (5) / 008990801<br>EMATIC TV Wall Mount Kit for 3 | (37) #4 | EMW6201 | (185) | EA | 15.70 |
| 6 | 817707019811 (5) / 008991066<br>EMATIC TV Wall Mount Kit for 1 | (14) #3 | EMW4101 | (70) | EA | 17.20 |
| 7 | 817707019781 (5) / 008991079<br>EMATIC TV Wall Mount Kit for 1 | (36) #5 | EMW3401 | (180) | EA | 10.18 |
| 8 | 817707019828 (10) / 008991102<br>EMATIC TV Wall Mount Kit for 2 | (13) #3 | EMW5105 | (130) | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161019

#1  40" x 48" x 75" → ETVS 660 → (28) pcs
#2  40" x 48" x 79" → ETVS 660 → (20) pcs
        → ETVS 670 → (4) pcs
#3  40" x 48" x 75" → ETVS 670 → (3) pcs
        → See Above
#4  40" x 48" x 69" → See Above          → 1888 lbs
#5  40" x 48" x 38" → See Above

①  (4) → 1250 lbs
②  → 1640 lbs
(5) → 751 lbs
7265
③ → 1736 lbs

(5) PALLETS

W

**971**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/13/2016 | **INV #** | 680949 |
| **SOLD TO** | SEARS | **PO #** | 08275125960 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 1 KRESGE ROAD | | |
| | FAIRLESS HILLS, PA 19030 | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 20 | 20 | CHINA |
| ETVS670 | 1 | | 4 | 4 | CHINA |
| ETVS670 | 1 | | 3 | 3 | CHINA |
| EMW5306 | 2 | 3 | 17 | 34 | CHINA |
| EMW4101 | 5 | | 14 | 70 | CHINA |
| EMW5105 | 10 | | 13 | 130 | CHINA |
| ETQK302 | 30 | 4 | 2 | 60 | CHINA |
| EMW6201 | 5 | | 37 | 185 | CHINA |
| EMW3401 | 5 | 5 | 36 | 180 | CHINA |
| | | | | | |
| | **TOTAL** | 5 | 174 | 714 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

SAIA $ 5347.48
YRC $ ~~1275.24~~ 1936.36
        1700.00

**972**

**STRAIGHT BILL of LADING**

AFFIX PRO STICKER HERE

LOAD # 7276093
BOL #   INVOICE# 680949
PO # 08275125960R
Date: Oct 20, 2016

FROM (SHIPPER):

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

TO (CONSIGNEE):

SEARS HOLDING *CORP*
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

Shipper Instructions: MABD 10/26- 10/27 2016   *Please Schedule delivery appointment*
*ASAP To avoid chargeback*

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|----|-------|-----------|------------------------------------------------------------------------------------------|-------|--------|-------|
|    | 5     | SKID      | METAL- TV MOUNTS                                  NMFC CODE: - Dim: L:40 W:48 H:75       | 5     | 7,256 LBS | 70 |

#1  40×48×75    1888 LBS
#2  40×48×79    1640 LBS
#3  40×48×75    1736 LBS
#4  40×48×69    1250 LBS
#5  40×48×38     751 LBS
                7265 LBS

310-672-8800  LAX   ISO 9001:2008 certified
www.customco.com   31955926

**Totals**

Units: 5 PLTS   (174 BOXES)          Spots: 5          Weight: 7,256

Billing terms:

COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

| PLACARDS REQUIRED | YES ☐ NO ☐ | PLACARDS SUPPLIED | YES ☐ NO ☐ |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

CARRIER: *CDN Logistics*
PER:
DATE: *10-21-16*

*splts*

Page 1 of 1

**973**

# ...ghal Ltd.
Est. 1985

**Logistics 10/26**

# INVOICE - A
### OFFICE COPY

...olby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 680950 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828706934... | | N/A | | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 87 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,482.24 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 102 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 3,318.06 | |
| ✓ 175 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,747.50 | |
| ✓ 130 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 2,236.00 | |
| 185 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,883.30 | |
| | | PO#08287069344 R | | | | |

| | Grand Total | $14,844.10 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

**974**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*PICKING LIST*

*Sho g 101 10/26* (2)

DATE  10/11/2016

*10/26 - 10/28*

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  ~~10/13/2016~~
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/11/2016

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100579          **PO NO:** 08287069344 R          **PAGE:**  1

SHIP TO: SEARS HOLDINGS CORP

*Boxs*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774 (1) / 005578010  EMATIC METAL & GLASSUP TP 66LB | ETVS660 | 87 | EA | 51.52 |
| 2 | 815592020035 (30) / 006237873  Ematic Stud Finder | ETQK302 | 30 | EA | 5.90 |
| 3 | 817707019804 (2) / 008990735  EMATIC TV Wall Mount Kit for 3 | EMW5306 | 102 | EA | 32.53 |
| 4 | 817707019798 (5) / 008990801  EMATIC TV Wall Mount Kit for 3 | EMW6201 | 175 | EA | 15.70 |
| 5 | 817707019811 (5) / 008991066  EMATIC TV Wall Mount Kit for 1 | EMW4101 | 130 | EA | 17.20 |
| 6 | 817707019781 (5) / 008991079  EMATIC TV Wall Mount Kit for 1 | EMW3401 | 185 | EA | 10.18 |

KIH PO REF #-Delivery Requested: 20161019

#1 - #3  40" x 48" x 75  → ETVS 660 → 28 pcs

#4  40" x 48" x 68"  → ETVS 660 → 3 pcs
ETQR 302 → 1 pcs
EMW 6201 → 35 Box's

#5  40" x 48" x 84"  → See Above

#6  40" x 48" x  → See Above

6 PALLETS

SAIA 4'41. 13

1 → 1888 lb
2 → 1888 lbs
3 → 1888 lbs
W  4 → 1401 lbs
5 → 1797 lbs
6 → 1813 lbs

10675



**SHAGHAL Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 10/13/2016 | | | **INV #** | 680950 |
| **SOLD TO** | SEARS | | | **PO #** | 08287069344 R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | | |
| | 5600 E AIRPORT RD | | | | |
| | ONTARIO, CA 91761 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 28 | 28 | CHINA |
| ETVS660 | 1 | 3 | 28 | 28 | CHINA |
| ETVS660 | 1 | 4 | 3 | 3 | CHINA |
| ETQK302 | 30 | | 1 | 30 | CHINA |
| EMW6201 | 5 | | 35 | 175 | CHINA |
| EMW5306 | 2 | 5 | 51 | 102 | CHINA |
| EMW4101 | 5 | 6 | 26 | 130 | CHINA |
| EMW3401 | 5 | | 37 | 185 | CHINA |
| | | | | | |
| TOTAL | | 6 | 237 | 709 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**



**(SAIA)**

FOR RATE QUOTATIONS CALL

**10139964730 0**

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 1700-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
| | 08287069344 R | |

*Received, subject to the classification and lawfully-filed tariffs, if applicable, or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD C/O LOGISTICS TEAM | (310) 747 7388 | 10/26/2016 |

| STREET | | BILL TO |
|---|---|---|
| 19914 S VIA BARON | | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| RANCHO DOMINQUEZ | CA | 90220 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS HOLDING CORP | ( ) | |

| STREET | | |
|---|---|---|
| 5600 E AIRPORT RD | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| ONTARIO | CA | 91761 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | Freight charges are PREPAID unless marked collect |
|---|---|---|---|---|---|
| 6 237 | PLT BOX | WALL MOUNTS THIRD PARTY PO#08287069344R INV#680950 MUST DELIVER BY 10/26-10/27 2016 PLS SCHED DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK GUARANTEED SAIA BY 5PM #1-#3   40x 48x75   (1888LBS) #4       40 x40x68   (1401LBS) #5       40x 48 x84   (1797LBS) #6       40 x48 x   (1813LBS) 10675LBS | 10,675 | 50 | CHECK BOX IF COLLECT ☐ |

CHARGES ADVANCED $_____

Received $_____
to apply in the prepayment of the charges on the property described hereon.

_____
(Agent or Cashier)

Per _____
(The signature here acknowledges only the amount prepaid)

Subject to Section 7 of conditions. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment, without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NOTE | (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 10,675 |
|---|---|---|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding,

Per _____  Signature _____
Shipper   ANDY LIM/10/26/16

Per _____  Address _____

SAIA MOTOR FREIGHT LINE, INC.

By _____

| Pes. Shipped | | | |
|---|---|---|---|
| Amount is billed in here | | | |

C.O.D. $_____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE:
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

10/26/16       4863660

977

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/13/2016 | 680951 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828907224... | | N/A | | | | 10/13/2016 | 10/13/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 33 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 1,700.16 | |
| 13 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,306.63 | |
| 55 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 863.50 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 258.00 | |
| 95 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 967.10 | |
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 210.60 | |
| | | PO#08289072242 R | | | | |

| | |
|--|--|
| **Grand Total** | **$5,305.99** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

978

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

DATE  10/11/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

333 SOUTH SPRUCE STREET
MANTENO  IL   609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL   609503430

DELIV DATE   10/13/2016   10/26
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/11/2016

**DEPT:** 012      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100580          **PO NO:** 08289072242 R          **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX's | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707019774  (1)  / 005578010  EMATIC METAL & GLASSUP TP 66LB | (33) | ETVS660 | (33) | EA | 51.52 |
| 2 | 817707019897  (1)  / 005636023  EMATIC METAL GLASS  UP TO 70LB | (13) | ETVS670 | (13) | EA | 100.51 |
| 3 | 817707019798  (5)  / 008990801  EMATIC TV Wall Mount Kit for 3 | (11) (#3) | EMW6201 | (55) | EA | 15.70 |
| 4 | 817707019811  (5)  / 008991066  EMATIC TV Wall Mount Kit for 1 | (3) (#3) | EMW4101 | (15) | EA | 17.20 |
| 5 | 817707019781  (5)  / 008991079  EMATIC TV Wall Mount Kit for 1 | (19) (#3) | EMW3401 | (95) | EA | 10.18 |
| 6 | 817707019828  (10)  / 008991102  EMATIC TV Wall Mount Kit for 2 | (3) (#3) | EMW5105 | (30) | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161019|

82        241

#1  40" x 48 x 75  → ETVS 660 → 28 pcs

#2  40" x 48" x 82"  → ETVS660 → 5 pcs
        ETVS 670 → 13 pcs

#3  40" x 48" x 52"  → See Above

3 PALLETS

W  1 → 1888 lbs
   2 → 1280 lbs
   3 → 974 lbs

SAIA $1029.24   10/25
YRC $1246.90
FIB $ 934

4142

**979**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 10/13/2016 | | INV # | 680951 |
|------|------------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08289072242 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS HOLDINGS CORPS
333 SOUTH SPRUCE ST
MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 5 | 5 | CHINA |
| ETVS670 | 1 | | 13 | 13 | CHINA |
| EMW6201 | 5 | | 11 | 55 | CHINA |
| EMW4101 | 5 | 3 | 3 | 15 | CHINA |
| EMW3401 | 5 | | 19 | 95 | CHINA |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| | | | | | |
| | TOTAL | 3 | 82 | 241 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**980**

| | STRAIGHT BILL of LADING |
|---|---|
| **AFFIX PRO STICKER HERE** | LOAD #   7276086 |
| | BOL #    INVOICE# 680951 |
| | PO #08289072242 R |
| | Date: Oct 20, 2016 |

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| SHAGHAL LTD | KMART DC  SEARS HOLDING CORP |
| 2231 COLBY AVE | 333 SOUTH SPRUCE ST |
| LOS ANGELES, CA 90064 | MANTENO, IL 60950 |

Special instructions: MUST DELIVER BY 10/26 - 10/27 2016   PLEASE SCHEDULE
DELIVERY APPOINTMENT ASAP to avoid CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 3 | SKID | METAL- TV WALL MOUNT    NMFC CODE: - Dim: L:40 W:48 H:82 | 3 | 4142 LBS | 70 |

#1   40 × 48 × 75    1888 LBS
#2   40 × 48 × 82    1280 LBS
#3   40 × 48 × 52    974 LBS
                     4142 LBS



310•672•8800  LAX
31896526

**Totals**

Units: 3 PLTS    82 BOXES          Spots: 3      Weight: 4142

| Billing terms: | Bill to: FedEx Truckload Brokerage |
|---|---|
| COLLECT: [ ] | P. O. Box 5000 |
| PREPAID: [ ] | Green, OH 44232 |
| 3RD PARTY: [X] | 888-444-5940 |

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172.  California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature

Driver Signature

| PLACARDS REQUIRED | YES [ ] NO [ ] | PLACARDS SUPPLIED | YES [ ] NO [ ] | Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.
Consignee Signature |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

| SHIPPER: SHAGHAL LTD | CARRIER: CDN LOGISTICS |
|---|---|
| 2231 COLBY AVE | PER: |
| LOS ANGELES, CA 90064 | DATE:   3 plts   10-21-16 |

Page 1 of 1

981

# Shaghal Ltd.
*Shaghal*
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

10/26

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/19/2016 | 683355 ✓ |

| BILL TO |
|---|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS HOLDINGS CORP |
| 655 SOUTHWEST 52ND AVENUE |
| OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0829209175... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 384 ✓ | EM208VIDRD ✓ | Ematic 1.5"  8GB MP3 Player Red | 14.90 ✓ | | 5,721.60 | |
| 336 ✓ | EM208VIDBL ✓ | Ematic 1.5"  8GB MP3 Player Black | 14.90 ✓ | | 5,006.40 | |
| 96 ✓ | EM318VIDBL ✓ | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 ✓ | | 2,592.00 | |
| | | PO# 08292091756 R | | | | |

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        1 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70340016713
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        2 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341069129
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        3 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341436134
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        4 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342170749
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        5 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341091952
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016    ACT WT 15.0  LBS        6 OF 17
SVC GNDCOM                      BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342374761
REF 1:INV#683355
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00           COD    0.00       RS 0.00
DC 0.00           DGD    0.00       SD 0.00
AH 0.00           PR     0.00       SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

| | Grand Total | $13,320.00 |
|---|---|---|

y acknowledged and accepted in full. F

MB

State of California. Vendee agrees to the terms and condi...

Thank you for ...

982

DATE  10/18/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

DELIV DATE   11/02/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/18/2016

**DEPT:** 018       **TYPE:** R       **INSTRUCTIONS:**

**ORDER NO:** 100587              **PO NO:** 08292091756 R                     **PAGE:**  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 (48) / 006237877  EMATIC MP3 PLAYER | BOX (8)  15 lbs  EM208VID 384 | 384 | EA | 14.90 |
| 2 | 817707012676 (48) / 006238001  EMATIC MP3 PLAYER | (7)  15 lbs  EM208VID 336 | 336 | EA | 14.90 |
| 3 | 817707016803 (48) / 006238011  EMATIC BT MP3 PLAYR 1.5IN BLAC | (2)  16 lbs  EM318VID 96 | 96 | EA | 27.00 |

KIH PO REF #-Delivery Requested: 20161102|

UPS



(W) → 257 lbs

3Y49V7         OCT 26, 2016   ACT WT 15.0 LBS      15 OF 17
SVC GNDCOM               BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341632066
REF 1:INV#683366
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:        SVC 9.27 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.27              NR+HC9.27
TOT PUB CHG 21.26           PUB+HC21.26

3Y49V7         OCT 26, 2016   ACT WT 16.0 LBS      16 OF 17
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342410864
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:        SVC 9.64 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SP 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.64              NR+HC9.64
TOT PUB CHG 21.90           PUB+HC21.90

3Y49V7         OCT 26, 2016   ACT WT 16.0 LBS      17 OF 17
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340847272
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE— PIECE NR RATE CHRGS:        SVC 9.64 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 9.64              NR+HC9.64
TOT PUB CHG 21.90           PUB+HC21.90

983

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 10/19/2016 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 655 SOUTHWEST 52ND AVENUE |
| | OCALA, FL 34474 |

**INV #** 683355
**PO #** 08292091756 R

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDRD | 48 | | 8 | 384 | CHINA |
| EM208VIDBL | 48 | | 7 | 336 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | **TOTAL** | | 17 | 816 | |

---

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS     7 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342155177
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS     8 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341129180
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS     9 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342152796
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS    10 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341842006
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS    11 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340172812
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS    12 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341081221
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS    13 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341063232
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26

3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS    14 OF 17
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341774849
REF 1:INV#683365
REF 2:PO#08292091756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 9.27                      NR+HC9.27
TOT PUB CHG 21.26                    PUB+HC21.26
```



**Shaghal Ltd.**
Est. 1985
2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal*
10/26

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683356 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828907460... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| | | | 14.90 | | 4,291.20 | |
| 288 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 3,576.00 | |
| 240 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 27.00 | | 2,592.00 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | | | | |
| | | PO# 08289074607 R | | | | |

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        1 OF 13
TRACKING# 1Z3Y49V70341237287
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        2 OF 13
TRACKING# 1Z3Y49V70341036897
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        3 OF 13
TRACKING# 1Z3Y49V70340462106
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        4 OF 13
TRACKING# 1Z3Y49V70340088913
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        6 OF 13
TRACKING# 1Z3Y49V70341453329
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0 LBS
SVC GNDCOM             BL WT 15.0 LBS        6 OF 13
TRACKING# 1Z3Y49V70341661338
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.60            PUB+HC21.60
                                        985
```

| | Grand Total | $10,459.20 |
|---|-------------|-----------|

acknowledged and accepted in full. F          MB

legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca...
State of California. Vendee agrees to the terms and condi...

Thank you for ...

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/19/2016 | **INV #** | 683356 |
| **SOLD TO** | SEARS | **PO #** | 08289074607 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 333 SOUTH SPRUCE ST | | |
| | MANTENO, IL 60950-3588 | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDRD | 48 | | 6 | 288 | CHINA |
| EM208VIDBL | 48 | | 5 | 240 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | TOTAL | | 13 | 624 | |

---

```
3Y49V7            OCT 26, 2016  ACT WT 16.0 LBS       7 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342938947
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7            OCT 26, 2016  ACT WT 16.0 LBS      10 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342899374
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7            OCT 26, 2016  ACT WT 16.0 LBS       8 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341332156
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7            OCT 26, 2016  ACT WT 16.0 LBS      11 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342306380
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7            OCT 26, 2016  ACT WT 15.0 LBS       9 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342206960
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.12 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7            OCT 26, 2016  ACT WT 16.0 LBS      12 OF 13
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341480997
REF 1:INV#683356
REF 2:PO#08289074607 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 10.48 USD
DV  0.00           COD   0.00        RS 0.00
DC  0.00           DGD   0.00        SD 0.00
AH  0.00           PR    0.00        SP 0.00
TOT NR CHG 10.48              NR+HC10.48
TOT PUB CHG 22.31            PUB+HC22.31
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*

10/28

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683357 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0828707177... | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 240 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 3,576.00 | |
| 192 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 2,860.80 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |
| | | PO# 08287071775 R | | | | |

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS     1 OF 11
SVC GNDCOM           BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341168210
REF 1:INV#683357
REF 2:PO#08287071775 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.29 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.29                   NR+HC7.29
TOT PUB CHG 11.10                 PUB+HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS     2 OF 11
SVC GNDCOM           BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340060622
REF 1:INV#683357
REF 2:PO#08287071775 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.29 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.29                   NR+HC7.29
TOT PUB CHG 11.10                 PUB+HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS     3 OF 11
SVC GNDCOM           BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340666639
REF 1:INV#683357
REF 2:PO#08287071775 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.29 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.29                   NR+HC7.29
TOT PUB CHG 11.10                 PUB+HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS     4 OF 11
SVC GNDCOM           BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341032248
REF 1:INV#683357
REF 2:PO#08287071775 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.29 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.29                   NR+HC7.29
TOT PUB CHG 11.10                 PUB+HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS     5 OF 11
SVC GNDCOM           BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341993451
REF 1:INV#683357
REF 2:PO#08287071775 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.29 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 7.29                   NR+HC7.29
TOT PUB CHG 11.10                 PUB+HC11.10
```

| Grand Total | $9,028.80 |
|-------------|-----------|

...acknowledged and accepted in full.

Prepared By

...t they are in good condition and accepts them in ...on of special orders can be accepted. However, in ...cking charge of 15% per month. All past due ...able. In the event Vendor institutes collection ...e, the Vendee shall pay to the Vendor in addition ...Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

987

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  10/18/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  11/02/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 10/18/2016

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100585          **PO NO:** 08287071775 R          **PAGE:**  1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|--------------|-------------|-----------------|----------|
| 1 | 817707012652 (48) / 006237877 EMATIC MP3 PLAYER | (5) 15 lbs | EM208VID RD 240 | 240 | EA | 14.90 |
| 2 | 817707012676 (48) / 006238001 EMATIC MP3 PLAYER | (4) 15 lbs | EM208VID BL 192 | 192 | EA | 14.90 |
| 3 | 817707016803 (48) / 006238011 EMATIC BT MP3 PLAYR 1.5IN BLAC | (2) 16 lbs | EM318VID BL 96 | 96 | EA | 27.00 |

KIH PO REF #–Delivery Requested: 20161102|





Pg 33 of 150

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 10/19/2016 | | INV # | 683357 |
|---|---|---|---|---|
| SOLD TO | SEARS | | PO # | 08287071775 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

| SHIP TO | SEARS HOLDINGS CORPS |
|---|---|
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 5 | 240 | CHINA |
| EM208VIDBL | 48 | | 4 | 192 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | TOTAL | | 11 | 528 | |

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS         6 OF 11
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341716269
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.29            NR + HC7.29
TOT PUB CHG 11.10         PUB + HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS         7 OF 11
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342336678
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.29            NR + HC7.29
TOT PUB CHG 11.10         PUB + HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS         8 OF 11
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341660689
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.29            NR + HC7.29
TOT PUB CHG 11.10         PUB + HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 15.0 LBS         9 OF 11
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342214291
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.29 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.29            NR + HC7.29
TOT PUB CHG 11.10         PUB + HC11.10
```

```
3Y49V7      OCT 28, 2016   ACT WT 16.0 LBS        10 OF 11
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340943606
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.28 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.28            NR + HC7.28
TOT PUB CHG 11.22         PUB + HC11.22
```

```
3Y49V7      OCT 28, 2016   ACT WT 16.0 LBS        11 OF 11
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340714316
REF 1:INV#683357
REF 2:PO#08287071776 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.28 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.28            NR + HC7.28
TOT PUB CHG 11.22         PUB + HC11.22
```

989

*Shaghal*

10/26

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683358 ✓ |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827512837... | | N/A | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 288 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 4,291.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |
| | | PO# 08275128375 R | | | | |

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       1 OF 9
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342765017
REF 1:INV#683368
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26              PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       2 OF 9
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342186420
REF 1:INV#683368
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26              PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       3 OF 9
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340199437
REF 1:INV#683368
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26              PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       4 OF 9
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342663047
REF 1:INV#683368
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26              PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       5 OF 9
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340192266
REF 1:INV#683368
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00              COD    0.00        RS 0.00
DC 0.00              DGD    0.00        SD 0.00
AH 0.00              PR     0.00        SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26              PUB+HC21.26
```

| | Grand Total | $7,598.40 |
|--|-------------|-----------|

...y acknowledged and accepted in full.

...hat they are in good condition and accepts them in
...tion of special orders can be accepted. However, in
...tocking charge of 15% per month. All past due
...fundable. In the event Vendor institutes collection
...ice, the Vendee shall pay to the Vendor in addition
... by Vendor therewith. In connection with any such
...g ... is ... in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Prepared By

Authorized By

990

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

**DATE**  10/18/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE**  11/02/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/18/2016

**DEPT:** 018       **TYPE:** R       **INSTRUCTIONS:**

**ORDER NO:** 100584          **PO NO:** 08275128375 R          **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 (48) / 006237877 EMATIC MP3 PLAYER | (6) | 15 lbs | EM208VID 20 | 288  288 | EA | 14.90 |
| 2 | 817707012676 (48) / 006238001 EMATIC MP3 PLAYER | (1) | 15 lbs | EM208VID BL | 48  48 | EA | 14.90 |
| 3 | 817707016803 (48) / 006238011 EMATIC BT MP3 PLAYR 1.5IN BLAC | (2) | 16 lbs | EM318VID BL | 96  96 | EA | 27.00 |

KIH PO REF #-Delivery Requested: 20161102|





**991**

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 10/19/2016 | **INV #**  683358 |
| **SOLD TO** | SEARS | **PO #**  08275128375 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 1 KRESGE ROAD | |
| | FAIRLESS HILLS, PA 19030 | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDRD | 48 | | 6 | 288 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | **TOTAL** | | 9 | 432 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS      6 OF 9
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341763066
REF 1:INV#683358
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:       SVC  9.27 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 9.27              NR+HC9.27
TOT PUB CHG 21.26            PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 16.0 LBS      8 OF 9
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341333466
REF 1:INV#683358
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:       SVC  9.54 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 21.90            PUB+HC21.90
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS      7 OF 9
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342311471
REF 1:INV#683358
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:       SVC  9.27 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 9.27              NR+HC9.27
TOT PUB CHG 21.26            PUB+HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 16.0 LBS      9 OF 9
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340486092
REF 1:INV#683358
REF 2:PO#08275128375 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:       SVC  9.54 USD
DV 0.00          COD    0.00        RS 0.00
DC 0.00          DGD    0.00        SD 0.00
AH 0.00          PR     0.00        SP 0.00
TOT NR CHG 9.54              NR+HC9.54
TOT PUB CHG 21.90            PUB+HC21.90
```

*Sma Gray*
*10/27*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683359 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827347456... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 144 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 2,145.60 | |
| 144 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 2,145.60 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

PO# 08273474563 R

```
3Y49V7        OCT 27, 2016   ACT WT 16.0 LBS        1 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342169440
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

```
3Y49V7        OCT 27, 2016   ACT WT 16.0 LBS        2 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342232665
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

```
3Y49V7        OCT 27, 2016   ACT WT 16.0 LBS        3 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340587464
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

```
3Y49V7        OCT 27, 2016   ACT WT 16.0 LBS        4 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340569879
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

```
3Y49V7        OCT 27, 2016   ACT WT 16.0 LBS        5 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341045887
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00          COD  0.00        RS 0.00
DC 0.00          DGD  0.00        SD 0.00
AH 0.00          PR   0.00        SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

| Grand Total | $5,587.20 |
|-------------|-----------|

acknowledged and accepted in full. F

*MB*
Prepared By

...at they are in good condition and accepts them in ...n of special orders can be accepted. However, in ...cking charge of 15% per month. All past due ...dable. In the event Vendor institutes collection ...e, the Vendee shall pay to the Vendor in addition ...y Vendor therewith. In connection with any such ...egal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

993

Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST ②

DATE 10/18/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

DELIV DATE   11/02/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/18/2016

DEPT: 018      TYPE: R        INSTRUCTIONS:

ORDER NO: 100583              PO NO: 08273474563 R                    PAGE:  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|---|
| 1 | 817707012652 (48) / 006237877  EMATIC MP3 PLAYER | (3) | 15 lbs | EM208VID RD | 144  144 | EA | 14.90 |
| 2 | 817707012676 (48) / 006238001  EMATIC MP3 PLAYER | (3) | 15 lb | EM208VID BL | 144  144 | EA | 14.90 |
| 3 | 817707016803 (48) / 006238011  EMATIC BT MP3 PLAYR 1.5IN BLAC | (1) | 16 lb. | EM318VID BL | 48  48 | EA | 27.00 |

KIH PO REF #–Delivery Requested: 20161102|





5

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 10/19/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    683359
PO #    08273474563 R

| | |
|---|---|
| SHIP TO | SEARS HOLDINGS CORPS |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 3 | 144 | CHINA |
| EM208VIDBL | 48 | | 3 | 144 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | TOTAL | | 7 | 336 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7        OCT 27, 2016    ACT WT 15.0 LBS       6 OF 7
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340101497
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.28 USD
DV 0.00        COD  0.00          RS 0.00
DC 0.00        DGD  0.00          SD 0.00
AH 0.00        PR   0.00          SP 0.00
TOT NR CHG 7.28            NR+HC7.28
TOT PUB CHG 16.84          PUB+HC16.84
```

```
3Y49V7        OCT 27, 2016    ACT WT 16.0 LBS       7 OF 7
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341542705
REF 1:INV#683359
REF 2:PO#08273474563 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.29 USD
DV 0.00        COD  0.00          RS 0.00
DC 0.00        DGD  0.00          SD 0.00
AH 0.00        PR   0.00          SP 0.00
TOT NR CHG 7.29            NR+HC7.29
TOT PUB CHG 16.36          PUB+HC16.36
```

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Shaghal 10/26*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 10/19/2016 | 683360 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0830506080... | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 240 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 3,576.00 | |
| 192 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 2,860.80 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08305060805 R | | | | |

```
3Y49V7          OCT 26, 2016   ACT WT 15.0  LBS        1 OF 10
SVC GNDCOM               BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342620619
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00                        SVC  9.27 USD
SINGLE-PIECE NR RATE CHRGS:             RS  0.00
DV  0.00            COD  0.00            RS  0.00
DC  0.00            DGD  0.00            SD  0.00
AH  0.00            PR   0.00            SP  0.00
TOT NR CHG 9.27                    NR+HC9.27
TOT PUB CHG 21.26                  PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0  LBS        2 OF 10
SVC GNDCOM               BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341417029
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00                        SVC  9.27 USD
SINGLE-PIECE NR RATE CHRGS:
DV  0.00            COD  0.00            RS  0.00
DC  0.00            DGD  0.00            SD  0.00
AH  0.00            PR   0.00            SP  0.00
TOT NR CHG 9.27                    NR+HC9.27
TOT PUB CHG 21.26                  PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0  LBS        3 OF 10
SVC GNDCOM               BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342767033
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00                        SVC  9.27 USD
SINGLE-PIECE NR RATE CHRGS:
DV  0.00            COD  0.00            RS  0.00
DC  0.00            DGD  0.00            SD  0.00
AH  0.00            PR   0.00            SP  0.00
TOT NR CHG 9.27                    NR+HC9.27
TOT PUB CHG 21.26                  PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0  LBS        4 OF 10
SVC GNDCOM               BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341126647
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00                        SVC  9.27 USD
SINGLE-PIECE NR RATE CHRGS:             RS  0.00
DV  0.00            COD  0.00            RS  0.00
DC  0.00            DGD  0.00            SD  0.00
AH  0.00            PR   0.00            SP  0.00
TOT NR CHG 9.27                    NR+HC9.27
TOT PUB CHG 21.26                  PUB+HC21.26
```

```
3Y49V7          OCT 26, 2016   ACT WT 15.0  LBS        5 OF 10
SVC GNDCOM               BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342711851
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00                        SVC  9.27 USD
SINGLE-PIECE NR RATE CHRGS:
DV  0.00            COD  0.00            RS  0.00
DC  0.00            DGD  0.00            SD  0.00
AH  0.00            PR   0.00            SP  0.00
TOT NR CHG 9.27                    NR+HC9.27
TOT PUB CHG 21.26                  PUB+HC21.26
```

| Grand Total | $7,732.80 |
|---|---|

acknowledged and accepted in full.

... they are in good condition and accepts them in
... n of special orders can be accepted. However, in
... cking charge of 15% per month. All past due
... able. In the event Vendor institutes collection
... e, the Vendee shall pay to the Vendor in addition
... Vendor therewith. In connection with any such
... California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Prepared By

Authorized By

## Thank you for your Business!

996

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  10/18/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE  11/02/2016
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  10/18/2016

**DEPT:** 018      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100588        **PO NO:** 08305060805 R        **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  *48* / 006237877  EMATIC MP3 PLAYER | EM208VID | 240 | EA | |
| 2 | 817707012676  *48* / 006238001  EMATIC MP3 PLAYER | EM208VID | 192 | EA | |
| 3 | 817707016803  *48* / 006238011  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID | 48 | EA | |

KIH PO REF #-Delivery Requested: 20161102|



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 10/19/2016 | **INV #**    683360 |
| **SOLD TO** | SEARS | **PO #**   08305060805 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 541 PERKINS JONES RD NE | |
| | WARREN, OH 44483 | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDRD | 48 | | 5 | 240 | CHINA |
| EM208VIDBL | 48 | | 4 | 192 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | **TOTAL** | | 10 | 480 | |

---

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       6 OF 10
SVC GNDCOM                 BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342098668
REF 1:INV#683360
REF 2:PO#08305060805 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.27 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 9.27                   NR + HC9.27
TOT PUB CHG 21.26                 PUB + HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       7 OF 10
SVC GNDCOM                 BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340823074
REF 1:INV#683360
REF 2:PO#08306060805 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.27 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 9.27                   NR + HC9.27
TOT PUB CHG 21.28                 PUB + HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       8 OF 10
SVC GNDCOM                 BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341981080
REF 1:INV#683360
REF 2:PO#08306060805 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.27 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 9.27                   NR + HC9.27
TOT PUB CHG 21.26                 PUB + HC21.26
```

SCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
AT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
RT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

R YOUR BUSINESS

```
3Y49V7        OCT 26, 2016   ACT WT 15.0 LBS       9 OF 10
SVC GNDCOM                 BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341828693
REF 1:INV#683360
REF 2:PO#08306060805 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.27 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 9.27                   NR + HC9.27
TOT PUB CHG 21.26                 PUB + HC21.26
```

```
3Y49V7        OCT 26, 2016   ACT WT 16.0 LBS      10 OF 10
SVC GNDCOM                 BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342381904
REF 1:INV#683360
REF 2:PO#08306060805 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  9.64 USD
DV 0.00            COD    0.00        RS  0.00
DC 0.00            DGD    0.00        SD  0.00
AH 0.00            PR     0.00        SP  0.00
TOT NR CHG 9.64                   NR + HC9.64
TOT PUB CHG 21.90                 PUB + HC21.90
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*LOGISTICS*
*10/27*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683361 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827347523... | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 61 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 3,142.72 | |
| 14 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,407.14 | |
| 3 | ETQK302 | Wallmount Tool Kit | 5.90 | | 17.70 | |
| 58 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,886.74 | |
| 115 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,805.50 | |
| 55 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 946.00 | |
| 115 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,170.70 | |
| 110 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 772.20 | |
| | | 08273475236 R | | | | |

| | Grand Total | $11,148.70 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

999

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 10/19/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  11/02/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/19/2016

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100589     **PO NO:** 08273475236 R     **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

BOX

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 ① / 005578010 ⑥① <br> EMATIC METAL & GLASSUP TP 66LB | ETVS660 | 6l 61 | EA | 51.52 |
| 2 | 817707019897 ① / 005636023 ⑭ <br> EMATIC METAL GLASS  UP TO 70LB | ETVS670 | l4 14 | EA | 100.51 |
| 3 | 815592020035 ㉚ / 006237873 ① <br> Ematic Stud Finder | ETQK302 | 30 30 | EA | 5.90 |
| 4 | 817707019804 ② / 008990735 ㉙ <br> EMATIC TV Wall Mount Kit for 3 | EMW5306 | 58 58 | EA | 32.53 |
| 5 | 817707019798 ⑤ / 008990801 ㉓ #5 <br> EMATIC TV Wall Mount Kit for 3 | EMW6201 | ll5 115 | EA | 15.70 |
| 6 | 817707019811 ⑤ / 008991066 ⑪ #5 <br> EMATIC TV Wall Mount Kit for 1 | EMW4101 | 55 55 | EA | 17.20 |
| 7 | 817707019781 ⑤ / 008991079 ㉓ #6 <br> EMATIC TV Wall Mount Kit for 1 | EMW3401 | ll5 115 | EA | 10.18 |
| 8 | 817707019828 ⑩ / 008991102 ⑪ #5 <br> EMATIC TV Wall Mount Kit for 2 | EMW5105 | ll0 110 <br> 558 | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161102|

#1 - #2 - 48" x 46 x 70 → ETVS660 - 26 Box's    1756 lbs

#3 - 59" x 23" x 78" → ETVS670 → 14 pcs    1020 lbs

#4 - 40" x 48" x 75" → ETVS660 → 9 Box    1651 lbs
→ ETQK302 → 1 Box
→ EMW5306 → 29 box

#5 - 40" x 48" x 66" → See Abov    1519 lbs

#6 - 40" x 48" x 24" → See Abov    494 lbs

8196 lbs

6 PALLETS     W → ~~~~

**1000**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/19/2016 | **INV #** | 683361 |
| **SOLD TO** | SEARS | **PO #** | 08273475236 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS670 | 1 | 3 | 14 | 14 | CHINA |
| ETVS660 | 1 | | 9 | 9 | CHINA |
| ETQK302 | 30 | 4 | 1 | 30 | CHINA |
| EMW5306 | 2 | | 29 | 58 | CHINA |
| EMW6201 | 5 | | 23 | 115 | CHINA |
| EMW4101 | 5 | 5 | 11 | 55 | CHINA |
| EMW5105 | 10 | | 11 | 110 | CHINA |
| EMW3401 | 5 | 6 | 23 | 115 | CHINA |
| | | | | | |
| | **TOTAL** | 6 | 173 | 558 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

SAIA $1733.01  10/11
YRC $1283.32  10/31

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

# YRC FREIGHT

SCAC: RDWY

**651-860895-9**

Date: **10/27/2016**    B/L number: ___    Trailer number: ___

PRO Number:

Shipper number: ___

Shipper name: **LOGISTICS TEAM**

Address: **19914 S VIA BARON**

City: **RANCHO DOMINGUEZ**    State: **CA**    ZIP code: **90220**

Origin city (if different than before): ___    State: ___    ZIP code: ___

Consignee name and address:
**SEARS HOLDING CORP**

Attn: **RECEIVING**

**3051 LAKEVIEW RD**

Destination City: **LAWRENCE**    State: **KS**    ZIP Code: **66049**

Phone Number: **(847) 286-2500**

Customer number: ___    Store number: ___    Department: ___

Invoice:
**SHAGHAL LTD**

Address: **2231 COLBY AVE**

Attn: **LYN EGANGO**

City: **LOS ANGELES**    State: **CA**    ZIP code: **90064**

P.O. Number:
**08273475236R/INV#683361**

Special Instructions:
**TIME CRITICAL SRVC. MUST DELIVER BY 10/31-11/01 2016**

**PLS SCHED DEL APPT ASAP TO AVOID CHARGEBACK**

Contact Name: ___    Contact Phone: ___

| Standard | Faster Standard |
|---|---|
| ☐ Standard | ☒ Accelerated |
| **Standard Guaranteed*** | **Expedited Guaranteed*** |
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☒ Time-Critical    Deliver by: **10 / 31 / 2016**    ☐ By noon    ☒ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window    Between: __/__/__    &  __/__/__ | ☐ Time-Critical Hour Window    Deliver on: __/__/__    Between: ___  &  ___ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points

Quote I.D.:  **18762493**

All shipments are subject to individual pricing programs as published by YRC by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐    **COD amount: $**    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 26 | BOX | | WALL MOUNTS | | | 1756 | 48 | 46 | 70 |
| 1 | PLT | 26 | BOX | | WALL MOUNTS | | | 1756 | 48 | 46 | 70 |
| 1 | PLT | 14 | BOX | | WALL MOUNTS | | | 1020 | 59 | 23 | 78 |
| 1 | PLT | 39 | BOX | | WALL MOUNTS | | | 1651 | 40 | 48 | 75 |
| 1 | PLT | 45 | BOX | | WALL MOUNTS | | | 1519 | 40 | 48 | 66 |
| 1 | PLT | 23 | BOX | | WALL MOUNTS | | | 494 | 40 | 48 | 24 |
| 6 | | 173 | | | PAGE TOTAL | | | 8196 | | | |

EMERGENCY CONTACT

Phone: ___    Name: ___    Contract #: ___

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges:  $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Received subject to individually determined rates or written contracts that have been agreed to in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.
The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged so as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Shipper company name: **LOGISTICS TEAM**    Carrier: **YRC FREIGHT**    Trailer #: ___    Date: **10/27/16**

Trailer loaded by: ☐ Shipper  ☐ Driver    Freight counted by: ☐ Driver: pallets said to contain

Shipper signature: **ANDY LIM/10/27/16**    YRC Freight employee signature: ___    H/U received: ☐ Shipper  ☐ Driver: Loose pieces    ☐ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.    Single shipment pickup: ☐

(6 plt)  261402

Printed in U.S.A.

Page 1 of 2



## Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Logistics*
*10/26*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683362 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827512896... | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 75 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 3,864.00 | |
| 12 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,206.12 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 88 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,862.64 | |
| 180 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,826.00 | |
| 105 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,806.00 | |
| 170 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,730.60 | |
| 170 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,193.40 | |
| | | 08275128960 R | | | | |

| | Grand Total | $15,665.76 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

_____
**Customer Signature**

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1003**

### Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

DATE  10/19/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8275

1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

DELIV DATE   11/02/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/19/2016

**DEPT:** 012      **TYPE:** R       **INSTRUCTIONS:**

**ORDER NO:** 100590           **PO NO:** 08275128960 R                    **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-----|--------------|-------------|-----------------|----------|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | (75) 241-315 | ETVS660 (75) | 75 | EA | 51.52 \| 241-315 |
| 2 | 817707019897 (1) / 005636023 EMATIC METAL GLASS  UP TO 70LB | (12) #4 | ETVS670 (12) | 12 | EA | 100.51 |
| 3 | 815592020035 (30) / 006237873 Ematic Stud Finder | (1) #4 | ETQK302 (30) | 30 | EA | 5.90 |
| 4 | 817707019804 (2) / 008990735 EMATIC TV Wall Mount Kit for 3 | (44) #5 | EMW5306 (88) | 88 | EA | 32.53 |
| 5 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (26) #6 | EMW6201 (180) | 180 | EA | 15.70 |
| 6 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (21) #7 | EMW4101 (105) | 105 | EA | 17.20 |
| 7 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (34) #7 | EMW3401 (170) | 170 | EA | 10.18 |
| 8 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (17) #6 | EMW5105 (170) | 170 | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161102|

#1 - #2   48" x 46" x 70" → ETVS 660 → (26 Box)   1756 lbs
#3         48" x 46" x 65" → ETVS 660 → (23) Box's   1558 lbs
           898 lbs
#4         59" x 23" x 73" → See Above   1556 lbs
#5         40" x 48" x 70" → See Above   1660 lbs
#6         40" x 48" x 71" → See Above   1553 lbs
#7         40" x 48" x 63" → See Above

10 737

(7) PALLETS          (W) → 10,738 lbs

1004

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 10/20/2016 | | INV # | 683362 |
|------|------------|--|-------|--------|
| **SOLD TO** | SEARS<br>3333 BEVERLY RD C2-114B<br>HOFFMAN ESTATES, IL 60176 | | **PO #** | 08275128960 R |
| **SHIP TO** | SEARS HOLDINGS CORPS<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 | | | |

| PACKING LIST | | | | | |
|------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 23 | 23 | CHINA |
| ETVS670 | 1 | 4 | 12 | 12 | CHINA |
| ETQK302 | 30 | | 1 | 30 | CHINA |
| EMW5306 | 2 | 5 | 44 | 88 | CHINA |
| EMW6201 | 5 | 6 | 36 | 180 | CHINA |
| EMW5105 | 10 | | 17 | 170 | CHINA |
| EMW4101 | 5 | 7 | 21 | 105 | CHINA |
| EMW3401 | 5 | | 34 | 170 | CHINA |
| | | | | | |
| | TOTAL | 7 | 240 | 830 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

NGTD

SAIA $ 6746.79

**STRAIGHT BILL of LADING**

AFFIX PRO STICKER HERE

LOAD # 7277402
BOL #   INVOICE# 683362
PO #   08275128960 R
Date: Oct 27, 2016

FROM (SHIPPER):

LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

TO (CONSIGNEE):

SEAR HOLDING CORP/KMART
1 KRESGE RD
FAIRLESS HILLS, PA 19030

Shipper Instructions: Must deliver by 10/31-11/01 2016 CARRIER- UPON INC. Please
SCHEDULE DELIVERY APPOINTMEN ASAP TO AVOID CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|----|-------|-----------|-------------------------------------------------------------------------------------------|-------|--------|-------|
|    | 3     | SKID      | METAL- TV MOUNTS                      NMFC CODE: - Dim: L:48 W:46 H:70                      | 3     | 5,070 LBS | 70 |
|    | 3     | SKID      | METAL- TV MOUNTS                      NMFC CODE: - Dim: L:40 W:48 H:70                      | 3     | 4,769 LBS | 70 |
|    | 1     | SKID      | METAL- TV MOUNTS                      NMFC CODE: - Dim: L:59 W:23 H:73                      | 1     | 898 LBS   | 70 |

#1 -#2  48×46×70  1756 LBS      #6  40×48×7  1660 LBS
#3  48×46×65  1558 LBS          #7  40×48×63  1553 LBS
#4  59×23×73  898 LBS
#5  40×48×71  1556 LBS

**Totals**

Units: 7 PLTS   (240 BOXES)   Spots: 7   Weight: 10,737

Billing terms:
COLLECT:
PREPAID:
3RD PARTY: X

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to assure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 172.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature   ANDY LIM 10/27/16

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

PLACARDS REQUIRED  YES [ ]  NO [ ]
PLACARDS SUPPLIED  YES [ ]  NO [ ]

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over at or any portion of said route to destination and as to each party at any time interested in all or any property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: UPON INC
PER:
DATE:   7 PALLETS

Page 1 of 1

1006

*LOGISTICS*
*10/28*

**...hal Ltd.**
1985
...s Angeles, CA 90064
...Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683363 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP |
| 5600 E AIRPORT RD |
| ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828707235... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 102 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 5,255.04 | |
| 21 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 2,110.71 | |
| 60 | ETQK302 | Wallmount Tool Kit | 5.90 | | 354.00 | |
| 108 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 3,513.24 | |
| 205 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 3,218.50 | |
| 110 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,892.00 | |
| 175 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,781.50 | |
| 170 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,193.40 | |
| | | 08287072358 R | | | | |

| Grand Total | $19,318.39 |
|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1007**

## Thank you for your Business!

2231 COLBY AVE<br/>
LOS ANGELES  CA  90024

**PICKING LIST** ②

**DATE** 10/19/2016

**SHIP-TO ADDRESS**<br/>
SEARS HOLDINGS CORP        8287

5600 E AIRPORT RD<br/>
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**<br/>
SEARS HOLDINGS CORP<br/>
5600 E AIRPORT RD<br/>
ONTARIO  CA  917618609

**DELIV DATE**   11/02/2016<br/>
**REQST DATE**   / /<br/>
**CANCEL DATE**  / /<br/>
**ORDER DATE**   10/19/2016

**DEPT:** 012     **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100591          **PO NO:** 08287072358 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707019774 ① / 005578010<br/>EMATIC METAL & GLASSUP TP 66LB | (102) | ETVS660 | (102) 102 | EA | 51.52 |
| 2 | 817707019897 ① / 005636023<br/>EMATIC METAL GLASS  UP TO 70LB | (21) | ETVS670 | (21) 21 | EA | 100.51 |
| 3 | 815592020035 (30) / 006237873<br/>Ematic Stud Finder | (2) | ETQK302 | (60) 60 | EA | 5.90 |
| 4 | 817707019804 (2) / 008990735<br/>EMATIC TV Wall Mount Kit for 3 | (54) | EMW5306 | (108) 108 | EA | 32.53 |
| 5 | 817707019798 (5) / 008990801<br/>EMATIC TV Wall Mount Kit for 3 | (41) | EMW6201 | (205) 205 | EA | 15.70 |
| 6 | 817707019811 (5) / 008991066<br/>EMATIC TV Wall Mount Kit for 1 | (22) #9 | EMW4101 | (110) 110 | EA | 17.20 |
| 7 | 817707019781 (5) / 008991079<br/>EMATIC TV Wall Mount Kit for 1 | (35) #9 | EMW3401 | (175) 175 | EA | 10.18 |
| 8 | 817707019828 (10) / 008991102<br/>EMATIC TV Wall Mount Kit for 2 | (17) | EMW5105 | (170) 170 | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161102|

#1 – #3    48" x 46" x 70" → ETVS660 → (26) pcs      1756 lbs

#4    48" x 46" x 65" → ETVS660 → (24) pcs      1624 lbs

#5    59" x 23" x 73" → ETV670 → (13) pcs      950 lbs

#6    59" x 23" x 62" → ETVS670 → (8) pcs      1078 lbs<br/>
ETQR302 → (2) Box<br/>
EMW5105 → (17) box

#7    40" x 48" x 82" → EMW5306 → (48) Box      1694 lbs

#8    40" x 48" x 72" → EMW5306 → (6) Box's      1587 lbs<br/>
→ EMW6201 → (41) Box

#9    40" x 48" x 71" → See About      1614 lbs

(9) PALLETS      (W) → 13 815<br/>
(W) → 13816 lbs      **1008**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/19/2016 | **INV #** | 683363 |
| **SOLD TO** | SEARS | **PO #** | 08287072358 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**      SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS660 | 1 | 4 | 24 | 24 | CHINA |
| ETVS670 | 1 | 5 | 13 | 13 | CHINA |
| ETVS670 | 1 | 6 | 8 | 8 | CHINA |
| ETQK302 | 30 | | 2 | 60 | CHINA |
| EMW5105 | 10 | | 17 | 170 | CHINA |
| EMW5306 | 2 | 7 | 48 | 96 | CHINA |
| EMW5306 | 2 | 8 | 6 | 12 | CHINA |
| EMW6201 | 5 | | 41 | 205 | CHINA |
| EMW4101 | 5 | 9 | 22 | 110 | CHINA |
| EMW3401 | 5 | | 35 | 175 | CHINA |
| | | | | | |
| | **TOTAL** | **9** | **294** | **951** | |

SIGNATURE

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

SAIA $570.93
GLobal $
FTB$ 390.

1009

**FedEx Freight**

# 373796786-6

## STRAIGHT BILL of LADING

LOAD # 7277878
BOL #    INVOICE# 683363
PO #    08287072358 R
Date: Oct 28, 2016

**FROM (SHIPPER):**

LOGISTICS TEAM
19914 SOUTH VIA BARON
RANCHO DOMINGUEZ, CA 90220

**TO (CONSIGNEE):**

SEARS HOLDING CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

Shipper Instructions: QUOTE# F6079139CM15    FEDEX FREIGHT.

MUST DELIVER BY 10/31 - 11/01 2016. PLS SCHEDULE DELIVERY APPOINTMENT
ASAP TO AVOID CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 4 | SKID | AUDIO PRODUCTS    NMFC CODE: - | 4 | 6,692 LBS | 100 |
| | | | Dim: L:40 W:48 H:82 | | | |
| | 3 | SKID | AUDIO PRODUCTS    NMFC CODE: - | 3 | 4,895 LBS | 100 |
| | | | Dim: L:40 W:48 H:82 | | | |
| | 2 | SKID | AUDIO PRODUCTS    NMFC CODE: - | 2 | 2,028 LBS | 100 |
| | | | Dim: L:59 W:23 H:73 | | | |

#1 - #3    48 x 46 x 70    1756 LBS        #7 40 x 48 x 82    1694 LBS
#4    48 x 46 x 65    1624 LBS        #8 40 x 48 x 72    1587 LBS
#5    59 x 23 x 73    950 LBS        #9 40 x 48 x 71    1614 LBS
#6    59 x 23 x 62    1078 LBS

**Totals**

Units: 9 PLTS    (294 BOXES)    Spots: 9    Weight: 13,815

Billing terms:    COLLECT: [ ]    PREPAID: [ ]    3RD PARTY: [X]

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature    ANDY LIM/10/28/16

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

PLACARDS REQUIRED    YES [ ]    NO [ ]    PLACARDS SUPPLIED    YES [ ]    NO [ ]

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 SOUTH VIA BARON
RANCHO DOMINGUEZ, CA 90220

CARRIER: FEDEX FREIGHT VOLUME SERVICE
PER:
DATE:    1759704

(9) SWS STC 294 CTNS    Page 1 of 1

FXF X10493
10-28-16

1010



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics*

*10/26*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683364 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828907517... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 81 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,173.12 | |
| 26 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 2,613.26 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 60 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 1,951.80 | |
| 145 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,276.50 | |
| 65 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,118.00 | |
| 145 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,476.10 | |
| 150 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,053.00 | |
| | | 08289075172 R | | | | |

| | |
|--|--|
| **Grand Total** | **$14,838.78** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By
1011

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 10/19/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP        8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**DELIV DATE**   11/02/2016
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   10/19/2016

**DEPT:** 012     **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100592      **PO NO:** 08289075172 R      **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | ETVS660 | 81  81 | EA | 51.52 |
| 2 | 817707019897 (1) / 005636023 EMATIC METAL GLASS UP TO 70LB | ETVS670 | 26  26 | EA | 100.51 |
| 3 | 815592020035 (30) / 006237873 Ematic Stud Finder | ETQK302 | 30  30 | EA | 5.90 |
| 4 | 817707019804 (2) / 008990735 EMATIC TV Wall Mount Kit for 3 | EMW5306 | 60  60 | EA | 32.53 |
| 5 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | EMW6201 | 145  145 | EA | 15.70 |
| 6 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | EMW4101 | 65  65 | EA | 17.20 |
| 7 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | EMW3401 | 145  145 | EA | 10.18 |
| 8 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | EMW5105 | 150  150 | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161102J

#1 — #3  48"×46"×70" → ETVS660 → 26 PES   1756 lbs
#4 — #5  59×23×73" → ETVS676 → 13 pcs   950 lbs
#6  59"×23"×74" → ETVS660 → 3 pes
→ ETQK302 → 1 Box   1290 lbs
→ EMW5306 → 30 box
#7  40"×48"×72" → See Above   1509 lbs
#8  40"×48"×42" → See Above   1003 lbs

8 PALLETS     W → 10,976 lbs

**1012**

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE      10/19/2016                                    INV #         683364
SOLD TO   SEARS                                         PO #    08289075172 R

          3333 BEVERLY RD C2-114B

          HOFFMAN ESTATES, IL 60176

SHIP TO   SEARS HOLDINGS CORPS

          333 SOUTH SPRUCE ST

          MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS670 | 1 | 4 | 13 | 13 | CHINA |
| ETVS670 | 1 | 5 | 13 | 13 | CHINA |
| ETVS660 | 1 | 6 | 3 | 3 | CHINA |
| ETQK302 | 30 | | 1 | 30 | CHINA |
| EMW5306 | 2 | | 30 | 60 | CHINA |
| EMW6201 | 5 | 7 | 29 | 145 | CHINA |
| EMW4101 | 5 | | 13 | 65 | CHINA |
| EMW3401 | 5 | 8 | 29 | 145 | CHINA |
| EMW5105 | 10 | | 15 | 150 | CHINA |
| | | | | | |
| | TOTAL | 8 | 224 | 702 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

SAIA. $2256.95

**STRAIGHT BILL of LADING**

AFFIX PRO STICKER HERE

LOAD #  7277440
BOL #  INVOICE# 683364
PO #  08289075172R
Date: Oct 27, 2016

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| LOGISTICS TEAM<br>19914 SOUTH VIA BARON<br>RNCHO DOMINGZ, CA 90220 | SEARS HOLDING CORP<br>333 SOUTH SPRUCE ST<br>MANTENO, IL 60950 |

Shipper Instructions: Must deliver by 10/31-11/01 2016
CARRIER: ULTIMATE FREIGHT INC.

PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles<br>(IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
|  | 3 | SKID | METAL- TV MOUNTS    NMFC CODE: =<br>Dim: L:48 W:46 H:70 | 3 | 5,268 LBS | 70 |
|  | 4 | SKID | METAL- TV MOUNTS    NMFC CODE: -<br>Dim: L:40 W:48 H:83 | 4 | 6,961 LBS | 70 |
|  | 1 | SKID | METAL- TV MOUNTS    NMFC CODE: -<br>Dim: L:59 W:23 H:78 | 1 | 1,020 LBS | 70 |

#1 -#3   48×46×70   1756LBS     #7  40×48×72   1509LBS
#4 -#5   59×23×73   950 LBS     #8  40×48×42   1003
#6       59×23×74   1290LBS

Totals

Units: 8 PLT   224 BOXES          Spots: 8     Weight: 10970

| Billing terms: | |
|---|---|
| COLLECT: | ☐ |
| PREPAID: | ☐ |
| 3RD PARTY: | X |

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(a)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Shipper Signature    ANDY LIM/10/27/16

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

| PLACARDS REQUIRED | YES ☐ NO ☐ | PLACARDS SUPPLIED | YES ☐ NO ☐ |
|---|---|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above is apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

| SHIPPER: LOGISTICS TEAM<br>19914 SOUTH VIA BARON<br>RNCHO DOMINGZ, CA 90220 | CARRIER: ULTIMATE FREIGHT<br>PER: _Mirodel_ 10/27/16<br>DATE: |
|---|---|

8 PLTS

Page 1 of 1



# Shaghal Ltd.
*Est. 1985*

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics*
*10/26*

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683365 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0829209232... | | N/A | | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 100 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 5,152.00 | |
| 14 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,407.14 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 106 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 3,448.18 | |
| 195 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 3,061.50 | |
| 95 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,634.00 | |
| 225 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 2,290.50 | |
| 230 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,614.60 | |
| | | 08292092321 R | | | | |

| | Grand Total | $18,784.92 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1015**

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

④

**DATE** 10/19/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**DELIV DATE**  11/02/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 10/19/2016

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100593          **PO NO:** 08292092321 R          **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | Style Number | Qty Ordered | | Unit of Measure | Location |
|---|---|---|---|---|---|---|---|
| 1 | 817707019774 ① / 005578010 | ⑩⑩ | ETVS660 | 100 | 100 | EA | 31.52 |
| 2 | 817707019897 ① / 005636023 — | ⑭ | ETVS670 | 14 | 14 | EA | 100.51 |
| 3 | 815592020035 ㉚ / 006237873 — | ① | ETQK302 | 30 | 30 | EA | 5.90 |
| 4 | 817707019804 ② / 008990735 | �53 | EMW5306 | 106 | 106 | EA | 32.53 |
| 5 | 817707019798 ⑤ / 008990801 | ㊴ | EMW6201 | 195 | 195 | EA | 15.70 |
| 6 | 817707019811 ⑤ / 008991066 | ⑲ #8 | EMW4101 | 95 | 95 | EA | 17.20 |
| 7 | 817707019781 ⑤ / 008991079 | ㊺ #8 | EMW3401 | 225 | 225 | EA | 10.18 |
| 8 | 817707019828 ⑩ / 008991102 | ㉓ #8 | EMW5105 | 230 | 230 | EA | 7.02 |

Line 1: EMATIC METAL & GLASSUP TP 66LB
Line 2: EMATIC METAL GLASS  UP TO 70LB
Line 3: Ematic Stud Finder
Line 4: EMATIC TV Wall Mount Kit for 3
Line 5: EMATIC TV Wall Mount Kit for 3
Line 6: EMATIC TV Wall Mount Kit for 1
Line 7: EMATIC TV Wall Mount Kit for 1
Line 8: EMATIC TV Wall Mount Kit for 2

KIH PO REF #-Delivery Requested: 20161102

294
995

#1 — #3   48" x 46" x 70"   ETVS660 → 26 pcs   1756 lbs
#4   59" x 23" x 78"   ETVS670 → 14 pcs   1020 lbs
#5   40" x 48" x 70"   ETVS660 → 22 pcs   1510 lbs
              ETQK302 → 1 Box
#6   40" x 48" x 82"   EMW5306 → 48 Box   1694 lbs
#7   40" x 48" x 73"   EMW5306 → 5 Box   1487 lbs
              EMW6201 → 39 Box
#8   40" x 48" x 82"   See Above   2290 lbs

⑧ PALLETS          W → 1327 lbs   69
1016

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE: __10/19/2016__

SOLD TO: SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV # __683365__
PO # __08292092321 R__

SHIP TO: SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS670 | 1 | 4 | 14 | 14 | CHINA |
| ETVS660 | 1 | 5 | 22 | 22 | CHINA |
| ETQK302 | 30 | | 1 | 30 | CHINA |
| EMW5306 | 2 | 6 | 48 | 96 | CHINA |
| EMW5306 | 2 | 7 | 5 | 10 | CHINA |
| EMW6201 | 5 | | 39 | 195 | CHINA |
| EMW4101 | 5 | 8 | 19 | 95 | CHINA |
| EMW3401 | 5 | | 45 | 225 | CHINA |
| EMW5105 | 10 | | 23 | 230 | CHINA |
| | | | | | |
| | TOTAL | 8 | 294 | 995 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

SAIA $ 3 465.64

**STRAIGHT BILL of LADING**

AFFIX PRO STICKER HERE

LOAD # 7277441
BOL # INVOICE# 683365
PO # 08292092321
Date: Oct 27, 2016

**FROM (SHIPPER):**
LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

**TO (CONSIGNEE):**
SEARS HOLDING CORP
655 SOUTHWEST 52ND AVE
OCALA, FL 34474

Shipper Instructions: Must deliver by 10/31-11/01 2016
CARRIER: AMERICAN FREIGHTWAYS. Please schedule delivery appointment
ASAP to avoid CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|---|
| | 3 | SKID | METAL- TV MOUNTS | NMFC CODE: - Dim: L:40 W:48 H:70 | 3 | 5,268 LBS | 50 |
| | 4 | SKID | METAL- TV MOUNTS | NMFC CODE: - Dim: L:40 W:48 H:82 | 4 | 6,981 LBS | 50 |
| | 1 | SKID | METAL- TV MOUNTS | NMFC CODE: - Dim: L:59 W:23 H:78 | 1 | 1,020 LBS | 50 |

#1 -#3   48 x 46 x70   1766 LBS      #7  40x48x73   487 LBS
#4   59 x 23 x 78   1020 LBS      #8  40 x 48 x82   2290 LBS
#5   40 x 48 x70   1510 LBS
**Totals**   #6   40 x 48 x 82   1694 LBS      TOTAL : 13269

Units: 8 Pallets   294 Boxes      Spots: 8   Weight: 13,269

**Billing terms:**
COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1)- Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the word carrier being understood because it's exceeding any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over at or any portion of said most applicable with NMFC item 172.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature    ANDY LIM/10/27/16

Driver Signature

PLACARDS REQUIRED   YES ☐   NO ☐
PLACARDS SUPPLIED   YES ☐   NO ☐

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over at or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: AMERICAN FREIGHTWAYS LP
PER:
DATE:

10-27-16

Page 1 of 1

SCALH6271240

**1018**



# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Logistics*

*10/26*

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/19/2016 | 683366 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|------------|-------|---------|------|----------|-----------|----------|
| 0830506136. | | N/A | | | 10/19/2016 | 10/19/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 81 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,173.12 | |
| 13 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,306.63 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 80 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,602.40 | |
| 160 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,512.00 | |
| 70 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,204.00 | |
| 170 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,730.60 | |
| 170 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,193.40 | |
| | | 08305061360 R | | | | |

| | Grand Total | $15,390.15 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

DATE 10/19/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE  11/02/2016
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  10/19/2016

DEPT: 012      TYPE: R      INSTRUCTIONS:

ORDER NO: 100594            PO NO: 08305061360 R            PAGE: 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX | Style Number | Qty Ordered | | Unit of Measure | Location |
|---|---|---|---|---|---|---|---|
| 1 | 817707019774 (1) / 005578010 EMATIC METAL & GLASSUP TP 66LB | (81) | ETVS660 | 81 | 81 | EA | 51.32 |
| 2 | 817707019897 (1) / 005636023 EMATIC METAL GLASS UP TO 70LB | (13) | ETVS670 | 13 | 13 | EA | 100.51 |
| 3 | 815592020035 (30) / 006237873 Ematic Stud Finder | (1) | ETQK302 | 30 | 30 | EA | 5.90 |
| 4 | 815592020066 (50) / 008130386 Ematic Wallmount Tool Kit | (1) | ESFC204 | 50 | 50 | EA | 9.82 |
| 5 | 817707019804 (2) / 008990735 EMATIC TV Wall Mount Kit for 3 | (40) | EMW5306 | 80 | 80 | EA | 32.53 |
| 6 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (32) #6 | EMW6201 | 160 | 160 | EA | 15.70 |
| 7 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (14) #6 | EMW4101 | 70 | 70 | EA | 17.20 |
| 8 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (34) #7 | EMW3401 | 170 | 170 | EA | 10.18 |
| 9 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (17) #7 | EMW5105 | 170 | 170 | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161102|

#1 - #3    48" x 46" x70"    → ETVS660 → 26 per    1756 lb
#4         59" x 23" x 73"    → ETVS670 → 13 pcs    950 lbs
#5         40" x 48" x82"    → ETVS660 → (3) pc    1651 lbs
                                ETQK302 → (1) Box
                                ESFC204 → (1) Box
                                EMW5306 → (40) Box
#6         40" x 48" x 79"   → See Above    1648 lbs
#7         40" x 48" x 49"   → See Above    1154 lbs

(7) PALLETS            (W) → 10609 lbs

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 10/19/2016 |
|------|------------|

**SOLD TO**
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS HOLDINGS CORPS
541 PERKINS JONES RD NE
WARREN, OH 44483

INV #    683366
PO #    08305061360 R

| PACKING LIST | | | | |
|--------------|---------|----------|-------------|-----------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS670 | 1 | 4 | 13 | 13 | CHINA |
| ETVS660 | 1 | | 3 | 3 | CHINA |
| ETQK302 | 30 | 5 | 1 | 30 | CHINA |
| ESFC204 | 50 | | 1 | 50 | CHINA |
| EMW5306 | 2 | | 40 | 80 | CHINA |
| EMW6201 | 5 | 6 | 32 | 160 | CHINA |
| EMW4101 | 5 | | 14 | 70 | CHINA |
| EMW3401 | 5 | 7 | 34 | 170 | CHINA |
| EMW5105 | 10 | | 17 | 170 | CHINA |
| | | | | | |
| | TOTAL | 7 | 233 | 824 | |

SAIA $ 2,319.08

**FedEx** Freight

**STRAIGHT BILL of LADING**

# 352581965-1

LOAD # 7277451
BOL # INVOICE# 683366
PO # 0830506136OR
Date: Oct 27, 2016

**FROM (SHIPPER):**

TEAM LOGISTICS
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

**TO (CONSIGNEE):**

SEARS HOLDING CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

Shipper Instructions: Must deliver by 10/31-11/01 2016
CARRIER: FEDEX FREIGHT PRIORITY. *Please schedule delivery appointment*

*ASAP to avoid CHARGEBACK*

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | | Spots | WEIGHT | CLASS |
|----|-------|-----------|---------------------------------------------|---|-------|--------|-------|
| | 3 | SKID | METAL- TV MOUNTS | NMFC CODE: - Dim: L:48 W:46 H:70 | 3 | 5,268 LBS | 50 |
| | 3 | SKID | METAL- TV MOUNT | NMFC CODE: - Dim: L:40 W:48 H:82 | 3 | 4,853 LBS | 50 |
| | 1 | SKID | METAL- TV MOUNT | NMFC CODE: - Dim: L:59 W:23 H:73 | 1 | 950 LBS | 50 |

#1 -#3  48 x 46 x 70   (1756 LBS)      #6  40 x 48 x 79   1648 LBS
#4  59 x 23 x 73      950 LBS        #7  40 x 48 x 40   1154 LBS
#5  40 x 48 x 82     1651 LBS              TOTAL 10 671 LBS

**Totals**

Units: 7 Pallets    (233 BOXES)    Spots: 7    Weight: 10671

Billing terms:
COLLECT: ☐
PREPAID: ☐
3RD PARTY: ☒

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Where the applicable tariff provides specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California interstate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature    ANDY LIM/10/27/16

Driver Signature

Subject to terms of carriage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery without payment of freight and all other lawful charges.

PLACARDS REQUIRED  YES ☐  NO ☐
PLACARDS SUPPLIED  YES ☐  NO ☐

Consignee Signature

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of

SHIPPER: TEAM LOGISTICS
19914 SOUTH VIA BARON
RNCHO DOMINGZ, CA 90220

CARRIER: FEDEX FREIGHT PRIORITY
PER: _____ 10/27/16
DATE:

Page 1 of 1

1022



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics*
*11/3*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686507 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|------------|-------|---------|
| 0827347796... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 5 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 257.60 | |
| 4 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 402.04 | |
| 2 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 65.06 | |
| 15 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 235.50 | |
| 20 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 203.60 | |
| 40 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 280.80 | |
| | | 08273477968 R | | | | |

| | |
|---|---|
| **Grand Total** | **$1,444.60** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. P̶

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

1023

**Thank you for your Business!**

SHAGHAL   18-23538-shl   Doc 8495-4   Filed 10/08/20   Entered 10/08/20 18:54:10   Exhibit Ex A   (2)
2231 COLBY AVE
LOS ANGELES  CA  90024
PICKING LIST   68 of 150        Logistics  11/03

DATE  10/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

DELIV DATE   11/09/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/26/2016

**DEPT:** 012      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100595              **PO NO:** 08273477968 R              **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707019774  / 005578010  EMATIC METAL & GLASSUP TP 66LB | (5) | ETVS660 | (5) | EA | $ 51.52 |
| 2 | 817707019897  / 005636023  EMATIC METAL GLASS  UP TO 70LB | (4) | ETVS670 | (4) | EA | $ 100.51 |
| 3 | 817707019804  (2) / 008990735  EMATIC TV Wall Mount Kit for 3 | (1) | EMW5306 | (2) | EA | $ 32.53 |
| 4 | 817707019798  (5) / 008990801  EMATIC TV Wall Mount Kit for 3 | (3) | EMW6201 | (15) | EA | $ 15.70 |
| 5 | 817707019781  (5) / 008991079  EMATIC TV Wall Mount Kit for 1 | (4) | EMW3401 | (20) | EA | $ 10.18 |
| 6 | 817707019828  (10) / 008991102  EMATIC TV Wall Mount Kit for 2 | (4) | EMW5105 | (40) | EA | $ 7.02 |

KIH PO REF #-Delivery Requested: 20161109|

21

86

59" x 48" x 66"

SAIA $286.70
YRC $361.50

(W) → 844 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 10/27/2016 | **INV #**  686507 |
| **SOLD TO** | SEARS | **PO #**  08273477968 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | | 5 | 5 | CHINA |
| ETVS670 | 1 | | 4 | 4 | CHINA |
| EMW5306 | 2 | | 1 | 2 | CHINA |
| EMW6201 | 5 | 1 | 3 | 15 | CHINA |
| EMW3401 | 5 | | 4 | 20 | CHINA |
| EMW5105 | 10 | | 4 | 40 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 21 | 86 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

FOR RATE QUOTATIONS, CALL

### UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE



(SAIA)



10131353720 4

Other signature acknowledges receipt of freight/goods. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
| | 08273477968R | |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own defined, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD C/O LOGISTICS TEAM | 310-747-7388 | 11/3/2016 |

| STREET | | | BILL TO |
|---|---|---|---|
| 19914 S VIA BARON | | | |

| CITY | STATE | ZIP CODE | |
| RANCHO DOMINQUEZ | CA | 90220 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS HOLDINGS CORP | | |

| STREET | | | |
| 3851 LAKEVIEW RD | | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
| LAWRENCE | KS | 66049 | | | |

| No. of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. To Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 | PLT | WALL MOUNTS 59X48X66 | 844 | 50 | Freight charges are PREPAID unless marked collect. |
| 21 | BOX | THIRD PARTY | | | CHECK BOX IF COLLECT ☐ |
| | | PO#08273477968 R | | | |
| | | 1A/HM46567 | | | |
| | | MUST DELIVER BY 11/07-11/08 2016 | | | CHARGES ADVANCED $ _____ |
| | | PLEASE SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK | | | |
| | | | | | Received _____ to apply in the prepayment of the charges on the property described hereon. |
| | | GUARANTEED SAIA BY 5PM | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NOTE (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound). | TOTAL | 844 | 50 |
|---|---|---|---|

*This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

Signature _____

Per _____
Shipper _____
Per _____ Address _____

SAIA MOTOR FREIGHT LINE, INC.

BY: _____ 11/3/16

This Shipment will be forwarded open unless C.O.D. Amount is filed in here. $ _____

C.O.D. fee to be paid by:
☐ SHIPPER    ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES    ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(B) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

485123

**1026**

# Shaghal Ltd.

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686509 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827513144... | | N/A | | | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 85 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,379.20 | |
| 17 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,708.67 | |
| 92 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,992.76 | |
| 170 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,669.00 | |
| 70 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,204.00 | |
| 130 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,323.40 | |
| 160 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,123.20 | |
| | | 08275131443 R | | | | |

| | Grand Total | $15,400.23 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

1027

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistics 11/02*

**DATE** 10/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE**  11/09/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/26/2016

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100596          **PO NO:** 08275131443 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 ① / 005578010 EMATIC METAL & GLASSUP TP 66LB | (85) | ETVS660 | (85) | EA | $ 51.52 |
| 2 | 817707019897 ① / 005636023 EMATIC METAL GLASS  UP TO 70LB | (17) | ETVS670 | (17) | EA | $ 100.51 |
| 3 | 815592020035 (30) / 006237873 Ematic Stud Finder | (1) | ETQK302 | (30) | EA | $ 5.90 |
| 4 | 817707019804 ② / 008990735 EMATIC TV Wall Mount Kit for 3 | (46) (#6) | EMW5306 | (92) | EA | $ 32.53 |
| 5 | 817707019798 (5) / 008990801 EMATIC TV Wall Mount Kit for 3 | (34) (#7) | EMW6201 | (170) | EA | $ 15.70 |
| 6 | 817707019811 (5) / 008991066 EMATIC TV Wall Mount Kit for 1 | (14) (#5) | EMW4101 | (70) | EA | $ 17.20 |
| 7 | 817707019781 (5) / 008991079 EMATIC TV Wall Mount Kit for 1 | (26) (17) | EMW3401 | (130) | EA | $ 10.18 |
| 8 | 817707019828 (10) / 008991102 EMATIC TV Wall Mount Kit for 2 | (16) (#5) | EMW5105 | (160) | EA | $ 7.02 |

KIH PO REF #-Delivery Requested: 20161109|

(#1) - (#3)  48" x 46" x 70" → ETUS660 → (26) pcs  1756 lbs
                                      ETUS670 → (13) pcs   950 lbs

(#4)  59" x 23" x 73" →
(#5)  59" x 46" x 76" →  ETUS660 → 7 pcs   1779 lbs
                          ETUS670 → 4 pcs
                          ETQK302 → (1 Box (See Above))

(#6)  40" x 48" x 82" → EMW5306 → (46) Box's  1628 lbs
(#7)  40" x 48" x 76" → (See Above)  →  1665 lbs

(7) PALLETS

SAIA & NGTD
USA#1585
FTB#1889 to 1500

(W) → 11290 lbs



**1028**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 10/27/2016 | | **INV #** | 686509 |
| **SOLD TO** | SEARS | | **PO #** | 08275131443 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | |
| | 1 KRESGE ROAD | | | |
| | FAIRLESS HILLS, PA 19030 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS670 | 1 | 4 | 13 | 13 | CHINA |
| ETVS660 | 1 | | 7 | 7 | CHINA |
| ETVS670 | 1 | | 4 | 4 | CHINA |
| ETQK302 | 30 | 5 | 1 | 30 | CHINA |
| EMW4101 | 5 | | 14 | 70 | CHINA |
| EMW5105 | 10 | | 16 | 160 | CHINA |
| EMW5306 | 2 | 6 | 46 | 92 | CHINA |
| EMW6201 | 5 | 7 | 34 | 170 | CHINA |
| EMW3401 | 5 | | 26 | 130 | CHINA |
| | | | | | |
| | TOTAL | 7 | ~~239~~ 238 | ~~754~~ 724 | |

→ Did NOT Ship

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

FedEx Freight

**393290360-1**

| | |
|---|---|
| Date: 11/2/2016 | Purchase Order #: 08275131443R |
| Shipper # | Shipper # |

**REQUIRED: Please select a service type**
- [x] FedEx Freight® Priority
- [ ] FedEx Freight® Economy

OPTIONAL: You may select a money-back guarantee delivery (charges and tariff limitations may apply).
- [ ] A.M. Delivery  [x] Close of Business Delivery

**SHIPPER (from)** — Please provide ZIP codes and phone numbers.  **CONSIGNEE (to)**

Shipper: SHASHAL LTD C/O LOGISTICS TEAM
FXF Acct. #
Area Code 310  Phone Number 747-7368

Consignee: SEARS HOLDINGS CORP
FXF Acct. #
Area Code  Phone Number

Attn. to
Address: 19914 S VIA BARON
Address (Store, Dept., Ste., Flr., Apt., Div.)

Attn. to
Address: 1 KREEGE ROAD
Address (Store, Dept., Ste., Flr., Apt., Div.)

Address
City: RANCHO DOMINGUEZ
State/Province  ZIP/Postal Code 90220  Country

Address
City: FAIRLESS HILLS
State/Province  ZIP/Postal Code  Country

Optional or Additional Service Fees and Charges [ ] Liftgate [ ] Inside Pickup [ ] Limited Access

Optional or Additional Service Fees and Charges [ ] Liftgate [ ] Inside Delivery [ ] Limited Access
[ ] Custom Delivery Window

Shipper Bill of Lading #

MUST DELIVER BY 11/7-11/8 2016. PLS SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK QUOTE#F6089964CM15

**BILL FREIGHT CHARGES TO (if different than above):**
Name: FEDEX TRUCK LOAD BROKERAGE POBOX GREEN OH
FXF Acct. #   Mailing Address
State   ZIP/Postal Code   Country   Area Code   Phone Number
City

Freight charges are PREPAID unless marked collect.
**CHECK BOX IF COLLECT** [ ]

**C.O.D.**
[ ] USD
[ ] CAD
AMOUNT

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: [ ] Certified Funds [ ] Company Check [ ] Personal Check
3. C.O.D. fee to be paid by: [ ] Shipper [ ] Consignee

**REMIT C.O.D. TO (if different than shipper):**
Name   Mailing Address
City   State   ZIP/Postal Code   Country   Country Code   Area Code   Phone Number

| HANDLING UNITS (H/U) | H/U PKG. TYPE | PIECES | HM (X) | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | NMFC ITEM # (subject to correction) | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 7 | PLT | | | WALL MOUNTS | 11290 | | | |
| ~~233~~ 238 | BOX | | | THIRD PARTY ( FEDEXTRUCKLOAD BROKERAGE PO BOX GREEN OH) | | | | |
| | | | | PO#08275131443 R | | | | |
| | | | | INV#686509 | | | | |
| | | | | #1-#3 48X46X70    #6 40X48X82 | | | | |
| | | | | #4   59X23X73    #7 40X48X76 | | | | |
| | | | | #5   59X46X76 | | | | |

TOTAL H/U:   ★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

FOR INTERNATIONAL SHIPMENTS INDICATE BROKER NAME, FAX AND PHONE NUMBERS.

HM EMERGENCY CONTACT PHONE NUMBER (   )   Area Code
CUSTOMER REGISTERED W/EMERGENCY RESPONSE INFO. PROVIDER or CONTRACT#

EEUSED Number or Exception   Phone # (   ) Area Code
Broker Name   Fax # (   ) Area Code

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature

**SHIPPER CERTIFICATION**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper Signature   Date

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE | DRIVER/EMPLOYEE NUMBER | PIECE COUNT | TRAILER # |
|---|---|---|---|
| 11-3-6 | A CEVALLOS | 238 GM / 75 WM | 7316 |

FedEx Freight

**1030**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686511 |

**BILL TO**
Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828707487... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 18 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 927.36 | |
| 18 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 585.54 | |
| 125 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 1,962.50 | |
| 55 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 559.90 | |
| 130 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 912.60 | |
| | | 08287074879 R | | | | |

| | |
|---|---|
| **Grand Total** | **$4,947.90** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1031**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

Logistics 11/09

②

**DATE** 10/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  11/09/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 10/26/2016

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100597              **PO NO:** 08287074879 R              **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX'S | | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|------------------------------|-------|---|--------------|-------------|-----------------|----------|
| 1 | 817707019774 ① / 005578010 EMATIC METAL & GLASSUP TP 66LB | 18 | #1 | ETVS660 | 18 | EA | $ 51.52 |
| 2 | 817707019804 ② / 008990735 EMATIC TV Wall Mount Kit for 3 | 9 | #1 | EMW5306 | 18 | EA | $ 32.53 |
| 3 | 817707019798 ⑤ / 008990801 EMATIC TV Wall Mount Kit for 3 | 25 | #2 | EMW6201 | 125 | EA | $ 15.70 |
| 4 | 817707019781 ⑤ / 008991079 EMATIC TV Wall Mount Kit for 1 | 11 | #2 | EMW3401 | 55 | EA | $ 10.18 |
| 5 | 817707019828 ⑩ / 008991102 EMATIC TV Wall Mount Kit for 2 | 13 | #1 | EMW5105 | 130 | EA | $ 7.02 |

76

346

KIH PO REF #-Delivery Requested: 20161109|

#1  48" x 48" x 75"  → See Above → 1877 lbs

#2  40" x 48" x 53"  → See Above → 1075 lbs

② PALLETS

W → 2952 lbs

SHL $ 311.52   11/7
YRC $ 314.27   11/7
USA $ 290

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 10/27/2016 | **INV #** | 686511 |
| **SOLD TO** | SEARS | **PO #** | 08287074879 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 5600 E AIRPORT RD | | |
| | ONTARIO, CA 91761 | | |

| PACKING LIST | | | | | | |
|---|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN | |
| ETVS660 | 1 | | 18 | 18 | CHINA | |
| EMW5306 | 2 | 1 | 9 | 18 | CHINA | |
| EMW5105 | 10 | | 13 | 130 | CHINA | |
| EMW6201 | 5 | 2 | 25 | 125 | CHINA | |
| EMW3401 | 5 | | 11 | 55 | CHINA | |
| | **TOTAL** | **2** | **76** | **346** | | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date 11/4/16               **BILL OF LADING — SHORT FORM — NOT NEGOTIABLE**               Page 1 of 1

| SHIP FROM | Bill of Lading Number: |
|---|---|

Logistics Team
19974 S Via Barron
Rancho Dominguez, CA 90220

| SHIP TO | Carrier: USA Truck |
|---|---|

Kmart SEARS HOLDINGS CORP
5600 east Airport Road
Ontario, CA 91761

**THIRD PARTY FREIGHT CHARGES BILL TO**

Trailer number:
Truck number:
Seal number:

**SPAC:**
Pro Number: 3126885
Bar Code Space

USA Truck, Inc
P.O Box 1326
Van Buren, AR 72957

**Reference #:**
MUST DELIVER BY11/7-11/8 2016. PLS SCHEDULE DELIVERY
APPOINTMENT ASAP TO AVOID CHARGEBACK

**Freight Charge Terms**

☐ Master bill of lading with attached underlying bills of lading.

**CUSTOMER ORDER INFORMATION**

| Customer Order No. | # of Packages | Weight LBS | Pallet/Slip (circle one) | Additional Shipper Information |
|---|---|---|---|---|
| PO#08287074879R INV  686511 | 2 | 2952 | Y   N | |
| | | | Y   N | |

**Grand Total:**

**CARRIER INFORMATION**

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC No. | Class |
| 2 | PALLETS | 76 | BOXES | 2952 | | AUDIO PRODUCTS | | |
| | | | | | | THIRD PARTY | | |
| | | | | | | #1 40X48X75 | | |
| | | | | | | #2 40X48X53 | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ............... per ...............

**COD Amount: $**
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**                                         11-4-16

**Shipper Signature/Date**

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|
| ☐ By shipper | ☐ By shipper | |
| ☐ By driver | ☐ By driver | |

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.



**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686512 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0828907753... | | N/A | | | | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 71 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 3,657.92 | |
| 14 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,407.14 | |
| 30 | ETQK302 | Wallmount Tool Kit | 5.90 | | 177.00 | |
| 66 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 2,201.76 | |
| 60 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 942.00 | |
| 50 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 860.00 | |
| 95 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 991.80 | |
| 130 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 936.00 | |
| | | 08289077535 R | | | | |

| | Grand Total | USD 11,173.62 |
|---|-------------|---------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1035**

*Thank you for your Business!*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics 11/2*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686513 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0829209476... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 93 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,791.36 | |
| 94 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 3,057.82 | |
| 175 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,747.50 | |
| 70 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,204.00 | |
| 140 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,425.20 | |
| 160 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 1,123.20 | |
| | | 08292094763 R | | | | |

| | Grand Total | $14,349.08 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

*LOGISTICS 11/02*

DATE  10/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

DELIV DATE    11/09/2016
REQST DATE    / /
CANCEL DATE   / /
ORDER DATE    10/26/2016

DEPT: 012        TYPE: R        INSTRUCTIONS:

ORDER NO: 100599          PO NO: 08292094763 R          PAGE:  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | BOX'S | Style Number | Qty Ordered | Unit of Measure | | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|--|----------|
| 1 | 817707019774 ① / 005578010 | 93 | ETVS660 | 93 | EA | $ | 31.52 |
|  | EMATIC METAL & GLASSUP TP 66LB | | | | | | |
| 2 | 817707019804 ② / 008990735 | 47 | EMW5306 | 94 | EA | $ | 32.53 |
|  | EMATIC TV Wall Mount Kit for 3 | | | | | | |
| 3 | 817707019798 ⑤ / 008990801 | 35 #5 | EMW6201 | 175 | EA | $ | 15.70 |
|  | EMATIC TV Wall Mount Kit for 3 | | | | | | |
| 4 | 817707019811 ⑤ / 008991066 | 14 #4 | EMW4101 | 70 | EA | $ | 17.20 |
|  | EMATIC TV Wall Mount Kit for 1 | | | | | | |
| 5 | 817707019781 ⑤ / 008991079 | 28 #5 | EMW3401 | 140 | EA | $ | 10.18 |
|  | EMATIC TV Wall Mount Kit for 1 | | | | | | |
| 6 | 817707019828 ⑩ / 008991102 | 16 #4 | EMW5105 | 160 | EA | $ | 7.02 |
|  | EMATIC TV Wall Mount Kit for 2 | | | | | | |

233    732

KIH PO REF #-Delivery Requested: 20161109|

#1 — #3  48" × 46 × "70" → ETVS660 → 26 pcs    1756 lb

#4  48" × 48 × 77 → ETVS660 → 15 pcs    2008 lb
See Above

#5  40" × 48" × 82" → See Above    1738 lb

40" × 48" × 82" → EMW5306 → 47 Box 1659 lb

#6  40" × 48" × 82" →

6 PALLETS

SAIA # 2786-24
5,160288
USA # 2688
FTB# 1549

W → 10673 lb

**1037**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE:** 10/27/2016

**SOLD TO:** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO:** SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

**INV #** 686513
**PO #** 08292094763 R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS660 | 1 | 4 | 15 | 15 | CHINA |
| EMW4101 | 5 | | 14 | 70 | CHINA |
| EMW5105 | 10 | | 16 | 160 | CHINA |
| EMW6201 | 5 | 5 | 35 | 175 | CHINA |
| EMW3401 | 5 | | 28 | 140 | CHINA |
| EMW5306 | 2 | 6 | 47 | 94 | CHINA |
| | TOTAL | 6 | 233 | 732 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

1038

**UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE**
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

FedEx Freight

**393290362-3**

| | |
|---|---|
| Date 11/2/2016 | Purchase Order # 08292094763 R |
| Shipper # | Shipper # |

**REQUIRED: Please select a service type**
- ☑ FedEx Freight® Priority
- ☐ FedEx Freight® Economy

**OPTIONAL:** You may select a money-back guarantee delivery (charges and tariff limitations may apply).
- ☐ A.M. Delivery   ☑ Close of Business Delivery

**SHIPPER (from)** — Please provide ZIP codes and phone numbers. — **CONSIGNEE (to)**

| SHIPPER | FXF Acct. # | CONSIGNEE SEARS HOLDINGS CORP | FXF Acct. # |
|---|---|---|---|
| Shipper SHANGHAI LTD C/O LOGISTICS TEAM | | | |
| Attn. to | Area Code 310  Phone Number 747-7388 | Attn. to | Area Code  Phone Number |
| Address 19914 S VIA BARON | | Address 955 SOUTHWEST 52ND AVENUE | |
| Address (Store, Dept., Ste., Flr., Apt., Div.) | | Address (Store, Dept., Ste., Flr., Apt., Div.) | |
| Address | | Address | |
| City RANCHO DOMINGUEZ | | City OCALA | |
| State/Province | ZIP/Postal Code | Country | State/Province | ZIP/Postal Code | Country |
| Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | | Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access |
| Shipper Bill of Lading # | | ☐ Custom Delivery Window |
| Special Instructions MUST DELIVER BY 11/7-11/8 2016. PLS SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK QUOTE#F6089950CM12 | |

**BILL FREIGHT CHARGES TO (if different than above):**

| Name FEDEX TRUCK LOAD BROKERAGE POBOX GREEN OH | FXF Acct. # | Mailing Address |
|---|---|---|
| City | State | ZIP/Postal Code | Country | Area Code | Phone Number |

Freight charges are PREPAID unless marked collect.
**CHECK BOX IF COLLECT** ☐

| C.O.D. | |
|---|---|
| ☐ USD | 1. The letters "C.O.D." must appear in box before consignee's name above. |
| ☐ CAD | 2. C.O.D. funds to be collected as: ☐ Certified Funds  ☐ Company Check  ☐ Personal Check |
| AMOUNT | 3. C.O.D. fee to be paid by: ☐ Shipper  ☐ Consignee |

**REMIT C.O.D. TO (if different than shipper above):**

| Name | Mailing Address |
|---|---|
| City | State | ZIP/Postal Code | Country | Country Code | Area Code | Phone Number |

| HANDLING UNITS (HU) | HU PKG. TYPE | PIECES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. | NMFC ITEM # (subject to correction) | CLASS | CODE |
|---|---|---|---|---|---|---|---|---|
| 6 | PLT | | | WALL MOUNTS | 10673 | | | |
| 233 | BOX | | | THIRD PARTY ( FEDEXTRUCKLOAD BROKERAGE PO BOX GREEN OH) | | | | |
| | | | | PO#08292094763 R | | | | |
| | | | | INV#686513 | | | | |
| | | | | #1-#3 48X46X70    #6 40X48X82. | | | | |
| | | | | #4    48X46X77 | | | | |
| | | | | #5    40X48X82 | | | | |

**TOTAL H/U:**

★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.
FOR INTERNATIONAL SHIPMENTS INDICATE BROKER NAME, FAX AND PHONE NUMBERS.

| HM EMERGENCY CONTACT PHONE NUMBER ( ) | | AREA CODE |
|---|---|---|
| CUSTOMER REGISTERED W/EMERGENCY RESPONSE INFO, PROVIDER or CONTRACT # | | Phone # ( ) AREA CODE |
| EEI/SED Number or Exception | | Fax # ( ) AREA CODE |
| Broker Name | | |

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading. If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignor Signature _____

**SHIPPER CERTIFICATION**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper Signature _____    Date _____

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made accessible and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DATE 11-3-16 | DRIVER/EMPLOYEE NUMBER 2-095147 | PIECE COUNT |
|---|---|---|
| | FedEx Freight | |

**1039**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 10/27/2016 | 686514 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|------------|-------|---------|---|------|----------|-----------|----------|
| 0830506367... | | N/A | | | | 10/27/2016 | 10/27/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 28 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 1,442.56 | |
| 15 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 1,507.65 | |
| 28 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 910.84 | |
| 55 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 863.50 | |
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 172.00 | |
| 60 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 610.80 | |
| 80 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 561.60 | |
| | | 08305063673 R | | | | |

| | Grand Total | $6,068.95 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1040**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

*Logistics 11/02*

(4)

**PICKING LIST**

DATE  10/26/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8305

541 PERKINS JONES RD NE
WARREN  OH   444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH   444831848

DELIV DATE   11/09/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   10/26/2016

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100600          **PO NO:** 08305063673 R          **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|---|----------|
| 1 | 817707019774  (1) / 005578010  EMATIC METAL & GLASSUP TP 66LB | (28) | ETVS660 | (28) | EA | $ | 51.52 |
| 2 | 817707019897  (1) / 005636023  EMATIC METAL GLASS  UP TO 70LB | (15) | ETVS670 | (15) | EA | $ | 100.51 |
| 3 | 815592020035  (30) / 006237873  Ematic Stud Finder | (1) #3  (14) #3 | ETQK302 | (30) | EA | $ | 5.90 |
| 4 | 817707019804  (2) / 008990735  EMATIC TV Wall Mount Kit for 3 | (11) #3 | EMW5306 | (28) | EA | $ | 32.53 |
| 5 | 817707019798  (5) / 008990801  EMATIC TV Wall Mount Kit for 3 | (2) #3 | EMW6201 | (55) | EA | $ | 15.70 |
| 6 | 817707019811  (5) / 008991066  EMATIC TV Wall Mount Kit for 1 | (12) #3 | EMW4101 | (10) | EA | $ | 17.20 |
| 7 | 817707019781  (5) / 008991079  EMATIC TV Wall Mount Kit for 1 | | EMW3401 | (60) | EA | $ | 10.18 |
| 8 | 817707019828  (10) / 008991102  EMATIC TV Wall Mount Kit for 2 | (8) #3 | EMW5105 | (80) | EA | $ | 7.02 |

306

KIH PO REF #:Delivery Requested: 20161109|

#1) 48" X 46" X 75" → ETVS660 - 28 pcs   1888 lbs

#2) 59" X 23" X 85" → ETVS670 → 15 pcs   1090 lbs

#3) 40" X 48" X 65" → See Above   1426 lbs

(3) PALLETS

YRC $ 880.13
SAIA $ 1273.34
USA $ 995
FTB $ 545

(W) → 4404 lbs

**1041**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 10/27/2016 | | | INV # | 686514 |
|------|------------|---|---|-------|--------|
| SOLD TO | SEARS | | | PO # | 08305063673 R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | | |
| | 541 PERKINS JONES RD NE | | | | |
| | WARREN, OH 44483 | | | | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS670 | 1 | 2 | 15 | 15 | CHINA |
| ETQK302 | 30 | | 1 | 30 | CHINA |
| EMW5306 | 2 | | 14 | 28 | CHINA |
| EMW6201 | 5 | 3 | 11 | 55 | CHINA |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW3401 | 5 | | 12 | 60 | CHINA |
| EMW5105 | 10 | | 8 | 80 | CHINA |
| | | | | | |
| | TOTAL | 3 | 91 | 306 | |

→ Did Not Ship

_____
**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**1042**

## UNIFORM STRAIGHT BILL OF LADING ORIGINAL---NOT NEGOTIABLE
SUBJECT TO THE TERMS AND CONDITIONS OF THE UNIFORM BILL OF LADING --- QUESTIONS? CALL 1.866.393.4585

**396818101-1**

**FedEx Freight**

| Date 11/2/2016 | Purchase Order # 08305063673 R |
| Shipper # | Shipper # |

**REQUIRED:** Please select a service type
- ☒ FedEx Freight® Priority
- ☐ FedEx Freight® Economy

**OPTIONAL:** You may select a money-back guarantee delivery (charges and tariff limitations may apply).
- ☐ A.M. Delivery   ☒ Close of Business Delivery

Please provide ZIP codes and phone numbers.

### SHIPPER (from)

| | |
|---|---|
| Shipper SHANGHAI LTD C/O LOGISTICS TEAM | FXF Acct. # |
| Attn. to | Area Code 310 / Phone Number 747-7395 |
| Address 19914 S VIA BARON | |
| Address (Store, Dept., Ste., Flr., Apt., Dlr.) | |
| Address | |
| City RANCHO DOMINGUEZ | |
| State/Province CA | ZIP/Postal Code 90221 | Country CA / sky |
| Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Pickup ☐ Limited Access | |
| Shipper Bill of Lading # | |

### CONSIGNEE (to)

| | |
|---|---|
| Consignee SEARS HOLDINGS CORP | FXF Acct. # |
| Attn. to | Area Code / Phone Number |
| Address 541 PERKINS JONES RD NE | |
| Address (Store, Dept., Ste., Flr., Apt., Dlr.) | |
| Address | |
| City WARREN | |
| State/Province | ZIP/Postal Code | Country |
| Optional or Additional Service Fees and Charges ☐ Liftgate ☐ Inside Delivery ☐ Limited Access | |
| ☐ Custom Delivery Window | |

**Special Instructions** MUST DELIVER BY 11/7-11/8 2016. PLS SCHEDULE DELIVERY APPOINTMENT ASAP TO AVOID CHARGEBACK

### BILL FREIGHT CHARGES TO (if different than above):

| Name FEDEX TRUCK LOAD BROKERAGE POBOX GREEN OH | FXF Acct. # | Mailing Address | | |
| City | State | ZIP/Postal Code | Country | Area Code | Phone Number |

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

| C.O.D. | | |
|---|---|---|
| ☐ USD | AMOUNT | |
| ☐ CAD | | |

1. The letters "C.O.D." must appear in box before consignee's name above.
2. C.O.D. funds to be collected as: ☐ Certified Funds ☐ Company Check ☐ Personal Check
3. C.O.D. fee to be paid by: ☐ Shipper ☐ Consignee

**REMIT C.O.D. TO (if different than shipper above):**

| Name | | Mailing Address | | | |
| City | State | ZIP/Postal Code | Country | Country Code | Area Code | Phone Number |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| HANDLING UNITS (H/U) | H/U PKG. TYPE | PIECES | HM | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS (subject to correction) | WEIGHT IN LBS. (subject to correction) | NMFC ITEM # | CLASS | CUBE |
|---|---|---|---|---|---|---|---|---|
| 3 | PLT | | | WALL MOUNTS | 4404 | | | |
| 91 | BOX | | | THIRD PARTY ( FEDEXTRUCKLOAD BROKERAGE PO BOX GREEN OH) | | | | |
| 96 | | | | PO#08305063673 R | | | | |
| | | | | INV#686514 | | | | |
| | | | | #1   48X46X75 | | | | |
| | | | | #2   59X23X85 | | | | |
| | | | | #3   40X48X65 | | | | |

★ MARK "X" OR "RQ" IN THE HM COLUMN TO DESIGNATE HAZARDOUS MATERIALS OR REPORTABLE QUANTITY AS DEFINED IN DOT REGULATIONS.

**TOTAL H/U:**

FOR INTERNATIONAL SHIPMENTS INDICATE BROKER NAME, FAX AND PHONE NUMBERS.

HM EMERGENCY CONTACT PHONE NUMBER ( _____ )

CUSTOMER REGISTERED W/EMERGENCY RESPONSE INFO. PROVIDER or CONTRACT #

EEI/SED Number or Exception _____ Phone # ( ___ )
Broker Name _____ Fax # ( ___ )

**FOR FREIGHT COLLECT SHIPMENTS**
Subject to Section 7 of conditions of applicable Bill of Lading, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Consignee Signature _____

NOTE (1) Where the rate or carrier's liability for loss or damage may be dependent on value, shippers must state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

Note (2) Liability limitation for loss or damage on this shipment shall be applicable as provided by the current NMFC or the carrier's governing tariffs. See FXF 100 Series Rules Tariff for complete limited liability provisions.

**SHIPPER CERTIFICATION**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper Signature ANDY LIM   Date 11/2/16

**CARRIER CERTIFICATION**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

| DRIVER/EMPLOYEE NUMBER | | PIECE COUNT | TRAILER # |
| DATE 11/2/16   R A GODOY   1A57323 | $ PLTS  91# | AREA CODE |

FedEx Freight

255 W



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2016 | 688182 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|------------|-------|---------|--|------|----------|-----------|----------|
| 0827347931... | | N/A | | | | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 88 | EDSP210SR | Display | 0.01 | | 0.88 | |
| 704 | EDT201ANT | TV antenna | 14.00 | | 9,856.00 | |
| | | PO# 08273479319 R | | | | |

| | Grand Total | $9,856.88 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

1044

2231 COLBY AVE
LOS ANGELES  CA  90024

*LOGISTICS*  4/7

**DATE** 10/31/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

11/9 - 11/11
**DELIV DATE**  11/07/2016
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 10/29/2016

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100601          **PO NO:** 08273479319 R          **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Boxs | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|------|--------------|-------------|-----------------|----------|
| 1 | 815592020868 (1) / 009244719 | (88) ← 6 lbs | EDSP210 | 88 (88) | EA $0·01 | |
| 2 | 817707018043 (8) / 009248176 | (88) ← 8 lbs | EDT201A | 704 (704) | EA $14.00 | |

KIH PO REF #-Delivery Requested: 20161107|

(#1)  40" x 48" x 78" → EDSP210 SR — (80) Box"

(#2)  40" x 48" x 75" → EDT201ANT — (80) Box"

(#3)  40" x 48" x 31" ⟹ EDT201ANT → (8) Box"
                          EDSP210SR — (8) Box"

(3) PALLETS

SAIA: 706.70  11/10
YRC: 589.53  11/10
FTB: 512.32



(#1) — 520 lbs
(W) ——— (#2) — 680 lbs
(#3) — 152 lbs

135 2LBS

**1045**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/1/2016 | **INV #** 688182 |
| **SOLD TO** | SEARS | **PO #** 08273479319 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EDSP210SR | 1 | 1 | 80 | 80 | CHINA |
| EDT210ANT | 8 | 2 | 80 | 640 | CHINA |
| EDT210ANT | 8 | 3 | 8 | 64 | CHINA |
| EDSP210SR | 1 | | 8 | 8 | CHINA |
| | | | | | |
| | **TOTAL** | 3 | 176 | 792 | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**FedEx** Freight

# 403267848-4

**STRAIGHT BILL of LADING**

LOAD #  7279552
BOL #   INVOICE#  688182
PO #    08273479319R
Date: Nov 7, 2016

**FROM (SHIPPER):**

LOGISTICS TEAM
19914 S VIA BARON
RANCHO DOMINGUEZ, CA 90220

**TO (CONSIGNEE):**

SEARS/KMART
3051 LAKEVIEW RD
LAWRENCE, KS 66049

Shipper Instructions: MABD 11/9 - 11/10
PLEASE SCHEDULE DELIVERY APPT. ASAP   TO avoid CHARGEBACK

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|----|-------|-----------|------|-------|--------|-------|
|    | 3     | SKID      | TV ANTENNA DISPLAY     NMFC CODE: - Dim: L:40 W:48 H:78 | 3 | 1,352 LBS | 100 |

#1 40×48×78
#2 40×48×75
#3 40×48×81

Totals

Units: 3 PLTS    (176 BOXES)    Spots: 3    Weight: 1,352

Billing terms:  COLLECT: ☐

PREPAID: ☐

3RD PARTY: ☒

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172, if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Shipper Signature**     11/7/16

**Driver Signature**

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery without payment of freight and all other lawful charges.

| PLACARDS REQUIRED | YES ☐  NO ☐ | PLACARDS SUPPLIED | YES ☐  NO ☐ |

**Consignee Signature**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

SHIPPER: LOGISTICS TEAM
19914 S VIA BARON
RANCHO DOMINGUEZ, CA 90220

CARRIER: FEDEX FREIGHT PRIORITY  11-07-16
PER:
DATE:

Page 1 of 1

**1047**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Logistics*
*11/8*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/1/2016 | 688183 |

| BILL TO |
|---|
| Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---|
| SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828707604... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/1/2016 | 11/1/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 147 | EDSP210SR | Display | 0.01 | | 1.47 | |
| 1,176 | EDT201ANT | TV antenna | 14.00 | | 16,464.00 | |
| | | PO# 08287076041 R | | | | |

| | Grand Total | $16,465.47 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

1048

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES   CA   90024

CHICAGO, IL 93    11/8

*Logistics*

DATE 10/31/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO   CA   917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO   CA   917618609

11/9 - 11/1
DELIV DATE   ~~11/07/2016~~
REQST DATE   / /
CANCEL DATE   / /
ORDER DATE   10/29/2016

**DEPT:** 018      **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100603          **PO NO:** 08287076041 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 815592020868 ① / 009244719 | EDSP210 | 147 (147) | EA $0·01 |
| 2 | 817707018043 ⑧ / 009248176 | EDT201A | 1176 (1176) | EA $14·00 |

Box's (147) — 6 lbs
(147) — 8 lbs

KIH PO REF #-Delivery Requested: 20161107|

#1  40" x 48" x 78" → EDSP210 SR → (80) BOX5

#2  40" x 48" x 78" → EDSP210 SR → (67) BOX5

#3  40" x 48" x 75" → ~~EDSP~~ EDT201ANT → (80) BOX'S

#4  40" x 48" x 75" → EDT201ANT → (67) BOX'S

④ PALLETS

SAIA $487.39

YRC # 569·50

W → #1 — 520 lbs
    #2 — 442 lbs
    #3 — 680 lbs
    #4 — 576 lbs

2218 LBS

**1049**

## SHAGHAL Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

**DATE**      11/1/2016                                          **INV #**      688183
**SOLD TO**   SEARS                                             **PO #**       08287076041 R
             3333 BEVERLY RD C2-114B
             HOFFMAN ESTATES, IL 60176

**SHIP TO**   SEARS HOLDINGS CORPS
             5600 E AIRPORT RD
             ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EDSP201SR | 1 | 1 | 80 | 80 | CHINA |
| EDSP201SR | 1 | 2 | 67 | 67 | CHINA |
| EDT201ANT | 8 | 3 | 80 | 640 | CHINA |
| EDT201ANT | 8 | 4 | 67 | 536 | CHINA |
| | | | | | |
| | TOTAL | 4 | 294 | 1323 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

1050

### UNIFORM STRAIGHT BILL OF LADING
#### ORIGINAL - NOT NEGOTIABLE



**(SAIA)**

FOR RATE QUOTATIONS, CALL



10144556590 0

Entire signature acknowledges receipt of freight. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | ROUTE |
|---|---|---|
| | 08287076041R | |

SHIPPER OF HAZARDOUS MATERIAL
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD C/O LOGISTICS TEAM | 310-747-7388 | 11/08/2016 |

| STREET 18914 S VIA BARON | | | BILL TO |
|---|---|---|---|
| CITY RANCHO DOMINGUEZ | STATE CA | ZIP CODE 90220 | |

| CONSIGNEE SEARS HOLDINGS CORP | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|

| STREET 5600 E AIRPORT RD | | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| CITY ONTARIO | STATE CA | ZIP CODE 91761 | | | |

| No. of Pkge. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. To Cor.) | Class or Rate | Freight charges are PREPAID unless marked collect. |
|---|---|---|---|---|---|
| | | | 2218 | 100 | CHECK BOX IF COLLECT ☐ |
| 4 PALLETS | | AUDIO PRODUCTS | | | |
| 294 BOXES | | THIRD PARTY | | | |
| | | PO8287076041 R | | | |
| | | INV#484183 | | | |
| | | #1 40X46X78 | | | CHARGES ADVANCED $ |
| | | #2 40X46X78 | | | |
| | | #3 40X46X75 | | | Received |
| | | #4  46X46X75 | | | to apply in the prepayment of the charges on the property described hereon. |
| | | Saia Guaranteed By 5PM | | | |

**NOTE** (Release valuation on household goods, furniture and personal effects not to exceed 10¢ per pound).

| | | TOTAL | 2218 | 100 |
|---|---|---|---|---|

This is to certify that the materials named above are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per_____.

Per

Shipper   ANDY LIM/11/08/16

Per _____  Address

SAIA MOTOR FREIGHT LINE, INC.

BY: _____

(Agent or Cashier)

Per _____ (The signature here acknowledges only the amount prepaid)

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

This Shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D. $

| C.O.D. fee to be paid by: |
|---|
| ☐ SHIPPER   ☐ CONSIGNEE |

IS COMPANY CHECK ACCEPTABLE?

☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

67 + 80 + 67 + 80 = 294 BXS - ON Y PP
11/11

1051



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/22/2016 | 702166 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828708307... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/22/2016 | 11/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|---------------|--------|-------|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 90 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,927.70 | |
| 155 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,433.50 | |
| 90 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,548.00 | |
| 190 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,934.20 | |
| 70 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 491.40 | |
| | | PO# 08287083074 R | | | | |

| | Grand Total | $9,825.80 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*PICKING LIST*

Logistics 405

**DATE** 11/21/2016

| **SHIP-TO ADDRESS** | | **SHIP-FOR ADDRESS** | |
|---|---|---|---|
| SEARS HOLDINGS CORP | 8287 | SEARS HOLDINGS CORP | |
| | | 5600 E AIRPORT RD | |
| 5600 E AIRPORT RD | | ONTARIO  CA  917618609 | |
| ONTARIO  CA  917618609 | | | |

12/07
**DELIV DATE** ~~11/30/2016~~
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** ~~11/19/2016~~

12/6 Given

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100621      **PO NO:** 08287083074 R      **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | | Location |
|---|---|---|---|---|---|---|---|
| 1 | 815592020066 (50) / 008130386 | ① (#1) 46 | ESFC204 | (50) | EA | $ | 9.82 |
| | Ematic Wallmount Tool Kit | | | | | | |
| 2 | 817707019804 (2) / 008990735 | (45) (#1) | EMW5306 | (90) | EA | $ | 32.53 |
| | EMATIC TV Wall Mount Kit for 3 | | | | | | |
| 3 | 817707019798 (5) / 008990801 | (31) (#2) 49 | EMW6201 | (155) | EA | $ | 15.70 |
| | EMATIC TV Wall Mount Kit for 3 | | | | | | |
| 4 | 817707019811 (5) / 008991066 | (18) (#2) | EMW4101 | (90) | EA | $ | 17.20 |
| | EMATIC TV Wall Mount Kit for 1 | | | | | | |
| 5 | 817707019781 (5) / 008991079 | (38) (#3) 45 | EMW3401 | (190) | EA | $ | 10.18 |
| | EMATIC TV Wall Mount Kit for 1 | | | | | | |
| 6 | 817707019828 (10) / 008991102 | (7) (#3) | EMW5105 | (70) | EA | $ | 7.02 |
| | EMATIC TV Wall Mount Kit for 2 | | | | | | |

140      645

KIH PO REF #-Delivery Requested: 20161130|

(#1)  40" x 48" x 82"  → See Abov  — 1607 lbs

(#2)  40" x 48" x 74"  → See Abov  — 1776 lbs

(#3)  40" x 48" x 44"  → See Abov  — 973 lbs

(3) PALLETS

(W) → 4356 lbs

SAIA GUARANTEED $366.95  12/7
YRC $ 353.36  12/7

1053

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 11/22/2016 | | **INV #** | 702166 |
| **SOLD TO** | SEARS | | **PO #** | 08287083074R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

**SHIP TO**   SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | 1 | 1 | 50 | CHINA |
| EMW5306 | 2 | | 45 | 90 | CHINA |
| EMW6201 | 5 | 2 | 31 | 155 | CHINA |
| EMW4101 | 5 | | 18 | 90 | CHINA |
| EMW3401 | 5 | 3 | 38 | 190 | CHINA |
| EMW5105 | 10 | | 7 | 70 | CHINA |
| | | | | | |
| | **TOTAL** | **3** | **140** | **645** | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

OP-067 01-16
Web straight bill of lading—original—not negotiable

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC** FREIGHT                    SCAC: RDWY

666-070207-6

Date: 12/06/2016    B/L number:    Trailer number:

PRO Number:

Consignee name and address:
**SEARS HOLDING CORP**

Shipper number:

Shipper name:
**LOGISTICS TEAM**

Attn: RECEIVING

Address:
**19914**

5600 E AIRPORT RD

City:    State:    ZIP code:
**RANCHO DOMINGUEZ**   **CA**    **90220**

Destination City    State:    ZIP Code:
**ONTARIO**    **CA**    **91761**

Origin city (if different than before):    State:    ZIP code:

Phone Number:
**(909) 390-4515**

Customer number:    Store number:    Department:

Invoice:
**SHAGHAL LTD**

Address:
**2231 COLBY AVE**

P.O. Number:
**08287083074R/INV#702166**

Attn: LYN EGANGO

Special Instructions:
**MABD 12/7/2016**

City:    State:    ZIP Code:
**LOS ANGELES**   **CA**    **90064**

Contact Name:    Contact Phone:

☐ Standard    ☐ Accelerated
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: _/_/_   and _/_/_

☐ Time-Critical   Deliver by: **12 / 07 / 2016**   ☐ By noon   ☒ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: _/_/_   Between _/_ and _/_
☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service points*

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Quote I.D.: **24669103**    COD amount: $    Customer check OK for COD amount?   Yes ☐   No ☐

Cod fee: Prepaid ☐ Collect ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 46 | BOX | | WALL MOUNTS | 115780 | 100 | 1607 | 40 | 48 | 82 |
| 1 | PLT | 49 | BOX | | WALL MOUNTS | 115780 | 100 | 1776 | 40 | 48 | 74 |
| 1 | PLT | 45 | BOX | | WALL MOUNTS | 115780 | 100 | 973 | 40 | 48 | 44 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | Proactive Notification:Prepaid | | | | | | |
| | | | | | Contact Name:LYN EGANGO | | | | | | |
| | 139 | | | | | | | 4356 | | | |
| 3 | 140 | | | | PAGE TOTAL | | | | | | |

Shipment charges are prepaid unless marked collect: Collect ☐   Total charges: $

EMERGENCY CONTACT    Name:    Contact #:
Phone:

Note (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).
Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.
The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper company name:    Carrier:    Trailer #:    Date:
**LOGISTICS TEAM**    **YRC FREIGHT**    **253821**    **Dec 06 2016**

Trailer loaded by:   ☐ Shipper   ☐ Driver
☐ Driver: pallets said to contain

Freight counted by:   ☐ Shipper   ☐ Driver: pallets containing
☐ Driver: Loose pieces

Shipper signature:  12/6/16
YRC Freight employee's signature:

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 2

1055

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/23/2016 | 703260 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827514070... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/23/2016 | 11/23/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08275140708R | | | | |

```
3Y49V7      NOV 30, 2016   ACT WT 15.0 LBS        1 OF 2
SVC GNDCOM             BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342577999
REF 1:INV#703260
REF 2:PO#08276140708 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 9.27           NR+HC9.27
TOT PUB CHG 21.26         PUB+HC21.26
```

```
3Y49V7      NOV 30, 2016   ACT WT 15.0 LBS        2 OF 2
SVC GNDCOM             BL WT 15.0  LBS
TRACKING# 1Z3Y49V70342459205
REF 1:INV#703260
REF 2:PO#08276140708 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:         SVC  9.27 USD
DV 0.00            COD  0.00        RS 0.00
DC 0.00            DGD  0.00        SD 0.00
AH 0.00            PR   0.00        SP 0.00
TOT NR CHG 9.27           NR+HC9.27
TOT PUB CHG 21.26         PUB+HC21.26
```

| Grand Total | $2,011.20 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

Customer Signature

Prepared By  LH

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

1056

Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 11/23/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE**   12/08/2016
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   11/23/2016

**DEPT:** 018      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100625            **PO NO:** 08275140708 R                **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| | | BOX'S | | | 14.90 |
| 1 | 817707012676 (48) / 006238001 | EM208VID BL | (48) | EA  $ | |
| | EMATIC MP3 PLAYER | | | | |
| 2 | 817707016803 (48) / 006238011 | EM318VID BL | (48) | EA  $ | 27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

(1) — 15 lbs
(1) — 15 lb

KIH PO REF #-Delivery Requested: 20161208|

UPS Ground

(W) — 30 lb)

1057

## Shaghaf Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/23/2016 | **INV #** 703260 |
| **SOLD TO** | SEARS | **PO #** O6275140708R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 1 KRESGE ROAD | |
| | FAIRLESS HILLS, PA 19030 | |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

*Logistics 12/8*

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/2/2016 | 723598 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827349098... | | N/A | | | | 12/2/2016 | 12/2/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 19 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 978.88 | |
| 62 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 2,016.86 | |
| 55 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 863.50 | |
| 60 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 610.80 | |
| 50 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 351.00 | |
| | | PO#08273490981 R | | | | |

| | Grand Total | $4,821.04 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1059

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Cogistico 12-108*

DATE  11/30/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

DELIV DATE   12/14/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   11/30/2016

DEPT: 012     TYPE: R     INSTRUCTIONS:

ORDER NO: 100628          PO NO:  08273490981 R                PAGE:   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| | BOX'S | | | | |
| 1 | 817707019774  (1) / 005578010  EMATIC METAL & GLASSUP TP 66LB  (19) (#1) | ETVS660 | (19) | EA | 51.52 |
| 2 | 817707019804  (2) / 008990735  EMATIC TV Wall Mount Kit for 3  (31) (#2) | EMW5306 | (62) | EA | 32.53 |
| 3 | 817707019798  (5) / 008990801  EMATIC TV Wall Mount Kit for 3  (11) (#2) | EMW6201 | (55) | EA | 15.70 |
| 4 | 817707019781  (5) / 008991079  EMATIC TV Wall Mount Kit for 1  (12) (#2) | EMW3401 | (60) | EA | 10.18 |
| 5 | 817707019828  (10) / 008991102  EMATIC TV Wall Mount Kit for 2  (5) (#1) | EMW5105 | (50) | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161214|

(#1)  46" x 48" x 62"  →  1424 lbs

(#2)  40" x 48" x 79"  →  1835 lb

(2) PALLETS

(W) — 3259 lbs

1060



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 12/2/2016 | | **INV #** | 723598 |
| **SOLD TO** | SEARS | | **PO #** | 08273490981 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | |
| | 3051 LAKEVIEW RD | | | |
| | LAWRENCE, KS 66049 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 1 | 19 | 19 | CHINA |
| EMW5105 | 10 | | 5 | 50 | CHINA |
| EMW5306 | 2 | | 31 | 62 | CHINA |
| EMW6201 | 5 | 2 | 11 | 55 | CHINA |
| EMW3401 | 5 | | 12 | 60 | CHINA |
| | | | | | |
| | **TOTAL** | 2 | 78 | 246 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



**403254654-5**

| | |
|---|---|
| | STRAIGHT BILL of LADING |
| | LOAD # 7285981 |
| | PO # |
| | Date: Dec 8, 2016 |

**FROM (SHIPPER):**

LOGISTICS TEAM
19914 S VIA BARON
RNCHO DOMINGZ, CA 90220
Phone: Raymond 310-966-1133

**TO (CONSIGNEE):**

SEARS HOLDING CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049
Phone: Receiving 785-842-9600

Shipper Instructions: PO 08273490981 R Inv 723598 TV wall mount
2plts
  46x48x62 1424 lbs.
  40x48x79 1835 lbs.
  3259 lbs.

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|---|
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 Dim: L:46 W:48 H:62 | 1 | 1,424 LBS | 50 |
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 Dim: L:40 W:48 H:79 | 1 | 1,835 LBS | 50 |

Totals

Units: 2                    Spots: 2        Weight: 3,259

**Billing terms:**

COLLECT: [ ]
PREPAID: [ ]
3RD PARTY: [X]

Bill to: FedEx Truckload Brokerage
P. O. Box 5000
Green, OH 44232
888-444-5940

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Shipper Signature**

**Driver Signature**

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: This carrier shall not make delivery of shipment without payment of freight and all other lawful charges.

**Consignee Signature**

| PLACARDS REQUIRED | YES [ ] NO [ ] | PLACARDS SUPPLIED | YES [ ] NO [ ] |
|---|---|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

| SHIPPER: LOGISTICS TEAM 19914 S VIA BARON RNCHO DOMINGZ, CA 90220 | CARRIER: FEDEX FREIGHT PRIORITY PER: DATE: |
|---|---|

Page 1 of 1



*Logistics 12/12*

# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/2/2016 | 723599 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828708645... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/2/2016 | 12/2/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 54 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,782.08 | |
| 120 | EMW5306 | 19-70" Full Motion TV Mount | 32.53 | | 3,903.60 | |
| 160 | EMW6201 | 30-79" Tilting TV Wall Mount | 15.70 | | 2,512.00 | |
| 110 | EMW4101 | 17-55" Full Motion TV Mount | 17.20 | | 1,892.00 | |
| 170 | EMW3401 | 10-49" FULL Motion TV Mount | 10.18 | | 1,730.60 | |
| 120 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.02 | | 842.40 | |
| | | PO#08287086451 R | | | | |

| | Grand Total | $13,662.68 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1063

SHAGHAI
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Coyotes #112 (1)*

DATE  11/30/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

DELIV DATE   12/14/2016
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   11/30/2016

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100632          **PO NO:** 08287086451 R          **PAGE:** 1

SHIP TO:  SEARS HOLDINGS CORP

Box's

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774 (1) / 005578010  EMATIC METAL & GLASSUP TP 66LB | (54) ETVS660 | (54) | EA | 51.52 |
| 2 | 817707019804 (2) / 008990735  EMATIC TV Wall Mount Kit for 3 | (60) EMW5306 | (120) | EA | 32.53 |
| 3 | 817707019798 (5) / 008990801  EMATIC TV Wall Mount Kit for 3 | (32) EMW6201 | (160) | EA | 15.70 |
| 4 | 817707019811 (5) / 008991066  EMATIC TV Wall Mount Kit for 1 | (22) EMW4101 | (110) | EA | 17.20 |
| 5 | 817707019781 (5) / 008991079  EMATIC TV Wall Mount Kit for 1 | (34) EMW3401 | (170) | EA | 10.18 |
| 6 | 817707019828 (10) / 008991102  EMATIC TV Wall Mount Kit for 2 | (12) EMW5105 | (120) | EA | 7.02 |

KIH PO REF #-Delivery Requested: 20161214

(#1)  48" x 46" x 75"  → ETVS660 → (28) pcs  -1,888 lbs

(#2)  48" x 46" x 70"  → ETVS660 → (26) pcs   1,756 lbs

(#3)  40" x 48" x 84"  → EMW5306 → (48) Box's   1,694 lb

(#4)  40" x 48" x 83"  → EMW5306 → (12) Box's
                          EMW6201 → (32) Box's   1,812 lb
                          EMW5105 → (12) Box's

(#5)  40" x 48" x 71"  → EMW4101 → (22) Box's   1594 lbs
                          EMW3401 → (34) Box's

(5) PALLETS          (W) → 8744 lb

**1064**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 12/2/2016 | | | INV # | 723599 |
|------|-----------|--|--|-------|--------|
| SOLD TO | SEARS | | | PO # | 08287086451 R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

SHIP TO      SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|------|------|------|------|------|------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 28 | 28 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| EMW5306 | 2 | 3 | 48 | 96 | CHINA |
| EMW5306 | 2 | | 12 | 24 | CHINA |
| EMW6201 | 5 | 4 | 32 | 160 | CHINA |
| EMW5105 | 10 | | 12 | 120 | CHINA |
| EMW4101 | 5 | 5 | 22 | 110 | CHINA |
| EMW3401 | 5 | | 34 | 170 | CHINA |
| | | | | | |
| | TOTAL | 5 | 214 | 734 | |

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**



**STRAIGHT BILL of LADING**

**403279663-3**

LOAD # 7286553

PO# 08287086417 R

Date: Dec 12, 2016

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| LOGISTICS TEAM<br>19914 S VIA BARON<br>RNCHO DOMINGZ, CA 90220<br>Phone: Andy Lim 310-747-7388 | SEARS HOLDING CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761<br>Phone: receiving 909-390-4515 |

Special instructions:

| HM | Units | Packaging | Kind of Packages, Description of Articles (IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 1 | SKID | TV MOUNTS | NMFC CODE: 093490-00 | 1 | 1,888 LBS | 50 |
| | | | | Dim: L:48 W:46 H:75 | | | |
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 | 1 | 1,756 LBS | 50 |
| | | | | Dim: L:48 W:46 H:70 | | | |
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 | 1 | 1,694 LBS | 50 |
| | | | | Dim: L:40 W:48 H:84 | | | |
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 | 1 | 1,812 LBS | 50 |
| | | | | Dim: L:40 W:48 H:83 | | | |
| | 1 | SKID | TV WALL MOUNTS | NMFC CODE: 093490-00 | 1 | 1,594 LBS | 50 |
| | | | | Dim: L:40 W:48 H:71 | | | |

Totals: *214 CTNS*

Units: 5 | Spots: 5 | Weight: 8,744

| Billing terms: | | | Bill to: FedEx Truckload Brokerage<br>P. O. Box 5000<br>Green, OH 44232<br>888-444-5940 |
|---|---|---|---|
| | COLLECT: | [ ] | |
| | PREPAID: | [ ] | |
| | 3RD PARTY: | [X] | |

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC Item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Shipper Signature

Driver Signature

| PLACARDS REQUIRED | YES [ ] NO [ ] | PLACARDS SUPPLIED | YES [ ] NO [ ] |
|---|---|---|---|

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

| SHIPPER: LOGISTICS TEAM<br>19914 S VIA BARON<br>RNCHO DOMINGZ, CA 90220 | CARRIER: FEDEX FREIGHT PRIORITY<br>PER: *2094026  12-12-16*<br>DATE: *5 SW SSTC  214 ctns  XSS47* |
|---|---|

Page 1 of 1

**FedEx** Freight    STRAIGHT BILL of LADING

LOAD # 7286553

**403279663-3**

PO# 08287086417 R

Date: Dec 12, 2016

| FROM (SHIPPER): | TO (CONSIGNEE): |
|---|---|
| LOGISTICS TEAM<br>19914 S VIA BARON<br>RNCHO DOMINGZ, CA 90220<br>Phone: Andy Lim 310-747-7388 | SEARS HOLDING CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761<br>Phone: receiving 909-390-4515 |

Special instructions:

| HM | Units | Packaging | Kind of Packages, Description of Articles<br>(IF HAZARDOUS MATERIALS - PROPER SHIPPING NAME) | Spots | WEIGHT | CLASS |
|---|---|---|---|---|---|---|
| | 1 | SKID | TV MOUNTS    NMFC CODE: 093490-00<br>Dim: L:48 W:46 H:75 | 1 | 1,888 LBS | 50 |
| | 1 | SKID | TV WALL MOUNTS    NMFC CODE: 093490-00<br>Dim: L:48 W:46 H:70 | 1 | 1,756 LBS | 50 |
| | 1 | SKID | TV WALL MOUNTS    NMFC CODE: 093490-00<br>Dim: L:40 W:48 H:84 | 1 | 1,694 LBS | 50 |
| | 1 | SKID | TV WALL MOUNTS    NMFC CODE: 093490-00<br>Dim: L:40 W:48 H:83 | 1 | 1,812 LBS | 50 |
| | 1 | SKID | TV WALL MOUNTS    NMFC CODE: 093490-00<br>Dim: L:40 W:48 H:71 | 1 | 1,594 LBS | 50 |

Totals        *214 CTNS*

Units: 5                              Spots: 5        Weight: 8,744

| Billing terms: | | Bill to: FedEx Truckload Brokerage |
|---|---|---|
| COLLECT: | | P. O. Box 5000 |
| PREPAID: | | Green, OH 44232 |
| 3RD PARTY: | X | 888-444-5940 |

NOTE(1) - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE(2) - Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
NOTE(3) - Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Where the applicable tariff provisions specify a limitation of the carrier's liability (NMFC Item 172), if there is no release or value declaration by the shipper, and the shipper does not declare a value or release the carrier's liability, that liability shall be limited to the extent provided by NMFC Item 172. California intrastate shipments must comply with NMFC Item 173.

This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper Signature

Driver Signature

Subject to terms of cartage, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee Signature

| PLACARDS<br>REQUIRED | YES ☐<br>NO ☐ | PLACARDS<br>SUPPLIED | YES ☐<br>NO ☐ |
|---|---|---|---|

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of the Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over at or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

| SHIPPER: LOGISTICS TEAM<br>19914 S VIA BARON<br>RNCHO DOMINGZ, CA 90220 | CARRIER: FEDEX FREIGHT PRIORITY<br>PER: *2094026  12-12-16*<br>DATE: *SSW33TC  214 CTNS  XSS47* |
|---|---|

Page 1 of 1

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

Shaghal
12/13

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/2/2016 | 724575 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0828708645... | | N/A | | | | 12/2/2016 | 12/2/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |
| | | PO#08287086450 R | | | | |

```
3Y49V7        DEC 13, 2016   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                   BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342617212
REF 1:INV#724676
REF 2:PO#08287086450 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.28 USD
DV 0.00          COD    0.00      RS 0.00
DC 0.00          DGD    0.00      SD 0.00
AH 0.00          PR     0.00      SP 0.00
TOT NR CHG 7.28              NR+HC7.28
TOT PUB CHG 11.22           PUB+HC11.22
```

```
3Y49V7        DEC 13, 2016   ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                   BL WT 16.0  LBS
TRACKING# 1Z3Y49V70340796631
REF 1:INV#724676
REF 2:PO#08287086450 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.28 USD
DV 0.00          COD    0.00      RS 0.00
DC 0.00          DGD    0.00      SD 0.00
AH 0.00          PR     0.00      SP 0.00
TOT NR CHG 7.28              NR+HC7.28
TOT PUB CHG 11.22           PUB+HC11.22
```

```
3Y49V7        DEC 13, 2016   ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM                   BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341149622
REF 1:INV#724676
REF 2:PO#08287086450 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.28 USD
DV 0.00          COD    0.00      RS 0.00
DC 0.00          DGD    0.00      SD 0.00
AH 0.00          PR     0.00      SP 0.00
TOT NR CHG 7.28              NR+HC7.28
TOT PUB CHG 11.22           PUB+HC11.22
```

| | Grand Total | $3,307.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1068**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE  11/30/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**   12/16/2016
**REQST DATE**   / /
**CANCEL DATE** / /
**ORDER DATE**  11/30/2016

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100631           **PO NO:** 08287086450 R           **PAGE:**  1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012676 (48) / 006238001 EMATIC MP3 PLAYER | EM208VID BL | (48) | EA | 14.90 |
| 2 | 817707016803 (48) / 006238011 EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | (96) | EA | 27.00 |

KIH PO REF #–Delivery Requested: 20161216|

Box'S
(1) — 16 lbs
(2) — 16 lbs

UPS Ground

(W) —> 48 lbs

1069



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| DATE | 12/2/2016 | | INV # | 724575 |
| SOLD TO | SEARS | | PO # | 08287086450 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | |
| | 5600 E AIRPORT RD | | | |
| | ONTARIO, CA 91761 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

12/16

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 728650 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827514501... | | N/A | | | | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 96 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08275145014 R | | | | |

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS          1 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341068669
REF 1:INV#728650
REF 2:PO#08275145014 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 9.27                     NR+HC9.27
TOT PUB CHG 21.26                   PUB+HC21.26
```

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS          2 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70340373462
REF 1:INV#728650
REF 2:PO#08275145014 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 9.27                     NR+HC9.27
TOT PUB CHG 21.26                   PUB+HC21.26
```

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS          3 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341906877
REF 1:INV#728650
REF 2:PO#08275145014 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 9.27                     NR+HC9.27
TOT PUB CHG 21.26                   PUB+HC21.26
```

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS          4 OF 4
SVC GNDCOM                   BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341551884
REF 1:INV#728650
REF 2:PO#08275145014 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  9.27 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 9.27                     NR+HC9.27
TOT PUB CHG 21.26                   PUB+HC21.26
```

| | Grand Total | $3,441.60 |
|---|---|---|

acknowledged and accepted in full.

*BC*

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

*Shaghal* ~ 12/16

DATE 12/07/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8275

1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

DELIV DATE    12/23/2016
REQST DATE    / /
CANCEL DATE   / /
ORDER DATE    12/07/2016

**DEPT:** 018        **TYPE:** R            **INSTRUCTIONS:**

**ORDER NO:** 100637            **PO NO:** 08275145014 R                    **PAGE:**  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box No. | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 (48) / 006237877 EMATIC MP3 PLAYER | ① ~ 15 lbs | EM208VID RD 48 | 48 | EA | $ 14.90 |
| 2 | 817707012676 (48) / 006238001 EMATIC MP3 PLAYER | ② ~ 15 lbs | EM208VID 96 | 96 | EA | $ 14.90 |
| 3 | 817707016803 (48) / 006238011 EMATIC BT MP3 PLAYR 1.5IN BLAC | ① ~ 15 lbs | EM318VID BL 48 | 48 | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20161223|

4                                                        192

UPS Ground

ⓦ ~ 45 lbs

1072

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| DATE | 12/8/2016 | | INV # | 728650 |
|------|-----------|--|-------|--------|

| SOLD TO | SEARS | PO # | 08275145014 R |
|---------|-------|------|---------------|

SOLD TO: SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO: SEARS HOLDINGS CORPS
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 4 | 192 | |

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*12/16*  *shaghal*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/8/2016 | 728651 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828909068... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08289090686 R | | | | |

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS      1 OF 2
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340367497
REF 1:INV#728661
REF 2:PO#08289090686 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.12 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 10.12               NR+HC10.12
TOT PUB CHG 21.60              PUB+HC21.60
```

```
3Y49V7        DEC 16, 2016   ACT WT 15.0 LBS      2 OF 2
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342168707
REF 1:INV#728661
REF 2:PO#08289090686 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.12 USD
DV 0.00           COD    0.00        RS 0.00
DC 0.00           DGD    0.00        SD 0.00
AH 0.00           PR     0.00        SP 0.00
TOT NR CHG 10.12               NR+HC10.12
TOT PUB CHG 21.60              PUB+HC21.60
```

| | Grand Total | $2,011.20 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. *F*

*BC*

**Customer Signature**

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1074**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST    *Shaghai*

DATE  12/07/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

DELIV DATE    12/23/2016
REQST DATE    / /
CANCEL DATE  / /
ORDER DATE  12/07/2016

DEPT: 018        TYPE: R        INSTRUCTIONS:

ORDER NO: 100638        PO NO:  08289090686 R        PAGE:    1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box No. | Style Number | Qty Ordered | | Unit of Measure | Location |
|--------|-------------------------------|---------|--------------|-------------|---|-----------------|----------|
| 1 | 817707012676    / 006238001 | ① — 15 lb | EM208VID | 48 | 48 | EA | $ 14.90 |
|   | EMATIC MP3 PLAYER |  |  |  |  |  |  |
| 2 | 817707016803    / 006238011 | ① — 15 lb | EM318VID | 48 | 48 | EA | $ 27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | 2 |  | 96 |  |  |  |

KIH PO REF #-Delivery Requested: 20161223|

*UPS Ground*

*(W) → 30 lbs*

1075

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/8/2016 | **INV #** | 728651 |
| **SOLD TO** | SEARS | **PO #** | 08289090686 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 333 SOUTH SPRUCE ST | | |
| | MANTENO, IL 60950-3430 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

_____  *B*

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY
DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.

Est. 1985

*Shaghal*
**12/16**

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/8/2016 | 728653 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0830507664... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 12/8/2016 | 12/8/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08305076648 R | | | | |

```
3Y49V7       DEC 16, 2016   ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342391920
REF 1:INV#728653
REF 2:PO#08306076648 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.27 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26

3Y49V7       DEC 16, 2016   ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340645936
REF 1:INV#728653
REF 2:PO#08306076648 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.27 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

```
3Y49V7       DEC 16, 2016   ACT WT 15.0 LBS        3 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342749644
REF 1:INV#728653
REF 2:PO#08306076648 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.27 USD
DV 0.00           COD  0.00          RS 0.00
DC 0.00           DGD  0.00          SD 0.00
AH 0.00           PR   0.00          SP 0.00
TOT NR CHG 9.27                 NR+HC9.27
TOT PUB CHG 21.26               PUB+HC21.26
```

| | Grand Total | $2,726.40 |
|---|---|---|

knowledged and accepted in full. ℬ

**Customer Signature**

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE 12/07/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE  12/23/2016
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  12/07/2016

**DEPT:** 018     **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100640              **PO NO:** 08305076648 R                        **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box No. | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707012652        / 006237877<br>EMATIC MP3 PLAYER | ①—15 lbs | EM208VID RD  48 | 48 | EA | $ 14.90 |
| 2 | 817707012676        / 006238001<br>EMATIC MP3 PLAYER | ①—15 lb | EM208VID BL  48 | 48 | EA | $ 14.90 |
| 3 | 817707016803        / 006238011<br>EMATIC BT MP3 PLAYR 1.5IN BLAC | ①+15 lb | EM318VID BL  48 | 48 | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20161223|

UPS Around

(W) → US lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1139   F (310) 966 1134

| DATE | 12/8/2016 | | INV # | 728653 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08305076648 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | |
| | 541 PERKINS JONES RD NE | | | |
| | WARREN, OH 44483 | | | |

| PACKING LIST | | | | | |
|--------------|----------|----------|-------------|-----------|----------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 144 | |

_____ *B*

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Shaghal
12/22

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 12/14/2016 | 732194 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0829211027... | | N/A | | | | 12/14/2016 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 2,592.00 | |
| | | PO REF# 08292110271 R | | | | |

```
3Y49V7        DEC 22, 2016   ACT WT 16.0 LBS        1 OF 2
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342279196
REF 1:INV#732194
REF 2:PO#08292110271 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.64 USD
DV 0.00         COD     0.00         RS  0.00
DC 0.00         DGD     0.00         SD  0.00
AH 0.00         PR      0.00         SP  0.00
TOT NR CHG 9.64             NR+HC9.64
TOT PUB CHG 21.90           PUB+HC21.90
```

```
3Y49V7        DEC 22, 2016   ACT WT 16.0 LBS        2 OF 2
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340312401
REF 1:INV#732194
REF 2:PO#08292110271 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.64 USD
DV 0.00         COD     0.00         RS  0.00
DC 0.00         DGD     0.00         SD  0.00
AH 0.00         PR      0.00         SP  0.00
TOT NR CHG 9.64             NR+HC9.64
TOT PUB CHG 21.90           PUB+HC21.90
```

| | Grand Total | $2,592.00 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

1080

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST    *Shaghai*    Ex A    (4)

DATE 12/14/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

DELIV DATE    12/29/2016
REQST DATE    / /
CANCEL DATE    / /
ORDER DATE    12/14/2016

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100643            **PO NO:** 08292110271 R            **PAGE:**    1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803    / 006238011 ②  — 16 lbs | EM318VID | 96 ⑨⑥ | EA  27·00 | |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20161229|

UPS Ground

Ⓦ — 32 lbs

**1081**

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE: | 12/14/2016 | | | INV # | 732194 |
|---|---|---|---|---|---|
| SOLD TO: | SEARS | | | PO # | 08292110271 R |

SOLD TO:   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO:   SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | TOTAL | | 2 | 96 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Original*
12/22

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/14/2016 | 732197 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0830507862... | | N/A | | | | 12/14/2016 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO REF# 08305078622 R | | | | |

```
3Y49V7        DEC 22, 2016   ACT WT 16.0 LBS        1 OF 1
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340227218
REF 1:INV#732197
REF 2:PO#08305078622 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:            SVC  9.64 USD
DV  0.00                 COD    0.00     RS  0.00
DC  0.00                 DGD    0.00     SD  0.00
AH  0.00                 PR     0.00     SP  0.00
TOT NR CHG 9.64                    NR+HC9.64
TOT PUB CHG 21.90                  PUB+HC21.90
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. ⌐

_____
Customer Signature

| Prepared By |
|---|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---|

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal 12/22*

**DATE** 12/14/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

**DELIV DATE**   12/29/2016
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   12/14/2016

**DEPT:** 018        **TYPE:** R         **INSTRUCTIONS:**

**ORDER NO:** 100644              **PO NO:** 08305078622 R                    **PAGE:**    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707016803      / 006238011   (F) - 16 lbs<br>EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID<br>BL | 48 (48) | EA  27.00 | |

KIH PO REF #-Delivery Requested: 20161229|

UPS Ground

(W) — 16 lbs

**1084**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| DATE | 12/14/2016 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| SHIP TO | SEARS HOLDINGS CORPS |
| | 541 PERKINS JONES RD NE |
| | WARREN, OH 44483 |

| | |
|---|---|
| INV # | 732197 |
| PO # | 08305078622 R |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

1085

*Shaghal*
*12/27*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/14/2016 | 732214 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0828709068... | | N/A | | | 12/14/2016 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 96 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO REF# 08287090681 R | | | | |

```
3Y49V7        DEC 27, 2016   ACT WT 16.0 LBS        1 OF 3
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342474206
REF 1:INV#732214
REF 2:PO#08287090681 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   7.69 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 7.69                 NR+HC7.69
TOT PUB CHG 11.10               PUB+HC11.10
```

```
3Y49V7        DEC 27, 2016   ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340067429
REF 1:INV#732214
REF 2:PO#08287090681 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   7.68 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 7.68                 NR+HC7.68
TOT PUB CHG 11.22               PUB+HC11.22
```

```
3Y49V7        DEC 27, 2016   ACT WT 16.0 LBS        2 OF 3
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341717017
REF 1:INV#732214
REF 2:PO#08287090681 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   7.69 USD
DV 0.00          COD    0.00          RS  0.00
DC 0.00          DGD    0.00          SD  0.00
AH 0.00          PR     0.00          SP  0.00
TOT NR CHG 7.69                 NR+HC7.69
TOT PUB CHG 11.10               PUB+HC11.10
```

| | Grand Total | $2,726.40 |
|---|---|---|

cknowledged and accepted in full.

**Customer Signature**

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES   CA   90024

shaghai – TX127

**PICKING LIST**   DATE  12/14/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                   8287

5600 E AIRPORT RD
ONTARIO   CA   917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO   CA   917618609

**DELIV DATE**   12/29/2016
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   12/14/2016

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100642           **PO NO:** 08287090681 R                    **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012676     / 006238001  (2) – 15 lbs | EM208VID BL | 96 (96) | EA  14·90 | |
| 2 | 817707016803     / 006238011  (1) – 16 lbs | EM318VID BL | 48 (48) | EA  27·00 | |
|   | EMATIC MP3 PLAYER  (line 1) | | | | |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAS  (line 2) | | | | |

KIH PO REF #-Delivery Requested: 20161229|

UPS Ground

(W) → 46 lbs

1087

## Shaghai Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/14/2016 | **INV #** | 732214 |
| **SOLD TO** | SEARS | **PO #** | 08287090681 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 5600 E AIRPORT RD | | |
| | ONTARIO, CA 91761 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM3i5VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

1088

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal 12/28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/22/2016 | 736686 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827349829... | | N/A | | | | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08273498293 R | | | | |

```
3Y49V7          DEC 28, 2016   ACT WT 15.0  LBS              1 OF 1
SVC GNDCOM                     BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341492377
REF 1:INV#736686
REF 2:PO#08273498293 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  7.68  USD
DV 0.00            COD  0.00             RS  0.00
DC 0.00            DGD  0.00             SD  0.00
AH 0.00            PR   0.00             SP  0.00
TOT NR CHG 7.68                          NR+HC7.68
TOT PUB CHG 16.84                        PUB+HC16.84
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1089

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shagha - 14758

DATE 12/21/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                    8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  01/05/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  12/21/2016

**DEPT:** 018       **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100651         **PO NO:** 08273498293 R                **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

Box's
(1) - 1816

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803 (18) / 006238011 | EM318VID BL | 48 | EA | $27.00 |
|  | EMATIC BT MP3 PLAYR 1.5IN BLAC |  |  |  |  |

KIH PO REF #-Delivery Requested: 20170105|

UPS Ground

(W) → 15 (b)

1090



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | | |
|---|---|---|---|
| DATE | 12/22/2016 | INV # | 736686 |
| SOLD TO | SEARS | PO # | 08273498293 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| SHIP TO | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*
*12/28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/22/2016 | 736687 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827514925... | | N/A | | | | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08275149259 R | | | | |

```
3Y49V7        DEC 28, 2016   ACT WT 15.0 LBS        1 OF 1
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340178389
REF 1:INV#736687
REF 2:PO#08275149259 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.27 USD
DV  0.00           COD   0.00        RS   0.00
DC  0.00           DGD   0.00        SD   0.00
AH  0.00           PR    0.00        SP   0.00
TOT NR CHG 9.27                  NR+HC9.27
TOT PUB CHG 21.26                PUB+HC21.26
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  12/21/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

DELIV DATE   01/05/2017
REQST DATE   / /
CANCEL DATE   / /
ORDER DATE  12/21/2016

**DEPT:** 018     **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100652          **PO NO:** 08275149259 R                    **PAGE:**    1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707016803 *(48)* / 006238011 | EM318VID | 48 *(48)* | EA | $27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

_Box's_
_(1) — 15lh_

KIH PO REF #-Delivery Requested: 20170105|

_UPS Ground_

_(W') → 15lb_

1093



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 12/22/2016 | |
| SOLD TO | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

INV #    736687
PO #    08275149259 R

SHIP TO    SEARS HOLDINGS CORPS
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | TOTAL | | 1 | 48 | |

1094

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal*
*12/28*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736688 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP |
| 541 PERKINS JONES RD NE |
| WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0830508070... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08305080707 R | | | | |

```
3Y49V7      DEC 28, 2016    ACT WT 15.0 LBS         1 OF 1
SVC GNDCOM               BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340433996
REF 1:INV#736688
REF 2:PO#08306080707 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.27  USD
DV  0.00        COD   0.00        RS  0.00
DC  0.00        DGD   0.00        SD  0.00
AH  0.00        PR    0.00        SP  0.00
TOT NR CHG 9.27                   NR+HC9.27
TOT PUB CHG 21.26                 PUB+HC21.26
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal - 12/28*

**DATE** 12/21/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

**DELIV DATE**  01/05/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  12/21/2016

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100654            **PO NO:** 08305080707 R            **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803 (48) / 006238011 | EM318VID *BL* | 48 (48) | EA | $27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

*Box's ① -15 lb*

KIH PO REF #-Delivery Requested: 20170105|

*UPS Ground*

*W) - 15 lbs*

1096



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| DATE | 12/22/2016 | | | INV # | 736688 |
| SOLD TO | SEARS | | | PO # | 08305080707 R |

SOLD TO   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO   SEARS HOLDINGS CORPS
541 PERKINS JONES RD NE
WARREN, OH 44483

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal 12/30*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 12/22/2016 | 736689 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0828709231... | | N/A | | | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 80 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 835.20 | |
| | | PO#08287092318 R | | | | |

```
3Y49V7          DEC 30, 2016   ACT WT 13.0 LBS        1 OF 17
SVC GNDCOM                     BL WT 13.0 LBS
TRACKING# 1Z3Y49V70342373940
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.68 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.68            NR+HC7.68
TOT PUB CHG 10.76          PUB+HC10.76
```

```
3Y49V7          DEC 30, 2016   ACT WT 20.0 LBS        2 OF 17
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341367165
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.69 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.69            NR+HC7.69
TOT PUB CHG 11.66          PUB+HC11.66
```

```
3Y49V7          DEC 30, 2016   ACT WT 20.0 LBS        3 OF 17
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342841961
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.69 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.69            NR+HC7.69
TOT PUB CHG 11.66          PUB+HC11.66
```

```
3Y49V7          DEC 30, 2016   ACT WT 20.0 LBS        4 OF 17
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341134370
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.69 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.69            NR+HC7.69
TOT PUB CHG 11.66          PUB+HC11.66
```

```
3Y49V7          DEC 30, 2016   ACT WT 20.0 LBS        5 OF 17
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341140381
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.69 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.69            NR+HC7.69
TOT PUB CHG 11.66          PUB+HC11.66
```

| Grand Total | $1,326.20 |
|---|---|

acknowledged and accepted in full.

*BC*

Prepared By

t they are in good condition and accepts them in
n of special orders can be accepted. However, in
cking charge of 15% per month. All past due
lable. In the event Vendor institutes collection
, the Vendee shall pay to the Vendor in addition
Vendor therewith. In connection with any such
California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal — 12/30*

① DATE 12/20/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

DELIV DATE   01/04/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   12/20/2016

**DEPT:** 012      **TYPE:** R       **INSTRUCTIONS:**

**ORDER NO:** 100647            PO NO: 08287092318 R                          **PAGE:**   1

*Box's*                  SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 815592020066  *50* / 008130386  Ematic Wallmount Tool Kit | *① 13 LBS E* WSFC204 | 50 *50* | EA | $ 9.82 |
| 2 | 817707019781  *5* / 008991079  EMATIC TV Wall Mount Kit for 1 | *⑯ 20 LBS* EMW3401 | 80 *80* | EA | $ 10.44 |

KIH PO REF #-Delivery Requested: 20170104|





**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 986 1133    F (310) 986 1134

| | | |
|---|---|---|
| **DATE** | 12/22/2016 | **INV #**  736689 |
| **SOLD TO** | SEARS | **PO #**  08287092318 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 5600 E AIRPORT RD | |
| | ONTARIO, CA 91761 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ESFC204 | 50 | | 1 | 50 | CHINA |
| EMW3401 | 5 | | 16 | 80 | CHINA |
| | | | | | |
| **TOTAL** | | | **17** | **130** | |

1100

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    6 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340915993
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    7 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341277207
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    8 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340400011
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    9 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340420428
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    10 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342034431
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    11 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342098042
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    12 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340227264
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    13 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342398067
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    14 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340546472
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    15 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340168489
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    16 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342920090
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

3Y49V7    DEC 30, 2016    ACT WT 20.0 LBS    17 OF 17
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341217307
REF 1:INV#736689
REF 2:PO#08287092318 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:         SVC  7.69 USD
DV  0.00            COD   0.00           RS  0.00
DC  0.00            DGD   0.00           SD  0.00
AH  0.00            PR    0.00           SP  0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.66           PUB+HC11.66

# Shaghal Ltd.
Est. 1985

# INVOICE - A
### OFFICE COPY

*Shaghal 1/03*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 12/22/2016 | 736690 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828709289... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/22/2016 | 12/22/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08287092894 R | | | | |

```
3Y49V7          JAN 3, 2017      ACT WT 15.0  LBS              1 OF 1
SVC GNDCOM                       BL WT 15.0  LBS
TRACKING# 1Z3Y49V70340174936
REF 1:INV#736690
REF 2:PO#08287092894 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:             SVC  7.69  USD
DV 0.00          COD    0.00            RS 0.00
DC 0.00          DGD    0.00            SD 0.00
AH 0.00          PR     0.00            SP 0.00
TOT NR CHG 7.69                  NR+HC7.69
TOT PUB CHG 11.10                PUB+HC11.10
```

| Grand Total | $1,296.00 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

1102

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal- 01/03* (1)

PICKING LIST

**DATE** 12/21/2016

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS HOLDINGS CORP            8287 | SEARS HOLDINGS CORP |
| | 5600 E AIRPORT RD |
| 5600 E AIRPORT RD | ONTARIO  CA  917618609 |
| ONTARIO  CA  917618609 | |

**DELIV DATE** 01/05/2017
**REQST DATE**  / /
**CANCEL DATE** / /
**ORDER DATE** 12/21/2016

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100653          **PO NO:** 08287092894 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707016803 *(48)* / 006238011 | *① —15 lb* | EM318VID | 48 *(48)* | EA | *$27.00* |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | | |

KIH PO REF #-Delivery Requested: 20170105|

*UPS Ground*

*(W) — 15 lbs*

1103



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 12/22/2016 |
| --- | --- |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #     736690
PO #     08287092894 R

| SHIP TO | SEARS HOLDINGS CORPS |
| --- | --- |
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| | | PACKING LIST | | | |
| --- | --- | --- | --- | --- | --- |
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 1 | 48 | |




# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/30/2016 | 752952 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828909686... | | N/A | | | | 12/30/2016 | 12/30/2016 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black)<br><br>REF: PO# 08289096865 R | 27.00 | | 1,296.00 | |

```
3Y49V7          JAN 6, 2017    ACT WT 16.0 LBS      1 OF 1
SVC GNDCOM                     BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341878200
REF 1:INV#762962
REF 2:PO#08289096865 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.48 USD
DV  0.00        COD   0.00      RS  0.00
DC  0.00        DGD   0.00      SD  0.00
AH  0.00        PR    0.00      SP  0.00
TOT NR CHG 10.48              NR+HC10.48
TOT PUB CHG 22.31            PUB+HC22.31
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



SHAGHAL INC
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**        _Shaghai 01/03_

DATE 12/29/2016

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

DELIV DATE   01/12/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   12/29/2016

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100655        **PO NO:** 08289096865 R        **PAGE:** 1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803 _48_ / 006238011 | EM318VID _BL_ | _48_ (48) | EA | _$ 27.00_ |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170112|

① _Box — 16 lbs_

_UPS Ground_

W① _— 16 lbs_