**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 12/30/2016 | **INV #** | 752952 |
| **SOLD TO** | SEARS | **PO #** | 08289096865 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 333 SOUTH SPRUCE ST |
| | MANTENO, IL 60950-3588 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **1** | **48** | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|---|---|
| 1/6/2017 | 782410 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0830508423... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 1/6/2017 | 1/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 25 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 261.00 | |
| | | REF: PO No. 08305084238 R | | | | |

```
3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        1 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342986611
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76

3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        2 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341086923
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76

3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        3 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342679933
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76
```

```
3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        4 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341323540
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76

3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        5 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342932766
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76

3Y49V7        JAN 11, 2017   ACT WT 40.0 LBS        6 OF 11
SVC GNDCOM              BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341383566
REF 1:INV#782410
REF 2:PO#08306084238 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  20.38 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 20.38              NR+HC20.38
TOT PUB CHG 46.76            PUB+HC46.76
```

| | Grand Total | $790.20 |
|---|---|---|

y acknowledged and accepted in full.

legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and con

Thank you for

1108

2231 COLBY AVE
LOS ANGELES  CA  90024

*(handwritten)* Ⓐ

**PICKING LIST**

DATE 01/04/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE  01/18/2017
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  01/04/2017

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100665      PO NO:  08305084238 R      **PAGE:** 1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019811   / 008991066  *Box's* Ⓖ — 40 lbs <br> EMATIC TV Wall Mount Kit for 1 | EMW4101 | 30 ㉚ | EA $17.64 | |
| 2 | 817707019781   / 008991079  Ⓢ = 20 lbs <br> EMATIC TV Wall Mount Kit for 1 | EMW3401 | 25 ㉕ | EA 10.44 | |

KIH PO REF #-Delivery Requested: 20170118|

*(handwritten)* 11

*(handwritten)* 55

*(handwritten)* UPS Ground

*(handwritten)* Ⓦ —) 340 lbs



1109

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 1/6/2017 | | INV # | 782410 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08305084238 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| | | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | |
| | 541 PERKINS JONES RD NE | | | |
| | WARREN, OH 44483 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 6 | 30 | CHINA |
| EMW3401 | 5 | | 5 | 25 | CHINA |
| TOTAL | | | 11 | 55 | |

```
3Y49V7      JAN 11, 2017   ACT WT 20.0 LBS      7 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340611972
REF 1:INV#782410
REF 2:PO#08305084238 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC  11.35 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.35          NR+HC11.35
TOT PUB CHG 26.04         PUB+HC26.04
```

SCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
AT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
T ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

R YOUR BUSINESS

```
3Y49V7      JAN 11, 2017   ACT WT 20.0 LBS      8 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340113984
REF 1:INV#782410
REF 2:PO#08305084238 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC  11.35 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.35          NR+HC11.35
TOT PUB CHG 26.04         PUB+HC26.04
```

```
3Y49V7      JAN 11, 2017   ACT WT 20.0 LBS      10 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340322801
REF 1:INV#782410
REF 2:PO#08305084238 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC  11.35 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.35          NR+HC11.35
TOT PUB CHG 26.04         PUB+HC26.04
```

```
3Y49V7      JAN 11, 2017   ACT WT 20.0 LBS      9 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341545597
REF 1:INV#782410
REF 2:PO#08305084238 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC  11.35 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.35          NR+HC11.35
TOT PUB CHG 26.04         PUB+HC26.04
```

```
3Y49V7      JAN 11, 2017   ACT WT 20.0 LBS      11 OF 11
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341221614
REF 1:INV#782410
REF 2:PO#08305084238 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:          SVC  11.35 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 11.35          NR+HC11.35
TOT PUB CHG 26.04         PUB+HC26.04
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/6/2017 | 782412 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827515297... | | N/A | | | | 1/6/2017 | 1/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black)<br><br>REF: PO No. 08275152977 R | 27.00 | | 1,296.00 | |

```
3Y49V7        JAN 13, 2017   ACT WT 16.0 LBS        1 OF 1
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341156267
REF 1:INV#782412
REF 2:PO#08276162977 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC   9.27 USD
DV  0.00           COD    0.00        RS  0.00
DC  0.00           DGD    0.00        SD  0.00
AH  0.00           PR     0.00        SP  0.00
TOT NR CHG 9.27                  NR+HC9.27
TOT PUB CHG 21.26                PUB+HC21.26
```

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghel  0113*

DATE 01/04/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS   PA   19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**DELIV DATE**   01/20/2017
**REQST DATE**    /  /
**CANCEL DATE**  /  /
**ORDER DATE** 01/04/2017

**DEPT:** 018      **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100657               **PO NO:** 08275152977 R              **PAGE:**    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803       / 006238011 | EM318VIDBL | 48 (48) | EA | $ 27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170120|

(1)Box — 15 lbs

UPS Around

1112



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | | |
|---|---|---|---|---|
| **DATE** | 1/6/2017 | | **INV #** | 782412 |
| **SOLD TO** | SEARS | | **PO #** | 08275152977 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | |
| | 1 KRESGE ROAD | | | |
| | FAIRLESS HILLS, PA 19030 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784013 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT# 0440<br>1600 N BOUDREAU RD<br>MANTENO, IL 609509377 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447165 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | Grand Total | $991.60 |
|--|-------------|---------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD.
2231 COLBY AVE
LOS ANGELES CA 90024

*Shaghal*    (4)

**PICKING LIST**    **DATE** 01/11/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0440

1600 N BOUDREAU RD
MANTENO IL 609509377

*815 - 468 - 2000*

**SHIP-FOR ADDRESS**
SEARS UNIT # 0440
1600 N BOUDREAU RD
MANTENO IL 609509377

**DELIV DATE** / /
**REQST DATE** 01/25/17
**CANCEL DATE** / /
**ORDER DATE** 01/10/17

**DEPT:** 657    **TYPE:** RE    **INSTRUCTIONS:**

**ORDER NO:** 100337    **PO NO:** 447165    **PAGE:** 1

**SHIP TO:** SEARS UNIT # 0440

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019828  *IC* / EMW5105  23-65 Fixed Low Profile TV Wal | ① → 26 lb | 10 ⑩ | EA | $7.20 |
| 2 | 817707019781  *5* / EMW3401  10-49 FULL Motion TV Mount | ③ — 20 lbs | 15 ⑤ | EA | 10.44 |
| 3 | 817707019811  *5* / EMW4101  17-55 Full Motion TV Mount | ⑤ — 40 lbs | 25 ㉕ | EA | 17.64 |
| 4 | 817707019798  *5* / EMW6201  30-79 Tilting TV Wall Mount | ④ — 33 lbs | 20 ⑳ | EA | 16.10 |

13

70



40" x 48" x 26"

W —) 458 lb
458 lbs.

FM = 15.85
cu = 70

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133       F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 1/13/2017 | **INV #** | 784013 |
| **SOLD TO** | SEARS | **PO #** | 447165 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS UNIT #0440 | | |
| | 1600 N BOUDREAU RD | | |
| | MANTENO, IL 609509377 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5105 | 10 | | 1 | 10 | CHINA |
| EMW3401 | 5 | 1 | 3 | 15 | CHINA |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 13 | 70 | |

_____
        **SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

1116

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
**TOLL-FREE 1-800-950-7242**



(SAIA)



**10125185930 2**

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 447165 | 1391387 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packed packages unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER SHAGHAL LTD | SHIPPER PHONE NO. | DATE 01/18/17 |
|---|---|---|

| STREET 2231 COLBY AVENUE | | |
|---|---|---|

BILL TO
SHAGHAL LTD

| CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
|---|---|---|

| CONSIGNEE SEARS UNIT #0440 | CONSIGNEE PHONE NO. | STREET ADDRESS 2231 COLBY AVENUE |
|---|---|---|

| STREET 1600 N BOUDREAU RD | | |
|---|---|---|

| CITY MANTENO | STATE IL | ZIP CODE 60950 | CITY LOS ANGELES | STATE CA | ZIP CODE 90064 |
|---|---|---|---|---|---|

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT ( 40X48X26) 13 BOX | 458 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PICKUP# 6114191 TIME 2PM - 4PM | | | |
| | | PO# 447165 INV# 784013 | | | CHARGES ADVANCED $ |
| | | MABD 01/24/17 | | | |
| | | *S I W 2 LT* | | | Received: to apply in the prepayment of the charges on the property described hereon. |
| | | | | | (Agent or Cashier) |
| | | | | | Per (The signature here acknowledges only the amount prepaid.) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound).

TOTAL 458 LBS

(Signature of Consignor)

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

NOTE —Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

C.O.D. $

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

Per _____

Shipper _____

Per _____   Address _____

SAIA LTL FREIGHT

BY: _____

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.10(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

**1117**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784014 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS UNIT# 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 447166 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 55 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 574.20 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 20 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 322.00 | |

| | |
|---|---|
| **Grand Total** | **$1,160.80** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_Prepared By_

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

**1118**

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 0118*   (4)

**DATE** 01/11/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

*570-531-2000*

**SHIP-FOR ADDRESS**
SEARS UNIT # 0443
HANOVER INDUSTRIAL PK
WILKES BARRE  PA  187062028

**DELIV DATE** / /
**REQST DATE** 01/25/17
**CANCEL DATE** / /
**ORDER DATE** 01/10/17

**DEPT:** 657      **TYPE:** RE      **INSTRUCTIONS:**

**ORDER NO:** 100338      **PO NO:** 447166      **PAGE:** 1

SHIP TO: SEARS UNIT # 0443

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| 1 | 817707019781  5  / EMW3401  10-49 FULL Motion TV Mount | 5365 | EA | $ 10.44 |
| 2 | 817707019811  5  / EMW4101  17-55 Full Motion TV Mount | 15 (5) | EA | 17.64 |
| 3 | 817707019798  5  / EMW6201  30-79 Tilting TV Wall Mount | 20 (20) | EA | 16.10 |

*Box #*
⑪ — 20 lbs
③ — 40 lb
④ — 33 lbs
R

90

40" × 48" × 28"

W → 509 lbs

PD = 17.62
w = 70

**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 1/13/2017 | **INV #** | 784014 |
| **SOLD TO** | SEARS | **PO #** | 447166 |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**  SEARS UNIT #0443
1055 HANOVER ST
HANOVER INDUSTRIAL PK
WILKES BARRE, PA 187062028

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 11 | 55 | CHINA |
| EMW4101 | 5 | 1 | 3 | 15 | CHINA |
| EMW6201 | 5 | | 4 | 20 | CHINA |
| | | | | | |
| | TOTAL | 1 | 18 | 90 | |

_____
      **SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

**FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242**



**SAIA**
**LTL Freight**
**(SAIA)**

10125185940 3

*Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.*

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | 447166 | 1391511 |

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | | 01/18/17 |

| STREET | | | BILL TO |
|---|---|---|---|
| 2231 COLBY AVENUE | | | SHAGHAL LTD |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS UNIT # 0443 | | 2231 COLBY AVENUE |

| STREET | | | |
|---|---|---|---|
| 1055 HANOVER ST, HANOVER INDUSTRIAL PK | | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| WILKES BARRE | PA | 18706 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | TV WALL MOUNT ( 40X48X26) 18 BOX | 509 LBS | 70 | Freight charges are PREPAID unless marked collect. |
| | | | | | CHECK BOX IF COLLECT ☐ |
| | | PICKUP# 6114191 TIME 2PM - 4PM | | | |
| | | PO# 447166  INV# 784014 | | | CHARGES ADVANCED $ _____ |
| | | MABD 01/24/17 | | | |
| | | | | | Received: _____ to apply in the prepayment of the charges on the property described hereon. |
| | | ~~(Sive 4)~~ | | | |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | | | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| NOTE (Release valuation on household goods, furniture and personal effects are not to exceed 10c per pound). | | | TOTAL | 509 LBS | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature _____

(Signature of Consignor)

NOTE --Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.

Per _____

Shipper _____

Per _____  Address _____

C.O.D.  $ _____

SAIA LTL FREIGHT

BY: _____

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

IS COMPANY CHECK ACCEPTABLE?
☐ YES   ☐ NO

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784015 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT #0470<br>8374 N 4000 EAST<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 446228 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 6 | EMD212 | Ematic Wall Mount 817707010887 | 14.23 | | 85.38 | |
| 4 | EPD707TL | Ematic Portable DVD Player (Teal) | 42.00 | | 168.00 | |
| 4 | EPD909RD | Ematic Portable DVD Player (Red) | 49.36 | | 197.44 | |
| 4 | EPD909PR | Ematic Portable DVD Player (Purple) | 49.36 | | 197.44 | |
| 4 | EPD116BL | 10 Inch Portable DVD Player (Black) | 52.00 | | 208.00 | |
| 4 | EPD116BU | 10 Inch Portable DVD Player (Blue) | 52.00 | | 208.00 | |

```
3Y49V7        JAN 19, 2017   ACT WT 48.0 LBS        1 OF 6
SVC GNDCOM              BL WT 48.0 LBS
TRACKING# 1Z3Y49V70340888013
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  22.48 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 22.48              NR+HC22.48
TOT PUB CHG 49.82            PUB+HC49.82

3Y49V7        JAN 19, 2017   ACT WT 13.0 LBS        2 OF 6
SVC GNDCOM              BL WT 13.0 LBS
TRACKING# 1Z3Y49V70341388427
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC   9.49 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 9.49              NR+HC9.49
TOT PUB CHG 19.86            PUB+HC19.86

3Y49V7        JAN 19, 2017   ACT WT 15.0 LBS        3 OF 6
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342282431
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.12 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

```
3Y49V7        JAN 19, 2017   ACT WT 16.0 LBS        4 OF 6
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340426048
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  10.12 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 10.12              NR+HC10.12
TOT PUB CHG 21.50            PUB+HC21.50
```

| | Grand Total | $1,064.26 |
|--|-------------|-----------|

acknowledged and accepted in full.  F

MB

```
3Y49V7        JAN 19, 2017   ACT WT 19.0 LBS        6 OF 6
SVC GNDCOM              BL WT 19.0 LBS
TRACKING# 1Z3Y49V70341435260
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  11.46 USD
DV 0.00           COD  0.00           RS 0.00
DC 0.00           DGD  0.00           SD 0.00
AH 0.00           PR   0.00           SP 0.00
TOT NR CHG 11.46              NR+HC11.46
TOT PUB CHG 24.67            PUB+HC24.67
```

t they
n of s
cking
able.
, the
Ven
. Calit

State of California. Vendee agrees to the terms and conditi

Thank you for yo

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 119  (4)*

**DATE** 01/10/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0470
CDF MANTENO -SLS
8374 N 4000 EAST
MANTENO  IL  609503588

**SHIP-FOR ADDRESS**
SEARS UNIT # 0470
8374 N 4000 EAST
MANTENO IL   609503588

**DELIV DATE**   / /
**REQST DATE**  01/25/17
**CANCEL DATE** / /
**ORDER DATE**  01/09/17

**DEPT:** 657        **TYPE:** RE        **INSTRUCTIONS:**

**ORDER NO:** 100334              **PO NO:** 446228                          **PAGE:**   1

**SHIP TO:** SEARS UNIT # 0470

| Line # | UPC or EAN Number / Vendor ID | Box # | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|-------------|-----------------|----------|
| 1 | 817707010887  6  / EMD212  DVD Wall Mount Two Shelf | ① — 48 lbs | 6  6 | EA | $ 14.23 |
| 2 | 817707013222  4  / EPD707TL  EPD707 7" Portable DVD Player | ① — 13 lb | 4  4 | EA | 42.00 |
| 3 | 817707013291  4  / EPD909RD  EPD909 9" Portable DVD Player | ① — 15 lbs | 4  4 | EA | 49.36 |
| 4 | 817707013284  4  / EPD909PR  EPD909 9" Portable DVD Player | ① — 15 lbs | 4  4 | EA | 49.36 |
| 5 | 817707017145  4  / EPD116BL  10" Portable DVD | ① — 19 lbs | 4  4 | EA | 52.00 |
| 6 | 817707017152  4  / EPD116BU  10" Portable DVD | ① — 19 lbs | 4  4 | EA | 52.00 |

6

20

UPS Ground

Ⓦ — 129 lbs

**1123**

**Shanghai Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 1/13/2017 | | INV # | 784015 |
|------|-----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 446228 |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO        SEARS UNIT #0470
               MANTENO-CDF-SLS
               8374 N 4000 EAST
               MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMD212 | 6 | | 1 | 6 | CHINA |
| EPD707TL | 4 | | 1 | 4 | CHINA |
| EPD909RD | 4 | | 1 | 4 | CHINA |
| EPD909PR | 4 | | 1 | 4 | CHINA |
| EPD116BL | 4 | | 1 | 4 | CHINA |
| EPD116BU | 4 | | 1 | 4 | CHINA |
| | | | | | |
| | **TOTAL** | | 6 | 26 | |

SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                   SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                   SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                   UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

```
3Y49V7        JAN 19, 2017   ACT WT 19.0  LBS        6 OF 6
SVC GNDCOM                   BL WT 19.0  LBS
TRACKING# 1Z3Y49V70342286062
REF 1:INV#784015
REF 2:PO#446228

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  11.46 USD
DV 0.00            COD  0.00             RS  0.00
DC 0.00            DGD  0.00             SD  0.00
AH 0.00            PR   0.00             SP  0.00
TOT NR CHG 11.46                NR+HC11.46
TOT PUB CHG 24.67               PUB+HC24.67
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/13/2017 | 784016 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS UNIT#0475<br>CDF-MANTENO-SLS<br>8374 N 4000 EAST<br>MANTENO, IL 60950-3588 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 446229 | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/13/2017 | 1/13/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EDT201ANT | Amplified Ultra Thin Indoor HD TV Digital Antenna | 14.00 | | 140.00 | |

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      1 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340914476
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      2 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342816480
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      3 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340648096
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      4 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341825301
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      5 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70342124110
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

```
3Y49V7      JAN 19, 2017   ACT WT 8.0 LBS      6 OF 10
SVC GNDCOM           BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341280624
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:       SVC  9.49 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 15.51          PUB+HC15.61
```

| Grand Total | $140.00 |
|-------------|---------|

acknowledged and accepted in full.

to said past due funds all legal costs and attorney fees reasonably incurred by Ve
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condit

Thank you for y

2231 COLBY AVE
LOS ANGELES CA 90024

**PICKING LIST** *shaghal – 01/19* (4)

DATE 01/10/17

**SHIP-TO ADDRESS**
SEARS UNIT # 0475
MANTENO - CDF - SLS
8374 N 4000 EAST
MANTENO IL 60950

**SHIP-FOR ADDRESS**
SEARS UNIT # 0475
8374 N 4000 EAST
MANTENO IL 60950

DELIV DATE   / /
REQST DATE 01/25/17
CANCEL DATE / /
ORDER DATE 01/09/17

**DEPT:** 657   **TYPE:** RE   **INSTRUCTIONS:**

**ORDER NO:** 100335   **PO NO:** 446229   **PAGE:** 1

SHIP TO: SEARS UNIT # 0475

Box #

| Line # | UPC or EAN Number / Vendor ID | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|
| ~~1~~ | ~~815502020049~~ ~~4~~ / ~~EDT07~~ ~~Ematic 7" Dual-Screen Portable~~ | | | |
| 2 | 817707018043  8 / EDT201ANT edt201ant/multi | (10) — 8 lbs   80 (80) | EA | 14.00 |

8 (10) Boxs – 8 lbs.

# UPS Ground

(W) – 80 lbs

1126



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 12/22/2016 | **INV #** 784016 |
| **SOLD TO** | SEARS | **PO #** 446229 |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS UNIT#0475 | |
| | CDF-MANTENO-SLS | |
| | 8374 N 4000 EAST | |
| | MANTENO, IL 60950-3588 | |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EDT201ANT | 8 | | 10 | 80 | CHINA |
| | **TOTAL** | | 10 | 80 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

```
3Y49V7        JAN 19, 2017   ACT WT 8.0 LBS        7 OF 10
SVC GNDCOM              BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340590630
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.49 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 16.61         PUB+HC16.61
```

```
3Y49V7        JAN 19, 2017   ACT WT 8.0 LBS        9 OF 10
SVC GNDCOM              BL WT 8.0 LBS
TRACKING# 1Z3Y49V70341266366
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.49 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 16.61         PUB+HC16.61
```

```
3Y49V7        JAN 19, 2017   ACT WT 8.0 LBS        8 OF 10
SVC GNDCOM              BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340510143
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.49 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 16.61         PUB+HC16.61
```

```
3Y49V7        JAN 19, 2017   ACT WT 8.0 LBS        10 OF 10
SVC GNDCOM              BL WT 8.0 LBS
TRACKING# 1Z3Y49V70340402162
REF 1:INV#784016
REF 2:PO#446229

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  9.49 USD
DV 0.00           COD   0.00        RS  0.00
DC 0.00           DGD   0.00        SD  0.00
AH 0.00           PR    0.00        SP  0.00
TOT NR CHG 9.49            NR+HC9.49
TOT PUB CHG 16.61         PUB+HC16.61
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

01/31

| Date | Invoice # |
|------|-----------|
| 1/23/2017 | 794994 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828710144... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 1/23/2017 | 1/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 1,430.40 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO#08287101440 R | | | | |

```
3Y49V7      JAN 31, 2017   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM             BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341569544
REF 1:INV#794994
REF 2:PO#08287101440 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC   7.69 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.10            PUB+HC11.10

3Y49V7      JAN 31, 2017   ACT WT 15.0 LBS      2 OF 3
SVC GNDCOM             BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342338766
REF 1:INV#794994
REF 2:PO#08287101440 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC   7.69 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.10            PUB+HC11.10
```

```
3Y49V7      JAN 31, 2017   ACT WT 15.0 LBS      3 OF 3
SVC GNDCOM             BL WT 16.0  LBS
TRACKING# 1Z3Y49V70340549568
REF 1:INV#794994
REF 2:PO#08287101440 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC   7.69 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.69              NR+HC7.69
TOT PUB CHG 11.10            PUB+HC11.10
```

| | Grand Total | $2,145.60 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 01/19/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  02/03/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  01/19/2017

**DEPT:** 018        **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100672          **PO NO:** 08287101440 R                    **PAGE:**  1

                                          SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 (48) / 006237877 EMATIC MP3 PLAYER | EM208VID RD | 96 | EA | $14.90 |
| 2 | 817707012676 (48) / 006238001 EMATIC MP3 PLAYER | EM208VID BL | 48 | EA | $14.90 |

KIH PO REF #-Delivery Requested: 20170203|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 1/23/2017 | | | INV # | 794994 |
| SOLD TO | SEARS | | | PO # | 08287101440 R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |

| SHIP TO | SEARS HOLDINGS CORPS |
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 2 | 96 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
**Est. 1985**

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*01/25*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 1/23/2017 | 794995 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0829212075... | | N/A | | | | 1/23/2017 | 1/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red<br><br>PO#08292120756 R | 14.90 | | 1,430.40 | |

```
3Y49V7      JAN 25, 2017    ACT WT 15.0 LBS        1 OF 2
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340673692
REF 1:INV#794995
REF 2:PO#08292120756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.27 USD
DV 0.00       COD    0.00        RS 0.00
DC 0.00       DGD    0.00        SD 0.00
AH 0.00       PR     0.00        SP 0.00
TOT NR CHG 9.27              NR+HC9.27
TOT PUB CHG 21.26           PUB+HC21.26
```

```
3Y49V7      JAN 25, 2017    ACT WT 15.0 LBS        2 OF 2
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342426900
REF 1:INV#794995
REF 2:PO#08292120756 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  9.27 USD
DV 0.00       COD    0.00        RS 0.00
DC 0.00       DGD    0.00        SD 0.00
AH 0.00       PR     0.00        SP 0.00
TOT NR CHG 9.27              NR+HC9.27
TOT PUB CHG 21.26           PUB+HC21.26
```

| | Grand Total | $1,430.40 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

*BC*

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES CA  90024

*Shagha – 01/25*

**DATE** 01/19/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**DELIV DATE**   02/02/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   01/19/2017

**DEPT:** 018       **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100673        **PO NO:** 08292120756 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | *Box's* | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  *48* / 006237877  *(2) 15 lb* | | EM208VID *RD* | *16* *(96)* | EA | *$ 14.90* |
|   | EMATIC MP3 PLAYER | | | | | |

*UPS Ground*

*(W) –> 30 lbs*

1132



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE:** | 1/23/2017 |
| **SOLD TO:** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 794995
**PO #** 08292120756 R

| | |
|---|---|
| **SHIP TO:** | SEARS HOLDINGS CORPS |
| | 655 SOUTHWEST 52ND AVENUE |
| | OCALA, FL 34474 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

_____
SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|---|---|
| 02/14/2017 | 804420 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| '082921282... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 02/14/2017 | 02/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| | | REF: PO# 08292128200 R | | | | |

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        1 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342644451
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        2 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340327262
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        3 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342507671
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        4 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340881681
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        5 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341306293
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

3Y49V7    FEB 21, 2017   ACT WT 40.0 LBS        6 OF 6
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340394601
REF 1:INV#804420
REF 2:PO#08292128200 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC  21.67 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 21.67            NR+HC21.67
TOT PUB CHG 49.70            PUB+HC49.70

| | Grand Total | $529.20 |
|---|---|---|

acknowledged and accepted in full.

proceedings or legal action to enforce any of the funds due under this invoice, th
to said past due funds all legal costs and attorney fees reasonably incurred by V
legal action, Vendee agrees to be sued in the County of Los Angeles, State of Ca
State of California. Vendee agrees to the terms and condi

Thank you for y

1134

2231 COLBY AVE
LOS ANGELES CA  90024

*Shagval → 02(2)* ④

PICKING LIST                    DATE 02/14/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

*2|27 – 3|1*
**DELIV DATE** 03/01/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 02/14/2017

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100680              **PO NO:** 08292128200 R                    **PAGE:**  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | *Box#* | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------|--------------|-------------|-----------------|----------|
| 1 | 817707019811 *5* / 008991066  ⑥← *40 lbs* | | EMW4101 | 30 ㉚ | EA $17.64 | *40lbs* |
| | EMATIC TV Wall Mount Kit for 1 | | | | | |

KIH PO REF #-Delivery Requested: 20170301|

*UPS Ground*

*(W) → ) 240 lbs)*

1135



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 02/14/17 | **INV #**  804420 |
| **SOLD TO** | SEARS | **PO #**  08292128200 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 655 SOUTHWEST 52ND AVENUE | |
| | OCALA, FL 34474 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 6 | 30 | CHINA |
| | **TOTAL** | | 6 | 30 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**



**Shaghal Ltd.**
Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 2/23/2017 | 807333 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828711188... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 2/23/2017 | 2/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08287111882 R | | | | |

| | Grand Total | USD 2,011.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

1137

**Thank you for your Business!**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 2/23/2017 | 807334 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828911287... | | N/A | | | | 2/23/2017 | 2/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black)<br><br>PO#08289112873 R | 27.00 | | 1,296.00 | |

```
3Y49V7        MAR 2, 2017    ACT WT 15.0  LBS              1 OF 1
SVC GNDCOM                   BL WT 16.0  LBS
TRACKING# 1Z3Y49V70340013216
REF 1:INV#807334
REF 2:PO#08289112873 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  10.66  USD
DV  0.00         COD  0.00           RS  0.00
DC  0.00         DGD  0.00           SD  0.00
AH  0.00         PR   0.00           SP  0.00
TOT NR CHG 10.66                     NR+HC10.66
TOT PUB CHG 22.71                    PUB+HC22.71
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

### Thank you for your Business!

1138

SHAGHAL18-23538-shl   Doc 8495-5   Filed 10/08/20   Entered 10/08/20 18:54:10   Exhibit A 03/02
2231 COLBY AVE   - Cont'd   Pg 33 of 307
LOS ANGELES  CA   90024

PICKING LIST

DATE  02/22/2017

| SHIP-TO ADDRESS | | SHIP-FOR ADDRESS | |
|---|---|---|---|
| SEARS HOLDINGS CORP | 8289 | SEARS HOLDINGS CORP | |
| | | 333 SOUTH SPRUCE STREET | |
| 333 SOUTH SPRUCE STREET | | MANTENO  IL   609503430 | |
| MANTENO  IL   609503430 | | | |

DELIV DATE   03/09/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   02/22/2017

DEPT: 018        TYPE:  R        INSTRUCTIONS:

ORDER NO: 100682              PO NO: 08289112873 R                    PAGE:    1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707016803  48 / 006238011 | EM318VID BL | 48 | EA | $ 27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170309|

*Box's*

*① - 15 lb*

*48*

*UPS Ground*

*Ⓦ - 15 lbs*

1139



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 2/23/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**   807334
**PO #**   08289112873 R

**SHIP TO**   SEARS HOLDINGS CORPS
333 SOUTH SPRUCE ST
MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.

Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 2/23/2017 | 807335 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0830509867... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 2/23/2017 | 2/23/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08305098672 R | | | | |

```
3Y49V7        MAR 2, 2017    ACT WT 16.0 LBS              1 OF 1
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340706620
REF 1:INV#807335
REF 2:PO#08305098672 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:         SVC  9.85 USD
DV 0.00           COD  0.00         RS  0.00
DC 0.00           DGD  0.00         SD  0.00
AH 0.00           PR   0.00         SP  0.00
TOT NR CHG 9.85                     NR+HC9.85
TOT PUB CHG 22.60                   PUB+HC22.60
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE  02/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE   03/09/2017
REQST DATE   / /
CANCEL DATE   / /
ORDER DATE  02/22/2017

**DEPT: 018        TYPE: R**        **INSTRUCTIONS:**

**ORDER NO:** 100683            PO NO: 08305098672 R                **PAGE:**    1

                              SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803  L/8  / 006238011 | EM318VID | 48 | EA | $ 27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170309|

Boy's

① — 15 lbs    BL    48

UPS Grow

Ⓦ — 15 lbs

**1142**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 2/23/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 541 PERKINS JONES RD NE |
| | WARREN, OH 44483 |

**INV #** 807335
**PO #** 08305098672 R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



**Shaghal Ltd.**
Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/2/2017 | 810394 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0829213326... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/2/2017 | 3/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 40 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 417.60 | |
| | | PO#08292133261 R | | | | |

| | Grand Total | USD 682.20 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

**1144**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 3/2/2017 | 810395 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827352198... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 3/2/2017 | 3/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08273521989 R | | | | |

3Y49V7         MAR 9, 2017    ACT WT 15.0  LBS               1 OF 2
SVC GNDCOM                    BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341692053
REF 1:INV#810395
REF 2:PO#08273521989 R

HANDLING CHARGE 0.00                        SVC  7.72  USD
SINGLE – PIECE NR RATE CHRGS:
DV  0.00           COD  0.00          RS  0.00
DC  0.00           DGD  0.00          SD  0.00
AH  0.00           PR   0.00          SP  0.00
TOT NR CHG 7.72                       NR+HC7.72
TOT PUB CHG 16.85          PUB+HC16.85

3Y49V7         MAR 9, 2017    ACT WT 15.0  LBS               2 OF 2
SVC GNDCOM                    BL WT 16.0  LBS
TRACKING# 1Z3Y49V70340070860
REF 1:INV#810395
REF 2:PO#08273521989 R

HANDLING CHARGE 0.00                        SVC  7.72  USD
SINGLE – PIECE NR RATE CHRGS:                RS  0.00
DV  0.00           COD  0.00          SD  0.00
DC  0.00           DGD  0.00          SP  0.00
AH  0.00           PR   0.00
TOT NR CHG 7.72                       NR+HC7.72
TOT PUB CHG 16.85          PUB+HC16.85

| | Grand Total | $2,011.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

**Authorized By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 03109* (4)

**DATE** 03/01/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   03/16/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   03/01/2017

**DEPT:** 018      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100686            **PO NO:** 08273521989 R                        **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

*Boy's*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012676  48 / 006238001 <br> EMATIC MP3 PLAYER | EM208VID *BL* | *48* (48) | EA | $ 14.90 |
| 2 | 817707016803  48 / 006238011 <br> EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID *BL* | *48* (48) | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20170316|

*UPS Ground*

*(W) — ›30 lbs*

**1146**



**Shaghal Ltd.**

| | | |
|---|---|---|
| **DATE** | 03/02/17 | **INV #**    810395 |
| **SOLD TO** | SEARS | **PO #**   08273521989 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**1147**

# Shaghal Ltd.
**Est. 1985**

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/2/2017 | 810396 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 44483

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0830510070... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/2/2017 | 3/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO#08305100705 R | | | | |

3Y49V7        MAR 9, 2017    ACT WT 16.0  LBS
SVC GNDCOM            BL WT 16.0  LBS        1 OF 2
TRACKING# 1Z3Y49V70342107273
REF 1:INV#810396
REF 2:PO#08305100705 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  9.85  USD
DV  0.00      COD   0.00      RS  0.00
DC  0.00      DGD   0.00      SD  0.00
AH  0.00      PR    0.00      SP  0.00
TOT NR CHG 9.85            NR+HC9.85
TOT PUB CHG 22.60         PUB+HC22.60

3Y49V7        MAR 9, 2017    ACT WT 16.0  LBS
SVC GNDCOM            BL WT 16.0  LBS        2 OF 2
TRACKING# 1Z3Y49V70340097289
REF 1:INV#810396
REF 2:PO#08305100705 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  9.85  USD
DV  0.00      COD   0.00      RS  0.00
DC  0.00      DGD   0.00      SD  0.00
AH  0.00      PR    0.00      SP  0.00
TOT NR CHG 9.85            NR+HC9.85
TOT PUB CHG 22.60         PUB+HC22.60

| Grand Total | $1,430.40 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

**Prepared By** *BC*

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

Shaghal - 303109

DATE  03/01/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8305

541 PERKINS JONES RD NE
WARREN  OH   444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH   444831848

DELIV DATE   03/16/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   03/01/2017

**DEPT:** 018       **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100687          PO NO:  08305100705 R          **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  48 / 006237877  EMATIC MP3 PLAYER | ① — 15 lbs | EM208VID RD | 48 | EA | $ 14.90 |
| 2 | 817707012676  48 / 006238001  EMATIC MP3 PLAYER | ① — 15 lb | EM208VID BL | 48 | EA | $ 14.90 |
|   |   |   |   | 48 |   |   |
|   |   |   |   | 46 |   |   |

KIH PO REF #-Delivery Requested: 20170316|

UPS Ground

W — 30 lbs

1149



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| DATE | 3/2/2017 |
|------|----------|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    810396
PO #    08305100705 R

| SHIP TO | SEARS HOLDINGS CORPS |
|---------|----------------------|
| | 541 PERKINS JONES RD NE |
| | WARREN, OH 44483 |

## PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|----------|-------------|-----------|---------|
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | TOTAL | | 2 | 96 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.

**Est. 1985**

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/8/2017 | 813479 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 44483 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0830510272... | | N/A | | | | 3/8/2017 | 3/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO#08305102721 R | | | | |

```
3Y49V7        MAR 15, 2017    ACT WT 15.0 LBS        1 OF 1
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341267130
REF 1:INV#813479
REF 2:PO#08305102721 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.86  USD
DV  0.00              COD   0.00          RS  0.00
DC  0.00              DGD   0.00          SD  0.00
AH  0.00              PR    0.00          SP  0.00
TOT NR CHG 9.86                  NR+HC9.86
TOT PUB CHG 22.60                PUB+HC22.60
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Exhibit Ex A

DATE  03/08/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8305

541 PERKINS JONES RD NE
WARREN  OH  444831848

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN  OH  444831848

DELIV DATE   03/23/2017
REQST DATE   / /
CANCEL DATE   / /
ORDER DATE   03/08/2017

**DEPT:** 018    **TYPE:** R    **INSTRUCTIONS:**

**ORDER NO:** 100695          PO NO:  08305102721 R          **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803 / 006238011 | EM318VID | 480 | EA | |

EMATIC BT MP3 PLAYR 1.5IN BLAC
KIH PO REF #-Delivery Requested: 20170323|

*BOX's*
*①—15 lb*
*48*
*BL* *48*
*$ 2700*

*UPS Ground*

*Ⓦ — 15 lbs*

1152



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 3/8/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**    813479
**PO #**   08305102721 R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 541 PERKINS JONES RD NE |
| | WARREN, OH 44483 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **1** | **48** | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**1153**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 3/8/2017 | 813480 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0828711619... | | N/A | | | 3/8/2017 | 3/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO#08287116197 R | | | | |

3Y49V7                                                    1 OF 2
SVC GNDCOM       MAR 17, 2017    ACT WT 15.0  LBS
TRACKING# 1Z3Y49V70340666963   BL WT 16.0  LBS
REF 1:INV#813480
REF 2:PO#08287116197 R

HANDLING CHARGE 0.00                          SVC  7.72 USD
SINGLE–PIECE NR RATE CHRGS:        COD  0.00      RS  0.00
DV 0.00                            DGD  0.00      SD  0.00
DC 0.00                            PR   0.00      SP  0.00
AH 0.00                                      NR+HC7.72
TOT NR CHG 7.72                              PUB+HC11.69
TOT PUB CHG 11.69

3Y49V7                                                    2 OF 2
SVC GNDCOM       MAR 17, 2017    ACT WT 15.0  LBS
TRACKING# 1Z3Y49V70340278762   BL WT 16.0  LBS
REF 1:INV#813480
REF 2:PO#08287116197 R

HANDLING CHARGE 0.00                          SVC  7.72 USD
SINGLE–PIECE NR RATE CHRGS:        COD  0.00      RS  0.00
DV 0.00                            DGD  0.00      SD  0.00
DC 0.00                            PR   0.00      SP  0.00
AH 0.00                                      NR+HC7.72
TOT NR CHG 7.72                              PUB+HC11.69
TOT PUB CHG 11.69

| Grand Total | $1,430.40 |
|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_Customer Signature_

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1154

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal*

DATE 03/08/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

DELIV DATE   03/23/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   03/08/2017

**DEPT:** 018     **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100692          **PO NO:** 08287116197 R          **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 *48* / 006237877 EMATIC MP3 PLAYER | ① — 15 lb | EM208VID *RD* *48* (48) | | EA $ *14.90* | |
| 2 | 817707012676 *48* / 006238001 EMATIC MP3 PLAYER | ① — 15 lbs | EM208VID *BL* *48* (48) | | EA $ *14.90* | |

KIH PO REF #-Delivery Requested: 20170323|

*UPS Ground*

*① — 30 lbs*

**1155**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE**    3/8/2017

**SOLD TO**    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #** ___813480___
**PO #** 08287116197 R

**SHIP TO**    SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **2** | **96** | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/8/2017 | 813481 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0828711619... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/8/2017 | 3/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 50 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 522.00 | |

PO#08287116198 R

```
3Y49V7        MAR 17, 2017  ACT WT 40.0 LBS      1 OF 15
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340899172
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 17.03                 PUB+HC17.03

3Y49V7        MAR 17, 2017  ACT WT 40.0 LBS      2 OF 15
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340113180
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 17.03                 PUB+HC17.03

3Y49V7        MAR 17, 2017  ACT WT 40.0 LBS      3 OF 15
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340776796
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 17.03                 PUB+HC17.03

3Y49V7        MAR 17, 2017  ACT WT 40.0 LBS      4 OF 15
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342608001
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 17.03                 PUB+HC17.03
```

```
3Y49V7        MAR 17, 2017  ACT WT 40.0 LBS      5 OF 15
SVC GNDCOM            BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342276813
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 17.03                 PUB+HC17.03

3Y49V7        MAR 17, 2017  ACT WT 20.0 LBS      6 OF 15
SVC GNDCOM            BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341026229
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22                 PUB+HC12.22
```

| | Grand Total | $963.00 |
|--|-------------|---------|

cknowledged and accepted in full.

*BC*

```
3Y49V7        MAR 17, 2017  ACT WT 20.0 LBS      7 OF 15
SVC GNDCOM            BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341247230
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00          COD 0.00         RS 0.00
DC 0.00          DGD 0.00         SD 0.00
AH 0.00          PR 0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22                 PUB+HC12.22
```

Shaghai—00117   ①

DATE  03/08/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  03/22/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  03/08/2017

DEPT: 012        TYPE: R        **INSTRUCTIONS:**

ORDER NO: 100693

PO NO: 08287116198 R                          PAGE:    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019811 *5* / 008991066  BOX's ⑤ — 40 lbs<br>EMATIC TV Wall Mount Kit for 1 | EMW4101 | 25 ㉕ | EA | $ 17·64 |
| 2 | 817707019781 *5* / 008991079  ⑩ — 20 lbs<br>EMATIC TV Wall Mount Kit for 1 | EMW3401 | 50 ㊿ | EA | $ 10·44 |

KIH PO REF #-Delivery Requested: 20170322|

UPS Ground ⟶  Ⓦ  $ 115·80
                    ⟶ 400 lbs

**1158**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 3/8/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**    813481
**PO #**    08287116198 R

**SHIP TO**    SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| EMW3401 | 5 | | 10 | 50 | CHINA |
| **TOTAL** | | | 15 | 75 | |

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        8 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341698843
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        9 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70340496063
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        10 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342714867
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        11 OF 15
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341991276
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        12 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342612289
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        13 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70342060896
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        14 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70340526109
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

3Y49V7          MAR 17, 2017   ACT WT 20.0  LBS        15 OF 16
SVC GNDCOM                BL WT 20.0  LBS
TRACKING# 1Z3Y49V70341592910
REF 1:INV#813481
REF 2:PO#08287116198 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00            COD   0.00          RS 0.00
DC 0.00            DGD   0.00          SD 0.00
AH 0.00            PR    0.00          SP 0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 12.22               PUB+HC12.22

**1159**

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/23/2017 | 820539 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827517673... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 44 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,266.88 | |
| 110 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 1,771.00 | |
| | | REF: PO No. 08275176738 R | | | | |

| | Grand Total | $4,037.88 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST** *Snaghas*

DATE  03/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**DELIV DATE**  03/22/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  03/22/2017

*215-736-8280*

**DEPT:** 012     **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100699          **PO NO:** 08275176738 R          **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

*Box's*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774  *1* / 005578010 | ETVS660 | *44* (44) | EA | *$ 51.52* |
|   | EMATIC METAL & GLASSUP TP 66LB |  | (44) |  |  |
| 2 | 817707019798  *5* / 008990801 | EMW6201 | *110* (110) | EA | *$ 16.10* |
|   | EMATIC TV Wall Mount Kit for 3 |  | (22) |  |  |

KIH PO REF #-Delivery Requested: 20170322|

(#1)  58"x24"x60" → (22) pcs ETVS660

(#2)  58"x24"x60" → (22) pcs ETVS 660

(#3)  40"x 48"x 41" → (22) Box's EMW6201

(3) PALLETS

Cu   FD
        30.87  —
60 <  30.87  —  (W) —> (2) → 1492 lb
        (1) → 1492 lb
70 — 16.66  =      (3) → 759 lb

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 3/24/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| | |
|---|---|
| **INV #** | 820539 |
| **PO #** | 08275176738 R |

**SHIP TO**  SEARS HOLDINGS CORPS
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 1 | 22 | 22 | CHINA |
| ETVS660 | 1 | 2 | 22 | 22 | CHINA |
| EMW6201 | 5 | 3 | 22 | 110 | CHINA |
| | | | | | |
| | **TOTAL** | 3 | 66 | 154 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

**YRC FREIGHT**

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

694-579174-9

Date: 03/29/2017     B/L number:

PRO Number:

Shipper number:     Trailer number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Shipper name:
**SHAGHAL LTD**

Attn: **RECEIVING**

Address:
**2231 COLBY AVE**

**1 KRESGE RD**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
|---|---|---|

| Destination City FAIRLESS HILLS | State: PA | ZIP Code: 19030 |
|---|---|---|

Origin city (if different than before):     State:     ZIP:

Phone Number:
**(215) 736-8280**

Invoice:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
08275176738 R  INV#820539

Special Instructions:
MABD: 04/05/17 PICKUP# 8803415 JJ PICKUP TIME: 2PM TO

| City: | State: | ZIP code: |
|---|---|---|

4PM

Contact Name:     Contact Phone:

Standard     Faster Standard
☒ Standard     ☐ Accelerated

Standard Guaranteed     Expedited Guaranteed
☐ Guaranteed Standard Service by 5 p.m. or end of business day     ☐ Time-Critical     Deliver by: / / ☐ By noon  ☐ By 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: / / & / /     ☐ Time-Critical Hour Window   Deliver on: / /   Between: &
     ☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:  44103423

*guarantee only applies to direct service points*

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐     COD amount: $     Customer check OK for COD amount?   Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PLT | 44 | BOX | | TV STAND | | | 2984 | 58 | 24 | 60 |
| 1 | PLT | 22 | BOX | | TV MOUNT | | | 759 | 40 | 48 | 41 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 3 | | 66 | | | GRAND TOTAL | | | 3743 | | | |

EMERGENCY CONTACT
Phone:     Name:     Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD | Carrier: YRC FREIGHT | Trailer # 89789 3-2917 | Date: | Trailer loaded by: ☐ Shipper ☐ Driver |
|---|---|---|---|---|

Shipper signature:     YRC Freight employee signature:

Freight counted by:
☐ Shipper
☐ Driver: Loose pieces

☐ Driver: pallets said to contain

☐ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.

P/U received: (3) 8 P/U

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/23/2017 | 820542 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0829213925... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 25 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 441.00 | |
| 80 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 835.20 | |
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| | | REF: PO No. 08292139255 R | | | | |

| | Grand Total | $1,492.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

KM

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA   90024

*Shaghal — 03/28*

*(4)*

**DATE** 03/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA   FL   344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA   FL   344749365

**DELIV DATE**   04/05/2017
**REQST DATE**   / /
**CANCEL DATE**   / /
**ORDER DATE**   03/22/2017

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100704          **PO NO:** 08292139255 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

*Box's*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019811  *5*  / 008991066<br>EMATIC TV Wall Mount Kit for 1   *(5)* | EMW4101 | 25  *(25)* | EA | *$17.64* |
| 2 | 817707019781  *5*  / 008991079<br>EMATIC TV Wall Mount Kit for 1   *(16)* | EMW3401 | 80  *(80)* | EA | *$10.44* |
| 3 | 817707019828  *10*  / 008991102<br>EMATIC TV Wall Mount Kit for 2   *(3)* | EMW5105 | 30  *(30)* | EA | *$7.20* |

KIH PO REF #–Delivery Requested: 20170405|

*24 boxes*

*40" x 48" x 36"*

*PV = 15.86*
*av = 70*

*(W) → 635 lbs*

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 3/24/2017 | **INV #**   820542 |
| **SOLD TO** | SEARS | **PO #**   08292139255 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 655 SOUTHWEST 52ND AVENUE | |
| | OCALA, FL 34474 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 5 | 25 | CHINA |
| EMW3401 | 5 | 1 | 16 | 80 | CHINA |
| EMW5105 | 10 | | 3 | 30 | CHINA |
| | | | | | |
| | TOTAL | 1 | 24 | 135 | |

_____

### SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

OP-097 01/16
**Web straight bill of lading—original—not negotiable**

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

**YRC FREIGHT**

SCAC: RDWY

**694-573378-8**

Date: 03/28/2017    B/L number:

PRO Number:

Shipper number:                    Trailer number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Shipper name:
**SHAGHAL LTD**

**Attn: RECEIVING**

Address:
**2231 COLBY AVE**

**655 SW 52ND AVE**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |
|---|---|---|

| Destination City **OCALA** | State: **FL** | ZIP Code: **34474** |
|---|---|---|

Origin city (if different than before):    State:   ZIP code:

Phone Number:
**(352) 873-7377**

Invoicee:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**08292139255R INV#820542**

Special instructions:
**PLEASE SCHEDULE DELIVERY APPOINTMENT TO AVOID**

| City: | State: | ZIP code: |
|---|---|---|

**CHARGEBACK.MABD: 04/04/17,  PICKUP#          TIME: 2PM**

Contact Name:                    Contact Phone:

**Standard**
(X) Standard

**Faster Standard**
☐ Accelerated

**Standard Guaranteed**
☐ Guaranteed Standard Service by 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: ___/___/___  &  ___/___/___

**Expedited Guaranteed**
☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: ___  &  ___
☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.: 43813257

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐          COD amount: $          Customer check OK for COD amount?   Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Shipment dimensions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Length | Width | Height |
| 1 | PLT | 24 | BOX | | TV MOUNT | | | 635 | 40 | 48 | 36 |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| 1 | | 24 | | | GRAND TOTAL | | | 635 | | | |

EMERGENCY CONTACT
Phone:          Name:          Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

**NOTE (1)** Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____ .

**Note: (2)** Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

**Note (3)** Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SHAGHAL LTD** | Carrier: **YRC FREIGHT** | Trailer # | Date: 3/28/17 | Trailer loaded by: ☐ Shipper  ☐ Driver |
|---|---|---|---|---|

Shipper signature:

YRC Freight employee signature: **RIOJAS**

H/U received: **SWP**

☐ Driver: pallets said to contain
☐ Shipper
☐ Driver: Loose pieces
☐ Driver: pallets containing

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 2

**1167**



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/23/2017 | 820544 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827352927... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 270 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 20,738.70 | |
| 330 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 14,691.60 | |
| | | REF: PO No. 08273529277 A | | | | |

| | Grand Total | $35,430.30 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*KM*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

**1168**



2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 03/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

785-842-9600

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   04/06/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   03/22/2017

DEPT: 020      TYPE: A        INSTRUCTIONS:

ORDER NO: 100698        PO NO: 08273529277 A                    PAGE:   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016650  10 / 008428717  Ematic 10" Quad-Core Tablet wp | EGQ223BL | 270 | EA | $76.81 |
| 2 | 817707016629  10 / 008428721  Ematic 7HD Quad-Core Tablet | EGQ347BL | 330 | EA | $44.52 |

KIH PO REF #-Delivery Requested: 20170406|

*Handwritten notes:*
Box's
27 — 20 lbs (270)
33 — 12 lbs (330)

40⁴ × 48⁴ × 82⁴

ΓO = 10.71
CV = 92.5

(W) → 976 lbs

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 3/24/2017 | **INV #** | 820544 |
| **SOLD TO** | SEARS | **PO #** | 08273529277 A |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | 10 | 1 | 27 | 270 | CHINA |
| EGQ347BL | 10 | | 33 | 330 | CHINA |
| | | | | | |
| | **TOTAL** | **1** | **60** | **600** | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

FOR RATE QUOTATIONS, CALL
TOLL-FREE 1-800-950-7242



**(SAIA)**

10188662450 5

Driver signature acknowledges receipt of freight only. Shipment is subject to applicable terms and conditions of the Uniform Bill of Lading, Saia's tariffs and current NMFC 100. See Saia 170-D tariffs at www.saia.com.

| SHIPPER'S NUMBER | PURCHASE ORDER NUMBER | QUOTE NUMBER |
|---|---|---|
| 1007387 | see below | 1438464 |

SHIPPER OF HAZARDOUS MATERIALS
24 HOUR EMERGENCY PHONE NO.

*Received, subject to the Saia Series 170D Rules Tariff and to published or individual rates on the date of the issue of this bill of lading.*
On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

The property described below, in apparent good order, except as noted (contents and condition of packets unknown) marked, consigned and destined as shown below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own railroad, water line, highway route or routes, or within the territory of its highway operations, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any part of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, and to all terms and conditions of the Saia Series 170D Rules Tariff, available at www.saia.com, which are incorporated herein and hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | SHIPPER PHONE NO. | DATE |
|---|---|---|
| SHAGHAL LTD | 310-966-1133 | 03/29/17 |

| STREET | BILL TO |
|---|---|
| 2231 COLBY AVENUE | SHAGHAL LTD |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| LOS ANGELES | CA | 90064 | |

| CONSIGNEE | CONSIGNEE PHONE NO. | STREET ADDRESS |
|---|---|---|
| SEARS HOLDINGS CORP | 785-842-9600 | 2231 COLBY AVENUE |

| STREET | | |
|---|---|---|
| 3051 LAKEVIEW RD | | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| LAWRENCE | KS | 66049 | LOS ANGELES | CA | 90064 |

| No of Pkgs. | *HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (Sub. to Cor.) | Class or Rate | |
|---|---|---|---|---|---|
| 1 PLT | | ELECTRONICS | | | Freight charges are PREPAID unless marked collect. |
| | | 40X48X82  60 BOXES | 976 LBS | 92.5 | |
| | | ************************************************** | | | CHECK BOX IF COLLECT ☐ |
| | | | | | |
| | | | | | CHARGES ADVANCED $ _____ |
| | | | | | |
| | | | | | Received: _____ |
| | | | | | to apply in the prepayment of the charges on the property described hereon. |
| | | PICKUP#: 1:30PM to 3PM | | | |
| | | TIME: 6826145 | | | (Agent or Cashier) |
| | | PO#: 08273529277 A | | | Per _____ |
| | | INV#: 820544 | | | (The signature here acknowledges only the amount prepaid) |
| | | MABD: 04/04/17 | | | |
| | | Please schedule delivery appointment to avoid chargeback. | | | Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make any delivery of this shipment without payment of freight and all other lawful charges. |

NOTE  (Release valuation on household goods, furniture
and personal effects are not to exceed 10c per pound).          TOTAL

*This is to certify that the materials named above are properly classified, described, packaged, marked and Labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Signature

(Signature of Consignor)

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per _____.

This shipment will be forwarded open unless C.O.D. Amount is filled in here.
C.O.D.          $

Per _____

Shipper _____

_____          Address _____

SAIA LTL FREIGHT

BY

C.O.D. fee to be paid by:
☐ SHIPPER   ☐ CONSIGNEE

IS COMPANY CHECK ACCEPTABLE?
☐ YES          ☐ NO

*Mark with "X" to designate Hazardous Materials as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.20(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the Shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular material.

**1171**



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/23/2017 | 820545 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828912111... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 15 | EMW3401 | 10-49" FULL Motion TV Mount<br><br>REF: PO No. 08289121114 R | 10.44 | | 156.60 | |

```
3Y49V7          MAR 29, 2017   ACT WT 20.0  LBS      1 OF 3
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340282251
REF 1:INV#820545
REF 2:PO#08289121114 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  12.47 USD
DV 0.00             COD  0.00            RS 0.00
DC 0.00             DGD  0.00            SD 0.00
AH 0.00             PR   0.00            SP 0.00
TOT NR CHG 12.47                    NR+HC12.47
TOT PUB CHG 26.86                   PUB+HC26.86

3Y49V7          MAR 29, 2017   ACT WT 20.0  LBS      2 OF 3
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340033061
REF 1:INV#820545
REF 2:PO#08289121114 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  12.47 USD
DV 0.00             COD  0.00            RS 0.00
DC 0.00             DGD  0.00            SD 0.00
AH 0.00             PR   0.00            SP 0.00
TOT NR CHG 12.47                    NR+HC12.47
TOT PUB CHG 26.86                   PUB+HC26.86
```

```
3Y49V7          MAR 29, 2017   ACT WT 20.0  LBS      3 OF 3
SVC GNDCOM                BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341781476
REF 1:INV#820545
REF 2:PO#08289121114 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:              SVC  12.47 USD
DV 0.00             COD  0.00            RS 0.00
DC 0.00             DGD  0.00            SD 0.00
AH 0.00             PR   0.00            SP 0.00
TOT NR CHG 12.47                    NR+HC12.47
TOT PUB CHG 26.86                   PUB+HC26.86
```

| | Grand Total | $156.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

KM

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1172

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 03/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**DELIV DATE**   04/05/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   03/22/2017

**DEPT:** 012      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100703          **PO NO:** 08289121114 R               **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019781  5  / 008991079 | EMW3401 | 15 | EA | |

EMATIC TV Wall Mount Kit for 1
KIH PO REF #-Delivery Requested: 20170405|

*Box's*
*(3) ~ 20 lbs*

*15*  *$ 10·44*

*UPS Around*

*(W) → 60 lbs*

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 3/24/2017 | **INV #** 820545 |
| **SOLD TO** | SEARS | **PO #** 08289121114 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 333 SOUTH SPRUCE ST | |
| | MANTENO, IL 60950-3588 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| | **TOTAL** | | 3 | 15 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/23/2017 | 820547 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828712061... | | N/A | | | | 03/23/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black)<br><br>REF: PO No. 08287120611 R | 27.00 | | 1,296.00 | |

```
                    MAR 31, 2017   ACT WT 16.0  LBS            1 OF 1
3Y49V7                           BL WT 16.0  LBS
SVC GNDCOM
TRACKING# 1Z3Y49V70340414606
REF 1:INV#820547
REF 2:PO#08287120611 R

HANDLING CHARGE 0.00                       SVC  7.72  USD
SINGLE-PIECE NR RATE  CHRGS:                RS  0.00
DV  0.00                COD  0.00           SD  0.00
DC  0.00                DGD  0.00           SP  0.00
AH  0.00                PR   0.00
TOT NR CHG 7.72                        NR + HC 7.72
TOT PUB CHG 11.69                      PUB + HC 11.69
```

| | Grand Total | $1,296.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

KM

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghaj-0031

DATE  03/22/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

DELIV DATE    04/06/2017
REQST DATE    / /
CANCEL DATE   / /
ORDER DATE    03/22/2017

**DEPT:** 018    **TYPE:** R    **INSTRUCTIONS:**

**ORDER NO:** 100701    **PO NO:** 08287120611 R    **PAGE:** 1

SHIP TO:  SEARS HOLDINGS CORP

Box's
(1)-15 lbs

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803 48 / 006238011 | EM318VID BL | 48 (48) | EA | $ 27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170406|

UPS Ground

(W) - 15 lbs

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| **DATE** | 3/24/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**   820547
**PO #**   08287120611 R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 | 48 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/30/2017 | 825001 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827517925... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/30/2017 | 03/30/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO No. 08275179257 R | | | | |

```
3Y49V7           APR 6, 2017    ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM                      BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340789317
REF 1:INV#825001
REF 2:PO#08275179257 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.85 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 9.85                  NR+ HC9.85
TOT PUB CHG 22.60                PUB+HC22.60
```

```
3Y49V7           APR 6, 2017    ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM                      BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342637728
REF 1:INV#825001
REF 2:PO#08275179257 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  9.85 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 9.85                  NR+ HC9.85
TOT PUB CHG 22.60                PUB+HC22.60
```

```
3Y49V7           APR 6, 2017    ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342769739
REF 1:INV#825001
REF 2:PO#08275179257 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  10.15 USD
DV 0.00        COD    0.00       RS 0.00
DC 0.00        DGD    0.00       SD 0.00
AH 0.00        PR     0.00       SP 0.00
TOT NR CHG 10.15                 NR+ HC10.15
TOT PUB CHG 23.28                PUB+HC23.28
```

| | Grand Total | $2,726.40 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal— 04706* (4)

PICKING LIST

DATE  03/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**DELIV DATE**  04/13/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  03/30/2017

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100707              **PO NO:** 08275179257 R              **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

*Box#*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  *48*  / 006237877  EMATIC MP3 PLAYER | EM208VID RD | *48* 48 | EA $ 14.96 | |
| 2 | 817707012676  *48*  / 006238001  EMATIC MP3 PLAYER | EM208VID BL | *48* 48 | EA $ 14.96 | |
| 3 | 817707016803  *48*  / 006238011  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | *48* 48 | EA $ 27.00 | |

*① →7 15 lbs*
*① →7 15 lbs*
*① →7 16 lbs*

KIH PO REF #-Delivery Requested: 20170413|

*UPS Grains*

*W → 46 lbs*

1179

# Shaghal Ltd.
*Est. 1985*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal T 4/6*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 03/30/2017 | 825002 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 60950

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828912343... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 03/30/2017 | 03/30/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO NO. 08289123435 R | | | | |

```
3Y49V7          APR 6, 2017    ACT WT 16.0 LBS        1 OF 3
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340111342
REF 1:INV#825002
REF 2:PO#08289123435 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 10.66 USD
DV 0.00         COD  0.00          RS 0.00
DC 0.00         DGD  0.00          SD 0.00
AH 0.00         PR   0.00          SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71             PUB+HC22.71

3Y49V7          APR 6, 2017    ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342008669
REF 1:INV#825002
REF 2:PO#08289123435 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 10.66 USD
DV 0.00         COD  0.00          RS 0.00
DC 0.00         DGD  0.00          SD 0.00
AH 0.00         PR   0.00          SP 0.00
TOT NR CHG 10.66              NR+HC10.66
TOT PUB CHG 22.71             PUB+HC22.71
```

```
3Y49V7          APR 6, 2017    ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341227369
REF 1:INV#825002
REF 2:PO#08289123435 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC 11.04 USD
DV 0.00         COD  0.00          RS 0.00
DC 0.00         DGD  0.00          SD 0.00
AH 0.00         PR   0.00          SP 0.00
TOT NR CHG 11.04              NR+HC11.04
TOT PUB CHG 23.68            PUB+HC23.68
```

| | Grand Total | $2,726.40 |
|---|---|---|

acknowledged and accepted in full.

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 04/06*  (4)

**DATE** 03/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**DELIV DATE**  04/13/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  03/30/2017

**DEPT:** 018 ·    **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100708          **PO NO:** 08289123435 R          **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  48  / 006237877  *Box# ① → 15 lbs*  EMATIC MP3 PLAYER | EM208VIDRD | 48  48 | EA $ 14.90 | |
| 2 | 817707012676  48  / 006238001  *① → 15 lbs*  EMATIC MP3 PLAYER | EM208VIDBL | 48  48 | EA $ 14.90 | |
| 3 | 817707016803  48  / 006238011  *① → 16 lbs*  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VIDBL | 48  48 | EA $ 27.00 | |

KIH PO REF #-Delivery Requested: 20170413|

*UPS Ground*

*(W) — 46 lbs)*

**1181**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 03/30/17 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**   825002
**PO #**   08289123435 R

**SHIP TO**   SEARS HOLDINGS CORPS
333 SOUTH SPRUCE ST
MANTENO, IL 60950-3588

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | **TOTAL** | | 3 | 144 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/30/2017 | 825003 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827353206... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/30/2017 | 03/30/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | REF: PO No. 08273532066 R | | | | |

3Y49V7          APR 7, 2017     ACT WT 15.0 LBS          1 OF 2
SVC GNDCOM                      BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342009156
REF 1:INV#825003
REF 2:PO#08273532066 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00          COD  0.00          RS  0.00
DC  0.00          DGD  0.00          SD  0.00
AH  0.00          PR  0.00          SP  0.00
TOT NR CHG ?                       NR+HC7.72
TOT PUB CHG                        ?+HC16.85

3Y49V7          APR 7, 2017     ACT WT 15.0 LBS          2 OF 2
SVC GNDCOM                      BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341803969
REF 1:INV#825003
REF 2:PO#08273532066 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV  0.00          COD  0.00          RS  0.00
DC  0.00          DGD  0.00          SD  0.00
AH  0.00          PR  0.00          SP  0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.85                  PUB+HC16.85

| Grand Total | $1,430.40 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

MB

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal 04/07   ③

DATE 03/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE** 04/13/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 03/30/2017

**DEPT:** 018      **TYPE:** R         **INSTRUCTIONS:**

**ORDER NO:** 100706            **PO NO:** 08273532066 R                    **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box# | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707012652  48  / 006237877  EMATIC MP3 PLAYER | ① → 15 lbs | EM208VIDRD 48 | 48 | EA $14.90 | |
| 2 | 817707012676  48  / 006238001  EMATIC MP3 PLAYER | ① → 715 lbs | EM208VIDBL 48 | 48 | EA $14.90 | |

KIH PO REF #-Delivery Requested: 20170413|

UPS Ground

W — 30 lbs

1184



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE        03/30/17                                    INV #      825003
SOLD TO     SEARS                                       PO #    08273532066 R
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS HOLDINGS CORPS
            3051 LAKEVIEW RD
            LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 2 | 96 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827343 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827518137... | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|--|------|----------|-----------|----------|
| | | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 50 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 1,668.00 | |
| 40 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 644.00 | |
| 75 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 1,323.00 | |
| 125 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,305.00 | |
| 30 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 216.00 | |
| | | PO# 08275181375 R | | | | |

| | Grand Total | $5,156.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

PICKING LIST

Shaghal – 0112 ④

DATE 04/06/2017



2231 COLBY AVE
LOS ANGELES  CA  90024

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

(215) 736 – 8280

**DELIV DATE**  04/19/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  04/06/2017

Extended by Josh for 4/21/F

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100710          **PO NO:** 08275181375 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

Box's

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| #1 1 | 817707019804  2 / 008990735  EMATIC TV Wall Mount Kit for 3 | (25) →35lbs  EMW5306 | 50 (50) | EA | $33.36 |
| #1 2 | 817707019798  5 / 008990801  EMATIC TV Wall Mount Kit for 3 | (8) →33lbs  EMW6201 | 40 (40) | EA | $16.10 |
| #1 3 | 817707019811  5 / 008991066  EMATIC TV Wall Mount Kit for 1 | (15) →40lbs  EMW4101 | 75 (75) | EA | $17.64 |
| #2 4 | 817707019781  5 / 008991079  EMATIC TV Wall Mount Kit for 1 | (25) →20lbs  EMW3401 | 125 (125) | EA | $10.44 |
| #2 5 | 817707019828  10 / 008991102  EMATIC TV Wall Mount Kit for 2 | (3) →20lbs  EMW5105 | 30 (30) | EA | $7.20 |

KIH PO REF #Delivery Requested: 20170419

#1  40"x48"x76" → See Above

#2  40"x48"x33" → See Above

② PALLETS

W → #1 → 1764 lbs
W → #2 → 1102 lbs

UPS 1,558.00 X

**1187**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | 4/7/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #** 827343
**PO #** 08275181375 R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 1 KRESGE ROAD |
| | FAIRLESS HILLS, PA 19030 |

### PACKING LIST

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW5306 | 2 | | 25 | 50 | CHINA |
| EMW6201 | 5 | | 8 | 40 | CHINA |
| EMW4101 | 5 | 1 | 15 | 75 | CHINA |
| EMW3401 | 5 | | 25 | 125 | CHINA |
| EMW5105 | 10 | 2 | 3 | 30 | CHINA |
| | | | | | |
| **TOTAL** | | **2** | **76** | **320** | |

_____
**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**Date:** 04/12/2017          **BILL OF LADING**

| SHIP FROM | |
|---|---|
| Name: | SHAGHAL LTD |
| Address: | 2231 COLBY AVENUE |
| City/State/Zip: | LOS ANGELES,CA 90064 |
| Ph: 310-966-1133  Contact: LYN | FOB: ☐ |

Bill of Lading Number : **84853495**

Carrier Name: **UPS FREIGHT**

SCAC: **UPGF**

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

**710 809 256 LOS**

UPS Freight

| SHIP TO | |
|---|---|
| Name: | SEARS HOLDINGS CORP   Location# |
| Address: | 1 KRESGE ROAD |
| City/State/Zip: | FAIRLESS HILLS,PA 19030 |
| Ph: 215-736-8280  Contact: RECEIVING | FOB: ☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INVOICE# 827343
PO# 08275181375 R

Pickup Instructions:

Delivery Instructions: MABD APRIL 19-21, 2017  APPOINTMENT DELIVERY REQUIRED

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 48 | CTN | 1764 | | 15 but less than 22.5, 48(L) x 40(W) x 76(H)  DO NOT STACK  TV MOUNT, ETMATIC | 116030-9 | 70 |
| 1 | PLT | 28 | CTN | 1102 | | 30 or greater, 48(L) x 40(W) x 33(H)  DO NOT STACK  TV MOUNT, ETMATIC | 116030-11 | 60 |
| 2 | | 76 | | 2866 | **Grand Total** | | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

COD Amount: $
Fee Terms:  3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: | |
|---|---|
| Bank Certified Check | ☐ |
| Company Check | ☐ |
| Personal Check | ☐ |
| Money Order | ☐ |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| SHIPPER'S SIGNATURE / DATE<br>This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded:<br>☐ By Shipper<br>☐ By Driver | Freight Counted:<br>☐ By Shipper<br>☐ By Driver/pallet<br>said to contain<br>☐ By Driver/Pieces |
|---|---|---|

(Signature) _____ (Date) _____

(Signature) _____ 2PM 04-13-17 (Date)

**1189**

*Shaghal O 4/7/12*

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827344 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0828912546... | | N/A | | | | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 15 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 156.60 | |

PO# 08289125466 R

```
3Y49V7          APR 12, 2017   ACT WT 40.0 LBS        1 OF 6
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340937371
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 20.31                  NR+HC20.31
TOT PUB CHG 44.85                 PUB+HC44.85
```

```
3Y49V7          APR 12, 2017   ACT WT 40.0 LBS        2 OF 6
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340823387
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 20.31                  NR+HC20.31
TOT PUB CHG 44.85                 PUB+HC44.85
```

```
3Y49V7          APR 12, 2017   ACT WT 40.0 LBS        3 OF 6
SVC GNDCOM                     BL WT 40.0 LBS
TRACKING# 1Z3Y49V70342278991
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  20.31 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 20.31                  NR+HC20.31
TOT PUB CHG 44.85                 PUB+HC44.85
```

```
3Y49V7          APR 12, 2017   ACT WT 20.0 LBS        4 OF 6
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340120207
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.47 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 12.47                  NR+HC12.47
TOT PUB CHG 26.86                 PUB+HC26.86
```

```
3Y49V7          APR 12, 2017   ACT WT 20.0 LBS        5 OF 6
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341523011
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.47 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 12.47                  NR+HC12.47
TOT PUB CHG 26.86                 PUB+HC26.86
```

```
3Y49V7          APR 12, 2017   ACT WT 20.0 LBS        6 OF 6
SVC GNDCOM                     BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342823429
REF 1:INV#827344
REF 2:PO#08289125466 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  12.47 USD
DV 0.00            COD   0.00           RS 0.00
DC 0.00            DGD   0.00           SD 0.00
AH 0.00            PR    0.00           SP 0.00
TOT NR CHG 12.47                  NR+HC12.47
TOT PUB CHG 26.86                 PUB+HC26.86
```

| | Grand Total | $421.20 |
|--|-------------|---------|

acknowledged and accepted in full. *F*

*BC*

to said past due funds all legal costs and attorney fees reasonably incurred by legal action, Vendee agrees to be sued in the County of Los Angeles, State of State of California. Vendee agrees to the terms and con

**Thank you for**

1190

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal 04/12* *(4)*

DATE 04/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                    8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

DELIV DATE   04/19/2017
REQST DATE   / /
CANCEL DATE  / /
ORDER DATE   04/06/2017

**DEPT:** 012       **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100712          **PO NO:** 08289125466 R                **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| | *Box's* | | | | |
| 1 | 817707019811 *5* / 008991066 *③ → 40lbs* | EMW4101 | *15* (15) | EA | $ *17·64* |
| | EMATIC TV Wall Mount Kit for 1 | | | | |
| 2 | 817707019781 *5* / 008991079 *③ → 20lbs* | EMW3401 | *15* (15) | EA | $ *10·44* |
| | EMATIC TV Wall Mount Kit for 1 | | | | |

KIH PO REF #‑Delivery Requested: 20170419|

*UPS Ground*

*(W) → 180 lbs*

**1191**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

**DATE**       4/7/2017                                         INV #       827344
**SOLD TO**    SEARS                                            PO #   08289125466 R
               3333 BEVERLY RD C2-114B
               HOFFMAN ESTATES, IL 60176

**SHIP TO**    SEARS HOLDINGS CORPS
               333 SOUTH SPRUCE ST
               MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 3 | 15 | CHINA |
| EMW3401 | 5 | | 3 | 15 | CHINA |
| | | | | | |
| | **TOTAL** | | 6 | 30 | |

**SIGNATURE**

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**1192**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827345 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP |
| 655 SOUTHWEST 52ND AVENUE |
| OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0829214360... | | N/A | | | | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 30 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 529.20 | |
| 45 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 469.80 | |
| 20 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 144.00 | |
| | | PO# 08292143600 R | | | | |

| | Grand Total | $1,143.00 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1193**

2231 COLBY AVE
LOS ANGELES CA  90024

*Shaghal — 04/12* (4)

~~DATE~~ 04/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

(352) 873-7377

**DELIV DATE** 04/19/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 04/06/2017

EXTENDED BY JOSH
FOR 4/21/1

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100713          **PO NO:** 08292143600 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

Box's

| Line # | UPC or EAN Number / Vendor ID | | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|---|--------------|-------------|-----------------|----------|
| 1 | 817707019811 *5* / 008991066 EMATIC TV Wall Mount Kit for 1 | (6) →40lbs | EMW4101 | 30 (30) | EA | $ 17.64 |
| 2 | 817707019781 *5* / 008991079 EMATIC TV Wall Mount Kit for 1 | (9) →20lbs | EMW3401 | 45 (45) | EA | $ 10.44 |
| 3 | 817707019828 *10* / 008991102 EMATIC TV Wall Mount Kit for 2 | (2) →26lbs | EMW5105 | 20 (20) | EA | $ 7.20 |

KIH PO REF #-Delivery Requested: 20170419|

40"x48"x28"

(W") → 510 lbs

UPS GROUND = $269.01

1194



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE: __4/7/2017__

SOLD TO:  SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO:  SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

INV # __827345__

PO # __08292143600 R__

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 6 | 30 | CHINA |
| EMW3401 | 5 | 1 | 9 | 45 | CHINA |
| EMW5105 | 10 | | 2 | 20 | CHINA |
| | | | | | |
| **TOTAL** | | 1 | 17 | 95 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Date: 04/12/2017                                                **BILL OF LADING**

| SHIP FROM | |
|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number : __84852307__ |
| Address: 2231 COLBY AVENUE | Carrier Name: YRC FREIGHT |
| City/State/Zip: LOS ANGELES, CA 90064 | |
| Ph: 310-966-1133  Contact: LYN          FOB:☐ | |

YRC FREIGHT SHIPMENT STATUS CALL 1-800-610-6500

10/27/16    **665-592909-2**

847

YRC Freight tariffs are incorporated herein (copies available upon request).
YRC Freight tariffs limit its liability. This shipment is subject to the terms and conditions
of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff.

| SHIP TO | |
|---|---|
| Name: SEARS HOLDINGS CORP          Location# | |
| Address: 655 SOUTHWEST 52ND AVENUE | |
| City/State/Zip: OCALA, FL 34474 | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |
| Ph: 352-873-7377  Contact: RECEIVING          FOB:☐ | |

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name:    Worldwide Express | ☐ Master Bill of Lading: with attached underlying Bill Of Lading |
| Address:    2323 Victory Avenue Ste 1600 | |
| City/State/Zip:  Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions:

Pickup Instructions:

Delivery Instructions: NOTIFY DELIVERY APPOINTMENT - MABD APRIL 19-21, 2017  APPOINTMENT DELIVERY
REQUIRED

| REFERENCE NUMBER INFORMATION | | | | | |
|---|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs | |
| INVOICE # 827345 | | | | | |
| PO # 0829214360 0R | | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 17 | CTN | 510 | | 15 but less than 22.5, 48(L) x 40(W) x 28(H)  DO NOT STACK    TV MOUNT, EMATIC | 116030-9 | 70 |
| 1 | | 17 | | 510 | | Grand Total | | |

Where the rate is dependent on value , shippers are required to state specifically in writing
the agreed or declared value of property as follows: The agreed or declared value of the
property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49
U.S.C. B14706(c)(1)(A) and (B)

| | Acceptable Forms of Payment: |
|---|---|
| COD Amount: $ | ☐ Bank Certified Check |
| Fee Terms:  3rd Party WWE | ☐ Company Check |
| Remit Address: | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed
upon in writing between the carried and Worldwide Express Operations, LLC. a registered
motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal
regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required
placards. Carrier certifies emergency response information
was made available and /or carrier has DOT emergency
response guidebook or equivalent documentation in vehicle.
Property described above is received in good order, except as
noted.

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: | Freight Counted: |
|---|---|---|
| | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |

(Signature)          (Date)

(Signature)          (Date)

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 4/7/2017 | 827347 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827353440... | | N/A | | | | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 10 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 176.40 | |
| 5 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 52.20 | |
| | | PO# 08273534401 R | | | | |

```
3Y49V7        APR 12, 2017   ACT WT 40.0 LBS        1 OF 3
SVC GNDCOM                    BL WT 40.0 LBS
TRACKING# 1Z3Y49V70341651481
REF 1:INV#827347
REF 2:PO#08273534401 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  16.90 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 15.90             NR+HC15.90
TOT PUB CHG 36.45           PUB+HC36.45


3Y49V7        APR 12, 2017   ACT WT 40.0 LBS        2 OF 3
SVC GNDCOM                    BL WT 40.0 LBS
TRACKING# 1Z3Y49V70340083098
REF 1:INV#827347
REF 2:PO#08273534401 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  16.90 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 15.90             NR+HC15.90
TOT PUB CHG 36.45           PUB+HC36.45
```

```
3Y49V7        APR 12, 2017   ACT WT 20.0 LBS        3 OF 3
SVC GNDCOM                    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341860308
REF 1:INV#827347
REF 2:PO#08273534401 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:       SVC  8.84 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 8.84              NR+HC8.84
TOT PUB CHG 20.27           PUB+HC20.27
```

| | Grand Total | $228.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

*BC*

Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

1197

SHAGHAL, LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal – 104/18   (3)

PICKING LIST

DATE 04/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**    04/19/2017
**REQST DATE**    / /
**CANCEL DATE**   / /
**ORDER DATE**    04/06/2017

**DEPT:** 012      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100709              **PO NO:** 08273534401 R              **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019811  5  / 008991066 <br> EMATIC TV Wall Mount Kit for 1 | EMW4101 | 10 ⑩ | EA | $ 17·64 |
| 2 | 817707019781  5  / 008991079 <br> EMATIC TV Wall Mount Kit for 1 | EMW3401 | 5 ⑤ | EA | $ 10·44 |

KIH PO REF #-Delivery Requested: 20170419|

Box's
② → 40 lbs
① → 20 lbs

UPS Around

Ⓦ → 100 lbs

1198



| | | | | | |
|---|---|---|---|---|---|
| **DATE** | 4/7/2017 | | | **INV #** | 827347 |
| **SOLD TO** | SEARS | | | **PO #** | 08273534401 R |
| | 3333 BEVERLY RD C2-114B | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | |
| | | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | | |
| | 3051 LAKEVIEW RD | | | | |
| | LAWRENCE, KS 66049 | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW4101 | 5 | | 2 | 10 | CHINA |
| EMW3401 | 5 | | 1 | 5 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 15 | |

_____
SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

1199

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/7/2017 | 827348 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 91761 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0828712512... | | N/A | | | | 4/7/2017 | 4/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 10 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 161.00 | |
| 60 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 1,058.40 | |
| 115 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,200.60 | |
| 10 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 72.00 | |
| | | PO# 08287125121 R | | | | |

| | Grand Total | $2,492.00 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1200

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghai 04/14*   (1)

**DATE** 04/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

*(909) 390-4515*

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  04/19/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  04/06/2017

**DEPT:** 012     **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100711          **PO NO:** 08287125121 R          **PAGE:** 1

SHIP TO:  SEARS HOLDINGS CORP

*Box's*

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019798 *5* / 008990801  EMATIC TV Wall Mount Kit for 3 | *② →33lbs* EMW6201 | *10* (10) | EA | *$ 16.10* |
| 2 | 817707019811 *5* / 008991066  EMATIC TV Wall Mount Kit for 1 | *⑫ →40lbs* EMW4101 | *60* (60) | EA | *$ 17.64* |
| 3 | 817707019781 *5* / 008991079  EMATIC TV Wall Mount Kit for 1 | *㉓ →20lbs* EMW3401 | *115* (115) | EA | *$ 10.44* |
| 4 | 817707019828 *10* / 008991102  EMATIC TV Wall Mount Kit for 2 | *① →20lbs* EMW5105 | *10* (10) | EA | *$ 7.20* |

KIH PO REF #-Delivery Requested: 20170419|

*$40^4 \times 48^4 \times 49^4$*

*Ⓦ → 1067 lbs*

1201



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 4/7/2017 |
|------|----------|
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV #    827348
PO #    08287125121 R

| SHIP TO | SEARS HOLDINGS CORPS |
|---------|----------------------|
| | 5600 E AIRPORT RD |
| | ONTARIO, CA 91761 |

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW6201 | 5 | | 2 | 10 | CHINA |
| EMW4101 | 5 | | 12 | 60 | CHINA |
| EMW3401 | 5 | | 23 | 115 | CHINA |
| EMW5105 | 10 | 1 | 1 | 10 | CHINA |
| | | | | | |
| **TOTAL** | | **1** | **38** | **195** | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# BILL OF LADING

Date: 04/14/2017

### SHIP FROM
Name: SHAGHAL LTD
Address: 2231 COLBY AVENUE
City/State/Zip: LOS ANGELES,CA 90064
Ph: 310-966-1133  Contact: LYN          FOB:☐

### SHIP TO
Name: SEARS HOLDINGS CORP 8287    Location#
Address: 5600 E AIRPORT RD
City/State/Zip: ONTARIO,CA 91761
Ph: 9093904515 Contact: RECEIVING      FOB:☐

### FREIGHT CHARGES BILL TO
Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

Bill of Lading Number : 84946573

Carrier Name: UPS FREIGHT

SCAC:    UPGF
Pro number:

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight  767 194 912 LOS

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

☐ Master Bill of Lading: with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939
Handling Instructions: INVOICE# 827348
PO#08287125121 R
Pickup Instructions:
Delivery Instructions: PLEASE DELIVER ON MABD APRIL 17-19, 2017. THANK YOU. APPOINTMENT DELIVERY REQUIRED

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|-----------|--------|-----------|--------|-----------------|
|           |        |           |        |                 |
|           |        |           |        |                 |
|           |        |           |        |                 |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 38 | BOX | 1067 | | 15 but less than 22.5, 48(L) x 40(W) x 49(H)  DO NOT STACK   TV MOUNT | 116030-9 | 70 |
| 1 | | 38 | | 1067 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

(Signature)          (Date)

COD Amount: $
Fee Terms: 3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: |
| Bank Certified Check |
| Company Check |
| Personal Check |
| Money Order |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallet said to contain
☐ By Driver/Pieces

(Signature)          4/14/17  (Date)

1-PCT

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/14/2017 | 829267 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827518337... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/14/2017 | 4/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08275183378 R | | | | |

```
3Y49V7        APR 26, 2017   ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340241283
REF 1:INV#829267
REF 2:PO#08275183378 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  9.85 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 9.85                  NR+HC9.85
TOT PUB CHG 22.60               PUB+HC22.60

3Y49V7        APR 26, 2017   ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340880897
REF 1:INV#829267
REF 2:PO#08275183378 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  9.85 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 9.85                  NR+HC9.85
TOT PUB CHG 22.60               PUB+HC22.60
```

```
3Y49V7        APR 26, 2017   ACT WT 15.0 LBS        3 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340546106
REF 1:INV#829267
REF 2:PO#08275183378 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  9.85 USD
DV 0.00          COD    0.00         RS 0.00
DC 0.00          DGD    0.00         SD 0.00
AH 0.00          PR     0.00         SP 0.00
TOT NR CHG 9.85                  NR+HC9.85
TOT PUB CHG 22.60               PUB+HC22.60
```

| | Grand Total | $2,726.40 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal – 04/26*

DATE 04/13/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

DELIV DATE  05/03/2017
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  04/13/2017

**DEPT:** 018      **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100715          **PO NO:** 08275183378 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|
| 1 | 817707012676 *48* / 006238001 | ② → 15 lbs | EM208VID *BL* | *96* (96) | EA | $ 14.90 |
| | EMATIC MP3 PLAYER | | | | | |
| 2 | 817707016803 *48* / 006238011 | ① → 15 lbs | EM318VID *BL* | (48) 48 | EA | $ 27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | | |

KIH PO REF #-Delivery Requested: 20170501|

*UPS Ground*

*(W) → 45 lbs*

**1205**



**DATE**    4/14/2017                                          INV #    829267
**SOLD TO**  SEARS                                             PO #    08275183378 R
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

**SHIP TO**  SEARS HOLDINGS CORPS
            1 KRESGE ROAD
            FAIRLESS HILLS, PA 19030

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| TOTAL | | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**1206**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|---|---|
| 04/25/2017 | 832698 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827353839... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 04/25/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 96 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273538391 R | | | | |

```
3Y49V7          APR 27, 2017   ACT WT 16.0 LBS      1 OF 4
SVC GNDCOM                BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340066302
REF 1:INV#832698
REF 2:PO#08273538391 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85

3Y49V7          APR 27, 2017   ACT WT 16.0 LBS      2 OF 4
SVC GNDCOM                BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340726117
REF 1:INV#832698
REF 2:PO#08273538391 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85

3Y49V7          APR 27, 2017   ACT WT 16.0 LBS      3 OF 4
SVC GNDCOM                BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340841527
REF 1:INV#832698
REF 2:PO#08273538391 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85

3Y49V7          APR 27, 2017   ACT WT 15.0 LBS      4 OF 4
SVC GNDCOM                BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341711631
REF 1:INV#832698
REF 2:PO#08273538391 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

| Grand Total | $3,441.60 |
|---|---|

acknowledged and accepted in full.

Prepared By

t they are in good condition and accepts them in
n of special orders can be accepted. However, in
cking charge of 15% per month. All past due
lable. In the event Vendor institutes collection
, the Vendee shall pay to the Vendor in addition
g fees and attorney fees reasonably incurred by Vendor therewith. In connection with any such
legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the
State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL INC
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**  ~~shaghal~~ → ~~DO 129~~  (3)

**DATE** 04/19/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  05/04/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  04/19/2017

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100716          **PO NO:** 08273538391 R          **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  48 / 006237877 (1) — 15 lb  EMATIC MP3 PLAYER | EM208VID RD | 48 | EA $14.90 | |
| 2 | 817707012676  48 / 006238001 (2) — 15 lb  EMATIC MP3 PLAYER | EM208VID BL | 96 | EA $14.90 | |
| 3 | 817707016803  48 / 006238011 (1) — 15 lb  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 48 | EA $27.00 | |

Box#

KIH PO REF #-Delivery Requested: 20170504|

UPS Ground

(W) — 60 lb

**1208**

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 04/25/17 | **INV #** | 832698 |
| **SOLD TO** | SEARS | **PO #** | 08273538391 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 4 | 192 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

*Shaghal - 05/08*

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/28/2017 | 833514 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827354070... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite.. | Amount | UPC # |
|----------|-----------|-------------|------------|---------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08273540701 R | | | | |

```
3Y49V7        MAY 8, 2017    ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM            BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341366219
REF 1:INV#833614
REF 2:PO#08273540701 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85

3Y49V7        MAY 8, 2017    ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM            BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340977622
REF 1:INV#833614
REF 2:PO#08273540701 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85

3Y49V7        MAY 8, 2017    ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM            BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340603633
REF 1:INV#833614
REF 2:PO#08273540701 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00          COD   0.00         RS 0.00
DC 0.00          DGD   0.00         SD 0.00
AH 0.00          PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

| | Grand Total | $2,726.40 |
|---|-------------|-----------|

...knowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal ➝ 05/08*    ③

**DATE** 04/26/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

*MABD – 5/10, 5/11, 5/12*
**DELIV DATE** 05/12/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 04/26/2017

**DEPT:** 018     **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100717          **PO NO:** 08273540701 R          **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652   / 006237877   *Box①* — *15 lbs* | EM208VID *RD* 48 *(48)* | EA $ *14.90* | |
|   | EMATIC MP3 PLAYER | | | |
| 2 | 817707012676   / 006238001   *① — 15 lb* | EM208VID *BU* 48 *(48)* | EA $ *14.90* | |
|   | EMATIC MP3 PLAYER | | | |
| 3 | 817707016803   / 006238011   *① — 15 lb* | EM318VID *BU* 48 *(48)* | EA $ *27.00* | |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | |

KIH PO REF # Delivery Requested: 20170512|

*UPS Ground*

*W — 45 lbs*

**1211**



| DATE | 4/28/2017 | | INV # | 833514 |
|------|-----------|---|-------|--------|

**SOLD TO**  SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

PO #   08273540701 R

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 4/28/2017 | 833515 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827354070... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 4/28/2017 | 4/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 850 | EMW4101 | 17-55" Full Motion TV Mount<br>PO# 08273540702 R | 17.64 | | 14,994.00 | |

| | Grand Total | $14,994.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal* ③

**DATE** 04/26/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

MABD — 5/8, 5/9, 5/10
**DELIV DATE**
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 04/26/2017

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100718            **PO NO:** 08273540702 R                **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| | *Boxs* | | | | |
| 1 | 817707019811 ⑤ / 008991066 *170* | EMW4101 *850* (850) | | EA  *$ 17.64* | |
| 2 | ~~817707019781~~ ⑤ / ~~008991079~~ | ~~EMW4101~~ | ~~850~~ | ~~EA~~ | |
| | ~~EMATIC TV Wall Mount Kit for 1~~ | | | | |

EMATIC TV Wall Mount Kit for 1

KIH PO REF #-Delivery Requested: 20170426|

① — 40" X48" X 76" → 54 Box's — 2165 lbs 25.6

② — 40" X48" X 76" → 54 Box's — 2165 lbs 25.

③ — 40" X48" X 88" → 62 Box's — 2487 lbs 29.1
                                                                          25.

Clen 65

③ PALLETS

W → 6857 lbs

$1,840.42  9RC
$1,316.32  SHIP

**1214**



**DATE** 4/28/2017

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #** 833515

**PO #** 08273540702 R

**SHIP TO** SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | 1 | 54 | 270 | CHINA |
| EMW4101 | 5 | 2 | 54 | 270 | CHINA |
| EMW4101 | 5 | 3 | 62 | 310 | CHINA |
| | | | | | |
| | TOTAL | 3 | 170 | 850 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**Date:** 05/03/2017

# BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: SHAGHAL LTD | Bill of Lading Number : 85705401 |
| Address: 2231 COLBY AVENUE | Carrier Name: UPS FREIGHT |
| City/State/Zip: LOS ANGELES, CA 90064 | SCAC: UPGF |
| Ph: 310-966-1133  Contact: LYN      FOB:☐ | LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400 |

| SHIP TO | |
|---|---|
| Name: SEARS HOLDINGS CORP      Location# | UPS Freight  589 782 222 LOS |
| Address: 3051 LAKEVIEW RD | |
| City/State/Zip: LAWRENCE, KS 66049 | Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise) |
| Ph: 785-856-4141 Contact: RECEIVING      FOB:☐ | |

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: Worldwide Express | ☐  Master Bill of Lading: with attached underlying Bill Of Lading |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939
Handling Instructions: INV# 833515
PO# 08273540702 R
Pickup Instructions:
Delivery Instructions: MABD MAY 8-10, 2017.  APPOINTMENT DELIVERY REQUIRED

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M.X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 54 | BOX | 2165 | | 22.5 but less than 30, 48(L) x 40(W) x 76(H)  DO NOT STACK | 116030-10 | 65 |
| 1 | PLT | 54 | BOX | 2165 | | 22.5 but less than 30, 48(L) x 40(W) x 76(H)  DO NOT STACK | 116030-10 | 65 |
| 1 | PLT | 62 | BOX | 2487 | | 22.5 but less than 30, 48(L) x 40(W) x 88(H)  DO NOT STACK | 116030-10 | 65 |
| 3 | | 170 | | 6817 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ |
|---|
| Fee Terms: 3rd Party WWE |
| Remit Address: |

Acceptable Forms of Payment:
Bank Certified Check ☐
Company Check ☐
Personal Check ☐
Money Order ☐

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)          (Date)

3 PLTS
05 04 17

(Signature)          (Date)

1216

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 5/3/2017 | 835044 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|------------|-------|---------|---|------|----------|-----------|----------|
| 0827354330 | | N/A | | | | 5/3/2017 | 5/3/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08273543309 R | | | | |

```
3Y49V7         MAY 10, 2017  ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340698416
REF 1:INV#835044
REF 2:PO#08273543309 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85

3Y49V7         MAY 10, 2017  ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342082826
REF 1:INV#835044
REF 2:PO#08273543309 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7         MAY 10, 2017  ACT WT 15.0 LBS        3 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340600831
REF 1:INV#835044
REF 2:PO#08273543309 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD  0.00         RS 0.00
DC 0.00          DGD  0.00         SD 0.00
AH 0.00          PR   0.00         SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

| | Grand Total | $2,726.40 |
|---|---|---|

acknowledged and accepted in full.

_BC_

Prepared By

_____
Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1217

2231 COLBY AVE
LOS ANGELES  CA   90024

*nas net — 05/10*   (3)

DATE  05/03/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**   05/17/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   05/03/2017

**DEPT:** 018        **TYPE:** R            **INSTRUCTIONS:**

**ORDER NO:** 100720            **PO NO:** 08273543309 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| | *Box's* | | | | |
| 1 | 817707012652  *48* / 006237877   *① — 15 lb* | EM208VID*RD* | 48 *(48)* | EA  *$ 14.90* | |
| | EMATIC MP3 PLAYER | | | | |
| 2 | 817707012676  *48* / 006238001   *① — 15 lb* | EM208VID*BL* | 48 *(48)* | EA  *$ 14.90* | |
| | EMATIC MP3 PLAYER | | | | |
| 3 | 817707016803  *48* / 006238011   *① — 15 lb* | EM318VID*BL* | 48 *(48)* | EA  *$ 27.00* | |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170517|

*UPS Ground*

1218



**DATE**      5/3/2017                                              **INV #**     835044

**SOLD TO**    SEARS                                                **PO #**   08273543309 R

                   3333 BEVERLY RD C2-114B

                   HOFFMAN ESTATES, IL 60176

**SHIP TO**    SEARS HOLDINGS CORPS

                   3051 LAKEVIEW RD

                   LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| **TOTAL** | | | 3 | 144 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837399 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827354549... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 145 | FUNTAB3 | FUNTAB 3 | 67.00 | | 9,715.00 | |
| 150 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 11,521.50 | |
| 180 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 8,013.60 | |
| | | REF: PO# 08273545499 A | | | | |

| | Grand Total | $29,250.10 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shaghal 05/15

(3')

DATE 05/10/2017

| | | | |
|---|---|---|---|
| **SHIP-TO ADDRESS** | | **SHIP-FOR ADDRESS** | |
| SEARS HOLDINGS CORP | 8273 | SEARS HOLDINGS CORP | **DELIV DATE** 05/19/2017 |
| | | 3051 LAKEVIEW RD | **REQST DATE** / / |
| 3051 LAKEVIEW RD | | LAWRENCE  KS  66049 | **CANCEL DATE** / / |
| LAWRENCE  KS  66049 | | | **ORDER DATE** 05/10/2017 |

**DEPT:** 020        **TYPE:** A        **INSTRUCTIONS:**

**ORDER NO:** 100722            **PO NO:** 08273545499 A                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

BOX#

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569  5 / FUNTAB3  (29) — 9.5 lbs  FUNTAB3 | | 145  145 | EA $ 67.00 | |
| | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016650  10 / 008428717  (15) — 19.4 lbs  EGQ223BBL | | 150  150 | EA $ 76.81 | |
| | Ematic 10" Quad-Core Tablet wp | | | | |
| 3 | 817707016629  10 / 008428721  (18) — 12 lbs  EGQ347BL | | 180  180 | EA $ 44.50 | |
| | Ematic 7HD Quad-Core Tablet | | | | |

KIH PO REF #-Delivery Requested: 20170519|

62

40" x 48" x 67"

(W) —) 832 lbs

**1221**

**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 05/11/17 | **INV #**   837399 |
| **SOLD TO** | SEARS | **PO #**   08273545499 A |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | 5 | | 29 | 145 | CHINA |
| EGQ223BL | 10 | 1 | 15 | 150 | CHINA |
| EGQ347BL | 10 | | 18 | 180 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 62 | 475 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OTI 021506NF

SAIA LTL Freight

SAIA PRO NUMBER: 770639746100

| DRIVER | ARRIVE | DEPART | HU | 16+ |
|--------|--------|--------|-----|-----|

☐ BOL NBR.

DATE **May 15, 2017**

TERMS **Prepaid**

CARRIER **SAIA**

SEC 7

**SAIA**
**LTL Freight**

SHIPPER
SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064

BILL TO OR REMIT TO

CONSIGNEE
SEARS HOLDING CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

ISSUING OFFICE OR AGENT

GENERAL COMMENTS

MABD 05/18/2017
Quote #4065543

| PIECES | In | DESCRIPTION | WEIGHT LBS (SUBJECT TO CORRECTION) | Class | CHARGES |
|--------|-----|-------------|------|-------|---------|
| 1 | PT | 62 BOXES OF AUDIO PRODUCTS | 823 | 92.5 | |
| | | 40X48X67 DENSITY 11.04 CU.FT. | | | |
| | | 74.44 | | | |
| 1 | | *** Total Pieces & Weight *** | 823 | | |
| | | INV# 82739⁰¹ | | | |
| | | PO# 08273545499 A | | | |

INV# 82739⁰¹

NOTIFICATION PRIOR TO DELIVERY

SLW PLT
SFC 62⁰¹

REMIT C.O.D.
TO

ADDRESS

**COD** AMT: **$0.00**

C.O.D. FEE

PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES

$

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT
CHECK BOX IF COLLECT ☐

| SHIPPER | Shaghal Ltd | CARRIER | Saia LTL Freight | DATE | 5/15/17 |
|---------|-------------|---------|------------------|------|---------|
| PER | | PER | | | |

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/11/2017 | 837400 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827354591... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 100 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 1,764.00 | |
| 600 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 6,264.00 | |
| 110 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 792.00 | |
| | | REF: PO# 08273545910 R | | | | |

| | |
|---|---|
| Grand Total | $8,820.00 |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1224

SHAGHAL
COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 05/17*   ③

PICKING LIST   DATE 05/11/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

*5/22 — 5/24*
DELIV DATE  05/24/2017
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE  05/11/2017

**DEPT:** 012        **TYPE:** R        INSTRUCTIONS:

**ORDER NO:** 100723        **PO NO:** 08273545910 R        **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| | *Box* | | | | |
| 1 | 817707019811  5 / 008991066 ⟨20⟩ — 40 lbs   EMATIC TV Wall Mount Kit for 1 | EMW4101 | 100 ⟨100⟩ | EA $17.64 | |
| 2 | 817707019781  5 / 008991079 ⟨120⟩ — 20 lbs   EMATIC TV Wall Mount Kit for 1 | EMW3401 | 600 ⟨600⟩ | EA $10.44 | |
| 3 | 817707019828  10 / 008991102 ⟨11⟩ — 26 lbs   EMATIC TV Wall Mount Kit for 2 | EMW5105 | 110 ⟨110⟩ | EA $7.20 | |

KIH PO REF #-Delivery Requested: 20170524|

⟨#1⟩ 40" X 48" X 68"       → EMW4101 — ⟨20⟩ Box's
                           → EMW3401 — ⟨36⟩ Box's
                           → EMW5105 — ⟨11⟩ Box's

⟨#2⟩ 40" X 48" X 73'       → EMW340 — ⟨84⟩ Box's

② PALLETS

W ⟨#1⟩ — 1839 lbs
  ⟨#2⟩ — 1699 lbs

**1225**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 05/11/17 | | INV # | 837400 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08273545910 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|------|------|------|------|------|------|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW4101 | 5 | | 20 | 100 | CHINA |
| EMW3401 | 5 | 1 | 36 | 180 | CHINA |
| EMW5105 | 10 | | 11 | 110 | CHINA |
| EMW3401 | 5 | 2 | 84 | 420 | CHINA |
| | | | | | |
| | TOTAL | 2 | 151 | 810 | |

**SIGNATURE**

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

Date: 05/17/2017     **BILL OF LADING**

| SHIP FROM | Bill of Lading Number : 86295815 |
|---|---|

Name: SHAGHAL LTD
Address: 2231 COLBY AVENUE

City/State/Zip: LOS ANGELES,CA 90064
Ph: 310-966-1133 Contact: LYN    FOB:☐

Carrier Name: UPS FREIGHT

SCAC: UPGF
Pro number:

**SHIP TO**

Name: SEARS HOLDING CORP    Location#
Address: 3051 LAKEVIEW RD

City/State/Zip: LAWRENCE,KS 66049
Ph: 7858564141 Contact: RECEIVING    FOB:☐

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

**FREIGHT CHARGES BILL TO**

Name: Worldwide Express
Address: 2323 Victory Avenue Ste 1600
City/State/Zip: Dallas, TX 75219

☐   Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 837400
PO# 08273545910 R

Pickup Instructions:

Delivery Instructions: MABD 5/22 - 5/24  APPOINTMENT DELIVERY REQUIRED
APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | |
|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
| | | | | |
| | | | | |
| | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | | | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. X | | NMFC# | CLASS |
| 1 | PLT | 67 | BOX | 1846 | | 22.5 but less than 30, 48(L) x 40(W) x 68(H)  DO NOT STACK | 116030-10 | 65 |
| 1 | PLT | 84 | BOX | 1720 | | 22.5 but less than 30, 48(L) x 40(W) x 73(H)  DO NOT STACK | 116030-10 | 65 |
| 2 | | 151 | | 3566 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

COD Amount: $
Fee Terms: 3rd Party WWE
Remit Address:

Acceptable Forms of Payment:
Bank Certified Check ☐
Company Check ☐
Personal Check ☐
Money Order ☐

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallet said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

_____ (Signature) _____ (Date)

(Signature) 5/17/17 (Date)

2 pallets

**LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400**

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|

UPS Freight    526 926 816 LOS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 05/11/2017 | 837401 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827354549... | | N/A | | | | 05/11/2017 | 05/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273545498 R | | | | |

```
3Y49V7      MAY 19, 2017   ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM             BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342089258
REF 1:INV#837401
REF 2:PO#08273545498 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  7.72  USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 7.72                       NR+HC7.72
TOT PUB CHG 16.85                     PUB+HC16.85
```

```
3Y49V7      MAY 19, 2017   ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM             BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340780067
REF 1:INV#837401
REF 2:PO#08273545498 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  7.72  USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 7.72                       NR+HC7.72
TOT PUB CHG 16.85                     PUB+HC16.85
```

```
3Y49V7      MAY 19, 2017   ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM             BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342648476
REF 1:INV#837401
REF 2:PO#08273545498 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:           SVC  7.72  USD
DV  0.00          COD   0.00          RS  0.00
DC  0.00          DGD   0.00          SD  0.00
AH  0.00          PR    0.00          SP  0.00
TOT NR CHG 7.72                       NR+HC7.72
TOT PUB CHG 17.39                     PUB+HC17.39
```

| | Grand Total | $2,726.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES CA 90024

*Thomas New* → 05/19   ③
**DATE** 05/10/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

**DELIV DATE** 05/25/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 05/10/2017

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100721      **PO NO:** 08273545498 R      **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID *Box#* | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  48  / 006237877  ① → 15 lbs   EMATIC MP3 PLAYER | EM208VIDRD 48 | 48 | EA | $ 14.90 |
| 2 | 817707012676  48  / 006238001  ① → 15 lbs   EMATIC MP3 PLAYER | EM208VIDBL 48 | 48 | EA | $ 14.90 |
| 3 | 817707016803  48  / 006238011  ① → 16 lbs   EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VIDBL 48 | 48 | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20170525|

UPS Ground

Ⓦ – 46 lbs

1229



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 05/11/17 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**    837401
**PO #**    08273545498 R

**SHIP TO**    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | **TOTAL** | | 3 | 144 | |

---

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/18/2017 | 839319 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827354767... | | N/A | | | | | 05/18/2017 | 05/18/2017 |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273547676 R | | | | |

```
3Y49V7        MAY 26, 2017  ACT WT 16.0 LBS        1 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341163231
REF 1:INV#839319
REF 2:PO#08273547676 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 16.86         PUB+HC16.86

3Y49V7        MAY 26, 2017  ACT WT 16.0 LBS        2 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341874848
REF 1:INV#839319
REF 2:PO#08273547676 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 16.86         PUB+HC16.86
```

```
3Y49V7        MAY 26, 2017  ACT WT 16.0 LBS        3 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341732064
REF 1:INV#839319
REF 2:PO#08273547676 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00              COD  0.00       RS 0.00
DC 0.00              DGD  0.00       SD 0.00
AH 0.00              PR   0.00       SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 16.86         PUB+HC16.86
```

| | Grand Total | $2,726.40 |
|---|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full. F

_____
Customer Signature

*MB*
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1231

2231 COLBY AVE
LOS ANGELES CA 90024

③

Maghal - 05/23

DATE 05/17/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273

3051 LAKEVIEW RD
LAWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

**DELIV DATE** 06/01/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 05/17/2017

**DEPT:** 018      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100724          **PO NO:** 08273547676 R              **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  / 006237877 ① — 15 lbs<br>EMATIC MP3 PLAYER | EM208VIDRD | 48 (48) | EA $ 14.90 | |
| 2 | 817707012676  / 006238001 ① — 15 lbs<br>EMATIC MP3 PLAYER | EM208VIDBL | 48 (48) | EA $ 14.90 | |
| 3 | 817707016803  / 006238011 ① — 15 lb<br>EMATIC BT MP3 PLAYR 1.5IN BLAS | EM318VIDBL | 48 (48) | EA $ 27.00 | |

KIH PO REF #-Delivery Requested: 20170601|

UPS Ground

Ⓦ — 45 lbs

1232

# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| DATE | 05/18/17 | | INV # | 839319 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08273547676 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

## SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

*Shaghal-06/01*

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/26/2017 | 841879 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827354976... | | N/A | | | | | 05/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 96 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 1,430.40 | |
| 144 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 2,145.60 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273549769 R | | | | |

```
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          1 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341042611
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          2 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342959022
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          3 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342829030
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          4 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340508647
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TDT PUB CHG 16.85             PUB+HC16.85
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          5 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342813868
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

| Grand Total | $4,872.00 |
|-------------|-----------|

...y acknowledged and accepted in full. *MB*

```
3Y49V7        JUN 1, 2017    ACT WT 15.0 LBS          6 OF 6
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341120661
REF 1:INV#841879
REF 2:PO#08273549769 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00            COD   0.00         RS 0.00
DC 0.00            DGD   0.00         SD 0.00
AH 0.00            PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and con

Thank you for

2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

DATE  05/24/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**   06/07/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   05/24/2017

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100725            **PO NO:** 08273549769 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652   / 006237877  (2) — 15 lbs | EM208VIDRD 96 (96) | EA  $ 14.90 | |
| 2 | 817707012676   / 006238001  (3) — 15 lb  EMATIC MP3 PLAYER | EM208VIDBL 144 (144) | EA  $ 14.90 | |
| 3 | 817707016803   / 006238011  (1) — 15 lb.  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VIDBL (48) 48 | EA  $ 27.00 | |

KIH PO REF #-Delivery Requested: 20170607|

UPS Ground

(W) — 90 lbs

**1235**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

**DATE**   05/26/17                    INV #   841879
**SOLD TO**   SEARS                    PO #   08273549769 R
          3333 BEVERLY RD C2-114B
          HOFFMAN ESTATES, IL 60176

**SHIP TO**   SEARS HOLDINGS CORPS
          3051 LAKEVIEW RD
          LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 2 | 96 | CHINA |
| EM208VIDBL | 48 | | 3 | 144 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 6 | 288 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP
DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 5/26/2017 | 841891 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827355054... | | N/A | | | | 5/26/2017 | 5/26/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 700 | EMW3401 | 10-49" FULL Motion TV Mount<br><br>PO# 08273550541 R | 10.44 | | 7,308.00 | |

| | Grand Total | $7,308.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*BC*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1237

2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistics → 05/31* (3)

PICKING LIST

DATE 05/26/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

*MABD → 6/5 - 6/6 - 6/7*
DELIV DATE 05/26/2017
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE 05/26/2017

**DEPT:** 012        **TYPE:** R         **INSTRUCTIONS:**

**ORDER NO:** 100726              **PO NO:** 08273550541 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019781 *5* / 008991079 | EMW3401 *700* (700) | | EA | *$ 10.44* |
| | EMATIC TV Wall Mount Kit for 1 | | | | |

KIH PO REF #-Delivery Requested: 20170526|

*(140) Box's — 19.75 lb*

*#1  40" x 48" x 63" → (70) Box's → 1423 lbs*

*#2  40" x 48" x 63" → (70) Box's → 1423 lbs*

*(2) PALLETS*

*20.32*
*140*

*(w) −2845 lb*

1238



**DATE**     5/26/2017                          **INV #**     841891
**SOLD TO**     SEARS                          **PO #**     08273550541 R
                3333 BEVERLY RD C2-114B
                HOFFMAN ESTATES, IL 60176

**SHIP TO**     SEARS HOLDINGS CORPS
                3051 LAKEVIEW RD
                LAWRENCE, KS 66049

| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| EMW3401 | 5 | 1 | 70 | 350 | CHINA |
| EMW3401 | 5 | 2 | 70 | 350 | CHINA |
| | | | | | |
| | | | | | |
| **TOTAL** | | 2 | 140 | 700 | |

Table title: PACKING LIST

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

HD 5/31 2-4 pm Q#8211c

| Date: 05/31/2017 | BILL OF LADING |
|---|---|

| SHIP FROM | |
|---|---|
| Name: | LOGISTICS TEAM |
| Address: | 19914 S VIA BARON ST. |
| City/State/Zip: | RANCHO DOMINGUEZ,CA 90220 |
| Ph: 3107477388 Contact: ANDY LIM | FOB:☐ |

| Bill of Lading Number : | 86765040 |
|---|---|
| Carrier Name: | UPS FREIGHT |
| SCAC: | UPGF |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight    934 151 293 LOS

| SHIP TO | |
|---|---|
| Name: | SEARS HOLDINGS CORP | Location# |
| Address: | 3051 LAKEVIEW RD |
| City/State/Zip: | LAWRENCE,KS 66049 |
| Ph: 7858564141 Contact: RECEIVING | FOB:☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

| ☐ | Master Bill of Lading: with attached underlying Bill Of Lading |
|---|---|
| WWE Number: W709699565 | |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 841891

PO# 08273550541 R

Pickup Instructions:

Delivery Instructions: MABD 06/05/2017 APPOINTMENT DELIVERY REQUIRED

| REFERENCE NUMBER INFORMATION | | | | | |
|---|---|---|---|---|---|
| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs | |
| | | | | | |
| | | | | | |
| | | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNITS | | PIECES | | WEIGHT | H.M. | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 2 | PLT | 140 | BOX | 2845 | X | 15 but less than 22.5, 48(L) x 40(W) x 63(H)  DO NOT STACK | 116030-9 | 70 |
| 2 | | 140 | | 2845 | | Grand Total | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| COD Amount: $ | Acceptable Forms of Payment: |
|---|---|
| Fee Terms: 3rd Party WWE Remit Address: | ☐ Bank Certified Check |
| | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carrier broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are property classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☑ By Driver | ☑ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)  5/31/17

UPGF
(Signature)    2845
            140 pcs
            5-31-17 (Date)

1240

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/02/2017 | 844086 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827355215... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/02/2017 | 06/02/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 150 | FUNTAB3 | FUNTAB 3 | 67.00 | | 10,050.00 | |
| 300 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 23,043.00 | |
| 310 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 13,801.20 | |
| | | REF: PO No. 08273552158 R | | | | |

| | Grand Total | $46,894.20 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 06/01/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  06/14/2017
**REQST DATE**  / /
**CANCEL DATE** / /
**ORDER DATE**  06/01/2017

**DEPT:** 020      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100727          **PO NO:** 08273552158 R          **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019569  5  / FUNTAB3  (30) #1 9.5LBS  FUNTAB3 | | 150 150 | EA $ | 67.00 |
| | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016650  10  / 008428717  (30) #2 19.4 LBS EGQ223BL | | 300 300 | EA $ | 76.81 |
| | Ematic 10" Quad-Core Tablet wp | | | | |
| 3 | 817707016629  10  / 008428721  (31) #1 12 LBS EGQ347BL | | 3/0 310 | EA $ | 44.52 |
| | Ematic 7HD Quad-Core Tablet | | | | |

KIH PO REF #-Delivery Requested: 20170614|

13.94
50
85

61 Boxes Pallet #1        40X40X45        697 LBS
30 Boxes Pallet #2        40X40X54        672 LBS
91 Boxes  (2) Pallets

10.36
60
92.5

**1242**

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 06/02/17 | **INV #**   844086 |
| **SOLD TO** | SEARS | **PO #**   08273552158 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| FUNTAB3 | 5 | 1 | 30 | 150 | CHINA |
| EGQ347BL | 10 | | 31 | 310 | CHINA |
| EGQ223BL | 10 | 2 | 30 | 300 | CHINA |
| | | | | | |
| | TOTAL | 2 | 91 | 760 | |

_____
**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

BOL NBR.

DATE **Jun 8, 2017**

TERMS **Prepaid**

CARRIER **SAIA**

SEC 7

**SAIA**
LTL Freight

**SAIA PRO NUMBER: 770645505902**

| DRIVER | ARRIVE | DEPART | HU | 16+ |
|---|---|---|---|---|

**SHIPPER**
SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES, CA 90064
BILL TO OR REMIT TO

**CONSIGNEE**
SEARS HOLDING CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049
ISSUING OFFICE OR AGENT

GENERAL COMMENTS

MABD 06/13/2017
**Quote #5635600**

| PIECES | In | DESCRIPTION | WEIGHTLBS (SUBJECT TO CORRECTION) | Class | CHARGES |
|---|---|---|---|---|---|
| 1 | PT | 61 BOXES ELECTRONIC PRODUCTS | 697 | 85 | |
| | | 40X48X45 PLT DENSITY 13.94 CU. | | | |
| | | FT. 50 | | | |
| 1 | PT | 30 BOXES ELECTRONIC PRODUCTS | 622 | 92.5 | |
| | | 40X48X54 PLT DENSITY 10.36 CU. | | | |
| | | FT. 60 | | | |
| 2 | | *** Total Pieces & Weight *** | 1319 | | |
| | | | | | |
| | | Shipper# INV# 844086 | | | |
| | | PO# 08273552158 R | | | |
| | | NOTIFICATION PRIOR TO DELIVERY | | | |

REMIT C.O.D.
TO

ADDRESS

**COD** AMT: **$0.00**

C.O.D. FEE
PREPAID ☐ $
COLLECT ☐

$ per

TOTAL CHARGES
$

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT
CHECK BOX IF COLLECT ☐

SHIPPER
Shaghal Ltd

CARRIER
Saia LTL Freight

PER

PER    DATE   6/8/12

https://www.saia.com/bol/bolBlank.aspx?IBOL=77064550590&CHKD=2&vics=n&formrates=n&UID=shaghal&PWD=c24cd7d7&SID=YQ5YS94022403&QtNum...   1/1

**1244**

# Shaghal Ltd.
Est. 1985

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|------|-----------|
| 6/7/2017 | 846070 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827355393... | | N/A | | | | 6/7/2017 | 6/7/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

PO# 08273553936 R

3Y49V7          JUN 16, 2017    ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341514432
REF 1:INV#846070
REF 2:PO#08273553936 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85

3Y49V7          JUN 16, 2017    ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340378047
REF 1:INV#846070
REF 2:PO#08273553936 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85

3Y49V7          JUN 16, 2017    ACT WT 15.0 LBS        3 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340307267
REF 1:INV#846070
REF 2:PO#08273553936 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV 0.00              COD  0.00        RS 0.00
DC 0.00              DGD  0.00        SD 0.00
AH 0.00              PR   0.00        SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85

| Grand Total | $2,726.40 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_BC_

Prepared By

Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 06/16* ③

~~DATE~~ 06/07/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   06/22/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   06/07/2017

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100728          **PO NO:** 08273553936 R                    **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  / 006237877 ① — 15 lbs  EMATIC MP3 PLAYER | EM208VID RD | 48 (48) | EA | $ 14.90 |
| 2 | 817707012676  / 006238001 ① — 15 lbs  EMATIC MP3 PLAYER | EM208VID BL | 48 (48) | EA | $ 14.90 |
| 3 | 817707016803  / 006238011 ① — 15 lb  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 48 (48) | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20170622|

*UPS Ground*

*Ⓦ — 45 lbs*

**1246**



| | | | INV # | 846070 |
|---|---|---|---|---|
| DATE | 6/7/2017 | | | |
| SOLD TO | SEARS | | PO # | 08273553936 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |
| SHIP TO | SEARS HOLDINGS CORPS | | | |
| | 3051 LAKEVIEW RD | | | |
| | LAWRENCE, KS 66049 | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS


# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/09/2017 | 846883 |

**BILL TO**
Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827355469... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/09/2017 | 06/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 200 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 6,672.00 | |
| 250 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 4,025.00 | |
| 400 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 2,880.00 | |
| | | | | | | |
| | | REF: PO# 08273554691 R | | | | |

| | **Grand Total** | **$14,068.00** |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_MB_
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

*PICKING LIST*   *Logistics 06/14*   (3)

DATE 06/09/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP         8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   06/21/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   06/09/2017

**DEPT:** 012   **TYPE:** R   **INSTRUCTIONS:**

**ORDER NO:** 100729   **PO NO:** 08273554691 R   **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 815592020066 / 008130386 (1) — 17 lbs | ~~ESFC204~~ ~~USFC204~~ ESFC204 | 50 (50) | EA | $9.82 |
| | Ematic Wallmount Tool Kit | | | | |
| 2 | 817707019804 / 008990735 (100) → | EMW5306 | 200 (200) | EA | $33.36 |
| | EMATIC TV Wall Mount Kit for 3 | | | | |
| 3 | 817707019798 / 008990801 (50) → | EMW6201 | 250 (250) | EA | $16.10 |
| | EMATIC TV Wall Mount Kit for 3 | | | | |
| 4 | 817707019828 / 008991102 (40) → | EMW5105 | 400 (400) | EA | $7.20 |
| | EMATIC TV Wall Mount Kit for 2 | | | | |

KIH PO REF #-Delivery Requested: 20170621|

(#1) 40" X 48" X 84" → EMW5306 — (50) Box's

(#2) 40" X 48" X 84" → EMW5306 — (50) Box's

(#3) 40" X 48" X 77" → EMW6201 — (50) Box's

(#4) 40" X 48" X 35" → EMW5105 — (40) Box's
        → ESFC204 → (1) Box

(4) PALLETS

(W) — (1) — 1763 lbs
       (2) — 1763 lbs
       (3) — 1675 lbs
     (4) — 1099 lbs

| 1+2 | 3 | 4 |
|---|---|---|
| 18.88 | 19.57 | 28.26 |
| 186.66 | 85.55 | 38.88 |
| 70 | 70 | 65 |
| 116030-9 | 116030-9 | 116030-10 |

C = 226

**1249**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 06/09/17 | **INV #** 846883 |
| **SOLD TO** | SEARS | **PO #** 08273554691 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**  SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | 1 | 50 | 100 | CHINA |
| EMW5306 | 2 | 2 | 50 | 100 | CHINA |
| EMW6201 | 5 | 3 | 50 | 250 | CHINA |
| EMW5105 | 10 | 4 | 40 | 400 | CHINA |
| ESFC204 | 50 | | 1 | 50 | CHINA |
| | | | | | |
| | **TOTAL** | 4 | 191 | 900 | |

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

1250

**BILL OF LADING**

Date: 06/14/2017

| SHIP FROM | |
|---|---|
| Name: | LOGISTICS TEAM |
| Address: | 19914 S VIA BARON |
| City/State/Zip: | RANCHO DOMINGUEZ,CA 90220 |
| Ph: 3107477388  Contact: ANDY LIM | FOB:☐ |

Bill of Lading Number : 87408238

Carrier Name:  UPS FREIGHT

SCAC:    UPGF

Pro number:

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

UPS Freight    924 812 980 LOS

| SHIP TO | |
|---|---|
| Name: | SEARS HOLDING CORP    Location# |
| Address: | 3051 LAKEVIEW RD |
| City/State/Zip: | LAWRENCE,KS 66049 |
| Ph: 7858564141  Contact: RECEIVING | FOB:☐ |

Freight Charge Terms: (freight charges are prepaid by Worldwide Express unless indicated otherwise)

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

☐ Master Bill of Lading:
with attached underlying Bill Of Lading

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 846883
PO# 08273554691 R

Pickup Instructions:

Delivery Instructions: MABD 06/20/2017  APPOINTMENT DELIVERY REQUIRED

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 2 | PLT | 100 | BOX | 3526 | | 15 but less than 22.5, 48(L) x 40(W) x 84(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | PLT | 50 | BOX | 1675 | | 15 but less than 22.5, 48(L) x 40(W) x 77(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | PLT | 41 | BOX | 1099 | | 22.5 but less than 30, 48(L) x 40(W) x 35(H)  DO NOT STACK | 116030-10 | 65 |
| 4 | | 191 | | 6300 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ .

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC, a registered motor carrier broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ | Acceptable Forms of Payment: |
|---|---|
| Fee Terms: 3rd Party WWE | ☐ Bank Certified Check |
| Remit Address: | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

SHIPPER'S SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallet said to contain |
| | ☐ By Driver/Pieces |

(Signature)          (Date)    6/14/17

UPGF    4 PLT
Morales
(Signature)          (Date)    6-14-77

1251

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/09/2017 | 846884 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827519963... | | N/A | | | | 06/09/2017 | 06/09/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 2,576.00 | |
| 25 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 2,512.75 | |
| | | REF: PO# 08275199635 R | | | | |

| | |
|---|---|
| **Grand Total** | **$5,088.75** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



SHAGHAL
2231 COLBY AVE
LOS ANGELES CA 90024

*LOGISTICS → 506/15* (4)

DATE 06/09/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS PA 19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS PA 19030

**DELIV DATE** 06/21/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 06/09/2017

**DEPT:** 012     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100730          **PO NO:** 08275199635 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774 / 005578010 (50) | ETVS660 | 50 (50) | EA $ 51.52 |
| | EMATIC METAL & GLASSUP TP 66LB | | | | |
| 2 | 817707019897 / 005636023 (25) | ETVS670 | 25 (25) | EA $ 100.51 |
| | EMATIC METAL GLASS UP TO 70LB | | | | |

KIH PO REF #-Delivery Requested: 20170621|

(#1) 58" × 48" × 70' → ETVS660 → (26) Box

(#2) 58" × 48" × 65' → ETVS660 — (24) Box

(#3) 59" × 40" × 73' → ETVS670 — (13) Box

(#4) 59" × 40" × 68' → ETVS670 — (12) Box

(4) PALLETS

(W)
(1) → 1756 lbs
(2) → 1624 lbs
(3) → 950 lbs
(4) → 880 lbs

| #1 | #2 | #3 | #4 |
|---|---|---|---|
| 16.24 | 16.18 | 9.52 | 9.47 |
| 108.07 | 100.35 | 99.69 | 92.87 |
| 70 | 70 | 100 | 100 |
| 116030-9 | 116030-9 | 116030-6 | 116030-6 |

C = 234

bLL
12.99
401
85
116030-8

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

**DATE**   06/09/17                                      INV #    846884
**SOLD TO**   SEARS                                      PO #   08275199635 R
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**   SEARS HOLDINGS CORPS
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 24 | 24 | CHINA |
| ETVS670 | 1 | 3 | 13 | 13 | CHINA |
| ETVS670 | 1 | 4 | 12 | 12 | CHINA |
|  |  |  |  |  |  |
|  | TOTAL | 4 | 75 | 75 |  |

_____
**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

| Date: 06/13/2017 | **BILL OF LADING** |
|---|---|

| SHIP FROM | | Bill of Lading Number : 87354875 |
|---|---|---|
| Name: LOGISTICS TEAM | | Carrier Name: UPS FREIGHT |
| Address: 19914 S VIA BARON | | SCAC: UPGF |
| City/State/Zip: RANCHO DOMINGUEZ, CA 90220 | | LIMITATIONS OF LIABILITY APPLY, SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400 |
| Ph: 3107477388 Contact: ANDY LIM | FOB:☐ | |

**UPS Freight**  974 245 834 LOS

| SHIP TO | | |
|---|---|---|
| Name: SEARS HOLDINGS CORP | Location# | Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)* |
| Address: 1 KRESGE ROAD | | |
| City/State/Zip: FAIRLESS HILLS, PA 19030 | | ☐ Master Bill of Lading: with attached underlying Bill Of Lading |
| Ph: 215-736-8280 Contact: RECEIVING | FOB:☐ | |

| FREIGHT CHARGES BILL TO | WWE Number: W709699565 |
|---|---|
| Name: Worldwide Express | |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 846884
PO# 08275199635 R

Pickup Instructions:

Delivery Instructions: MABD 06/21/2017 APPOINTMENT DELIVERY REQUIRED

## REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |

## CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 26 | BOX | 1756 | | 15 but less than 22.5, 58(L) x 46(W) x 70(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | PLT | 24 | BOX | 1624 | | 15 but less than 22.5, 58(L) x 46(W) x 65(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | PLT | 13 | BOX | 950 | | 8 but less than 10, 59(L) x 40(W) x 73(H)  DO NOT STACK | 116030-6 | 100 |
| 1 | PLT | 12 | BOX | 880 | | 8 but less than 10, 59(L) x 40(W) x 68(H)  DO NOT STACK | 116030-6 | 100 |
| 4 | | 75 | | 5210 | | **Grand Total** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding.
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and Worldwide Express Operations, LLC, a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| COD Amount: $ | | Acceptable Forms of Payment: |
|---|---|---|
| Fee Terms: 3rd Party WWE | | ☐ Bank Certified Check |
| Remit Address: | | ☐ Company Check |
| | | ☐ Personal Check |
| | | ☐ Money Order |

CARRIER SIGNATURE /PICKUP DATE :
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are property classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: ☑ By Shipper ☐ By Driver | Freight Counted: ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces |
|---|---|---|

*(Signature)*  6/13/17  *(Date)*

UPGF    4PLT
75pcs

*(Signature)*  6-13-17 *(Date)*



# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/19/2017 | 852260 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827355689... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/19/2017 | 06/19/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273556890 R | | | | |

```
3Y49V7      JUN 23, 2017   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340694768
REF 1:INV#862260
REF 2:PO#08273666890 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85            PUB+HC16.85

3Y49V7      JUN 23, 2017   ACT WT 15.0 LBS      2 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341676170
REF 1:INV#862260
REF 2:PO#08273666890 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85            PUB+HC16.85
```

```
3Y49V7      JUN 23, 2017   ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341849189
REF 1:INV#862260
REF 2:PO#08273666890 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD  0.00           RS 0.00
DC 0.00              DGD  0.00           SD 0.00
AH 0.00              PR   0.00           SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 17.39            PUB+HC17.39
```

| | Grand Total | $2,726.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

PICKING LIST

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 06/16/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  06/29/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  06/16/2017

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100731          **PO NO:** 08273556890 R          **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652    / 006237877  (1) – 15 lbs | EM208VID RD | 48 (48) | EA  $ 14.90 | |
|   | EMATIC MP3 PLAYER | | | | |
| 2 | 817707012676    / 006238001  (1) – 15 lbs | EM208VID BL | 48 (48) | EA  $ 14.90 | |
|   | EMATIC MP3 PLAYER | | | | |
| 3 | 817707016803    / 006238011  (1) – 16 lbs | EM318VID BL | 48 (48) | EA  $ 27.00 | |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170629|   3

UPS Ground

(W) → 46 lbs

**1257**

## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 06/19/17 | **INV #**   852260 |
| **SOLD TO** | SEARS | **PO #**   08273556890 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

**SIGNATURE**

PLEASE NOTE:       UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/21/2017 | 853122 |

| BILL TO |
|---------|
| Sears Holdings |
| 3333 BEVERLY RD. C2-114B |
| HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP |
| 3051 LAKEVIEW RD |
| LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827355821... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/21/2017 | 06/21/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

REF: PO# 08273550218 R

```
3Y49V7        JUN 30, 2017   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V7034108604
REF 1:INV#863122
REF 2:PO#08273558218 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00                COD   0.00          RS 0.00
DC 0.00                DGD   0.00          SD 0.00
AH 0.00                PR    0.00          SP 0.00
TOT NR CHG 7.72                 NR + HC7.72
TOT PUB CHG 16.85               PUB + HC16.85
```

```
3Y49V7        JUN 30, 2017   ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340839316
REF 1:INV#863122
REF 2:PO#08273558218 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00                COD   0.00          RS 0.00
DC 0.00                DGD   0.00          SD 0.00
AH 0.00                PR    0.00          SP 0.00
TOT NR CHG 7.72                 NR + HC7.72
TOT PUB CHG 16.85               PUB + HC16.85
```

```
3Y49V7        JUN 30, 2017   ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342687728
REF 1:INV#863122
REF 2:PO#08273558218 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00                COD   0.00          RS 0.00
DC 0.00                DGD   0.00          SD 0.00
AH 0.00                PR    0.00          SP 0.00
TOT NR CHG 7.72                 NR + HC7.72
TOT PUB CHG 16.85               PUB + HC16.85
```

| | Grand Total | $2,726.40 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| | /MB |
|--|-----|
| | Prepared By |

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods. Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES CA 90024

DATE 06/21/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

**DELIV DATE** 07/06/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 06/21/2017

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100732          **PO NO:** 08273558218 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652 / 006237877<br>EMATIC MP3 PLAYER | EM208VID | 48 | EA | |
| 2 | 817707012676 / 006238001<br>EMATIC MP3 PLAYER | EM208VID | 48 | EA | |
| 3 | 817707016803 / 006238011<br>EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID | 48 | EA | |

KIH PO REF #-Delivery Requested: 20170706|



)PS Ground

**1260**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE    06/21/17

SOLD TO    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #    853122
PO #    08273558218 R

SHIP TO    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
|---|---|---|---|---|---|
| **PACKING LIST** | | | | | |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 06/27/2017 | 855156 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| '082735598... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 06/27/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273559855 R | | | | |

```
3Y49V7          JUL 6, 2017     ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341563079
REF 1:INV#855156
REF 2:PO#08273559855 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR + HC7.72
TOT PUB CHG 16.86                  PUB + HC16.86

3Y49V7          JUL 6, 2017     ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341611088
REF 1:INV#855156
REF 2:PO#08273559855 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR + HC7.72
TOT PUB CHG 16.86                  PUB + HC16.86
```

```
3Y49V7          JUL 6, 2017     ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                      BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340168696
REF 1:INV#855156
REF 2:PO#08273559855 R

HANDLING CHARGE 0.00
SINGLE - PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00           COD   0.00        RS 0.00
DC 0.00           DGD   0.00        SD 0.00
AH 0.00           PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR + HC7.72
TOT PUB CHG 17.39                  PUB + HC17.39
```

| | Grand Total | $2,726.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**Thank you for your Business!**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

DATE 06/27/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**  07/13/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE** 06/27/2017

**DEPT:** 018      **TYPE:** R         **INSTRUCTIONS:**

**ORDER NO:** 100734          **PO NO:** 08273559855 R                **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652        / 006237877 <br> EMATIC MP3 PLAYER | EM208VID | 48 (48) | EA | |
| 2 | 817707012676        / 006238001 <br> EMATIC MP3 PLAYER | EM208VID | 48 (48) | EA | |
| 3 | 817707016803        / 006238011 <br> EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID | 48 (48) | EA | |

KIH PO REF #-Delivery Requested: 20170713|

1263



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133        F (310) 966 1134

DATE  06/27/17

SOLD TO   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #    855156
PO #   08273559855 R

SHIP TO   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 06/27/2017 | 855160 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| '082735598... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 06/27/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 75 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 783.00 | |
| | | REF: PO# 08273559856 R | | | | |

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      1 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342611906
REF 1:INV#866160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      2 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341946716
REF 1:INV#865160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      3 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341799126
REF 1:INV#865160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      4 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340986136
REF 1:INV#866160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      5 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340600743
REF 1:INV#866160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      6 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341221964
REF 1:INV#866160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

| | Grand Total | $783.00 |
|--|-------------|---------|

acknowledged and accepted in full.

3Y49V7      JUL 6, 2017      ACT WT 20.0 LBS      7 OF 16
SVC GNDCOM      BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341304767
REF 1:INV#866160
REF 2:PO#08273669866 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:      SVC  8.74 USD
DV 0.00          COD  0.00          RS  0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 8.74          NR + HC8.74
TOT PUB CHG 20.27          PUB + HC20.27

**1265**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING US
DATE  06/27/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**    07/12/2017
**REQST DATE**    / /
**CANCEL DATE**   / /
**ORDER DATE**    06/27/2017

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100735

PO NO: 08273559856 R

**PAGE:**    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019781    / 008991079 | EMW3401 | 75 (75) | EA | |
|  | EMATIC TV Wall Mount Kit for 1 | | | | |

KIH PO REF #-Delivery Requested: 20170712|

1266



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE **06/27/17**
SOLD TO SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV # 855160
PO # 08273559856 R

SHIP TO SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

### PACKING LIST

| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
|-------|---------|---------|-------------|-----------|---------|
| EMW3401 | 5 | | 15 | 75 | CHINA |
| | TOTAL | | 15 | 75 | |

```
3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS      8 OF 16
TRACKING# 1Z3Y49V70342886174
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS      9 OF 16
TRACKING# 1Z3Y49V70340659181
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     10 OF 16
TRACKING# 1Z3Y49V70340482791
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     11 OF 16
TRACKING# 1Z3Y49V70341972009
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27
```

```
3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     12 OF 16
TRACKING# 1Z3Y49V70342102812
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     13 OF 16
TRACKING# 1Z3Y49V70341811227
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     14 OF 16
TRACKING# 1Z3Y49V70340593233
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27

3Y49V7        JUL 6, 2017    ACT WT 20.0 LBS
SVC GNDCOM              BL WT 20.0 LBS     15 OF 16
TRACKING# 1Z3Y49V70340104841
REF 1:INV#855160
REF 2:PO#08273559856 R

HANDLING CHARGE 0.00
SINGLE -- PIECE NR RATE CHRGS:        SVC 8.74 USD
DV 0.00        COD    0.00      RS 0.00
DC 0.00        DGD    0.00      SD 0.00
AH 0.00        PR     0.00      SP 0.00
TOT NR CHG 8.74              NR + HC8.74
TOT PUB CHG 20.27           PUB + HC20.27
```

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2017 | 857733 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827356279... | | N/A | | | | 7/6/2017 | 7/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 45 | FUNTAB3 | FUNTAB 3 | 67.00 | | 3,015.00 | |
| 60 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 4,608.60 | |
| 70 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 3,116.40 | |

REF: PO# 08273562797 R

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              1 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70342097114
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              2 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70342333628
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              3 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70341623639
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              4 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70340123142
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              5 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70341348364
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

| | Grand Total | $10,740.00 |
|--|-------------|------------|

acknowledged and accepted in full.

3Y49V7        JUL 12, 2017    ACT WT 9.5  LBS              6 OF 22
SVC GNDCOM              BL WT 10.0  LBS
TRACKING# 1Z3Y49V70342776168
REF 1:INV#867733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:              SVC  7.72 USD
DV 0.00              COD  0.00              RS 0.00
DC 0.00              DGD  0.00              SD 0.00
AH 0.00              PR  0.00              SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 13.80              PUB+HC13.80

legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and con

## Thank you for

PICKING LIST

2231 COLBY AVE
LOS ANGELES  CA  90024

*Shaghal — 07/12*

(3)

DATE 07/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   07/19/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   07/06/2017

**DEPT:** 020      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100738        **PO NO:** 08273562797 R                    **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019569  / FUNTAB3  *Box)* ⑨ — 9.5 lbs | FUNTAB3 | 45 (45) | EA | $ 67.00 |
|   | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016650  / 008428717 ⑥ — 20 lbs | EGQ223BL | 60 (60) | EA | $ 76.81 |
|   | Ematic 10" Quad-Core Tablet wp | | | | |
| 3 | 817707016629  / 008428721 ⑦ — 12 lbs | EGQ347BL | 70 (70) | EA | $ 44.52 |
|   | Ematic 7HD Quad-Core Tablet | | | | |

KIH PO REF #-Delivery Requested: 20170719|

*UPS Ground          $169.84*

*Ⓦ → 294 lbs*



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133   F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 7/6/2017 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**   857733
**PO #**   08273562797 R

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| FUNTAB3 | 5 | | 9 | 45 | CHINA |
| EGQ223BL | 10 | | 6 | 60 | CHINA |
| EGQ347BL | 10 | | 7 | 70 | CHINA |
| | **TOTAL** | | 22 | 175 | |

---

3Y49V7      JUL 12, 2017   ACT WT 9.5 LBS         7 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342939671
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 13.80             PUB+HC13.80

3Y49V7      JUL 12, 2017   ACT WT 9.5 LBS         8 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70341937684
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 13.80             PUB+HC13.80

3Y49V7      JUL 12, 2017   ACT WT 9.5 LBS         9 OF 22
SVC GNDCOM              BL WT 10.0 LBS
TRACKING# 1Z3Y49V70342026192
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 13.80             PUB+HC13.80

3Y49V7      JUL 12, 2017   ACT WT 20.0 LBS        10 OF 22
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342218402
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 8.74 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 8.74                NR+HC8.74
TOT PUB CHG 20.27             PUB+HC20.27

3Y49V7      JUL 12, 2017   ACT WT 20.0 LBS        11 OF 22
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341893210
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 8.74 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 8.74                NR+HC8.74
TOT PUB CHG 20.27             PUB+HC20.27

3Y49V7      JUL 12, 2017   ACT WT 20.0 LBS        12 OF 22
SVC GNDCOM              BL WT 20.0 LBS
TRACKING# 1Z3Y49V70341386626
REF 1:INV#857733
REF 2:PO#08273562797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC 8.74 USD
DV 0.00           COD   0.00         RS 0.00
DC 0.00           DGD   0.00         SD 0.00
AH 0.00           PR    0.00         SP 0.00
TOT NR CHG 8.74                NR+HC8.74
TOT PUB CHG 20.27             PUB+HC20.27

3Y49V7    JUL 12, 2017   ACT WT 20.0 LBS
SVC GNDCOM    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342591633
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 8.74 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 8.74    NR+HC8.74
TOT PUB CHG 20.27    PUB+HC20.27

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   18 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340485681
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 20.0 LBS   14 OF 22
SVC GNDCOM    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70340567244
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 8.74 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 8.74    NR+HC8.74
TOT PUB CHG 20.27    PUB+HC20.27

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   19 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341749297
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 20.0 LBS   15 OF 22
SVC GNDCOM    BL WT 20.0 LBS
TRACKING# 1Z3Y49V70342128466
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 8.74 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 8.74    NR+HC8.74
TOT PUB CHG 20.27    PUB+HC20.27

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   20 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341078602
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   16 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342451267
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   21 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341449316
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   17 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340671676
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    JUL 12, 2017   ACT WT 12.0 LBS   22 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340797728
REF 1:INV#857733
REF 2:PO#08273662797 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.72 USD
DV 0.00    COD 0.00    RS 0.00
DC 0.00    DGD 0.00    SD 0.00
AH 0.00    PR 0.00    SP 0.00
TOT NR CHG 7.72    NR+HC7.72
TOT PUB CHG 14.63    PUB+HC14.63

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/6/2017 | 857734 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827356203... | | N/A | | | 7/6/2017 | 7/6/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273562035 R | | | | |

```
3Y49V7        JUL 13, 2017   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM                 BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340288831
REF 1:INV#867734
REF 2:PO#08273562035 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD   0.00              RS 0.00
DC 0.00              DGD   0.00              SD 0.00
AH 0.00              PR    0.00              SP 0.00
TOT NR CHG 7.72                        NR+HC7.72
TOT PUB CHG 16.85                      PUB+HC16.85

3Y49V7        JUL 13, 2017   ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM                 BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341576447
REF 1:INV#867734
REF 2:PO#08273562035 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD   0.00              RS 0.00
DC 0.00              DGD   0.00              SD 0.00
AH 0.00              PR    0.00              SP 0.00
TOT NR CHG 7.72                        NR+HC7.72
TOT PUB CHG 16.85                      PUB+HC16.85
```

```
3Y49V7        JUL 13, 2017   ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM                 BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342969655
REF 1:INV#867734
REF 2:PO#08273562035 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72 USD
DV 0.00              COD   0.00              RS 0.00
DC 0.00              DGD   0.00              SD 0.00
AH 0.00              PR    0.00              SP 0.00
TOT NR CHG 7.72                        NR+HC7.72
TOT PUB CHG 16.85                      PUB+HC16.85
```

| | Grand Total | $2,726.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 07/05/2017  07/13

| | | |
|---|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** | |
| SEARS HOLDINGS CORP          8273 | SEARS HOLDINGS CORP | **DELIV DATE**  07/20/2017 |
| | 3051 LAKEVIEW RD | **REQST DATE**  / / |
| 3051 LAKEVIEW RD | LAWRENCE  KS  66049 | **CANCEL DATE** / / |
| LAWRENCE  KS  66049 | | **ORDER DATE** 07/04/2017 |

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100736                **PO NO:** 08273562035 R                **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652     / 006237877 ① — 15 lb | EM208VIDRD 48 (48) | | EA $ 14.90 | |
| | EMATIC MP3 PLAYER | | | | |
| 2 | 817707012676     / 006238007 ① — 15 lb | EM208VIDBL 48 (48) | | EA $ 14.90 | |
| | EMATIC MP3 PLAYER | | | | |
| 3 | 817707016803     / 006238011 ① — 16 lb | EM318VIDBL 48 (48) | | EA $ 27.00 | |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170720|

UPS Ground
⓪ — 46 lb

**1273**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| **DATE** | <u>7/6/2017</u> |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

**INV #** 857734
**PO #** 08273562035 R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | **3** | **144** | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 7/11/2017 | 859505 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827356346... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 7/11/2017 | 7/11/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 360 | FUNTAB3 | FUNTAB 3 | 67.00 | | 24,120.00 | |
| 740 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 56,839.40 | |
| | | PO# 08273563464 R | | | | |

| | Grand Total | $80,959.40 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

1275

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

Shaghal →  7/13

DATE 07/10/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

ETA 3 DAYS
**DELIV DATE**  07/19/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  07/08/2017

⑦

**DEPT:** 020        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100739        **PO NO:** 08273563464 R        **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| $6700 1 | 817707019569  / FUNTAB3  Ematic Funtab 7"HD Kid Safe Td | ⑦2 — 9.5 lbs | FUNTAB3 360 | ③60 | EA | #1 |
| $76.81 2 | 817707016650  / 008428717  Ematic 10" Quad-Core Tablet wp | ⑦4 — 19.5 lbs | EGQ223B 740 | ⑦40 | EA | 40 BOXS #2  3A BOX #3 |
| 3 | 817707016629  / 00842872▮  Ematic 7HD Quad-Core Tablet | ▮ — 12 lbs | EGQ347B▮ | ⑦40 | EA | |

KIH PO REF #-Delivery Requested: 20170719|

#1  40X40X52"          724 LBS

#2  40X40X57"          820 LBS

#3  40X40X55"          703 LBS

3 PALLETS  ———        2247 LBS

Ⓦ — ▮▮▮▮

| #1 | #2 | #3 |
|------|------|------|
| 12.53 | 12.94 | 11.5 |
| 57.77 | 63.33 | 61.11 |
| 85 | 85 | .92.5 |



**Shaghal Ltd.**

| | | |
|---|---|---|
| **DATE** | 7/11/2017 | **INV #**  859505 |
| **SOLD TO** | SEARS | **PO #**  08273563464 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| FUNTAB3 | 5 | 1 | 72 | 360 | CHINA |
| EGQ223BL | 10 | 2 | 40 | 400 | CHINA |
| EGQ223BL | 10 | 3 | 34 | 340 | CHINA |
| | | | | | |
| | TOTAL | 3 | 146 | 1100 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

**BILL OF LADING**

Date: 07/13/2017

| | |
|---|---|
| **SHIP FROM** | Bill of Lading Number : 88573896 |
| Name: SHAGHAL LTD | Carrier Name: UPS FREIGHT |
| Address: 2231 COLBY AVENUE | |
| City/State/Zip: LOS ANGELES,CA 90064 | SCAC: UPGF |
| Ph: 310-966-1133 Contact: LYN   FOB:☐ | Pro number: |

**SHIP TO**

| | |
|---|---|
| Name: SEARS HOLDING CORP   Location# | |
| Address: 3051 LAKEVIEW RD | |
| City/State/Zip: LAWRENCE,KS 66049 | Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)* |
| Ph: 7858564141 Contact: RECEIVING   FOB:☐ | |

**FREIGHT CHARGES BILL TO**

| | |
|---|---|
| Name: Worldwide Express | ☐ Master Bill of Lading: with attached underlying Bill Of Lading |
| Address: 2323 Victory Avenue Ste 1600 | |
| City/State/Zip: Dallas, TX 75219 | WWE Number: W709699565 |

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 859505
PO# 08273563464 R

Pickup Instructions:

Delivery Instructions: MABD 07/18/2017  APPOINTMENT DELIVERY REQ

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF
THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|

UPS Freight  970 381 985 LOS

**REFERENCE NUMBER INFORMATION**

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**CARRIER INFORMATION**

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 72 | BOX | 724 | | 12 but less than 15, 48(L) x 40(W) x 52(H)  DO NOT STACK | 116030-8 | 85 |
| 1 | PLT | 40 | BOX | 820 | | 12 but less than 15, 48(L) x 40(W) x 57(H)  DO NOT STACK | 116030-8 | 85 |
| 1 | PLT | 34 | BOX | 703 | | 10 but less than 12, 48(L) x 40(W) x 55(H)  DO NOT STACK | 116030-7 | 92.5 |
| 3 | | 146 | | 2247 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B)

| | |
|---|---|
| COD Amount: $ | Acceptable Forms of Payment: |
| Fee Terms:  3rd Party WWE | ☐ Bank Certified Check |
| Remit Address: | ☐ Company Check |
| | ☐ Personal Check |
| | ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC. a registered motor carried broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

| SHIPPER'S SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: ☐ By Shipper ☐ By Driver | Freight Counted: ☐ By Shipper ☐ By Driver/pallet said to contain ☐ By Driver/Pieces | CARRIER SIGNATURE /PICKUP DATE Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted. |
|---|---|---|---|
| (Signature)                    (Date) | | | (Signature)                    (Date) 7/13/17 |

3Skids

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 7/21/2017 | 862984 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827521004... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 7/21/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62"<br><br>PO# 08275210041 R | 51.52 | | 1,545.60 | |

| | Grand Total | $1,545.60 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

**1279**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistics*  725

DATE 07/19/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA  19030

7/31   08/01  08/02
**DELIV DATE** 07/19/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 07/19/2017

DEPT: 012        TYPE: R          INSTRUCTIONS:

ORDER NO: 100742              PO NO: 08275210041 R                       PAGE:   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774      / 005578010   (30) → 66 lb  ETVS660 | | 30  (30) | EA | $ 51.52 |
|   | EMATIC METAL & GLASSUP TP 66LB | | | | |

KIH PO REF #Delivery Requested: 20170719|

40" x 48" x 80"

(W') — 1985 lbs

22.33
88.88
70

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 07/24/17 | **INV #** | 862984 |
| **SOLD TO** | SEARS | **PO #** | 08275210041 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 1 KRESGE ROAD | | |
| | FAIRLESS HILLS, PA 19030 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET# | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 30 | 30 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 30 | 30 | |

**SIGNATURE**

**PLEASE NOTE:** UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING
UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK
UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# ⌗ 85268

## BILL OF LADING

Date: 07/25/2017

| SHIP FROM | |
|---|---|
| Name: | LOGISTICS TEAM |
| Address: | 19914 VIA BARON |
| City/State/Zip: | RANCHO DOMINGUEZ,CA 90220 |
| Ph: 3107477388  Contact: ANDY LIM | FOB: ☐ |

Bill of Lading Number : 89054990

Carrier Name:  UPS FREIGHT

SCAC:     UPGF

Pro # LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF, CUSTOMER SERVICE 1-800-333-7400

UPS Freight    985 173 055 LOS

| SHIP TO | |
|---|---|
| Name: | SEARS HOLDINGS CORP     Location# |
| Address: | 1 KRESGE ROAD |
| City/State/Zip: | FAIRLESS HILLS,PA 19030 |
| Ph: 215-736-8280 Contact: RECEIVING | FOB: ☐ |

Freight Charge Terms: *(freight charges are prepaid by Worldwide Express unless indicated otherwise)*

| FREIGHT CHARGES BILL TO | |
|---|---|
| Name: | Worldwide Express |
| Address: | 2323 Victory Avenue Ste 1600 |
| City/State/Zip: | Dallas, TX 75219 |

| ☐ | Master Bill of Lading: with attached underlying Bill Of Lading |
|---|---|

WWE Number: W709699565

SPECIAL INSTRUCTIONS: For assistance, please call (888) 326-9939

Handling Instructions: INV# 862984
PO# 08275210041 R

Pickup Instructions:

Delivery Instructions: MABD 08/01/2017  APPOINTMENT DELIVERY REQUIRED

### REFERENCE NUMBER INFORMATION

| REFERENCE | # PKGS | REFERENCE | # PKGS | Total # of Pkgs |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### CARRIER INFORMATION

| HANDLING UNITS | | PIECES | | WEIGHT | H.M. X | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged to ensure safe transportation with ordinary care. See section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PLT | 30 | BOX | 1985 | | 15 but less than 22.5, 48(L) x 40(W) x 80(H)  DO NOT STACK | 116030-9 | 70 |
| 1 | | 30 | | 1985 | | **Grand Total** | | |

Where the rate is dependent on value , shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B14706(c)(1)(A) and (B).

COD Amount: $
Fee Terms: 3rd Party WWE
Remit Address:

| Acceptable Forms of Payment: |
|---|
| ☐ Bank Certified Check |
| ☐ Company Check |
| ☐ Personal Check |
| ☐ Money Order |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carried and Worldwide Express Operations, LLC, a registered motor carrier broker, pursuant to 49 USC 14101(b) and all applicable state and federal regulations.

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and /or carrier has DOT emergency response guidebook or equivalent documentation in vehicle. Property described above is received in good order, except as noted.

| SHIPPERS SIGNATURE / DATE This is to certify that the above-named materials are properly classified, described, packaged marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | Trailer Loaded: | Freight Counted: |
|---|---|---|
| | ☐ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallet said to contain  ☐ By Driver/Pieces |

*Brenda* 7/25/17
(Signature)          (Date)

UPGF  1 plt
Alennie X     7/25/17
(Signature)          (Date)

**1282**

Simsay vPg 177 of 307

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 07/31/2017 | 865752 |

| BILL TO |
|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 |

| SHIP TO |
|---------|
| SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827356952... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 07/31/2017 | 07/31/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 96 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black)<br><br>PO# 08273569524 R | 27.00 | | 2,592.00 | |

3Y49V7     AUG 3, 2017   ACT WT 16.0 LBS        1 OF 2
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340492496
REF 1:INV#865762
REF 2:PO#08273569524 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.72        NR+HC7.72
TOT PUB CHG 17.39       PUB+HC17.39

3Y49V7     AUG 3, 2017   ACT WT 16.0 LBS        2 OF 2
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342293/06
REF 1:INV#865762
REF 2:PO#08273569524 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:        SVC 7.72 USD
DV 0.00        COD   0.00        RS 0.00
DC 0.00        DGD   0.00        SD 0.00
AH 0.00        PR    0.00        SP 0.00
TOT NR CHG 7.72        NR+HC7.72
TOT PUB CHG 17.39       PUB+HC17.39

| | Grand Total | $2,592.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shaghal — 08/03 (4)

~~DATE~~ 07/28/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  08/10/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  07/28/2017

**DEPT:** 018       **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100746              **PO NO:** 08273569524 R                    **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803      / 006238011 (2) — 16 lbs | EM318VID BL 96 (96) | EA $27.00 | | |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20170810|

UPS Ground

(W) — 32 lbs

1284

## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 07/31/17 | **INV #** | 865752 |
| **SOLD TO** | SEARS | **PO #** | 08273569524 R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET#** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 2 | 96 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

(Master BOL)    9/27/17

| Date: 07/26/2017 | **BILL OF LADING** | Page 1 of 1 |
|---|---|---|

### SHIP FROM
Name:  SHAGHAL LTD
Address: 2231 COLBY AVE
City/State/Zip: LOS ANGELES, CA 90064
SID#: 1263192     FOB: ☐

Bill of Lading Number: 13360732

BAR CODE SPACE

### SHIP TO
Name: National Retail Transportation     Location #: _____
Address: 10268 Almond Avenue
City/State/Zip: Fontana, CA 92335
CID#:     FOB: ☐

CARRIER NAME:  National Retail Transportation Inc
Trailer number: 176179
Seal number(s): 96478851
SCAC:  NRSH
Pro number:

BAR CODE SPACE

### THIRD PARTY FREIGHT CHARGES BILL TO:
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:
  SHIPPING WINDOW: 07/24/2017 - 07/28/2017

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect XXX    3rd Party _____

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 4 | PLTS | 273 | BOXES | 5,530 LBS | | CONVERTER BOX & MOUNTS | | 100 |
| | | | | | | FREIGHT COLLECT | | |
| | | | | | | DECLARED VALUE: $ 22,171.04 | | |
| | | | | | | CUBE: 376 | | |
| | | | | | | REF: PO# 4329863 | | |
| | | | | | | | | |
| | | | | | | **GRAND TOTAL** | | |

RECEIVING
STAMP SPACE

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ▪ 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

cruz   7-27-17    S-LC

Francisco

**1286**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 8/2/2017 | 866481 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827357090... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 8/2/2017 | 8/2/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273570900 R | | | | |

```
3Y49V7         AUG 10, 2017  ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM          BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342232262
REF 1:INV#866481
REF 2:PO#08273570900 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 17.39          PUB+HC17.39

3Y49V7         AUG 10, 2017  ACT WT 16.0 LBS      2 OF 3
SVC GNDCOM          BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340212671
REF 1:INV#866481
REF 2:PO#08273570900 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 17.39          PUB+HC17.39
```

```
3Y49V7         AUG 10, 2017  ACT WT 16.0 LBS      3 OF 3
SVC GNDCOM          BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340386681
REF 1:INV#866481
REF 2:PO#08273570900 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:         SVC  7.72 USD
DV 0.00          COD  0.00          RS 0.00
DC 0.00          DGD  0.00          SD 0.00
AH 0.00          PR   0.00          SP 0.00
TOT NR CHG 7.72            NR+HC7.72
TOT PUB CHG 17.39          PUB+HC17.39
```

| Grand Total | $2,726.40 |
|---|---|

...acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!



SHAGHAL LTD
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

Shaghal → 8/10

DATE  08/02/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP              8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   08/17/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   08/02/2017

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100747           **PO NO:** 08273570900 R              **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  / 006237877 ① — 16 lbs  EMATIC MP3 PLAYER | EM208VID RD | 48  ㊽ | EA | $ 14.90 |
| 2 | 817707012676  / 006238001 ① — 16 lbs  EMATIC MP3 PLAYER | EM208VID BL | 48  ㊽ | EA | $ 14.90 |
| 3 | 817707016803  / 006238011 ① — 16 lbs  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 48  ㊽ | EA | $ 27.00 |

KIH PO REF #-Delivery Requested: 20170817|

UPS Ground

Ⓦ — 48 lbs.

**1288**



**Shaghal Ltd.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **DATE** | 8/2/2017 | | | | **INV #** | 866481 |
| **SOLD TO** | SEARS | | | | **PO #** | 08273570900 R |
| | 3333 BEVERLY RD C2-114B | | | | | |
| | HOFFMAN ESTATES, IL 60176 | | | | | |
| | | | | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | | | | |
| | 3051 LAKEVIEW RD | | | | | |
| | LAWRENCE, KS 66049 | | | | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 144 | |

_____

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 8/8/2017 | 867983 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827357242... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 8/8/2017 | 8/8/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO# 08273572426 R | | | | |

3Y49V7        AUG 16, 2017    ACT WT 16.0 LBS        1 OF 1
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342441223
REF 1:INV#867983
REF 2:PO#08273572426 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.72  USD
DV  0.00          COD    0.00          RS  0.00
DC  0.00          DGD    0.00          SD  0.00
AH  0.00          PR     0.00          SP  0.00
TOT NR CHG 7.72              NR + HC7.72
TOT PUB CHG 17.39            PUB + HC17.39

| | Grand Total | $1,296.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

IAN

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

1290

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Shaghal*  08/15

**DATE**  08/08/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  08/23/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  08/08/2017

**DEPT:** 018      **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100748          **PO NO:** 08273572426 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707016803  48 / 006238011 | EM318VID BL | 48 (48) | EA  ₡ 27.00 |  |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

(1) - 16 lbs

KIH PO REF #-Delivery Requested: 20170823|

UPS Ground

(W) — 16 lbs



**Shaghal Ltd.**

| | |
|---|---|
| **DATE** | 8/8/2017 |
| **SOLD TO** | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

**INV #**    867983 ✓
**PO #**    08273572426 R ✓

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 1 ✓ | 48 ✓ | |

SIGNATURE

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# ...hal Ltd.

/1985
...os Angeles, CA 90064
...3 Fax: (310) 966-1134

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886348 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|------|----------|-----------|----------|
| 0827359815... | | N/A | | | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 250 | ESFC204 | ESFC204 | 9.82 | | 2,455.00 | |
| 550 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 18,348.00 | |
| 950 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 15,295.00 | |
| 850 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 14,994.00 | |
| 1,300 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 13,572.00 | |
| 1,100 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 7,920.00 | |

P.O. #: 08273598157 R

| | Grand Total | $72,584.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

*MB*

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

2231 COLBY AVE
LOS ANGELES  CA   90024

**PICKING LIST**

Cogistic

DATE  10/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP           8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**   11/10/2017
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   10/28/2017

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100759        **PO NO:** 08273598157 R                **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 815592020066  50  / 008130386  (5) Box S 17 lbs  Ematic Wallmount Tool Kit | USFC204 | (250) | EA  $ | 9.82 |
| 2 | 817707019804  2  / 008990735  (275) - 35 lbs  EMATIC TV Wall Mount Kit for 3 | EMW5306 | (550) | EA  $ | 33.36 |
| 3 | 817707019798  5  / 008990801  (190) - 33 lbs  EMATIC TV Wall Mount Kit for 3 | EMW6201 | (950) | EA  $ | 16.10 |
| 4 | 817707019811  5  / 008991066  (170) - 40 lbs  EMATIC TV Wall Mount Kit for 1 | EMW4101 | (850) | EA  $ | 17.64 |
| 5 | 817707019781  5  / 008991079  (260) - 20 lbs  EMATIC TV Wall Mount Kit for 1 | EMW3401 | (1300) | EA  $ | 10.44 |
| 6 | 817707019828  10  / 008991102  (110) - 26 lbs  EMATIC TV Wall Mount Kit for 2 | EMW5105 | (1100) | EA  $ | 7.20 |

KIH PO REF #-Delivery Requested: 20171110|

17 PALLETS

(W) —> 31,270 lbs

**1294**



(#1) — (#5)  40" x 48" x 74"  → EMW5306 → (49) Box's

(#6) — (#8)  40" x 48" x 84"  → EMW6201 → (55) Box's

(#9) — (#11)  40" x 48" x 76"  → EMW4101 → (54) Box's

(#12) — (#14)  40" x 48" x 73"  → EMW3401 → (84) Box's

(#15)  40" x 48" x 76"  → EMW5105 → (110) Box's
                                    ESFC204 → (5) Box's

(#16)  40" x 48" x 67"  → EMW5306 → (30) Box's
                                 → EMW4101 → (8) Box's

(#17)  40" x 48" x 52"  → EMW6201 → (25) Box's
                                    EMW3401 → (8) Box's

(#1) — (#5)  — 1728 lb's
(#6) — (#8)  → 1838 lb's
(#9) — (#11)  → 2205 lb's
(#12) — (#14)  → @ 1699 lb's
(#15)  →  2990 lb's
(#16)  —  1394 lb's
(#17)  —  1015 lb's

W



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 11/01/17 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 886348
**PO #** 08273598157 R

**SHIP TO**
SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 2 | 1 | 49 | 98 | CHINA |
| EMW5306 | 2 | 2 | 49 | 98 | CHINA |
| EMW5306 | 2 | 3 | 49 | 98 | CHINA |
| EMW5306 | 2 | 4 | 49 | 98 | CHINA |
| EMW5306 | 2 | 5 | 49 | 98 | CHINA |
| EMW6201 | 5 | 6 | 55 | 275 | CHINA |
| EMW6201 | 5 | 7 | 55 | 275 | CHINA |
| EMW6201 | 5 | 8 | 55 | 275 | CHINA |
| EMW4101 | 5 | 9 | 54 | 270 | CHINA |
| EMW4101 | 5 | 10 | 54 | 270 | CHINA |
| EMW4101 | 5 | 11 | 54 | 270 | CHINA |
| EMW3401 | 5 | 12 | 84 | 420 | CHINA |
| EMW3401 | 5 | 13 | 84 | 420 | CHINA |
| EMW3401 | 5 | 14 | 84 | 420 | CHINA |
| EMW5101 | 10 | 15 | 110 | 1100 | CHINA |
| ESFC204 | 50 | | 5 | 250 | CHINA |
| EMW5306 | 2 | 16 | 30 | 60 | CHINA |
| EMW4101 | 5 | | 8 | 40 | CHINA |
| EMW6201 | 5 | 17 | 25 | 125 | CHINA |
| EMW3401 | 5 | | 8 | 40 | CHINA |
| | | | | | |
| **TOTAL** | | 17 | 1010 | 5000 | |

SIGNATURE

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Shipping Manager

| | |
|---|---|
| From: | 8273_Lawrence <recv-8273a2@searshc.com> |
| Sent: | Tuesday, November 7, 2017 9:14 AM |
| To: | Chagnon, Jim (Denver); Dirks, Jacob |
| Cc: | Rohit Joshi; 'Shipping Manager'; 'Larry Jacobs'; 'Jordan Thrasher' |
| Subject: | RE: 17 pallets for today from 90220 to 66049 Sears Phone number - need appointment for 11/10 |

FYI

Carrier Called: Quality Transportation

appt- 95927

11/9 @ 10 am..

PO 598157


Thanks
Jacky L. Tidwell


RDC/NSC 8273 Lawrence, Ks
785-842-9600 x9218
Appointment Line
785-865-4319
Fax- 785-842-0837
Recv-8273a@searshc.com
Jacky.tidwell@searshc.com
Receiving Live Days
Monday, Tuesday, Wednesday & Thursday
6,7,8,9, and 10 am..
No lives on FRIDAY..



1

1297

Shipping Manager

| | |
|---|---|
| From: | Larry Jacobs <larry@qtsloads.com> |
| Sent: | Tuesday, November 7, 2017 9:20 AM |
| To: | 'Shipping Manager'; 'Jordan Thrasher' |
| Cc: | rohitjoshi@xovision.com |
| Subject: | RE: 17 pallets for today from 90220 to 66049 Sears Phone number - need appointment for 11/10 |

Delivering 11/9 at 10am

Larry Jacobs

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868

714-939-6366
949-433-1001 cell

From: Shipping Manager [mailto:shipping@ematic.us]
Sent: Monday, November 06, 2017 5:52 PM
To: 'Larry Jacobs'; 'Jordan Thrasher'
Cc: rohitjoshi@xovision.com
Subject: RE: 17 pallets for today from 90220 to 66049 Sears Phone number - need appointment for 11/10

Hi Larry,

Were you able to get an appointment for 11/10 for Sears?

If you are having an issue or having a hard time getting an appointment, please contact Josh, our supervisor soon as possible.
His email is: rohitjoshi@xovision.com
Or you can call him at 310-966-1133 xtn 303

Thank you
Lyn
310-966-1133
Shaghal Ltd

From: Larry Jacobs [mailto:larry@qtsloads.com]
Sent: Monday, November 6, 2017 5:01 PM
To: 'Shipping Manager'; 'Jordan Thrasher'
Subject: RE: 17 pallets for today from 90220 to 66049 Sears Phone number - need appointment for 11/10

Thank you

Larry Jacobs

1

**1298**

Date 11/7/2017          **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**          Page 1 of 1

| SHIP FROM | Bill of Lading Number: **86234** |
|---|---|
| Shaghal Ltd. (From Logistics Team)<br>19914 S. Via Baron St<br>Rancho Dominguez, CA 90220<br>Phone#310.747.7388 x 2515 / 310.747.7306<br>Contact: Andy Lim | |

| SHIP TO | Carrier Name: QUALITY TRANSPORTATION SERVICES |
|---|---|
| Sears Holding Corp.<br>3051 Lakeview Rd<br>Lawrence, KS 66049<br>Phone# 785-842-9600/785-856-4141 | |

| THIRD PARTY FREIGHT CHARGES BILL TO | PO# 08273598157R |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | |

| Special Instructions:<br>**PLEASE CALL TO NOTIFY DELIVERY APP., PLS SET FOR 11/10/17<br>DELIVERY APPOINTMENT REQUIRED.<br>MUST ARRIVE BY DATE: NOVEMBER 10, 2017.** | Freight Charge Terms (Freight charges are prepaid unless marked otherwise):<br>Prepaid ☐   Collect ☐   3rd Party ☐<br>☐ Master bill of lading with attached underlying bills of lading. |
|---|---|

**CUSTOMER ORDER INFORMATION**

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| INVOICE#886348 / PO# 08273598157 R | 17 pallets | 31,270 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| Grand Total | | | | | |

**CARRIER INFORMATION**

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description<br>Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | | NMFC No. | Class |
| 17 | Pallets | 1010 | boxes | 31,270 lbs | | TV WALL MOUNT KIT | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____

Fee terms: Collect ☐    Prepaid ☐    Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.<br>**Shipper Signature** |
|---|---|

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| _(signature)_ 11/9/17<br><br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | _(signature)_ 11-7-17<br><br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

SEAL# 17537822

17 plts

1010 ctns



# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/1/2017 | 886349 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827359815... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 150 | FUNTAB3 | FUNTAB 3 | 67.00 | | 10,050.00 | |
| 300 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 23,043.00 | |
| 600 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 26,712.00 | |
| | | P.O. #: 08273598158 R | | | | |

| | Grand Total | $59,805.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1300

2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistics*

**PICKING LIST**

**DATE** 10/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  11/10/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/28/2017

*785 856 4141*

**DEPT:** 020      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100760          **PO NO:** 08273598158 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569   5  / FUNTAB3  Ematic Funtab 7"HD Kid Safe Td | FUNTAB3 | 150 | EA $ 67.00 | |
| 2 | 817707016650   10  / 008428717  Ematic 10" Quad-Core Tablet wp | EGQ223BL | 300 | EA $ 76.81 | |
| 3 | 817707016629   10  / 008428721  Ematic 7HD Quad-Core Tablet | EGQ347BL | 600 | EA $ 44.52 | |

KIH PO REF #-Delivery Requested: 20171110|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          11/01/17                         INV #      886349
SOLD TO       SEARS                            PO #    08273598158 R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| FUNTAB3 | 5 | 1 | 30 | 150 | CHINA |
| EGQ223BL | 10 | | 30 | 300 | CHINA |
| EGQ347BL | 10 | 2 | 60 | 600 | CHINA |
| | | | | | |
| | TOTAL | 2 | 120 | 1050 | |

_____

          SIGNATURE


PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                    SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                    SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                    UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME


## THANK YOU FOR YOUR BUSINESS

Web straight bill of lading—original—not negotiable

**YRC FREIGHT**

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

736-828772-1

PRO Number:

Date: 11/03/2017

Shipper number:

Trailer number:

Shipper name:
SHAGHAL LTD (SHIP FROM LOGISTICS TEAM

Address:
19914 S VIA BARON ST,

| City: | State: | ZIP code: |
|-------|--------|-----------|
| RANCHO DOMINGUEZ | CA | 90220 |

Origin city (if different than before):

Consignee name and address:
SEARS HOLDINGS CORP

Attn: RECEIVING

3051 LAKEVIEW RD

| Destination City | State | ZIP code |
|------------------|-------|----------|
| LAWRENCE | KS | 66049 |

Phone Number:
(785) 856-4141

Invoiced:
SHAGHAL LTD

Address:
2231 COLBY AVE

| City: | State: | ZIP code: |
|-------|--------|-----------|
| LOS ANGELES | CA | 90064 |

Customer number:       Store number:       Department:

P.O. Number:
08273598158 R/INV#886349

Special Instructions:
MABD 11/10/17

Contact Name:

☒ Standard

☐ Accelerated

☐ Guaranteed Standard Service by 5 p.m. or end of business day

☐ Guaranteed Midday Window   Between: __/__/__ __/__/__

☐ Time-Critical   Deliver by: __/__/__   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Time-Critical Hour-Window   Deliver on: __/__/__   Between: __/__/__
☐ Time-Critical (fastest ground delivery — no delivery date required)

*Guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Quote I.D.: 94299430

COD fee: Prepaid ☐  Collect ☐   COD amount: $   Customer check OK for COD amount?   Yes ☐  No ☐

| No. shipping units | Kind of packages | No. pieces | Unit of measure | HM | Description of articles, special marks and exemptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 60 | BOX | | ELECTRONICS | 115780 | 100 | 907 | 40 | 48 | 78 |
| 1 | PLT | 60 | BOX | | ELECTRONICS | 115780 | 100 | 760 | 40 | 48 | 60 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| 2 | | 120 | | | GRAND TOTAL | | | 1667 | | | |

EMERGENCY CONTACT

Phone:       Name:       Contract #:

Shipment charges are prepaid
unless marked collect: Collect ☐       Total charges: $

NOTE(1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged so to insure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. _____
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

It is hereby declared that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SHAGHAL LTD (SHIP FROM LOGISTICS TEAM | Carrier: YRC FREIGHT | Trailer #: | Date: | Trailer loaded by: ☐ Shipper  ☐ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by: ☐ Driver pallets said to contain ☐ Shipper ☐ Driver loose pieces ☐ Driver pallets containing |

— Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.



# Shaghal Ltd.
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886350 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827523727... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 20 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 2,010.20 | |
| | | P.O. #: 08275237274 R | | | | |

| | Grand Total | USD 2,010.20 |
|--|-------------|--------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

**1304**

## Thank you for your Business!



# Shaghal Ltd.
### Est. 1985
**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

*Shaghal 11/3*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 11/1/2017 | 886351 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0828917831... | | N/A | | | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 30 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62"<br><br>P.O. #: 08289178310 R | 51.52 | | 1,545.60 | |

| | Grand Total | $1,545.60 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|---|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---|

## Thank you for your Business!

1305

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 10/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                    8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**DELIV DATE**   11/10/2017
**REQST DATE**    / /
**CANCEL DATE**  / /
**ORDER DATE** 10/28/2017

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100763          **PO NO:** 08289178310 R          **PAGE:**   1

SHIP TO:  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774   / 005578010 | ETVS660 | 30 | EA  $ 51.52 | |
| | EMATIC METAL & GLASSUP TP 66LB | | | | |

KIH PO REF #-Delivery Requested: 20171110|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 11/01/17 | | INV # | 886351 |
|------|----------|--|-------|--------|
| SOLD TO | SEARS | | PO # | 08289178310 R |
| | 3333 BEVERLY RD C2-114B | | | |
| | HOFFMAN ESTATES, IL 60176 | | | |

SHIP TO    SEARS HOLDINGS CORPS
333 SOUTH SPRUCE ST
MANTENO, IL 60950-3430

| PACKING LIST | | | | | |
|--------------|--------|---------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 30 | 30 | CHINA |
| | | | | | |
| | **TOTAL** | 1 | 30 | 30 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

OP-097.7(C)    For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC** FREIGHT

SCAC: RDWY

**736-828957-3**

| Date: 11/03/2017 | B/L number: | Trailer number: | PRO Number: |
|---|---|---|---|

Shipper number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Attn: **RECEIVING**

Shipper name:
**SHAGHAL LTD**

Address
**2231 COLBY AVE**

**333 S SPRUCE ST**

| City **LOS ANGELES** | State: **CA** | ZIP code: **90064** | Destination City **MANTENO** | State: **IL** | ZIP Code: **60950** |
|---|---|---|---|---|---|

Origin city (if different than before) | State: | ZIP code: | Phone Number: **(815) 468-3488**

Invoice:

| Customer number: | Store number: | Department: |
|---|---|---|

Address:

P.O. Number:
**08289178310 R/INV#886351**

City: | State: | ZIP code

Special instructions:
MABD : 11/10/17

Contact Name: | Contact Phone:

Faster Standard
☐ Standard    ☐ Accelerated

Standard Guarantees*    Expedited Guaranteed*
☒ Guaranteed Standard Service by 5 p.m. or end of business day    ☐ Time-Critical    Deliver by:  /  /    ☐ By noon  ☐ By 5 p.m. or end of business day
☐ Guaranteed Multiday Window:  Between  /  /  &  /  /    ☐ Time-Critical Hour Window  Deliver on:  /  /    Between:  &

☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:  94316050

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 30 | BOX | | TV STAND/MOUNT | 9981001 | 70 | 2020 | 48 | 46 | 80 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 30 | | | **GRAND TOTAL** | | | 2020 | | | |

EMERGENCY CONTACT
Phone: ___ Name: ___ Contract #: ___

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of this property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Note (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.
It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SHAGHAL LTD** | Carrier: **YRC FREIGHT** | Trailer # **89789** | Date: **11-3-17** | Trailer loaded by:  ☐ Shipper  ☒ Driver |
|---|---|---|---|---|

| Shipper signature: | YRC Freight employee signature: | HM received: | Freight counted by:  ☒ Driver: pallets said to contain |
|---|---|---|---|
| | | | ☐ Shipper  ☐ Driver: pallets containing |
| | | ☐ Shipper  ☐ Driver: Loose pieces | |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

page 1 of 1

# Shaghal Ltd.

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/1/2017 | 886352 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827359815... | | N/A | |

| | Type | Due Date | Ship Date | Ship Via |
|--|------|----------|-----------|----------|
| | | 11/1/2017 | 11/1/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 144 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 2,145.60 | |
| 336 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 5,006.40 | |
| 288 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 7,776.00 | |

P.O. #: 08273598156 R

```
3Y49V7        NOV 3, 2017    ACT WT 16.0 LBS        1 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340887087
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7        NOV 3, 2017    ACT WT 15.0 LBS        2 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340404899
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7        NOV 3, 2017    ACT WT 15.0 LBS        3 OF 16
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341407905
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7        NOV 3, 2017    ACT WT 16.0 LBS        4 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340002719
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7        NOV 3, 2017    ACT WT 15.0 LBS        5 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342615125
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7        NOV 3, 2017    ACT WT 16.0 LBS        6 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342141137
REF 1:INV#886352
REF 2:PO#08273698156 R

HANDLING CHARGE 0.00
SINGLE–PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00           COD    0.00          RS 0.00
DC 0.00           DGD    0.00          SD 0.00
AH 0.00           PR     0.00          SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 16.85           PUB+HC16.85
```

| | Grand Total | $14,928.00 |
|--|-------------|------------|

...y acknowledged and accepted in full.

| Prepared By |
|-------------|

State of California. Vendee agrees to the terms and con

## Thank you for your Business!

1309

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal*

DATE  10/30/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  11/10/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  10/28/2017

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100758              **PO NO:** 08273598156 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  48 / 006237877  (3) — 15 lb  EMATIC MP3 PLAYER | EM208VID RD | (144) | EA $ 14.90 |
| 2 | 817707012676  48 / 006238001  (7) — 15 lb  EMATIC MP3 PLAYER | EM208VID BL | (336) | EA $ 14.90 |
| 3 | 817707016803  48 / 006238011  (6) — 15 lb  EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | (288) | EA $ 27.00 |

Box's

KIH PO REF #-Delivery Requested: 20171110|

UPS Ground

(W) → 240 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE     11/01/17

SOLD TO     SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

INV #     886352

PO #     08273598156 R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 3 | 144 | CHINA |
| EM208VIDBL | 48 | | 7 | 336 | CHINA |
| EM318VIDBL | 48 | | 6 | 288 | CHINA |
| | TOTAL | | 16 | 768 | |

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      7 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342636746
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      8 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341917953
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      9 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341160761
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      10 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342601177
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      11 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340635189
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7      NOV 3, 2017   ACT WT 15.0 LBS      12 OF 16
SVC GNDCOM              BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341418797
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:          SVC 7.72 USD
DV 0.00            COD  0.00          RS 0.00
DC 0.00            DGD  0.00          SD 0.00
AH 0.00            PR   0.00          SP 0.00
TOT NR CHG 7.72                NR+HC7.72
TOT PUB CHG 16.85             PUB+HC16.85
```

```
3Y49V7            NOV 3, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS              13 OF 16
TRACKING# 1Z3Y49V70341468000
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV  0.00                                    SVC  7.72 USD
DC  0.00              COD   0.00             RS  0.00
AH  0.00              DGD   0.00             SD  0.00
                      PR    0.00             SP  0.00
TOT NR CHG 7.72
TOT PUB CHG 16.85                    NR+HC7.72
                                     PUB+HC16.85
```

```
3Y49V7            NOV 3, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS              14 OF 16
TRACKING# 1Z3Y49V70340768814
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV  0.00                                    SVC  7.72 USD
DC  0.00              COD   0.00             RS  0.00
AH  0.00              DGD   0.00             SD  0.00
                      PR    0.00             SP  0.00
TOT NR CHG 7.72
TOT PUB CHG 16.85                    NR+HC7.72
                                     PUB+HC16.85
```

```
3Y49V7            NOV 3, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS              15 OF 16
TRACKING# 1Z3Y49V70340227227
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV  0.00                                    SVC  7.72 USD
DC  0.00              COD   0.00             RS  0.00
AH  0.00              DGD   0.00             SD  0.00
                      PR    0.00             SP  0.00
TOT NR CHG 7.72
TOT PUB CHG 16.85                    NR+HC7.72
                                     PUB+HC16.85
```

```
3Y49V7            NOV 3, 2017    ACT WT 15.0 LBS
SVC GNDCOM              BL WT 15.0 LBS              16 OF 16
TRACKING# 1Z3Y49V70342369231
REF 1:INV#886352
REF 2:PO#08273598156 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV  0.00                                    SVC  7.72 USD
DC  0.00              COD   0.00             RS  0.00
AH  0.00              DGD   0.00             SD  0.00
                      PR    0.00             SP  0.00
TOT NR CHG 7.72
TOT PUB CHG 16.85                    NR+HC7.72
                                     PUB+HC16.85
```

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 11/15/2017 | 893347 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827360289... | | N/A | | | | 11/15/2017 | 11/15/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 96 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 1,430.40 | |
| 96 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 1,430.40 | |
| 192 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 5,184.00 | |
| | | REF PO# 08273602894 R | | | | |

3Y49V7        NOV 21, 2017   ACT WT 15.0  LBS              1 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342238463
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.85                PUB+HC16.85

3Y49V7        NOV 21, 2017   ACT WT 15.0  LBS              2 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70340161262
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.85                PUB+HC16.85

3Y49V7        NOV 21, 2017   ACT WT 15.0  LBS              3 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341981679
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.85                PUB+HC16.85

3Y49V7        NOV 21, 2017   ACT WT 15.0  LBS              4 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70342395686
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 16.85                PUB+HC16.85

3Y49V7        NOV 21, 2017   ACT WT 16.0  LBS              5 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341269290
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.39                PUB+HC17.39

3Y49V7        NOV 21, 2017   ACT WT 16.0  LBS              6 OF 8
SVC GNDCOM                BL WT 16.0  LBS
TRACKING# 1Z3Y49V70341188609
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.72 USD
DV 0.00               COD  0.00          RS 0.00
DC 0.00               DGD  0.00          SD 0.00
AH 0.00               PR   0.00          SP 0.00
TOT NR CHG 7.72                  NR+HC7.72
TOT PUB CHG 17.39                PUB+HC17.39

| | Grand Total | $8,044.80 |
|---|---|---|

acknowledged and accepted in full.

Thank you for y

1313

2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 11/15/2017

_Shaghd_  8273

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE** 11/29/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 11/15/2017

**DEPT**: 018      **TYPE**: R      **INSTRUCTIONS**:

**ORDER NO:** 100764          **PO NO:** 08273602894 R          **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652, 48 / 006237877 EMATIC MP3 PLAYER | EM208VID RD | 96 | EA $ | 14.90 |
| 2 | 817707012676 48 / 006238001 EMATIC MP3 PLAYER | EM208VID BL | 96 | EA $ | 14.90 |
| 3 | 817707016803 48 / 006238011 EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 192 | EA $ | 27.00 |

KIH PO REF #-Delivery Requested: 20171129|

Box's

(2) - 15 lbs
(2) - 15 lbs
(4) - 16 lbs

(8) Box's

(W) → 124 lbs

UPS Ground

(W) → 124 lbs

1314



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA. 90064
T (310) 966 1133      F (310) 966 1134

DATE        11/15/17

SOLD TO     SEARS
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

INV #        893347
PO #         08273602894 R

SHIP TO     SEARS HOLDINGS CORPS
            3051 LAKEVIEW RD
            LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 2 | 96 | CHINA |
| EM208VIDBL | 48 | | 2 | 96 | CHINA |
| EM318VIDBL | 48 | | 4 | 192 | CHINA |
| | | | | | |
| TOTAL | | | 8 | 384 | |

```
3Y49V7       NOV 21, 2017   ACT WT 16.0 LBS          7 OF 8
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342169315
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.39           PUB+HC17.39
```

SIGN/

```
3Y49V7       NOV 21, 2017   ACT WT 16.0 LBS          8 OF 8
SVC GNDCOM                  BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342107728
REF 1:INV#893347
REF 2:PO#08273602894 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:            SVC  7.72 USD
DV 0.00              COD   0.00        RS 0.00
DC 0.00              DGD   0.00        SD 0.00
AH 0.00              PR    0.00        SP 0.00
TOT NR CHG 7.72              NR+HC7.72
TOT PUB CHG 17.39           PUB+HC17.39
```

PLEASE NOTE:    UPON REC
                S
SHORTAGI
                UPON D

/ ITEM MUST BE REPORTED TO THE
IS ON DAMAGES/PARTIAL
AID ONLY IF FILED WITHIN 21 DAYS
CLAIM WITHIN THE TIME FRAME

**1315**

*Exhibit Pg 210 of 307C*

# Shaghal Ltd.
Est. 1985

**INVOICE - A**
OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 12/05/2017 | 914456 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827360667... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/05/2017 | 12/05/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08273606679 R | | | | |

```
3Y49V7        DEC 6, 2017    ACT WT 16.0 LBS
SVC GNDCOM               BL WT 16.0  LBS        1 OF 3
TRACKING# 1Z3Y49V70341346964
REF 1:INV#914456
REF 2:PO#08273606679 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV  0.00           COD   0.00        RS  0.00
DC  0.00           DGD   0.00        SD  0.00
AH  0.00           PR    0.00        SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 16.85               PUB+HC16.85


3Y49V7        DEC 6, 2017    ACT WT 16.0 LBS
SVC GNDCOM               BL WT 16.0  LBS        2 OF 3
TRACKING# 1Z3Y49V70341429767
REF 1:INV#914456
REF 2:PO#08273606679 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV  0.00           COD   0.00        RS  0.00
DC  0.00           DGD   0.00        SD  0.00
AH  0.00           PR    0.00        SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 16.85               PUB+HC16.85


3Y49V7        DEC 6, 2017    ACT WT 16.0 LBS
SVC GNDCOM               BL WT 16.0  LBS        3 OF 3
TRACKING# 1Z3Y49V70340010175
REF 1:INV#914456
REF 2:PO#08273606679 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:           SVC  7.72 USD
DV  0.00           COD   0.00        RS  0.00
DC  0.00           DGD   0.00        SD  0.00
AH  0.00           PR    0.00        SP  0.00
TOT NR CHG 7.72                   NR+HC7.72
TOT PUB CHG 16.85               PUB+HC16.85
```

acknowledged and accepted in full.

| Grand Total | $2,726.40 |
|-------------|-----------|

Prepared By

Ven
said
t
ac
proc
to s
legal

re in good condition and accepts them in
ecial orders can be accepted. However, in
harge of 15% per month. All past due
n the event Vendor institutes collection
endee shall pay to the Vendor in addition
r therewith. In connection with any such
nia, and consent to the jurisdiction of the
s described herein.

Authorized By

**Thank you for your Business!**

PICKING LIST

*Shaghal* — 12/06

**DATE** 11/29/2017

2231 COLBY AVE
LOS ANGELES  CA  90024

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  12/13/2017
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  11/29/2017

**DEPT:** 018      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100765      **PO NO:** 08273606679 R      **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | | Box | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|---|---|
| 1 | 817707012652 | / 006237877 | ① — 15 lb | EM208VID RD | 48 | EA | $ 14.90 |
|   | EMATIC MP3 PLAYER | | | | | | |
| 2 | 817707012676 | / 006238001 | ① 15 lb | EM208VID BL | 48 | EA | $ 14.90 |
|   | EMATIC MP3 PLAYER | | | | | | |
| 3 | 817707016803 | / 006238011 | ① 15 lbs | EM318VID BL | 48 | EA | $ 27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | | | |

KIH PO REF #-Delivery Requested: 20171213|

UPS Ground

Ⓦ — 45 lb

**1317**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE**    12/05/17    **INV #**    914456
**SOLD TO**    SEARS    **PO #**    08273606679 R
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**    SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

_____
SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

*Shaghal 12/15*

# INVOICE - A
## OFFICE COPY

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 12/07/2017 | 916248 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827360846... | | N/A | | | | 12/07/2017 | 12/07/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | PO# 08273608469R | | | | |

```
3Y49V7        DEC 16, 2017   ACT WT 16.0 LBS      1 OF 3
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342701004
REF 1:INV#916248
REF 2:PO#08273608469 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.85                  PUB+HC16.85
```

```
3Y49V7        DEC 16, 2017   ACT WT 15.0 LBS      3 OF 3
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340620220
REF 1:INV#916248
REF 2:PO#08273608469 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.85                  PUB+HC16.85
```

```
3Y49V7        DEC 16, 2017   ACT WT 15.0 LBS      2 OF 3
SVC GNDCOM               BL WT 16.0 LBS
TRACKING# 1Z3Y49V70340671818
REF 1:INV#916248
REF 2:PO#08273608469 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.72                    NR+HC7.72
TOT PUB CHG 16.85                  PUB+HC16.85
```

| | Grand Total | $2,726.40 |
|---|---|---|

:nowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

**1319**

2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 12/06/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

| | |
|---|---|
| DELIV DATE | 12/21/2017 |
| REQST DATE | / / |
| CANCEL DATE | / / |
| ORDER DATE | 12/06/2017 |

**DEPT:** 018      **TYPE:** R          INSTRUCTIONS:

**ORDER NO:** 100766          PO NO: 08273608469 R          **PAGE:**  1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652   / 006237877 <br> EMATIC MP3 PLAYER | EM208VID RD | 48 | EA $14.90 | |
| 2 | 817707012676   / 006238001 <br> EMATIC MP3 PLAYER | EM208VID BL | 48 | EA $14.90 | |
| 3 | 817707016803   / 006238011 <br> EMATIC BT MP3 PLAYR 1.5IN BLAC | EM318VID BL | 48 | EA $27.00 | |

KIH PO REF #-Delivery Requested: 20171221|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** | 12/11/17 |
| **SOLD TO** | SEARS<br>3333 BEVERLY RD C2-114B<br>HOFFMAN ESTATES, IL 60176 |

**INV #**  916248
**PO #**  08273608469 R

| | |
|---|---|
| **SHIP TO** | SEARS HOLDINGS CORPS<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | TOTAL | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Contra A Pg 216 of 307

# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/14/2017 | 922505 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827361027... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/14/2017 | 12/14/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |
| | | REF: PO#08273610272 R | | | | |

```
3Y49V7        DEC 19, 2017   ACT WT 15.0 LBS        1 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340038379
REF 1:INV#922505
REF 2:PO#08273610272 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85            PUB+HC16.85
```

```
3Y49V7        DEC 19, 2017   ACT WT 15.0 LBS        3 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340899994
REF 1:INV#922505
REF 2:PO#08273610272 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85            PUB+HC16.85
```

```
3Y49V7        DEC 19, 2017   ACT WT 15.0 LBS        2 OF 3
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340884384
REF 1:INV#922505
REF 2:PO#08273610272 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.72 USD
DV 0.00         COD   0.00         RS 0.00
DC 0.00         DGD   0.00         SD 0.00
AH 0.00         PR    0.00         SP 0.00
TOT NR CHG 7.72               NR+HC7.72
TOT PUB CHG 16.85            PUB+HC16.85
```

| | Grand Total | $2,726.40 |
|--|-------------|-----------|

...knowledged and accepted in full.

_____
Customer Signature

| Prepared By |
|-------------|

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

| Authorized By |
|---------------|

## Thank you for your Business!

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**DATE** 12/13/2017

| | |
|---|---|
| **SHIP-TO ADDRESS** | **SHIP-FOR ADDRESS** |
| SEARS HOLDINGS CORP          8273 | SEARS HOLDINGS CORP |
| | 3051 LAKEVIEW RD |
| 3051 LAKEVIEW RD | LAWRENCE  KS  66049 |
| LAWRENCE  KS  66049 | |

**DELIV DATE** 12/27/2017
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 12/13/2017

**DEPT:** 018     **TYPE:** R     **INSTRUCTIONS:**

**ORDER NO:** 100767     **PO NO:** 08273610272 R     **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707012652  / 006237877 | EM208VIDRD | 48 | EA | $14.90 |
| | EMATIC MP3 PLAYER | | | | |
| 2 | 817707012676  / 006238001 | EM208VIDBL | 48 | EA | $14.90 |
| | EMATIC MP3 PLAYER | | | | |
| 3 | 817707016803  / 006238011 | EM318VIDBL | 48 | EA | $27.00 |
| | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

KIH PO REF #-Delivery Requested: 20171227|

1323



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          12/14/17                                    INV #        922505
SOLD TO       SEARS                                       PO #    08273610272 R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| EM318VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 3 | 144 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

1324

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/26/2017 | 931552 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827361228... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/26/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 150 | ESFC204 | ESFC204 | 9.82 | | 1,473.00 | |
| 174 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 5,804.64 | |
| 195 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 3,139.50 | |
| 170 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 2,998.80 | |
| 110 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,148.40 | |
| | | REF: PO# 08273612286R | | | | |

| | Grand Total | $14,564.34 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1325

SHAGHAL
2231 COLBY AVE
LOS ANGELES CA 90024

*Logistics* — 12/29

DATE 12/20/2017

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

DELIV DATE 01/05/2018
REQST DATE / /
CANCEL DATE / /
ORDER DATE 12/20/2017

MABD – 1/3 1/4 1/5

DEPT: 012     TYPE: R     INSTRUCTIONS:

ORDER NO: 100768          PO NO: 08273612286 R          PAGE: 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 815592020066 50 / 008130386 (3) Ematic Wallmount Tool Kit | ESFC204 | (150) | EA $9.82 | |
| 2 | 817707019804 5 / 008990735 (87) EMATIC TV Wall Mount Kit for 3 | EMW5306 | (174) | EA $ 33.36 | |
| 3 | 817707019798 5 / 008990801 (29) EMATIC TV Wall Mount Kit for 3 | EMW6201 | (195) | EA $ 16.10 | |
| 4 | 817707019811 5 / 008991066 (34) EMATIC TV Wall Mount Kit for 1 | EMW4101 | (170) | EA $ 17.64 | |
| 5 | 817707019781 5 / 008991079 (22) EMATIC TV Wall Mount Kit for 1 | EMW3401 | (110) | EA $ 10.44 | |
| 6 | 817707019828 10 / 008991102 (84) B/O EMATIC TV Wall Mount Kit for 2 | EMW5105 | (840) | EA $ 7.20 | |

KIH PO REF #-Delivery Requested: 20180105|

269 Box's

#1) 40" x 48" x 74" → EMW5306 → (49) Box → 1728 l

#2) 40" x 48" x 78" → EMW5306 → (38) Box
                        ESFC204 → (3) Box's → 1727 lb
                        EMW6201 → (10) Box

#3) 40" x 48" x 84" → EMW6201 → (29) Box's → 2071 lb
                        EMW4101 → (27) Box's

#4) 40" x 48" x 38" → EMW4101 → (7) Box's → 755 lb
                        EMW3401 → (22) Box's →

6281 lbs

(4) PALLETS          269 lbs          (W) →          lbs

**1326**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE          12/28/17                            INV #      931552
SOLD TO       SEARS                               PO #    08273612286R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW5306 | 2 | 1 | 49 | 98 | CHINA |
| EMW5306 | 2 | 2 | 38 | 76 | CHINA |
| ESFC204 | 50 | | 3 | 150 | CHINA |
| EMW6201 | 5 | | 10 | 50 | CHINA |
| EMW6201 | 5 | 3 | 29 | 145 | CHINA |
| EMW4101 | 5 | | 27 | 135 | CHINA |
| EMW4101 | 5 | 4 | 7 | 35 | CHINA |
| EMW3401 | 5 | | 22 | 110 | CHINA |
| | TOTAL | 4 | 185 | 799 | |

_____
        SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                    SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                    SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                    UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

| Shipper | SHAGHAL C/O LOGISTICS TEAM | Carrier: UPS Freight | Shipment Date: 12/29/2017 |
| Address: | 19914 S. VIA BARON ST | PO # : 0827361122 86 R | Est. Transit Days: 3 day(s) |
| | Rancho Dominguez, CA 90220 | Shipper Ref #: | Carrier PRO #: |
| Country: | USA | Origin Terminal: | Destination Terminal: |
| Contact Name: | BRENDA | P:(323) 837-1220 | P:(913) 281-0055 |
| Phone No: | (310) 747-7388 | | |
| Fax No: | | | |

| Consignee | SEARS HOLDING CORP | **Third Party Billing Information :** |
| Address: | 3051 LAKEVIEW RD | All charges prepaid to : |
| | Lawrence, KS 66049 | GlobalTranz |
| Country: | USA | PO Box 6348 |
| Contact Name: | RECEIVING | Scottsdale AZ 85261 |
| Phone No: | (785) 856-4141 | Direct billing inquiries to : (866) 275-1407 |
| Fax No: | | GTZ BOL NO : 14758789 |

Comments/Special Instructions: Notify Prior To Arrival

Delivery Remarks:PO# 08273612286R. CALL 24-48 HOURS
PRIOR TO DELIVERY. MUST ARRIVE BY 1/5/18.
INVOICE # 931552

Any Problems with Delivery please call Dispatch at (909) 357-9600 Option 1 or 2

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 1 | 49 | | MOUNTINGS | 1727 lbs | 70 | 40 In | 48 In | 74 In | 93600 |
| Pallets(40x48) | 1 | 51 | | MOUNTINGS | 1727 lbs | 70 | 40 In | 48 In | 78 In | 93600 |
| Pallets(40x48) | 1 | 56 | | MOUNTINGS | 2071 lbs | 70 | 40 In | 48 In | 84 In | 93600 |
| Pallets(40x48) | 1 | 29 | | MOUNTINGS | 755 lbs | 70 | 40 In | 48 In | 38 In | 93600 |
| Total: | 4 | 185 | | | 6281 lbs | | | | | |

Any problems with delivery, please contact Dispatch, a GlobalTranz agency at dispatch@freightprologisticsllc.com or (909) 357-9600x1.

The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.

Shipper Certification : I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping na and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmen regulations.

Shipper's Signature:                                      Date: 12/29/17          Trailer#: _____

Driver's Signature:                                       Date: 12/29           Trailer#: _____

Drivers Certification : Carrier acknowledges receipt of packages in good order condition and quantity unless otherwise stated hereon. Car certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency respon guidebook or equivalent in the vehicle.

Print Name: _____

Consignee Signature: _____

Date: _____

Company Name: _____

Permanent post-office address of the Shipper: _____

* Mark with "X" to designate material as defined in Title 49 CFR

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIA
THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-3



236 711 661 LO

UPS Freight



**Shaghal Ltd.**
Est. 1985

**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/28/2017 | 932455 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827361265... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 12/28/2017 | 12/28/2017 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 505 | FUNTAB3 | FUNTAB 3 | 67.00 | | 33,835.00 | |
| 600 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 46,086.00 | |
| 720 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 32,054.40 | |
| | | REF: PO# 08273612652R | | | | |

| | Grand Total | USD 111,975.40 |
|--|-------------|----------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1329**

**Thank you for your Business!**



**Shaghal Ltd.**
Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 12/29/2017 | 932860 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827361432... | | N/A | | | | 12/29/2017 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 384 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 5,721.60 | |
| 384 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 5,721.60 | |
| | | REF: PO# 08273614322R | | | | |

| | Grand Total | USD 11,443.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1330**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/05/2018 | 935028 ✓ |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827361615... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/05/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO# 08273616159 R | | | | |

3Y49V7          JAN 10, 2018    ACT WT 15.0 LBS         1 OF 2
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70340186263
REF 1:INV#935028
REF 2:PO#08273616159 R

3Y49V7          JAN 10, 2018    ACT WT 15.0 LBS         2 OF 2
SVC GNDCOM                     BL WT 15.0 LBS
TRACKING# 1Z3Y49V70342006677
REF 1:INV#935028
REF 2:PO#08273616159 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00              COD      0.00         RS 0.00
DC 0.00              DGD      0.00         SD 0.00
AH 0.00              PR       0.00         SP 0.00
TOT NR CHG 7.99                       NR+HC7.99
TOT PUB CHG 16.85                     PUB+HC16.85

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC  7.99 USD
DV 0.00              COD      0.00         RS 0.00
DC 0.00              DGD      0.00         SD 0.00
AH 0.00              PR       0.00         SP 0.00
TOT NR CHG 7.99                       NR+HC7.99
TOT PUB CHG 16.85                     PUB+HC16.85

| Grand Total | $1,430.40 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.  F

Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**1331**

2231 COLBY AVE
LOS ANGELES   CA   90024

PICKING LIST

**DATE** 01/04/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE   KS   66049

**SHIP FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE   KS   66049

**DELIV DATE**   01/17/2018
**REQST DATE**   / /
**CANCEL DATE**   / /
**ORDER DATE**   01/04/2018

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100772                 **PO NO:** 08273616159 R                      **PAGE:**   1

**SHIP TO:**  SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652  48  / 006237877  EMATIC MP3 PLAYER | EM208VIDRD | 48 | EA | $ 14.90 |
| 2 | 817707012676  48  / 006238001  EMATIC MP3 PLAYER | EM208VIDBL | 48 | EA | $ 14.90 |

KIH PO REF #-Delivery Requested: 20180117|

2 Box's

UPS Ground

W  → 30 lbs

1332



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | |
|---|---|
| **DATE** 01/05/18 | **INV #** 935028 |
| | **PO #** 08273616159 R |

**SOLD TO**
SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**
SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | **TOTAL** | | 2 | 96 | |

_____
**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

1333

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/12/2018 | 937717 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES. IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827361759... | | N/A | | | | 01/12/2018 | 01/12/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5"  8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5"  8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | REF: PO# 08273617595 R | | | | |

3Y49V7        JAN 17, 2018    ACT WT 16.0 LBS        1 OF 2
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342490671
REF 1:INV#937717
REF 2:PO#08273617595 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.99 USD
DV  0.00            COD   0.00        RS  0.00
DC  0.00            DGD   0.00        SD  0.00
AH  0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99            NR + HC7.99
TOT PUB CHG 16.85            PUB + HC16.85

3Y49V7        JAN 17, 2018    ACT WT 16.0 LBS        2 OF 2
SVC GNDCOM                    BL WT 16.0 LBS
TRACKING# 1Z3Y49V70342544685
REF 1:INV#937717
REF 2:PO#08273617595 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.99 USD
DV  0.00            COD   0.00        RS  0.00
DC  0.00            DGD   0.00        SD  0.00
AH  0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99            NR + HC7.99
TOT PUB CHG 16.85            PUB + HC16.85

| | Grand Total | $1,430.40 |
|--|-------------|-----------|

All terms, condi

II.

Prepared By

Customer Signature

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1334**

2231 COLBY AVE
LOS ANGELES  CA  90024

Shagha → 01/17

**DATE** 01/10/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049  V

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  01/24/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  01/10/2018

**DEPT:** 018      **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100774        **PO NO:** 08273617595 R  V        **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652   / 006237877<br>EMATIC MP3 PLAYER | (1) — 15 lbs EM208VID RD | (48) | EA $ 14.90 V | |
| 2 | 817707012676   / 006238001<br>EMATIC MP3 PLAYER | (1) — 15 lb EM208VID BL | (48) | EA $ 14.90 V | |
| ~~3~~ | ~~817707018003~~   / ~~006238044~~<br>~~EMATIC BT MP3 PLAYR 1.8IN BLAC~~ | 2 Box's ~~EM818VID~~ | ~~48~~ | ~~EA~~ | |

KIH PO REF #-Delivery Requested: 20180124|

UPS Ground

(W) — 30 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 01/12/18 | INV #    937717 V |
| SOLD TO | SEARS | PO #    08273617595 R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | V |
| | | |
| SHIP TO | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049  V | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 V | 48 V | CHINA |
| EM208VIDBL | 48 | | 1 V | 48 V | CHINA |
| | | | | | |
| | TOTAL | | 2 V | 96 V | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/23/2018 | 941847 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings 3333 BEVERLY RD. C2-114B HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP 3051 LAKEVIEW RD LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827361923... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/23/2018 | 01/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM318VIDBL | MP3 Videoplayer w/ Bluetooth (Black) | 27.00 | | 1,296.00 | |

PO# 0827361923 2R

```
3Y49V7        JAN 24, 2018   ACT WT 15.0 LBS         1 OF 2
SVC GNDCOM                   BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341424771
REF 1:INV#941847
REF 2:PO#08273619232 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.85             PUB+HC16.85


3Y49V7        JAN 24, 2018   ACT WT 15.0 LBS         2 OF 2
SVC GNDCOM                   BL WT 16.0 LBS
TRACKING# 1Z3Y49V70341214784
REF 1:INV#941847
REF 2:PO#08273619232 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00             COD   0.00      RS 0.00
DC 0.00             DGD   0.00      SD 0.00
AH 0.00             PR    0.00      SP 0.00
TOT NR CHG 7.99               NR+HC7.99
TOT PUB CHG 16.85             PUB+HC16.85
```

| | Grand Total | $2,011.20 |

...and accepted in full.

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

1337

SHAGHA
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

DATE 01/17/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE** 01/31/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 01/17/2018

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100776        **PO NO:** 08273619232 R        **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652    / 006237877 | EM208VID | 48 | EA | $ 14.70 |
| 2 | 817707016803    / 006238011 | EM318VID | 48 | EA | $ 27.00 |
|   | EMATIC BT MP3 PLAYR 1.5IN BLAC | | | | |

EMATIC MP3 PLAYER

KIH PO REF #-Delivery Requested: 20180131



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 01/23/18 | **INV #** | 941847 V |
| **SOLD TO** | SEARS | **PO #** | 08273619232R V |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**      SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049 V

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| EM208VIDRD | 48 | | 1 V | 48 V | CHINA |
| EM318VIDBL | 48 | | 1 V | 48 V | CHINA |
| | | | | | |
| | **TOTAL** | 0 | 2 V | 96 V | |

**SIGNATURE**

**PLEASE NOTE:**      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/29/2018 | 943421 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827362135... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 550 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 8,855.00 | |
| 1.130 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 19,933.20 | |
| | | REF: PO# 08273621352R | | | | |

| | Grand Total | $28,788.20 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1340

SHAGHAI
2231 COLBY AVE
LOS ANGELES CA 90024

*PICKING LIST*

*(3)*

*Logistics → 01/31* *(V)*

**DATE** 01/25/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE KS 66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

*785-842-9600*

*2/5 - 2/6 - 2/7*
**DELIV DATE** 02/07/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 01/25/2018

**DEPT:** 012          **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100777          **PO NO:** 08273621352 R          **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Box's | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|-------|--------------|-------------|-----------------|----------|
| | ~~817707019804 / 008990733~~ | | ~~EMW~~ | ~~360~~ | ~~EA~~ | |
| | ~~EMATIC TV Wall Mount Kit for~~ | | | | | |
| 2 | 817707019798 5 / 008990801 | 110 | EMW6201 | 550 | EA | $ 16.10 |
| | EMATIC TV Wall Mount Kit for 3 | | | | | |
| 3 | 817707019811 5 / 008991066 | 226 | EMW4101 | 1130 | EA | $ 17.64 |
| | EMATIC TV Wall Mount Kit for 1 | | | | | |
| | ~~817707019781 / 008991070~~ | | ~~EMW3101~~ | | | |
| | ~~EMATIC TV Wall Mount Kit for 1~~ | | | | | |
| | ~~817707019828 / 008991102~~ | | ~~EMW5105~~ | ~~360~~ | ~~EA~~ | |
| | ~~EMATIC TV Wall Mount Kit for 2~~ | | | | | |

KIH PO REF #-Delivery Requested: 20180207|

#1 — #2   40" X 48" X 84" → EMW6201 — 55 Box

#3 — #4   40" X 48" X 76" — EMW4101 → 50 Box

#5 — #6   40" X 48" X 76 — EMW4101 → 50 Box

#7   40" X 48" X 40" → EMW4101 — 26 Box

7 PALLETS

W
#1 - #2 → 1839 lbs
#3 - #6 → 2045 lbs
#7 — 1083 lbs

**1341**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          01/29/18                                    INV #      943421
SOLD TO       SEARS                                       PO #    08273621352R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW6201 | 5 | 1 | 55 | 275 | CHINA |
| EMW6201 | 5 | 2 | 55 | 275 | CHINA |
| EMW4101 | 5 | 3 | 50 | 250 | CHINA |
| EMW4101 | 5 | 4 | 50 | 250 | CHINA |
| EMW4101 | 5 | 5 | 50 | 250 | CHINA |
| EMW4101 | 5 | 6 | 50 | 250 | CHINA |
| EMW4101 | 5 | 7 | 26 | 130 | CHINA |
|  |  |  |  |  |  |
|  | TOTAL | 7 | 336 | 1680 |  |

SIGNATURE

PLEASE NOTE:        UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                   SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
              SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
              UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**1342**

# BILL OF LADING SHORT FORM - NON NEGOTIABLE

| SHIP FROM | | Bill of Lading Number: **86905** |
|---|---|---|
| stics Team<br>9201 S. Reyes Avenue<br>Rancho Dominguez, CA 90221<br>310-747-7388 | | INVOICE #94342 CODE SPACE |

| SHIP TO | Carrier Name: QUALITY TRANSPORTATION |
|---|---|
| Sears Holdings Corp<br>3051 Lakeview Rd.<br>Lawrence, KS 66049<br>Phone# 785-842-9600 | SOUTH STAR SCAC CODE: QLTV<br>#98 |

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO#08273621352 R<br><br>BAR CODE SPACE |

**Special Instructions:**
Must deliver by Feb 5-7, 2018

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ❑    Collect ❑    3rd Party ❑
❑ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| | 7 pallets | 12941 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | | | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 7 | Pallets | 336 | boxes | 12941 lbs | | TV wall mount | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $ _____**
Fee terms: Collect ❑    Prepaid ❑    Customer check acceptable ❑

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ❑ By shipper<br>❑ By driver | ❑ By shipper<br>❑ By driver/pallets said to contain<br>❑ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |



# Shaghal Ltd.
### Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/29/2018 | 943422 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827525842... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 87 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 4,482.24 | |
| 29 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 2,914.79 | |
| | | REF: PO# 08275258423R | | | | |

| | |
|--|--|
| **Grand Total** | **$7,397.03** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1344**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA   90024

PICKING LIST

DATE 01/26/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8275

1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS  PA   19030

**DELIV DATE**   02/07/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   01/26/2018

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100779          **PO NO:** 08275258423 R          **PAGE:**    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774      / 005578010<br>EMATIC METAL & GLASSUP TP 66LB | ETVS660 | 87 | EA $ 51.52 | |
| 2 | 817707019897      / 005636023<br>EMATIC METAL GLASS  UP TO 70LB | ETVS670 | 29 | EA $ 100.51 | |

KIH PO REF #–Delivery Requested: 20180207|



(87) — 66 /lb.

(29) — 70 lbs

(116) Box's



(#1) — (#3)   40"x46" x70" → ETUS660 — (26) Box'

(#4) — (#5)   59"x24" x 73" → ETUS670 — (13) Box'

(#6)   59" x 46" x 50" → ETUS660 → (9) Box'
                                        ETUS670 → (3) Box'

(6) PALLETS

(W) →



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          01/29/18

SOLD TO       SEARS
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

INV #      943422
PO #    08275258423R

SHIP TO       SEARS HOLDINGS CORPS
              1 KRESGE ROAD
              FAIRLESS HILLS, PA 19030

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS670 | 1 | 4 | 13 | 13 | CHINA |
| ETVS670 | 1 | 5 | 13 | 13 | CHINA |
| ETVS660 | 1 | 6 | 9 | 9 | CHINA |
| ETVS670 | 1 | | 3 | 3 | CHINA |
| | | | | | |
| | TOTAL | 6 | 116 | 116 | |

SIGNATURE

PLEASE NOTE:      UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
                 REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
                 DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
                 ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
                 CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

1346

Date 1/30/2018

**BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**

CSHP51 PU 241 OP 307

| SHIP FROM | Bill of Lading Number: **86902** |
|---|---|

Logistics Team
19201 S. Reyes Avenue
Rancho Dominguez, CA 90221
310-747-7388

BAR CODE SPACE

**SHIP TO**

Sears Holdings Corp.
1 Kresge Road
Fairless Hills, PA 19030
215-736-8280

**Carrier Name:**
W14720  QUALITY TRANSPORTATION /
CNAF LLC
SCAC CODE: QUTV
4P#2123484

**THIRD PARTY FREIGHT CHARGES BILL TO**

Quality Transportation Services
1820 W. Orangewood Ave #213
Orange, CA 92868
PH 714-939-6366 FX 714-939-6362

PO#08275258423 R

BAR CODE SPACE

**Special Instructions:**

**Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):
Prepaid ❑   Collect ❑   3rd Party ❑

❑ Master bill of lading with attached underlying bills of lading.

**CUSTOMER ORDER INFORMATION**

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| | 61 pallets | 8012 lbs | Y | N | |
| | Cyd | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |

**Grand Total**

**CARRIER INFORMATION**

| Handling Unit | | Package | | Weight | HM (X) | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 5 | Pallets | 116 | boxes | 8012 lbs | | TV wall mount | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $** _____
Fee terms: Collect ❑   Prepaid ❑   Customer check acceptable ❑

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature** _____

| **Shipper Signature/Date** | **Trailer Loaded:** | **Freight Counted:** | **Carrier Signature/Pickup Date** |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ❑ By shipper ❑ By driver | ❑ By shipper ❑ By driver/pallets said to contain ❑ By driver/pieces | 1/30/18 Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

**1347**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/29/2018 | 943423 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 34474 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0829221839... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 114 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62" | 51.52 | | 5,873.28 | |
| 37 | ETVS670 | Ematic 3 Shelf TV Stand for Displays up to 62" | 100.51 | | 3,718.87 | |
| | | REF: PO# 08292218397R | | | | |

| Grand Total | $9,592.15 |
|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1348**

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST



DATE 01/26/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8292

655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

*Logistic*

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA  FL  344749365

**DELIV DATE**  02/07/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  01/26/2018

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100782                **PO NO:** 08292218397 R        **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019774    / 005578010 EMATIC METAL & GLASS UP TP 66LB | (114) ~ 66 lbs ETVS660 | (114) | EA $ | 51.52 |
| 2 | 817707019897    / 005636023 EMATIC METAL GLASS  UP TO 70LB | (37) ~ 70 lbs ETVS670 | (37) | EA $ | 100.51 |

KIH PO REF #-Delivery Requested: 20180207|

(151) Boxs



(#1) — (#4)  40" x 46" x 70" → ETVS660 → (26) Box's

(#5) — (#6)  59" x 24" x 73" → ETVS670 → (13) Box's

(#7)  **59" x 46" x 85"** → ETVS670 → (11) Box's

→ ETVS660 → (10) Box's

(7) PALLETS

(W) →

**1349**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE:    01/29/18

SOLD TO:    SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

INV #    943423
PO #    08292218397R

SHIP TO:    SEARS HOLDINGS CORPS
655 SOUTHWEST 52ND AVENUE
OCALA, FL 34474

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 26 | 26 | CHINA |
| ETVS660 | 1 | 3 | 26 | 26 | CHINA |
| ETVS660 | 1 | 4 | 26 | 26 | CHINA |
| ETVS670 | 1 | 5 | 13 | 13 | CHINA |
| ETVS670 | 1 | 6 | 13 | 13 | CHINA |
| ETVS670 | 1 | 7 | 11 | 11 | CHINA |
| ETVS660 | 1 | | 10 | 10 | CHINA |
| | | | | | |
| | TOTAL | 7 | 151 | 151 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

**1350**

Date 1/30/2018

**BILL OF LADING** - SHORT FORM - **NOT NEGOTIABLE**

| SHIP FROM | Bill of Lading Number: **86903** |
|---|---|
| Logistics Team<br>19201 S. Reyes Avenue<br>Rancho Dominguez, CA 90221<br>310-747-7388 | BAR CODE SPACE |

| SHIP TO | |
|---|---|
| Sears Holdings Corp.<br>655 Southwest 52nd Avenue<br>Ocala, FL 34474<br>Phone#352-873-7377 | Carrier Name: QUALITY TRANSPORTATION<br>W07664 SCAC CODE: QUTV<br>LP#X814091 |

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO#08292218397 R<br><br>BAR CODE SPACE |

**Special Instructions:**

Freight Charge Terms (Freight charges are prepaid unless marked otherwise):

Prepaid ☐  Collect ☐  3rd Party ☐

☐ Master bill of lading with attached underlying bills of lading.

## CUSTOMER ORDER INFORMATION

| Customer Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| | 7 pallets | 10394 lbs | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **Grand Total** | | | | | |

## CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 7 | Pallets | 151 | boxes | 8012 lbs | | TV wall mount | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $**

Fee terms: Collect ☐  Prepaid ☐  Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.

**Shipper Signature**

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

01/30/18

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/29/2018 | 943424 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO, CA 91761

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0828720165... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 46 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62"<br><br>REF: PO# 08287201653R | 51.52 | | 2,369.92 | |

| | |
|---|---|
| **Grand Total** | **$2,369.92** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1352**

2231 COLBY AVE
LOS ANGELES  CA  90024

PICKING LIST

*Save Logistic* —)

**DATE** 01/26/2018

02/02

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8287

5600 E AIRPORT RD
ONTARIO  CA  917618609

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
5600 E AIRPORT RD
ONTARIO  CA  917618609

**DELIV DATE**  02/07/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  01/26/2018

909-390-4515

**DEPT:** 012     **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100780              **PO NO:** 08287201653 R            **PAGE:** 1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774  / 005578010 | (46) — 66 lb )ETVS660 | (46) | EA $ 51.52 | |
| | EMATIC METAL & GLASSUP TP 66LB | | | | |

KIH PO REF #-Delivery Requested: 20180207|

(#1)  40" x 46" x 70" → ETUS660 → (26) Box's

(#2)  40" x 46" x 55" → ETVS660 — (20) Box's

(2) PALLETS

(W) —)

**1353**



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 01/29/18 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #** 943424
**PO #** 08287201653R

**SHIP TO**    SEARS HOLDINGS CORPS
5600 E AIRPORT RD
ONTARIO, CA 91761

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | 1 | 26 | 26 | CHINA |
| ETVS660 | 1 | 2 | 20 | 20 | CHINA |
| | | | | | |
| | TOTAL | 2 | 46 | 46 | |

**SIGNATURE**

**PLEASE NOTE:**    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

Web straight bill of lading—original—not negotiable

OP-087 01/16

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**743-923897-4**

PRO Number:

Date: **02/02/2018**  B/L number:

Shipper number:   Trailer number:

Shipper name: **SHAGHAL LTD (SHIP FR LOGISTICS - REYES)**

Address: **19201 S REYES AVE**

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90221** |
|---|---|---|

Origin city (if different than before):   State:   ZIP code:

Invoicee: **SHAGHAL LTD**

Address: **2231 COLBY AVE**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |
|---|---|---|

Consignee name and address: **SEARS HOLDINGS CORP - ON**

Attn: **RECEIVING**

**5600 E AIRPORT RD**

| Destination City **ONTARIO** | State: **CA** | ZIP Code: **91761** |
|---|---|---|

Phone Number: **(909) 390-4515**

Customer number:   Store number:   Department:

P.O. Number: **08287201653 R**

Special instructions: **INVOICE#943424/PLS CALL FOR APPT ASAP**

**MUST DELIVER BY FEB.7, 2018**

Contact Name:   Contact Phone:

**Standard**
- ☐ Standard

**Standard Guaranteed***
- ☐ Guaranteed Standard Service by 5 p.m. or end of business day
- ☐ Guaranteed Multiday Window  Between: __/__/__ & __/__/__

**Faster Standard**
- ☒ Accelerated

**Expedited Guaranteed***
- ☐ Time-Critical  Deliver by: __/__/__  ☐ By noon  ☐ By 5 p.m. or end of business day
- ☐ Time-Critical Hour Window  Deliver on: __/__/__  Between: __ & __
- ☐ Time-Critical (fastest ground delivery – no delivery date required)

Quote I.D.:

*guarantee only applies to direct service points

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐ Collect ☐   COD amount: $   Customer check OK for COD amount?  Yes ☐  No ☐

| No, shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 26 | BOX | | TV SHELF | 9981001 | 70 | 1756 | 40 | 46 | 70 |
| 1 | PLT | 20 | BOX | | TV SHELF | 9981001 | 70 | 1360 | 40 | 46 | 55 |
| | | | | | Pallet Weight | | | 2 | | | |
| | | | | | | | | | | | |
| 2 | | 46 | | | GRAND TOTAL | | | 3118 | | | |

EMERGENCY CONTACT
Phone:   Name:   Contract #:

Shipment charges are prepaid unless marked collect:  Collect ☐   Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SHAGHAL LTD (SHIP FR LOGISTICS - REYES)** | Carrier name: **YRC FREIGHT** | Trailer # | Date: **2-3-18** | Trailer loaded by:  ☐ Shipper  ☐ Driver |
|---|---|---|---|---|
| Shipper signature: | YRC Freight employee signature: | | | Freight counted by:  ☐ Driver: pallets said to contain |
| | | | | ☐ Shipper  ☐ Driver: Loose pieces  ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

Printed in U.S.A.

**1355**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 01/29/2018 | 943426 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>333 SOUTH SPRUCE STREET<br>MANTENO, IL 60950 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0828919791... | | N/A | | | | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 3 | ETVS660 | Ematic 3 Shelf TV Stand for Displays up to 62"<br><br>REF: PO# 08289197915R | 51.52 | | 154.56 | |

```
3Y49V7          JAN 30, 2018   ACT WT 66.0 LBS        1 OF 3
SVC GNDCOM                     BL WT 66.0 LBS
TRACKING# 1Z3Y49V70342794316
REF 1:INV#943426
REF 2:PO#08289197915 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  26.45 USD
DV  0.00             COD   0.00          RS  0.00
DC  0.00             DGD   0.00          SD  0.00
AH  0.00             PR    0.00          SP  0.00
TOT NR CHG 26.45              NR+HC26.45
TOT PUB CHG 56.64            PUB+HC56.64


3Y49V7          JAN 30, 2018   ACT WT 66.0 LBS        2 OF 3
SVC GNDCOM                     BL WT 66.0 LBS
TRACKING# 1Z3Y49V70340342727
REF 1:INV#943426
REF 2:PO#08289197915 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  26.45 USD
DV  0.00             COD   0.00          RS  0.00
DC  0.00             DGD   0.00          SD  0.00
AH  0.00             PR    0.00          SP  0.00
TOT NR CHG 26.45              NR+HC26.45
TOT PUB CHG 56.64            PUB+HC56.64


3Y49V7          JAN 30, 2018   ACT WT 66.0 LBS        3 OF 3
SVC GNDCOM                     BL WT 66.0 LBS
TRACKING# 1Z3Y49V70342364736
REF 1:INV#943426
REF 2:PO#08289197915 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  26.45 USD
DV  0.00             COD   0.00          RS  0.00
DC  0.00             DGD   0.00          SD  0.00
AH  0.00             PR    0.00          SP  0.00
TOT NR CHG 26.45              NR+HC25.45
TOT PUB CHG 56.64            PUB+HC56.64
```

| Grand Total | $154.56 |
|---|---|

...owledged and accepted in full.

y are in good condition and accepts them in
special orders can be accepted. However, in
g charge of 15% per month. All past due
. In the event Vendor institutes collection
Vendee shall pay to the Vendor in addition
dor therewith. In connection with any such
fornia, and consent to the jurisdiction of the
conditions described herein.

Prepared By

Authorized By

Thank you for your Business!

1356

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

DATE 01/26/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8289

333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO  IL  609503430

DELIV DATE    02/07/2018
REQST DATE    / /
CANCEL DATE    / /
ORDER DATE    01/26/2018

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100781            **PO NO:** 08289197915 R                        **PAGE:**    1

SHIP TO: SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019774    / 005578010 | ETVS660 | 3 | EA | $ 51.52 |
| | EMATIC METAL & GLASSUP TP 66LB | | | | |

KIH PO REF #–Delivery Requested: 20180207|

1357



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133       F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 01/29/18 | **INV #** | 943426 V |
| **SOLD TO** | SEARS | **PO #** | 08289197915R V |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 333 SOUTH SPRUCE ST √ | | |
| | MANTENO, IL 60950-3430 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| ETVS660 | 1 | | 3 √ | 3 √ | CHINA |
| | | | | | |
| | **TOTAL** | | 3 | 3 | |

SIGNATURE

**PLEASE NOTE:**     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID
ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE
CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 01/29/2018 | 943427 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827362162... | | N/A | | | | 01/29/2018 | 01/29/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 100 | ESFC204 | ESFC204 | 9.82 | | 982.00 | |
| | | REF: PO# 08273621620R | | | | |

```
3Y49V7        JAN 31, 2018    ACT WT 17.0 LBS        1 OF 2
SVC GNDCOM                    BL WT 17.0  LBS
TRACKING# 1Z3Y49V70342803225
REF 1:INV#943427
REF 2:PO#08273621620 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 18.28           PUB+HC18.28


3Y49V7        JAN 31, 2018    ACT WT 17.0 LBS        2 OF 2
SVC GNDCOM                    BL WT 17.0  LBS
TRACKING# 1Z3Y49V70342906231
REF 1:INV#943427
REF 2:PO#08273621620 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00             COD   0.00        RS 0.00
DC 0.00             DGD   0.00        SD 0.00
AH 0.00             PR    0.00        SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 18.28           PUB+HC18.28
```

| | |
|--|--|
| **Grand Total** | **$982.00** |

All terms, c                                              in full.

_____
Customer Signature

MP
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

_____
Authorized By

## Thank you for your Business!

**1359**

2231 COLBY AVE
LOS ANGELES  CA   90024

**DATE** 01/26/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049 √

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**   02/07/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE** 01/26/2018

**DEPT:** 012       **TYPE:** R          **INSTRUCTIONS:**

**ORDER NO:** 100778                    **PO NO:** 08273621620 R √          **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 815592020066  S0 / 008130386  Ematic Wallmount Tool Kit | USFC204 | 100 | EA $9.82 √ | |

KIH PO REF #-Delivery Requested: 20180207|



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | |
|---|---|
| DATE | 11/01/17 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

INV # 943427 √
PO # 08273621620R √

SHIP TO   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049 √

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ESFC204 | 50 | | 2 √ | 100 √ | CHINA |
| | | | | | |
| | **TOTAL** | | **2** | **100** | |

_____
SIGNATURE

PLEASE NOTE:   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/13/2018 | 948411 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827362486... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/13/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 50 | ESFC204 | ESFC204 | 9.82 | | 491.00 | |
| 125 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 2,205.00 | |

| | Grand Total | $2,696.00 |
|--|-------------|-----------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1362

2231 COLBY AVE
LOS ANGELES  CA  90024

*Logistics*  →  02/14

**PICKING LIST**

**DATE** 02/08/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  02/21/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  02/08/2018

**DEPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**ORDER NO:** 100786            **PO NO:** 08273624864 R            **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 815592020066  / 008130386 | JSFC204 | 50 (50) | EA $ 9.82 | |
|  | Ematic Wallmount Tool Kit | | | | |
| 2 | 817707019811  / 008991066 | EMW4101 | 125 (125) | EA $ 17.64 | |
|  | EMATIC TV Wall Mount Kit for 1 | | | | |

KIH PO REF #-Delivery Requested: 20180221

(1) — 17 lbs
(25) — 40 lbs
(26) Box

40" x 48" x 40"

(W) → 1059 lbs

1363



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | |
|---|---|---|
| DATE | 02/13/18 | INV #    948411 |
| SOLD TO | SEARS | PO #    08273624864R |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |
| | | |
| SHIP TO | SEARS HOLDINGS CORPS | |
| | 3051 LAKEVIEW RD | |
| | LAWRENCE, KS 66049 | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| ESFC204 | 50 | 1 | 1 | 50 | CHINA |
| EMW4101 | 5 | | 25 | 125 | CHINA |
| | | | | | |
| | TOTAL | 1 | 26 | 175 | |

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

OP-DB7 01/16
Web straight bill of lading—original—not negotiable

**For shipment information, visit yrcfreight.com or call 1-800-610-6500**

**YRC** FREIGHT

SCAC: RDWY

**743-963942-X**

Date: **02/14/2018**  B/L number:

PRO Number:

Shipper number: | Trailer number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Shipper name:
**SHAGHAL LTD C/O UNISYS/LOGISTICS TEAM**

Attn: **RECEIVING**

Address:
**19201 S REYES AVE**

**3051 LAKEVIEW RD**

| City: **RANCHO DOMINGUEZ** | State: **CA** | ZIP code: **90221** |

| Destination City **LAWRENCE** | State: **KS** | ZIP Code: **66049** |

| Origin city (if different than before): | State: | ZIP code: |

Phone Number:
**(785) 856-4141**

Invoice:
**SHAGHAL LTD**

| Customer number: | Store number: | Department: |

Address:
**2231 COLBY AVE**

P.O. Number:
**PO#08273624864R**

Special instructions:
**MUST DELIVER 02.21.18**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** |

**INV#948411/PLS SCHEDULE ASAP**

Contact Name: | Contact Phone:

| Standard | Faster Standard: ☒ Accelerated |

| Standard Guaranteed: | Expedited Guaranteed: |
| ☐ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical Deliver by: / / ☐ By noon ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window Between: / / ____ & / / | ☐ Time-Critical Hour Window Deliver on: / / Between: ____ & ____ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points

Quote I.D.:

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount? Yes ☐ No ☐ |

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 26 | BOX | | **AUDIO PRODUCTS** | 115780 | 100 | 1059 | 48 | 40 | 40 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| 1 | | 26 | | | **GRAND TOTAL** | | | 1059 | | | |

EMERGENCY CONTACT
Phone: | Name: | Contract #:

| Shipment charges are prepaid unless marked collect: Collect ☐ | Total charges: $ |

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.
The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.
It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SHAGHAL LTD C/O UNISYS/LOGISTICS TEAM** | Carrier: **YRC FREIGHT** | Trailer # | Date: **1-14-8** | Trailer loaded by: ☐ Shipper ☐ Driver |
| Shipper signature: | YRC Freight employee signature: | H/U received: | Freight counted by: ☐ Driver: pallets said to contain |
| | | | ☐ Shipper ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

**26 ctn**

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

**1365**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 02/14/2018 | 948807 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827362634... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 02/14/2018 | 02/14/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 48 | EM208VIDRD | Ematic 1.5" 8GB MP3 Player Red | 14.90 | | 715.20 | |
| 48 | EM208VIDBL | Ematic 1.5" 8GB MP3 Player Black | 14.90 | | 715.20 | |
| | | PO# 08273626345R | | | | |

```
3Y49V7      FEB 22, 2018    ACT WT 15.0 LBS      1 OF 2
SVC GNDCOM              BL WT 15.0 LBS
TRACKING# 1Z3Y49V70341147482
REF 1:INV#948807
REF 2:PO#08273626345 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85           PUB+HC16.85
```

```
3Y49V7      FEB 22, 2018    ACT WT 15.0 LBS      2 OF 2
SVC GNDCOM              BL WT 15.0  LBS
TRACKING# 1Z3Y49V70341739093
REF 1:INV#948807
REF 2:PO#08273626345 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.99 USD
DV 0.00          COD    0.00          RS 0.00
DC 0.00          DGD    0.00          SD 0.00
AH 0.00          PR     0.00          SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 16.85           PUB+HC16.85
```

| | |
|---|---|
| **Grand Total** | **$1,430.40** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

1366

SHA3MAL
2231 COLBY AVE
LOS ANGELES  CA   90024

RISKINS LIST

Shagh ᵈ                    DATE  02/14/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273

3051 LAKEVIEW RD
LAWRENCE  KS   66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS   66049

**DELIV DATE**    03/01/2018
**REQST DATE**    / /
**CANCEL DATE**  / /
**ORDER DATE**  02/14/2018

**DEPT:** 018        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100787            **PO NO:** 08273626345 R            **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707012652    / 006237877  EMATIC MP3 PLAYER | ①— 15 lb  EM208VID RD | 48 | EA $ 14.90 | |
| 2 | 817707012676    / 006238001  EMATIC MP3 PLAYER | ①— 15 lb  EM208VID BL | 48 | EA $ 14.90 | |
| ~~3~~ | ~~817707010808~~    ~~/ 006239011~~  ~~EMATIC BT MP3 PLAYR 1.5IN BLAC~~ | ~~EM318VID BL~~ | ~~192~~ | ~~EA~~ | |

KIH PO REF #–Delivery Requested: 20180301|

UPS Ground

Ⓦ — 30 lbs



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

DATE        02/14/18                          INV #    948807
SOLD TO     SEARS                             PO #     08273626345R
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS HOLDINGS CORPS
            3051 LAKEVIEW RD
            LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|--------------|---------|----------|-------------|-----------|---------|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EM208VIDRD | 48 | | 1 | 48 | CHINA |
| EM208VIDBL | 48 | | 1 | 48 | CHINA |
| | | | | | |
| | TOTAL | | 2 | 96 | |

_____

SIGNATURE

PLEASE NOTE:     UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**



# INVOICE - A
## OFFICE COPY

**Shaghal Ltd.**
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

| Date | Invoice # |
|---|---|
| 02/19/2018 | 950623 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|
| 0827362694... | | N/A | | | 02/19/2018 | 02/19/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 290 | EMW6201 | 30-79" Tilting TV Wall Mount<br><br>PO# 08273626940R | 16.10 | | 4,669.00 | |

| | Grand Total | $4,669.00 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1369**

2231 COLBY AVE
LOS ANGELES  CA  90024

Logistic

**DATE** 02/16/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP        8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

785-842-9600
0677

02/26 - 02/27 -0?
**DELIV DATE**    02/28/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE** 02/16/2018

**DEPT:** 012        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100789        **PO NO:** 08273626940 R        **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019798     / 008990801 | EMW6201 | 290 (290) | EA   $ 16.10 | |
| | EMATIC TV Wall Mount Kit for 3 | | | | |

KIH PO REF #-Delivery Requested: 20180228|

(58) Box) — 32-21 lbs

40" x 48" x 91"

(W) → 1908 lbs



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

DATE          02/19/18                                    INV #      950623
SOLD TO       SEARS                                       PO #       08273626940R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | QTY/BOX | PALLET # | TOTAL BOXES | TOTAL PCS | MADE IN |
| EMW6201 | 5 | 1 | 58 | 290 | CHINA |
|  |  |  |  |  |  |
|  | TOTAL | 1 | 58 | 290 |  |

_____

SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

1371

**GLOBALTRANZ.**

Straight Bill of Lading - Short Form - Original - Not Negotiable

**BOL NO : 87105**

Phone : (909) 357-9600x1
Fax : (909) 357-9603

| Shipper | Logistics Warehouse | Carrier: Roadrunner | Shipment Date: 02/21/2018 |
|---|---|---|---|
| Address: | 19201 S Reyes Ave | PO # : | |
| | Compton, CA 90221 | PO#08273626940R | Est. Transit Days:  6 day(s) |
| Country: | USA | Shipper Ref #: | |
| Contact Name: | Shipping Dept. | INV#950623 | Carrier PRO #: |
| Phone No: | (626) 313-8756 | PO#08273626940R | |
| Fax No: | | Origin Terminal: | Destination Terminal: |
| | | P:(800) 695-1699 | P:(877) 336-7561 |

| Consignee | SEARS HOLDING CORP | Third Party Billing Information : |
|---|---|---|
| Address: | 3051 LAKEVIEW RD | All charges prepaid to : |
| | Lawrence, KS 66049 | GlobalTranz |
| Country: | USA | PO Box 6346 |
| Contact Name: | RECEIVING 785-842-9600 | Scottsdale AZ 85261 |
| Phone No: | (785) 842-0677 | Direct billing inquiries to : (866) 275-1407 |
| Fax No: | | GTZ BOL NO : 15041038 |

**Roadrunner** Freight
.COM

457069193

SHIPPER'S COPY
This shipment is subject exclusively to the Uniform Bill of Lading, the liability limitations, and all other applicable provisions of this carrier's individual and collective tariffs, including NMF 100 series unless otherwise agreed by contract.

Comments/Special Instructions: Notify Prior To Arrival

Pickup Remarks:INV#950623 PO#08273626940R

Delivery Remarks:INV#950623 PO#08273626940R DEL APPT
RQRD

Any Problems with Delivery please call Dispatch at (909) 357-9600 Option 1 or 2

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 1 | 1 | | Mounts | 1908 lbs | 70 | 40 in | 48 in | 91 in | 93600 |
| Total: | 1 | 1 | | | 1908 lbs | | | | | |

Any problems with delivery, please contact Dispatch, a GlobalTranz agency at dispatch@freightprologisticsllc.com or (909) 357-9600x1.

The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.

Shipper Certification : I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

Shipper's Signature: _____   Date: 2/21/18   Trailer#: _____

Driver's Signature: _____   Date: _____   Trailer#: _____

Drivers Certification : Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

Consignee Signature: _____   Print Name: _____

Company Name: _____   Date: 2/21/18

Permanent post-office address of the Shipper:
* Mark with "X" to designate material as defined in Title 49 CFR

1372

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 03/07/2018 | 963634 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827363148... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 03/07/2018 | 03/07/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 15 | FUNTAB3 | FUNTAB 3 | 67.00 | | 1,005.00 | |
| 40 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 1,780.80 | |
| | | REF: PO# 08273631485R | | | | |

```
3Y49V7        MAR 8, 2018    ACT WT 9.0 LBS        1 OF 7
SVC GNDCOM                 BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342841158
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39           PUB+HC13.39

3Y49V7        MAR 8, 2018    ACT WT 9.0 LBS        2 OF 7
SVC GNDCOM                 BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340355964
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39           PUB+HC13.39

3Y49V7        MAR 8, 2018    ACT WT 9.0 LBS        3 OF 7
SVC GNDCOM                 BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340088379
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.99 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.99              NR+HC7.99
TOT PUB CHG 13.39           PUB+HC13.39
```

```
3Y49V7        MAR 8, 2018    ACT WT 12.0 LBS       4 OF 7
SVC GNDCOM                 BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340934383
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63

3Y49V7        MAR 8, 2018    ACT WT 12.0 LBS       5 OF 7
SVC GNDCOM                 BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340949993
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63

3Y49V7        MAR 8, 2018    ACT WT 12.0 LBS       6 OF 7
SVC GNDCOM                 BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340951202
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE-PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00         COD   0.00        RS 0.00
DC 0.00         DGD   0.00        SD 0.00
AH 0.00         PR    0.00        SP 0.00
TOT NR CHG 7.98              NR+HC7.98
TOT PUB CHG 14.63           PUB+HC14.63
```

| Grand Total | $2,785.80 |
|-------------|-----------|

acknowledged and accepted in full. R

MB

State of California. Vendee agrees to the terms

Thank yo

1373

SHAGHAL
2231 COLBY AVE
LOS ANGELES  CA  90024

**PICKING LIST**

*Shaghal*                           ─ 03108

**DATE** 03/06/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   03/14/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   03/06/2018

**DEPT:** 020        **TYPE:** R        **INSTRUCTIONS:**

**ORDER NO:** 100792              **PO NO:** 08273631485 R              **PAGE:**  1

**SHIP TO:** SEARS HOLDINGS CORP

| Line # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|--------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019569   / FUNTAB3  (3) ← 9 lbs | FUNTAB3 | 15 (15) | EA | $ 67.00 |
|   | Ematic Funtab 7"HD Kid Safe Td | | | | |
| 2 | 817707016629   / 008428721  (4) — 12 lbs | EGQ347BL | 40 (40) | EA | $ 44.52 |
|   | Ematic 7HD Quad-Core Tablet | | | | |

KIH PO REF #-Delivery Requested: 20180314

(7)

UPS Ground

(W) — 75 lbs

1374



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 03/07/18 | **INV #** | 963634 √ |
| **SOLD TO** | SEARS | **PO #** | 08273631485R √ |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |
| | | | |
| **SHIP TO** | SEARS HOLDINGS CORPS | | |
| | 3051 LAKEVIEW RD  √ | | |
| | LAWRENCE, KS 66049 | | |

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **QTY/BOX** | **PALLET #** | **TOTAL BOXES** | **TOTAL PCS** | **MADE IN** |
| FUNTAB3 | 5 | | 3 √ | 15 √ | CHINA |
| EGQ347BL | 10 | | 4 √ | 40 √ | CHINA |
| | | | | | |
| | TOTAL | | 7 √ | 55 √ | |

```
3Y49V7          MAR 8, 2018   ACT WT 12.0 LBS       7 OF 7
SVC GNDCOM                    BL WT 12.0  LBS
TRACKING# 1Z3Y49V70342114014
REF 1:INV#963634
REF 2:PO#08273631485 R

HANDLING CHARGE 0.00
SINGLE—PIECE NR RATE CHRGS:        SVC  7.98 USD
DV  0.00          COD  0.00        RS  0.00
DC  0.00          DGD  0.00        SD  0.00
AH  0.00          PR   0.00        SP  0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63          PUB+HC14.63
```

**PLEASE NOTE:**   UPON                                           ANY ITEM MUST BE REPORTED TO THE
                                                               AIMS ON DAMAGES/PARTIAL
         SHORT                                         BE PAID ONLY IF FILED WITHIN 21 DAYS
         UPC                                           AN CLAIM WITHIN THE TIME FRAME


### THANK YOU FOR YOUR BUSINESS



# Shaghal Ltd.
### Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**



# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/7/2018 | 963635 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827363148... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 3/7/2018 | 3/7/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 128 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 4,270.08 | |
| 475 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 7,647.50 | |
| 225 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 3,969.00 | |
| 615 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 6,420.60 | |
| 390 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 2,808.00 | |
| | | REF: PO# 08273631484R | | | | |

| | Grand Total | USD 25,115.18 |
|--|-------------|---------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____ Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1376**

## Thank you for your Business!


**Shaghal Ltd.**
Est. 1985
**10880 Wilshire Blvd #2250**
**Los Angeles, CA 90024**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 3/9/2018 | 965297 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827363148... | | N/A | | | | 3/9/2018 | 3/9/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Item # | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 128 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 4,270.08 | |
| 475 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 7,647.50 | |
| 225 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 3,969.00 | |
| 615 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 6,420.60 | |
| 390 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 2,808.00 | |

| | Grand Total | USD 25,115.18 |
|---|-------------|---------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____ Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

**1377**

**Thank you for your Business!**

# Shaghal Ltd.
Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|---|---|
| 04/03/2018 | 980450 |

| BILL TO | SHIP TO |
|---|---|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # |
|---|---|---|---|
| 0827363836... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|
| | 04/03/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 254 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 8,473.44 | |
| 310 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 4,991.00 | |
| 610 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 6,368.40 | |
| 460 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 3,312.00 | |
| | | PO# 08273638361R | | | | |

| | **Grand Total** | **$23,144.84** |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1378**

PICKING LIST

**HIP-TO ADDRESS**
EARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

*Vernon*

MABD  4/16  4/17  4/18
**DELIV DATE** 04/11/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 03/31/2018

**EPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**RDER NO:** 100793        **PO NO:** 08273638361 R        **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| ie # | UPC or EAN Number / Vendor ID (Box') | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019804  / 008990735 (127) EMATIC TV Wall Mount Kit for 3 | EMW5306 | 256 (254) | EA 12 $ 33.36 |
| 2 | 817707019798  / 008990801 (62) EMATIC TV Wall Mount Kit for 3 | EMW6201 | 310 (310) | EA 7 $ 16.10 |
| 3 | 817707019781  / 008991079 (122) EMATIC TV Wall Mount Kit for 1 | EMW3401 | 610 (610) | EA 26 $ 10.44 |
| 4 | 817707019828  / 008991102 (46) EMATIC TV Wall Mount Kit for 2 | EMW5105 | 460 (460) | EA 46 $ 7.20 |

H PO REF #-Delivery Requested: 20180411|

(357) Box's

(#1) — (#2)   40" x 48" x 84" → EMW5306 — (56) Box's   1969
(#3)   40" x 48" x 84" → EMW6201 — (55) Box's   1798
(#4)   40" x 48" x 82" → EMW3401 — (96) Box's   1936
(#5)   40" x 48" x 83" → EMW5306 → (15) Box's
                                    EMW6201 — (7) Box's      2498
                                    EMW3401 → (26) Box's
                                    EMW5105 → (46) Box's

(5) PALLETS                    (W) — 10,210 lbs

**1379**



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | |
|---|---|---|
| **DATE** | 04/03/18 | |
| **SOLD TO** | SEARS | |
| | 3333 BEVERLY RD C2-114B | |
| | HOFFMAN ESTATES, IL 60176 | |

**INV #**  980450
**PO #**  08273638361R

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EMW5306 | 1 | 56 | 2 | 112 | CHINA |
| EMW5306 | 2 | 56 | 2 | 112 | CHINA |
| EMW6201 | 3 | 55 | 5 | 275 | CHINA |
| EMW3401 | 4 | 96 | 5 | 480 | CHINA |
| EMW5306 | | 15 | 2 | 30 | CHINA |
| EMW6201 | 5 | 7 | 5 | 35 | CHINA |
| EMW3401 | | 26 | 5 | 130 | CHINA |
| EMW5105 | | 46 | 10 | 460 | CHINA |
| | | | | | |
| **TOTAL** | 5 | 357 | | 1634 | |

_____

**SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

OP-097 01/16

**Web straight bill of lading—original—not negotiable**

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC** FREIGHT

**SCAC: RDWY**

**753-409330-2**

Date: **04/11/2018**   B/L number:

PRO Number:

Shipper number:          Trailer number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Shipper name:
**SG LOGISTICS**

Attn: **RECEIVING**

Address:
**2034 E 27TH STREET, UNIT A & B**

**3051 LAKEVIEW RD**

| City: **VERNON** | State: **CA** | ZIP code: **90058** | Destination City **LAWRENCE** | State: **KS** | ZIP Code: **66049** |

Origin city (if different than before):   State:   ZIP code:

Phone Number:
**(785) 842-0677**

Invoicee:
**SHAGHAL LTD**

Customer number:   Store number:   Department:

Address:
**2231 COLBY AVE**

P.O. Number:
**08273638361 R**

Special instructions:
**INV#980450, PLS MAKE APPT FOR 4/16**

| City: **LOS ANGELES** | State: **CA** | ZIP code: **90064** | **MABD BY 4/16/18 GTD** |

Contact Name:                    Contact Phone:

**Standard**                         **Faster Standard**
☐ Standard                          ☐ Accelerated

**Standard Guaranteed***            **Expedited Guaranteed***
☒ Guaranteed Standard Service by 5 p.m. or end of business day   ☐ Time-Critical   Deliver by: ___/___/___   ☐ By noon   ☐ By 5 p.m. or end of business day
☐ Guaranteed Multiday Window   Between: ___/___/___ & ___/___/___   ☐ Time-Critical Hour Window   Deliver on: ___/___/___   Between: ___ & ___
☐ Time-Critical (fastest ground delivery – no delivery date required)

*guarantee only applies to direct service points

Quote I.D.:

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

**Cod fee:** Prepaid ☐   Collect ☐    **COD amount: $**    **Customer check OK for COD amount?**   Yes ☐   No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Shipment dimensions | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Length | Width | Height |
| 1 | PLT | 56 | BOX | | WALL MOUNT | 9981001 | 70 | 1969 | 40 | 48 | 84 |
| 1 | PLT | 56 | BOX | | WALL MOUNT | 9981001 | 70 | 1969 | 40 | 48 | 84 |
| 1 | PLT | 55 | BOX | | WALL MOUNT | 9981001 | 70 | 1798 | 40 | 48 | 84 |
| 1 | PLT | 96 | BOX | | WALL MOUNT | 9981001 | 70 | 1936 | 40 | 48 | 82 |
| 1 | PLT | 94 | BOX | | WALL MOUNT | 9981001 | 70 | 2498 | 40 | 48 | 83 |
| **5** | | **357** | | | **GRAND TOTAL** | | | **10170** | | | |

EMERGENCY CONTACT
Phone:          Name:          Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐

Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____.
**Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).**

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined. as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: **SG LOGISTICS** | Carrier: **YRC FREIGHT** | Trailer # | Date: **4-12-18** | Trailer loaded by: ☐ Shipper  ☐ Driver |
| | | | | ☐ Driver: pallets said to contain |
| Shipper signature: | YRC Freight employee signature: *Rodn Dor Ru* | H/U received: **5 PCS** | Freight counted by: ☐ Shipper  ☐ Driver: Loose pieces | Freight counted by: ☐ Shipper  ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

**1381**

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|---|---|
| 04/04/2018 | 981298 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 0827363836... | | N/A | | | | 04/04/2018 | 04/04/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|---|---|---|---|---|---|---|
| 35 | FUNTAB3 | FUNTAB 3 | 67.00 | | 2,345.00 | |
| 150 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 6,678.00 | |
| | | REF: PO# 08273638362R | | | | |

```
3Y49V7        APR 11, 2018   ACT WT 9.0 LBS           1 OF 22
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342842684
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD  0.00
AH 0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99                   NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

```
3Y49V7        APR 11, 2018   ACT WT 9.0 LBS           2 OF 22
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341826293
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD  0.00
AH 0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99                   NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

```
3Y49V7        APR 11, 2018   ACT WT 9.0 LBS           3 OF 22
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340075507
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD  0.00
AH 0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99                   NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

```
3Y49V7        APR 11, 2018   ACT WT 9.0 LBS           4 OF 22
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340566316
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD  0.00
AH 0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99                   NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

| | Grand Total | $9,023.00 |
|---|---|---|

```
3Y49V7        APR 11, 2018   ACT WT 9.0 LBS           5 OF 22
SVC GNDCOM                   BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341234726
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC  7.99 USD
DV 0.00            COD   0.00        RS  0.00
DC 0.00            DGD   0.00        SD  0.00
AH 0.00            PR    0.00        SP  0.00
TOT NR CHG 7.99                   NR + HC7.99
TOT PUB CHG 13.39                PUB + HC13.39
```

proceedings or legal action to enforce any of the funds due under this invoice
to said past due funds all legal costs and attorney fees reasonably incurred by
legal action, Vendee agrees to be sued in the County of Los Angeles, State of
State of California. Vendee agrees to the terms and co

## Thank you for your Business!

**1382**

PICKING LIST

DATE 04/02/2018

Shagna

;HIP-TO ADDRESS
;EARS HOLDINGS CORP                8273

051 LAKEVIEW RD
AWRENCE KS 66049

SHIP-FOR ADDRESS
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

MABD — 4/16  4/17  4/18
DELIV DATE ~~04/11/2018~~
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE 03/31/2018

EPT: 020    TYPE: R    INSTRUCTIONS:

RDER NO: 100794    PO NO: 08273638362 R    PAGE:    1

SHIP TO: SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569    / FUNTAB3 (7) ← 9 lbs<br>Ematic Funtab 7"HD Kid Safe Td | FUNTAB3 / 35 (35) | EA | $67.00 | |
| 2 | 817707016629    / 008428721 (15) → 12 lbs<br>Ematic 7HD Quad-Core Tablet | EGQ347BL 150 (150) | EA | $44.~~402~~52 | |

H PO REF #-Delivery Requested: 20180411

UPS Ground

(W) → 243 lbs

| 3Y49V7    APR 11, 2018    ACT WT 12.0 LBS    12 OF 22<br>SVC GNDCOM    BL WT 12.0 LBS<br>TRACKING# 1Z3Y49V70341310394<br>REF 1:INV#981298<br>REF 2:PO#08273638362 R | 3Y49V7    APR 11, 2018    ACT WT 12.0 LBS    13 OF 22<br>SVC GNDCOM    BL WT 12.0 LBS<br>TRACKING# 1Z3Y49V70342295605<br>REF 1:INV#981298<br>REF 2:PO#08273638362 R |
|---|---|
| HANDLING CHARGE 0.00<br>SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD<br>DV 0.00    COD 0.00    RS 0.00<br>DC 0.00    DGD 0.00    SD 0.00<br>AH 0.00    PR 0.00    SP 0.00<br>TOT NR CHG 7.98    NR+HC7.98<br>TOT PUB CHG 14.63    PUB+HC14.63 | HANDLING CHARGE 0.00<br>SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD<br>DV 0.00    COD 0.00    RS 0.00<br>DC 0.00    DGD 0.00    SD 0.00<br>AH 0.00    PR 0.00    SP 0.00<br>TOT NR CHG 7.98    NR+HC7.98<br>TOT PUB CHG 14.63    PUB+HC14.63 |

**1383**



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE** 04/04/18

**SOLD TO** SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO** SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

**INV #** 981298
**PO #** 08273638362 R

### PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
|-------|---------|-------------|---------|-----------|---------|
| FUNTAB3 | | 7 | 5 | 35 | CHINA |
| EGQ347BL | | 15 | 10 | 150 | CHINA |
| | | | | | |
| **TOTAL** | | 22 | | 185 | |

3Y49V7    APR 11, 2018   ACT WT 9.0 LBS   6 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341576732
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.99                    NR + HC7.99
TOT PUB CHG 13.39                  PUB + HC13.39

3Y49V7    APR 11, 2018   ACT WT 9.0 LBS   7 OF 22
SVC GNDCOM              BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340248348
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.99                    NR + HC7.99
TOT PUB CHG 13.39                  PUB + HC13.39

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS   8 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341665556
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.98 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.98                    NR + HC7.98
TOT PUB CHG 14.63                  PUB + HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS   9 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341604362
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.98 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.98                    NR + HC7.98
TOT PUB CHG 14.63                  PUB + HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS   10 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342800773
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.98 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.98                    NR + HC7.98
TOT PUB CHG 14.63                  PUB + HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS   11 OF 22
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340550789
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.98 USD
DV 0.00              COD 0.00              RS 0.00
DC 0.00              DGD 0.00              SD 0.00
AH 0.00              PR 0.00              SP 0.00
TOT NR CHG 7.98                    NR + HC7.98
TOT PUB CHG 14.63                  PUB + HC14.63

**1384**

3Y49V7    18-23539, 2018   ACT WT 12.0 LBS    20 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341082417
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    16 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342206826
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    16 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342764830
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    17 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342012446
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    18 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341965651
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    19 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342000468
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    20 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342452873
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    21 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342218886
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

3Y49V7    APR 11, 2018   ACT WT 12.0 LBS    22 OF 22
SVC GNDCOM    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342354498
REF 1:INV#981298
REF 2:PO#08273638362 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:    SVC 7.98 USD
DV 0.00     COD   0.00    RS 0.00
DC 0.00     DGD   0.00    SD 0.00
AH 0.00     PR    0.00    SP 0.00
TOT NR CHG 7.98    NR+HC7.98
TOT PUB CHG 14.63    PUB+HC14.63

# Shaghal Ltd.
### Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon → 5/01*

# INVOICE - A
### OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/23/2018 | 989993 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827364314... | | N/A | | | | 04/23/2018 | 04/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 264 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 8,807.04 | |
| 310 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 4,991.00 | |
| 65 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 1,146.60 | |
| 460 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 4,802.40 | |
| 460 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 3,312.00 | |
| | | REF: PO#08273643144R | | | | |

| | Grand Total | $23,059.04 |
|---|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**1386**

**;HIP-TO ADDRESS**
;EARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

MABD - 5/7 - 5/9
**DELIV DATE**  05/08/2018
**REQST DATE**  / /
**CANCEL DATE**  / /
**ORDER DATE**  04/19/2018

**EPT:** 012      **TYPE:** R      **INSTRUCTIONS:**

**RDER NO:** 100798            **PO NO:** 08273643144 R            **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| 1e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019804  / 008990735  (132) EMATIC TV Wall Mount Kit for 3 | EMW5306 | 264 (264) | EA $ 33.36 |  |
| 2 | 817707019798  / 008990801  (62) EMATIC TV Wall Mount Kit for 3 | EMW6201 | 310 (310) | EA $ 16.10 |  |
| 3 | 817707019811  / 008991066  (13) EMATIC TV Wall Mount Kit for 1 | EMW4101 | 65 (65) | EA $ 17.64 |  |
| 4 | 817707019781  / 008991079  (92) EMATIC TV Wall Mount Kit for 1 | EMW3401 | 460 (460) | EA $ 10.44 |  |
| 5 | 817707019828  / 008991102  (46) EMATIC TV Wall Mount Kit for 2 | EMW5105 | 460 (460) | EA $ 7.20 |  |

-I PO REF #-Delivery Requested: 20180503|

(#1) - (#2)   40x48x84" -> EMW5306 -> (56) Box 1 - 1969
(#3)        40x48x84" -> EMW6201 -> (55) Box 1 - 1839
(#4)      40"x48"x83" -> EMW3401 -> (92) Box 1 - 185
(#5)     40"x48"x85" -> EMW5306 -> (20) Box 1
                     EMW6201 -> (9) Box 1  2878
                     EMW5105 -> (46) Box 1
                     EMW4101 -> (13) Box 1

(5) PALLETS

(W) -> 10,311 lb1



**Shaghal Ltd.**

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

**DATE**   04/23/18

**SOLD TO**   SEARS
3333 BEVERLY RD C2-114B
HOFFMAN ESTATES, IL 60176

**INV #**   989993
**PO #**   08273643144 R

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5306 | 1 | 56 | 2 | 112 | CHINA |
| EMW5306 | 2 | 56 | 2 | 112 | CHINA |
| EMW6201 | 3 | 55 | 5 | 275 | CHINA |
| EMW3401 | 4 | 92 | 5 | 460 | CHINA |
| EMW5306 | 5 | 20 | 2 | 40 | CHINA |
| EMW6201 | | 7 | 5 | 35 | CHINA |
| EMW5105 | | 46 | 10 | 460 | CHINA |
| EMW4101 | | 13 | 5 | 65 | CHINA |
| | | | | | |
| TOTAL | 5 | 345 | | 1559 | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

### THANK YOU FOR YOUR BUSINESS

**1388**

Web straight bill of lading—original—not negotiable

OR097 01/15

**YRC** FREIGHT

SCAC: RDWY

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**755-431457-7**

| Date: 05/02/2018 | B/L number: | | |
|---|---|---|---|

| Shipper number: | Trailer number: | PRO Number: |
|---|---|---|

| Shipper name: SG LOGISTICS | Consignee name and address: SEARS HOLDINGS CORP |
|---|---|
| Address: 2034 E 27TH STREET, UNIT A & B | Attn: RECEIVING |

| City: VERNON | State: CA | ZIP code: 90058 | | 3051 LAKEVIEW RD | | |
|---|---|---|---|---|---|---|

| Origin city (if different than before): | State: | ZIP code: | Destination City: LAWRENCE | State: KS | ZIP Code: 66049 |
|---|---|---|---|---|---|

| | Phone Number: (785) 842-0677 | | |
|---|---|---|---|

| Invoicee: SHAGHAL LTD | Customer number: | Store number: | Department: |
|---|---|---|---|

| Address: 2231 COLBY AVE | P.O. Number: 08273643144R |
|---|---|

| | Special instructions: INV #989993 PLS NOTIFY |
|---|---|

| City: LOS ANGELES | State: CA | ZIP code: 90064 | MUST DELIVER 5/7/18 |
|---|---|---|---|

| Contact Name: | Contact Phone: |
|---|---|

| Standard | Faster Standard |
|---|---|
| ☐ Standard | ☐ Accelerated |
| **Standard Guaranteed*** | **Expedited Guaranteed*** |
| ☒ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical    Deliver by: / /    ☐ By noon    ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window    Between: __/__/__ & __/__/__ | ☐ Time-Critical Hour Window Deliver on: / / Between: __ & __ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points

Quote I.D.: 38761120

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

| Cod fee: Prepaid ☐ Collect ☐ | COD amount: $ | Customer check OK for COD amount? Yes ☐ No ☐ |
|---|---|---|

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 56 | BOX | | WALL MOUNT | 9981001 | 70 | 1969 | 40 | 48 | 84 |
| 1 | PLT | 56 | BOX | | WALL MOUNT | 9981001 | 70 | 1969 | 40 | 48 | 84 |
| 1 | PLT | 55 | BOX | | WALL MOUNT | 9981001 | 70 | 1839 | 40 | 48 | 84 |
| 1 | PLT | 92 | BOX | | WALL MOUNT | 9981001 | 70 | 1857 | 40 | 48 | 83 |
| 1 | PLT | 86 | BOX | | WALL MOUNT | 9981001 | 70 | 2678 | 40 | 48 | 85 |
| 5 | | 345 | | | GRAND TOTAL | | | 10312 | | | |

| EMERGENCY CONTACT Phone:    Name:    Contract #: | Shipment charges are prepaid unless marked collect: Collect ☐ | Total charges: $ |
|---|---|---|

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

_____ per _____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care, See Sec. 2(e) of NMFC item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SG LOGISTICS | Carrier: YRC FREIGHT | Trailer # 559295 | Date: 5-3-18 | Trailer loaded by: ☐ Shipper ☐ Driver |
|---|---|---|---|---|
| | | | | Freight counted by: ☐ Driver: pallets said to contain |
| Shipper signature: | YRC Freight employee signature: | H/U received: 5 PLTS | | ☐ Shipper ☐ Driver: pallets containing |
| | | | | ☐ Driver: Loose pieces |

Mark "X" in HM column for hazardous materials.

Single shipment pickup: ☐

Printed in U.S.A.

Page 1 of 1

**1389**

# ...naghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 04/23/2018 | 989994 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827364314... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 04/23/2018 | 04/23/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 30 | FUNTAB3 | FUNTAB 3 | 59.13 | | 1,773.90 | |
| 150 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 47.50 | | 7,125.00 | |
| | | REF: PO# 08273643145R | | | | |

```
3Y49V7          MAY 2. 2018    ACT WT 9.0 LBS          1 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341064311
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

```
3Y49V7          MAY 2, 2018    ACT WT 9.0 LBS          2 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342812724
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

```
3Y49V7          MAY 2, 2018    ACT WT 9.0 LBS          3 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340034739
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

```
3Y49V7          MAY 2, 2018    ACT WT 9.0 LBS          4 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70340386341
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

```
3Y49V7          MAY 2, 2018    ACT WT 9.0 LBS          5 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70342283556
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

$8,898.90

by acknowledged and accepted in full

```
3Y49V7          MAY 2, 2018    ACT WT 9.0 LBS          6 OF 21
SVC GNDCOM                     BL WT 9.0 LBS
TRACKING# 1Z3Y49V70341502365
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:              SVC 7.99 USD
DV 0.00                  COD   0.00         RS 0.00
DC 0.00                  DGD   0.00         SD 0.00
AH 0.00                  PR    0.00         SP 0.00
TOT NR CHG 7.99                   NR+HC7.99
TOT PUB CHG 13.39                 PUB+HC13.39
```

State of California. Vendee agrees to the terms and c...

## Thank you for your Business!

**PICKING LIST**

DATE 04/19/2018

Snagne5

MABD — 5/7 – 5/9

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

DELIV DATE 05/03/2018
REQST DATE  / /
CANCEL DATE  / /
ORDER DATE 04/19/2018

EPT: 020      TYPE: R      **INSTRUCTIONS:**

RDER NO: 100799          PO NO: 08273643145 R          **PAGE:**   1

SHIP TO: SEARS HOLDINGS CORP

| e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707019569    / FUNTAB3 | FUNTAB3 | 30 | EA | $67.00 |
|  | Ematic Funtab 7"HD Kid Safe Td  (6) – 9 lbs |  |  |  |  |
| ~~2~~ | ~~817707040050    / 008428717~~ | ~~8162223~~ | ~~150~~ | ~~EA~~ |  |
|  | ~~Ematic 10" Quad-Core Tablet wp~~ |  |  |  |  |
| 3 | 817707016629    / 008428721 | EGQ347BL | 150 | EA | $44.52 |
|  | Ematic 7HD Quad-Core Tablet  (15) – 12 lbs |  |  |  |  |

H PO REF #-Delivery Requested: 20180503|

(2) Box's

UPS Ground

(W) – 234 lbs

---

3Y49V7          MAY 2, 2018    ACT WT 12.0 LBS          7 OF 21
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340778776
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD  0.00          RS  0.00
DC 0.00              DGD  0.00          SD  0.00
AH 0.00              PR   0.00          SP  0.00
TOT NR CHG 7.98          NR + HC7.98
TOT PUB CHG 14.63        PUB + HC14.63

3Y49V7          MAY 2, 2018    ACT WT 12.0 LBS          8 OF 21
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341408780
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD  0.00          RS  0.00
DC 0.00              DGD  0.00          SD  0.00
AH 0.00              PR   0.00          SP  0.00
TOT NR CHG 7.98          NR + HC7.98
TOT PUB CHG 14.63        PUB + HC14.63



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

| | |
|---|---|
| DATE | 04/23/18 |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |
| | |
| SHIP TO | SEARS HOLDINGS CORPS |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

INV #    989994
PO #    08273643145R

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| FUNTAB3 | | 6 | 5 | 30 | CHINA |
| EGQ347BL | | 15 | 10 | 150 | CHINA |
| | | | | | |
| TOTAL | | 21 | | 180 | |

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        9 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340848397
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        10 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342313602
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        11 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340380418
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        12 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342584829
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        13 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340022831
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS        14 OF 21
SVC GNDCOM                BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340950446
REF 1: INV#989994
REF 2: PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:          SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98              NR + HC7.98
TOT PUB CHG 14.63              PUB + HC14.63

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
16 OF 21
TRACKING# 1Z3Y49V70341383655
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
16 OF 21
TRACKING# 1Z3Y49V70340698460
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
17 OF 21
TRACKING# 1Z3Y49V70342230871
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
18 OF 21
TRACKING# 1Z3Y49V70341876882
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
19 OF 21
TRACKING# 1Z3Y49V70340692493
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
20 OF 21
TRACKING# 1Z3Y49V70342493703
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

---

3Y49V7
SVC GNDCOM
MAY 2, 2018   ACT WT 12.0 LBS
BL WT 12.0 LBS
21 OF 21
TRACKING# 1Z3Y49V70342466511
REF 1:INV#989994
REF 2:PO#08273643145 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:
DV 0.00
DC 0.00
AH 0.00
TOT NR CHG 7.98
TOT PUB CHG 14.63

| COD | 0.00 |
| DGD | 0.00 |
| PR | 0.00 |

SVC   7.98 USD
RS 0.00
SD 0.00
SP 0.00
NR + HC7.98
PUB + HC14.63

# Shaghal Ltd.
Est. 1985

*Vernon 5/2 5/3*

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 04/27/2018 | 991574 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|-------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827364493... | | N/A | | | | 04/27/2018 | 04/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC.# |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 220 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 7,339.20 | |
| 80 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 1,288.00 | |
| 15 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 264.60 | |
| 100 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,044.00 | |
| 100 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 720.00 | |
| | | REF: PO# 08273644930R | | | | |

| | |
|---|---|
| **Grand Total** | **$10,655.80** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1394**

PICKING LIST

Vernon

DATE 04/26/2018

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP                    8273

3051 LAKEVIEW RD
LAWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

5/7  5/8 5/9
**DELIV DATE**  05/09/2018
**REQST DATE**  / /
**CANCEL DATE** / /
**ORDER DATE** 04/26/2018

**EPT: 012        TYPE: R          INSTRUCTIONS:**

**RDER NO:** 100801              **PO NO:** 08273644930 R              **PAGE:**   1

**SHIP TO:** SEARS HOLDINGS CORP

| ie # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019804  / EMW5306 (110) Box's | EMW5306 200 (220) | EA | $ 33.36 |
| | EMATIC TV Wall Mount Kit for 3 | | | |
| 2 | 817707019798  / EMW6201 (16) Box's (#3) | EMW6201  80 (80) | EA | $ 16.10 |
| | EMATIC TV Wall Mount Kit for 3 | | | |
| 3 | 817707019811  / EMW4101 (3) Box (#3) | EMW4101  15 (15) | EA | $ 17.64 |
| | EMATIC TV Wall Mount Kit for 1 | | | |
| 4 | 817707019781  / EMW3401 (20) Box's (#3) | EMW3401 100 (100) | EA | $ 10.44 |
| | EMATIC TV Wall Mount Kit for 1 | | | |
| 5 | 817707019828  / EMW5105 (10) Box's (#3) | EMW5105 100 (100) | EA | $ 7.20 |
| | EMATIC TV Wall Mount Kit for 2 | | | |

H PO REF #-Delivery Requested: 20180509

(159) Box's

(#1) → 40"x48"x84" → EMWS306 → (56) Box' + 1969 lb

(#2) — 40"x48"x84" → EMWS306 → (54) Box' + 1901 lb

(#3) 40"x48"x62" → See Above          →1323 lb

(3) PALLETS

© 

(W) → 5193 lbs



## Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 04/27/18 | **INV #** | 991574 |
| **SOLD TO** | SEARS | **PO #** | 08273644930R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5306 | 1 | 56 | 2 | 112 | CHINA |
| EMW5306 | 2 | 54 | 2 | 108 | CHINA |
| EMW6201 | | 16 | 5 | 80 | CHINA |
| EMW4101 | 3 | 3 | 5 | 15 | CHINA |
| EMW3401 | | 20 | 5 | 100 | CHINA |
| EMW5105 | | 10 | 10 | 100 | CHINA |
| | | | | | |
| TOTAL | 3 | 159 | | 515 | |

_____

SIGNATURE

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

## THANK YOU FOR YOUR BUSINESS

Web straight bill of lading—original—not negotiable

For shipment information, visit yrcfreight.com or call 1-800-610-6500

**YRC FREIGHT**

SCAC: RDWY

**755-435458-X**

Date: 05/02/2018    B/L number:

PRO Number:

Shipper number:    Trailer number:

Consignee name and address:
**SEARS HOLDINGS CORP**

Shipper name:
**SG LOGISTICS**

**Attn: RECEIVING**

Address:
**2034 E 27TH STREET, UNIT A & B**

**3051 LAKEVIEW RD**

| City: VERNON | State: CA | ZIP code: 90058 |
|---|---|---|

| Destination City: LAWRENCE | State: KS | ZIP code: 66049 |
|---|---|---|

Origin city (if different than before):    State:    ZIP code:

Phone Number:
**(785) 842-0677**

Invoice:
**SHAGHAL LTD**

Customer number:    Store number:    Department:

Address:
**2231 COLBY AVE**

P.O. Number:
**08273644930 R**

Special instructions:
**INV #991574, PLS NOTIFY**

| City: LOS ANGELES | State: CA | ZIP code: 90064 |
|---|---|---|

**DELIVERY APPT FOR 5/7/18**

Contact Name:    Contact Phone:

| Standard | Faster Standard |
|---|---|
| ☐ Standard | ☐ Accelerated |
| Standard Guaranteed* | Expedited Guaranteed* |
| ☒ Guaranteed Standard Service by 5 p.m. or end of business day | ☐ Time-Critical    Deliver by: _/_/_    ☐ By noon    ☐ By 5 p.m. or end of business day |
| ☐ Guaranteed Multiday Window  Between: _/_/_ & _/_/_ | ☐ Time-Critical Hour Window  Deliver on: _/_/_  Between: _ & _ |
| | ☐ Time-Critical (fastest ground delivery – no delivery date required) |

*guarantee only applies to direct service points*

Quote I.D.: 38960343

All shipments are subject to individual pricing programs as published by YRC or by written transportation contracts.

Cod fee: Prepaid ☐  Collect ☐    COD amount: $    Customer check OK for COD amount?  Yes ☐  No ☐

| No. shipping units | Kind of package | No. pieces | Unit of measure | HM | Description of articles, special marks and exceptions | NMFC Item number | Class | Weight (lb) Subject to correction | Length | Width | Height |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PLT | 56 | BOX | | WALL MOUNT | 9981001 | 70 | 1969 | 40 | 48 | 84 |
| 1 | PLT | 54 | BOX | | WALL MOUNT | 9981001 | 70 | 1901 | 40 | 48 | 84 |
| 1 | PLT | 49 | BOX | | WALL MOUNT | 9981001 | 70 | 1323 | 40 | 48 | 84 |
| | | | | | Notify before Delivery:Prepaid | | | | | | |
| | | | | | Delivery Appointment:Prepaid | | | | | | |
| | | | | | | | | | | | |
| 3 | | 159 | | | **GRAND TOTAL** | | | 5193 | | | |

EMERGENCY CONTACT
Phone:    Name:    Contract #:

Shipment charges are prepaid unless marked collect: Collect ☐    Total charges: $

NOTE (1) Where the rate depends on value, shippers must state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
_____ per _____

Note: (2) Liability limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. §14706 (c)(1)(A) and (B).

Note (3) Products requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360.
If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor

Received subject to individually determined rates or written contracts that have been agreed on in writing between the carrier and shipper, if applicable, otherwise to rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

The property described above is in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined, as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination.

It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

| Shipper company name: SG LOGISTICS | Carrier: **YRC FREIGHT** | Trailer # 559295 | Date: 5-3-18 | Trailer loaded by: | ☐ Shipper  ☐ Driver |
|---|---|---|---|---|---|
| | | | | Freight counted by: | ☐ Driver: pallets said to contain |
| Shipper signature: | YRC Freight employee signature: | | H/U received: | ☐ Shipper  ☐ Driver: Loose pieces | ☐ Driver: pallets containing |

Mark "X" in "HM" column for hazardous materials.

Single shipment pickup: ☐

Page 1 of 1

**1397**



# Shaghal Ltd.
Est. 1985

*Shaghal → 5/2*

# INVOICE - A
## OFFICE COPY

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

| Date | Invoice # |
|------|-----------|
| 04/27/2018 | 991575 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827364493... | | N/A | | | | 04/27/2018 | 04/27/2018 | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|-----------|----------------|--------|-------|
| 160 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black)<br><br>REF: PO#08273644931R | 44.52 | | 7,123.20 | |

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     1 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341663353
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     2 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342390163
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     3 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341964574
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     4 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340352583
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     5 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342840195
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

```
3Y49V7          MAY 2, 2018   ACT WT 12.0 LBS     6 OF 16
SVC GNDCOM                    BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342433401
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:            SVC  7.98 USD
DV 0.00              COD   0.00          RS 0.00
DC 0.00              DGD   0.00          SD 0.00
AH 0.00              PR    0.00          SP 0.00
TOT NR CHG 7.98               NR+HC7.98
TOT PUB CHG 14.63             PUB+HC14.63
```

$7,123.20

acknowledged and accepted in full.

State of California. Vendee agrees to the terms and con...

Thank you for your business!

**1399**

**PICKING LIST**

S naghat

**DATE** 04/26/2018

**SHIP-TO ADDRESS**

SEARS HOLDINGS CORP                8273

051 LAKEVIEW RD
AWRENCE KS 66049

**SHIP-FOR ADDRESS**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

**DELIV DATE** 05/09/2018
**REQST DATE** / /
**CANCEL DATE** / /
**ORDER DATE** 04/26/2018

EPT: 020        TYPE: R          **INSTRUCTIONS:**

RDER NO: 100802              **PO NO:** 08273644931 R            **PAGE:** 1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | ~~817707016629~~ / ~~EGQ223B~~ ~~Ematic 10" Quad-Core Tablet WR~~ | ~~EGQ223B~~ | ~~160~~ | ~~EA~~ | |
| 2 | 817707016629 / EGQ347BL Ematic 7HD Quad-Core Tablet | EGQ347B | 160 (160) | EA | $44.52 |

H PO REF #-Delivery Requested: 20180509|

(16) Boxes — 12 lbs

UPS Ground

(W) → 192 lbs

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS          7 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341508216
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00           COD   0.00       RS 0.00
DC 0.00           DGD   0.00       SD 0.00
AH 0.00           PR    0.00       SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS          8 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70340400628
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00           COD   0.00       RS 0.00
DC 0.00           DGD   0.00       SD 0.00
AH 0.00           PR    0.00       SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS          9 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341006633
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00           COD   0.00       RS 0.00
DC 0.00           DGD   0.00       SD 0.00
AH 0.00           PR    0.00       SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63

3Y49V7        MAY 2, 2018   ACT WT 12.0 LBS          10 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341382245
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE — PIECE NR RATE CHRGS:          SVC 7.98 USD
DV 0.00           COD   0.00       RS 0.00
DC 0.00           DGD   0.00       SD 0.00
AH 0.00           PR    0.00       SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63         PUB+HC14.63



# Shaghal Ltd.

2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

| DATE | 11/01/17 |
| --- | --- |
| SOLD TO | SEARS |
| | 3333 BEVERLY RD C2-114B |
| | HOFFMAN ESTATES, IL 60176 |

| INV # | 991575 |
| --- | --- |
| PO # | 08273644931R |

| SHIP TO | SEARS HOLDINGS CORPS |
| --- | --- |
| | 3051 LAKEVIEW RD |
| | LAWRENCE, KS 66049 |

## PACKING LIST

| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| --- | --- | --- | --- | --- | --- |
| EGQ347BL | | 16 | 10 | 160 | CHINA |
| | | | | | |
| TOTAL | | 16 | | 160 | |

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      11 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342343455
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      12 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342066264
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      13 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342686675
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      14 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341900685
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      15 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70342564298
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

---

3Y49V7           MAY 2, 2018    ACT WT 12.0 LBS      16 OF 16
SVC GNDCOM              BL WT 12.0 LBS
TRACKING# 1Z3Y49V70341293501
REF 1:INV#991575
REF 2:PO#08273644931 R

HANDLING CHARGE 0.00
SINGLE – PIECE NR RATE CHRGS:        SVC 7.98 USD
DV 0.00          COD   0.00        RS 0.00
DC 0.00          DGD   0.00        SD 0.00
AH 0.00          PR    0.00        SP 0.00
TOT NR CHG 7.98            NR+HC7.98
TOT PUB CHG 14.63            PUB+HC14.63

# Shaghal Ltd.

Est. 1985

**2231 Colby Ave., Los Angeles, CA 90064**
**Tel: (310) 966-1133 Fax: (310) 966-1134**

# INVOICE - A

## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/07/2018 | 995270 |

| BILL TO | SHIP TO |
|---------|---------|
| Sears Holdings<br>3333 BEVERLY RD. C2-114B<br>HOFFMAN ESTATES, IL 60176 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE KS 66049 |

| P.O. # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|--------|-----------|-------|---------|---|------|----------|-----------|----------|
| 0827364655... | | N/A | | | | 05/07/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 222 | EMW5306 | 19-70" Full Motion TV Mount | 33.36 | | 7,405.92 | |
| 180 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 3,175.20 | |
| 120 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,252.80 | |
| | | REF: PO# 08273646559R | | | | |

| | Grand Total | $11,833.92 |
|---|---|---|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

## Thank you for your Business!

**1402**

**PICKING LIST**

**DATE** 05/03/2018

**HIP-TO ADDRESS**
SEARS HOLDINGS CORP          8273

051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**   05/17/2018
**REQST DATE**   / /
**CANCEL DATE**  / /
**ORDER DATE**   05/03/2018

**EPT:** 012      **TYPE:** R        **INSTRUCTIONS:**

**RDER NO:** 100804          **PO NO:** 08273646559 R          **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|------|-------------------------------|--------------|-------------|-----------------|----------|
| 1 | 817707019804  / EMW5306  (111) Box) EMATIC TV Wall Mount Kit for 3 | EMW5306 222 (222) | EA $ 33.36 | | |
| 2 | 817707019811  / EMW4101 (36) Box EMATIC TV Wall Mount Kit for 1 | EMW4101 180 (180) | EA $ 17.64 | | |
| 3 | 817707019781  / EMW3401 (24) Box) EMATIC TV Wall Mount Kit for 1 | EMW3401 120 (120) | EA $ 10.44 | | |

H PO REF #-Delivery Requested: 20180517|

(#1)  40" x 48" x 84" → EMW5306 → (56) Box"

(#2) 40" x 48" x 84" → EMW5306 → (55) Box"

(#3) 40" x 48" x 73" → EMW4101 → (36) Box"

EMW3401 → (24) Box

(#1) - 1969 lbs

(W) (#2) - 1935 lbs

(#3) - 1958 lbs

(3) PALLETS



## Shaghal Ltd.
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133     F (310) 966 1134

DATE        05/07/18                                          INV #          995270
SOLD TO     SEARS                                            PO #      08273646559R
            3333 BEVERLY RD C2-114B
            HOFFMAN ESTATES, IL 60176

SHIP TO     SEARS HOLDINGS CORPS
            3051 LAKEVIEW RD
            LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW5306 | 1 | 56 | 2 | 112 | CHINA |
| EMW5306 | 2 | 55 | 2 | 110 | CHINA |
| EMW4101 | 3 | 36 | 5 | 180 | CHINA |
| EMW3401 | | 24 | 5 | 120 | CHINA |
| | | | | | |
| TOTAL | 3 | 171 | | 522 | |

_____
                SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME


### THANK YOU FOR YOUR BUSINESS

Date 5/10/18

## BILL OF LADING – SHORT FORM – NOT NEGOTIABLE

Page 1 of 1

| **SHIP FROM** | **Bill of Lading Number: QTS#87810** |
|---|---|
| SG Logistics<br>2034 E. 27th St. Unit A & B<br>Vernon, CA 90058<br>310-968-8509 | |

| **SHIP TO** | **Carrier Name: QUALITY TRANSPORTATION** |
|---|---|
| Sears Holding Corp<br>3051 Lakeview Rd<br>Lawrence, KS 66049<br>785-842-0677<br>**Delivery Appt. is required** | Trailer number:<br>Shipper number: **5356** |

| **THIRD PARTY FREIGHT CHARGES BILL TO** | **SCAC: QUTV** |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO #: 08273646560 R / INV#995271  and  08273646559 R / Inv#995270 |

| **Special Instructions: Delivery APPT. is required.**<br>**Deliver 5/17/18** | **Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):<br>Prepaid ☐   Collect ☐   3rd Party ☑   SHAGHAI LTD.<br>☐ Master bill of lading with attached underlying bills of lading. |
|---|---|

### CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO# 08273646560 R / INV#995271 | 1 plt | 710 lbs | Y | N | 40x48x70 / 41 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1969 lbs | Y | N | 40x48x84 / 56 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1935 lbs | Y | N | 40x48x84 / 55 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1958 lbs | Y | N | 40x48x73 / 60 boxes |
| **Grand Total** | 4 pallets | 6,572 lbs | | | 212 boxes |

### CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC No. | Class |
| | | | | | | TV WALL MOUNT | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ .

**COD Amount: $**

Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.<br>**Shipper Signature** |
|---|---|

| **Shipper Signature/Date**<br><br>This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | **Trailer Loaded:**<br>☐ By shipper<br>☐ By driver | **Freight Counted:**<br>☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | **Carrier Signature/Pickup Date**<br><br>Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
|---|---|---|---|

Received by: _Cheulin Sharp_    Date: __05102018__

4PLTS

**1405**



# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

*Vernon → 5|10*

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/07/2018 | 995271 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O. # | Order/TC # | Terms | Phone # |
|--------|-----------|-------|---------|
| 0827364656... | | N/A | |

| Type | Due Date | Ship Date | Ship Via |
|------|----------|-----------|----------|
| | 05/07/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 240 | EGQ223BL | Ematic 10" Quad-Core Tablet with Android 5.1, Lollipop | 76.81 | | 18,434.40 | |
| 170 | EGQ347BL | Ematic 7" Quadcore Android 5.0 (Black) | 44.52 | | 7,568.40 | |
| | | REF: PO# 08273646560R | | | | |

| | Grand Total | $26,002.80 |
|--|-------------|------------|

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

_____
Prepared By

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

Authorized By

Thank you for your Business!

**1406**

**PICKING LIST**

**3**

Vernon

**SHIP-TO ADDRESS**
SEARS HOLDINGS CORP            8273
051 LAKEVIEW RD
AWRENCE  KS  66049

**SHIP-FOR ADDRESS**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE  KS  66049

**DELIV DATE**  05/17/2018
**REQST DATE**  / /
**CANCEL DATE** / /
**ORDER DATE** 05/03/2018

**EPT:** 020       **TYPE:** R       **INSTRUCTIONS:**

**RDER NO:** 100805          **PO NO:** 08273646560 R                **PAGE:**    1

**SHIP TO:** SEARS HOLDINGS CORP

| ne # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| 1 | 817707016650  / ECQ223BL | EGQ223BL | 240 | EA | 76.81 |
|   | Ematic 10" Quad-Core Tablet wp | | | | |
| 2 | 817707016629  / EGQ347BL | EGQ347B | 170 | EA | 44,52 |
|   | Ematic 7HD Quad-Core Tablet | | | | |

H PO REF #-Delivery Requested: 20180517|

*Handwritten annotations:* Boxi, (24) → 19.40 lbs, (17) → 12 /bc, 40" x 48" x 70", (W) → 710 lb)



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133      F (310) 966 1134

| | | | |
|---|---|---|---|
| **DATE** | 11/01/17 | **INV #** | 995271 |
| **SOLD TO** | SEARS | **PO #** | 08273646560R |
| | 3333 BEVERLY RD C2-114B | | |
| | HOFFMAN ESTATES, IL 60176 | | |

**SHIP TO**   SEARS HOLDINGS CORPS
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| **MODEL** | **PALLET#** | **TOTAL BOXES** | **QTY/BOX** | **TOTAL PCS** | **MADE IN** |
| EGQ223BL | 1 | 24 | 10 | 240 | CHINA |
| EGQ347BL | | 17 | 10 | 170 | CHINA |
| | | | | | |
| **TOTAL** | **1** | **41** | | **410** | |

_____
        **SIGNATURE**

**PLEASE NOTE:**   UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE
REPORTED TO THE SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON
DAMAGES/PARTIAL SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE
PAID ONLY IF FILED WITHIN 21 DAYS UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY
SO WE CAN CLAIM WITHIN THE TIME FRAME

**THANK YOU FOR YOUR BUSINESS**

Date 5/10/18

## BILL OF LADING - SHORT FORM - NOT NEGOTIABLE

Page 1 of 1

| SHIP FROM | Bill of Lading Number: QTS#87810 |
|---|---|
| SG Logistics<br>2034 E. 27th St. Unit A & B<br>Vernon, CA 90058<br>310-968-8509 | |

| SHIP TO | Carrier Name: QUALITY TRANSPORTATION |
|---|---|
| Sears Holding Corp<br>3051 Lakeview Rd<br>Lawrence, KS 66049<br>785-842-0677<br>**Delivery Appt. is required** | Trailer number: **5356**<br>Shipper number: |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: QUTV |
|---|---|
| Quality Transportation Services<br>1820 W. Orangewood Ave #213<br>Orange, CA 92868<br>PH 714-939-6366 FX 714-939-6362 | PO #: 08273646560 R / INV#995271 and 08273646559 R / Inv#995270 |

| Special Instructions: Delivery APPT. is required.<br>Deliver 5/17/18 | **Freight Charge Terms** (Freight charges are prepaid unless marked otherwise):<br>Prepaid ☐   Collect ☐   3rd Party ☒   SHAGHAI LTD.<br>☐ Master bill of lading with attached underlying bills of lading. |
|---|---|

### CUSTOMER ORDER INFORMATION

| PURCHASE Order No. | # of Packages | Weight | Pallet/Slip (circle one) | | Additional Shipper Information |
|---|---|---|---|---|---|
| PO# 08273646560 R / INV#995271 | 1 plt | 710 lbs | Y | N | 40x48x70 / 41 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1969 lbs | Y | N | 40x48x84 / 56 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1935 lbs | Y | N | 40x48x84 / 55 boxes |
| PO# 08273646559 R / Inv#995270 | 1 plt | 1958 lbs | Y | N | 40x48x73 / 60 boxes |
| **Grand Total** | 4 pallets | 6,572 lbs | | | 212 boxes |

### CARRIER INFORMATION

| Handling Unit | | Package | | | | Commodity Description | LTL Only | |
|---|---|---|---|---|---|---|---|---|
| Qty | Type | Qty | Type | Weight | HM (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| | | | | | | TV WALL MOUNT | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $**

Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

| Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.<br>**Shipper Signature** |
|---|---|

| Shipper Signature/Date | Trailer Loaded: | Freight Counted: | Carrier Signature/Pickup Date |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☐ By shipper<br>☐ By driver | ☐ By shipper<br>☐ By driver/pallets said to contain<br>☐ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Received by: _Chester Sharp_   Date: __05 10 2018__

4PLT3

Vernon 9/22

# Shaghal Ltd.
Est. 1985

2231 Colby Ave., Los Angeles, CA 90064
Tel: (310) 966-1133 Fax: (310) 966-1134

# INVOICE - A
## OFFICE COPY

| Date | Invoice # |
|------|-----------|
| 05/15/2018 | 999490 |

**BILL TO**

Sears Holdings
3333 BEVERLY RD. C2-114B
HOFFMAN ESTATES, IL 60176

**SHIP TO**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE KS 66049

| P.O # | Order/TC # | Terms | Phone # | | Type | Due Date | Ship Date | Ship Via |
|-------|-----------|-------|---------|--|------|----------|-----------|----------|
| 0827364859... | | N/A | | | | 05/15/2018 | | |

| Quantity | Item Code | Description | Unit Price | WM Line Ite... | Amount | UPC # |
|----------|-----------|-------------|------------|----------------|--------|-------|
| 5 | EMW6201 | 30-79" Tilting TV Wall Mount | 16.10 | | 241.50 | |
| 250 | EMW4101 | 17-55" Full Motion TV Mount | 17.64 | | 4,410.00 | |
| 145 | EMW3401 | 10-49" FULL Motion TV Mount | 10.44 | | 1,513.80 | |
| 130 | EMW5105 | 23-65" Fixed Low Profile TV Wall Mount | 7.20 | | 936.00 | |
| | | REF: PO# 08273648597R | | | | |

QTS   Thru   UPSFr   307 763 153

| | |
|--|--|
| **Grand Total** | **$7,101.30** |

All terms, conditions and limitations of this invoice are hereby acknowledged and accepted in full.

_____
Customer Signature

**Prepared By**

Vendee has inspected the goods described in this invoice, acknowledged that they are in good condition and accepts them in said condition. All sales are final, and no refunds are allowed. No cancellation of special orders can be accepted. However, in the event vendors accept returned goods, Vendee will pay Vendor a restocking charge of 15% per month. All past due accounts will incur a charge of 1.5% per month. All charges are non-refundable. In the event Vendor institutes collection proceedings or legal action to enforce any of the funds due under this invoice, the Vendee shall pay to the Vendor in addition to said past due funds all legal costs and attorney fees reasonably incurred by Vendor therewith. In connection with any such legal action, Vendee agrees to be sued in the County of Los Angeles, State of California, and consent to the jurisdiction of the State of California. Vendee agrees to the terms and conditions described herein.

**Authorized By**

## Thank you for your Business!

**1410**

**PICKING LIST**

DATE 05/11/2018

| HIP-TO ADDRESS | | SHIP-FOR ADDRESS | | |
|---|---|---|---|---|
| SEARS HOLDINGS CORP | 8273 | SEARS HOLDINGS CORP | DELIV DATE | 05/29/2018 |
| | | 3051 LAKEVIEW RD | REQST DATE | / / |
| 051 LAKEVIEW RD | | LAWRENCE  KS  66049 | CANCEL DATE | / / |
| AWRENCE  KS  66049 | | | ORDER DATE | 05/11/2018 |

EPT: 012        TYPE: R        INSTRUCTIONS:

RDER NO: 100806              PO NO: 08273648597 R              PAGE:    1

SHIP TO: SEARS HOLDINGS CORP

| e # | UPC or EAN Number / Vendor ID | Style Number | Qty Ordered | Unit of Measure | Location |
|---|---|---|---|---|---|
| | 817707019897 / 005636023 | E1VS670 | 162 | EA | |
| | EMATIC METAL GLASS  UP TO 70LB | | | | |
| 2 | 817707019798  ⌐ / EMW6201  (3) | EMW6201 | 15 (15) | EA $ 16.10 | |
| | EMATIC TV Wall Mount Kit for 3 | | | | |
| 3 | 817707019811  ⌐ / EMW4101  (50) | EMW4101 | 250 (250) | EA $ 17.64 | |
| | EMATIC TV Wall Mount Kit for 1 | | | | |
| 4 | 817707019781  ⌐ / EMW3401  (29) | EMW3401 | 145 (145) | EA $ 10.44 | |
| | EMATIC TV Wall Mount Kit for 1 | | | | |
| 5 | 817707019828  10 / EMW5105  (13) | EMW5105 | 130 (130) | EA $ 7.20 | |
| | EMATIC TV Wall Mount Kit for 2 | | | | |

H PO REF #-Delivery Requested: 20180529|

(95) Box's

(#1) 40"x48"x77" → EMW6201 — (3) Box's
          EMW4104 → (50) Box'    2143 lb

(#2) 40"x48"x42" → EMW3401 — (29) Box'
          EMW5105 — (13) Box'    957 lb

(2) PALLETS

(W) → 3094 lbs



**Shaghal Ltd.**
2231 Colby Ave., Los Angeles, CA 90064
T (310) 966 1133    F (310) 966 1134

DATE          05/15/18                               INV #            999490
SOLD TO       SEARS                                  PO #      08273648597R
              3333 BEVERLY RD C2-114B
              HOFFMAN ESTATES, IL 60176

SHIP TO       SEARS HOLDINGS CORPS
              3051 LAKEVIEW RD
              LAWRENCE, KS 66049

| PACKING LIST | | | | | |
|---|---|---|---|---|---|
| MODEL | PALLET# | TOTAL BOXES | QTY/BOX | TOTAL PCS | MADE IN |
| EMW6201 | 1 | 3 | 5 | 15 | CHINA |
| EMW4101 | | 50 | 5 | 250 | CHINA |
| EMW3401 | 2 | 29 | 5 | 145 | CHINA |
| EMW5105 | | 13 | 10 | 130 | CHINA |
| | | | | | |
| TOTAL | 2 | 95 | | 540 | |

_____

          SIGNATURE

PLEASE NOTE:    UPON RECEIPT OF THE MERCHANDISE ANY DISCOVERY OF ANY SHORTAGE ON ANY ITEM MUST BE REPORTED TO THE
                SHIPPER WITHIN 48 HOURS BY FAX OR EMAIL, FOR US TO BE PAID CLAIMS ON DAMAGES/PARTIAL
                SHORTAGES/MISSING UNITS PLEASE NOTE THAT PER INSURANCE CLAIM CAN BE PAID ONLY IF FILED WITHIN 21 DAYS
                UPON DELIVERY/PICK UP DATE, PLEASE REPORT ANY DISCREPANCY SO WE CAN CLAIM WITHIN THE TIME FRAME

                        **THANK YOU FOR YOUR BUSINESS**

# GLOBALTRANZ®

Fax: (909) 357-9600x1
Fax: (909) 357-9603

| Shipper | SG Logistics | Carrier: UPS Freight | Shipment Date: 05/22/2018 |
|---|---|---|---|
| Address: | 2034 E 27th St # A&B | PO #: PO#08273648597R | Est. Transit Days: 3 day(s) |
| | Vernon, CA 90058 | Shipper Ref #: INV#999490 | Carrier PRO #: |
| Country: | USA | | |
| Contact Name: | Shipping Dept | Origin Terminal: | Destination Terminal: |
| Phone No: | (310) 968-8509 | P:(323) 837-1220 | P:(913) 281-0055 |
| Fax No: | | | |

| Consignee | SEARS HOLDING CORP | **Third Party Billing Information :** |
|---|---|---|
| Address: | 3051 LAKEVIEW RD | All charges prepaid to : |
| | Lawrence, KS 66049 | GlobalTranz |
| Country: | USA | PO Box 6348 |
| Contact Name: | RECEIVING 785-842-9600 | Scottsdale AZ 85261 |
| Phone No: | (785) 856-4141 | Direct billing inquiries to : (866) 275-1407 |
| Fax No: | | GTZ BOL NO : 15589610 |

**Comments/Special Instructions: Notify Prior To Arrival**

Pickup Remarks:INV#999490 PO#08273648597R DELIVERY APPT RQRD MUST DELIVER NO LATER THAN 5/29/18

Delivery Remarks:INV#999490 PO#08273648597R DELIVERY APPT RQRD MUST DELIVER NO LATER THAN 5/29/18

Any Problems with Delivery please call Dispatch at (909) 357-9600 Option 1 or 2

| Package Name | Pallets | Pieces | HM | Description | Weight | Class | Length | Width | Height | NMFC# |
|---|---|---|---|---|---|---|---|---|---|---|
| Pallets(40x48) | 2 | 95 | | TV Mounts | 3094 lbs | 70 | 40 In | 48 In | 77 In | 95190-9 |
| Total: | 2 | 95 | | | 3094 lbs | | | | | |

Any problems with delivery, please contact Dispatch, a GlobalTranz agency at dispatch@freightprologisticsllc.com or (909) 357-9600x1.

The authorized signatories signing this document on behalf of its company consents and bind its company to the terms and conditions found on www.carrierrate.com.

Shipper Certification : I hereby certify that the contents of this consignment are fully and accurately described above by proper shipping name and are classified, packaged, marked and labeled and in proper condition for carriage by land/air according to applicable national governmental regulations.

Shipper's Signature: _____   Date: _____   Trailer#: _____

Driver's Signature: _____   Date: 5-22-18   Trailer#: _____

Drivers Certification : Carrier acknowledges receipt of packages in good order, condition and quantity unless otherwise stated hereon. Carrier certifies emergency response information and required placards were made available and/or carrier has the D.O.T. emergency response guidebook or equivalent in the vehicle.

Consignee Signature: _____   Print Name: _____

Company Name: _____   Date: _____

Permanent post-office address of the Shipper:
* Mark with "X" to designate material as defined in Title 49 CFR

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400



UPS Freight   307 763 153 LOS

**1413**