# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 11400 West Olympic Boulevard, Suite 700, Los Angeles, California, 90064.

On October 8, 2020, I served the within documents:

**SHAGHAL LTD.'S RESPONSE TO TWENTY-FIRST OMNIBUS OBJECTION TO REDUCE OR RECLASSIFY CERTAIN FILED PROOFS OF CLAIM OR SUBMITTED BALLOTS; DECLARATION OF DEBORAH FREGOSO**

[X] by causing overnight delivery by Federal Express of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Akin Gump Strauss, Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(Attn: Philip C. Dublin, Esq.,<br>Ira Dizengoff, Esq.,<br>and Sara Lynne Brauner, Esq.)<br>*Attorneys for the Official Committee of Unsecured Creditors* | Weil, Gotshal, & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>(Attn: Ray C. Schrock, Esq.,<br>Jacqueline Marcus, Esq.,<br>Garrett A. Fail, Esq.,<br>and Sunny Singh, Esq.)<br>*Attorneys for the Debtors* |

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 8, 2020, at Los Angeles, California.

_____
Kristin Manning