**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Adobe Inc. fdba Adobe Systems Incorporated** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $319,669.08 | 9/25/2018 | 4900019257A | 8/12/2018 | $319,669.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/12/2018 | $108,075.00 | 9/12/2018 | 4500022189 | 4/3/2018 | $108,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $4,485.00 | 9/11/2018 | 864195076 | 8/11/2018 | $4,485.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008673 | $46,694.08 | 9/18/2018 | 920034941 | 6/29/2018 | $46,694.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006438 | $1,075.00 | 9/13/2018 | 4300040554 | 6/26/2018 | $1,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004440 | $1,197,101.20 | 9/10/2018 | 869077208 | 4/29/2018 | $346,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004440 | $1,197,101.20 | 9/10/2018 | 4700027571 | 5/1/2018 | $785,106.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004440 | $1,197,101.20 | 9/10/2018 | 4600040550 | 5/21/2018 | $65,939.20 |

Totals:   6 transfer(s),   $1,677,099.36