**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Borden Ladner Gervais LLP**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $192,275.20 | 9/14/2018 | 697598334 | 6/28/2018 | $14,052.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $192,275.20 | 9/14/2018 | 697589253 | 5/31/2018 | $14,270.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $192,275.20 | 9/14/2018 | 697581178 | 5/8/2018 | $70,670.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $192,275.20 | 9/14/2018 | 697579823 | 5/3/2018 | $93,282.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018 | $17,178.58 | 8/31/2018 | 697615572 | 8/20/2018 | $17,178.58 |

**Totals:    2 transfer(s),    $209,453.78**