**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **BRE Delta Industrial Sacramento LP**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743241 | $14,805.59 | 9/27/2018 | rent-IN-14 | 9/21/2018 | $14,805.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742706 | $14,805.59 | 9/4/2018 | rent-IN-13 | 8/27/2018 | $14,805.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742372 | $11,835.71 | 9/12/2018 | rent-IN-IN | 8/8/2018 | $11,835.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741937 | $14,805.59 | 7/26/2018 | rent-IN-12 | 7/20/2018 | $14,805.59 |

Totals:    4 transfer(s),    $56,252.48