**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **C & S Wholesale Grocers, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 936269-15762 | 7/9/2018 | $54.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 856352-15751 | 5/31/2018 | $77.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 856707-15752 | 5/31/2018 | $16,451.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 856708-15753 | 5/31/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 857147-15754 | 5/31/2018 | $248.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 865099-15755 | 6/5/2018 | $99.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 869600-15756 | 6/6/2018 | $65.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958843-15764 | 7/19/2018 | $3,657.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 934780-15761 | 7/9/2018 | $64.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 11381-15747 | 5/26/2018 | $11,493.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 957739 | 7/19/2018 | $233.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958043 | 7/19/2018 | $388.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958497-15763 | 7/19/2018 | $5,521.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958498 | 7/19/2018 | $5,349.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958499 | 7/19/2018 | $2,734.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958500 | 7/19/2018 | $344.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 205960 | 5/8/2018 | $241.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 900608-15758 | 6/21/2018 | $543.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 208203 | 5/30/2018 | $241.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980392 | $11,434.12 | 7/18/2018 | 920640-15704 | 7/2/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 206979 | 5/17/2018 | $33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 206993 | 5/17/2018 | $44.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207103 | 5/17/2018 | $38.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207105 | 5/17/2018 | $33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207111 | 5/17/2018 | $33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207116 | 5/17/2018 | $99.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 842561-15750 | 5/24/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207566 | 5/22/2018 | $132.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 73263-15749 | 3/31/2018 | $545.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 208529 | 5/31/2018 | $58.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 208530 | 5/31/2018 | $38.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 957066-15745 | 7/18/2018 | $89.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 957067 | 7/18/2018 | $59.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 957091-15746 | 7/18/2018 | $2,965.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 957092 | 7/18/2018 | $506.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958844 | 7/19/2018 | $1,232.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 207117 | 5/17/2018 | $33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987703 | 8/2/2018 | $1,768.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 944638-15785 | 7/12/2018 | $266.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 986165-15786 | 8/1/2018 | $310.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 986166 | 8/1/2018 | $21.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987698-15787 | 8/2/2018 | $15,775.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987699-15788 | 8/2/2018 | $2,300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987700-15789 | 8/2/2018 | $6,383.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958501 | 7/19/2018 | $418.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987702 | 8/2/2018 | $12,479.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 870912-15778 | 6/7/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987704 | 8/2/2018 | $799.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987705 | 8/2/2018 | $2,041.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 988062-15791 | 8/2/2018 | $19,796.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 988063-15792 | 8/2/2018 | $122.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 988064-15793 | 8/2/2018 | $4,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 988065 | 8/2/2018 | $187.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 988066 | 8/2/2018 | $731.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 987701-15790 | 8/2/2018 | $86.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 930126-15773 | 7/5/2018 | $1,306.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958845-15765 | 7/19/2018 | $3,422.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958846-15766 | 7/19/2018 | $83.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | 958847-15767 | 7/19/2018 | $2,665.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989129 | $63,422.71 | 8/8/2018 | KM151997A | 7/19/2018 | $3,960.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989888 | $10,842.70 | 8/9/2018 | 26498-15768 | 7/21/2018 | $9,462.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989888 | $10,842.70 | 8/9/2018 | 26505-15769 | 7/21/2018 | $1,380.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990643 | $693.07 | 8/10/2018 | 963939 | 7/23/2018 | $422.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 915806-15782 | 6/28/2018 | $2,756.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 929682-15772 | 7/5/2018 | $768.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 884091-15779 | 6/13/2018 | $2,965.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 971785 | 7/25/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 971813 | 7/25/2018 | $84.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 972460 | 7/26/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 972461 | 7/26/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991967 | $5,180.35 | 8/14/2018 | 972462 | 7/26/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996259 | $53,502.60 | 8/21/2018 | 15003-15774 | 6/9/2018 | $460.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 205956 | 5/8/2018 | $33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990643 | $693.07 | 8/10/2018 | 963940 | 7/23/2018 | $270.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 827938-15723 | 5/17/2018 | $5,982.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73262 | 3/31/2018 | $1,246.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73263-15718 | 3/31/2018 | $545.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73263-15719 | 3/31/2018 | $59.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73263-15720 | 3/31/2018 | $48.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73263-15721 | 3/31/2018 | $609.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73264 | 3/31/2018 | $1,437.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 8981-15727 | 5/19/2018 | $2,300.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 827617 | 5/17/2018 | $2,398.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 15004 | 6/9/2018 | $2,152.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 827939-15724 | 5/17/2018 | $635.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 836532 | 5/22/2018 | $1,156.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 836534-15725 | 5/22/2018 | $50.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 870911 | 6/7/2018 | $4,315.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 871387 | 6/7/2018 | $3,269.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 886092 | 6/14/2018 | $2,152.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 206088 | 6/8/2018 | $84.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 826611-15722 | 5/16/2018 | $35.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929682-15714 | 7/5/2018 | $6,046.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980392 | $11,434.12 | 7/18/2018 | 920641 | 7/2/2018 | $6,231.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980392 | $11,434.12 | 7/18/2018 | 920642-15705 | 7/2/2018 | $604.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980392 | $11,434.12 | 7/18/2018 | 921788 | 7/2/2018 | $1,479.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 23174-15706 | 7/6/2018 | $1,840.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 928488 | 7/4/2018 | $31.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 928489-15711 | 7/4/2018 | $109.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 928506 | 7/4/2018 | $172.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 73261 | 3/31/2018 | $1,403.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929681-15713 | 7/5/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 5733-15717 | 5/11/2018 | $11,493.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929683 | 7/5/2018 | $70.62 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929684 | 7/5/2018 | $1,820.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929685 | 7/5/2018 | $184.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 930124-15715 | 7/5/2018 | $20,960.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 930125 | 7/5/2018 | $46.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 930126-15716 | 7/5/2018 | $4,367.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 3.67035E+14 | 7/9/2018 | $653.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982327 | $30,216.02 | 7/23/2018 | 929679-15712 | 7/5/2018 | $326.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 129846 | 5/17/2018 | $269.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944638-15739 | 7/12/2018 | $1,080.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985697 | $21,542.34 | 7/30/2018 | 619322A | 3/12/2018 | $19,066.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985697 | $21,542.34 | 7/30/2018 | 945713 | 7/13/2018 | $888.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985697 | $21,542.34 | 7/30/2018 | 946212 | 7/13/2018 | $1,587.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986434 | $2,641.26 | 7/31/2018 | 24894-15740 | 7/14/2018 | $2,760.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987146 | $3,227.66 | 8/1/2018 | 949578 | 7/16/2018 | $108.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983011 | $52,241.92 | 7/24/2018 | 8979-15726 | 5/19/2018 | $11,493.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 129784 | 5/16/2018 | $416.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944635 | 7/12/2018 | $3,912.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 129933 | 5/22/2018 | $227.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 130006 | 5/24/2018 | $198.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 130113 | 6/4/2018 | $607.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 130115 | 5/29/2018 | $616.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 130400 | 6/7/2018 | $227.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 130508 | 6/11/2018 | $454.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988035 | $7,701.63 | 8/2/2018 | 205947 | 5/8/2018 | $79.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987146 | $3,227.66 | 8/1/2018 | 949579 | 7/16/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944299 | 7/12/2018 | $8,337.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 3.67036E+14 | 7/9/2018 | $1,227.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 3.67037E+14 | 7/9/2018 | $23,263.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 3.67038E+14 | 7/9/2018 | $1,836.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 3.67038E+14 | 7/9/2018 | $1,096.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 934780-15735 | 7/9/2018 | $117.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 934781 | 7/9/2018 | $169.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 936269-15736 | 7/9/2018 | $52.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944637 | 7/12/2018 | $1,203.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944298-15737 | 7/12/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944636 | 7/12/2018 | $55.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944300 | 7/12/2018 | $817.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944301 | 7/12/2018 | $313.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944302 | 7/12/2018 | $1,234.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944632-15738 | 7/12/2018 | $10,854.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944633 | 7/12/2018 | $2,481.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 944634 | 7/12/2018 | $1,098.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 16760-15796 | 6/15/2018 | $14,073.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985087 | $24,985.58 | 7/27/2018 | 942916 | 7/11/2018 | $506.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 102808 | 8/16/2018 | $805.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190495 | 9/20/2018 | $80.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190496 | 9/20/2018 | $51.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190497 | 9/20/2018 | $908.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190498 | 9/20/2018 | $978.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190499 | 9/20/2018 | $3,684.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190500 | 9/20/2018 | $486.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 162013 | 9/6/2018 | $106.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 101447 | 8/8/2018 | $22.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 188712 | 9/19/2018 | $31.34 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 115598 | 8/15/2018 | $76.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 117498 | 8/16/2018 | $759.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 160039 | 9/5/2018 | $91.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 161597 | 9/6/2018 | $8,958.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 161598 | 9/6/2018 | $1,945.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 161599 | 9/6/2018 | $696.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 16538-15794 | 6/15/2018 | $3,103.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190501 | 9/20/2018 | $540.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012739 | $5,007.21 | 9/25/2018 | 24894-15870 | 7/14/2018 | $2,760.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 144241 | 8/29/2018 | $106.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 145138-15862 | 8/30/2018 | $6,902.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 145139 | 8/30/2018 | $9,228.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 145140 | 8/30/2018 | $797.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 145141 | 8/30/2018 | $18.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 146345-15863 | 8/30/2018 | $2,188.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 146347-15864 | 8/30/2018 | $226.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190168 | 9/20/2018 | $2,001.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 146349-15865 | 8/30/2018 | $46.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 190167 | 9/20/2018 | $8,160.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012739 | $5,007.21 | 9/25/2018 | 957066-15872 | 7/18/2018 | $89.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012739 | $5,007.21 | 9/25/2018 | 957091-15873 | 7/18/2018 | $2,965.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 102813-15875 | 8/9/2018 | $8,255.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 146349-15878 | 8/30/2018 | $16.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 188710-15879 | 9/19/2018 | $58.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021654 | $5,919.88 | 9/28/2018 | 188711-15880 | 9/19/2018 | $151.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 162014 | 9/6/2018 | $3,916.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010750 | $14,773.28 | 9/20/2018 | 146348 | 8/30/2018 | $1,074.36 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973160 | 7/26/2018 | $2,760.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 204163 | 9/27/2018 | $4,172.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 204164 | 9/27/2018 | $180.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 217512 | 10/3/2018 | $114.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 217513 | 10/3/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 217587 | 10/3/2018 | $464.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 3.91004E+14 | 9/12/2018 | $23,852.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 161600 | 9/6/2018 | $347.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 3.92805E+14 | 10/3/2018 | $16,828.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 203797 | 9/27/2018 | $187.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973162 | 7/26/2018 | $1,878.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973163 | 7/26/2018 | $473.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973164 | 7/26/2018 | $602.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973619 | 7/26/2018 | $3,009.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973620 | 7/26/2018 | $55.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 973621 | 7/26/2018 | $2,410.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | KM152459A | 8/24/2018 | $1,875.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 3.91005E+14 | 9/14/2018 | $598.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175853 | 9/13/2018 | $4,776.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 162015 | 9/6/2018 | $85.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 162016 | 9/6/2018 | $226.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 174448 | 9/12/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 174466 | 9/12/2018 | $78.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175347 | 9/13/2018 | $10,978.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175348 | 9/13/2018 | $2,496.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175349 | 9/13/2018 | $136.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 204162 | 9/27/2018 | $392.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175852 | 9/13/2018 | $100.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 204161 | 9/27/2018 | $84.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175854 | 9/13/2018 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 202390 | 9/26/2018 | $45.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 202391 | 9/26/2018 | $98.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 203794 | 9/27/2018 | $342.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 203795 | 9/27/2018 | $10,136.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 203796 | 9/27/2018 | $2,367.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 930124-15859 | 7/5/2018 | $20,960.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | 175851 | 9/13/2018 | $169.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102813-15820 | 8/9/2018 | $10,277.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 3.80304E+14 | 8/6/2018 | $359.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 3.80305E+14 | 8/6/2018 | $1,648.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 3.80305E+14 | 8/6/2018 | $1,509.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 3.80306E+14 | 8/6/2018 | $897.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102809-15816 | 8/9/2018 | $3,681.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102810-15817 | 8/9/2018 | $4,601.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 944632-15861 | 7/12/2018 | $10,854.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102812-15819 | 8/9/2018 | $114.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 103291 | 8/9/2018 | $112.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102814-15821 | 8/9/2018 | $1,933.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102815-15822 | 8/9/2018 | $558.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102816-15823 | 8/9/2018 | $294.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 900605-15824 | 6/21/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 901042-15825 | 6/21/2018 | $21,913.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 915315-15826 | 6/28/2018 | $11,111.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 915316-15827 | 6/28/2018 | $6,442.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 102811-15818 | 8/9/2018 | $6,902.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973162-15809 | 7/26/2018 | $1,878.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $112,034.35 | 10/12/2018 | KM162065A | 8/24/2018 | $1,720.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 885588-15797 | 6/14/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 895144 | 6/19/2018 | $1,061.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 899310-15798 | 6/20/2018 | $52.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 901041 | 6/21/2018 | $2,152.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 101428 | 8/8/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 101447-15801 | 8/8/2018 | $22.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 3.80303E+14 | 8/6/2018 | $9,397.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973161-15808 | 7/26/2018 | $9,060.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 103292 | 8/9/2018 | $1,310.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973163-15810 | 7/26/2018 | $473.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973164-15811 | 7/26/2018 | $602.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973619-15812 | 7/26/2018 | $3,009.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973620-15813 | 7/26/2018 | $55.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973621-15814 | 7/26/2018 | $2,410.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999581 | $21,715.03 | 8/30/2018 | 103290-15815 | 8/9/2018 | $6,595.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 958847-15832 | 7/19/2018 | $922.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999150 | $1,092.21 | 8/29/2018 | 973160-15807 | 7/26/2018 | $2,760.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007968 | $8,942.78 | 9/17/2018 | 103290-15852 | 8/9/2018 | $830.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 958845-15830 | 7/19/2018 | $739.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132501 | 8/23/2018 | $141.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132502 | 8/23/2018 | $59.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132503 | 8/23/2018 | $167.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 3.80143E+14 | 8/20/2018 | $790.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 3.80144E+14 | 8/20/2018 | $67.72 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 3.80145E+14 | 8/20/2018 | $86.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132038 | 8/23/2018 | $222.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 3.80146E+14 | 8/20/2018 | $1,220.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132037 | 8/23/2018 | $1,512.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007968 | $8,942.78 | 9/17/2018 | 973161-15853 | 7/26/2018 | $7,148.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007968 | $8,942.78 | 9/17/2018 | 986165-15854 | 8/1/2018 | $116.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007968 | $8,942.78 | 9/17/2018 | 988064-15855 | 8/2/2018 | $847.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 23174-15856 | 7/6/2018 | $1,840.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 929679-15857 | 7/5/2018 | $326.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 929681-15858 | 7/5/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998258 | $1,751.34 | 8/28/2018 | 16759-15795 | 6/15/2018 | $3,221.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 3.80145E+14 | 8/20/2018 | $23,556.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004490 | $2,868.96 | 9/10/2018 | 920640-15836 | 7/2/2018 | $3,119.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008744 | $46,866.00 | 9/18/2018 | 944298-15860 | 7/12/2018 | $6,442.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002665 | $59.84 | 9/5/2018 | 115692 | 8/15/2018 | $169.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117019-15834 | 8/16/2018 | $6,902.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117020 | 8/16/2018 | $13,205.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117021 | 8/16/2018 | $3,296.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117022 | 8/16/2018 | $390.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117497 | 8/16/2018 | $345.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132500 | 8/23/2018 | $1,964.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117499 | 8/16/2018 | $112.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001721 | $68,011.31 | 9/4/2018 | 958846-15831 | 7/19/2018 | $45.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004490 | $2,868.96 | 9/10/2018 | 920642-15837 | 7/2/2018 | $604.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004490 | $2,868.96 | 9/10/2018 | 928489-15838 | 7/4/2018 | $109.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 130352 | 8/22/2018 | $78.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 130376-15842 | 8/22/2018 | $124.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132034-15843 | 8/23/2018 | $10,765.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132035-15844 | 8/23/2018 | $6,902.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006493 | $1,478.33 | 9/13/2018 | 132036 | 8/23/2018 | $8,663.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003104 | $31,642.48 | 9/6/2018 | 117498-15835 | 8/16/2018 | $7,389.18 |

Totals:    27 transfer(s),    $609,794.96