# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **CAK Entertainment Inc.**
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH:9/4/2018 | $40,279.78 | 9/4/2018 | Royalities:May18-Jul18 | 8/17/2018 | $40,279.78 |
| **Totals:** | **1 transfer(s),** | **$40,279.78** | | | | | |