

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Capitol Funds, Inc.; and Berkeley Mall, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174055 | $30,929.89 | 10/10/2018 | 0000092518-6668 | 9/25/2018 | $3,750.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174055 | $30,929.89 | 10/10/2018 | 0000092518-6667 | 9/25/2018 | $27,179.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172708 | $30,929.89 | 9/6/2018 | 0000082618-5372 | 8/26/2018 | $3,750.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172708 | $30,929.89 | 9/6/2018 | 0000082618-5371 | 8/26/2018 | $27,179.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171298 | $30,929.89 | 8/8/2018 | 0000072618-2869 | 7/26/2018 | $3,750.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171298 | $30,929.89 | 8/8/2018 | 0000072618-2868 | 7/26/2018 | $27,179.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116655 | $44,909.63 | 9/13/2018 | 96191 | 4/23/2018 | $44,909.63 |

**Totals:** 4 transfer(s), $137,699.30