**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **CenturyLink Communications, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008771 | $41,453.28 | 9/18/2018 | B11647704 | 7/1/2018 | $41,453.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994404 | $41,496.76 | 8/17/2018 | B11626886 | 6/1/2018 | $41,496.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083020 | $41,496.76 | 7/30/2018 | B11601434 | 5/1/2018 | $41,496.76 |
| **Totals:** | | **3 transfer(s),** | **$124,446.80** | | | | |