**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Challenger Motor Freight Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/2/2018 | $2,385.14 | 8/2/2018 | 18071200585:7/18/2018 | 7/18/2018 | $1,065.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/10/2018 | $3,835.37 | 8/10/2018 | 18071000489:7/26/2018 | 7/26/2018 | $2,692.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/10/2018 | $3,835.37 | 8/10/2018 | 18072400409:7/27/2018 | 7/27/2018 | $1,142.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $14,000.03 | 8/14/2018 | 18052100674 | 7/30/2018 | $6,863.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/14/2018 | $14,000.03 | 8/14/2018 | 18062500426 | 7/30/2018 | $7,136.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/16/2018 | $2,655.36 | 8/16/2018 | 18071300612:8/1/2018 | 8/1/2018 | $2,655.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/17/2018 | $5,278.68 | 8/17/2018 | 18071700402:8/2/2018 | 8/2/2018 | $2,639.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080600383:9/19/2018 | 9/19/2018 | $1,441.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/2/2018 | $2,385.14 | 8/2/2018 | 18071200534:7/18/2018 | 7/18/2018 | $1,319.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/31/2018 | $3,499.04 | 7/31/2018 | 18071100517:7/16/2018 | 7/16/2018 | $1,142.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/21/2018 | $2,639.34 | 8/21/2018 | 18072301406:8/6/2018 | 8/6/2018 | $2,639.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $13,263.93 | 8/22/2018 | 18071300578 | 8/7/2018 | $4,541.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $13,263.93 | 8/22/2018 | 18071300591 | 8/7/2018 | $4,541.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $13,263.93 | 8/22/2018 | 18071600552:8/7/2018 | 8/7/2018 | $1,488.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/22/2018 | $13,263.93 | 8/22/2018 | 18072000598:8/7/2018 | 8/7/2018 | $2,692.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071000489:8/10/2018 | 8/10/2018 | $807.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071100704:8/10/2018 | 8/10/2018 | $1,710.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/17/2018 | $5,278.68 | 8/17/2018 | 18072400544:8/2/2018 | 8/2/2018 | $2,639.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/24/2018 | $6,261.86 | 7/24/2018 | 18062100802:7/9/2018 | 7/9/2018 | $2,855.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080600519:9/19/2018 | 9/19/2018 | $536.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080600543:9/19/2018 | 9/19/2018 | $2,118.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080900313:9/19/2018 | 9/19/2018 | $1,644.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080900544:9/19/2018 | 9/19/2018 | $1,644.64 |

Challenger Motor Freight Inc. (2218475)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                    Exhibit A                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18080900566:9/19/2018 | 9/19/2018 | $1,589.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/4/2018 | $10,207.99 | 10/4/2018 | 18081000581:9/19/2018 | 9/19/2018 | $1,232.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/17/2018 | $1,443.24 | 7/17/2018 | 18062501205:7/2/2018 | 7/2/2018 | $1,443.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/1/2018 | $1,018.64 | 8/1/2018 | 18071200793:7/17/2018 | 7/17/2018 | $1,018.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/20/2018 | $4,737.07 | 7/20/2018 | 18062600779:7/5/2018 | 7/5/2018 | $1,363.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/31/2018 | $3,499.04 | 7/31/2018 | 18071100681:7/16/2018 | 7/16/2018 | $1,018.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/24/2018 | $6,261.86 | 7/24/2018 | 18062601204:7/9/2018 | 7/9/2018 | $1,443.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/24/2018 | $6,261.86 | 7/24/2018 | 18070200607:7/9/2018 | 7/9/2018 | $1,138.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/24/2018 | $6,261.86 | 7/24/2018 | 18070200643:7/9/2018 | 7/9/2018 | $824.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/27/2018 | $2,752.96 | 7/27/2018 | 18062000341:7/12/2018 | 7/12/2018 | $1,268.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/27/2018 | $2,752.96 | 7/27/2018 | 18062000509:7/12/2018 | 7/12/2018 | $1,484.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/31/2018 | $3,499.04 | 7/31/2018 | 18071000435:7/16/2018 | 7/16/2018 | $1,337.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071200793:8/10/2018 | 8/10/2018 | $2,481.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:7/20/2018 | $4,737.07 | 7/20/2018 | 18052200765:7/5/2018 | 7/5/2018 | $3,373.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/11/2018 | $8,521.52 | 9/11/2018 | 18080900544:8/27/2018 | 8/27/2018 | $2,655.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071200534:8/10/2018 | 8/10/2018 | $2,180.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18071000435:7/20/2018 | 7/20/2018 | $2,162.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18071100517:7/20/2018 | 7/20/2018 | $2,357.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18071100681:7/20/2018 | 7/20/2018 | $2,481.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18071100704:7/19/2018 | 7/19/2018 | $2,639.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/31/2018 | $2,942.87 | 8/31/2018 | 18080600501 | 8/17/2018 | $1,097.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/31/2018 | $2,942.87 | 8/31/2018 | 18081300507:8/16/2018 | 8/16/2018 | $826.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18070200607:7/20/2018 | 7/20/2018 | $2,461.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/11/2018 | $8,521.52 | 9/11/2018 | 18080900313:8/27/2018 | 8/27/2018 | $2,655.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062601204:7/20/2018 | 7/20/2018 | $1,456.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/11/2018 | $8,521.52 | 9/11/2018 | 18080900566:8/27/2018 | 8/27/2018 | $3,210.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/13/2018 | $2,867.40 | 9/13/2018 | 18081000581:8/29/2018 | 8/29/2018 | $2,867.40 |

Challenger Motor Freight Inc. (2218475)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/4/2018 | $1,447.46 | 9/4/2018 | 18080600589:8/20/2018 | 8/20/2018 | $1,447.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $9,350.69 | 9/6/2018 | 18080600383:8/22/2018 | 8/22/2018 | $3,008.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $9,350.69 | 9/6/2018 | 18080600489:8/22/2018 | 8/22/2018 | $1,097.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $9,350.69 | 9/6/2018 | 18080600519:8/22/2018 | 8/22/2018 | $3,963.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/6/2018 | $9,350.69 | 9/6/2018 | 18080600543:8/22/2018 | 8/22/2018 | $1,281.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/31/2018 | $2,942.87 | 8/31/2018 | 18081300526 | 8/16/2018 | $1,018.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18052200765:7/20/2018 | 7/20/2018 | $549.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:9/7/2018 | $150.00 | 9/7/2018 | 18080600383:8/24/2018 | 8/24/2018 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071300612:8/10/2018 | 8/10/2018 | $2,144.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071600552:8/10/2018 | 8/10/2018 | $2,011.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071700402:8/10/2018 | 8/10/2018 | $2,160.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18072000598:8/10/2018 | 8/10/2018 | $907.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18072301406:8/10/2018 | 8/10/2018 | $1,660.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18072400409:8/10/2018 | 8/10/2018 | $2,357.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18070200643:7/20/2018 | 7/20/2018 | $1,475.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18052101004:7/20/2018 | 7/20/2018 | $2,145.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18071200585:8/10/2018 | 8/10/2018 | $2,034.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18061100456:7/20/2018 | 7/20/2018 | $243.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18061800426:7/20/2018 | 7/20/2018 | $2,461.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062000341:7/20/2018 | 7/20/2018 | $2,231.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062000509:7/20/2018 | 7/20/2018 | $2,015.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062100802:7/20/2018 | 7/20/2018 | $819.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062501205:7/20/2018 | 7/20/2018 | $1,456.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/3/2018 | $28,492.53 | 8/3/2018 | 18062600779:7/20/2018 | 7/20/2018 | $1,536.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:8/24/2018 | $22,116.84 | 8/24/2018 | 18072400544:8/10/2018 | 8/10/2018 | $1,660.66 |

**Totals:**    **22 transfer(s),   $149,867.96**