**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Dakota Square Mall CMBS, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174138 | $26,037.70 | 10/10/2018 | 0000092518-6768 | 9/25/2018 | $201.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174138 | $26,037.70 | 10/10/2018 | 0000092518-6767 | 9/25/2018 | $3,818.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174138 | $26,037.70 | 10/10/2018 | 0000092518-6766 | 9/25/2018 | $22,017.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172795 | $26,037.70 | 9/7/2018 | 0000082618-6260 | 8/26/2018 | $201.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172795 | $26,037.70 | 9/7/2018 | 0000082618-6259 | 8/26/2018 | $3,818.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172795 | $26,037.70 | 9/7/2018 | 0000082618-6258 | 8/26/2018 | $22,017.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171391 | $26,037.70 | 8/8/2018 | 0000072618-3769 | 7/26/2018 | $201.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171391 | $26,037.70 | 8/8/2018 | 0000072618-3768 | 7/26/2018 | $3,818.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171391 | $26,037.70 | 8/8/2018 | 0000072618-3767 | 7/26/2018 | $22,017.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116656 | $96,557.68 | 9/13/2018 | 96190 | 4/23/2018 | $96,557.68 |

Totals:    4 transfer(s),    $174,670.78

Dakota Square Mall CMBS, LLC (2248211)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit A

P. 1