**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Dell Marketing L.P.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10240606000 | 5/7/2018 | $266.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 242068 | $976.64 | 9/6/2018 | 10259034339 | 8/7/2018 | $976.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242685862 | 5/17/2018 | $95.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242349699 | 5/16/2018 | $1,219.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242243560 | 5/16/2018 | $626.87 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242243551 | 5/16/2018 | $107.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242231752 | 5/16/2018 | $266.42 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242055201 | 5/15/2018 | $182.10 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10241613699 | 5/12/2018 | $107.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10241613680 | 5/12/2018 | $532.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10241613672 | 5/12/2018 | $57.40 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10241613664 | 5/12/2018 | $107.43 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10243698760 | 5/23/2018 | $1,861.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10240833074 | 5/8/2018 | $119.38 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10245359212 | 5/31/2018 | $4,223.71 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10240202412 | 5/4/2018 | $1.03 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10240202404 | 5/4/2018 | $588.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10239281276 | 5/1/2018 | $265.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10237774971 | 4/23/2018 | $139.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10237315255 | 4/20/2018 | $588.63 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10236243926 | 4/16/2018 | $895.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10235428872 | 4/11/2018 | $1,890.31 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10220043239 | 1/25/2018 | $605.18 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10210976153 | 12/12/2017 | $90.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243691 | $976.64 | 9/19/2018 | 10262073145 | 8/22/2018 | $976.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243690 | $976.64 | 9/19/2018 | 10262073137 | 8/22/2018 | $976.64 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10241166309 | 5/9/2018 | $1,219.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10257003083 | 7/27/2018 | $177.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10268636411 | 9/24/2018 | $5,456.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10265687899 | 9/9/2018 | $650.93 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10263016220 | 8/27/2018 | $417.92 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10263016211 | 8/27/2018 | $177.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10262133241 | 8/22/2018 | $71.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10261938711 | 8/21/2018 | $49.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10261604907 | 8/20/2018 | $177.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10261565536 | 8/20/2018 | $6,989.24 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10261044769 | 8/16/2018 | $71.62 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10260943896 | 8/16/2018 | $177.60 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10259586619 | 8/9/2018 | $1,858.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10242723518 | 5/17/2018 | $117.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10259091681 | 8/7/2018 | $231.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10269762250 | 9/30/2018 | $63.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10255576414 | 7/21/2018 | $92.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10254484410 | 7/16/2018 | $231.26 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10253990315 | 7/13/2018 | $109.02 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10253424942 | 7/11/2018 | $1,858.29 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10253154067 | 7/10/2018 | $92.98 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10250561754 | 6/26/2018 | $1,031.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10250272610 | 6/25/2018 | $1,412.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10249164172 | 6/19/2018 | $1,412.23 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10248926728 | 6/18/2018 | $526.35 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10246986463 | 6/8/2018 | $236.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10246821586 | 6/7/2018 | $117.99 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 243915 | $41,280.60 | 9/20/2018 | 10259400651 | 8/8/2018 | $1,412.23 |

**Totals:** 4 transfer(s), $44,210.52