**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **FGO Delivers, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | BEN072118-50421 | 7/21/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998384 | $12,466.30 | 8/28/2018 | WES072818-50431 | 7/28/2018 | $251.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998384 | $12,466.30 | 8/28/2018 | WES072818-50430 | 7/28/2018 | $1,303.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | WES072118-50429 | 7/21/2018 | $10,707.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | WES072118-50428 | 7/21/2018 | $107.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | WES072118-50427 | 7/21/2018 | $1,315.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | SAC072118-50426 | 7/21/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | SAC072118-50425 | 7/21/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | MIL072118-50424 | 7/21/2018 | $11,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | BEN062318-50370 | 6/23/2018 | $3,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | BEN072118-50422 | 7/21/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | BEN072818-50434 | 7/28/2018 | $4,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WH071418-50420 | 7/14/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WH071418-50419 | 7/14/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WES071418-50418 | 7/14/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WES071418-50417 | 7/14/2018 | $11,533.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WES071418-50416 | 7/14/2018 | $179.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | WES071418-50415 | 7/14/2018 | $1,430.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | SAC071418-50414 | 7/14/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | SAC071418-50413 | 7/14/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994614 | $51,280.20 | 8/17/2018 | MIL072118-50423 | 7/21/2018 | $3,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999823 | $16,798.94 | 8/30/2018 | 82018017 | 8/1/2018 | $316.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | WES080418-50451 | 8/4/2018 | $180.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | WES080418-50450 | 8/4/2018 | $10,024.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | WES080418-50449 | 8/4/2018 | $35.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | WES080418-50448 | 8/4/2018 | $1,130.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | SAC080418-50447 | 8/4/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | SAC080418-50446 | 8/4/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | MIL080418-50445 | 8/4/2018 | $8,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | MIL080418-50444 | 8/4/2018 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998384 | $12,466.30 | 8/28/2018 | WES072818-50432 | 7/28/2018 | $10,850.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | BEN080418-50442 | 8/4/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998384 | $12,466.30 | 8/28/2018 | WES072818-50433 | 7/28/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999823 | $16,798.94 | 8/30/2018 | 201808114 | 8/1/2018 | $16,482.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | SAC072818-50441 | 7/28/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | SAC072818-50440 | 7/28/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | MIL072818-50439 | 7/28/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | MIL072818-50438 | 7/28/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | EDS072818-50437 | 7/28/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | EDS072818-50436 | 7/28/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999280 | $48,600.00 | 8/29/2018 | BEN072818-50435 | 7/28/2018 | $13,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | GB071418-50410 | 7/14/2018 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001851 | $46,470.83 | 9/4/2018 | BEN080418-50443 | 8/4/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | MIL063018-50379 | 6/30/2018 | $4,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | MIL071418-50412 | 7/14/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984782 | $18,900.00 | 7/26/2018 | SAC062318-50388 | 6/23/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984782 | $18,900.00 | 7/26/2018 | SAC062318-50387 | 6/23/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | WES063018-50386 | 6/30/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | WES063018-50385 | 6/30/2018 | $10,958.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | WES063018-50384 | 6/30/2018 | $71.86 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | WES063018-50383 | 6/30/2018 | $1,403.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | SAC063018-50382 | 6/30/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984782 | $18,900.00 | 7/26/2018 | WH062318-50390 | 6/23/2018 | $7,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | MIL063018-50380 | 6/30/2018 | $13,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985818 | $298.11 | 7/30/2018 | 72018017 | 7/1/2018 | $298.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | BEN063018-50378 | 6/30/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | BEN063018-50377 | 6/30/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | 201807113 | 7/1/2018 | $16,482.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | WES062318-50376 | 6/23/2018 | $8,012.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | WES062318-50375 | 6/23/2018 | $71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | WES062318-50374 | 6/23/2018 | $1,028.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | MIL062318-50373 | 6/23/2018 | $11,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | MIL062318-50372 | 6/23/2018 | $3,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980518 | $38,813.14 | 7/18/2018 | BEN062318-50371 | 6/23/2018 | $11,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983800 | $70,826.13 | 7/25/2018 | SAC063018-50381 | 6/30/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | MIL070718-50400 | 7/7/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | MIL081118-50454 | 8/11/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | GB071418-50409 | 7/14/2018 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | BEN071418-50408 | 7/14/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | BEN071418-50407 | 7/14/2018 | $3,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | WH070718-50406 | 7/7/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | WH070718-50405 | 7/7/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | WH063018-50404 | 6/30/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | WH063018-50403 | 6/30/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984782 | $18,900.00 | 7/26/2018 | WH062318-50389 | 6/23/2018 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | NEW070718-50401 | 7/7/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990760 | $65,853.36 | 8/10/2018 | MIL071418-50411 | 7/14/2018 | $3,500.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | MIL070718-50399 | 7/7/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | BEN070718-50398 | 7/7/2018 | $11,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | BEN070718-50397 | 7/7/2018 | $3,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | WES070718-50396 | 7/7/2018 | $10,096.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | WES070718-50395 | 7/7/2018 | $1,253.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | SAC070718-50394 | 7/7/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | SAC070718-50393 | 7/7/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | GB070718-50392 | 7/7/2018 | $10,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987257 | $31,600.21 | 8/1/2018 | GB070718-50391 | 7/7/2018 | $3,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988175 | $51,300.00 | 8/2/2018 | NEW070718-50402 | 7/7/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | SAC090818-50505 | 9/8/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | BEN090818-50495 | 9/8/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | CHA091518-50513 | 9/15/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | CHA091518-50512 | 9/15/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | BEN091518-50511 | 9/15/2018 | $14,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | BEN091518-50510 | 9/15/2018 | $4,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | WES090818-50509 | 9/8/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | WES090818-50508 | 9/8/2018 | $8,659.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | WES090818-50507 | 9/8/2018 | $107.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | EDS091518-50515 | 9/15/2018 | $14,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | WES090118S | 9/8/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | MIL091518-50516 | 9/15/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | SAC090818-50504 | 9/8/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | ROC090818-50503 | 9/8/2018 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | ROC090818-50502 | 9/8/2018 | $3,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | MIL090818-50501 | 9/8/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | MIL090818-50500 | 9/8/2018 | $1,750.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | LIV090818-50499 | 9/8/2018 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | LIV090818-50498 | 9/8/2018 | $900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | CHA090818-50497 | 9/8/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | BEN081118-50452 | 8/11/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | WES090818-50506 | 9/8/2018 | $901.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | WES091518-50526 | 9/15/2018 | $11,425.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES092918 | 9/29/2018 | $15,362.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES092218 | 9/22/2018 | $16,314.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES091518 | 9/15/2018 | $87.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES090818 | 9/8/2018 | $645.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES090118 | 9/1/2018 | $84.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES082518 | 8/25/2018 | $1,334.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES081808 | 8/18/2018 | $151.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES081108 | 8/11/2018 | $1,629.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | EDS091518-50514 | 9/15/2018 | $4,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | WES091518-50527 | 9/15/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | BEN090818-50494 | 9/8/2018 | $3,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | WES091518-50525 | 9/15/2018 | $35.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | WES091518-50524 | 9/15/2018 | $1,214.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | SYO091518-50523 | 9/15/2018 | $5,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | SYO091518-50522 | 9/15/2018 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | SAC091518-50521 | 9/15/2018 | $7,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | SAC091518-50520 | 9/15/2018 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | ROC091518-50519 | 9/15/2018 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | ROC091518-50518 | 9/15/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | MIL091518-50517 | 9/15/2018 | $7,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023332 | $92,066.40 | 10/2/2018 | WES091518-50528 | 9/15/2018 | $90.00 |

FGO Delivers, LLC (2220183)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | BEN081818-50463 | 8/18/2018 | $4,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019710 | $56,598.63 | 9/25/2018 | CHA090818-50496 | 9/8/2018 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | BEN082518-50472 | 8/25/2018 | $3,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | WES081818-50471 | 8/18/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | WES081818-50470 | 8/18/2018 | $10,024.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | WES081818-50469 | 8/18/2018 | $974.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | SAC081818-50468 | 8/18/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | SAC081818-50467 | 8/18/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | MIL081818-50466 | 8/18/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | MIL082518-50474 | 8/25/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | BEN081818-50464 | 8/18/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | MIL082518-50475 | 8/25/2018 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | WH081118-50462 | 8/11/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | WH081118-50461 | 8/11/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | WES081118-50460 | 8/11/2018 | $8,551.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | WES081118-50459 | 8/11/2018 | $71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | WES081118-50458 | 8/11/2018 | $1,068.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | SAC081118-50457 | 8/11/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | SAC081118-50456 | 8/11/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | MIL081118-50455 | 8/11/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $51,188.05 | 10/12/2018 | WES100518 | 10/6/2018 | $15,577.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008886 | $43,489.19 | 9/4/2018 | MIL081818-50465 | 8/18/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | BEN090118-50483 | 9/1/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | WES090118-50493 | 9/1/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | WES090118-50492 | 9/1/2018 | $10,814.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | WES090118-50491 | 9/1/2018 | $71.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | WES090118-50490 | 9/1/2018 | $1,051.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | SYO090118-50489 | 9/1/2018 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | SYO090118-50488 | 9/1/2018 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | SAC090118-50487 | 9/1/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | SAC090118-50486 | 9/1/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | BEN082518-50473 | 8/25/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | MIL090118-50484 | 9/1/2018 | $1,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005278 | $43,442.05 | 8/28/2018 | BEN081118-50453 | 8/11/2018 | $12,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | BEN090118-50482 | 9/1/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | 92018017 | 9/1/2018 | $370.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | 201809116 | 9/1/2018 | $20,602.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | WES082518-50481 | 8/25/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | WES082518-50480 | 8/25/2018 | $11,641.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | WES082518-50479 | 8/25/2018 | $107.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | WES082518-50478 | 8/25/2018 | $1,160.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | SAC082518-50477 | 8/25/2018 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012852 | $40,083.22 | 9/11/2018 | SAC082518-50476 | 8/25/2018 | $2,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016248 | $61,291.86 | 9/18/2018 | MIL090118-50485 | 9/1/2018 | $5,000.00 |

Totals:    19 transfer(s),    $841,366.62