**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **FNA S.P.A.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $423,136.46 | 8/22/2018 | O/A:Wire:8/22/2018 | | $423,136.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $14,854.49 | 8/10/2018 | O/A:Wire:8/10/2018 | | $14,854.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/20/2018 | $131,575.92 | 7/20/2018 | O/A:Wire:7/20/2018 | | $131,575.92 |
| **Totals:** | **3 transfer(s),** | **$569,566.87** | | | | | |