**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Gateway Fashion Mall, LLC**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174207 | $68,346.80 | 10/9/2018 | 92518 | 9/25/2018 | $68,346.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172862 | $68,346.80 | 9/5/2018 | 82618 | 8/26/2018 | $68,346.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171464 | $68,346.80 | 8/10/2018 | 72618 | 7/26/2018 | $68,346.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115524 | $30,267.38 | 9/13/2018 | 0000095767-13705 | 4/4/2018 | $30,267.38 |

Totals:    4 transfer(s),    $235,307.78