**ask** | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Goldman Sachs & Co. LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $562,421.38 | 9/14/2018 | 18-Sep | 9/14/2018 | $562,421.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/14/2018 | $562,806.29 | 8/14/2018 | 18-Aug | 8/14/2018 | $562,806.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/11/2018 | $1,000,000.00 | 10/11/2018 | 0001-2019905 | 10/5/2018 | $1,000,000.00 |
| **Totals:** | | **3 transfer(s),** | **$2,125,227.67** | | | | |

Goldman Sachs & Co. LLC (2229544)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Oct 7, 2020

Exhibit A

P. 1