**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Google LLC fdba Google Inc.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3457821048Z047 | 4/30/2018 | $9,055.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451375827Z033 | 4/30/2018 | $1,486,677.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458410616Z093 | 4/30/2018 | $155,371.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458409635Z093 | 4/30/2018 | $28,567.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458406872Z094 | 4/30/2018 | $49,979.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458399975Z047 | 4/30/2018 | $208,107.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458395626Z094 | 4/30/2018 | $274,879.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458650346Z132 | 4/30/2018 | $1,026.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458177800Z033 | 4/30/2018 | $17,376.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3459568045 | 5/31/2018 | $216,827.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3457819371Z093 | 4/30/2018 | $6,748.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3457817618Z094 | 4/30/2018 | $11,680.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451660915Z052 | 4/30/2018 | $27,565.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451660915Z045 | 4/30/2018 | $82,678.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451424139Z138 | 4/30/2018 | $170,746.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468101292Z042 | 5/31/2018 | $32,080.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458177800Z040 | 4/30/2018 | $5,288.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460165641Z167 | 5/31/2018 | $16,590.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3451394735 | 4/30/2018 | $102,551.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3467931000Z033 | 5/31/2018 | $4,737.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3461126630Z066 | 5/31/2018 | $143,098.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3461126630Z045 | 5/31/2018 | $16,304.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460293713Z060 | 5/31/2018 | $146,583.31 |

Google LLC fdba Google Inc. (2220069)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020    Exhibit A    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460293713Z039 | 5/31/2018 | $12,645.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3458440321Z047 | 4/30/2018 | $30,146.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460165665 | 5/31/2018 | $76,217.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451369056 | 4/30/2018 | $77,240.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460116457Z112 | 5/31/2018 | $549,817.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460073778Z055 | 5/31/2018 | $2,415,125.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460073778Z033 | 5/31/2018 | $284,103.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3459890924Z050 | 5/31/2018 | $5,897,105.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3459821320-84703 | 4/30/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3459821320-84702 | 4/30/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3460255375 | 5/31/2018 | $10,734.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460768141 | 5/31/2018 | $8,810.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451375827Z040 | 4/30/2018 | $452,467.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3468784374 | 6/30/2018 | $8,897.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3468754285 | 6/30/2018 | $12,533.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3468639112 | 6/30/2018 | $125,172.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3468568375 | 6/30/2018 | $104,421.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991693 | $95,734.36 | 8/1/2018 | 3461728807 | 5/31/2018 | $22,122.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3469266307 | 6/30/2018 | $23,825.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460852403 | 5/31/2018 | $256,694.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3469721855 | 6/30/2018 | $180,875.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460723284 | 5/31/2018 | $13,944.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460620258 | 5/31/2018 | $7,508.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460192430 | 5/31/2018 | $18,033.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460146940 | 5/31/2018 | $149,528.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3460144488 | 5/31/2018 | $274,178.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984800 | $1,045,397.01 | 7/18/2018 | 3459853631 | 5/31/2018 | $214,146.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991693 | $95,734.36 | 8/1/2018 | 3460453163 | 5/31/2018 | $73,611.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450246545 | 4/30/2018 | $225,244.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451080154-84701 | 4/30/2018 | $1,821.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3451080154-84700 | 4/30/2018 | $457.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450751574Z046 | 4/30/2018 | $10,603.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450751574Z039 | 4/30/2018 | $51,156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450642833 | 4/30/2018 | $12,460.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450551754Z173 | 4/30/2018 | $56,050.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3468959724 | 6/30/2018 | $254,813.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450506789 | 4/30/2018 | $4,551,608.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468101561Z052 | 5/31/2018 | $82,020.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450228123-84699 | 3/31/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450228123-84698 | 3/31/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3448223628 | 3/31/2018 | $38,163.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3415472290 | 12/31/2017 | $22,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3471141988 | 6/30/2018 | $11,286.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002813 | $744,404.63 | 8/22/2018 | 3470984617 | 6/30/2018 | $22,579.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3450551754Z104 | 4/30/2018 | $100,265.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487830422Z084 | 7/31/2018 | $1,754.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3480382627 | 7/31/2018 | $4,358.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/11/2018 | $1,732,159.00 | 10/11/2018 | O/A:Wire:10/11/2018 | | $1,732,159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | ACH051018REV | 5/10/2018 | $100,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3490693768 | 7/31/2018 | $11,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487852684Z131 | 7/31/2018 | $496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487852231Z082 | 7/31/2018 | $6,014.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/19/2018 | $1,400,077.00 | 7/19/2018 | O/A:Wire:7/19/2018 | | $1,400,077.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487832754Z081 | 7/31/2018 | $4,607.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $914,551.00 | 7/27/2018 | O/A:Wire:7/27/2018 | | $914,551.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487828864Z131 | 7/31/2018 | $31,448.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487817678Z084 | 7/31/2018 | $12,344.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487817002Z081 | 7/31/2018 | $23,290.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487798466Z082 | 7/31/2018 | $33,746.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487714224Z038 | 7/31/2018 | $32,500.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3467931000Z055 | 5/31/2018 | $24,634.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487839101Z083 | 7/31/2018 | $1,796.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/9/2018 | $1,946,833.00 | 8/9/2018 | O/A:Wire:8/9/2018 | | $1,946,833.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/27/2018 | $2,855,035.00 | 9/27/2018 | O/A:Wire:9/27/2018 | | $2,855,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $775,038.20 | 9/26/2018 | 3479690831 | 7/31/2018 | $310,786.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $775,038.20 | 9/26/2018 | 3479570799 | 7/31/2018 | $208,295.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $775,038.20 | 9/26/2018 | 3479397760 | 7/31/2018 | $139,636.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $775,038.20 | 9/26/2018 | 3479351504 | 7/31/2018 | $116,319.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $2,000,000.00 | 9/21/2018 | O/A:Wire:9/21/2018 | | $2,000,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/5/2018 | $300,000.00 | 10/5/2018 | O/A:Wire:10/5/2018 | | $300,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $2,505,312.00 | 9/13/2018 | O/A:Wire:9/13/2018 | | $2,505,312.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3480098296 | 7/31/2018 | $24,516.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/31/2018 | $673,189.54 | 8/31/2018 | O/A:Wire:8/31/2018 | | $673,189.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $1,184,315.00 | 8/30/2018 | O/A:Wire:8/30/2018 | | $1,184,315.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/24/2018 | $2,000,000.00 | 8/24/2018 | O/A:Wire:8/24/2018 | | $2,000,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $2,102,336.00 | 8/23/2018 | O/A:Wire:8/23/2018 | | $2,102,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $764,653.00 | 8/2/2018 | O/A:Wire:8/2/2018 | | $764,653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/16/2018 | $2,149,947.00 | 8/16/2018 | O/A:Wire:8/16/2018 | | $2,149,947.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $2,890,694.00 | 9/20/2018 | O/A:Wire:9/20/2018 | | $2,890,694.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468148924Z052 | 5/31/2018 | $3,281.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3487300868Z037 | 7/31/2018 | $12,851.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468634222Z060 | 6/30/2018 | $15,151.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468634222Z048 | 6/30/2018 | $204,793.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468582428Z055 | 6/30/2018 | $265,728.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468582428Z043 | 6/30/2018 | $2,899,249.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468534106 | 6/30/2018 | $59,050.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3469105690Z054 | 6/30/2018 | $110,056.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468285159 | 6/30/2018 | $231,117.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3469105690Z066 | 6/30/2018 | $9,200.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468131641Z043 | 5/31/2018 | $13,379.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468123859Z052 | 5/31/2018 | $14,328.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468115676Z043 | 5/31/2018 | $312,929.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468114603Z042 | 5/31/2018 | $7,476.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468106152Z043 | 5/31/2018 | $56,115.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468101973Z042 | 5/31/2018 | $174,743.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468399064Z097 | 6/30/2018 | $476,665.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3477814777Z070 | 6/30/2018 | $12,292.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3480077841 | 7/31/2018 | $24,554.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3479464264 | 7/31/2018 | $8,909.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3479398841 | 7/31/2018 | $18,461.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3479372509 | 7/31/2018 | $7,470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3478217640Z070 | 6/30/2018 | $55,264.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3478206190Z069 | 6/30/2018 | $27,613.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3468965914 | 6/30/2018 | $1,504.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3478139063Z070 | 6/30/2018 | $307,683.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/6/2018 | $2,938,629.00 | 9/6/2018 | O/A:Wire:9/6/2018 | | $2,938,629.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3477796362Z069 | 6/30/2018 | $6,278.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3477708853Z055 | 6/30/2018 | $2,252.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3477708853Z043 | 6/30/2018 | $31,529.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3471403201 | 6/30/2018 | $23,401.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3470935788-84705 | 5/31/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3470935788-84704 | 5/31/2018 | $6,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007318 | $272.54 | 8/31/2018 | 3478173100Z069 | 6/30/2018 | $154,209.02 |

**Totals:**   **21 transfer(s),**   **$31,018,577.28**