**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Grand Luck Fujian Footwear Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $119,918.78 | 8/30/2018 | 201820079163-3 | 6/29/2018 | $62,814.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $41,711.94 | 7/18/2018 | 201819312591-2 | 5/24/2018 | $8,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $41,711.94 | 7/18/2018 | 201819312591-3 | 5/24/2018 | $4,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819692150-1 | 6/16/2018 | $29,952.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819692150-2 | 6/16/2018 | $8,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819692150-3 | 6/16/2018 | $4,482.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769360-1 | 6/16/2018 | $35,720.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769360-2 | 6/16/2018 | $11,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769360-3 | 6/16/2018 | $6,675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769774-1 | 6/15/2018 | $25,771.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769774-2 | 6/15/2018 | $11,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $139,778.89 | 8/10/2018 | 201819769774-3 | 6/15/2018 | $6,728.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $41,711.94 | 7/18/2018 | 201819312591-1 | 5/24/2018 | $28,805.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $119,918.78 | 8/30/2018 | 201820079163-2 | 6/29/2018 | $4,698.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $71,409.60 | 9/4/2018 | 201820621479-3 | 7/20/2018 | $37,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $109,726.27 | 9/11/2018 | 201820738704-1 | 7/27/2018 | $67,966.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $109,726.27 | 9/11/2018 | 201820738704-2 | 7/27/2018 | $20,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $109,726.27 | 9/11/2018 | 201820738704-3 | 7/27/2018 | $20,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756173-1 | 8/3/2018 | $5,244.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756173-2 | 8/3/2018 | $61,721.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756439-1 | 8/3/2018 | $15,840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756439-2 | 8/3/2018 | $11,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756439-3 | 8/3/2018 | $2,029.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $98,450.70 | 9/18/2018 | 201820756439-4 | 8/3/2018 | $2,456.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $10,696.37 | 9/24/2018 | O/A:Wire:9/24/2018 | | $10,696.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $71,409.60 | 9/4/2018 | 201820621479-1 | 7/20/2018 | $8,961.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $71,409.60 | 9/4/2018 | 201820621479-2 | 7/20/2018 | $25,299.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $119,918.78 | 8/30/2018 | 201820079163-1 | 6/29/2018 | $52,406.78 |

**Totals:** 7 transfer(s),  $591,692.55