**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Handi-Craft Company** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $69,672.38 | 8/6/2018 | O/A:Wire:8/6/2018 | | $69,672.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230928 | 6/21/2018 | $10,542.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230927 | 6/21/2018 | $5,374.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230387 | 6/14/2018 | $4,049.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230386 | 6/14/2018 | $23,858.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230385 | 6/14/2018 | $14,287.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $60,633.58 | 7/26/2018 | INV0230384 | 6/14/2018 | $2,596.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982457 | $1,271.00 | 7/23/2018 | INV0225859 | 4/26/2018 | $2,604.84 |

| Totals: | 3 transfer(s), | $131,576.96 |
|---|---|---|