UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | : | Case No. 18-23538-RDD |
| | : | (Jointly Administered) |
| | : | |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jason A. Fountain, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Clermont County Ohio, Treasurer, a Claimant in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Ohio and, if applicable, the bar of the US District Court for the Southern District of Ohio.

As my client is a local government without the technological ability to transmit filing fees or costs electronically by credit card, payment of the $200 filing fee is being forwarded by U.S. Mail.

Dated 10/09/2020
Batavia, Ohio

Respectfully submitted,

CLERMONT COUNTY PROSECUTING ATTORNEY
D. VINCENT FARIS

_____
Jason Fountain – OH0081265
Assistant Prosecuting Attorney
101 East Main Street
Batavia, Ohio 45103
Telephone:  513-732-8193
Facsimile:  513-732-8171
Email:  jfountain@clermontcountyohio.gov