**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Jay and Snow (JS) International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $19,870.68 | 9/4/2018 | 201819582138-2 | 6/22/2018 | $9,859.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $19,870.68 | 9/4/2018 | 201819582138-1 | 6/22/2018 | $10,011.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/14/2018 | $31,275.00 | 9/14/2018 | 2.0182E+11 | 7/2/2018 | $31,275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $51,762.35 | 9/11/2018 | 2.0182E+11 | 6/29/2018 | $51,762.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $11,036.09 | 8/30/2018 | 201819582349-2 | 6/16/2018 | $4,361.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $11,036.09 | 8/30/2018 | 201819582349-1 | 6/16/2018 | $6,674.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018-2 | $1,561.85 | 7/27/2018 | O/A:Wire:7/27/2018-2 | | $1,561.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $10,528.50 | 7/27/2018 | 2.01819E+11 | 5/17/2018 | $10,528.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $5,522.29 | 7/18/2018 | 2.01819E+11 | 5/11/2018 | $5,522.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $53,504.20 | 10/2/2018 | 2.0182E+11 | 7/13/2018 | $7,063.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $53,504.20 | 10/2/2018 | 201820354871-4 | 7/13/2018 | $14,175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $53,504.20 | 10/2/2018 | 201820354871-3 | 7/13/2018 | $6,075.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $53,504.20 | 10/2/2018 | 201820354871-2 | 7/13/2018 | $13,119.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $53,504.20 | 10/2/2018 | 201820354871-1 | 7/13/2018 | $13,070.70 |

Totals:    8 transfer(s),    $185,060.96