**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **JCW Investments, Inc. dba Tekky Toys** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-5 | 8/6/2018 | $215.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 201820688409-1 | 7/25/2018 | $20,702.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 201820688409-2 | 7/25/2018 | $20,368.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 201820688409-3 | 7/25/2018 | $9,151.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 201820688409-4 | 7/25/2018 | $17,669.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 201820688409-5 | 7/25/2018 | $18,102.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $47,158.58 | 8/21/2018 | 2.01821E+11 | 7/30/2018 | $47,158.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-1 | 8/6/2018 | $672.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-2 | 8/6/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $90,219.25 | 8/10/2018 | 2.01821E+11 | 7/25/2018 | $4,224.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-4 | 8/6/2018 | $800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $132,701.52 | 9/4/2018 | 201821009358-3 | 8/13/2018 | $20,948.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-6 | 8/6/2018 | $2,393.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $37,619.95 | 8/30/2018 | 201820832924-1 | 8/6/2018 | $16,178.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $37,619.95 | 8/30/2018 | 201820832924-2 | 8/6/2018 | $5,479.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $37,619.95 | 8/30/2018 | 201820832924-3 | 8/6/2018 | $15,962.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $1,847.36 | 9/25/2018 | O/A:Wire:9/25/2018 | | $1,847.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $132,701.52 | 9/4/2018 | 2.01821E+11 | 8/13/2018 | $49,183.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $132,701.52 | 9/4/2018 | 2.01821E+11 | 8/13/2018 | $49,183.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $132,701.52 | 9/4/2018 | 201821009358-1 | 8/13/2018 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $132,701.52 | 9/4/2018 | 201821009358-2 | 8/13/2018 | $12,834.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/27/2018 | $5,755.46 | 8/27/2018 | 201820864251-3 | 8/6/2018 | $1,114.00 |

Totals:      6 transfer(s),    $315,302.12

JCW Investments, Inc. dba Tekky Toys (2225906)
Bankruptcy Case: Sears Holdings Corporation, et al.