**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Mesilla Valley SPE - 991068834 LLC** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174415 | $15,294.09 | 10/9/2018 | 0000092518-95169 | 9/25/2018 | $3,024.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174415 | $15,294.09 | 10/9/2018 | 0000092518-95168 | 9/25/2018 | $12,269.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173998 | $50.00 | 10/3/2018 | 92418 | 9/24/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173071 | $15,344.09 | 9/6/2018 | 0000082618-95167 | 8/26/2018 | $3,024.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173071 | $15,344.09 | 9/6/2018 | 0000082618-95166 | 8/26/2018 | $12,269.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173071 | $15,344.09 | 9/6/2018 | 0000082618-95165 | 8/26/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171688 | $15,294.09 | 8/7/2018 | 0000072618-95164 | 7/26/2018 | $3,024.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171688 | $15,294.09 | 8/7/2018 | 0000072618-95163 | 7/26/2018 | $12,269.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171225 | $50.00 | 7/31/2018 | 72418 | 7/24/2018 | $50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 117069 | $46,470.89 | 9/13/2018 | 96268 | 4/30/2018 | $46,470.89 |

**Totals:**    6 transfer(s),    $92,503.16