**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Microsoft Corporation**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997343 | $162.42 | 8/10/2018 | 9877187365 | 7/12/2018 | $162.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996054 | $2,757,370.08 | 8/20/2018 | 9877089926-104681 | 7/4/2018 | $2,054,642.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996054 | $2,757,370.08 | 8/20/2018 | 9877089926-104680 | 7/4/2018 | $12,055.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996054 | $2,757,370.08 | 8/20/2018 | 9877089926-104679 | 7/4/2018 | $678,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996054 | $2,757,370.08 | 8/20/2018 | 9877087142 | 7/4/2018 | $12,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987378 | $422,615.53 | 7/24/2018 | 9877106127 | 6/24/2018 | $292,807.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987378 | $422,615.53 | 7/24/2018 | 9877105947 | 6/24/2018 | $129,807.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987377 | $925,342.32 | 8/1/2018 | 9877089927-104678 | 6/19/2018 | $269,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987377 | $925,342.32 | 8/1/2018 | 9877089927-104677 | 6/19/2018 | $656,062.32 |

**Totals:** 4 transfer(s), $4,105,490.35