**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **AMW Vietnam Co. Ltd.**

**Bankruptcy Case:** **Sears Holdings Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $104,187.73 | 8/30/2018 | 201819403189-3 | 6/2/2018 | $20,153.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $47,722.94 | 10/2/2018 | 201820032484-1 | 6/28/2018 | $954.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819528124-2 | 6/15/2018 | $2,611.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819528124-1 | 6/15/2018 | $39,503.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $45,598.59 | 9/10/2018 | 201819528544-2 | 6/11/2018 | $9,886.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/2018 | $45,598.59 | 9/10/2018 | 201819528544-1 | 6/11/2018 | $35,712.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819689025-1 | 6/15/2018 | $17,417.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $104,187.73 | 8/30/2018 | 201819403189-4 | 6/2/2018 | $36,113.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819689025-2 | 6/15/2018 | $16,345.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $104,187.73 | 8/30/2018 | 201819403189-2 | 6/2/2018 | $4,820.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $104,187.73 | 8/30/2018 | 201819403189-1 | 6/2/2018 | $1,236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/25/2018 | $86,804.70 | 7/25/2018 | 201818272890 | 4/29/2018 | $86,804.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $103,942.79 | 7/18/2018 | 201818272444 | 4/26/2018 | $103,942.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $47,722.94 | 10/2/2018 | 201820032484-3 | 6/28/2018 | $1,528.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $47,722.94 | 10/2/2018 | 201820032484-2 | 6/28/2018 | $45,240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $104,187.73 | 8/30/2018 | 201819403189-5 | 6/2/2018 | $41,864.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/24/2018 | $20,626.06 | 9/24/2018 | 201819804317-2 | 6/25/2018 | $13,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819403401-2 | 6/7/2018 | $1,549.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819403401-1 | 6/7/2018 | $28,726.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819402007-5 | 6/4/2018 | $35,315.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819402007-4 | 6/4/2018 | $19,502.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819402007-3 | 6/4/2018 | $10,123.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819528124-3 | 6/15/2018 | $10,584.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819402007-1 | 6/4/2018 | $18,936.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819425338 | 6/4/2018 | $9,373.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/24/2018 | $20,626.06 | 9/24/2018 | 201819804317-1 | 6/25/2018 | $6,946.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $54,048.46 | 9/17/2018 | 201819689305-3 | 6/18/2018 | $26,438.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $54,048.46 | 9/17/2018 | 201819689305-2 | 6/18/2018 | $13,366.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $54,048.46 | 9/17/2018 | 201819689305-1 | 6/18/2018 | $14,243.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819689025-4 | 6/15/2018 | $20,973.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/12/2018 | $118,840.93 | 9/12/2018 | 201819689025-3 | 6/15/2018 | $11,405.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $140,421.53 | 9/4/2018 | 201819402007-2 | 6/4/2018 | $16,895.28 |

**Totals:** 9 transfer(s), $722,193.73