**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **AMW Vietnam Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $90,859.44 | 9/4/2018 | 201819400710-4 | 6/4/2018 | $29,858.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $90,859.44 | 9/4/2018 | 201819400710-3 | 6/4/2018 | $1,330.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $90,859.44 | 9/4/2018 | 201819400710-2 | 6/4/2018 | $47,815.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $90,859.44 | 9/4/2018 | 201819400710-1 | 6/4/2018 | $11,854.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $86,160.69 | 8/30/2018 | 201819398379-5 | 6/2/2018 | $28,670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $86,160.69 | 8/30/2018 | 201819398379-4 | 6/2/2018 | $665.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $86,160.69 | 8/30/2018 | 201819398379-3 | 6/2/2018 | $73.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $86,160.69 | 8/30/2018 | 201819398379-2 | 6/2/2018 | $44,037.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $86,160.69 | 8/30/2018 | 201819398379-1 | 6/2/2018 | $12,713.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $16,810.38 | 10/2/2018 | 201820030292-3 | 6/28/2018 | $2,143.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $16,810.38 | 10/2/2018 | 201820030292-2 | 6/28/2018 | $5,005.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $16,810.38 | 10/2/2018 | 201820030292-1 | 6/28/2018 | $9,661.26 |

Totals:    3 transfer(s),    $193,830.51