**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Namco Realty LLC; and Logan Valley Realty LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174350 | $20,445.00 | 10/9/2018 | 92518 | 9/25/2018 | $20,445.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173009 | $20,445.00 | 9/25/2018 | 82618 | 8/26/2018 | $20,445.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171621 | $20,445.00 | 8/7/2018 | 72618 | 7/26/2018 | $20,445.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170066 | $20,445.00 | 7/27/2018 | 62518 | 6/25/2018 | $20,445.00 |

Totals:    4 transfer(s),    $81,780.00