**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Newgate Mall Equities LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174447 | $41,200.94 | 10/10/2018 | 0000092518-12774 | 9/25/2018 | $375.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174447 | $41,200.94 | 10/10/2018 | 0000092518-12773 | 9/25/2018 | $5,232.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174447 | $41,200.94 | 10/10/2018 | 0000092518-12772 | 9/25/2018 | $35,593.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173100 | $40,825.94 | 9/5/2018 | 0000082618-7353 | 8/26/2018 | $5,232.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173100 | $40,825.94 | 9/5/2018 | 0000082618-7352 | 8/26/2018 | $35,593.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171722 | $40,825.94 | 8/7/2018 | 0000072618-977 | 7/26/2018 | $5,232.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171722 | $40,825.94 | 8/7/2018 | 0000072618-976 | 7/26/2018 | $35,593.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115358 | $83,824.31 | 9/13/2018 | 95752 | 4/2/2018 | $83,824.31 |

Totals:    4 transfer(s),    $206,677.13