**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Pepsi-Cola Bottling Company of Guam Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 86565 | 7/6/2018 | $46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 259831-2926 | 7/12/2018 | $414.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808611 | 7/11/2018 | $889.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808471 | 7/10/2018 | $1,255.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808470 | 7/10/2018 | $2,269.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808284 | 7/7/2018 | $417.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808283 | 7/7/2018 | $1,815.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 259720-2923 | 6/28/2018 | $2,024.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808744 | 7/12/2018 | $2,681.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 259591 | 7/10/2018 | $58.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808745 | 7/12/2018 | $1,509.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 86391 | 7/2/2018 | $66.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 808196 | 7/6/2018 | $720.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 808027 | 7/5/2018 | $2,993.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 808026 | 7/5/2018 | $681.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807866 | 7/4/2018 | $1,314.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807865 | 7/4/2018 | $2,366.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807719 | 7/3/2018 | $2,211.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 259720-2922 | 6/28/2018 | $340.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809018 | 7/16/2018 | $128.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 259267-2914 | 6/7/2018 | $558.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 86771 | 7/16/2018 | $39.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809500 | 7/19/2018 | $1,557.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809499 | 7/19/2018 | $4,095.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809498 | 7/19/2018 | $126.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809330 | 7/18/2018 | $1,998.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809329 | 7/18/2018 | $679.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808612 | 7/11/2018 | $1,471.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809170 | 7/17/2018 | $1,510.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807553 | 6/30/2018 | $923.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809017 | 7/16/2018 | $1,406.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 259779-2925 | 7/5/2018 | $1,059.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 259779-2924 | 7/5/2018 | $305.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 86699 | 7/13/2018 | $59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 86581 | 7/9/2018 | $19.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808844 | 7/13/2018 | $1,232.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990271 | $15,665.91 | 8/9/2018 | 808843 | 7/13/2018 | $773.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 809238 | 7/17/2018 | $2,221.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806356 | 6/20/2018 | $466.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 259508-2916 | 6/14/2018 | $94.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 86160 | 6/22/2018 | $59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 85981 | 6/18/2018 | $66.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806681 | 6/22/2018 | $880.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806680 | 6/22/2018 | $124.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806532 | 6/21/2018 | $749.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806531 | 6/21/2018 | $2,315.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807718 | 7/3/2018 | $1,146.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806458 | 6/20/2018 | $39.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 259560 | 6/26/2018 | $83.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806355 | 6/20/2018 | $645.42 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806209 | 6/19/2018 | $1,727.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806208 | 6/19/2018 | $810.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 806049 | 6/16/2018 | $1,565.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 259497 | 6/20/2018 | $50.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 259494 | 6/20/2018 | $382.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 259267-2915 | 6/7/2018 | $2,041.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980056 | $13,313.95 | 7/17/2018 | 80648 | 6/16/2018 | $911.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 86186 | 6/25/2018 | $66.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 259831-2927 | 7/12/2018 | $1,330.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807107 | 7/2/2018 | $1,980.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807106 | 7/2/2018 | $1,492.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 259618-2921 | 6/21/2018 | $1,271.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 259618-2920 | 6/21/2018 | $189.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 259603-2919 | 6/19/2018 | $561.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 259603-2918 | 6/19/2018 | $864.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 259508-2917 | 6/14/2018 | $1,687.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 86361 | 6/29/2018 | $53.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 259557 | 6/23/2018 | $50.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 807452 | 6/29/2018 | $1,149.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 807237 | 6/28/2018 | $1,393.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 807236 | 6/28/2018 | $3,473.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 806990 | 6/26/2018 | $1,023.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 806989 | 6/26/2018 | $1,545.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 806809 | 6/23/2018 | $411.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983348 | $11,338.87 | 7/24/2018 | 806808 | 6/23/2018 | $839.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 807554 | 6/30/2018 | $360.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986814 | $18,579.66 | 7/31/2018 | 259585 | 7/4/2018 | $591.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 260028-4814 | 8/2/2018 | $491.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993928 | $14,520.14 | 8/16/2018 | 88499 | 7/20/2018 | $53.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812310 | 8/16/2018 | $1,905.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812238 | 8/15/2018 | $368.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812156 | 8/15/2018 | $1,904.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812155 | 8/15/2018 | $2,719.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812012 | 8/15/2018 | $1,836.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 811841 | 8/11/2018 | $1,469.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812477 | 8/17/2018 | $1,295.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 260028-4815 | 8/2/2018 | $1,650.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812478 | 8/17/2018 | $583.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 260015-4813 | 7/31/2018 | $141.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 260015-4812 | 7/31/2018 | $116.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 87489 | 8/6/2018 | $46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 87365 | 8/10/2018 | $59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811728 | 8/10/2018 | $984.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811727 | 8/10/2018 | $816.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811579 | 8/9/2018 | $1,113.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 811840 | 8/11/2018 | $369.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812699 | 8/20/2018 | $117.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 87645 | 8/21/2018 | $26.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 813180 | 8/24/2018 | $1,005.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 813179 | 8/24/2018 | $413.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 813075 | 8/23/2018 | $2,718.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 813074 | 8/23/2018 | $1,557.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812877 | 8/22/2018 | $1,434.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812876 | 8/22/2018 | $710.43 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 812311 | 8/16/2018 | $1,883.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812763 | 8/21/2018 | $1,448.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811413 | 8/8/2018 | $1,248.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812587 | 8/18/2018 | $367.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812586 | 8/18/2018 | $1,590.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 260077-4817 | 8/9/2018 | $2,520.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 260077-4816 | 8/9/2018 | $520.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 259878 | 8/24/2018 | $49.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 87617 | 8/17/2018 | $33.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008354 | $14,868.45 | 9/17/2018 | 87383 | 8/13/2018 | $46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 812764 | 8/21/2018 | $2,554.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 810139 | 7/26/2018 | $2,396.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 259938-4811 | 7/19/2018 | $1,704.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 259938-4810 | 7/19/2018 | $424.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 259843 | 7/13/2018 | $225.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 259460 | 8/2/2018 | $94.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 259459 | 8/1/2018 | $263.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 87161 | 7/27/2018 | $59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 86727 | 7/23/2018 | $66.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811578 | 8/9/2018 | $1,897.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 810280 | 7/27/2018 | $2,001.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810559 | 7/31/2018 | $591.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 810138 | 7/26/2018 | $978.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809992 | 7/25/2018 | $3,288.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809991 | 7/25/2018 | $3,106.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809812 | 7/24/2018 | $796.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809811 | 7/24/2018 | $2,028.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809785 | 7/21/2018 | $334.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 809784 | 7/21/2018 | $1,428.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997954 | $15,007.17 | 8/23/2018 | 810281 | 7/27/2018 | $225.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 811005 | 8/3/2018 | $106.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012381 | $17,082.78 | 9/24/2018 | 87871 | 8/24/2018 | $46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811249 | 8/7/2018 | $2,489.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811248 | 8/7/2018 | $1,079.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811215 | 8/4/2018 | $246.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811214 | 8/4/2018 | $1,687.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 259977 | 7/26/2018 | $2,303.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 259461 | 8/7/2018 | $47.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810387 | 7/28/2018 | $1,429.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 87178 | 7/30/2018 | $46.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810388 | 7/28/2018 | $131.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 811004 | 8/3/2018 | $831.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810843 | 8/2/2018 | $1,545.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810842 | 8/2/2018 | $1,289.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810619 | 8/1/2018 | $361.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810618 | 8/1/2018 | $1,409.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810617 | 8/1/2018 | $2,026.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 810560 | 7/31/2018 | $3,458.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004828 | $14,755.24 | 9/10/2018 | 811414 | 8/8/2018 | $1,985.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001390 | $15,972.40 | 9/3/2018 | 87459 | 8/3/2018 | $33.24 |

**Totals:** 10 transfer(s),  $151,104.57

Pepsi-Cola Bottling Company of Guam Inc. (2228329)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020