**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Profit Seekers, Inc. dba AudiTec Solutions, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005956 | $154,486.50 | 9/12/2018 | S201515 | 6/28/2018 | $15,798.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005956 | $154,486.50 | 9/12/2018 | S201416 | 6/28/2018 | $9,015.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005956 | $154,486.50 | 9/12/2018 | 201608 | 6/28/2018 | $11,659.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005956 | $154,486.50 | 9/12/2018 | 201515 | 6/28/2018 | $65,471.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005956 | $154,486.50 | 9/12/2018 | 201422 | 6/28/2018 | $63,069.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995731 | $153,757.14 | 8/20/2018 | S201607 | 6/5/2018 | $6,264.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995731 | $153,757.14 | 8/20/2018 | S201514 | 6/5/2018 | $33,999.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995731 | $153,757.14 | 8/20/2018 | S201415 | 6/5/2018 | $1,529.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995731 | $153,757.14 | 8/20/2018 | 201607 | 6/5/2018 | $45,069.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995731 | $153,757.14 | 8/20/2018 | 201514 | 6/5/2018 | $66,893.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981175 | $168,402.21 | 7/19/2018 | S201606 | 5/4/2018 | $57,386.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981175 | $168,402.21 | 7/19/2018 | S201513 | 5/4/2018 | $9,312.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981175 | $168,402.21 | 7/19/2018 | 201606 | 5/4/2018 | $79,921.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981175 | $168,402.21 | 7/19/2018 | 201513 | 5/4/2018 | $16,283.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981175 | $168,402.21 | 7/19/2018 | 2014201 | 5/9/2018 | $19,109.82 |

Totals:    3 transfer(s),    $476,645.85