**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Prologis, L.P.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174513 | $33,490.21 | 10/9/2018 | 0000092518-109267 | 9/25/2018 | $4,076.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174513 | $33,490.21 | 10/9/2018 | 0000092518-109266 | 9/25/2018 | $29,413.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173167 | $33,490.21 | 9/4/2018 | 0000082618-109265 | 8/26/2018 | $4,076.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173167 | $33,490.21 | 9/4/2018 | 0000082618-109264 | 8/26/2018 | $29,413.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171792 | $32,772.82 | 8/7/2018 | 0000072618-109263 | 7/26/2018 | $4,076.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171792 | $32,772.82 | 8/7/2018 | 0000072618-109262 | 7/26/2018 | $28,695.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126933 | $3,429.51 | 10/11/2018 | 98438 | 9/24/2018 | $3,429.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124780 | $3,429.51 | 9/6/2018 | 98055 | 8/22/2018 | $3,429.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122501 | $3,429.51 | 8/9/2018 | 97458 | 7/23/2018 | $3,429.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116622 | $3,429.51 | 9/13/2018 | 96184 | 4/23/2018 | $3,429.51 |

Totals:    7 transfer(s),    $113,471.28