

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **Ryder Last Mile, Inc. fdba MXD Group, Inc.**

**Bankruptcy Case:** **Sears Holdings Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397877 | 7/21/2018 | $2,516.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-108 | 7/28/2018 | $24,330.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-93 | 7/21/2018 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-94 | 7/21/2018 | $3,524.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-100 | 7/21/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-95 | 7/21/2018 | $7,702.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-96 | 7/21/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-97 | 7/21/2018 | $52,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-91 | 7/21/2018 | $24,539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-99 | 7/21/2018 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-90 | 7/21/2018 | $4,863.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996672 | $13,133.89 | 8/9/2018 | 772018014 | 7/15/2018 | $13,133.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211428940-101 | 7/28/2018 | $5,847.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211428940-102 | 7/28/2018 | $2,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211428940-103 | 7/28/2018 | $35,642.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211428940-104 | 7/28/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211428940-105 | 7/28/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-106 | 7/28/2018 | $6,400.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-1 | 6/30/2018 | $5,962.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397490-98 | 7/21/2018 | $1,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397367-81 | 7/21/2018 | $36,225.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-73 | 7/14/2018 | $1,975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-74 | 7/14/2018 | $1,100.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-75 | 7/14/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-76 | 7/14/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369488 | 7/14/2018 | $3,062.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | ONT71418-77 | 7/14/2018 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | ONT71418-78 | 7/14/2018 | $7,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-92 | 7/21/2018 | $1,404.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397367-80 | 7/21/2018 | $2,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-109 | 7/28/2018 | $147.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397367-82 | 7/21/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-83 | 7/21/2018 | $6,106.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-84 | 7/21/2018 | $870.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-85 | 7/21/2018 | $25,948.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-86 | 7/21/2018 | $147.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-87 | 7/21/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397368-88 | 7/21/2018 | $147.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397369-89 | 7/21/2018 | $4,263.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994896 | $187,075.35 | 8/7/2018 | 18204397367-79 | 7/21/2018 | $5,959.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-132 | 8/4/2018 | $24,801.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-107 | 7/28/2018 | $235.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 82018055 | 8/1/2018 | $1,232.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 82018056 | 8/1/2018 | $593.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457179-126 | 8/4/2018 | $5,962.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457179-127 | 8/4/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457179-128 | 8/4/2018 | $36,941.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457179-129 | 8/4/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 82018053 | 8/1/2018 | $833.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-131 | 8/4/2018 | $294.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 201808080 | 8/1/2018 | $67,098.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-133 | 8/4/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-134 | 8/4/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-135 | 8/4/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-136 | 8/4/2018 | $3,908.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-137 | 8/4/2018 | $2,156.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-138 | 8/4/2018 | $23,638.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-139 | 8/4/2018 | $344.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-140 | 8/4/2018 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457181-130 | 8/4/2018 | $6,698.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-119 | 7/28/2018 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-110 | 7/28/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429204-111 | 7/28/2018 | $205.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-112 | 7/28/2018 | $3,664.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-113 | 7/28/2018 | $2,275.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-114 | 7/28/2018 | $23,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-115 | 7/28/2018 | $159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-116 | 7/28/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 82018054 | 8/1/2018 | $779.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-118 | 7/28/2018 | $7,169.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-70 | 7/14/2018 | $8,675.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-120 | 7/28/2018 | $49,825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-121 | 7/28/2018 | $2,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-122 | 7/28/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429206-123 | 7/28/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429207 | 7/28/2018 | $3,687.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 201808077 | 8/1/2018 | $82,307.23 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 201808078 | 8/1/2018 | $70,769.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000009 | $272,173.29 | 8/16/2018 | 201808079 | 8/1/2018 | $59,359.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998524 | $174,961.75 | 8/14/2018 | 18211429205-117 | 7/28/2018 | $2,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986177 | $3,455.23 | 7/20/2018 | 72018053 | 7/1/2018 | $832.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-72 | 7/14/2018 | $60,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-22 | 6/30/2018 | $26,007.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-23 | 6/30/2018 | $176.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-24 | 6/30/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-25 | 6/30/2018 | $147.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 201807077 | 7/1/2018 | $77,648.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 201807078 | 7/1/2018 | $70,769.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-20 | 6/30/2018 | $5,913.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 201807080 | 7/1/2018 | $67,098.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313277 | 6/30/2018 | $3,097.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986177 | $3,455.23 | 7/20/2018 | 72018054 | 7/1/2018 | $737.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986177 | $3,455.23 | 7/20/2018 | 72018055 | 7/1/2018 | $1,297.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986177 | $3,455.23 | 7/20/2018 | 72018056 | 7/1/2018 | $587.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-26 | 7/7/2018 | $5,094.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-27 | 7/7/2018 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-28 | 7/7/2018 | $30,130.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-29 | 7/7/2018 | $212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-30 | 7/7/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 201807079 | 7/1/2018 | $55,999.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-8 | 6/30/2018 | $3,334.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-2 | 6/30/2018 | $2,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-3 | 6/30/2018 | $35,669.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-4 | 6/30/2018 | $90.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-5 | 6/30/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313274-6 | 6/30/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-10 | 6/30/2018 | $344.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-11 | 6/30/2018 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313278-21 | 6/30/2018 | $971.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-7 | 6/30/2018 | $3,682.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-33 | 7/7/2018 | $5,851.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-9 | 6/30/2018 | $21,412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-13 | 6/30/2018 | $6,597.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-14 | 6/30/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-15 | 6/30/2018 | $46,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-16 | 6/30/2018 | $1,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-17 | 6/30/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-18 | 6/30/2018 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313276-19 | 6/30/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983952 | $445,732.93 | 7/17/2018 | 18183313275-12 | 6/30/2018 | $2,968.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-62 | 7/14/2018 | $58.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369484-53 | 7/14/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369484-54 | 7/14/2018 | $38,902.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369484-55 | 7/14/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369484-56 | 7/14/2018 | $2,915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-57 | 7/14/2018 | $6,791.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-58 | 7/14/2018 | $235.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-59 | 7/14/2018 | $28,655.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-31 | 7/7/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-61 | 7/14/2018 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-51 | 7/7/2018 | $2,200.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-63 | 7/14/2018 | $4,176.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-64 | 7/14/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-65 | 7/14/2018 | $6,554.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-66 | 7/14/2018 | $27,109.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-67 | 7/14/2018 | $106.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-68 | 7/14/2018 | $2,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369486-69 | 7/14/2018 | $3,365.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-143 | 8/4/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369485-60 | 7/14/2018 | $176.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-43 | 7/7/2018 | $556.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369487-71 | 7/14/2018 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-34 | 7/7/2018 | $294.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-35 | 7/7/2018 | $23,859.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-36 | 7/7/2018 | $58.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-37 | 7/7/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338871-38 | 7/7/2018 | $117.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-39 | 7/7/2018 | $3,709.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-40 | 7/7/2018 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990887 | $221,927.48 | 7/31/2018 | 18197369484-52 | 7/14/2018 | $6,483.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-42 | 7/7/2018 | $23,108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338874 | 7/7/2018 | $2,973.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-44 | 7/7/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-45 | 7/7/2018 | $4,054.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-46 | 7/7/2018 | $6,436.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-47 | 7/7/2018 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-48 | 7/7/2018 | $43,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-49 | 7/7/2018 | $2,250.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338873-50 | 7/7/2018 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338837-32 | 7/7/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987390 | $162,389.40 | 7/24/2018 | 18190338872-41 | 7/7/2018 | $1,652.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809081 | 9/1/2018 | $17,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546137-219 | 8/25/2018 | $6,413.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-241 | 9/1/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-242 | 9/1/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581661 | 9/1/2018 | $5,099.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581661A | 9/1/2018 | $4,802.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809077 | 9/1/2018 | $112,307.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809078 | 9/1/2018 | $93,052.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-239 | 9/1/2018 | $55,199.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809080 | 9/1/2018 | $91,977.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-238 | 9/1/2018 | $212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809082 | 9/1/2018 | $11,163.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 92018053 | 9/1/2018 | $1,053.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 92018054 | 9/1/2018 | $924.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 92018055 | 9/1/2018 | $1,678.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 92018056 | 9/1/2018 | $701.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603450-243 | 9/8/2018 | $5,598.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603450-244 | 9/8/2018 | $33,761.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603450-245 | 9/8/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 201809079 | 9/1/2018 | $74,199.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581268-229 | 9/1/2018 | $24,212.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457182-141 | 8/4/2018 | $3,577.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546137-221 | 8/25/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546137-222 | 8/25/2018 | $2,332.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581267-223 | 9/1/2018 | $6,177.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581267-224 | 9/1/2018 | $39,502.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581267-225 | 9/1/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581267-226 | 9/1/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-240 | 9/1/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581268-228 | 9/1/2018 | $205.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-248 | 9/8/2018 | $5,942.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581268-230 | 9/1/2018 | $88.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581268-231 | 9/1/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581659-232 | 9/1/2018 | $4,100.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581659-233 | 9/1/2018 | $25,481.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581659-234 | 9/1/2018 | $367.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581659-235 | 9/1/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581659-236 | 9/1/2018 | $3,842.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581660-237 | 9/1/2018 | $6,970.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016402 | $594,426.29 | 9/18/2018 | 18247581268-227 | 9/1/2018 | $6,097.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637371-277 | 9/15/2018 | $113.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637369-268 | 9/15/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-269 | 9/15/2018 | $7,164.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-270 | 9/15/2018 | $235.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-271 | 9/15/2018 | $31,832.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-272 | 9/15/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-273 | 9/15/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637370-274 | 9/15/2018 | $205.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603450-246 | 9/8/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637371-276 | 9/15/2018 | $26,498.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637369-265 | 9/15/2018 | $45,686.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637371-278 | 9/15/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637371-279 | 9/15/2018 | $3,474.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637372-280 | 9/15/2018 | $7,357.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637372-281 | 9/15/2018 | $132.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637372-282 | 9/15/2018 | $60,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637372-283 | 9/15/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637372-284 | 9/15/2018 | $65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637373 | 9/15/2018 | $2,822.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637371-275 | 9/15/2018 | $4,150.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603452-258 | 9/8/2018 | $4,294.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546136 | 8/25/2018 | $3,736.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-249 | 9/8/2018 | $117.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-250 | 9/8/2018 | $30,067.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-251 | 9/8/2018 | $58.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-252 | 9/8/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603451-253 | 9/8/2018 | $88.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603452-254 | 9/8/2018 | $4,288.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603452-255 | 9/8/2018 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637369-267 | 9/15/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603452-257 | 9/8/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637369-266 | 9/15/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603567-259 | 9/8/2018 | $6,237.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603567-260 | 9/8/2018 | $238.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603567-261 | 9/8/2018 | $44,202.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603567-262 | 9/8/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603567-263 | 9/8/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603955 | 9/8/2018 | $3,490.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023514 | $202,602.80 | 10/2/2018 | 18260637369-264 | 9/15/2018 | $6,684.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603450-247 | 9/8/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019880 | $174,402.63 | 9/25/2018 | 18253603452-256 | 9/8/2018 | $28,673.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-170 | 8/11/2018 | $23,052.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546137-220 | 8/25/2018 | $37,815.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-163 | 8/11/2018 | $291.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-164 | 8/11/2018 | $53,344.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-165 | 8/11/2018 | $1,908.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-166 | 8/11/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-167 | 8/11/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492604 | 8/11/2018 | $5,002.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483964-161 | 8/11/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-169 | 8/11/2018 | $4,112.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483964-160 | 8/11/2018 | $88.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-171 | 8/11/2018 | $508.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-172 | 8/11/2018 | $4,081.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-173 | 8/11/2018 | $4,887.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-174 | 8/18/2018 | $6,571.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-175 | 8/18/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-176 | 8/18/2018 | $36,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-177 | 8/18/2018 | $371.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-178 | 8/18/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18228507494-168 | 8/11/2018 | $4,212.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-151 | 8/11/2018 | $6,151.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/11/2018 | $371,130.00 | 10/11/2018 | O/A:Wire:10/11/2018 | | $371,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-144 | 8/4/2018 | $49,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-145 | 8/4/2018 | $2,450.00 |

Ryder Last Mile, Inc. fdba MXD Group, Inc. (2220094)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit A

P. 10

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-146 | 8/4/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-147 | 8/4/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457184 | 8/4/2018 | $4,229.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003501 | $8,847.11 | 8/23/2018 | 2018888B-148 | 8/5/2018 | $3,241.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18226492603-162 | 8/11/2018 | $6,857.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003501 | $8,847.11 | 8/23/2018 | 2018888B-150 | 8/5/2018 | $1,836.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-181 | 8/18/2018 | $6,442.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-152 | 8/11/2018 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-153 | 8/11/2018 | $35,430.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-154 | 8/11/2018 | $212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-155 | 8/11/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483963-156 | 8/11/2018 | $2,332.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483964-157 | 8/11/2018 | $5,929.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483964-158 | 8/11/2018 | $294.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005417 | $188,488.64 | 8/28/2018 | 18225483964-159 | 8/11/2018 | $24,624.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003501 | $8,847.11 | 8/23/2018 | 2018888B-149 | 8/5/2018 | $3,769.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-210 | 8/25/2018 | $48,866.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-201 | 8/25/2018 | $6,033.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-202 | 8/25/2018 | $235.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-203 | 8/25/2018 | $22,153.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-204 | 8/25/2018 | $29.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-205 | 8/25/2018 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-206 | 8/25/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546133-207 | 8/25/2018 | $176.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-179 | 8/18/2018 | $583.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-209 | 8/25/2018 | $185.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-198 | 8/18/2018 | $423.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-211 | 8/25/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-212 | 8/25/2018 | $2,915.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-213 | 8/25/2018 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546135-214 | 8/25/2018 | $4,128.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546135-215 | 8/25/2018 | $26,159.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546135-216 | 8/25/2018 | $282.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546135-217 | 8/25/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546135-218 | 8/25/2018 | $3,926.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012990 | $175,893.23 | 9/11/2018 | 18239546134-208 | 8/25/2018 | $6,766.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-191 | 8/18/2018 | $2,491.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002003 | $180,990.49 | 8/21/2018 | 18218457183-142 | 8/4/2018 | $7,189.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-182 | 8/18/2018 | $205.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-183 | 8/18/2018 | $23,388.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-184 | 8/18/2018 | $88.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-185 | 8/18/2018 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-186 | 8/18/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514557-187 | 8/18/2018 | $205.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-188 | 8/18/2018 | $6,995.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-200 | 8/18/2018 | $3,446.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-190 | 8/18/2018 | $50,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-199 | 8/18/2018 | $1,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-192 | 8/18/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-193 | 8/18/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-194 | 8/18/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514559 | 8/18/2018 | $6,736.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-195 | 8/18/2018 | $3,732.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-196 | 8/18/2018 | $3,475.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18233518207-197 | 8/18/2018 | $22,374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514556-180 | 8/18/2018 | $1,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009063 | $186,571.97 | 9/4/2018 | 18232514558-189 | 8/18/2018 | $887.83 |

**Totals:**     **17 transfer(s),**     **$3,564,202.48**