**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **S. C. Johnson & Son, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991470494 | 7/22/2018 | $207.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991480689 | 7/8/2018 | $238.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987463 | $58,541.08 | 7/24/2018 | 74191673 | 7/7/2018 | $17,127.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987463 | $58,541.08 | 7/24/2018 | 74191674 | 7/7/2018 | $41,414.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991469927 | 7/22/2018 | $208.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991470191 | 7/22/2018 | $139.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996748 | $54,161.59 | 8/9/2018 | 74296633 | 7/24/2018 | $19,097.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991470493 | 7/22/2018 | $2,441.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991479197 | 7/8/2018 | $2,095.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991470495 | 7/22/2018 | $1,942.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990972 | $49,647.47 | 7/31/2018 | 74232572 | 7/13/2018 | $45,195.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990972 | $49,647.47 | 7/31/2018 | 74232573 | 7/13/2018 | $4,503.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996115 | $21,526.46 | 8/8/2018 | 74294779 | 7/24/2018 | $25,737.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996115 | $21,526.46 | 8/8/2018 | 74294780 | 7/24/2018 | $9,322.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | 74188861 | 7/6/2018 | $50,376.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988974 | $5,086.86 | 7/26/2018 | VPOTR991470492 | 7/22/2018 | $147.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991475920 | 7/8/2018 | $2,027.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | 74188862 | 7/6/2018 | $18,071.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471929 | 7/8/2018 | $64.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471930 | 7/8/2018 | $1,251.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471931 | 7/8/2018 | $19.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471932 | 7/8/2018 | $133.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471933 | 7/8/2018 | $738.34 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991480688 | 7/8/2018 | $3,879.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991475919 | 7/8/2018 | $33.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991479198 | 7/8/2018 | $182.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991476188 | 7/8/2018 | $1,561.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991476189 | 7/8/2018 | $1,281.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991477775 | 7/8/2018 | $1,416.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991477776 | 7/8/2018 | $89.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991478665 | 7/8/2018 | $1,053.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003566 | $71,939.77 | 8/23/2018 | 74408081-39904 | 8/8/2018 | $297.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986964 | $65,392.07 | 7/23/2018 | VPOTR991471934 | 7/8/2018 | $108.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019965 | $26,614.56 | 9/25/2018 | 74602816 | 9/7/2018 | $4,484.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487262 | 9/9/2018 | $1,790.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487263 | 9/9/2018 | $806.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487264 | 9/9/2018 | $1,622.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487265 | 9/9/2018 | $630.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019417 | $40,732.37 | 9/24/2018 | 74595175 | 9/6/2018 | $34,766.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996748 | $54,161.59 | 8/9/2018 | 74296629 | 7/24/2018 | $35,064.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019965 | $26,614.56 | 9/25/2018 | 74602815 | 9/7/2018 | $22,129.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013071 | $95,400.42 | 9/11/2018 | 74516437 | 8/27/2018 | $27,598.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020844 | $103,375.41 | 9/26/2018 | 74612296 | 9/10/2018 | $45,739.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020844 | $103,375.41 | 9/26/2018 | 74612297 | 9/10/2018 | $55,547.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020844 | $103,375.41 | 9/26/2018 | VPOTR991487819 | 9/23/2018 | $1,519.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020844 | $103,375.41 | 9/26/2018 | VPOTR991487820 | 9/23/2018 | $568.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021490 | $39,760.62 | 9/27/2018 | 74610615 | 9/10/2018 | $32,309.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021490 | $39,760.62 | 9/27/2018 | 74610616 | 9/10/2018 | $7,451.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019417 | $40,732.37 | 9/24/2018 | 74595176 | 9/6/2018 | $12,468.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483942 | 8/26/2018 | $304.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003566 | $71,939.77 | 8/23/2018 | 74408081-39906 | 8/8/2018 | $64,363.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003566 | $71,939.77 | 8/23/2018 | 74408082 | 8/8/2018 | $7,659.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004296 | $52,736.70 | 8/24/2018 | 74410847 | 8/8/2018 | $10,585.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004296 | $52,736.70 | 8/24/2018 | 74410848 | 8/8/2018 | $42,215.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483508 | 8/26/2018 | $1,966.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483509 | 8/26/2018 | $208.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487072 | 9/9/2018 | $1,848.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483742 | 8/26/2018 | $712.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013915 | $7,341.97 | 9/12/2018 | VPOTR991487071 | 9/9/2018 | $642.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483943 | 8/26/2018 | $3,817.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009175 | $246.87 | 9/4/2018 | 73750621-39907 | 5/4/2018 | $246.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013071 | $95,400.42 | 9/11/2018 | 74513256 | 8/27/2018 | $51,189.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013071 | $95,400.42 | 9/11/2018 | 74513257 | 8/27/2018 | $20,052.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013071 | $95,400.42 | 9/11/2018 | 74516436 | 8/27/2018 | $10,578.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $183,000.42 | 10/12/2018 | O/A:Wire:10/12/2018 | | $183,000.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007010 | $888.92 | 8/30/2018 | VPOTR991483741 | 8/26/2018 | $1,221.63 |

**Totals:** 17 transfer(s), $876,393.56