**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sunrise Mall LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174713 | $9,039.02 | 10/9/2018 | 0000092518-5013 | 9/25/2018 | $539.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174713 | $9,039.02 | 10/9/2018 | 0000092518-5012 | 9/25/2018 | $8,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173370 | $9,039.02 | 9/5/2018 | 0000082618-5011 | 8/26/2018 | $539.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173370 | $9,039.02 | 9/5/2018 | 0000082618-5010 | 8/26/2018 | $8,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171996 | $9,039.02 | 8/7/2018 | 0000072618-5009 | 7/26/2018 | $539.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171996 | $9,039.02 | 8/7/2018 | 0000072618-5008 | 7/26/2018 | $8,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122642 | $13,404.19 | 8/9/2018 | 97473 | 7/24/2018 | $13,404.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116476 | $18,750.71 | 9/13/2018 | 96049 | 4/19/2018 | $18,750.71 |

Totals:    5 transfer(s),    $59,271.96