**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Sutherland Global Services Pvt. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018-2 | $68,981.29 | 9/28/2018 | 1800001181 | 8/5/2018 | $68,981.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018-1 | $28,580.92 | 9/28/2018 | 1800001172 | 8/5/2018 | $28,580.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018-2 | $96,322.93 | 8/31/2018 | O/A:1800001068 | | $96,322.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/31/2018-1 | $47,870.03 | 8/31/2018 | O/A:1800004067 | | $47,870.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018-2 | $83,882.53 | 7/27/2018 | 1800000929 | 6/3/2018 | $83,882.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018-1 | $41,519.70 | 7/27/2018 | 1800000930 | 6/3/2018 | $41,519.70 |

**Totals:** 6 transfer(s), $367,157.40