**ask** ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **The Allen Company, Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224535 | 5/10/2018 | $1,975.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 225389 | 5/16/2018 | $1,539.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 225387-3596 | 5/16/2018 | $13,252.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 225387-3593 | 5/16/2018 | $729.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 224963-3592 | 5/14/2018 | $13,594.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 224963-3590 | 5/14/2018 | $667.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 224962-3589 | 5/14/2018 | $12,804.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224529 | 5/10/2018 | $1,872.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224536 | 5/10/2018 | $2,644.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985040 | $1,774.72 | 7/27/2018 | 225880 | 5/18/2018 | $1,774.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224534 | 5/10/2018 | $3,954.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224533-3585 | 5/10/2018 | $11,494.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224533-3582 | 5/10/2018 | $532.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224532 | 5/10/2018 | $2,590.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224531 | 5/10/2018 | $3,406.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224530-3581 | 5/10/2018 | $2,923.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981106 | $30,861.16 | 7/19/2018 | 224530-3579 | 5/10/2018 | $96.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983632 | $40,941.04 | 7/25/2018 | 224962-3587 | 5/14/2018 | $944.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241339 | 8/1/2018 | $213.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241721 | 8/3/2018 | $12,750.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241720 | 8/3/2018 | $17,450.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241346 | 8/1/2018 | $426.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241345 | 8/1/2018 | $213.12 |

The Allen Company, Inc. (2229539)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020

Exhibit A

P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241344 | 8/1/2018 | $7,661.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241343 | 8/1/2018 | $426.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241342 | 8/1/2018 | $426.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984473 | $534.98 | 7/26/2018 | VPTRAN81918012 | 7/13/2018 | $534.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241340 | 8/1/2018 | $426.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985040 | $1,774.72 | 7/27/2018 | 218822-3576 | 4/13/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241338 | 8/1/2018 | $10,136.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 224053 | 5/9/2018 | $1,070.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 218822 | 4/13/2018 | $56.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994285 | $1,017.78 | 8/17/2018 | 225881 | 5/18/2018 | $1,150.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987096 | $4,107.61 | 8/1/2018 | 225882 | 5/18/2018 | $1,774.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987096 | $4,107.61 | 8/1/2018 | 225388 | 5/16/2018 | $2,332.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241722 | 8/3/2018 | $12,973.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/26/2018 | $77,960.79 | 7/26/2018 | 241341 | 8/1/2018 | $13,730.27 |

Totals:    7 transfer(s),    $157,198.08