**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** The Macerich Company dba Cross County Shopping Center; and Brooks Shopping Centers L  
**Bankruptcy Case:** Sears Holdings Corporation, et al.  
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174073 | $394,647.33 | 10/10/2018 | 0000092518-2550 | 9/25/2018 | $180,064.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174073 | $394,647.33 | 10/10/2018 | 0000092518-2549 | 9/25/2018 | $214,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172726 | $394,647.33 | 9/6/2018 | 0000082618-1690 | 8/26/2018 | $180,064.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172726 | $394,647.33 | 9/6/2018 | 0000082618-1689 | 8/26/2018 | $214,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171315 | $394,647.33 | 8/7/2018 | 0000072618-659 | 7/26/2018 | $180,064.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171315 | $394,647.33 | 8/7/2018 | 0000072618-658 | 7/26/2018 | $214,583.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126891 | $63,406.82 | 10/11/2018 | 98388 | 9/24/2018 | $63,406.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124714 | $63,406.82 | 9/6/2018 | 98008 | 8/22/2018 | $63,406.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122458 | $63,406.82 | 8/9/2018 | 97412 | 7/23/2018 | $63,406.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116595 | $63,406.82 | 9/13/2018 | 96141 | 4/23/2018 | $63,406.82 |

**Totals:** 7 transfer(s), $1,437,569.27

The Macerich Company dba Cross County Shopping Center; and Brooks Shopping Centers LLC (2248197)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020                                                     Exhibit A                                                     P. 1