**ask** ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** **TLF (Portland), LLC fdba TLF Properties Fund LP**  
**Bankruptcy Case:** **Sears Holdings Corporation, et al.**  
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173382 | $24,434.76 | 9/5/2018 | 0000082618-91921 | 8/26/2018 | $21,682.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122515 | $3,499.34 | 8/9/2018 | 97445 | 7/23/2018 | $3,499.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124798 | $3,499.34 | 9/6/2018 | 98042 | 8/22/2018 | $3,499.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126945 | $3,499.34 | 10/11/2018 | 98424 | 9/24/2018 | $3,499.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172008 | $24,434.76 | 8/7/2018 | 0000072618-91917 | 7/26/2018 | $21,682.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172008 | $24,434.76 | 8/7/2018 | 0000072618-91918 | 7/26/2018 | $2,134.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116632 | $3,499.34 | 9/13/2018 | 96172 | 4/23/2018 | $3,499.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172008 | $24,434.76 | 8/7/2018 | 0000072618-91920 | 7/26/2018 | $474.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174726 | $24,434.76 | 10/9/2018 | 0000092518-91928 | 9/25/2018 | $474.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173382 | $24,434.76 | 9/5/2018 | 0000082618-91922 | 8/26/2018 | $2,134.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173382 | $24,434.76 | 9/5/2018 | 0000082618-91923 | 8/26/2018 | $144.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173382 | $24,434.76 | 9/5/2018 | 0000082618-91924 | 8/26/2018 | $474.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174726 | $24,434.76 | 10/9/2018 | 0000092518-91925 | 9/25/2018 | $21,682.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174726 | $24,434.76 | 10/9/2018 | 0000092518-91926 | 9/25/2018 | $2,134.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174726 | $24,434.76 | 10/9/2018 | 0000092518-91927 | 9/25/2018 | $144.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172008 | $24,434.76 | 8/7/2018 | 0000072618-91919 | 7/26/2018 | $144.37 |

**Totals:** 7 transfer(s),  $87,301.64