**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **UBS Bank USA dba UBS AG London Branch** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $55,000.00 | 9/18/2018 | IntRateCapFee | 8/31/2018 | $55,000.00 |
| **Totals:** | **1 transfer(s),** | **$55,000.00** | | | | | |

UBS Bank USA dba UBS AG London Branch (2220126)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Oct 7, 2020

Exhibit A

P. 1