**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **UPS Customhouse Brokerage, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002347 | $5,758.40 | 8/21/2018 | 2009 | 8/10/2018 | $5,758.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985007 | $56,381.12 | 7/18/2018 | 180715BROKER-4042 | 6/30/2018 | $26,405.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985007 | $56,381.12 | 7/18/2018 | 180715BROKER-4043 | 6/30/2018 | $29,975.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987718 | $9,127.70 | 7/24/2018 | 1921 | 7/13/2018 | $9,127.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991234 | $7,373.03 | 7/31/2018 | 1942 | 7/20/2018 | $7,373.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995453 | $9,200.98 | 8/7/2018 | 1965 | 7/27/2018 | $9,200.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998852 | $8,938.45 | 8/14/2018 | 1986 | 8/3/2018 | $8,938.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984313 | $6,897.01 | 7/17/2018 | 1900 | 7/6/2018 | $6,897.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000937 | $69,422.88 | 8/17/2018 | 180815BROKER-4045 | 7/31/2018 | $34,903.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022299 | $6,241.47 | 9/28/2018 | 2131 | 9/18/2018 | $6,241.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005745 | $7,192.19 | 8/28/2018 | 2031 | 8/17/2018 | $7,192.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006403 | $6,922.62 | 8/29/2018 | 2052 | 8/17/2018 | $6,922.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013326 | $7,691.29 | 9/11/2018 | 2072 | 8/31/2018 | $7,691.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016737 | $9,033.89 | 9/18/2018 | 2092 | 9/7/2018 | $9,033.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017408 | $71,162.01 | 9/19/2018 | 180915BROKER-7389 | 8/31/2018 | $37,328.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017408 | $71,162.01 | 9/19/2018 | 180915BROKER-7390 | 8/31/2018 | $33,833.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020207 | $8,086.65 | 9/25/2018 | 2111 | 9/14/2018 | $8,086.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000937 | $69,422.88 | 8/17/2018 | 180815BROKER-4044 | 7/31/2018 | $34,519.04 |

**Totals:**    15 transfer(s),    $289,429.69