**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **VCG Whitney Field, LLC** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174760 | $18,066.31 | 10/12/2018 | 0000092518-91270 | 9/25/2018 | $470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174760 | $18,066.31 | 10/12/2018 | 0000092518-91269 | 9/25/2018 | $1,213.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174760 | $18,066.31 | 10/12/2018 | 0000092518-91268 | 9/25/2018 | $16,383.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173415 | $18,066.31 | 9/5/2018 | 0000082618-91267 | 8/26/2018 | $470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173415 | $18,066.31 | 9/5/2018 | 0000082618-91266 | 8/26/2018 | $1,213.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173415 | $18,066.31 | 9/5/2018 | 0000082618-91265 | 8/26/2018 | $16,383.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172042 | $18,066.31 | 8/20/2018 | 0000072618-91264 | 7/26/2018 | $470.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172042 | $18,066.31 | 8/20/2018 | 0000072618-91263 | 7/26/2018 | $1,213.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172042 | $18,066.31 | 8/20/2018 | 0000072618-91262 | 7/26/2018 | $16,383.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 125474 | $22,102.22 | 9/6/2018 | 98203 | 8/31/2018 | $22,102.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115524 | $19,349.16 | 9/13/2018 | 95769 | 4/4/2018 | $19,349.16 |

Totals:    5 transfer(s),    $95,650.31