**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Ventiv Technology Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $32,770.00 | 9/28/2018 | O/A:Wire:9/28/2018 | | $32,770.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/1/2018 | $378,426.51 | 10/1/2018 | O/A:Wire:10/1/2018 | | $378,426.51 |
| **Totals:** | **2 transfer(s),** | **$411,196.51** | | | | | |