**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Vietnam Textile Garment International Trading Company Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $231,165.68 | 8/10/2018 | O/A:Wire:8/10/2018 | | $231,165.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $193,946.28 | 7/27/2018 | O/A:Wire:7/27/2018 | | $193,946.28 |
| **Totals:** | | **2 transfer(s),** | **$425,111.96** | | | | |