# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Winfat Industrial Co. Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $211,073.93 | 8/3/2018 | O/A:Wire:8/3/2018 | | $211,073.93 |

| | | |
|---|---|---|
| **Totals:** | **1 transfer(s),** | **$211,073.93** |

Winfat Industrial Co. Ltd. (2226090)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                    Exhibit A                    P. 1