

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Electrolux Home Products, Inc. dba Electrolux Major Appliances**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847025 | 7/27/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856091 | 7/31/2018 | $5,489.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847015 | 7/27/2018 | $464.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847016 | 7/27/2018 | $1,212.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847017 | 7/27/2018 | $24.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847018 | 7/27/2018 | $1,264.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847020 | 7/27/2018 | $2,640.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847021 | 7/27/2018 | $3,300.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847022 | 7/27/2018 | $8,800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847013 | 7/27/2018 | $290.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847024 | 7/27/2018 | $1,170.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840573 | 7/25/2018 | $5,750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847026 | 7/27/2018 | $435.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856083 | 7/31/2018 | $1,250.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856084 | 7/31/2018 | $2,937.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856085 | 7/31/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856086 | 7/31/2018 | $6,704.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856087 | 7/31/2018 | $10,544.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856088 | 7/31/2018 | $450.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856089 | 7/31/2018 | $9,780.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833064 | 7/23/2018 | $9,810.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847023 | 7/27/2018 | $1,917.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836952 | 7/24/2018 | $784.00 |

Electrolux Home Products, Inc. dba Electrolux Major Appliances (2232861)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                                        Exhibit D                                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874326 | 8/9/2018 | $402.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833066 | 7/23/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833067 | 7/23/2018 | $59.40 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833068 | 7/23/2018 | $649.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833069 | 7/23/2018 | $3,778.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6835950 | 7/24/2018 | $540.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6835951 | 7/24/2018 | $4,420.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836947 | 7/24/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6847014 | 7/27/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836949 | 7/24/2018 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856092 | 7/31/2018 | $800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836953 | 7/24/2018 | $11,313.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836954 | 7/24/2018 | $3,080.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836955 | 7/24/2018 | $784.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840566 | 7/25/2018 | $769.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840567 | 7/25/2018 | $452.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840568 | 7/25/2018 | $7,668.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840569 | 7/25/2018 | $300.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840570 | 7/25/2018 | $330.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6840572 | 7/25/2018 | $220.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6836948 | 7/24/2018 | $639.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874316 | 8/9/2018 | $5,850.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856090 | 7/31/2018 | $240.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868436 | 8/7/2018 | $897.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868437 | 8/7/2018 | $2,994.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6858830-1 | 8/1/2018 | $583.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6871501 | 8/8/2018 | $2,058.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874311 | 8/9/2018 | $249.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874312 | 8/9/2018 | $80.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874313 | 8/9/2018 | $1,198.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868434 | 8/7/2018 | $799.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874315 | 8/9/2018 | $6,990.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868432 | 8/7/2018 | $979.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874317 | 8/9/2018 | $1,157.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874318 | 8/9/2018 | $6,490.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874319 | 8/9/2018 | $13,480.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874320 | 8/9/2018 | $96.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874321 | 8/9/2018 | $128.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874322 | 8/9/2018 | $7,188.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874323 | 8/9/2018 | $9,450.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874324 | 8/9/2018 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762119 | 6/25/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874314 | 8/9/2018 | $900.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6861095 | 8/2/2018 | $104.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856093 | 7/31/2018 | $10,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856094 | 7/31/2018 | $160.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914479 | $113,278.00 | 8/24/2018 | 6856095 | 7/31/2018 | $2,720.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914494 | $2,860.00 | 8/28/2018 | 6840571 | 8/1/2018 | $2,860.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6808316 | 7/12/2018 | $805.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6858830-2 | 8/1/2018 | $1,166.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6858833 | 8/1/2018 | $156.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6858834 | 8/1/2018 | $658.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868435 | 8/7/2018 | $800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6858836 | 8/1/2018 | $3,643.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833063 | 7/23/2018 | $6,111.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866012 | 8/6/2018 | $3,594.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866013 | 8/6/2018 | $4,050.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866014 | 8/6/2018 | $6,990.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866015 | 8/6/2018 | $30.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866016 | 8/6/2018 | $280.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866017 | 8/6/2018 | $10,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866018 | 8/6/2018 | $10,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6866019 | 8/6/2018 | $2,250.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6868431 | 8/7/2018 | $3,495.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914601 | $55,565.80 | 8/31/2018 | 6858835 | 8/1/2018 | $4,201.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800661 | 7/10/2018 | $120.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804766 | 7/11/2018 | $6,487.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800651 | 7/10/2018 | $150.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800652 | 7/10/2018 | $3,495.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800653 | 7/10/2018 | $526.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800655 | 7/10/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800656 | 7/10/2018 | $1,299.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800657 | 7/10/2018 | $4,062.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800658 | 7/10/2018 | $1,161.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914021 | $21,510.00 | 7/27/2018 | 6788026 | 7/5/2018 | $4,800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800660 | 7/10/2018 | $490.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914021 | $21,510.00 | 7/27/2018 | 6788025 | 7/5/2018 | $1,985.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800662 | 7/10/2018 | $8,150.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800854 | 7/10/2018 | $639.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804759 | 7/11/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804760 | 7/11/2018 | $3,888.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804761 | 7/11/2018 | $150.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804762 | 7/11/2018 | $769.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804763 | 7/11/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804764 | 7/11/2018 | $400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833065 | 7/23/2018 | $4,950.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6800659 | 7/10/2018 | $6,072.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6765191 | 6/26/2018 | $23,161.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762120 | 6/25/2018 | $80.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762121 | 6/25/2018 | $1,299.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762122 | 6/25/2018 | $615.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762123 | 6/25/2018 | $1,161.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762124 | 6/25/2018 | $1,100.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762125 | 6/25/2018 | $4,990.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762126 | 6/25/2018 | $5,489.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762127 | 6/25/2018 | $14,310.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914021 | $21,510.00 | 7/27/2018 | 6788027 | 7/5/2018 | $14,725.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6765190 | 6/26/2018 | $34,230.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804767 | 7/11/2018 | $6,285.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6765192 | 6/26/2018 | $1,284.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6765193 | 6/26/2018 | $2,996.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772789 | 6/28/2018 | $390.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772790 | 6/28/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772791 | 6/28/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772792 | 6/28/2018 | $659.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772793 | 6/28/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772794 | 6/28/2018 | $136.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6772795 | 6/28/2018 | $290.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 913903 | $98,785.00 | 7/20/2018 | 6762129 | 6/25/2018 | $40.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833053 | 7/23/2018 | $376.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804765 | 7/11/2018 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6822886 | 7/18/2018 | $1,678.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6822887 | 7/18/2018 | $4,500.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6822888 | 7/18/2018 | $495.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6822889 | 7/16/2018 | $1,350.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833048 | 7/23/2018 | $1,917.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833049 | 7/23/2018 | $767.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833050 | 7/23/2018 | $855.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6819384 | 7/17/2018 | $2,947.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833052 | 7/23/2018 | $904.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816454 | 7/16/2018 | $9,600.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833054 | 7/23/2018 | $390.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833055 | 7/23/2018 | $24.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833056 | 7/23/2018 | $1,200.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833057 | 7/23/2018 | $8,150.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833058 | 7/23/2018 | $1,630.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833059 | 7/23/2018 | $2,560.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833060 | 7/23/2018 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833061 | 7/23/2018 | $499.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833062 | 7/23/2018 | $1,150.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914390 | $46,813.40 | 8/22/2018 | 6833051 | 7/23/2018 | $24.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816444 | 7/16/2018 | $2,517.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804768 | 7/11/2018 | $7,200.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804769 | 7/11/2018 | $240.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804770 | 7/11/2018 | $2,586.00 |

18-23538-shl    Doc 8559-4    Filed 10/09/20    Entered 10/09/20 15:50:48    Exhibit D
Pg 7 of 14

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914135 | $53,011.00 | 8/3/2018 | 6804771 | 7/11/2018 | $2,556.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816438 | 7/16/2018 | $1,560.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816439 | 7/16/2018 | $520.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816440 | 7/16/2018 | $99.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816441 | 7/16/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6819385 | 7/17/2018 | $3,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816443 | 7/16/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874327 | 8/9/2018 | $452.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816445 | 7/16/2018 | $524.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816446 | 7/16/2018 | $7,668.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816447 | 7/16/2018 | $2,250.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816448 | 7/16/2018 | $24.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816449 | 7/16/2018 | $2,225.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816450 | 7/16/2018 | $152.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816451 | 7/16/2018 | $900.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816452 | 7/16/2018 | $2,037.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816453 | 7/16/2018 | $10,456.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914252 | $58,357.00 | 8/10/2018 | 6816442 | 7/16/2018 | $999.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921754 | 8/31/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938820 | 9/11/2018 | $12,000.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921744 | 8/31/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921745 | 8/31/2018 | $3,495.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921746 | 8/31/2018 | $2,295.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921748 | 8/31/2018 | $4,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921749 | 8/31/2018 | $1,760.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921750 | 8/31/2018 | $13,480.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921751 | 8/31/2018 | $572.00 |

Electrolux Home Products, Inc. dba Electrolux Major Appliances (2232861)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020                                    Exhibit D                                    P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921742 | 8/31/2018 | $520.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921753 | 8/31/2018 | $3,495.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921741 | 8/31/2018 | $99.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921755 | 8/31/2018 | $1,049.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921756 | 8/31/2018 | $1,198.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921757 | 8/31/2018 | $376.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921758 | 8/31/2018 | $650.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921759 | 8/31/2018 | $391.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921760 | 8/31/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6936049 | 9/10/2018 | $27,078.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6936050 | 9/10/2018 | $4,880.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912383 | 8/28/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921752 | 8/31/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6915857 | 8/29/2018 | $9,000.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874325 | 8/9/2018 | $3,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912385 | 8/28/2018 | $842.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912386 | 8/28/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912388 | 8/28/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 31812137 | 8/31/2018 | $8,100.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6847019 | 7/27/2018 | $900.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6915853 | 8/29/2018 | $1,691.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6915854 | 8/29/2018 | $2,636.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921743 | 8/31/2018 | $1,198.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6915856 | 8/29/2018 | $4,050.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938821 | 9/11/2018 | $4,420.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918346 | 8/30/2018 | $5,192.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918347 | 8/30/2018 | $2,516.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918348 | 8/30/2018 | $6,490.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918349 | 8/30/2018 | $11,951.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918350 | 8/30/2018 | $12,580.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918351 | 8/30/2018 | $7,200.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918352 | 8/30/2018 | $4,194.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6918353 | 8/30/2018 | $4,893.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6921740 | 8/31/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915023 | $132,207.00 | 9/28/2018 | 6915855 | 8/29/2018 | $11,800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953299 | 9/18/2018 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938819 | 9/11/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947582 | 9/14/2018 | $8,799.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950689 | 9/17/2018 | $1,040.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950690 | 9/17/2018 | $1,278.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950691 | 9/17/2018 | $1,299.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950692 | 9/17/2018 | $5,355.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950693 | 9/17/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950694 | 9/17/2018 | $147.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947580 | 9/14/2018 | $750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950696 | 9/17/2018 | $986.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947579 | 9/14/2018 | $3,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953300 | 9/18/2018 | $4,420.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953301 | 9/18/2018 | $450.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953302 | 9/18/2018 | $360.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953303 | 9/18/2018 | $7,200.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953304 | 9/18/2018 | $499.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953306 | 9/18/2018 | $125.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953307 | 9/18/2018 | $765.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953309 | 9/18/2018 | $79.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953310 | 9/18/2018 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6950695 | 9/17/2018 | $994.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938832 | 9/11/2018 | $290.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938822 | 9/11/2018 | $780.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938823 | 9/11/2018 | $304.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938824 | 9/11/2018 | $630.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938825 | 9/11/2018 | $9,218.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938826 | 9/11/2018 | $842.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938827 | 9/11/2018 | $520.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938828 | 9/11/2018 | $400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938829 | 9/11/2018 | $454.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947581 | 9/14/2018 | $5,940.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938831 | 9/11/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912382 | 8/28/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938833 | 9/11/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 5947576 | 9/14/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6836956 | 8/3/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947572 | 9/14/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947573 | 9/14/2018 | $158.40 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947574 | 9/14/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947575 | 9/14/2018 | $3,314.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947577 | 9/14/2018 | $1,999.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6947578 | 9/14/2018 | $599.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915139 | $70,374.80 | 10/9/2018 | 6938830 | 9/11/2018 | $3,195.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882781 | 8/14/2018 | $290.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882791 | 8/14/2018 | $2,796.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880268 | 8/13/2018 | $1,538.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880269 | 8/13/2018 | $1,530.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880270 | 8/13/2018 | $1,649.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882775 | 8/14/2018 | $452.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882776 | 8/14/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882777 | 8/14/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882778 | 8/14/2018 | $769.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880266 | 8/13/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882780 | 8/14/2018 | $148.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880265 | 8/13/2018 | $2,152.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882782 | 8/14/2018 | $524.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882783 | 8/14/2018 | $1,614.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882784 | 8/14/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882785 | 8/14/2018 | $79.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882786 | 8/14/2018 | $2,097.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882787 | 8/14/2018 | $290.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882788 | 8/14/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882789 | 8/14/2018 | $769.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912384 | 8/28/2018 | $79.20 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882779 | 8/14/2018 | $2,295.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880254 | 8/13/2018 | $13,480.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874328 | 8/9/2018 | $1,637.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874329 | 8/9/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6874330 | 8/9/2018 | $839.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6876979 | 8/10/2018 | $10,595.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6876980 | 8/10/2018 | $15,847.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6876981 | 8/10/2018 | $735.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880250 | 8/13/2018 | $14,058.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880251 | 8/13/2018 | $1,157.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880267 | 8/13/2018 | $2,295.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880253 | 8/13/2018 | $13,480.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 688774 | 8/14/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880255 | 8/13/2018 | $5,940.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880256 | 8/13/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880257 | 8/13/2018 | $2,796.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880258 | 8/13/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880259 | 8/13/2018 | $260.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880260 | 8/13/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880262 | 8/13/2018 | $699.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880263 | 8/13/2018 | $290.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880264 | 8/13/2018 | $639.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6880252 | 8/13/2018 | $15,336.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912371 | 8/28/2018 | $463.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 6882790 | 8/14/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909549 | 8/27/2018 | $2,200.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909550 | 8/27/2018 | $3,400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909551 | 8/27/2018 | $3,500.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909552 | 8/27/2018 | $6,880.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912365 | 8/28/2018 | $118.80 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912366 | 8/28/2018 | $1,250.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912367 | 8/28/2018 | $1,814.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909547 | 8/27/2018 | $7,700.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912370 | 8/28/2018 | $1,538.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909546 | 8/27/2018 | $13,281.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912372 | 8/28/2018 | $3,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912373 | 8/28/2018 | $580.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912374 | 8/28/2018 | $1,139.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912376 | 8/28/2018 | $3,060.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912377 | 8/28/2018 | $800.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912378 | 8/28/2018 | $1,468.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912379 | 8/28/2018 | $400.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912380 | 8/28/2018 | $80.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912381 | 8/28/2018 | $114.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6912369 | 8/28/2018 | $1,538.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909536 | 8/27/2018 | $11,203.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914706 | $194,656.20 | 9/7/2018 | 81318 | 8/13/2018 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914804 | $24,337.00 | 9/14/2018 | 6886180 | 8/15/2018 | $10,980.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914804 | $24,337.00 | 9/14/2018 | 6886181 | 8/15/2018 | $659.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914804 | $24,337.00 | 9/14/2018 | 6889395 | 8/16/2018 | $6,291.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914804 | $24,337.00 | 9/14/2018 | 6889396 | 8/16/2018 | $6,990.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6868433 | 8/7/2018 | $2,397.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6880261 | 8/13/2018 | $765.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6882792 | 8/14/2018 | $665.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909548 | 8/27/2018 | $660.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909535 | 8/27/2018 | $890.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915192 | $62,462.60 | 10/12/2018 | 6953311 | 9/18/2018 | $1,398.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909537 | 8/27/2018 | $13,180.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909538 | 8/27/2018 | $4,250.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909539 | 8/27/2018 | $1,287.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909540 | 8/27/2018 | $10,475.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909541 | 8/27/2018 | $8,380.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909542 | 8/27/2018 | $19,572.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909543 | 8/27/2018 | $450.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909544 | 8/27/2018 | $1,760.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909545 | 8/27/2018 | $7,689.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914913 | $142,893.00 | 9/21/2018 | 6909534 | 8/27/2018 | $649.00 |

**Totals:** 14 transfer(s), $1,077,110.80