

**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

**Defendant:** Electrolux Home Products, Inc. dba Electrolux Major Appliances  
**Bankruptcy Case:** Sears Holdings Corporation, et al.  
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6859335 | 8/1/2018 | $2,542.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6820146 | 7/17/2018 | $313.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834891 | 7/23/2018 | $16,800.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834892 | 7/23/2018 | $1,498.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834893 | 7/23/2018 | $2,475.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834894 | 7/23/2018 | $1,427.80 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834895 | 7/23/2018 | $1,266.00 |
| StarWest, LLC | StarWest, LLC | 914373 | $24,548.80 | 8/22/2018 | 6834896 | 7/23/2018 | $769.00 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841315 | 7/25/2018 | $486.00 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841316 | 7/25/2018 | $329.00 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841317 | 7/25/2018 | $769.00 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841318 | 7/25/2018 | $1,820.00 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841319 | 7/25/2018 | $4,691.60 |
| StarWest, LLC | StarWest, LLC | 914454 | $8,934.60 | 8/24/2018 | 6841320 | 7/25/2018 | $839.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877440 | 8/10/2018 | $1,979.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6868940 | 8/7/2018 | $95.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763018 | 6/25/2018 | $3,794.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877438 | 8/10/2018 | $326.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877437 | 8/10/2018 | $7,706.80 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6874937 | 8/9/2018 | $2,429.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6874936 | 8/9/2018 | $1,400.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6161691 | 8/2/2018 | $1,395.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6874934 | 8/9/2018 | $12,675.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 68593340 | 8/1/2018 | $323.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6861692 | 8/2/2018 | $610.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6859339 | 8/1/2018 | $2,606.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6859338 | 8/1/2018 | $3,347.80 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6859337 | 8/1/2018 | $95.00 |
| StarWest, LLC | StarWest, LLC | 914587 | $11,796.80 | 8/31/2018 | 6859336 | 8/1/2018 | $783.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6827647 | 7/19/2018 | $7,175.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6874935 | 8/9/2018 | $455.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6766571 | 6/26/2018 | $4,473.00 |
| StarWest, LLC | StarWest, LLC | 914348 | $528.00 | 8/17/2018 | 6823854 | 7/24/2018 | $528.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6784478 | 7/3/2018 | $204.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6784477 | 7/3/2018 | $527.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6781839 | 7/2/2018 | $794.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6781838 | 7/2/2018 | $1,678.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6789886 | 7/5/2018 | $2,750.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6781836 | 7/2/2018 | $3,628.00 |

Electrolux Home Products, Inc. dba Electrolux Major Appliances (2232861)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020    Exhibit E    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6798119 | 7/9/2018 | $2,066.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763024 | 6/25/2018 | $3,737.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763023 | 6/25/2018 | $575.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763022 | 6/25/2018 | $675.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763021 | 6/25/2018 | $765.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763020 | 6/25/2018 | $369.00 |
| StarWest, LLC | StarWest, LLC | 913915 | $15,918.00 | 7/20/2018 | 6763019 | 6/25/2018 | $1,530.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6781837 | 7/6/2018 | $5,060.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6823855 | 7/18/2018 | $3,917.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877441 | 8/10/2018 | $2,994.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6827646 | 7/19/2018 | $215.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6827645 | 7/19/2018 | $975.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6827644 | 7/19/2018 | $1,150.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6823858 | 7/18/2018 | $3,082.00 |
| StarWest, LLC | StarWest, LLC | 913997 | $15,460.00 | 7/27/2018 | 6789885 | 7/5/2018 | $819.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6823856 | 7/18/2018 | $4,594.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6827648 | 7/19/2018 | $7,175.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6823853 | 7/18/2018 | $1,905.00 |
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6809743 | 7/12/2018 | $6,853.00 |
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6809742 | 7/12/2018 | $7,000.00 |
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6801954 | 7/10/2018 | $1,100.00 |
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6801953 | 7/10/2018 | $2,125.00 |
| StarWest, LLC | StarWest, LLC | 914109 | $20,897.00 | 8/3/2018 | 6801952 | 7/10/2018 | $1,773.00 |
| StarWest, LLC | StarWest, LLC | 914222 | $34,374.40 | 8/10/2018 | 6823857 | 7/18/2018 | $4,186.40 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6927627 | 9/5/2018 | $1,507.00 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6939383 | 8/11/2018 | $1,275.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6916361 | 8/29/2018 | $960.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6916362 | 8/29/2018 | $5,843.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6916363 | 8/29/2018 | $1,273.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6916364 | 8/29/2018 | $1,094.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922322 | 8/31/2018 | $7,608.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922323 | 8/31/2018 | $1,728.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922324 | 8/31/2018 | $215.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922325 | 8/31/2018 | $1,665.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922326 | 8/31/2018 | $14,343.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6922327 | 8/31/2018 | $3,567.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6925565 | 9/4/2018 | $527.00 |
| StarWest, LLC | StarWest, LLC | 914995 | $39,048.00 | 9/28/2018 | 6925566 | 9/4/2018 | $225.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877439 | 8/10/2018 | $452.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6945392 | 9/13/2018 | $1,575.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6953825 | 9/18/2018 | $528.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6953824 | 9/18/2018 | $864.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6951035 | 9/17/2018 | $290.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6951034 | 9/17/2018 | $1,175.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6951033 | 9/17/2018 | $2,819.00 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 5939382 | 9/11/2018 | $3,257.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6945393 | 9/13/2018 | $5,403.00 |

Electrolux Home Products, Inc. dba Electrolux Major Appliances (2232861)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6892661 | 8/17/2018 | $272.00 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6939381 | 9/11/2018 | $451.00 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6927631 | 9/5/2018 | $138.00 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6927630 | 9/5/2018 | $6,219.00 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6927629 | 9/5/2018 | $5,478.80 |
| StarWest, LLC | StarWest, LLC | 915128 | $7,207.80 | 10/9/2018 | 6927628 | 9/5/2018 | $703.00 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6913009 | 8/28/2018 | $1,950.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6945394 | 9/13/2018 | $6,560.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886925 | 8/15/2018 | $1,389.00 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6913011 | 8/28/2018 | $860.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886931 | 8/15/2018 | $1,100.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886930 | 8/15/2018 | $769.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886929 | 8/15/2018 | $5,244.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886928 | 8/15/2018 | $1,678.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895506 | 8/20/2018 | $1,678.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886926 | 8/15/2018 | $2,099.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895507 | 8/20/2018 | $639.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886924 | 8/15/2018 | $90.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 3895516 | 8/20/2018 | $39.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6894933 | 8/9/2018 | $2,829.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6880769 | 8/13/2018 | $1,189.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877443 | 8/10/2018 | $12,925.00 |
| StarWest, LLC | StarWest, LLC | 914695 | $48,458.80 | 9/7/2018 | 6877442 | 8/10/2018 | $1,099.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886927 | 8/15/2018 | $260.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895514 | 8/20/2018 | $2,259.00 |
| StarWest, LLC | StarWest, LLC | 915164 | $20,801.80 | 10/12/2018 | 6953826 | 9/18/2018 | $1,587.80 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6904243 | 8/23/2018 | $1,417.80 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6904242 | 8/23/2018 | $1,259.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6898036 | 8/21/2018 | $6,668.40 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6898035 | 8/21/2018 | $320.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6886932 | 8/15/2018 | $6,083.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895515 | 8/20/2018 | $406.00 |
| StarWest, LLC | StarWest, LLC | 914889 | $7,191.80 | 9/21/2018 | 6913010 | 8/28/2018 | $430.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895513 | 8/20/2018 | $3,900.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895512 | 8/20/2018 | $2,795.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895511 | 8/20/2018 | $972.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895510 | 8/20/2018 | $1,099.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895509 | 8/20/2018 | $3,160.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6895508 | 8/20/2018 | $337.00 |
| StarWest, LLC | StarWest, LLC | 914818 | $44,266.40 | 9/14/2018 | 6898034 | 8/21/2018 | $2,553.00 |

Totals:    14 transfer(s),    $299,432.20