**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Bond Manufacturing Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987140 | $5,082.77 | 8/1/2018 | INV777040-27656 | 7/9/2018 | $182.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996893 | $4,308.91 | 8/22/2018 | INV776692 | 7/6/2018 | $2,209.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994362 | $908.84 | 8/17/2018 | INV778999 | 7/23/2018 | $661.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994362 | $908.84 | 8/17/2018 | INV775834 | 6/29/2018 | $247.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992670 | $732.05 | 8/15/2018 | INV775835 | 6/29/2018 | $732.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991956 | $298.93 | 8/14/2018 | INV775832 | 6/29/2018 | $314.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990634 | $8,792.79 | 8/10/2018 | INV776597 | 7/5/2018 | $6,498.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983674 | $747.77 | 7/25/2018 | INV770112 | 6/1/2018 | $161.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990634 | $8,792.79 | 8/10/2018 | INV775833 | 6/29/2018 | $406.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997612 | $3,706.12 | 8/23/2018 | INV776693 | 7/6/2018 | $2,339.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987140 | $5,082.77 | 8/1/2018 | INV777040-27655 | 7/9/2018 | $23.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987140 | $5,082.77 | 8/1/2018 | INV776696 | 7/6/2018 | $611.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987140 | $5,082.77 | 8/1/2018 | INV776691 | 7/6/2018 | $4,288.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985079 | $235.00 | 7/27/2018 | INV770115 | 6/1/2018 | $244.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983674 | $747.77 | 7/25/2018 | INV770114 | 6/1/2018 | $368.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983674 | $747.77 | 7/25/2018 | INV770113 | 6/1/2018 | $224.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990634 | $8,792.79 | 8/10/2018 | INV776596 | 7/5/2018 | $1,949.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV778997 | 7/23/2018 | $196.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999570 | $1,949.40 | 8/30/2018 | INV779780 | 7/27/2018 | $67.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999570 | $1,949.40 | 8/30/2018 | INV779002 | 7/23/2018 | $736.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999570 | $1,949.40 | 8/30/2018 | INV778998 | 7/23/2018 | $1,147.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV779784 | 7/27/2018 | $112.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV779783 | 7/27/2018 | $75.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV779782 | 7/27/2018 | $129.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996893 | $4,308.91 | 8/22/2018 | INV776694 | 7/6/2018 | $2,079.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV779000 | 7/23/2018 | $464.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996893 | $4,308.91 | 8/22/2018 | INV779781 | 7/27/2018 | $35.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV777039 | 7/9/2018 | $216.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV776695 | 7/6/2018 | $731.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997612 | $3,706.12 | 8/23/2018 | INV777043 | 7/9/2018 | $608.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997612 | $3,706.12 | 8/23/2018 | INV777042 | 7/9/2018 | $204.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997612 | $3,706.12 | 8/23/2018 | INV777041 | 7/9/2018 | $341.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997612 | $3,706.12 | 8/23/2018 | INV777038 | 7/9/2018 | $212.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001714 | $212.17 | 9/4/2018 | INV779001 | 7/23/2018 | $212.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998251 | $1,998.96 | 8/28/2018 | INV779779 | 7/27/2018 | $71.25 |

**Totals:**    12 transfer(s),    $28,973.71