**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Bond Manufacturing Co., Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $46,794.29 | 9/17/2018 | 201820672305 | 8/9/2018 | $9,819.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/17/2018 | $46,794.29 | 9/17/2018 | 201820672046 | 7/23/2018 | $36,975.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $105,429.20 | 7/19/2018 | O/A:Wire:7/19/2018 | | $105,429.20 |

| | | | |
|---|---|---|---|
| **Totals:** | **2 transfer(s),** | **$152,223.49** | |