

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **CenturyLink, Inc. fdba Qwest Communications International, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 303904481407720-640 | 7/10/2018 | $61.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982163 | $1,702.25 | 7/20/2018 | 480403133604420-646 | 7/1/2018 | $570.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982163 | $1,702.25 | 7/20/2018 | 480893971464520-651 | 7/1/2018 | $548.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982163 | $1,702.25 | 7/20/2018 | 480893971599220-652 | 7/1/2018 | $548.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982349 | $129.58 | 7/23/2018 | 4669016420718 | 7/2/2018 | $129.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984008 | $532.90 | 7/25/2018 | 2064173575791B2 | 6/28/2018 | $198.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984008 | $532.90 | 7/25/2018 | 503774104552720-188023 | 7/8/2018 | $221.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984008 | $532.90 | 7/25/2018 | 509457154539720-188024 | 7/8/2018 | $112.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 602353839300720-663 | 7/10/2018 | $831.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 303659526803520-638 | 7/10/2018 | $88.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981740 | $498.60 | 7/20/2018 | 3095558522018 | 7/4/2018 | $32.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 303940273963620-641 | 7/10/2018 | $290.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 406252628769520-643 | 7/10/2018 | $150.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 406365608976820-644 | 7/10/2018 | $120.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 435627258625520-645 | 7/10/2018 | $105.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 480497770022720-647 | 7/10/2018 | $724.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 480961429943520-653 | 7/10/2018 | $271.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 520452068050020-654 | 7/10/2018 | $428.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3136425221806 | 6/19/2018 | $131.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 208524519976320-634 | 7/10/2018 | $54.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 520512150057620-656 | 6/10/2018 | $255.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083153 | $320.66 | 8/13/2018 | 3004055522018 | 6/14/2018 | $183.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980694 | $1,117.15 | 7/18/2018 | 307672181758706 | 6/10/2018 | $845.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980694 | $1,117.15 | 7/18/2018 | 562920173820180 | 6/22/2018 | $71.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980694 | $1,117.15 | 7/18/2018 | 970625877972706 | 6/22/2018 | $200.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981293 | $46.08 | 7/19/2018 | 313514227180D | 6/24/2018 | $46.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981294 | $60.64 | 7/19/2018 | 3132884602018 | 7/1/2018 | $60.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 303729290081620-639 | 7/1/2018 | $120.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 480753465364620-649 | 6/25/2018 | $98.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982163 | $1,702.25 | 7/20/2018 | 303426115677220-636 | 7/1/2018 | $35.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 520512150057620-655 | 6/10/2018 | $713.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981740 | $498.60 | 7/20/2018 | 3102141552018 | 7/4/2018 | $466.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 520512150057620-657 | 6/10/2018 | $664.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 520512150057620-658 | 6/10/2018 | $66.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 52057019002352D | 6/10/2018 | $587.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 520836042272520-661 | 6/25/2018 | $52.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 80132255413102D | 6/10/2018 | $327.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981532 | $2,196.72 | 7/19/2018 | 253752626109820-188022 | 6/28/2018 | $395.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981532 | $2,196.72 | 7/19/2018 | 97062587797270D | 6/22/2018 | $1,801.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 602395285577920-664 | 7/10/2018 | $230.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981531 | $355.63 | 7/19/2018 | 52045206805002D | 6/10/2018 | $391.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 316A13005406 | 7/16/2018 | $179.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074509455642 | 7/10/2018 | $568.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074509465702 | 7/10/2018 | $567.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074540306482 | 7/10/2018 | $742.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074551411342 | 7/10/2018 | $683.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | K30325210407712 | 7/10/2018 | $673.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | N50524236621172 | 7/10/2018 | $78.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | P30763243624032 | 7/10/2018 | $73.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 520512150057620-659 | 7/10/2018 | $32.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 314A13800706 | 7/16/2018 | $277.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074509425462 | 7/10/2018 | $566.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 422144602-188026 | 7/16/2018 | $787.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 422144602-188027 | 7/16/2018 | $75,699.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 512A14601706 | 7/16/2018 | $112.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 6369332407-188028 | 7/16/2018 | $176.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 6369332407-188029 | 7/16/2018 | $36,562.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986889 | $114,820.72 | 7/31/2018 | 776996458201 | 7/16/2018 | $1,024.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987164 | $9,538.48 | 8/1/2018 | 3112563341807 | 7/13/2018 | $4,931.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987164 | $9,538.48 | 8/1/2018 | 3123113971807 | 7/13/2018 | $4,606.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | P30763269340702 | 7/10/2018 | $73.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986234 | $3,762.68 | 7/30/2018 | 801322554131020-668 | 7/10/2018 | $388.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 602494058841120-665 | 7/10/2018 | $116.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 801282321190420-667 | 7/10/2018 | $108.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 928314124757520-669 | 7/10/2018 | $322.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 928522642033520-670 | 7/10/2018 | $61.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985525 | $4,042.51 | 7/27/2018 | 970245904430720-671 | 7/10/2018 | $43.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985526 | $23.24 | 7/27/2018 | 503Z10013059620-188025 | 7/10/2018 | $23.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986234 | $3,762.68 | 7/30/2018 | 208322510241220-633 | 7/10/2018 | $49.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986234 | $3,762.68 | 7/30/2018 | 303238031739720-635 | 7/10/2018 | $173.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074509445582 | 7/10/2018 | $568.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986234 | $3,762.68 | 7/30/2018 | 623979355408920-666 | 7/10/2018 | $337.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J52074509435522 | 7/10/2018 | $567.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | 303654005444420-637 | 7/10/2018 | $2,841.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | 406252609560620-642 | 7/10/2018 | $75.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | 480632209579020-648 | 7/10/2018 | $61.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | 520570190023520-660 | 7/10/2018 | $796.41 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J48083375641062 | 7/10/2018 | $265.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J48089231723802 | 7/10/2018 | $696.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986888 | $10,596.22 | 7/31/2018 | J48089231743702 | 7/10/2018 | $696.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3123113972018-3877 | 6/13/2018 | $4,467.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986234 | $3,762.68 | 7/30/2018 | 30414086560218 | 7/10/2018 | $2,813.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084523 | $1,068.54 | 8/20/2018 | 3004073241807 | 7/22/2018 | $404.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083803 | $1,189.22 | 8/8/2018 | 3016504002018 | 7/10/2018 | $70.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083803 | $1,189.22 | 8/8/2018 | 4318728692018-20262 | 7/9/2018 | $523.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084023 | $68.80 | 8/10/2018 | 3016504001806-20263 | 6/10/2018 | $68.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084092 | $1,073.35 | 8/14/2018 | 300405552201807 | 7/14/2018 | $184.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084092 | $1,073.35 | 8/14/2018 | 3021644831807 | 7/13/2018 | $888.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084280 | $706.97 | 8/14/2018 | 3016463571807 | 7/16/2018 | $165.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084280 | $706.97 | 8/14/2018 | 3016499511807 | 7/17/2018 | $373.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084721 | $6,094.83 | 8/20/2018 | 3095733271807 | 7/26/2018 | $1,127.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084280 | $706.97 | 8/14/2018 | 3040280001807 | 7/19/2018 | $91.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083364 | $702.72 | 7/31/2018 | 301650400180D | 6/10/2018 | $61.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084523 | $1,068.54 | 8/20/2018 | 3013744151807 | 7/22/2018 | $52.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084523 | $1,068.54 | 8/20/2018 | 3075501511807 | 7/22/2018 | $261.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084523 | $1,068.54 | 8/20/2018 | 4124108491807 | 7/22/2018 | $171.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084523 | $1,068.54 | 8/20/2018 | 4665789780718 | 7/18/2018 | $179.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084721 | $6,094.83 | 8/20/2018 | 3002450771807 | 7/25/2018 | $236.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084721 | $6,094.83 | 8/20/2018 | 3024396241807 | 7/24/2018 | $3,052.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084721 | $6,094.83 | 8/20/2018 | 3079127441807 | 7/26/2018 | $1,551.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3138525411806 | 6/25/2018 | $4,110.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084280 | $706.97 | 8/14/2018 | 3040059631807 | 7/19/2018 | $75.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3040280001806 | 6/19/2018 | $89.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083153 | $320.66 | 8/13/2018 | 3016499512018 | 6/17/2018 | $365.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083153 | $320.66 | 8/13/2018 | 3040059632018-20278 | 6/19/2018 | $97.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083153 | $320.66 | 8/13/2018 | 4665789780618 | 6/18/2018 | $174.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3002450771806 | 6/25/2018 | $223.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3004073242018 | 6/22/2018 | $400.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3012776862018 | 6/28/2018 | $205.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3013744152018 | 6/22/2018 | $49.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3016463572018 | 6/16/2018 | $158.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083803 | $1,189.22 | 8/8/2018 | 3000370612018 | 7/8/2018 | $594.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3024396241806 | 6/24/2018 | $2,794.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083439 | $136.78 | 7/31/2018 | 3081070132018 | 7/4/2018 | $136.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3075501512018 | 6/22/2018 | $240.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3079127442018 | 6/26/2018 | $1,495.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3079179262018 | 6/26/2018 | $1,852.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3084239361806 | 6/24/2018 | $122.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3095733272018 | 6/26/2018 | $1,077.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 4124108492018 | 6/22/2018 | $156.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083364 | $702.72 | 7/31/2018 | 3015917222018 | 7/3/2018 | $640.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084855 | $1,776.77 | 8/22/2018 | 3079179261807 | 7/26/2018 | $1,776.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083314 | $9,736.76 | 7/25/2018 | 3021644832018 | 6/13/2018 | $871.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3136016181806 | 6/25/2018 | $450.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3084239361808 | 8/24/2018 | $125.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3095733271808 | 8/26/2018 | $1,067.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087576 | $916.31 | 10/12/2018 | 3021644831809 | 9/13/2018 | $916.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3095083271806 | 6/19/2018 | $3,715.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3098681231806 | 6/25/2018 | $1,126.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3131008221806 | 6/25/2018 | $399.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3132020822018 | 6/22/2018 | $651.91 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084721 | $6,094.83 | 8/20/2018 | 3084239361807 | 7/24/2018 | $127.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3135142271806 | 6/24/2018 | $5.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3024396241808 | 8/24/2018 | $3,016.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3094726842018 | 6/16/2018 | $265.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3095775831806 | 6/24/2018 | $97.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3096814432018 | 6/16/2018 | $211.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3102550492018 | 6/22/2018 | $662.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3104245562018 | 6/26/2018 | $716.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3111672552018 | 6/28/2018 | $3,829.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3115803681806 | 6/25/2018 | $438.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980411 | $16,314.00 | 7/18/2018 | 3117054102018 | 6/22/2018 | $1,383.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980410 | $6,600.48 | 7/18/2018 | 3132894931806 | 6/25/2018 | $251.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086133 | $98.62 | 9/19/2018 | 3040059631808 | 8/19/2018 | $98.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084994 | $216.41 | 8/28/2018 | 3012776861807 | 7/28/2018 | $216.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 3000370611808 | 8/8/2018 | $508.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 3015917221808 | 8/3/2018 | $639.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 3016504001808 | 8/10/2018 | $70.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 3021644831808 | 8/13/2018 | $884.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 3081070131808 | 8/4/2018 | $136.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085941 | $2,757.61 | 9/14/2018 | 4318728691808 | 8/9/2018 | $518.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086065 | $730.94 | 9/21/2018 | 3004055521808 | 8/14/2018 | $184.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3079179261808 | 8/26/2018 | $1,737.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086065 | $730.94 | 9/21/2018 | 3016499510818 | 8/17/2018 | $384.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3079127441808 | 8/26/2018 | $1,537.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086204 | $845.95 | 9/19/2018 | 3004073241808 | 8/22/2018 | $387.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086204 | $845.95 | 9/19/2018 | 3013744151808 | 8/22/2018 | $51.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086204 | $845.95 | 9/19/2018 | 3075501511808 | 8/22/2018 | $248.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086204 | $845.95 | 9/19/2018 | 4124108491808 | 8/22/2018 | $159.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086539 | $178.00 | 9/25/2018 | 4665789780818 | 8/18/2018 | $178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3002450771808 | 8/25/2018 | $219.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086739 | $7,915.68 | 9/25/2018 | 3012776861808 | 8/28/2018 | $210.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762B | 6/10/2018 | $657.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086065 | $730.94 | 9/21/2018 | 3016463571808 | 8/16/2018 | $161.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745403064820-1911 | 8/10/2018 | $742.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480961429943520-1902 | 8/10/2018 | $269.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 505242366211720-1903 | 8/10/2018 | $78.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520452068050020-1904 | 8/10/2018 | $425.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520570190023520-1905 | 8/10/2018 | $776.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745094254620-1906 | 8/10/2018 | $564.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745094355220-1907 | 8/10/2018 | $567.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745094455820-1908 | 8/10/2018 | $567.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 928522642033520-1920 | 8/10/2018 | $61.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745094657020-1910 | 8/10/2018 | $567.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480892317437020-1899 | 8/10/2018 | $696.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745514113420-1912 | 8/10/2018 | $683.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 602353839300720-1913 | 8/10/2018 | $830.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 602395285577920-1914 | 8/10/2018 | $230.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 602494058841120-1915 | 8/10/2018 | $115.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 623979355408920-1916 | 8/10/2018 | $335.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 801282321190420-1917 | 8/10/2018 | $107.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 801322554131020-1918 | 8/10/2018 | $386.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987441 | $625.52 | 8/1/2018 | 206T32894077720-188030 | 7/16/2018 | $625.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 520745094556420-1909 | 8/10/2018 | $567.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 406252628769520-1891 | 8/10/2018 | $150.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303238031739720-1881 | 8/10/2018 | $172.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303252104077120-1882 | 8/10/2018 | $672.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303426115677220-1883 | 8/1/2018 | $35.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303659526803520-1884 | 8/10/2018 | $88.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303729290081620-1885 | 8/1/2018 | $125.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303904481407720-1886 | 8/10/2018 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 303940273963620-1887 | 8/10/2018 | $296.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 307632436240320-1888 | 8/10/2018 | $73.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480893971599220-1901 | 8/1/2018 | $560.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 406252609560620-1890 | 8/10/2018 | $75.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480893971464520-1900 | 8/1/2018 | $560.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 406365608976820-1892 | 8/10/2018 | $120.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 435627258625520-1893 | 8/10/2018 | $104.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480403133604420-1894 | 8/1/2018 | $582.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480497770022720-1895 | 8/10/2018 | $707.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480632209579020-1896 | 8/10/2018 | $60.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480833756410620-1897 | 8/10/2018 | $265.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 480892317238020-1898 | 8/10/2018 | $696.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 970245904430720-1921 | 8/10/2018 | $43.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 307632693407020-1889 | 8/10/2018 | $73.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009137 | $158.28 | 9/18/2018 | 480753465364620-1922 | 8/25/2018 | $98.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007978 | $137.95 | 9/17/2018 | 4673647780818 | 8/17/2018 | $137.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008769 | $1,163.55 | 9/18/2018 | 3131008221808 | 8/25/2018 | $399.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008769 | $1,163.55 | 9/18/2018 | 3132894931808 | 8/25/2018 | $259.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008769 | $1,163.55 | 9/18/2018 | 3135142271808 | 8/24/2018 | $51.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008769 | $1,163.55 | 9/18/2018 | 3136016181808 | 8/25/2018 | $454.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008770 | $8,582.89 | 9/18/2018 | 3104245561808 | 8/26/2018 | $30.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008770 | $8,582.89 | 9/18/2018 | 3111672551808 | 8/28/2018 | $3,929.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 928314124757520-1919 | 8/10/2018 | $319.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008770 | $8,582.89 | 9/18/2018 | 3138525411808 | 8/25/2018 | $4,172.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006084 | $1,762.62 | 9/12/2018 | 3117054101808 | 8/22/2018 | $1,408.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009137 | $158.28 | 9/18/2018 | 520836042272520-1923 | 8/25/2018 | $59.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009138 | $376.75 | 9/18/2018 | 970625877972708 | 8/22/2018 | $376.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011409 | $1,256.78 | 9/21/2018 | 3098681231808 | 8/25/2018 | $1,256.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011836 | $179.42 | 9/21/2018 | 406265472010720-188066 | 8/25/2018 | $179.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013896 | $1,286.59 | 9/26/2018 | 303729290081620-1924 | 9/1/2018 | $133.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013896 | $1,286.59 | 9/26/2018 | 480893971464520-1925 | 9/1/2018 | $576.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013896 | $1,286.59 | 9/26/2018 | 480893971599220-1926 | 9/1/2018 | $576.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013897 | $618.46 | 9/26/2018 | 2064173575791B0-188067 | 8/28/2018 | $211.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008770 | $8,582.89 | 9/18/2018 | 3115803681808 | 8/25/2018 | $450.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004908 | $1,057.42 | 9/10/2018 | 206T32894077720-188062 | 8/16/2018 | $625.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 2064173575791B0-188057 | 7/28/2018 | $209.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 206Z10007895420-188058 | 8/10/2018 | $340.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 20874392070718 | 7/20/2018 | $345.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 503774104552720-188059 | 8/8/2018 | $220.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 503Z10052525920-188060 | 8/10/2018 | $52.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004262 | $1,281.32 | 9/7/2018 | 509457154539720-188061 | 8/8/2018 | $112.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004502 | $160.52 | 9/10/2018 | 4669016420818 | 8/2/2018 | $160.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004503 | $802.86 | 9/10/2018 | 3094726841808 | 8/16/2018 | $268.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007193 | $206.45 | 9/14/2018 | 4711218100818 | 8/23/2018 | $206.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004503 | $802.86 | 9/10/2018 | 4449697371808 | 8/17/2018 | $317.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006308 | $129.76 | 9/12/2018 | 307672181758707 | 7/10/2018 | $129.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004908 | $1,057.42 | 9/10/2018 | 307672181758708 | 8/10/2018 | $102.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004908 | $1,057.42 | 9/10/2018 | 425251097097020-188063 | 8/19/2018 | $86.99 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004908 | $1,057.42 | 9/10/2018 | 503257473261420-188064 | 8/20/2018 | $241.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005176 | $3,795.20 | 9/11/2018 | 3095083271808 | 8/19/2018 | $3,795.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005468 | $127.45 | 9/11/2018 | 206658849877820-188065 | 8/22/2018 | $127.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006083 | $651.52 | 9/12/2018 | 3132020821808 | 8/22/2018 | $651.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006084 | $1,762.62 | 9/12/2018 | 3102550491808 | 8/22/2018 | $353.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003748 | $10,015.80 | 9/7/2018 | 3123113971808 | 8/13/2018 | $4,576.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004503 | $802.86 | 9/10/2018 | 3096814431808 | 8/16/2018 | $216.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993258 | $170.45 | 8/15/2018 | 406265472010720-188034 | 7/25/2018 | $170.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991592 | $6,080.20 | 8/13/2018 | 3117054101807 | 7/22/2018 | $1,422.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991592 | $6,080.20 | 8/13/2018 | 3138525411807 | 7/25/2018 | $4,273.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991789 | $52.41 | 8/13/2018 | 520836042272520-662 | 7/25/2018 | $52.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991983 | $1,087.53 | 8/14/2018 | 3098681231807 | 7/25/2018 | $1,025.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991983 | $1,087.53 | 8/14/2018 | 3135142271807 | 7/24/2018 | $62.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991984 | $1,210.79 | 8/14/2018 | 3104245561807 | 7/26/2018 | $753.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991984 | $1,210.79 | 8/14/2018 | 3115803681807 | 7/25/2018 | $457.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004261 | $14,467.62 | 9/7/2018 | 208322510241220-1880 | 8/10/2018 | $49.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992497 | $377.95 | 8/14/2018 | 970625877972707 | 7/22/2018 | $377.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991591 | $1,941.61 | 8/13/2018 | 3136016181807 | 7/25/2018 | $455.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994402 | $196.76 | 8/17/2018 | 4711218100718 | 7/23/2018 | $196.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994403 | $4,004.32 | 8/17/2018 | 3111672551807 | 7/28/2018 | $4,004.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 1370542400-188035 | 7/28/2018 | $42.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 1370542400-188036 | 7/28/2018 | $557.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 1370542400-188037 | 7/28/2018 | $64,021.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 1502982400 | 7/28/2018 | $154,821.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 24572330618 | 7/28/2018 | $185,041.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 253752626109820-188038 | 7/28/2018 | $414.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992496 | $105.71 | 8/14/2018 | 480753465364620-650 | 7/25/2018 | $105.71 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989150 | $882.58 | 8/8/2018 | 4449697371807 | 7/17/2018 | $333.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013897 | $618.46 | 9/26/2018 | 253752626109820-188068 | 8/28/2018 | $406.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762C | 6/10/2018 | $539.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762D | 6/10/2018 | $539.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762E | 6/10/2018 | $539.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762F | 6/10/2018 | $71.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762G | 6/10/2018 | $66.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989149 | $3,832.96 | 8/8/2018 | 3095083271807 | 7/19/2018 | $3,832.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989150 | $882.58 | 8/8/2018 | 3094726841807 | 7/16/2018 | $281.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991592 | $6,080.20 | 8/13/2018 | 3102550491807 | 7/22/2018 | $383.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989150 | $882.58 | 8/8/2018 | 3136425221807 | 7/19/2018 | $48.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991591 | $1,941.61 | 8/13/2018 | 4673647780718 | 7/17/2018 | $138.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989670 | $333.87 | 8/8/2018 | 425251097097020-188031 | 7/19/2018 | $86.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989670 | $333.87 | 8/8/2018 | 503257473261420-188032 | 7/20/2018 | $246.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990362 | $505.75 | 8/9/2018 | 405A13710531020 | 7/10/2018 | $505.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990363 | $131.93 | 8/9/2018 | 206658849877820-188033 | 7/22/2018 | $131.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991591 | $1,941.61 | 8/13/2018 | 3131008221807 | 7/25/2018 | $399.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991591 | $1,941.61 | 8/13/2018 | 3132020821807 | 7/22/2018 | $683.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991591 | $1,941.61 | 8/13/2018 | 3132894931807 | 7/25/2018 | $264.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427458865-188041 | 7/28/2018 | $895.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989150 | $882.58 | 8/8/2018 | 3096814431807 | 7/16/2018 | $219.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000801 | $2,599.09 | 8/31/2018 | 509529389034020 | 7/10/2018 | $342.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427447239-188039 | 7/28/2018 | $18,983.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 360748447305120 | 7/10/2018 | $241.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 503253895150620 | 7/10/2018 | $51.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 503363106721320 | 7/10/2018 | $394.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 503652265817520 | 7/10/2018 | $223.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 509922128011020 | 7/10/2018 | $134.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 509922315259820 | 7/10/2018 | $327.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000801 | $2,599.09 | 8/31/2018 | 253395059343320 | 7/10/2018 | $57.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 253872878048320 | 7/10/2018 | $52.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000801 | $2,599.09 | 8/31/2018 | 503254643488120 | 7/10/2018 | $442.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 253471203110720 | 7/10/2018 | $161.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000801 | $2,599.09 | 8/31/2018 | 541334024500120 | 7/10/2018 | $201.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002059 | $2,824.96 | 9/4/2018 | 303654005444420-1879 | 8/10/2018 | $2,824.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002060 | $5,719.87 | 9/4/2018 | 206Z10017584620-188055 | 8/10/2018 | $4,418.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002060 | $5,719.87 | 9/4/2018 | 503Z10013059620-188056 | 8/10/2018 | $1,301.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003748 | $10,015.80 | 9/7/2018 | 3095558521808 | 8/4/2018 | $32.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003748 | $10,015.80 | 9/7/2018 | 3102141551808 | 8/4/2018 | $465.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003748 | $10,015.80 | 9/7/2018 | 3112563341808 | 8/13/2018 | $4,735.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988958 | $3,082.74 | 8/7/2018 | 52051215005762A | 6/10/2018 | $669.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000801 | $2,599.09 | 8/31/2018 | 253395325062420 | 7/10/2018 | $1,555.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 8574812400-188051 | 7/28/2018 | $255.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003748 | $10,015.80 | 9/7/2018 | 3132884601808 | 8/1/2018 | $205.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427458865-188042 | 7/28/2018 | $113,203.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427487179-188043 | 7/28/2018 | $2,227.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427487179-188044 | 7/28/2018 | $15,696.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427487181-188045 | 7/28/2018 | $275.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427487181-188046 | 7/28/2018 | $45,776.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 503Z10052525920-188047 | 7/10/2018 | $0.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 5610012400-188048 | 7/28/2018 | $229.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 360533841014020 | 7/10/2018 | $36.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 5610012400-188050 | 7/28/2018 | $36,981.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 427447239-188040 | 7/28/2018 | $169,851.31 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 8574812400-188052 | 7/28/2018 | $53,373.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 951296158120180 | 7/28/2018 | $109.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997415 | $151,873.71 | 8/22/2018 | 2068444121-188054 | 7/28/2018 | $151,873.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 206762903873220 | 7/10/2018 | $344.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 206763048514820 | 7/10/2018 | $158.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 206T30969309520 | 7/10/2018 | $616.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 206T36741447020 | 7/10/2018 | $624.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000056 | $3,496.97 | 8/30/2018 | 253437684047120 | 7/10/2018 | $127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995045 | $863,817.57 | 8/17/2018 | 5610012400-188049 | 7/28/2018 | $1,056.13 |

**Totals:** 80 transfer(s), $1,312,047.26