**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **CenturyLink, Inc. fdba Qwest Communications International, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743227 | $3,717.55 | 9/27/2018 | 73613437-IN | 9/17/2018 | $3,717.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743226 | $164.49 | 9/26/2018 | 5194090118-IN | 9/1/2018 | $164.49 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100743225 | $153.00 | 9/26/2018 | 7158090118-IN | 9/1/2018 | $153.00 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742681 | $3,178.80 | 8/30/2018 | 72314833-IN | 8/1/2018 | $3,178.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742592 | $3,717.55 | 8/27/2018 | 72576096-IN | 8/17/2018 | $3,717.55 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742489 | $166.61 | 8/21/2018 | 7158080118-IN | 8/1/2018 | $166.61 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742488 | $175.84 | 8/23/2018 | 5194080118-IN | 8/1/2018 | $175.84 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742225 | $3,178.80 | 8/6/2018 | 71572831-IN | 7/1/2018 | $3,178.80 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742224 | $148.59 | 8/7/2018 | 7158070118-IN | 7/1/2018 | $148.59 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100742223 | $160.05 | 8/6/2018 | 5194070118-IN | 7/1/2018 | $160.05 |
| Sears Home Improvement Products, Inc. | Sears Home Improvement Products, Inc. | 100741918 | $3,717.55 | 7/27/2018 | 71847959-IN | 7/17/2018 | $3,717.55 |

Totals:    11 transfer(s),    $18,478.83

CenturyLink, Inc. fdba Qwest Communications International, Inc. (2230480)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                            Exhibit B                                            P. 1