**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cleva Hong Kong Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $288,366.59 | 8/3/2018 | 201820083070 | 7/9/2018 | $76,020.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $349,528.18 | 8/24/2018 | 201820379391 | 7/25/2018 | $3,432.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820082826 | 7/9/2018 | $191,401.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820079884 | 7/9/2018 | $21,350.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $612,602.07 | 8/30/2018 | 201820678166 | 7/31/2018 | $262,062.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $612,602.07 | 8/30/2018 | 201820558911 | 7/31/2018 | $12,111.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $612,602.07 | 8/30/2018 | 201820478430 | 7/31/2018 | $338,427.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820107379 | 7/9/2018 | $113,038.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $288,366.59 | 8/3/2018 | 201820107199-1 | 7/9/2018 | $198,074.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820107454 | 7/9/2018 | $78,777.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $332,070.34 | 8/27/2018 | 201820477387 | 7/26/2018 | $39,493.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $332,070.34 | 8/27/2018 | 201820477107-2 | 7/26/2018 | $60,252.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $332,070.34 | 8/27/2018 | 201820477107-1 | 7/26/2018 | $232,324.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $349,528.18 | 8/24/2018 | 201820477821-2 | 7/25/2018 | $71,138.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $349,528.18 | 8/24/2018 | 201820477821-1 | 7/25/2018 | $121,761.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $349,528.18 | 8/24/2018 | 201820477258 | 7/26/2018 | $85,932.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $311,756.69 | 7/17/2018 | 201819525409 | 6/21/2018 | $311,756.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $288,366.59 | 8/3/2018 | 201820107199-2 | 7/9/2018 | $14,271.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118703 | 8/29/2018 | $145,306.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144081 | 8/22/2018 | $80,098.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144052-2 | 8/29/2018 | $53,398.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144052-1 | 8/29/2018 | $26,699.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144000-2 | 8/29/2018 | $78,163.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144000-1 | 8/29/2018 | $3,193.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118806-3 | 8/29/2018 | $7,848.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820082974 | 7/9/2018 | $304,009.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118806-1 | 8/29/2018 | $47,955.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $315,138.86 | 8/17/2018 | 201820401505 | 7/18/2018 | $315,138.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118561 | 8/29/2018 | $173,809.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118458-2 | 8/21/2018 | $72,671.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118458-1 | 8/21/2018 | $87,205.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201820840254-2 | 8/21/2018 | $214,417.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201820840254-1 | 8/21/2018 | $424,039.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/9/2018 | $7,730.00 | 8/9/2018 | O/A:Wire:8/9/2018 | | $7,730.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $767,660.95 | 8/6/2018 | 201820107647 | 7/9/2018 | $59,083.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821118806-2 | 8/29/2018 | $24,668.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819976456-1 | 6/24/2018 | $14,626.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/24/2018 | $349,528.18 | 8/24/2018 | 201820476933 | 7/25/2018 | $67,263.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819977017-5 | 6/24/2018 | $19,902.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819977017-4 | 6/24/2018 | $5,295.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819977017-3 | 6/24/2018 | $18,786.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819977017-2 | 6/24/2018 | $65,573.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819977017-1 | 6/24/2018 | $3,719.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978000-1 | 7/1/2018 | $85,932.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819976456-2 | 6/24/2018 | $29,156.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978000-2 | 7/1/2018 | $77,475.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819926043 | 6/24/2018 | $67,263.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819925896-2 | 6/24/2018 | $86,372.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819925896-1 | 6/24/2018 | $308,022.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819925701 | 6/24/2018 | $95,980.94 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819925552 | 6/24/2018 | $115,026.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819513282 | 6/24/2018 | $47,077.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819513154 | 6/24/2018 | $61,601.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/18/2018 | $992,297.66 | 7/18/2018 | 201819976456-3 | 6/24/2018 | $53,891.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $127,168.36 | 8/1/2018 | 201820079776-2 | 7/5/2018 | $45,335.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $483,691.36 | 8/16/2018 | 201820281680 | 7/17/2018 | $104,088.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $483,691.36 | 8/16/2018 | 201820281637-2 | 7/17/2018 | $57,265.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $483,691.36 | 8/16/2018 | 201820281637-1 | 7/17/2018 | $57,265.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/16/2018 | $483,691.36 | 8/16/2018 | 201820281611 | 7/17/2018 | $265,071.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $127,168.36 | 8/1/2018 | 201820079776-6 | 7/5/2018 | $6,386.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $127,168.36 | 8/1/2018 | 201820079776-5 | 7/5/2018 | $18,471.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819977445-3 | 7/1/2018 | $18,179.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $127,168.36 | 8/1/2018 | 201820079776-3 | 7/5/2018 | $31,194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144968-2 | 8/29/2018 | $25,564.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201820080030 | 7/1/2018 | $56,028.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978395 | 7/1/2018 | $38,617.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978343 | 7/1/2018 | $43,554.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978304 | 7/1/2018 | $259,118.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978207 | 7/1/2018 | $98,755.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978000-4 | 7/1/2018 | $9,303.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $702,377.70 | 7/27/2018 | 201819978000-3 | 7/1/2018 | $15,414.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/1/2018 | $127,168.36 | 8/1/2018 | 201820079776-4 | 7/5/2018 | $25,780.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820729682 | 8/7/2018 | $106,578.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144444 | 8/22/2018 | $135,574.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820771335 | 8/7/2018 | $123,708.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820771186 | 8/7/2018 | $99,641.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820770940-2 | 8/7/2018 | $571,340.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820770940-1 | 8/7/2018 | $121,761.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820770794 | 8/7/2018 | $231,101.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820771489 | 8/7/2018 | $3,848.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820729882 | 8/7/2018 | $17,394.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820378313 | 8/16/2018 | $171,284.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820729567 | 8/7/2018 | $44,328.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820729495 | 8/7/2018 | $154,560.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820559120-3 | 8/7/2018 | $9,162.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820559120-2 | 8/7/2018 | $24,978.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/5/2018 | $343,737.10 | 9/5/2018 | 201820559120-1 | 8/7/2018 | $4,129.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558724-4 | 8/2/2018 | $13,493.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558724-3 | 8/2/2018 | $11,456.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820729970 | 8/7/2018 | $356,468.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840468-2 | 8/15/2018 | $44,127.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820841234 | 8/15/2018 | $104,179.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820841143-2 | 8/15/2018 | $4,906.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820841143-1 | 8/15/2018 | $1,483.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820841070 | 8/16/2018 | $126,149.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840970 | 8/16/2018 | $102,354.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840680 | 8/15/2018 | $67,263.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $1,580,429.97 | 9/6/2018 | 201820771389 | 8/7/2018 | $55,166.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840600-1 | 8/15/2018 | $45,323.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558343 | 8/2/2018 | $172,745.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840468-1 | 8/15/2018 | $180,380.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840346-2 | 8/15/2018 | $143,638.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840346-1 | 8/15/2018 | $144,702.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820786563-4 | 8/16/2018 | $5,246.40 |

Cleva Hong Kong Ltd. (2230396)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820786563-3 | 8/16/2018 | $28,341.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820786563-2 | 8/16/2018 | $1,995.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820786563-1 | 8/16/2018 | $21,777.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820840600-2 | 8/15/2018 | $165,817.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821243629 | 8/29/2018 | $14,743.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282440-2 | 8/29/2018 | $41,236.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282440-1 | 8/29/2018 | $34,318.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282382-2 | 8/29/2018 | $106,578.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282382-1 | 8/29/2018 | $26,644.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282279-2 | 8/29/2018 | $23,076.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282279-1 | 8/29/2018 | $26,006.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558724-2 | 8/2/2018 | $95,980.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821243959 | 8/29/2018 | $86,372.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821306673 | 9/10/2018 | $86,372.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821145589-2 | 8/22/2018 | $44,328.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821145589-1 | 8/22/2018 | $44,328.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821145523-2 | 8/22/2018 | $77,459.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821145523-1 | 8/22/2018 | $38,729.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $3,153,761.34 | 9/18/2018 | 201821145220-2 | 8/29/2018 | $277,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821145220-1 | 8/29/2018 | $31,276.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/7/2018 | $1,426,850.99 | 9/7/2018 | 201820846208 | 8/15/2018 | $67,880.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821244079 | 9/2/2018 | $72,138.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821538546 | 9/10/2018 | $257,796.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821144968-1 | 8/29/2018 | $508,875.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558274 | 8/2/2018 | $57,999.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821539514 | 9/13/2018 | $70,518.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821539376-3 | 9/13/2018 | $49,560.32 |

Cleva Hong Kong Ltd. (2230396)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020                                                        Exhibit A                                                        P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821539376-2 | 9/13/2018 | $63,802.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821539376-1 | 9/13/2018 | $22,710.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821537504 | 9/12/2018 | $60,008.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $3,153,761.34 | 9/18/2018 | 201821282533 | 9/2/2018 | $99,885.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821534243-1 | 9/13/2018 | $99,938.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $132,535.20 | 9/19/2018 | 201821306630 | 9/4/2018 | $132,535.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821538453 | 9/10/2018 | $220,888.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821538166 | 9/10/2018 | $114,531.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821538030 | 9/10/2018 | $235,318.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821537805 | 9/10/2018 | $95,980.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821534805-2 | 9/10/2018 | $62,204.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/26/2018 | $1,088,702.19 | 9/26/2018 | 201821534805-1 | 9/10/2018 | $15,608.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $377,457.07 | 9/4/2018 | 201820558724-1 | 8/2/2018 | $25,780.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/28/2018 | $414,450.07 | 9/28/2018 | 201821534243-2 | 9/13/2018 | $47,912.00 |

Totals:    20 transfer(s),    $13,808,312.69