**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Cleva Hong Kong Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201821113842-2 | 8/29/2018 | $39,598.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201821113842-1 | 8/29/2018 | $30,679.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201821113725-2 | 8/29/2018 | $46,463.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201821113725-1 | 8/29/2018 | $47,278.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201820782552-2 | 8/22/2018 | $123,708.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $328,963.90 | 9/18/2018 | 201820782552-1 | 8/22/2018 | $41,236.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $119,953.25 | 8/6/2018 | 201820030234-2 | 7/9/2018 | $71,011.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $119,953.25 | 8/6/2018 | 201820030234-1 | 7/9/2018 | $48,941.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $137,748.03 | 7/27/2018 | 201819773331-2 | 7/1/2018 | $13,247.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $137,748.03 | 7/27/2018 | 201819773331-1 | 7/1/2018 | $124,501.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $192,093.90 | 7/18/2018 | 201819529249 | 6/24/2018 | $118,089.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $192,093.90 | 7/18/2018 | 201819528952 | 6/24/2018 | $74,004.39 |

Totals:    4 transfer(s),    $778,759.08