**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | : | Case No. 18-23538-RDD |
| | : | (Jointly Administered) |
| | : | **Hearing Date: 10/15/2020 10:00am EST** |
| | | **Response deadline: 10/9/2020 4:00pm EST** |
| | : | |
| | | **Relates to Docket No. 8452, Claim 20187** |
| | : | |

<u>**RESPONSE OF CLERMONT COUNTY, OHIO TREASURER TO DEBTOR'S
TWENTY-SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM
(PROPERTY TAX CLAIMS)**</u>

Now Comes the Clermont County, Ohio Treasurer ("the Treasurer"), by and through counsel, and for its Response to Debtors' Twenty-Second Omnibus Objection (Doc. No. 8452, the "Objection"), states as follows:

<u>**Claim No. 20187**</u>

Debtors appear to seek disallowance of Treasurer's property tax claim, Proof of Claim No. 20187, in its Exhibit "B", attached to Debtors' Objection, due to the claim not being adequately supported. Treasurer's claim sets forth an amount due of $102,080.01 for personal property taxes which first became due and owing by KMart Corporation to the Treasurer on August 12, 2002 in accordance with Ohio Revised Code Chapters 5711 and 5719, and which includes interest and penalties through the filing of the claim. See tax bill attached as Exhibit A.

The tax amount initially assessed against Debtors in the amount of $70,332.86 was not challenged by Debtors as incorrect, and as of this date, the taxes, penalties, and interest duly assessed against Debtors remain unpaid and the debt has not been discharged.  Debtors therefore remain liable for the full amount of taxes which became due on August 12, 2002, along with statutory penalties and interest set forth in Exhibit A.

Wherefore, the Treasurer objects to the disallowance and expungement of its Claim No. 20187, and respectfully requests that Debtor's Objection be denied as to the Clermont County, Ohio Treasurer's Claim.

Respectfully submitted,

CLERMONT COUNTY PROSECUTING ATTORNEY
D. VINCENT FARIS

_____
Jason Fountain – OH# 81265
Assistant Prosecuting Attorney
101 East Main Street
Batavia, Ohio 45103
Telephone:  513-732-8193
Facsimile:  513-732-8171
Email:  jfountain@clermontcountyohio.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Objection was served upon the

following by electronic notice or USPS delivery on this 8th day of October, 2020:

Honorable Robert D. Drain
Chambers
U.S. Bankruptcy Court, S.D. New York
300 Quarropas Street
White Plains, NY 10601

Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
*Attorneys for Debtors*

Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com
*Attorneys for the Official*
    *Committee of Unsecured Creditors*


_____
Jason Fountain – OH 0081265
Assistant Prosecuting Attorney

# Statement of Personal Property

K Mart Corporation
P O Box 92700
Hoffman Est, IL 60179

0011597

| Year | Dist | Rate | Date | | List Value | Exemption | Penalty | Taxable | Taxes | Penalty | Interest | Balance |
|------|------|------|------|--|-----------|-----------|---------|---------|-------|---------|----------|---------|
| 1999 | 18 | 93.16 | 08/09/1999 | RET | | | | | | | | $0.00 |
| | | | 03/09/2005 | ADJ | (11,540) | | | (11,540) | ($1,075.07) | | ($395.73) | ($1,470.80) |
| | | | 03/09/2005 | REF | | | | | $1,075.07 | | $395.73 | $0.00 |
| | | | **Due on Filing** | | **(11,540)** | **0** | **0** | **(11,540)** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 2002 | 18 | 97.36 | 08/12/2002 | RET | 722,400 | | | 722,400 | $70,332.86 | | | $70,332.86 |
| | | | 10/21/2002 | PEN | | | | | | $7,033.29 | | $77,366.15 |
| | | | 11/30/2002 | INT | | | | | | | $451.04 | $77,817.19 |
| | | | 12/31/2002 | INT | | | | | | | $451.04 | $78,268.23 |
| | | | 08/11/2004 | ADJ | 122,330 | | | 122,330 | $11,910.05 | | $1,127.88 | $91,306.16 |
| | | | 07/22/2005 | ADJ | (122,330) | | | (122,330) | ($11,910.05) | | ($1,624.53) | $77,771.58 |
| | | | 11/30/2010 | INT | | | | | | | $22,823.07 | $100,594.65 |
| | | | 01/31/2011 | INT | | | | | | | $123.78 | $100,718.43 |
| | | | 03/31/2011 | INT | | | | | | | $123.78 | $100,842.21 |
| | | | 05/31/2011 | INT | | | | | | | $123.78 | $100,965.99 |
| | | | 06/30/2011 | INT | | | | | | | $61.89 | $101,027.88 |
| | | | 07/31/2011 | INT | | | | | | | $61.89 | $101,089.77 |
| | | | 08/31/2011 | INT | | | | | | | $61.89 | $101,151.66 |
| | | | 09/30/2011 | INT | | | | | | | $61.89 | $101,213.55 |
| | | | 10/31/2011 | INT | | | | | | | $61.89 | $101,275.44 |
| | | | 11/30/2011 | INT | | | | | | | $61.89 | $101,337.33 |
| | | | 01/31/2012 | INT | | | | | | | $61.89 | $101,399.22 |
| | | | 02/29/2012 | INT | | | | | | | $61.89 | $101,461.11 |
| | | | 03/31/2012 | INT | | | | | | | $61.89 | $101,523.00 |
| | | | 04/30/2012 | INT | | | | | | | $61.89 | $101,584.89 |
| | | | 05/31/2012 | INT | | | | | | | $61.89 | $101,646.78 |
| | | | 06/30/2012 | INT | | | | | | | $61.89 | $101,708.67 |
| | | | 07/31/2012 | INT | | | | | | | $61.89 | $101,770.56 |
| | | | 08/31/2012 | INT | | | | | | | $61.89 | $101,832.45 |
| | | | 09/30/2012 | INT | | | | | | | $61.89 | $101,894.34 |
| | | | 10/31/2012 | INT | | | | | | | $61.89 | $101,956.23 |
| | | | 11/30/2012 | INT | | | | | | | $61.89 | $102,018.12 |
| | | | 12/31/2012 | INT | | | | | | | $61.89 | $102,080.01 |
| | | | **Due on Filing** | | **722,400** | **0** | **0** | **722,400** | **$70,332.86** | **$7,033.29** | **$24,713.86** | **$102,080.01** |
| 2003 | 18 | 96.61 | 08/20/2003 | RET | 677,470 | | | 677,470 | $65,450.38 | | | $65,450.38 |
| | | | 09/22/2003 | PMT | | | | | ($65,450.38) | | | $0.00 |
| | | | 07/22/2005 | ADJ | 89,870 | | | 89,870 | $8,682.34 | | $649.43 | $9,331.77 |
| | | | 09/30/2005 | INT | | | | | | | $36.47 | $9,368.24 |
| | | | 10/31/2005 | INT | | | | | | | $14.76 | $9,383.00 |
| | | | 11/30/2005 | INT | | | | | | | $14.76 | $9,397.76 |
| | | | 12/20/2005 | PMT | | | | | ($8,682.34) | | ($715.42) | $0.00 |
| | | | **Due on Filing** | | **767,340** | **0** | **0** | **767,340** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 2004 | 18 | 103.26 | 08/13/2004 | RET | 662,120 | | | 662,120 | $68,370.51 | | | $68,370.51 |
| | | | 09/20/2004 | PMT | | | | | ($68,370.51) | | | $0.00 |
| | | | **Due on Filing** | | **662,120** | **0** | **0** | **662,120** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 2005 | 18 | 103.26 | 08/10/2005 | RET | 511,920 | | | 511,920 | $52,860.86 | | | $52,860.86 |
| | | | 09/12/2005 | PMT | | | | | ($52,860.86) | | | $0.00 |
| | | | **Due on Filing** | | **511,920** | **0** | **0** | **511,920** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| 2006 | 18 | 107.16 | 08/08/2006 | RET | 384,310 | | | 384,310 | $41,182.66 | | | $41,182.66 |
| | | | 09/12/2006 | PMT | | | | | ($41,182.66) | | | $0.00 |

**EXHIBIT**

**A 1**

## Statement of Personal Property

*Continued*

K Mart Corporation
P O Box 92700
Hoffman Est, IL 60179

0011597

| Year | Dist | Rate | Date | List Value | Exemption | Penalty | Taxable | Taxes | Penalty | Interest | Balance |
|------|------|------|------|-----------|-----------|---------|---------|-------|---------|----------|---------|
| 2008 | 18 | 107.16 | 07/03/2008 ADJ | 2,620 | | | 2,620 | $280.76 | | $23.34 | $304.10 |
| | | | 08/25/2008 PMT | | | | | ($280.76) | | ($23.34) | $0.00 |
| | | | Due on Filing | 386,930 | 0 | 0 | 386,930 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2007 | 18 | 107.36 | 08/16/2007 RET | 269,270 | | | 269,270 | $28,908.83 | | | $28,908.83 |
| | | | 09/17/2007 PMT | | | | | ($28,908.83) | | | $0.00 |
| | | | Due on Filing | 269,270 | 0 | 0 | 269,270 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2008 | 18 | 107.36 | 08/13/2008 RET | 276,500 | | | 276,500 | $29,685.04 | | | $29,685.04 |
| | | | 09/03/2008 PMT | | | | | ($29,685.04) | | | $0.00 |
| | | | Due on Filing | 276,500 | 0 | 0 | 276,500 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Surplus: | 0.00 | Total Due | $70,332.86 | $7,033.29 | $24,713.86 | $102,080.01 |

**EXHIBIT**

A₂