**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Crowley Liner Services, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178938 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179053 | 11/10/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178889 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178896 | 11/8/2017 | $400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178907 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178912 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178870 | 11/8/2017 | $209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178927 | 11/8/2017 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178856 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178957 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178958 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178962 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178975 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178987 | 11/10/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174526 | 10/17/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178925 | 11/8/2017 | $710.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178041 | 11/23/2017 | $4,072.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981799 | $7,694.00 | 7/20/2018 | COSN8M128548 | 7/6/2018 | $4,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174723 | 10/18/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174864 | 11/17/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174882 | 11/17/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174884 | 11/17/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178884 | 11/8/2017 | $305.00 |

Crowley Liner Services, Inc. (2232858)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020     Exhibit B     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M175326 | 10/21/2017 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179058 | 11/8/2017 | $259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178043 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178227 | 11/9/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178228 | 11/9/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178230 | 11/9/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178572 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M178847 | 11/8/2017 | $209.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174888 | 11/17/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181397 | 12/1/2017 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179044 | 11/8/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180810 | 11/18/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180820 | 11/18/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180890 | 11/19/2017 | $754.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180947 | 11/23/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180751 | 11/19/2017 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181174 | 11/21/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180712 | 11/18/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181471 | 11/21/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181493 | 11/23/2017 | $1,222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181504 | 11/21/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181519 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181523 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181558 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180964 | 11/23/2017 | $1,922.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180080 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179598 | 11/8/2017 | $184.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179672 | 11/17/2017 | $654.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M179981 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180007 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180016 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180773 | 11/19/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180065 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174463 | 10/18/2017 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180114 | 11/13/2017 | $245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180261 | 11/18/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180267 | 11/18/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180358 | 11/16/2017 | $610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180471 | 11/18/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180659 | 11/18/2017 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M180023 | 11/16/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163550 | 8/10/2017 | $452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163978 | 8/15/2017 | $452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | JAXS7M175225 | 10/20/2017 | $2,721.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | JAXS7M175227 | 10/16/2017 | $2,721.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | SJUN7M003435 | 3/23/2017 | $1,763.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | STTS7M000552 | 12/18/2017 | $1,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | JAXS7M173145 | 10/4/2017 | $3,125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M162515 | 8/10/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | JAXS7M170109 | 9/16/2017 | $3,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163628 | 8/12/2017 | $412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163630 | 8/12/2017 | $412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163631 | 8/12/2017 | $412.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163633 | 8/12/2017 | $412.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163651 | 8/17/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174708 | 10/18/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | BMCB141129 | 3/1/2018 | $236.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987206 | $18,011.72 | 8/1/2018 | COSN8M207631 | 7/18/2018 | $3,744.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981799 | $7,694.00 | 7/20/2018 | GTYN8M000301 | 7/6/2018 | $3,240.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981799 | $7,694.00 | 7/20/2018 | GTYN8M000303 | 7/6/2018 | $143.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983745 | $12,930.00 | 7/25/2018 | COSN7M081806 | 7/11/2018 | $4,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983745 | $12,930.00 | 7/25/2018 | COSN7M083375 | 7/11/2018 | $4,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983745 | $12,930.00 | 7/25/2018 | COSN7M141254 | 7/11/2018 | $4,310.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008022 | $16,814.00 | 9/17/2018 | JAXS7M173845 | 10/16/2017 | $1,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984737 | $21,552.00 | 7/26/2018 | COSN8M144638 | 7/6/2018 | $10,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M164919 | 8/24/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987206 | $18,011.72 | 8/1/2018 | MB0000314006-1 | 6/20/2018 | $1,589.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987206 | $18,011.72 | 8/1/2018 | MB0000314006-2 | 6/20/2018 | $6,458.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987206 | $18,011.72 | 8/1/2018 | MB0000314006-3 | 6/20/2018 | $6,219.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998323 | $15,361.92 | 8/28/2018 | MB0000314389-4 | 7/11/2018 | $5,905.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998323 | $15,361.92 | 8/28/2018 | MB0000314389-5 | 7/11/2018 | $4,743.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998323 | $15,361.92 | 8/28/2018 | MB0000314389-6 | 7/11/2018 | $4,712.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984737 | $21,552.00 | 7/26/2018 | COSN7M069634 | 7/11/2018 | $10,776.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172906 | 10/6/2017 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M163977 | 8/15/2017 | $452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172226 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172229 | 10/4/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172296 | 10/4/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172392 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172217 | 10/4/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172750 | 10/12/2017 | $27.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172214 | 10/4/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M173054 | 10/6/2017 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M173214 | 10/13/2017 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174370 | 10/12/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174377 | 10/12/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174380 | 10/12/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M174381 | 10/12/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172551 | 10/12/2017 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171676 | 10/3/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M169870 | 10/11/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M170916 | 12/7/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M170920 | 10/6/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171355 | 10/4/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171573 | 10/3/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172225 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171580 | 10/3/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181891 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171736 | 10/5/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171748 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171990 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172065 | 10/6/2017 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172113 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M172197 | 10/6/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M171578 | 10/3/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M187306 | 12/22/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M000783 | 12/30/2017 | $10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185949 | 12/13/2017 | $289.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M186303 | 12/14/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M186957 | 12/19/2017 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M187090 | 12/19/2017 | $17.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185886 | 12/13/2017 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M187297 | 12/22/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185746 | 12/13/2017 | $289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M187734 | 12/21/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M188204 | 12/29/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M188225 | 12/28/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M188552 | 12/29/2017 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M000189 | 12/24/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181566 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M187258 | 12/19/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184203 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184104 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184137 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184168 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184172 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184183 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185946 | 12/13/2017 | $289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184201 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M001184 | 12/30/2017 | $19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184213 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184235 | 12/8/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184358 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185235 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185240 | 12/14/2017 | $50.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M185336 | 12/11/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184184 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064678 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M000390 | 12/29/2017 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063817 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063875 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063876 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063896 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063721 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064677 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063688 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064679 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064683 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064687 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064688 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | MB0000311457 | 3/14/2018 | $364.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | SJUN7M010921 | 10/5/2017 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M064535 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063538 | 9/20/2018 | $2,662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M001194 | 12/30/2017 | $20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M003601 | 12/20/2017 | $13,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M006589 | 1/20/2018 | $2,945.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M011618 | 2/17/2018 | $5,290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M012155 | 2/11/2018 | $4,013.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063771 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M015465 | 3/9/2018 | $6,917.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184065 | 12/3/2017 | $399.00 |

Crowley Liner Services, Inc. (2232858)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit B

P. 7

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063619 | 9/21/2018 | $2,662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063627 | 9/21/2018 | $2,662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063633 | 9/21/2018 | $2,662.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063648 | 9/22/2018 | $2,149.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063663 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M063684 | 9/22/2018 | $2,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS8M013026 | 2/21/2018 | $5,802.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183002 | 11/29/2017 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184089 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182895 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182897 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182913 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182916 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182889 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183001 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182886 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183035 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183086 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183090 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183093 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183096 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183101 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182938 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182229 | 12/1/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | STXN8M000706 | 9/29/2018 | $3,826.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181895 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181921 | 11/22/2017 | $399.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181924 | 11/21/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182077 | 11/30/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182892 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182131 | 11/21/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183111 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182230 | 12/1/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182231 | 12/1/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182360 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182370 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182379 | 11/22/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182590 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M182078 | 11/30/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183981 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183816 | 12/8/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183842 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183846 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183849 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183862 | 12/8/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183104 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183919 | 12/7/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183692 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183990 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183997 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184005 | 12/3/2017 | $61.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184006 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184028 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M181801 | 12/1/2017 | $50.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183890 | 12/1/2017 | $289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183605 | 12/8/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M184085 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183118 | 11/29/2017 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183234 | 12/9/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183545 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183570 | 12/3/2017 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183601 | 12/8/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183742 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183604 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183730 | 12/1/2017 | $289.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183606 | 12/14/2017 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183616 | 12/3/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183644 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183653 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183654 | 12/5/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183108 | 11/29/2017 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/12/2018 | $152,325.00 | 10/12/2018 | JAXS7M183602 | 12/14/2017 | $50.00 |

**Totals:**   7 transfer(s),   $244,688.64