**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Cybertron International Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85990 | $2,351.00 | 7/25/2018 | 00006350AA | 6/5/2018 | $799.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94597 | $1,909.00 | 8/8/2018 | 00006827AA | 6/20/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92712 | $3,883.00 | 8/8/2018 | 00006691AA | 6/18/2018 | $2,238.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92712 | $3,883.00 | 8/8/2018 | 00006690AA | 6/18/2018 | $1,645.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91312 | $1,157.00 | 8/2/2018 | 00006661AA | 6/14/2018 | $1,157.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90394 | $1,345.00 | 8/1/2018 | 00006618AA | 6/13/2018 | $1,345.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89924 | $3,536.00 | 8/1/2018 | 00006575AA | 6/12/2018 | $1,589.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89924 | $3,536.00 | 8/1/2018 | 00006546AA | 6/12/2018 | $969.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89924 | $3,536.00 | 8/1/2018 | 00006542AA | 6/12/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89924 | $3,536.00 | 8/1/2018 | 00006536AA | 6/12/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00726:8/6/2018 | $734.00 | 8/6/2018 | 00007223AA | 7/2/2018 | $734.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E86682 | $1,392.00 | 7/25/2018 | 00006352AA | 6/6/2018 | $1,392.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97939 | $3,883.00 | 8/17/2018 | 00006968AA | 6/26/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85990 | $2,351.00 | 7/25/2018 | 00006344AA | 6/5/2018 | $1,063.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85990 | $2,351.00 | 7/25/2018 | 00006325AA | 6/5/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E83505 | $489.00 | 7/18/2018 | 00006230AA | 5/31/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03957 | $489.00 | 8/28/2018 | 00007347AA | 7/6/2018 | $781.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03957 | $489.00 | 8/28/2018 | 00007346AA-13482 | 7/6/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03238 | $2,370.00 | 8/27/2018 | 00007325AA | 7/5/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03238 | $2,370.00 | 8/27/2018 | 00007324AA | 7/5/2018 | $1,392.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03238 | $2,370.00 | 8/27/2018 | 00007299AA | 7/5/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01828 | $2,173.00 | 8/7/2018 | 00007271AA | 7/3/2018 | $1,392.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01828 | $2,173.00 | 8/7/2018 | 00007258AA | 7/3/2018 | $781.00 |

Cybertron International Inc. (2230490)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E87537 | $1,298.00 | 7/26/2018 | 00006468AA | 6/7/2018 | $1,298.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007479AA | 7/12/2018 | $781.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007772AA | 7/24/2018 | $640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007770AA-13485 | 7/24/2018 | $781.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007769AA | 7/24/2018 | $640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007744AA | 7/23/2018 | $781.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007651AA | 7/19/2018 | $724.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007618AA | 7/18/2018 | $734.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007562AA | 7/17/2018 | $1,119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007549AA | 7/17/2018 | $1,232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007542AA-13484 | 7/16/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007513AA | 7/15/2018 | $978.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94597 | $1,909.00 | 8/8/2018 | 00006859AA | 6/20/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007491AA | 7/13/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94597 | $1,909.00 | 8/8/2018 | 00006864AA | 6/20/2018 | $931.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007468AA-13483 | 7/11/2018 | $640.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007466AA | 7/11/2018 | $1,504.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007464AA | 7/11/2018 | $489.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007440AA | 7/11/2018 | $1,589.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/27/2018 | $10,000.00 | 8/27/2018 | O/A:Wire:8/27/2018 | | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98647 | $1,298.00 | 8/17/2018 | 00007114AA | 6/27/2018 | $1,298.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97939 | $3,883.00 | 8/17/2018 | 00007067AA | 6/26/2018 | $1,232.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97939 | $3,883.00 | 8/17/2018 | 00007063AA-13487 | 6/26/2018 | $1,974.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97939 | $3,883.00 | 8/17/2018 | 00006984AA-13486 | 6/26/2018 | $677.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007773AA | 7/24/2018 | $781.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $14,291.00 | 9/6/2018 | 00007510AA | 7/15/2018 | $837.00 |

Totals:     17 transfer(s),     $52,598.00