

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **Cybertron International Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013711 | $2,727.00 | 9/12/2018 | 93000453554 | 8/8/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987210 | $489.00 | 8/1/2018 | 6561895000-1 | 6/18/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996345 | $940.00 | 8/21/2018 | 6780925000-1 | 7/5/2018 | $940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997663 | $100.00 | 8/23/2018 | VPVD180716RV004 | 7/18/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001793 | $978.00 | 9/4/2018 | 6893955000-1 | 7/16/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001793 | $978.00 | 9/4/2018 | 6903985000-1 | 7/16/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008828 | $292.00 | 9/4/2018 | 93003583713 | 7/29/2018 | $781.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009991 | $1,345.00 | 9/5/2018 | 93120777780 | 8/1/2018 | $1,345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011432 | $1,110.00 | 9/7/2018 | 93000235472 | 8/3/2018 | $1,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012045 | $489.00 | 9/10/2018 | 93000287804 | 8/4/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985174 | $624.00 | 7/27/2018 | 6550605000-1 | 6/14/2018 | $724.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012798 | $1,655.00 | 9/11/2018 | 93000409428 | 8/7/2018 | $677.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021722 | $1,063.00 | 9/28/2018 | 93002257603 | 8/24/2018 | $1,063.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013711 | $2,727.00 | 9/12/2018 | 93120778539 | 8/8/2018 | $2,238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014167 | $489.00 | 9/13/2018 | 7164595000-1 | 8/6/2018 | $489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017142 | $2,906.00 | 9/19/2018 | 7186955000-1 | 8/15/2018 | $2,256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017142 | $2,906.00 | 9/19/2018 | 93001377800 | 8/15/2018 | $724.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019661 | $781.00 | 9/25/2018 | 93002068931 | 8/20/2018 | $781.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020622 | $3,283.00 | 9/26/2018 | 7318355000-1 | 8/22/2018 | $1,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020622 | $3,283.00 | 9/26/2018 | 93002183657 | 8/22/2018 | $1,110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020622 | $3,283.00 | 9/26/2018 | 93002200833 | 8/22/2018 | $781.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021091 | $2,238.00 | 9/27/2018 | 93120790885 | 8/23/2018 | $2,238.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012798 | $1,655.00 | 9/11/2018 | 93000400954 | 8/6/2018 | $978.00 |

Cybertron International Inc. (2230490)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020

Exhibit B

P. 1

**Totals:** **17 transfer(s),** **$21,509.00**