**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Dart International, A Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071900963 | 7/19/2018 | $610.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072300872 | 7/26/2018 | $758.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072300779 | 7/26/2018 | $685.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18072000967 | 7/19/2018 | $794.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18072000775 | 7/19/2018 | $648.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18072000774 | 7/19/2018 | $711.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18072000773 | 7/19/2018 | $263.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071901454 | 7/19/2018 | $339.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071901016 | 7/19/2018 | $338.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071300791 | 7/12/2018 | $602.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071901014 | 7/19/2018 | $262.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072400833 | 7/26/2018 | $119.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071900962 | 7/19/2018 | $291.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800931 | 7/19/2018 | $313.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800930 | 7/19/2018 | $748.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800929 | 7/19/2018 | $736.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800928 | 7/19/2018 | $237.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800927 | 7/19/2018 | $968.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071800838 | 7/19/2018 | $930.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000601 | 6/21/2018 | $599.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995944 | $8,467.57 | 8/20/2018 | 18071901015 | 7/19/2018 | $270.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072501485 | 7/26/2018 | $119.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073001024 | 8/2/2018 | $200.53 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073000813 | 8/2/2018 | $604.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073000811 | 8/2/2018 | $266.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072700677 | 7/26/2018 | $264.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072700676 | 7/26/2018 | $212.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072601193 | 7/26/2018 | $757.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072600954 | 7/26/2018 | $611.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072600886 | 7/26/2018 | $304.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072300873 | 7/26/2018 | $685.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072501743 | 7/26/2018 | $331.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072301047 | 7/26/2018 | $293.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072501484 | 7/26/2018 | $120.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072501483 | 7/26/2018 | $891.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072401670 | 7/26/2018 | $891.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072401669 | 7/26/2018 | $656.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072400995 | 7/26/2018 | $600.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072400993 | 7/26/2018 | $730.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072400862 | 7/26/2018 | $746.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072400836 | 7/26/2018 | $722.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071300790 | 7/12/2018 | $263.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999246 | $11,181.99 | 8/29/2018 | 18072501745 | 7/26/2018 | $679.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062600909 | 6/28/2018 | $599.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062701387 | 6/28/2018 | $317.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062701386 | 6/28/2018 | $267.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062701385 | 6/28/2018 | $267.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601646 | 6/28/2018 | $636.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601643 | 6/28/2018 | $189.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601237 | 6/28/2018 | $353.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601003 | 6/28/2018 | $264.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601002 | 6/28/2018 | $302.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071300792 | 7/12/2018 | $288.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601000 | 6/28/2018 | $250.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062800905 | 6/28/2018 | $297.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062600908 | 6/28/2018 | $702.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062100994 | 6/28/2018 | $345.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062100989 | 6/28/2018 | $334.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000823 | 6/21/2018 | $252.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000822 | 6/21/2018 | $857.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000721 | 6/21/2018 | $665.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000603 | 6/21/2018 | $615.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981354 | $3,604.46 | 7/19/2018 | 18062000602 | 6/21/2018 | $613.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062601001 | 6/28/2018 | $628.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070301778 | 7/5/2018 | $223.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071300762 | 7/12/2018 | $290.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071300184 | 7/12/2018 | $601.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071201516 | 7/12/2018 | $296.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071200304 | 7/12/2018 | $699.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071200302 | 7/12/2018 | $319.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991647 | $3,965.51 | 8/13/2018 | 18071200301 | 7/12/2018 | $603.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070600664 | 7/5/2018 | $267.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070600661 | 7/5/2018 | $598.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062701388 | 6/28/2018 | $643.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070501192 | 7/5/2018 | $188.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062800904 | 6/28/2018 | $284.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070301759 | 7/5/2018 | $747.66 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070301473 | 7/5/2018 | $691.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070301394 | 7/5/2018 | $280.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070301245 | 7/5/2018 | $255.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070300943 | 7/5/2018 | $310.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070300942 | 7/5/2018 | $599.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18062801006 | 7/5/2018 | $263.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984745 | $6,811.92 | 7/26/2018 | 18062801005 | 6/28/2018 | $126.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073101300 | 8/2/2018 | $281.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988139 | $4,641.06 | 8/2/2018 | 18070600639 | 7/5/2018 | $214.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081401044 | 8/16/2018 | $284.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600820 | 8/16/2018 | $298.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600819 | 8/16/2018 | $210.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600818 | 8/16/2018 | $239.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600817 | 8/16/2018 | $602.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081501688 | 8/16/2018 | $655.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081501687 | 8/16/2018 | $177.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081501686 | 8/16/2018 | $277.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081501313 | 8/16/2018 | $145.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073001241 | 8/2/2018 | $286.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081401355 | 8/16/2018 | $243.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081601130 | 8/16/2018 | $137.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081400773 | 8/16/2018 | $171.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081400772 | 8/16/2018 | $637.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081400771 | 8/16/2018 | $268.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000864 | 8/9/2018 | $258.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000661 | 8/9/2018 | $348.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000660 | 8/9/2018 | $261.27 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000604 | 8/9/2018 | $320.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000542 | 8/9/2018 | $234.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081501311 | 8/16/2018 | $280.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082100901 | 8/23/2018 | $240.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082301089 | 8/23/2018 | $162.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082301088 | 8/23/2018 | $126.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082300785 | 8/23/2018 | $205.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082300781 | 8/23/2018 | $217.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082300780 | 8/23/2018 | $270.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082201675 | 8/23/2018 | $240.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082201518 | 8/23/2018 | $162.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082101247 | 8/23/2018 | $199.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600873 | 8/16/2018 | $187.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082100902 | 8/23/2018 | $210.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081600874 | 8/16/2018 | $161.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082000981 | 8/23/2018 | $324.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082000979 | 8/23/2018 | $163.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082000973 | 8/23/2018 | $288.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082000791 | 8/23/2018 | $98.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18081700577 | 8/23/2018 | $297.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18081700576 | 8/23/2018 | $320.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18081700574 | 8/23/2018 | $291.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010019 | $5,197.46 | 9/19/2018 | 18081601197 | 8/16/2018 | $218.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900941 | 8/9/2018 | $173.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082100904 | 8/23/2018 | $827.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200957 | 8/2/2018 | $189.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000540 | 8/9/2018 | $301.42 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300876 | 8/2/2018 | $243.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300609 | 8/2/2018 | $283.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300608 | 8/2/2018 | $236.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300607 | 8/2/2018 | $292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300604 | 8/2/2018 | $333.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300595 | 8/2/2018 | $156.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300594 | 8/2/2018 | $168.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600708 | 8/9/2018 | $338.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080201225 | 8/2/2018 | $158.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600709 | 8/9/2018 | $226.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200880 | 8/2/2018 | $221.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200879 | 8/2/2018 | $352.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200857 | 8/2/2018 | $211.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200837 | 8/2/2018 | $292.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200836 | 8/2/2018 | $348.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080200835 | 8/2/2018 | $314.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073101546 | 8/2/2018 | $331.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073101301 | 8/2/2018 | $288.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013713 | $4,859.54 | 9/26/2018 | 18082301318 | 8/23/2018 | $211.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18080300593 | 8/2/2018 | $223.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080801395 | 8/9/2018 | $292.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002759 | $7,043.13 | 9/5/2018 | 18073100888 | 8/2/2018 | $756.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900940 | 8/9/2018 | $192.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900907 | 8/9/2018 | $206.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900906 | 8/9/2018 | $203.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900803 | 8/9/2018 | $605.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900802 | 8/9/2018 | $277.14 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080900801 | 8/9/2018 | $624.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080801398 | 8/9/2018 | $303.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600707 | 8/9/2018 | $308.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080801396 | 8/9/2018 | $277.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18081000536 | 8/9/2018 | $227.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080701158 | 8/9/2018 | $205.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080700998 | 8/9/2018 | $277.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080700997 | 8/9/2018 | $682.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080700776 | 8/9/2018 | $182.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080700775 | 8/9/2018 | $258.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080601078 | 8/9/2018 | $262.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600943 | 8/9/2018 | $203.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600942 | 8/9/2018 | $188.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080600941 | 8/9/2018 | $172.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006143 | $8,653.21 | 9/12/2018 | 18080801397 | 8/9/2018 | $236.78 |

**Totals:**    **10 transfer(s),**    **$64,425.85**