**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Delta Enterprise Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/13/2018 | $62,946.89 | 9/13/2018 | O/A:Wire:9/13/2018 | | $62,946.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/7/2018 | $148,886.16 | 8/7/2018 | O/A:Wire:8/7/2018 | | $148,886.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $103,548.67 | 8/30/2018 | O/A:Wire:8/30/2018 | | $103,548.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/24/2018 | $74,443.08 | 7/24/2018 | O/A:Wire:7/24/2018 | | $74,443.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $648,787.58 | 7/17/2018 | O/A:Wire:7/17/2018 | | $648,787.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170916 | $5,494.40 | 7/23/2018 | 0000830558 | 5/16/2018 | $5,664.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170787 | $10,384.04 | 7/23/2018 | 0000832789 | 5/17/2018 | $11,464.04 |

Totals:    7 transfer(s),    $1,054,490.82