**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Delta Enterprise Corp.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/13/2018 | $37,221.54 | 9/13/2018 | O/A:Wire:9/13/2018 | | $37,221.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/7/2018 | $148,886.16 | 8/7/2018 | O/A:Wire:8/7/2018 | | $148,886.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $379,678.46 | 8/10/2018 | O/A:Wire:8/10/2018 | | $379,678.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/24/2018 | $74,443.08 | 7/24/2018 | O/A:Wire:7/24/2018 | | $74,443.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/17/2018 | $381,869.53 | 7/17/2018 | O/A:Wire:7/17/2018 | | $381,869.53 |

**Totals:** 5 transfer(s), $1,022,098.77