**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Fisher Price BDS, a division of MDII** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $340,505.01 | 8/22/2018 | O/A:Wire:8/22/2018 | | $340,505.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/19/2018 | $171,805.90 | 7/19/2018 | O/A:Wire:7/19/2018 | | $171,805.90 |
| **Totals:** | **2 transfer(s),** | **$512,310.91** | | | | | |

Fisher Price BDS, a division of MDII (2230399)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020                                         Exhibit A                                         P. 1