**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Fisher Price BDS, a division of MDII** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $49,493.16 | 8/22/2018 | O/A:Wire:8/22/2018 | | $49,493.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/19/2018 | $441,143.02 | 7/19/2018 | O/A:Wire:7/19/2018 | | $441,143.02 |
| **Totals:** | | **2 transfer(s),** | **$490,636.18** | | | | |

Fisher Price BDS, a division of MDII (2230399)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020                                                                    Exhibit B                                                                    P. 1