**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| Defendant: | **GR Contract Services Inc.** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47277 | 6/30/2018 | $175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47286 | 6/30/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47285 | 6/30/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47284 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47283 | 6/30/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47282 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47281 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47280 | 6/30/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211801A | 7/21/2018 | $11,343.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47278 | 6/30/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071801A | 7/7/2018 | $23,208.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47276 | 6/30/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47275 | 6/30/2018 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47274 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47273 | 6/30/2018 | $145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47272 | 6/30/2018 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47271 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47270 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47279 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141801 | 7/14/2018 | $44,533.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231801 | 6/23/2018 | $41,968.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141805-47294 | 7/14/2018 | $470.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141805-47293 | 7/14/2018 | $55.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141805-47292 | 7/14/2018 | $292.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141805-47291 | 7/14/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141804 | 7/14/2018 | $10,079.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141803 | 7/14/2018 | $14,941.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985839 | $723.50 | 7/30/2018 | 72018108 | 7/1/2018 | $723.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141801A | 7/14/2018 | $10,602.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071801 | 7/7/2018 | $43,168.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071805-47290 | 7/7/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071805-47289 | 7/7/2018 | $1,155.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071805-47288 | 7/7/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071805-47287 | 7/7/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071804 | 7/7/2018 | $11,466.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071803 | 7/7/2018 | $13,246.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987277 | $98,762.49 | 8/1/2018 | 7071802 | 7/7/2018 | $5,686.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47267 | 6/30/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990780 | $91,817.54 | 8/10/2018 | 7141802 | 7/14/2018 | $10,402.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47243 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47269 | 6/30/2018 | $490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47251 | 6/23/2018 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47250 | 6/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47249 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47248 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47247 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47246 | 6/23/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47253 | 6/23/2018 | $175.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47244 | 6/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47254 | 6/23/2018 | $110.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47242 | 6/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47241 | 6/23/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47240 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47239 | 6/23/2018 | $415.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231804 | 6/23/2018 | $8,304.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231803 | 6/23/2018 | $13,194.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231802 | 6/23/2018 | $7,965.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231801A | 6/23/2018 | $11,663.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47245 | 6/23/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47263 | 6/23/2018 | $682.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211802 | 7/21/2018 | $8,262.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47266 | 6/30/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47265 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47264 | 6/30/2018 | $440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301804 | 6/30/2018 | $10,036.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301803 | 6/30/2018 | $12,097.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301802 | 6/30/2018 | $8,243.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47252 | 6/23/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301801 | 6/30/2018 | $44,986.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301805-47268 | 6/30/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47262 | 6/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47261 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47260 | 6/23/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47259 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47258 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47257 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47256 | 6/23/2018 | $55.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980539 | $87,558.32 | 7/18/2018 | 6231805-47255 | 6/23/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983821 | $90,840.29 | 7/25/2018 | 6301801A | 6/30/2018 | $11,461.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181805-47319 | 8/18/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251805-47324 | 8/25/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251804 | 8/25/2018 | $8,725.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251803 | 8/25/2018 | $10,833.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251802 | 8/25/2018 | $7,608.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251801A | 8/25/2018 | $11,360.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251801 | 8/25/2018 | $36,061.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181805-47322 | 8/18/2018 | $3,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211801 | 7/21/2018 | $43,429.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181805-47320 | 8/18/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251805-47327 | 8/25/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181805-47318 | 8/18/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181804 | 8/18/2018 | $8,420.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181803 | 8/18/2018 | $12,141.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181802 | 8/18/2018 | $8,361.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181801A | 8/18/2018 | $11,343.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181801 | 8/18/2018 | $40,078.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47317 | 8/11/2018 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008914 | $85,066.48 | 9/18/2018 | 8181805-47321 | 8/18/2018 | $780.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47335 | 9/1/2015 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/26/2018 | $93,785.00 | 9/26/2018 | O/A:Wire:9/26/2018 | | $93,785.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/21/2018 | $76,574.28 | 9/21/2018 | O/A:Wire:9/21/2018 | | $76,574.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 92018109 | 9/1/2018 | $904.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 9011804-47340 | 9/1/2018 | $10,567.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 9011803-47339 | 9/1/2018 | $13,962.81 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 9011802-47338 | 9/1/2018 | $7,846.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 9011801A-47337 | 9/1/2018 | $11,175.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251805-47325 | 8/25/2018 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47336 | 9/1/2015 | $2,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012878 | $76,734.28 | 9/25/2018 | 8251805-47326 | 8/25/2018 | $1,655.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47334 | 9/1/2015 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47333 | 9/1/2015 | $390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47332 | 9/1/2015 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47331 | 9/1/2015 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47330 | 9/1/2015 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47329 | 9/1/2015 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013775 | $3,905.00 | 9/26/2018 | 9011805-47328 | 9/1/2015 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47314 | 8/11/2018 | $390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016272 | $93,625.00 | 10/2/2018 | 9011801 | 9/1/2018 | $49,168.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281801 | 7/28/2018 | $44,469.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47316 | 8/11/2018 | $1,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47304 | 7/28/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47303 | 7/28/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47302 | 7/28/2018 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47301 | 7/28/2018 | $305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281804 | 7/28/2018 | $8,568.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281803 | 7/28/2018 | $11,855.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47306 | 7/28/2018 | $1,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281801A | 7/28/2018 | $9,138.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999896 | $620.00 | 8/30/2018 | 82018109 | 8/1/2018 | $620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47300 | 7/21/2018 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47299 | 7/21/2018 | $195.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47298 | 7/21/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47297 | 7/21/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47296 | 7/21/2018 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211805-47295 | 7/21/2018 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211804 | 7/21/2018 | $8,602.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994658 | $87,309.54 | 8/17/2018 | 7211803 | 7/21/2018 | $13,620.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281802 | 7/28/2018 | $6,915.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041805-47310 | 8/4/2018 | $1,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $170,814.20 | 9/5/2018 | O/A:Wire:9/5/2018 | | $170,814.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47313 | 8/11/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47312 | 8/11/2018 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111804 | 8/11/2018 | $8,470.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111803 | 8/11/2018 | $12,730.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111802 | 8/11/2018 | $9,055.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111801A | 8/11/2018 | $10,249.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998409 | $83,192.31 | 8/28/2018 | 7281805-47305 | 7/28/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041805-47311 | 8/4/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111805-47315 | 8/11/2018 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041805-47309 | 8/4/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041805-47308 | 8/4/2018 | $275.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041805-47307 | 8/4/2018 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041804 | 8/4/2018 | $8,042.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041803 | 8/4/2018 | $12,836.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041802 | 8/4/2018 | $8,540.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041801A | 8/4/2018 | $9,727.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001876 | $82,533.76 | 9/4/2018 | 8041801 | 8/4/2018 | $41,036.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005301 | $85,747.72 | 9/11/2018 | 8111801 | 8/11/2018 | $41,926.86 |

**Totals:** **17 transfer(s),** **$1,309,609.71**