**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Holdsun Group Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-6 | 6/16/2018 | $2,587.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-11 | 6/16/2018 | $6,560.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-12 | 6/16/2018 | $13,248.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-13 | 6/16/2018 | $5,580.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-14 | 6/16/2018 | $6,915.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-2 | 6/16/2018 | $5,796.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-3 | 6/16/2018 | $6,796.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/1/2018 | $4,630.10 | 10/1/2018 | O/A:Wire:10/1/2018 | | $4,630.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-5 | 6/16/2018 | $4,292.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819524917-3 | 6/15/2018 | $13,519.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-7 | 6/16/2018 | $7,452.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-8 | 6/16/2018 | $2,497.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-9 | 6/16/2018 | $4,462.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819685089-1 | 6/15/2018 | $10,419.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819685089-2 | 6/15/2018 | $10,453.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201820056240-1 | 6/29/2018 | $3,484.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-4 | 6/16/2018 | $5,844.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819282933-2 | 5/31/2018 | $15,325.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $14,248.20 | 10/2/2018 | 201820991886-1 | 8/10/2018 | $2,075.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $14,248.20 | 10/2/2018 | 201820991886-2 | 8/10/2018 | $3,144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $14,248.20 | 10/2/2018 | 201820991886-3 | 8/10/2018 | $4,540.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $14,248.20 | 10/2/2018 | 201820991886-4 | 8/10/2018 | $3,026.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $14,248.20 | 10/2/2018 | 201820991886-5 | 8/10/2018 | $1,461.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $8,353.21 | 7/18/2018 | 201819114352-1 | 5/24/2018 | $4,937.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-10 | 6/16/2018 | $10,789.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819282933-1 | 5/31/2018 | $8,740.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819663475-1 | 6/16/2018 | $1,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819397937-1 | 5/31/2018 | $7,506.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819397937-2 | 5/31/2018 | $5,527.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819397937-3 | 5/31/2018 | $3,292.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $49,822.69 | 7/27/2018 | 201819397937-4 | 5/31/2018 | $9,430.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819524917-1 | 6/15/2018 | $3,063.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201819524917-2 | 6/15/2018 | $466.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $31,050.09 | 8/21/2018 | 201819688092-1 | 6/22/2018 | $9,201.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $8,353.21 | 7/18/2018 | 201819114352-2 | 5/24/2018 | $3,415.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-4 | 7/20/2018 | $4,191.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201820056240-2 | 6/29/2018 | $13,465.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $29,796.48 | 9/18/2018 | 201820704324-2 | 8/3/2018 | $6,919.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $29,796.48 | 9/18/2018 | 201820704324-3 | 8/3/2018 | $7,392.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820382298 | 7/20/2018 | $13,830.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-1 | 7/20/2018 | $5,692.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-10 | 7/20/2018 | $4,428.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $29,796.48 | 9/18/2018 | 201820704097 | 8/3/2018 | $6,780.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-3 | 7/20/2018 | $9,511.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820787412 | 7/27/2018 | $20,821.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-5 | 7/20/2018 | $6,968.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-6 | 7/20/2018 | $2,992.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-7 | 7/20/2018 | $19,927.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-8 | 7/20/2018 | $4,395.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-9 | 7/20/2018 | $3,330.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820539988-1 | 7/20/2018 | $974.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820539988-2 | 7/20/2018 | $7,452.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820538835-2 | 7/20/2018 | $2,277.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820375836-1 | 7/13/2018 | $8,728.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $103,804.85 | 9/4/2018 | 201820539988-3 | 7/20/2018 | $17,830.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $31,050.09 | 8/21/2018 | 201819688092-2 | 6/22/2018 | $12,608.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $31,050.09 | 8/21/2018 | 201820220072-1 | 7/7/2018 | $4,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $31,050.09 | 8/21/2018 | 201820220072-2 | 7/7/2018 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $31,050.09 | 8/21/2018 | 201820220072-3 | 7/7/2018 | $2,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820222747-2 | 7/13/2018 | $2,819.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $29,796.48 | 9/18/2018 | 201820704324-1 | 8/3/2018 | $8,704.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820311518 | 7/14/2018 | $11,347.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $148,160.63 | 8/10/2018 | 201820056240-3 | 6/29/2018 | $9,430.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820375836-2 | 7/13/2018 | $9,184.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820375836-3 | 7/13/2018 | $15,272.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820529076 | 7/27/2018 | $13,205.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820541465-1 | 7/27/2018 | $6,693.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820541465-2 | 7/27/2018 | $4,995.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820541465-3 | 7/27/2018 | $6,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $77,132.52 | 9/11/2018 | 201820541465-4 | 7/27/2018 | $24,757.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $51,252.47 | 8/30/2018 | 201820222747-3 | 7/13/2018 | $3,900.00 |

**Totals:**    10 transfer(s),    $518,251.24