**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Holdsun Group Ltd.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $6,792.28 | 8/3/2018 | 201819396313 | 6/9/2018 | $6,792.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-1 | 6/14/2018 | $23,160.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-10 | 8/1/2018 | $26,056.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $105,962.11 | 8/8/2018 | 201819890041 | 6/27/2018 | $3,520.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $105,962.11 | 8/8/2018 | 201819889529-4 | 6/27/2018 | $22,880.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $105,962.11 | 8/8/2018 | 201819889529-3 | 6/27/2018 | $27,309.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-12 | 8/1/2018 | $4,748.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $105,962.11 | 8/8/2018 | 201819889529-1 | 6/27/2018 | $34,320.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-13 | 8/1/2018 | $39,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-7 | 6/14/2018 | $7,071.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-6 | 6/14/2018 | $16,740.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-5 | 6/14/2018 | $15,680.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-4 | 6/14/2018 | $12,722.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-3 | 6/14/2018 | $669.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $87,623.83 | 8/10/2018 | 201819550984-2 | 6/14/2018 | $11,580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $105,962.11 | 8/8/2018 | 201819889529-2 | 6/27/2018 | $17,932.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-9 | 8/1/2018 | $31,200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $66,267.16 | 9/4/2018 | 201820412195-3 | 7/19/2018 | $32,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $66,267.16 | 9/4/2018 | 201820412195-2 | 7/19/2018 | $7,934.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $66,267.16 | 9/4/2018 | 201820412195-1 | 7/19/2018 | $23,949.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $39,512.35 | 9/21/2018 | 201820848778-4 | 8/8/2018 | $24,439.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $39,512.35 | 9/21/2018 | 201820848778-3 | 8/8/2018 | $3,553.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-11 | 8/1/2018 | $49,011.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $39,512.35 | 9/21/2018 | 201820848778-1 | 8/8/2018 | $8,517.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $66,267.16 | 9/4/2018 | 201820415275 | 7/19/2018 | $1,983.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-8 | 8/1/2018 | $9,811.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-7 | 8/1/2018 | $25,228.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-6 | 8/1/2018 | $11,580.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-5 | 8/1/2018 | $9,954.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-4 | 8/1/2018 | $23,484.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/14/2018 | $231,812.93 | 9/14/2018 | 201820706443-3 | 8/1/2018 | $1,137.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/21/2018 | $39,512.35 | 9/21/2018 | 201820848778-2 | 8/8/2018 | $3,001.74 |

**Totals:**    6 transfer(s),    $537,970.66