**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Infor (US), Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007406 | $115,000.00 | 9/14/2018 | 20647611US0AB | 6/27/2018 | $115,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997109 | $115,000.00 | 8/22/2018 | 20623479US0AB | 6/6/2018 | $115,000.00 |
| **Totals:** | **2 transfer(s),** | **$230,000.00** | | | | | |