**ask** LLP | ATTORNEYS AT LAW       2600 Eagan Woods Dr, Suite 400        151 West 46th Street, 4th Floor
                                      St. Paul, MN 55121                    New York, NY 10036
                                      651-406-9665                          212-267-7342

| Defendant: | **J.H.O.C., Inc. dba Premier Transportation** |
|---|---|
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | GTX070718 | 7/7/2018 | $11,370.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984000 | $500.00 | 7/17/2018 | STR051218 | 5/12/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | SWB070718 | 7/7/2018 | $20,863.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | SAN070718 | 7/7/2018 | $10,322.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | ROM070718 | 7/7/2018 | $9,748.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | RAC070718 | 7/7/2018 | $8,926.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | PEN070718 | 7/7/2018 | $6,366.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | OCA070718 | 7/7/2018 | $8,238.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998565 | $500.00 | 8/14/2018 | STR060918 | 6/9/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | KAN070718 | 7/7/2018 | $12,305.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | DDCOCA071418 | 7/14/2018 | $3,004.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | GPA070718 | 7/7/2018 | $8,478.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | DTX070718 | 7/7/2018 | $10,988.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | DDCOCA070718 | 7/7/2018 | $5,038.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995026 | $500.00 | 8/7/2018 | STR060218 | 6/2/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | WAR063018 | 6/30/2018 | $3,305.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | SWB063018 | 6/30/2018 | $12,253.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | SAN063018 | 6/30/2018 | $6,530.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | OBM070718 | 7/7/2018 | $6,039.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | RAC071418 | 7/14/2018 | $6,180.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | GTX072118 | 7/21/2018 | $6,782.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | GPA072118 | 7/21/2018 | $5,225.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | DTX072118 | 7/21/2018 | $8,157.76 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | DDCOCA072118 | 7/21/2018 | $2,642.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002052 | $500.00 | 8/21/2018 | STR061618 | 6/16/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | WAR071418 | 7/14/2018 | $2,857.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | SWB071418 | 7/14/2018 | $12,204.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998007 | $124,574.22 | 8/13/2018 | WAR070718 | 7/7/2018 | $5,886.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | ROM071418 | 7/14/2018 | $5,664.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | PEN063018 | 6/30/2018 | $3,511.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | PEN071418 | 7/14/2018 | $3,761.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | OCA071418 | 7/14/2018 | $4,444.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | OBM071418 | 7/14/2018 | $3,557.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | KAN071418 | 7/14/2018 | $5,816.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | GTX071418 | 7/14/2018 | $7,266.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | GPA071418 | 7/14/2018 | $5,225.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | DTX071418 | 7/14/2018 | $8,381.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001440 | $74,689.20 | 8/20/2018 | SAN071418 | 7/14/2018 | $6,325.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | OCA061618 | 6/16/2018 | $4,434.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | DTX062318 | 6/23/2018 | $7,431.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | DDCOCA062318 | 6/23/2018 | $3,348.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987432 | $500.00 | 7/24/2018 | STR051918 | 5/19/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | WAR061618 | 6/16/2018 | $3,071.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | SWB061618 | 6/16/2018 | $12,308.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | SAN061618 | 6/16/2018 | $6,403.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | ROM061618 | 6/16/2018 | $5,825.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | ROM063018 | 6/30/2018 | $6,383.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | PEN061618 | 6/16/2018 | $3,507.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | KAN062318 | 6/23/2018 | $6,705.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | OBM061618 | 6/16/2018 | $4,594.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | KAN061618 | 6/16/2018 | $6,069.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | GTX061618 | 6/16/2018 | $6,187.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | GPA061618 | 6/16/2018 | $4,519.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | DTX061618 | 6/16/2018 | $7,287.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | DDCOCA061618 | 6/16/2018 | $4,162.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984915 | $250.00 | 7/18/2018 | 8038157 | 7/3/2018 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986864 | $74,541.70 | 7/23/2018 | RAC061618 | 6/16/2018 | $6,168.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | WAR062318 | 6/23/2018 | $3,051.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | OCA072118 | 7/21/2018 | $4,443.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | OCA063018 | 6/30/2018 | $4,105.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | OBM063018 | 6/30/2018 | $4,615.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | KAN063018 | 6/30/2018 | $6,761.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | GTX063018 | 6/30/2018 | $7,985.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | GPA063018 | 6/30/2018 | $4,100.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | DTX063018 | 6/30/2018 | $7,107.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | GPA062318 | 6/23/2018 | $4,253.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990935 | $500.00 | 7/31/2018 | STR052618 | 5/26/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | GTX062318 | 6/23/2018 | $6,490.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | SWB062318 | 6/23/2018 | $13,859.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | SAN062318 | 6/23/2018 | $6,458.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | ROM062318 | 6/23/2018 | $5,778.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | RAC062318 | 6/23/2018 | $6,112.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | PEN062318 | 6/23/2018 | $3,518.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | OCA062318 | 6/23/2018 | $4,446.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990330 | $76,018.33 | 7/30/2018 | OBM062318 | 6/23/2018 | $4,563.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | RAC063018 | 6/30/2018 | $6,744.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993992 | $76,766.89 | 8/6/2018 | DDCOCA063018 | 6/30/2018 | $3,361.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | SWB081118 | 8/11/2018 | $14,789.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | PEN081818 | 8/18/2018 | $3,432.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | OCA081818 | 8/18/2018 | $4,439.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | OBM081818 | 8/18/2018 | $4,522.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | KAN081818 | 8/18/2018 | $5,033.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | GTX081818 | 8/18/2018 | $6,479.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | GPA081818 | 8/18/2018 | $5,630.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | DDCOCA081818 | 8/18/2018 | $3,590.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | GTX081118 | 8/11/2018 | $5,853.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | WAR081118 | 8/11/2018 | $3,516.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | SAN081818 | 8/18/2018 | $5,991.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | SAN081118 | 8/11/2018 | $6,462.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | ROM081118 | 8/11/2018 | $5,676.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | RAC081118 | 8/11/2018 | $6,127.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | PEN081118 | 8/11/2018 | $3,430.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | OCA081118 | 8/11/2018 | $3,755.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | OBM081118 | 8/11/2018 | $3,506.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | KAN072118 | 7/21/2018 | $5,936.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016451 | $500.00 | 9/18/2018 | STR071418 | 7/14/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | GTX082518 | 8/25/2018 | $7,752.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | WAR082518 | 8/25/2018 | $3,131.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | SWB082518 | 8/25/2018 | $14,611.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | SAN082518 | 8/25/2018 | $6,536.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | ROM082518 | 8/25/2018 | $5,746.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | RAC082518 | 8/25/2018 | $5,497.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | PEN082518 | 8/25/2018 | $3,356.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | OCA082518 | 8/25/2018 | $4,444.92 |

J.H.O.C., Inc. dba Premier Transportation (2248263)
Bankruptcy Case: Sears Holdings Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | RAC081818 | 8/18/2018 | $6,020.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | KAN082518 | 8/25/2018 | $4,909.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | ROM081818 | 8/18/2018 | $5,692.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | GPA082518 | 8/25/2018 | $5,628.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | DTX082518 | 8/25/2018 | $6,851.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | DDCOCA082518 | 8/25/2018 | $3,701.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019927 | $8,960.30 | 9/25/2018 | STR072118 | 7/21/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019927 | $8,960.30 | 9/25/2018 | GTX052618 | 5/26/2018 | $8,460.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | WAR081818 | 8/18/2018 | $3,669.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019324 | $69,660.44 | 9/24/2018 | SWB081818 | 8/18/2018 | $15,158.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | GPA081118 | 8/11/2018 | $5,483.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022856 | $76,676.82 | 10/1/2018 | OBM082518 | 8/25/2018 | $4,508.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | DDCOCA072818 | 7/28/2018 | $1,519.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | ROM072818 | 7/28/2018 | $5,731.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | RAC072818 | 7/28/2018 | $5,900.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | PEN072818 | 7/28/2018 | $3,655.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | OCA072818 | 7/28/2018 | $4,438.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | OBM072818 | 7/28/2018 | $3,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | KAN072818 | 7/28/2018 | $6,084.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | GTX072818 | 7/28/2018 | $6,772.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | KAN081118 | 8/11/2018 | $4,981.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | DTX072818 | 7/28/2018 | $7,098.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | WAR072818 | 7/28/2018 | $2,706.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | WAR072118 | 7/21/2018 | $2,868.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | SWB072118 | 7/21/2018 | $12,876.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | SAN072118 | 7/21/2018 | $6,420.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | ROM072118 | 7/21/2018 | $5,797.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | RAC072118 | 7/21/2018 | $5,430.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | PEN072118 | 7/21/2018 | $3,839.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023568 | $500.00 | 10/2/2018 | STR072818 | 7/28/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | GPA072818 | 7/28/2018 | $5,034.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | OCA080418 | 8/4/2018 | $8,829.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | DTX081118 | 8/11/2018 | $6,602.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015844 | $73,224.14 | 9/17/2018 | DDCOCA081118 | 8/11/2018 | $3,039.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013035 | $500.00 | 9/11/2018 | STR070718 | 7/7/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | WAR080418 | 8/4/2018 | $5,981.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | SWB080418 | 8/4/2018 | $23,110.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | SAN080418 | 8/4/2018 | $10,709.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | ROM080418 | 8/4/2018 | $10,397.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | SAN072818 | 7/28/2018 | $6,425.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | PEN080418 | 8/4/2018 | $6,342.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008417 | $73,429.82 | 9/3/2018 | SWB072818 | 7/28/2018 | $14,553.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | OBM080418 | 8/4/2018 | $6,680.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | KANA080418 | 8/4/2018 | $12,621.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | GTX080418 | 8/4/2018 | $12,908.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | GPA080418 | 8/4/2018 | $10,082.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | DTX080418 | 8/4/2018 | $11,362.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | DDCOCA080418 | 8/4/2018 | $6,710.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009123 | $500.00 | 9/4/2018 | STR063018 | 6/30/2018 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004881 | $73,921.91 | 8/27/2018 | OBM072118 | 7/21/2018 | $3,500.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012437 | $135,958.78 | 9/10/2018 | RAC080418 | 8/4/2018 | $10,221.50 |

**Totals:**   23 transfer(s),   $943,672.55