**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Johnson Controls, Inc.**

Bankruptcy Case: **Sears Holdings Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2250 | 7/3/2018 | $5,248.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2241 | 6/4/2018 | $478.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4368 | 8/7/2018 | $57.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4367 | 8/7/2018 | $58.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4366 | 8/7/2018 | $33.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011617 | $9,264.27 | 9/21/2018 | CI080318MDO-4365 | 8/3/2018 | $669.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011617 | $9,264.27 | 9/21/2018 | CI080318MDO-4364 | 8/3/2018 | $4,419.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011617 | $9,264.27 | 9/21/2018 | CI080318MDO-4363 | 8/3/2018 | $899.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011617 | $9,264.27 | 9/21/2018 | CI080318MDO-4362 | 8/3/2018 | $2,271.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011617 | $9,264.27 | 9/21/2018 | CI080318MDO-4361 | 8/3/2018 | $1,005.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2253 | 7/3/2018 | $372.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4370 | 8/7/2018 | $142.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2251 | 7/3/2018 | $1,130.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4371 | 8/7/2018 | $6,273.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2249 | 7/3/2018 | $1,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2248 | 7/3/2018 | $690.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2247 | 7/3/2018 | $4,134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2246 | 7/3/2018 | $2,854.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993705 | $16,366.00 | 8/16/2018 | 166705372774 | 5/31/2018 | $16,366.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418SHIPPSA | 6/4/2018 | $2,181.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2245 | 6/4/2018 | $1,374.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2244 | 6/4/2018 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2243 | 6/4/2018 | $504.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDO-2191 | 6/4/2018 | $4,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994752 | $16,430.88 | 8/17/2018 | CI070318MDO-2252 | 7/3/2018 | $484.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4382 | 8/7/2018 | $120.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4394 | 8/7/2018 | $235.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4393 | 8/7/2018 | $53.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4392 | 8/7/2018 | $122.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4391 | 8/7/2018 | $291.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4390 | 8/7/2018 | $67.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4389 | 8/7/2018 | $117.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4388 | 8/7/2018 | $36.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4387 | 8/7/2018 | $1,853.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4386 | 8/7/2018 | $71.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4385 | 8/7/2018 | $912.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4369 | 8/7/2018 | $59.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4383 | 8/7/2018 | $177.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2240 | 6/4/2018 | $632.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4381 | 8/7/2018 | $71.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4380 | 8/7/2018 | $71.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4379 | 8/4/2018 | $918.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4378 | 8/7/2018 | $644.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4377 | 8/7/2018 | $34.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4376 | 8/7/2018 | $52.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4375 | 8/7/2018 | $44.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4374 | 8/7/2018 | $127.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4373 | 8/7/2018 | $63.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4372 | 8/7/2018 | $819.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718MDOPSA-4384 | 8/7/2018 | $114.39 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2202 | 6/4/2018 | $63.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2242 | 6/4/2018 | $1,366.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2213 | 6/4/2018 | $114.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2212 | 6/4/2018 | $177.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2211 | 6/4/2018 | $120.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2210 | 6/4/2018 | $71.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2209 | 6/4/2018 | $71.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2208 | 6/4/2018 | $918.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2207 | 6/4/2018 | $644.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2206 | 6/4/2018 | $34.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2205 | 6/4/2018 | $52.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2215 | 6/4/2018 | $71.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2203 | 6/4/2018 | $127.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2216 | 6/4/2018 | $1,853.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2201 | 6/4/2018 | $819.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2200 | 6/4/2018 | $6,273.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2199 | 6/4/2018 | $142.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2198 | 6/4/2018 | $59.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2197 | 6/4/2018 | $57.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2196 | 6/4/2018 | $58.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2195 | 6/4/2018 | $33.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDO-2194 | 6/4/2018 | $552.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDO-2193 | 6/4/2018 | $529.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDO-2192 | 6/4/2018 | $5,836.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2204 | 6/4/2018 | $44.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2227 | 6/4/2018 | $393.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2239 | 6/4/2018 | $550.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2238 | 6/4/2018 | $661.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2237 | 6/4/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2236 | 6/4/2018 | $297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2235 | 6/4/2018 | $2,781.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2234 | 6/4/2018 | $1,243.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2233 | 6/4/2018 | $1,497.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2232 | 6/4/2018 | $3,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2231 | 6/4/2018 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2230 | 6/4/2018 | $711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2214 | 6/4/2018 | $912.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2228 | 6/4/2018 | $1,979.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4397 | 8/7/2018 | $245.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2226 | 6/4/2018 | $1,758.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2225 | 6/4/2018 | $2,727.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2224 | 6/4/2018 | $478.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2223 | 6/4/2018 | $1,128.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2222 | 6/4/2018 | $53.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2221 | 6/4/2018 | $122.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2220 | 6/4/2018 | $291.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2219 | 6/4/2018 | $67.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2218 | 6/4/2018 | $117.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418MDOPSA-2217 | 6/4/2018 | $36.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980582 | $54,974.64 | 7/18/2018 | CI060418NF-2229 | 6/4/2018 | $393.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4458 | 8/7/2018 | $122.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4395 | 8/7/2018 | $296.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4469 | 8/7/2018 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4468 | 8/7/2018 | $114.59 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4467 | 8/7/2018 | $236.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4466 | 8/7/2018 | $114.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4465 | 8/7/2018 | $224.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4464 | 8/7/2018 | $374.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4463 | 8/7/2018 | $600.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4462 | 8/7/2018 | $374.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4461 | 8/7/2018 | $331.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4471 | 8/7/2018 | $127.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4459 | 8/7/2018 | $104.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4472 | 8/7/2018 | $305.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4457 | 8/7/2018 | $1,043.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4456 | 8/7/2018 | $163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4455 | 8/7/2018 | $318.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4454 | 8/7/2018 | $374.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4453 | 8/7/2018 | $318.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4452 | 8/7/2018 | $243.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4451 | 8/7/2018 | $232.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4450 | 8/7/2018 | $340.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4449 | 8/7/2018 | $473.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4448 | 8/7/2018 | $255.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4460 | 8/7/2018 | $258.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4483 | 8/7/2018 | $220.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4495 | 8/7/2018 | $243.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4494 | 8/7/2018 | $992.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4493 | 8/7/2018 | $939.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4492 | 8/7/2018 | $1,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4491 | 8/7/2018 | $628.82 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4490 | 8/7/2018 | $653.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4489 | 8/7/2018 | $321.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4488 | 8/7/2018 | $209.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4487 | 8/7/2018 | $415.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4486 | 8/7/2018 | $773.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4470 | 8/7/2018 | $375.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4484 | 8/7/2018 | $261.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4445 | 8/7/2018 | $335.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4482 | 8/7/2018 | $369.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4481 | 8/7/2018 | $499.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4480 | 8/7/2018 | $181.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4479 | 8/7/2018 | $237.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4478 | 8/7/2018 | $122.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4477 | 8/7/2018 | $286.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4476 | 8/7/2018 | $255.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4475 | 8/7/2018 | $361.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4474 | 8/7/2018 | $256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4473 | 8/7/2018 | $224.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4485 | 8/7/2018 | $232.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4407 | 8/7/2018 | $245.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4419 | 8/7/2018 | $264.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4418 | 8/7/2018 | $192.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4417 | 8/7/2018 | $434.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4416 | 8/7/2018 | $181.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4415 | 8/7/2018 | $146.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4414 | 8/7/2018 | $326.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4413 | 8/7/2018 | $214.55 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4412 | 8/7/2018 | $243.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4411 | 8/7/2018 | $229.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4410 | 8/7/2018 | $362.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4447 | 8/7/2018 | $255.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4408 | 8/7/2018 | $285.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4422 | 8/7/2018 | $197.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4406 | 8/7/2018 | $440.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4405 | 8/7/2018 | $636.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4404 | 8/7/2018 | $448.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4403 | 8/7/2018 | $256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4402 | 8/7/2018 | $396.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4401 | 8/7/2018 | $616.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4400 | 8/7/2018 | $161.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4399 | 8/7/2018 | $382.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4398 | 8/7/2018 | $396.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718SHIPPSA | 8/7/2018 | $2,069.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4409 | 8/7/2018 | $234.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4433 | 8/7/2018 | $256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4396 | 8/7/2018 | $256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4444 | 8/7/2018 | $395.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4443 | 8/7/2018 | $395.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4442 | 8/7/2018 | $127.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4441 | 8/7/2018 | $264.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4440 | 8/7/2018 | $97.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4439 | 8/7/2018 | $229.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4438 | 8/7/2018 | $256.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4437 | 8/7/2018 | $724.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4436 | 8/7/2018 | $163.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4420 | 8/7/2018 | $224.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4434 | 8/7/2018 | $339.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4421 | 8/7/2018 | $245.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4432 | 8/7/2018 | $258.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4431 | 8/7/2018 | $318.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4430 | 8/7/2018 | $318.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4429 | 8/7/2018 | $245.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4428 | 8/7/2018 | $396.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4427 | 8/7/2018 | $360.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4426 | 8/7/2018 | $128.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4425 | 8/7/2018 | $905.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4424 | 8/7/2018 | $318.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4423 | 8/7/2018 | $478.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4446 | 8/7/2018 | $901.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012927 | $50,199.30 | 9/25/2018 | CI080718PSAFLS-4435 | 8/7/2018 | $117.09 |

**Totals:**    5 transfer(s),    $147,235.09