**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **WNR Industries Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/25/2018 | $1,192.26 | 9/25/2018 | O/A:Wire:9/25/2018 | | $1,192.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $45,998.18 | 8/23/2018 | 201820434983-2 | 7/25/2018 | $39,806.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $45,998.18 | 8/23/2018 | 201820434983-1 | 7/25/2018 | $6,191.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/2/2018 | $1,795.51 | 8/2/2018 | O/A:Wire:8/2/2018 | | $1,795.51 |

Totals:    3 transfer(s),    $48,985.95

WNR Industries Ltd. (2225885)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Oct 7, 2020

Exhibit A

P. 1