**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Joseph Electronics, Inc.**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 184316 | 8/9/2018 | $7,916.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183996 | 7/26/2018 | $5,107.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183081 | 6/15/2018 | $6,374.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183036 | 6/13/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183035 | 6/13/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183034 | 6/13/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183033 | 6/13/2018 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183032 | 6/13/2018 | $610.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183031 | 6/13/2018 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014438 | $4,743.11 | 9/27/2018 | 183030 | 6/13/2018 | $10,571.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983879 | $13,587.50 | 7/25/2018 | 182976 | 6/11/2018 | $3,689.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983879 | $13,587.50 | 7/25/2018 | 182975 | 6/11/2018 | $9,898.50 |

Totals:    2 transfer(s),    $18,330.61