**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Joseph Electronics, Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183081 | 6/15/2018 | $6,374.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183036 | 6/13/2018 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183035 | 6/13/2018 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183034 | 6/13/2018 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183031 | 6/13/2018 | $10,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 183030 | 6/13/2018 | $10,571.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/17/2018 | $66,844.68 | 7/17/2018 | 182975 | 6/11/2018 | $9,898.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183998 | 7/26/2018 | $2,547.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183997 | 7/26/2018 | $9,505.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183859 | 7/19/2018 | $5,021.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183858 | 7/19/2018 | $8,201.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183857 | 7/19/2018 | $9,791.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $44,857.85 | 10/2/2018 | 183856 | 7/19/2018 | $9,791.29 |

Totals:    2 transfer(s),    $111,702.53