# ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Nicolas Holiday Inc.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819647528-1 | | $33,636.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819647492-2 | | $22,901.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-1 | | $19,446.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-2 | | $29,842.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-3 | | $151,864.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-4 | | $50,407.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819647492-1 | | $33,534.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-6 | | $29,583.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-6 | | $29,635.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819647528-1 | | $22,901.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-1 | | $19,446.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-2 | | $29,790.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-3 | | $151,772.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-4 | | $50,315.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/22/2018 | $388,052.32 | 8/22/2018 | O/A:201819792440-5 | | $66,721.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/23/2018 | $388,218.12 | 7/23/2018 | O/A:201819786625-5 | | $66,812.85 |

**Totals:**    2 transfer(s),    $776,270.44

Nicolas Holiday Inc. (2230458)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                        Exhibit A                                        P. 1