**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Nicolas Holiday Inc.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $105,668.02 | 8/22/2018 | O/A:201819693472-4 | | $13,544.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $105,668.02 | 8/22/2018 | O/A:201819693472-3 | | $40,985.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $105,668.02 | 8/22/2018 | O/A:201819693472-2 | | $14,481.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/22/2018 | $105,668.02 | 8/22/2018 | O/A:201819693472-1 | | $41,059.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $105,738.40 | 7/23/2018 | O/A:201819693048-4 | | $13,544.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $105,738.40 | 7/23/2018 | O/A:201819693048-3 | | $41,059.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $105,738.40 | 7/23/2018 | O/A:201819693048-2 | | $14,481.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/23/2018 | $105,738.40 | 7/23/2018 | O/A:201819693048-1 | | $41,059.20 |

Totals: 2 transfer(s), $211,406.42