ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

Defendant:           **Pacific Transportation Lines, Inc.**

Bankruptcy Case:     **Sears Holdings Corporation, et al.**

Preference Period:   **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3053 | 11/29/2016 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2020 | 9/22/2016 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2027 | 10/11/2016 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2028 | 10/11/2016 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2029 | 10/11/2016 | $240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3031 | 10/11/2016 | $355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3035 | 12/16/2016 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3037 | 12/23/2016 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3039 | 10/11/2016 | $1,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980009 | $21,409.21 | 7/17/2018 | SHC06162018-1 | 6/16/2018 | $142.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3051 | 11/29/2016 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2014 | 8/1/2016 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3054 | 11/29/2016 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3055 | 11/29/2016 | $220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3073 | 1/13/2017 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3074 | 1/13/2017 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3075 | 1/13/2017 | $555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3095 | 4/28/2017 | $260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3096 | 4/28/2017 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3099 | 4/22/2017 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3042 | 10/21/2016 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987421 | $1,500.00 | 8/1/2018 | EB65318 | 6/20/2018 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980009 | $21,409.21 | 7/17/2018 | SHC06162018-2 | 6/16/2018 | $2,611.58 |

Pacific Transportation Lines, Inc. (2232850)

Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020

Exhibit B

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980009 | $21,409.21 | 7/17/2018 | SHC06162018-3 | 6/16/2018 | $18,654.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983315 | $13,014.07 | 7/24/2018 | SHC06232018-4 | 6/23/2018 | $2,803.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983315 | $13,014.07 | 7/24/2018 | SHC06232018-5 | 6/23/2018 | $2,157.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983315 | $13,014.07 | 7/24/2018 | SHC06232018-6 | 6/23/2018 | $8,053.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986771 | $11,827.24 | 7/31/2018 | SHC06302018-10 | 6/30/2018 | $335.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986771 | $11,827.24 | 7/31/2018 | SHC06302018-11 | 6/30/2018 | $2,346.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986771 | $11,827.24 | 7/31/2018 | SHC06302018-7 | 6/30/2018 | $1,451.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2019 | 9/22/2016 | $165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986771 | $11,827.24 | 7/31/2018 | SHC06302018-9 | 6/30/2018 | $7,583.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL2017 | 9/22/2016 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989645 | $1,120.00 | 8/8/2018 | EB65335-12 | 7/6/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989645 | $1,120.00 | 8/8/2018 | EB65335-13 | 7/6/2018 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990229 | $24,520.97 | 8/9/2018 | SHC07072018A-14 | 7/7/2018 | $1,550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990229 | $24,520.97 | 8/9/2018 | SHC07072018A-15 | 7/7/2018 | $9,986.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990229 | $24,520.97 | 8/9/2018 | SHC07072018A-16 | 7/7/2018 | $9,718.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990229 | $24,520.97 | 8/9/2018 | SHC07072018A-17 | 7/7/2018 | $3,265.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL1247 | 10/20/2015 | $160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL1248 | 10/20/2015 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3109 | 6/28/2017 | $605.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986771 | $11,827.24 | 7/31/2018 | SHC06302018-8 | 6/30/2018 | $110.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008317 | $29,268.54 | 9/17/2018 | SHC08112018-45 | 8/11/2018 | $11,030.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3104 | 5/24/2017 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004234 | $1,575.00 | 9/7/2018 | EB65401-38 | 8/3/2018 | $787.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004234 | $1,575.00 | 9/7/2018 | EB65401-39 | 8/3/2018 | $787.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004792 | $19,086.60 | 9/10/2018 | SHC08042018-40 | 8/4/2018 | $8,075.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004792 | $19,086.60 | 9/10/2018 | SHC08042018-41 | 8/4/2018 | $1,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004792 | $19,086.60 | 9/10/2018 | SHC08042018-42 | 8/4/2018 | $8,648.94 |

Pacific Transportation Lines, Inc. (2232850)

Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020

Exhibit B

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004792 | $19,086.60 | 9/10/2018 | SHC08042018-43 | 8/4/2018 | $1,122.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005444 | $7,320.00 | 9/11/2018 | EB65409 | 8/8/2018 | $7,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002031 | $5,490.00 | 9/4/2018 | EB65392-37 | 8/1/2018 | $2,745.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008317 | $29,268.54 | 9/17/2018 | SHC08112018-44 | 8/11/2018 | $2,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002031 | $5,490.00 | 9/4/2018 | EB65392-36 | 8/1/2018 | $2,745.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008317 | $29,268.54 | 9/17/2018 | SHC08112018-46 | 8/11/2018 | $8,885.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008317 | $29,268.54 | 9/17/2018 | SHC08112018-47 | 8/11/2018 | $436.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008317 | $29,268.54 | 9/17/2018 | SHC08112018-48 | 8/11/2018 | $6,436.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012347 | $16,827.92 | 9/24/2018 | SHC08182018-49 | 8/18/2018 | $9,851.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012347 | $16,827.92 | 9/24/2018 | SHC08182018-50 | 8/18/2018 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012347 | $16,827.92 | 9/24/2018 | SHC08182018-51 | 8/18/2018 | $2,696.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012347 | $16,827.92 | 9/24/2018 | SHC08182018-52 | 8/18/2018 | $968.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012347 | $16,827.92 | 9/24/2018 | SHC08182018-53 | 8/18/2018 | $430.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013016 | $7,320.00 | 9/25/2018 | EB65440-54 | 8/20/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007729 | $120.00 | 9/14/2018 | PTL4010 | 7/26/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996082 | $10,980.00 | 8/20/2018 | EB65364-26 | 7/19/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013016 | $7,320.00 | 9/25/2018 | EB65440-55 | 8/20/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3112 | 6/28/2017 | $110.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993887 | $23,182.98 | 8/16/2018 | SHC07142018-18 | 7/14/2018 | $2,031.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993887 | $23,182.98 | 8/16/2018 | SHC07142018-19 | 7/14/2018 | $108.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993887 | $23,182.98 | 8/16/2018 | SHC07142018-20 | 7/14/2018 | $13,666.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993887 | $23,182.98 | 8/16/2018 | SHC07142018-21 | 7/14/2018 | $7,376.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994979 | $7,320.00 | 8/17/2018 | EB65381-22 | 7/17/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994979 | $7,320.00 | 8/17/2018 | EB65381-23 | 7/17/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002923 | $735.00 | 9/5/2018 | EB65400 | 8/2/2018 | $735.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996082 | $10,980.00 | 8/20/2018 | EB65362-25 | 7/19/2018 | $1,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991773 | $13,415.00 | 8/13/2018 | PTL3108 | 6/28/2017 | $160.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996082 | $10,980.00 | 8/20/2018 | EB65364-27 | 7/19/2018 | $3,660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997922 | $16,589.45 | 8/23/2018 | SHC07212018-28 | 7/21/2018 | $1,533.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997922 | $16,589.45 | 8/23/2018 | SHC07212018-29 | 7/21/2018 | $12,035.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997922 | $16,589.45 | 8/23/2018 | SHC07212018-30 | 7/21/2018 | $3,020.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001354 | $17,003.41 | 9/3/2018 | SHC07282018-31 | 7/28/2018 | $2,085.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001354 | $17,003.41 | 9/3/2018 | SHC07282018-32 | 7/28/2018 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001354 | $17,003.41 | 9/3/2018 | SHC07282018-33 | 7/28/2018 | $13,016.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001354 | $17,003.41 | 9/3/2018 | SHC07282018-34 | 7/28/2018 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001354 | $17,003.41 | 9/3/2018 | SHC07282018-35 | 7/28/2018 | $1,451.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996082 | $10,980.00 | 8/20/2018 | EB65362-24 | 7/19/2018 | $1,830.00 |

**Totals:      21 transfer(s),    $249,625.39**