**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Pinefields Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $421,468.33 | 8/3/2018 | O/A:Wire:8/3/2018 | | $421,468.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $92,032.78 | 8/10/2018 | O/A:Wire:8/10/2018 | | $92,032.78 |
| **Totals:** | | **2 transfer(s),** | **$513,501.11** | | | | |