**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Positec (Macao Commercial Offshore) Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820620486-2 | 8/22/2018 | $11,051.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884124 | 7/1/2018 | $47,396.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884269 | 7/9/2018 | $4,755.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884484-1 | 7/1/2018 | $73,983.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884484-2 | 7/1/2018 | $4,301.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884484-3 | 7/1/2018 | $28,605.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884771-1 | 7/1/2018 | $20,829.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884771-2 | 7/1/2018 | $95,396.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884771-3 | 7/1/2018 | $13,392.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884957-1 | 7/1/2018 | $56,603.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $10,040.95 | 8/10/2018 | O/A:Wire:8/10/2018 | | $10,040.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820620486-1 | 8/22/2018 | $20,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629796-3 | 8/22/2018 | $9,535.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820620486-3 | 8/22/2018 | $12,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820628755 | 8/22/2018 | $58,860.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629294-1 | 8/22/2018 | $59,958.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629294-2 | 8/22/2018 | $13,720.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629294-3 | 8/22/2018 | $2,787.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629294-4 | 8/22/2018 | $14,544.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629294-5 | 8/22/2018 | $57,180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629796-1 | 8/22/2018 | $27,020.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $339,452.81 | 9/20/2018 | 201820629796-2 | 8/22/2018 | $51,828.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/8/2018 | $397,732.03 | 8/8/2018 | 201819884957-2 | 7/1/2018 | $52,469.76 |

**Totals:** 3 transfer(s), $747,225.79