

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Positec (Macao Commercial Offshore) Limited** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $39,231.30 | 9/19/2018 | 201820620148 | 8/21/2018 | $39,231.30 |
| **Totals:** | **1 transfer(s),** | **$39,231.30** | | | | | |

Positec (Macao Commercial Offshore) Limited (2230432)  
Bankruptcy Case: Sears Holdings Corporation, et al.  
Oct 7, 2020

Exhibit B

P. 1