UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538-RDD<br><br>(Jointly Administered) |
| Sears, Roebuck and Co.; and Kmart Holding Corporation,<br>Plaintiff,<br><br>v.<br><br>Elliott Auto Supply Co., Inc. dba Splash Products Inc.,<br>Defendant. | Adv. No. 20-08998 |

### REQUEST FOR REMOVAL FROM CM/ECF CASE MANAGEMENT LIST

Lori J. Quinn, whose email address is ljquinn@grsm.com, requests that she be removed from the list that allows service e of filings through the Court's CM/ECF case management system on behalf of Elliot Auto Supply Co., Inc. dba Splash Products Inc.

Dated: October 9, 2020

Respectfully submitted,

*Lori J. Quinn*
Lori J. Quinn (4097358)
GORDON REES SCULLY MANSUKHANI LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (212) 453-0758
Attorney for Elliott Auto Supply Co., Inc.
d/b/a Splash Products Inc.

### CERTIFICATE OF SERVICE

I, Lori J. Quinn, hereby certify that on October 9, 2020 I served the foregoing request on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

*Lori J. Quinn*