**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Prudent International Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023389 | 7/2/2018 | $20,244.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820465898 | 7/13/2018 | $16,868.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819827502 | 6/22/2018 | $102.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819858851 | 6/29/2018 | $7,714.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819858952 | 7/2/2018 | $9,842.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819924007-1 | 6/29/2018 | $3,436.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819924007-2 | 6/29/2018 | $6,062.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819924224-1 | 7/2/2018 | $4,393.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819924224-2 | 7/2/2018 | $7,695.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819554396-2 | 6/3/2018 | $11,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023344 | 6/29/2018 | $12,493.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819554396-1 | 6/3/2018 | $13,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023463 | 6/29/2018 | $15,897.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023504 | 7/2/2018 | $3,628.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023513 | 6/29/2018 | $2,851.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820055689 | 6/29/2018 | $37,248.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820055784 | 7/2/2018 | $47,376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820078200-1 | 6/29/2018 | $19,837.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820078200-2 | 6/29/2018 | $4,596.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820078380-1 | 7/2/2018 | $25,254.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820023323 | 7/2/2018 | $15,903.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201818804710-1 | 5/4/2018 | $9,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819510790-1 | 6/3/2018 | $9,696.00 |

Prudent International Ltd. (2230453)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                          Exhibit A                          P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819510790-2 | 6/3/2018 | $9,506.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819511002 | 6/1/2018 | $12,556.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819511058 | 6/3/2018 | $15,953.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819516191 | 6/1/2018 | $13,211.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819516396 | 6/3/2018 | $16,868.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819533180 | 6/1/2018 | $8,180.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819533216 | 6/3/2018 | $10,345.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201819827442 | 6/24/2018 | $263.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819686274 | 6/3/2018 | $26,231.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820082761 | 6/29/2018 | $20,525.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201818804710-2 | 5/4/2018 | $26,140.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201818804838-1 | 5/6/2018 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201818804838-2 | 5/6/2018 | $33,224.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819553112-1 | 6/1/2018 | $24,429.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819553112-2 | 6/1/2018 | $11,725.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819553517-1 | 6/3/2018 | $25,304.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819553517-2 | 6/3/2018 | $12,224.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/30/2018 | $198,908.98 | 7/30/2018 | 201819554298 | 6/1/2018 | $19,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819686210 | 6/1/2018 | $20,664.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820405308-2 | 7/15/2018 | $707.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377509-2 | 7/8/2018 | $8,208.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377509-3 | 7/8/2018 | $9,573.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377909-1 | 7/8/2018 | $3,333.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377909-2 | 7/8/2018 | $10,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377909-3 | 7/8/2018 | $12,190.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820407564-1 | 7/8/2018 | $70,596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820407564-2 | 7/8/2018 | $14,138.88 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820404909-1 | 7/13/2018 | $106.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820078380-2 | 7/2/2018 | $5,882.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820405308-1 | 7/15/2018 | $119.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820376852-1 | 7/8/2018 | $55,476.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820407481 | 7/15/2018 | $6,516.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820407933 | 7/13/2018 | $5,137.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820408759 | 7/15/2018 | $2,144.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820408957 | 7/13/2018 | $1,617.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820409079 | 7/15/2018 | $33,381.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820409163 | 7/13/2018 | $31,888.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820409903 | 7/15/2018 | $24,507.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820575580-1 | 7/13/2018 | $4,364.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820404909-2 | 7/13/2018 | $549.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820084417 | 7/8/2018 | $7,992.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819351723 | 6/3/2018 | $10,218.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820114492 | 6/29/2018 | $4,317.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820114823 | 7/2/2018 | $5,251.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820183507-1 | 6/29/2018 | $7,445.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820183507-2 | 6/29/2018 | $19,764.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820183635-1 | 7/2/2018 | $9,488.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820183635-2 | 7/2/2018 | $25,164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820083922 | 7/8/2018 | $4,761.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820377509-1 | 7/8/2018 | $2,634.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820084356 | 7/8/2018 | $6,318.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820376852-2 | 7/8/2018 | $11,074.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820261215 | 7/8/2018 | $10,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820261274 | 7/8/2018 | $13,529.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820261399 | 7/8/2018 | $12,591.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820261448 | 7/8/2018 | $16,040.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820315570-1 | 7/8/2018 | $6,262.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820315570-2 | 7/8/2018 | $6,811.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820316233-1 | 7/8/2018 | $7,928.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820316233-2 | 7/8/2018 | $8,722.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/17/2018 | $368,774.53 | 8/17/2018 | 201820082316 | 7/2/2018 | $26,095.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/22/2018 | $305,253.44 | 8/22/2018 | 201820084256 | 7/8/2018 | $6,045.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931275-4 | 8/16/2018 | $7,900.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820911219 | 8/16/2018 | $57,067.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820911223 | 8/16/2018 | $35,792.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931085-1 | 8/4/2018 | $25,614.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931085-2 | 8/4/2018 | $19,866.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931085-3 | 8/4/2018 | $47,038.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931085-4 | 8/4/2018 | $6,202.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931085-5 | 8/4/2018 | $8,136.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931275-1 | 8/16/2018 | $32,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820990767 | 8/12/2018 | $15,404.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931275-3 | 8/16/2018 | $59,711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201821048683 | 8/12/2018 | $40,128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931275-5 | 8/16/2018 | $10,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931393-1 | 8/12/2018 | $7,023.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931393-2 | 8/12/2018 | $6,828.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931468-1 | 8/16/2018 | $8,972.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931468-2 | 8/16/2018 | $8,698.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820957462 | 8/12/2018 | $26,020.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820957517 | 8/16/2018 | $33,117.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819510642-2 | 6/1/2018 | $7,448.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820931275-2 | 8/16/2018 | $25,241.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963682-1 | 8/4/2018 | $16,339.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820575580-2 | 7/13/2018 | $1,320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820575748-1 | 7/15/2018 | $5,545.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820575748-2 | 7/15/2018 | $1,704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820784777 | 7/29/2018 | $69,148.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820784883 | 7/29/2018 | $88,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820904946 | 8/4/2018 | $23,146.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820904978 | 8/3/2018 | $18,224.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963400-1 | 8/3/2018 | $12,875.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820904607 | 8/16/2018 | $8,804.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963400-3 | 8/3/2018 | $2,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201821048708 | 8/16/2018 | $51,004.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963682-2 | 8/4/2018 | $23,712.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963682-3 | 8/4/2018 | $2,912.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820964333-1 | 8/12/2018 | $20,415.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820964333-2 | 8/12/2018 | $8,339.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820964413-1 | 8/16/2018 | $25,991.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820964413-2 | 8/16/2018 | $10,553.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201821048649 | 8/12/2018 | $14,508.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201821048665 | 8/16/2018 | $18,504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820991064 | 8/16/2018 | $18,016.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/11/2018 | $477,838.06 | 10/11/2018 | 201820963400-2 | 8/3/2018 | $18,604.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821279113 | 8/24/2018 | $6,789.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821113744 | 8/18/2018 | $34,641.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821262639 | 8/21/2018 | $10,896.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821262807 | 8/18/2018 | $13,896.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821264004 | 8/21/2018 | $13,601.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821264034 | 8/18/2018 | $17,342.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821222923 | 8/10/2018 | $22,417.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821223007 | 8/18/2018 | $28,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821257522 | 8/18/2018 | $4,813.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820987022 | 8/18/2018 | $29,543.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821279006 | 8/18/2018 | $8,693.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821113103-1 | 8/18/2018 | $159.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821279515 | 8/18/2018 | $11,184.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821279645 | 8/24/2018 | $8,754.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821357735 | 8/21/2018 | $17,491.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821357890 | 8/18/2018 | $22,308.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819351576 | 6/1/2018 | $8,154.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819351662 | 6/3/2018 | $10,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819351691 | 6/1/2018 | $8,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820465958 | 7/15/2018 | $17,531.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/9/2018 | $134,784.99 | 10/9/2018 | 201821257872 | 8/24/2018 | $3,767.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821222640-2 | 8/18/2018 | $9,990.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820994322 | 8/12/2018 | $5,371.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201820994347 | 8/16/2018 | $6,806.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821056547 | 8/16/2018 | $9,142.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821057175 | 8/12/2018 | $14,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821057190 | 8/16/2018 | $18,698.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821057323 | 8/12/2018 | $43,657.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821057344 | 8/16/2018 | $55,619.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821057814 | 8/16/2018 | $12,062.05 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821113682 | 8/10/2018 | $27,215.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821222640-1 | 8/18/2018 | $1,025.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821113103-2 | 8/18/2018 | $628.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821222824 | 8/18/2018 | $4,792.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821222982 | 8/18/2018 | $1,046.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201820932713-1 | 8/8/2018 | $43.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201820932713-2 | 8/8/2018 | $69.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201820932713-3 | 8/8/2018 | $76.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201820957652 | 8/8/2018 | $83.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821112988-1 | 8/10/2018 | $133.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/5/2018 | $119,243.36 | 10/5/2018 | 201821112988-2 | 8/10/2018 | $458.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:7/18/2018 | $195,051.35 | 7/18/2018 | 201819510642-1 | 6/1/2018 | $7,625.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:10/2/2018 | $720,323.79 | 10/2/2018 | 201821097992 | 8/18/2018 | $39,501.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820904726 | 8/3/2018 | $1,539.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820410026 | 7/13/2018 | $23,525.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820832050 | 7/28/2018 | $19,715.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820832083 | 7/29/2018 | $20,379.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820699350 | 8/3/2018 | $4,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820699423 | 8/4/2018 | $5,832.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820700062 | 8/3/2018 | $2,728.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820700346 | 8/4/2018 | $3,424.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820784329 | 8/3/2018 | $16,361.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820831788-2 | 7/28/2018 | $82,231.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820904709 | 8/4/2018 | $2,008.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820831788-1 | 7/28/2018 | $114,453.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820922735-1 | 8/3/2018 | $503.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820922735-2 | 8/3/2018 | $2,073.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820922828 | 8/4/2018 | $3,294.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201821049942 | 8/4/2018 | $52,344.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201821053804 | 8/3/2018 | $41,095.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201821057896 | 8/3/2018 | $31,000.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201821057912 | 8/4/2018 | $39,385.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727280-1 | 8/3/2018 | $243.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/17/2018 | $223,262.41 | 9/17/2018 | 201820784536 | 8/3/2018 | $17,133.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820757707 | 7/29/2018 | $15,809.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024027-1 | 6/24/2018 | $10,372.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024027-2 | 6/24/2018 | $11,935.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024027-3 | 6/24/2018 | $9,434.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024027-4 | 6/24/2018 | $30,834.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024027-5 | 6/24/2018 | $9,860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820703655 | 7/28/2018 | $665.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820703707 | 7/29/2018 | $864.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820757603 | 7/28/2018 | $7,965.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820831894 | 7/29/2018 | $204,849.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820757651 | 7/28/2018 | $12,461.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727280-4 | 8/3/2018 | $5,201.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820784988 | 7/29/2018 | $15,411.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820785355 | 7/29/2018 | $19,528.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820786518 | 7/29/2018 | $51,634.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820786583 | 7/29/2018 | $65,555.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820790491-1 | 7/28/2018 | $8,342.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820790491-2 | 7/28/2018 | $21,949.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820790571-1 | 7/29/2018 | $8,663.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820790571-2 | 7/29/2018 | $22,833.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/13/2018 | $703,446.62 | 9/13/2018 | 201820757628 | 7/29/2018 | $10,132.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820629299 | 7/20/2018 | $4,566.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/26/2018 | $82,978.88 | 9/26/2018 | 201821056552 | 8/6/2018 | $7,158.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/26/2018 | $82,978.88 | 9/26/2018 | 201821097924 | 8/10/2018 | $31,045.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/28/2018 | $36,132.76 | 9/28/2018 | 201820987042 | 8/12/2018 | $23,231.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/28/2018 | $36,132.76 | 9/28/2018 | 201821222705 | 8/12/2018 | $8,542.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/28/2018 | $36,132.76 | 9/28/2018 | 201821222915 | 8/10/2018 | $3,568.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/28/2018 | $36,132.76 | 9/28/2018 | 201821223005 | 8/10/2018 | $790.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/5/2018 | $30,502.20 | 9/5/2018 | 201820532914 | 7/13/2018 | $13,380.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/5/2018 | $30,502.20 | 9/5/2018 | 201820533044 | 7/14/2018 | $17,121.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727280-2 | 8/3/2018 | $1,426.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820544614 | 7/23/2018 | $16,032.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/20/2018 | $43,093.70 | 9/20/2018 | 201820911226 | 8/6/2018 | $28,078.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820629576 | 7/23/2018 | $5,823.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820637250 | 7/23/2018 | $3,761.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820637272 | 7/20/2018 | $3,604.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820637592 | 7/23/2018 | $10,619.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820637734 | 7/20/2018 | $8,310.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $1,272.00 | 8/30/2018 | 201820055896 | 6/29/2018 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $1,272.00 | 8/30/2018 | 201820055945 | 7/2/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $360.00 | 9/20/2018 | 201820544023 | 7/23/2018 | $168.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/7/2018 | $65,341.42 | 9/7/2018 | 201820544514 | 7/23/2018 | $12,624.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820732688 | 7/23/2018 | $47,936.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024015-3 | 6/22/2018 | $7,416.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727280-5 | 8/3/2018 | $8,526.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727471-1 | 8/4/2018 | $2,105.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727471-2 | 8/4/2018 | $4,699.38 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727471-3 | 8/4/2018 | $6,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727471-4 | 8/4/2018 | $10,878.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820731059 | 7/23/2018 | $5,618.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820731940 | 7/23/2018 | $5,904.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/26/2018 | $82,978.88 | 9/26/2018 | 201820911220 | 8/6/2018 | $44,774.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820732436 | 7/23/2018 | $8,712.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/20/2018 | $43,093.70 | 9/20/2018 | 201821057809 | 8/6/2018 | $9,509.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820732867 | 7/23/2018 | $49,923.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820784380 | 8/4/2018 | $20,875.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820784589 | 8/4/2018 | $21,859.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820905061 | 8/3/2018 | $2,744.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820906600 | 8/4/2018 | $3,423.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201821056491 | 8/4/2018 | $52,344.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201821056507 | 8/3/2018 | $37,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/20/2018 | $43,093.70 | 9/20/2018 | 201820904871 | 8/6/2018 | $5,506.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820727280-3 | 8/3/2018 | $3,637.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:9/18/2018 | $309,083.38 | 9/18/2018 | 201820732204 | 7/23/2018 | $8,537.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819666363 | 6/19/2018 | $43,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820621762-1 | 7/15/2018 | $78,591.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820621762-2 | 7/15/2018 | $7,639.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820622115 | 7/13/2018 | $39,759.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820622200 | 7/15/2018 | $39,953.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820642859 | 7/14/2018 | $20,995.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820643052 | 7/15/2018 | $22,015.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819532962 | 6/9/2018 | $8,466.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819533007 | 6/19/2018 | $10,707.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819744477 | 6/9/2018 | $17,481.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819665626 | 6/18/2018 | $3,594.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820576418 | 7/13/2018 | $23,182.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819666457 | 6/18/2018 | $34,352.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693014 | 6/9/2018 | $11,802.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693176 | 6/19/2018 | $15,000.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693420-1 | 6/9/2018 | $3,296.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693420-2 | 6/9/2018 | $26,336.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693525-1 | 6/19/2018 | $4,211.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819693525-2 | 6/19/2018 | $33,543.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024015-5 | 6/22/2018 | $7,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819665524 | 6/19/2018 | $4,459.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820538593 | 7/13/2018 | $67,925.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820466126 | 7/13/2018 | $17,287.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820466162 | 7/15/2018 | $18,022.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820476018 | 7/13/2018 | $15,020.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820477951 | 7/13/2018 | $7,644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820478702 | 7/15/2018 | $8,179.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820537808 | 7/15/2018 | $8,288.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820537926 | 7/13/2018 | $6,461.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820538277-1 | 7/15/2018 | $41,919.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820621555 | 7/13/2018 | $82,873.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820538277-3 | 7/15/2018 | $2,818.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820576534 | 7/15/2018 | $24,057.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820546579 | 7/15/2018 | $15,995.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820554955 | 7/13/2018 | $17,511.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820555375 | 7/15/2018 | $18,208.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820563737 | 7/13/2018 | $35,866.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820563977-1 | 7/15/2018 | $1,652.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820563977-2 | 7/15/2018 | $35,866.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820564399 | 7/13/2018 | $55,158.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820564561 | 7/15/2018 | $57,949.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819744596-1 | 6/9/2018 | $959.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/29/2018 | $977,216.36 | 8/29/2018 | 201820538277-2 | 7/15/2018 | $41,772.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819886195 | 6/22/2018 | $17,657.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819893287-1 | 6/18/2018 | $6,060.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819893287-2 | 6/18/2018 | $9,672.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819893379-1 | 6/19/2018 | $7,698.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819893379-2 | 6/19/2018 | $11,519.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201820024047 | 6/18/2018 | $5,715.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201820024064 | 6/19/2018 | $7,192.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201820024103 | 6/18/2018 | $24,394.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201820024122 | 6/19/2018 | $30,989.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819744244 | 6/19/2018 | $24,739.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819806554 | 6/24/2018 | $20,659.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819854822 | 6/19/2018 | $20,668.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819886679 | 6/24/2018 | $18,460.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819892874-1 | 6/22/2018 | $43,846.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819892874-2 | 6/22/2018 | $7,578.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819892984-1 | 6/24/2018 | $51,210.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819892984-2 | 6/24/2018 | $8,811.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024015-1 | 6/22/2018 | $8,236.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024015-2 | 6/22/2018 | $9,377.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/20/2018 | $360.00 | 9/20/2018 | 201820544058 | 7/23/2018 | $192.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201819806444 | 6/22/2018 | $16,193.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834105-2 | 6/18/2018 | $4,850.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819744596-2 | 6/9/2018 | $5,976.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819745473-1 | 6/19/2018 | $1,238.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819745473-2 | 6/19/2018 | $7,601.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819749710 | 6/19/2018 | $8,680.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819749794 | 6/18/2018 | $6,947.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819805264 | 6/9/2018 | $14,363.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819805301 | 6/19/2018 | $18,316.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819823089 | 6/18/2018 | $8,564.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819859059 | 6/19/2018 | $65,119.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834105-1 | 6/18/2018 | $253.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819858475 | 6/18/2018 | $62,142.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834105-3 | 6/18/2018 | $1,591.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834105-4 | 6/18/2018 | $2,042.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834105-5 | 6/18/2018 | $130.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834414-1 | 6/19/2018 | $346.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834414-2 | 6/19/2018 | $6,170.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834414-3 | 6/19/2018 | $4,622.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819834414-4 | 6/19/2018 | $215.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819853950 | 6/18/2018 | $19,874.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/8/2018 | $313,871.32 | 8/8/2018 | 201820024015-4 | 6/22/2018 | $24,228.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | LOC:8/3/2018 | $616,384.30 | 8/3/2018 | 201819823104 | 6/19/2018 | $10,797.00 |

**Totals:    21 transfer(s),    $5,923,123.85**