**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **Prudent International Ltd.**
Bankruptcy Case: **Sears Holdings Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819516756 | 6/1/2018 | $14,040.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511372-1 | 6/1/2018 | $15,206.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511372-2 | 6/1/2018 | $21,388.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511486-1 | 6/3/2018 | $12,456.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511486-2 | 6/3/2018 | $17,492.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819515420 | 6/1/2018 | $12,432.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819515955 | 6/1/2018 | $10,898.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532202 | 6/3/2018 | $17,845.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819516067 | 6/3/2018 | $8,930.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511243-2 | 6/3/2018 | $7,653.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819517090 | 6/3/2018 | $11,529.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819517420 | 6/1/2018 | $82,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819528120 | 6/3/2018 | $66,145.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819529125 | 6/1/2018 | $61,866.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819529674 | 6/3/2018 | $50,576.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351883 | 6/3/2018 | $6,741.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819516040 | 6/3/2018 | $10,176.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819431220-2 | 6/1/2018 | $8,025.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820183412-1 | 7/2/2018 | $1,094.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819405415 | 6/3/2018 | $8,800.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819427648 | 6/3/2018 | $30,265.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819427965 | 6/1/2018 | $36,991.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819430291 | 6/1/2018 | $7,698.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819430411-1 | 6/3/2018 | $1,310.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511243-4 | 6/3/2018 | $6,291.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819431220-1 | 6/1/2018 | $1,498.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511243-3 | 6/3/2018 | $6,363.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819431269 | 6/3/2018 | $7,858.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511176-1 | 6/1/2018 | $10,799.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511176-2 | 6/1/2018 | $9,361.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511176-3 | 6/1/2018 | $7,817.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511176-4 | 6/1/2018 | $7,702.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819511243-1 | 6/3/2018 | $8,901.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532470 | 6/1/2018 | $7,644.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819430411-2 | 6/3/2018 | $4,914.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820109641 | 6/29/2018 | $8,195.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023804 | 6/29/2018 | $28,289.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023853 | 7/2/2018 | $738.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023861 | 6/29/2018 | $910.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023880 | 7/2/2018 | $43,596.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023889 | 6/29/2018 | $50,827.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820078647 | 6/29/2018 | $9,076.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532096 | 6/1/2018 | $22,183.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820109612 | 7/2/2018 | $6,705.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023677 | 7/2/2018 | $1,674.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820182636 | 7/2/2018 | $13,033.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820182677 | 6/29/2018 | $16,136.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820182738 | 7/2/2018 | $8,635.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820182772 | 6/29/2018 | $10,239.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820183337-1 | 6/29/2018 | $1,420.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820969414-1 | 8/12/2018 | $16,658.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820078818 | 7/2/2018 | $7,466.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819552448-2 | 6/3/2018 | $15,973.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532541 | 6/3/2018 | $6,169.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532669 | 6/3/2018 | $17,739.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819532830 | 6/1/2018 | $21,174.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201818804560 | 5/4/2018 | $5,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201818804624 | 5/6/2018 | $4,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819552234-1 | 6/1/2018 | $75,955.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023794 | 7/2/2018 | $23,142.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819552448-1 | 6/3/2018 | $79,009.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820023784 | 6/29/2018 | $2,052.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819553975 | 6/1/2018 | $6,589.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819554152 | 6/3/2018 | $5,342.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819924369 | 6/13/2018 | $10,320.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819924572 | 6/15/2018 | $8,458.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201819923569 | 6/29/2018 | $1,945.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201819923757 | 7/2/2018 | $1,515.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351855 | 6/1/2018 | $8,346.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/30/2018 | $226,874.92 | 7/30/2018 | 201819552234-2 | 6/1/2018 | $15,325.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820933725 | 8/8/2018 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930728-1 | 8/16/2018 | $35,583.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930728-2 | 8/16/2018 | $26,400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930728-3 | 8/16/2018 | $8,509.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820931847-1 | 8/12/2018 | $16,147.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820931847-2 | 8/12/2018 | $11,575.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820932225-1 | 8/16/2018 | $13,270.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820998189-1 | 8/4/2018 | $63,820.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820932225-3 | 8/16/2018 | $5,003.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930562-1 | 8/12/2018 | $43,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820933822-1 | 8/5/2018 | $156.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820933822-2 | 8/5/2018 | $67.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820962656 | 8/3/2018 | $23,771.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820962821 | 8/4/2018 | $19,455.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820977570 | 8/3/2018 | $31,812.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819405383 | 6/1/2018 | $10,862.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820932225-2 | 8/16/2018 | $4,365.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820988402-2 | 8/12/2018 | $26,479.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820969414-2 | 8/12/2018 | $18,537.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820971273-1 | 8/16/2018 | $13,329.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820971273-2 | 8/16/2018 | $15,140.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820987463-1 | 8/12/2018 | $6,069.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820987463-2 | 8/12/2018 | $6,336.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820988064-1 | 8/16/2018 | $5,041.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930562-3 | 8/12/2018 | $10,513.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820988402-1 | 8/12/2018 | $20,820.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820930562-2 | 8/12/2018 | $32,280.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820990442-1 | 8/16/2018 | $16,967.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820990442-2 | 8/16/2018 | $21,727.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820905081 | 8/18/2018 | $38,614.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820906460 | 8/16/2018 | $44,431.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820910453 | 8/16/2018 | $48,577.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820911201 | 8/16/2018 | $17,721.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820998189-2 | 8/4/2018 | $4,262.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/11/2018 | $172,196.01 | 10/11/2018 | 201820988064-2 | 8/16/2018 | $5,088.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821279931 | 8/20/2018 | $7,115.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821113563 | 8/18/2018 | $11,136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821234134 | 8/10/2018 | $28,464.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821234143 | 8/18/2018 | $23,029.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821244399 | 8/10/2018 | $26,832.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821244648 | 8/18/2018 | $21,964.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821279250 | 8/18/2018 | $3,030.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201820977618 | 8/4/2018 | $26,056.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821279791 | 8/18/2018 | $5,753.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821062917 | 8/12/2018 | $33,087.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821387241 | 8/18/2018 | $5,775.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821387345 | 8/20/2018 | $7,219.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351767 | 6/1/2018 | $12,266.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351781 | 6/3/2018 | $10,048.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351810 | 6/1/2018 | $8,359.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:7/18/2018 | $724,157.17 | 7/18/2018 | 201819351836 | 6/3/2018 | $6,804.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/9/2018 | $81,395.41 | 10/9/2018 | 201821279329 | 8/20/2018 | $3,704.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821048537 | 8/18/2018 | $14,036.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821001228 | 8/16/2018 | $55,584.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821004093 | 8/4/2018 | $60,549.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821007517 | 8/16/2018 | $49,518.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821046784 | 8/15/2018 | $11,583.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821046804 | 8/18/2018 | $9,471.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821046835 | 8/15/2018 | $8,108.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821113495 | 8/15/2018 | $13,572.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821048099 | 8/18/2018 | $10,393.44 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821063009 | 8/16/2018 | $27,060.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821048666 | 8/18/2018 | $39,390.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821057350-1 | 8/12/2018 | $23,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821057350-2 | 8/12/2018 | $3,700.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821057389-1 | 8/16/2018 | $18,984.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821057389-2 | 8/16/2018 | $2,998.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821057791 | 8/16/2018 | $7,836.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820183412-2 | 7/2/2018 | $303.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:10/2/2018 | $984,360.34 | 10/2/2018 | 201821046853 | 8/18/2018 | $6,635.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820011690-1 | 6/22/2018 | $77,968.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819893087-1 | 6/22/2018 | $8,196.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819893087-2 | 6/22/2018 | $41,833.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819893170-1 | 6/24/2018 | $7,376.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819893170-2 | 6/24/2018 | $32,447.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819975371 | 6/22/2018 | $43,667.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819975987 | 6/24/2018 | $45,635.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820407141 | 7/15/2018 | $543.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819978165 | 6/24/2018 | $114,890.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822288 | 6/24/2018 | $4,069.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820011690-2 | 6/22/2018 | $8,198.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820011823 | 6/24/2018 | $89,549.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820023388 | 6/22/2018 | $5,916.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820023502 | 6/24/2018 | $6,123.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820079037 | 6/22/2018 | $5,491.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833576-1 | 6/19/2018 | $6,336.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819977662 | 6/22/2018 | $110,224.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819507163 | 6/18/2018 | $4,104.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/17/2018 | $237,366.26 | 8/17/2018 | 201820183337-2 | 6/29/2018 | $369.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833576-3 | 6/19/2018 | $5,702.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833576-4 | 6/19/2018 | $482.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833576-5 | 6/19/2018 | $1,963.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819860380 | 6/18/2018 | $29,928.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819860600 | 6/19/2018 | $29,348.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822321 | 6/24/2018 | $3,094.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201820017082 | 6/19/2018 | $3,760.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822313 | 6/22/2018 | $4,272.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819507176 | 6/19/2018 | $3,306.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819507207 | 6/18/2018 | $24,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819507220 | 6/19/2018 | $20,070.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822214 | 6/24/2018 | $287.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822237 | 6/22/2018 | $417.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201819822273 | 6/22/2018 | $5,547.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820407233 | 7/13/2018 | $698.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201820016423 | 6/18/2018 | $4,220.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/26/2018 | $179,364.28 | 9/26/2018 | 201820908063 | 8/12/2018 | $54,265.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820765010 | 7/23/2018 | $25,308.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820765348 | 7/23/2018 | $26,637.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820904933 | 8/4/2018 | $6,915.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820904939 | 8/3/2018 | $7,988.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/20/2018 | $90,391.76 | 9/20/2018 | 201820911159 | 8/6/2018 | $59,188.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/20/2018 | $90,391.76 | 9/20/2018 | 201820911205 | 8/6/2018 | $21,707.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/8/2018 | $671,250.09 | 8/8/2018 | 201820079222 | 6/24/2018 | $3,963.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/26/2018 | $179,364.28 | 9/26/2018 | 201820905097 | 8/11/2018 | $47,121.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820757722 | 7/23/2018 | $66,922.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/26/2018 | $179,364.28 | 9/26/2018 | 201821048141 | 8/11/2018 | $12,859.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/26/2018 | $179,364.28 | 9/26/2018 | 201821048559 | 8/11/2018 | $17,063.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/26/2018 | $179,364.28 | 9/26/2018 | 201821048675 | 8/11/2018 | $48,054.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/7/2018 | $238,961.48 | 9/7/2018 | 201820412581 | 7/23/2018 | $76,792.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/7/2018 | $238,961.48 | 9/7/2018 | 201820412684 | 7/23/2018 | $73,692.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/7/2018 | $238,961.48 | 9/7/2018 | 201820414876 | 7/23/2018 | $45,309.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/20/2018 | $90,391.76 | 9/20/2018 | 201821057799 | 8/6/2018 | $9,495.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821057969 | 8/3/2018 | $34,944.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820773058 | 7/28/2018 | $135,078.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820773307 | 7/29/2018 | $140,495.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820812340 | 7/28/2018 | $24,575.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/13/2018 | $326,662.88 | 9/13/2018 | 201820812534 | 7/29/2018 | $25,272.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821057750 | 8/3/2018 | $51,690.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821057794 | 8/4/2018 | $42,180.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820758013 | 7/23/2018 | $55,768.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821057949 | 8/4/2018 | $15,184.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820757917 | 7/23/2018 | $52,852.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821058001 | 8/4/2018 | $28,569.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821061751 | 8/3/2018 | $14,094.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821061973 | 8/4/2018 | $11,484.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821062805 | 8/3/2018 | $13,614.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821063165 | 8/4/2018 | $11,084.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/18/2018 | $305,525.20 | 9/18/2018 | 201820757233 | 7/23/2018 | $63,131.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833088-3 | 6/18/2018 | $2,996.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/17/2018 | $241,439.32 | 9/17/2018 | 201821057936 | 8/3/2018 | $18,595.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819657250-2 | 6/19/2018 | $25,175.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820559427 | 7/15/2018 | $96,487.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819428864 | 6/9/2018 | $69,287.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819428986 | 6/19/2018 | $56,784.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819430739 | 6/19/2018 | $19,500.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819431112 | 6/9/2018 | $23,868.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819657236-1 | 6/9/2018 | $21,238.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819666967 | 6/19/2018 | $20,121.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819657250-1 | 6/19/2018 | $17,370.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820468260 | 7/13/2018 | $46,150.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819660523 | 6/9/2018 | $11,588.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819660592 | 6/19/2018 | $9,494.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819660766 | 6/19/2018 | $36,901.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819660879 | 6/9/2018 | $45,092.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819666645 | 6/19/2018 | $16,543.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833576-2 | 6/19/2018 | $20,768.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819657236-2 | 6/9/2018 | $30,789.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820261797 | 7/8/2018 | $16,416.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820084483 | 7/8/2018 | $1,219.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820084537 | 7/8/2018 | $963.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820084638 | 7/8/2018 | $2,008.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820085233 | 7/8/2018 | $1,684.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820261629 | 7/8/2018 | $9,895.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820261667-1 | 7/8/2018 | $6,264.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820559036 | 7/13/2018 | $92,016.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820261741 | 7/8/2018 | $20,124.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820468287 | 7/15/2018 | $48,673.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820315507-1 | 7/8/2018 | $1,393.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820315507-2 | 7/8/2018 | $705.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820315542-1 | 7/8/2018 | $1,090.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820315542-2 | 7/8/2018 | $588.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820465638 | 7/13/2018 | $38,287.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/29/2018 | $361,793.42 | 8/29/2018 | 201820465701 | 7/15/2018 | $40,179.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819686649 | 6/18/2018 | $24,628.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/22/2018 | $64,149.60 | 8/22/2018 | 201820261667-2 | 7/8/2018 | $1,795.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819805126-1 | 6/19/2018 | $25,634.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749172 | 6/19/2018 | $5,581.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749203 | 6/18/2018 | $6,736.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749261 | 6/19/2018 | $6,374.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749308 | 6/18/2018 | $7,868.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749488 | 6/19/2018 | $1,474.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749579 | 6/18/2018 | $1,861.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819666828 | 6/18/2018 | $20,221.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819805020-2 | 6/9/2018 | $12,472.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819748921 | 6/18/2018 | $9,192.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819805126-2 | 6/19/2018 | $10,233.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819822427 | 6/19/2018 | $5,757.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819822463-1 | 6/18/2018 | $1,932.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819822463-2 | 6/18/2018 | $5,235.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833088-1 | 6/18/2018 | $7,717.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819833088-2 | 6/18/2018 | $32,464.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819805020-1 | 6/9/2018 | $31,376.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819709207 | 6/9/2018 | $23,259.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690128-1 | 6/9/2018 | $6,076.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690128-2 | 6/9/2018 | $2,709.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690128-3 | 6/9/2018 | $41,256.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690286-1 | 6/19/2018 | $4,968.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690286-2 | 6/19/2018 | $2,218.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819690286-3 | 6/19/2018 | $41,143.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749102 | 6/18/2018 | $8,268.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819708930 | 6/19/2018 | $16,428.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819749027 | 6/19/2018 | $6,747.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819709449 | 6/19/2018 | $19,026.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819743358 | 6/9/2018 | $5,420.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819743416 | 6/19/2018 | $4,399.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819743506 | 6/19/2018 | $21,722.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819743632 | 6/9/2018 | $26,687.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819748845 | 6/19/2018 | $7,533.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:9/7/2018 | $238,961.48 | 9/7/2018 | 201820414958 | 7/23/2018 | $43,166.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | LOC:8/3/2018 | $983,957.81 | 8/3/2018 | 201819708493 | 6/9/2018 | $20,068.80 |

**Totals:**    **16 transfer(s),**    **$5,889,845.95**