**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Strong Progress Garment Factory Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-2 | 7/25/2018 | $1,117.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-3 | 7/21/2018 | $55,406.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-3 | 7/30/2018 | $22,312.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-2 | 7/30/2018 | $56,863.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-1 | 7/30/2018 | $1,874.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $3,648.96 | 8/3/2018 | 201820312965-2 | 7/8/2018 | $1,350.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $3,648.96 | 8/3/2018 | 201820312965-1 | 7/8/2018 | $2,298.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-9 | 7/25/2018 | $10,724.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-8 | 7/25/2018 | $6,872.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-7 | 7/25/2018 | $6,340.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-6 | 7/25/2018 | $14,658.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-5 | 7/25/2018 | $15,324.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-5 | 7/30/2018 | $19,616.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-3 | 7/25/2018 | $24,357.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-6 | 7/30/2018 | $20,683.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-13 | 7/25/2018 | $2,352.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-12 | 7/25/2018 | $23,637.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-11 | 7/25/2018 | $3,439.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-10 | 7/25/2018 | $13,439.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-1 | 7/25/2018 | $12,600.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-9 | 7/21/2018 | $2,797.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-8 | 7/21/2018 | $10,980.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-7 | 7/21/2018 | $8,844.18 |

Strong Progress Garment Factory Co., Ltd. (2230451)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                Exhibit A                                P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-6 | 7/21/2018 | $5,601.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-5 | 7/21/2018 | $17,101.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-1 | 8/27/2018 | $4,569.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/23/2018 | $178,626.30 | 8/23/2018 | 201820650235-4 | 7/25/2018 | $43,762.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-12 | 8/12/2018 | $2,622.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821276283 | 8/11/2018 | $5,070.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821276224-3 | 8/11/2018 | $64.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821276224-2 | 8/11/2018 | $91.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821276224-1 | 8/11/2018 | $70.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-9 | 8/12/2018 | $19,894.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-8 | 8/12/2018 | $333.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-7 | 8/12/2018 | $4,532.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-6 | 8/12/2018 | $18,376.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-5 | 8/12/2018 | $1,789.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-4 | 8/12/2018 | $18,045.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-3 | 8/12/2018 | $37,325.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820730823-4 | 7/30/2018 | $22,458.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-13 | 8/12/2018 | $36,867.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-2 | 7/21/2018 | $3,469.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-11 | 8/12/2018 | $12,349.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-10 | 8/12/2018 | $5,817.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-1 | 8/12/2018 | $13,516.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821195260 | 8/13/2018 | $9,975.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $4,435.20 | 8/6/2018 | 201820312931-2 | 7/10/2018 | $1,693.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $4,435.20 | 8/6/2018 | 201820312931-1 | 7/10/2018 | $2,741.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820731450-5 | 7/29/2018 | $16,977.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820731450-4 | 7/29/2018 | $16,070.39 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820731450-3 | 7/29/2018 | $18,309.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820731450-2 | 7/29/2018 | $64,073.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/30/2018 | $260,746.81 | 8/30/2018 | 201820731450-1 | 7/29/2018 | $1,507.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821220257-2 | 8/12/2018 | $16,191.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-1 | 8/26/2018 | $3,744.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-4 | 7/21/2018 | $12,451.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820080573 | 7/1/2018 | $2,815.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821514054-2 | 8/25/2018 | $8,144.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821514054-1 | 8/25/2018 | $15,928.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821513762 | 8/25/2018 | $29,563.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-9 | 8/26/2018 | $246.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-8 | 8/26/2018 | $2,189.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-7 | 8/26/2018 | $999.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-6 | 8/26/2018 | $3,232.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-5 | 8/26/2018 | $680.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-4 | 8/26/2018 | $379.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-10 | 7/1/2018 | $30,386.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-2 | 8/26/2018 | $2,841.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-2 | 7/1/2018 | $185.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-9 | 8/27/2018 | $803.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-8 | 8/27/2018 | $460.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-7 | 8/27/2018 | $1,950.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-6 | 8/27/2018 | $861.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-4 | 8/27/2018 | $5,858.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-3 | 8/27/2018 | $2,957.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-2 | 8/27/2018 | $532.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-13 | 8/27/2018 | $271.04 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-12 | 8/27/2018 | $24.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-11 | 8/27/2018 | $932.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821385996-10 | 8/27/2018 | $1,751.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $93,680.08 | 10/2/2018 | 201821387369-3 | 8/26/2018 | $4,756.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-4 | 7/3/2018 | $66,196.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-10 | 7/21/2018 | $21,168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/21/2018 | $148,261.06 | 8/21/2018 | 201820672904-1 | 7/21/2018 | $10,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820431051-4 | 7/15/2018 | $12,634.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820431051-3 | 7/15/2018 | $32,754.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820431051-2 | 7/15/2018 | $95.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820431051-1 | 7/15/2018 | $8,245.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820430875-4 | 7/16/2018 | $16,603.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820430875-3 | 7/16/2018 | $55,703.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820430875-2 | 7/16/2018 | $142.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/10/2018 | $136,306.85 | 8/10/2018 | 201820430875-1 | 7/16/2018 | $10,128.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-7 | 7/3/2018 | $45,449.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-1 | 7/1/2018 | $6,325.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-5 | 7/3/2018 | $43,400.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-10 | 8/19/2018 | $7,509.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-3 | 7/3/2018 | $68,719.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-2 | 7/3/2018 | $211.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-1 | 7/3/2018 | $7,844.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820080461 | 7/3/2018 | $6,497.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-9 | 7/1/2018 | $6,814.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-8 | 7/1/2018 | $81,728.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-7 | 7/1/2018 | $35,430.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-6 | 7/1/2018 | $2,424.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-5 | 7/1/2018 | $51,533.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-4 | 7/1/2018 | $20,063.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $273,990.28 | 7/27/2018 | 201820180148-3 | 7/1/2018 | $36,282.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/30/2018 | $336,684.03 | 7/30/2018 | 201820180141-6 | 7/3/2018 | $98,365.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-15 | 8/6/2018 | $32,272.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/11/2018 | $207,113.36 | 9/11/2018 | 201821276350 | 8/11/2018 | $4,178.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-26 | 8/6/2018 | $24,888.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-25 | 8/6/2018 | $22,600.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-24 | 8/6/2018 | $31,764.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-23 | 8/6/2018 | $16,563.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-22 | 8/6/2018 | $21,723.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-21 | 8/6/2018 | $21,864.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-20 | 8/6/2018 | $16,563.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-2 | 8/6/2018 | $8,224.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-19 | 8/6/2018 | $4,643.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-18 | 8/6/2018 | $21,864.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-28 | 8/6/2018 | $3,300.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-16 | 8/6/2018 | $37,608.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-29 | 8/6/2018 | $20,719.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-14 | 8/6/2018 | $16,711.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-13 | 8/6/2018 | $27,349.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-12 | 8/6/2018 | $8,449.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-11 | 8/6/2018 | $38,361.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-10 | 8/6/2018 | $3,170.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-1 | 8/6/2018 | $10,644.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-9 | 8/5/2018 | $2,846.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-8 | 8/5/2018 | $3,572.10 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-7 | 8/5/2018 | $27,925.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-6 | 8/5/2018 | $7,872.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-5 | 8/5/2018 | $5,051.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-17 | 8/6/2018 | $16,339.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057915-1 | 8/6/2018 | $4,678.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $44,261.95 | 9/6/2018 | 201821021269-1 | 8/8/2018 | $17,127.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $44,261.95 | 9/6/2018 | 201821020611-2 | 8/8/2018 | $1,866.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $44,261.95 | 9/6/2018 | 201821020611-1 | 8/8/2018 | $19,290.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821256436-5 | 8/5/2018 | $9,486.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821256436-4 | 8/5/2018 | $20,613.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821256436-3 | 8/5/2018 | $27,402.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821256436-2 | 8/5/2018 | $15,545.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821256436-1 | 8/5/2018 | $13,071.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821115949 | 8/6/2018 | $148.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821115409-2 | 8/5/2018 | $178.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821115409-1 | 8/5/2018 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-27 | 8/6/2018 | $14,288.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057915-2 | 8/6/2018 | $32,972.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-28 | 8/5/2018 | $16,806.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057555-3 | 8/5/2018 | $8,934.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057555-2 | 8/5/2018 | $11,289.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057555-1 | 8/5/2018 | $3,830.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-9 | 8/6/2018 | $11,010.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-8 | 8/6/2018 | $3,456.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-7 | 8/6/2018 | $4,325.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-6 | 8/6/2018 | $33,997.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-5 | 8/6/2018 | $9,747.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-4 | 8/6/2018 | $6,211.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-30 | 8/6/2018 | $11,408.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993929-3 | 8/6/2018 | $6,898.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201821057915-3 | 8/6/2018 | $24,987.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-10 | 8/21/2018 | $9,709.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-3 | 8/21/2018 | $11,948.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-2 | 8/21/2018 | $65,593.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-1 | 8/21/2018 | $16,896.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-9 | 8/21/2018 | $18,100.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-8 | 8/21/2018 | $7,030.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-7 | 8/21/2018 | $14,947.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-6 | 8/21/2018 | $12,383.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-5 | 8/21/2018 | $3,876.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-4 | 8/21/2018 | $75,299.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-3 | 8/21/2018 | $13,527.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-2 | 8/21/2018 | $1,903.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-4 | 8/5/2018 | $5,634.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-11 | 8/21/2018 | $9,092.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $428,358.29 | 9/19/2018 | 201821385120-6 | 8/21/2018 | $452.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-1 | 8/21/2018 | $24,160.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-9 | 8/19/2018 | $7,850.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-8 | 8/19/2018 | $14,689.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-7 | 8/19/2018 | $5,505.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-6 | 8/19/2018 | $12,158.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-5 | 8/19/2018 | $10,115.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-4 | 8/19/2018 | $61,430.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-3 | 8/19/2018 | $11,070.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-2 | 8/19/2018 | $1,515.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-11 | 8/19/2018 | $15,419.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/6/2018 | $44,261.95 | 9/6/2018 | 201821021269-2 | 8/8/2018 | $5,977.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821254848-12 | 8/21/2018 | $18,999.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-16 | 8/5/2018 | $26,652.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/18/2018 | $167,165.83 | 9/18/2018 | 201821256087-1 | 8/19/2018 | $19,900.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-27 | 8/5/2018 | $462.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-26 | 8/5/2018 | $2,409.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-25 | 8/5/2018 | $11,628.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-24 | 8/5/2018 | $18,666.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-23 | 8/5/2018 | $13,547.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-22 | 8/5/2018 | $17,612.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-21 | 8/5/2018 | $3,819.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-20 | 8/5/2018 | $17,894.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-2 | 8/5/2018 | $26,999.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-19 | 8/5/2018 | $6,660.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-4 | 8/21/2018 | $22,473.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-17 | 8/5/2018 | $30,697.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-5 | 8/21/2018 | $5,528.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-15 | 8/5/2018 | $13,748.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-14 | 8/5/2018 | $22,207.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-13 | 8/5/2018 | $10,238.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-12 | 8/5/2018 | $23,371.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-11 | 8/5/2018 | $7,992.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-10 | 8/5/2018 | $11,538.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-1 | 8/5/2018 | $8,870.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/20/2018 | $5,093.80 | 9/20/2018 | O/A:Wire:9/20/2018 | | $5,093.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-9 | 8/21/2018 | $45,746.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-8 | 8/21/2018 | $18,404.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/19/2018 | $428,358.29 | 9/19/2018 | 201821385120-7 | 8/21/2018 | $32,284.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-3 | 8/5/2018 | $6,673.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $1,038,368.24 | 9/4/2018 | 201820993558-18 | 8/5/2018 | $6,660.00 |

**Totals:** 15 transfer(s), $3,326,741.04