

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

| | |
|---|---|
| Defendant: | **Strong Progress Garment Factory Co., Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-9 | 7/1/2018 | $19,181.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-1 | 8/27/2018 | $1,702.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-19 | 7/3/2018 | $3,258.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-18 | 7/3/2018 | $8,480.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-17 | 7/3/2018 | $12,112.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-16 | 7/3/2018 | $4,000.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-15 | 7/3/2018 | $880.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-14 | 7/3/2018 | $3,258.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-13 | 7/3/2018 | $7,781.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-12 | 7/3/2018 | $19,236.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-11 | 7/3/2018 | $2,128.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-20 | 7/3/2018 | $2,871.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-1 | 7/3/2018 | $6,762.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-21 | 7/3/2018 | $11,530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-8 | 7/1/2018 | $5,615.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-7 | 7/1/2018 | $1,274.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-6 | 7/1/2018 | $9,750.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-5 | 7/1/2018 | $2,468.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-4 | 7/1/2018 | $3,662.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-3 | 7/1/2018 | $16,736.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-27 | 7/1/2018 | $3,317.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-26 | 7/1/2018 | $1,252.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-25 | 7/1/2018 | $10,579.68 |

Strong Progress Garment Factory Co., Ltd. (2230451)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                    Exhibit B                                    P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-24 | 7/1/2018 | $2,297.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-10 | 7/3/2018 | $120.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-6 | 7/3/2018 | $9,257.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $90,430.61 | 8/23/2018 | 201820648508-3 | 7/25/2018 | $54,113.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $90,430.61 | 8/23/2018 | 201820648508-2 | 7/25/2018 | $1,518.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $90,430.61 | 8/23/2018 | 201820648508-1 | 7/25/2018 | $18,076.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $93,433.05 | 8/21/2018 | 201820649022-4 | 7/21/2018 | $17,685.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $93,433.05 | 8/21/2018 | 201820649022-3 | 7/21/2018 | $50,758.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $93,433.05 | 8/21/2018 | 201820649022-2 | 7/21/2018 | $1,904.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $93,433.05 | 8/21/2018 | 201820649022-1 | 7/21/2018 | $23,083.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $10,164.12 | 8/10/2018 | 201820525766 | 7/15/2018 | $3,963.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/10/2018 | $10,164.12 | 8/10/2018 | 201820525681 | 7/16/2018 | $6,200.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-9 | 7/3/2018 | $18,392.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-2 | 7/3/2018 | $8,656.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-7 | 7/3/2018 | $1,141.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-21 | 7/1/2018 | $3,003.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-5 | 7/3/2018 | $2,312.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-4 | 7/3/2018 | $3,523.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-3 | 7/3/2018 | $16,164.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-28 | 7/3/2018 | $3,343.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-27 | 7/3/2018 | $114.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-26 | 7/3/2018 | $1,068.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-25 | 7/3/2018 | $10,153.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-24 | 7/3/2018 | $2,097.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-23 | 7/3/2018 | $2,327.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-22 | 7/3/2018 | $2,846.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/30/2018 | $169,360.15 | 7/30/2018 | 201820115887-8 | 7/3/2018 | $5,537.97 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-3 | 8/27/2018 | $586.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-14 | 8/26/2018 | $28,353.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-13 | 8/26/2018 | $22,757.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-12 | 8/26/2018 | $17,070.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-11 | 8/26/2018 | $3,804.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-10 | 8/26/2018 | $11,720.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-1 | 8/26/2018 | $1,825.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-9 | 8/27/2018 | $482.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-8 | 8/27/2018 | $6,912.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-7 | 8/27/2018 | $898.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-6 | 8/27/2018 | $1,112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-23 | 7/1/2018 | $2,535.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-4 | 8/27/2018 | $12,135.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-17 | 8/26/2018 | $19,846.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-2 | 8/27/2018 | $8,348.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-18 | 8/27/2018 | $10,786.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-17 | 8/27/2018 | $4,817.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-16 | 8/27/2018 | $1,323.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-15 | 8/27/2018 | $7,638.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-14 | 8/27/2018 | $22,297.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-13 | 8/27/2018 | $17,910.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-12 | 8/27/2018 | $13,686.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-11 | 8/27/2018 | $2,906.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-10 | 8/27/2018 | $9,232.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821374257-5 | 8/27/2018 | $1,627.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-10 | 7/1/2018 | $2,450.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-1 | 7/29/2018 | $2,086.16 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-20 | 7/1/2018 | $8,946.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-2 | 7/1/2018 | $9,193.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-19 | 7/1/2018 | $3,018.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-18 | 7/1/2018 | $3,413.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-17 | 7/1/2018 | $8,853.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-16 | 7/1/2018 | $12,636.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-15 | 7/1/2018 | $5,076.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-14 | 7/1/2018 | $3,382.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-13 | 7/1/2018 | $8,077.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-15 | 8/26/2018 | $9,732.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-11 | 7/1/2018 | $7,672.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-16 | 8/26/2018 | $1,353.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-1 | 7/1/2018 | $7,015.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821591542 | 8/26/2018 | $4,280.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-9 | 8/26/2018 | $652.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-8 | 8/26/2018 | $8,773.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-7 | 8/26/2018 | $932.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-6 | 8/26/2018 | $1,160.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-5 | 8/26/2018 | $1,703.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-4 | 8/26/2018 | $15,556.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-3 | 8/26/2018 | $666.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $286,612.69 | 10/2/2018 | 201821387105-2 | 8/26/2018 | $12,015.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-22 | 7/1/2018 | $2,895.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $176,624.98 | 7/27/2018 | 201820180449-12 | 7/1/2018 | $12,318.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-8 | 8/5/2018 | $17,798.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-5 | 8/6/2018 | $376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-4 | 8/6/2018 | $6,675.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-3 | 8/6/2018 | $9,824.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-2 | 8/6/2018 | $12,149.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-15 | 8/6/2018 | $24,523.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-14 | 8/6/2018 | $4,082.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-13 | 8/6/2018 | $21,128.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-12 | 8/6/2018 | $17,133.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-11 | 8/6/2018 | $11,759.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-10 | 8/6/2018 | $11,374.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-10 | 8/5/2018 | $15,036.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-9 | 8/5/2018 | $14,486.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-8 | 8/6/2018 | $36,381.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-7 | 8/5/2018 | $20,584.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-6 | 8/5/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-5 | 8/5/2018 | $376.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-4 | 8/5/2018 | $7,007.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-3 | 8/5/2018 | $10,203.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-2 | 8/5/2018 | $12,650.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-14 | 8/5/2018 | $31,125.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-13 | 8/5/2018 | $4,282.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-12 | 8/5/2018 | $26,980.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/23/2018 | $90,430.61 | 8/23/2018 | 201820648508-4 | 7/25/2018 | $16,721.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-1 | 8/6/2018 | $5,847.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-7 | 8/6/2018 | $13,316.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-9 | 8/5/2018 | $29,634.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-8 | 8/5/2018 | $13,710.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-7 | 8/5/2018 | $33,573.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-6 | 8/5/2018 | $13,904.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-5 | 8/5/2018 | $16,416.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-4 | 8/5/2018 | $32,450.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-3 | 8/5/2018 | $48,435.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-2 | 8/5/2018 | $1,362.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-10 | 8/5/2018 | $8,553.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022764-1 | 8/5/2018 | $14,312.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-6 | 8/6/2018 | $112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-8 | 8/6/2018 | $19,810.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-7 | 8/6/2018 | $4,590.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-6 | 8/6/2018 | $15,743.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-5 | 8/6/2018 | $25,607.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-4 | 8/6/2018 | $22,213.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-3 | 8/6/2018 | $24,407.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-2 | 8/6/2018 | $12,995.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-11 | 8/6/2018 | $6,292.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-10 | 8/6/2018 | $1,856.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-1 | 8/6/2018 | $2,148.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821020078 | 8/6/2018 | $6,013.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993756-9 | 8/6/2018 | $13,996.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-1 | 8/5/2018 | $6,054.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821022622-9 | 8/6/2018 | $32,200.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-8 | 7/29/2018 | $14,698.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $6,685.63 | 8/6/2018 | 201820180524 | 7/10/2018 | $6,685.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-9 | 7/30/2018 | $5,213.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-8 | 7/30/2018 | $19,347.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-7 | 7/30/2018 | $3,856.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-6 | 7/30/2018 | $11,583.90 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-5 | 7/30/2018 | $15,326.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-4 | 7/30/2018 | $49,355.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-3 | 7/30/2018 | $49,259.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-2 | 7/30/2018 | $854.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-10 | 7/30/2018 | $14,574.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201820993219-11 | 8/5/2018 | $21,902.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-9 | 7/29/2018 | $4,934.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-11 | 8/13/2018 | $12,978.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-7 | 7/29/2018 | $19,641.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-6 | 7/29/2018 | $17,404.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-5 | 7/29/2018 | $33,951.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-4 | 7/29/2018 | $51,228.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-3 | 7/29/2018 | $345.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-2 | 7/29/2018 | $555.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-12 | 7/29/2018 | $18,604.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-11 | 7/29/2018 | $6,591.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729593-10 | 7/29/2018 | $24,267.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $763,589.41 | 9/4/2018 | 201821116261 | 8/5/2018 | $74.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/30/2018 | $365,606.17 | 8/30/2018 | 201820729954-1 | 7/30/2018 | $1,925.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-3 | 8/12/2018 | $16,678.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/24/2018 | $2,708.99 | 9/24/2018 | 201821591648 | 8/24/2018 | $2,708.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $32,246.77 | 9/19/2018 | 201821255023-2 | 8/21/2018 | $16,572.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/19/2018 | $32,246.77 | 9/19/2018 | 201821255023-1 | 8/21/2018 | $15,674.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $41,579.97 | 9/18/2018 | 201821255267-2 | 8/19/2018 | $21,490.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $41,579.97 | 9/18/2018 | 201821255267-1 | 8/19/2018 | $20,089.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/17/2018 | $5.80 | 9/17/2018 | 201821406548-1 | 8/17/2018 | $5.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-9 | 8/12/2018 | $16,488.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-8 | 8/12/2018 | $20,224.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-7 | 8/12/2018 | $10,516.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-6 | 8/12/2018 | $11,026.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-1 | 8/13/2018 | $29,548.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-4 | 8/12/2018 | $21,399.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-10 | 8/13/2018 | $8,573.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-2 | 8/12/2018 | $30,656.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-1 | 8/12/2018 | $30,584.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-9 | 8/13/2018 | $7,301.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-8 | 8/13/2018 | $9,918.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-7 | 8/13/2018 | $6,532.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-6 | 8/13/2018 | $2,861.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-5 | 8/13/2018 | $9,600.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-4 | 8/13/2018 | $20,518.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-3 | 8/13/2018 | $14,274.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154016-2 | 8/13/2018 | $27,440.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $8,370.88 | 8/3/2018 | 201820288150 | 7/8/2018 | $8,370.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $317,412.64 | 9/11/2018 | 201821154547-5 | 8/12/2018 | $10,288.36 |

Totals:     15 transfer(s),     $2,364,831.86