**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Studio Eluceo Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $58,336.11 | 8/17/2018 | 201819551198 | 7/12/2018 | $17,102.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $107,922.50 | 7/18/2018 | 201820261036 | 6/27/2018 | $33,664.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $107,922.50 | 7/18/2018 | 201820262273 | 6/27/2018 | $51,161.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $16,257.47 | 7/27/2018 | 201819553593 | 6/24/2018 | $4,763.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/27/2018 | $16,257.47 | 7/27/2018 | 201819581125 | 6/27/2018 | $12,432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/31/2018 | $6,272.29 | 7/31/2018 | 201819550959 | 6/28/2018 | $6,533.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $936,363.97 | 8/15/2018 | 201820340640 | 7/18/2018 | $348,651.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:7/18/2018 | $107,922.50 | 7/18/2018 | 201819553750 | 6/15/2018 | $28,776.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018-2 | $1,555.81 | 8/15/2018 | O/A:Wire:8/15/2018-2 | | $1,555.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $159,667.20 | 9/5/2018 | 201819581967 | 8/4/2018 | $13,104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/17/2018 | $58,336.11 | 8/17/2018 | 201819551349 | 7/12/2018 | $41,233.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $65,768.89 | 8/3/2018 | 201819554033 | 6/20/2018 | $64,224.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/3/2018 | $65,768.89 | 8/3/2018 | 201820381737 | 7/3/2018 | $4,284.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $73,543.68 | 8/6/2018 | 201819581495 | 7/11/2018 | $76,608.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/18/2018 | $19,047.31 | 9/18/2018 | 201820874843 | 8/15/2018 | $19,840.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/5/2018 | $159,667.20 | 9/5/2018 | 201819581818 | 8/4/2018 | $153,216.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/15/2018 | $936,363.97 | 8/15/2018 | 201820341010 | 7/18/2018 | $626,727.39 |

Totals:    10 transfer(s),    $1,444,735.23