**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Studio Eluceo Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/3/2018 | $3,552.45 | 8/3/2018 | 201820262501 | 7/4/2018 | $8,908.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/17/2018 | $10,787.39 | 8/17/2018 | 201820380235 | 7/12/2018 | $11,497.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $411,756.47 | 8/15/2018 | 201820379005 | 7/18/2018 | $428,912.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/31/2018 | $390.45 | 7/31/2018 | 201819979619 | 6/27/2018 | $406.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $14,447.17 | 7/27/2018 | 201820262410 | 6/27/2018 | $334.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:7/27/2018 | $14,447.17 | 7/27/2018 | 20182011970 | 6/27/2018 | $14,715.06 |

| | | | |
|---|---|---|---|
| Totals: | 5 transfer(s), | $440,933.93 | |