**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Trico Products Corporation** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146874 | 8/16/2018 | $496.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146852 | 8/16/2018 | $1,142.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146853 | 8/16/2018 | $1,003.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146854 | 8/16/2018 | $891.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146855 | 8/16/2018 | $397.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146856 | 8/16/2018 | $981.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146857 | 8/16/2018 | $1,247.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146860 | 8/16/2018 | $381.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146862 | 8/16/2018 | $699.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146864 | 8/16/2018 | $956.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146866 | 8/16/2018 | $497.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146867 | 8/16/2018 | $268.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146868 | 8/16/2018 | $89.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146870 | 8/16/2018 | $604.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128670 | 6/1/2018 | $449.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146890 | 8/16/2018 | $2,074.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00429 | $2,947.18 | 8/3/2018 | 0000009888 | 8/1/2018 | $2,947.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128668 | 6/1/2018 | $676.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128667 | 6/1/2018 | $455.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128637 | 6/1/2018 | $358.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146894 | 8/16/2018 | $2,907.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146871 | 8/16/2018 | $496.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146892 | 8/16/2018 | $2,132.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146873 | 8/16/2018 | $451.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146888 | 8/16/2018 | $2,012.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146886 | 8/16/2018 | $90.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146881 | 8/16/2018 | $22.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146879 | 8/16/2018 | $624.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146876 | 8/16/2018 | $444.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14233 | $11,613.54 | 8/28/2018 | 0000143184 | 8/1/2018 | $1,831.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146893 | 8/16/2018 | $2,595.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143139 | 8/1/2018 | $599.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18262 | $23,937.98 | 9/5/2018 | 0000146851 | 8/16/2018 | $428.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143145 | 8/1/2018 | $204.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143144 | 8/1/2018 | $854.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143143 | 8/1/2018 | $255.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143142 | 8/1/2018 | $223.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143147 | 8/1/2018 | $243.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143140 | 8/1/2018 | $538.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143148 | 8/1/2018 | $554.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143138 | 8/1/2018 | $645.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143137 | 8/1/2018 | $45.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06947 | $152,406.43 | 8/15/2018 | 0000135269 | 6/27/2018 | $33,236.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06947 | $152,406.43 | 8/15/2018 | 0000135248 | 6/27/2018 | $4,617.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06947 | $152,406.43 | 8/15/2018 | 0000135246 | 6/27/2018 | $147,346.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05426 | $78.21 | 8/13/2018 | 0000141101 | 7/24/2018 | $78.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143141 | 8/1/2018 | $721.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143155 | 8/1/2018 | $645.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128671 | 6/1/2018 | $493.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14233 | $11,613.54 | 8/28/2018 | 0000143183 | 8/1/2018 | $2,041.48 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14233 | $11,613.54 | 8/28/2018 | 0000143182 | 8/1/2018 | $2,497.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14233 | $11,613.54 | 8/28/2018 | 0000143181 | 8/1/2018 | $2,504.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14233 | $11,613.54 | 8/28/2018 | 0000143180 | 8/1/2018 | $2,739.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143146 | 8/1/2018 | $363.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143156 | 8/1/2018 | $668.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15798 | $1,996.67 | 8/30/2018 | 0000010048 | 8/28/2018 | $1,996.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143154 | 8/1/2018 | $554.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143153 | 8/1/2018 | $870.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143152 | 8/1/2018 | $847.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143151 | 8/1/2018 | $917.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143150 | 8/1/2018 | $826.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143149 | 8/1/2018 | $1,292.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10152 | $12,390.46 | 8/21/2018 | 0000143163 | 8/1/2018 | $515.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137748 | 7/10/2018 | $1,003.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000135240 | 6/27/2018 | $3,690.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000135243 | 6/27/2018 | $5,180.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000135245 | 6/27/2018 | $6,370.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91027 | $1,858.91 | 7/18/2018 | 0000135582 | 6/28/2018 | $354.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91027 | $1,858.91 | 7/18/2018 | 0000135583 | 6/28/2018 | $181.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91027 | $1,858.91 | 7/18/2018 | 0000135584 | 6/28/2018 | $1,472.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000134809 | 6/26/2018 | $12,205.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000135241 | 6/27/2018 | $67,757.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000135242 | 6/27/2018 | $15,637.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000135244 | 6/27/2018 | $73,562.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000135247 | 6/27/2018 | $52,883.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92402 | $234,413.89 | 7/20/2018 | 0000135261 | 6/27/2018 | $12,367.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137468 | 7/9/2018 | $71.28 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128669 | 6/1/2018 | $290.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137798 | 7/10/2018 | $156.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99938 | $4,874.17 | 8/2/2018 | 0000138869 | 7/13/2018 | $1,479.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99938 | $4,874.17 | 8/2/2018 | 0000138859 | 7/13/2018 | $338.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137806 | 7/10/2018 | $408.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137805 | 7/10/2018 | $491.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137804 | 7/10/2018 | $312.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137746 | 7/10/2018 | $1,860.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137799 | 7/10/2018 | $156.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137747 | 7/10/2018 | $1,012.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137797 | 7/10/2018 | $165.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137796 | 7/10/2018 | $817.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137789 | 7/10/2018 | $2,173.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137788 | 7/10/2018 | $2,173.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137749 | 7/10/2018 | $423.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000134811 | 6/26/2018 | $17,058.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97640 | $11,383.02 | 7/30/2018 | 0000137800 | 7/10/2018 | $156.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134067 | 6/22/2018 | $2,154.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000135185 | 6/27/2018 | $2,436.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134073 | 6/22/2018 | $493.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134072 | 6/22/2018 | $1,035.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134071 | 6/22/2018 | $449.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134070 | 6/22/2018 | $449.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134075 | 6/22/2018 | $381.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134068 | 6/22/2018 | $968.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134077 | 6/22/2018 | $290.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134066 | 6/22/2018 | $833.17 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134065 | 6/22/2018 | $691.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134064 | 6/22/2018 | $2,114.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000130206 | 6/7/2018 | $449.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128987 | 6/4/2018 | $91.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000128986 | 6/4/2018 | $715.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134069 | 6/22/2018 | $2,675.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134184 | 6/22/2018 | $113.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99938 | $4,874.17 | 8/2/2018 | 0000138870 | 7/13/2018 | $3,056.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134509 | 6/25/2018 | $91.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134508 | 6/25/2018 | $224.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134467 | 6/25/2018 | $2,880.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134196 | 6/22/2018 | $1,011.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134074 | 6/22/2018 | $358.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134185 | 6/22/2018 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90148 | $35,223.11 | 7/17/2018 | 0000135184 | 6/27/2018 | $487.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134166 | 6/22/2018 | $449.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134164 | 6/22/2018 | $1,299.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134161 | 6/22/2018 | $917.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134080 | 6/22/2018 | $2,042.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134079 | 6/22/2018 | $634.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134078 | 6/22/2018 | $455.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19316 | $28,149.06 | 9/7/2018 | 0000134186 | 6/22/2018 | $1,101.82 |

Totals:    13 transfer(s),    $521,272.63