

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | | |
|---|---|---|
| Defendant: | **Trico Products Corporation** | |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134506 | 6/25/2018 | $611.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 134500 | 6/25/2018 | $340.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134829 | 6/26/2018 | $17,239.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134813 | 6/26/2018 | $613.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134769 | 6/26/2018 | $1,565.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134765 | 6/26/2018 | $1,084.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134764 | 6/26/2018 | $1,155.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134763 | 6/26/2018 | $1,320.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134762 | 6/26/2018 | $1,124.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134761 | 6/26/2018 | $1,037.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134551 | 6/25/2018 | $7,086.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134550 | 6/25/2018 | $6,074.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134548 | 6/25/2018 | $6,749.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134832 | 6/26/2018 | $2,103.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134545 | 6/25/2018 | $4,555.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134834 | 6/26/2018 | $1,956.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134505 | 6/25/2018 | $674.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134502 | 6/25/2018 | $1,961.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134499 | 6/25/2018 | $1,455.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134497 | 6/25/2018 | $759.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134496 | 6/25/2018 | $569.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134495-3947 | 6/25/2018 | $337.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134495-3945 | 6/25/2018 | $681.60 |

Trico Products Corporation (2230513)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                           Exhibit B                           P. 1

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 135148 | 6/27/2018 | $429.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 135146 | 6/27/2018 | $408.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 135145 | 6/27/2018 | $408.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 135144 | 6/27/2018 | $361.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007857 | $2,096.32 | 9/14/2018 | 134503 | 6/25/2018 | $319.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134547 | 6/25/2018 | $3,374.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135122 | 6/27/2018 | $13,565.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135157 | 6/27/2018 | $622.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135156 | 6/27/2018 | $715.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135154-3950 | 6/27/2018 | $638.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135154-3948 | 6/27/2018 | $109.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135153 | 6/27/2018 | $1,042.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135152 | 6/27/2018 | $871.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135151 | 6/27/2018 | $684.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135150 | 6/27/2018 | $700.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135149 | 6/27/2018 | $620.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135147 | 6/27/2018 | $606.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135143 | 6/27/2018 | $762.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135138 | 6/27/2018 | $855.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134831 | 6/26/2018 | $762.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135125 | 6/27/2018 | $12,717.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135176 | 6/27/2018 | $684.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135117 | 6/27/2018 | $20,065.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135115 | 6/27/2018 | $2,152.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135114 | 6/27/2018 | $797.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135113 | 6/27/2018 | $7,913.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135110 | 6/27/2018 | $871.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134851 | 6/26/2018 | $1,167.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134850 | 6/26/2018 | $1,182.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134840 | 6/26/2018 | $3,570.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134839 | 6/26/2018 | $1,213.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134838 | 6/26/2018 | $1,294.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134837 | 6/26/2018 | $1,745.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 134835 | 6/26/2018 | $726.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014626 | $147,606.70 | 9/27/2018 | 135126 | 6/27/2018 | $22,608.83 |

**Totals:** 2 transfer(s),  $149,703.02

Trico Products Corporation (2230513)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit B

P. 3