

ask LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

Defendant: **United Parcel Service, Inc. dba UPS**  
Bankruptcy Case: **Sears Holdings Corporation, et al.**  
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992583 | $557.61 | 8/14/2018 | 680305743 | 6/28/2018 | $174.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073625 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 140610072 | 10/30/2017 | $1,960.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996792 | $27,127.33 | 8/21/2018 | UPS07202018-21380 | 7/20/2018 | $11,543.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996792 | $27,127.33 | 8/21/2018 | UPS07202018-21379 | 7/20/2018 | $15,301.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996792 | $27,127.33 | 8/21/2018 | 267376292 | 7/5/2018 | $171.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996792 | $27,127.33 | 8/21/2018 | 250582916 | 7/5/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996187 | $3,182,418.84 | 8/8/2018 | 1985 | 7/29/2018 | $3,182,418.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995454 | $10,960.25 | 8/17/2018 | 52018DIS-21378 | 7/18/2018 | $5,329.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995454 | $10,960.25 | 8/17/2018 | 52018DIS-21377 | 7/18/2018 | $5,329.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995454 | $10,960.25 | 8/17/2018 | 4132111207 | 7/18/2018 | $301.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 407258526 | 2/22/2018 | $153.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993383 | $36.00 | 8/15/2018 | 1692V3308 | 7/28/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 421585080 | 9/14/2017 | $254.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992583 | $557.61 | 8/14/2018 | 680305636 | 6/28/2018 | $272.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992583 | $557.61 | 8/14/2018 | 513171201 | 6/28/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991873 | $3,157,732.38 | 8/1/2018 | 1964 | 7/22/2018 | $3,157,732.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991235 | $6,508.36 | 8/10/2018 | 526050291BD | 6/26/2018 | $336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991235 | $6,508.36 | 8/10/2018 | 42018DIS-21376 | 7/9/2018 | $2,625.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991235 | $6,508.36 | 8/10/2018 | 42018DIS-21375 | 7/9/2018 | $2,625.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991235 | $6,508.36 | 8/10/2018 | 4124116749 | 7/10/2018 | $922.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990539 | $1,595.14 | 8/9/2018 | 4123111191 | 7/8/2018 | $726.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990539 | $1,595.14 | 8/9/2018 | 4123111190 | 7/8/2018 | $868.94 |

United Parcel Service, Inc. dba UPS (2232854)  
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                   Exhibit A                                   P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989789 | $36.00 | 8/8/2018 | 1692V3298 | 7/21/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994222 | $90.00 | 8/16/2018 | 4114119840 | 6/28/2018 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073426 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980302 | $1,062.20 | 7/17/2018 | 4104118047 | 6/17/2018 | $1,062.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073603 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073592 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073570 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073555 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073544 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073533 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073522 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073474 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073452 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 218207452 | 7/6/2018 | $115.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073430 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 607227445 | 6/21/2018 | $121.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073415 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073006 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917072995 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917072984 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917072962 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917072925 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917072914 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 1692V3318 | 8/4/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 917072973 | 5/31/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997529 | $4,813.71 | 8/22/2018 | 498402170A-21381 | 10/2/2017 | $2,220.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073441 | 6/7/2018 | $110.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983584 | $1,950.60 | 7/24/2018 | 289520910 | 6/9/2018 | $445.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985008 | $400.04 | 7/26/2018 | 929259940AKWCM | 5/16/2018 | $168.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985008 | $400.04 | 7/26/2018 | 447855096AKWCM | 5/16/2018 | $231.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985006 | $2,562,223.69 | 7/18/2018 | 1920 | 7/8/2018 | $2,562,223.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 4113118054 | 6/27/2018 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 4113118053 | 6/27/2018 | $398.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 4110113683 | 6/22/2018 | $697.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 4110113682 | 6/22/2018 | $2,399.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 4065115393 | 5/2/2018 | $2,981.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984314 | $7,065.71 | 7/25/2018 | 1692V3278 | 7/7/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983584 | $1,950.60 | 7/24/2018 | 4111111789 | 6/24/2018 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 680305603 | 6/21/2018 | $302.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983584 | $1,950.60 | 7/24/2018 | 289520921 | 6/9/2018 | $109.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715AIR-21368 | 6/30/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983584 | $1,950.60 | 7/24/2018 | 239529496 | 6/9/2018 | $118.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 569292452 | 6/7/2018 | $126.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4110113689 | 6/22/2018 | $1,598.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4110113688 | 6/22/2018 | $3,658.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4110113687 | 6/22/2018 | $4,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4110113686 | 6/22/2018 | $4,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4081113156 | 5/20/2018 | $4,082.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982239 | $20,756.58 | 7/20/2018 | 4074113334 | 5/24/2018 | $2,479.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981642 | $385.63 | 7/19/2018 | 4108112347 | 6/21/2018 | $385.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980965 | $4,406.00 | 7/18/2018 | 4107112609 | 6/20/2018 | $4,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983584 | $1,950.60 | 7/24/2018 | 4111111788 | 6/24/2018 | $467.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 986521841 | 2/16/2018 | $2,435.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073636 | 6/7/2018 | $110.13 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 53118BRKG-21374 | 6/1/2018 | $7,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 53118BRKG-21373 | 6/1/2018 | $7,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 282113506 | 6/21/2018 | $916.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988418 | $54,060.25 | 8/2/2018 | 4057111681 | 7/5/2018 | $54,060.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988417 | $3,233,502.46 | 7/25/2018 | 1941 | 7/15/2018 | $3,233,502.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 680305570 | 6/14/2018 | $253.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 680305566 | 6/14/2018 | $418.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 680305555 | 6/14/2018 | $267.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 680305544 | 6/14/2018 | $221.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 1692V3288 | 7/14/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 238099105 | 6/14/2018 | $200.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715AIR-21367 | 6/30/2018 | $720.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 986414542 | 2/16/2018 | $1,859.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 663704381 | 3/16/2018 | $2,343.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 663649652 | 3/16/2018 | $2,049.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 591752291 | 1/8/2018 | $1,337.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 4117118620 | 7/1/2018 | $942.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987053 | $11,576.21 | 7/31/2018 | 204507774 | 1/8/2018 | $607.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715CY-21372 | 6/30/2018 | $4,361.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715CY-21371 | 6/30/2018 | $3,003.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715CFS-21370 | 6/30/2018 | $33,338.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986336 | $70,824.34 | 7/30/2018 | 180715CFS-21369 | 6/30/2018 | $28,644.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989034 | $18,426.65 | 8/7/2018 | 680305581 | 6/21/2018 | $1,126.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987719 | $1,608.52 | 8/1/2018 | 298101915 | 6/7/2018 | $246.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006402 | $2,925,731.01 | 8/29/2018 | 2051 | 8/18/2018 | $2,925,731.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073614 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008626 | $4,195.78 | 9/17/2018 | 4155112766 | 8/12/2018 | $677.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008626 | $4,195.78 | 9/17/2018 | 4155112765 | 8/12/2018 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008626 | $4,195.78 | 9/17/2018 | 4155112764 | 8/12/2018 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008626 | $4,195.78 | 9/17/2018 | 4155112763 | 8/12/2018 | $115.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008626 | $4,195.78 | 9/17/2018 | 4155112762 | 8/12/2018 | $3,088.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007871 | $969.74 | 9/14/2018 | 4135118822 | 7/22/2018 | $793.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007871 | $969.74 | 9/14/2018 | 4135118818 | 7/22/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007871 | $969.74 | 9/14/2018 | 1692V3348 | 8/25/2018 | $55.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007071 | $15,973.70 | 9/13/2018 | 62018DIS-21389 | 8/10/2018 | $7,986.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4135118821 | 7/22/2018 | $351.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006404 | $1,080.00 | 9/12/2018 | 4152114413 | 8/9/2018 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4135118823 | 7/22/2018 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005746 | $476.19 | 9/11/2018 | 4151113761 | 8/8/2018 | $476.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 606693441 | 7/26/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 447855100 | 5/10/2018 | $272.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 4149111446 | 8/5/2018 | $165.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 4149111445 | 8/5/2018 | $704.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 4149111444 | 8/5/2018 | $562.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 4145118500 | 8/2/2018 | $236.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 4141114861 | 7/27/2018 | $231.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 403264013 | 5/10/2018 | $232.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 22674643 | 7/12/2018 | $177.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007071 | $15,973.70 | 9/13/2018 | 62018DIS-21388 | 8/10/2018 | $7,986.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011902 | $13,512.00 | 9/21/2018 | 4123111181 | 7/8/2018 | $4,179.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024693 | $3,022,429.49 | 10/3/2018 | 2150 | 9/22/2018 | $3,022,429.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020921 | $2,478,682.19 | 9/26/2018 | 2130 | 9/15/2018 | $2,478,682.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017407 | $2,450,204.70 | 9/19/2018 | 2110 | 9/8/2018 | $2,450,204.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014637 | $351.95 | 9/27/2018 | 456165430 | 8/9/2018 | $242.09 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014637 | $351.95 | 9/27/2018 | 22674654 | 8/9/2018 | $109.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013991 | $2,796,079.87 | 9/12/2018 | 2091 | 9/1/2018 | $2,796,079.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013327 | $15,929.45 | 9/25/2018 | 4163119878 | 8/22/2018 | $15,893.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013327 | $15,929.45 | 9/25/2018 | 1692V3358 | 9/1/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012643 | $79,680.54 | 9/24/2018 | 4141114864 | 7/27/2018 | $39,711.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012643 | $79,680.54 | 9/24/2018 | 4141114863 | 7/27/2018 | $39,969.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4128118864 | 7/13/2018 | $547.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011902 | $13,512.00 | 9/21/2018 | 4123111182 | 7/8/2018 | $4,305.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 4135118824 | 7/22/2018 | $673.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011902 | $13,512.00 | 9/21/2018 | 4123111180 | 7/8/2018 | $4,893.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011320 | $785.97 | 9/20/2018 | 4141114857 | 7/27/2018 | $480.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011320 | $785.97 | 9/20/2018 | 331958491 | 8/2/2018 | $195.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011320 | $785.97 | 9/20/2018 | 22674665 | 8/2/2018 | $109.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010636 | $2,790,152.23 | 9/5/2018 | 2071 | 8/25/2018 | $2,790,152.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4141114866 | 7/27/2018 | $114.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4141114862 | 7/27/2018 | $23,370.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4141114860 | 7/27/2018 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4141114859 | 7/27/2018 | $1,480.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009461 | $26,216.01 | 9/18/2018 | 4138113264 | 7/25/2018 | $130.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011902 | $13,512.00 | 9/21/2018 | 4141114858 | 7/27/2018 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073765 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251440 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251436 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251403 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251392 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251381 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251370 | 6/7/2018 | $204.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251366 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251355 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251333 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251311 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005070 | $2,584.58 | 9/10/2018 | 1692V3338 | 8/18/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073776 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251506 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073754 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073743 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073732 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073721 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073710 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073706 | 6/7/2018 | $105.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073684 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073673 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073651 | 6/7/2018 | $205.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073640 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 917073802 | 6/7/2018 | $110.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815CFS-21384 | 7/31/2018 | $33,460.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781028982 | $2,714,702.71 | 10/10/2018 | 2168 | 9/29/2018 | $2,714,702.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 4135118820 | 7/22/2018 | $1,231.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 4135118819 | 7/22/2018 | $982.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 4132111208 | 7/18/2018 | $854.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 3853112560 | 8/3/2018 | $1,140.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003031 | $552.50 | 9/5/2018 | 4145118059 | 8/2/2018 | $552.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003030 | $2,834,636.04 | 8/22/2018 | 2030 | 8/12/2018 | $2,834,636.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 4139112772 | 7/26/2018 | $997.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815MONITOR | 7/31/2018 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815CY-21387 | 7/31/2018 | $5,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251484 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815CFS-21385 | 7/31/2018 | $34,103.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251495 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815AIR-21383 | 7/31/2018 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815AIR-21382 | 7/31/2018 | $1,140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000938 | $406.90 | 8/31/2018 | 4114118202 | 6/28/2018 | $370.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000938 | $406.90 | 8/31/2018 | 1692V3328 | 8/11/2018 | $36.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000138 | $975.43 | 8/30/2018 | 680305614 | 7/12/2018 | $171.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000138 | $975.43 | 8/30/2018 | 331958524 | 7/12/2018 | $538.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000138 | $975.43 | 8/30/2018 | 331958513 | 7/12/2018 | $265.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999497 | $3,083,532.23 | 8/15/2018 | 2008 | 8/5/2018 | $3,083,532.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251565 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998181 | $5,724.82 | 8/23/2018 | 924251532 | 6/7/2018 | $109.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004389 | $4,956.28 | 9/7/2018 | 4141114856 | 7/27/2018 | $483.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002348 | $81,156.94 | 9/4/2018 | 180815CY-21386 | 7/31/2018 | $5,080.00 |

Totals:    52 transfer(s),    $37,731,803.75