**ask** LLP | ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **United Parcel Service, Inc. dba UPS** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/10/2018 | $5,737,132.20 | 10/10/2018 | 2168 | 9/29/2018 | $2,714,702.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/10/2018 | $5,737,132.20 | 10/10/2018 | 2150 | 9/22/2018 | $3,022,429.49 |
| Totals: | 1 transfer(s), | $5,737,132.20 | | | | | |

United Parcel Service, Inc. dba UPS (2232854)
Bankruptcy Case: Sears Holdings Corporation, et al.
Oct 7, 2020

Exhibit B

P. 1