

ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| Defendant: | **Ying FU (HK) Industrial Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-3 | 8/26/2018 | $20,253.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-1 | 8/26/2018 | $5,952.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-13 | 7/23/2018 | $477.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-12 | 7/23/2018 | $2,199.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-11 | 7/23/2018 | $15,488.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-10 | 7/23/2018 | $18,508.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-1 | 7/23/2018 | $30,014.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-9 | 8/26/2018 | $16,038.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-8 | 8/26/2018 | $20,374.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-7 | 8/26/2018 | $18,666.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-6 | 8/26/2018 | $38,359.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-15 | 7/23/2018 | $6,310.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-4 | 8/26/2018 | $11,761.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-16 | 7/23/2018 | $6,009.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-2 | 8/26/2018 | $4,294.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-18 | 8/26/2018 | $29,094.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-17 | 8/26/2018 | $25,467.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-16 | 8/26/2018 | $36,695.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-15 | 8/26/2018 | $27,549.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-14 | 8/26/2018 | $31,860.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-13 | 8/26/2018 | $19,116.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-12 | 8/26/2018 | $32,876.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-11 | 8/26/2018 | $26,301.24 |

Ying FU (HK) Industrial Ltd. (2230439)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020                                        Exhibit A                                        P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-10 | 8/26/2018 | $12,888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:10/2/2018 | $421,864.80 | 10/2/2018 | 201821457452-5 | 8/26/2018 | $44,314.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-3 | 7/10/2018 | $4,286.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $134,693.52 | 9/4/2018 | 201820544589-2 | 8/6/2018 | $57,442.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $134,693.52 | 9/4/2018 | 201820544589-1 | 8/6/2018 | $17,275.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $444,326.65 | 9/11/2018 | 201820923188-5 | 8/13/2018 | $124,791.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $444,326.65 | 9/11/2018 | 201820923188-4 | 8/13/2018 | $51,244.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $444,326.65 | 9/11/2018 | 201820923188-3 | 8/13/2018 | $91,848.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $444,326.65 | 9/11/2018 | 201820923188-2 | 8/13/2018 | $55,098.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/11/2018 | $444,326.65 | 9/11/2018 | 201820923188-1 | 8/13/2018 | $121,344.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-8 | 7/10/2018 | $1,442.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-7 | 7/10/2018 | $1,490.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-6 | 7/10/2018 | $4,014.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-14 | 7/23/2018 | $16,089.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-4 | 7/10/2018 | $4,578.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:9/4/2018 | $134,693.52 | 9/4/2018 | 201820544589-3 | 8/6/2018 | $59,976.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-2 | 7/10/2018 | $2,176.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-1 | 7/10/2018 | $2,494.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-9 | 7/23/2018 | $12,859.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-8 | 7/23/2018 | $13,747.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-7 | 7/23/2018 | $72,259.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-6 | 7/23/2018 | $77,968.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-5 | 7/23/2018 | $2,748.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-4 | 7/23/2018 | $66,373.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-3 | 7/23/2018 | $17,715.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/21/2018 | $389,176.11 | 8/21/2018 | 201820541921-2 | 7/23/2018 | $30,404.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire:8/6/2018 | $22,394.77 | 8/6/2018 | 201820075450-5 | 7/10/2018 | $1,911.60 |

Ying FU (HK) Industrial Ltd. (2230439)
Bankruptcy Case: Sears Holdings Corporation, et al.

Oct 7, 2020

Exhibit A

**Totals:**       **5 transfer(s),**   $1,412,455.85