**ask LLP | ATTORNEYS AT LAW**

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **Ying FU (HK) Industrial Ltd.** |
| Bankruptcy Case: | **Sears Holdings Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $24,805.33 | 9/4/2018 | 201820576650-2 | 8/6/2018 | $11,809.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $24,805.33 | 9/4/2018 | 201820576650-1 | 8/6/2018 | $12,995.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820407307-3 | 7/10/2018 | $34,440.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820407307-2 | 7/10/2018 | $43,132.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820407307-1 | 7/10/2018 | $21,476.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820076344-5 | 7/10/2018 | $2,376.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820076344-4 | 7/10/2018 | $2,516.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/6/2018 | $104,805.85 | 8/6/2018 | 201820076344-3 | 7/10/2018 | $864.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/2/2018 | $107.33 | 8/2/2018 | O/A:Wire:8/2/2018 | | $107.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:10/2/2018 | $14,120.20 | 10/2/2018 | 201821117411 | 8/26/2018 | $14,120.20 |

Totals:    4 transfer(s),    $143,838.71