| | | |
|---|---|---|
| Defendant: | **3h Farm LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984419 | $1,275.48 | 7/17/18 | 3390018200 | 5/21/18 | -$152.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984419 | $1,275.48 | 7/17/18 | VPASN993116852 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984419 | $1,275.48 | 7/17/18 | VPOT991483760 | 7/8/18 | -$1,406.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984419 | $1,275.48 | 7/17/18 | CD3102773ED | 7/11/18 | $3,039.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984419 | $1,275.48 | 7/17/18 | 3405020648 | 7/12/18 | -$55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3390018200 | 5/21/18 | $139.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3390018200 | 5/21/18 | $13.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 20180871KPWA | 6/14/18 | $58.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3405020601 | 6/25/18 | $27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3405020601 | 6/25/18 | $2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3405020648 | 7/12/18 | $50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3405020648 | 7/12/18 | $5.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | VPOT991484119 | 7/22/18 | -$1,277.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021526 | 7/30/18 | $27,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021530 | 7/30/18 | $27,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021528 | 7/30/18 | $27,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021529 | 7/30/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021531 | 7/30/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 4021527 | 7/30/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 20180871KPW | 8/3/18 | -$58.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3040043401 | 8/14/18 | -$123.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3040043412 | 8/14/18 | -$137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002455 | $89,254.06 | 8/21/18 | 3040043414 | 8/14/18 | -$165.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043414 | 8/14/18 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043412 | 8/14/18 | $125.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043401 | 8/14/18 | $112.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043414 | 8/14/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043412 | 8/14/18 | $12.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005846 | $426.25 | 8/28/18 | 3040043401 | 8/14/18 | $11.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013420 | $4,185.67 | 9/11/18 | 3390018388 | 8/29/18 | -$73.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013420 | $4,185.67 | 9/11/18 | VPOTR991483302 | 9/2/18 | $1,406.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013420 | $4,185.67 | 9/11/18 | VPOTR991483760 | 9/2/18 | $1,406.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013420 | $4,185.67 | 9/11/18 | VPOTR991484119 | 9/2/18 | $1,277.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013420 | $4,185.67 | 9/11/18 | VPOTR991483301 | 9/2/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016834 | $9,140.72 | 9/18/18 | 4021557 | 9/3/18 | $2,817.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016834 | $9,140.72 | 9/18/18 | 4021558 | 9/3/18 | $2,757.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016834 | $9,140.72 | 9/18/18 | 4021551 | 9/3/18 | $2,482.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016834 | $9,140.72 | 9/18/18 | 4021560 | 9/3/18 | $1,083.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 3390018388 | 8/29/18 | $66.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 3390018388 | 8/29/18 | $6.68 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 4021559 | 9/3/18 | $2,877.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 40215555 | 9/3/18 | $2,482.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 4021554 | 9/3/18 | $2,362.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020319 | $7,770.75 | 9/25/18 | 3390018417 | 9/20/18 | -$25.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 4021553 | 9/3/18 | $2,482.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 4021556 | 9/3/18 | $2,482.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 4021552 | 9/3/18 | $2,362.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3390018417 | 9/20/18 | $23.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3390018417 | 9/20/18 | $2.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043753 | 9/24/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043772 | 9/25/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043773 | 9/25/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043776 | 9/25/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043777 | 9/25/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043769 | 9/25/18 | -$55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043760 | 9/25/18 | -$55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043764 | 9/25/18 | -$68.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043782 | 9/26/18 | -$41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043785 | 9/26/18 | -$55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024020 | $6,804.45 | 10/2/18 | 3040043783 | 9/26/18 | -$68.75 |

Totals:      7 transfer(s),   $118,857.38