Defendant: **225 Robbins LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172108 | $43,330.27 | 8/8/18 | 0000072618 | 7/26/18 | $40,735.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172108 | $43,330.27 | 8/8/18 | 0000072618 | 7/26/18 | $2,595.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122520 | $30,167.33 | 8/9/18 | 0000097411 | 7/23/18 | $30,167.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124806 | $30,167.33 | 9/6/18 | 0000098007 | 8/22/18 | $30,167.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173481 | $43,330.27 | 9/7/18 | 0000082618 | 8/26/18 | $40,735.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173481 | $43,330.27 | 9/7/18 | 0000082618 | 8/26/18 | $2,595.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116635 | $27,796.05 | 9/13/18 | 0000096140 | 4/23/18 | $27,796.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174822 | $43,330.27 | 10/10/18 | 0000092518 | 9/25/18 | $40,735.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174822 | $43,330.27 | 10/10/18 | 0000092518 | 9/25/18 | $2,595.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126951 | $30,167.33 | 10/11/18 | 0000098387 | 9/24/18 | $30,167.33 |

**Totals:** 7 transfer(s), $248,288.85