Defendant: **1057 Hanover LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172096 | $112,250.00 | 8/7/18 | 0000072618 | 7/26/18 | $112,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173469 | $112,250.00 | 9/5/18 | 0000082618 | 8/26/18 | $112,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 123553 | $54,277.87 | 9/6/18 | 0000097540 | 8/6/18 | $54,277.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174810 | $114,495.00 | 10/10/18 | 0000092518 | 9/25/18 | $114,495.00 |

Totals:    4 transfer(s),  $393,272.87