Defendant: **1070 Hanover LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172098 | $86,100.00 | 8/7/18 | 0000072618 | 7/26/18 | $86,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173471 | $86,100.00 | 9/5/18 | 0000082618 | 8/26/18 | $86,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 123553 | $126,783.73 | 9/6/18 | 0000097539 | 8/6/18 | $126,783.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174812 | $86,100.00 | 10/10/18 | 0000092518 | 9/25/18 | $86,100.00 |

Totals:    4 transfer(s),  $385,083.73