| | | |
|---|---|---|
| Defendant: | **2075560 Ontario Limited** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24161 | 4/20/18 | $814.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24704 | 4/26/18 | $3,031.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24705 | 4/26/18 | $2,517.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24701 | 4/26/18 | $1,892.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24706 | 4/26/18 | $1,681.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24707 | 4/26/18 | $1,419.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | 24860 | 5/2/18 | $3,996.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | VPASN993116322 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | VPASN993116321 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082509 | $14,904.30 | 7/18/18 | VPASN993116320 | 6/24/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24230 | 4/24/18 | $12,981.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24869 | 5/9/18 | $11,629.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24877 | 5/9/18 | $7,029.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24873 | 5/9/18 | $4,370.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24875 | 5/9/18 | $4,267.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24871 | 5/9/18 | $2,907.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24874 | 5/9/18 | $2,557.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | 24883 | 5/9/18 | $1,694.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083074 | $47,288.10 | 7/27/18 | VPASN993116665 | 7/1/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083457 | $5,995.50 | 8/1/18 | 24703 | 4/26/18 | $1,325.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083457 | $5,995.50 | 8/1/18 | 24872 | 5/9/18 | $2,489.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083457 | $5,995.50 | 8/1/18 | 24870 | 5/9/18 | $2,331.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083457 | $5,995.50 | 8/1/18 | VPASN993116965 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 24927 | 5/25/18 | $1,321.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 25026 | 5/25/18 | $324.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 25019 | 5/25/18 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 25015 | 5/25/18 | $147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 25012 | 5/25/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083843 | $2,172.90 | 8/10/18 | 25018 | 5/25/18 | $66.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24928 | 5/25/18 | $1,747.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24929 | 5/25/18 | $1,495.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 25014 | 5/25/18 | $418.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 25016 | 5/25/18 | $262.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 25017 | 5/25/18 | $226.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 25013 | 5/25/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24958 | 5/28/18 | $3,477.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24981 | 5/28/18 | $3,186.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24979 | 5/28/18 | $2,475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24975 | 5/28/18 | $2,112.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24973 | 5/28/18 | $1,611.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24955 | 5/28/18 | $1,330.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24984 | 5/28/18 | $1,089.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24978 | 5/28/18 | $1,008.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24957 | 5/28/18 | $756.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | 24970 | 5/28/18 | $532.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | VPOT991484378 | 7/22/18 | -$116.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084224 | $21,574.38 | 8/16/18 | VPOT991484379 | 7/22/18 | -$124.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25498 | 6/5/18 | $1,647.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25496 | 6/5/18 | $875.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25511 | 6/5/18 | $704.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25513 | 6/5/18 | $680.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25512 | 6/5/18 | $567.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25497 | 6/5/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25518 | 6/5/18 | $453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25514 | 6/5/18 | $453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25510 | 6/5/18 | $340.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25516 | 6/5/18 | $283.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25500 | 6/5/18 | $235.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25515 | 6/5/18 | $170.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25521 | 6/5/18 | $123.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084792 | $7,079.40 | 8/21/18 | 25499 | 6/5/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25649 | 6/18/18 | $1,090.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25645 | 6/18/18 | $934.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25646 | 6/18/18 | $589.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25648 | 6/18/18 | $306.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25647 | 6/18/18 | $230.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25650 | 6/18/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25661 | 6/19/18 | $859.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085493 | $4,551.90 | 9/13/18 | 25662 | 6/19/18 | $379.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25846 | 7/10/18 | $899.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25844 | 7/10/18 | $760.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25876 | 7/10/18 | $598.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25845 | 7/10/18 | $495.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25811 | 7/10/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25843 | 7/10/18 | $357.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25812 | 7/10/18 | $348.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25874 | 7/10/18 | $273.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25901 | 7/10/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086896 | $4,345.20 | 10/4/18 | 25875 | 7/10/18 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26103 | 7/16/18 | $649.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26114 | 7/16/18 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26101 | 7/16/18 | $381.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26104 | 7/16/18 | $302.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26124 | 7/16/18 | $273.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26102 | 7/16/18 | $237.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26116 | 7/16/18 | $75.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087253 | $2,534.10 | 10/4/18 | 26115 | 7/16/18 | $68.40 |

**Totals:**    9 transfer(s),  $110,445.78