Defendant: **A & GS Contractor Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084479 | $94,536.20 | 8/23/18 | 300433 | 6/15/18 | $94,536.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087377 | $28,468.81 | 10/11/18 | 300442 | 7/18/18 | $28,468.81 |

Totals: 2 transfer(s), $123,005.01