Defendant: **A 1 Switching**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984431 | $3,270.80 | 7/26/18 | 5122018 | 5/12/18 | $3,270.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991346 | $4,806.30 | 8/13/18 | 5262018 | 5/26/18 | $4,806.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995609 | $4,525.10 | 8/20/18 | 6022018 | 6/2/18 | $4,525.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 4282018 | 4/28/18 | $5,457.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 5052018 | 5/5/18 | $5,975.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 5192018 | 5/19/18 | $5,461.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 6092018 | 6/9/18 | $5,583.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 6162018 | 6/16/18 | $5,768.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002465 | $33,984.50 | 9/5/18 | 6162018 | 6/16/18 | $5,738.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005857 | $8,279.30 | 9/12/18 | 62018 | 6/2/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005857 | $8,279.30 | 9/12/18 | 6232018 | 6/23/18 | $5,879.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009588 | $9,019.30 | 9/19/18 | 6302018 | 6/30/18 | $6,619.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009588 | $9,019.30 | 9/19/18 | 72018 | 7/1/18 | $2,400.00 |

Totals:    6 transfer(s),  $63,885.30