| Defendant: | ABG Accessories Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 970214 | 3/22/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980020 | 4/25/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980069 | 4/30/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980351 | 4/30/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980068 | 4/30/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980071 | 4/30/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980352 | 4/30/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980350 | 4/30/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 980353 | 4/30/18 | $61.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 8361D006330740 | 6/27/18 | -$491.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 8361AD070118AN6 | 6/29/18 | -$31.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982957 | $112.87 | 7/24/18 | 8361AD070818AL5 | 7/6/18 | -$40.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983618 | $29,836.50 | 7/25/18 | 956949 | 12/29/17 | $7,180.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983618 | $29,836.50 | 7/25/18 | 958148 | 1/3/18 | $8,805.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983618 | $29,836.50 | 7/25/18 | 959226 | 2/5/18 | $12,555.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983618 | $29,836.50 | 7/25/18 | 959225 | 2/5/18 | $1,296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985032 | $68.06 | 7/27/18 | 980784 | 5/11/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985032 | $68.06 | 7/27/18 | 8361AD071518AK4 | 7/13/18 | -$18.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985631 | $332.10 | 7/30/18 | 980070 | 4/30/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985631 | $332.10 | 7/30/18 | 981163 | 5/16/18 | $110.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985631 | $332.10 | 7/30/18 | 981162 | 5/16/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985631 | $332.10 | 7/30/18 | 981164 | 5/16/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986378 | $246.00 | 7/31/18 | 980783 | 5/11/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986378 | $246.00 | 7/31/18 | 981161 | 5/17/18 | $172.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987085 | $73.80 | 8/1/18 | 981227 | 5/17/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981222 | 5/17/18 | $135.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981223 | 5/17/18 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981230 | 5/17/18 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981221 | 5/17/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981218 | 5/17/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981224 | 5/17/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981226 | 5/17/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981219 | 5/17/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981228 | 5/17/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981868 | 5/23/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 981869 | 5/23/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 8361AD072218AK9 | 7/20/18 | -$9.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989065 | $946.86 | 8/8/18 | 8710K88446062 | 7/21/18 | -$3.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989828 | $147.60 | 8/9/18 | 981220 | 5/17/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989828 | $147.60 | 8/9/18 | 982774 | 5/24/18 | $73.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990576 | $86.10 | 8/10/18 | 981225 | 5/17/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991898 | $1.75 | 8/14/18 | 982772 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991898 | $1.75 | 8/14/18 | 8361AD072918AK7 | 7/27/18 | -$22.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991898 | $1.75 | 8/14/18 | 8361D006381309 | 7/27/18 | -$49.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993425 | $73.80 | 8/16/18 | 982775 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994264 | $332.10 | 8/17/18 | 982769 | 5/24/18 | $110.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994264 | $332.10 | 8/17/18 | 982770 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994264 | $332.10 | 8/17/18 | 982771 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994264 | $332.10 | 8/17/18 | 982773 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995616 | $123.82 | 8/20/18 | 982977 | 5/31/18 | $86.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995616 | $123.82 | 8/20/18 | 982979 | 5/31/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995616 | $123.82 | 8/20/18 | 8361AD080518AM0 | 8/3/18 | -$36.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997567 | $246.00 | 8/23/18 | 982978 | 5/31/18 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997567 | $246.00 | 8/23/18 | 982976 | 5/31/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997567 | $246.00 | 8/23/18 | 982975 | 6/4/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998966 | $64.78 | 8/29/18 | 982776 | 5/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998966 | $64.78 | 8/29/18 | 8361AD081218AJ0 | 8/10/18 | -$9.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000984 | $73.80 | 9/3/18 | 981229 | 5/17/18 | $73.80 |

Totals: 16 transfer(s), $32,765.94