Defendant:          **Action Time Inc.**

Bankruptcy Case     **Sears Holding Corporation, et al.**

Preference Period:  **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986384 | $15,452.00 | 7/23/18 | ODA326181976026 | 7/16/18 | $15,452.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989834 | $16,791.00 | 7/30/18 | ODA326182046026 | 7/23/18 | $16,791.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993432 | $13,407.00 | 8/6/18 | ODA326182116026 | 7/30/18 | $13,407.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997572 | $18,309.00 | 8/13/18 | ODA326182186026 | 8/6/18 | $18,309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000991 | $14,976.00 | 8/20/18 | ODA326182256026 | 8/13/18 | $14,976.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004438 | $14,852.00 | 8/27/18 | ODA326182326026 | 8/20/18 | $14,852.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007922 | $15,918.00 | 9/3/18 | ODA326182396026 | 8/27/18 | $15,918.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011935 | $18,375.00 | 9/10/18 | ODA326182466026 | 9/3/18 | $18,375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015419 | $13,749.00 | 9/17/18 | ODA326182536026 | 9/10/18 | $13,749.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018856 | $17,053.00 | 9/24/18 | ODA326182606026 | 9/17/18 | $17,053.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022347 | $14,801.00 | 10/1/18 | ODA326182676026 | 9/24/18 | $14,801.00 |

**Totals:**        **11 transfer(s),  $173,683.00**