| Defendant: | **Afero Inc.** |
| --- | --- |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981094 | $168,000.00 | 7/19/18 | 32 | 5/10/18 | $168,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991367 | $25,000.00 | 8/13/18 | 33 | 5/30/18 | $25,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002486 | $485,700.00 | 9/5/18 | 34 | 6/6/18 | $485,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009611 | $138,000.00 | 9/19/18 | 35 | 7/5/18 | $138,000.00 |

**Totals:**     **4 transfer(s),  $816,700.00**