| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **AHS Pharmstat LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74147 | 5/5/18 | $3,738.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74146 | 5/5/18 | $1,740.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74145 | 5/5/18 | $1,680.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74148 | 5/5/18 | $1,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74144 | 5/5/18 | $1,158.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981096 | $10,222.50 | 7/19/18 | 74149 | 5/5/18 | $500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74613 | 5/12/18 | $4,316.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74614 | 5/12/18 | $2,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74619 | 5/12/18 | $1,845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74616 | 5/12/18 | $879.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74615 | 5/12/18 | $777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74617 | 5/12/18 | $529.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984458 | $11,163.25 | 7/26/18 | 74618 | 5/12/18 | $296.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75090 | 5/19/18 | $3,439.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75094 | 5/19/18 | $2,236.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75092 | 5/19/18 | $1,374.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75093 | 5/19/18 | $888.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75091 | 5/19/18 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987853 | $9,085.05 | 8/2/18 | 75095 | 5/19/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75587 | 5/26/18 | $2,460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75580 | 5/26/18 | $2,172.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75581 | 5/26/18 | $1,184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75585 | 5/26/18 | $988.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75582 | 5/26/18 | $851.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75584 | 5/26/18 | $730.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75583 | 5/26/18 | $413.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991369 | $9,163.26 | 8/13/18 | 75586 | 5/26/18 | $364.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995637 | $4,611.00 | 8/20/18 | 76082 | 6/2/18 | $2,164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995637 | $4,611.00 | 8/20/18 | 76081 | 6/2/18 | $851.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995637 | $4,611.00 | 8/20/18 | 76079 | 6/2/18 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995637 | $4,611.00 | 8/20/18 | 76080 | 6/2/18 | $798.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998986 | $4,563.95 | 8/29/18 | 76568 | 6/9/18 | $2,141.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998986 | $4,563.95 | 8/29/18 | 76567 | 6/9/18 | $992.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998986 | $4,563.95 | 8/29/18 | 76566 | 6/9/18 | $851.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998986 | $4,563.95 | 8/29/18 | 76565 | 6/9/18 | $579.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002488 | $4,549.00 | 9/5/18 | 77075 | 6/16/18 | $2,201.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002488 | $4,549.00 | 9/5/18 | 77072 | 6/16/18 | $879.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002488 | $4,549.00 | 9/5/18 | 77073 | 6/16/18 | $851.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002488 | $4,549.00 | 9/5/18 | 77074 | 6/16/18 | $618.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005878 | $5,866.78 | 9/12/18 | 77563 | 6/23/18 | $2,816.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005878 | $5,866.78 | 9/12/18 | 77562 | 6/23/18 | $2,109.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005878 | $5,866.78 | 9/12/18 | 77561 | 6/23/18 | $941.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009614 | $5,311.50 | 9/19/18 | 78069 | 6/30/18 | $2,756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009614 | $5,311.50 | 9/19/18 | 78068 | 6/30/18 | $916.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009614 | $5,311.50 | 9/19/18 | 78067 | 6/30/18 | $879.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009614 | $5,311.50 | 9/19/18 | 78070 | 6/30/18 | $760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013451 | $4,001.00 | 9/26/18 | 78568 | 7/7/18 | $1,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013451 | $4,001.00 | 9/26/18 | 78567A | 7/7/18 | $1,258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013451 | $4,001.00 | 9/26/18 | 78566 | 7/7/18 | $777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013451 | $4,001.00 | 9/26/18 | 78569DM | 7/7/18 | $350.00 |

**Totals:** 10 transfer(s), **$68,537.29**