| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | | **Allure Home Creation Co. Inc.** | | | | | |
| Bankruptcy Case | | **Sears Holding Corporation, et al.** | | | | | |
| Preference Period: | | **Jul 17, 2018 - Oct 15, 2018** | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181193 | 4/27/18 | $8,542.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181198 | 4/27/18 | $817.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181194 | 4/27/18 | $776.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181196 | 4/27/18 | $271.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181213 | 5/4/18 | $49,415.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181218 | 5/4/18 | $23,904.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18023367 | 5/4/18 | $3,680.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181217 | 5/4/18 | $1,643.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18023370 | 5/4/18 | $1,543.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181220 | 5/4/18 | $483.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18023366 | 5/4/18 | $392.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181214 | 5/4/18 | $325.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18023369 | 5/4/18 | $157.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181221 | 5/4/18 | $75.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18023371 | 5/4/18 | $41.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181230 | 5/11/18 | $9,397.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181231 | 5/11/18 | $1,870.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | S181232 | 5/11/18 | $503.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18025549 | 5/11/18 | $501.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | A18025547 | 5/11/18 | $56.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | 8710K88473701 | 7/3/18 | -$19.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | 8710K88474916 | 7/6/18 | -$4.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981107 | $103,996.07 | 7/19/18 | 8361AD070818BO6 | 7/6/18 | -$380.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | A18014298 | 3/16/18 | $41.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | S181199 | 4/27/18 | $204.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | S181219 | 5/4/18 | $3,134.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | S181222 | 5/4/18 | $1,872.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | KM162373A | 7/10/18 | $18,768.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | 8361AD071518BJ6 | 7/13/18 | -$5.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | 8361AD071518BJ5 | 7/13/18 | -$388.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984475 | $23,581.86 | 7/26/18 | 8710K88437735 | 7/14/18 | -$47.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18025548 | 5/11/18 | $2,422.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181234 | 5/11/18 | $352.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181233 | 5/11/18 | $235.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18025902 | 5/14/18 | $3,336.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18025901 | 5/14/18 | $445.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18025897 | 5/14/18 | $190.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181242 | 5/17/18 | $18,753.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181248 | 5/17/18 | $674.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18026513 | 5/17/18 | $501.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18026514 | 5/17/18 | $334.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181245 | 5/17/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181247 | 5/17/18 | $30.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181244 | 5/17/18 | $30.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18027056 | 5/21/18 | $1,879.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18027055 | 5/21/18 | $287.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181256 | 5/24/18 | $15,638.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | A18027430 | 5/24/18 | $584.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181260 | 5/24/18 | $431.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181259 | 5/24/18 | $22.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181273 | 5/31/18 | $460.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | S181272 | 5/31/18 | $332.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | 8710K88477674 | 7/17/18 | -$12.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987868 | $46,460.94 | 8/2/18 | 8361AD072218BN7 | 7/20/18 | -$544.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | A18025898 | 5/14/18 | $392.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181243 | 5/17/18 | $19,060.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181246 | 5/17/18 | $2,966.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181255 | 5/24/18 | $35,207.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181257 | 5/24/18 | $519.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181258 | 5/24/18 | $52.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | S181276 | 5/31/18 | $2,949.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | A18028022 | 5/31/18 | $2,200.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | 8361AD072918BO4 | 7/27/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | 8361AD072918BO3 | 7/27/18 | -$423.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | MA18208715004 | 7/27/18 | -$1,911.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | MA18208715002 | 7/27/18 | -$3,151.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | MA18208714987 | 7/27/18 | -$23,972.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | MA18208714988 | 7/27/18 | -$30,313.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684172 | 7/29/18 | -$0.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684167 | 7/29/18 | -$0.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684173 | 7/29/18 | -$0.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684176 | 7/29/18 | -$1.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684163 | 7/29/18 | -$1.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684164 | 7/29/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684169 | 7/29/18 | -$11.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684166 | 7/29/18 | -$13.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684168 | 7/29/18 | -$16.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684171 | 7/29/18 | -$20.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684178 | 7/29/18 | -$24.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684174 | 7/29/18 | -$25.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684162 | 7/29/18 | -$33.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684170 | 7/29/18 | -$39.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684161 | 7/29/18 | -$42.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684165 | 7/29/18 | -$42.83 |

Allure Home Creation Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684177 | 7/29/18 | -$46.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991382 | $3,180.83 | 8/13/18 | VPFR991684175 | 7/29/18 | -$62.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | A18025900 | 5/14/18 | $392.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | A18027057 | 5/21/18 | $3,586.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | A18027054 | 5/21/18 | $1,427.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | S181270 | 5/31/18 | $13,022.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | S181275 | 5/31/18 | $873.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | A18028023 | 5/31/18 | $523.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | 8710K88491280 | 7/31/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | 8361AD080518BT2 | 8/3/18 | -$33.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995653 | $19,129.39 | 8/20/18 | 8361AD080518BT1 | 8/3/18 | -$657.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | A18025899 | 5/14/18 | $2,306.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181269 | 5/31/18 | $25,641.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181271 | 5/31/18 | $14,764.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | A18028021 | 5/31/18 | $3,786.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181274 | 5/31/18 | $2,400.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | A18028020 | 5/31/18 | $523.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181284 | 6/7/18 | $14,260.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181287 | 6/7/18 | $1,074.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181285 | 6/7/18 | $525.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181288 | 6/7/18 | $128.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181286 | 6/7/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | A18030452 | 6/8/18 | $469.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181297 | 6/15/18 | $12,721.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181301 | 6/15/18 | $702.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | S181302 | 6/15/18 | $133.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | 8710K88493204 | 8/7/18 | -$12.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998996 | $79,021.13 | 8/29/18 | 8361AD081218BH4 | 8/10/18 | -$481.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | A18017326 | 4/6/18 | $156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | S181283 | 6/7/18 | $23,401.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | S181296 | 6/15/18 | $24,434.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | 8710K88498607 | 8/14/18 | -$9.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | 8361AD081918A78 | 8/17/18 | -$5.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | 8710K88503125 | 8/17/18 | -$38.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002499 | $47,815.02 | 9/5/18 | 8361AD081918A77 | 8/17/18 | -$125.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | A18030453 | 6/8/18 | $4,643.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181299 | 6/15/18 | $557.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181298 | 6/15/18 | $351.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181300 | 6/15/18 | $102.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181309 | 6/22/18 | $8,595.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181311 | 6/22/18 | $256.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | S181312 | 6/22/18 | $109.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | 8710K88504595 | 8/21/18 | -$11.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | 8361AD082618BW3 | 8/24/18 | -$32.44 |

Allure Home Creation Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005893 | $13,840.44 | 9/12/18 | 8361AD082618BW2 | 8/24/18 | -$731.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | A18033690 | 6/29/18 | $416.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181325 | 6/29/18 | $294.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181324 | 6/29/18 | $273.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181323 | 6/29/18 | $164.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181326 | 6/29/18 | $88.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181322 | 6/29/18 | $87.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | A18033689 | 6/29/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | S181334 | 7/10/18 | $54,411.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | 8710K88515293 | 8/30/18 | -$10.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | 8361AD090218BP8 | 8/31/18 | -$11.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | 8361AD090218BP7 | 8/31/18 | -$481.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | 7705053240 | 9/1/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | VPJIT0326990139 | 9/2/18 | -$460.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | VPJIT0326990052 | 9/2/18 | -$496.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012696 | $54,314.35 | 9/25/18 | 8710K88519313 | 9/7/18 | -$9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013464 | $14,813.98 | 9/26/18 | S181308 | 6/22/18 | $15,132.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013464 | $14,813.98 | 9/26/18 | S181310 | 6/22/18 | $141.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013464 | $14,813.98 | 9/26/18 | 8361AD090918BL5 | 9/7/18 | -$449.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013464 | $14,813.98 | 9/26/18 | 7705053696 | 9/9/18 | -$10.98 |

Totals:    10 transfer(s),   $406,154.01