Defendant: **Alps Industries Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819661478 | 6/4/18 | $13,110.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819661784 | 6/5/18 | $20,684.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819807616 | 6/11/18 | $22,226.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819807973 | 6/11/18 | $15,735.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819809511 | 6/12/18 | $13,914.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | L-28129 | $92,480.97 | 8/17/18 | 201819808038 | 6/12/18 | $6,808.80 |

Totals:   1 transfer(s),  $92,480.97