Defendant: **Ambros Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979635 | $273.00 | 7/17/18 | 659005 | 6/11/18 | $273.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 15501030 | 6/4/18 | $1,995.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657862 | 6/4/18 | $731.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657860 | 6/4/18 | $555.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657863 | 6/4/18 | $545.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657858 | 6/4/18 | $235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657859 | 6/4/18 | $81.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 657861 | 6/4/18 | $27.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 658091 | 6/5/18 | $98.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 659172 | 6/12/18 | $3,932.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 659173 | 6/12/18 | $745.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980351 | $8,942.97 | 7/18/18 | 659172 | 6/12/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 15501031 | 6/6/18 | $784.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658333 | 6/6/18 | $733.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658336 | 6/6/18 | $583.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658335 | 6/6/18 | $394.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658332 | 6/6/18 | $370.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658331 | 6/6/18 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 658334 | 6/6/18 | $90.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 659620 | 6/15/18 | $8,898.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 659622 | 6/15/18 | $1,540.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 48731 | 7/6/18 | -$7.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 48730 | 7/6/18 | -$8.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981117 | $13,538.60 | 7/19/18 | 48732 | 7/6/18 | -$31.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981686 | $444.28 | 7/20/18 | 658544 | 6/7/18 | $491.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981686 | $444.28 | 7/20/18 | 658544 | 6/7/18 | -$47.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 15501032 | 6/8/18 | $3,271.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 658807 | 6/8/18 | $1,497.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 658806 | 6/8/18 | $794.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 658808 | 6/8/18 | $390.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 658811 | 6/8/18 | $341.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982284 | $6,624.78 | 7/23/18 | 658810 | 6/8/18 | $330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 15501033 | 6/11/18 | $2,162.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658990 | 6/11/18 | $449.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658988 | 6/11/18 | $363.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658992 | 6/11/18 | $275.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658987 | 6/11/18 | $188.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658991 | 6/11/18 | $54.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 658989 | 6/11/18 | $28.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 660325 | 6/19/18 | $834.85 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 660326 | 6/19/18 | $778.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 660325 | 6/19/18 | -$5.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 660754 | 6/21/18 | $1,839.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 660752 | 6/21/18 | $1,313.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 48733 | 7/10/18 | -$2.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983637 | $8,260.28 | 7/25/18 | 48734 | 7/10/18 | -$21.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 15501034 | 6/13/18 | $1,440.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659408 | 6/13/18 | $644.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659412 | 6/13/18 | $403.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659407 | 6/13/18 | $277.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659411 | 6/13/18 | $164.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659406 | 6/13/18 | $137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 659409 | 6/13/18 | $39.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 159273 | 7/12/18 | -$0.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 159274 | 7/12/18 | -$18.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 48737 | 7/13/18 | -$2.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 48739 | 7/13/18 | -$2.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 48735 | 7/13/18 | -$5.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984484 | $3,062.57 | 7/26/18 | 48738 | 7/13/18 | -$16.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 15501035 | 6/15/18 | $3,188.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659796 | 6/15/18 | $2,012.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659800 | 6/15/18 | $854.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659621 | 6/15/18 | $773.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659794 | 6/15/18 | $705.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659799 | 6/15/18 | $164.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659795 | 6/15/18 | $159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659798 | 6/15/18 | $70.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659797 | 6/15/18 | $27.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985645 | $7,885.99 | 7/30/18 | 659621 | 6/15/18 | -$69.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 15501036 | 6/18/18 | $2,057.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660077 | 6/18/18 | $701.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660081 | 6/18/18 | $465.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660079 | 6/18/18 | $343.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660076 | 6/18/18 | $137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660080 | 6/18/18 | $112.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660078 | 6/18/18 | $83.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660077 | 6/18/18 | -$28.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 660324 | 6/19/18 | $70.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 661348 | 6/26/18 | $1,380.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 661346 | 6/26/18 | $559.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 661346 | 6/26/18 | -$5.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 661836 | 6/28/18 | $2,102.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987098 | $8,683.39 | 8/1/18 | 661838 | 6/28/18 | $704.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 15501037 | 6/20/18 | $1,519.42 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 660551 | 6/20/18 | $490.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 660550 | 6/20/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 660549 | 6/20/18 | $110.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 660548 | 6/20/18 | $94.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987878 | $2,536.74 | 8/2/18 | 48741 | 7/20/18 | -$23.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988452 | $351.80 | 8/7/18 | 660753 | 6/21/18 | $374.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988452 | $351.80 | 8/7/18 | 660753 | 6/21/18 | -$23.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 15501038 | 6/22/18 | $2,670.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660951 | 6/22/18 | $2,129.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660948 | 6/22/18 | $1,101.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660954 | 6/22/18 | $342.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660949 | 6/22/18 | $235.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660953 | 6/22/18 | $117.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660952 | 6/22/18 | $70.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989086 | $6,721.82 | 8/8/18 | 660950 | 6/22/18 | $54.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 15501039 | 6/25/18 | $1,506.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661186 | 6/25/18 | $408.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661184 | 6/25/18 | $372.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661187 | 6/25/18 | $117.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661182 | 6/25/18 | $113.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661185 | 6/25/18 | $112.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661183 | 6/25/18 | $93.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661347 | 6/26/18 | $210.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 661347 | 6/26/18 | -$16.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 662519 | 7/3/18 | $1,683.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 662521 | 7/3/18 | $396.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 662277 | 7/5/18 | $3,674.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 662932 | 7/5/18 | $2,908.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990591 | $12,755.68 | 8/10/18 | 662930 | 7/5/18 | $1,174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 15501041 | 6/28/18 | $1,453.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661837 | 6/28/18 | $635.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661623 | 6/28/18 | $226.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661624 | 6/28/18 | $175.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661630 | 6/28/18 | $137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661625 | 6/28/18 | $116.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 661837 | 6/28/18 | -$52.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 158278 | 7/26/18 | -$11.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 48746 | 7/27/18 | -$5.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 48745 | 7/27/18 | -$5.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991913 | $2,650.13 | 8/14/18 | 48747 | 7/27/18 | -$20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 15501042 | 6/29/18 | $2,574.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662136 | 6/29/18 | $1,269.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662137 | 6/29/18 | $1,267.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662140 | 6/29/18 | $780.53 |

Ambros Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662135 | 6/29/18 | $164.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662139 | 6/29/18 | $140.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 662138 | 6/29/18 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 158279 | 7/30/18 | -$19.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992628 | $5,536.79 | 8/15/18 | 48748 | 7/30/18 | -$682.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662305 | 7/2/18 | $1,029.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662282 | 7/2/18 | $515.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662279 | 7/2/18 | $213.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662281 | 7/2/18 | $166.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662278 | 7/2/18 | $161.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662280 | 7/2/18 | $92.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662305 | 7/2/18 | -$5.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 662520 | 7/3/18 | $112.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 663577 | 7/10/18 | $6,690.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 663602 | 7/10/18 | $2,135.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 663991 | 7/12/18 | $1,171.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 663990 | 7/12/18 | $1,002.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994294 | $13,269.51 | 8/17/18 | 663990 | 7/12/18 | -$17.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 662742 | 7/4/18 | $1,147.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 15501043 | 7/4/18 | $1,021.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 662743 | 7/4/18 | $389.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 662746 | 7/4/18 | $278.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 662744 | 7/4/18 | $104.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995666 | $3,022.15 | 8/20/18 | 662745 | 7/4/18 | $81.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996217 | $765.00 | 8/21/18 | 662867 | 7/5/18 | $765.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 15501044 | 7/6/18 | $2,465.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663178 | 7/6/18 | $1,912.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663180 | 7/6/18 | $1,099.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663179 | 7/6/18 | $1,021.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 662929 | 7/6/18 | $549.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663184 | 7/6/18 | $409.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663183 | 7/6/18 | $156.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663181 | 7/6/18 | $40.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 663182 | 7/6/18 | $19.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 662929 | 7/6/18 | -$46.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996852 | $7,529.18 | 8/22/18 | 48750 | 8/6/18 | -$99.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 15501045 | 7/9/18 | $1,705.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663351 | 7/9/18 | $462.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663354 | 7/9/18 | $317.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663368 | 7/9/18 | $306.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663350 | 7/9/18 | $289.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663353 | 7/9/18 | $213.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663352 | 7/9/18 | $27.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663579 | 7/10/18 | $480.48 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663576 | 7/10/18 | $83.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 663576 | 7/10/18 | -$7.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 664614 | 7/17/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 664612 | 7/17/18 | $796.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 664612 | 7/17/18 | -$17.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 665105 | 7/19/18 | $5,221.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 665108 | 7/19/18 | $2,811.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998222 | $15,673.19 | 8/28/18 | 665106 | 7/19/18 | $1,735.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 15501046 | 7/11/18 | $1,286.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663794 | 7/11/18 | $633.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663790 | 7/11/18 | $337.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663788 | 7/11/18 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663791 | 7/11/18 | $155.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663792 | 7/11/18 | $113.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663789 | 7/11/18 | $73.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 663793 | 7/11/18 | $19.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 48404 | 8/10/18 | -$5.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 48405 | 8/10/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 48401 | 8/10/18 | -$10.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 48402 | 8/10/18 | -$17.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999006 | $2,810.97 | 8/29/18 | 48403 | 8/10/18 | -$20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999532 | $358.74 | 8/30/18 | 663992 | 7/12/18 | $394.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999532 | $358.74 | 8/30/18 | 663992 | 7/12/18 | -$35.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 15501047 | 7/13/18 | $2,655.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 664258 | 7/13/18 | $2,332.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 664256 | 7/13/18 | $1,093.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 664254 | 7/13/18 | $884.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 664255 | 7/13/18 | $177.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000192 | $7,156.38 | 8/31/18 | 664257 | 7/13/18 | $13.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 15501048 | 7/16/18 | $1,156.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664421 | 7/16/18 | $702.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664419 | 7/16/18 | $332.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664425 | 7/16/18 | $316.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664423 | 7/16/18 | $110.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664422 | 7/16/18 | $69.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664424 | 7/16/18 | $34.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664613 | 7/17/18 | $232.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 664613 | 7/17/18 | -$21.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 665524 | 7/24/18 | $562.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 665524 | 7/24/18 | -$11.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 665784 | 7/25/18 | $540.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 666059 | 7/26/18 | $1,920.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 666061 | 7/26/18 | $976.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001673 | $6,887.58 | 9/4/18 | 158280 | 8/14/18 | -$32.94 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664874 | 7/18/18 | $1,047.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 15501049 | 7/18/18 | $595.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664873 | 7/18/18 | $347.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664810 | 7/18/18 | $154.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664877 | 7/18/18 | $126.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664875 | 7/18/18 | $118.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 664876 | 7/18/18 | $112.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 48409 | 8/17/18 | -$5.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002508 | $2,485.86 | 9/5/18 | 48408 | 8/17/18 | -$10.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003065 | $330.52 | 9/6/18 | 665107 | 7/19/18 | $357.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003065 | $330.52 | 9/6/18 | 665107 | 7/19/18 | -$26.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 15501050 | 7/20/18 | $1,287.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 665364 | 7/20/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 665366 | 7/20/18 | $898.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 665363 | 7/20/18 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 665365 | 7/20/18 | $151.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003671 | $4,164.23 | 9/7/18 | 665366 | 7/20/18 | -$13.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 15501051 | 7/24/18 | $1,818.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665591 | 7/24/18 | $706.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665594 | 7/24/18 | $592.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665592 | 7/24/18 | $223.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665523 | 7/24/18 | $191.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665593 | 7/24/18 | $19.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 665523 | 7/24/18 | -$19.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 666588 | 7/31/18 | $2,190.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 666586 | 7/31/18 | $1,013.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 667125 | 8/2/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005118 | $10,447.52 | 9/11/18 | 667123 | 8/2/18 | $1,211.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006450 | $208.72 | 9/13/18 | 666060 | 7/26/18 | $402.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006450 | $208.72 | 9/13/18 | 666060 | 7/26/18 | -$36.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006450 | $208.72 | 9/13/18 | 48411 | 8/24/18 | -$1.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006450 | $208.72 | 9/13/18 | 48410 | 8/24/18 | -$155.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 15501052 | 7/27/18 | $2,284.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 666347 | 7/27/18 | $1,007.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 666349 | 7/27/18 | $865.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 666345 | 7/27/18 | $481.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 666348 | 7/27/18 | $349.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007122 | $5,090.64 | 9/14/18 | 666346 | 7/27/18 | $102.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 15501053 | 7/30/18 | $2,265.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666506 | 7/30/18 | $743.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666503 | 7/30/18 | $676.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666504 | 7/30/18 | $513.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666505 | 7/30/18 | $157.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666587 | 7/31/18 | $536.75 |

Ambros Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 666587 | 7/31/18 | -$57.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 667760 | 8/7/18 | $1,231.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 668175 | 8/9/18 | $2,733.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008685 | $11,148.31 | 9/18/18 | 668173 | 8/9/18 | $2,348.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 15501054 | 8/1/18 | $1,529.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666933 | 8/1/18 | $802.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666927 | 8/1/18 | $617.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666928 | 8/1/18 | $505.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666929 | 8/1/18 | $352.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666932 | 8/1/18 | $110.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 666930 | 8/1/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009657 | $3,943.79 | 9/19/18 | 158281 | 8/30/18 | -$34.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010708 | $473.13 | 9/20/18 | 667124 | 8/2/18 | $528.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010708 | $473.13 | 9/20/18 | 667124 | 8/2/18 | -$55.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 15501055 | 8/3/18 | $2,577.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667393 | 8/3/18 | $1,151.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667395 | 8/3/18 | $1,056.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667396 | 8/3/18 | $395.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667397 | 8/3/18 | $359.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667394 | 8/3/18 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011362 | $5,777.61 | 9/21/18 | 667398 | 8/3/18 | $73.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 667543 | 8/6/18 | $1,022.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 667540 | 8/6/18 | $917.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 15501056 | 8/6/18 | $756.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 667539 | 8/6/18 | $624.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 667542 | 8/6/18 | $345.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 667541 | 8/6/18 | $144.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 668739 | 8/14/18 | $1,259.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 668732 | 8/14/18 | $952.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 669275 | 8/16/18 | $2,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012698 | $10,873.64 | 9/25/18 | 669202 | 8/16/18 | $2,235.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 15501057 | 8/8/18 | $2,258.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 667977 | 8/8/18 | $717.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 667976 | 8/8/18 | $442.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 667978 | 8/8/18 | $427.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 667979 | 8/8/18 | $36.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 159479 | 9/6/18 | -$36.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 48416 | 9/7/18 | -$2.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 48415 | 9/7/18 | -$7.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013473 | $3,766.32 | 9/26/18 | 48414 | 9/7/18 | -$68.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014044 | $378.88 | 9/27/18 | 668174 | 8/9/18 | $409.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014044 | $378.88 | 9/27/18 | 668174 | 8/9/18 | -$30.72 |

Totals:    37 transfer(s),   $204,830.69

Ambros Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020