| | | |
|---|---|---|
| Defendant: | **Apmex, Inc., Dba Apmex** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90235 | $589.78 | 7/18/18 | 000007NOMV | 7/5/18 | $309.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90235 | $589.78 | 7/18/18 | 000007NR9L | 7/5/18 | $152.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90235 | $589.78 | 7/18/18 | 000007NR9K | 7/5/18 | $128.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91168 | $477.54 | 7/19/18 | 000007NUYV | 7/6/18 | $441.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91168 | $477.54 | 7/19/18 | 000007NUYW | 7/6/18 | $35.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0XB | 7/9/18 | $8,011.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0JC | 7/9/18 | $2,629.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0JD | 7/9/18 | $309.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0JA | 7/9/18 | $209.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0JB | 7/9/18 | $168.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O0JE | 7/9/18 | $128.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92514 | $12,719.73 | 7/23/18 | 000007O4W5 | 7/10/18 | $1,261.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 000007O6ZX | 7/11/18 | $1,326.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 000007O6ZV | 7/11/18 | $1,325.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 000007O6ZW | 7/11/18 | $1,074.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 000007O73D | 7/11/18 | $309.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 0000591809 | 7/19/18 | -$309.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93767 | $2,210.79 | 7/24/18 | 0000592252 | 7/20/18 | -$1,517.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95297 | $1,320.12 | 7/26/18 | 000007ODAJ | 7/13/18 | $563.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95297 | $1,320.12 | 7/26/18 | 000007ODAL | 7/13/18 | $419.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95297 | $1,320.12 | 7/26/18 | 000007ODAK | 7/13/18 | $209.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95297 | $1,320.12 | 7/26/18 | 000007OEJJ | 7/13/18 | $126.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OJRH | 7/16/18 | $7,982.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OJRI | 7/16/18 | $1,263.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OKVD | 7/16/18 | $436.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OJRJ | 7/16/18 | $88.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OHOT | 7/16/18 | $88.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96607 | $9,891.48 | 7/30/18 | 000007OOBU | 7/17/18 | $30.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97810 | $298.89 | 7/31/18 | 000007OQ9E | 7/18/18 | $234.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97810 | $298.89 | 7/31/18 | 000007OS7W | 7/18/18 | $63.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99242 | $3,572.91 | 8/2/18 | 000007OWW6 | 7/20/18 | $1,598.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99242 | $3,572.91 | 8/2/18 | 000007OYG0 | 7/20/18 | $1,272.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99242 | $3,572.91 | 8/2/18 | 000007OWW5 | 7/20/18 | $536.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99242 | $3,572.91 | 8/2/18 | 000007OXBD | 7/20/18 | $166.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00531 | $7,492.08 | 8/6/18 | 000007P1TA | 7/23/18 | $2,544.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00531 | $7,492.08 | 8/6/18 | 000007P394 | 7/23/18 | $351.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00531 | $7,492.08 | 8/6/18 | 000007P3UV | 7/23/18 | $29.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00531 | $7,492.08 | 8/6/18 | 000007P6AV | 7/24/18 | $4,139.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00531 | $7,492.08 | 8/6/18 | 000007P713 | 7/24/18 | $426.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01720 | $6,749.26 | 8/7/18 | 000007PA55 | 7/25/18 | $4,124.52 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01720 | $6,749.26 | 8/7/18 | 000007P9QR | 7/25/18 | $2,569.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01720 | $6,749.26 | 8/7/18 | 000007PA86 | 7/25/18 | $54.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02363 | $6,274.67 | 8/8/18 | 000007PCRO | 7/26/18 | $6,225.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02363 | $6,274.67 | 8/8/18 | 000007PCHF | 7/26/18 | $49.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03112 | $3,967.13 | 8/9/18 | 000007PFG3 | 7/27/18 | $3,939.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03112 | $3,967.13 | 8/9/18 | 000007PEXP | 7/27/18 | $27.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJJJ | 7/30/18 | $1,299.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJXH | 7/30/18 | $903.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJXJ | 7/30/18 | $145.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJXI | 7/30/18 | $145.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJXK | 7/30/18 | $107.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJJM | 7/30/18 | $102.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJJL | 7/30/18 | $98.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PL3T | 7/30/18 | $97.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJJK | 7/30/18 | $60.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PJJI | 7/30/18 | $55.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PNQK | 7/31/18 | $101.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PP97 | 7/31/18 | $66.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PP98 | 7/31/18 | $45.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04378 | $3,276.31 | 8/13/18 | 000007PP99 | 7/31/18 | $44.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0K | 8/1/18 | $1,776.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0O | 8/1/18 | $1,311.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0L | 8/1/18 | $1,265.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0P | 8/1/18 | $146.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0N | 8/1/18 | $145.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0Q | 8/1/18 | $139.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PRHH | 8/1/18 | $89.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05583 | $4,899.76 | 8/14/18 | 000007PR0M | 8/1/18 | $24.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06230 | $227.96 | 8/15/18 | 000007PU69 | 8/2/18 | $116.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06230 | $227.96 | 8/15/18 | 000007PUN5 | 8/2/18 | $111.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07084 | $37.51 | 8/16/18 | 000007PY4A | 8/3/18 | $120.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07084 | $37.51 | 8/16/18 | 000007PY49 | 8/3/18 | $97.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07084 | $37.51 | 8/16/18 | 000007PY4B | 8/3/18 | $29.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07084 | $37.51 | 8/16/18 | 0000599383 | 8/13/18 | -$210.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q47S | 8/6/18 | $174.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q47V | 8/6/18 | $115.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q47T | 8/6/18 | $101.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q47U | 8/6/18 | $97.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q47R | 8/6/18 | $50.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q893 | 8/7/18 | $146.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08381 | $732.15 | 8/20/18 | 000007Q82M | 8/7/18 | $45.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09592 | $150.59 | 8/21/18 | 000007QBE2 | 8/8/18 | $150.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10272 | $969.07 | 8/22/18 | 000007QDTB | 8/9/18 | $698.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10272 | $969.07 | 8/22/18 | 000007QEC1 | 8/9/18 | $150.59 |

Apmex, Inc., Dba Apmex

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020 — Exhibit A — P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10272 | $969.07 | 8/22/18 | 000007QDF0 | 8/9/18 | $119.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QMSJ | 8/13/18 | $242.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QMZG | 8/13/18 | $143.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QMZH | 8/13/18 | $143.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QMZI | 8/13/18 | $143.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QMSK | 8/13/18 | $100.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12410 | $1,052.92 | 8/27/18 | 000007QQG5 | 8/14/18 | $278.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13630 | $2,294.37 | 8/28/18 | 000007QV1Q | 8/15/18 | $1,116.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13630 | $2,294.37 | 8/28/18 | 000007QV1R | 8/15/18 | $648.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13630 | $2,294.37 | 8/28/18 | 000007QV1P | 8/15/18 | $528.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14352 | $94.99 | 8/29/18 | 000007QY4G | 8/16/18 | $94.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15131 | $97.54 | 8/30/18 | 000007R177 | 8/17/18 | $97.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16359 | $582.17 | 9/4/18 | 000007R63C | 8/20/18 | $478.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16359 | $582.17 | 9/4/18 | 000007R4Q1 | 8/20/18 | $45.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16359 | $582.17 | 9/4/18 | 000007R63B | 8/20/18 | $32.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16359 | $582.17 | 9/4/18 | 000007RAN8 | 8/21/18 | $25.61 |

**Totals:** 24 transfer(s), $69,979.72