Defendant: **Arca Industrial (NJ) Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1534 | $17,587.04 | 8/3/18 | 201818574144 | 5/9/18 | $17,587.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1535 | $17,254.13 | 9/12/18 | 201819430839 | 6/14/18 | $17,254.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-1536 | $13,338.89 | 10/2/18 | 201820114279 | 7/12/18 | $13,338.89 |

Totals:   3 transfer(s),   $48,180.06