**Defendant:** Aspen Refrigerants Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980368 | $15,615.34 | 7/18/18 | 133403965 | 5/4/18 | $9,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980368 | $15,615.34 | 7/18/18 | 133403966 | 5/4/18 | $4,702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980368 | $15,615.34 | 7/18/18 | 133403970 | 5/4/18 | $754.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980368 | $15,615.34 | 7/18/18 | 133403969 | 5/4/18 | $754.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981700 | $11,558.10 | 7/20/18 | 133404288 | 5/8/18 | $11,558.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404475 | 5/9/18 | $5,054.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404474 | 5/9/18 | $4,449.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404476 | 5/9/18 | $1,263.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404479 | 5/9/18 | $1,250.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404419 | 5/9/18 | $903.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404478 | 5/9/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982298 | $14,421.29 | 7/23/18 | 133404477 | 5/9/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982985 | $15,126.98 | 7/24/18 | 133404815 | 5/10/18 | $7,476.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982985 | $15,126.98 | 7/24/18 | 133403815 | 5/10/18 | $3,388.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982985 | $15,126.98 | 7/24/18 | 133403817 | 5/10/18 | $2,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982985 | $15,126.98 | 7/24/18 | 133403816 | 5/10/18 | $1,325.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982985 | $15,126.98 | 7/24/18 | 133404205 | 5/10/18 | $677.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983653 | $2,515.57 | 7/25/18 | 133404817 | 5/11/18 | $2,515.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984536 | $1,508.29 | 7/26/18 | 133405039 | 5/14/18 | $758.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984536 | $1,508.29 | 7/26/18 | 133405040 | 5/14/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985664 | $4,573.66 | 7/30/18 | 133405361 | 5/16/18 | $2,276.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985664 | $4,573.66 | 7/30/18 | 133405359 | 5/16/18 | $1,540.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985664 | $4,573.66 | 7/30/18 | 133405360 | 5/16/18 | $756.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986408 | $657.25 | 7/31/18 | 133405705 | 5/17/18 | $657.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987114 | $12,533.77 | 8/1/18 | 133405706 | 5/18/18 | $12,533.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405991 | 5/21/18 | $3,808.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405988 | 5/21/18 | $3,738.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133404688 | 5/21/18 | $2,710.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405990 | 5/21/18 | $2,556.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405583 | 5/21/18 | $2,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405989 | 5/21/18 | $1,495.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133405263 | 5/21/18 | $1,129.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987927 | $18,119.96 | 8/2/18 | 133404979 | 5/21/18 | $422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990611 | $4,490.65 | 8/10/18 | 133406639 | 5/25/18 | $2,990.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990611 | $4,490.65 | 8/10/18 | 133406638 | 5/25/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990611 | $4,490.65 | 8/10/18 | 133406637 | 5/25/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992641 | $12,544.05 | 8/15/18 | 133406986 | 5/30/18 | $6,266.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992641 | $12,544.05 | 8/15/18 | 133406987 | 5/30/18 | $5,031.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992641 | $12,544.05 | 8/15/18 | 133406985 | 5/30/18 | $1,246.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993463 | $1,500.18 | 8/16/18 | 133407464 | 5/31/18 | $750.09 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993463 | $1,500.18 | 8/16/18 | 133407463 | 5/31/18 | $750.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002559 | $7,546.71 | 9/5/18 | 133403968 | 5/4/18 | $7,546.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500536 | 6/22/18 | $4,518.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133407296 | 6/22/18 | $3,388.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500772 | 6/22/18 | $3,388.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500346 | 6/22/18 | $3,138.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500317 | 6/22/18 | $2,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133406507 | 6/22/18 | $2,259.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500877 | 6/22/18 | $1,807.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133500769 | 6/22/18 | $1,670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133407295 | 6/22/18 | $1,355.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133406506 | 6/22/18 | $903.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005134 | $25,591.80 | 9/11/18 | 133406166 | 6/22/18 | $903.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133406636 | 5/25/18 | $3,018.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133501168 | 6/19/18 | $1,269.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133501322 | 6/19/18 | $1,257.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133501625 | 6/19/18 | $762.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133501307 | 6/19/18 | $756.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502052 | 6/21/18 | $6,303.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133501865 | 6/21/18 | $1,246.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502015 | 6/21/18 | $1,246.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502286 | 6/26/18 | $5,101.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502380 | 6/26/18 | $4,528.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502246 | 6/26/18 | $1,257.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007138 | $27,502.92 | 9/14/18 | 133502326 | 6/26/18 | $754.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133503209 | 6/28/18 | $24,920.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133502867 | 6/28/18 | $3,738.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133502748 | 6/28/18 | $1,752.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133502725 | 6/28/18 | $1,506.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133503053 | 6/28/18 | $1,257.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007941 | $34,433.63 | 9/17/18 | 133502802 | 6/28/18 | $1,257.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011954 | $7,912.29 | 9/24/18 | 133503543 | 7/5/18 | $5,148.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011954 | $7,912.29 | 9/24/18 | 133503945 | 7/5/18 | $2,012.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011954 | $7,912.29 | 9/24/18 | 133503707 | 7/5/18 | $751.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013516 | $9,974.60 | 9/26/18 | 133502035 | 7/9/18 | $5,231.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013516 | $9,974.60 | 9/26/18 | 133501898 | 7/9/18 | $3,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013516 | $9,974.60 | 9/26/18 | 133502372 | 7/9/18 | $903.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013516 | $9,974.60 | 9/26/18 | 133503096 | 7/9/18 | $422.00 |

Totals:    19 transfer(s),    $228,127.04

Aspen Refrigerants Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                    Exhibit A                                    P. 2