| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **ATC Group Services LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991935 | $5,432.77 | 8/14/18 | 2100343R1 | 5/29/18 | $5,432.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996869 | $3,025.38 | 8/22/18 | 2104869 | 6/6/18 | $3,025.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000212 | $102,904.70 | 8/31/18 | 2105964 | 6/13/18 | $102,904.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007144 | $18,753.89 | 9/14/18 | 2109978 | 6/27/18 | $13,240.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007144 | $18,753.89 | 9/14/18 | 2109986 | 6/27/18 | $5,513.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011960 | $4,537.90 | 9/24/18 | 2111744 | 7/5/18 | $4,537.90 |

Totals:    5 transfer(s),  $134,654.64