| | |
|---|---|
| Defendant: | **Awesome Products Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981178 | $5,907.68 | 7/19/18 | 187056 | 5/2/18 | $1,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981178 | $5,907.68 | 7/19/18 | 187543 | 5/10/18 | $2,236.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981178 | $5,907.68 | 7/19/18 | VPLB990101570 | 6/26/18 | $2,940.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981178 | $5,907.68 | 7/19/18 | 8361AD070818BP9 | 7/6/18 | -$16.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981178 | $5,907.68 | 7/19/18 | MA18188708187 | 7/7/18 | -$309.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187542 | 5/10/18 | $1,524.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187540 | 5/10/18 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187541 | 5/10/18 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187618 | 5/11/18 | $4,620.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187678 | 5/14/18 | $3,076.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187765 | 5/15/18 | $4,758.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187766 | 5/15/18 | $3,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 187950 | 5/17/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 8361AD071518BK8 | 7/13/18 | -$8.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984546 | $19,117.44 | 7/26/18 | 8361D006371785 | 7/13/18 | -$30.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987944 | $10,027.32 | 8/2/18 | 188197 | 5/22/18 | $10,038.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987944 | $10,027.32 | 8/2/18 | 8361AD072218BP0 | 7/20/18 | -$11.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | 188198 | 5/22/18 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | 188399 | 5/24/18 | $828.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | 188617 | 5/29/18 | $12,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | 8361S000943 | 7/18/18 | -$0.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | 8361AD072918BQ0 | 7/27/18 | -$22.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991452 | $13,598.04 | 8/13/18 | VPOT991484827 | 7/29/18 | -$18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995738 | $2,986.60 | 8/20/18 | 187455 | 5/9/18 | $1,656.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995738 | $2,986.60 | 8/20/18 | 188029 | 5/18/18 | $996.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995738 | $2,986.60 | 8/20/18 | 189037 | 6/4/18 | $528.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995738 | $2,986.60 | 8/20/18 | 8361AD080518BU7 | 8/3/18 | -$17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995738 | $2,986.60 | 8/20/18 | MA18216708187 | 8/4/18 | -$176.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999061 | $3,810.00 | 8/29/18 | 189723 | 6/13/18 | $3,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999061 | $3,810.00 | 8/29/18 | 8361AD081218BI3 | 8/10/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189540 | 6/11/18 | $1,056.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189821 | 6/14/18 | $3,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189910 | 6/15/18 | $11,534.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189930 | 6/15/18 | $5,517.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189999 | 6/18/18 | $9,360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 189998 | 6/18/18 | $9,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 190000 | 6/18/18 | $3,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 190001 | 6/18/18 | $3,822.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 190077 | 6/19/18 | $6,670.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 190165 | 6/20/18 | $8,064.00 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002571 | $62,712.56 | 9/5/18 | 8361AD081918A86 | 8/17/18 | -$3.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190349 | 6/22/18 | $3,432.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190436 | 6/25/18 | $7,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190435 | 6/25/18 | $5,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190511 | 6/26/18 | $5,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190508 | 6/26/18 | $3,808.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190507 | 6/26/18 | $2,824.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 190510 | 6/26/18 | $2,112.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 8361S000961 | 8/20/18 | -$2.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005958 | $31,166.42 | 9/12/18 | 8361AD082618BX6 | 8/24/18 | -$40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 190509 | 6/26/18 | $264.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 190759 | 6/29/18 | $17,266.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 190760 | 6/29/18 | $10,101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 190843 | 7/2/18 | $8,805.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 190936 | 7/3/18 | $3,496.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009729 | $39,922.86 | 9/19/18 | 8361AD090218BR3 | 8/31/18 | -$10.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013534 | $5,824.56 | 9/26/18 | 191138 | 7/6/18 | $1,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013534 | $5,824.56 | 9/26/18 | 191137 | 7/6/18 | $1,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013534 | $5,824.56 | 9/26/18 | 191504 | 7/11/18 | $2,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013534 | $5,824.56 | 9/26/18 | VPASN993120366 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013534 | $5,824.56 | 9/26/18 | 8361AD090918BM7 | 9/7/18 | -$7.44 |

Totals:    10 transfer(s),  $195,073.48