| Defendant: | Bioworld Merchandising Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88433293 | 7/3/18 | -$54.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88474506 | 7/4/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 1537095 | 7/5/18 | $14,244.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88475514 | 7/6/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | MA18188608750 | 7/7/18 | -$441.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88479386 | 7/13/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88480395 | 7/13/18 | -$15.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8361AD071518BA8 | 7/13/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986423 | $13,677.97 | 7/31/18 | 8710K88440772 | 7/14/18 | -$19.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988486 | $16,096.15 | 8/7/18 | 1532567 | 7/2/18 | $16,127.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988486 | $16,096.15 | 8/7/18 | 8361AD072218BD9 | 7/20/18 | -$31.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989117 | $29,771.38 | 8/8/18 | 1532566 | 7/2/18 | $12,431.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989117 | $29,771.38 | 8/8/18 | 1532837 | 7/3/18 | $17,339.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM1607332IN957 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM1636463IN962 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM3127856IN688 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM3135777IN690 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM3136972IN899 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM9746485IN957 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | ITM6178597IN959 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | 1535506 | 7/11/18 | $6,468.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | 1538162 | 7/18/18 | $15,338.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | 8361AD072918BE7 | 7/27/18 | -$14.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994352 | $20,160.46 | 8/17/18 | 8710K88450819 | 8/3/18 | -$232.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996888 | $20,649.21 | 8/22/18 | 1538163 | 7/18/18 | $21,033.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996888 | $20,649.21 | 8/22/18 | 8361AD080518BJ0 | 8/3/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996888 | $20,649.21 | 8/22/18 | MA18216608750 | 8/4/18 | -$373.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997604 | $31,515.30 | 8/23/18 | 1538161 | 7/18/18 | $21,563.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997604 | $31,515.30 | 8/23/18 | 1538695 | 7/19/18 | $9,952.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999563 | $7,720.52 | 8/30/18 | 1542696 | 7/20/18 | $7,756.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999563 | $7,720.52 | 8/30/18 | 8361AD081218A96 | 8/10/18 | -$36.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004476 | $22,041.22 | 9/10/18 | 1542702 | 7/27/18 | $22,059.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004476 | $22,041.22 | 9/10/18 | 8710K88505058 | 8/16/18 | -$4.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004476 | $22,041.22 | 9/10/18 | 8361AD081918A16 | 8/17/18 | -$9.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004476 | $22,041.22 | 9/10/18 | 8710K88510105 | 8/18/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005151 | $53,787.02 | 9/11/18 | 1546032 | 8/9/18 | $18,129.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005151 | $53,787.02 | 9/11/18 | 1546034 | 8/9/18 | $14,360.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005151 | $53,787.02 | 9/11/18 | 1546033 | 8/9/18 | $11,491.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005151 | $53,787.02 | 9/11/18 | 1546035 | 8/9/18 | $9,805.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007158 | $6,400.65 | 9/14/18 | 1548779 | 8/14/18 | $6,431.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007158 | $6,400.65 | 9/14/18 | 8361AD082618BL3 | 8/24/18 | -$31.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014071 | $8,395.41 | 9/27/18 | 1548755 | 8/10/18 | $8,830.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014071 | $8,395.41 | 9/27/18 | 8361D006406897 | 8/28/18 | -$6.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014071 | $8,395.41 | 9/27/18 | 8361AD090218BG8 | 8/31/18 | -$22.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014071 | $8,395.41 | 9/27/18 | MA18244608750 | 9/1/18 | -$400.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014071 | $8,395.41 | 9/27/18 | 8710K88522734 | 9/8/18 | -$4.95 |

Totals:    11 transfer(s),  $230,215.29

Bioworld Merchandising Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A