Defendant: **BMS Tenant Services LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982320 | $24,698.95 | 7/23/18 | 750444 | 6/1/18 | $12,573.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982320 | $24,698.95 | 7/23/18 | 751543 | 6/19/18 | $12,125.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995811 | $418.52 | 8/20/18 | 750438 | 6/4/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997609 | $12,125.19 | 8/23/18 | 754089 | 7/12/18 | $12,125.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999128 | $418.52 | 8/29/18 | 750439 | 6/11/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999569 | $1,662.78 | 8/30/18 | 754724 | 8/1/18 | $1,662.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001028 | $2,092.60 | 9/3/18 | 1629/3477 | 6/14/18 | $1,674.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001028 | $2,092.60 | 9/3/18 | 750875 | 6/14/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006020 | $1,255.56 | 9/12/18 | 751170 | 6/25/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006020 | $1,255.56 | 9/12/18 | 751169 | 6/25/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006020 | $1,255.56 | 9/12/18 | 748507 | 6/25/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009804 | $418.52 | 9/19/18 | 753164 | 7/2/18 | $418.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012729 | $12,481.26 | 9/25/18 | 758156 | 8/23/18 | $12,481.26 |

Totals:    **9 transfer(s),  $55,571.90**