Defendant: **Bonnier Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/4/2018 | $392,393.03 | 9/4/18 | 2nd Q R 18:5/1/18-7/31/18 | 7/31/18 | $392,393.03 |

Totals: 1 transfer(s), $392,393.03