| | | |
|---|---|---|
| Defendant: | **Brennan Jewelry Inc., Dba Brennan Jewelry** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985694 | $139.83 | 7/20/18 | 17600518 | 5/31/18 | $139.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | 17001017 | 10/31/17 | $143.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | 17001117 | 11/30/17 | $74.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | 17001217 | 12/31/17 | $128.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | 17000218 | 2/28/18 | $149.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | 17000518 | 5/31/18 | $159.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986431 | $13,372.65 | 7/23/18 | ORA026181976026 | 7/16/18 | $12,716.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988493 | $138.16 | 7/26/18 | 17000516 | 5/31/16 | $89.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988493 | $138.16 | 7/26/18 | 17000716A | 7/31/16 | $48.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989881 | $13,048.00 | 7/30/18 | ORA026182046026 | 7/23/18 | $13,048.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991530 | $64.02 | 8/1/18 | 17600618 | 6/30/18 | $64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993494 | $12,283.00 | 8/6/18 | ORA026182116026 | 7/30/18 | $12,283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997614 | $13,422.00 | 8/13/18 | ORA026182186026 | 8/6/18 | $13,422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001032 | $12,492.00 | 8/20/18 | ORA026182256026 | 8/13/18 | $12,492.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004486 | $10,854.00 | 8/27/18 | ORA026182326026 | 8/20/18 | $10,854.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007963 | $11,217.87 | 9/3/18 | 17600718 | 7/31/18 | $85.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007963 | $11,217.87 | 9/3/18 | ORA026182396026 | 8/27/18 | $11,132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011980 | $11,393.00 | 9/10/18 | ORA026182466026 | 9/3/18 | $11,393.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015458 | $10,671.00 | 9/17/18 | ORA026182536026 | 9/10/18 | $10,671.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018903 | $10,291.00 | 9/24/18 | ORA026182606026 | 9/17/18 | $10,291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022393 | $8,544.00 | 10/1/18 | ORA026182676026 | 9/24/18 | $8,544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023174 | $65.97 | 10/2/18 | 17600818 | 8/31/18 | $65.97 |

Totals:     15 transfer(s),  $127,996.50