| | |
|---|---|
| Defendant: | **Carson Guam Corporation** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180504001 | 5/4/18 | $618.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180504002 | 5/4/18 | $497.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180504003 | 5/4/18 | $228.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180504004 | 5/4/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180505002 | 5/5/18 | $145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180507081 | 5/7/18 | $411.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180507002 | 5/7/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180508002 | 5/8/18 | $482.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180508003 | 5/8/18 | $197.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180508001 | 5/8/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180509002 | 5/9/18 | $506.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180509001 | 5/9/18 | $215.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180510089 | 5/10/18 | $447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180510001 | 5/10/18 | $414.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180510002 | 5/10/18 | $199.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981285 | $3,960.76 | 7/19/18 | 180705035 | 7/5/18 | -$644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984671 | $1,337.61 | 7/26/18 | 180511001 | 5/11/18 | $814.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984671 | $1,337.61 | 7/26/18 | 180511002 | 5/11/18 | $360.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984671 | $1,337.61 | 7/26/18 | 180511004 | 5/11/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984671 | $1,337.61 | 7/26/18 | 180511003 | 5/11/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984671 | $1,337.61 | 7/26/18 | 180710062 | 7/10/18 | -$8.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180522001 | 5/22/18 | $483.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180522002 | 5/22/18 | $248.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180522100 | 5/22/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180516088 | 5/23/18 | $755.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180523002 | 5/23/18 | $556.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180523003 | 5/23/18 | $328.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 18051700 | 5/23/18 | $154.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180518001 | 5/23/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180523001 | 5/23/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180517004 | 5/23/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180517001 | 5/24/18 | $929.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180518003 | 5/24/18 | $592.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180518005 | 5/24/18 | $385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180518004 | 5/24/18 | $382.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180524001 | 5/24/18 | $351.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180517002 | 5/24/18 | $325.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180524002 | 5/24/18 | $287.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180518002 | 5/24/18 | $187.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180716085 | 7/16/18 | -$18.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988070 | $5,830.07 | 8/2/18 | 180717005 | 7/17/18 | -$407.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180525003 | 5/25/18 | $733.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180525002 | 5/25/18 | $564.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180525004 | 5/25/18 | $369.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180525001 | 5/25/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180528001 | 5/28/18 | $227.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180528002 | 5/28/18 | $14.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180529001 | 5/29/18 | $594.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 80529002 | 5/29/18 | $195.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180530003 | 5/30/18 | $1,596.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180530001 | 5/30/18 | $421.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180530002 | 5/30/18 | $252.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180531002 | 5/31/18 | $984.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180531003 | 5/31/18 | $236.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180531001 | 5/31/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991582 | $6,343.45 | 8/13/18 | 180726004 | 7/26/18 | -$22.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180601002 | 6/1/18 | $582.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180601001 | 6/1/18 | $359.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180601004 | 6/1/18 | $181.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180601003 | 6/1/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180604001 | 6/4/18 | $337.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180604062 | 6/4/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180605001 | 6/5/18 | $556.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180605003 | 6/5/18 | $180.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180605002 | 6/5/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180606002 | 6/6/18 | $592.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180606003 | 6/6/18 | $290.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180606001 | 6/6/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180606004 | 6/6/18 | $80.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180607002 | 6/7/18 | $361.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180607003 | 6/7/18 | $223.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995870 | $4,204.69 | 8/20/18 | 180607002 | 6/7/18 | $0.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180608001 | 6/8/18 | $769.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180608002 | 6/8/18 | $531.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180608004 | 6/8/18 | $284.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180608003 | 6/8/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180611006 | 6/11/18 | $364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180611001 | 6/11/18 | $269.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180611003 | 6/11/18 | $142.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180611002 | 6/11/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180612003 | 6/12/18 | $447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180612002 | 6/12/18 | $327.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180612001 | 6/12/18 | $287.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180613002 | 6/13/18 | $731.00 |

Carson Guam Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                Exhibit A                                P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180613001 | 6/13/18 | $281.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180613003 | 6/13/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180613091 | 6/13/18 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180614001 | 6/14/18 | $291.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180614002 | 6/14/18 | $222.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999177 | $4,982.61 | 8/29/18 | 180806081 | 8/6/18 | -$195.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180615003 | 6/15/18 | $1,038.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180615119 | 6/15/18 | $560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180615002 | 6/15/18 | $425.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180615001 | 6/15/18 | $255.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180615004 | 6/15/18 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180618020 | 6/18/18 | $252.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180618019 | 6/18/18 | $226.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180619003 | 6/19/18 | $388.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180619001 | 6/19/18 | $359.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180619002 | 6/19/18 | $267.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180619004 | 6/19/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180620001 | 6/20/18 | $914.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 18062003 | 6/20/18 | $741.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180620002 | 6/20/18 | $337.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180621001 | 6/21/18 | $454.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180621003 | 6/21/18 | $195.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002692 | $6,631.26 | 9/5/18 | 180621002 | 6/21/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180622001 | 6/22/18 | $757.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180622002 | 6/22/18 | $623.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180622003 | 6/22/18 | $273.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180622004 | 6/22/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180623001 | 6/23/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180625001 | 6/25/18 | $261.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180625002 | 6/25/18 | $161.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180626001 | 6/26/18 | $734.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180626002 | 6/26/18 | $252.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180626003 | 6/26/18 | $88.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180628002 | 6/28/18 | $898.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180627002 | 6/28/18 | $496.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180628001 | 6/28/18 | $349.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180627001 | 6/28/18 | $330.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180628003 | 6/28/18 | $257.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180627003 | 6/28/18 | $255.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180628004 | 6/28/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180813014 | 8/13/18 | -$28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006075 | $6,065.15 | 9/12/18 | 180822050 | 8/22/18 | -$5.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180629002 | 6/29/18 | $695.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180629007 | 6/29/18 | $557.20 |

Carson Guam Corporation

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                        Exhibit A                                        P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180629003 | 6/29/18 | $330.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180629001 | 6/29/18 | $187.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180702001 | 7/2/18 | $264.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180702002 | 7/2/18 | $251.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180703001 | 7/3/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180703005 | 7/3/18 | $408.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180703003 | 7/3/18 | $380.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180703004 | 7/3/18 | $67.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180704002 | 7/4/18 | $447.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180704003 | 7/4/18 | $298.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180704004 | 7/4/18 | $285.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180704005 | 7/4/18 | $239.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180704001 | 7/4/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180705001 | 7/5/18 | $443.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180705033 | 7/5/18 | $376.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009888 | $5,893.03 | 9/19/18 | 180828004 | 8/28/18 | -$28.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706003 | 7/6/18 | $533.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706006 | 7/6/18 | $525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706004 | 7/6/18 | $369.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706005 | 7/6/18 | $219.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706002 | 7/6/18 | $107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180706001 | 7/6/18 | $42.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180709002 | 7/9/18 | $419.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180709001 | 7/9/18 | $187.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180710003 | 7/10/18 | $667.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180710004 | 7/10/18 | $514.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180710002 | 7/10/18 | $100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180710001 | 7/10/18 | $28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180711003 | 7/11/18 | $667.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180711002 | 7/11/18 | $286.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180711051 | 7/11/18 | $230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180711004 | 7/11/18 | $84.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180711001 | 7/11/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180712003 | 7/12/18 | $633.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180712002 | 7/12/18 | $282.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013642 | $6,005.00 | 9/26/18 | 180712001 | 7/12/18 | $67.00 |

Totals:    10 transfer(s),    $51,253.63