Defendant: **Castanea Labs Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981287 | $13,726.60 | 7/19/18 | 2388 | 5/4/18 | $8,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981287 | $13,726.60 | 7/19/18 | 2395 | 5/10/18 | $460.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981287 | $13,726.60 | 7/19/18 | 2432 | 6/7/18 | $5,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991583 | $10,132.00 | 8/13/18 | 2356 | 4/7/18 | $5,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991583 | $10,132.00 | 8/13/18 | 2392 | 5/7/18 | $5,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995874 | $8,813.20 | 8/20/18 | 2427 | 6/4/18 | $8,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995874 | $8,813.20 | 8/20/18 | 2431 | 6/6/18 | $613.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009889 | $13,266.00 | 9/19/18 | 2461 | 7/4/18 | $8,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009889 | $13,266.00 | 9/19/18 | 2465 | 7/7/18 | $5,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013644 | $498.40 | 9/26/18 | 2466 | 7/9/18 | $498.40 |

Totals:    5 transfer(s),  $46,436.20