Defendant: **CBA Industries, Inc., Dba CBA Industries**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994394 | $58,619.48 | 8/17/18 | 518SEARS004 | 6/1/18 | $57,374.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994394 | $58,619.48 | 8/17/18 | 618SEARS004 | 6/1/18 | $884.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994394 | $58,619.48 | 8/17/18 | 518SEAR004 | 6/1/18 | $360.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008764 | $53,595.32 | 9/18/18 | 6185359532 | 7/2/18 | $51,114.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008764 | $53,595.32 | 9/18/18 | 618SEARS004 | 7/2/18 | $2,120.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008764 | $53,595.32 | 9/18/18 | 618SEAR004 | 7/2/18 | $360.77 |

Totals:    2 transfer(s),  $112,214.80