Defendant: **Cesar Castillo Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91649575 | 6/1/18 | $318.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91650279 | 6/5/18 | $23.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91650733 | 6/7/18 | $1,120.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651231 | 6/8/18 | $3,036.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651149 | 6/8/18 | $2,876.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651470 | 6/8/18 | $2,135.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651046 | 6/8/18 | $1,824.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651165 | 6/8/18 | $1,714.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651296 | 6/8/18 | $1,712.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91651323 | 6/8/18 | $1,644.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91654928 | 6/22/18 | -$129.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 91655580 | 6/27/18 | -$33.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 47757 | 7/2/18 | -$177.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 47758 | 7/2/18 | -$213.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 47759 | 7/2/18 | -$638.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 46050 | 7/3/18 | -$176.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 46049 | 7/3/18 | -$437.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980412 | $13,991.63 | 7/18/18 | 46053 | 7/3/18 | -$607.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91640060 | 4/24/18 | -$238.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91640060 | 4/25/18 | $9,419.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91645517 | 5/16/18 | $9,466.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91645645 | 5/16/18 | $4,876.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 9164989 | 5/22/18 | $18,664.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91647736 | 5/24/18 | $12,577.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91647737 | 5/24/18 | $4,683.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91650547 | 6/6/18 | $727.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651226 | 6/11/18 | $3,183.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651845 | 6/11/18 | $2,718.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651273 | 6/11/18 | $2,550.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651164 | 6/11/18 | $1,498.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651674 | 6/11/18 | $566.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91651273 | 6/11/18 | $258.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91657704 | 7/3/18 | -$44.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91657271 | 7/5/18 | -$207.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 91657267 | 7/5/18 | -$261.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981296 | $69,993.09 | 7/19/18 | 63837 | 7/6/18 | -$445.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652128 | 6/12/18 | $3,938.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652164 | 6/12/18 | $3,094.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652017 | 6/12/18 | $2,941.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652159 | 6/12/18 | $2,937.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652146 | 6/12/18 | $1,556.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652005 | 6/12/18 | $1,485.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652148 | 6/12/18 | $1,015.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652165 | 6/12/18 | $930.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652147 | 6/12/18 | $901.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 91652014A | 6/12/18 | $31.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981741 | $18,773.50 | 7/20/18 | 97428 | 7/6/18 | -$58.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91651297 | 6/8/18 | $986.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91651347 | 6/8/18 | $862.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91651049 | 6/8/18 | $760.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91651322 | 6/8/18 | $412.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91651250 | 6/8/18 | $255.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91652001 | 6/13/18 | $1,847.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91652029 | 6/13/18 | $1,066.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91652025 | 6/13/18 | $1,015.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91652016A | 6/13/18 | $37.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982351 | $7,137.05 | 7/23/18 | 91657661 | 7/3/18 | -$107.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91651638 | 6/11/18 | $913.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91652166 | 6/12/18 | $1,017.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91652014 | 6/12/18 | $576.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91652134 | 6/12/18 | $385.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91653220 | 6/15/18 | $5,199.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91653127 | 6/15/18 | $1,549.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91653158 | 6/15/18 | $950.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91653201 | 6/15/18 | $576.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 91657269 | 7/5/18 | -$54.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 51836 | 7/11/18 | -$100.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 51838 | 7/11/18 | -$216.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 26009 | 7/12/18 | -$46.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | X68553 | 7/12/18 | -$53.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | 26007 | 7/12/18 | -$102.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983699 | $10,468.46 | 7/25/18 | X68552 | 7/12/18 | -$125.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984679 | $1,418.36 | 7/26/18 | 91652016 | 6/13/18 | $1,418.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653966 | 6/19/18 | $1,765.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653922 | 6/19/18 | $1,644.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653950 | 6/19/18 | $1,516.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653941 | 6/19/18 | $1,223.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653983 | 6/19/18 | $1,033.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653982 | 6/19/18 | $637.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653971S | 6/19/18 | $407.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985102 | $8,514.95 | 7/27/18 | 91653976 | 6/19/18 | $286.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985718 | $2,548.69 | 7/30/18 | 91640059 | 4/25/18 | -$223.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985718 | $2,548.69 | 7/30/18 | 91654183 | 6/20/18 | $2,772.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986448 | $9,098.40 | 7/31/18 | 91640059 | 4/25/18 | $9,098.40 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91653971 | 6/19/18 | $348.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91653716 | 6/19/18 | $325.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91653975 | 6/19/18 | $314.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91653982 | 6/19/18 | $152.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91654883 | 6/22/18 | $2,830.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91655146 | 6/22/18 | $2,691.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91655142 | 6/22/18 | $1,286.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91654928 | 6/22/18 | $963.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91655168 | 6/22/18 | $836.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91660393 | 7/17/18 | -$587.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 91660696 | 7/18/18 | -$33.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 44579 | 7/19/18 | -$172.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987165 | $8,720.52 | 8/1/18 | 44577 | 7/19/18 | -$235.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91654199 | 6/20/18 | $1,186.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91654212 | 6/20/18 | $252.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91655580 | 6/25/18 | $1,974.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91655337 | 6/25/18 | $1,857.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91655550 | 6/25/18 | $1,588.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91660309 | 7/14/18 | -$143.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91660684 | 7/17/18 | -$33.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91660921 | 7/17/18 | -$128.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91660949 | 7/17/18 | -$225.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91661318 | 7/18/18 | -$3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988079 | $6,320.26 | 8/2/18 | 91660938 | 7/19/18 | -$3.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91655913 | 6/26/18 | $2,384.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91655914 | 6/26/18 | $1,366.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91655940 | 6/26/18 | $1,113.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91655965 | 6/26/18 | $994.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91655691 | 6/26/18 | $524.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 91661073 | 7/18/18 | -$6.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988512 | $6,244.49 | 8/7/18 | 97463 | 7/23/18 | -$132.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 91654930 | 6/22/18 | $857.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 91660694C | 7/17/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 26071 | 7/24/18 | -$5.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | X66065 | 7/24/18 | -$18.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 26068 | 7/24/18 | -$20.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 58157 | 7/24/18 | -$44.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 58158 | 7/24/18 | -$82.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989151 | $389.81 | 8/8/18 | 26076 | 7/24/18 | -$291.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91654928C | 6/22/18 | -$3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91655330 | 6/25/18 | $868.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91655528 | 6/25/18 | $613.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91655817 | 6/26/18 | $678.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91655818 | 6/26/18 | $645.45 |

Cesar Castillo Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91655674 | 6/26/18 | $239.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91657049 | 6/29/18 | $680.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91658990C | 7/10/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91658984C | 7/10/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91658995 | 7/10/18 | -$0.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91659470C | 7/11/18 | -$3.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91659854 | 7/12/18 | -$5.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 91660909 | 7/17/18 | -$1.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 28974 | 7/25/18 | -$184.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990658 | $3,191.47 | 8/10/18 | 28975 | 7/25/18 | -$333.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 91657269 | 7/2/18 | $1,314.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 91657267 | 7/2/18 | $1,097.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 91657271 | 7/2/18 | $931.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 28976 | 7/25/18 | -$92.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 41280 | 7/27/18 | -$18.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 41278 | 7/27/18 | -$60.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 41279 | 7/27/18 | -$183.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 41276 | 7/27/18 | -$248.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991594 | $2,194.23 | 8/13/18 | 41275 | 7/27/18 | -$546.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91657705 | 7/3/18 | $1,353.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91657490 | 7/3/18 | $1,329.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91657704 | 7/3/18 | $982.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91657661 | 7/3/18 | $840.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91657656 | 7/3/18 | $641.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991985 | $4,993.25 | 8/14/18 | 91663332 | 7/27/18 | -$155.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993518 | $568.77 | 8/16/18 | 91657494 | 7/5/18 | $644.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993518 | $568.77 | 8/16/18 | 91661286A | 7/18/18 | -$3.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993518 | $568.77 | 8/16/18 | 91661286 | 7/18/18 | -$21.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993518 | $568.77 | 8/16/18 | 91664124 | 7/31/18 | -$50.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91657268 | 7/2/18 | $890.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91656886 | 7/2/18 | $880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91657269 | 7/2/18 | $141.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91656886 | 7/2/18 | $92.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91658354 | 7/6/18 | $1,483.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91658373 | 7/6/18 | $1,275.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91658382 | 7/6/18 | $624.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91661778 | 7/23/18 | -$228.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91661764 | 7/24/18 | -$216.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91664021 | 7/30/18 | -$35.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91663985 | 7/30/18 | -$136.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91664020 | 7/30/18 | -$352.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91664343 | 7/31/18 | -$80.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 91664142 | 7/31/18 | -$185.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 59812 | 8/1/18 | -$63.97 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | 59812 | 8/1/18 | -$609.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | MA18214715673 | 8/2/18 | -$101.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | MA18214715601 | 8/2/18 | -$500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | MA18214715446 | 8/2/18 | -$570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | MA18214715445 | 8/2/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994405 | $307.47 | 8/17/18 | MA18214715435 | 8/2/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657664 | 7/5/18 | $1,491.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657279 | 7/5/18 | $1,333.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657496 | 7/5/18 | $1,279.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657565 | 7/5/18 | $1,141.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657486 | 7/5/18 | $1,098.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657564 | 7/5/18 | $1,091.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657519 | 7/5/18 | $984.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657563 | 7/5/18 | $711.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657703 | 7/5/18 | $469.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657695 | 7/5/18 | $421.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657493 | 7/5/18 | $198.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657664 | 7/5/18 | $156.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657279 | 7/5/18 | $140.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657496 | 7/5/18 | $137.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657565 | 7/5/18 | $119.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657486 | 7/5/18 | $115.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657519 | 7/5/18 | $103.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657563 | 7/5/18 | $74.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657703 | 7/5/18 | $50.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657695 | 7/5/18 | $45.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657564 | 7/5/18 | $20.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91657564 | 7/5/18 | -$68.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91659205 | 7/10/18 | $1,604.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996271 | $12,711.18 | 8/21/18 | 91663438 | 7/27/18 | -$9.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91657520 | 7/6/18 | $944.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91657660 | 7/6/18 | $473.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91658390 | 7/6/18 | $267.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91657520 | 7/6/18 | $99.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91657660 | 7/6/18 | $49.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91659470 | 7/11/18 | $1,667.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91659520 | 7/11/18 | $241.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 91665249 | 8/3/18 | -$80.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 41389 | 8/7/18 | -$5.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 41391 | 8/7/18 | -$5.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 41390 | 8/7/18 | -$17.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 41392 | 8/7/18 | -$141.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 41387 | 8/7/18 | -$241.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996918 | $2,578.37 | 8/22/18 | 64605 | 8/7/18 | -$672.92 |

Cesar Castillo Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                        Exhibit A                        P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780997629 | $3,033.19 | 8/23/18 | 91659854 | 7/12/18 | $1,192.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997629 | $3,033.19 | 8/23/18 | 91659677 | 7/12/18 | $1,090.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997629 | $3,033.19 | 8/23/18 | 91659855 | 7/12/18 | $750.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91658280 | 7/9/18 | $4,471.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91658288 | 7/9/18 | $3,546.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91658280 | 7/9/18 | $479.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91658288 | 7/9/18 | $372.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91658821 | 7/13/18 | $897.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91660309 | 7/14/18 | $4,517.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998276 | $14,269.66 | 8/28/18 | 91665843 | 8/7/18 | -$14.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999188 | $2,630.70 | 8/29/18 | 91660393 | 7/16/18 | $2,115.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999188 | $2,630.70 | 8/29/18 | 91660526 | 7/16/18 | $515.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91659521 | 7/12/18 | $797.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91659455 | 7/12/18 | $484.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91659521 | 7/12/18 | $85.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91659455 | 7/12/18 | $51.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660694 | 7/17/18 | $2,290.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660949 | 7/17/18 | $1,602.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660909 | 7/17/18 | $1,582.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660921 | 7/17/18 | $1,483.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660711 | 7/17/18 | $1,276.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660702 | 7/17/18 | $805.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660684 | 7/17/18 | $712.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999595 | $11,628.56 | 8/30/18 | 91660751 | 7/17/18 | $455.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91658560 | 7/13/18 | $1,917.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91658554 | 7/13/18 | $1,898.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91659364 | 7/13/18 | $1,200.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91658683 | 7/13/18 | $625.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91659362 | 7/13/18 | $206.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91658560 | 7/13/18 | $201.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91658554 | 7/13/18 | $199.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91659364 | 7/13/18 | $128.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91659362 | 7/13/18 | $22.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91661073 | 7/18/18 | $5,469.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91661318 | 7/18/18 | $2,565.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91661286 | 7/18/18 | $1,646.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91660696 | 7/18/18 | $636.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91667325 | 8/13/18 | -$192.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000259 | $16,332.00 | 8/31/18 | 91667193 | 8/13/18 | -$193.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001050 | $951.04 | 9/3/18 | 91660938 | 7/19/18 | $1,253.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001050 | $951.04 | 9/3/18 | 91667301 | 8/13/18 | -$302.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001740 | $4,430.01 | 9/4/18 | 91660907 | 7/17/18 | $2,950.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001740 | $4,430.01 | 9/4/18 | 91661778 | 7/20/18 | $1,490.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001740 | $4,430.01 | 9/4/18 | 91665269 | 8/3/18 | -$11.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91660846 | 7/18/18 | $318.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91660846 | 7/18/18 | $33.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91662362 | 7/23/18 | $2,789.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91662345 | 7/23/18 | $1,540.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91662359 | 7/23/18 | $1,109.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91662358 | 7/23/18 | $1,058.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91662326 | 7/23/18 | $722.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 48168 | 8/3/18 | -$3.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91667168 | 8/10/18 | -$449.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 91668369 | 8/15/18 | -$134.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 38626 | 8/17/18 | -$2.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 38625 | 8/17/18 | -$112.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002701 | $6,742.88 | 9/5/18 | 38627 | 8/17/18 | -$126.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003749 | $890.15 | 9/7/18 | 91661764 | 7/20/18 | $1,191.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003749 | $890.15 | 9/7/18 | 91668923 | 8/20/18 | -$43.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003749 | $890.15 | 9/7/18 | 91668890 | 8/20/18 | -$59.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003749 | $890.15 | 9/7/18 | 41348 | 8/21/18 | -$198.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91662325 | 7/23/18 | $1,703.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91662338 | 7/23/18 | $1,409.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91663332 | 7/27/18 | $3,179.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91663438 | 7/27/18 | $2,709.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91663577 | 7/27/18 | $1,705.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91663322 | 7/27/18 | $1,038.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91665847 | 8/7/18 | -$90.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91668913 | 8/17/18 | -$80.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 91669397 | 8/20/18 | -$383.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 59822 | 8/21/18 | -$57.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 59894 | 8/22/18 | -$28.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 59893 | 8/22/18 | -$122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005177 | $10,817.54 | 9/11/18 | 51977 | 8/22/18 | -$165.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91663816 | 7/30/18 | $5,356.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91664007 | 7/30/18 | $2,392.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91663985 | 7/30/18 | $1,466.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91664021 | 7/30/18 | $992.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91668396 | 8/15/18 | -$21.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | 91668357 | 8/15/18 | -$25.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | MA18236716513 | 8/24/18 | -$500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | MA18236716386 | 8/24/18 | -$570.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | MA18236716383 | 8/24/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006086 | $7,092.70 | 9/12/18 | MA18236716384 | 8/24/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91655791 | 6/26/18 | $400.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91655772 | 6/26/18 | $308.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91655762 | 6/26/18 | $308.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91655790 | 6/26/18 | $308.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91655792 | 6/26/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91664234 | 7/31/18 | $3,136.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91664142 | 7/31/18 | $2,276.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 91664122 | 7/31/18 | $1,004.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 26154 | 8/27/18 | -$29.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006507 | $7,860.11 | 9/13/18 | 26153 | 8/27/18 | -$109.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656050 | 6/27/18 | $455.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656049 | 6/27/18 | $408.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656128 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656323 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656140 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656120 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656066 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656129 | 6/27/18 | $353.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656065 | 6/27/18 | $308.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656054 | 6/27/18 | $297.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656056 | 6/27/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656055 | 6/27/18 | $253.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91656127 | 6/27/18 | $195.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91663805 | 8/1/18 | $2,613.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91670674 | 8/24/18 | -$150.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91670636 | 8/24/18 | -$213.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 91670662 | 8/24/18 | -$363.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 46230 | 8/27/18 | -$4.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007194 | $6,071.42 | 9/14/18 | 46229 | 8/27/18 | -$103.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007979 | $166.58 | 9/17/18 | 91656138 | 6/28/18 | $308.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007979 | $166.58 | 9/17/18 | 91670661 | 8/24/18 | -$142.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91663941 | 7/30/18 | $1,413.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91664020 | 7/30/18 | $1,251.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91664124 | 7/31/18 | $780.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91664343 | 7/31/18 | $770.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91665269 | 8/3/18 | $948.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008773 | $5,782.96 | 9/18/18 | 91665317 | 8/3/18 | $618.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009902 | $341.46 | 9/19/18 | 91663939 | 8/1/18 | $309.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009902 | $341.46 | 9/19/18 | 91663939 | 8/1/18 | $32.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 91665850 | 8/7/18 | $4,150.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 91665809 | 8/7/18 | $1,029.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 91665847 | 8/7/18 | $980.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 91665812 | 8/7/18 | $594.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 44711 | 9/3/18 | -$3.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 97566 | 9/3/18 | -$13.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 44710 | 9/3/18 | -$36.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010763 | $6,602.83 | 9/20/18 | 97565 | 9/3/18 | -$100.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665249 | 8/3/18 | $941.65 |

Cesar Castillo Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665308 | 8/6/18 | $2,999.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665299 | 8/6/18 | $1,629.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665301 | 8/6/18 | $946.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665250 | 8/6/18 | $435.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665308 | 8/6/18 | $314.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665299 | 8/6/18 | $174.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665301 | 8/6/18 | $99.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665250 | 8/6/18 | $45.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91665843 | 8/7/18 | $1,272.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91667163 | 8/10/18 | $2,557.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91667154 | 8/10/18 | $1,941.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91667376 | 8/10/18 | $959.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91667209 | 8/10/18 | $904.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91670651 | 8/24/18 | -$144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91670649 | 8/24/18 | -$369.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91670632 | 8/27/18 | -$97.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 91671634 | 8/29/18 | -$211.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 48227 | 8/30/18 | -$108.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 48233 | 8/30/18 | -$255.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 44712 | 9/3/18 | -$118.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 61704 | 9/6/18 | -$97.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012756 | $13,634.43 | 9/25/18 | 61705 | 9/6/18 | -$185.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91665464 | 8/8/18 | $1,673.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91665464 | 8/8/18 | $179.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91667301 | 8/13/18 | $3,473.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91667355 | 8/13/18 | $1,703.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91667325 | 8/13/18 | $1,054.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 91667708 | 8/13/18 | $349.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 48258 | 9/9/18 | -$95.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013652 | $8,069.97 | 9/26/18 | 48259 | 9/9/18 | -$268.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658987 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658988 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659238 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658979 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658995 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658984 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658990 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659004 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658981 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659203 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659002 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659029 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658991 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658997 | 7/10/18 | $12.20 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659039 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659003 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91659001 | 7/10/18 | $12.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658994 | 7/10/18 | $11.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91658996 | 7/10/18 | $11.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014105 | $3,753.57 | 9/27/18 | 91668044 | 8/14/18 | $3,522.21 |

Totals:    40 transfer(s),  $321,265.71