Defendant: **CEVA Freight LLC, Dba CEVA Logistics**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985103 | $57,643.49 | 7/19/18 | 1842 | 6/14/18 | $57,643.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989152 | $1,640.97 | 7/27/18 | 1861 | 6/22/18 | $1,640.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992696 | $130,337.61 | 8/3/18 | 1883 | 6/29/18 | $130,337.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996919 | $36,547.42 | 8/10/18 | 1902 | 7/6/18 | $36,547.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000260 | $60,190.40 | 8/17/18 | 1923 | 7/13/18 | $60,190.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003750 | $57,752.31 | 8/24/18 | 1944 | 7/20/18 | $57,752.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007195 | $60,844.59 | 8/31/18 | 1967 | 7/27/18 | $60,844.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011411 | $56,561.14 | 9/7/18 | 1988 | 8/3/18 | $56,561.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014758 | $69,683.93 | 9/14/18 | 2011 | 8/10/18 | $69,683.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018198 | $75,500.95 | 9/21/18 | 2033 | 8/17/18 | $75,500.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021020 | $65,301.98 | 9/27/18 | 2054 | 8/23/18 | $65,301.98 |

Totals:    11 transfer(s),  $672,004.79