Defendant: **Chatmeter Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995892 | $825.00 | 8/20/18 | 4627 | 6/1/18 | $825.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009913 | $80,850.00 | 9/19/18 | 4765 | 7/1/18 | $80,850.00 |

Totals:    2 transfer(s),  $81,675.00