**Defendant:** China Fortune LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181178 | 5/1/18 | $5,556.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181162 | 5/2/18 | $12,707.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181165 | 5/2/18 | $11,623.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181164 | 5/2/18 | $7,544.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181166 | 5/2/18 | $6,018.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181161 | 5/2/18 | $4,657.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181182 | 5/4/18 | $1,060.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181184 | 5/4/18 | $431.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181186 | 5/4/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181181 | 5/4/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181185 | 5/4/18 | $32.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984693 | $49,857.55 | 7/18/18 | 12181195 | 5/11/18 | $69.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181194 | 5/11/18 | $465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181193 | 5/11/18 | $308.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181192 | 5/11/18 | $268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181197 | 5/11/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181196 | 5/11/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181198 | 5/11/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181206 | 5/18/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988091 | $1,531.65 | 7/25/18 | 12181211 | 5/18/18 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181189 | 5/4/18 | $187.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181204 | 5/18/18 | $635.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181223 | 5/25/18 | $820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181222 | 5/25/18 | $501.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181225 | 5/25/18 | $460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181226 | 5/25/18 | $148.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181218 | 5/25/18 | $26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181232 | 6/1/18 | $24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | 12181237 | 6/6/18 | $892.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995896 | $3,473.20 | 8/8/18 | VPLB990101641 | 8/1/18 | -$222.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999201 | $1,224.90 | 8/15/18 | 12181231 | 6/1/18 | $77.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999201 | $1,224.90 | 8/15/18 | 12181240 | 6/6/18 | $241.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999201 | $1,224.90 | 8/15/18 | 12181261 | 6/8/18 | $856.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999201 | $1,224.90 | 8/15/18 | 12181262 | 6/8/18 | $48.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181236 | 6/6/18 | $1,705.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181239 | 6/6/18 | $1,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181235 | 6/6/18 | $381.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181238 | 6/6/18 | $344.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181299 | 6/15/18 | $6,166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12181289 | 6/15/18 | $502.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002714 | $10,691.45 | 8/22/18 | 12190004 | 6/18/18 | $102.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12181302 | 6/15/18 | $1,564.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12181303 | 6/15/18 | $1,072.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12181292 | 6/15/18 | $302.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12181287 | 6/15/18 | $145.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12190005 | 6/18/18 | $80.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12190007 | 6/22/18 | $15,009.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12190013 | 6/25/18 | $770.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006097 | $19,420.65 | 8/29/18 | 12190016 | 6/25/18 | $475.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181298 | 6/15/18 | $10,072.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181301 | 6/15/18 | $8,398.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181300 | 6/15/18 | $3,891.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181291 | 6/15/18 | $1,722.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181288 | 6/15/18 | $1,670.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190012 | 6/15/18 | $1,378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181290 | 6/15/18 | $813.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12181297 | 6/15/18 | $688.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190006 | 6/21/18 | $15,111.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190015 | 6/25/18 | $1,362.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190011 | 6/25/18 | $399.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190014 | 6/25/18 | $254.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190036 | 6/29/18 | $686.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190078 | 7/5/18 | $4,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 12190072 | 7/6/18 | $75.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009921 | $47,765.64 | 9/5/18 | 8361D006405599 | 8/28/18 | -$2,785.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013668 | $1,504.75 | 9/12/18 | 12190035 | 6/29/18 | $1,329.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013668 | $1,504.75 | 9/12/18 | 12190034 | 6/29/18 | $175.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190038 | 6/29/18 | $2,087.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190037 | 6/29/18 | $631.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190039 | 6/29/18 | $576.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190079 | 7/5/18 | $5,304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190080 | 7/5/18 | $4,662.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190111 | 7/9/18 | $26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190114 | 7/13/18 | $1,915.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017095 | $15,238.30 | 9/19/18 | 12190131 | 7/16/18 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190077 | 7/6/18 | $8,653.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190081 | 7/6/18 | $3,624.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190076 | 7/6/18 | $2,192.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190112 | 7/13/18 | $1,096.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190132 | 7/16/18 | $124.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190135 | 7/20/18 | $886.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190136 | 7/20/18 | $504.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190157 | 7/23/18 | $306.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020581 | $17,636.10 | 9/26/18 | 12190162 | 7/23/18 | $248.25 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181205 | 5/18/18 | $401.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181210 | 5/18/18 | $155.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181208 | 5/18/18 | $111.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181207 | 5/18/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181209 | 5/18/18 | $37.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181224 | 5/25/18 | $239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181219 | 5/25/18 | $233.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991605 | $1,286.50 | 10/12/18 | 12181227 | 5/25/18 | $37.00 |

Totals:    11 transfer(s),  $169,630.69