| | |
|---|---|
| Defendant: | **CKK Home Decor LP** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 189816 | 4/30/18 | $180.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191126 | 5/4/18 | $58.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191127 | 5/4/18 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191134 | 5/7/18 | $1,102.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191128 | 5/7/18 | $1,023.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191132 | 5/7/18 | $799.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191133 | 5/7/18 | $144.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 191130 | 5/8/18 | $589.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 192284 | 5/10/18 | $139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 192292 | 5/11/18 | $304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 192281 | 5/11/18 | $164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 192278 | 5/14/18 | $123.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 192277 | 5/14/18 | $91.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 8361AD070818BO0 | 7/6/18 | -$5.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 8361AD070818BO1 | 7/6/18 | -$12.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | 8361AD070818BN9 | 7/6/18 | -$29.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116946 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116955 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116954 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116953 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116952 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116951 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116944 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116949 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116948 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116947 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116945 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981312 | $2,924.35 | 7/19/18 | VPASN993116950 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 191129 | 5/7/18 | $168.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 191124 | 5/7/18 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 191131 | 5/8/18 | $298.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192285 | 5/10/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192286 | 5/10/18 | $71.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192289 | 5/11/18 | $243.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192294 | 5/11/18 | $146.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192293 | 5/11/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192282 | 5/11/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192283 | 5/11/18 | $90.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192287 | 5/14/18 | $1,558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192279 | 5/14/18 | $142.80 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192280 | 5/14/18 | $53.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 192288 | 5/14/18 | $9.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 193401 | 5/18/18 | $314.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 193409 | 5/18/18 | $284.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 193411 | 5/18/18 | $181.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 193400 | 5/18/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 8361AD071518BJ0 | 7/13/18 | -$5.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 8361AD071518BI9 | 7/13/18 | -$18.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984699 | $4,030.00 | 7/26/18 | 8361AD071518BJ1 | 7/13/18 | -$40.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 192291 | 5/11/18 | $232.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 192290 | 5/11/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193407 | 5/18/18 | $389.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193405 | 5/18/18 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193403 | 5/18/18 | $173.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193410 | 5/18/18 | $160.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193402 | 5/18/18 | $121.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193404 | 5/18/18 | $40.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 193406 | 5/18/18 | $27.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 8361AD072218BN2 | 7/20/18 | -$6.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 8361AD072218BN1 | 7/20/18 | -$15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988097 | $1,601.70 | 8/2/18 | 8361AD072218BN3 | 7/20/18 | -$42.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 193408 | 5/18/18 | $232.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194566 | 5/25/18 | $363.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194565 | 5/25/18 | $276.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194567 | 5/30/18 | $361.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194560 | 5/30/18 | $321.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194561 | 5/30/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194568 | 5/30/18 | $138.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194559 | 5/30/18 | $137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194562 | 5/30/18 | $128.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194570 | 6/1/18 | $185.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194569 | 6/1/18 | $134.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194563 | 6/4/18 | $152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194558 | 6/4/18 | $135.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 194564 | 6/4/18 | $44.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196039 | 6/8/18 | $146.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196853 | 6/11/18 | $2,118.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196031 | 6/11/18 | $479.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196852 | 6/11/18 | $260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196848 | 6/12/18 | $520.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196847 | 6/12/18 | $418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196840 | 6/12/18 | $55.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196041 | 6/14/18 | $1,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196841 | 6/14/18 | $1,174.30 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196033 | 6/14/18 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196035 | 6/14/18 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196849 | 6/14/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196842 | 6/14/18 | $239.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196854 | 6/14/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196846 | 6/15/18 | $1,265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198011 | 6/15/18 | $522.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198010 | 6/15/18 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196037 | 6/15/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198006 | 6/15/18 | $183.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196845 | 6/15/18 | $44.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198014 | 6/15/18 | $35.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198005 | 6/15/18 | $22.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198009 | 6/15/18 | $11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198013 | 6/19/18 | $155.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198007 | 6/19/18 | $152.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198008 | 6/19/18 | $144.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198003 | 6/19/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 198012 | 6/19/18 | $11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 196038 | 6/25/18 | $601.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 199090 | 6/25/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117324 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117332 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117648 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117647 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117646 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117645 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117644 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117643 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117322 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117641 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117323 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117331 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117330 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117329 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117328 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117327 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117326 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117325 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993117642 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD072918BN7 | 7/27/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD072918BN8 | 7/27/18 | -$37.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118166 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118171 | 7/29/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118170 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118169 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118167 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118165 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118164 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118163 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118162 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118161 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118160 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118159 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118158 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118156 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118155 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118154 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118153 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118152 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118151 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118150 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118168 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118157 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD080518BS5 | 8/3/18 | -$15.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD080518BS6 | 8/3/18 | -$46.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118783 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118777 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118778 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118779 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118780 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118776 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118782 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118772 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118781 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118775 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118773 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118771 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118770 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118784 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | VPASN993118774 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD081218BG9 | 8/10/18 | -$5.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD081218BG8 | 8/10/18 | -$25.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002721 | $6,386.75 | 9/5/18 | 8361AD081918A73 | 8/17/18 | -$5.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196844 | 6/14/18 | $1,731.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196843 | 6/14/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196850 | 6/14/18 | $142.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196042 | 6/25/18 | $2,599.60 |

CKK Home Decor LP

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199095 | 6/25/18 | $471.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199091 | 6/25/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199092 | 6/25/18 | $70.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196036 | 6/27/18 | $814.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199088 | 6/27/18 | $196.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 200234 | 6/28/18 | $1,066.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 200232 | 6/28/18 | $79.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 200238 | 6/28/18 | $58.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196034 | 6/29/18 | $1,416.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 196032 | 6/29/18 | $1,241.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199086 | 6/29/18 | $229.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 199097 | 6/29/18 | $98.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 8361AD082618BV6 | 8/24/18 | -$35.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006102 | $10,465.83 | 9/12/18 | 8361AD082618BV7 | 8/24/18 | -$46.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 196851 | 6/14/18 | $3,321.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 199096 | 6/25/18 | $198.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 198004 | 6/26/18 | $479.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 199089 | 6/27/18 | $251.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 196040 | 6/28/18 | $2,774.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 199093 | 6/28/18 | $457.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 200235 | 6/28/18 | $213.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 200230 | 6/28/18 | $128.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 199087 | 6/29/18 | $223.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 199085 | 6/29/18 | $138.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 200236 | 7/3/18 | $121.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 200229 | 7/3/18 | $34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 8361AD090218BP1 | 8/31/18 | -$29.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009931 | $8,264.40 | 9/19/18 | 8361AD090218BP2 | 8/31/18 | -$46.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 199094 | 6/28/18 | $440.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 200233 | 6/28/18 | $100.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 200237 | 7/3/18 | $166.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201281 | 7/10/18 | $1,265.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201279 | 7/10/18 | $338.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201274 | 7/10/18 | $142.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201276 | 7/10/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201277 | 7/10/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201282 | 7/10/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 201272 | 7/10/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 200231 | 7/16/18 | $98.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013674 | $2,715.96 | 9/26/18 | 8361AD090918BL0 | 9/7/18 | -$12.44 |

Totals:    7 transfer(s),   $36,388.99