| | | |
|---|---|---|
| Defendant: | **Colombina De Puerto Rico LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135648 | 6/22/18 | $262.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135603 | 6/25/18 | $580.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135811 | 6/25/18 | $249.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135854 | 6/26/18 | $463.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135855 | 6/26/18 | $282.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135897 | 6/27/18 | $179.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135896 | 6/27/18 | $123.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135648 | 6/27/18 | -$8.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135932 | 6/28/18 | $338.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31135986 | 6/29/18 | $169.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 28880 | 7/3/18 | -$46.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 51800 | 7/4/18 | -$20.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 97419 | 7/4/18 | -$31.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 44533 | 7/4/18 | -$104.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 31136275 | 7/5/18 | -$41.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981765 | $2,339.40 | 7/20/18 | 63831 | 7/5/18 | -$57.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136052 | 6/29/18 | $493.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136096 | 6/29/18 | -$25.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136052 | 6/29/18 | -$85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31135931 | 7/3/18 | $699.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136051 | 7/5/18 | $367.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136275 | 7/5/18 | $311.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 31136096 | 7/6/18 | $518.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 61361 | 7/16/18 | -$15.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985129 | $2,210.49 | 7/27/18 | 26037 | 7/16/18 | -$52.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 31136437 | 7/10/18 | $356.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 31136477 | 7/12/18 | $297.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 31136531 | 7/13/18 | $179.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 56045 | 7/16/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 76328 | 7/18/18 | -$7.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 47116 | 7/18/18 | -$15.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 41256 | 7/19/18 | -$52.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 58135 | 7/19/18 | -$231.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 41318 | 7/23/18 | -$5.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988538 | $490.28 | 8/7/18 | 26067 | 7/23/18 | -$7.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136163 | 6/29/18 | $3,147.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136614 | 7/16/18 | $312.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136669 | 7/17/18 | $388.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136670 | 7/17/18 | $298.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136717 | 7/18/18 | $280.12 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136615 | 7/19/18 | $289.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136816 | 7/20/18 | $521.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 31136815 | 7/20/18 | $114.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 47862 | 7/27/18 | -$33.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992005 | $5,311.00 | 8/14/18 | 51923 | 7/30/18 | -$7.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31135847 | 6/26/18 | $1,818.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31136930 | 7/23/18 | $557.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31136931 | 7/23/18 | $331.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31136978 | 7/24/18 | $614.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31136904 | 7/25/18 | $341.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31137035 | 7/26/18 | $137.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 31137082 | 7/27/18 | $42.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | MA18214715447 | 8/2/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 46156 | 8/6/18 | -$12.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996294 | $2,815.44 | 8/21/18 | 64583 | 8/6/18 | -$15.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 31137285 | 7/31/18 | $418.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 31137423 | 7/31/18 | $375.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 31137406 | 7/31/18 | $204.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 31137397 | 7/31/18 | $178.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 31137396 | 8/3/18 | $689.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 61536 | 8/9/18 | -$1.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999620 | $1,850.22 | 8/30/18 | 46172 | 8/10/18 | -$14.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31136164 | 6/29/18 | $6,408.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137478 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137471 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137473 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137474 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137477 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137483 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137484 | 8/6/18 | $787.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137476 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137470 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137487 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137486 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137485 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137469 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137479 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137481 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137482 | 8/6/18 | $590.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137475 | 8/6/18 | $362.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137480 | 8/6/18 | $196.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137374 | 8/7/18 | $412.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137594 | 8/7/18 | $277.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137472 | 8/8/18 | $590.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137658 | 8/9/18 | $179.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137700 | 8/10/18 | $486.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 31137702 | 8/10/18 | $85.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 51959 | 8/14/18 | -$16.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | 47937 | 8/17/18 | -$25.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003142 | $18,790.20 | 9/6/18 | MA18230716381 | 8/18/18 | -$1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006533 | $1,070.42 | 9/13/18 | 31137615 | 8/13/18 | $183.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006533 | $1,070.42 | 9/13/18 | 31137701 | 8/14/18 | $560.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006533 | $1,070.42 | 9/13/18 | 31138001 | 8/17/18 | $587.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006533 | $1,070.42 | 9/13/18 | 58304 | 8/27/18 | -$261.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 31138002 | 8/17/18 | $518.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 31137908 | 8/20/18 | $219.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 3138061 | 8/23/18 | $671.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 31138306 | 8/23/18 | $144.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 31138354 | 8/24/18 | $93.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 44690 | 8/27/18 | -$19.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 38654 | 8/28/18 | -$24.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010789 | $1,549.94 | 9/20/18 | 41372 | 8/29/18 | -$55.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138307 | 8/23/18 | $282.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138307 | 8/23/18 | -$36.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138719 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138709 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138710 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138713 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138707 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138714 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138716 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138717 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138718 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138740 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138723 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138724 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138741 | 8/31/18 | $392.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 31138814 | 8/31/18 | $74.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 48241 | 9/2/18 | -$18.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | 7163 | 9/4/18 | -$11.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014128 | $4,392.91 | 9/27/18 | MA18251716860 | 9/8/18 | -$1,000.00 |

Totals:    10 transfer(s),   $40,820.30

Colombina De Puerto Rico LLC
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020                                    Exhibit A                                    P. 3