| | |
|---|---|
| Defendant: | **Complete Garage Services LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983732 | $9,187.99 | 7/17/18 | 615310712186045 | 7/12/18 | $5,134.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983732 | $9,187.99 | 7/17/18 | 615310713186045 | 7/13/18 | $4,053.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984729 | $6,134.64 | 7/18/18 | 615310714186045 | 7/14/18 | $3,184.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984729 | $6,134.64 | 7/18/18 | 615310715186045 | 7/15/18 | $2,950.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985746 | $3,119.78 | 7/20/18 | 615310717186045 | 7/17/18 | $3,119.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986481 | $1,595.71 | 7/23/18 | 615310718186045 | 7/18/18 | $1,595.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987197 | $2,581.70 | 7/24/18 | 615310719186045 | 7/19/18 | $81.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987197 | $2,581.70 | 7/24/18 | 615310720186045 | 7/20/18 | $2,500.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988125 | $2,452.22 | 7/25/18 | 615310721186045 | 7/21/18 | $2,008.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988125 | $2,452.22 | 7/25/18 | 615310722186045 | 7/22/18 | $444.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989182 | $3,475.64 | 7/27/18 | 615310724186045 | 7/24/18 | $3,475.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989934 | $4,048.58 | 7/30/18 | 615310725186045 | 7/25/18 | $4,048.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990694 | $4,247.29 | 7/31/18 | 615310726186045 | 7/26/18 | $1,802.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990694 | $4,247.29 | 7/31/18 | 615310727186045 | 7/27/18 | $2,444.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991635 | $4,070.09 | 8/1/18 | 615310728186045 | 7/28/18 | $3,545.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991635 | $4,070.09 | 8/1/18 | 615310729186045 | 7/29/18 | $524.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992018 | $383.51 | 8/2/18 | 615310730186045 | 7/30/18 | $383.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992715 | $6,399.59 | 8/3/18 | 615310731186045 | 7/31/18 | $6,399.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993553 | $2,245.96 | 8/6/18 | 615310801186045 | 8/1/18 | $2,245.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994456 | $5,224.38 | 8/7/18 | 615310802186045 | 8/2/18 | $884.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994456 | $5,224.38 | 8/7/18 | 615310803186045 | 8/3/18 | $4,339.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995930 | $6,206.43 | 8/8/18 | 615310804186045 | 8/4/18 | $3,360.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995930 | $6,206.43 | 8/8/18 | 615310805186045 | 8/5/18 | $2,845.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996945 | $5,552.73 | 8/10/18 | 615310807186045 | 8/7/18 | $5,552.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997653 | $3,393.35 | 8/13/18 | 615310808186045 | 8/8/18 | $3,393.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998312 | $6,546.98 | 8/14/18 | 615310809186045 | 8/9/18 | $4,303.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998312 | $6,546.98 | 8/14/18 | 615310810186045 | 8/10/18 | $2,243.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999230 | $1,228.45 | 8/15/18 | 615310811186045 | 8/11/18 | $633.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999230 | $1,228.45 | 8/15/18 | 615310812186045 | 8/12/18 | $595.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000283 | $4,315.21 | 8/17/18 | 615310814186045 | 8/14/18 | $4,315.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001079 | $2,520.86 | 8/20/18 | 615310815186045 | 8/15/18 | $2,520.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001777 | $573.77 | 8/21/18 | 615310817186045 | 8/17/18 | $573.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002746 | $6,013.95 | 8/22/18 | 615310818186045 | 8/18/18 | $4,620.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002746 | $6,013.95 | 8/22/18 | 615310819186045 | 8/19/18 | $1,393.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003777 | $10,683.76 | 8/24/18 | 615310821186045 | 8/21/18 | $10,683.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004529 | $13,573.29 | 8/27/18 | 615310822186045 | 8/22/18 | $13,573.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005213 | $6,134.61 | 8/28/18 | 615310823186045 | 8/23/18 | $2,452.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005213 | $6,134.61 | 8/28/18 | 615310824186045 | 8/24/18 | $3,682.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006130 | $5,746.86 | 8/29/18 | 615310825186045 | 8/25/18 | $3,385.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006130 | $5,746.86 | 8/29/18 | 615310826186045 | 8/26/18 | $2,361.41 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006543 | $247.56 | 8/30/18 | 615310827186045 | 8/27/18 | $247.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007218 | $2,314.29 | 8/31/18 | 615310828186045 | 8/28/18 | $2,314.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008014 | $4,192.08 | 9/3/18 | 615310829186045 | 8/29/18 | $4,192.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008808 | $3,315.90 | 9/4/18 | 615310831186045 | 8/31/18 | $3,315.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009974 | $7,327.12 | 9/5/18 | 615310901186045 | 9/1/18 | $5,766.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009974 | $7,327.12 | 9/5/18 | 615310902186045 | 9/2/18 | $1,560.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012034 | $8,888.84 | 9/10/18 | 615310905186045 | 9/5/18 | $8,888.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012785 | $9,688.25 | 9/11/18 | 615310906186045 | 9/6/18 | $7,501.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012785 | $9,688.25 | 9/11/18 | 615310907186045 | 9/7/18 | $2,186.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013701 | $3,309.44 | 9/12/18 | 615310908186045 | 9/8/18 | $2,221.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013701 | $3,309.44 | 9/12/18 | 615310909186045 | 9/9/18 | $1,087.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014791 | $4,007.06 | 9/14/18 | 615310911186045 | 9/11/18 | $4,007.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015508 | $206.71 | 9/17/18 | 615310912186045 | 9/12/18 | $206.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016186 | $6,315.26 | 9/18/18 | 615310913186045 | 9/13/18 | $1,993.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016186 | $6,315.26 | 9/18/18 | 615310914186045 | 9/14/18 | $4,322.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017125 | $7,055.56 | 9/19/18 | 615310915186045 | 9/15/18 | $2,365.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017125 | $7,055.56 | 9/19/18 | 615310916186045 | 9/16/18 | $4,689.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018229 | $1,360.25 | 9/21/18 | 615310918186045 | 9/18/18 | $1,360.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018949 | $5,322.88 | 9/24/18 | 615310919186045 | 9/19/18 | $5,322.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019646 | $6,528.05 | 9/25/18 | 615310920186045 | 9/20/18 | $5,257.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019646 | $6,528.05 | 9/25/18 | 615310921186045 | 9/21/18 | $1,270.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020612 | $8,350.97 | 9/26/18 | 615310922186045 | 9/22/18 | $5,145.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020612 | $8,350.97 | 9/26/18 | 615310923186045 | 9/23/18 | $3,205.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021708 | $1,812.52 | 9/28/18 | 615310925186045 | 9/25/18 | $1,812.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022447 | $9,702.42 | 10/1/18 | 615310926186045 | 9/26/18 | $9,702.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023247 | $4,582.27 | 10/2/18 | 615310927186045 | 9/27/18 | $2,765.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023247 | $4,582.27 | 10/2/18 | 615310928186045 | 9/28/18 | $1,816.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024372 | $7,474.84 | 10/3/18 | 615310929186045 | 9/29/18 | $5,583.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024372 | $7,474.84 | 10/3/18 | 615310930186045 | 9/30/18 | $1,891.26 |

Totals:   47 transfer(s),   $229,659.60