Defendant: **Core Organization LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992029 | $95,260.68 | 8/14/18 | 30081 | 5/31/18 | $69,314.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992029 | $95,260.68 | 8/14/18 | 30105 | 5/31/18 | $10,614.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992029 | $95,260.68 | 8/14/18 | 30106 | 5/31/18 | $8,539.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992029 | $95,260.68 | 8/14/18 | 30082 | 5/31/18 | $6,791.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003155 | $11,866.43 | 9/6/18 | 30112 | 6/19/18 | $11,866.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010809 | $77,549.14 | 9/20/18 | 30155 | 6/30/18 | $77,549.14 |

Totals:   3 transfer(s),  $184,676.25