Defendant: **CRB Commercial Interiors Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983739 | $7,423.20 | 7/25/18 | 181001 | 6/12/18 | $7,423.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991638 | $6,753.60 | 8/13/18 | 18100218 | 6/27/18 | $6,753.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993558 | $103,165.23 | 8/16/18 | 1718SHC8 | 6/26/18 | $69,346.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993558 | $103,165.23 | 8/16/18 | 1718SHC8 | 6/26/18 | $37,328.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993558 | $103,165.23 | 8/16/18 | 1718SHC8 | 6/26/18 | $1,920.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993558 | $103,165.23 | 8/16/18 | 1718SHC8 | 6/26/18 | -$5,429.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994472 | $109,284.37 | 8/17/18 | 1718SHC9 | 7/2/18 | $109,284.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999235 | $27,466.50 | 8/29/18 | 181003 | 7/11/18 | $27,466.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001784 | $12,094.20 | 9/4/18 | 181004 | 7/17/18 | $12,094.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005218 | $13,730.40 | 9/11/18 | 181005 | 7/23/18 | $13,730.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008816 | $17,354.70 | 9/18/18 | 181006 | 7/30/18 | $17,354.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012790 | $11,635.20 | 9/25/18 | 181007 | 8/6/18 | $11,635.20 |

Totals:    9 transfer(s),    $308,907.40