18-23538-shl    Doc 8636-1    Filed 10/10/20    Entered 10/10/20 19:18:26    Exhibit A
                                                                            Pg 1 of 1

Defendant: **Creations Jewellery Mfg. Pvt. Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-10690 | $473,357.16 | 7/30/18 | 201819201568 | 5/18/18 | $473,357.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-10691 | $39,653.82 | 10/5/18 | 201820494644 | 7/12/18 | $16,288.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-10691 | $39,653.82 | 10/5/18 | 201820494644 | 7/12/18 | $14,019.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | L-10691 | $39,653.82 | 10/5/18 | 201820494644 | 7/12/18 | $9,346.00 |

Totals:    2 transfer(s),  $513,010.98