Defendant: **Crown Metal Mfg Co.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270511 | 5/3/18 | $789.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270331 | 5/3/18 | $96.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270332 | 5/3/18 | $82.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270334 | 5/3/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270330 | 5/3/18 | $69.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270325 | 5/3/18 | $56.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270333 | 5/3/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270326 | 5/3/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270327 | 5/3/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270328 | 5/3/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979731 | $1,340.33 | 7/17/18 | 270329 | 5/3/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270540 | 5/4/18 | $3,018.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270545 | 5/4/18 | $225.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270548 | 5/4/18 | $174.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270544 | 5/4/18 | $96.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270541 | 5/4/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270546 | 5/4/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270542 | 5/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270547 | 5/4/18 | $33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980459 | $3,759.51 | 7/18/18 | 270543 | 5/4/18 | $23.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271040 | 5/8/18 | $218.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271038 | 5/8/18 | $89.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 270831 | 5/8/18 | $58.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271041 | 5/8/18 | $57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271042 | 5/8/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271043 | 5/8/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271044 | 5/8/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 271039 | 5/8/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981800 | $610.15 | 7/20/18 | 270832 | 5/8/18 | $35.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271094 | 5/9/18 | $113.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271093 | 5/9/18 | $102.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271092 | 5/9/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271090 | 5/9/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271087 | 5/9/18 | $68.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271088 | 5/9/18 | $51.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271091 | 5/9/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982384 | $561.90 | 7/23/18 | 271089 | 5/9/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271421 | 5/10/18 | $96.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271419 | 5/10/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271420 | 5/10/18 | $77.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271418 | 5/10/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271417 | 5/10/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271411 | 5/10/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271415 | 5/10/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271416 | 5/10/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271414 | 5/10/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271413 | 5/10/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271412 | 5/10/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983060 | $730.98 | 7/24/18 | 271422 | 5/10/18 | $28.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983746 | $219.75 | 7/25/18 | 271450 | 5/11/18 | $219.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271593 | 5/14/18 | $426.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271592 | 5/14/18 | $184.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271591 | 5/14/18 | $91.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271572 | 5/14/18 | $82.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271565 | 5/14/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271570 | 5/14/18 | $51.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271564 | 5/14/18 | $38.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271569 | 5/14/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271567 | 5/14/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271566 | 5/14/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271568 | 5/14/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984738 | $1,115.44 | 7/26/18 | 271571 | 5/14/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271818 | 5/17/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271810 | 5/17/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271813 | 5/17/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271815 | 5/17/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271814 | 5/17/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271820 | 5/17/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271821 | 5/17/18 | $67.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271809 | 5/17/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271807 | 5/17/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271811 | 5/17/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271808 | 5/17/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271812 | 5/17/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271816 | 5/17/18 | $28.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271819 | 5/17/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986492 | $799.53 | 7/31/18 | 271817 | 5/17/18 | $3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271992 | 5/21/18 | $200.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271997 | 5/21/18 | $158.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271998 | 5/21/18 | $96.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271993 | 5/21/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271994 | 5/21/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271996 | 5/21/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271995 | 5/21/18 | $37.67 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988132 | $704.40 | 8/2/18 | 271999 | 5/21/18 | $23.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272553 | 5/24/18 | $84,203.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272555 | 5/24/18 | $40,795.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272552 | 5/24/18 | $17,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272554 | 5/24/18 | $283.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272443 | 5/24/18 | $130.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272440 | 5/24/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272442 | 5/24/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272438 | 5/24/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272439 | 5/24/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989940 | $143,132.56 | 8/9/18 | 272441 | 5/24/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990704 | $168.22 | 8/10/18 | 272581 | 5/25/18 | $43.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990704 | $168.22 | 8/10/18 | 272579 | 5/25/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990704 | $168.22 | 8/10/18 | 272578 | 5/25/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990704 | $168.22 | 8/10/18 | 272577 | 5/25/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990704 | $168.22 | 8/10/18 | 272580 | 5/25/18 | $11.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272709 | 5/29/18 | $444.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272708 | 5/29/18 | $130.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272711 | 5/29/18 | $55.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272707 | 5/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272712 | 5/29/18 | $30.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272710 | 5/29/18 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992053 | $733.12 | 8/14/18 | 272713 | 5/29/18 | $7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992724 | $64.40 | 8/15/18 | 272842 | 5/30/18 | $64.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993562 | $550.40 | 8/16/18 | 272982 | 5/31/18 | $550.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273041 | 6/1/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273044 | 6/1/18 | $73.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273045 | 6/1/18 | $65.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273040 | 6/1/18 | $42.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273042 | 6/1/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994477 | $307.79 | 8/17/18 | 273043 | 6/1/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273142 | 6/4/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273147 | 6/4/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273140 | 6/4/18 | $51.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273149 | 6/4/18 | $46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273145 | 6/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273146 | 6/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273141 | 6/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273144 | 6/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273143 | 6/4/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995938 | $450.34 | 8/20/18 | 273148 | 6/4/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273223 | 6/5/18 | $356.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273217 | 6/5/18 | $339.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273221 | 6/5/18 | $255.11 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273218 | 6/5/18 | $157.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273222 | 6/5/18 | $96.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273220 | 6/5/18 | $74.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996334 | $1,322.27 | 8/21/18 | 273219 | 6/5/18 | $43.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996957 | $2,546.80 | 8/22/18 | 273276 | 6/6/18 | $2,546.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273503 | 6/11/18 | $213.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273513 | 6/11/18 | $178.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273505 | 6/11/18 | $138.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273511 | 6/11/18 | $99.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273509 | 6/11/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273504 | 6/11/18 | $69.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273506 | 6/11/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273512 | 6/11/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273507 | 6/11/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273510 | 6/11/18 | $30.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273508 | 6/11/18 | $29.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999239 | $962.00 | 8/29/18 | 273502 | 6/11/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273560 | 6/12/18 | $138.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273562 | 6/12/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273563 | 6/12/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273561 | 6/12/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273564 | 6/12/18 | $28.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999660 | $344.86 | 8/30/18 | 273559 | 6/12/18 | $27.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273667 | 6/13/18 | $150.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273665 | 6/13/18 | $113.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273664 | 6/13/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273663 | 6/13/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273669 | 6/13/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273668 | 6/13/18 | $69.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000294 | $596.48 | 8/31/18 | 273666 | 6/13/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001091 | $739.95 | 9/3/18 | 273770 | 6/14/18 | $337.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001091 | $739.95 | 9/3/18 | 273773 | 6/14/18 | $205.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001091 | $739.95 | 9/3/18 | 273772 | 6/14/18 | $127.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001091 | $739.95 | 9/3/18 | 273771 | 6/14/18 | $69.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001788 | $224.00 | 9/4/18 | 273825 | 6/15/18 | $224.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273912 | 6/18/18 | $144.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273913 | 6/18/18 | $138.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273911 | 6/18/18 | $116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273908 | 6/18/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273907 | 6/18/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273909 | 6/18/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002754 | $700.80 | 9/5/18 | 273910 | 6/18/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273983 | 6/19/18 | $65.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273896 | 6/19/18 | $61.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273982 | 6/19/18 | $51.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273984 | 6/19/18 | $41.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273978 | 6/19/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273980 | 6/19/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273979 | 6/19/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273981 | 6/19/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273985 | 6/19/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003173 | $397.30 | 9/6/18 | 273987 | 6/19/18 | $13.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274389 | 6/26/18 | $122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274393 | 6/26/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274394 | 6/26/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274391 | 6/26/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274392 | 6/26/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274395 | 6/26/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274388 | 6/26/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274390 | 6/26/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006571 | $502.03 | 9/13/18 | 274396 | 6/26/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007232 | $61.95 | 9/14/18 | 274488 | 6/27/18 | $47.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007232 | $61.95 | 9/14/18 | 274487 | 6/27/18 | $14.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274608 | 6/28/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274606 | 6/28/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274604 | 6/28/18 | $55.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274605 | 6/28/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274610 | 6/28/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274607 | 6/28/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 274609 | 6/28/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008023 | $370.46 | 9/17/18 | 261014 | 6/28/18 | $13.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274713 | 6/29/18 | $113.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274715 | 6/29/18 | $113.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274719 | 6/29/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274712 | 6/29/18 | $75.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274717 | 6/29/18 | $69.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274718 | 6/29/18 | $69.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274711 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274714 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274716 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274707 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274710 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274914 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274709 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274708 | 6/29/18 | $37.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008823 | $850.92 | 9/18/18 | 274720 | 6/29/18 | $33.00 |

Totals:    29 transfer(s),   $164,868.64

Crown Metal Mfg Co.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A