| Defendant: | **Cyxtera Communications LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999669 | $217,138.42 | 8/30/18 | B11631383 | 6/1/18 | $240,668.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999669 | $217,138.42 | 8/30/18 | B11631383DM | 6/1/18 | -$23,529.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010849 | $237,241.85 | 9/20/18 | B12001339P | 7/1/18 | $237,241.85 |

Totals: **2 transfer(s), $454,380.27**