Defendant: **Datasoft Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980468 | $12,600.00 | 7/18/18 | DSAPR01 | 5/3/18 | $12,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997667 | $13,200.00 | 8/23/18 | DSMAY01 | 6/4/18 | $13,200.00 |

Totals:    2 transfer(s),  $25,800.00