Defendant: **David Huang**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 121997 | $106,965.98 | 8/9/18 | 0000097280 | 7/16/18 | $106,965.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171395 | $29,213.73 | 8/9/18 | 0000072618 | 7/26/18 | $29,213.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172798 | $29,926.26 | 9/6/18 | 0000082618 | 8/26/18 | $29,926.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174141 | $29,926.26 | 10/9/18 | 0000092518 | 9/25/18 | $29,926.26 |

Totals:    4 transfer(s),   $196,032.23