Defendant: **Deportes Salvador Colom Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979747 | $3,131.46 | 7/17/18 | 499615 | 5/3/18 | $1,188.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979747 | $3,131.46 | 7/17/18 | 499612 | 5/3/18 | $725.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979747 | $3,131.46 | 7/17/18 | 499614 | 5/3/18 | $520.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979747 | $3,131.46 | 7/17/18 | 499613 | 5/3/18 | $360.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979747 | $3,131.46 | 7/17/18 | 499631 | 5/3/18 | $336.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500007 | 5/4/18 | $2,795.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500004 | 5/4/18 | $451.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500002 | 5/4/18 | $358.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500006 | 5/4/18 | $198.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500001 | 5/4/18 | $188.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980479 | $4,105.62 | 7/18/18 | 500003 | 5/4/18 | $112.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987220 | $4,195.32 | 8/1/18 | 502305 | 5/22/18 | $2,633.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987220 | $4,195.32 | 8/1/18 | 502494 | 5/23/18 | $1,561.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988149 | $4,219.01 | 8/2/18 | 502051 | 5/21/18 | $4,219.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988614 | $9,787.78 | 8/7/18 | 502303 | 5/22/18 | $4,010.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988614 | $9,787.78 | 8/7/18 | 502330 | 5/22/18 | $2,265.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988614 | $9,787.78 | 8/7/18 | 502332 | 5/22/18 | $1,442.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988614 | $9,787.78 | 8/7/18 | 502667 | 5/25/18 | $2,069.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989207 | $7,582.20 | 8/8/18 | 502477 | 5/23/18 | $4,008.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989207 | $7,582.20 | 8/8/18 | 502478 | 5/23/18 | $3,453.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989207 | $7,582.20 | 8/8/18 | 502495 | 5/23/18 | $119.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990721 | $8,655.45 | 8/10/18 | 502611 | 5/25/18 | $4,866.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990721 | $8,655.45 | 8/10/18 | 502647 | 5/25/18 | $3,550.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990721 | $8,655.45 | 8/10/18 | 502614 | 5/25/18 | $112.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990721 | $8,655.45 | 8/10/18 | 502668 | 5/25/18 | $90.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990721 | $8,655.45 | 8/10/18 | 502649 | 5/25/18 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992107 | $8,021.69 | 8/14/18 | 502838 | 5/29/18 | $4,435.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992107 | $8,021.69 | 8/14/18 | 502840 | 5/29/18 | $3,411.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992107 | $8,021.69 | 8/14/18 | 502890 | 5/29/18 | $138.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992107 | $8,021.69 | 8/14/18 | 502839 | 5/29/18 | $35.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994531 | $90.70 | 8/17/18 | 504267 | 6/6/18 | $90.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995953 | $4,909.86 | 8/20/18 | 503678 | 6/4/18 | $4,909.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996971 | $4,690.90 | 8/22/18 | 504263 | 6/6/18 | $2,554.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996971 | $4,690.90 | 8/22/18 | 504262 | 6/6/18 | $2,053.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996971 | $4,690.90 | 8/22/18 | 504265 | 6/6/18 | $82.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997674 | $5,470.63 | 8/23/18 | 504487 | 6/7/18 | $2,175.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997674 | $5,470.63 | 8/23/18 | 504268 | 6/7/18 | $1,957.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997674 | $5,470.63 | 8/23/18 | 504523 | 6/7/18 | $1,052.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997674 | $5,470.63 | 8/23/18 | 504489 | 6/7/18 | $193.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997674 | $5,470.63 | 8/23/18 | 504271 | 6/7/18 | $90.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999253 | $4,687.68 | 8/29/18 | 504744 | 6/11/18 | $2,804.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999253 | $4,687.68 | 8/29/18 | 504712 | 6/11/18 | $1,806.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999253 | $4,687.68 | 8/29/18 | 504713 | 6/11/18 | $47.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999253 | $4,687.68 | 8/29/18 | 504746 | 6/11/18 | $29.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007247 | $7,152.10 | 9/14/18 | 507043 | 6/27/18 | $3,906.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007247 | $7,152.10 | 9/14/18 | 506908 | 6/27/18 | $3,285.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007247 | $7,152.10 | 9/14/18 | 47173 | 8/13/18 | -$9.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007247 | $7,152.10 | 9/14/18 | 64699 | 8/15/18 | -$30.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507233 | 6/29/18 | $3,836.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507234 | 6/29/18 | $3,434.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507165 | 6/29/18 | $3,264.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507164 | 6/29/18 | $1,341.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507338 | 6/29/18 | $1,325.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507163 | 6/29/18 | $1,180.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008839 | $16,103.84 | 9/18/18 | 507607 | 7/3/18 | $1,720.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010030 | $3,048.82 | 9/19/18 | 507452 | 7/2/18 | $1,696.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010030 | $3,048.82 | 9/19/18 | 507450 | 7/2/18 | $1,352.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010880 | $5,386.86 | 9/20/18 | 507609 | 7/3/18 | $2,639.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010880 | $5,386.86 | 9/20/18 | 507641 | 7/3/18 | $1,792.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010880 | $5,386.86 | 9/20/18 | 507608 | 7/3/18 | $954.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012059 | $4,274.89 | 9/24/18 | 507910 | 7/5/18 | $1,762.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012059 | $4,274.89 | 9/24/18 | 507909 | 7/5/18 | $1,437.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012059 | $4,274.89 | 9/24/18 | 507908 | 7/5/18 | $1,074.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013720 | $9,958.89 | 9/26/18 | 508100 | 7/9/18 | $3,912.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013720 | $9,958.89 | 9/26/18 | 508099 | 7/9/18 | $3,744.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013720 | $9,958.89 | 9/26/18 | 508102 | 7/9/18 | $2,302.16 |

Totals:    19 transfer(s),   $115,473.70

Deportes Salvador Colom Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 2