| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Dscovery LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805060001 | 5/6/18 | $1,866.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805060002 | 5/6/18 | $1,798.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805070003 | 5/7/18 | $1,552.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805070004 | 5/7/18 | $1,258.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805070002 | 5/7/18 | $1,066.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805150004 | 5/15/18 | $1,024.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981873 | $9,483.60 | 7/20/18 | 1805150002 | 5/15/18 | $915.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150007 | 5/15/18 | $1,717.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150008 | 5/15/18 | $1,585.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150006 | 5/15/18 | $1,474.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150009 | 5/15/18 | $1,390.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150003 | 5/15/18 | $1,309.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150005 | 5/15/18 | $936.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150001 | 5/15/18 | $403.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805150013 | 5/15/18 | $237.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290004 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290005 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290007 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290012 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290009 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985239 | $11,130.10 | 7/27/18 | 1805290001 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290010 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290014 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290002 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290006 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290003 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988650 | $2,073.60 | 8/7/18 | 1805290013 | 5/29/18 | $345.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992149 | $1,809.60 | 8/14/18 | 1805290015 | 5/29/18 | $1,809.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014228 | $720.00 | 9/27/18 | 1807190002 | 7/19/18 | $720.00 |

**Totals:**      **5 transfer(s),  $25,216.90**