Defendant: **E Formella & Sons Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003248 | $135,636.72 | 9/6/18 | VIB041118288521 | 5/4/18 | -$180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003248 | $135,636.72 | 9/6/18 | VBCRT0318003466 | 5/10/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003248 | $135,636.72 | 9/6/18 | 42283 | 7/17/18 | $59,097.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003248 | $135,636.72 | 9/6/18 | 42297 | 7/19/18 | $76,869.12 |

Totals:    1 transfer(s),  $135,636.72