Defendant: **E Plaza III LP**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169859 | $50,498.43 | 7/30/18 | 0000062518 | 6/25/18 | $48,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169859 | $50,498.43 | 7/30/18 | 0000062518 | 6/25/18 | $2,165.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171413 | $50,498.43 | 8/31/18 | 0000072618 | 7/26/18 | $48,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171413 | $50,498.43 | 8/31/18 | 0000072618 | 7/26/18 | $2,165.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172815 | $50,498.43 | 9/26/18 | 0000082618 | 8/26/18 | $48,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172815 | $50,498.43 | 9/26/18 | 0000082618 | 8/26/18 | $2,165.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126986 | $57,264.00 | 10/11/18 | 0000098332 | 9/24/18 | $57,264.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174158 | $50,498.43 | 10/11/18 | 0000092518 | 9/25/18 | $48,333.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174158 | $50,498.43 | 10/11/18 | 0000092518 | 9/25/18 | $2,165.10 |

Totals:     5 transfer(s),  $259,257.72