Defendant: **Eagle Home Products Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980497 | $1,512.00 | 7/18/18 | 95282 | 5/29/18 | $1,512.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982410 | $2,292.84 | 7/23/18 | 95290 | 5/31/18 | $2,298.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982410 | $2,292.84 | 7/23/18 | 8361AD070818A23 | 7/6/18 | -$5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984764 | $92,722.83 | 7/26/18 | 95386 | 6/6/18 | $6,873.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984764 | $92,722.83 | 7/26/18 | 95389 | 6/11/18 | $85,852.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984764 | $92,722.83 | 7/26/18 | 8361AD071518AZ7 | 7/13/18 | -$0.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984764 | $92,722.83 | 7/26/18 | 8361AD071518AZ8 | 7/13/18 | -$2.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985792 | $12,042.72 | 7/30/18 | 95388 | 6/11/18 | $9,033.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985792 | $12,042.72 | 7/30/18 | 95390 | 6/11/18 | $3,009.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 95832 | 7/18/18 | $2,602.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 8361AD072218A09 | 7/20/18 | -$1.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 8361AD072918A24 | 7/27/18 | -$1.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 8361AD080518A40 | 8/3/18 | -$6.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 8361AD081218AY8 | 8/10/18 | -$4.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005259 | $2,587.61 | 9/11/18 | 8361AD081918AS9 | 8/17/18 | -$1.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006671 | $589.56 | 9/13/18 | 95879 | 7/23/18 | $600.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006671 | $589.56 | 9/13/18 | 8361AD082618A63 | 8/24/18 | -$4.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006671 | $589.56 | 9/13/18 | 8361AD082618A62 | 8/24/18 | -$5.96 |

Totals:    6 transfer(s),  $111,747.56