Defendant: **Electri-Chef LLC, Dba Electri-Chef**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914401 | $14,620.40 | 8/24/18 | 180625 | 7/30/18 | $14,620.40 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816146 | 9/6/18 | $22,753.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816137 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816160 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816156 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816153 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816151 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816142 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914634 | $166,859.00 | 9/7/18 | 31816131 | 9/6/18 | $20,586.50 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914941 | $2,374.00 | 9/28/18 | 180633 | 8/1/18 | $2,374.00 |

Totals:    3 transfer(s),  $183,853.40