| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | | Emerson Healthcare LLC | | | | | |
| Bankruptcy Case: | | Sears Holding Corporation, et al. | | | | | |
| Preference Period: | | Jul 17, 2018 - Oct 15, 2018 | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749238 | 5/28/18 | $2,444.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749237 | 5/28/18 | $1,075.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749228 | 5/31/18 | $12,880.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749235 | 5/31/18 | $5,278.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749246 | 5/31/18 | $1,552.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749234 | 5/31/18 | $698.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749250 | 6/1/18 | $1,167.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749231 | 6/1/18 | $993.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749247 | 6/4/18 | $4,642.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749232 | 6/5/18 | $1,389.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749244 | 6/5/18 | $335.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749240 | 6/5/18 | $183.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749248 | 6/5/18 | $83.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 749236 | 6/6/18 | $519.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 4868055228 | 6/19/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 3722023782 | 6/29/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 9746029106 | 7/3/18 | -$9.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 4453017451 | 7/3/18 | -$15.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 3818053172 | 7/5/18 | -$6.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 3818053171 | 7/5/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 7390038491 | 7/5/18 | -$23.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 9695016120 | 7/6/18 | -$5.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 7329027328 | 7/6/18 | -$6.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 7471036774 | 7/6/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 8361AD070818B30 | 7/6/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 8361AD070818B29 | 7/6/18 | -$184.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 8361AD070818B31 | 7/6/18 | -$326.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | MA18188708784 | 7/7/18 | -$471.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 4762027997 | 7/8/18 | -$17.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | VPOT991483910 | 7/8/18 | -$60.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | VPOT991483911 | 7/8/18 | -$311.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 3990024110 | 7/9/18 | -$5.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981905 | $31,752.79 | 7/20/18 | 3040042921 | 7/9/18 | -$6.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 753870 | 6/7/18 | $6,967.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 753875 | 6/15/18 | $1,511.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7225068265 | 7/6/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7788028905 | 7/10/18 | -$6.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7223068951 | 7/11/18 | -$6.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7195058877 | 7/11/18 | -$57.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 9348034097 | 7/12/18 | -$2.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7192034889 | 7/12/18 | -$5.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 8361AD071518BW5 | 7/13/18 | -$20.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 8361AD071518BW4 | 7/13/18 | -$193.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 8361AD071518BW6 | 7/13/18 | -$227.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 4819024551 | 7/15/18 | -$13.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7788028943 | 7/16/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 3888048589 | 7/16/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985275 | $7,910.95 | 7/27/18 | 7788028932 | 7/16/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | PRK160188 | 6/7/18 | -$694.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | PRK160185 | 6/7/18 | -$1,130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | PRK160186 | 6/7/18 | -$2,357.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | PRK160187 | 6/7/18 | -$6,307.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 755636 | 6/14/18 | $7,964.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 753873 | 6/15/18 | $1,175.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 753878 | 6/15/18 | $671.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 753871 | 6/15/18 | $503.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 760219 | 6/21/18 | $584.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 759180 | 6/25/18 | $13,017.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 7225068283 | 7/13/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3982020459 | 7/13/18 | -$18.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3982020456 | 7/13/18 | -$129.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3059047615 | 7/16/18 | -$25.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 7793060840 | 7/18/18 | -$21.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 9761015862 | 7/19/18 | -$5.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3499020508 | 7/19/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 7654004826 | 7/19/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4128030304 | 7/19/18 | -$8.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 7021028126 | 7/20/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072218B18 | 7/20/18 | -$28.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072218B17 | 7/20/18 | -$239.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072218B19 | 7/20/18 | -$288.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484645 | 7/22/18 | -$27.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484248 | 7/22/18 | -$105.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484642 | 7/22/18 | -$169.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484643 | 7/22/18 | -$290.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484644 | 7/22/18 | -$379.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484646 | 7/22/18 | -$481.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991484647 | 7/22/18 | -$514.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3982020489 | 7/23/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3040043178 | 7/23/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4731031885 | 7/23/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3982020477 | 7/23/18 | -$16.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3896007048 | 7/24/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3189015349 | 7/24/18 | -$5.09 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 9255030630 | 7/24/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3368066902 | 7/24/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4129022130 | 7/24/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4129022131 | 7/24/18 | -$8.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 7749055193 | 7/24/18 | -$10.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3529028681 | 7/25/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4478044475 | 7/25/18 | -$19.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 3345038604 | 7/26/18 | -$16.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 706645KW | 7/26/18 | -$1,520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4478044487 | 7/27/18 | -$6.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 4129022137 | 7/27/18 | -$8.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072918B25 | 7/27/18 | -$48.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072918B24 | 7/27/18 | -$207.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | 8361AD072918B26 | 7/27/18 | -$482.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485064 | 7/29/18 | -$72.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485162 | 7/29/18 | -$81.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485066 | 7/29/18 | -$95.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485070 | 7/29/18 | -$96.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485065 | 7/29/18 | -$124.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485063 | 7/29/18 | -$133.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPASN993118198 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485068 | 7/29/18 | -$152.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485072 | 7/29/18 | -$199.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485069 | 7/29/18 | -$199.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485163 | 7/29/18 | -$200.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485071 | 7/29/18 | -$329.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992189 | $6,067.21 | 8/14/18 | VPOT991485067 | 7/29/18 | -$354.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 763068 | 6/29/18 | $14,984.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767047 | 7/9/18 | $762.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767041 | 7/9/18 | $534.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 763069 | 7/9/18 | $438.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767044 | 7/9/18 | $282.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767052 | 7/9/18 | $228.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767043 | 7/11/18 | $1,839.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769184 | 7/11/18 | $837.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769185 | 7/11/18 | $770.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769186 | 7/11/18 | $686.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769183 | 7/11/18 | $534.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767055 | 7/11/18 | $439.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767048 | 7/11/18 | $363.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767045 | 7/11/18 | $264.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769188 | 7/11/18 | $160.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 769187 | 7/12/18 | $862.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767051 | 7/12/18 | $805.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767049 | 7/12/18 | $530.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767053 | 7/12/18 | $303.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767040 | 7/13/18 | $12,043.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 768868 | 7/13/18 | $321.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 768864 | 7/13/18 | $268.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 767054 | 7/13/18 | $264.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 768865 | 7/13/18 | $255.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 771203 | 7/16/18 | $2,312.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 771201 | 7/16/18 | $1,915.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 768866 | 7/16/18 | $543.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 771193 | 7/17/18 | $761.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 768870 | 7/17/18 | $442.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 771207 | 7/17/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 771194 | 7/18/18 | $307.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3288020946 | 7/19/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3486026814 | 7/23/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7390038557 | 7/27/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7767022826 | 7/31/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 4453017529 | 7/31/18 | -$6.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9662038915 | 7/31/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3990024163 | 7/31/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 4457032172 | 7/31/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3040043264 | 7/31/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3678037712 | 7/31/18 | -$18.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3368066932 | 8/2/18 | -$4.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD080518B85 | 8/3/18 | -$23.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD080518B86 | 8/3/18 | -$392.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD080518B84 | 8/3/18 | -$439.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9153028619 | 8/4/18 | -$5.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9348034220 | 8/4/18 | -$32.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | MA18216708784 | 8/4/18 | -$311.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | MA18216715995 | 8/4/18 | -$9,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | MA18216715960 | 8/4/18 | -$15,613.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684967 | 8/5/18 | -$7.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684969 | 8/5/18 | -$70.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPOT991485536 | 8/5/18 | -$70.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684196 | 8/5/18 | -$76.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684970 | 8/5/18 | -$77.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684968 | 8/5/18 | -$98.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPOT991485535 | 8/5/18 | -$138.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684193 | 8/5/18 | -$179.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684191 | 8/5/18 | -$290.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684189 | 8/5/18 | -$290.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684194 | 8/5/18 | -$303.73 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684187 | 8/5/18 | -$311.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684192 | 8/5/18 | -$334.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684188 | 8/5/18 | -$345.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684186 | 8/5/18 | -$345.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684195 | 8/5/18 | -$358.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPFR991684190 | 8/5/18 | -$358.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7756014279 | 8/6/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7383031803 | 8/6/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3040043320 | 8/7/18 | -$6.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3829074779 | 8/7/18 | -$23.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9415016470 | 8/8/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3040043322 | 8/8/18 | -$4.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3990024185 | 8/8/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3266017229 | 8/9/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD081218BS9 | 8/10/18 | -$174.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD081218BS8 | 8/10/18 | -$323.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 4751015572 | 8/11/18 | -$5.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7570061411 | 8/13/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9746029243 | 8/13/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3990024189 | 8/13/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3086020546 | 8/13/18 | -$15.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7788029047 | 8/14/18 | -$3.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7390038585 | 8/14/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7477015188 | 8/15/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 7477015189 | 8/15/18 | -$7.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 3371050302 | 8/16/18 | -$10.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 9415016491 | 8/17/18 | -$4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD081918BH2 | 8/17/18 | -$73.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 8361AD081918BH1 | 8/17/18 | -$78.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 4257020753 | 8/18/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | 4371035110 | 8/18/18 | -$7.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPOT991486672 | 8/19/18 | -$54.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003275 | $13,761.09 | 9/6/18 | VPOT991486671 | 8/19/18 | -$657.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 3667048673 | 6/14/18 | -$10.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 767050 | 7/11/18 | $305.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 767042 | 7/13/18 | $1,935.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771199 | 7/16/18 | $3,372.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771196 | 7/16/18 | $2,449.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 767046 | 7/16/18 | $2,199.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 768869 | 7/16/18 | $313.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771198 | 7/18/18 | $3,542.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771197 | 7/18/18 | $427.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771208 | 7/18/18 | $374.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771192 | 7/19/18 | $18,922.90 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771195 | 7/19/18 | $4,332.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771202 | 7/19/18 | $2,274.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774528 | 7/19/18 | $1,846.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 768867 | 7/19/18 | $261.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771204 | 7/23/18 | $449.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774531 | 7/24/18 | $1,304.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771200 | 7/24/18 | $797.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771206 | 7/24/18 | $503.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774538 | 7/24/18 | $381.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774535 | 7/24/18 | $160.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774525 | 7/24/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 771205 | 7/25/18 | $472.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774542 | 7/25/18 | $415.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774536 | 7/25/18 | $318.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 774526 | 7/25/18 | $296.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 4996031102 | 8/16/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 7195059085 | 8/20/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 3828049696 | 8/21/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 3582024691 | 8/22/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 3268015269 | 8/23/18 | -$5.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 3592054682 | 8/23/18 | -$6.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 4206023486 | 8/24/18 | -$12.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 8361AD082618CB8 | 8/24/18 | -$46.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 8361AD082618CB7 | 8/24/18 | -$341.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 8361AD082618CB9 | 8/24/18 | -$418.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | 4257020764 | 8/25/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | MA18237715996 | 8/25/18 | -$618.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006695 | $45,887.43 | 9/13/18 | VPOT991487214 | 8/26/18 | -$355.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774532 | 7/24/18 | $1,962.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774527 | 7/27/18 | $2,584.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774529 | 7/27/18 | $1,070.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774537 | 7/31/18 | $1,355.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774530 | 7/31/18 | $1,198.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774539 | 7/31/18 | $930.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777654 | 7/31/18 | $770.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774534 | 7/31/18 | $538.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777661 | 7/31/18 | $533.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777658 | 7/31/18 | $381.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774541 | 7/31/18 | $171.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777665 | 7/31/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777649 | 7/31/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774540 | 8/1/18 | $1,123.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777659 | 8/1/18 | $308.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 777647 | 8/1/18 | $271.66 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 774533 | 8/1/18 | $141.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 7570061443 | 8/27/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 4128030334 | 8/27/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 4751015623 | 8/27/18 | -$9.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 3361017120 | 8/29/18 | -$6.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 7195059113 | 8/29/18 | -$7.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 8361AD090218B39 | 8/31/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 8361AD090218B40 | 8/31/18 | -$343.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 8361AD090218B38 | 8/31/18 | -$694.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | MA18244708784 | 9/1/18 | -$424.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010953 | $11,991.82 | 9/20/18 | 7192034950 | 9/3/18 | -$2.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 774524 | 7/26/18 | $6,936.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777653 | 7/31/18 | $1,748.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777646 | 8/2/18 | $8,401.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777660 | 8/2/18 | $1,935.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777651 | 8/2/18 | $527.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780827 | 8/6/18 | $999.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777655 | 8/6/18 | $261.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780830 | 8/6/18 | $228.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777650 | 8/6/18 | $152.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777657 | 8/7/18 | $542.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777662 | 8/7/18 | $488.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777652 | 8/7/18 | $372.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780832 | 8/7/18 | $152.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780828 | 8/7/18 | $151.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780823 | 8/7/18 | $76.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777648 | 8/8/18 | $1,198.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 780825 | 8/8/18 | $608.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777664 | 8/8/18 | $320.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777663 | 8/8/18 | $268.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 777656 | 8/8/18 | $255.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | VPOT991488034 | 9/2/18 | -$406.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 4807027472 | 9/3/18 | -$14.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 7177057512 | 9/4/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 7195059141 | 9/4/18 | -$8.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 4214024176 | 9/7/18 | -$15.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 4421040224 | 9/7/18 | -$19.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 8361AD090918BZ1 | 9/7/18 | -$28.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 8361AD090918BZ0 | 9/7/18 | -$71.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 8361AD090918BZ2 | 9/7/18 | -$121.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | C411804070KW | 9/7/18 | -$14,427.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014267 | $10,505.03 | 9/27/18 | 3415033835 | 9/8/18 | -$2.51 |

Totals:     7 transfer(s),  $127,876.32

Emerson Healthcare LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 7