| Defendant: | **Entech Sales & Service Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981382 | $12,035.24 | 7/19/18 | SRVCE00245511 | 5/24/18 | $12,035.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985809 | $19,421.50 | 7/30/18 | SRVCE00246733 | 6/15/18 | $19,421.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986528 | $1,055.45 | 7/31/18 | SRVCE00247318 | 6/26/18 | $1,055.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988692 | $1,104.15 | 8/7/18 | SRVCE00247669 | 6/30/18 | $1,104.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247259 | 6/22/18 | $1,139.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |

Entech Sales & Service Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989236 | $66,357.25 | 8/8/18 | SRVCE00247258 | 6/22/18 | $811.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991671 | $16,132.00 | 8/13/18 | SRVCE00247467 | 6/27/18 | $16,132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997003 | $1,179.93 | 8/22/18 | SRVCE00249053 | 7/26/18 | $838.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997003 | $1,179.93 | 8/22/18 | SRVCE00249055 | 7/26/18 | $340.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999786 | $4,405.79 | 8/30/18 | SRVCE00247997 | 7/10/18 | $4,405.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000340 | $40,898.00 | 8/31/18 | SRVCE00248365 | 7/13/18 | $18,210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000340 | $40,898.00 | 8/31/18 | SRVCE00248360 | 7/13/18 | $11,551.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000340 | $40,898.00 | 8/31/18 | SRVCE00248362 | 7/13/18 | $11,137.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001842 | $7,154.24 | 9/4/18 | SRVCE00248446 | 7/16/18 | $5,021.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001842 | $7,154.24 | 9/4/18 | SRVCE00249642 | 8/6/18 | $2,132.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002786 | $16,132.00 | 9/5/18 | SRVCE00247467 | 6/27/18 | $16,132.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003283 | $698.21 | 9/6/18 | SRVCE00248162 | 7/11/18 | $698.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006702 | $19,452.03 | 9/13/18 | SRVCE00249334 | 7/31/18 | $19,452.03 |

Entech Sales & Service Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011462 | $3,069.35 | 9/21/18 | SRVCE00250734 | 8/23/18 | $2,371.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011462 | $3,069.35 | 9/21/18 | SRVCE00250709 | 8/23/18 | $698.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014274 | $1,136.63 | 9/27/18 | SRVCE00251147 | 8/29/18 | $1,136.63 |

**Totals:**     **15 transfer(s),  $210,231.77**