Defendant: **EPI Printers Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985283 | $10,953.00 | 7/27/18 | 426303 | 5/14/18 | $5,565.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985283 | $10,953.00 | 7/27/18 | 426198 | 5/14/18 | $2,571.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985283 | $10,953.00 | 7/27/18 | 425943 | 5/14/18 | $1,759.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985283 | $10,953.00 | 7/27/18 | 426198.1 | 5/14/18 | $1,058.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988697 | $2,568.40 | 8/7/18 | 456213 | 5/25/18 | $1,793.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988697 | $2,568.40 | 8/7/18 | 456214 | 5/25/18 | $775.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 426644 | 5/29/18 | $7,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 726720 | 5/29/18 | $5,933.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731158 | 5/31/18 | $45,157.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731109 | 5/31/18 | $8,277.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731094 | 5/31/18 | $6,156.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731134 | 5/31/18 | $5,652.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731141 | 5/31/18 | $2,466.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992204 | $81,927.06 | 8/14/18 | 731111 | 5/31/18 | $635.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003287 | $38,561.00 | 9/6/18 | 427233 | 6/21/18 | $19,539.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003287 | $38,561.00 | 9/6/18 | 426456 | 6/21/18 | $15,839.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003287 | $38,561.00 | 9/6/18 | 427912 | 6/21/18 | $3,183.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006706 | $2,889.85 | 9/13/18 | 457003 | 6/29/18 | $2,114.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006706 | $2,889.85 | 9/13/18 | 457004 | 6/29/18 | $774.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010963 | $182,809.00 | 9/20/18 | 732063 | 6/30/18 | $95,394.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010963 | $182,809.00 | 9/20/18 | 732060 | 6/30/18 | $62,702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010963 | $182,809.00 | 9/20/18 | 732022 | 6/30/18 | $17,266.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010963 | $182,809.00 | 9/20/18 | 732122 | 6/30/18 | $6,122.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010963 | $182,809.00 | 9/20/18 | 427803 | 7/6/18 | $1,325.00 |

Totals:    6 transfer(s),   $319,708.31