Defendant: **Eric Jay Ltd.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981383 | $95,211.90 | 7/19/18 | 6242 | 4/18/18 | $95,211.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993609 | $35,876.54 | 8/16/18 | 6251 | 5/29/18 | $36,276.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993609 | $35,876.54 | 8/16/18 | ITM9732604IN970 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993609 | $35,876.54 | 8/16/18 | ITM8189180IN020 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996448 | $50,227.92 | 8/21/18 | 6250 | 5/29/18 | $50,227.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999790 | $11,626.80 | 8/30/18 | 6263 | 6/11/18 | $11,776.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999790 | $11,626.80 | 8/30/18 | VPASN993119134 | 8/12/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002787 | $19,304.40 | 9/5/18 | 6262 | 6/7/18 | $19,454.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002787 | $19,304.40 | 9/5/18 | VPASN993119529 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007289 | $8,392.80 | 9/14/18 | 6284 | 6/26/18 | $8,542.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007289 | $8,392.80 | 9/14/18 | VPASN993119844 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008872 | $12,810.00 | 9/18/18 | 6283 | 6/21/18 | $12,810.00 |

Totals:   7 transfer(s),  $233,450.36