| Defendant: | Exquisite Apparel Corp. |
| --- | --- |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981935 | $6,329.56 | 7/20/18 | 1275838 | 4/27/18 | $6,329.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985301 | $1,665.85 | 7/27/18 | 1276458 | 5/11/18 | $2,153.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985301 | $1,665.85 | 7/27/18 | 1276679 | 5/18/18 | $140.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985301 | $1,665.85 | 7/27/18 | 8361D006344858 | 7/11/18 | -$628.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992221 | $104,630.14 | 8/14/18 | 1275561 | 4/9/18 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992221 | $104,630.14 | 8/14/18 | 1276300 | 5/7/18 | $573.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992221 | $104,630.14 | 8/14/18 | 1276454 | 5/11/18 | $2,708.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992221 | $104,630.14 | 8/14/18 | 1277346 | 6/22/18 | $100,801.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999807 | $969.55 | 8/30/18 | 1276299 | 5/7/18 | $790.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999807 | $969.55 | 8/30/18 | 1276872 | 5/29/18 | $827.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999807 | $969.55 | 8/30/18 | 1276975 | 6/1/18 | $56.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999807 | $969.55 | 8/30/18 | 1277145 | 6/8/18 | $197.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999807 | $969.55 | 8/30/18 | 8710K88450348 | 8/3/18 | -$902.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003309 | $300.95 | 9/6/18 | 1277199 | 6/15/18 | $159.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003309 | $300.95 | 9/6/18 | 1277202 | 6/15/18 | $141.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006722 | $63,961.92 | 9/13/18 | 1277320 | 6/22/18 | $63,961.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277315 | 6/20/18 | $32,806.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277348 | 6/22/18 | $16,572.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277347 | 6/22/18 | $10,495.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277328 | 6/22/18 | $347.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277329 | 6/22/18 | $300.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277500 | 6/29/18 | $8,019.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277499 | 6/29/18 | $3,047.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277501 | 6/29/18 | $235.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 1277725 | 7/6/18 | $7,537.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010983 | $78,700.11 | 9/20/18 | 8361D006405619 | 8/27/18 | -$662.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014295 | $1,015.61 | 9/27/18 | 1276679 | 5/18/18 | $28.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014295 | $1,015.61 | 9/27/18 | 1277346 | 6/22/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014295 | $1,015.61 | 9/27/18 | 1277930 | 7/13/18 | $789.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014295 | $1,015.61 | 9/27/18 | VPJIT0326990054 | 9/2/18 | -$402.63 |

Totals:     8 transfer(s),  $257,573.69