Defendant: **Extreme Networks Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 713257817127 | 6/1/18 | $9,213.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 253395325062420 | 6/1/18 | $1,555.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 203931875620180 | 6/1/18 | $500.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 503254643488120 | 6/1/18 | $442.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 509529389034020 | 6/1/18 | $342.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 541334024500120 | 6/1/18 | $201.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985302 | $12,313.44 | 7/27/18 | 253395059343320 | 6/1/18 | $57.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985813 | $635,230.43 | 7/30/18 | 19016007 | 6/1/18 | $635,230.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999808 | $3,523.00 | 8/30/18 | 12029789 | 6/12/18 | $3,173.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999808 | $3,523.00 | 8/30/18 | 12029750 | 6/12/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006174 | $510,319.05 | 9/12/18 | 11232153 | 7/1/18 | $510,319.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006723 | $6,231.85 | 9/13/18 | 12031093 | 6/29/18 | $3,284.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006723 | $6,231.85 | 9/13/18 | 12031094 | 6/29/18 | $1,612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006723 | $6,231.85 | 9/13/18 | 12031095 | 6/29/18 | $1,334.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010984 | $4,306.93 | 9/20/18 | 12031172 | 7/2/18 | $1,612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010984 | $4,306.93 | 9/20/18 | 12031170 | 7/2/18 | $1,355.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010984 | $4,306.93 | 9/20/18 | 12021171 | 7/2/18 | $1,339.64 |

Totals:    6 transfer(s),   $1,171,924.70