| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **F & F Construction Inc.** | | | | | | |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983795 | $10,480.00 | 7/25/18 | 1810144 | 5/9/18 | $8,030.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983795 | $10,480.00 | 7/25/18 | 1810146 | 5/10/18 | $2,450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987251 | $8,250.00 | 8/1/18 | 160438801 | 5/18/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987251 | $8,250.00 | 8/1/18 | 160438801 | 5/18/18 | $2,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987251 | $8,250.00 | 8/1/18 | 160438801 | 5/18/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810148 | 5/22/18 | $18,358.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810147 | 5/22/18 | $16,684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810155 | 5/22/18 | $3,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810157 | 5/22/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810149 | 5/22/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810150 | 5/22/18 | $1,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810153 | 5/22/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810156 | 5/22/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810154 | 5/22/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810151 | 5/22/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988719 | $46,792.00 | 8/7/18 | 1810152 | 5/22/18 | $200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810159 | 5/23/18 | $18,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810026 | 5/23/18 | $4,260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810020 | 5/23/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810025 | 5/23/18 | $2,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810023 | 5/23/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810024 | 5/23/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810022 | 5/23/18 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989241 | $36,360.00 | 8/8/18 | 1810021 | 5/23/18 | $1,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990754 | $6,900.00 | 8/10/18 | 1810019 | 5/22/18 | $3,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990754 | $6,900.00 | 8/10/18 | 1810160 | 5/24/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997008 | $7,677.00 | 8/22/18 | 1810112 | 2/8/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997008 | $7,677.00 | 8/22/18 | 1810117 | 2/8/18 | $2,877.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998376 | $6,800.00 | 8/28/18 | 1810126 | 4/9/18 | $6,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999277 | $1,500.00 | 8/29/18 | 160438802 | 6/11/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001141 | $10,480.00 | 9/3/18 | 1810027 | 6/11/18 | $10,480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002790 | $24,126.63 | 9/5/18 | 1810018 | 5/22/18 | $24,126.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005273 | $24,550.00 | 9/11/18 | 1810163 | 6/22/18 | $9,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005273 | $24,550.00 | 9/11/18 | 1810162 | 6/22/18 | $8,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005273 | $24,550.00 | 9/11/18 | 1810161 | 6/22/18 | $6,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 170431323 | 6/28/18 | $27,141.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 170431323 | 6/28/18 | $18,486.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810175 | 6/28/18 | $3,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810174 | 6/28/18 | $2,490.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810171 | 6/28/18 | $2,480.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810166 | 6/28/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810029 | 6/28/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810030 | 6/28/18 | $1,445.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810170 | 6/28/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810164 | 6/28/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810176 | 6/28/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810028 | 6/28/18 | $357.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008070 | $61,999.30 | 9/17/18 | 1810167 | 6/28/18 | $350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810173 | 6/28/18 | $3,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810031 | 6/28/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810165 | 6/28/18 | $2,083.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810168 | 6/28/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810169 | 6/28/18 | $990.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008878 | $11,423.00 | 9/18/18 | 1810172 | 6/28/18 | $850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010092 | $14,250.00 | 9/19/18 | 1810034 | 7/2/18 | $14,250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012098 | $6,300.00 | 9/24/18 | 1810033 | 7/2/18 | $6,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012844 | $14,279.56 | 9/25/18 | 1810035 | 7/3/18 | $3,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012844 | $14,279.56 | 9/25/18 | 160438810 | 7/6/18 | $11,588.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012844 | $14,279.56 | 9/25/18 | 160438810 | 7/6/18 | -$1,158.84 |

Totals:    16 transfer(s),  $292,167.49