| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | Fossil Partnership LP | | | | | | |
| Bankruptcy Case | Sears Holding Corporation, et al. | | | | | | |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 | | | | | | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608551 | 4/24/18 | $777.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608389 | 4/24/18 | $543.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608501 | 4/24/18 | $539.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608500 | 4/24/18 | $531.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608400 | 4/24/18 | $348.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608520 | 4/24/18 | $298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608518 | 4/24/18 | $298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608525 | 4/24/18 | $52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608547 | 4/24/18 | $45.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608388 | 4/24/18 | $36.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608507 | 4/24/18 | $35.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608470 | 4/24/18 | $28.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608538 | 4/24/18 | $27.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608422 | 4/24/18 | $26.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608464 | 4/24/18 | $26.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608537 | 4/24/18 | $14.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608467 | 4/24/18 | $13.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608657 | 4/25/18 | $812.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608645 | 4/25/18 | $168.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608641 | 4/25/18 | $93.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608647 | 4/25/18 | $77.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608674 | 4/25/18 | $18.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608845 | 4/26/18 | $531.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608844 | 4/26/18 | $513.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608839 | 4/26/18 | $238.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 98608840 | 4/26/18 | $237.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 8710K88477865 | 7/12/18 | -$8.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 7705050346 | 7/13/18 | -$8.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 8710K88478733 | 7/13/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 8361AD071518BF6 | 7/13/18 | -$507.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 8710K88482175 | 7/14/18 | -$8.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985333 | $5,783.29 | 7/19/18 | 8710K88483815 | 7/14/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608267 | 4/23/18 | $614.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608424 | 4/24/18 | $830.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608540 | 4/24/18 | $830.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608505 | 4/24/18 | $556.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608491 | 4/24/18 | $298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608660 | 4/25/18 | $298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608685 | 4/25/18 | $298.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98608899 | 4/28/18 | $607.25 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98609931 | 5/16/18 | $26.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 98610060 | 5/21/18 | $73.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88484375 | 7/18/18 | -$25.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8361AD072218BJ0 | 7/20/18 | -$757.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88487859 | 7/25/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88488486 | 7/25/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88487850 | 7/25/18 | -$8.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88489913 | 7/27/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88491433 | 7/27/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88489970 | 7/27/18 | -$25.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8361AD072918BJ7 | 7/27/18 | -$819.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992264 | $2,759.12 | 8/2/18 | 8710K88492252 | 7/28/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98608260 | 4/23/18 | $556.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98610606 | 6/1/18 | $16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611176 | 6/15/18 | $8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611282 | 6/19/18 | $3,199.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611674 | 6/26/18 | $412.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611679 | 6/26/18 | $403.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611681 | 6/26/18 | $395.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611668 | 6/26/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611673 | 6/26/18 | $382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611665 | 6/26/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611670 | 6/26/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611655 | 6/26/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611656 | 6/26/18 | $195.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611651 | 6/26/18 | $195.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611666 | 6/26/18 | $195.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611671 | 6/26/18 | $195.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611677 | 6/26/18 | $195.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611675 | 6/26/18 | $191.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611650 | 6/26/18 | $191.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611628 | 6/26/18 | $191.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611682 | 6/26/18 | $182.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611672 | 6/26/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611631 | 6/26/18 | $55.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611832 | 6/27/18 | $776.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611868 | 6/27/18 | $643.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611850 | 6/27/18 | $456.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611807 | 6/27/18 | $439.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611863 | 6/27/18 | $412.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611942 | 6/27/18 | $408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611812 | 6/27/18 | $403.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611823 | 6/27/18 | $399.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611867 | 6/27/18 | $395.25 |

Fossil Partnership LP

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611813 | 6/27/18 | $386.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611808 | 6/27/18 | $382.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611932 | 6/27/18 | $331.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611796 | 6/27/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611847 | 6/27/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611864 | 6/27/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611792 | 6/27/18 | $199.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611871 | 6/27/18 | $191.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611920 | 6/27/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611795 | 6/27/18 | $170.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611798 | 6/27/18 | $97.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611873 | 6/27/18 | $85.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 98611824 | 6/27/18 | $21.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | MA18213715919 | 8/1/18 | -$331.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | MA18213715917 | 8/1/18 | -$1,804.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88495036 | 8/3/18 | -$8.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8361AD080518BO4 | 8/3/18 | -$1,380.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | VPOT991485258 | 8/5/18 | -$3.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 7705051785 | 8/8/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88496646 | 8/9/18 | -$20.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88499398 | 8/10/18 | -$8.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88498824 | 8/10/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8361AD081218BD4 | 8/10/18 | -$839.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 7705052131 | 8/13/18 | -$8.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88497951 | 8/14/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88496359 | 8/14/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88501386 | 8/15/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88501418 | 8/15/18 | -$10.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88506954 | 8/16/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88504081 | 8/16/18 | -$8.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8361AD081918A49 | 8/17/18 | -$266.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003347 | $10,653.19 | 8/23/18 | 8710K88505921 | 8/21/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98585852 | 7/26/17 | $149.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98586019 | 7/26/17 | $149.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98587786 | 8/14/17 | $455.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588457 | 8/14/17 | $447.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588391 | 8/14/17 | $169.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588389 | 8/14/17 | $147.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588512 | 8/14/17 | $140.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588395 | 8/14/17 | $28.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98588164 | 8/16/17 | $603.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98591894 | 9/29/17 | $637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98591896 | 9/29/17 | $637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98591660 | 10/2/17 | $637.50 |

Fossil Partnership LP

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98591701 | 10/2/17 | $637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98592306 | 10/4/17 | $637.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594378 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594387 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594380 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594379 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594381 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594388 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594384 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594383 | 10/24/17 | $704.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594385 | 10/24/17 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594382 | 10/24/17 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594386 | 10/24/17 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594718 | 10/27/17 | $284.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98594714 | 10/27/17 | $29.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98596342 | 11/8/17 | $285.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611664 | 6/26/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611660 | 6/26/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611626 | 6/26/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611649 | 6/26/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611645 | 6/26/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611617 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611627 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611646 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611678 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611642 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611658 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611659 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611662 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611837 | 6/27/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611859 | 6/27/18 | $1,030.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611819 | 6/27/18 | $1,030.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611810 | 6/27/18 | $1,030.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611861 | 6/27/18 | $1,030.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611933 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611797 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611870 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611826 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611841 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611818 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611896 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611945 | 6/27/18 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611857 | 6/27/18 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611860 | 6/27/18 | $469.63 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611834 | 6/27/18 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611852 | 6/27/18 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611820 | 6/27/18 | $469.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611869 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611923 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611794 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611872 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611891 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611882 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611854 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611853 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611849 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611949 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611845 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611958 | 6/27/18 | $234.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611902 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611883 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611885 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611827 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611842 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611952 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 98611907 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 8710K88512467 | 8/22/18 | -$8.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 8710K88513608 | 8/24/18 | -$8.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 8361AD082618BR1 | 8/24/18 | -$1,938.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 8710K88512797 | 8/28/18 | -$7.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006755 | $41,544.21 | 8/30/18 | 8710K88511737 | 8/28/18 | -$8.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611641 | 6/26/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611667 | 6/26/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611640 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611621 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611638 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611669 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611643 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611647 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611644 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611648 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611620 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611622 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611624 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611635 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611629 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611637 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611619 | 6/26/18 | $212.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611639 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611663 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611653 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611654 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611652 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611630 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611657 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611632 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611633 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611634 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611661 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611676 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611680 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611618 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611625 | 6/26/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611858 | 6/27/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611855 | 6/27/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611879 | 6/27/18 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611881 | 6/27/18 | $1,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611927 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611937 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611851 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611838 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611904 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611800 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611928 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611903 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611809 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611924 | 6/27/18 | $932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611959 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611934 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611835 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611829 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611844 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611874 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611898 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611944 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611954 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611913 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611889 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611919 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611926 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611805 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611817 | 6/27/18 | $425.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611816 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611806 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611953 | 6/27/18 | $425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611894 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611922 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611793 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611825 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611821 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611815 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611811 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611929 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611910 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611921 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611803 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611918 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611917 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611916 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611915 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611914 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611912 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611911 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611925 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611862 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611892 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611876 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611843 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611840 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611839 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611833 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611831 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611799 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611828 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611801 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611856 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611836 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611848 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611846 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611802 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611804 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611931 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611830 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611880 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611887 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611865 | 6/27/18 | $212.50 |

Fossil Partnership LP

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611901 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611900 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611899 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611897 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611930 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611878 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611935 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611909 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611884 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611814 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611886 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611893 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611890 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611888 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611895 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611948 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611908 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611906 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611961 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611960 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611957 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611956 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611951 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611866 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611950 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611946 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611943 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611875 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611941 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611877 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611940 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611938 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 98611936 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | MA18241716693 | 8/29/18 | -$89.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | MA18241716696 | 8/29/18 | -$932.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 8710K88515801 | 8/30/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 8710K88516900 | 8/30/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 8710K88518765 | 8/31/18 | -$17.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011027 | $45,847.39 | 9/6/18 | 8361AD090218BL4 | 8/31/18 | -$881.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98588154 | 8/16/17 | $56.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98611905 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98611947 | 6/27/18 | $212.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98612233 | 7/3/18 | $8.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614353 | 8/9/18 | $337.63 |

Fossil Partnership LP

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020    Exhibit A    P. 8

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614127 | 8/9/18 | $337.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614647 | 8/9/18 | $230.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614305 | 8/9/18 | $215.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614281 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614104 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614440 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614274 | 8/9/18 | $140.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614301 | 8/9/18 | $140.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614266 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614344 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614139 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614195 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614283 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614412 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614445 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614454 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614573 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614593 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614394 | 8/9/18 | $62.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614103 | 8/9/18 | $62.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614500 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614564 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614556 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614417 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614692 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614639 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614575 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614223 | 8/9/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614161 | 8/9/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614360 | 8/9/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614477 | 8/9/18 | $23.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 98614653 | 8/9/18 | $23.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 8361AD090918BH4 | 9/7/18 | -$639.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 8710K88523027 | 9/8/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 8710K88522037 | 9/11/18 | -$8.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014328 | $3,699.84 | 9/13/18 | 8710K88518431 | 9/11/18 | -$23.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614155 | 8/9/18 | $337.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614164 | 8/9/18 | $337.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614280 | 8/9/18 | $337.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614196 | 8/9/18 | $328.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614095 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614179 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614364 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614371 | 8/9/18 | $211.09 |

Fossil Partnership LP

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614331 | 8/9/18 | $211.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614470 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614459 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614501 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614551 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614572 | 8/9/18 | $184.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614304 | 8/9/18 | $140.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614276 | 8/9/18 | $140.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614261 | 8/9/18 | $140.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614237 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614144 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614217 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614289 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614229 | 8/9/18 | $135.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614657 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614494 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614665 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614567 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614413 | 8/9/18 | $115.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614210 | 8/9/18 | $62.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614107 | 8/9/18 | $62.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614389 | 8/9/18 | $62.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614484 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614686 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614521 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614596 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614512 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614507 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614566 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614429 | 8/9/18 | $46.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614372 | 8/9/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614192 | 8/9/18 | $43.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 98614668 | 8/9/18 | $23.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 8710K88523814 | 9/12/18 | -$6.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 8361AD091618BC6 | 9/14/18 | -$272.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017765 | $5,334.44 | 9/20/18 | 8710K88527702 | 9/15/18 | -$48.73 |

Totals:   7 transfer(s),   $115,621.48