| Defendant: | Four Seasons Design Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083051 | $41,580.00 | 7/19/18 | 14247000 | 5/25/18 | $41,580.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | ITM9927687IN370 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | ITM0111034IN788 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | ITM1513637IN698 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | ITM1513624IN699 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88474758 | 7/4/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88474897 | 7/4/18 | -$39.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88477707 | 7/12/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88477705 | 7/12/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88477175 | 7/12/18 | -$22.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88480683 | 7/13/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88479579 | 7/13/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88481290 | 7/14/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88483518 | 7/14/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88484475 | 7/18/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88486565 | 7/19/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88488102 | 7/25/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88487740 | 7/25/18 | -$12.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88491466 | 7/27/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88491175 | 7/27/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88491230 | 7/27/18 | -$10.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88491524 | 7/28/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88491678 | 7/28/18 | -$12.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 14228100 | 7/31/18 | $35,312.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88495004 | 8/3/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88494783 | 8/3/18 | -$7.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88496339 | 8/9/18 | -$16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8361AD081218BE0 | 8/10/18 | -$3.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88497948 | 8/10/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88500163 | 8/11/18 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88500181 | 8/11/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88501501 | 8/15/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88503229 | 8/15/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88502571 | 8/15/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88502131 | 8/15/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88503881 | 8/16/18 | -$11.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88503890 | 8/16/18 | -$14.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88507508 | 8/16/18 | -$16.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88510927 | 8/18/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88510328 | 8/18/18 | -$6.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88510070 | 8/18/18 | -$50.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88512212 | 8/22/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88511835 | 8/22/18 | -$22.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88513506 | 8/24/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88514044 | 8/25/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086302 | $34,133.87 | 9/19/18 | 8710K88452414 | 8/28/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14228000 | 7/25/18 | $7,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14228001 | 7/26/18 | $70,594.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14514000 | 7/27/18 | $34,699.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14492000 | 7/27/18 | $3,678.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14228002 | 7/27/18 | $153.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14228101 | 8/6/18 | $69,890.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14514100 | 8/6/18 | $43,065.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 14492100 | 8/6/18 | $4,401.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8710K88516913 | 8/30/18 | -$3.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8710K88516367 | 8/30/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8710K88517884 | 8/30/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8710K88516033 | 8/30/18 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8710K88518675 | 8/31/18 | -$5.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | 8361AD090218BM3 | 8/31/18 | -$7.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086880 | $233,867.11 | 9/26/18 | MA18244699516 | 9/1/18 | -$231.21 |

Totals:    3 transfer(s),   $309,580.98