| | |
|---|---|
| Defendant: | **FPC Corporation** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91423 | $78.37 | 7/19/18 | 00005406AA | 5/15/18 | $79.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91423 | $78.37 | 7/19/18 | 0000482164 | 7/12/18 | -$1.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92135 | $1,527.93 | 7/20/18 | 0000725512 | 5/16/18 | $596.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92135 | $1,527.93 | 7/20/18 | 0000725513 | 5/16/18 | $544.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92135 | $1,527.93 | 7/20/18 | 0000725514 | 5/16/18 | $307.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92135 | $1,527.93 | 7/20/18 | 00005519AA | 5/16/18 | $79.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 0000725931 | 5/22/18 | $690.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 0000725932 | 5/22/18 | $561.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 0000725917 | 5/22/18 | $461.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 0000725918 | 5/22/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 0000725919 | 5/22/18 | $150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95539 | $2,033.98 | 7/26/18 | 00005873AA | 5/22/18 | $21.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96229 | $81.44 | 7/27/18 | 00006032AA | 5/23/18 | $53.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96229 | $81.44 | 7/27/18 | 00006031AA | 5/23/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99495 | $25.83 | 8/2/18 | 00006294AA | 5/29/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99495 | $25.83 | 8/2/18 | 0000491712 | 7/25/18 | -$1.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99495 | $25.83 | 8/2/18 | 0000493412 | 7/30/18 | -$1.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726363 | 5/30/18 | $316.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726360 | 5/30/18 | $299.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726365 | 5/30/18 | $271.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726366 | 5/30/18 | $265.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726362 | 5/30/18 | $240.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726364 | 5/30/18 | $177.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00168 | $1,599.80 | 8/3/18 | 0000726361 | 5/30/18 | $30.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726427 | 5/31/18 | $4,889.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726430 | 5/31/18 | $2,666.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726428 | 5/31/18 | $2,222.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726431 | 5/31/18 | $1,777.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726432 | 5/31/18 | $444.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000726429 | 5/31/18 | $222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 0000748064 | 5/31/18 | -$222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00885 | $12,028.91 | 8/6/18 | 00006504AA | 6/1/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02576 | $19.75 | 8/8/18 | 00006585AA | 6/4/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02576 | $19.75 | 8/8/18 | 0000495255 | 8/2/18 | -$8.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03338 | $70.90 | 8/9/18 | 00006645AA | 6/5/18 | $53.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03338 | $70.90 | 8/9/18 | 00006644AA | 6/5/18 | $21.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03338 | $70.90 | 8/9/18 | 0000495957 | 8/6/18 | -$4.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04007 | $53.49 | 8/10/18 | 00006693AA | 6/6/18 | $53.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 00006882AA | 6/11/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 00006957AA | 6/12/18 | $27.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 00006955AA | 6/12/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 00006956AA | 6/12/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727026 | 6/13/18 | $816.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727024 | 6/13/18 | $704.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727027 | 6/13/18 | $704.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727023 | 6/13/18 | $490.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727028 | 6/13/18 | $444.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727031 | 6/13/18 | $304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727025 | 6/13/18 | $261.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727022 | 6/13/18 | $222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727021 | 6/13/18 | $222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727020 | 6/13/18 | $222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727029 | 6/13/18 | $198.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000727030 | 6/13/18 | $156.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000609033 | 8/7/18 | -$1,195.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000498728 | 8/8/18 | -$0.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000499434 | 8/9/18 | -$1.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000009017 | 8/10/18 | $342.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000496858 | 8/10/18 | -$4.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000504841 | 8/13/18 | -$0.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000504264 | 8/13/18 | -$5.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000502080 | 8/13/18 | -$15.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000505405 | 8/14/18 | -$10.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000505573 | 8/14/18 | -$14.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08009 | $3,922.36 | 8/17/18 | 0000471005 | 8/14/18 | -$30.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08742 | $1,641.85 | 8/20/18 | 0000727152 | 6/14/18 | $1,595.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08742 | $1,641.85 | 8/20/18 | 00007238AA | 6/15/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08742 | $1,641.85 | 8/20/18 | 00007243AA | 6/15/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08742 | $1,641.85 | 8/20/18 | 0000509344 | 8/15/18 | -$9.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11305 | $75.51 | 8/23/18 | 00007380AA | 6/19/18 | $53.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11305 | $75.51 | 8/23/18 | 00007379AA | 6/19/18 | $28.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11305 | $75.51 | 8/23/18 | 0000510554 | 8/16/18 | -$0.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11305 | $75.51 | 8/23/18 | 0000510627 | 8/20/18 | -$1.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11305 | $75.51 | 8/23/18 | 0000511321 | 8/20/18 | -$4.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727423 | 6/20/18 | $773.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727422 | 6/20/18 | $690.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727424 | 6/20/18 | $552.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727418 | 6/20/18 | $488.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727421 | 6/20/18 | $359.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727419 | 6/20/18 | $226.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727425 | 6/20/18 | $219.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000727420 | 6/20/18 | $194.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11933 | $3,487.42 | 8/24/18 | 0000512190 | 8/21/18 | -$18.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15379 | $20.80 | 8/30/18 | 00007668AA | 6/26/18 | $27.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15379 | $20.80 | 8/30/18 | 0000512990 | 8/22/18 | -$1.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15379 | $20.80 | 8/30/18 | 0000514103 | 8/22/18 | -$6.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16031 | $1,036.43 | 8/31/18 | 0000727775 | 6/27/18 | $646.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16031 | $1,036.43 | 8/31/18 | 0000727772 | 6/27/18 | $160.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16031 | $1,036.43 | 8/31/18 | 0000727774 | 6/27/18 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16031 | $1,036.43 | 8/31/18 | 0000727773 | 6/27/18 | $100.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16031 | $1,036.43 | 8/31/18 | 0000516907 | 8/28/18 | -$0.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16734 | $99.54 | 9/4/18 | 00007787AA | 6/28/18 | $27.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16734 | $99.54 | 9/4/18 | 00007931AA | 6/29/18 | $89.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16734 | $99.54 | 9/4/18 | 0000520301 | 8/29/18 | -$5.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16734 | $99.54 | 9/4/18 | 0000518576 | 8/29/18 | -$12.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18608 | $2,660.38 | 9/6/18 | 0000748064 | 5/31/18 | $222.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18608 | $2,660.38 | 9/6/18 | 0000728077 | 7/3/18 | $995.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18608 | $2,660.38 | 9/6/18 | 0000728075 | 7/3/18 | $825.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18608 | $2,660.38 | 9/6/18 | 0000728076 | 7/3/18 | $617.92 |

**Totals:** 18 transfer(s), $30,464.69