Defendant: **Frilot LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988760 | $16,676.99 | 8/7/18 | 200603 | 5/23/18 | $16,676.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011038 | $20,592.42 | 9/20/18 | 201697 | 7/6/18 | $20,592.42 |

**Totals:** 2 transfer(s), **$37,269.41**