Defendant: **Fruit Of The Earth Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979787 | $283.34 | 7/17/18 | 671968 | 4/30/18 | $283.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981392 | $926.23 | 7/19/18 | 672390 | 5/2/18 | $506.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981392 | $926.23 | 7/19/18 | 672389 | 5/2/18 | $263.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981392 | $926.23 | 7/19/18 | 672488 | 5/3/18 | $156.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981981 | $5,151.89 | 7/20/18 | 672513 | 5/3/18 | $4,080.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981981 | $5,151.89 | 7/20/18 | 672514 | 5/3/18 | $506.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981981 | $5,151.89 | 7/20/18 | 672512 | 5/3/18 | $251.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981981 | $5,151.89 | 7/20/18 | 672487 | 5/3/18 | $156.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981981 | $5,151.89 | 7/20/18 | 672486 | 5/3/18 | $156.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982437 | $1,010.21 | 7/23/18 | 672841 | 5/7/18 | $563.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982437 | $1,010.21 | 7/23/18 | 672840 | 5/7/18 | $447.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984788 | $404.63 | 7/26/18 | 673360 | 5/10/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985346 | $2,535.17 | 7/27/18 | 673362 | 5/10/18 | $2,031.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985346 | $2,535.17 | 7/27/18 | 673361 | 5/10/18 | $503.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985825 | $413.13 | 7/30/18 | 673475 | 5/11/18 | $413.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986546 | $404.63 | 7/31/18 | 673589 | 5/14/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988182 | $2,922.37 | 8/2/18 | 674241 | 5/17/18 | $2,444.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988182 | $2,922.37 | 8/2/18 | 674242 | 5/17/18 | $477.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988764 | $481.08 | 8/7/18 | 674406 | 5/18/18 | $481.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989257 | $42.77 | 8/8/18 | 674340 | 5/18/18 | $42.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990769 | $404.63 | 8/10/18 | 674971 | 5/23/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992276 | $1,883.45 | 8/14/18 | 674970 | 5/23/18 | $1,618.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992276 | $1,883.45 | 8/14/18 | 675152 | 5/24/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992276 | $1,883.45 | 8/14/18 | 8361D006352839 | 7/26/18 | -$32.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992276 | $1,883.45 | 8/14/18 | 8361D006352840 | 7/26/18 | -$107.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993625 | $506.56 | 8/16/18 | 675153 | 5/24/18 | $506.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994639 | $523.91 | 8/17/18 | 675144 | 5/24/18 | $523.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996510 | $734.19 | 8/21/18 | 675773 | 5/31/18 | $228.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996510 | $734.19 | 8/21/18 | 675945 | 6/1/18 | $506.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997017 | $1,169.19 | 8/22/18 | 675944 | 6/1/18 | $602.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997017 | $1,169.19 | 8/22/18 | 676196 | 6/4/18 | $566.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997713 | $1,078.64 | 8/23/18 | 676197 | 6/4/18 | $879.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997713 | $1,078.64 | 8/23/18 | 676198 | 6/4/18 | $199.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998395 | $1,427.74 | 8/28/18 | 676194 | 6/4/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998395 | $1,427.74 | 8/28/18 | 676195 | 6/4/18 | $213.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998395 | $1,427.74 | 8/28/18 | 676662 | 6/6/18 | $809.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999858 | $4,891.31 | 8/30/18 | 676802 | 6/7/18 | $4,512.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999858 | $4,891.31 | 8/30/18 | 677031 | 6/8/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999858 | $4,891.31 | 8/30/18 | VPOT991486002 | 8/12/18 | -$25.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000357 | $887.55 | 8/31/18 | 677236 | 6/11/18 | $887.55 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781001153 | $843.24 | 9/3/18 | 677032 | 6/8/18 | $438.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001153 | $843.24 | 9/3/18 | 677237 | 6/11/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003359 | $18,348.42 | 9/6/18 | 677742 | 6/14/18 | $10,785.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003359 | $18,348.42 | 9/6/18 | 677743 | 6/14/18 | $7,190.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003359 | $18,348.42 | 9/6/18 | 677901 | 6/15/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003359 | $18,348.42 | 9/6/18 | VPOT991486516 | 8/19/18 | -$10.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003359 | $18,348.42 | 9/6/18 | VPOT991486515 | 8/19/18 | -$20.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003849 | $434.81 | 9/7/18 | 677902 | 6/15/18 | $434.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005288 | $495.40 | 9/11/18 | 678014 | 6/18/18 | $495.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006185 | $563.11 | 9/12/18 | 678634 | 6/20/18 | $563.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006767 | $1,355.30 | 9/13/18 | 678915 | 6/22/18 | $870.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006767 | $1,355.30 | 9/13/18 | 678916 | 6/22/18 | $506.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006767 | $1,355.30 | 9/13/18 | VPOT991487115 | 8/26/18 | -$22.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007302 | $2,198.22 | 9/14/18 | 678785 | 6/21/18 | $677.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007302 | $2,198.22 | 9/14/18 | 678917 | 6/22/18 | $1,014.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007302 | $2,198.22 | 9/14/18 | 679126 | 6/26/18 | $506.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008085 | $1,175.29 | 9/17/18 | 679259 | 6/26/18 | $606.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008085 | $1,175.29 | 9/17/18 | 679127 | 6/26/18 | $506.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008085 | $1,175.29 | 9/17/18 | 679044 | 6/26/18 | $62.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008897 | $1,991.73 | 9/18/18 | 679045 | 6/26/18 | $1,213.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008897 | $1,991.73 | 9/18/18 | 679563 | 6/27/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008897 | $1,991.73 | 9/18/18 | 680314 | 7/3/18 | $373.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010116 | $1,926.81 | 9/19/18 | 679047 | 6/26/18 | $1,587.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010116 | $1,926.81 | 9/19/18 | 679260 | 6/26/18 | $357.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010116 | $1,926.81 | 9/19/18 | 679046 | 6/26/18 | $202.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010116 | $1,926.81 | 9/19/18 | 8361D006412420 | 8/30/18 | -$77.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010116 | $1,926.81 | 9/19/18 | 8361D006412421 | 8/30/18 | -$143.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012863 | $563.52 | 9/25/18 | 680028 | 7/2/18 | $404.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012863 | $563.52 | 9/25/18 | 680029 | 7/2/18 | $158.89 |

Totals:    32 transfer(s),  $57,978.47