Defendant: **GFR Media, LLC, Dba El Dia Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985267 | $600.00 | 7/27/18 | 3764254 | 4/10/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988680 | $2,400.00 | 8/7/18 | 3770085 | 5/20/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988680 | $2,400.00 | 8/7/18 | 3770086 | 5/20/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988680 | $2,400.00 | 8/7/18 | 3770201 | 5/22/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992180 | $26,759.00 | 8/14/18 | 3771400 | 5/30/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992180 | $26,759.00 | 8/14/18 | 51815059418 | 6/1/18 | $26,159.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996428 | $600.00 | 8/21/18 | 8586785 | 6/3/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999770 | $2,060.00 | 8/30/18 | 8587360 | 6/10/18 | $460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999770 | $2,060.00 | 8/30/18 | 3773774 | 6/14/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999770 | $2,060.00 | 8/30/18 | 3773773 | 6/14/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003268 | $1,060.00 | 9/6/18 | 8587882 | 6/17/18 | $460.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003268 | $1,060.00 | 9/6/18 | 3774930 | 6/22/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010943 | $26,159.00 | 9/20/18 | 61815059418 | 7/2/18 | $26,159.00 |

Totals:    7 transfer(s),  $59,638.00