Defendant: **GG & A Central Mall Partners LP**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171479 | $20,329.26 | 8/9/18 | 0000072618 | 7/26/18 | $17,031.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171479 | $20,329.26 | 8/9/18 | 0000072618 | 7/26/18 | $1,978.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171479 | $20,329.26 | 8/9/18 | 0000072618 | 7/26/18 | $1,319.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172876 | $20,329.26 | 9/6/18 | 0000082618 | 8/26/18 | $17,031.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172876 | $20,329.26 | 9/6/18 | 0000082618 | 8/26/18 | $1,978.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172876 | $20,329.26 | 9/6/18 | 0000082618 | 8/26/18 | $1,319.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115680 | $59,314.54 | 9/13/18 | 0000095790 | 4/6/18 | $59,314.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174219 | $20,329.26 | 10/9/18 | 0000092518 | 9/25/18 | $17,031.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174219 | $20,329.26 | 10/9/18 | 0000092518 | 9/25/18 | $1,978.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174219 | $20,329.26 | 10/9/18 | 0000092518 | 9/25/18 | $1,319.28 |

Totals:     4 transfer(s),  $120,302.32