Defendant: **good2grow, LLC, Dba In Zone Brands Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982046 | $4,942.86 | 7/20/18 | 234365 | 6/7/18 | $5,507.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982046 | $4,942.86 | 7/20/18 | MA18188713966 | 7/7/18 | -$564.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983852 | $11,951.16 | 7/25/18 | 234310 | 6/6/18 | $5,348.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983852 | $11,951.16 | 7/25/18 | 234439 | 6/8/18 | $6,603.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984820 | $7,030.48 | 7/26/18 | 234311 | 6/6/18 | $7,031.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984820 | $7,030.48 | 7/26/18 | MA18195713966 | 7/14/18 | -$0.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985416 | $12,877.38 | 7/27/18 | 234437 | 6/8/18 | $12,877.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987315 | $8,584.92 | 8/1/18 | 234438 | 6/8/18 | $8,584.92 |

Totals:    5 transfer(s),  $45,386.80