Defendant: **Gregory Richard Zimmerman Dba Tri City Appliance Installations**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913866 | $4,605.00 | 7/20/18 | 20263 | 7/16/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913866 | $4,605.00 | 7/20/18 | 20262 | 7/16/18 | $795.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913969 | $6,321.00 | 7/27/18 | 20264 | 7/23/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913969 | $6,321.00 | 7/27/18 | 20265 | 7/23/18 | $1,101.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913969 | $6,321.00 | 7/27/18 | 20267 | 7/23/18 | $925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913969 | $6,321.00 | 7/27/18 | 20266 | 7/23/18 | $485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914082 | $11,430.00 | 8/3/18 | 20268 | 7/30/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914082 | $11,430.00 | 8/3/18 | 20269 | 7/30/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914082 | $11,430.00 | 8/3/18 | 20270 | 7/31/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914192 | $13,338.00 | 8/10/18 | 20272 | 8/6/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914192 | $13,338.00 | 8/10/18 | 20273 | 8/7/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914192 | $13,338.00 | 8/10/18 | 20274 | 8/7/18 | $3,657.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914192 | $13,338.00 | 8/10/18 | 20271 | 8/7/18 | $2,061.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914315 | $7,620.00 | 8/17/18 | 20275 | 8/14/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914315 | $7,620.00 | 8/17/18 | 20276 | 8/14/18 | $3,810.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914425 | $4,526.00 | 8/24/18 | 20277-31815501 | 8/21/18 | $3,816.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914425 | $4,526.00 | 8/24/18 | 20279-31709810 | 8/21/18 | $560.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914425 | $4,526.00 | 8/24/18 | 20278-31743417-2 | 8/21/18 | $150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914548 | $6,360.00 | 8/31/18 | 20280-31815506 | 8/28/18 | $3,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914548 | $6,360.00 | 8/31/18 | 20281-31815507 | 8/28/18 | $3,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914656 | $3,182.00 | 9/7/18 | 20283-31710871 | 8/29/18 | $2,421.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914656 | $3,182.00 | 9/7/18 | 20282-31815508 | 8/30/18 | $636.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914656 | $3,182.00 | 9/7/18 | 20285-31739962 | 8/31/18 | $125.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914758 | $6,708.00 | 9/14/18 | 20288 | 9/11/18 | $3,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914758 | $6,708.00 | 9/14/18 | 20286-31710676 | 9/11/18 | $2,205.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914758 | $6,708.00 | 9/14/18 | 20287-31710781 | 9/11/18 | $1,323.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914880 | $9,582.00 | 9/21/18 | 20289-31815511 | 9/13/18 | $3,180.00 |

Gregory Richard Zimmerman Dba Tri City Appliance Installations
Bankruptcy Case: Sears Holding Corporation, et al.
October 9, 2020     Exhibit A     P. 1

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914880 | $9,582.00 | 9/21/18 | 20290-31815512 | 9/13/18 | $3,180.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914880 | $9,582.00 | 9/21/18 | 20291-31815514 | 9/17/18 | $2,862.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914880 | $9,582.00 | 9/21/18 | 20292-31710871-1 | 9/18/18 | $360.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20284-31709798 | 8/31/18 | $1,230.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20294-31710766 | 10/2/18 | $2,730.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20295-31815518 | 10/2/18 | $2,544.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20293-31710781 | 10/2/18 | $910.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20298-31709801 | 10/2/18 | $615.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 20296-31822645 | 10/2/18 | $300.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915085 | $8,454.00 | 10/9/18 | 31825508 | 10/2/18 | $125.00 |

Totals:    11 transfer(s),  $82,126.00