| Defendant: | **GS Portfolio Holdings LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | ACH:10/1/2018 | $1,574,305.71 | 10/1/18 | LeaseTermination | 6/27/18 | $1,574,305.71 |
| **Totals:** | 1 transfer(s), $1,574,305.71 | | | | | | |