Defendant:       **GXS, Inc., Dba GXS**

Bankruptcy Case   **Sears Holding Corporation, et al.**

Preference Period:   **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780988198 | $19,225.00 | 8/2/18 | US100333145 | 6/30/18 | $14,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988198 | $19,225.00 | 8/2/18 | US100338908 | 6/30/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988198 | $19,225.00 | 8/2/18 | US100333108 | 6/30/18 | $1,775.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012885 | $34,025.00 | 9/25/18 | US100341703 | 7/31/18 | $14,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012885 | $34,025.00 | 9/25/18 | US100350223 | 8/31/18 | $14,950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012885 | $34,025.00 | 9/25/18 | US100355920 | 8/31/18 | $2,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012885 | $34,025.00 | 9/25/18 | US100350182 | 8/31/18 | $1,625.00 |

**Totals:**       **2 transfer(s),  $53,250.00**