Defendant: **Hearing Associates Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986574 | $9,402.00 | 7/23/18 | 825F81181976081 | 7/16/18 | $9,402.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990023 | $9,604.00 | 7/30/18 | 825F81182046081 | 7/23/18 | $9,604.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993666 | $8,245.00 | 8/6/18 | 825F81182116081 | 7/30/18 | $8,245.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997737 | $9,079.00 | 8/13/18 | 825F81182186081 | 8/6/18 | $9,079.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001177 | $15,502.00 | 8/20/18 | 825F81182256081 | 8/13/18 | $15,502.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004610 | $6,678.00 | 8/27/18 | 825F81182326081 | 8/20/18 | $6,678.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008112 | $4,877.00 | 9/3/18 | 825F81182396081 | 8/27/18 | $4,877.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012145 | $8,297.00 | 9/10/18 | 825F81182466081 | 9/3/18 | $8,297.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015590 | $7,487.00 | 9/17/18 | 825F81182536081 | 9/10/18 | $7,487.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019042 | $1,070.00 | 9/24/18 | 825F81182606081 | 9/17/18 | $1,070.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022558 | $10,068.00 | 10/1/18 | 825F81182676081 | 9/24/18 | $10,068.00 |

Totals:    11 transfer(s),  $90,309.00