| | |
|---|---|
| Defendant: | **High Hope Zhongding Corporation** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-19105 | $18,805.32 | 7/18/18 | 201818568817 | 4/25/18 | $5,536.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19105 | $18,805.32 | 7/18/18 | 201818568817 | 4/25/18 | $4,891.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19105 | $18,805.32 | 7/18/18 | 201818568817 | 4/25/18 | $4,675.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19105 | $18,805.32 | 7/18/18 | 201818568817 | 4/25/18 | $3,701.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19106 | $16,245.92 | 7/24/18 | 201818569219 | 4/28/18 | $8,415.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19106 | $16,245.92 | 7/24/18 | 201818569219 | 4/28/18 | $7,830.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119736 | 5/10/18 | $1,713.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119736 | 5/10/18 | $1,442.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119736 | 5/10/18 | $1,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119736 | 5/10/18 | $1,212.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119050 | 5/10/18 | $1,142.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119050 | 5/10/18 | $942.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119050 | 5/10/18 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19107 | $9,248.76 | 8/3/18 | 201818119050 | 5/10/18 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19108 | $10,836.00 | 8/20/18 | 201818653568 | 5/21/18 | $5,616.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19108 | $10,836.00 | 8/20/18 | 201818653568 | 5/21/18 | $5,220.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819147423 | 6/5/18 | $5,369.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819147423 | 6/5/18 | $5,301.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819147423 | 6/5/18 | $4,650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819147423 | 6/5/18 | $4,332.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819147423 | 6/5/18 | $3,888.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819081059 | 6/5/18 | $1,099.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819081059 | 6/5/18 | $1,099.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819082385 | 6/7/18 | $1,285.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19109 | $28,311.42 | 9/4/18 | 201819082385 | 6/7/18 | $1,285.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19110 | $19,276.90 | 10/2/18 | 201819513156 | 6/26/18 | $4,687.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19110 | $19,276.90 | 10/2/18 | 201819513156 | 6/26/18 | $4,384.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19110 | $19,276.90 | 10/2/18 | 201819513156 | 6/26/18 | $3,741.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19110 | $19,276.90 | 10/2/18 | 201819513156 | 6/26/18 | $3,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-19110 | $19,276.90 | 10/2/18 | 201819513156 | 6/26/18 | $3,180.60 |

Totals:    6 transfer(s),  $102,724.32