**Defendant:** Huhtamaki Inc.
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | 1059610 | 6/1/18 | $1,690.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | MA18160713602 | 6/9/18 | -$2,931.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | VPOT991481791 | 6/10/18 | -$89.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | VPOT991481790 | 6/10/18 | -$2,229.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | VPOT991482194 | 6/17/18 | -$64.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | 1061822 | 6/18/18 | $1,620.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | 1061769 | 6/18/18 | $1,007.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | 1062853 | 6/22/18 | $1,440.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | 8361D006330806 | 6/27/18 | -$103.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982506 | $102.55 | 7/23/18 | MA18188714513 | 7/7/18 | -$237.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1063392 | 6/27/18 | $2,695.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1063784 | 6/29/18 | $1,520.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1064053 | 7/2/18 | $16,327.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1064054 | 7/2/18 | $14,797.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1064055 | 7/2/18 | $10,102.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1064229 | 7/3/18 | $9,390.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985893 | $66,588.88 | 7/30/18 | 1064663 | 7/6/18 | $11,755.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064228 | 7/3/18 | $9,390.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064227 | 7/3/18 | $6,224.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064318 | 7/5/18 | $1,511.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064506 | 7/6/18 | $7,847.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064507 | 7/6/18 | $3,946.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064505 | 7/6/18 | $1,860.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064502 | 7/6/18 | $1,007.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064504 | 7/6/18 | $748.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989323 | $33,198.05 | 8/8/18 | 1064503 | 7/6/18 | $661.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992879 | $13,090.19 | 8/15/18 | 1064979 | 7/10/18 | $7,704.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992879 | $13,090.19 | 8/15/18 | 1065439 | 7/13/18 | $1,679.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992879 | $13,090.19 | 8/15/18 | 1065640 | 7/16/18 | $2,266.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992879 | $13,090.19 | 8/15/18 | 1065781 | 7/16/18 | $1,440.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003923 | $38,017.66 | 9/7/18 | MA18216714513 | 8/4/18 | -$201.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003923 | $38,017.66 | 9/7/18 | 1069041 | 8/10/18 | $22,948.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003923 | $38,017.66 | 9/7/18 | 1069177 | 8/10/18 | $15,412.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003923 | $38,017.66 | 9/7/18 | 8361D006381282 | 8/16/18 | -$141.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011540 | $10,458.87 | 9/21/18 | 1069003 | 8/10/18 | $10,458.87 |

**Totals:** 6 transfer(s), $161,456.20