Defendant: **Infosys Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983853 | $8,998.35 | 7/17/18 | 6220017645 | 4/26/18 | $8,998.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001919 | $22,539.55 | 8/21/18 | 1000068919 | 6/15/18 | $22,539.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992908 | $40,451.82 | 8/24/18 | 6060112516 | 5/30/18 | $31,234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992908 | $40,451.82 | 8/24/18 | 6220019673 | 5/30/18 | $9,217.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007408 | $6,584.16 | 8/31/18 | 6220021307 | 6/27/18 | $6,584.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008957 | $31,234.00 | 9/4/18 | 6060124374 | 6/29/18 | $31,234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008956 | $55,352.52 | 9/4/18 | 1000072254 | 6/30/18 | $55,352.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006845 | $648,806.56 | 9/5/18 | 1000071311 | 6/26/18 | $620,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006845 | $648,806.56 | 9/5/18 | 6220020928 | 6/26/18 | $28,806.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017862 | $4,224.20 | 9/20/18 | 6220022461 | 7/17/18 | $4,224.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022576 | $25,609.22 | 10/1/18 | 6220022777 | 7/26/18 | $25,609.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023405 | $8,339.94 | 10/2/18 | 6220022898 | 7/27/18 | $8,339.94 |

Totals:    10 transfer(s),  $852,140.32