Defendant: **Innocor Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985923 | $3,968.01 | 7/20/18 | 10074210 | 6/20/18 | $1,556.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985923 | $3,968.01 | 7/20/18 | 10075020 | 6/21/18 | $1,381.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985923 | $3,968.01 | 7/20/18 | 10075019 | 6/21/18 | $1,143.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985923 | $3,968.01 | 7/20/18 | 8361AD071518BV0 | 7/13/18 | -$113.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 6292075000-1 | 5/23/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10064972 | 6/12/18 | $1,251.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10077677 | 6/25/18 | $1,309.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10077600 | 6/25/18 | $928.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10077678 | 6/25/18 | $680.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10082589 | 6/28/18 | $1,680.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10083618 | 6/29/18 | $11,737.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10087126 | 7/3/18 | $14,243.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 10087467 | 7/3/18 | $793.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989347 | $32,395.84 | 7/27/18 | 8361AD072218B04 | 7/20/18 | -$244.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 6341725000-1 | 5/29/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 6358145000-1 | 5/29/18 | $15.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 10083617 | 6/29/18 | $7,119.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | ITM8985684IN098 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 10088710 | 7/5/18 | $20,456.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 10088672 | 7/5/18 | $1,690.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992909 | $28,935.28 | 8/3/18 | 8361AD072918B10 | 7/27/18 | -$162.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997111 | $2,896.50 | 8/10/18 | 8361AD080518B66 | 8/3/18 | -$405.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997111 | $2,896.50 | 8/10/18 | MA18215715454 | 8/3/18 | -$1,912.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997111 | $2,896.50 | 8/10/18 | MA18216711178 | 8/4/18 | -$6,086.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997111 | $2,896.50 | 8/10/18 | KM162277A | 8/6/18 | $11,301.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 9663337 | 10/10/17 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 9868046 | 12/29/17 | $14,803.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 10083617 | 6/29/18 | $210.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 10122408 | 7/25/18 | $43,327.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 10122848 | 7/25/18 | $2,067.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 8361AD081218BR8 | 8/10/18 | -$244.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991480654 | 8/12/18 | $2,366.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991477443 | 8/12/18 | $1,434.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476158 | 8/12/18 | $1,250.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476156 | 8/12/18 | $775.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991480653 | 8/12/18 | $749.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475559 | 8/12/18 | $680.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991480652 | 8/12/18 | $569.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475853 | 8/12/18 | $487.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475852 | 8/12/18 | $481.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476161 | 8/12/18 | $472.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475844 | 8/12/18 | $466.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475562 | 8/12/18 | $464.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476889 | 8/12/18 | $445.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475563 | 8/12/18 | $441.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476166 | 8/12/18 | $380.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476890 | 8/12/18 | $342.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475847 | 8/12/18 | $339.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476888 | 8/12/18 | $338.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476163 | 8/12/18 | $326.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476160 | 8/12/18 | $304.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476168 | 8/12/18 | $301.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476164 | 8/12/18 | $295.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991473650 | 8/12/18 | $274.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475561 | 8/12/18 | $228.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991478635 | 8/12/18 | $211.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475854 | 8/12/18 | $205.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991474092 | 8/12/18 | $188.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991474093 | 8/12/18 | $180.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475560 | 8/12/18 | $170.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991478636 | 8/12/18 | $169.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476165 | 8/12/18 | $162.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991477070 | 8/12/18 | $148.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475557 | 8/12/18 | $144.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991478637 | 8/12/18 | $128.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991480650 | 8/12/18 | $107.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475849 | 8/12/18 | $95.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475851 | 8/12/18 | $91.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476159 | 8/12/18 | $86.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475558 | 8/12/18 | $79.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476162 | 8/12/18 | $66.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991473651 | 8/12/18 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476167 | 8/12/18 | $60.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991473648 | 8/12/18 | $43.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475855 | 8/12/18 | $37.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475848 | 8/12/18 | $33.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475846 | 8/12/18 | $27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475845 | 8/12/18 | $26.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991475850 | 8/12/18 | $18.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991473649 | 8/12/18 | $16.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991477444 | 8/12/18 | $4.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | VPOTR991476157 | 8/12/18 | $2.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000463 | $77,086.78 | 8/17/18 | 8710K88498332 | 8/15/18 | -$81.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003953 | $2,506.70 | 8/24/18 | 10122849 | 7/25/18 | $2,990.70 |

Innocor Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003953 | $2,506.70 | 8/24/18 | 8710K88501759 | 8/17/18 | -$23.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003953 | $2,506.70 | 8/24/18 | 8361AD081918BG1 | 8/17/18 | -$110.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003953 | $2,506.70 | 8/24/18 | 8710K88503227 | 8/17/18 | -$272.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003953 | $2,506.70 | 8/24/18 | 8710K88508919 | 8/22/18 | -$77.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 6788765000-1 | 7/5/18 | $18.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10164420 | 8/16/18 | $15,973.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10166294 | 8/17/18 | $9,912.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10166864 | 8/17/18 | $234.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10166865 | 8/17/18 | $81.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10168017 | 8/20/18 | $28,276.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 10172434 | 8/21/18 | $13,363.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8361AD082618CA4 | 8/24/18 | -$418.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8710K88512482 | 8/28/18 | -$23.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8361AD090218B23 | 8/31/18 | -$185.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8710K88517463 | 8/31/18 | -$230.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | MA18243716221 | 8/31/18 | -$466.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | MA18244711178 | 9/1/18 | -$4,192.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691314 | 9/2/18 | -$4.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691317 | 9/2/18 | -$18.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691315 | 9/2/18 | -$34.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691316 | 9/2/18 | -$37.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691318 | 9/2/18 | -$42.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | VPFR991691313 | 9/2/18 | -$78.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8710K88519919 | 9/7/18 | -$37.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8361AD090918BX6 | 9/7/18 | -$213.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8710K88527449 | 9/14/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018404 | $61,759.96 | 9/21/18 | 8361AD091618BR3 | 9/14/18 | -$98.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021881 | $48,752.52 | 9/28/18 | 7048605000-1 | 7/26/18 | $40.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021881 | $48,752.52 | 9/28/18 | 10188565 | 8/31/18 | $49,132.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021881 | $48,752.52 | 9/28/18 | 8710K88531208 | 9/20/18 | -$63.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021881 | $48,752.52 | 9/28/18 | 8361AD092318B88 | 9/21/18 | -$356.90 |

Totals:    8 transfer(s),  $258,301.59