Defendant: **Insular Trading Co. Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 389448 | 5/3/18 | $820.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 389446 | 5/3/18 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 389447 | 5/3/18 | $132.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 389970 | 5/11/18 | $663.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390154 | 5/15/18 | $4,703.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390161 | 5/16/18 | $9,095.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390157 | 5/16/18 | $6,561.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390156 | 5/16/18 | $5,953.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390159 | 5/16/18 | $2,263.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390160 | 5/16/18 | $1,026.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390162 | 5/16/18 | $994.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390164 | 5/16/18 | $896.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 390399 | 5/18/18 | $769.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392074 | 6/14/18 | -$47.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392084 | 6/14/18 | -$47.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392181 | 6/15/18 | -$47.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392146C | 6/18/18 | -$68.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392227 | 6/19/18 | -$14.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392385 | 6/20/18 | -$19.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392387 | 6/20/18 | -$72.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392385A | 6/20/18 | -$120.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 51748 | 6/21/18 | -$46.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 55989 | 6/21/18 | -$64.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 51747 | 6/21/18 | -$141.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 55990 | 6/21/18 | -$178.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 46029 | 6/22/18 | -$13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 28840 | 6/22/18 | -$24.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 46028 | 6/22/18 | -$29.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 28839 | 6/22/18 | -$87.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 28841 | 6/22/18 | -$91.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 58032 | 6/22/18 | -$125.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 58033 | 6/22/18 | -$231.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47074 | 6/25/18 | -$0.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47072 | 6/25/18 | -$2.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47073 | 6/25/18 | -$2.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 63788 | 6/25/18 | -$27.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 63789 | 6/25/18 | -$47.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 63787 | 6/25/18 | -$52.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47070 | 6/25/18 | -$93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392572 | 6/25/18 | -$179.01 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47071 | 6/25/18 | -$190.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392715 | 6/26/18 | -$23.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392718 | 6/26/18 | -$299.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392801 | 6/27/18 | -$23.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47745 | 6/27/18 | -$52.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392714 | 6/27/18 | -$59.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 47744 | 6/27/18 | -$89.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 61277 | 6/27/18 | -$93.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 61278 | 6/27/18 | -$124.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392908B | 6/28/18 | -$63.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 392887 | 6/29/18 | -$246.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985929 | $30,978.27 | 7/30/18 | 26016 | 7/12/18 | -$23.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392085 | 6/14/18 | $3,430.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392075 | 6/14/18 | $3,107.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392079 | 6/14/18 | $816.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392083 | 6/14/18 | $559.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392074 | 6/14/18 | $369.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392084S | 6/14/18 | $196.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 200073518 | 6/14/18 | $66.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392084 | 6/14/18 | $37.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392157 | 6/15/18 | $4,077.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392186 | 6/15/18 | $2,715.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392152 | 6/15/18 | $885.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392181A | 6/15/18 | $878.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392146 | 6/15/18 | $519.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392148A | 6/15/18 | $194.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 395148 | 6/15/18 | $185.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392181 | 6/15/18 | $185.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 392146A | 6/15/18 | $21.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 97455 | 7/19/18 | -$2.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 97454 | 7/19/18 | -$34.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 97453 | 7/19/18 | -$36.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 44582 | 7/19/18 | -$82.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 44583 | 7/19/18 | -$147.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41259 | 7/20/18 | -$23.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394078 | 7/20/18 | -$29.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41260 | 7/20/18 | -$39.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394105 | 7/20/18 | -$46.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394104 | 7/20/18 | -$109.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394137 | 7/23/18 | -$23.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394109C | 7/23/18 | -$31.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394138C | 7/23/18 | -$38.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394176C | 7/23/18 | -$52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394138 | 7/23/18 | -$71.60 |

Insular Trading Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394097 | 7/23/18 | -$81.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 51901 | 7/25/18 | -$40.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 64518 | 7/27/18 | -$0.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 64519 | 7/27/18 | -$8.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 64520 | 7/27/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394525 | 7/27/18 | -$99.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394696 | 7/31/18 | -$29.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394685 | 7/31/18 | -$58.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394692 | 7/31/18 | -$87.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394694 | 7/31/18 | -$87.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 61482 | 8/1/18 | -$61.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 61483 | 8/1/18 | -$76.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394926 | 8/3/18 | -$38.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 394956 | 8/6/18 | -$71.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 38596 | 8/6/18 | -$76.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 38595 | 8/6/18 | -$144.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 395104B | 8/8/18 | -$47.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 395105 | 8/8/18 | -$72.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 46173 | 8/10/18 | -$1.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 46174 | 8/10/18 | -$4.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 46171 | 8/10/18 | -$6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 46170 | 8/10/18 | -$100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41417 | 8/13/18 | -$0.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41415 | 8/13/18 | -$5.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41416 | 8/13/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000470 | $16,205.17 | 8/31/18 | 41414 | 8/13/18 | -$36.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392227 | 6/18/18 | $837.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392249 | 6/18/18 | $763.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392268 | 6/18/18 | $728.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392211 | 6/18/18 | $697.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392251 | 6/18/18 | $631.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392215 | 6/18/18 | $564.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392237 | 6/18/18 | $265.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392222 | 6/18/18 | $219.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392262 | 6/18/18 | $209.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392302 | 6/19/18 | $770.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392301 | 6/19/18 | $292.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392304 | 6/19/18 | $146.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392387 | 6/20/18 | $1,256.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392361 | 6/20/18 | $903.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392363 | 6/20/18 | $624.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392385 | 6/20/18 | $595.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392386 | 6/20/18 | $477.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392373 | 6/20/18 | $411.61 |

Insular Trading Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392374 | 6/20/18 | $366.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392385 | 6/20/18 | $41.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392470 | 6/21/18 | $3,034.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392377 | 6/21/18 | $837.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392453 | 6/21/18 | $624.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 392451 | 6/21/18 | $544.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 41333 | 8/16/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 41334 | 8/16/18 | -$29.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003958 | $15,789.58 | 9/7/18 | 64718 | 8/17/18 | -$13.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392580 | 6/25/18 | $2,562.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392570 | 6/25/18 | $1,555.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392572 | 6/25/18 | $909.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392583 | 6/25/18 | $465.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392583A | 6/25/18 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392572A | 6/25/18 | $119.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392718 | 6/26/18 | $2,159.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392714 | 6/26/18 | $1,917.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392715 | 6/26/18 | $243.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392801 | 6/27/18 | $2,183.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392802 | 6/27/18 | $260.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392791 | 6/27/18 | $220.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392789 | 6/27/18 | $39.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392881 | 6/28/18 | $2,335.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392899 | 6/28/18 | $1,222.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392908B | 6/28/18 | $782.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392880 | 6/28/18 | $141.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392908A | 6/28/18 | $71.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392879 | 6/28/18 | $17.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392887 | 6/29/18 | $1,998.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392889A | 6/29/18 | $218.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 392889 | 6/29/18 | $57.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 395797 | 8/21/18 | -$145.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 395525 | 8/22/18 | -$51.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 7134 | 8/23/18 | -$1.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 7133 | 8/23/18 | -$65.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 44687 | 8/24/18 | -$20.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007414 | $19,246.22 | 9/14/18 | 44688 | 8/24/18 | -$72.50 |

Totals:    4 transfer(s),   $82,219.24

Insular Trading Co. Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                           Exhibit A                                           P. 4