| Defendant: | **Interdesign Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32060958 | 4/26/18 | $2,131.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32060954 | 4/26/18 | $1,340.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32060956 | 4/26/18 | $668.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32060955 | 4/26/18 | $77.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064950 | 5/2/18 | $4,766.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064948 | 5/2/18 | $2,493.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064949 | 5/2/18 | $2,300.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064947 | 5/2/18 | $724.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064946 | 5/2/18 | $392.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064944 | 5/2/18 | $156.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32064943 | 5/2/18 | $106.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32070675 | 5/9/18 | $1,720.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32070673 | 5/9/18 | $731.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32070672 | 5/9/18 | $439.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32071707 | 5/10/18 | $2,599.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 32071708 | 5/10/18 | $659.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | MA18186714980 | 7/5/18 | -$465.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | MA18186714973 | 7/5/18 | -$2,784.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | MA18186714969 | 7/5/18 | -$2,884.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 8710K88470427 | 7/6/18 | -$44.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982544 | $15,013.15 | 7/23/18 | 8361AD070818A80 | 7/6/18 | -$118.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070683 | 5/9/18 | $4,541.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070676 | 5/9/18 | $1,435.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070679 | 5/9/18 | $800.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070681 | 5/9/18 | $673.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070670 | 5/9/18 | $493.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070669 | 5/9/18 | $246.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070671 | 5/9/18 | $197.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070677 | 5/9/18 | $61.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32070674 | 5/9/18 | $24.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32071711 | 5/10/18 | $790.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32071714 | 5/10/18 | $246.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32076139 | 5/16/18 | $5,964.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32076137 | 5/16/18 | $684.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32076135 | 5/16/18 | $195.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 32076132 | 5/16/18 | $8.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 8361AD071518A44 | 7/13/18 | -$72.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985933 | $16,284.73 | 7/30/18 | 8710K88480285 | 7/14/18 | -$8.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989355 | $2,318.81 | 8/8/18 | 32070682 | 5/9/18 | $1,833.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989355 | $2,318.81 | 8/8/18 | 32070680 | 5/9/18 | $481.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989355 | $2,318.81 | 8/8/18 | 32070678 | 5/9/18 | $111.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989355 | $2,318.81 | 8/8/18 | 8361AD072218A64 | 7/20/18 | -$106.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32076138 | 5/16/18 | $2,013.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32076136 | 5/16/18 | $462.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32076133 | 5/16/18 | $22.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083056 | 5/23/18 | $5,121.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083055 | 5/23/18 | $2,109.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083054 | 5/23/18 | $621.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083053 | 5/23/18 | $418.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083052 | 5/23/18 | $165.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32083051 | 5/23/18 | $163.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32087506 | 5/30/18 | $3,581.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32087503 | 5/30/18 | $721.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 32087501 | 5/30/18 | $296.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | VPLB990101626 | 7/23/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 8361AD072918A78 | 7/27/18 | -$232.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | VPOT991485087 | 7/29/18 | -$40.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992921 | $15,366.93 | 8/15/18 | 8710K88492710 | 8/1/18 | -$9.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 32087505 | 5/30/18 | $2,681.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 32087504 | 5/30/18 | $809.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 32087499 | 5/30/18 | $543.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 32087502 | 5/30/18 | $390.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 8361AD080518BA3 | 8/3/18 | -$276.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997120 | $4,134.69 | 8/22/18 | 8710K88493047 | 8/7/18 | -$12.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000474 | $142.67 | 8/31/18 | 32070676 | 5/9/18 | $304.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000474 | $142.67 | 8/31/18 | 7705051824 | 8/9/18 | -$8.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000474 | $142.67 | 8/31/18 | 8710K88493946 | 8/10/18 | -$2.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000474 | $142.67 | 8/31/18 | 8361AD081218A37 | 8/10/18 | -$140.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000474 | $142.67 | 8/31/18 | 8710K88500054 | 8/15/18 | -$9.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092920 | 6/6/18 | $4,248.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092919 | 6/6/18 | $2,841.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092917 | 6/6/18 | $664.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092918 | 6/6/18 | $495.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092916 | 6/6/18 | $263.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32092915 | 6/6/18 | $122.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098841 | 6/13/18 | $3,529.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098840 | 6/13/18 | $1,810.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098838 | 6/13/18 | $513.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098839 | 6/13/18 | $437.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098837 | 6/13/18 | $353.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 32098836 | 6/13/18 | $163.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 8361AD081918AW5 | 8/17/18 | -$58.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003962 | $15,376.62 | 9/7/18 | 8710K88509133 | 8/22/18 | -$8.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32087500 | 5/30/18 | $5.10 |

Interdesign Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32087500 | 5/30/18 | -$5.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32104572 | 6/20/18 | $4,860.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32104569 | 6/20/18 | $580.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32104567 | 6/20/18 | $106.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32110961 | 6/27/18 | $279.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32110969 | 6/27/18 | $241.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 32110968 | 6/27/18 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 8361AD082618BC9 | 8/24/18 | -$321.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007421 | $5,757.26 | 9/14/18 | 8710K88513858 | 8/28/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 32110966 | 6/27/18 | $4,927.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 32110964 | 6/27/18 | $491.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 32110962 | 6/27/18 | $161.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 32110960 | 6/27/18 | $130.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 32110967 | 6/27/18 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 8710K88515251 | 8/30/18 | -$26.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 8710K88517409 | 8/31/18 | -$4.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012164 | $5,530.79 | 9/24/18 | 8361AD090218A91 | 8/31/18 | -$167.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012913 | $3,104.74 | 9/25/18 | 32104571 | 6/20/18 | $2,353.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012913 | $3,104.74 | 9/25/18 | 32104570 | 6/20/18 | $605.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012913 | $3,104.74 | 9/25/18 | 32104568 | 6/20/18 | $145.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32110959 | 6/27/18 | $1,958.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32110965 | 6/27/18 | $586.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32110963 | 6/27/18 | $127.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117415 | 7/5/18 | $580.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117413 | 7/5/18 | $456.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117414 | 7/5/18 | $319.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117423 | 7/5/18 | $230.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117431 | 7/5/18 | $103.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117435 | 7/5/18 | $55.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117436 | 7/5/18 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 32117421 | 7/5/18 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013801 | $4,349.23 | 9/26/18 | 8361AD090918A54 | 9/7/18 | -$106.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117419 | 7/5/18 | $500.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117417 | 7/5/18 | $167.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117412 | 7/5/18 | $148.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117430 | 7/5/18 | $103.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117420 | 7/5/18 | $74.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117437 | 7/5/18 | $18.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014419 | $1,032.73 | 9/27/18 | 32117434 | 7/5/18 | $18.62 |

Totals:    12 transfer(s),  $88,412.35

Interdesign Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A