Defendant: **Inversiones Joselynmari, S.E.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171550 | $43,166.67 | 8/9/18 | 0000072618 | 7/26/18 | $29,166.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171550 | $43,166.67 | 8/9/18 | 0000072618 | 7/26/18 | $14,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172943 | $43,166.67 | 9/7/18 | 0000082618 | 8/26/18 | $29,166.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172943 | $43,166.67 | 9/7/18 | 0000082618 | 8/26/18 | $14,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174288 | $43,166.67 | 10/10/18 | 0000092518 | 9/25/18 | $29,166.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174288 | $43,166.67 | 10/10/18 | 0000092518 | 9/25/18 | $14,000.00 |

Totals: 3 transfer(s), $129,500.01