| Defendant: | Island Delivery Service |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780985941 | $25,859.50 | 7/30/18 | 62018 | 6/30/18 | $25,859.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000485 | $26,151.00 | 8/31/18 | 72018 | 7/31/18 | $26,151.00 |

**Totals:** 2 transfer(s), $52,010.50