Defendant: **Jeff Smith Bldg & Development Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983867 | $7,525.00 | 7/25/18 | 2600093 | 5/12/18 | $7,525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985967 | $1,471.00 | 7/30/18 | 2600094 | 5/16/18 | $1,471.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993691 | $6,489.00 | 8/16/18 | 2600102 | 5/31/18 | $6,489.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002847 | $6,898.00 | 9/5/18 | 2600120 | 6/18/18 | $6,898.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007467 | $2,386.00 | 9/14/18 | 2600126 | 6/27/18 | $2,386.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008135 | $10,969.00 | 9/17/18 | 2600129 | 6/28/18 | $9,169.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008135 | $10,969.00 | 9/17/18 | 2600130 | 6/28/18 | $1,800.00 |

Totals:    6 transfer(s),  $35,738.00