Defendant: **JS Sainty Hantang Trad Co. Ltd.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27967 | $34,836.80 | 10/2/18 | 201819890495 | 6/29/18 | $23,788.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27967 | $34,836.80 | 10/2/18 | 201819890495 | 6/29/18 | $11,048.40 |

Totals: 1 transfer(s), $34,836.80