Defendant: **Kenshoo Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982620 | $72.61 | 7/23/18 | USIV001184Z039 | 5/1/18 | $72.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993002 | $69,330.64 | 8/15/18 | 8USIV0055AZ050 | 5/31/18 | $63,740.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993002 | $69,330.64 | 8/15/18 | 18USIV006346 | 5/31/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993002 | $69,330.64 | 8/15/18 | 18USIV005662 | 5/31/18 | $589.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007501 | $69,284.11 | 9/14/18 | 18USIV007042 | 6/30/18 | $63,702.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007501 | $69,284.11 | 9/14/18 | 18USIV007513 | 6/30/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007501 | $69,284.11 | 9/14/18 | 18USIV007748 | 6/30/18 | $581.45 |

Totals:    3 transfer(s),    $138,687.36