Defendant: **Kimco Facility Services LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $6,241.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $4,738.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $4,241.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,973.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,903.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,832.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,822.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,522.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,421.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,147.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $3,075.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $2,476.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $2,441.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $2,310.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $2,310.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $2,108.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $1,978.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431806 | 8/21/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431806 | 8/21/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431806 | 8/21/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $487.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $335.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010217 | $61,612.14 | 9/19/18 | 431809 | 8/21/18 | $320.30 |

Totals:    1 transfer(s),   $61,612.14