Defendant: **Kir Montebello LP**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170043 | $122,500.00 | 7/17/18 | 0000062518 | 6/25/18 | $113,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170043 | $122,500.00 | 7/17/18 | 0000062518 | 6/25/18 | $8,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171598 | $122,500.00 | 8/6/18 | 0000072618 | 7/26/18 | $113,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171598 | $122,500.00 | 8/6/18 | 0000072618 | 7/26/18 | $8,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172988 | $122,500.00 | 9/4/18 | 0000082618 | 8/26/18 | $113,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172988 | $122,500.00 | 9/4/18 | 0000082618 | 8/26/18 | $8,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174330 | $122,500.00 | 10/9/18 | 0000092518 | 9/25/18 | $113,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174330 | $122,500.00 | 10/9/18 | 0000092518 | 9/25/18 | $8,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 125988 | $122,807.42 | 10/11/18 | 0000098221 | 9/10/18 | $122,807.42 |

Totals:    5 transfer(s),  $612,807.42