| | |
|---|---|
| Defendant: | **Klamco Ent, Dba Klamco Ent.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 415 | 5/9/18 | $725.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 414 | 5/9/18 | $595.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 416 | 5/9/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 413 | 5/9/18 | $332.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 417 | 5/10/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 410 | 5/12/18 | $1,500.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 419 | 5/12/18 | $1,307.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 420 | 5/12/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 412 | 5/12/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 418 | 5/12/18 | $468.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 411 | 5/12/18 | $301.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982628 | $7,690.33 | 7/23/18 | 421 | 5/12/18 | $184.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 429 | 5/21/18 | $834.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 430 | 5/21/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 431 | 5/21/18 | $589.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 428 | 5/21/18 | $550.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 432 | 5/21/18 | $187.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 433 | 5/22/18 | $903.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 434 | 5/22/18 | $756.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 438 | 5/23/18 | $806.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 437 | 5/23/18 | $179.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 435 | 5/24/18 | $1,715.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 436 | 5/24/18 | $432.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 426 | 5/24/18 | $400.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 427 | 5/24/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 440 | 5/25/18 | $484.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 439 | 5/25/18 | $374.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 442 | 5/25/18 | $264.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 441 | 5/25/18 | $149.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 26 | 7/11/18 | -$240.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989438 | $9,167.48 | 8/8/18 | 27 | 7/16/18 | -$118.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 444 | 5/28/18 | $2,066.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 445 | 5/28/18 | $1,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 443 | 5/28/18 | $460.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 446 | 5/28/18 | $194.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 423 | 5/30/18 | $1,704.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 422 | 5/30/18 | $1,062.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 424 | 5/30/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 448 | 5/30/18 | $668.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 447 | 5/30/18 | $384.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 450 | 5/30/18 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 449 | 5/30/18 | $234.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 425 | 5/30/18 | $104.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 452 | 6/1/18 | $824.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 454 | 6/1/18 | $466.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 451 | 6/1/18 | $405.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993014 | $11,228.35 | 8/15/18 | 453 | 6/1/18 | $306.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 456 | 6/4/18 | $1,832.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 455 | 6/4/18 | $453.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 457 | 6/4/18 | $224.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 458 | 6/6/18 | $1,254.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 461 | 6/6/18 | $653.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 459 | 6/6/18 | $310.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 460 | 6/6/18 | $214.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 463 | 6/8/18 | $908.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 462 | 6/8/18 | $700.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 465 | 6/8/18 | $438.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 464 | 6/8/18 | $227.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997203 | $6,658.14 | 8/22/18 | 28 | 8/1/18 | -$558.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 466 | 6/11/18 | $1,334.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 467 | 6/11/18 | $579.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 469 | 6/11/18 | $514.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 468 | 6/11/18 | $213.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 471 | 6/13/18 | $1,007.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 470 | 6/13/18 | $506.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 472 | 6/13/18 | $409.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 473 | 6/14/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 474 | 6/15/18 | $1,145.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 477 | 6/15/18 | $1,102.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 476 | 6/15/18 | $552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 475 | 6/15/18 | $274.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000556 | $9,146.47 | 8/31/18 | 29 | 8/10/18 | -$294.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 482 | 6/18/18 | $1,475.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 479 | 6/18/18 | $1,336.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 481 | 6/18/18 | $965.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 478 | 6/18/18 | $606.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 480 | 6/18/18 | $250.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 483 | 6/19/18 | $1,350.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 484 | 6/20/18 | $1,100.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 485 | 6/20/18 | $606.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 486 | 6/20/18 | $174.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 488 | 6/22/18 | $943.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 487 | 6/22/18 | $863.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 490 | 6/22/18 | $328.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004037 | $10,239.80 | 9/7/18 | 489 | 6/22/18 | $238.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 492 | 6/25/18 | $1,320.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 491 | 6/25/18 | $994.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 493 | 6/25/18 | $504.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 496 | 6/28/18 | $638.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 497 | 6/28/18 | $158.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 499 | 6/29/18 | $1,480.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 498 | 6/29/18 | $607.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 500 | 6/29/18 | $501.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 25 | 6/29/18 | $323.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 501 | 6/29/18 | $209.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007509 | $6,455.57 | 9/14/18 | 30 | 8/25/18 | -$282.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 503 | 7/2/18 | $1,566.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 502 | 7/2/18 | $915.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 505 | 7/2/18 | $814.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 504 | 7/2/18 | $253.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 507 | 7/4/18 | $1,842.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 506 | 7/4/18 | $749.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 508 | 7/4/18 | $383.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 509 | 7/4/18 | $245.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 494 | 7/6/18 | $588.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011649 | $6,769.86 | 9/21/18 | 31 | 8/30/18 | -$589.45 |

Totals:    8 transfer(s),  $67,356.00