Defendant: **Kreber Graphics, Inc., Dba Kreber**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 7809805979 | $1,554.62 | 7/18/18 | 439007C | 9/22/17 | $1,670.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 7809805979 | $1,554.62 | 7/18/18 | CD3102613ED | 6/14/18 | -$115.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $155,038.00 | 7/30/18 | 440136 | 7/1/18 | $155,038.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $7,249.83 | 8/20/18 | 440246 | 7/30/18 | $7,249.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $98,113.38 | 10/1/18 | 440340 | 10/1/18 | $98,113.38 |

Totals:   4 transfer(s),   $261,955.83