Defendant: **Lawnstyles Maintenance Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98857 | 4/10/18 | $1,902.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98861 | 4/10/18 | $1,306.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98858 | 4/10/18 | $1,306.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98863 | 4/10/18 | $1,229.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98903 | 5/8/18 | $2,385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98901 | 5/8/18 | $1,177.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98902 | 5/8/18 | $741.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982087 | $10,549.65 | 7/20/18 | 98900 | 5/8/18 | $502.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983179 | $4,405.40 | 7/24/18 | 98788 | 3/3/18 | $1,603.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983179 | $4,405.40 | 7/24/18 | 98790 | 3/3/18 | $1,603.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983179 | $4,405.40 | 7/24/18 | 98789 | 3/3/18 | $599.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983179 | $4,405.40 | 7/24/18 | 98791 | 3/3/18 | $599.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988244 | $27,061.43 | 8/2/18 | 98968 | 6/5/18 | $27,061.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98983 | 7/10/18 | $8,944.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98989 | 7/10/18 | $8,743.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98984 | 7/10/18 | $4,070.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98986 | 7/10/18 | $3,901.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98993 | 7/10/18 | $3,284.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98990 | 7/10/18 | $2,798.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98985 | 7/10/18 | $2,035.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98988 | 7/10/18 | $1,890.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98987 | 7/10/18 | $1,399.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98991 | 7/10/18 | $1,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990841 | $38,784.16 | 8/10/18 | 98992 | 7/10/18 | $599.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98465 | 11/2/17 | $2,618.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 99002 | 7/10/18 | $3,473.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 99003 | 7/10/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98995 | 7/10/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 99000 | 7/10/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98996 | 7/10/18 | $3,145.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 99001 | 7/10/18 | $1,603.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98999 | 7/10/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98998 | 7/10/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98994 | 7/10/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991732 | $27,633.76 | 8/13/18 | 98997 | 7/10/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993048 | $613.09 | 8/15/18 | 99043 | 7/10/18 | $613.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993730 | $2,137.50 | 8/16/18 | 99044 | 7/10/18 | $2,137.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98981 | 6/5/18 | $3,518.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98973 | 6/5/18 | $3,438.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98976 | 6/5/18 | $1,252.84 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98977 | 6/5/18 | $1,219.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98969 | 6/5/18 | $1,066.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98971 | 6/5/18 | $988.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98974 | 6/5/18 | $936.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98972 | 6/5/18 | $932.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98978 | 6/5/18 | $879.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98970 | 6/5/18 | $826.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98979 | 6/5/18 | $698.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996636 | $16,413.32 | 8/21/18 | 98975 | 6/5/18 | $655.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99096 | 8/16/18 | $8,944.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99102 | 8/16/18 | $8,743.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99097 | 8/16/18 | $4,070.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99099 | 8/16/18 | $3,901.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99115 | 8/16/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99114 | 8/16/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99108 | 8/16/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99113 | 8/16/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99106 | 8/16/18 | $3,284.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99109 | 8/16/18 | $3,145.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99103 | 8/16/18 | $2,791.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99098 | 8/16/18 | $2,035.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99101 | 8/16/18 | $1,890.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99110 | 8/16/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99107 | 8/16/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99116 | 8/16/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99111 | 8/16/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99112 | 8/16/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99100 | 8/16/18 | $1,399.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99104 | 8/16/18 | $1,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005370 | $63,779.79 | 9/11/18 | 99105 | 8/16/18 | $598.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99022 | 7/10/18 | $4,691.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99023 | 7/10/18 | $3,794.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99025 | 7/10/18 | $3,445.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99026 | 7/10/18 | $2,505.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99035 | 7/10/18 | $2,239.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99037 | 7/10/18 | $1,620.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99027 | 7/10/18 | $1,496.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99032 | 7/10/18 | $1,496.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99030 | 7/10/18 | $1,442.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99036 | 7/10/18 | $1,362.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99039 | 7/10/18 | $1,332.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99038 | 7/10/18 | $801.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99033 | 7/10/18 | $785.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99029 | 7/10/18 | $730.38 |

Lawnstyles Maintenance Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99031 | 7/10/18 | $694.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99034 | 7/10/18 | $427.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99040 | 7/10/18 | $426.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99121 | 9/6/18 | $8,944.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99127 | 9/6/18 | $8,743.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99122 | 9/6/18 | $4,070.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99124 | 9/6/18 | $3,901.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99138 | 9/6/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99139 | 9/6/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99140 | 9/6/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99133 | 9/6/18 | $3,465.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99131 | 9/6/18 | $3,284.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99134 | 9/6/18 | $3,145.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99128 | 9/6/18 | $2,791.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99123 | 9/6/18 | $2,035.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99126 | 9/6/18 | $1,890.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99136 | 9/6/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99141 | 9/6/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99137 | 9/6/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99135 | 9/6/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99132 | 9/6/18 | $1,599.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99125 | 9/6/18 | $1,399.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99129 | 9/6/18 | $1,116.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014457 | $93,072.81 | 9/27/18 | 99130 | 9/6/18 | $598.17 |

Totals:     10 transfer(s),  $284,450.91