Defendant: **Linon Home Decor Products Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007863AA | 6/3/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007862AA | 6/3/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007865AA | 6/3/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007860AA | 6/3/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007861AA | 6/3/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007864AA | 6/3/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009655AA | 6/4/18 | $516.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009650AA | 6/4/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009652AA | 6/4/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009651AA | 6/4/18 | $68.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009653AA | 6/4/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009654AA | 6/4/18 | $32.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001445AA | 6/5/18 | $64.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001446AA | 6/5/18 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001444AA | 6/5/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002769AA | 6/6/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002766AA | 6/6/18 | $104.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002768AA | 6/6/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002767AA | 6/6/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004140AA | 6/7/18 | $146.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004141AA | 6/7/18 | $113.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005579AA | 6/8/18 | $179.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005583AA | 6/8/18 | $146.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005581AA | 6/8/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005582AA | 6/8/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005580AA | 6/8/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006799AA | 6/10/18 | $90.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006797AA | 6/10/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006798AA | 6/10/18 | $29.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008303AA | 6/11/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008301AA | 6/11/18 | $166.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008298AA | 6/11/18 | $118.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008299AA | 6/11/18 | $116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008300AA | 6/11/18 | $116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008305AA | 6/11/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008297AA | 6/11/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008302AA | 6/11/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008306AA | 6/11/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008304AA | 6/11/18 | $48.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008307AA | 6/11/18 | $42.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000325AA | 6/12/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000322AA | 6/12/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000321AA | 6/12/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000319AA | 6/12/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000324AA | 6/12/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000320AA | 6/12/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00000323AA | 6/12/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001962AA | 6/13/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001959AA | 6/13/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001961AA | 6/13/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001960AA | 6/13/18 | $46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003220AA | 6/14/18 | $166.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003224AA | 6/14/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003221AA | 6/14/18 | $95.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003223AA | 6/14/18 | $58.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003222AA | 6/14/18 | $58.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004456AA | 6/15/18 | $155.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004448AA | 6/15/18 | $137.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004454AA | 6/15/18 | $113.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004447AA | 6/15/18 | $113.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004455AA | 6/15/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004450AA | 6/15/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004449AA | 6/15/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004451AA | 6/15/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004452AA | 6/15/18 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004453AA | 6/15/18 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008009AA | 6/18/18 | $238.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007998AA | 6/18/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008005AA | 6/18/18 | $186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007997AA | 6/18/18 | $177.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008012AA | 6/18/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008007AA | 6/18/18 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008000AA | 6/18/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008008AA | 6/18/18 | $99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008010AA | 6/18/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008011AA | 6/18/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007999AA | 6/18/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008004AA | 6/18/18 | $85.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008006AA | 6/18/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008003AA | 6/18/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008002AA | 6/18/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008001AA | 6/18/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009727AA | 6/19/18 | $169.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009728AA | 6/19/18 | $160.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009729AA | 6/19/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009726AA | 6/19/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009725AA | 6/19/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009730AA | 6/19/18 | $42.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 0000581676 | 6/19/18 | -$104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001030AA | 6/20/18 | $240.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001028AA | 6/20/18 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001031AA | 6/20/18 | $107.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001029AA | 6/20/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001032AA | 6/20/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002306AA | 6/21/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002307AA | 6/21/18 | $122.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002308AA | 6/21/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002310AA | 6/21/18 | $68.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002309AA | 6/21/18 | $38.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 0000582520 | 6/21/18 | -$60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003522AA | 6/22/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003519AA | 6/22/18 | $178.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003520AA | 6/22/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003523AA | 6/22/18 | $127.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003521AA | 6/22/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003518AA | 6/22/18 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003524AA | 6/22/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003525AA | 6/22/18 | $50.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004795AA | 6/24/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004799AA | 6/24/18 | $155.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004798AA | 6/24/18 | $127.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004797AA | 6/24/18 | $109.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004800AA | 6/24/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004801AA | 6/24/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00004796AA | 6/24/18 | $65.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006617AA | 6/25/18 | $168.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006621AA | 6/25/18 | $129.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006620AA | 6/25/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006618AA | 6/25/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006622AA | 6/25/18 | $60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006623AA | 6/25/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006619AA | 6/25/18 | $41.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006615AA | 6/25/18 | $38.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008312AA | 6/26/18 | $156.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008314AA | 6/26/18 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008313AA | 6/26/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00006616AA | 6/26/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00008315AA | 6/26/18 | $70.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009817AA | 6/27/18 | $178.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009816AA | 6/27/18 | $41.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 0000584435 | 6/27/18 | -$166.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001052AA | 6/28/18 | $102.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001051AA | 6/28/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002336AA | 6/29/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002335AA | 6/29/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002334AA | 6/29/18 | $26.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003674AA | 7/1/18 | $272.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003682AA | 7/1/18 | $166.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003680AA | 7/1/18 | $130.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003675AA | 7/1/18 | $109.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003681AA | 7/1/18 | $107.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003676AA | 7/1/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003679AA | 7/1/18 | $99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003672AA | 7/1/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003678AA | 7/1/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003673AA | 7/1/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003677AA | 7/1/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005375AA | 7/2/18 | $204.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005373AA | 7/2/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005376AA | 7/2/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005374AA | 7/2/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005371AA | 7/2/18 | $93.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005370AA | 7/2/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005377AA | 7/2/18 | $39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005378AA | 7/2/18 | $38.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005379AA | 7/2/18 | $37.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005369AA | 7/2/18 | $32.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007839AA | 7/3/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007837AA | 7/3/18 | $104.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 0000586317 | 7/3/18 | -$99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009549AA | 7/5/18 | $158.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009554AA | 7/5/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009548AA | 7/5/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009552AA | 7/5/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009551AA | 7/5/18 | $102.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009553AA | 7/5/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009550AA | 7/5/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009555AA | 7/5/18 | $51.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002244AA | 7/6/18 | $186.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005372AA | 7/6/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002231AA | 7/6/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002232AA | 7/6/18 | $125.50 |

Linon Home Decor Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002228AA | 7/6/18 | $118.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007838AA | 7/6/18 | $116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002235AA | 7/6/18 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002242AA | 7/6/18 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002237AA | 7/6/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002241AA | 7/6/18 | $109.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002238AA | 7/6/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002239AA | 7/6/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002234AA | 7/6/18 | $102.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002230AA | 7/6/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002226AA | 7/6/18 | $91.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002227AA | 7/6/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002229AA | 7/6/18 | $71.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002240AA | 7/6/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002243AA | 7/6/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002233AA | 7/6/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003663AA | 7/8/18 | $132.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003664AA | 7/8/18 | $129.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003661AA | 7/8/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003662AA | 7/8/18 | $84.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00003660AA | 7/8/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005182AA | 7/9/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005181AA | 7/9/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005179AA | 7/9/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005188AA | 7/9/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005191AA | 7/9/18 | $123.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005180AA | 7/9/18 | $116.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005183AA | 7/9/18 | $115.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005185AA | 7/9/18 | $114.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005178AA | 7/9/18 | $113.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005190AA | 7/9/18 | $105.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005192AA | 7/9/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005187AA | 7/9/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005186AA | 7/9/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005189AA | 7/9/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00005184AA | 7/9/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007811AA | 7/10/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00007812AA | 7/10/18 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001237AA | 7/11/18 | $118.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009957AA | 7/11/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009954AA | 7/11/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009956AA | 7/11/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00009955AA | 7/11/18 | $32.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001239AA | 7/12/18 | $194.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001240AA | 7/12/18 | $140.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001241AA | 7/12/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00001238AA | 7/12/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002713AA | 7/13/18 | $137.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002710AA | 7/13/18 | $131.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002712AA | 7/13/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002711AA | 7/13/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99639 | $22,614.40 | 8/2/18 | 00002708AA | 7/13/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00004408AA | 7/15/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00004406AA | 7/15/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00004407AA | 7/15/18 | $87.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006183AA | 7/16/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006182AA | 7/16/18 | $102.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006186AA | 7/16/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006181AA | 7/16/18 | $91.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006184AA | 7/16/18 | $43.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006185AA | 7/16/18 | $32.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00006187AA | 7/16/18 | $14.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00002709AA | 7/17/18 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008227AA | 7/17/18 | $122.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008224AA | 7/17/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008231AA | 7/17/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008226AA | 7/17/18 | $96.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008223AA | 7/17/18 | $92.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008232AA | 7/17/18 | $91.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00002236AA | 7/17/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008228AA | 7/17/18 | $69.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008230AA | 7/17/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008225AA | 7/17/18 | $48.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01121 | $1,993.00 | 8/6/18 | 00008229AA | 7/17/18 | $44.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000538AA | 7/18/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000542AA | 7/18/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000544AA | 7/18/18 | $131.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000543AA | 7/18/18 | $128.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000540AA | 7/18/18 | $93.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000541AA | 7/18/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02027 | $857.00 | 8/7/18 | 00000539AA | 7/18/18 | $67.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002980AA | 7/19/18 | $128.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002982AA | 7/19/18 | $109.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002981AA | 7/19/18 | $109.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002976AA | 7/19/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002979AA | 7/19/18 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002977AA | 7/19/18 | $55.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02715 | $613.50 | 8/8/18 | 00002978AA | 7/19/18 | $55.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004357AA | 7/20/18 | $260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004356AA | 7/20/18 | $169.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004355AA | 7/20/18 | $108.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004352AA | 7/20/18 | $76.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004353AA | 7/20/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004354AA | 7/20/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03489 | $809.50 | 8/9/18 | 00004358AA | 7/20/18 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00005871AA | 7/22/18 | $98.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00005869AA | 7/22/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00005872AA | 7/22/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00005870AA | 7/22/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00007790AA | 7/23/18 | $151.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00007789AA | 7/23/18 | $129.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00007788AA | 7/23/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00007791AA | 7/23/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00000878AA | 7/24/18 | $236.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00000877AA | 7/24/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00000880AA | 7/24/18 | $97.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04976 | $1,341.50 | 8/13/18 | 00000879AA | 7/24/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003325AA | 7/25/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003326AA | 7/25/18 | $122.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003327AA | 7/25/18 | $108.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003328AA | 7/25/18 | $99.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003330AA | 7/25/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05891 | $656.50 | 8/14/18 | 00003329AA | 7/25/18 | $48.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06632 | $608.50 | 8/15/18 | 00005187AA | 7/26/18 | $244.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06632 | $608.50 | 8/15/18 | 00005185AA | 7/26/18 | $118.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06632 | $608.50 | 8/15/18 | 00005183AA | 7/26/18 | $98.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06632 | $608.50 | 8/15/18 | 00005184AA | 7/26/18 | $77.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06632 | $608.50 | 8/15/18 | 00005186AA | 7/26/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007040AA | 7/27/18 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007041AA | 7/27/18 | $142.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007037AA | 7/27/18 | $111.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007039AA | 7/27/18 | $92.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007036AA | 7/27/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007038AA | 7/27/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007035AA | 7/27/18 | $62.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07471 | $793.70 | 8/16/18 | 00007034AA | 7/27/18 | $54.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00009164AA | 7/29/18 | $192.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00009163AA | 7/29/18 | $70.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001568AA | 7/30/18 | $222.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001574AA | 7/30/18 | $125.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001570AA | 7/30/18 | $107.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001575AA | 7/30/18 | $104.50 |

Linon Home Decor Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020 — Exhibit A — P. 7

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001577AA | 7/30/18 | $102.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001569AA | 7/30/18 | $98.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001571AA | 7/30/18 | $79.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001576AA | 7/30/18 | $71.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001573AA | 7/30/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001578AA | 7/30/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00001572AA | 7/30/18 | $17.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003923AA | 7/31/18 | $139.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003919AA | 7/31/18 | $129.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003926AA | 7/31/18 | $126.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003925AA | 7/31/18 | $93.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003924AA | 7/31/18 | $80.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003920AA | 7/31/18 | $72.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003921AA | 7/31/18 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08988 | $2,081.50 | 8/20/18 | 00003922AA | 7/31/18 | $57.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09913 | $428.00 | 8/21/18 | 00005552AA | 8/1/18 | $305.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09913 | $428.00 | 8/21/18 | 00005553AA | 8/1/18 | $123.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15524 | $604.00 | 8/30/18 | 00004048AA | 8/10/18 | $194.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15524 | $604.00 | 8/30/18 | 00004047AA | 8/10/18 | $136.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15524 | $604.00 | 8/30/18 | 00004051AA | 8/10/18 | $105.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15524 | $604.00 | 8/30/18 | 00004049AA | 8/10/18 | $98.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15524 | $604.00 | 8/30/18 | 00004050AA | 8/10/18 | $70.00 |

Totals:    12 transfer(s),   $33,401.10

Linon Home Decor Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 8