Defendant: **Live Logistics Corp.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060700627 | $5,562.44 | 7/18/18 | 18060700627 | 6/18/18 | $5,562.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800197 | $4,739.93 | 7/18/18 | 18060800197 | 6/18/18 | $4,739.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061300669 | $4,512.48 | 7/18/18 | 18061300669 | 6/18/18 | $4,512.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060400508 | $2,925.00 | 7/18/18 | 18060400508 | 6/18/18 | $2,925.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060601506 | $2,650.00 | 7/18/18 | 18060601506 | 6/18/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060601193 | $2,399.40 | 7/18/18 | 18060601193 | 6/18/18 | $2,399.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800600 | $2,099.84 | 7/18/18 | 18060800600 | 6/18/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060100764 | $2,099.84 | 7/18/18 | 18060100764 | 6/18/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061201493 | $1,450.00 | 7/18/18 | 18061201493 | 6/18/18 | $1,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061101166 | $2,416.54 | 7/19/18 | 18061101166 | 6/19/18 | $2,416.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800283 | $2,150.00 | 7/19/18 | 18060800283 | 6/19/18 | $2,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061301526 | $4,685.28 | 7/20/18 | 18061301526 | 6/20/18 | $4,685.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061300466 | $2,550.00 | 7/20/18 | 18061300466 | 6/20/18 | $2,550.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500178 | $1,526.56 | 7/20/18 | 18061500178 | 6/20/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061200616 | $3,975.65 | 7/20/18 | 18061200616 | 6/21/18 | $3,975.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061300477 | $2,950.00 | 7/20/18 | 18061300477 | 6/21/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060701437 | $2,850.00 | 7/20/18 | 18060701437 | 6/21/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061801182 | $2,416.54 | 7/20/18 | 18061801182 | 6/21/18 | $2,416.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061800358 | $1,526.56 | 7/20/18 | 18061800358 | 6/21/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400659 | $4,512.48 | 7/23/18 | 18061400659 | 6/22/18 | $4,512.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061501311 | $3,250.00 | 7/23/18 | 18061501311 | 6/22/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500908 | $2,099.84 | 7/23/18 | 18061500908 | 6/22/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500905 | $2,099.84 | 7/23/18 | 18061500905 | 6/22/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500903 | $2,099.84 | 7/23/18 | 18061500903 | 6/22/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060100763 | $2,099.84 | 7/23/18 | 18060100763 | 6/22/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400980 | $1,937.72 | 7/23/18 | 18061400980 | 6/22/18 | $1,937.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061900330 | $1,526.56 | 7/23/18 | 18061900330 | 6/22/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061800569 | $1,475.10 | 7/23/18 | 18061800569 | 6/22/18 | $1,475.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061900634 | $2,746.83 | 7/25/18 | 18061900634 | 6/25/18 | $2,746.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061200688 | $2,211.65 | 7/25/18 | 18061200688 | 6/25/18 | $2,211.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061500904 | $2,099.84 | 7/25/18 | 18061500904 | 6/25/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062000310 | $1,526.56 | 7/25/18 | 18062000310 | 6/25/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062000288 | $1,526.56 | 7/25/18 | 18062000288 | 6/25/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060101209 | $818.89 | 7/25/18 | 18060101209 | 6/25/18 | $818.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800301 | $5,135.79 | 7/26/18 | 18060800301 | 6/26/18 | $5,135.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100399 | $1,526.56 | 7/26/18 | 18062100399 | 6/26/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800198 | $4,739.93 | 7/27/18 | 18060800198 | 6/27/18 | $4,739.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061400981 | $4,685.28 | 7/27/18 | 18061400981 | 6/27/18 | $4,685.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100554 | $2,450.98 | 7/27/18 | 18062100554 | 6/27/18 | $2,450.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200167 | $1,526.56 | 7/27/18 | 18062200167 | 6/27/18 | $1,526.56 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200170 | $1,526.56 | 7/27/18 | 18062200170 | 6/27/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062500272 | $1,526.56 | 7/27/18 | 18062500272 | 6/28/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051100713 | $250.00 | 7/27/18 | 18051100713 | 6/28/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051000414 | $250.00 | 7/27/18 | 18051000414 | 6/28/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18052401103 | $250.00 | 7/27/18 | 18052401103 | 6/28/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200420 | $4,739.93 | 7/30/18 | 18062200420 | 6/29/18 | $4,739.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600366 | $1,526.56 | 7/30/18 | 18062600366 | 6/29/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901396 | $6,031.79 | 8/1/18 | 18061901396 | 7/2/18 | $6,031.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901395 | $5,542.68 | 8/1/18 | 18061901395 | 7/2/18 | $5,542.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700373 | $2,577.26 | 8/1/18 | 18062700373 | 7/2/18 | $2,577.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600490 | $2,274.87 | 8/1/18 | 18062600490 | 7/2/18 | $2,274.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501574 | $2,158.77 | 8/1/18 | 18062501574 | 7/2/18 | $2,158.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200306 | $1,937.72 | 8/1/18 | 18062200306 | 7/2/18 | $1,937.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501177 | $1,708.17 | 8/1/18 | 18062501177 | 7/2/18 | $1,708.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700271 | $1,526.56 | 8/1/18 | 18062700271 | 7/2/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600364 | $1,526.56 | 8/1/18 | 18062600364 | 7/2/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801308 | $2,399.40 | 8/2/18 | 18062801308 | 7/3/18 | $2,399.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801309 | $2,399.40 | 8/2/18 | 18062801309 | 7/3/18 | $2,399.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062901093 | $2,099.84 | 8/2/18 | 18062901093 | 7/3/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062601199 | $1,933.86 | 8/2/18 | 18062601199 | 7/3/18 | $1,933.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062800321 | $1,526.56 | 8/2/18 | 18062800321 | 7/3/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700488 | $1,103.16 | 8/2/18 | 18062700488 | 7/3/18 | $1,103.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051800549 | $7,663.95 | 8/3/18 | 18051800549 | 7/5/18 | $7,663.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18053000713 | $6,980.12 | 8/3/18 | 18053000713 | 7/5/18 | $6,980.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18053000706 | $6,784.80 | 8/3/18 | 18053000706 | 7/5/18 | $6,784.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700594 | $6,491.82 | 8/3/18 | 18062700594 | 7/5/18 | $6,491.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701071 | $4,870.10 | 8/3/18 | 18062701071 | 7/5/18 | $4,870.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062800441 | $4,657.05 | 8/3/18 | 18062800441 | 7/5/18 | $4,657.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062800593 | $4,249.23 | 8/3/18 | 18062800593 | 7/5/18 | $4,249.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061800711 | $3,425.00 | 8/3/18 | 18061800711 | 7/5/18 | $3,425.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061901709 | $3,350.00 | 8/3/18 | 18061901709 | 7/5/18 | $3,350.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18061501303 | $3,250.00 | 8/3/18 | 18061501303 | 7/5/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200640 | $2,950.00 | 8/3/18 | 18062200640 | 7/5/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600524 | $2,950.00 | 8/3/18 | 18062600524 | 7/5/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600511 | $2,850.00 | 8/3/18 | 18062600511 | 7/5/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600664 | $2,850.00 | 8/3/18 | 18062600664 | 7/5/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062000554 | $2,650.00 | 8/3/18 | 18062000554 | 7/5/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100812 | $2,650.00 | 8/3/18 | 18062100812 | 7/5/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062000553 | $2,650.00 | 8/3/18 | 18062000553 | 7/5/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062200968 | $2,650.00 | 8/3/18 | 18062200968 | 7/5/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700309 | $2,608.91 | 8/3/18 | 18062700309 | 7/5/18 | $2,608.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700533 | $2,450.00 | 8/3/18 | 18062700533 | 7/5/18 | $2,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900199 | $1,937.72 | 8/3/18 | 18062900199 | 7/5/18 | $1,937.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062100851 | $1,850.00 | 8/3/18 | 18062100851 | 7/5/18 | $1,850.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900179 | $1,526.56 | 8/3/18 | 18062900179 | 7/5/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700519 | $1,325.00 | 8/3/18 | 18062700519 | 7/5/18 | $1,325.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701756 | $5,348.12 | 8/6/18 | 18062701756 | 7/6/18 | $5,348.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701072 | $4,870.10 | 8/6/18 | 18062701072 | 7/6/18 | $4,870.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900437 | $3,150.00 | 8/6/18 | 18062900437 | 7/6/18 | $3,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900262 | $2,950.00 | 8/6/18 | 18062900262 | 7/6/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801269 | $2,117.59 | 8/6/18 | 18062801269 | 7/6/18 | $2,117.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200278 | $1,526.56 | 8/6/18 | 18070200278 | 7/6/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700373 | $1,172.74 | 8/6/18 | 18062700373 | 7/6/18 | $1,172.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062501574 | $966.23 | 8/6/18 | 18062501574 | 7/6/18 | $966.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200681 | $3,450.00 | 8/8/18 | 18070200681 | 7/9/18 | $3,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070300379 | $2,862.51 | 8/8/18 | 18070300379 | 7/9/18 | $2,862.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200800 | $2,064.15 | 8/8/18 | 18070200800 | 7/9/18 | $2,064.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900226 | $1,825.92 | 8/8/18 | 18062900226 | 7/9/18 | $1,825.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900582 | $4,685.28 | 8/9/18 | 18062900582 | 7/10/18 | $4,685.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900584 | $4,685.28 | 8/9/18 | 18062900584 | 7/10/18 | $4,685.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200467 | $3,450.00 | 8/9/18 | 18070200467 | 7/10/18 | $3,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062901291 | $3,250.00 | 8/9/18 | 18062901291 | 7/10/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062601203 | $2,650.00 | 8/9/18 | 18062601203 | 7/10/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801310 | $2,399.40 | 8/9/18 | 18062801310 | 7/10/18 | $2,399.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801270 | $2,117.59 | 8/9/18 | 18062801270 | 7/10/18 | $2,117.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060100777 | $2,099.84 | 8/9/18 | 18060100777 | 7/10/18 | $2,099.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070600341 | $1,942.74 | 8/10/18 | 18070600341 | 7/11/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070301220 | $1,370.88 | 8/10/18 | 18070301220 | 7/11/18 | $1,370.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070600663 | $2,424.96 | 8/10/18 | 18070600663 | 7/12/18 | $2,424.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070901316 | $1,688.96 | 8/10/18 | 18070901316 | 7/12/18 | $1,688.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900583 | $4,685.28 | 8/13/18 | 18062900583 | 7/13/18 | $4,685.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060500630 | $3,450.00 | 8/13/18 | 18060500630 | 7/13/18 | $3,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070600494 | $3,350.00 | 8/13/18 | 18070600494 | 7/13/18 | $3,350.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070901314 | $3,291.46 | 8/13/18 | 18070901314 | 7/13/18 | $3,291.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200965 | $3,250.00 | 8/13/18 | 18070200965 | 7/13/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070501046 | $2,950.00 | 8/13/18 | 18070501046 | 7/13/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070600381 | $2,950.00 | 8/13/18 | 18070600381 | 7/13/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070501049 | $2,950.00 | 8/13/18 | 18070501049 | 7/13/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070500424 | $2,850.00 | 8/13/18 | 18070500424 | 7/13/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700523 | $2,850.00 | 8/13/18 | 18062700523 | 7/13/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062800807 | $4,705.92 | 8/15/18 | 18062800807 | 7/16/18 | $4,705.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070900589 | $4,259.42 | 8/15/18 | 18070900589 | 7/16/18 | $4,259.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070901132 | $3,250.00 | 8/15/18 | 18070901132 | 7/16/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000882 | $3,100.00 | 8/15/18 | 18071000882 | 7/16/18 | $3,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000883 | $2,123.36 | 8/15/18 | 18071000883 | 7/16/18 | $2,123.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000737 | $1,975.16 | 8/15/18 | 18071000737 | 7/16/18 | $1,975.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071100750 | $1,716.96 | 8/16/18 | 18071100750 | 7/17/18 | $1,716.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700492 | $1,125.00 | 8/16/18 | 18062700492 | 7/17/18 | $1,125.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071100530 | $1,125.00 | 8/16/18 | 18071100530 | 7/17/18 | $1,125.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200764 | $4,705.92 | 8/17/18 | 18070200764 | 7/18/18 | $4,705.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000682 | $3,988.60 | 8/17/18 | 18071000682 | 7/18/18 | $3,988.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070600656 | $3,637.44 | 8/17/18 | 18070600656 | 7/18/18 | $3,637.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300976 | $4,943.04 | 8/17/18 | 18071300976 | 7/19/18 | $4,943.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300562 | $1,942.74 | 8/17/18 | 18071300562 | 7/19/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071201445 | $1,918.88 | 8/17/18 | 18071201445 | 7/19/18 | $1,918.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071301023 | $3,305.84 | 8/20/18 | 18071301023 | 7/20/18 | $3,305.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300453 | $3,305.84 | 8/20/18 | 18071300453 | 7/20/18 | $3,305.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200958 | $3,250.00 | 8/20/18 | 18070200958 | 7/20/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600508 | $3,150.00 | 8/20/18 | 18071600508 | 7/20/18 | $3,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600489 | $3,150.00 | 8/20/18 | 18071600489 | 7/20/18 | $3,150.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071101284 | $2,950.00 | 8/20/18 | 18071101284 | 7/20/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200789 | $2,950.00 | 8/20/18 | 18070200789 | 7/20/18 | $2,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300712 | $2,750.00 | 8/20/18 | 18071300712 | 7/20/18 | $2,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300711 | $2,750.00 | 8/20/18 | 18071300711 | 7/20/18 | $2,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071201447 | $1,918.88 | 8/20/18 | 18071201447 | 7/20/18 | $1,918.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062701756 | $1,576.88 | 8/20/18 | 18062701756 | 7/20/18 | $1,576.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062900226 | $1,424.08 | 8/20/18 | 18062900226 | 7/20/18 | $1,424.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700594 | $1,358.18 | 8/20/18 | 18062700594 | 7/20/18 | $1,358.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700779 | $1,315.32 | 8/20/18 | 18071700779 | 7/20/18 | $1,315.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070200800 | $1,185.85 | 8/20/18 | 18070200800 | 7/20/18 | $1,185.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801269 | $1,132.41 | 8/20/18 | 18062801269 | 7/20/18 | $1,132.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801270 | $1,132.41 | 8/20/18 | 18062801270 | 7/20/18 | $1,132.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801309 | $1,125.60 | 8/20/18 | 18062801309 | 7/20/18 | $1,125.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18070300379 | $987.49 | 8/20/18 | 18070300379 | 7/20/18 | $987.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700309 | $916.09 | 8/20/18 | 18062700309 | 7/20/18 | $916.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801310 | $850.60 | 8/20/18 | 18062801310 | 7/20/18 | $850.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062801308 | $850.60 | 8/20/18 | 18062801308 | 7/20/18 | $850.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060101210 | $818.89 | 8/20/18 | 18060101210 | 7/20/18 | $818.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051101190 | $100.00 | 8/20/18 | 18051101190 | 7/20/18 | $100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700372 | $5,053.02 | 8/22/18 | 18071700372 | 7/23/18 | $5,053.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071101412 | $2,450.00 | 8/22/18 | 18071101412 | 7/23/18 | $2,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801200 | $1,535.94 | 8/22/18 | 18071801200 | 7/23/18 | $1,535.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600633 | $4,450.00 | 8/23/18 | 18071600633 | 7/24/18 | $4,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800468 | $3,250.00 | 8/23/18 | 18071800468 | 7/24/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300713 | $2,750.00 | 8/23/18 | 18071300713 | 7/24/18 | $2,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801199 | $1,535.94 | 8/23/18 | 18071801199 | 7/24/18 | $1,535.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700370 | $5,562.45 | 8/24/18 | 18071700370 | 7/25/18 | $5,562.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071100447 | $5,522.96 | 8/24/18 | 18071100447 | 7/25/18 | $5,522.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600668 | $4,450.00 | 8/24/18 | 18071600668 | 7/25/18 | $4,450.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000732 | $3,201.78 | 8/24/18 | 18072000732 | 7/26/18 | $3,201.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071901057 | $3,194.24 | 8/24/18 | 18071901057 | 7/26/18 | $3,194.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700935 | $2,105.28 | 8/24/18 | 18071700935 | 7/26/18 | $2,105.28 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000394 | $1,942.74 | 8/24/18 | 18072000394 | 7/26/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600572 | $3,823.44 | 8/27/18 | 18071600572 | 7/27/18 | $3,823.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300489 | $3,250.00 | 8/27/18 | 18072300489 | 7/27/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800585 | $3,250.00 | 8/27/18 | 18071800585 | 7/27/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800583 | $3,250.00 | 8/27/18 | 18071800583 | 7/27/18 | $3,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300667 | $1,950.00 | 8/27/18 | 18072300667 | 7/27/18 | $1,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300538 | $1,850.00 | 8/27/18 | 18072300538 | 7/27/18 | $1,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071000883 | $1,001.64 | 8/27/18 | 18071000883 | 7/27/18 | $1,001.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700779 | $934.68 | 8/27/18 | 18071700779 | 7/27/18 | $934.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801199 | $814.06 | 8/27/18 | 18071801199 | 7/27/18 | $814.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801200 | $814.06 | 8/27/18 | 18071801200 | 7/27/18 | $814.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071201447 | $731.12 | 8/27/18 | 18071201447 | 7/27/18 | $731.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071201445 | $731.12 | 8/27/18 | 18071201445 | 7/27/18 | $731.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300453 | $344.16 | 8/27/18 | 18071300453 | 7/27/18 | $344.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062600294 | $7,555.68 | 8/29/18 | 18062600294 | 7/30/18 | $7,555.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700609 | $6,879.89 | 8/29/18 | 18062700609 | 7/30/18 | $6,879.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600553 | $5,522.96 | 8/29/18 | 18071600553 | 7/30/18 | $5,522.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071800575 | $5,101.76 | 8/29/18 | 18071800575 | 7/30/18 | $5,101.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300536 | $5,101.76 | 8/29/18 | 18072300536 | 7/30/18 | $5,101.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072500307 | $3,064.48 | 8/29/18 | 18072500307 | 7/30/18 | $3,064.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072400582 | $2,496.96 | 8/29/18 | 18072400582 | 7/30/18 | $2,496.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000736 | $2,105.28 | 8/29/18 | 18072000736 | 7/30/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072400424 | $1,975.16 | 8/29/18 | 18072400424 | 7/30/18 | $1,975.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600682 | $1,525.00 | 8/29/18 | 18071600682 | 7/30/18 | $1,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071600683 | $1,525.00 | 8/29/18 | 18071600683 | 7/30/18 | $1,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801201 | $5,126.16 | 8/30/18 | 18071801201 | 7/31/18 | $5,126.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071700619 | $3,657.00 | 8/30/18 | 18071700619 | 7/31/18 | $3,657.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051801052 | $3,088.50 | 8/30/18 | 18051801052 | 7/31/18 | $3,088.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000887 | $2,525.00 | 8/30/18 | 18072000887 | 7/31/18 | $2,525.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072601381 | $2,105.28 | 8/30/18 | 18072601381 | 7/31/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072400348 | $5,583.72 | 8/31/18 | 18072400348 | 8/1/18 | $5,583.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000884 | $2,650.00 | 8/31/18 | 18072000884 | 8/1/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072000886 | $2,650.00 | 8/31/18 | 18072000886 | 8/1/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072700494 | $1,942.74 | 8/31/18 | 18072700494 | 8/1/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072500623 | $1,650.00 | 8/31/18 | 18072500623 | 8/1/18 | $1,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051100402 | $725.00 | 8/31/18 | 18051100402 | 8/1/18 | $725.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18060800283 | $700.00 | 8/31/18 | 18060800283 | 8/1/18 | $700.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600318 | $3,843.14 | 8/31/18 | 18072600318 | 8/2/18 | $3,843.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401386 | $2,850.00 | 8/31/18 | 18072401386 | 8/2/18 | $2,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072601380 | $2,105.28 | 8/31/18 | 18072601380 | 8/2/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071801201 | $4,225.00 | 9/3/18 | 18071801201 | 8/3/18 | $4,225.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062700609 | $1,445.11 | 9/3/18 | 18062700609 | 8/3/18 | $1,445.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051801052 | $1,361.50 | 9/3/18 | 18051801052 | 8/3/18 | $1,361.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072401597 | $6,199.32 | 9/5/18 | 18072401597 | 8/6/18 | $6,199.32 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072600670 | $5,465.92 | 9/5/18 | 18072600670 | 8/6/18 | $5,465.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072400741 | $5,152.42 | 9/5/18 | 18072400741 | 8/6/18 | $5,152.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080100334 | $2,459.52 | 9/5/18 | 18080100334 | 8/6/18 | $2,459.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072500537 | $1,323.00 | 9/5/18 | 18072500537 | 8/6/18 | $1,323.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072500538 | $1,323.00 | 9/5/18 | 18072500538 | 8/6/18 | $1,323.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200349 | $6,311.04 | 9/6/18 | 18080200349 | 8/7/18 | $6,311.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300521 | $1,942.74 | 9/7/18 | 18080300521 | 8/8/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300369 | $1,907.91 | 9/7/18 | 18080300369 | 8/8/18 | $1,907.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300392 | $1,675.80 | 9/7/18 | 18080300392 | 8/8/18 | $1,675.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080301132 | $3,039.12 | 9/7/18 | 18080301132 | 8/9/18 | $3,039.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073100523 | $2,650.00 | 9/7/18 | 18073100523 | 8/9/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200292 | $2,050.00 | 9/7/18 | 18080200292 | 8/9/18 | $2,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080600546 | $1,938.87 | 9/7/18 | 18080600546 | 8/9/18 | $1,938.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300332 | $1,812.60 | 9/7/18 | 18080300332 | 8/9/18 | $1,812.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101458 | $841.44 | 9/7/18 | 18073101458 | 8/9/18 | $841.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080600425 | $2,650.00 | 9/10/18 | 18080600425 | 8/10/18 | $2,650.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300404 | $2,250.00 | 9/10/18 | 18080300404 | 8/10/18 | $2,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200827 | $2,105.28 | 9/10/18 | 18080200827 | 8/10/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080600504 | $1,831.68 | 9/10/18 | 18080600504 | 8/10/18 | $1,831.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200349 | $513.96 | 9/10/18 | 18080200349 | 8/10/18 | $513.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18071300713 | $400.00 | 9/10/18 | 18071300713 | 8/10/18 | $400.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080300298 | $4,950.00 | 9/12/18 | 18080300298 | 8/13/18 | $4,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080600430 | $4,454.84 | 9/12/18 | 18080600430 | 8/13/18 | $4,454.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080800783 | $3,799.62 | 9/12/18 | 18080800783 | 8/13/18 | $3,799.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080700401 | $3,305.84 | 9/12/18 | 18080700401 | 8/13/18 | $3,305.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101180 | $2,930.22 | 9/12/18 | 18073101180 | 8/13/18 | $2,930.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080801449 | $2,433.60 | 9/12/18 | 18080801449 | 8/13/18 | $2,433.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101178 | $1,907.91 | 9/12/18 | 18073101178 | 8/13/18 | $1,907.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080600337 | $1,787.52 | 9/12/18 | 18080600337 | 8/13/18 | $1,787.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200830 | $2,105.28 | 9/13/18 | 18080200830 | 8/14/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080800435 | $1,850.00 | 9/13/18 | 18080800435 | 8/14/18 | $1,850.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080900692 | $1,311.20 | 9/13/18 | 18080900692 | 8/14/18 | $1,311.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080900650 | $3,164.72 | 9/14/18 | 18080900650 | 8/15/18 | $3,164.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080900833 | $2,105.28 | 9/14/18 | 18080900833 | 8/15/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080901353 | $597.30 | 9/14/18 | 18080901353 | 8/15/18 | $597.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080200738 | $4,260.20 | 9/14/18 | 18080200738 | 8/16/18 | $4,260.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080801340 | $2,123.36 | 9/14/18 | 18080801340 | 8/16/18 | $2,123.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081300441 | $1,942.74 | 9/14/18 | 18081300441 | 8/16/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081000364 | $1,675.80 | 9/14/18 | 18081000364 | 8/16/18 | $1,675.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081000464 | $2,250.00 | 9/17/18 | 18081000464 | 8/17/18 | $2,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073101180 | $919.78 | 9/17/18 | 18073101180 | 8/17/18 | $919.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080801340 | $326.64 | 9/17/18 | 18080801340 | 8/17/18 | $326.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080900697 | $5,611.50 | 9/19/18 | 18080900697 | 8/20/18 | $5,611.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081000603 | $4,081.56 | 9/19/18 | 18081000603 | 8/20/18 | $4,081.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18080900695 | $3,337.92 | 9/19/18 | 18080900695 | 8/20/18 | $3,337.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601237 | $2,128.68 | 9/19/18 | 18081601237 | 8/20/18 | $2,128.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081300404 | $1,530.62 | 9/19/18 | 18081300404 | 8/20/18 | $1,530.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081400544 | $1,530.62 | 9/19/18 | 18081400544 | 8/20/18 | $1,530.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601238 | $1,519.84 | 9/19/18 | 18081601238 | 8/20/18 | $1,519.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081501356 | $923.16 | 9/19/18 | 18081501356 | 8/20/18 | $923.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601258 | $645.84 | 9/19/18 | 18081601258 | 8/20/18 | $645.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600740 | $2,586.24 | 9/20/18 | 18081600740 | 8/21/18 | $2,586.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600745 | $2,416.80 | 9/20/18 | 18081600745 | 8/21/18 | $2,416.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072501279 | $7,727.40 | 9/21/18 | 18072501279 | 8/22/18 | $7,727.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18072300688 | $7,507.20 | 9/21/18 | 18072300688 | 8/22/18 | $7,507.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18073100587 | $6,831.84 | 9/21/18 | 18073100587 | 8/22/18 | $6,831.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600744 | $2,564.52 | 9/21/18 | 18081600744 | 8/22/18 | $2,564.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600553 | $2,348.56 | 9/21/18 | 18081600553 | 8/22/18 | $2,348.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081400464 | $4,638.62 | 9/21/18 | 18081400464 | 8/23/18 | $4,638.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081500352 | $3,330.64 | 9/21/18 | 18081500352 | 8/23/18 | $3,330.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600614 | $2,050.00 | 9/21/18 | 18081600614 | 8/23/18 | $2,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600628 | $2,050.00 | 9/21/18 | 18081600628 | 8/23/18 | $2,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081700216 | $1,942.74 | 9/21/18 | 18081700216 | 8/23/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601237 | $1,196.32 | 9/21/18 | 18081601237 | 8/23/18 | $1,196.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601238 | $1,045.16 | 9/21/18 | 18081601238 | 8/23/18 | $1,045.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081601258 | $1,004.16 | 9/21/18 | 18081601258 | 8/23/18 | $1,004.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081300404 | $919.38 | 9/21/18 | 18081300404 | 8/23/18 | $919.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081400544 | $919.38 | 9/21/18 | 18081400544 | 8/23/18 | $919.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600553 | $701.44 | 9/21/18 | 18081600553 | 8/23/18 | $701.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081500337 | $5,469.72 | 9/26/18 | 18081500337 | 8/27/18 | $5,469.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081700376 | $3,354.46 | 9/26/18 | 18081700376 | 8/27/18 | $3,354.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600557 | $2,348.56 | 9/26/18 | 18081600557 | 8/27/18 | $2,348.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100506 | $4,638.62 | 9/27/18 | 18082100506 | 8/28/18 | $4,638.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300552 | $1,711.36 | 9/27/18 | 18082300552 | 8/28/18 | $1,711.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081700392 | $1,950.00 | 9/28/18 | 18081700392 | 8/29/18 | $1,950.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400409 | $1,942.74 | 9/28/18 | 18082400409 | 8/29/18 | $1,942.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400663 | $793.65 | 9/28/18 | 18082400663 | 8/29/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400668 | $793.65 | 9/28/18 | 18082400668 | 8/29/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082701212 | $597.30 | 9/28/18 | 18082701212 | 8/29/18 | $597.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400665 | $793.65 | 9/28/18 | 18082400665 | 8/30/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400667 | $793.65 | 9/28/18 | 18082400667 | 8/30/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400674 | $793.65 | 9/28/18 | 18082400674 | 8/30/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18081600557 | $701.44 | 9/28/18 | 18081600557 | 8/30/18 | $701.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400437 | $2,613.92 | 10/1/18 | 18082400437 | 8/31/18 | $2,613.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400666 | $793.65 | 10/1/18 | 18082400666 | 8/31/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400675 | $793.65 | 10/1/18 | 18082400675 | 8/31/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400676 | $793.65 | 10/1/18 | 18082400676 | 8/31/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400681 | $793.65 | 10/3/18 | 18082400681 | 9/3/18 | $793.65 |

Live Logistics Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082700438 | $5,778.40 | 10/4/18 | 18082700438 | 9/4/18 | $5,778.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300531 | $1,575.00 | 10/4/18 | 18082300531 | 9/4/18 | $1,575.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082000305 | $5,157.46 | 10/5/18 | 18082000305 | 9/5/18 | $5,157.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300423 | $3,821.76 | 10/5/18 | 18082300423 | 9/5/18 | $3,821.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082300847 | $2,105.28 | 10/5/18 | 18082300847 | 9/5/18 | $2,105.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083000494 | $1,937.72 | 10/5/18 | 18083000494 | 9/5/18 | $1,937.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400677 | $793.65 | 10/5/18 | 18082400677 | 9/5/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400664 | $793.65 | 10/5/18 | 18082400664 | 9/5/18 | $793.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400669 | $792.54 | 10/5/18 | 18082400669 | 9/5/18 | $792.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100836 | $4,250.00 | 10/5/18 | 18082100836 | 9/6/18 | $4,250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082100587 | $2,750.00 | 10/5/18 | 18082100587 | 9/6/18 | $2,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082900428 | $2,165.58 | 10/5/18 | 18082900428 | 9/6/18 | $2,165.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083000748 | $1,526.56 | 10/5/18 | 18083000748 | 9/6/18 | $1,526.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400679 | $792.54 | 10/5/18 | 18082400679 | 9/6/18 | $792.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400680 | $792.54 | 10/5/18 | 18082400680 | 9/6/18 | $792.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18062901287 | $250.00 | 10/5/18 | 18062901287 | 9/6/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18051600701 | $250.00 | 10/5/18 | 18051600701 | 9/6/18 | $250.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082901183 | $1,367.82 | 10/8/18 | 18082901183 | 9/7/18 | $1,367.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082400682 | $792.54 | 10/8/18 | 18082400682 | 9/7/18 | $792.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083100628 | $792.54 | 10/8/18 | 18083100628 | 9/7/18 | $792.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18082900537 | $5,157.46 | 10/10/18 | 18082900537 | 9/10/18 | $5,157.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090401204 | $4,906.37 | 10/10/18 | 18090401204 | 9/10/18 | $4,906.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090400481 | $2,050.00 | 10/10/18 | 18090400481 | 9/10/18 | $2,050.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18090500570 | $1,614.91 | 10/10/18 | 18090500570 | 9/10/18 | $1,614.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P18083100315 | $1,450.82 | 10/10/18 | 18083100315 | 9/10/18 | $1,450.82 |

Totals:       329 transfer(s),  $852,544.88

Live Logistics Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020      Exhibit A      P. 8