| | | |
|---|---|---|
| Defendant: | **M & S Landscaping Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982695 | $4,594.53 | 7/23/18 | 6128 | 5/7/18 | $2,351.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982695 | $4,594.53 | 7/23/18 | 6132 | 5/9/18 | $2,242.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6083 | 2/7/18 | $3,919.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6128 | 5/14/18 | $1,064.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6129 | 5/14/18 | $871.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6130 | 5/16/18 | $19,858.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6137 | 5/16/18 | $2,155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6134 | 5/16/18 | $1,850.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6135 | 5/19/18 | $32,118.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986082 | $67,042.80 | 7/30/18 | 6136 | 5/19/18 | $5,204.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989504 | $3,789.51 | 8/8/18 | 6138 | 5/23/18 | $1,764.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989504 | $3,789.51 | 8/8/18 | 6140 | 5/24/18 | $2,025.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 6141 | 5/30/18 | $2,319.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 6142 | 5/30/18 | $174.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 72017 | 6/1/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 72019 | 6/1/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 72051 | 6/1/18 | $1,357.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993096 | $8,151.05 | 8/15/18 | 72020 | 6/1/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997269 | $9,332.55 | 8/22/18 | 6145 | 6/3/18 | $4,616.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997269 | $9,332.55 | 8/22/18 | 72016 | 6/3/18 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997269 | $9,332.55 | 8/22/18 | 72018 | 6/3/18 | $1,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997269 | $9,332.55 | 8/22/18 | 6144 | 6/3/18 | $653.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997269 | $9,332.55 | 8/22/18 | 6146 | 6/9/18 | $963.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004099 | $14,378.36 | 9/7/18 | 6147 | 6/22/18 | $4,877.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004099 | $14,378.36 | 9/7/18 | 6147CLOSET | 6/22/18 | $2,803.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004099 | $14,378.36 | 9/7/18 | 6149 | 6/22/18 | $2,613.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004099 | $14,378.36 | 9/7/18 | 6153 | 6/22/18 | $2,129.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004099 | $14,378.36 | 9/7/18 | 6151 | 6/22/18 | $1,955.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 6235 | 4/13/18 | $4,127.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 6152 | 6/27/18 | $1,840.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 72025 | 6/30/18 | $1,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 72052 | 6/30/18 | $1,357.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 6155 | 6/30/18 | $1,105.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 6156 | 6/30/18 | $1,049.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007588 | $12,222.63 | 9/14/18 | 6154 | 6/30/18 | $1,041.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 72024 | 7/1/18 | $1,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 72022 | 7/1/18 | $1,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 72021 | 7/1/18 | $1,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6158 | 7/2/18 | $2,395.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6159 | 7/2/18 | $666.32 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 72023 | 7/3/18 | $1,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6160 | 7/3/18 | $1,194.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6162 | 7/5/18 | $1,303.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6163 | 7/5/18 | $1,286.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6164 | 7/6/18 | $8,323.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6157 | 7/6/18 | $3,919.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6165 | 7/6/18 | $2,411.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6168 | 7/6/18 | $2,068.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6169 | 7/7/18 | $3,222.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6171 | 7/7/18 | $2,399.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6170 | 7/7/18 | $2,286.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011712 | $42,273.21 | 9/21/18 | 6197 | 7/31/18 | $5,095.35 |

Totals:    8 transfer(s),  $161,784.64