Defendant: **Majestique Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13637 | 5/3/18 | $13,226.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13636 | 5/3/18 | $2,784.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13631 | 5/3/18 | $1,670.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13635 | 5/3/18 | $1,670.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13634 | 5/3/18 | $1,392.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13633 | 5/3/18 | $1,166.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13632 | 5/3/18 | $777.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13658 | 5/3/18 | $676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13656 | 5/3/18 | $676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13659 | 5/3/18 | $676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13657 | 5/3/18 | $676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13661 | 5/3/18 | $676.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979884 | $26,543.43 | 7/17/18 | 13660 | 5/3/18 | $472.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13665 | 5/2/18 | $9,007.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13668 | 5/2/18 | $8,952.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13682 | 5/2/18 | $8,678.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13673 | 5/2/18 | $8,336.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13664 | 5/2/18 | $7,111.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13676 | 5/2/18 | $6,433.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13666 | 5/2/18 | $5,200.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13669 | 5/2/18 | $5,200.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13663 | 5/2/18 | $5,144.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13667 | 5/2/18 | $4,802.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13670 | 5/2/18 | $4,031.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13674 | 5/2/18 | $3,757.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13677 | 5/2/18 | $3,259.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13679 | 5/2/18 | $2,917.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13681 | 5/2/18 | $2,861.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13671 | 5/2/18 | $2,861.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13678 | 5/2/18 | $2,519.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980619 | $93,595.71 | 7/18/18 | 13672 | 5/2/18 | $2,519.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13686 | 5/10/18 | $7,537.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13690 | 5/10/18 | $3,825.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13691 | 5/10/18 | $3,666.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13687 | 5/10/18 | $3,586.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13688 | 5/10/18 | $3,288.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13692 | 5/10/18 | $2,234.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983201 | $25,033.59 | 7/24/18 | 13689 | 5/10/18 | $895.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13703 | 5/16/18 | $13,204.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13702 | 5/16/18 | $3,902.42 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13710 | 5/16/18 | $1,060.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13712 | 5/16/18 | $660.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13709 | 5/16/18 | $530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13708 | 5/16/18 | $530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13711 | 5/16/18 | $530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 13707 | 5/16/18 | $330.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986094 | $20,742.12 | 7/30/18 | 8361AD071518B96 | 7/13/18 | -$8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13495 | 3/26/18 | $288.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13583 | 4/17/18 | $644.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13586 | 4/17/18 | $406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13590 | 4/17/18 | $291.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13584 | 4/17/18 | $279.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13589 | 4/17/18 | $276.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13616 | 4/30/18 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13619 | 4/30/18 | $696.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13617 | 4/30/18 | $162.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13633 | 5/3/18 | $504.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990857 | $4,542.50 | 8/10/18 | 13660 | 5/3/18 | $204.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13742 | 5/30/18 | $1,007.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13744 | 5/30/18 | $503.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13745 | 5/30/18 | $503.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13747 | 5/30/18 | $503.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13743 | 5/30/18 | $503.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 13746 | 5/30/18 | $275.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993110 | $3,277.06 | 8/15/18 | 8710K88402376 | 7/31/18 | -$22.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996648 | $6,937.74 | 8/21/18 | 13769 | 6/5/18 | $6,961.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996648 | $6,937.74 | 8/21/18 | 8710K88495000 | 8/3/18 | -$23.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13816 | 6/15/18 | $19,624.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13810 | 6/15/18 | $2,713.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13811 | 6/15/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13809 | 6/15/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13808 | 6/15/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13813 | 6/15/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13812 | 6/15/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001972 | $30,422.10 | 9/4/18 | 13814 | 6/15/18 | $625.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13823 | 6/26/18 | $2,545.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13821 | 6/26/18 | $1,909.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13818 | 6/26/18 | $1,909.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13820 | 6/26/18 | $1,272.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13822 | 6/26/18 | $1,272.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13824 | 6/26/18 | $1,272.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006900 | $10,820.16 | 9/13/18 | 13819 | 6/26/18 | $636.48 |

Totals:    9 transfer(s),  $221,914.41