| | |
|---|---|
| Defendant: | **Malca-Amit USA LLC, Dba Malc-Amit** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47948 | $6,495.85 | 7/24/18 | 47948 | 7/9/18 | $6,495.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P48527 | $5,797.75 | 7/24/18 | 48527 | 7/9/18 | $5,797.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47291 | $5,301.03 | 7/24/18 | 47291 | 7/9/18 | $5,301.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47757 | $5,291.75 | 7/24/18 | 47757 | 7/9/18 | $5,291.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P48135 | $4,827.13 | 7/24/18 | 48135 | 7/9/18 | $4,827.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P347275 | $4,382.82 | 7/24/18 | 347275 | 7/9/18 | $4,382.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341776 | $2,896.61 | 7/24/18 | 341776 | 7/9/18 | $2,896.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P339986 | $2,785.27 | 7/24/18 | 339986 | 7/9/18 | $2,785.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P48459 | $1,549.60 | 7/24/18 | 48459 | 7/9/18 | $1,549.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P50919951 | $1,508.09 | 7/24/18 | 50919951 | 7/9/18 | $1,508.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P350880 | $1,321.44 | 7/24/18 | 350880 | 7/9/18 | $1,321.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P340547 | $1,283.81 | 7/24/18 | 340547 | 7/9/18 | $1,283.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47795 | $1,204.40 | 7/24/18 | 47795 | 7/9/18 | $1,204.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P348066 | $851.60 | 7/24/18 | 348066 | 7/9/18 | $851.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P948889 | $761.68 | 7/24/18 | 948889 | 7/9/18 | $761.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341439 | $705.70 | 7/24/18 | 341439 | 7/9/18 | $705.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P449692 | $705.29 | 7/24/18 | 449692 | 7/9/18 | $705.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P449465 | $597.40 | 7/24/18 | 449465 | 7/9/18 | $597.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341596 | $576.77 | 7/24/18 | 341596 | 7/9/18 | $576.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P340219 | $564.27 | 7/24/18 | 340219 | 7/9/18 | $564.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341449 | $531.13 | 7/24/18 | 341449 | 7/9/18 | $531.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341465 | $458.95 | 7/24/18 | 341465 | 7/9/18 | $458.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P345300 | $415.91 | 7/24/18 | 345300 | 7/9/18 | $415.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P346013 | $233.62 | 7/24/18 | 346013 | 7/9/18 | $233.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P3469690 | $223.77 | 7/24/18 | 3469690 | 7/9/18 | $223.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P340573 | $213.37 | 7/24/18 | 340573 | 7/9/18 | $213.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P350682 | $196.79 | 7/24/18 | 350682 | 7/9/18 | $196.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P345095 | $165.00 | 7/24/18 | 345095 | 7/9/18 | $165.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P341055 | $144.11 | 7/24/18 | 341055 | 7/9/18 | $144.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P352232 | $139.38 | 7/24/18 | 352232 | 7/9/18 | $139.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P342684 | $135.74 | 7/24/18 | 342684 | 7/9/18 | $135.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P346250 | $117.71 | 7/24/18 | 346250 | 7/9/18 | $117.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P348769 | $115.26 | 7/24/18 | 348769 | 7/9/18 | $115.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P351202 | $114.30 | 7/24/18 | 351202 | 7/9/18 | $114.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P347983 | $113.84 | 7/24/18 | 347983 | 7/9/18 | $113.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47292 | $82.73 | 7/24/18 | 47292 | 7/9/18 | $82.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P352188 | $78.88 | 7/24/18 | 352188 | 7/9/18 | $78.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | P47634 | $6,693.21 | 8/8/18 | 47634 | 7/24/18 | $6,693.21 |

Totals:    38 transfer(s),    $59,581.96

Malca-Amit USA LLC, Dba Malc-Amit

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                   Exhibit A                                   P. 1