| | | |
|---|---|---|
| Defendant: | **Mall at Lima LLC** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171659 | $23,525.55 | 8/6/18 | 0000072618 | 7/26/18 | $23,525.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173045 | $23,525.55 | 9/5/18 | 0000082618 | 8/26/18 | $23,525.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 123552 | $63,521.59 | 9/6/18 | 0000097541 | 8/6/18 | $63,521.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174387 | $24,525.55 | 10/11/18 | 0000092518 | 9/25/18 | $23,525.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174387 | $24,525.55 | 10/11/18 | 0000092518 | 9/25/18 | $1,000.00 |

Totals:    4 transfer(s),   $135,098.24