| | | |
|---|---|---|
| Defendant: | **Marion Plaza Inc., Dba Eastwood Mall** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171671 | $6,130.61 | 8/7/18 | 0000072618 | 7/26/18 | $6,124.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171671 | $6,130.61 | 8/7/18 | 0000072618 | 7/26/18 | $6.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173056 | $6,565.41 | 9/5/18 | 0000082618 | 8/26/18 | $6,558.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173056 | $6,565.41 | 9/5/18 | 0000082618 | 8/26/18 | $6.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 123552 | $34,793.14 | 9/6/18 | 0000097542 | 8/6/18 | $34,793.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174399 | $6,782.81 | 10/10/18 | 0000092518 | 9/25/18 | $6,776.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174399 | $6,782.81 | 10/10/18 | 0000092518 | 9/25/18 | $6.78 |

Totals:    4 transfer(s),  $54,271.97