| Defendant: | **Market Force Information Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982717 | $21,683.88 | 7/23/18 | 482581 | 5/24/18 | $13,406.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982717 | $21,683.88 | 7/23/18 | 482581 | 5/24/18 | $8,277.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $112.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $112.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $112.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $112.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581A | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581A | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581A | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $87.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |

Market Force Information Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989529 | $9,196.87 | 8/8/18 | 482581 | 5/24/18 | $81.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993124 | $1,538.14 | 8/15/18 | 486552 | 7/30/18 | $1,427.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993124 | $1,538.14 | 8/15/18 | 486552 | 7/30/18 | $110.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $117.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $90.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004124 | $6,900.61 | 9/7/18 | 484626 | 6/20/18 | $85.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007611 | $4,731.32 | 9/14/18 | 487629 | 8/27/18 | $4,069.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007611 | $4,731.32 | 9/14/18 | 487629 | 8/27/18 | $662.16 |

Totals:        5 transfer(s),  $44,050.82