Defendant: **Marketing Card Technology LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989530 | $5,918.77 | 8/8/18 | 4487 | 5/24/18 | $5,918.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000656 | $26,411.00 | 8/31/18 | 4567 | 6/14/18 | $26,411.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004125 | $4,777.00 | 9/7/18 | 4568 | 6/18/18 | $4,777.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007612 | $2,497.55 | 9/14/18 | 4575 | 6/26/18 | $2,497.55 |

Totals: 4 transfer(s), $39,604.32