| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Max Mehra Collections LLC** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989544 | $973.90 | 8/8/18 | 13614 | 5/16/18 | $1,560.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989544 | $973.90 | 8/8/18 | 26781 | 6/25/18 | -$219.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989544 | $973.90 | 8/8/18 | KM161641 | 6/27/18 | -$360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989544 | $973.90 | 8/8/18 | 8710K88477890 | 7/12/18 | -$6.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13619 | 6/1/18 | $4,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13617 | 6/1/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13616 | 6/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13625 | 6/4/18 | $3,325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13618 | 6/4/18 | $1,425.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13634 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13632 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13640 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13635 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13633 | 6/7/18 | $936.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13629 | 6/7/18 | $845.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997301 | $17,347.00 | 8/22/18 | 13631 | 6/7/18 | $364.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000670 | $4,940.00 | 8/31/18 | 13639 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000670 | $4,940.00 | 8/31/18 | 13638 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000670 | $4,940.00 | 8/31/18 | 13630 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000670 | $4,940.00 | 8/31/18 | 13636 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000670 | $4,940.00 | 8/31/18 | 13637 | 6/7/18 | $988.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004141 | $1,138.50 | 9/7/18 | 13687 | 6/19/18 | $1,261.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004141 | $1,138.50 | 9/7/18 | 37601 | 8/9/18 | -$122.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13699 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13708 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13707 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13706 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13705 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13704 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13703 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13702 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13700 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13698 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13697 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13695 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13694 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13693 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13692 | 6/26/18 | $684.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007627 | $10,689.00 | 9/14/18 | 13713 | 6/27/18 | $429.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011741 | $684.00 | 9/21/18 | 13696 | 6/26/18 | $684.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | **6 transfer(s),  $35,772.40** | | | | | | |