Defendant: **Mayflower Cape Cod LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171677 | $13,393.70 | 8/6/18 | 0000072618 | 7/26/18 | $10,855.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171677 | $13,393.70 | 8/6/18 | 0000072618 | 7/26/18 | $1,901.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171677 | $13,393.70 | 8/6/18 | 0000072618 | 7/26/18 | $636.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172377 | $255.42 | 8/16/18 | 0000080918 | 8/9/18 | $255.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173062 | $13,393.70 | 9/4/18 | 0000082618 | 8/26/18 | $10,855.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173062 | $13,393.70 | 9/4/18 | 0000082618 | 8/26/18 | $1,901.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173062 | $13,393.70 | 9/4/18 | 0000082618 | 8/26/18 | $636.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173738 | $255.42 | 9/17/18 | 0000090918 | 9/9/18 | $255.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174405 | $13,393.70 | 10/9/18 | 0000092518 | 9/25/18 | $10,855.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174405 | $13,393.70 | 10/9/18 | 0000092518 | 9/25/18 | $1,901.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174405 | $13,393.70 | 10/9/18 | 0000092518 | 9/25/18 | $636.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 125554 | $343,758.66 | 10/11/18 | 0000098215 | 9/3/18 | $343,758.66 |

Totals:    6 transfer(s),  **$384,450.60**