**Defendant:** **Media Works Ltd.**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993159 | $30,637.86 | 8/15/18 | SEARS195 | 6/1/18 | $30,637.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011759 | $23,474.89 | 9/21/18 | SEARS196 | 7/1/18 | $23,474.89 |

**Totals:** 2 transfer(s), $54,112.75