Defendant: **Mens Fashion Corporation**

Bankruptcy Case **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986664 | $3,473.23 | 7/31/18 | J8006 | 5/17/18 | $1,372.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986664 | $3,473.23 | 7/31/18 | J-8008 | 5/17/18 | $609.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986664 | $3,473.23 | 7/31/18 | J8010 | 5/17/18 | $609.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986664 | $3,473.23 | 7/31/18 | J8007 | 5/17/18 | $546.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986664 | $3,473.23 | 7/31/18 | J8009 | 5/17/18 | $333.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993763 | $28,787.73 | 8/16/18 | J-8042 | 5/31/18 | $19,280.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993763 | $28,787.73 | 8/16/18 | J-8043 | 5/31/18 | $4,568.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993763 | $28,787.73 | 8/16/18 | J-8045 | 5/31/18 | $2,453.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993763 | $28,787.73 | 8/16/18 | J-8046 | 5/31/18 | $2,042.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993763 | $28,787.73 | 8/16/18 | J-8048 | 5/31/18 | $444.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8059 | 6/12/18 | $4,558.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8053 | 6/12/18 | $2,320.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8055 | 6/12/18 | $1,740.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8054 | 6/12/18 | $1,740.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8061 | 6/12/18 | $1,670.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8060 | 6/12/18 | $1,574.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-4493 | 6/12/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8063 | 6/12/18 | $1,326.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8056 | 6/12/18 | $1,160.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8057 | 6/12/18 | $1,160.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8064 | 6/12/18 | $1,077.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999990 | $20,275.28 | 8/30/18 | J-8065 | 6/12/18 | $455.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000702 | $3,696.23 | 8/31/18 | J-8051 | 6/13/18 | $3,696.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004168 | $442.00 | 9/7/18 | J-8079 | 6/20/18 | $442.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8081 | 6/27/18 | $1,491.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8082 | 6/27/18 | $994.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8083 | 6/27/18 | $828.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8084 | 6/27/18 | $745.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8085 | 6/27/18 | $663.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007654 | $5,221.13 | 9/14/18 | J-8087 | 6/27/18 | $497.25 |

Totals:       6 transfer(s),  $61,895.60