Defendant: **Mindful LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014429 | 4/28/18 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014428 | 4/28/18 | $36.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014427 | 4/28/18 | $36.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014449 | 5/2/18 | $73.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014450 | 5/2/18 | $68.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014448 | 5/2/18 | $56.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014447 | 5/2/18 | $45.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000740146 | 5/9/18 | -$976.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014509 | 5/23/18 | $1,617.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014511 | 5/23/18 | $784.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014510 | 5/23/18 | $681.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014512 | 5/23/18 | $332.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000014508 | 5/23/18 | $69.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000417169 | 6/21/18 | -$945.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96363 | $2,910.28 | 7/27/18 | 0000909041 | 7/13/18 | $983.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02746 | $8,152.80 | 8/8/18 | 0000014539 | 6/4/18 | $2,841.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02746 | $8,152.80 | 8/8/18 | 0000014540 | 6/4/18 | $2,774.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02746 | $8,152.80 | 8/8/18 | 0000014537 | 6/4/18 | $1,959.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02746 | $8,152.80 | 8/8/18 | 0000014538 | 6/4/18 | $577.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014545 | 6/6/18 | $2,241.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014551 | 6/6/18 | $1,484.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014544 | 6/6/18 | $956.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014546 | 6/6/18 | $646.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014549 | 6/6/18 | $574.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014547 | 6/6/18 | $539.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04140 | $6,811.50 | 8/10/18 | 0000014550 | 6/6/18 | $369.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000014605 | 6/22/18 | $2,966.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000014604 | 6/22/18 | $2,380.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000014603 | 6/22/18 | $1,225.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000014602 | 6/22/18 | $1,171.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000014601 | 6/22/18 | $144.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000609121 | 8/7/18 | -$258.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13078 | $6,846.27 | 8/27/18 | 0000451440 | 8/16/18 | -$783.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014621 | 6/28/18 | $4,973.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014622 | 6/28/18 | $2,090.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014623 | 6/28/18 | $1,493.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014617 | 6/28/18 | $1,382.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014618 | 6/28/18 | $1,109.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014616 | 6/28/18 | $611.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014620 | 6/28/18 | $307.70 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014619 | 6/28/18 | $217.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17074 | $12,330.20 | 9/4/18 | 0000014615 | 6/28/18 | $144.00 |

**Totals:**    **5 transfer(s),  $37,051.05**