Defendant: **Mitchell & Phillips Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979906 | $815.13 | 7/17/18 | 9771 | 5/3/18 | $490.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979906 | $815.13 | 7/17/18 | 9871 | 5/3/18 | $324.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980639 | $568.32 | 7/18/18 | 9891 | 5/4/18 | $568.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981486 | $4,086.44 | 7/19/18 | 9561 | 5/7/18 | $3,680.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981486 | $4,086.44 | 7/19/18 | 9701 | 5/7/18 | $405.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982115 | $7,209.45 | 7/20/18 | 9641 | 5/8/18 | $5,304.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982115 | $7,209.45 | 7/20/18 | 9921 | 5/8/18 | $1,363.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982115 | $7,209.45 | 7/20/18 | 9911 | 5/8/18 | $541.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983945 | $1,288.18 | 7/25/18 | 9811 | 5/12/18 | $1,288.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984874 | $389.70 | 7/26/18 | 9931 | 5/14/18 | $389.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985482 | $3,279.98 | 7/27/18 | 9941 | 5/15/18 | $1,818.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985482 | $3,279.98 | 7/27/18 | 9981 | 5/15/18 | $1,461.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986169 | $1,169.01 | 7/30/18 | 9931 | 5/16/18 | $1,169.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988280 | $3,956.55 | 8/2/18 | 9171 | 11/27/17 | $487.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988280 | $3,956.55 | 8/2/18 | 9001 | 11/28/17 | $492.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988280 | $3,956.55 | 8/2/18 | 9051 | 12/27/17 | $433.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988280 | $3,956.55 | 8/2/18 | 9041 | 1/7/18 | $1,623.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988280 | $3,956.55 | 8/2/18 | 9191 | 1/19/18 | $920.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988903 | $1,400.76 | 8/7/18 | 10101 | 5/22/18 | $779.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988903 | $1,400.76 | 8/7/18 | 9841 | 5/22/18 | $621.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989608 | $5,033.63 | 8/8/18 | 10021 | 5/23/18 | $4,330.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989608 | $5,033.63 | 8/8/18 | 10031 | 5/23/18 | $703.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990881 | $10,311.82 | 8/10/18 | 9971 | 5/25/18 | $4,367.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990881 | $10,311.82 | 8/10/18 | 9961 | 5/25/18 | $974.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990881 | $10,311.82 | 8/10/18 | 9991 | 5/25/18 | $974.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990881 | $10,311.82 | 8/10/18 | 10001 | 5/27/18 | $3,994.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993202 | $703.63 | 8/15/18 | 9831 | 5/30/18 | $703.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993771 | $5,358.38 | 8/16/18 | 10011 | 5/31/18 | $4,741.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993771 | $5,358.38 | 8/16/18 | 10091 | 5/31/18 | $617.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994869 | $3,788.75 | 8/17/18 | 10081 | 6/2/18 | $3,788.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997821 | $324.75 | 8/23/18 | 10041 | 6/7/18 | $324.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998516 | $2,901.10 | 8/28/18 | 10061 | 6/8/18 | $2,901.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999999 | $1,434.32 | 8/30/18 | 10051 | 6/12/18 | $1,434.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000734 | $2,690.02 | 8/31/18 | 10071 | 6/13/18 | $2,690.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001995 | $562.90 | 9/4/18 | 9371 | 6/15/18 | $562.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014493 | $2,315.47 | 9/27/18 | 10111 | 7/10/18 | $2,315.47 |

Totals:    21 transfer(s),  $59,588.29