Defendant: **Mun Waiau LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171705 | $165,847.32 | 8/9/18 | 0000072618 | 7/26/18 | $158,384.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171705 | $165,847.32 | 8/9/18 | 0000072618 | 7/26/18 | $7,463.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 123463 | $203,239.72 | 9/6/18 | 0000097525 | 8/3/18 | $203,239.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173085 | $165,847.32 | 9/12/18 | 0000082618 | 8/26/18 | $158,384.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173085 | $165,847.32 | 9/12/18 | 0000082618 | 8/26/18 | $7,463.07 |

Totals:    3 transfer(s),  $534,934.36