Defendant: **Murtha Enterprises Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173087 | $35,804.55 | 9/5/18 | 0000078723 | 8/24/18 | $27,858.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173087 | $35,804.55 | 9/5/18 | 0000178723 | 8/24/18 | $5,620.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173087 | $35,804.55 | 9/5/18 | 0000278723 | 8/24/18 | $2,325.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 125245 | $3,827.55 | 9/6/18 | 0000098160 | 8/29/18 | $3,827.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174431 | $31,831.65 | 10/10/18 | 0000092518 | 9/25/18 | $27,858.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174431 | $31,831.65 | 10/10/18 | 0000092518 | 9/25/18 | $2,810.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174431 | $31,831.65 | 10/10/18 | 0000092518 | 9/25/18 | $1,162.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126017 | $3,827.55 | 10/11/18 | 0000098231 | 9/11/18 | $3,827.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126926 | $3,827.55 | 10/11/18 | 0000098434 | 9/24/18 | $3,827.55 |

Totals:    5 transfer(s),  $79,118.85