**Defendant:** **Mzirp Inc.**
**Bankruptcy Case:** **Sears Holding Corporation, et al.**
**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171707 | $40,100.00 | 8/9/18 | 0000072618 | 7/26/18 | $40,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173088 | $40,100.00 | 9/6/18 | 0000082618 | 8/26/18 | $40,100.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174433 | $40,100.00 | 10/9/18 | 0000092518 | 9/25/18 | $40,100.00 |

**Totals:** 3 transfer(s),  $120,300.00