| Defendant: | Netrelevance LLC |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979939 | $2,054.41 | 7/17/18 | 11615 | 5/3/18 | $1,084.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979939 | $2,054.41 | 7/17/18 | 11614 | 5/3/18 | $649.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979939 | $2,054.41 | 7/17/18 | 11616 | 5/3/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11655 | 6/4/18 | $23,919.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11654 | 6/4/18 | $5,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11653 | 6/4/18 | $4,790.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11652 | 6/4/18 | $1,893.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11662 | 6/5/18 | $433.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980648 | $36,337.04 | 7/18/18 | 11667 | 6/5/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981492 | $4,458.10 | 7/19/18 | 11671 | 6/6/18 | $3,075.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981492 | $4,458.10 | 7/19/18 | 11671 | 6/6/18 | $1,382.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982131 | $2,726.69 | 7/20/18 | 11673 | 6/7/18 | $1,389.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982131 | $2,726.69 | 7/20/18 | 11673 | 6/7/18 | $900.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982131 | $2,726.69 | 7/20/18 | 11673 | 6/7/18 | $436.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982788 | $4,911.41 | 7/23/18 | 11692 | 6/8/18 | $4,343.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982788 | $4,911.41 | 7/23/18 | 11691 | 6/8/18 | $567.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983956 | $90,072.35 | 7/25/18 | 11694 | 6/11/18 | $15,744.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983956 | $90,072.35 | 7/25/18 | 11695 | 6/12/18 | $70,475.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983956 | $90,072.35 | 7/25/18 | 11695 | 6/12/18 | $3,409.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983956 | $90,072.35 | 7/25/18 | 11695 | 6/12/18 | $442.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984882 | $502.83 | 7/26/18 | 11699 | 6/13/18 | $502.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986706 | $300.00 | 7/31/18 | 11634 | 5/17/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11721 | 6/19/18 | $7,308.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11720 | 6/19/18 | $1,635.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11720 | 6/19/18 | $1,620.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11719 | 6/19/18 | $1,360.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11719 | 6/19/18 | $1,222.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11718 | 6/19/18 | $899.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11718 | 6/19/18 | $497.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11718 | 6/19/18 | $446.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987396 | $15,412.89 | 8/1/18 | 11719 | 6/19/18 | $422.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11696A | 6/26/18 | $66,261.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11735 | 6/26/18 | $21,818.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11733 | 6/26/18 | $10,649.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11731 | 6/26/18 | $6,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11696A | 6/26/18 | $3,519.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11728 | 6/26/18 | $2,168.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11696A | 6/26/18 | $1,921.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11728 | 6/26/18 | $615.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990893 | $113,348.53 | 8/10/18 | 11733 | 6/26/18 | $393.73 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780996681 | $2,141.87 | 8/21/18 | 11664 | 6/5/18 | $752.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996681 | $2,141.87 | 8/21/18 | 11666 | 6/5/18 | $595.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996681 | $2,141.87 | 8/21/18 | 11663A | 6/5/18 | $514.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996681 | $2,141.87 | 8/21/18 | 11665A | 6/5/18 | $280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997373 | $300.00 | 8/22/18 | 11672 | 6/6/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000017 | $4,590.11 | 8/30/18 | 11774 | 7/9/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000017 | $4,590.11 | 8/30/18 | 11782 | 7/10/18 | $590.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003512 | $2,596.87 | 9/6/18 | 11796A | 7/19/18 | $1,224.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003512 | $2,596.87 | 9/6/18 | 11796A | 7/19/18 | $949.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003512 | $2,596.87 | 9/6/18 | 11796A | 7/19/18 | $422.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006938 | $4,195.68 | 9/13/18 | 11729 | 6/26/18 | $3,494.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006938 | $4,195.68 | 9/13/18 | 11732 | 6/26/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006938 | $4,195.68 | 9/13/18 | 11807 | 7/26/18 | $400.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007705 | $8,064.80 | 9/14/18 | 11741 | 7/2/18 | $8,064.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11760 | 7/3/18 | $1,665.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11752 | 7/3/18 | $550.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11749 | 7/3/18 | $498.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11746 | 7/3/18 | $477.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11756 | 7/3/18 | $410.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11748 | 7/3/18 | $348.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11751 | 7/3/18 | $320.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11754 | 7/3/18 | $248.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11759 | 7/3/18 | $221.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11757 | 7/3/18 | $190.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11755 | 7/3/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11761 | 7/3/18 | $108.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11758 | 7/3/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11753 | 7/3/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11747 | 7/3/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011207 | $5,537.90 | 9/20/18 | 11750 | 7/3/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011801 | $1,797.29 | 9/21/18 | 11737 | 6/28/18 | $875.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011801 | $1,797.29 | 9/21/18 | 11737 | 6/28/18 | $485.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011801 | $1,797.29 | 9/21/18 | 11737 | 6/28/18 | $436.29 |

Totals:     18 transfer(s),  $299,348.77