Defendant: **Northland Mechanical Contractors Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780983269 | $5,133.69 | 7/24/18 | 74637 | 5/10/18 | $657.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983269 | $5,133.69 | 7/24/18 | 74665 | 5/11/18 | $2,313.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983269 | $5,133.69 | 7/24/18 | 75258 | 6/23/18 | $1,603.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983269 | $5,133.69 | 7/24/18 | 75534 | 7/10/18 | $559.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986726 | $1,251.71 | 7/31/18 | 74712 | 5/22/18 | $1,251.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990180 | $406.50 | 8/9/18 | 74743 | 5/23/18 | $406.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74026 | 3/20/18 | $7,335.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74354 | 4/19/18 | $7,335.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74839 | 5/30/18 | $13,638.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74860 | 5/31/18 | $1,582.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74923 | 6/5/18 | $1,981.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993838 | $33,409.57 | 8/16/18 | 74924 | 6/5/18 | $1,535.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997882 | $2,558.85 | 8/23/18 | 74997 | 6/10/18 | $548.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997882 | $2,558.85 | 8/23/18 | 75001 | 6/11/18 | $1,221.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997882 | $2,558.85 | 8/23/18 | 75017 | 6/11/18 | $324.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997882 | $2,558.85 | 8/23/18 | 75051 | 6/12/18 | $465.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001303 | $326.50 | 9/3/18 | 75101 | 6/14/18 | $326.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75218 | 6/20/18 | $1,456.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75224 | 6/20/18 | $1,046.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75256 | 6/23/18 | $1,898.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75260 | 6/23/18 | $1,014.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75257 | 6/23/18 | $931.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75285 | 6/25/18 | $2,361.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75284 | 6/25/18 | $949.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004747 | $10,469.47 | 9/10/18 | 75286 | 6/25/18 | $809.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008261 | $1,968.22 | 9/17/18 | 75303 | 6/27/18 | $1,036.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008261 | $1,968.22 | 9/17/18 | 75333 | 6/27/18 | $560.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008261 | $1,968.22 | 9/17/18 | 75347 | 6/27/18 | $371.50 |

Totals:    8 transfer(s),  $55,524.51