| | |
|---|---|
| Defendant: | **Northstar Recovery Services Inc.** |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071266A | 5/15/18 | $16,957.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1080100A | 5/15/18 | $2,911.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071286A | 5/16/18 | $5,466.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071006C | 5/17/18 | $485,347.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071283A | 5/17/18 | $6,156.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071121A | 5/17/18 | $1,830.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986727 | $699,223.45 | 7/23/18 | 1071006D | 5/18/18 | $180,553.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1070680A | 5/21/18 | $11,140.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080058A | 5/21/18 | $3,758.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080043A | 5/22/18 | $2,158.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000CCN1 | 5/23/18 | $5,084.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000CCN1 | 5/23/18 | $1,323.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000CCN1 | 5/23/18 | $675.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000CCN1 | 5/23/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000MDO1 | 5/24/18 | $1,612.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000MDO1 | 5/24/18 | $854.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000MDO1 | 5/24/18 | $786.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000PRS1 | 5/24/18 | $786.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000COM1 | 5/24/18 | $624.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990181 | $30,043.14 | 7/30/18 | 1080000MDO1 | 5/24/18 | $587.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001304 | $200,457.20 | 8/20/18 | 1080161A | 4/4/18 | $3,694.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001304 | $200,457.20 | 8/20/18 | 1080023A | 6/12/18 | $35,835.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001304 | $200,457.20 | 8/20/18 | 710851500D | 6/13/18 | $13,444.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001304 | $200,457.20 | 8/20/18 | 1071006E | 6/15/18 | $151,177.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001304 | $200,457.20 | 8/20/18 | 180161ADM | 7/24/18 | -$3,694.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 708781500E | 6/19/18 | $99,601.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 708781504B | 6/19/18 | $82,828.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 708781500D | 6/19/18 | $67,791.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710241502D | 6/20/18 | $3,555.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 1071028B | 6/20/18 | $2,383.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 1070950A | 6/20/18 | $2,179.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 1071028A | 6/20/18 | $2,061.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561500B | 6/21/18 | $24,285.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561500C | 6/21/18 | $20,246.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710241500C | 6/21/18 | $11,995.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 1071101A | 6/21/18 | $10,229.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561502B | 6/21/18 | $7,329.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561502C | 6/21/18 | $5,320.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561501C | 6/21/18 | $4,666.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 1071072C | 6/21/18 | $426.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004748 | $344,959.51 | 8/27/18 | 710561501B | 6/21/18 | $60.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10709571503B | 6/25/18 | $4,137.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10709571500B | 6/25/18 | $1,212.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 1070912B | 6/25/18 | $1,161.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710091502C | 6/27/18 | $1,007.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10709471500B | 6/28/18 | $10,539.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 709671500B | 6/28/18 | $601.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10709471502B | 6/28/18 | $526.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710081502B | 6/29/18 | $28,124.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10710111502D | 6/29/18 | $1,467.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710271502B | 6/30/18 | $20,194.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 1071051H | 6/30/18 | $13,849.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 1071051G | 6/30/18 | $4,624.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710851500E | 6/30/18 | $1,727.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710851502D | 6/30/18 | $1,657.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10231502C | 6/30/18 | $1,581.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10291502C | 6/30/18 | $360.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10710041502C | 6/30/18 | $109.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710891502C | 6/30/18 | $78.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710911502C | 6/30/18 | $72.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710601502B | 6/30/18 | $54.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10701500C | 7/1/18 | $11,611.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 710211502E | 7/1/18 | $6,747.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008262 | $112,331.17 | 9/4/18 | 10701502C | 7/1/18 | $885.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710031501A | 6/22/18 | $57,872.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710211501D | 6/26/18 | $69,660.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710211502D | 6/29/18 | $135,326.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1071051F | 6/30/18 | $1,510,105.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710511505B | 6/30/18 | $922,331.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710211500D | 6/30/18 | $762,599.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710271500B | 6/30/18 | $86,192.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 10710511 | 6/30/18 | $4,893.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710051500B | 7/2/18 | $3,237.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080333A | 7/2/18 | $3,198.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710051502B | 7/2/18 | $2,622.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1071072D | 7/2/18 | $2,420.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710021502D | 7/2/18 | $2,292.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 710881502C | 7/2/18 | $1,640.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 10710651502D | 7/2/18 | $556.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080359A | 7/3/18 | $3,775.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080365A | 7/5/18 | $25,226.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080382A | 7/5/18 | $7,966.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080346A | 7/6/18 | $11,041.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080203A | 7/6/18 | $2,787.37 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080331A | 7/6/18 | $2,716.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012305 | $3,619,605.66 | 9/10/18 | 1080163A | 7/6/18 | $1,139.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080327A | 7/9/18 | $24,106.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080393A | 7/10/18 | $39,470.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 804401500A | 7/11/18 | $35,579.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 804401501A | 7/11/18 | $11,991.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080047A | 7/11/18 | $7,232.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 804401502A | 7/11/18 | $3,827.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1071236A | 7/12/18 | $31,754.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080304A | 7/12/18 | $23,747.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 803691500A | 7/13/18 | $74,740.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080362A | 7/13/18 | $8,739.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 803691502A | 7/13/18 | $8,080.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080037A | 7/13/18 | $6,431.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080371A | 7/13/18 | $5,871.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080381A | 7/13/18 | $2,104.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080389A | 7/13/18 | $1,190.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015728 | $289,538.29 | 9/17/18 | 1080415A | 7/14/18 | $4,668.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1071006F | 7/16/18 | $90,033.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080385A | 7/17/18 | $10,840.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080396A | 7/17/18 | $10,673.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080453A | 7/17/18 | $1,329.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080366A | 7/18/18 | $4,938.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080481A | 7/18/18 | $3,322.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1071267A | 7/20/18 | $42,307.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019196 | $180,564.24 | 9/24/18 | 1080325A | 7/20/18 | $17,117.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1079024D1 | 7/11/18 | $366,668.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1079024E1 | 7/11/18 | $33,784.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1079024F1 | 7/16/18 | $39,756.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080478A | 7/23/18 | $12,308.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080419A | 7/23/18 | $8,982.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080078A | 7/23/18 | $3,243.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080465A | 7/23/18 | $2,584.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080432A | 7/24/18 | $3,799.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 710271501C | 7/24/18 | $915.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080412A | 7/25/18 | $4,082.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080503A | 7/26/18 | $8,740.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080410A | 7/26/18 | $3,375.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080444A | 7/27/18 | $14,433.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080524A | 7/27/18 | $7,285.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022719 | $512,298.90 | 10/1/18 | 1080494A | 7/27/18 | $2,338.10 |

Totals:    9 transfer(s),   $5,989,021.56