Defendant: **NSA Media Group Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980660 | $256,408.00 | 7/18/18 | 1255 | 5/4/18 | $228,203.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980660 | $256,408.00 | 7/18/18 | 1256 | 5/4/18 | $28,204.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990906 | $1,300.14 | 8/10/18 | 518REC1A | 5/24/18 | $1,300.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991766 | $2,316.07 | 8/13/18 | 1220 | 3/26/18 | $2,316.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002916 | $2,316.07 | 9/5/18 | 1220 | 3/26/18 | $2,316.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004223 | $256,408.00 | 9/7/18 | 1266 | 6/1/18 | $228,203.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004223 | $256,408.00 | 9/7/18 | 1265 | 6/1/18 | $28,204.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006282 | $1,845.35 | 9/12/18 | 1281 | 6/25/18 | $1,166.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006282 | $1,845.35 | 9/12/18 | 618REC1A | 6/25/18 | $679.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010378 | $256,408.00 | 9/19/18 | 1288 | 7/2/18 | $228,203.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010378 | $256,408.00 | 9/19/18 | 1287 | 7/2/18 | $28,204.92 |

Totals: 7 transfer(s), $777,001.63