Defendant: **NTA Enterprise Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | 8361D006192997 | 1/30/18 | -$97.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | MA18034699924 | 2/3/18 | $3.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | 8361D006237816 | 3/2/18 | -$108.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | MA18097712021 | 4/7/18 | $8.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | 8361D006288306 | 5/2/18 | -$215.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | MA18125712021 | 5/5/18 | $7.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | 8361D006334254 | 6/27/18 | -$164.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | MA18188712021 | 7/7/18 | $6.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | INV064758 | 7/31/18 | $6,946.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000761 | $3,286.21 | 8/31/18 | MA18216712021 | 8/4/18 | -$3,100.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001312 | $52,863.41 | 9/3/18 | INV064759 | 7/31/18 | $27,413.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001312 | $52,863.41 | 9/3/18 | INV064762 | 7/31/18 | $5,053.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001312 | $52,863.41 | 9/3/18 | INV064854 | 8/6/18 | $20,395.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002019 | $12,371.47 | 9/4/18 | INV064761 | 7/31/18 | $12,371.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003517 | $2,796.99 | 9/6/18 | CD3103041ED | 8/21/18 | $2,796.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005432 | $14,984.73 | 9/11/18 | INV064760 | 7/31/18 | $15,828.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005432 | $14,984.73 | 9/11/18 | INV064760 | 7/31/18 | $15,195.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005432 | $14,984.73 | 9/11/18 | INV064760 | 7/31/18 | -$15,828.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005432 | $14,984.73 | 9/11/18 | INV064762 | 8/2/18 | $5,053.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005432 | $14,984.73 | 9/11/18 | INV064762 | 8/2/18 | -$5,264.45 |

Totals:    5 transfer(s),  $86,302.81