**Defendant:** **Oracle Elevator Company**

**Bankruptcy Case** **Sears Holding Corporation, et al.**

**Preference Period:** **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993868 | $1,413.47 | 8/16/18 | 1200348 | 5/31/18 | $1,413.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994967 | $28,289.34 | 8/17/18 | 1198507 | 6/1/18 | $28,289.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004229 | $28,841.75 | 9/7/18 | 1201032 | 6/20/18 | $28,841.75 |

**Totals:** **3 transfer(s), $58,544.56**