Defendant: **Outdoor Edge Cutlery Corporation**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 8361AD062418BQ0 | 6/22/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015447 | 7/3/18 | $3,505.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015458 | 7/3/18 | $3,098.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015453 | 7/3/18 | $2,827.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015450 | 7/3/18 | $2,561.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015446 | 7/3/18 | $2,515.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015459 | 7/3/18 | $2,325.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015454 | 7/3/18 | $2,259.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015448 | 7/3/18 | $2,150.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015449 | 7/3/18 | $2,125.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015455 | 7/3/18 | $1,736.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015456 | 7/3/18 | $1,617.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015451 | 7/3/18 | $1,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015457 | 7/3/18 | $1,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015460 | 7/3/18 | $1,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 3015452 | 7/3/18 | $1,536.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 8361AD071518BM8 | 7/13/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 8361AD072218BR2 | 7/20/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 8361AD072918BS0 | 7/27/18 | -$13.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012337 | $32,823.24 | 9/24/18 | 8361AD090218BT4 | 8/31/18 | -$8.80 |

Totals: 1 transfer(s), $32,823.24