| | |
|---|---|
| Defendant: | **P L Developments Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 547586 | 6/5/18 | $4,467.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 547563 | 6/5/18 | $3,153.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 547813 | 6/5/18 | $2,604.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 547558 | 6/5/18 | $1,210.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 548069 | 6/6/18 | $4,534.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 547958 | 6/6/18 | $1,671.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 548202 | 6/7/18 | $1,465.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | 548375 | 6/8/18 | $1,486.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980002 | $20,477.09 | 7/17/18 | VPOT991483199 | 7/1/18 | -$116.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548711 | 6/12/18 | $4,670.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548761 | 6/12/18 | $1,095.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548995 | 6/13/18 | $2,205.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548977 | 6/13/18 | $1,722.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548930 | 6/13/18 | $1,579.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 549033 | 6/13/18 | $1,566.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 548925 | 6/13/18 | $1,383.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 549098 | 6/14/18 | $1,478.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | 549190 | 6/14/18 | $976.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | MA18188707679 | 7/7/18 | -$758.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983308 | $15,771.12 | 7/24/18 | VPASN993116721 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550160 | 6/21/18 | $3,548.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550146 | 6/21/18 | $2,315.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550626 | 6/23/18 | $5,561.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550570 | 6/23/18 | $2,308.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550506 | 6/23/18 | $2,201.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550634 | 6/23/18 | $2,021.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550532 | 6/23/18 | $1,698.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550595 | 6/23/18 | $1,698.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986764 | $23,628.38 | 7/31/18 | 550703 | 6/24/18 | $2,275.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 550730 | 6/26/18 | $1,587.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551202 | 6/28/18 | $1,738.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551209 | 6/28/18 | $1,609.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551439 | 6/29/18 | $2,399.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551414 | 6/29/18 | $1,592.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551406 | 6/29/18 | $1,520.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | 551412 | 6/29/18 | $1,483.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484392 | 7/22/18 | -$70.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484393 | 7/22/18 | -$77.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484676 | 7/22/18 | -$107.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484044 | 7/22/18 | -$116.96 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPASN993117399 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPASN993117030 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484391 | 7/22/18 | -$191.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990220 | $10,738.88 | 8/9/18 | VPOT991484045 | 7/22/18 | -$328.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993881 | $4,614.75 | 8/16/18 | 552261 | 7/5/18 | $2,735.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993881 | $4,614.75 | 8/16/18 | 552687 | 7/7/18 | $1,949.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993881 | $4,614.75 | 8/16/18 | VPOT991484847 | 7/29/18 | -$69.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | 553577 | 7/14/18 | $1,843.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | 553572 | 7/14/18 | $1,568.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | MA18216707679 | 8/4/18 | -$127.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | VPOT991485306 | 8/5/18 | -$54.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | VPOT991485308 | 8/5/18 | -$62.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997914 | $3,098.09 | 8/23/18 | VPOT991485307 | 8/5/18 | -$68.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | 549391 | 6/15/18 | $1,468.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | 554227 | 7/19/18 | $1,576.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | 554384 | 7/20/18 | $1,634.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | VPOT991485929 | 8/12/18 | -$45.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | VPOT991486119 | 8/12/18 | -$76.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | VPOT991485928 | 8/12/18 | -$132.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | VPOT991485930 | 8/12/18 | -$193.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001346 | $3,924.35 | 9/3/18 | VPOT991485927 | 8/12/18 | -$306.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | 554833 | 7/24/18 | $944.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | 555192 | 7/26/18 | $1,052.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | 555559 | 7/28/18 | $1,504.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | 555569 | 7/28/18 | $1,094.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | 555615 | 7/28/18 | $1,063.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486393 | 8/19/18 | -$71.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486391 | 8/19/18 | -$86.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486390 | 8/19/18 | -$162.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486392 | 8/19/18 | -$230.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486395 | 8/19/18 | -$233.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486394 | 8/19/18 | -$244.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004785 | $4,287.10 | 9/10/18 | VPOT991486713 | 8/19/18 | -$343.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008309 | $3,768.58 | 9/17/18 | 549959 | 6/20/18 | $1,491.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008309 | $3,768.58 | 9/17/18 | 555946 | 7/31/18 | $1,078.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008309 | $3,768.58 | 9/17/18 | 556875 | 8/4/18 | $1,342.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008309 | $3,768.58 | 9/17/18 | VPOT991486943 | 8/26/18 | -$143.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 556966 | 8/7/18 | $1,164.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 556972 | 8/7/18 | $1,163.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 557075 | 8/7/18 | $827.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 557044 | 8/7/18 | $723.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 557338 | 8/9/18 | $1,195.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | 21077 | 8/28/18 | -$2.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | MA18244707679 | 9/1/18 | -$108.87 |

P L Developments Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | VPOT991487707 | 9/2/18 | -$80.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | VPOT991487706 | 9/2/18 | -$88.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | VPOT991487704 | 9/2/18 | -$113.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012340 | $4,438.34 | 9/24/18 | VPOT991487705 | 9/2/18 | -$240.73 |

**Totals:**    10 transfer(s),  $94,746.68