| Defendant: | **Project 28 Clothing LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780981526 | $65,766.70 | 7/19/18 | 10919 | 6/19/18 | $65,812.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981526 | $65,766.70 | 7/19/18 | 8361AD070118BG0 | 6/29/18 | -$5.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981526 | $65,766.70 | 7/19/18 | 8361AD070118BF9 | 6/29/18 | -$18.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981526 | $65,766.70 | 7/19/18 | 8710K88474471 | 7/3/18 | -$5.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981526 | $65,766.70 | 7/19/18 | 8361AD070818BA0 | 7/6/18 | -$15.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10908 | 6/12/18 | $33,516.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10907 | 6/12/18 | $27,971.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10905 | 6/12/18 | $27,555.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10901 | 6/12/18 | $16,945.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10902 | 6/12/18 | $8,408.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10904 | 6/12/18 | $8,408.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10903 | 6/12/18 | $5,111.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 10906 | 6/12/18 | $85.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982160 | $127,925.79 | 7/20/18 | 8710K88475229 | 7/10/18 | -$75.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982822 | $56,138.55 | 7/23/18 | 10906 | 6/12/18 | $28,915.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982822 | $56,138.55 | 7/23/18 | 10909 | 6/14/18 | $27,223.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986227 | $28,610.08 | 7/30/18 | 10941 | 7/3/18 | $17,638.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986227 | $28,610.08 | 7/30/18 | 10945 | 7/5/18 | $10,992.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986227 | $28,610.08 | 7/30/18 | 8710K88477722 | 7/17/18 | -$20.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988954 | $135.65 | 8/7/18 | 10941 | 7/3/18 | $145.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988954 | $135.65 | 8/7/18 | 8710K88486619 | 7/24/18 | -$9.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989665 | $22,081.32 | 8/8/18 | 10940 | 7/2/18 | $22,081.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990341 | $13,547.71 | 8/9/18 | 10942 | 7/3/18 | $13,547.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM9921461IN464 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM1929930IN465 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM1930065IN048 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM3119135IN039 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM2950518IN036 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | ITM1930065IN466 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | 10972 | 7/17/18 | $20,641.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | 8361AD072918A94 | 7/27/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992491 | $19,382.44 | 8/14/18 | 8710K88488517 | 7/31/18 | -$33.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996096 | $8,317.01 | 8/20/18 | 10973 | 7/17/18 | $8,340.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996096 | $8,317.01 | 8/20/18 | 8361AD080518BC6 | 8/3/18 | -$8.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996096 | $8,317.01 | 8/20/18 | 8361AD080518BC5 | 8/3/18 | -$15.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8710K88493086 | 8/7/18 | -$7.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8361AD081218A52 | 8/10/18 | -$20.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8710K88495990 | 8/14/18 | -$38.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 11048 | 8/15/18 | $12,912.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8710K88502303 | 8/21/18 | -$226.88 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8361AD082618BE9 | 8/24/18 | -$21.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | VPASN993119757 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | VPASN993119758 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | VPASN993119756 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | VPASN993119759 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009130 | $11,963.66 | 9/18/18 | 8710K88511894 | 8/28/18 | -$34.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012450 | $80,596.81 | 9/24/18 | 11055 | 8/17/18 | $33,525.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012450 | $80,596.81 | 9/24/18 | 11054 | 8/17/18 | $25,719.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012450 | $80,596.81 | 9/24/18 | 11056 | 8/17/18 | $21,453.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012450 | $80,596.81 | 9/24/18 | 8361AD090218BA8 | 8/31/18 | -$20.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012450 | $80,596.81 | 9/24/18 | 8361AD090218BA9 | 8/31/18 | -$81.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013893 | $41,873.27 | 9/26/18 | 11041 | 8/14/18 | $8,675.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013893 | $41,873.27 | 9/26/18 | 11044 | 8/15/18 | $2,061.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013893 | $41,873.27 | 9/26/18 | 11059 | 8/22/18 | $31,141.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013893 | $41,873.27 | 9/26/18 | 8361AD090918A72 | 9/7/18 | -$5.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014545 | $110,192.42 | 9/27/18 | 11040 | 8/14/18 | $37,488.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014545 | $110,192.42 | 9/27/18 | 11042 | 8/14/18 | $18,141.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014545 | $110,192.42 | 9/27/18 | 11041 | 8/14/18 | $12,996.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014545 | $110,192.42 | 9/27/18 | 11047 | 8/15/18 | $41,632.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014545 | $110,192.42 | 9/27/18 | 8710K88517026 | 9/11/18 | -$65.73 |

**Totals:** 13 transfer(s), $586,531.41