| Defendant: | **PTG Logistics LLC** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62813 | 6/23/18 | $17,711.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $7,738.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62815 | 6/23/18 | $6,587.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62814 | 6/23/18 | $4,807.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62813 | 6/23/18 | $4,404.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62817 | 6/23/18 | $3,805.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62813 | 6/23/18 | $2,629.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62816 | 6/23/18 | $1,842.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62813 | 6/23/18 | $1,713.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62818 | 6/23/18 | $1,575.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62812 | 6/23/18 | $1,512.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62815 | 6/23/18 | $1,492.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | 62318801514 | 6/23/18 | $1,488.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $1,387.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $1,217.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62812 | 6/23/18 | $1,125.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62817 | 6/23/18 | $1,028.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | 62318801514 | 6/23/18 | $638.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62817 | 6/23/18 | $318.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $309.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62815 | 6/23/18 | $235.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62817 | 6/23/18 | $174.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62813 | 6/23/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62817 | 6/23/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | 62318801514 | 6/23/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | 62318801514 | 6/23/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980691 | $64,178.17 | 7/18/18 | A62811 | 6/23/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $18,246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62907 | 6/30/18 | $7,943.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62912 | 6/30/18 | $5,882.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62910 | 6/30/18 | $4,224.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $3,307.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $3,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62911 | 6/30/18 | $2,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $2,481.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $2,055.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62913 | 6/30/18 | $1,933.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62915 | 6/30/18 | $1,743.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $1,622.51 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62912 | 6/30/18 | $1,497.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62908 | 6/30/18 | $1,339.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62907 | 6/30/18 | $1,276.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62911 | 6/30/18 | $1,200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $1,008.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62908 | 6/30/18 | $996.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $955.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $921.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62907 | 6/30/18 | $693.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62907 | 6/30/18 | $650.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $354.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62912 | 6/30/18 | $264.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $99.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62907 | 6/30/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $88.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62914 | 6/30/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 63018801514 | 6/30/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | A62909 | 6/30/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 201807100 | 7/1/18 | $17,112.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 201807099 | 7/1/18 | $14,609.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 201807101 | 7/1/18 | $11,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984005 | $119,374.59 | 7/25/18 | 201807098 | 7/1/18 | $8,653.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986231 | $1,243.67 | 7/30/18 | A62335S | 5/26/18 | $398.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986231 | $1,243.67 | 7/30/18 | 72018063 | 7/1/18 | $406.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986231 | $1,243.67 | 7/30/18 | 72018065 | 7/1/18 | $298.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986231 | $1,243.67 | 7/30/18 | 72018064 | 7/1/18 | $100.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986231 | $1,243.67 | 7/30/18 | 72018066 | 7/1/18 | $39.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $18,766.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63002 | 7/7/18 | $7,264.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62997 | 7/7/18 | $7,250.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63001 | 7/7/18 | $4,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $3,506.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63000 | 7/7/18 | $2,748.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63003 | 7/7/18 | $2,114.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63001 | 7/7/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $1,925.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63005 | 7/7/18 | $1,876.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $1,843.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62998 | 7/7/18 | $1,755.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $1,543.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63002 | 7/7/18 | $1,464.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62998 | 7/7/18 | $1,306.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62997 | 7/7/18 | $1,105.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $972.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $955.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $668.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $550.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62997 | 7/7/18 | $526.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62997 | 7/7/18 | $346.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63002 | 7/7/18 | $205.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $198.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62997 | 7/7/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A62999 | 7/7/18 | $88.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | 70718801514 | 7/7/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987438 | $66,282.32 | 8/1/18 | A63004 | 7/7/18 | $24.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990348 | $4,444.37 | 8/9/18 | A62810 | 6/23/18 | $2,986.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990348 | $4,444.37 | 8/9/18 | A62880 | 6/23/18 | $872.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990348 | $4,444.37 | 8/9/18 | A62810 | 6/23/18 | $351.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990348 | $4,444.37 | 8/9/18 | A62810 | 6/23/18 | $234.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63106 | 7/14/18 | $20,093.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63109 | 7/14/18 | $8,705.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $7,788.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63108 | 7/14/18 | $5,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $4,566.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $4,536.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63107 | 7/14/18 | $4,462.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63111 | 7/14/18 | $3,655.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63106 | 7/14/18 | $2,504.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63110 | 7/14/18 | $2,470.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63108 | 7/14/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63112 | 7/14/18 | $1,967.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63106 | 7/14/18 | $1,654.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63109 | 7/14/18 | $1,642.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63105 | 7/14/18 | $1,354.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $1,290.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63106 | 7/14/18 | $1,101.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63105 | 7/14/18 | $1,007.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63111 | 7/14/18 | $996.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $809.79 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $779.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63111 | 7/14/18 | $636.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $588.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63111 | 7/14/18 | $273.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63109 | 7/14/18 | $264.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $212.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $212.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63104 | 7/14/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63111 | 7/14/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63006 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | 71418801514 | 7/14/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63106 | 7/14/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990943 | $82,695.57 | 8/10/18 | A63109 | 7/14/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63265 | 7/21/18 | $20,928.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63267 | 7/21/18 | $11,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $7,132.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63268 | 7/21/18 | $6,676.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63266 | 7/21/18 | $6,021.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $4,899.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63267 | 7/21/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63265 | 7/21/18 | $3,853.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63265 | 7/21/18 | $2,469.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63272 | 7/21/18 | $2,339.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63271 | 7/21/18 | $2,268.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63265 | 7/21/18 | $1,923.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63269 | 7/21/18 | $1,738.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63264 | 7/21/18 | $1,612.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63268 | 7/21/18 | $1,443.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $1,331.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $1,271.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63264 | 7/21/18 | $1,199.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $1,040.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63272 | 7/21/18 | $779.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $636.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $464.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $348.18 |

PTG Logistics LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | 72118801514 | 7/21/18 | $283.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63268 | 7/21/18 | $235.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63272 | 7/21/18 | $212.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $198.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63272 | 7/21/18 | $141.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63265 | 7/21/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63270 | 7/21/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63272 | 7/21/18 | $70.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $61.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63263 | 7/21/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | 72118801514 | 7/21/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995040 | $88,205.96 | 8/17/18 | A63268 | 7/21/18 | $29.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996718 | $2,384.40 | 8/21/18 | 772018017 | 7/15/18 | $2,384.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $19,255.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63411 | 7/28/18 | $11,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63407 | 7/28/18 | $7,432.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63412 | 7/28/18 | $6,440.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63410 | 7/28/18 | $5,878.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $4,954.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63411 | 7/28/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63424 | 7/28/18 | $3,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $2,533.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63414 | 7/28/18 | $2,511.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63413 | 7/28/18 | $2,100.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63424 | 7/28/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63414 | 7/28/18 | $1,910.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63408 | 7/28/18 | $1,621.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $1,569.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63415 | 7/28/18 | $1,435.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63407 | 7/28/18 | $1,387.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63407 | 7/28/18 | $1,354.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63412 | 7/28/18 | $1,300.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63408 | 7/28/18 | $1,206.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63414 | 7/28/18 | $1,015.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63407 | 7/28/18 | $464.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63414 | 7/28/18 | $323.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63412 | 7/28/18 | $294.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63407 | 7/28/18 | $61.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63414 | 7/28/18 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998569 | $87,206.47 | 8/28/18 | A63409 | 7/28/18 | $44.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 201808102 | 8/1/18 | $22,105.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 201808100 | 8/1/18 | $17,112.58 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 201808099 | 8/1/18 | $14,609.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 201808101 | 8/1/18 | $11,418.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 201808098 | 8/1/18 | $8,653.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 82018064 | 8/1/18 | $433.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 82018063 | 8/1/18 | $376.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 82018066 | 8/1/18 | $277.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 82018065 | 8/1/18 | $105.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000054 | $75,123.87 | 8/30/18 | 82018067 | 8/1/18 | $32.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $18,854.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63569 | 8/4/18 | $9,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63570 | 8/4/18 | $5,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63571 | 8/4/18 | $5,617.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63569 | 8/4/18 | $4,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63568 | 8/4/18 | $3,873.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $3,853.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $3,631.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $2,667.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63570 | 8/4/18 | $2,400.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63572 | 8/4/18 | $1,891.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $1,824.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63574 | 8/4/18 | $1,617.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63571 | 8/4/18 | $1,243.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $1,050.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $636.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63571 | 8/4/18 | $294.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $176.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63567 | 8/4/18 | $70.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002056 | $69,875.26 | 9/4/18 | A63573 | 8/4/18 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $7,928.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $1,231.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63566 | 8/4/18 | $605.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63566 | 8/4/18 | $450.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $346.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $278.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $130.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002938 | $11,063.75 | 9/5/18 | A63565 | 8/4/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63721 | 8/11/18 | $17,229.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $6,848.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63724 | 8/11/18 | $5,323.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63729 | 8/11/18 | $4,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63726 | 8/11/18 | $3,929.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63721 | 8/11/18 | $3,853.50 |

PTG Logistics LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020 — Exhibit A — P. 6

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63722 | 8/11/18 | $3,802.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63730 | 8/11/18 | $3,800.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63721 | 8/11/18 | $2,433.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63727 | 8/11/18 | $2,177.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $2,081.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63729 | 8/11/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63721 | 8/11/18 | $1,755.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63730 | 8/11/18 | $1,600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63725 | 8/11/18 | $1,591.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $1,549.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63720 | 8/11/18 | $1,502.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63724 | 8/11/18 | $1,271.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63726 | 8/11/18 | $1,155.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63720 | 8/11/18 | $1,118.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $650.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $526.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63726 | 8/11/18 | $472.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63726 | 8/11/18 | $318.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63724 | 8/11/18 | $264.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63726 | 8/11/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63719 | 8/11/18 | $30.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005463 | $72,138.62 | 9/11/18 | A63721 | 8/11/18 | $30.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006979 | $3,300.00 | 9/13/18 | A63728 | 8/11/18 | $2,431.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006979 | $3,300.00 | 9/13/18 | A63728 | 8/11/18 | $868.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63831 | 8/18/18 | $16,612.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $6,946.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63834 | 8/18/18 | $5,087.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63832 | 8/18/18 | $4,331.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63831 | 8/18/18 | $3,303.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $3,282.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63831 | 8/18/18 | $2,634.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63838 | 8/18/18 | $2,538.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $1,734.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63837 | 8/18/18 | $1,652.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63830 | 8/18/18 | $1,626.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63831 | 8/18/18 | $1,491.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63835 | 8/18/18 | $1,472.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $1,418.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63834 | 8/18/18 | $1,398.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63830 | 8/18/18 | $1,210.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $966.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $955.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $892.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63838 | 8/18/18 | $507.74 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $260.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63838 | 8/18/18 | $253.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63834 | 8/18/18 | $205.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $149.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $74.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63831 | 8/18/18 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63829 | 8/18/18 | $30.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009134 | $61,123.17 | 9/18/18 | A63836 | 8/18/18 | $24.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011834 | $2,905.87 | 9/21/18 | 882018028 | 8/1/18 | $1,826.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011834 | $2,905.87 | 9/21/18 | 882018029 | 8/1/18 | $1,079.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63962 | 8/25/18 | $15,513.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $7,349.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63965 | 8/25/18 | $4,852.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63963 | 8/25/18 | $3,278.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $2,810.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63962 | 8/25/18 | $2,752.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63962 | 8/25/18 | $2,729.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $2,228.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $2,081.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63968 | 8/25/18 | $1,869.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63961 | 8/25/18 | $1,755.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $1,578.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63962 | 8/25/18 | $1,502.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A62816 | 8/25/18 | $1,479.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63961 | 8/25/18 | $1,306.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $1,226.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63965 | 8/25/18 | $1,182.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $520.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $298.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $247.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63965 | 8/25/18 | $205.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63960 | 8/25/18 | $92.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $49.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013040 | $56,936.78 | 9/25/18 | A63967 | 8/25/18 | $24.87 |

Totals:     17 transfer(s),   $868,482.84