Defendant: **Quantcast Corporation**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082660 | $15,000.00 | 7/18/18 | 2063331 | 4/30/18 | $15,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084934 | $10,000.00 | 8/22/18 | 2064529 | 5/31/18 | $10,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086516 | $3,054.76 | 9/25/18 | 2065244 | 6/30/18 | $3,054.76 |

Totals:    3 transfer(s),    $28,054.76