Defendant: **Refrigeration Services Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980164 | $2,688.64 | 7/17/18 | 274061 | 4/27/18 | $1,387.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980164 | $2,688.64 | 7/17/18 | 274046 | 4/27/18 | $862.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980164 | $2,688.64 | 7/17/18 | 274044 | 5/3/18 | $438.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981544 | $2,771.25 | 7/19/18 | 274051 | 5/7/18 | $2,331.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981544 | $2,771.25 | 7/19/18 | 274067 | 5/7/18 | $439.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982836 | $1,215.22 | 7/23/18 | 274121 | 5/9/18 | $621.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982836 | $1,215.22 | 7/23/18 | 274136 | 5/9/18 | $593.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983442 | $993.20 | 7/24/18 | 274138 | 5/10/18 | $993.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984017 | $607.50 | 7/25/18 | 274178 | 5/11/18 | $607.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984926 | $675.00 | 7/26/18 | 274206 | 5/14/18 | $675.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986243 | $653.80 | 7/30/18 | 274232 | 5/16/18 | $653.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986912 | $18,188.24 | 7/31/18 | 1002273355 | 2/7/18 | $4,627.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986912 | $18,188.24 | 7/31/18 | 1001121654 | 5/17/18 | $13,560.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987448 | $717.46 | 8/1/18 | 274170 | 5/18/18 | $428.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987448 | $717.46 | 8/1/18 | 274275 | 5/18/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987448 | $717.46 | 8/1/18 | 273766 | 5/18/18 | $120.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988330 | $220.69 | 8/2/18 | 121655 | 5/21/18 | $220.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988960 | $7,399.22 | 8/7/18 | 2354273459 | 5/22/18 | $7,238.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988960 | $7,399.22 | 8/7/18 | 274253 | 5/22/18 | $160.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989683 | $2,308.76 | 8/8/18 | 274288 | 5/23/18 | $1,776.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989683 | $2,308.76 | 8/8/18 | 274337 | 5/23/18 | $532.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990391 | $529.65 | 8/9/18 | 274356 | 5/24/18 | $529.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990952 | $305.83 | 8/10/18 | 121659 | 5/26/18 | $305.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994050 | $11,879.52 | 8/16/18 | 1003274289 | 5/31/18 | $11,879.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268965 | 6/1/18 | $512.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268159 | 6/1/18 | $491.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268815 | 6/1/18 | $387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268790 | 6/1/18 | $387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268388 | 6/1/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268440 | 6/1/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268337 | 6/1/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 267986 | 6/1/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268010 | 6/1/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268286 | 6/1/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268311 | 6/1/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 168211 | 6/1/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268035 | 6/1/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268715 | 6/1/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268765 | 6/1/18 | $325.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268590 | 6/1/18 | $325.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 274022 | 6/1/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268186 | 6/1/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268084 | 6/1/18 | $312.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269065 | 6/1/18 | $312.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268615 | 6/1/18 | $216.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269294 | 6/1/18 | $208.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268565 | 6/1/18 | $192.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268236 | 6/1/18 | $179.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 273921 | 6/1/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269015 | 6/1/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268059 | 6/1/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268740 | 6/1/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268865 | 6/1/18 | $170.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268915 | 6/1/18 | $170.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269140 | 6/1/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269090 | 6/1/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268640 | 6/1/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269115 | 6/1/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268665 | 6/1/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 268990 | 6/1/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018D | 6/1/18 | $93.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269243 | 6/1/18 | $70.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 271391 | 6/1/18 | $68.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269319 | 6/1/18 | $51.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269344 | 6/1/18 | $42.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269000 | 6/1/18 | $41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269472 | 6/1/18 | $38.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269497 | 6/1/18 | $31.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 269422 | 6/1/18 | $29.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018D | 6/1/18 | $25.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $22.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $22.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $21.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $19.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018C | 6/1/18 | $12.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018D | 6/1/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995060 | $10,677.48 | 8/17/18 | 6012018D | 6/1/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999417 | $187.50 | 8/29/18 | 274308 | 6/11/18 | $187.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009146 | $2,659.23 | 9/18/18 | 1351273368 | 3/7/18 | $2,659.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 271229 | 7/2/18 | $93.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 269749 | 7/2/18 | $25.00 |

Refrigeration Services Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270001 | 7/2/18 | $22.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270278 | 7/2/18 | $22.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270025 | 7/2/18 | $21.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270153 | 7/2/18 | $19.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270860 | 7/2/18 | $13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270228 | 7/2/18 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270128 | 7/2/18 | $13.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 270203 | 7/2/18 | $12.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 269648 | 7/2/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010458 | $263.78 | 9/19/18 | 269698 | 7/2/18 | $3.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $512.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $491.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $387.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $358.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $341.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $337.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $325.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $325.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $312.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $312.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $216.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $208.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $192.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $179.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $179.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $170.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $170.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $162.50 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $162.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $70.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $68.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $51.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $42.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $41.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $38.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $31.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011247 | $10,413.70 | 9/20/18 | 7032018A | 7/3/18 | $29.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 273291 | 2/21/18 | $1,976.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274453 | 6/13/18 | $601.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 121658 | 6/13/18 | $431.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 118935 | 6/13/18 | $180.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274393 | 6/14/18 | $879.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274590 | 6/14/18 | $322.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274565 | 6/14/18 | $168.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 121652 | 6/20/18 | $704.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274514 | 6/21/18 | $640.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274501 | 6/21/18 | $636.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274557 | 6/21/18 | $532.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274569 | 6/21/18 | $528.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274504 | 6/21/18 | $303.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274515 | 6/21/18 | $276.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274507 | 6/21/18 | $200.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274272 | 6/25/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274655 | 7/2/18 | $870.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011841 | $10,115.00 | 9/21/18 | 274657 | 7/2/18 | $561.75 |

Totals:    21 transfer(s),   $85,470.67