Defendant: **Regent Cabinetry And More, Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914174 | $5,274.00 | 8/10/18 | V-2635 | 6/27/18 | $5,274.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914407 | $5,058.00 | 8/24/18 | V-2636 | 8/17/18 | $5,058.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 914637 | $6,750.00 | 9/7/18 | V-2647-41800196 | 8/27/18 | $6,750.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915064 | $25,100.00 | 10/9/18 | V-2643 | 9/14/18 | $11,500.00 |
| Florida Builder Appliances, Inc. | Florida Builder Appliances, Inc. | 915064 | $25,100.00 | 10/9/18 | V-2646 | 9/19/18 | $13,600.00 |

Totals: 4 transfer(s), $42,182.00