Defendant: **Retailnext Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004942 | $155,000.01 | 9/10/18 | INV1114595 | 5/31/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004942 | $155,000.01 | 9/10/18 | INV1114594 | 5/31/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004942 | $155,000.01 | 9/10/18 | INV1114593 | 5/31/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004942 | $155,000.01 | 9/10/18 | INV1114929 | 6/15/18 | $30,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008485 | $155,000.01 | 9/17/18 | INV1115462 | 6/30/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008485 | $155,000.01 | 9/17/18 | INV1115461 | 6/30/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008485 | $155,000.01 | 9/17/18 | INV1115460 | 6/30/18 | $41,666.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008485 | $155,000.01 | 9/17/18 | INV1115980 | 6/30/18 | $30,000.00 |

Totals:    2 transfer(s),  $310,000.02