**Defendant:** RFP Atlas Sales LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | 90286244 | 5/31/18 | $3,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | 8361AD070818AL6 | 7/6/18 | -$66.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | VPASN993116823 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | VPASN993116824 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | VPASN993116825 | 7/8/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | VPOT991483916 | 7/8/18 | -$449.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | VPOT991483547 | 7/8/18 | -$786.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984929 | $1,500.47 | 7/18/18 | 8361AD071518AK5 | 7/13/18 | -$30.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988333 | $21,251.24 | 7/25/18 | 90292792 | 6/19/18 | $10,670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988333 | $21,251.24 | 7/25/18 | 90292793 | 6/19/18 | $10,670.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988333 | $21,251.24 | 7/25/18 | 8361AD072218AL1 | 7/20/18 | -$89.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | 90293698 | 6/21/18 | $6,976.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117212 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117535 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117534 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117214 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117213 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117211 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117210 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117209 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117208 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117206 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPASN993117207 | 7/22/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPOT991484333 | 7/22/18 | -$247.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPOT991484332 | 7/22/18 | -$289.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPOT991484665 | 7/22/18 | -$351.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990955 | $3,901.23 | 7/31/18 | VPOT991484664 | 7/22/18 | -$537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | 109155 | 6/13/18 | $12,390.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | VPLB990101633 | 7/26/18 | -$50.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | VPLB990101634 | 7/26/18 | -$180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | 8361AD072918AK9 | 7/27/18 | -$88.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | VPASN993117960 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | VPASN993117961 | 7/29/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991796 | $11,234.65 | 8/1/18 | VPOT991484768 | 7/29/18 | -$537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90296010 | 6/28/18 | $3,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90298103 | 7/5/18 | $15,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90298102 | 7/5/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90298546 | 7/6/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90299251 | 7/9/18 | $8,985.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 90299250 | 7/9/18 | $8,985.60 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | 8361AD080518AM1 | 8/3/18 | -$77.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | VPOT991485199 | 8/5/18 | -$82.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | VPOT991485201 | 8/5/18 | -$144.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998582 | $53,040.54 | 8/14/18 | VPOT991485200 | 8/5/18 | -$165.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | 90298101 | 7/5/18 | $1,416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | 90299737 | 7/10/18 | $8,985.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | 90299739 | 7/10/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | 90299741 | 7/10/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | 8361AD081218AJ2 | 8/10/18 | -$54.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | VPOT991485848 | 8/12/18 | -$82.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999421 | $26,431.75 | 8/15/18 | VPOT991486106 | 8/12/18 | -$537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000065 | $27,854.40 | 8/16/18 | 90297655 | 7/4/18 | $1,416.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000065 | $27,854.40 | 8/16/18 | 90297656 | 7/4/18 | $1,382.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000065 | $27,854.40 | 8/16/18 | 90299740 | 7/10/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000065 | $27,854.40 | 8/16/18 | 90300158 | 7/11/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000065 | $27,854.40 | 8/16/18 | 90300159 | 7/11/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000817 | $8,352.00 | 8/17/18 | 90300600 | 7/12/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001503 | $15,552.00 | 8/20/18 | 90304331 | 7/13/18 | $12,960.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001503 | $15,552.00 | 8/20/18 | 90300985 | 7/13/18 | $2,592.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90299738 | 7/10/18 | $8,985.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90300984 | 7/13/18 | $15,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90304332 | 7/14/18 | $15,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90304334 | 7/16/18 | $14,515.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90304333 | 7/16/18 | $8,985.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90301755 | 7/16/18 | $4,492.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002074 | $69,120.00 | 8/21/18 | 90301756 | 7/16/18 | $1,036.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002948 | $3,991.94 | 8/22/18 | 90304336 | 7/17/18 | $4,147.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002948 | $3,991.94 | 8/22/18 | 7705052367 | 8/17/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002948 | $3,991.94 | 8/22/18 | 8361AD081918AH1 | 8/17/18 | -$6.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002948 | $3,991.94 | 8/22/18 | VPOT991486303 | 8/19/18 | -$144.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003547 | $28,084.80 | 8/23/18 | 90304337 | 7/18/18 | $10,368.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003547 | $28,084.80 | 8/23/18 | 90304338 | 7/18/18 | $6,566.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003547 | $28,084.80 | 8/23/18 | 90304340 | 7/19/18 | $4,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003547 | $28,084.80 | 8/23/18 | 90303087 | 7/19/18 | $3,283.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003547 | $28,084.80 | 8/23/18 | 90303086 | 7/19/18 | $3,115.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004281 | $15,552.00 | 8/24/18 | 90304339 | 7/19/18 | $15,552.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005481 | $13,305.60 | 8/28/18 | 90304335 | 7/17/18 | $13,305.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | 90305133 | 7/25/18 | $8,352.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | 8361AD082618AN6 | 8/24/18 | -$181.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | 7705052857 | 8/25/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | VPASN993119681 | 8/26/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | VPOT991486891 | 8/26/18 | -$157.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006989 | $7,855.77 | 8/30/18 | 7705052967 | 8/27/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009155 | $7,234.44 | 9/4/18 | 90304214 | 7/23/18 | $7,238.40 |

RFP Atlas Sales LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009155 | $7,234.44 | 9/4/18 | 7705053065 | 8/29/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 109737 | 7/30/18 | $22,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 109879 | 8/6/18 | $22,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 109878 | 8/6/18 | $22,752.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 8361AD090218AM5 | 8/31/18 | -$89.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | VPOT991487638 | 9/2/18 | -$537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | VPOT991487639 | 9/2/18 | -$537.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 8361AD090918AL0 | 9/7/18 | -$53.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | VPLB990101721 | 9/7/18 | -$180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 8361AD091618AK1 | 9/14/18 | -$17.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | VPPS00000247157 | 9/16/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | VPOT991488162 | 9/16/18 | -$351.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 7705054221 | 9/19/18 | -$3.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 7705054314 | 9/21/18 | -$7.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021476 | $66,177.03 | 9/27/18 | 8361AD092318AN7 | 9/21/18 | -$149.93 |

Totals:    17 transfer(s),  $380,439.86