| | |
|---|---|
| Defendant: | **Ricardo Cruz Distributors Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028071 | 5/16/18 | $5,534.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028061 | 5/16/18 | $4,807.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028048 | 5/16/18 | $437.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028049 | 5/16/18 | $353.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000094130 | 5/16/18 | -$33.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000094102 | 5/16/18 | -$39.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000740868 | 5/16/18 | -$344.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028282 | 5/21/18 | $1,341.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028301 | 5/21/18 | $605.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028283 | 5/21/18 | $312.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028326 | 5/21/18 | $109.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000028287 | 5/21/18 | $95.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000743875 | 5/21/18 | -$31.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000026898 | 7/2/18 | -$613.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000030851 | 7/24/18 | $1,020.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96165 | $12,494.16 | 7/27/18 | 0000030851 | 7/24/18 | -$1,060.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029502 | 6/4/18 | $13,456.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029469 | 6/4/18 | $6,538.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029501 | 6/4/18 | $2,276.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029477 | 6/4/18 | $1,639.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029528 | 6/4/18 | $849.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029500 | 6/4/18 | $104.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029468 | 6/4/18 | $59.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02479 | $24,949.35 | 8/8/18 | 0000029476 | 6/4/18 | $25.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03235 | $159.35 | 8/9/18 | 0000029559 | 6/5/18 | $98.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03235 | $159.35 | 8/9/18 | 0000029561 | 6/5/18 | $60.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08575 | $109.40 | 8/20/18 | 0000030140 | 6/14/18 | $109.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030859 | 6/25/18 | $48,780.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030850 | 6/25/18 | $27,696.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030806 | 6/25/18 | $10,735.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030837 | 6/25/18 | $8,753.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030851 | 6/25/18 | $1,060.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030852 | 6/25/18 | $586.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030854 | 6/25/18 | $271.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000030827 | 6/25/18 | $74.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000747070 | 6/25/18 | -$39.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000095551 | 6/25/18 | -$42.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000095550 | 6/25/18 | -$58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000744841 | 6/25/18 | -$539.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14482 | $96,579.25 | 8/29/18 | 0000744842 | 6/25/18 | -$699.80 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15973 | $42,066.84 | 8/31/18 | 0000031141 | 6/27/18 | $17,940.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15973 | $42,066.84 | 8/31/18 | 0000031100 | 6/27/18 | $11,841.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15973 | $42,066.84 | 8/31/18 | 0000031104 | 6/27/18 | $6,622.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15973 | $42,066.84 | 8/31/18 | 0000031138 | 6/27/18 | $5,662.97 |

**Totals:**    6 transfer(s),  $176,358.35