Defendant: **Riggs Distributing, Inc., Dba Riggs Distributing**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812826 | 7/11/18 | -$450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812988 | 7/13/18 | $136,907.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812981 | 7/13/18 | $42,990.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812990 | 7/13/18 | $27,890.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812980 | 7/13/18 | $15,540.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812995 | 7/13/18 | $9,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812986 | 7/13/18 | $9,175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812987 | 7/13/18 | $7,835.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812989 | 7/13/18 | $6,220.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812997 | 7/13/18 | $4,930.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812985 | 7/13/18 | $4,805.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812991 | 7/13/18 | $2,705.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812982 | 7/13/18 | $1,845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812992 | 7/13/18 | $1,550.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812996 | 7/13/18 | $525.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812994 | 7/13/18 | $475.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812993 | 7/13/18 | $80.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812999 | 7/16/18 | $783.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913887 | $281,225.00 | 7/19/18 | 812984 | 7/18/18 | $7,960.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813007 | 7/17/18 | -$364.45 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813219 | 7/20/18 | $133,235.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813222 | 7/20/18 | $41,030.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813209 | 7/20/18 | $35,675.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813225 | 7/20/18 | $30,555.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813227 | 7/20/18 | $16,015.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813229 | 7/20/18 | $10,930.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813215 | 7/20/18 | $8,675.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813216 | 7/20/18 | $7,595.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813210 | 7/20/18 | $6,835.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813223 | 7/20/18 | $5,568.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813211 | 7/20/18 | $5,185.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813228 | 7/20/18 | $2,715.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813214 | 7/20/18 | $1,925.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813217 | 7/20/18 | $1,505.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813213 | 7/20/18 | $1,155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813226 | 7/20/18 | $950.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813218 | 7/20/18 | $627.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813212 | 7/20/18 | $405.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813220 | 7/20/18 | $225.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813221 | 7/20/18 | $115.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813224 | 7/20/18 | $95.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813264 | 7/23/18 | $1,835.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813265 | 7/23/18 | $1,430.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 913936 | $315,673.55 | 7/26/18 | 813267 | 7/24/18 | $1,758.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 809694 | 4/18/18 | $5,138.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 809693 | 4/18/18 | $3,458.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813505 | 7/27/18 | $111,867.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813509 | 7/27/18 | $18,055.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813510 | 7/27/18 | $14,250.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813503 | 7/27/18 | $11,720.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813507 | 7/27/18 | $9,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813506 | 7/27/18 | $7,055.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813504 | 7/27/18 | $6,600.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813508 | 7/27/18 | $6,600.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813511 | 7/27/18 | $9.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914050 | $202,017.00 | 8/2/18 | 813552 | 7/31/18 | $7,805.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 803936 | 11/22/17 | $330.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 807781 | 3/6/18 | -$585.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813775 | 8/3/18 | $20,740.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813777 | 8/3/18 | $13,995.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813776 | 8/3/18 | $6,605.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813774 | 8/3/18 | $845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813736 | 8/3/18 | $450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813789 | 8/6/18 | $235,112.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813787 | 8/6/18 | $25,770.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813792 | 8/6/18 | $18,815.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813791 | 8/6/18 | $14,435.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813785 | 8/6/18 | $9,175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813786 | 8/6/18 | $845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813790 | 8/6/18 | $700.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914162 | $347,340.00 | 8/9/18 | 813788 | 8/6/18 | $108.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813854 | 8/8/18 | $3,345.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813888 | 8/9/18 | $1,625.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813934 | 8/10/18 | $176,915.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813935 | 8/10/18 | $39,625.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813930 | 8/10/18 | $20,615.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813938 | 8/10/18 | $15,380.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813932 | 8/10/18 | $11,775.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813931 | 8/10/18 | $11,205.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813933 | 8/10/18 | $9,175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813928 | 8/10/18 | $9,105.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813937 | 8/10/18 | $6,980.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813929 | 8/10/18 | $3,450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813936 | 8/10/18 | $3,085.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 813939 | 8/10/18 | $465.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914278 | $317,660.00 | 8/16/18 | 814024 | 8/14/18 | $4,915.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814179 | 8/17/18 | $135,100.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814180 | 8/17/18 | $89,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814166 | 8/17/18 | $40,030.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814182 | 8/17/18 | $37,283.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814169 | 8/17/18 | $29,060.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814173 | 8/17/18 | $23,045.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814167 | 8/17/18 | $21,425.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814165 | 8/17/18 | $16,590.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814185 | 8/17/18 | $16,330.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814184 | 8/17/18 | $8,690.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814181 | 8/17/18 | $7,940.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814178 | 8/17/18 | $7,270.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814186 | 8/17/18 | $7,240.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814171 | 8/17/18 | $4,705.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814170 | 8/17/18 | $4,155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814174 | 8/17/18 | $3,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814168 | 8/17/18 | $2,367.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814187 | 8/17/18 | $1,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814177 | 8/17/18 | $1,045.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814175 | 8/17/18 | $485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814183 | 8/17/18 | $305.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814176 | 8/17/18 | $289.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814172 | 8/17/18 | $50.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914397 | $458,199.50 | 8/23/18 | 814255 | 8/21/18 | $390.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814353 | 8/23/18 | $3,055.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814491 | 8/24/18 | $74,345.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814493 | 8/24/18 | $27,210.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814488 | 8/24/18 | $26,700.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814496 | 8/24/18 | $13,850.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814466 | 8/24/18 | $13,095.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814460 | 8/24/18 | $11,925.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814494 | 8/24/18 | $10,195.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814489 | 8/24/18 | $9,935.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814459 | 8/24/18 | $9,820.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814490 | 8/24/18 | $9,495.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814465 | 8/24/18 | $9,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814492 | 8/24/18 | $8,985.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814495 | 8/24/18 | $3,119.75 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814487 | 8/24/18 | $845.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814497 | 8/24/18 | $830.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814461 | 8/24/18 | $155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914513 | $232,610.25 | 8/30/18 | 814467 | 8/24/18 | $50.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814775 | 8/31/18 | $47,860.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814778 | 8/31/18 | $34,100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814782 | 8/31/18 | $11,700.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814732 | 8/31/18 | $10,985.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814777 | 8/31/18 | $10,270.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814776 | 8/31/18 | $8,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814770 | 8/31/18 | $8,195.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814765 | 8/31/18 | $8,080.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814734 | 8/31/18 | $7,828.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814773 | 8/31/18 | $7,805.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814768 | 8/31/18 | $7,435.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814781 | 8/31/18 | $5,940.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814735 | 8/31/18 | $5,660.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814733 | 8/31/18 | $3,400.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814767 | 8/31/18 | $2,720.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814783 | 8/31/18 | $2,160.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814769 | 8/31/18 | $895.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814774 | 8/31/18 | $405.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814772 | 8/31/18 | $375.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 8114780 | 8/31/18 | $375.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814779 | 8/31/18 | $120.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814771 | 8/31/18 | $115.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914629 | $184,953.25 | 9/6/18 | 814766 | 8/31/18 | $45.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 814823 | 9/5/18 | $155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 814991 | 9/7/18 | -$1,750.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815083 | 9/10/18 | $133,105.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815088 | 9/10/18 | $56,245.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815089 | 9/10/18 | $46,072.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815081 | 9/10/18 | $25,155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815087 | 9/10/18 | $18,525.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815076 | 9/10/18 | $13,240.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815091 | 9/10/18 | $10,890.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815090 | 9/10/18 | $9,490.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815063 | 9/10/18 | $9,145.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815082 | 9/10/18 | $8,485.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815078 | 9/10/18 | $3,030.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815077 | 9/10/18 | $2,980.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815079 | 9/10/18 | $2,755.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815080 | 9/10/18 | $1,915.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815062 | 9/10/18 | $828.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815086 | 9/10/18 | $615.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815085 | 9/10/18 | $600.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815084 | 9/10/18 | $360.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815061 | 9/10/18 | $258.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914733 | $342,323.00 | 9/13/18 | 815092 | 9/10/18 | $225.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815276 | 9/13/18 | $16,031.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815274 | 9/13/18 | $12,930.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815271 | 9/13/18 | $405.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815273 | 9/13/18 | $405.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815275 | 9/13/18 | $145.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815352 | 9/14/18 | $69,935.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815354 | 9/14/18 | $36,125.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815357 | 9/14/18 | $12,181.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815358 | 9/14/18 | $12,120.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815272 | 9/14/18 | $9,960.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815285 | 9/14/18 | $9,010.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815284 | 9/14/18 | $5,818.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815355 | 9/14/18 | $5,520.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815347 | 9/14/18 | $3,900.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815359 | 9/14/18 | $3,665.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815348 | 9/14/18 | $3,375.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815353 | 9/14/18 | $3,319.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815286 | 9/14/18 | $3,110.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815349 | 9/14/18 | $2,960.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815317 | 9/14/18 | $1,700.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815318 | 9/14/18 | $1,045.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815356 | 9/14/18 | $894.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 518350 | 9/14/18 | $145.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815351 | 9/14/18 | $105.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815397 | 9/17/18 | $26,065.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815393 | 9/17/18 | $16,330.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815394 | 9/17/18 | $13,740.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815396 | 9/17/18 | $10,460.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914884 | $289,298.50 | 9/20/18 | 815395 | 9/17/18 | $7,900.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815565 | 9/20/18 | $280.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815694 | 9/21/18 | $53,790.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815697 | 9/21/18 | $43,165.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815700 | 9/21/18 | $19,543.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815698 | 9/21/18 | $17,860.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815693 | 9/21/18 | $16,420.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815685 | 9/21/18 | $15,175.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815578 | 9/21/18 | $13,570.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815580 | 9/21/18 | $12,970.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815699 | 9/21/18 | $8,410.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815691 | 9/21/18 | $8,195.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815701 | 9/21/18 | $6,565.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815684 | 9/21/18 | $4,735.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815683 | 9/21/18 | $2,030.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815689 | 9/21/18 | $2,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815688 | 9/21/18 | $1,865.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815690 | 9/21/18 | $1,215.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815696 | 9/21/18 | $1,215.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815692 | 9/21/18 | $1,100.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815579 | 9/21/18 | $120.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 914938 | $230,308.00 | 9/27/18 | 815695 | 9/21/18 | $85.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815950 | 9/28/18 | $66,400.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815970 | 9/28/18 | $38,155.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815960 | 9/28/18 | $35,710.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815963 | 9/28/18 | $23,355.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815971 | 9/28/18 | $22,450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815959 | 9/28/18 | $21,450.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815951 | 9/28/18 | $14,060.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815953 | 9/28/18 | $13,202.35 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 816041 | 9/28/18 | $12,150.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815955 | 9/28/18 | $10,230.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815949 | 9/28/18 | $9,510.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815969 | 9/28/18 | $8,690.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815982 | 9/28/18 | $8,455.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815968 | 9/28/18 | $8,120.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815961 | 9/28/18 | $8,075.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815956 | 9/28/18 | $6,664.25 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815962 | 9/28/18 | $4,790.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815957 | 9/28/18 | $3,260.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815958 | 9/28/18 | $2,260.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815948 | 9/28/18 | $1,650.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815983 | 9/28/18 | $1,560.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815952 | 9/28/18 | $1,177.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815964 | 9/28/18 | $480.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815984 | 9/28/18 | $275.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815954 | 9/28/18 | $200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815967 | 9/28/18 | $195.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815966 | 9/28/18 | $130.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815965 | 9/28/18 | $110.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 815943 | 9/28/18 | -$3,319.50 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 816112 | 10/2/18 | $1,350.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915051 | $318,795.35 | 10/9/18 | 816113 | 10/2/18 | -$2,000.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816211 | 10/4/18 | $1,560.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816346 | 10/5/18 | $80,160.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816328 | 10/5/18 | $54,445.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816337 | 10/5/18 | $51,825.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816333 | 10/5/18 | $19,574.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816334 | 10/5/18 | $10,200.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816343 | 10/5/18 | $8,985.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816327 | 10/5/18 | $8,985.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816332 | 10/5/18 | $8,195.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816335 | 10/5/18 | $6,170.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816344 | 10/5/18 | $5,530.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816342 | 10/5/18 | $4,865.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816326 | 10/5/18 | $1,800.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816329 | 10/5/18 | $1,590.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816345 | 10/5/18 | $1,170.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816339 | 10/5/18 | $1,115.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816338 | 10/5/18 | $1,030.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816336 | 10/5/18 | $780.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816325 | 10/5/18 | $593.30 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816341 | 10/5/18 | $305.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816340 | 10/5/18 | $211.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816331 | 10/5/18 | $136.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816330 | 10/5/18 | $120.00 |
| California Builder Appliances, Inc. | California Builder Appliances, Inc. | 915158 | $269,754.30 | 10/11/18 | 816428 | 10/10/18 | $410.00 |

Totals:    13 transfer(s),  $3,790,157.70

Riggs Distributing, Inc., Dba Riggs Distributing

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                      Exhibit A                                      P. 10