Defendant: **Riskified Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980186 | $12,168.27 | 7/17/18 | RS1055770 | 5/2/18 | $12,168.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994071 | $15,588.13 | 8/16/18 | RS1056804 | 6/3/18 | $15,588.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008498 | $31,020.90 | 9/17/18 | RS1057670 | 7/3/18 | $31,020.90 |

Totals:     3 transfer(s),  **$58,777.30**