| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **RKW Partners Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984026 | $3,870.44 | 7/17/18 | 618320712186045 | 7/12/18 | $2,384.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984026 | $3,870.44 | 7/17/18 | 618320713186045 | 7/13/18 | $1,485.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984933 | $3,511.12 | 7/18/18 | 618320714186045 | 7/14/18 | $3,511.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985537 | $2,657.08 | 7/19/18 | 618320716186045 | 7/16/18 | $2,657.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986247 | $227.00 | 7/20/18 | 618320717186045 | 7/17/18 | $227.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986931 | $2,755.43 | 7/23/18 | 618320718186045 | 7/18/18 | $2,755.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987455 | $3,497.26 | 7/24/18 | 618320719186045 | 7/19/18 | $2,922.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987455 | $3,497.26 | 7/24/18 | 618320720186045 | 7/20/18 | $575.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988336 | $6,989.36 | 7/25/18 | 618320721186045 | 7/21/18 | $510.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988336 | $6,989.36 | 7/25/18 | 618320722186045 | 7/22/18 | $6,479.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989687 | $957.28 | 7/27/18 | 618320724186045 | 7/24/18 | $957.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990410 | $1,109.78 | 7/30/18 | 618320725186045 | 7/25/18 | $1,109.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990959 | $676.35 | 7/31/18 | 618320726186045 | 7/26/18 | $2.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990959 | $676.35 | 7/31/18 | 618320727186045 | 7/27/18 | $674.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991799 | $5,142.25 | 8/1/18 | 618320728186045 | 7/28/18 | $3,879.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991799 | $5,142.25 | 8/1/18 | 618320729186045 | 7/29/18 | $1,262.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993272 | $5,037.26 | 8/3/18 | 618320731186045 | 7/31/18 | $5,037.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994076 | $1,375.32 | 8/6/18 | 618320801186045 | 8/1/18 | $1,375.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995079 | $1,997.26 | 8/7/18 | 618320802186045 | 8/2/18 | $1,469.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995079 | $1,997.26 | 8/7/18 | 618320803186045 | 8/3/18 | $527.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996108 | $5,122.18 | 8/8/18 | 618320804186045 | 8/4/18 | $2,790.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996108 | $5,122.18 | 8/8/18 | 618320805186045 | 8/5/18 | $2,331.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996733 | $1,729.12 | 8/9/18 | 618320806186045 | 8/6/18 | $1,729.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997431 | $2,717.21 | 8/10/18 | 618320807186045 | 8/7/18 | $2,717.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998067 | $4,677.91 | 8/13/18 | 618320808186045 | 8/8/18 | $4,677.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998586 | $2,693.79 | 8/14/18 | 618320809186045 | 8/9/18 | $1,265.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998586 | $2,693.79 | 8/14/18 | 618320810186045 | 8/10/18 | $1,427.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999425 | $4,598.66 | 8/15/18 | 618320811186045 | 8/11/18 | $2,271.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999425 | $4,598.66 | 8/15/18 | 618320812186045 | 8/12/18 | $2,327.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000820 | $3,656.43 | 8/17/18 | 618320814186045 | 8/14/18 | $3,656.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001514 | $282.17 | 8/20/18 | 618320815186045 | 8/15/18 | $282.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002079 | $4,276.05 | 8/21/18 | 618320816186045 | 8/16/18 | $3,340.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002079 | $4,276.05 | 8/21/18 | 618320817186045 | 8/17/18 | $935.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002953 | $1,508.33 | 8/22/18 | 618320818186045 | 8/18/18 | $848.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002953 | $1,508.33 | 8/22/18 | 618320819186045 | 8/19/18 | $660.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003552 | $658.37 | 8/23/18 | 618320820186045 | 8/20/18 | $658.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004957 | $5,264.30 | 8/27/18 | 618320822186045 | 8/22/18 | $5,264.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005487 | $9,091.94 | 8/28/18 | 618320823186045 | 8/23/18 | $3,324.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005487 | $9,091.94 | 8/28/18 | 618320824186045 | 8/24/18 | $5,767.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006319 | $1,415.33 | 8/29/18 | 618320825186045 | 8/25/18 | $1,415.33 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781006995 | $712.77 | 8/30/18 | 618320827186045 | 8/27/18 | $712.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007772 | $310.02 | 8/31/18 | 618320828186045 | 8/28/18 | $310.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008502 | $2,127.00 | 9/3/18 | 618320829186045 | 8/29/18 | $2,127.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009160 | $4,517.20 | 9/4/18 | 618320830186045 | 8/30/18 | $3,787.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009160 | $4,517.20 | 9/4/18 | 618320831186045 | 8/31/18 | $729.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010476 | $1,444.52 | 9/5/18 | 618320901186045 | 9/1/18 | $1,444.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011848 | $2,058.65 | 9/7/18 | 618320904186045 | 9/4/18 | $2,058.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012509 | $2,840.17 | 9/10/18 | 618320905186045 | 9/5/18 | $2,840.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013058 | $1,569.49 | 9/11/18 | 618320906186045 | 9/6/18 | $910.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013058 | $1,569.49 | 9/11/18 | 618320907186045 | 9/7/18 | $659.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013907 | $2,977.81 | 9/12/18 | 618320908186045 | 9/8/18 | $2,904.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013907 | $2,977.81 | 9/12/18 | 618320909186045 | 9/9/18 | $73.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014560 | $568.29 | 9/13/18 | 618320910186045 | 9/10/18 | $568.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015259 | $1,922.47 | 9/14/18 | 618320911186045 | 9/11/18 | $1,922.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015915 | $1,723.70 | 9/17/18 | 618320912186045 | 9/12/18 | $1,723.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016475 | $3,821.33 | 9/18/18 | 618320913186045 | 9/13/18 | $2,027.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016475 | $3,821.33 | 9/18/18 | 618320914186045 | 9/14/18 | $1,793.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017324 | $5,226.41 | 9/19/18 | 618320915186045 | 9/15/18 | $1,208.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017324 | $5,226.41 | 9/19/18 | 618320916186045 | 9/16/18 | $4,018.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018000 | $466.11 | 9/20/18 | 618320917186045 | 9/17/18 | $466.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018732 | $1,980.47 | 9/21/18 | 618320918186045 | 9/18/18 | $1,980.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019393 | $137.87 | 9/24/18 | 618320919186045 | 9/19/18 | $137.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019956 | $4,924.34 | 9/25/18 | 618320920186045 | 9/20/18 | $1,771.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019956 | $4,924.34 | 9/25/18 | 618320921186045 | 9/21/18 | $3,153.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020835 | $4,093.43 | 9/26/18 | 618320922186045 | 9/22/18 | $473.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020835 | $4,093.43 | 9/26/18 | 618320923186045 | 9/23/18 | $3,619.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022202 | $724.23 | 9/28/18 | 618320925186045 | 9/25/18 | $724.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022942 | $2,329.31 | 10/1/18 | 618320926186045 | 9/26/18 | $2,329.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023604 | $3,870.01 | 10/2/18 | 618320927186045 | 9/27/18 | $1,816.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023604 | $3,870.01 | 10/2/18 | 618320928186045 | 9/28/18 | $2,053.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024605 | $9,052.52 | 10/3/18 | 618320929186045 | 9/29/18 | $4,719.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024605 | $9,052.52 | 10/3/18 | 618320930186045 | 9/30/18 | $4,332.54 |

Totals:    51 transfer(s),   $146,893.10