Defendant: **Ronan Tools Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90870 | $422.28 | 7/18/18 | 0000741418 | 4/17/18 | $422.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93392 | $9,192.60 | 7/23/18 | 0000042431 | 5/15/18 | $3,593.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93392 | $9,192.60 | 7/23/18 | 0000042434 | 5/15/18 | $2,363.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93392 | $9,192.60 | 7/23/18 | 0000042432 | 5/15/18 | $2,097.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93392 | $9,192.60 | 7/23/18 | 0000042433 | 5/15/18 | $1,138.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97431 | $4,457.88 | 7/30/18 | 0000042484 | 5/22/18 | $1,760.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97431 | $4,457.88 | 7/30/18 | 0000042483 | 5/22/18 | $1,626.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97431 | $4,457.88 | 7/30/18 | 0000042486 | 5/22/18 | $799.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97431 | $4,457.88 | 7/30/18 | 0000042485 | 5/22/18 | $270.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01365 | $2,296.80 | 8/6/18 | 0000042546 | 5/29/18 | $2,296.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04205 | $2,809.80 | 8/10/18 | 0000042547 | 6/4/18 | $1,576.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04205 | $2,809.80 | 8/10/18 | 0000042549 | 6/4/18 | $963.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04205 | $2,809.80 | 8/10/18 | 0000042548 | 6/4/18 | $270.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05211 | $12,518.76 | 8/13/18 | 0000042600 | 6/6/18 | $4,114.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05211 | $12,518.76 | 8/13/18 | 0000042599 | 6/6/18 | $3,421.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05211 | $12,518.76 | 8/13/18 | 0000042602 | 6/6/18 | $2,809.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05211 | $12,518.76 | 8/13/18 | 0000042601 | 6/6/18 | $2,173.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06013 | $5,871.02 | 8/14/18 | 0000042336 | 5/8/18 | $3,347.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06013 | $5,871.02 | 8/14/18 | 0000042335 | 5/8/18 | $2,531.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06013 | $5,871.02 | 8/14/18 | 0000500706 | 8/9/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000042658 | 6/12/18 | $1,910.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000042656 | 6/12/18 | $1,668.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000042655 | 6/12/18 | $1,390.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000042657 | 6/12/18 | $708.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000505581 | 8/14/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000506558 | 8/14/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09225 | $5,653.62 | 8/20/18 | 0000510040 | 8/15/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13256 | $5,738.30 | 8/27/18 | 0000042704 | 6/19/18 | $2,208.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13256 | $5,738.30 | 8/27/18 | 0000042705 | 6/19/18 | $1,324.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13256 | $5,738.30 | 8/27/18 | 0000042703 | 6/19/18 | $1,317.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13256 | $5,738.30 | 8/27/18 | 0000042706 | 6/19/18 | $895.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13256 | $5,738.30 | 8/27/18 | 0000512516 | 8/21/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000042771 | 6/26/18 | $2,802.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000042770 | 6/26/18 | $1,744.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000042773 | 6/26/18 | $1,695.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000042772 | 6/26/18 | $1,047.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000517187 | 8/28/18 | -$8.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000517883 | 8/28/18 | -$10.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000519248 | 8/29/18 | -$2.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17266 | $7,264.84 | 9/4/18 | 0000520182 | 8/29/18 | -$4.20 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | **10 transfer(s), $56,225.90** | | | | | | |