Defendant: **Select International LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $78.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $40.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $9.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $6.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $3.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980754 | $159.00 | 7/18/18 | 36726 | 5/4/18 | $1.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984078 | $55,613.75 | 7/25/18 | 36830 | 5/14/18 | $55,613.75 |

Totals:    2 transfer(s),  $55,772.75