| Defendant: | Shawshank Ledz Inc. |
|---|---|
| Bankruptcy Case: | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197696 | 5/7/18 | $905.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197740 | 5/7/18 | $790.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197694 | 5/7/18 | $662.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197739 | 5/7/18 | $362.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197742 | 5/7/18 | $321.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197769 | 5/7/18 | $123.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197898 | 5/8/18 | $1,162.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197827 | 5/8/18 | $563.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197829 | 5/8/18 | $531.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980772 | $5,840.16 | 7/18/18 | 197832 | 5/8/18 | $416.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197766 | 5/7/18 | $1,335.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197685 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197688 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197695 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197690 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197686 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197687 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197691 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197693 | 5/7/18 | $1,040.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197747 | 5/7/18 | $924.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197736 | 5/7/18 | $924.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197749 | 5/7/18 | $924.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197757 | 5/7/18 | $733.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197753 | 5/7/18 | $662.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197761 | 5/7/18 | $464.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197760 | 5/7/18 | $455.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197744 | 5/7/18 | $440.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197748 | 5/7/18 | $440.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197762 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197764 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197768 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197770 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197771 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197765 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197737 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197756 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197751 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197741 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197738 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197759 | 5/7/18 | $393.12 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197866 | 5/8/18 | $858.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197833 | 5/8/18 | $602.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197826 | 5/8/18 | $602.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197825 | 5/8/18 | $602.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984097 | $23,691.02 | 7/25/18 | 197830 | 5/8/18 | $380.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197689 | 5/7/18 | $1,352.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197692 | 5/7/18 | $1,082.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197750 | 5/7/18 | $565.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197735 | 5/7/18 | $537.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197745 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197758 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197755 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197867 | 5/8/18 | $1,269.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197828 | 5/8/18 | $602.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 197831 | 5/8/18 | $441.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198438 | 5/18/18 | $1,980.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198453 | 5/18/18 | $531.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198449 | 5/18/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198441 | 5/18/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198455 | 5/18/18 | $423.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198469 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198468 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198448 | 5/18/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198465 | 5/18/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198433 | 5/18/18 | $72.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198583 | 5/21/18 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198662 | 5/21/18 | $253.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198661 | 5/21/18 | $250.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 198695 | 5/22/18 | $226.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987526 | $11,576.15 | 8/1/18 | 8361D006351701 | 7/12/18 | -$1,123.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198454 | 5/18/18 | $1,107.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198466 | 5/18/18 | $639.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198461 | 5/18/18 | $639.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198457 | 5/18/18 | $549.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198459 | 5/18/18 | $531.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198458 | 5/18/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198456 | 5/18/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198437 | 5/18/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198462 | 5/18/18 | $387.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198446 | 5/18/18 | $378.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198432 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198472 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198436 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198440 | 5/18/18 | $306.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198450 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198467 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198463 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198434 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198452 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198460 | 5/18/18 | $306.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198439 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198464 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198470 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198435 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198431 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198447 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198451 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198471 | 5/18/18 | $234.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198578 | 5/21/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198631 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198658 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198642 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198650 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198645 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198638 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198652 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198639 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198630 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198653 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198643 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198635 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198646 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198640 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198651 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198664 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198655 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198637 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198636 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198632 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198659 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198644 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198647 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198580 | 5/21/18 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198581 | 5/21/18 | $258.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198708 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198706 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198697 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198705 | 5/22/18 | $273.40 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198703 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198701 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198711 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198699 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198709 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198704 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198698 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198710 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991037 | $21,263.40 | 8/10/18 | 198700 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 195382 | 4/3/18 | $400.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 197752 | 5/7/18 | $393.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198657 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198633 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198654 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198641 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198648 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198696 | 5/22/18 | $355.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995181 | $2,789.30 | 8/17/18 | 198702 | 5/22/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998664 | $273.40 | 8/28/18 | 198660 | 5/21/18 | $273.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200699 | 6/26/18 | $1,658.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200696 | 6/26/18 | $1,324.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200761 | 6/27/18 | $1,640.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200764 | 6/27/18 | $1,040.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200772 | 6/27/18 | $559.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005567 | $6,330.51 | 9/11/18 | 200752 | 6/27/18 | $106.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200702 | 6/26/18 | $1,722.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200713 | 6/26/18 | $1,352.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200719 | 6/26/18 | $1,254.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200701 | 6/26/18 | $932.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200698 | 6/26/18 | $887.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200710 | 6/26/18 | $884.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200712 | 6/26/18 | $810.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200717 | 6/26/18 | $665.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200718 | 6/26/18 | $494.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200759 | 6/27/18 | $1,167.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200755 | 6/27/18 | $848.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200771 | 6/27/18 | $622.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200773 | 6/27/18 | $620.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 200858 | 6/29/18 | $851.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009243 | $11,122.14 | 9/18/18 | 8361D006412407 | 8/29/18 | -$1,991.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200703 | 6/26/18 | $1,377.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200700 | 6/26/18 | $1,280.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200716 | 6/26/18 | $1,253.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200694 | 6/26/18 | $1,156.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200711 | 6/26/18 | $901.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200715 | 6/26/18 | $856.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200695 | 6/26/18 | $855.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200697 | 6/26/18 | $705.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200714 | 6/26/18 | $588.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200757 | 6/27/18 | $1,429.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200753 | 6/27/18 | $1,123.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200765 | 6/27/18 | $1,080.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200769 | 6/27/18 | $823.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200768 | 6/27/18 | $805.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200770 | 6/27/18 | $586.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200859 | 6/29/18 | $1,714.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200861 | 6/29/18 | $1,518.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200863 | 6/29/18 | $1,492.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200857 | 6/29/18 | $1,348.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200864 | 6/29/18 | $1,341.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200865 | 6/29/18 | $1,194.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200866 | 6/29/18 | $1,065.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200860 | 6/29/18 | $1,042.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013145 | $26,354.67 | 9/25/18 | 200862 | 6/29/18 | $812.99 |

Totals:    9 transfer(s),    $109,240.75