| Defendant: | **Silver Buffalo LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120929 | 5/16/18 | $2,088.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120930 | 5/16/18 | $921.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120934 | 5/16/18 | $516.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120932 | 5/16/18 | $423.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120935 | 5/16/18 | $151.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120936 | 5/16/18 | $59.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 120969 | 5/17/18 | $419.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121071 | 5/21/18 | $902.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121068 | 5/21/18 | $570.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121064 | 5/21/18 | $349.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121059 | 5/21/18 | $331.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121366 | 5/25/18 | $423.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121367 | 5/25/18 | $386.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121365 | 5/25/18 | $349.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121960 | 6/8/18 | $1,785.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121958 | 6/8/18 | $405.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 121945 | 6/8/18 | $258.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 122088 | 6/11/18 | $2,007.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 122089 | 6/11/18 | $1,105.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 122092 | 6/11/18 | $663.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 122090 | 6/11/18 | $368.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 8361AD061718BJ3 | 6/15/18 | -$26.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | VPASN993116037 | 6/17/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 122333 | 6/19/18 | $1,584.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 8361AD062418BY9 | 6/22/18 | -$7.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 8361AD070118CD0 | 6/29/18 | -$127.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 8361AD070818B20 | 7/6/18 | -$40.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084054 | $15,693.58 | 8/6/18 | 8361AD071518BV3 | 7/13/18 | -$25.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122091 | 6/11/18 | $294.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122334 | 6/19/18 | $3,830.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122335 | 6/19/18 | $976.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122477 | 6/20/18 | $2,137.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122479 | 6/20/18 | $976.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122350 | 6/20/18 | $442.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122478 | 6/20/18 | $258.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122509 | 6/25/18 | $516.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122553 | 6/25/18 | $258.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122736 | 6/27/18 | $2,872.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122738 | 6/27/18 | $2,154.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122735 | 6/27/18 | $1,915.08 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122733 | 6/27/18 | $1,436.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 123006 | 7/2/18 | $3,351.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122951 | 7/3/18 | $663.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122947 | 7/3/18 | $460.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122952 | 7/3/18 | $294.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 122999 | 7/5/18 | $405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 123275 | 7/10/18 | $608.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 123273 | 7/10/18 | $386.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 123274 | 7/10/18 | $294.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 123651 | 7/19/18 | $1,068.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 8361AD072218B06 | 7/20/18 | -$29.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 8361AD072918B12 | 7/27/18 | -$43.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 8361AD080518B69 | 8/3/18 | -$33.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | VPASN993118818 | 8/5/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085692 | $25,334.19 | 9/10/18 | 8361AD081218BR9 | 8/10/18 | -$10.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 123439 | 7/16/18 | $921.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 123440 | 7/16/18 | $294.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 123529 | 7/17/18 | $1,031.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 123754 | 7/23/18 | $405.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 124126 | 7/30/18 | $423.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 124580 | 8/7/18 | $883.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 123439 | 8/17/18 | -$7.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | VPASN993119499 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | VPASN993119500 | 8/19/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 8361AD082618CA6 | 8/24/18 | -$21.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 8361AD090218B24 | 8/31/18 | -$36.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | VPASN993120400 | 9/2/18 | -$150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087418 | $3,425.03 | 10/11/18 | 8361AD090918BX8 | 9/7/18 | -$18.47 |

**Totals:**      **3 transfer(s),  $44,452.80**