**Defendant:** Simple Products Corporation

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980783 | $7,958.51 | 7/18/18 | 104522 | 4/23/18 | $2,035.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980783 | $7,958.51 | 7/18/18 | 104523 | 4/23/18 | $2,018.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980783 | $7,958.51 | 7/18/18 | 104604 | 4/30/18 | $2,984.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980783 | $7,958.51 | 7/18/18 | 104605 | 4/30/18 | $920.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104526 | 4/23/18 | $3,031.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104524 | 4/23/18 | $736.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104606 | 4/30/18 | $2,147.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104603 | 4/30/18 | $1,829.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104602 | 4/30/18 | $1,667.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104821 | 5/7/18 | $2,106.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104822 | 5/7/18 | $1,330.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104825 | 5/10/18 | $4,372.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 104824 | 5/10/18 | $1,916.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 7329027334 | 7/7/18 | -$6.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984111 | $19,121.13 | 7/25/18 | 3896006990 | 7/9/18 | -$10.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104607 | 4/30/18 | $1,954.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104823 | 5/10/18 | $817.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104961 | 5/14/18 | $2,979.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104960 | 5/14/18 | $1,681.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104963 | 5/14/18 | $1,115.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104959 | 5/14/18 | $751.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104958 | 5/14/18 | $694.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 104962 | 5/14/18 | $302.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987538 | $11,590.53 | 8/1/18 | 105084 | 5/21/18 | $1,294.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991047 | $4,300.72 | 8/10/18 | 104819 | 5/10/18 | $1,567.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991047 | $4,300.72 | 8/10/18 | 105083 | 5/21/18 | $1,195.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991047 | $4,300.72 | 8/10/18 | 105085 | 5/21/18 | $1,190.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991047 | $4,300.72 | 8/10/18 | 105087 | 5/21/18 | $196.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991047 | $4,300.72 | 8/10/18 | 105082 | 5/21/18 | $149.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 105086 | 5/21/18 | $793.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 105151 | 5/25/18 | $1,390.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 105152 | 5/25/18 | $85.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 105149 | 5/29/18 | $121.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 105153 | 5/30/18 | $2,348.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 8361D006339057 | 7/26/18 | -$457.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995197 | $3,840.13 | 8/17/18 | 8361D006390759 | 7/30/18 | -$441.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998674 | $1,421.18 | 8/28/18 | 105249 | 6/5/18 | $525.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998674 | $1,421.18 | 8/28/18 | 105247 | 6/5/18 | $334.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998674 | $1,421.18 | 8/28/18 | 105245 | 6/5/18 | $289.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998674 | $1,421.18 | 8/28/18 | 105250 | 6/5/18 | $271.16 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105150 | 5/29/18 | $140.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105246 | 6/5/18 | $1,107.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105248 | 6/5/18 | $893.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105428 | 6/14/18 | $398.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105429 | 6/14/18 | $306.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105430 | 6/14/18 | $194.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105427 | 6/14/18 | $107.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 105459 | 6/18/18 | $1,380.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002167 | $4,517.70 | 9/4/18 | 3818053279 | 8/13/18 | -$10.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105432 | 6/14/18 | $454.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105431 | 6/14/18 | $166.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105461 | 6/18/18 | $358.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105458 | 6/18/18 | $307.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105457 | 6/18/18 | $224.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105456 | 6/18/18 | $197.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105460 | 6/18/18 | $151.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005575 | $2,815.93 | 9/11/18 | 105547 | 6/25/18 | $954.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 105552 | 6/25/18 | $849.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 105551 | 6/25/18 | $327.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 105550 | 6/25/18 | $15.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 105625 | 6/26/18 | $1,212.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 105627 | 6/26/18 | $896.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009258 | $3,294.32 | 9/18/18 | 4810083575 | 7/2/18 | -$6.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 105549 | 6/25/18 | $317.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 105628 | 6/28/18 | $1,449.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106143 | 6/29/18 | $1,079.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106145 | 6/29/18 | $427.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106144 | 6/29/18 | $276.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106147 | 6/29/18 | $82.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106146 | 7/2/18 | $61.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013154 | $4,912.54 | 9/25/18 | 106142 | 7/3/18 | $1,218.14 |

Totals:    10 transfer(s),  $63,772.69