Defendant: **South Water Signs LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027670 | 5/31/18 | $24,280.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027309 | 5/31/18 | $17,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027743 | 5/31/18 | $4,760.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027537 | 5/31/18 | $2,035.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027809 | 5/31/18 | $950.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027488 | 5/31/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7028446 | 5/31/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994167 | $51,030.00 | 8/16/18 | 7027911 | 5/31/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995223 | $2,000.00 | 8/17/18 | 7027667 | 5/31/18 | $2,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008578 | $12,495.00 | 9/17/18 | 7028688 | 6/28/18 | $4,500.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008578 | $12,495.00 | 9/17/18 | 7028689 | 6/28/18 | $4,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008578 | $12,495.00 | 9/17/18 | 7028766 | 6/28/18 | $1,925.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008578 | $12,495.00 | 9/17/18 | 7028476 | 6/28/18 | $1,230.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008578 | $12,495.00 | 9/17/18 | 7028032 | 6/28/18 | $840.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009281 | $4,327.00 | 9/18/18 | 7027134 | 6/28/18 | $4,327.00 |

Totals: 4 transfer(s), $69,852.00