| | | |
|---|---|---|
| Defendant: | **Southeastern Industrial Linings Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781013175 | $33,270.00 | 9/28/18 | 20180234SHC | 7/10/18 | $33,270.00 |
| Totals: | 1 transfer(s), $33,270.00 | | | | | | |