Defendant: **Talentquest, LLC, Dba Talentquest**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083494 | $12,300.00 | 7/31/18 | 18901 | 5/14/18 | $12,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085261 | $12,300.00 | 8/28/18 | 19170 | 7/13/18 | $12,300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085298 | $12,300.00 | 8/31/18 | 19043 | 6/15/18 | $12,300.00 |

Totals:    3 transfer(s),  **$36,900.00**