Defendant: **Target Plus Response Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780991140 | $267,375.00 | 8/10/18 | IN103752 | 5/29/18 | $177,313.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991140 | $267,375.00 | 8/10/18 | IN103752 | 5/29/18 | $90,062.00 |

Totals:    1 transfer(s),  $267,375.00