Defendant: **Taste Beauty LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980877 | $17,578.48 | 7/18/18 | 10581 | 4/23/18 | $17,505.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980877 | $17,578.48 | 7/18/18 | 10621 | 5/1/18 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980877 | $17,578.48 | 7/18/18 | 8361AD070118BK0 | 6/29/18 | -$13.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980877 | $17,578.48 | 7/18/18 | 4762027983 | 7/2/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 10704 | 6/12/18 | $96,726.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 1569750 | 6/12/18 | $253.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8710K88475556 | 7/10/18 | -$0.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8710K88481738 | 7/17/18 | -$1.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8361AD072218BB8 | 7/20/18 | -$0.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8710K88484235 | 7/24/18 | -$3.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8710K88490680 | 7/27/18 | -$1.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8361AD072918BC8 | 7/27/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8361AD080518BG8 | 8/3/18 | -$12.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998761 | $96,955.15 | 8/28/18 | 8710K88492650 | 8/7/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002260 | $93,009.35 | 9/4/18 | 10702 | 6/8/18 | $66,385.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002260 | $93,009.35 | 9/4/18 | 1569751 | 6/19/18 | $26,628.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002260 | $93,009.35 | 9/4/18 | 4741026736 | 8/13/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002260 | $93,009.35 | 9/4/18 | 8710K88498799 | 8/14/18 | -$1.10 |

Totals:    3 transfer(s),  $207,542.98