**Defendant:** Tech For Less Inc., Dba Tech For Less LLC
**Bankruptcy Case:** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRFB | 7/5/18 | $911.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQGK | 7/5/18 | $726.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NR3Z | 7/5/18 | $679.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQWE | 7/5/18 | $606.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRZV | 7/5/18 | $319.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQGL | 7/5/18 | $228.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NR41 | 7/5/18 | $139.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRFF | 7/5/18 | $119.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQGJ | 7/5/18 | $117.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQGM | 7/5/18 | $38.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NQWF | 7/5/18 | $25.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NR40 | 7/5/18 | $22.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRFE | 7/5/18 | $16.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRFD | 7/5/18 | $7.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 000007NRFC | 7/5/18 | $5.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90985 | $3,938.83 | 7/18/18 | 0000589423 | 7/12/18 | -$26.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 000007NUL1 | 7/6/18 | $911.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 000007NUMZ | 7/6/18 | $731.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 000007NUL3 | 7/6/18 | $177.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 000007NUH1 | 7/6/18 | $41.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 000007NUL2 | 7/6/18 | $31.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91852 | $1,853.04 | 7/19/18 | 0000590468 | 7/16/18 | -$40.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O0OD | 7/9/18 | $911.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O1NS | 7/9/18 | $245.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O236 | 7/9/18 | $220.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O17V | 7/9/18 | $185.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O238 | 7/9/18 | $177.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O0OF | 7/9/18 | $140.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O17U | 7/9/18 | $134.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O1WR | 7/9/18 | $72.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O0OE | 7/9/18 | $42.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O1WS | 7/9/18 | $31.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O237 | 7/9/18 | $31.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O1ZT | 7/9/18 | $27.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O50K | 7/10/18 | $1,059.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O5MZ | 7/10/18 | $620.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O50M | 7/10/18 | $607.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O5SP | 7/10/18 | $319.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O50L | 7/10/18 | $218.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O5EL | 7/10/18 | $174.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O50N | 7/10/18 | $124.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93544 | $5,388.90 | 7/23/18 | 000007O5EM | 7/10/18 | $42.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O977 | 7/11/18 | $477.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O88L | 7/11/18 | $306.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O88M | 7/11/18 | $286.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O8UL | 7/11/18 | $139.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O8JR | 7/11/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O8XV | 7/11/18 | $27.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O8XW | 7/11/18 | $24.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 000007O8JS | 7/11/18 | $8.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94319 | $1,178.80 | 7/24/18 | 0000591371 | 7/18/18 | -$155.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95132 | $416.67 | 7/25/18 | 000007OB5T | 7/12/18 | $195.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95132 | $416.67 | 7/25/18 | 000007OBD2 | 7/12/18 | $105.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95132 | $416.67 | 7/25/18 | 000007OBD1 | 7/12/18 | $87.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95132 | $416.67 | 7/25/18 | 000007OBTX | 7/12/18 | $27.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95961 | $596.65 | 7/26/18 | 000007OEAE | 7/13/18 | $351.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95961 | $596.65 | 7/26/18 | 000007OEJU | 7/13/18 | $195.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95961 | $596.65 | 7/26/18 | 000007OE7V | 7/13/18 | $50.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OKKM | 7/16/18 | $483.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OLQU | 7/16/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OKKL | 7/16/18 | $46.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OKBA | 7/16/18 | $46.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OKB9 | 7/16/18 | $27.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OLWJ | 7/16/18 | $12.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OLB5 | 7/16/18 | $4.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OO2U | 7/17/18 | $92.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 000007OOO3 | 7/17/18 | $28.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 0000592777 | 7/23/18 | -$543.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97587 | $199.66 | 7/30/18 | 0000593793 | 7/25/18 | -$61.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 000007ORPY | 7/18/18 | $777.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 000007ORFX | 7/18/18 | $286.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 000007OS4Y | 7/18/18 | $157.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 000007OSM5 | 7/18/18 | $17.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 000007OS8H | 7/18/18 | $12.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 0000594556 | 7/27/18 | -$103.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98392 | $236.74 | 7/31/18 | 0000594562 | 7/27/18 | -$911.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99089 | $309.95 | 8/1/18 | 000007OUYT | 7/19/18 | $115.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99089 | $309.95 | 8/1/18 | 000007OVI2 | 7/19/18 | $97.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99089 | $309.95 | 8/1/18 | 000007OV2E | 7/19/18 | $59.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99089 | $309.95 | 8/1/18 | 000007OVBM | 7/19/18 | $32.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99089 | $309.95 | 8/1/18 | 000007OVRG | 7/19/18 | $4.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99900 | $291.39 | 8/2/18 | 000007OYG3 | 7/20/18 | $225.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99900 | $291.39 | 8/2/18 | 000007OYON | 7/20/18 | $73.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99900 | $291.39 | 8/2/18 | 000007OYD7 | 7/20/18 | $25.06 |

Tech For Less Inc., Dba Tech For Less LLC

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99900 | $291.39 | 8/2/18 | 000007OYD8 | 7/20/18 | $13.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99900 | $291.39 | 8/2/18 | 0000595253 | 7/30/18 | -$46.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P4Y5 | 7/23/18 | $508.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P2XN | 7/23/18 | $422.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P4Y6 | 7/23/18 | $296.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P4Y8 | 7/23/18 | $289.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P3M2 | 7/23/18 | $257.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P2XM | 7/23/18 | $165.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P2XO | 7/23/18 | $103.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P4EX | 7/23/18 | $73.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P3VG | 7/23/18 | $61.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P4Y7 | 7/23/18 | $12.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P7UA | 7/24/18 | $115.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P7XU | 7/24/18 | $100.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P7XT | 7/24/18 | $87.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P75B | 7/24/18 | $79.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 000007P7XS | 7/24/18 | $12.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 0000595500 | 7/31/18 | -$117.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01516 | $2,428.44 | 8/6/18 | 0000480034 | 8/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PA5B | 7/25/18 | $13.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PCDJ | 7/26/18 | $92.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PCRW | 7/26/18 | $73.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PC9P | 7/26/18 | $70.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PCDI | 7/26/18 | $31.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PD61 | 7/26/18 | $25.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 000007PD05 | 7/26/18 | $19.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02952 | $300.78 | 8/8/18 | 0000596354 | 8/2/18 | -$25.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03747 | $287.75 | 8/9/18 | 000007PFRS | 7/27/18 | $138.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03747 | $287.75 | 8/9/18 | 000007PG0O | 7/27/18 | $93.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03747 | $287.75 | 8/9/18 | 000007PFVQ | 7/27/18 | $55.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PKXQ | 7/30/18 | $156.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PLI4 | 7/30/18 | $82.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PL83 | 7/30/18 | $78.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PM76 | 7/30/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PL84 | 7/30/18 | $51.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PLNL | 7/30/18 | $50.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PMEK | 7/30/18 | $34.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PL85 | 7/30/18 | $23.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PMEJ | 7/30/18 | $9.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PP5M | 7/31/18 | $1,579.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PPN3 | 7/31/18 | $948.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PPN4 | 7/31/18 | $404.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PPRB | 7/31/18 | $292.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007POQR | 7/31/18 | $201.33 |

Tech For Less Inc., Dba Tech For Less LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05370 | $4,068.89 | 8/13/18 | 000007PPBK | 7/31/18 | $92.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06091 | $330.57 | 8/14/18 | 000007PRZQ | 8/1/18 | $260.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06091 | $330.57 | 8/14/18 | 000007PRZP | 8/1/18 | $70.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06909 | $48.62 | 8/15/18 | 000007PUKG | 8/2/18 | $42.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06909 | $48.62 | 8/15/18 | 000007PVDK | 8/2/18 | $6.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 000007PXL5 | 8/3/18 | $179.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 000007PXL2 | 8/3/18 | $179.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 000007PY2F | 8/3/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 000007PXL3 | 8/3/18 | $13.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 000007PXL4 | 8/3/18 | $9.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07729 | $397.95 | 8/16/18 | 0000599508 | 8/13/18 | -$46.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4KV | 8/6/18 | $245.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4ZW | 8/6/18 | $235.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4ZZ | 8/6/18 | $149.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4KW | 8/6/18 | $118.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4KU | 8/6/18 | $47.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4ZX | 8/6/18 | $28.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q4ZY | 8/6/18 | $6.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q8O6 | 8/7/18 | $282.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q857 | 8/7/18 | $28.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 000007Q8FT | 8/7/18 | $9.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09379 | $1,078.91 | 8/20/18 | 0000600329 | 8/15/18 | -$73.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10122 | $4,954.12 | 8/21/18 | 000007QAXE | 8/8/18 | $4,384.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10122 | $4,954.12 | 8/21/18 | 000007QAXD | 8/8/18 | $511.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10122 | $4,954.12 | 8/21/18 | 000007QBWI | 8/8/18 | $52.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10122 | $4,954.12 | 8/21/18 | 000007QB24 | 8/8/18 | $5.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10957 | $66.00 | 8/22/18 | 000007QEJQ | 8/9/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 000007QGY2 | 8/11/18 | $205.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 000007QGY0 | 8/11/18 | $103.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 000007QGY1 | 8/11/18 | $102.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 000007QGXZ | 8/11/18 | $55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 0000602196 | 8/21/18 | -$70.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12249 | $278.34 | 8/24/18 | 0000602348 | 8/21/18 | -$118.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOD6 | 8/13/18 | $408.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QNRM | 8/13/18 | $288.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOWV | 8/13/18 | $148.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QNRN | 8/13/18 | $66.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOWT | 8/13/18 | $66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QP79 | 8/13/18 | $51.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOD5 | 8/13/18 | $44.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOWW | 8/13/18 | $35.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QOWU | 8/13/18 | $8.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QSXG | 8/14/18 | $764.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QRIO | 8/14/18 | $207.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QSAH | 8/14/18 | $88.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13405 | $2,239.49 | 8/27/18 | 000007QRIN | 8/14/18 | $60.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 000007QVUJ | 8/15/18 | $725.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 000007QVUM | 8/15/18 | $483.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 000007QVUL | 8/15/18 | $185.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 000007QVUN | 8/15/18 | $34.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 000007QVUK | 8/15/18 | $12.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 0000603002 | 8/23/18 | -$55.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14202 | $1,374.34 | 8/28/18 | 0000603416 | 8/24/18 | -$11.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14981 | $142.94 | 8/29/18 | 000007QZ31 | 8/16/18 | $90.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14981 | $142.94 | 8/29/18 | 000007QYQW | 8/16/18 | $40.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14981 | $142.94 | 8/29/18 | 000007QYQV | 8/16/18 | $11.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15762 | $422.19 | 8/30/18 | 000007R1WG | 8/17/18 | $408.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15762 | $422.19 | 8/30/18 | 000007R1VI | 8/17/18 | $13.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R7DZ | 8/20/18 | $561.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R8HB | 8/20/18 | $176.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R8AG | 8/20/18 | $111.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R900 | 8/20/18 | $42.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R84Z | 8/20/18 | $40.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R758 | 8/20/18 | $34.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007R8HA | 8/20/18 | $27.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007RBBI | 8/21/18 | $561.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007RBOA | 8/21/18 | $154.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007RBBJ | 8/21/18 | $130.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 000007RB8A | 8/21/18 | $52.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604429 | 8/28/18 | -$5.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604247 | 8/28/18 | -$9.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604249 | 8/28/18 | -$12.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604283 | 8/28/18 | -$21.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604246 | 8/28/18 | -$34.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604245 | 8/28/18 | -$88.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604613 | 8/29/18 | -$87.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17420 | $940.64 | 9/4/18 | 0000604614 | 8/29/18 | -$692.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 000007RHGM | 8/23/18 | $583.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 000007RHGL | 8/23/18 | $511.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 000007RHBP | 8/23/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 000007RHBQ | 8/23/18 | $58.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 000007RHGN | 8/23/18 | $23.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 0000604987 | 8/30/18 | -$0.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 0000605143 | 8/30/18 | -$42.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18227 | $1,156.51 | 9/5/18 | 0000480030 | 9/1/18 | -$39.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RK56 | 8/24/18 | $1,461.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RK7E | 8/24/18 | $553.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RK57 | 8/24/18 | $404.52 |

Tech For Less Inc., Dba Tech For Less LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                     Exhibit A                                     P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RK58 | 8/24/18 | $245.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RK59 | 8/24/18 | $43.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RJS2 | 8/24/18 | $26.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19000 | $2,757.61 | 9/6/18 | 000007RJS1 | 8/24/18 | $23.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQSP | 8/27/18 | $913.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQCW | 8/27/18 | $280.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQCX | 8/27/18 | $267.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RPQ3 | 8/27/18 | $157.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RPQ2 | 8/27/18 | $134.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQ8A | 8/27/18 | $124.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQSQ | 8/27/18 | $123.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQ89 | 8/27/18 | $63.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQK3 | 8/27/18 | $60.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQ8C | 8/27/18 | $46.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 000007RQ8B | 8/27/18 | $6.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 0000605967 | 9/4/18 | -$289.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20344 | $1,823.08 | 9/10/18 | 0000606410 | 9/5/18 | -$66.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RWGO | 8/29/18 | $2,589.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RX70 | 8/29/18 | $903.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RWGQ | 8/29/18 | $278.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RXAK | 8/29/18 | $110.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RWGP | 8/29/18 | $62.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 000007RXAJ | 8/29/18 | $35.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 0000606802 | 9/6/18 | -$560.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21052 | $3,394.88 | 9/11/18 | 0000607187 | 9/7/18 | -$25.07 |

Totals:    30 transfer(s),    $42,902.68

Tech For Less Inc., Dba Tech For Less LLC

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                         Exhibit A                                         P. 6