| | |
|---|---|
| Defendant: | The Basket Company & Corp. |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780979653 | $1,989.94 | 7/17/18 | CD3102739ED | 7/5/18 | $1,672.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780979653 | $1,989.94 | 7/17/18 | CD3102748ED | 7/5/18 | $317.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089437 | 6/1/18 | $7,963.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089448 | 6/1/18 | $7,963.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089445 | 6/1/18 | $7,927.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089452 | 6/1/18 | $7,465.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089436 | 6/1/18 | $7,306.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089444 | 6/1/18 | $7,306.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089449 | 6/1/18 | $7,306.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980377 | $60,545.57 | 7/18/18 | 258089454 | 6/1/18 | $7,306.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983663 | $1,579.30 | 7/25/18 | 258108238 | 6/8/18 | $717.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983663 | $1,579.30 | 7/25/18 | 258108239 | 6/8/18 | $717.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983663 | $1,579.30 | 7/25/18 | 258100263 | 6/8/18 | $176.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983663 | $1,579.30 | 7/25/18 | 8361AD070818CG7 | 7/6/18 | -$15.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983663 | $1,579.30 | 7/25/18 | 8710K88477004 | 7/12/18 | -$16.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984570 | $5,481.45 | 7/26/18 | 257999686 | 5/4/18 | $5,614.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984570 | $5,481.45 | 7/26/18 | 8361AD071518B94 | 7/13/18 | -$12.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984570 | $5,481.45 | 7/26/18 | 8361AD071518B93 | 7/13/18 | -$120.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167587 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167583 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167584 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167586 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167588 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167592 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167595 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167596 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258167598 | 6/22/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 258126898 | 6/22/18 | $717.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 8361AD072218CE7 | 7/20/18 | -$205.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990623 | $18,918.81 | 8/10/18 | 20180835KPW | 7/26/18 | -$11,953.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167590 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167599 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167597 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167591 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167589 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167585 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167582 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 258167593 | 6/25/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991944 | $26,940.74 | 8/14/18 | 8361AD072918CH5 | 7/27/18 | -$46.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993475 | $9,809.89 | 8/16/18 | 258167580 | 6/27/18 | $3,373.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780993475 | $9,809.89 | 8/16/18 | 258167594 | 6/27/18 | $3,373.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993475 | $9,809.89 | 8/16/18 | 258167581 | 6/27/18 | $3,062.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006474 | $11,771.34 | 9/13/18 | 20180835KPWA | 6/28/18 | $11,953.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006474 | $11,771.34 | 9/13/18 | 8361AD080518CN5 | 8/3/18 | -$106.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006474 | $11,771.34 | 9/13/18 | 8361AD081918BR2 | 8/17/18 | -$15.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006474 | $11,771.34 | 9/13/18 | 8361AD082618CS2 | 8/24/18 | -$60.39 |

**Totals:**    8 transfer(s),  $137,037.04

The Basket Company & Corp.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

P. 2