| | |
|---|---|
| Defendant: | **Touchstorm LLC** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780995387 | $33,750.00 | 8/17/18 | 166880 | 6/1/18 | $33,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009403 | $7,083.33 | 9/18/18 | 167500 | 7/1/18 | $7,083.33 |

**Totals:**     **2 transfer(s),  $40,833.33**