| Defendant: | **Transfuel Inc.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980914 | $1,283.75 | 7/18/18 | 30779 | 5/4/18 | $1,283.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984262 | $6,505.35 | 7/25/18 | 26594 | 1/2/18 | $1,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984262 | $6,505.35 | 7/25/18 | 26710 | 1/4/18 | $1,639.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984262 | $6,505.35 | 7/25/18 | 26608 | 1/8/18 | $1,007.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984262 | $6,505.35 | 7/25/18 | 26751 | 1/12/18 | $1,453.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984262 | $6,505.35 | 7/25/18 | 26900 | 1/15/18 | $1,378.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987668 | $2,496.40 | 8/1/18 | 29964 | 5/19/18 | $714.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987668 | $2,496.40 | 8/1/18 | 30907 | 5/21/18 | $1,185.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987668 | $2,496.40 | 8/1/18 | 30963 | 5/22/18 | $596.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998802 | $2,863.75 | 8/28/18 | 31378 | 6/9/18 | $671.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998802 | $2,863.75 | 8/28/18 | 31418 | 6/12/18 | $2,192.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 26814 | 1/15/18 | $1,339.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27484 | 2/2/18 | $1,868.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27700 | 2/7/18 | $2,646.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27710 | 2/9/18 | $1,354.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27941 | 2/13/18 | $2,370.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27977 | 2/14/18 | $632.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27978 | 2/15/18 | $541.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 27979 | 2/16/18 | $987.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 28136 | 2/23/18 | $1,501.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 28719 | 3/9/18 | $1,880.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 28859 | 3/13/18 | $2,816.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 28873 | 3/16/18 | $2,725.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29075 | 3/20/18 | $2,855.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29203 | 3/23/18 | $2,306.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29304 | 3/27/18 | $2,666.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29323 | 3/29/18 | $1,425.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29442 | 4/3/18 | $2,867.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29443 | 4/6/18 | $1,220.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29709 | 4/10/18 | $2,788.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29710 | 4/13/18 | $1,817.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 29896 | 4/17/18 | $2,117.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 30173 | 4/20/18 | $1,911.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 30174 | 4/23/18 | $1,283.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 30364 | 4/24/18 | $801.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 30312 | 4/26/18 | $1,619.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 30363 | 4/28/18 | $1,027.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 31504 | 6/15/18 | $1,856.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 31500 | 6/15/18 | $651.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 32075 | 7/6/18 | $572.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781002300 | $50,646.90 | 9/4/18 | 31990 | 7/6/18 | $193.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013280 | $1,370.65 | 9/25/18 | 32001 | 7/6/18 | $651.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013280 | $1,370.65 | 9/25/18 | 31989 | 7/6/18 | $395.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013280 | $1,370.65 | 9/25/18 | 31993 | 7/6/18 | $205.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013280 | $1,370.65 | 9/25/18 | 31992 | 7/6/18 | $118.50 |

**Totals:**   6 transfer(s),  $65,166.80