| | |
|---|---|
| Defendant: | **Trimfoot Co LLC, Dba Wee Kids** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980921 | $5,765.25 | 7/18/18 | 1194704 | 4/26/18 | $5,214.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980921 | $5,765.25 | 7/18/18 | 1194705 | 4/26/18 | $551.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981634 | $3,820.05 | 7/19/18 | 1195187 | 5/3/18 | $4,843.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981634 | $3,820.05 | 7/19/18 | MA18188697517 | 7/7/18 | -$1,023.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982230 | $7,583.95 | 7/20/18 | 1194703 | 4/26/18 | $7,486.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982230 | $7,583.95 | 7/20/18 | 1195216 | 5/4/18 | $97.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985587 | $6,666.70 | 7/27/18 | 1195186 | 5/3/18 | $6,666.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987680 | $7,942.05 | 8/1/18 | 1195654 | 5/10/18 | $7,756.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987680 | $7,942.05 | 8/1/18 | 1195655 | 5/10/18 | $185.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988407 | $10,960.95 | 8/2/18 | 1195653 | 5/10/18 | $10,960.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992576 | $4,639.70 | 8/14/18 | 1196338 | 5/17/18 | $4,639.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993367 | $3,570.30 | 8/15/18 | 1196339 | 5/17/18 | $3,450.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993367 | $3,570.30 | 8/15/18 | 1196340 | 5/17/18 | $120.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996176 | $2,988.68 | 8/20/18 | 1196773 | 5/24/18 | $5,344.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996176 | $2,988.68 | 8/20/18 | 1196774 | 5/24/18 | $169.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996176 | $2,988.68 | 8/20/18 | 8361AD080518A52 | 8/3/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996176 | $2,988.68 | 8/20/18 | MA18216697517 | 8/4/18 | -$2,516.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998812 | $14,051.13 | 8/28/18 | 1196772 | 5/24/18 | $6,709.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998812 | $14,051.13 | 8/28/18 | 1197174 | 5/31/18 | $3,813.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998812 | $14,051.13 | 8/28/18 | 1197175 | 5/31/18 | $3,406.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998812 | $14,051.13 | 8/28/18 | 1197176 | 5/31/18 | $124.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998812 | $14,051.13 | 8/28/18 | 8710K88493301 | 8/7/18 | -$1.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001619 | $9,123.52 | 9/3/18 | 1197732 | 6/7/18 | $4,985.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001619 | $9,123.52 | 9/3/18 | 1197733 | 6/7/18 | $4,340.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001619 | $9,123.52 | 9/3/18 | 1197734 | 6/7/18 | $90.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001619 | $9,123.52 | 9/3/18 | 8361AD081218AZ9 | 8/10/18 | -$3.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001619 | $9,123.52 | 9/3/18 | 8710K88473259 | 8/15/18 | -$290.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005060 | $4,288.20 | 9/10/18 | 1198322 | 6/14/18 | $4,116.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005060 | $4,288.20 | 9/10/18 | 1198323 | 6/14/18 | $171.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006389 | $6,112.65 | 9/12/18 | 1198321 | 6/14/18 | $6,112.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007859 | $6,134.30 | 9/14/18 | 1198837 | 6/21/18 | $6,134.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009424 | $4,612.45 | 9/18/18 | 1198838 | 6/21/18 | $4,467.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009424 | $4,612.45 | 9/18/18 | 1198839 | 6/21/18 | $145.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013981 | $48,575.89 | 9/26/18 | 1199549 | 6/28/18 | $44,214.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013981 | $48,575.89 | 9/26/18 | 1199408 | 6/28/18 | $5,281.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013981 | $48,575.89 | 9/26/18 | 8361AD090218A44 | 8/31/18 | -$2.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013981 | $48,575.89 | 9/26/18 | MA18244697517 | 9/1/18 | -$916.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014627 | $35,765.40 | 9/27/18 | 1199550 | 6/28/18 | $31,758.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014627 | $35,765.40 | 9/27/18 | 1199409 | 6/28/18 | $3,846.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014627 | $35,765.40 | 9/27/18 | 1199410 | 6/28/18 | $160.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Totals:** | 17 transfer(s), $182,601.17 | | | | | | |