Defendant: **TTEC Holdings Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781020181 | $111,083.00 | 9/25/18 | 810301 | 7/20/18 | $111,083.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023875 | $1,108,810.80 | 10/2/18 | 810338 | 7/30/18 | $1,147,945.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023875 | $1,108,810.80 | 10/2/18 | 810338DM | 9/28/18 | -$39,134.50 |

Totals:    2 transfer(s),    $1,219,893.80