Defendant: **Ultimate Software Group Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV981208 | 5/31/18 | $160,813.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV975768 | 5/31/18 | $1,900.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV974774 | 5/31/18 | $1,440.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV974686 | 5/31/18 | $585.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV977046 | 5/31/18 | $375.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990537 | $165,208.15 | 7/30/18 | INV974988 | 5/31/18 | $95.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006394 | $750.00 | 8/29/18 | INV985066 | 6/30/18 | $750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022296 | $40,114.50 | 9/28/18 | INV998070 | 7/31/18 | $39,244.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022296 | $40,114.50 | 9/28/18 | INV994543 | 7/31/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022296 | $40,114.50 | 9/28/18 | INV994528 | 7/31/18 | $300.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022296 | $40,114.50 | 9/28/18 | INV993292 | 7/31/18 | $270.00 |

Totals:    3 transfer(s),  $206,072.65