| | |
|---|---|
| Defendant: | **Uniek Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 901110 | 5/24/18 | $4,247.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 901433 | 5/24/18 | $3,521.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 901113 | 5/24/18 | $2,662.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 901111 | 5/24/18 | $1,455.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 901112 | 5/24/18 | $1,040.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 904332 | 5/31/18 | $160.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 905028 | 6/1/18 | $704.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | 8361AD070118B12 | 6/29/18 | -$1,036.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980946 | $909.91 | 7/18/18 | MA18180714879 | 6/29/18 | -$11,846.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981638 | $22.51 | 7/19/18 | 905027 | 6/1/18 | $543.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780981638 | $22.51 | 7/19/18 | 8361AD070818BR3 | 7/6/18 | -$520.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982235 | $2,274.56 | 7/20/18 | 905029 | 6/1/18 | $2,274.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982923 | $1,732.04 | 7/23/18 | 904705 | 5/31/18 | $1,732.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983581 | $1,634.81 | 7/24/18 | 905026 | 6/1/18 | $1,634.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984297 | $4,681.30 | 7/25/18 | 908072 | 6/8/18 | $2,556.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984297 | $4,681.30 | 7/25/18 | 908070 | 6/8/18 | $2,124.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985001 | $737.15 | 7/26/18 | 908068 | 6/8/18 | $1,278.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985001 | $737.15 | 7/26/18 | 8361AD071518BM1 | 7/13/18 | -$541.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985593 | $5,779.96 | 7/27/18 | 907499 | 6/7/18 | $5,779.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989031 | $3,728.66 | 8/7/18 | 911163 | 6/14/18 | $4,221.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989031 | $3,728.66 | 8/7/18 | 7705050535 | 7/17/18 | -$3.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989031 | $3,728.66 | 8/7/18 | 8361AD072218BQ4 | 7/20/18 | -$489.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989784 | $20,870.11 | 8/8/18 | 908069 | 6/8/18 | $6,965.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989784 | $20,870.11 | 8/8/18 | 908071 | 6/8/18 | $6,527.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989784 | $20,870.11 | 8/8/18 | 910615 | 6/14/18 | $5,562.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989784 | $20,870.11 | 8/8/18 | 913741 | 6/21/18 | $1,814.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991217 | $2,482.95 | 8/10/18 | 913742 | 6/21/18 | $1,554.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991217 | $2,482.95 | 8/10/18 | 913739 | 6/21/18 | $928.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991870 | $770.03 | 8/13/18 | 914172 | 6/21/18 | $1,298.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991870 | $770.03 | 8/13/18 | 8361AD072918BR4 | 7/27/18 | -$505.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991870 | $770.03 | 8/13/18 | 7705051202 | 7/29/18 | -$22.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992581 | $2,162.53 | 8/14/18 | 913743 | 6/21/18 | $2,162.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993376 | $566.54 | 8/15/18 | 917130 | 6/28/18 | $566.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994218 | $4,555.77 | 8/16/18 | 913740 | 6/21/18 | $4,555.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995434 | $1,991.03 | 8/17/18 | 917129 | 6/28/18 | $1,370.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995434 | $1,991.03 | 8/17/18 | 917127 | 6/28/18 | $620.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998834 | $7,007.65 | 8/28/18 | 917128 | 6/28/18 | $438.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998834 | $7,007.65 | 8/28/18 | 920257 | 7/5/18 | $3,403.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998834 | $7,007.65 | 8/28/18 | 921484 | 7/9/18 | $3,914.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998834 | $7,007.65 | 8/28/18 | 8361AD080518BW2 | 8/3/18 | -$750.01 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780999492 | $10,954.00 | 8/29/18 | 920255 | 7/5/18 | $9,628.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999492 | $10,954.00 | 8/29/18 | 920256 | 7/5/18 | $1,551.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999492 | $10,954.00 | 8/29/18 | 8361AD081218BJ4 | 8/10/18 | -$225.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000135 | $15,102.14 | 8/30/18 | 920258 | 7/5/18 | $7,880.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000135 | $15,102.14 | 8/30/18 | 920290 | 7/5/18 | $7,234.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000135 | $15,102.14 | 8/30/18 | 7705052147 | 8/13/18 | -$13.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002333 | $1,412.91 | 9/4/18 | 924266 | 7/12/18 | $1,412.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003026 | $590.63 | 9/5/18 | 924268 | 7/12/18 | $800.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003026 | $590.63 | 9/5/18 | 8361AD081918A97 | 8/17/18 | -$210.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003616 | $4,764.90 | 9/6/18 | 928209 | 7/19/18 | $3,403.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003616 | $4,764.90 | 9/6/18 | 928210 | 7/19/18 | $1,361.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004386 | $9,317.27 | 9/7/18 | 924311 | 7/12/18 | $3,646.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004386 | $9,317.27 | 9/7/18 | 924270 | 7/12/18 | $3,540.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004386 | $9,317.27 | 9/7/18 | 924310 | 7/12/18 | $2,130.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005067 | $31,644.25 | 9/10/18 | 928359 | 7/19/18 | $13,798.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005067 | $31,644.25 | 9/10/18 | 928208 | 7/19/18 | $13,761.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005067 | $31,644.25 | 9/10/18 | 928207 | 7/19/18 | $2,308.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005067 | $31,644.25 | 9/10/18 | 928360 | 7/19/18 | $1,775.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005728 | $9,452.89 | 9/11/18 | 924267 | 7/12/18 | $4,758.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005728 | $9,452.89 | 9/11/18 | 928245 | 7/19/18 | $3,362.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005728 | $9,452.89 | 9/11/18 | 928246 | 7/19/18 | $1,331.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006395 | $9,978.39 | 9/12/18 | 928372 | 7/19/18 | $8,555.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006395 | $9,978.39 | 9/12/18 | 928243 | 7/19/18 | $1,498.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006395 | $9,978.39 | 9/12/18 | 928244 | 7/19/18 | $710.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006395 | $9,978.39 | 9/12/18 | 8361AD082618BZ2 | 8/24/18 | -$785.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007866 | $4,269.91 | 9/14/18 | 924269 | 7/12/18 | $1,686.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007866 | $4,269.91 | 9/14/18 | 932994 | 7/26/18 | $2,583.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009449 | $4,316.64 | 9/18/18 | 932996 | 7/26/18 | $2,872.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009449 | $4,316.64 | 9/18/18 | 932997 | 7/26/18 | $1,444.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010628 | $7,501.21 | 9/19/18 | 933002 | 7/26/18 | $7,939.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781010628 | $7,501.21 | 9/19/18 | 8361AD090218BS8 | 8/31/18 | -$438.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011316 | $10,599.32 | 9/20/18 | 932998 | 7/26/18 | $10,599.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011898 | $1,135.62 | 9/21/18 | 937652 | 8/2/18 | $1,135.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012641 | $8,785.89 | 9/24/18 | 932995 | 7/26/18 | $8,785.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013307 | $508.79 | 9/25/18 | 937653 | 8/2/18 | $508.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013986 | $728.48 | 9/26/18 | 937649 | 8/2/18 | $1,104.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013986 | $728.48 | 9/26/18 | KM170547 | 9/6/18 | -$171.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013986 | $728.48 | 9/26/18 | 8361AD090918BO0 | 9/7/18 | -$204.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014633 | $6,248.94 | 9/27/18 | 937651 | 8/2/18 | $4,519.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014633 | $6,248.94 | 9/27/18 | 938229 | 8/2/18 | $1,729.25 |

Totals:    35 transfer(s),   $199,219.69