| | |
|---|---|
| Defendant: | **Universal Hosiery Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980961 | $4,436.28 | 7/18/18 | EDI514912 | 4/15/18 | $4,682.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980961 | $4,436.28 | 7/18/18 | 8361AD070118CJ7 | 6/29/18 | -$246.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984310 | $24,982.07 | 7/25/18 | EDI514917 | 4/1/18 | $19,112.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984310 | $24,982.07 | 7/25/18 | EDI514918 | 4/8/18 | $354.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984310 | $24,982.07 | 7/25/18 | EDI514913 | 4/15/18 | $3,817.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984310 | $24,982.07 | 7/25/18 | EDI514916 | 4/25/18 | $1,810.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984310 | $24,982.07 | 7/25/18 | 8361AD070818B73 | 7/6/18 | -$113.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987714 | $15,147.03 | 8/1/18 | EDI514920 | 4/1/18 | $10,120.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987714 | $15,147.03 | 8/1/18 | EDI514921 | 4/8/18 | $4,908.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987714 | $15,147.03 | 8/1/18 | EDI514919 | 4/25/18 | $1,417.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987714 | $15,147.03 | 8/1/18 | 8361AD071518B03 | 7/13/18 | -$210.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987714 | $15,147.03 | 8/1/18 | 8361D006307794 | 7/18/18 | -$1,088.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514931 | 4/15/18 | $412.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514932 | 4/22/18 | $432.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514936 | 4/29/18 | $555.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514937 | 5/6/18 | $382.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514938 | 5/13/18 | $698.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | EDI514939 | 5/20/18 | $496.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | 8361AD072218B60 | 7/20/18 | -$80.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680297 | 7/22/18 | -$0.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680299 | 7/22/18 | -$3.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680296 | 7/22/18 | -$4.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680291 | 7/22/18 | -$11.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680295 | 7/22/18 | -$27.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680293 | 7/22/18 | -$41.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680300 | 7/22/18 | -$46.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680294 | 7/22/18 | -$52.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680298 | 7/22/18 | -$56.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | VPFR991680292 | 7/22/18 | -$108.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995449 | $2,394.32 | 8/17/18 | 8361AD072918B74 | 7/27/18 | -$150.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | EDI514933 | 4/15/18 | $2,135.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | EDI514934 | 4/22/18 | $1,873.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | EDI514935 | 4/29/18 | $1,974.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | 8361AD080518CD2 | 8/3/18 | -$124.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684974 | 8/5/18 | -$0.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684975 | 8/5/18 | -$1.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684976 | 8/5/18 | -$3.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684971 | 8/5/18 | -$3.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684978 | 8/5/18 | -$4.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684977 | 8/5/18 | -$4.05 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684980 | 8/5/18 | -$5.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684972 | 8/5/18 | -$51.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684973 | 8/5/18 | -$98.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998846 | $5,574.90 | 8/28/18 | VPFR991684979 | 8/5/18 | -$112.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514940 | 5/6/18 | $1,421.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514941 | 5/13/18 | $1,817.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514950 | 5/14/18 | $6,100.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514951 | 5/14/18 | $3,218.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514942 | 5/20/18 | $1,784.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514952 | 5/27/18 | $859.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514956 | 6/1/18 | $8,119.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514957 | 6/1/18 | $2,505.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | EDI514953 | 6/3/18 | $605.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002343 | $26,345.33 | 9/4/18 | 8361AD081218BW6 | 8/10/18 | -$87.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | EDI514944 | 5/14/18 | $8,119.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | EDI514945 | 5/14/18 | $2,527.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | EDI514946 | 6/1/18 | $6,143.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | EDI514947 | 6/1/18 | $3,240.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | EDI514958 | 6/10/18 | $1,126.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005741 | $21,148.93 | 9/11/18 | 8361AD081918BJ7 | 8/17/18 | -$7.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009459 | $4,840.47 | 9/18/18 | EDI514954 | 5/27/18 | $2,127.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009459 | $4,840.47 | 9/18/18 | EDI514955 | 6/3/18 | $2,236.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009459 | $4,840.47 | 9/18/18 | EDI514960 | 6/14/18 | $644.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009459 | $4,840.47 | 9/18/18 | 8361AD082618CG9 | 8/24/18 | -$168.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | EDI514959 | 6/10/18 | $2,219.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | EDI514965 | 6/14/18 | $343.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | EDI514961 | 6/17/18 | $774.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | EDI514963 | 6/24/18 | $622.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | 8361AD090218B79 | 8/31/18 | -$95.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013322 | $3,379.28 | 9/25/18 | VPJIT0326990058 | 9/2/18 | -$485.57 |

Totals:    9 transfer(s),    $108,248.61

Universal Hosiery Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A