Defendant: **Vibes Media LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780987746 | $170,050.25 | 8/1/18 | 20980 | 5/21/18 | $82,472.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987746 | $170,050.25 | 8/1/18 | 20981 | 5/21/18 | $75,886.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987746 | $170,050.25 | 8/1/18 | 20979 | 5/21/18 | $4,166.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987746 | $170,050.25 | 8/1/18 | 20995A | 5/23/18 | $7,525.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998881 | $191,962.06 | 8/28/18 | 21052 | 6/11/18 | $91,436.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998881 | $191,962.06 | 8/28/18 | 21051 | 6/11/18 | $75,886.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998881 | $191,962.06 | 8/28/18 | 21050A | 6/11/18 | $11,056.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998881 | $191,962.06 | 8/28/18 | 21050 | 6/11/18 | $9,206.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998881 | $191,962.06 | 8/28/18 | 21127 | 6/13/18 | $4,375.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002374 | $64,750.00 | 9/4/18 | 21159 | 6/18/18 | $64,750.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005768 | $76,386.00 | 9/11/18 | 20765A | 6/24/18 | $76,386.00 |

Totals:    4 transfer(s),  $503,148.31