Defendant: **Walnut Hill Properties LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172050 | $29,139.42 | 8/30/18 | 0000072618 | 7/26/18 | $29,139.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173424 | $29,139.42 | 9/11/18 | 0000082618 | 8/26/18 | $29,139.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174768 | $29,139.42 | 10/12/18 | 0000092518 | 9/25/18 | $29,139.42 |

Totals:     3 transfer(s),  $87,418.26