| | | |
|---|---|---|
| Defendant: | **Wicked Fashions Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 6387410 | 6/20/18 | $4,729.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 6387671 | 6/25/18 | $66,262.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 6387954 | 6/28/18 | $26,756.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 6387955 | 6/28/18 | $18,843.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 6387956 | 6/28/18 | $13,749.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88478872 | 7/13/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88479118 | 7/13/18 | -$52.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88482618 | 7/14/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88481077 | 7/14/18 | -$28.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88482602 | 7/14/18 | -$29.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986358 | $130,179.28 | 7/20/18 | 8710K88485191 | 7/18/18 | -$17.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987791 | $89,920.46 | 7/24/18 | 6387431 | 6/21/18 | $31,248.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987791 | $89,920.46 | 7/24/18 | 6387429 | 6/21/18 | $31,242.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987791 | $89,920.46 | 7/24/18 | 6387430 | 6/21/18 | $27,498.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987791 | $89,920.46 | 7/24/18 | 8710K88486632 | 7/19/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987791 | $89,920.46 | 7/24/18 | 8710K88486104 | 7/19/18 | -$59.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988430 | $97,224.98 | 7/25/18 | 6387670 | 6/25/18 | $42,408.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988430 | $97,224.98 | 7/25/18 | 6387791 | 6/26/18 | $54,829.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988430 | $97,224.98 | 7/25/18 | 8361AD072218BZ8 | 7/20/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 6387954 | 6/28/18 | $12,336.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | VPJIT0326990009 | 7/22/18 | -$608.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 8710K88488889 | 7/25/18 | -$7.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 8710K88487915 | 7/25/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 8710K88487024 | 7/25/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 8710K88490235 | 7/27/18 | -$24.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991884 | $11,376.58 | 8/1/18 | 8710K88490711 | 7/27/18 | -$283.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6365542 | 6/19/17 | $138.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6365721 | 6/22/17 | $66.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6365850 | 6/27/17 | $120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6366127 | 6/30/17 | $92.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6366845 | 7/19/17 | $270.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6367016 | 7/21/17 | $46.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6369213 | 8/24/17 | $558.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6369219 | 8/24/17 | $150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6369517 | 8/29/17 | $60.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6369806 | 8/31/17 | $477.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6370157 | 9/7/17 | $90.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6375490 | 11/27/17 | $4,080.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6377764 | 12/22/17 | $360.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6377765 | 12/22/17 | $312.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6377766 | 12/22/17 | $144.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6380685 | 2/16/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6382678 | 3/19/18 | $792.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6382676 | 3/19/18 | $630.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 6382681 | 3/19/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7691763IN076 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7691140IN696 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7465611IN137 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7339006IN761 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM2924517IN075 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM2502449IN045 | 6/11/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM2924384IN697 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM3022482IN698 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM6744816IN258 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7682160IN507 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM7691157IN074 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | ITM2558016IN762 | 7/3/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 8710K88492942 | 8/1/18 | -$19.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 8710K88494618 | 8/4/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998191 | $6,576.88 | 8/13/18 | 8710K88495821 | 8/9/18 | -$27.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998924 | $57,083.88 | 8/14/18 | 6388494 | 7/11/18 | $57,116.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998924 | $57,083.88 | 8/14/18 | 8710K88498311 | 8/10/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998924 | $57,083.88 | 8/14/18 | 8710K88497818 | 8/10/18 | -$20.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999510 | $773.70 | 8/15/18 | 6375426 | 11/24/17 | $810.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999510 | $773.70 | 8/15/18 | 8710K88500207 | 8/11/18 | -$36.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000154 | $41,409.18 | 8/16/18 | 6388920 | 7/20/18 | $41,409.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001639 | $1,869.05 | 8/20/18 | 6389323 | 7/27/18 | $1,962.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001639 | $1,869.05 | 8/20/18 | 8710K88501591 | 8/15/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001639 | $1,869.05 | 8/20/18 | 8710K88502940 | 8/15/18 | -$25.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001639 | $1,869.05 | 8/20/18 | 8710K88506123 | 8/16/18 | -$28.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001639 | $1,869.05 | 8/20/18 | 8710K88504172 | 8/16/18 | -$29.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002424 | $139,929.66 | 8/21/18 | 6389359 | 7/30/18 | $88,582.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002424 | $139,929.66 | 8/21/18 | 6389384 | 7/30/18 | $33,178.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002424 | $139,929.66 | 8/21/18 | 6389385 | 7/30/18 | $15,836.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002424 | $139,929.66 | 8/21/18 | 6389383 | 7/30/18 | $2,332.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 6389323 | 7/27/18 | $109,688.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 6389507 | 7/31/18 | $60,875.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 8710K88509338 | 8/18/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 8710K88510752 | 8/18/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 8710K88512098 | 8/22/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005810 | $170,489.61 | 8/28/18 | 8710K88512813 | 8/24/18 | -$31.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 6389382 | 7/30/18 | $13,671.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 6389381 | 7/30/18 | $5,155.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 6389505 | 7/31/18 | $47,748.06 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 6389506 | 7/31/18 | $19,273.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 8361AD082618B95 | 8/24/18 | -$12.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 8710K88514218 | 8/25/18 | -$95.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007890 | $85,734.45 | 8/31/18 | 8710K88510739 | 8/29/18 | -$6.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008643 | $99,623.70 | 9/3/18 | 6389614 | 8/3/18 | $99,742.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008643 | $99,623.70 | 9/3/18 | 8710K88517267 | 8/30/18 | -$13.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008643 | $99,623.70 | 9/3/18 | 8710K88515887 | 8/30/18 | -$26.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008643 | $99,623.70 | 9/3/18 | 8710K88515391 | 8/30/18 | -$78.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013391 | $29,721.65 | 9/11/18 | 6390455 | 8/21/18 | $29,783.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013391 | $29,721.65 | 9/11/18 | 8710K88519970 | 8/31/18 | -$12.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013391 | $29,721.65 | 9/11/18 | 8710K88518108 | 8/31/18 | -$20.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013391 | $29,721.65 | 9/11/18 | 8710K88520601 | 9/7/18 | -$29.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | ITM3202971IN519 | 8/6/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | ITM9681836IN521 | 8/6/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | ITM3202935IN520 | 8/6/18 | -$200.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 6390486 | 8/22/18 | $55,172.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88523281 | 9/8/18 | -$11.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88523758 | 9/12/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88525548 | 9/12/18 | -$14.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88526711 | 9/13/18 | -$23.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88529467 | 9/14/18 | -$29.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88530958 | 9/19/18 | -$32.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019520 | $54,429.25 | 9/24/18 | 8710K88532036 | 9/20/18 | -$24.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391203 | 9/4/18 | $61,887.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391222 | 9/4/18 | $52,089.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391204 | 9/4/18 | $50,136.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391225 | 9/4/18 | $26,505.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391223 | 9/4/18 | $21,974.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391224 | 9/4/18 | $11,048.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391221 | 9/4/18 | $4,112.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391503 | 9/7/18 | $21,064.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391502 | 9/7/18 | $3,253.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391556 | 9/10/18 | $64,655.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391557 | 9/10/18 | $34,149.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391553 | 9/10/18 | $31,359.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391554 | 9/10/18 | $14,976.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 6391555 | 9/10/18 | $5,892.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88534703 | 9/21/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88533649 | 9/21/18 | -$30.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88536565 | 9/27/18 | -$9.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88535275 | 9/27/18 | -$61.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88505883 | 9/28/18 | -$5.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88535030 | 9/28/18 | -$8.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88538004 | 9/28/18 | -$12.10 |

Wicked Fashions Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020    Exhibit A    P. 3

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781023980 | $402,939.78 | 10/2/18 | 8710K88537690 | 9/28/18 | -$28.05 |
| **Totals:** | **16 transfer(s), $1,419,282.09** | | | | | | |