Defendant: **World Racing Group Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | 2018230 | 4/11/18 | $3,510.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | 2018023Z034 | 7/1/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | 2018023Z033 | 7/1/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | 2018023Z028 | 7/1/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | 2018023Z027 | 7/1/18 | $80,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009557 | $315,560.67 | 9/18/18 | DM072718 | 7/27/18 | -$7,949.47 |

Totals:    1 transfer(s),  $315,560.67