Defendant: **2 Girls Accys Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | ACH072418 | $35,025.78 | 7/24/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | ACH072418 | $8,029.09 | 9/5/18 | O/A | O/A | O/A |

Totals: 2 transfer(s), $43,054.87