Defendant: **2607117 Ontario Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,000.00 | 8/8/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $21,005.49 | 8/30/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,805.87 | 9/24/18 | O/A | O/A | O/A |

Totals: 3 transfer(s), $61,811.36