Defendant: **Brixton Everett LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169761 | $35,750.00 | 7/17/18 | 0000062518 | 6/25/18 | $30,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 169761 | $35,750.00 | 7/17/18 | 0000062518 | 6/25/18 | $5,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171314 | $35,750.00 | 8/7/18 | 0000072618 | 7/26/18 | $30,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171314 | $35,750.00 | 8/7/18 | 0000072618 | 7/26/18 | $5,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172725 | $35,750.00 | 9/6/18 | 0000082618 | 8/26/18 | $30,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172725 | $35,750.00 | 9/6/18 | 0000082618 | 8/26/18 | $5,750.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 115957 | $51,610.58 | 9/13/18 | 0000095899 | 4/11/18 | $51,610.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174072 | $35,750.00 | 10/10/18 | 0000092518 | 9/25/18 | $30,000.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174072 | $35,750.00 | 10/10/18 | 0000092518 | 9/25/18 | $5,750.00 |

Totals: 5 transfer(s), $194,610.58