Defendant: **Central Power Distributors Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000180710 | 7/10/18 | $71,727.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000505758 | 7/12/18 | $1,039.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000511109 | 7/12/18 | $554.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000506134 | 7/12/18 | $156.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000505352 | 7/12/18 | $109.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88820 | $73,632.70 | 7/19/18 | 0000507569 | 7/12/18 | $44.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89902 | $86,047.80 | 7/20/18 | 0000180711 | 7/11/18 | $86,047.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90347 | $110,554.32 | 7/23/18 | 0000180712 | 7/12/18 | $52,956.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90347 | $110,554.32 | 7/23/18 | 0000180713 | 7/13/18 | $57,845.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92048 | $56,709.99 | 7/23/18 | 0000180715 | 7/15/18 | $10,510.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92048 | $56,709.99 | 7/23/18 | 0000180716 | 7/16/18 | $46,777.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90347 | $110,554.32 | 7/23/18 | 0000511100 | 7/16/18 | -$248.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92048 | $56,709.99 | 7/23/18 | 0000512670 | 7/18/18 | -$577.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000180717 | 7/17/18 | $62,644.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000510335 | 7/19/18 | $1,018.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000510010 | 7/19/18 | $960.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000511105 | 7/19/18 | $153.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000512666 | 7/19/18 | $106.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92644 | $64,936.02 | 7/26/18 | 0000511109 | 7/19/18 | $52.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95389 | $177,195.88 | 7/30/18 | 0000180718 | 7/18/18 | $79,802.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95389 | $177,195.88 | 7/30/18 | 0000180719 | 7/19/18 | $60,003.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95389 | $177,195.88 | 7/30/18 | 0000180720 | 7/20/18 | $37,544.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95389 | $177,195.88 | 7/30/18 | 0000513328 | 7/20/18 | -$89.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96143 | $62,023.86 | 7/30/18 | 0000180722 | 7/22/18 | $8,363.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96143 | $62,023.86 | 7/30/18 | 0000180723 | 7/23/18 | $53,883.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95389 | $177,195.88 | 7/30/18 | 0000511616 | 7/24/18 | -$64.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96143 | $62,023.86 | 7/30/18 | 0000512661 | 7/25/18 | -$223.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96744 | $40,978.49 | 8/2/18 | 0000180724 | 7/24/18 | $40,978.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97899 | $35,922.30 | 8/3/18 | 0000180725 | 7/25/18 | $34,922.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97899 | $35,922.30 | 8/3/18 | 0000512670 | 7/27/18 | $577.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97899 | $35,922.30 | 8/3/18 | 0000511100 | 7/27/18 | $248.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97899 | $35,922.30 | 8/3/18 | 0000506123 | 7/27/18 | $174.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98611 | $163,694.91 | 8/6/18 | 0000180726 | 7/26/18 | $115,862.17 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98611 | $163,694.91 | 8/6/18 | 0000180727 | 7/27/18 | $47,832.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180729 | 7/29/18 | $12,077.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180730 | 7/30/18 | $48,024.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180731 | 7/31/18 | $42,748.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000515128cm | 7/31/18 | -$166.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000515124cm | 7/31/18 | -$436.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180801 | 8/1/18 | $131,123.44 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180802 | 8/2/18 | $41,228.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000513328 | 8/2/18 | $89.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000511616 | 8/2/18 | $64.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180803 | 8/3/18 | $26,808.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180805 | 8/5/18 | $11,189.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180806 | 8/6/18 | $50,030.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000516408cm | 8/6/18 | -$367.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180807 | 8/7/18 | $41,002.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000180808 | 8/8/18 | $85,682.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000513813 | 8/8/18 | -$223.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000514537cm | 8/9/18 | -$44.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000515111cm | 8/9/18 | -$53.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000513807cm | 8/9/18 | -$119.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/15/2018 | $488,600.86 | 8/15/18 | 0000506130cm | 8/10/18 | -$59.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08512 | $668.91 | 8/23/18 | 0000515124 | 8/13/18 | $436.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08512 | $668.91 | 8/23/18 | 0000512661 | 8/13/18 | $223.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08512 | $668.91 | 8/23/18 | 0000515128 | 8/13/18 | $166.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08512 | $668.91 | 8/23/18 | 0000518546 | 8/13/18 | -$156.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180809 | 8/9/18 | $74,658.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180810 | 8/10/18 | $28,778.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180812 | 8/12/18 | $9,696.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180813 | 8/13/18 | $51,430.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180814 | 8/14/18 | $54,253.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180815 | 8/15/18 | $65,995.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180816 | 8/16/18 | $93,916.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180817 | 8/17/18 | $47,361.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000513331cm | 8/17/18 | -$273.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180819 | 8/19/18 | $8,410.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180820 | 8/20/18 | $35,522.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000180821 | 8/21/18 | $58,468.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000518543cm | 8/21/18 | -$1,155.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000519329cm | 8/22/18 | -$58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:8/29/2018 | $526,886.99 | 8/29/18 | 0000508816cm | 8/22/18 | -$119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180903 | 9/3/18 | $10,610.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180904 | 9/4/18 | $88,599.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180905 | 9/5/18 | $65,163.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180909 | 9/9/18 | $8,077.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180910 | 9/10/18 | $38,841.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180911 | 9/11/18 | $37,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000520993cm | 9/11/18 | -$66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | CM:E26837 | 9/11/18 | -$24,804.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180912 | 9/12/18 | $102,056.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180913 | 9/13/18 | $32,833.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180914 | 9/14/18 | $55,932.78 |

Central Power Distributors Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521576-2337 | 9/14/18 | -$223.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180916 | 9/16/18 | $10,242.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180917 | 9/17/18 | $36,090.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521583cm | 9/17/18 | -$53.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521201cm | 9/17/18 | -$142.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000180918 | 9/18/18 | $33,867.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521576-2338 | 9/18/18 | -$41.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521585cm | 9/18/18 | -$58.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521584cm | 9/18/18 | -$146.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000521587cm | 9/18/18 | -$197.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000520014-2336 | 9/20/18 | $203.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000519328-2335 | 9/20/18 | $124.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000519317-2334 | 9/20/18 | $82.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000518258 | 9/20/18 | $70.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000010251 | 9/20/18 | -$12.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000010257 | 9/20/18 | -$27.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000522495cm | 9/20/18 | -$57.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/10/18 | $494,166.23 | 9/10/18 | 0000010261 | 9/20/18 | -$104.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000513331 | 7/9/18 | $273.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000519329 | 7/9/18 | $58.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000516408 | 8/24/18 | $367.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000513807 | 8/24/18 | $119.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000515111 | 8/24/18 | $53.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000514537 | 8/24/18 | $44.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000032604 | 8/24/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000519328 | 8/28/18 | -$124.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000032637 | 8/29/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000518528 | 8/31/18 | -$70.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000520016 | 8/31/18 | -$75.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000519317 | 8/31/18 | -$82.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000520014 | 8/31/18 | -$203.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000518528 | 8/31/18 | -$693.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000493858 | 9/4/18 | -$210.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000518546 | 9/5/18 | $156.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000506130 | 9/5/18 | $59.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000032659 | 9/5/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000032658 | 9/5/18 | -$31.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000518543 | 9/7/18 | $1,155.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20621 | $916.23 | 9/14/18 | 0000508816 | 9/7/18 | $119.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21277 | $137,368.30 | 9/17/18 | 0000180906 | 9/6/18 | $105,640.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21277 | $137,368.30 | 9/17/18 | 0000180907 | 9/7/18 | $31,727.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180822 | 8/22/18 | $47,963.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180823 | 8/23/18 | $101,463.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180824 | 8/24/18 | $30,897.20 |

Central Power Distributors Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180826 | 8/26/18 | $11,628.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180827 | 8/27/18 | $39,558.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180828 | 8/28/18 | $47,660.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180829 | 8/29/18 | $37,670.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180830 | 8/30/18 | $78,300.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire:9/27/2018 | $484,213.89 | 9/27/18 | 0000180831 | 8/31/18 | $89,072.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180903 | 9/3/18 | $10,610.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180904 | 9/4/18 | $88,599.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180905 | 9/5/18 | $65,163.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180909 | 9/9/18 | $8,077.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180910 | 9/10/18 | $38,841.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180911 | 9/11/18 | $37,304.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000520993 | 9/11/18 | -$66.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000010102 | 9/11/18 | -$494,166.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180912 | 9/12/18 | $102,056.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180913 | 9/13/18 | $32,833.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180914 | 9/14/18 | $55,932.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521576 | 9/14/18 | -$223.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180916 | 9/16/18 | $10,242.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180917 | 9/17/18 | $36,090.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521583 | 9/17/18 | -$53.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521201 | 9/17/18 | -$142.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000180918 | 9/18/18 | $33,867.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521576 | 9/18/18 | -$41.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521585 | 9/18/18 | -$58.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521584 | 9/18/18 | -$146.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000521587 | 9/18/18 | -$197.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000520014 | 9/20/18 | $203.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000519328 | 9/20/18 | $124.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000519317 | 9/20/18 | $82.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000518258 | 9/20/18 | $70.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000010251 | 9/20/18 | -$12.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000010257 | 9/20/18 | -$27.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000522495 | 9/20/18 | -$57.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26837 | $24,804.46 | 9/27/18 | 0000010261 | 9/20/18 | -$104.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27858 | $42,706.18 | 9/28/18 | 0000180919 | 9/19/18 | $42,706.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28523 | $148,852.71 | 10/1/18 | 0000180920 | 9/20/18 | $79,125.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28523 | $148,852.71 | 10/1/18 | 0000180921 | 9/21/18 | $69,726.79 |

**Totals:    20 transfer(s),  $3,220,881.03**