| | | |
|---|---|---|
| Defendant: | **Corecentric Solutions Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E81257 | $52,814.30 | 7/17/18 | 0000180501 | 5/1/18 | $39,383.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E81257 | $52,814.30 | 7/17/18 | 0000180502 | 5/2/18 | $5,914.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E81257 | $52,814.30 | 7/17/18 | 0000180503 | 5/3/18 | $7,516.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E82437 | $10,629.41 | 7/17/18 | 0000180504 | 5/4/18 | $10,629.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E84201 | $640.40 | 7/19/18 | 0000180507 | 5/7/18 | $640.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E84834 | $22,786.88 | 7/24/18 | 0000180508 | 5/8/18 | $7,521.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E84834 | $22,786.88 | 7/24/18 | 0000180509 | 5/9/18 | $9,097.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E84834 | $22,786.88 | 7/24/18 | 0000180510 | 5/10/18 | $6,168.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85978 | $10,294.72 | 7/24/18 | 0000180511 | 5/11/18 | $10,539.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E85978 | $10,294.72 | 7/24/18 | 0000508854 | 7/6/18 | -$244.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88251 | $937.74 | 7/30/18 | 0000180514 | 5/14/18 | $969.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88251 | $937.74 | 7/30/18 | 0000032407 | 7/10/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88251 | $937.74 | 7/30/18 | 0000032406 | 7/10/18 | -$32.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88865 | $26,217.20 | 8/2/18 | 0000180515 | 5/15/18 | $15,046.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88865 | $26,217.20 | 8/2/18 | 0000180516 | 5/16/18 | $3,959.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88865 | $26,217.20 | 8/2/18 | 0000180517 | 5/17/18 | $7,210.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89913 | $8,302.40 | 8/2/18 | 0000180518 | 5/18/18 | $8,302.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92065 | $1,724.90 | 8/6/18 | 0000180521 | 5/21/18 | $1,777.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92065 | $1,724.90 | 8/6/18 | 0000511131 | 7/18/18 | -$52.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92689 | $43,173.99 | 8/9/18 | 0000180522 | 5/22/18 | $28,931.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92689 | $43,173.99 | 8/9/18 | 0000180523 | 5/23/18 | $4,415.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92689 | $43,173.99 | 8/9/18 | 0000180524 | 5/24/18 | $9,826.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93881 | $34,560.13 | 8/9/18 | 0000180525 | 5/25/18 | $34,560.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96788 | $103,564.77 | 8/20/18 | 0000180529 | 5/29/18 | $4,910.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96788 | $103,564.77 | 8/20/18 | 0000180530 | 5/30/18 | $4,192.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96788 | $103,564.77 | 8/20/18 | 0000180531 | 5/31/18 | $94,494.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97924 | $10,670.35 | 8/20/18 | 0000180601 | 6/1/18 | $10,702.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96788 | $103,564.77 | 8/20/18 | 0000032437 | 7/24/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96788 | $103,564.77 | 8/20/18 | 0000032436 | 7/24/18 | -$32.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97924 | $10,670.35 | 8/20/18 | 0000032443 | 7/26/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97924 | $10,670.35 | 8/20/18 | 0000032442 | 7/26/18 | -$32.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00106 | $1,262.03 | 8/22/18 | 0000180604 | 6/4/18 | $1,585.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00106 | $1,262.03 | 8/22/18 | 0000032455 | 7/30/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00106 | $1,262.03 | 8/22/18 | 0000032454 | 7/30/18 | -$35.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00106 | $1,262.03 | 8/22/18 | 0000513363 | 7/31/18 | -$288.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00707 | $24,735.34 | 8/27/18 | 0000180605 | 6/5/18 | $10,087.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00707 | $24,735.34 | 8/27/18 | 0000180606 | 6/6/18 | $6,632.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00707 | $24,735.34 | 8/27/18 | 0000180607 | 6/7/18 | $8,014.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01816 | $26,743.90 | 8/27/18 | 0000180608 | 6/8/18 | $26,815.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000180611 | 6/11/18 | $1,823.26 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04553 | $39,404.64 | 8/27/18 | 0000180612 | 6/12/18 | $8,111.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04553 | $39,404.64 | 8/27/18 | 0000180613 | 6/13/18 | $6,885.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04553 | $39,404.64 | 8/27/18 | 0000180614 | 6/14/18 | $24,406.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05685 | $38,317.77 | 8/27/18 | 0000180615 | 6/15/18 | $38,317.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07933 | $1,437.29 | 8/27/18 | 0000180618 | 6/18/18 | $1,437.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08560 | $61,104.02 | 8/27/18 | 0000180619 | 6/19/18 | $16,937.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08560 | $61,104.02 | 8/27/18 | 0000180620 | 6/20/18 | $20,173.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08560 | $61,104.02 | 8/27/18 | 0000180621 | 6/21/18 | $23,992.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09701 | $10,303.24 | 8/27/18 | 0000180622 | 6/22/18 | $10,455.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032515 | 7/11/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032512 | 7/11/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032511 | 7/11/18 | -$45.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032514 | 7/11/18 | -$60.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01816 | $26,743.90 | 8/27/18 | 0000032488 | 8/3/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01816 | $26,743.90 | 8/27/18 | 0000032485 | 8/3/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01816 | $26,743.90 | 8/27/18 | 0000032487 | 8/3/18 | -$29.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01816 | $26,743.90 | 8/27/18 | 0000032484 | 8/3/18 | -$42.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032539 | 8/7/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032545 | 8/7/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032544 | 8/7/18 | -$24.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03949 | $1,633.59 | 8/27/18 | 0000032538 | 8/7/18 | -$59.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09701 | $10,303.24 | 8/27/18 | 0000486705 | 8/17/18 | -$70.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09701 | $10,303.24 | 8/27/18 | 0000486706 | 8/17/18 | -$82.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11851 | $1,088.72 | 8/29/18 | 0000180625 | 6/25/18 | $1,088.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $77,722.41 | 9/4/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12593 | $29,984.51 | 9/4/18 | 0000180626 | 6/26/18 | $18,001.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12593 | $29,984.51 | 9/4/18 | 0000180627 | 6/27/18 | $5,901.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12593 | $29,984.51 | 9/4/18 | 0000180628 | 6/28/18 | $6,119.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13740 | $50,438.29 | 9/4/18 | 0000180629 | 6/29/18 | $50,438.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12593 | $29,984.51 | 9/4/18 | 0000032600 | 8/22/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12593 | $29,984.51 | 9/4/18 | 0000032599 | 8/22/18 | -$38.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15968 | $409.45 | 9/5/18 | 0000180702 | 7/2/18 | $409.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16552 | $83,599.48 | 9/10/18 | 0000180703 | 7/3/18 | $46,037.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16552 | $83,599.48 | 9/10/18 | 0000180705 | 7/5/18 | $30,448.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16552 | $83,599.48 | 9/10/18 | 0000180706 | 7/6/18 | $7,113.89 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19158 | $1,742.80 | 9/12/18 | 0000180709 | 7/9/18 | $1,742.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19569 | $50,596.21 | 9/17/18 | 0000180710 | 7/10/18 | $20,906.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19569 | $50,596.21 | 9/17/18 | 0000180711 | 7/11/18 | $22,897.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19569 | $50,596.21 | 9/17/18 | 0000180712 | 7/12/18 | $6,792.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20646 | $10,823.67 | 9/17/18 | 0000180713 | 7/13/18 | $10,873.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20646 | $10,823.67 | 9/17/18 | 0000517632 | 9/7/18 | -$50.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22757 | $8,765.17 | 9/19/18 | 0000180716 | 7/16/18 | $9,204.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22757 | $8,765.17 | 9/19/18 | 0000032713 | 9/11/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22757 | $8,765.17 | 9/19/18 | 0000032712 | 9/11/18 | -$31.96 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22757 | $8,765.17 | 9/19/18 | 0000520068 | 9/11/18 | -$408.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23271 | $20,873.41 | 9/24/18 | 0000180717 | 7/17/18 | $6,177.59 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23271 | $20,873.41 | 9/24/18 | 0000180718 | 7/18/18 | $8,152.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23271 | $20,873.41 | 9/24/18 | 0000180719 | 7/19/18 | $6,542.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24286 | $49,116.63 | 9/24/18 | 0000180720 | 7/20/18 | $49,116.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000180723 | 7/23/18 | $14,525.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032731 | 9/17/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032730 | 9/17/18 | -$24.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032740 | 9/18/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032737 | 9/18/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032739 | 9/18/18 | -$27.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26374 | $14,443.27 | 9/26/18 | 0000032736 | 9/18/18 | -$31.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26876 | $22,732.94 | 10/1/18 | 0000180724 | 7/24/18 | $6,726.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26876 | $22,732.94 | 10/1/18 | 0000180725 | 7/25/18 | $11,529.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26876 | $22,732.94 | 10/1/18 | 0000180726 | 7/26/18 | $4,476.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27881 | $35,599.35 | 10/1/18 | 0000180727 | 7/27/18 | $35,615.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27881 | $35,599.35 | 10/1/18 | 0000032770 | 9/20/18 | $0.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27881 | $35,599.35 | 10/1/18 | 0000032769 | 9/20/18 | -$16.72 |

**Totals:**    37 transfer(s),  $989,195.32