Defendant: **DGI LS LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170862 | $55,124.64 | 7/17/18 | 0000070918 | 7/9/18 | $43,595.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170862 | $55,124.64 | 7/17/18 | 0000070918 | 7/9/18 | $11,529.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171401 | $55,124.64 | 8/7/18 | 0000072618 | 7/26/18 | $43,595.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171401 | $55,124.64 | 8/7/18 | 0000072618 | 7/26/18 | $11,529.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172804 | $55,124.64 | 9/6/18 | 0000082618 | 8/26/18 | $43,595.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 172804 | $55,124.64 | 9/6/18 | 0000082618 | 8/26/18 | $11,529.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174147 | $55,124.64 | 10/9/18 | 0000092518 | 9/25/18 | $43,595.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174147 | $55,124.64 | 10/9/18 | 0000092518 | 9/25/18 | $11,529.28 |

Totals:    4 transfer(s),  $220,498.56