Defendant: **Ez Flo International Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $164,157.57 | 7/17/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $207,612.31 | 7/26/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $188,516.37 | 7/31/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $222,708.46 | 8/7/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $20,468.70 | 8/7/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $293,185.63 | 8/14/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $197,114.38 | 8/24/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $68,759.16 | 8/30/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $152,501.14 | 9/6/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $114,995.11 | 9/11/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $60,903.36 | 9/19/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $108,343.65 | 9/25/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $103,887.25 | 10/2/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $245,688.52 | 10/9/18 | O/A | O/A | O/A |

Totals:    14 transfer(s),  $2,148,841.61