Defendant: **Kumho Tires USA Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000202735 | 5/8/18 | $741.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000202662 | 5/8/18 | $377.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095815 | 5/8/18 | -$178.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000262998 | 5/22/18 | $208.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000262996 | 5/22/18 | $113.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000262930 | 5/22/18 | $73.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095816 | 5/22/18 | -$63.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000300562 | 5/29/18 | $102.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000307588 | 5/30/18 | $369.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095817 | 5/30/18 | -$58.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000324337 | 6/1/18 | $369.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000339080 | 6/1/18 | $108.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095818 | 6/1/18 | -$75.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000341546 | 6/6/18 | $377.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095819 | 6/6/18 | -$59.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000349196 | 6/7/18 | $397.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095820 | 6/7/18 | -$64.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000373502 | 6/13/18 | $524.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095821 | 6/13/18 | -$83.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000404698 | 6/19/18 | $377.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000404681 | 6/19/18 | $128.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000095822 | 6/19/18 | -$79.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000439133 | 6/26/18 | $690.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89255 | $4,394.27 | 7/19/18 | 0000439138 | 6/26/18 | $94.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90025 | $605.52 | 7/20/18 | 0000341561 | 6/6/18 | $200.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90025 | $605.52 | 7/20/18 | 0000095904 | 6/6/18 | -$31.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90025 | $605.52 | 7/20/18 | 0000363619 | 6/11/18 | $204.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90025 | $605.52 | 7/20/18 | 0000417554 | 6/21/18 | $104.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90025 | $605.52 | 7/20/18 | 0000473021 | 7/2/18 | $127.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000250549 | 5/17/18 | $26,862.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000250551 | 5/17/18 | $7,657.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000250552 | 5/17/18 | $3,830.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000250550 | 5/17/18 | $1,287.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095938 | 5/17/18 | -$2,254.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000252947 | 5/18/18 | $2,545.21 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000252946 | 5/18/18 | $1,258.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000252948 | 5/18/18 | $1,102.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095939 | 5/18/18 | -$541.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000263137 | 5/22/18 | $1,931.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095940 | 5/22/18 | -$304.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000284407 | 5/25/18 | $20,816.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000284405 | 5/25/18 | $7,140.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000284403 | 5/25/18 | $3,783.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000284404 | 5/25/18 | $1,886.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000284398 | 5/25/18 | $895.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095941 | 5/25/18 | -$3,704.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000340206 | 6/5/18 | $44,887.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000340205 | 6/5/18 | $27,944.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095942 | 6/5/18 | -$584.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000349644 | 6/7/18 | $37,350.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095943 | 6/7/18 | -$568.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000371031 | 6/12/18 | $84.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000387980 | 6/15/18 | $14,244.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095944 | 6/15/18 | -$2,295.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000405184 | 6/19/18 | $27,843.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000405186 | 6/19/18 | $9,152.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000405183 | 6/19/18 | $6,370.25 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095945 | 6/19/18 | -$2,792.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479804 | 7/3/18 | $29,539.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479805 | 7/3/18 | $29,289.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479990 | 7/3/18 | $22,024.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479989 | 7/3/18 | $11,828.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479988 | 7/3/18 | $11,407.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479987 | 7/3/18 | $4,332.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479985 | 7/3/18 | $2,960.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479986 | 7/3/18 | $2,646.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479984 | 7/3/18 | $2,098.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000490824 | 7/3/18 | $345.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000490821 | 7/3/18 | $338.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000479722 | 7/3/18 | $217.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000490825 | 7/3/18 | $204.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000490823 | 7/3/18 | $149.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095823 | 7/3/18 | -$19.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90670 | $346,499.78 | 7/23/18 | 0000095946 | 7/3/18 | -$6,610.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491329 | 7/5/18 | $20,374.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491212 | 7/5/18 | $16,775.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491213 | 7/5/18 | $15,715.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491326 | 7/5/18 | $12,977.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491215 | 7/5/18 | $9,225.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491219 | 7/5/18 | $8,747.38 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491325 | 7/5/18 | $6,986.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491217 | 7/5/18 | $6,936.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491330 | 7/5/18 | $6,714.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491214 | 7/5/18 | $6,032.51 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491216 | 7/5/18 | $5,598.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491324 | 7/5/18 | $5,225.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491218 | 7/5/18 | $3,854.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491328 | 7/5/18 | $3,161.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491327 | 7/5/18 | $2,659.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491322 | 7/5/18 | $2,001.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000491323 | 7/5/18 | $1,455.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92217 | $124,559.07 | 7/23/18 | 0000095947 | 7/5/18 | -$9,969.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93107 | $1,198.71 | 7/26/18 | 0000446085 | 6/26/18 | $336.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93107 | $1,198.71 | 7/26/18 | 0000491070 | 7/5/18 | $894.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93107 | $1,198.71 | 7/26/18 | 0000096021 | 7/5/18 | -$75.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93107 | $1,198.71 | 7/26/18 | 0000009787 | 7/19/18 | $43.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000732781 | 1/9/18 | $207.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000736815 | 2/23/18 | $729.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000741028 | 4/13/18 | $139.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000742696 | 4/30/18 | $206.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000446065 | 6/27/18 | $99.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94100 | $1,458.46 | 7/27/18 | 0000507893 | 7/6/18 | $74.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000514818 | 7/10/18 | $31,695.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000514819 | 7/10/18 | $11,547.39 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000519854 | 7/10/18 | $400.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000519853 | 7/10/18 | $106.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000096122 | 7/10/18 | -$63.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000096022 | 7/10/18 | -$1,852.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000520493 | 7/11/18 | $55,883.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000520491 | 7/11/18 | $4,101.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000519746 | 7/11/18 | $375.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000519530 | 7/11/18 | $247.18 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000096023 | 7/11/18 | -$24.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000095979 | 7/11/18 | -$40.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95685 | $60,485.57 | 7/30/18 | 0000096044 | 7/11/18 | -$57.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000009813 | 7/23/18 | $29,532.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000009814 | 7/23/18 | $11,644.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000009805 | 7/23/18 | $3,910.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94841 | $87,244.11 | 7/30/18 | 0000009815 | 7/23/18 | $322.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000339411 | 6/5/18 | $375.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000339412 | 6/5/18 | $350.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000404760 | 6/19/18 | $173.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000520099 | 7/11/18 | $269.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000532726 | 7/13/18 | $495.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E97171 | $1,612.17 | 8/2/18 | 0000096086 | 7/13/18 | -$52.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000341562 | 6/6/18 | $221.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000355404 | 6/7/18 | $455.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000349695 | 6/7/18 | $52.45 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000355418 | 6/8/18 | $381.04 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000355417 | 6/8/18 | $270.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000549875 | 7/16/18 | $315.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98157 | $1,790.50 | 8/3/18 | 0000542773 | 7/16/18 | $93.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00256 | $1,274.79 | 8/6/18 | 0000363621 | 6/11/18 | $400.63 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00256 | $1,274.79 | 8/6/18 | 0000363618 | 6/11/18 | $373.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000404756 | 6/19/18 | $519.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E00256 | $1,274.79 | 8/6/18 | 0000532723 | 7/13/18 | $500.79 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98840 | $252.68 | 8/6/18 | 0000549143 | 7/17/18 | $187.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E98840 | $252.68 | 8/6/18 | 0000549142 | 7/17/18 | $64.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000555742 | 7/18/18 | $417.74 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000555741 | 7/18/18 | $266.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000096123 | 7/18/18 | -$45.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000009875 | 7/31/18 | $23,372.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000009873 | 7/31/18 | $8,586.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000009871 | 7/31/18 | $78.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E99621 | $33,237.79 | 8/6/18 | 0000009872 | 7/31/18 | $40.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000371857 | 6/12/18 | $397.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000549141 | 7/17/18 | $352.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000096336 | 7/17/18 | -$36.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000569274 | 7/20/18 | $261.51 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000009890 | 8/2/18 | $3,868.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E01095 | $7,636.46 | 8/9/18 | 0000009892 | 8/2/18 | $2,792.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000373927 | 6/13/18 | $337.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000398025 | 6/18/18 | $397.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000096356 | 6/18/18 | -$64.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000507529 | 7/9/18 | $53.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000580220 | 7/23/18 | $802.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000580221 | 7/23/18 | $476.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02015 | $1,503.47 | 8/10/18 | 0000476724 | 8/3/18 | -$499.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000371172 | 6/12/18 | $223.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000527269 | 7/12/18 | $481.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000586069 | 7/24/18 | $574.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000585959 | 7/24/18 | $201.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000585958 | 7/24/18 | $119.19 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000585819 | 7/24/18 | $102.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000585960 | 7/24/18 | $74.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02703 | $1,714.70 | 8/13/18 | 0000096377 | 7/24/18 | -$60.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000585957 | 7/24/18 | $239.12 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605140 | 7/27/18 | $22,967.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605099 | 7/27/18 | $21,837.99 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605135 | 7/27/18 | $16,588.09 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605141 | 7/27/18 | $15,859.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607206 | 7/27/18 | $10,925.49 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605104 | 7/27/18 | $10,473.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605139 | 7/27/18 | $8,096.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605136 | 7/27/18 | $6,606.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605134 | 7/27/18 | $5,252.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607205 | 7/27/18 | $4,043.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607200 | 7/27/18 | $3,868.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607204 | 7/27/18 | $3,858.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605101 | 7/27/18 | $3,196.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605102 | 7/27/18 | $2,237.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605098 | 7/27/18 | $2,234.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605096 | 7/27/18 | $1,580.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605095 | 7/27/18 | $1,000.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607202 | 7/27/18 | $760.65 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000605138 | 7/27/18 | $618.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000607201 | 7/27/18 | $494.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000096397 | 7/27/18 | -$1,921.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04946 | $140,925.79 | 8/16/18 | 0000009945 | 8/9/18 | $106.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05880 | $661.23 | 8/17/18 | 0000423707 | 6/22/18 | $337.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05880 | $661.23 | 8/17/18 | 0000562328 | 7/19/18 | $112.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05880 | $661.23 | 8/17/18 | 0000614900 | 7/30/18 | $235.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05880 | $661.23 | 8/17/18 | 0000096602 | 7/30/18 | -$23.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000555743 | 7/18/18 | $102.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000592132 | 7/25/18 | $375.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000096638 | 7/25/18 | -$40.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000625112 | 7/31/18 | $327.42 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000625327 | 7/31/18 | $235.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000625328 | 7/31/18 | $158.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000625113 | 7/31/18 | $148.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000625111 | 7/31/18 | $63.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000096443 | 7/31/18 | -$33.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E06615 | $1,295.66 | 8/20/18 | 0000096378 | 7/31/18 | -$40.76 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07455 | $844.06 | 8/20/18 | 0000634986 | 8/1/18 | $346.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07455 | $844.06 | 8/20/18 | 0000634987 | 8/1/18 | $309.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07455 | $844.06 | 8/20/18 | 0000634943 | 8/1/18 | $158.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07455 | $844.06 | 8/20/18 | 0000096398 | 8/1/18 | -$34.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07455 | $844.06 | 8/20/18 | 0000009962 | 8/14/18 | $64.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08090 | $246.25 | 8/20/18 | 0000009967 | 8/15/18 | $131.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08090 | $246.25 | 8/20/18 | 0000009966 | 8/15/18 | $114.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000514820 | 7/10/18 | $35,084.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000750090 | 7/10/18 | -$61.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000096745 | 7/10/18 | -$193.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000151227 | 8/16/18 | $640.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000141408 | 8/16/18 | $114.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E08957 | $35,369.00 | 8/23/18 | 0000002042 | 8/16/18 | -$215.81 |

Kumho Tires USA Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020    Exhibit A    P. 5

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09903 | $1,453.88 | 8/24/18 | 0000586034 | 7/24/18 | $957.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09903 | $1,453.88 | 8/24/18 | 0000657759 | 8/6/18 | $429.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09903 | $1,453.88 | 8/24/18 | 0000096708 | 8/6/18 | -$46.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E09903 | $1,453.88 | 8/24/18 | 0000009976 | 8/17/18 | $113.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10676 | $526.14 | 8/27/18 | 0000585820 | 7/24/18 | $432.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E10676 | $526.14 | 8/27/18 | 0000664708 | 8/7/18 | $93.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11413 | $9,798.12 | 8/27/18 | 0000670937 | 8/8/18 | $474.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11413 | $9,798.12 | 8/27/18 | 0000671376 | 8/8/18 | $262.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11413 | $9,798.12 | 8/27/18 | 0000096727 | 8/8/18 | -$50.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12036 | $199.97 | 8/27/18 | 0000677516 | 8/9/18 | $173.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12036 | $199.97 | 8/27/18 | 0000096709 | 8/9/18 | -$17.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E11413 | $9,798.12 | 8/27/18 | 0000010007 | 8/21/18 | $9,111.15 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12036 | $199.97 | 8/27/18 | 0000010023 | 8/22/18 | $43.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683917 | 8/10/18 | $28,418.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683918 | 8/10/18 | $17,125.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683913 | 8/10/18 | $10,447.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683915 | 8/10/18 | $10,044.93 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683912 | 8/10/18 | $4,090.69 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683916 | 8/10/18 | $2,854.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683914 | 8/10/18 | $2,355.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683911 | 8/10/18 | $1,635.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683493 | 8/10/18 | $422.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000683594 | 8/10/18 | $232.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000096825 | 8/10/18 | -$47.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000096858 | 8/10/18 | -$2,160.31 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000010028 | 8/23/18 | $90.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E12991 | $75,561.52 | 8/30/18 | 0000010027 | 8/23/18 | $51.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000490822 | 7/3/18 | $158.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000604653 | 7/27/18 | $235.53 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000096922 | 7/27/18 | -$23.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000657757 | 8/6/18 | $324.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000096923 | 8/6/18 | -$34.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000664976 | 8/7/18 | $238.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000692706 | 8/13/18 | $466.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000692705 | 8/13/18 | $271.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13966 | $1,586.14 | 8/31/18 | 0000096952 | 8/13/18 | -$50.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14720 | $1,105.71 | 9/4/18 | 0000698448 | 8/14/18 | $550.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14720 | $1,105.71 | 9/4/18 | 0000698568 | 8/14/18 | $466.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14720 | $1,105.71 | 9/4/18 | 0000698447 | 8/14/18 | $138.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E14720 | $1,105.71 | 9/4/18 | 0000096895 | 8/14/18 | -$50.08 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15509 | $2,449.45 | 9/4/18 | 0000700755 | 8/15/18 | $210.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16099 | $238.57 | 9/4/18 | 0000709975 | 8/16/18 | $238.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15509 | $2,449.45 | 9/4/18 | 0000514820 | 8/28/18 | $2,239.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16980 | $209.81 | 9/7/18 | 0000717520 | 8/17/18 | $105.71 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E16980 | $209.81 | 9/7/18 | 0000717518 | 8/17/18 | $104.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18736 | $405.28 | 9/10/18 | 0000532725 | 7/13/18 | $264.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000607203 | 7/27/18 | $23,953.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000753330 | 7/27/18 | -$51.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000097098 | 7/27/18 | -$266.67 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000657758 | 8/6/18 | $233.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000097047 | 8/6/18 | -$25.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000700121 | 8/14/18 | $385.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18736 | $405.28 | 9/10/18 | 0000710000 | 8/16/18 | $158.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E18736 | $405.28 | 9/10/18 | 0000097073 | 8/16/18 | -$16.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736805 | 8/21/18 | $24,296.46 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736806 | 8/21/18 | $19,169.34 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736808 | 8/21/18 | $12,101.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736809 | 8/21/18 | $1,559.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736803 | 8/21/18 | $671.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736282 | 8/21/18 | $486.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000736804 | 8/21/18 | $293.13 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000096953 | 8/21/18 | -$50.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17997 | $56,853.32 | 9/10/18 | 0000097048 | 8/21/18 | -$2,267.49 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000749284 | 8/23/18 | $257.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000749285 | 8/23/18 | $188.26 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000749103 | 8/23/18 | $115.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19242 | $24,169.62 | 9/10/18 | 0000097074 | 8/23/18 | -$26.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000717519 | 8/17/18 | $92.14 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754907 | 8/24/18 | $28,698.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754905 | 8/24/18 | $25,022.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755030 | 8/24/18 | $14,750.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755034 | 8/24/18 | $14,572.29 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755026 | 8/24/18 | $13,508.61 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755031 | 8/24/18 | $12,306.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754903 | 8/24/18 | $7,285.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755032 | 8/24/18 | $2,771.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754901 | 8/24/18 | $2,548.83 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755027 | 8/24/18 | $2,422.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754900 | 8/24/18 | $2,373.35 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755029 | 8/24/18 | $2,273.48 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754906 | 8/24/18 | $1,964.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754902 | 8/24/18 | $1,936.27 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755028 | 8/24/18 | $1,211.47 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754904 | 8/24/18 | $1,062.01 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000755033 | 8/24/18 | $486.24 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754788 | 8/24/18 | $346.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754787 | 8/24/18 | $132.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000754790 | 8/24/18 | $66.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000097075 | 8/24/18 | -$1,664.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19953 | $134,215.41 | 9/13/18 | 0000671376 | 9/6/18 | $47.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000743654 | 8/22/18 | $474.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000097132 | 8/22/18 | -$50.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000749283 | 8/23/18 | $313.85 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000762994 | 8/27/18 | $358.22 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000683918 | 9/7/18 | $4,954.92 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20854 | $6,139.86 | 9/14/18 | 0000657759 | 9/7/18 | $88.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000770303 | 8/28/18 | $139.82 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000770397 | 8/28/18 | $128.54 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000770579 | 8/28/18 | $115.98 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000770246 | 8/28/18 | $48.68 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000097110 | 8/28/18 | -$26.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E22295 | $54.28 | 9/17/18 | 0000777313 | 8/29/18 | $54.28 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E21552 | $479.95 | 9/17/18 | 0000010095 | 9/10/18 | $73.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23629 | $707.90 | 9/20/18 | 0000580222 | 7/23/18 | $238.57 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23629 | $707.90 | 9/20/18 | 0000793241 | 8/31/18 | $257.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23629 | $707.90 | 9/20/18 | 0000793150 | 8/31/18 | $131.03 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23629 | $707.90 | 9/20/18 | 0000793043 | 8/31/18 | $108.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E23629 | $707.90 | 9/20/18 | 0000097143 | 8/31/18 | -$26.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24495 | $5,343.33 | 9/21/18 | 0000010132 | 9/14/18 | $3,778.56 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E24495 | $5,343.33 | 9/21/18 | 0000010131 | 9/14/18 | $1,564.77 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25211 | $344.69 | 9/24/18 | 0000812984 | 9/4/18 | $198.64 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25211 | $344.69 | 9/24/18 | 0000812985 | 9/4/18 | $146.05 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25950 | $319.17 | 9/24/18 | 0000820733 | 9/5/18 | $292.23 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825539 | 9/6/18 | $59,471.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825535 | 9/6/18 | $8,769.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825534 | 9/6/18 | $3,793.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825537 | 9/6/18 | $1,459.07 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825538 | 9/6/18 | $1,140.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825095 | 9/6/18 | $434.84 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825536 | 9/6/18 | $185.58 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000825344 | 9/6/18 | $137.55 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000830160 | 9/6/18 | $68.73 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000097809 | 9/6/18 | -$47.96 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E25950 | $319.17 | 9/24/18 | 0000010155 | 9/18/18 | $26.94 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E26484 | $84,083.86 | 9/24/18 | 0000010159 | 9/19/18 | $8,670.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E27226 | $73.20 | 9/27/18 | 0000010356 | 9/20/18 | $73.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28103 | $48,370.23 | 9/28/18 | 0000634942 | 8/1/18 | $472.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28103 | $48,370.23 | 9/28/18 | 0000813057 | 9/4/18 | $476.32 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28103 | $48,370.23 | 9/28/18 | 0000098093 | 9/4/18 | -$16.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28103 | $48,370.23 | 9/28/18 | 0000841132 | 9/10/18 | $47,643.71 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28103 | $48,370.23 | 9/28/18 | 0000097981 | 9/10/18 | -$205.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000795968 | 8/31/18 | $39,235.22 |

Kumho Tires USA Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                        Exhibit A                                        P. 8

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000795966 | 8/31/18 | $30,559.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000795967 | 8/31/18 | $1,485.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000098206 | 8/31/18 | -$1,949.16 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28771 | $358.41 | 10/1/18 | 0000846067 | 9/11/18 | $179.11 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28771 | $358.41 | 10/1/18 | 0000845583 | 9/11/18 | $104.43 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E28771 | $358.41 | 10/1/18 | 0000846130 | 9/11/18 | $74.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000858535 | 9/13/18 | $59,588.37 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000858127 | 9/13/18 | $24,883.02 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000858126 | 9/13/18 | $20,914.81 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000858125 | 9/13/18 | $1,716.44 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000858124 | 9/13/18 | $1,029.86 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000873081 | 9/13/18 | $123.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E29972 | $177,374.23 | 10/1/18 | 0000098094 | 9/13/18 | -$212.40 |

Totals:    48 transfer(s),  $1,487,232.09