Defendant: **Laser Products Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153120 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153173 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153123 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153125 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153128 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153158 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153126 | 6/5/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153163 | 6/6/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153275 | 6/6/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153164 | 6/6/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153178 | 6/6/18 | $1,412.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153194 | 6/7/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153185 | 6/7/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153187 | 6/7/18 | $1,412.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153184 | 6/7/18 | $353.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153224 | 6/8/18 | $425.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153283 | 6/11/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153249 | 6/11/18 | $1,765.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780982651 | $29,027.17 | 7/23/18 | 153291 | 6/11/18 | $706.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986035 | $2,271.69 | 7/30/18 | 153326 | 6/12/18 | $706.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986035 | $2,271.69 | 7/30/18 | 153498 | 6/12/18 | $377.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986035 | $2,271.69 | 7/30/18 | 153346 | 6/13/18 | $706.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986035 | $2,271.69 | 7/30/18 | 153353 | 6/14/18 | $498.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986035 | $2,271.69 | 7/30/18 | 153632 | 7/2/18 | -$16.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989461 | $1,473.81 | 8/8/18 | 153515 | 6/25/18 | $749.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989461 | $1,473.81 | 8/8/18 | 153516 | 6/25/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993043 | $1,963.93 | 8/15/18 | 152937 | 5/14/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993043 | $1,963.93 | 8/15/18 | 153073 | 5/31/18 | $389.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993043 | $1,963.93 | 8/15/18 | 153632 | 6/26/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993043 | $1,963.93 | 8/15/18 | 153633 | 7/2/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993043 | $1,963.93 | 8/15/18 | 153924 | 7/20/18 | -$20.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153121 | 6/5/18 | $649.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153124 | 6/5/18 | $259.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153159 | 6/5/18 | $259.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153188 | 6/7/18 | $519.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153186 | 6/7/18 | $259.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153195 | 6/7/18 | $259.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997225 | $2,569.64 | 8/22/18 | 153643 | 7/5/18 | $362.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000584 | $2,855.00 | 8/31/18 | 153246 | 6/11/18 | $389.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000584 | $2,855.00 | 8/31/18 | 153763 | 7/11/18 | $870.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000584 | $2,855.00 | 8/31/18 | 153764 | 7/11/18 | $870.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000584 | $2,855.00 | 8/31/18 | 153801 | 7/16/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004058 | $3,565.84 | 9/7/18 | 153840 | 7/17/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004058 | $3,565.84 | 9/7/18 | 153864 | 7/18/18 | $2,116.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781004058 | $3,565.84 | 9/7/18 | 153924 | 7/20/18 | $724.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007538 | $773.30 | 9/14/18 | 154041 | 7/30/18 | $773.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011673 | $1,060.00 | 9/21/18 | 154089 | 8/1/18 | $1,087.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011673 | $1,060.00 | 9/21/18 | 4280 | 8/16/18 | -$10.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011673 | $1,060.00 | 9/21/18 | 11594C | 8/30/18 | -$16.80 |

Totals:    9 transfer(s),  $45,560.38

Laser Products Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                            Exhibit A                                            P. 2