| | |
|---|---|
| Defendant: | **Mid America Transfer Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980634 | $2,137.10 | 7/18/18 | 62318806417 | 6/23/18 | $1,160.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980634 | $2,137.10 | 7/18/18 | 62318806417 | 6/23/18 | $854.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980634 | $2,137.10 | 7/18/18 | 62318806417 | 6/23/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980634 | $2,137.10 | 7/18/18 | 62318806417 | 6/23/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983937 | $1,343.32 | 7/25/18 | 63018806417 | 6/30/18 | $610.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983937 | $1,343.32 | 7/25/18 | 63018806417 | 6/30/18 | $610.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983937 | $1,343.32 | 7/25/18 | 63018806417 | 6/30/18 | $122.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987380 | $1,343.32 | 8/1/18 | 70718806417 | 7/7/18 | $732.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987380 | $1,343.32 | 8/1/18 | 70718806417 | 7/7/18 | $549.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987380 | $1,343.32 | 8/1/18 | 70718806417 | 7/7/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990874 | $1,770.74 | 8/10/18 | 71418806417 | 7/14/18 | $915.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990874 | $1,770.74 | 8/10/18 | 71418806417 | 7/14/18 | $854.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994857 | $1,892.86 | 8/17/18 | 72118806417 | 7/21/18 | $1,038.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994857 | $1,892.86 | 8/17/18 | 72118806417 | 7/21/18 | $793.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994857 | $1,892.86 | 8/17/18 | 72118806417 | 7/21/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998509 | $2,014.98 | 8/28/18 | 72818806417 | 7/28/18 | $1,099.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998509 | $2,014.98 | 8/28/18 | 72818806417 | 7/28/18 | $854.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998509 | $2,014.98 | 8/28/18 | 72818806417 | 7/28/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005400 | $2,503.46 | 8/28/18 | 81118806417 | 8/11/18 | $1,709.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005400 | $2,503.46 | 8/28/18 | 81118806417 | 8/11/18 | $732.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005400 | $2,503.46 | 8/28/18 | 81118806417 | 8/11/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001990 | $2,625.58 | 9/4/18 | 80418806417 | 8/4/18 | $1,465.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001990 | $2,625.58 | 9/4/18 | 80418806417 | 8/4/18 | $976.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001990 | $2,625.58 | 9/4/18 | 80418806417 | 8/4/18 | $122.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001990 | $2,625.58 | 9/4/18 | 80418806417 | 8/4/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009046 | $2,320.28 | 9/4/18 | 81818806417 | 8/18/18 | $1,709.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009046 | $2,320.28 | 9/4/18 | 81818806417 | 8/18/18 | $549.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009046 | $2,320.28 | 9/4/18 | 81818806417 | 8/18/18 | $61.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012973 | $2,011.50 | 9/11/18 | 2085 | 8/25/18 | $804.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012973 | $2,011.50 | 9/11/18 | 2085 | 8/25/18 | $535.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012973 | $2,011.50 | 9/11/18 | 82518806417 | 8/25/18 | $427.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012973 | $2,011.50 | 9/11/18 | 82518806417 | 8/25/18 | $244.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016384 | $2,198.16 | 9/18/18 | 90118806417 | 9/1/18 | $1,099.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016384 | $2,198.16 | 9/18/18 | 90118806417 | 9/1/18 | $1,099.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019863 | $1,282.26 | 9/25/18 | 90818806417 | 9/8/18 | $793.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019863 | $1,282.26 | 9/25/18 | 90818806417 | 9/8/18 | $488.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023497 | $2,014.98 | 10/2/18 | 91518806417 | 9/15/18 | $1,404.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023497 | $2,014.98 | 10/2/18 | 91518806417 | 9/15/18 | $610.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $3,786.00 | 10/12/18 | O/A | O/A | O/A |

Totals:    14 transfer(s),  $29,244.54