| | |
|---|---|
| Defendant: | Nine Ink LLC |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $130,025.40 | 7/24/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003087 | 8/23/18 | $16,401.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-16 | 8/23/18 | $956.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-2 | 8/23/18 | $897.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-5 | 8/23/18 | $891.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-18 | 8/23/18 | $752.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-9 | 8/23/18 | $718.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-16 | 8/23/18 | $632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-8 | 8/23/18 | $632.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-6 | 8/23/18 | $277.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-4 | 8/23/18 | $132.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-15 | 8/23/18 | $88.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-15 | 8/23/18 | $77.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003+B58:B82003-5-3 | 8/23/18 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003084 | 8/24/18 | $4,590.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-14 | 8/24/18 | $618.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-11 | 8/24/18 | $618.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-1 | 8/24/18 | $572.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-2 | 8/24/18 | $335.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-12 | 8/24/18 | $106.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-4 | 8/24/18 | $103.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-17 | 8/24/18 | $103.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-15 | 8/24/18 | $96.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-13 | 8/24/18 | $88.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-10 | 8/24/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-13 | 8/24/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-1 | 8/24/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003096 | 8/27/18 | $16,993.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003099 | 8/27/18 | $6,732.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-13 | 8/27/18 | $396.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-2-2 | 8/27/18 | $357.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-2-3 | 8/27/18 | $277.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-23 | 8/27/18 | $250.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-12 | 8/27/18 | $235.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-22 | 8/27/18 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-23 | 8/27/18 | $220.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-5 | 8/27/18 | $191.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-1 | 8/27/18 | $156.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-17 | 8/27/18 | $103.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-4 | 8/27/18 | $88.56 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-14 | 8/27/18 | $73.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-24 | 8/27/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-11 | 8/27/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-10 | 8/27/18 | $59.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-24 | 8/27/18 | $58.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-2 | 8/27/18 | $44.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-10 | 8/27/18 | $31.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-21 | 8/27/18 | $31.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-3 | 8/27/18 | $31.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003090 | 8/29/18 | $14,178.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-19 | 8/29/18 | $1,618.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-7 | 8/29/18 | $1,325.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-8 | 8/29/18 | $466.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-20 | 8/29/18 | $309.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-6 | 8/29/18 | $309.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-2-1 | 8/29/18 | $306.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-18 | 8/29/18 | $176.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-6 | 8/29/18 | $176.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-9 | 8/29/18 | $132.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-9 | 8/29/18 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-14 | 8/29/18 | $72.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-3 | 8/29/18 | $33.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003093 | 8/30/18 | $8,139.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-21 | 8/30/18 | $809.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-25 | 8/30/18 | $809.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-11 | 8/30/18 | $396.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-19 | 8/30/18 | $264.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-8 | 8/30/18 | $191.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-22 | 8/30/18 | $109.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-4-5 | 8/30/18 | $87.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-7 | 8/30/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-5-20 | 8/30/18 | $62.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-7 | 8/30/18 | $29.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-3-12 | 8/30/18 | $29.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003405 | 9/18/18 | $5,227.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-6-6 | 9/18/18 | $29.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003399 | 9/19/18 | $2,471.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003003-6-3 | 9/19/18 | $29.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | CKW090618 | 9/20/18 | $21,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $120,614.08 | 9/28/18 | SO003236 | 9/20/18 | $4,989.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7767022766 | 5/31/18 | -$5.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD060318A07 | 6/1/18 | -$3.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3059047463 | 6/4/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | VBCRT0518003555 | 6/4/18 | -$150.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4304017112 | 6/5/18 | -$3.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9521023715 | 6/6/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7225068226 | 6/7/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4706035009 | 6/7/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3839021210 | 6/7/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7390038435 | 6/8/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4170019015 | 6/8/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD061018A68 | 6/8/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7390038437 | 6/9/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4762027920 | 6/11/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7048017048 | 6/11/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3699052004 | 6/14/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3808012080 | 6/15/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD061718A17 | 6/15/18 | -$4.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SI2933 | 6/18/18 | $48,246.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SI2934 | 6/18/18 | $9,771.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3839021227 | 6/18/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3127005710 | 6/20/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3808012087 | 6/20/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7065016683 | 6/22/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3136019704 | 6/22/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD062418BC2 | 6/22/18 | -$16.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7749055141 | 6/25/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SI003436 | 6/28/18 | $40,165.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3818053160 | 6/28/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | ACH062818 | 6/28/18 | -$85,131.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD070118BK9 | 6/29/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7767022786 | 6/29/18 | -$8.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD070118BL0 | 6/29/18 | -$12.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7654004669 | 6/30/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3982020408 | 6/30/18 | -$6.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SI003463 | 7/2/18 | $45,208.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7649026878 | 7/6/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD070818BE0 | 7/6/18 | -$11.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7471036782 | 7/9/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3818053183 | 7/9/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3990024105 | 7/9/18 | -$64.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SI003516 | 7/10/18 | $23,198.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3345038553 | 7/10/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3781013240 | 7/11/18 | -$12.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003024 | 7/12/18 | $25,509.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003025 | 7/12/18 | $20,833.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003020 | 7/12/18 | $15,120.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3592054463 | 7/12/18 | -$2.21 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003095 | 7/13/18 | $25,855.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003086 | 7/13/18 | $25,012.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003089 | 7/13/18 | $21,384.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003085 | 7/13/18 | $21,090.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003092 | 7/13/18 | $12,862.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003098 | 7/13/18 | $11,664.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003083 | 7/13/18 | $7,192.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3040043027 | 7/13/18 | -$2.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD071518A95 | 7/13/18 | -$4.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7192034893 | 7/13/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9381044634 | 7/15/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3175021245 | 7/15/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4782027032 | 7/16/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3368066878 | 7/18/18 | -$4.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4706035144 | 7/18/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | ACH071818 | 7/18/18 | -$130,025.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9551031531 | 7/19/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3483001898 | 7/19/18 | -$8.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9153028580 | 7/19/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3225013092 | 7/19/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9761015863 | 7/20/18 | -$4.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3834053303 | 7/20/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD072218BC4 | 7/20/18 | -$12.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3748027599 | 7/21/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3086020507 | 7/23/18 | -$2.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3834053315 | 7/24/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9274017133 | 7/24/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4713032540 | 7/25/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7653036440 | 7/25/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003142 | 7/26/18 | $2,931.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003136 | 7/26/18 | $2,828.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003138 | 7/26/18 | $1,998.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003134 | 7/26/18 | $1,196.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003139 | 7/26/18 | $1,126.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003144 | 7/26/18 | $1,123.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003137 | 7/26/18 | $1,063.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003143 | 7/26/18 | $658.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003135 | 7/26/18 | $627.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003141 | 7/26/18 | $530.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | SO003145 | 7/26/18 | $434.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4713032542 | 7/26/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3345038602 | 7/26/18 | -$5.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD072918BD3 | 7/27/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7068025639 | 7/27/18 | -$3.08 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD072918BD4 | 7/27/18 | -$9.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9255030637 | 7/29/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3737034483 | 7/30/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7649026895 | 7/30/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4048036446 | 7/30/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4455027783 | 7/31/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3225013111 | 7/31/18 | -$2.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9551031561 | 7/31/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3483001926 | 7/31/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9463013833 | 8/1/18 | -$6.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3405020678 | 8/2/18 | -$4.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3483001931 | 8/2/18 | -$4.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9220039762 | 8/3/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD080518BH4 | 8/3/18 | -$4.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD080518BH5 | 8/3/18 | -$18.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7017029923 | 8/4/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4054047220 | 8/6/18 | -$43.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7619052306 | 8/7/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4893014056 | 8/7/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3834053351 | 8/7/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3834053349 | 8/7/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3059047711 | 8/8/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3127005810 | 8/8/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3040043368 | 8/9/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD081218A84 | 8/10/18 | -$1.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD081218A85 | 8/10/18 | -$16.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4214024136 | 8/10/18 | -$18.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4751015579 | 8/11/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3412034216 | 8/12/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4762028129 | 8/12/18 | -$4.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3990024191 | 8/13/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7229019318 | 8/13/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7649026919 | 8/14/18 | -$2.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9551031585 | 8/14/18 | -$2.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4141013420 | 8/14/18 | -$15.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7470021754 | 8/14/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3592054639 | 8/15/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9153028642 | 8/15/18 | -$6.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3071027355 | 8/15/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7793060955 | 8/16/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9608014796 | 8/16/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7793060960 | 8/16/18 | -$6.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3592054654 | 8/16/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9348034303 | 8/16/18 | -$16.24 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3798023290 | 8/17/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9222022098 | 8/17/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4706035215 | 8/17/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD081918A07 | 8/17/18 | -$27.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3308012848 | 8/18/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4064036465 | 8/18/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4160023167 | 8/20/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4188025208 | 8/20/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3147018513 | 8/20/18 | -$36.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3056031111 | 8/21/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7195059102 | 8/22/18 | -$72.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3040043460 | 8/24/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3368067008 | 8/24/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD082618BJ3 | 8/24/18 | -$17.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD082618BJ4 | 8/24/18 | -$18.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3415033813 | 8/25/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9419032271 | 8/27/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7329027452 | 8/27/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3990024254 | 8/27/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3678037823 | 8/28/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9348034336 | 8/28/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3345038686 | 8/28/18 | -$10.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3345038655 | 8/28/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4423030323 | 8/29/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3368067027 | 8/29/18 | -$10.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD090218BF4 | 8/31/18 | -$1.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3021041562 | 8/31/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7048017110 | 8/31/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD090218BF5 | 8/31/18 | -$15.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9521023762 | 9/1/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3592054720 | 9/3/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7713028523 | 9/3/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7756014367 | 9/4/18 | -$2.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3088042980 | 9/4/18 | -$9.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4022022265 | 9/4/18 | -$18.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3175021290 | 9/5/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3582024712 | 9/5/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7699019275 | 9/6/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3725032552 | 9/7/18 | -$2.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD090918BB3 | 9/7/18 | -$5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9551031611 | 9/7/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4728035800 | 9/7/18 | -$8.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 8361AD090918BB4 | 9/7/18 | -$8.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3225013143 | 9/7/18 | -$12.02 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4421040230 | 9/7/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3982020671 | 9/7/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3127005877 | 9/10/18 | -$3.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7602029068 | 9/10/18 | -$6.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 3040043535 | 9/10/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7195059210 | 9/10/18 | -$24.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 9348034421 | 9/11/18 | -$2.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 7195059213 | 9/11/18 | -$12.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087366 | $150,874.97 | 10/12/18 | 4996031120 | 9/11/18 | -$12.02 |

Totals:    3 transfer(s),  $401,514.45