| | |
|---|---|
| Defendant: | **Open America Inc., Dba Open Works** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743772 | 4/30/18 | $2,700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV740647 | 4/30/18 | $2,573.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV740701 | 4/30/18 | $1,917.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV740702 | 4/30/18 | $760.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV745314 | 5/1/18 | $8,253.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741611 | 5/1/18 | $4,295.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741193 | 5/1/18 | $1,593.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741189 | 5/1/18 | $1,334.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741610 | 5/1/18 | $1,306.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741608 | 5/1/18 | $1,244.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741613 | 5/1/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741609 | 5/1/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743534 | 5/1/18 | $1,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743001 | 5/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741188 | 5/1/18 | $820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741190 | 5/1/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743003 | 5/1/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV742994 | 5/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743535 | 5/1/18 | $695.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741614 | 5/1/18 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741607 | 5/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV742995 | 5/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV742993 | 5/1/18 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV743005 | 5/1/18 | $515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741192 | 5/1/18 | $502.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV741191 | 5/1/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082655 | $38,182.87 | 7/17/18 | INV742999 | 5/1/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV728837 | 3/28/18 | $1,430.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752945 | 6/1/18 | $8,253.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752946 | 6/1/18 | $4,295.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV759052 | 6/1/18 | $2,656.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV751673 | 6/1/18 | $1,593.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752027 | 6/1/18 | $1,334.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752944 | 6/1/18 | $1,306.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752942 | 6/1/18 | $1,244.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV759135 | 6/1/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752943 | 6/1/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752948 | 6/1/18 | $1,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752029 | 6/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752026 | 6/1/18 | $820.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV759115 | 6/1/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV751669 | 6/1/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752019 | 6/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752950 | 6/1/18 | $695.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752949 | 6/1/18 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752941 | 6/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752020 | 6/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752018 | 6/1/18 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV751675 | 6/1/18 | $515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752031 | 6/1/18 | $502.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752030 | 6/1/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | INV752025 | 6/1/18 | $450.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084932 | $33,557.82 | 8/22/18 | CRED02005 | 6/1/18 | -$760.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762003 | 7/1/18 | $8,253.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762004 | 7/1/18 | $4,295.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761383 | 7/1/18 | $1,593.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761380 | 7/1/18 | $1,334.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762002 | 7/1/18 | $1,306.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762000 | 7/1/18 | $1,244.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762007 | 7/1/18 | $1,150.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762001 | 7/1/18 | $1,100.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762006 | 7/1/18 | $1,025.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV760673 | 7/1/18 | $975.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761379 | 7/1/18 | $820.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761382 | 7/1/18 | $751.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV760670 | 7/1/18 | $702.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761375 | 7/1/18 | $700.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762009 | 7/1/18 | $695.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV762008 | 7/1/18 | $640.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761376 | 7/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761999 | 7/1/18 | $606.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV760666 | 7/1/18 | $546.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761384 | 7/1/18 | $515.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV760676 | 7/1/18 | $502.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV760674 | 7/1/18 | $468.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086513 | $30,281.26 | 9/25/18 | INV761378 | 7/1/18 | $450.00 |

Totals:     3 transfer(s),   $102,021.95