| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Defendant: | **Pioneer VNS Inc.** | | | | | | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | | | | | | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | | | | | | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980684 | $5,126.35 | 7/18/18 | 28023 | 6/23/18 | $3,138.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980684 | $5,126.35 | 7/18/18 | 28022 | 6/23/18 | $1,373.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980684 | $5,126.35 | 7/18/18 | 28023 | 6/23/18 | $613.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983998 | $28,149.01 | 7/25/18 | 28034 | 6/30/18 | $3,788.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983998 | $28,149.01 | 7/25/18 | 28033 | 6/30/18 | $1,865.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983998 | $28,149.01 | 7/25/18 | 28034 | 6/30/18 | $819.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983998 | $28,149.01 | 7/25/18 | 201807086 | 7/1/18 | $21,675.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986216 | $89.71 | 7/30/18 | 72018062 | 7/1/18 | $89.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987430 | $8,282.00 | 8/1/18 | 28043 | 7/7/18 | $4,113.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987430 | $8,282.00 | 8/1/18 | 28042 | 7/7/18 | $2,511.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987430 | $8,282.00 | 8/1/18 | 28043 | 7/7/18 | $762.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987430 | $8,282.00 | 8/1/18 | 28043 | 7/7/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987430 | $8,282.00 | 8/1/18 | 28043 | 7/7/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990932 | $8,550.88 | 8/10/18 | 28059 | 7/14/18 | $4,510.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990932 | $8,550.88 | 8/10/18 | 28058 | 7/14/18 | $2,306.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990932 | $8,550.88 | 8/10/18 | 28059 | 7/14/18 | $839.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990932 | $8,550.88 | 8/10/18 | 28059 | 7/14/18 | $600.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990932 | $8,550.88 | 8/10/18 | 28059 | 7/14/18 | $295.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995011 | $7,079.10 | 8/17/18 | 28074 | 7/21/18 | $4,365.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995011 | $7,079.10 | 8/17/18 | 28073 | 7/21/18 | $1,988.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780995011 | $7,079.10 | 8/17/18 | 28074 | 7/21/18 | $724.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996711 | $371.65 | 8/21/18 | 772018016 | 7/15/18 | $371.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998560 | $6,533.52 | 8/28/18 | 28086 | 7/28/18 | $3,824.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998560 | $6,533.52 | 8/28/18 | 28085 | 7/28/18 | $1,947.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998560 | $6,533.52 | 8/28/18 | 28086 | 7/28/18 | $761.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000046 | $21,760.81 | 8/30/18 | 201808086 | 8/1/18 | $21,675.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781000046 | $21,760.81 | 8/30/18 | 82018062 | 8/1/18 | $85.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002048 | $6,452.13 | 9/4/18 | 28104 | 8/4/18 | $3,788.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002048 | $6,452.13 | 9/4/18 | 28100 | 8/4/18 | $1,906.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781002048 | $6,452.13 | 9/4/18 | 28104 | 8/4/18 | $757.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005456 | $7,897.01 | 9/11/18 | 28113 | 8/11/18 | $4,870.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005456 | $7,897.01 | 9/11/18 | 28112 | 8/11/18 | $2,224.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005456 | $7,897.01 | 9/11/18 | 28113 | 8/11/18 | $801.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009116 | $8,082.88 | 9/18/18 | 28130 | 8/18/18 | $4,473.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009116 | $8,082.88 | 9/18/18 | 28129 | 8/18/18 | $2,747.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009116 | $8,082.88 | 9/18/18 | 28130 | 8/18/18 | $861.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011826 | $440.65 | 9/21/18 | 882018023 | 8/1/18 | $440.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013030 | $7,105.53 | 9/25/18 | 28141 | 8/25/18 | $4,329.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013030 | $7,105.53 | 9/25/18 | 28140 | 8/25/18 | $1,978.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013030 | $7,105.53 | 9/25/18 | 28141 | 8/25/18 | $797.68 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $61,833.00 | 10/11/18 | O/A | O/A | O/A |
| Totals: | 15 transfer(s),  $177,754.23 | | | | | | |