Defendant: **Standard Builder Inc.**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781004349 | $11,502.88 | 9/7/18 | 75700200001 | 7/31/18 | $11,502.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $20,137.81 | 10/12/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | Wire | $1,665.31 | 10/12/18 | O/A | O/A | O/A |

Totals:    3 transfer(s),  $33,306.00