Defendant: **The Associates Group LLC**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-24430 | $21,543.22 | 7/17/18 | 201819709401 | 6/26/18 | $21,543.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $4,769.00 | 8/9/18 | O/A | O/A | O/A |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24431 | $44,358.15 | 8/21/18 | 201820449075 | 7/25/18 | $26,010.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24431 | $44,358.15 | 8/21/18 | 201820449075 | 7/25/18 | $18,348.15 |

Totals: 3 transfer(s), $70,670.37