| | |
|---|---|
| Defendant: | **Thule Inc.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E86428 | $20.87 | 7/23/18 | 0000244285 | 5/4/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E86428 | $20.87 | 7/23/18 | 0000745307 | 5/4/18 | -$200.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E86428 | $20.87 | 7/23/18 | 00003449AA | 6/13/18 | $22.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E87243 | $286.00 | 7/24/18 | 0000286742 | 6/14/18 | $396.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88064 | $13,517.86 | 7/24/18 | 0000287298 | 6/15/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88064 | $13,517.86 | 7/24/18 | 0000287233 | 6/15/18 | $693.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88064 | $13,517.86 | 7/24/18 | 0000287228 | 6/15/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E88064 | $13,517.86 | 7/24/18 | 00007783AA | 6/15/18 | $4.36 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E87243 | $286.00 | 7/24/18 | 0000476583 | 7/6/18 | -$110.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89693 | $21.78 | 7/31/18 | 00002103AA | 6/19/18 | $21.78 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90138 | $202.29 | 8/1/18 | 00003767AA | 6/20/18 | $57.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90138 | $202.29 | 8/1/18 | 00002774AA | 6/20/18 | $22.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90138 | $202.29 | 8/1/18 | 0000509086 | 7/10/18 | -$1,080.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90138 | $202.29 | 8/1/18 | 0000909018 | 7/13/18 | $1,260.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90138 | $202.29 | 8/1/18 | 0000589642 | 7/13/18 | -$58.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91865 | $127.41 | 8/2/18 | 00005422AA | 6/22/18 | $127.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93573 | $185.13 | 8/7/18 | 00006982AA | 6/25/18 | $127.41 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E93573 | $185.13 | 8/7/18 | 00007483AA | 6/25/18 | $57.72 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95149 | $152.06 | 8/9/18 | 00001338AA | 6/28/18 | $152.06 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95982 | $396.00 | 8/9/18 | 0000302316 | 6/29/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95982 | $396.00 | 8/9/18 | 0000302325 | 6/29/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96487 | $1,980.00 | 8/9/18 | 0000303983 | 6/30/18 | $1,188.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96487 | $1,980.00 | 8/9/18 | 0000304195 | 6/30/18 | $495.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96487 | $1,980.00 | 8/9/18 | 0000304197 | 6/30/18 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02245 | $4,247.10 | 8/24/18 | 0000313728 | 7/11/18 | $1,287.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02245 | $4,247.10 | 8/24/18 | 0000314128 | 7/11/18 | $1,158.30 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02245 | $4,247.10 | 8/24/18 | 0000313763 | 7/11/18 | $1,029.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E02245 | $4,247.10 | 8/24/18 | 0000314686 | 7/11/18 | $772.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03764 | $25,244.40 | 8/27/18 | 0000278030 | 6/7/18 | $59.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03764 | $25,244.40 | 8/27/18 | 0000749003 | 6/7/18 | -$60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03764 | $25,244.40 | 8/27/18 | 0000317414 | 7/13/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E03764 | $25,244.40 | 8/27/18 | 0000317572 | 7/13/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04260 | $13,275.90 | 8/27/18 | 0000318156 | 7/14/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E04260 | $13,275.90 | 8/27/18 | 0000318199 | 7/14/18 | $653.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05400 | $1,762.20 | 8/30/18 | 0000318516 | 7/16/18 | $990.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05400 | $1,762.20 | 8/30/18 | 0000318979 | 7/16/18 | $594.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E05400 | $1,762.20 | 8/30/18 | 0000320697 | 7/17/18 | $178.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07748 | $20,756.00 | 9/4/18 | 0000321964 | 7/18/18 | $99.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07748 | $20,756.00 | 9/4/18 | 0000324239 | 7/19/18 | $1,782.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07748 | $20,756.00 | 9/4/18 | 0000326233 | 7/20/18 | $24,948.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E07748 | $20,756.00 | 9/4/18 | 0000609112 | 8/7/18 | -$6,073.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000331953 | 7/25/18 | $772.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000335204 | 7/27/18 | $1,386.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000335031 | 7/27/18 | $257.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000334984 | 7/27/18 | $198.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000334949 | 7/27/18 | $128.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000337460 | 7/30/18 | $2,316.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000336035 | 7/30/18 | $2,178.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000336721 | 7/30/18 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000337174 | 7/30/18 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000337524 | 7/30/18 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000335880 | 7/30/18 | $297.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000337973 | 7/31/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000604541 | 8/17/18 | -$18,940.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E13440 | $1,897.40 | 9/13/18 | 0000476801 | 8/21/18 | -$210.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15783 | $296.40 | 9/17/18 | 0000320958 | 7/17/18 | $356.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15783 | $296.40 | 9/17/18 | 0000752004 | 7/17/18 | -$60.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000341533 | 8/2/18 | $3,088.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000341161 | 8/2/18 | $1,544.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000341207 | 8/2/18 | $1,544.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000341111 | 8/2/18 | $643.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000342431 | 8/2/18 | $386.10 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E15002 | $7,335.90 | 9/17/18 | 0000341134 | 8/2/18 | $128.70 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17455 | $1,009.80 | 9/21/18 | 0000344722 | 8/6/18 | $534.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17455 | $1,009.80 | 9/21/18 | 0000345416 | 8/6/18 | $237.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E17455 | $1,009.80 | 9/21/18 | 0000348341 | 8/8/18 | $237.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19019 | $38,045.70 | 9/24/18 | 0000350828 | 8/10/18 | $24,948.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19019 | $38,045.70 | 9/24/18 | 0000351176 | 8/10/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E19019 | $38,045.70 | 9/24/18 | 0000351180 | 8/10/18 | $475.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20373 | $25,245.00 | 10/2/18 | 0000352228 | 8/13/18 | $12,622.50 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E20373 | $25,245.00 | 10/2/18 | 0000353873 | 8/13/18 | $12,622.50 |

Totals:    21 transfer(s),  $156,005.20

Thule Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A