| | |
|---|---|
| Defendant: | **TJ Daniels Inc., Dba Stride Staffing** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $19,767.53 | 8/29/18 | 24066 | 6/5/18 | $17,448.66 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $19,767.53 | 8/29/18 | 24005 | 6/5/18 | $2,318.87 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $72,941.66 | 8/30/18 | O/A | O/A | O/A |

Totals:   2 transfer(s),   $92,709.19