**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x  Chapter 11

In re:

Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

(Jointly Administered)

Debtors[1]

---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF APPEARANCE AND
# REQUEST FOR REMOVAL FROM COURT MATRIX AND SERVICE LIST

**PLEASE TAKE NOTICE** that **William P. Fennell** of the Law Office of William P. Fennell, APLC withdraws his appearance as counsel for **Dart Warehouse Corporation** in the above-captioned cases and requests to be removed from all service lists, including all electronic service lists and the ECF Notification system, in the above-captioned cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Rover Brands Business Unit, LLC (f/k/a Sears Brands Business Unit Corporation) (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 130 West 42nd Street, 17th Floor, New York, NY 10036.

- 1 -

By this notice I respectfully request that the following email addresses be removed from receiving any electronic filing notifications in the above-captioned cases:

Email 1:        william.fennell@fennelllaw.com

Email 2:        mblackburnjoniaux@fennelllaw.com

Email 3:        charles.bethel@fennelllaw.com

Email 4:        luralene.schultz@fennelllaw.com

Email 5:        tiffany.zappelli@fennelllaw.com

Email 6:        office@fennelllaw.com

Dated: October 11, 2020                 Respectfully submitted,
      San Diego, CA

                                           LAW OFFICE OF WILLIAM P. FENNELL, APLC

                                           By: /s/William P. Fennell
                                           William P. Fennell, Esq.
                                           600 West Broadway, Suite 930
                                           San Diego, CA 92101
                                           Telephone: (619) 325-1560
                                           Facsimile: (619) 325-1558
                                           Email: william.fennell@fennelllaw.com

                                           *Attorneys for Dart Warehouse Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of October, 2020, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Court Matrix and Service List to be filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

                  /s/William P. Fennell
                  William P. Fennell