**COMMONWEALTH OF PUERTO RICO**
Puerto Rico Electric Power Authority
Customer Service Division

SAN JUAN, PUERTO RICO



*Commercial Sales Department*
*PO Box 364267*
*San Juan, PR 00936-4267*

*www.aeepr.com*
*Tel: 289-4142*
*Fax: 289-4140*

## AMENDMENT TO PRIMARY CONTRACT
## TO SUPPLY ELECTRIC ENERGY

**SEARS ROEBUCK DE PR INC.**

Account No.: Several Accounts     Cycle:     Controll: Emg-09-5897

Both parties, by mutual agreement, amend and nullify clause number 1 of the Contract in force, and substitute it with the following clause:

The Authority agrees to provide electric energy to the Client to operate a **Department Store**, modifying the contracted load as is shown in the following table, which will be used for billing purposes.

| Account | Current Load | New Contracted Load |
|---|---|---|
| 041 0513968 002 | 1000 | 750 |
| 022 0585610 002 | 160 | 135 |
| 031 0504441 001 | 1200 | 850 |
| 061 0599761 001 | 450 | 300 |
| 061 0599776 001 | 1200 | 850 |
| 052 0311122 001 | 1000 | 800 |
| 055 0374662 001 | 300 | 200 |
| 014 0555112 001 | 318 | 500 |
| 061 0599649 001 | 80 | 60 |
| 014 0556772 001 | 600 | 400 |
| 014 0615374 001 | 750 | 425 |

In San Juan, Puerto Rico on December 14, 2009.

Signature _____
Miguel Santiago
Authorized Representative

Signature _____
Reyes M. Ruiz Donate
Management Engineer



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*8/OCTOBER/2020 – ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171 ♦ Translations & More: 787-637-4906*



Kevin R. Carr
President
Sears Roebuck de Puerto Rico, Inc.
Corporate Offices
P.O. Box 3670302
San Juan, P. R. 00936-7302

September 22, 2009

Electric Power Authority

TO WHOM IT MAY CONCERN:

We herein authorize Mr. Miguel Santiago to carry out all necessary actions regarding the Sears, Roebuck de Puerto Rico, Inc. electric energy account and all its stores and/or units.

Sincerely,

[Signature]

Kevin R. Carr



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*8/OCTOBER/2020 – ♦ Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171 ♦ Translations & More: 787-637-4906*