

**GOVERNMENT OF PUERTO RICO**
Puerto Rico Electric Power Authority

SAN JUAN, PUERTO RICO



Wholesale Department
PO Box 364267
San Juan  PR  00936-4267

www.aeepr.com
Tel: 521-4142
Fax: 521-4140

# MAIN CONTRACT AMENDMENT
## FOR ELECTRIC POWER SERVICE

### KMART CORP/ SEARS CORP.

Account number: **REFER TO ATTACHED LIST**     Control: **EM-10-6520**

Both parties agree, by mutual consent, to amend clause 1.1 of the actual contracts with the following text:

> The Authority agrees to deliver electric energy to the Customer for operating **Department Store** at **various locations(Refer to attached list), Puerto Rico** up to a total load capacity of **(Refer to attached list)kVA,** which will be the contracted load under this Contract.

In San Juan, Puerto Rico, this day of **October 28, 2010**.

_____
**Dave Rodney**
**Regional Vice President**

_____
**Ing. Isidoro Nieves**
**Manager**

inm

| Client | Site Name | Account Number | Carga Actu | Carga nue |
|---|---|---|---|---|
| Sears | 01945-Ponce | 052 0311160 001 3 | 600 | 400 |
| Sears | 02355-Hatillo | 071 0468283 001 2 | 650 | 500 |
| Sears | 07496-Mayaguez | 061 0599649 001 0 | 60 | 50 |
| Kmart | 03679-Vega Baja | 024 0473633 002 8 | 650 | 400 |
| Kmart | 03882-Mayaguez | 061 0588490 002 9 | 750 | 500 |
| Kmart | 03896-San German | 062 0645653 002 2 | 750 | 450 |
| Kmart | 03993-Juana Diaz | 053 0280325 002 9 | 750 | 450 |
| Kmart | 04732-Aguadilla | 063 0610396 002 8 | 700 | 400 |
| Kmart | 07419-Caguas | 041 0516773 002 9 | 750 | 500 |
| Kmart | 07446-Cayey | 043 0313522 002 3 | 700 | 450 |
| Kmart | 07566-Arecibo | 071 0467862 002 4 | 500 | 250 |
| Kmart | 07665-Carolina | 031 0506357 002 5 | 100 | 500 |
| Kmart | 07741-Ponce | 051 0372210 002 3 | 250 | 500 |
| Kmart | 07752-Yauco | 054 0465876 002 8 | 1000 | 450 |
| Kmart | 07788-Bayamon | 022 0649145 002 3 | 750 | 500 |
| Kmart | 09789-Rio Piedras | 014 0554744 002 7 | 500 | 250 |

Hacer nota en la 25-12

Cambi

