Defendant: **Friend Smith & Co. Inc.**
Bankruptcy Case: **Sears Holding Corporation, et al.**
Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203786 | 5/8/18 | $2,449.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203793 | 5/8/18 | $1,618.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203795 | 5/8/18 | $1,518.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203792 | 5/9/18 | $3,651.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203790 | 5/9/18 | $2,754.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203831 | 5/9/18 | $2,587.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203787 | 5/9/18 | $2,542.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203781 | 5/9/18 | $2,378.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203789 | 5/9/18 | $2,359.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203788 | 5/9/18 | $1,884.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203794 | 5/9/18 | $1,734.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 203791 | 5/9/18 | $1,551.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204119 | 6/5/18 | $9,148.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204129 | 6/5/18 | $8,467.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204117 | 6/5/18 | $5,994.03 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204121 | 6/6/18 | $8,333.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204128 | 6/6/18 | $8,161.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204124 | 6/6/18 | $6,620.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204110 | 6/8/18 | $9,396.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204161 | 6/8/18 | $7,736.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204181 | 6/8/18 | $7,321.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082977 | $103,304.56 | 7/19/18 | 204162 | 6/8/18 | $5,092.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203782 | 5/10/18 | $4,035.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203796 | 5/10/18 | $1,734.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203797 | 5/10/18 | $1,734.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203784 | 5/11/18 | $4,035.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203783 | 5/11/18 | $2,946.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203785 | 5/11/18 | $2,509.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203832 | 5/14/18 | $1,931.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 203833 | 5/14/18 | $1,734.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204195 | 6/11/18 | $5,510.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204197 | 6/11/18 | $5,112.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204149 | 6/12/18 | $8,599.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204147 | 6/12/18 | $8,137.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204212 | 6/12/18 | $6,387.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204211 | 6/12/18 | $5,355.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204149 | 6/12/18 | $902.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204187 | 6/13/18 | $6,798.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204150 | 6/13/18 | $5,082.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204182 | 6/14/18 | $6,857.03 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083395 | $85,316.25 | 7/26/18 | 204148 | 6/14/18 | $5,910.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204316 | 6/25/18 | $1,209.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204317 | 6/25/18 | $1,158.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204318 | 6/25/18 | $982.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204320 | 6/25/18 | $755.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204319 | 6/25/18 | $100.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204329 | 6/26/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204325 | 6/26/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204326 | 6/26/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204327 | 6/26/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204334 | 6/26/18 | $554.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204333 | 6/26/18 | $554.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204330 | 6/27/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204322 | 6/27/18 | $579.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204321 | 6/27/18 | $579.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204335 | 6/27/18 | $554.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204323 | 6/29/18 | $982.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204331 | 6/29/18 | $554.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084160 | $12,647.39 | 8/14/18 | 204332 | 6/29/18 | $554.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084659 | $1,410.86 | 8/22/18 | 204324 | 7/2/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084659 | $1,410.86 | 8/22/18 | 204328 | 7/5/18 | $705.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204225 | 6/14/18 | $3,300.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204226 | 6/14/18 | $3,300.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204227 | 6/14/18 | $3,300.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204224 | 6/14/18 | $3,300.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204234 | 6/14/18 | $3,236.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204232 | 6/14/18 | $3,183.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204235 | 6/14/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204240 | 6/15/18 | $3,300.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204236 | 6/15/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204239 | 6/15/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204237 | 6/15/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204250 | 6/15/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204251 | 6/15/18 | $3,173.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204241 | 6/15/18 | $3,081.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204256 | 6/15/18 | $2,928.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085431 | $50,893.04 | 9/5/18 | 204249 | 6/15/18 | $2,921.84 |

Totals:    5 transfer(s),  $253,572.10