| | | |
|---|---|---|
| Defendant: | **Luis Garraton Inc.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3416004 | 4/27/18 | $238.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3416059 | 4/27/18 | $216.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | IN3416061 | 4/27/18 | $183.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3416159 | 4/30/18 | $262.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3416190 | 4/30/18 | $14.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | IN3416444 | 5/2/18 | $153.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | IN3418578 | 5/28/18 | -$15.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | IN3418770 | 5/29/18 | $99.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | IN3418886 | 5/30/18 | $465.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3418939 | 5/31/18 | $204.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082517 | $2,000.86 | 7/17/18 | 3419032 | 5/31/18 | $178.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3416539 | 5/4/18 | $96.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3416631 | 5/4/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | IN3416821 | 5/8/18 | $315.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3416843 | 5/8/18 | $305.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3417073 | 5/10/18 | $166.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3419182 | 6/4/18 | $650.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083086 | $2,403.43 | 7/23/18 | 3419357 | 6/5/18 | $790.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3417245 | 5/11/18 | $110.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3417218 | 5/11/18 | $84.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3417066 | 5/14/18 | $76.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3417358 | 5/15/18 | $304.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3417352 | 5/15/18 | $280.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3417355 | 5/15/18 | $73.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3419989 | 6/12/18 | $809.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3420004 | 6/12/18 | $265.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3419905 | 6/12/18 | $168.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3420026 | 6/13/18 | $284.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3420101 | 6/13/18 | $157.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3421661 | 6/29/18 | -$26.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3421782 | 7/3/18 | -$104.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3422250C | 7/6/18 | -$1.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | IN3422290 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3422252 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3422200 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3422221 | 7/9/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083468 | $2,190.20 | 7/31/18 | 3422172 | 7/9/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3417716 | 5/18/18 | $63.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418444 | 5/26/18 | $315.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418464 | 5/26/18 | $244.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418497 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418509 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418495 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418499 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418506 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418508 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418501 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418507 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418496 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418502 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418505 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418504 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418512 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418510 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418511 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418500 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418493 | 5/26/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418537 | 5/26/18 | $111.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418475 | 5/26/18 | $58.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418465 | 5/26/18 | $26.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418631 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418628 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418576 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418575 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418632 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418574 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418583 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418606 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418577 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418584 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418585 | 5/28/18 | $1,684.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418587 | 5/28/18 | $1,620.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418605 | 5/28/18 | $1,604.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418607 | 5/28/18 | $1,604.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418588 | 5/28/18 | $1,582.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418582 | 5/28/18 | $1,581.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418578 | 5/28/18 | $1,438.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418589 | 5/28/18 | $1,345.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418784 | 5/29/18 | $1,674.47 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418633 | 5/29/18 | $1,662.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418498 | 5/29/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3418494 | 5/29/18 | $145.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418771 | 5/29/18 | $85.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3418503 | 5/31/18 | $145.59 |

Luis Garraton Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                                             Exhibit A                                                             P. 2

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3421476 | 6/27/18 | $1,125.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3421583 | 6/28/18 | $290.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3421698 | 6/29/18 | $1,103.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422169 | 7/4/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3422205 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3422244 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422295 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422230 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422171 | 7/6/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | IN3422240 | 7/9/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422232 | 7/9/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3422168 | 7/9/18 | -$58.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084233 | $38,452.84 | 8/14/18 | 3423351 | 7/18/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3419103 | 6/4/18 | $879.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3719122 | 6/4/18 | $136.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3419282 | 6/5/18 | $237.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3421940 | 7/3/18 | $1,027.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | IN3421782 | 7/3/18 | $528.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3421902 | 7/3/18 | $115.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422331 | 7/6/18 | $853.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | IN3422267 | 7/6/18 | $233.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422266 | 7/6/18 | $233.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422265 | 7/6/18 | $233.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422199 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | IN3422175 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422185 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422258 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422239 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | IN3422207 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422176 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3422250 | 7/6/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084800 | $5,185.39 | 8/21/18 | 3423791 | 7/24/18 | -$6.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3419949 | 6/12/18 | $318.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3419930 | 6/12/18 | $142.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422219 | 7/9/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422242 | 7/9/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3422183 | 7/9/18 | $89.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3422601 | 7/10/18 | $609.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422615 | 7/10/18 | $573.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3422614 | 7/10/18 | $49.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422793 | 7/11/18 | $817.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422682 | 7/11/18 | $731.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | IN3422681 | 7/11/18 | $234.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3422929 | 7/12/18 | $593.69 |

Luis Garraton Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3422892 | 7/12/18 | $429.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3423066 | 7/13/18 | $538.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3423067 | 7/13/18 | $408.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3423004 | 7/13/18 | $237.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085128 | $6,117.48 | 8/29/18 | 3423061 | 7/13/18 | $166.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085503 | $1,798.12 | 9/5/18 | 3420599 | 6/20/18 | $241.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085503 | $1,798.12 | 9/5/18 | 3423356 | 7/18/18 | $703.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085503 | $1,798.12 | 9/5/18 | IN3423354 | 7/18/18 | $701.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085503 | $1,798.12 | 9/5/18 | 3423351 | 7/18/18 | $151.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | 3421533 | 6/28/18 | $122.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | IN3421611 | 6/28/18 | $94.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | IN3421601 | 6/28/18 | $13.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | IN3423875 | 7/24/18 | $295.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | 3423793 | 7/24/18 | $153.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | 3423977 | 7/25/18 | $507.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | 3424137 | 7/27/18 | $246.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | 3424134 | 7/27/18 | $202.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085882 | $1,753.80 | 9/17/18 | IN3424277 | 7/27/18 | $117.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | IN3421661 | 6/29/18 | $133.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | IN3421667 | 6/29/18 | $103.96 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3421901 | 7/3/18 | $205.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3422116 | 7/5/18 | $95.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3424436IN | 7/30/18 | $459.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3424259 | 7/30/18 | $377.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3424479A | 8/1/18 | $180.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 3426621 | 8/23/18 | -$13.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086334 | $1,465.79 | 9/19/18 | 97547 | 8/24/18 | -$76.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422212 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422169 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422295 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422200 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422171 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422205 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422252 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422259 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422230 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422244 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422168 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422232 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422233 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422173 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422254 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422290 | 7/6/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422257 | 7/6/18 | $126.16 |

Luis Garraton Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422243 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422170 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422206 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422177 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422289 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422294 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422213 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422245 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422251 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422247 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422167 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422255 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422238 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422253 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422184 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422201 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422231 | 7/6/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422437 | 7/9/18 | $260.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422240 | 7/9/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422172 | 7/9/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422221 | 7/9/18 | $126.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422241 | 7/9/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422187 | 7/9/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422581 | 7/10/18 | $183.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422220 | 7/10/18 | $79.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422660 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422670 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422664 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422661 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422667 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422659 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422663 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422669 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422666 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422662 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422657 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422665 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422658 | 7/10/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422680 | 7/11/18 | $194.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422668 | 7/11/18 | $57.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422807 | 7/12/18 | $268.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3422816 | 7/12/18 | $256.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422889 | 7/12/18 | $190.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3422810 | 7/12/18 | $179.36 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3425313 | 8/9/18 | $249.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3425398 | 8/10/18 | $116.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3426736 | 8/23/18 | -$22.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3427100 | 8/28/18 | -$2.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | IN3427144 | 8/29/18 | -$5.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3427322 | 8/31/18 | -$28.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3427321C | 9/3/18 | -$3.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086905 | $6,736.96 | 9/26/18 | 3427321 | 9/3/18 | -$22.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3423056 | 7/13/18 | $243.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3423001 | 7/13/18 | $54.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3423086 | 7/14/18 | $94.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3423099 | 7/14/18 | $46.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | IN3423355 | 7/18/18 | $360.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3425582 | 8/13/18 | $979.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | IN3425537 | 8/13/18 | $260.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3425821 | 8/14/18 | $342.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3425533 | 8/14/18 | $112.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3426208 | 8/17/18 | $530.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | IN3426907 | 8/27/18 | -$96.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087263 | $2,926.43 | 10/10/18 | 3427887C | 9/6/18 | -$3.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3423883 | 7/24/18 | $293.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | IN3423834 | 7/24/18 | $115.64 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3423794 | 7/24/18 | $73.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | IN3423835 | 7/24/18 | $57.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3423791 | 7/24/18 | $13.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3423936 | 7/25/18 | $189.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3423935 | 7/25/18 | $53.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3426621 | 8/22/18 | $682.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3426654 | 8/23/18 | $561.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | IN3426752 | 8/23/18 | $448.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3426654 | 8/23/18 | -$129.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | 3427884C | 9/5/18 | -$5.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087606 | $2,334.04 | 10/23/18 | IN3428801 | 9/14/18 | -$19.22 |

Totals:    12 transfer(s),    $73,365.34