Defendant: **Pacific Realty Associates LP**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171751 | $7,705.97 | 8/7/18 | 0000072618 | 7/26/18 | $6,446.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171751 | $7,705.97 | 8/7/18 | 0000072618 | 7/26/18 | $1,259.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 122499 | $1,101.00 | 8/9/18 | 0000097436 | 7/23/18 | $1,101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173127 | $7,705.97 | 9/5/18 | 0000082618 | 8/26/18 | $6,446.97 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173127 | $7,705.97 | 9/5/18 | 0000082618 | 8/26/18 | $1,259.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 124775 | $1,101.00 | 9/6/18 | 0000098033 | 8/22/18 | $1,101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116620 | $1,012.00 | 9/13/18 | 0000096163 | 4/23/18 | $1,012.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 126929 | $1,101.00 | 10/11/18 | 0000098414 | 9/24/18 | $1,101.00 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174474 | $7,834.91 | 10/11/18 | 0000092518 | 9/25/18 | $6,575.91 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174474 | $7,834.91 | 10/11/18 | 0000092518 | 9/25/18 | $1,259.00 |

Totals:   7 transfer(s),   $27,561.85