| | |
|---|---|
| Defendant: | **Pulselearning Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | Wire | $32,850.00 | 8/23/18 | 14093 | 6/22/18 | $32,850.00 |
| **Totals:** | **1 transfer(s), $32,850.00** | | | | | | |