| Defendant: | **Quality For Sale Advertising Distributing Corporation, Dba Quality for Sale** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083855 | $22,429.46 | 8/9/18 | 518KMARTAM | 6/1/18 | $22,429.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084804 | $22,429.46 | 8/27/18 | 618KMARTAM | 7/2/18 | $22,429.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086908 | $29,905.94 | 9/26/18 | 718KMARTAM | 8/1/18 | $29,905.94 |

Totals:    3 transfer(s),  $74,764.86