Defendant: **Racquet Club-Westgate LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170250 | $51,498.33 | 7/17/18 | 0000062518 | 6/25/18 | $51,498.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171805 | $51,498.33 | 8/16/18 | 0000072618 | 7/26/18 | $51,498.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173180 | $51,498.33 | 9/7/18 | 0000082618 | 8/26/18 | $51,498.33 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174527 | $51,498.33 | 10/9/18 | 0000092518 | 9/25/18 | $51,498.33 |

Totals:    4 transfer(s),  $205,993.32