Defendant: **Reedy Industries Inc., Dba Southwest Town Mechanical Services**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62082882 | $1,690.00 | 7/17/18 | SI2032581 | 5/8/18 | $1,690.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087072 | $1,181.66 | 10/2/18 | SI2034415 | 7/12/18 | $1,181.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086152 | $1,970.00 | 10/11/18 | SI2033971 | 6/27/18 | $1,970.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087767 | $26,700.00 | 10/16/18 | SI2034615A | 7/26/18 | $480.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087767 | $26,700.00 | 10/16/18 | SI2034773 | 7/30/18 | $17,000.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087767 | $26,700.00 | 10/16/18 | SI2034767 | 7/30/18 | $4,850.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62087767 | $26,700.00 | 10/16/18 | SI2034768 | 7/30/18 | $4,370.00 |

Totals:    4 transfer(s),  $31,541.66