| Defendant: | **Shanghai Kington Trading Co. Ltd.** |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-862 | $67,556.00 | 8/24/18 | 201819193559 | 6/11/18 | $67,556.00 |
| **Totals:** | 1 transfer(s), $67,556.00 | | | | | | |