| | | |
|---|---|---|
| Defendant: | **Versapet Incorporated** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780989038 | $19,439.94 | 7/26/18 | 112742 | 7/6/18 | $10,868.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989038 | $19,439.94 | 7/26/18 | 112741 | 7/6/18 | $8,647.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989038 | $19,439.94 | 7/26/18 | 8361AD071518BO7 | 7/13/18 | -$15.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780989038 | $19,439.94 | 7/26/18 | 8361AD072218BT1 | 7/20/18 | -$61.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992585 | $20,649.86 | 8/2/18 | 112786 | 7/13/18 | $10,429.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992585 | $20,649.86 | 8/2/18 | 112787 | 7/13/18 | $10,266.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992585 | $20,649.86 | 8/2/18 | 8361AD072918BU2 | 7/27/18 | -$46.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996795 | $9,845.85 | 8/9/18 | 112828 | 7/20/18 | $10,288.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996795 | $9,845.85 | 8/9/18 | 8361AD080518BZ1 | 8/3/18 | -$50.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996795 | $9,845.85 | 8/9/18 | MA18216697828 | 8/4/18 | -$392.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998876 | $8,628.10 | 8/14/18 | 112830 | 7/23/18 | $8,628.10 |

Totals:    4 transfer(s),  $58,563.75