Defendant: **Victory Marketing Agency LLC**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780980989 | $84,394.75 | 7/18/18 | 8502 | 5/7/18 | $75,309.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780980989 | $84,394.75 | 7/18/18 | 8503 | 5/7/18 | $9,085.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991255 | $2,406.00 | 8/10/18 | VIC7175 | 5/25/18 | $2,406.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998882 | $77,283.25 | 8/28/18 | 8534 | 6/8/18 | $77,283.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005769 | $1,712.00 | 9/11/18 | VIC7326 | 6/21/18 | $1,712.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781009486 | $816.00 | 9/18/18 | VIC7273 | 6/8/18 | $816.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013349 | $68,893.97 | 9/25/18 | 8570 | 7/10/18 | $68,253.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013349 | $68,893.97 | 9/25/18 | VIC7462 | 7/11/18 | $640.00 |

Totals:    6 transfer(s),  $235,505.97