| Defendant: | Body Flex Sports Inc. |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89887 | $8,038.33 | 7/17/18 | 0000909015 | 7/13/18 | $7,450.45 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E89887 | $8,038.33 | 7/17/18 | 0000909014 | 7/13/18 | $587.88 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009181AA | 5/14/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009182AA | 5/14/18 | $198.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009185AA | 5/14/18 | $148.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009184AA | 5/14/18 | $128.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009351AA | 5/14/18 | $102.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009186AA | 5/14/18 | $78.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E90309 | $944.65 | 7/18/18 | 00009183AA | 5/14/18 | $78.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00004310AA | 5/15/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009439AA | 5/15/18 | $278.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009431AA | 5/15/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009435AA | 5/15/18 | $198.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009436AA | 5/15/18 | $198.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009433AA | 5/15/18 | $148.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009438AA | 5/15/18 | $128.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009432AA | 5/15/18 | $102.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009434AA | 5/15/18 | $102.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E91229 | $1,735.50 | 7/19/18 | 00009437AA | 5/15/18 | $78.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92025 | $338.90 | 7/20/18 | 00009501AA | 5/16/18 | $189.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92025 | $338.90 | 7/20/18 | 00009502AA | 5/16/18 | $148.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009514AA | 5/18/18 | $237.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009601AA | 5/18/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009516AA | 5/18/18 | $168.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009603AA | 5/18/18 | $151.90 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009517AA | 5/18/18 | $148.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009512AA | 5/18/18 | $128.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009518AA | 5/18/18 | $118.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009602AA | 5/18/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009515AA | 5/18/18 | $89.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E92600 | $1,430.40 | 7/23/18 | 00009513AA | 5/18/18 | $78.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009611AA | 5/21/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009511AA | 5/21/18 | $258.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009612AA | 5/21/18 | $208.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009615AA | 5/21/18 | $168.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009614AA | 5/21/18 | $148.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E94522 | $1,193.70 | 7/25/18 | 00009613AA | 5/21/18 | $118.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009708AA | 5/22/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009704AA | 5/22/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00007010AA | 5/22/18 | $198.95 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009703AA | 5/22/18 | $198.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00007012AA | 5/22/18 | $195.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009701AA | 5/22/18 | $153.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009709AA | 5/22/18 | $128.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00007093AA | 5/22/18 | $118.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009706AA | 5/22/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009707AA | 5/22/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009705AA | 5/22/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00009702AA | 5/22/18 | $89.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E95355 | $2,040.35 | 7/26/18 | 00007011AA | 5/22/18 | $79.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96122 | $1,037.75 | 7/27/18 | 00009714AA | 5/23/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96122 | $1,037.75 | 7/27/18 | 00009715AA | 5/23/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96122 | $1,037.75 | 7/27/18 | 00009712AA | 5/23/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96122 | $1,037.75 | 7/27/18 | 00009713AA | 5/23/18 | $153.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96122 | $1,037.75 | 7/27/18 | 00009711AA | 5/23/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009795AA | 5/24/18 | $288.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009793AA | 5/24/18 | $208.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009796AA | 5/24/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009791AA | 5/24/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009794AA | 5/24/18 | $178.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009792AA | 5/24/18 | $128.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009805AA | 5/25/18 | $208.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009801AA | 5/25/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009804AA | 5/25/18 | $206.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009802AA | 5/25/18 | $153.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009806AA | 5/25/18 | $153.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009803AA | 5/25/18 | $98.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 00009807AA | 5/25/18 | $89.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | E96698 | $2,160.40 | 7/30/18 | 0000593482 | 7/25/18 | -$178.95 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5401 | $191,193.60 | 8/21/18 | 201818597843 | 5/24/18 | $127,462.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5401 | $191,193.60 | 8/21/18 | 201818597843 | 5/24/18 | $63,731.20 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5402 | $382,387.20 | 8/27/18 | 201818735874 | 5/28/18 | $191,193.60 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5402 | $382,387.20 | 8/27/18 | 201818735874 | 5/28/18 | $127,462.40 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-5402 | $382,387.20 | 8/27/18 | 201818735874 | 5/28/18 | $63,731.20 |

Totals:    11 transfer(s),  $592,500.78