| Defendant: | Goya Foods Inc., Dba Goya De Puerto Rico Inc. |
| --- | --- |
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983820 | $1,499.46 | 7/17/18 | 20118551 | 7/2/18 | $604.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983820 | $1,499.46 | 7/17/18 | 20118758 | 7/2/18 | $515.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983820 | $1,499.46 | 7/17/18 | 20114143 | 7/2/18 | $375.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983820 | $1,499.46 | 7/17/18 | 20118551 | 7/2/18 | $3.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780983819 | $751.43 | 7/17/18 | 689744 | 7/5/18 | $751.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984801 | $526.58 | 7/18/18 | 20122455 | 7/3/18 | $535.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984801 | $526.58 | 7/18/18 | 9348034094 | 7/12/18 | -$6.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984801 | $526.58 | 7/18/18 | 8361AD071518AF8 | 7/13/18 | -$0.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780984801 | $526.58 | 7/18/18 | 7654004757 | 7/13/18 | -$1.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985384 | $671.42 | 7/19/18 | 691663 | 7/9/18 | $671.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 20122717 | 7/5/18 | $682.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 1258800 | 7/5/18 | $559.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 1258800 | 7/5/18 | $19.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 1258800 | 7/5/18 | -$26.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 7654004764 | 7/14/18 | -$2.88 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 7654004786 | 7/16/18 | -$0.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 7654004796 | 7/17/18 | -$1.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780985838 | $1,189.32 | 7/20/18 | 9348034120 | 7/17/18 | -$40.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986557 | $2,216.81 | 7/23/18 | 20129297 | 7/6/18 | $1,697.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986557 | $2,216.81 | 7/23/18 | 20128382 | 7/6/18 | $658.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780986557 | $2,216.81 | 7/23/18 | 20129297 | 7/6/18 | -$139.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987276 | $1,290.64 | 7/24/18 | 20133354 | 7/9/18 | $680.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987276 | $1,290.64 | 7/24/18 | 20133511 | 7/9/18 | $656.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987276 | $1,290.64 | 7/24/18 | 20133354 | 7/9/18 | $4.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987276 | $1,290.64 | 7/24/18 | 20133511 | 7/9/18 | -$51.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780987275 | $694.15 | 7/24/18 | 690506 | 7/12/18 | $694.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988804 | $7,909.34 | 7/26/18 | 683420 | 6/15/18 | $7,909.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988805 | $353.13 | 7/26/18 | 20137581 | 7/11/18 | $374.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988805 | $353.13 | 7/26/18 | 20137581 | 7/11/18 | $1.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988805 | $353.13 | 7/26/18 | 20137581 | 7/11/18 | -$5.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780988805 | $353.13 | 7/26/18 | 3056031047 | 7/19/18 | -$17.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990005 | $903.18 | 7/30/18 | 20145610 | 7/13/18 | $1,108.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990005 | $903.18 | 7/30/18 | 20145610 | 7/13/18 | -$11.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990005 | $903.18 | 7/30/18 | 1181975200 | 7/19/18 | -$188.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990005 | $903.18 | 7/30/18 | 7654004846 | 7/20/18 | -$1.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990005 | $903.18 | 7/30/18 | 9348034159 | 7/24/18 | -$4.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990779 | $856.18 | 7/31/18 | 20150801 | 7/16/18 | $665.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990779 | $856.18 | 7/31/18 | 20150130 | 7/16/18 | $195.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990779 | $856.18 | 7/31/18 | 20150801 | 7/16/18 | $1.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780990779 | $856.18 | 7/31/18 | 20150801 | 7/16/18 | -$5.65 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 780990779 | $856.18 | 7/31/18 | 7654004880 | 7/24/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991694 | $676.99 | 8/1/18 | 20153479 | 7/17/18 | $703.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991694 | $676.99 | 8/1/18 | 20153479 | 7/17/18 | -$24.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991694 | $676.99 | 8/1/18 | 7654004893 | 7/26/18 | -$0.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780991694 | $676.99 | 8/1/18 | 7654004904 | 7/26/18 | -$1.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992316 | $324.22 | 8/2/18 | 1260708 | 7/18/18 | $323.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992316 | $324.22 | 8/2/18 | 1260708 | 7/18/18 | $5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992316 | $324.22 | 8/2/18 | 1260708 | 7/18/18 | -$5.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780992801 | $186.63 | 8/3/18 | 8197520001 | 7/19/18 | $186.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 20162077 | 7/20/18 | $2,221.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 20162872 | 7/20/18 | $321.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 20162078 | 7/20/18 | $174.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 20162873 | 7/20/18 | $27.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 20162077 | 7/20/18 | -$26.32 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780993641 | $2,692.38 | 8/6/18 | 3990024165 | 8/1/18 | -$25.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20052687 | 6/5/18 | $468.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20052688 | 6/5/18 | $57.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20167914 | 7/23/18 | $606.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20166645 | 7/23/18 | $312.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20167763 | 7/23/18 | $172.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780994657 | $1,691.82 | 8/7/18 | 20167764 | 7/23/18 | $75.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996553 | $438.57 | 8/9/18 | 20172566 | 7/25/18 | $486.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996553 | $438.57 | 8/9/18 | 20172566 | 7/25/18 | -$31.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996553 | $438.57 | 8/9/18 | 3737034492 | 8/2/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996553 | $438.57 | 8/9/18 | 9348034216 | 8/4/18 | -$0.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780996553 | $438.57 | 8/9/18 | 3737034497 | 8/6/18 | -$13.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997032 | $674.45 | 8/10/18 | 697629 | 7/31/18 | $774.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997032 | $674.45 | 8/10/18 | 697629 | 7/31/18 | -$100.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997722 | $7,833.66 | 8/13/18 | 695033 | 7/27/18 | $7,322.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997723 | $408.04 | 8/13/18 | 20178082 | 7/27/18 | $410.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997722 | $7,833.66 | 8/13/18 | 698073 | 8/1/18 | $503.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997722 | $7,833.66 | 8/13/18 | 698131 | 8/1/18 | $78.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997723 | $408.04 | 8/13/18 | 3990024172 | 8/4/18 | -$2.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780997722 | $7,833.66 | 8/13/18 | 699329 | 8/8/18 | -$70.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20183635 | 7/30/18 | $1,139.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20184363 | 7/30/18 | $550.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20182027 | 7/30/18 | $548.82 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20183816 | 7/30/18 | $447.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20183816 | 7/30/18 | $1.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20183635 | 7/30/18 | -$16.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780998408 | $2,620.98 | 8/14/18 | 20184363 | 7/30/18 | -$49.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999894 | $20,630.04 | 8/16/18 | 693881 | 7/27/18 | $11,650.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999894 | $20,630.04 | 8/16/18 | 693481 | 7/27/18 | $8,487.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | 780999894 | $20,630.04 | 8/16/18 | 699053 | 8/6/18 | $492.10 |

Goya Foods Inc., Dba Goya De Puerto Rico Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781000371 | $821.04 | 8/17/18 | 698694 | 8/7/18 | $821.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001167 | $254.83 | 8/20/18 | 20197409 | 8/3/18 | $257.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001167 | $254.83 | 8/20/18 | 7654004996 | 8/7/18 | -$1.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001166 | $727.25 | 8/20/18 | 699329 | 8/8/18 | $727.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001167 | $254.83 | 8/20/18 | 9348034261 | 8/9/18 | -$1.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200383 | 8/6/18 | $717.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200501 | 8/6/18 | $691.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20199270 | 8/6/18 | $515.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200360 | 8/6/18 | $504.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 1265612 | 8/6/18 | $403.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200520 | 8/6/18 | $140.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200521 | 8/6/18 | $114.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200501 | 8/6/18 | $3.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 1265612 | 8/6/18 | -$19.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 20200501 | 8/6/18 | -$25.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781001875 | $3,044.28 | 8/21/18 | 9348034299 | 8/16/18 | -$0.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003395 | $406.65 | 8/23/18 | 20207508 | 8/8/18 | $418.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781003395 | $406.65 | 8/23/18 | 20207508 | 8/8/18 | -$11.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217633 | 8/13/18 | $918.31 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217867 | 8/13/18 | $528.81 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217387 | 8/13/18 | $323.29 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217633 | 8/13/18 | $6.73 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217633 | 8/13/18 | -$7.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 20217867 | 8/13/18 | -$17.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781005300 | $1,748.83 | 8/28/18 | 9348034318 | 8/21/18 | -$2.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006200 | $667.22 | 8/29/18 | 20216362 | 8/14/18 | $670.33 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006199 | $16,972.15 | 8/29/18 | 702975 | 8/17/18 | $17,068.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006199 | $16,972.15 | 8/29/18 | 702383C | 8/21/18 | -$11.68 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006199 | $16,972.15 | 8/29/18 | 702383 | 8/21/18 | -$84.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781006200 | $667.22 | 8/29/18 | 7654005112 | 8/22/18 | -$3.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007320 | $270.79 | 8/31/18 | 20224541 | 8/16/18 | $270.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781007319 | $732.45 | 8/31/18 | 702383 | 8/21/18 | $732.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20230955 | 8/17/18 | $1,689.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20226482 | 8/17/18 | $849.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20216363 | 8/17/18 | $647.27 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20226481 | 8/17/18 | $545.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20226480 | 8/17/18 | $371.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20228408 | 8/17/18 | $366.22 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 1268936 | 8/17/18 | $318.83 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 1268936 | 8/17/18 | $5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 1268936 | 8/17/18 | -$14.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20226481 | 8/17/18 | -$24.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008100 | $4,625.15 | 9/3/18 | 20230955 | 8/17/18 | -$130.57 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20234560 | 8/20/18 | $835.61 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20232843 | 8/20/18 | $756.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20232376 | 8/20/18 | $422.61 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20234553 | 8/20/18 | $335.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20233397 | 8/20/18 | $222.92 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20233398 | 8/20/18 | $122.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20232376 | 8/20/18 | $2.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20232843 | 8/20/18 | $1.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20233397 | 8/20/18 | -$8.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20234553 | 8/20/18 | -$25.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781008913 | $2,628.16 | 9/4/18 | 20234560 | 8/20/18 | -$36.59 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704616 | 8/27/18 | $771.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704030 | 8/27/18 | $717.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704103 | 8/27/18 | $548.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704103 | 8/27/18 | -$104.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704030 | 8/27/18 | -$128.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704068 | 8/28/18 | -$13.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704792 | 8/28/18 | -$57.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011084 | $1,629.94 | 9/6/18 | 704705 | 8/28/18 | -$101.65 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011482 | $9,376.26 | 9/7/18 | 698408 | 8/17/18 | $7,297.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011483 | $325.40 | 9/7/18 | 20242594 | 8/23/18 | $247.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011483 | $325.40 | 9/7/18 | 20242595 | 8/23/18 | $78.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011482 | $9,376.26 | 9/7/18 | 704068 | 8/28/18 | $793.80 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011482 | $9,376.26 | 9/7/18 | 704792 | 8/28/18 | $778.07 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011482 | $9,376.26 | 9/7/18 | 704705 | 8/28/18 | $663.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781011482 | $9,376.26 | 9/7/18 | 698408 | 8/31/18 | -$157.30 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012877 | $1,335.60 | 9/11/18 | 20250835 | 8/27/18 | $757.89 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012877 | $1,335.60 | 9/11/18 | 20251616 | 8/27/18 | $597.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781012877 | $1,335.60 | 9/11/18 | 20251616 | 8/27/18 | -$19.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013774 | $7,192.25 | 9/12/18 | 704394 | 8/30/18 | $7,339.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781013774 | $7,192.25 | 9/12/18 | 706045 | 9/3/18 | -$146.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014379 | $2,829.32 | 9/13/18 | 20256856 | 8/29/18 | $2,151.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014379 | $2,829.32 | 9/13/18 | 20256855 | 8/29/18 | $357.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014379 | $2,829.32 | 9/13/18 | 20257237 | 8/29/18 | $333.69 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014379 | $2,829.32 | 9/13/18 | 20257237 | 8/29/18 | -$13.09 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014378 | $814.49 | 9/13/18 | 706045 | 9/3/18 | $814.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014865 | $32,123.86 | 9/14/18 | 706614 | 8/30/18 | $22,384.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014865 | $32,123.86 | 9/14/18 | 704708 | 8/30/18 | $6,712.17 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781014865 | $32,123.86 | 9/14/18 | 704823 | 8/30/18 | $3,027.02 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015577 | $888.12 | 9/17/18 | 20265254 | 8/31/18 | $621.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781015577 | $888.12 | 9/17/18 | 20263845 | 8/31/18 | $266.26 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016271 | $420.86 | 9/18/18 | 1272378 | 9/3/18 | $444.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016271 | $420.86 | 9/18/18 | 1272378 | 9/3/18 | $1.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016271 | $420.86 | 9/18/18 | 1272378 | 9/3/18 | -$16.11 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781016271 | $420.86 | 9/18/18 | 7654005200 | 9/5/18 | -$2.75 |

Goya Foods Inc., Dba Goya De Puerto Rico Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781016271 | $420.86 | 9/18/18 | 3433019255 | 9/13/18 | -$5.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017193 | $1,048.49 | 9/19/18 | 20268630 | 9/4/18 | $645.45 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017193 | $1,048.49 | 9/19/18 | 20268934 | 9/4/18 | $450.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017193 | $1,048.49 | 9/19/18 | 20268934 | 9/4/18 | $7.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017193 | $1,048.49 | 9/19/18 | 20268934 | 9/4/18 | -$11.39 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781017193 | $1,048.49 | 9/19/18 | 20268630 | 9/4/18 | -$43.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018316 | $597.53 | 9/21/18 | 20273315 | 9/6/18 | $597.53 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781018315 | $578.48 | 9/21/18 | 708530 | 9/11/18 | $578.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019029 | $493.78 | 9/24/18 | 1273902 | 9/7/18 | $533.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019029 | $493.78 | 9/24/18 | 1273902 | 9/7/18 | $2.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019029 | $493.78 | 9/24/18 | 1273902 | 9/7/18 | -$42.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20285297 | 9/10/18 | $2,103.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20284968 | 9/10/18 | $713.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20284735 | 9/10/18 | $358.71 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20284736 | 9/10/18 | $59.55 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20284968 | 9/10/18 | $7.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019735 | $3,236.55 | 9/25/18 | 20284735 | 9/10/18 | -$5.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019734 | $770.89 | 9/25/18 | 708250 | 9/13/18 | $485.77 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019734 | $770.89 | 9/25/18 | 707866 | 9/13/18 | $369.97 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781019734 | $770.89 | 9/25/18 | 708613 | 9/18/18 | -$84.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020684 | $696.20 | 9/26/18 | 20287786 | 9/11/18 | $712.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781020684 | $696.20 | 9/26/18 | 20287786 | 9/11/18 | -$15.99 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021293 | $3,174.89 | 9/27/18 | 20291452 | 9/12/18 | $2,164.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021293 | $3,174.89 | 9/27/18 | 20291451 | 9/12/18 | $1,051.58 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021293 | $3,174.89 | 9/27/18 | 20291451 | 9/12/18 | -$40.84 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021791 | $360.99 | 9/28/18 | 20292512 | 9/13/18 | $355.05 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021791 | $360.99 | 9/28/18 | 20292512 | 9/13/18 | $5.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021790 | $1,682.69 | 9/28/18 | 708613 | 9/18/18 | $740.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021790 | $1,682.69 | 9/28/18 | 711149 | 9/18/18 | $712.62 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021790 | $1,682.69 | 9/28/18 | 710621 | 9/18/18 | $366.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021790 | $1,682.69 | 9/28/18 | 711149 | 9/18/18 | -$47.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781021790 | $1,682.69 | 9/28/18 | 708465 | 9/19/18 | -$88.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022536 | $818.34 | 10/1/18 | 708465 | 9/19/18 | $863.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022536 | $818.34 | 10/1/18 | 711306 | 9/25/18 | -$13.85 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781022536 | $818.34 | 10/1/18 | 712527 | 9/25/18 | -$30.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 20302594 | 9/17/18 | $480.79 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 20303407 | 9/17/18 | $371.08 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 20300987 | 9/17/18 | $218.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 20302594 | 9/17/18 | $2.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 20303407 | 9/17/18 | -$35.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 9348034498 | 9/25/18 | -$32.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781023359 | $993.49 | 10/2/18 | 3433019290 | 9/27/18 | -$11.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024454 | $34,824.02 | 10/3/18 | 712228 | 9/21/18 | $24,649.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | 781024454 | $34,824.02 | 10/3/18 | 712224 | 9/21/18 | $10,232.42 |

Goya Foods Inc., Dba Goya De Puerto Rico Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Exhibit A

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 781024454 | $34,824.02 | 10/3/18 | 713136 | 9/27/18 | -$57.90 |
| **Totals:** | 58 transfer(s),  $196,150.66 | | | | | | |