| | |
|---|---|
| Defendant: | **JM Electrical Inc.** |
| Bankruptcy Case: | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17300 | 8/22/17 | $328.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17327 | 9/18/17 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17328 | 9/18/17 | $1.14 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17332 | 9/26/17 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17333 | 9/26/17 | $3.35 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17330 | 9/27/17 | $226.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17331 | 9/27/17 | $128.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17337 | 9/29/17 | $398.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17338 | 9/29/17 | $24.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17325MAT | 10/1/17 | $14,536.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17326MAT | 10/1/17 | $7,799.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17324LABOR | 10/1/17 | $2,522.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17326LABOR | 10/1/17 | $1,003.76 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 17339 | 10/2/17 | $398.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17340 | 10/2/17 | $34.34 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 17369 | 10/11/17 | $6.36 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082115 | $762.46 | 7/31/18 | 18193CORR | 4/16/18 | $692.42 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082114 | $948.28 | 7/31/18 | 18177 | 4/20/18 | $226.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082114 | $948.28 | 7/31/18 | 18188 | 4/20/18 | $226.98 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082115 | $762.46 | 7/31/18 | 18178 | 4/20/18 | $0.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082114 | $948.28 | 7/31/18 | 18207 | 4/23/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082115 | $762.46 | 7/31/18 | 18208 | 4/23/18 | $47.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082114 | $948.28 | 7/31/18 | 18195 | 4/26/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082115 | $762.46 | 7/31/18 | 18196 | 4/26/18 | $22.52 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082512 | $590.16 | 7/31/18 | 18218 | 5/1/18 | $146.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082513 | $388.67 | 7/31/18 | 18219 | 5/1/18 | $10.90 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082513 | $388.67 | 7/31/18 | 18228 | 5/2/18 | $316.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082512 | $590.16 | 7/31/18 | 18227 | 5/2/18 | $146.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082512 | $590.16 | 7/31/18 | 18225 | 5/3/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62082513 | $388.67 | 7/31/18 | 18226 | 5/3/18 | $61.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083081 | $524.58 | 7/31/18 | 18205 | 5/9/18 | $327.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083082 | $354.57 | 7/31/18 | 18224 | 5/9/18 | $312.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083081 | $524.58 | 7/31/18 | 18223 | 5/9/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083082 | $354.57 | 7/31/18 | 18206 | 5/9/18 | $42.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18234 | 5/11/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18212 | 5/11/18 | $136.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18209 | 5/11/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 18235 | 5/11/18 | $93.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 18213 | 5/11/18 | $68.91 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 18210 | 5/11/18 | $42.87 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18230 | 5/14/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18232 | 5/15/18 | $398.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083464 | $23,267.99 | 7/31/18 | 18233 | 5/15/18 | $199.66 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18231 | 5/16/18 | $327.86 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083463 | $6,723.69 | 7/31/18 | 18240 | 5/17/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18036 | 2/1/18 | $146.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083848 | $1,079.35 | 8/20/18 | 18256 | 5/18/18 | $644.01 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18255 | 5/18/18 | $398.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18236 | 5/18/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083848 | $1,079.35 | 8/20/18 | 18237 | 5/18/18 | $43.15 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18241 | 5/21/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083848 | $1,079.35 | 8/20/18 | 18242 | 5/21/18 | $121.54 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18249 | 5/22/18 | $374.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18248 | 5/22/18 | $337.95 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083848 | $1,079.35 | 8/20/18 | 18258 | 5/22/18 | $254.16 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18257 | 5/22/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18251 | 5/23/18 | $534.87 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18250 | 5/23/18 | $136.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083847 | $1,593.92 | 8/20/18 | 18214 | 5/24/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62083848 | $1,079.35 | 8/20/18 | 18215 | 5/24/18 | $16.49 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18262 | 5/25/18 | $318.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18261 | 5/25/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18245 | 5/25/18 | $146.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18238 | 5/25/18 | $105.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18239 | 5/25/18 | $31.21 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18216 | 5/27/18 | $348.04 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18217 | 5/27/18 | $105.18 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18244 | 5/28/18 | $8,619.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18243 | 5/28/18 | $701.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18252 | 5/28/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18246 | 5/28/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18247 | 5/28/18 | $51.23 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084229 | $10,061.05 | 8/20/18 | 18253 | 5/28/18 | $26.93 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18270 | 5/30/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084228 | $2,214.35 | 8/20/18 | 18272 | 5/30/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084797 | $27.99 | 9/4/18 | 18271 | 5/30/18 | $11.43 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084796 | $1,104.65 | 9/4/18 | 18263 | 6/5/18 | $398.48 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084796 | $1,104.65 | 9/4/18 | 18264 | 6/5/18 | $257.25 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084796 | $1,104.65 | 9/4/18 | 18273 | 6/5/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084796 | $1,104.65 | 9/4/18 | 18267 | 6/7/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084796 | $1,104.65 | 9/4/18 | 18265 | 6/7/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085123 | $43.50 | 9/4/18 | 18266 | 6/7/18 | $29.06 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62084797 | $27.99 | 9/4/18 | 18269 | 6/7/18 | $16.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085122 | $252.20 | 9/4/18 | 18303 | 6/11/18 | $126.10 |

JM Electrical Inc.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | 62085122 | $252.20 | 9/4/18 | 18306 | 6/11/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085123 | $43.50 | 9/4/18 | 18307 | 6/11/18 | $14.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085499 | $582.19 | 9/19/18 | 18304 | 6/11/18 | $8.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085499 | $582.19 | 9/19/18 | 18302 | 6/20/18 | $573.56 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085498 | $393.44 | 9/19/18 | 18301 | 6/20/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085498 | $393.44 | 9/19/18 | 18297 | 6/21/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085877 | $820.49 | 9/19/18 | 18298 | 6/21/18 | $55.13 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085876 | $958.38 | 9/19/18 | 18295 | 6/22/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085877 | $820.49 | 9/19/18 | 18328 | 6/22/18 | $139.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085876 | $958.38 | 9/19/18 | 18327 | 6/22/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085877 | $820.49 | 9/19/18 | 18296 | 6/22/18 | $23.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085877 | $820.49 | 9/19/18 | 18300 | 6/25/18 | $440.41 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085876 | $958.38 | 9/19/18 | 18299 | 6/25/18 | $166.46 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085876 | $958.38 | 9/19/18 | 18293 | 6/26/18 | $242.12 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085877 | $820.49 | 9/19/18 | 18294 | 6/26/18 | $161.94 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62085876 | $958.38 | 9/19/18 | 18305 | 6/26/18 | $126.10 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086329 | $691.04 | 9/19/18 | 18313 | 6/29/18 | $196.72 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086330 | $403.26 | 9/19/18 | 18314 | 6/29/18 | $124.51 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086329 | $691.04 | 9/19/18 | 18319 | 7/4/18 | $297.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086330 | $403.26 | 9/19/18 | 18326 | 7/5/18 | $278.75 |
| Kmart Holding Corporation | Kmart Holding Corporation | 62086329 | $691.04 | 9/19/18 | 18325 | 7/5/18 | $196.72 |

Totals: 22 transfer(s), $53,786.21