| | | |
|---|---|---|
| Defendant: | **Better Sourcing Worldwide Ltd.** | |
| Bankruptcy Case | **Sears Holding Corporation, et al.** | |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** | |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | O/A | $46,023.00 | 8/13/18 | O/A | O/A | O/A |
| **Totals:** | **1 transfer(s),  $46,023.00** | | | | | | |