| | |
|---|---|
| Defendant: | **Eternal Best Industrial Ltd.** |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11707 | $79,174.98 | 8/30/18 | 201819578422 | 6/14/18 | $43,885.80 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | W-11707 | $79,174.98 | 8/30/18 | 201819578422 | 6/14/18 | $35,289.18 |

Totals:    1 transfer(s),  $79,174.98