Defendant: **Goldberger International Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-17482 | $26,038.80 | 8/8/18 | 201819144963 | 5/28/18 | $17,268.60 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17482 | $26,038.80 | 8/8/18 | 201819144290 | 5/28/18 | $8,770.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17483 | $32,063.40 | 8/21/18 | 201819146615 | 6/7/18 | $16,292.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17483 | $32,063.40 | 8/21/18 | 201819147093 | 6/7/18 | $15,770.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17484 | $52,148.28 | 8/27/18 | 201819583935 | 6/12/18 | $52,148.28 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17485 | $17,327.70 | 9/4/18 | 201819515634 | 6/18/18 | $11,909.70 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-17485 | $17,327.70 | 9/4/18 | 201819583744 | 6/18/18 | $5,418.00 |

Totals:    4 transfer(s),  $127,578.18