**Defendant:** Guangdong Galanz Microwave Electrical Appliances Manufacturing Co., Ltd., Dba GD G

**Bankruptcy Case:** Sears Holding Corporation, et al.

**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $139,896.55 | 8/2/18 | O/A | O/A | O/A |
| **Totals:** | 1 transfer(s), $139,896.55 | | | | | | |

Guangdong Galanz Microwave Electrical Appliances Manufacturing Co., Ltd., Dba GD Galanz Microwave Ele. App.

Bankruptcy Case: Sears Holding Corporation, et al.

October 9, 2020                                              Exhibit A                                              P. 1