| Defendant: | Housewares Corp. of Asia Limited |
|---|---|
| Bankruptcy Case | Sears Holding Corporation, et al. |
| Preference Period: | Jul 17, 2018 - Oct 15, 2018 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-24397 | $4,806.67 | 8/7/18 | 201820913212 | 8/2/18 | $4,806.67 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24398 | $62,800.94 | 8/10/18 | 201820812219 | 8/6/18 | $42,957.74 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24398 | $62,800.94 | 8/10/18 | 201820812219 | 8/6/18 | $19,843.20 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24399 | $1,681.38 | 8/22/18 | 201820986896 | 8/19/18 | $1,681.38 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24400 | $11,226.78 | 8/23/18 | 201821015319 | 8/21/18 | $11,226.78 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24401 | $89,136.25 | 8/30/18 | 201820986954 | 8/19/18 | $17,733.37 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24401 | $89,136.25 | 8/30/18 | 201821098477 | 8/27/18 | $57,223.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24401 | $89,136.25 | 8/30/18 | 201821098477 | 8/27/18 | $12,091.44 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24401 | $89,136.25 | 8/30/18 | 201821098477 | 8/27/18 | $2,088.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24402 | $80,283.87 | 9/27/18 | 201821281937 | 9/22/18 | $60,648.24 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24402 | $80,283.87 | 9/27/18 | 201821281937 | 9/22/18 | $13,083.63 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24402 | $80,283.87 | 9/27/18 | 201821281937 | 9/22/18 | $3,576.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24402 | $80,283.87 | 9/27/18 | 201821867000 | 9/22/18 | $2,976.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-24403 | $2,272.06 | 10/2/18 | 201821813716 | 9/28/18 | $2,272.06 |

Totals:    7 transfer(s),  $252,207.95