| Defendant: | Igoseating Limited |
|---|---|
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-20284 | $32,837.19 | 7/18/18 | 201820108981 | 7/3/18 | $32,837.19 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-20285 | $70,281.98 | 8/2/18 | 201820109045 | 7/16/18 | $70,281.98 |
| **Totals:** | **2 transfer(s),  $103,119.17** | | | | | | |