| Defendant: | Jin Rong Hua Le Metal Manufacturers Co., Ltd. Of Gaoming, Foshan City, Dba Jin Rong |
| --- | --- |
| Bankruptcy Case | **Sears Holding Corporation, et al.** |
| Preference Period: | **Jul 17, 2018 - Oct 15, 2018** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $543,006.00 | 7/30/18 | O/A | O/A | O/A |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | O/A | $296,577.50 | 8/3/18 | O/A | O/A | O/A |

Totals:    2 transfer(s),  $839,583.50