**Defendant:** John M. Macaluso, Dba John M. Macaluso Revocable Trust, Dba Summit And Whitney H
**Bankruptcy Case** Sears Holding Corporation, et al.
**Preference Period:** Jul 17, 2018 - Oct 15, 2018

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170084 | $13,848.27 | 7/24/18 | 0000062518 | 6/25/18 | $11,707.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 170084 | $13,848.27 | 7/24/18 | 0000062518 | 6/25/18 | $2,140.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171637 | $13,848.27 | 8/17/18 | 0000072618 | 7/26/18 | $11,707.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 171637 | $13,848.27 | 8/17/18 | 0000072618 | 7/26/18 | $2,140.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173025 | $13,848.27 | 8/28/18 | 0000082618 | 8/26/18 | $11,707.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 173025 | $13,848.27 | 8/28/18 | 0000082618 | 8/26/18 | $2,140.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116656 | $3,039.62 | 9/13/18 | 0000096207 | 4/23/18 | $3,039.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116656 | $3,039.62 | 9/13/18 | 0000096206 | 4/23/18 | $3,039.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 116656 | $3,039.62 | 9/13/18 | 0000096205 | 4/23/18 | $3,039.62 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174367 | $13,848.27 | 9/27/18 | 0000092518 | 9/25/18 | $11,707.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174367 | $13,848.27 | 9/27/18 | 0000092518 | 9/25/18 | $2,140.52 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174911 | $13,848.27 | 10/3/18 | 0000100118 | 10/1/18 | $11,707.75 |
| Sears, Roebuck and Co. | Sears, Roebuck and Co. | 174911 | $13,848.27 | 10/3/18 | 0000100118 | 10/1/18 | $2,140.52 |

**Totals:** 6 transfer(s), $72,280.97