Defendant: **Kidz Toyz HK Limited**

Bankruptcy Case: **Sears Holding Corporation, et al.**

Preference Period: **Jul 17, 2018 - Oct 15, 2018**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Kmart Holding Corporation | Kmart Holding Corporation | W-27115 | $46,991.90 | 8/21/18 | 201818728717 | 5/22/18 | $24,472.50 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27115 | $46,991.90 | 8/21/18 | 201818567266 | 5/22/18 | $13,639.40 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27115 | $46,991.90 | 8/21/18 | 201818566587 | 5/22/18 | $8,880.00 |
| Kmart Holding Corporation | Kmart Holding Corporation | W-27116 | $8,054.78 | 9/11/18 | 201819123008 | 6/12/18 | $8,054.78 |

Totals:    2 transfer(s),  $55,046.68